**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| Debtors | (Jointly Administered) |
| | **Re: Docket Nos. 3856 and 3857** |

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENT FOR (i) OBJECTION OF CENTURY INDEMNITY COMPANY TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DISCLOSURE STATEMENT AND THE FORM AND MANNER OF NOTICE, (II) APPROVING PLAN SOLICITATION AND VOTING PROCEDURES, (III) APPROVING FORMS OF BALLOTS, (IV) APPROVING FORM, MANNER AND SCOPE OF CONFIRMATION NOTICES, (V) ESTABLISHING CERTAIN DEADLINES IN CONNECTION WITH APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN, AND (VI) GRANTING RELATED RELIEF AND (ii) CENTURY INDEMNITY COMPANY'S OBJECTIONS TO THE DEBTORS' SOLICITATION PROCEDURES AND FORM OF BALLOTS**

Century Indemnity Company ("Century") files this motion (this "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), granting Century leave to exceed the page limit requirement for its (i) *Objection of Century Indemnity to Debtors' Motion for Entry of an Order (I) Approving the Disclosures Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* and (ii) *Century Indemnity Company's Objections to the Debtors' Solicitation Procedures and Form of Ballots* (together, the "Objections") in response to the *Motion for Entry of an Order (I) Approving the Disclosures Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices,*

*(V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 2295] (the "Disclosure Statement Motion"). In support of this Motion, Century respectfully state the following.

## Jurisdiction and Venue

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and Century confirms its consent pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory basis for the relief requested herein is 3017-3 of the Local Rules.

## Background

4.      On February 18, 2020 (the "Petition Date"), the Boy Scouts of America and Delaware BSA, LLC (collectively, the "Debtors") commenced the cases by filing voluntary petitions for relief under Chapter 11 of Title 11, United States Code (the "Code"). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate as debtors in possession.

5.      On March 2, 2021, the Debtors filed the Disclosure Statement Motion.

6.      The deadline to file objections to the Disclosure Statement Motion was May 6, 2021 at 4:00 p.m. Eastern Time but was extended for Century Indemnity to May 12, 2021.

### Relief Requested

7.      Century respectfully requests entry of the Order granting Century leave to exceed the page limit requirement for its Objections.

### Basis for Relief

8.      Pursuant to L.R. 3107-3 "[i]n all chapter 11 cases, without leave of the Court, no objection to approval of a disclosure statement or confirmation of a plan shall exceed forth (40) pages (exclusive of any tables, exhibits, addenda or other supporting materials) and no brief in support of approval of a disclosure statement or confirmation of a plan (which brief shall include any written replies to any objections) shall exceed sixty (60) pages (exclusive of any tables, exhibits, addenda or other supporting materials)."

9.      The *Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 2594] (the "Disclosure Statement") and the proposed solicitation procedures and form of ballots collectively span over 400 pages. The Objections raise numerous deficiencies and concerns regarding the adequacy of the Disclosure Statement and the appropriateness of the Debtors' proposed solicitation procedures and form of ballots.  While Century has made every effort to be concise, the scope of the inadequacies of the Disclosure Statement and the concerns of Century must be fully explained.  The Objections are Century's effort to bring these issues to the Court for review so they can be properly addressed.  Century believes its request to exceed the page limitation of L.R. 3017-3 is warranted in this instance.

### **Notice**

10.     Notice of this Motion shall be provided via CM/ECF to: (a) the Debtors; (b) the Office of the United States Trustee for the District of Delaware; and (c) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.  Century submits that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, Century respectfully requests entry of the Order, granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Dated: May 12, 2021

Respectfully Submitted,

By:    *Stamatios Stamoulis*_____
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:    302 999 1540
Facsimile:    302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:    212 326 2000
Facsimile:    212 326 2061

*Counsel for Century Indemnity Company, as*
*successor to CCI Insurance Company, as*
*successor to Insurance Company of North*
*America and Indemnity Insurance Company of*
*North America, Ace Insurance Group*
*Westchester Fire Insurance Company and*
*Westchester Surplus Lines Insurance Company*