**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No.** |

**ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENT FOR (i) OBJECTION OF CENTURY INDEMNITY COMPANY TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DISCLOSURE STATEMENT AND THE FORM AND MANNER OF NOTICE, (II) APPROVING PLAN SOLICITATION AND VOTING PROCEDURES, (III) APPROVING FORMS OF BALLOTS, (IV) APPROVING FORM, MANNER AND SCOPE OF CONFIRMATION NOTICES, (V) ESTABLISHING CERTAIN DEADLINES IN CONNECTION WITH APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN, AND (VI) GRANTING RELATED RELIEF AND (ii) CENTURY INDEMNITY COMPANY'S OBJECTIONS TO THE DEBTORS' SOLICITATION PROCEDURES AND FORM OF BALLOTS**

Upon consideration of the *Motion for Leave to Exceed Page Limit Requirement for (i) Objection of Century Imdemnity to Debtors' Motion for Entry of an Order (I) Approving the Disclosures Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* and (ii) *Century Indemnity Company's Objections to the Debtors' Solicitation Procedures and Form of Ballots,* it is HEREBY ORDERED THAT:

1.     The Motion is GRANTED.

2.     Century Indemnity Company is permitted to exceed the page limit requirement for its Objections.