**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA<br>AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF ROB VANDERBEEK**

I, Rob Vanderbeek, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows

1. I am a Managing Director in the Corporate Finance practice at Grant Thornton LLP ("Grant Thornton"). Grant Thornton provides audit, tax and advisory services to its clients. I have held this position since I joined Grant Thornton in April 2018. Prior to joining Grant Thornton, I served as a Managing Director at Goldin Associates, where I was a member of the Management Committee and ranked in the Top 25 Crisis Management Professionals in Deal League Tables for six years. Before joining Goldin Associates, I worked in the restructuring practices of Huron Consulting Group, AlixPartners, FTI, and PwC. Earlier in my career, I was a bank examiner for several years at the Federal Reserve Bank of New York. I am a Certified Insolvency and Restructuring Advisor (CIRA). I earned a bachelor's degree in finance from Lehigh University, an MBA from NYU's Stern School of Business, and a Juris Doctor from Pace University Haub School of Law. I have 25 years of experience performing and supervising quantitative analyses on behalf of debtors, creditor committees and other interested parties in bankruptcy proceedings.

2. My firm, Grant Thornton, has been retained by O'Melveny & Myers LLP ("Counsel") on behalf of Century Indemnity Company ("Century"), in the above-captioned case.

3. I, and those working under my direct supervision, have been asked to examine and analyze what effect, if any, postponing confirmation of the plan of reorganization by two months, until October 31, 2021, would have on the projected liquidity of the Debtors during the years ending December 31, 2021 through December 31, 2025 (the "Forecast Period").

4. To gain an understanding of the Debtors' current financial position and projected financial results, we analyzed the following information produced by the Debtors' and its advisors:

a. Monthly cash flow forecast for the period January 1, 2021 through December 31, 2021;[1]

b. Monthly income statement forecast for the periods January 1, 2021 through December 31, 2022;[2]

c. Projected Consolidated Statement of Cash Flows attached to the Debtors' Disclosure Statement filed April 13, 2021; and

d. The Debtors' monthly operating reports, which are filed on the bankruptcy docket.

5. I have reviewed each of these documents personally. We then incorporated various adjustments to estimate the potential financial impact of delaying the Debtors' confirmation by two months, to October 31, 2021.[3]

6. For the first adjustment, we assumed that the Debtors' would incur an additional $10 million in restructuring / professional fees per month for two months. The monthly average professional fees during the period January 2021 through June 2021, based on the Debtors' MORs (January – March 2021) and monthly forecast (April – June 2021), is approximately $9 million.

---

[1] Spreadsheet titled "2021 Monthly (4-4-5) Cash Forecast."
[2] Spreadsheets titled "2021 Preliminary Unrestricted Income Statements – Consolidated" and "2022 Preliminary Unrestricted Income Statements – Consolidated".
[3] I understand that the Debtors have not produced complete underlying financial models, including all inputs and assumptions, supporting the forecasts included in the Disclosure Statement filed March 1, 2021. To the extent additional information is produced, I may update my analysis.

Consequently, our assumption may overstate the actual cost of additional restructuring / professional fees if confirmation were postponed by two months.

7. Additionally, based on the revised schedule, we incorporated the following adjustments to the Debtors' cash flow projection:

    a. Approximately $3 million of post-emergence professional fees would be shifted forward two months and would be incurred in 2022, after BSA emerges from chapter 11 under this adjusted timeline. These are costs that are projected to be paid at or shortly after emergence, and thus delaying their payment would have no overall effect on BSA's liquidity during the Forecast Period.

    b. The Debtors' scheduled post-emergence interest and principal payments would begin two months later (i.e., beginning in November 2021) so that approximately $3 million of interest and principal payments would not be incurred during 2021. Because the Debtors' projected interest and principal payments appear to be relatively consistent month-to-month, this adjustment would have a nominal effect on the Debtors' overall liquidity during the remainder of the Forecast Period.

    c. We recalculated the Net Unrestricted Cash and Investments for contribution to the Settlement Trust as of October 31, 2021 to be approximately $44 million based on the Debtors' 2021 monthly cash flow forecast and the related adjustments described above.

    d. The Debtors would not make additional principal payments on the JPM debt under the Excess Cash Sweep provision because, based on the combined effect of these adjustments, BSA's projected cash balance as of December

31, 2023, 2024 and 2025 would fall below the applicable threshold to make payments under the Excess Cash Sweep provision. Accordingly, we have added back related payments of $5 million to BSA's projected cash balance during the Forecast Period.

8. For the second adjustment, to account for the Debtors' concerns that a postponement of the Debtors' confirmation would impact BSA's fall recruiting efforts, we considered two alternative scenarios. Although the Debtors have not provided an analysis or quantification of any potential impact that postponement could have on fall recruiting, these two scenarios aim to account for any such impact.

