May 5, 2021

Dear Judge,

I'm 70 years old. But I remember that day that devastated and destroyed my LIFE, like it was YESTERDAY. After a life time IN Scouting; working diligently and for month's on end for each and EVERY 'Merit Badge'; I was on my way to that coveted EAGLE AWARD that year. That's when my scout Master propositioned me. I refused and walked away. But later that night while he was SUPPOSED to be WITH the troop on an expedition (FAR away from me out in the woods) he ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ process. An injury that remained with me and seriously affected my physical health and ability to provide for my family the remainder of my life. But the hell of what followed in the emotional, mental and psychological inabilites was a thousand times worse. THOSE injuries GREATLY negatively effected EVERY aspect of my LIFE. Starting with LEAVING scouting and LOOSING EVERYTHING that I'd BEEN working for; including my EAGLE AWARD. In my day THAT Eagle Award on my resume (or ANYONE'S resume) WAS the KEY to a VERY successful future. It would have opened many doors that remained FOREVER closed to me. But because this man made SERIOUS threats against my life if I EVER told, I HAD to leave scouting for my own safety. But what followed was hell, I've included ONE of the letter's to my lawyer. I don't want to rehash this. You may request the more detailed letters from My lawyer. My lawyer HAS the other letters explaining in more detail the abuse and it's effects on NOT only my LIFE but that of my family members as well. This or ANY ORGANIZATION, who has knowingly ALLOWED such horrific abuses that permanently devastated the LIVES of SO many YOUNG people and their families, who trusted them; MUST be permanently closed down and BANNED from EVER working with young people EVER again. And they MUST NEVER be allowed to 'resurrect' under ANY OTHER NAME!!! Because by their DESPICABLE proposal's they are showing and exhibiting ABSOLUTELY NO REMORSE or regard for their victims. They MUST be permanently SHUT down!!!

Sincerely,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

PS Following is one of the last letters we sent to our lawyer:

FILED 2021 MAY 13 AM 9:21 US BANKRUPTCY COURT DISTRICT OF DELAWARE

Claim # ▮▮▮▮▮▮▮▮

Dear Andrew,

Thank you again for all your efforts on our behalf. We agree with you this is definitely NOT compensation for over 50 year's of mental and emotional trauma from the abuse. As well as the psychological turmoil; accompanied ALWAYS by the physical pain and disability 's suffered throughout my life time these past 55 years.  Couple that with ALL the lost income resulting from these injuries and disabilities; AS WELL AS the LOSS of my Eagle Scout Award, I WOULD HAVE RECEIVED THAT YEAR; and that I diligently worked for my ENTIRE child hood as well as TEEN years too ACHIEVE! That EAGLE Award WOULD have opened MANY doors that were closed to me; the remainder of MY entire LIFE; resulting in innumerable disadvantage's in my ability to provide adequately for my 8 children's education and the deprivation 's THEY'VE suffered for THEIR entire lives.

So in my opinion it's DEFINITELY  "No", to such a despicable proposal.

Sincerely,

████



Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE
19801




