① 

May 5th, 2021

Claim #: SA-███

Justice Lauri Selber Silverstein
BSA Bankruptcy Case

Dear Justice Silverstein:

I am writing to today, in accordance with AVA Law's request to write this letter, owing you some idea of my feelings as to the BSA's request for reorganization and their pitiful penance to offer up for relief of the damages done to so many youths in America that they inflicted and so readily dismissed.

This is one huge disappointment after another. I can only account for my own occurrence with the BSA.

However, though, I can make comment for one other person along with myself. I had a witness to what happened, due to the fact that I was witness for him as well.

- Because this happened to the both of us by the very same person that evening & the act. Unfortunately, he passed on before bankruptcy case was started.

Not only were we attact, by the perp, we also were threatened. The threats upon me were from the L.D.S. Church. By the way, they were, in the state of Utah, the only way of getting into the BSA. In Utah, they were and always have been, the only BSA in Utah.

The church leaders made an aggressive threat to me, a child of 11 yrs of age, to excommunicate, not only me, but my entire family from the church. Subjectedly, after I made the comment and request of not wanting to sit with, nor ride with the perp and his family.

My parents were forced to force me into making an apology for my actions.

So dear Judge, I implore you, to deploy their request, to ever, re-organize anything that has to deal with children. And I implore you to treat these people with the same indignities that they have treated so many with. And I implore you to treat them the very same way that you would treat a child molester!!! And I do mean anyone and everyone who is and was a part of the major staff of this once great organization.

It is my belief that they should lose everything!

This organization affected my life in such a way that it ruined everything for me.

All respect for the law, bosses at work, etc. Anyone with some form of authority, I had no respect nor any kind of trust in them.

(4)

ting, now I am having to sleep, and my health is deteriorating, again due to the fact of having to relive the atrocity all over again and again every single night until this is finally over!

I would write more to you in fuller detail, but it is extremely painful to continuously recount the feeling of pain, both physically and mentally. And that's not even to mention the ridicule from friends, family, and peers!!

I implore you Judge to do the right thing, not only for me and the tens of thousands of people with a claim against them, but also, and especially, for those of us for whatever circumstance are not capable of staking a claim.

Sincerely Yours, Thank You.