9. In the first scenario, we estimated the potential financial impact that postponing confirmation would have on BSA's fall recruiting by assuming that BSA's operating cash receipts during the period of September 2021 through December 2021 would be equal to BSA's operating cash receipts during the period of September 2020 through December 2020. This assumption impacts BSA's forecast by (i) reducing BSA's 2021 projected operating cash flows by $35 million and (ii) reducing the Net Unrestricted Cash and Investments for contribution to the Settlement Trust as of October 31, 2021 based on the reduction to BSA's projected operating cash flow through October 31, 2021. This scenario likely overstates any potential impact of postponing confirmation in 2021 because the Debtors' 2020 cash flows reflect the Debtors' reduced operations caused by the global pandemic as well as the effect of BSA's ongoing bankruptcy proceedings.

10. In the second scenario, we assumed that BSA new member additions during 2021 would be reduced by 25,000 members that would not be regained during the Forecast Period. We estimated the financial impact of this assumption using the Debtors' own analysis contained in the Debtors' updated five-year Business Plan, dated February 1, 2021. This assumption impacts the Debtors' forecast by reducing BSA's cash flows in each year from 2021 through 2025 in the

combined amount of $15 million. For this scenario, we assumed the same estimated Net Unrestricted Cash and Investments for contribution to the Settlement Trust of $44 million, as noted in the first adjustment. These assumptions also likely overstate any potential impact from postponing confirmation in 2021 because (i) BSA already reduced its 2021 forecast in February 2021 based on incorporating more conservative membership assumptions; and (ii) to the extent that delaying confirmation caused BSA to lose members during 2021 on the basis that scouts were reluctant to join because BSA remained in bankruptcy, this scenario does not consider that those Scouts might ultimately join BSA during subsequent recruiting seasons.

11.  In a version of BSA's five-year Business Plan filed on January 4, 2021, BSA provided an analysis indicating that projected liquidity could drop to approximately $36 million in August 2022 under certain downside sensitivity scenarios, but that emerging with $75 million of liquidity would provide sufficient cushion to maintain operations.

12.  In the two scenarios described, BSA's liquidity remains above $36 million as of August 2022 and at each year-end from 2022 through 2025.

13.  Below is a summary of the foregoing adjustments:

| (in thousands of USD) | For the Year ending December 31st | | | | |
| --- | --- | --- | --- | --- | --- |
|  | 2021 | 2022 | 2023 | 2024 | 2025 |
| **Postpone Confirmation 2 Months (Adjusted Emergence Date: 10/31/2021)** | | | | | |
| Unrestricted Liquidity Balance (including investments) | $ 111,213 | | | | |
| Change in Unrestricted Cash (excl. unrestricted investments) - Discl. Stmnt. | $ (12,000) | $ (8,000) | $ (16,000) | $ 1,000 | $ 8,000 |
| Estimated Ending Unrestricted Liquidity - BSA Projection | $ 99,213 | $ 92,213 | $ 76,213 | $ 76,213 | $ 84,213 |
| **Adjustment #1 - Additional Professional Fees and Recalculated Settlement Contribution** | | | | | |
| (Reduction) / Increase to BSA's Projected Cash Flow | $ (23,106) | $ (3,070) | $ 1,000 | $ 1,000 | $ 3,000 |
| Adjusted Ending Unrestricted Liquidity | $ 76,107 | $ 65,037 | $ 50,037 | $ 52,037 | $ 63,037 |
| *Liquidity Level (August 2022)* | | 54,242 | | | |
| **Adjustment #2 - Scenario 1 - Reduce Cash Flow in Sept-Dec 2021 to Equal Sept-Dec 2020** | | | | | |
| (Reduction) / Increase to BSA's Projected Cash Flow | $ (9,224) | $ - | $ - | $ - | $ - |
| Adjusted Ending Unrestricted Liquidity | $ 66,883 | $ 55,813 | $ 40,813 | $ 42,813 | $ 53,813 |
| *Liquidity Level (August 2022)* | | 45,018 | | | |
| **Adjustment #2 - Scenario 2 - Reduce Membership Additions in 2021 by an additional 25,000** | | | | | |
| (Reduction) / Increase to BSA's Projected Cash Flow | $ (2,000) | $ (3,000) | $ (3,000) | $ (4,000) | $ (3,000) |
| Adjusted Ending Unrestricted Liquidity | $ 74,107 | $ 60,037 | $ 42,037 | $ 40,037 | $ 48,037 |
| *Liquidity Level (August 2022)* | | 49,242 | | | |

14. The Debtors can also further conserve liquidity by holding back payment of professional fees until the end of the chapter 11 cases. I understand that Century requested that the Court modify the interim compensation procedures order so that 20% professional fees are held back until the end of the cases, instead of getting paid out at the end of each quarter. If the Court grants that relief, the Debtors will conserve additional liquidity during the case. And to the extent the holdback encourages estate professionals to increase efficiencies or promotes settlement discussions, it could also represent cash savings that will further enhance the Debtors' liquidity position.

15. I respectfully reserve the right to amend, modify, or supplement this Declaration in response to, or as a result of, the filing of any submission in connection with this case, any discovery being conducted in connection therewith, or further analysis of BSA's projected liquidity.

Dated: May 11, 2021
       Morristown, New Jersey

                                          Rob Vanderbeek