

FILED
2021 MAY 13 AM 9:20
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 4, 2021
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Reference claim # ████████

Justice Silverstein,

My name is ████████████ and I am writing the court today because I feel it is important for you to know how the abuse I was subjected to affected my life. I am not going to go into the details of the abuse itself, as you have access to that through the court documents, but I do want the court to know what is not part of that record.

Prior to being abused at the age of 14, I was an active outgoing kid. I played football, ran track, played soccer. I was an average to above average student that never cut school. I was also active in Scouting as I achieved the rank of Senior Patrol Leader (the top Scout in my Troop) by the age of 14. After the abuse, that all changed. I quit the Boy Scouts shortly after the abuse. I quit playing all sports. I started cutting classes that culminated with me dropping out of High School the middle of my Junior year. I also began drinking alcohol and smoking pot. At the age of 17, while my friends were enjoying their Senior year of High School, I made the decision to join the military in order to put some distance between me and my problems and hopefully try to have a fresh start. It was the best decision I have ever made. After serving 4 years, I met my wife and became a Firefighter in the Department of Defense and was able to retire from that profession.......in spite of what happened to me.

I remember when it happened, having the overwhelming feeling of shame and I was scared to death that someone would find out so I kept it a secret. Over the years, I was able to compartmentalize my trauma other than the occasional "trigger" that would bring it all back. Then, one evening back in August, I was flipping through the channels watching TV and I saw a program titled "Abused In Scouting". The show talked about

the decades of abuse to the thousands (now we know its 10s of thousands) of kids like myself. It also talked about the "Secret Perversion Files" that The BSA had and kept secret in order to protect their brand. I became furious ! I had no idea that this was going on and I could not believe that the organization that was teaching us to be responsible, productive humans and that we are supposed to have integrity, was capable of this. If they had only practiced what they preached and did the right thing, this could have been prevented for thousand of kids like and including myself! That is when I decided to join this lawsuit because I believe the BSA needs to be held FULLY responsible. But before I could make the call, I had to have one of the hardest conversations of my 38 years of marriage to my wife. I had to tell her what had happened to me. The other thing that I will always have to live with is the shame in not being strong enough to come forward sooner and wondering how many other kids suffered at the hands of my abuser.

In closing, although I believe the BSA has done a lot of good for a lot of kids over the years, I also think that the decades long history of not doing the right thing (and even facilitating) the tens of thousands of abuses, that we know of, completely destroys any good they may have accomplished. The BSA should not get off lightly. In fact, it is my opinion that the organization should be completely dismantled. The fact that they are trying to bargain a "good" outcome for themselves and still not putting the lives of the kids they harmed first, says it all.

Respectfully,





7020 1810 0000 0621 2840

PENSACOLA FL 325
13 MAY 2021 PM 1 L

Justice Lauri S. Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

U.S.M.S.
X-RAY

19801-302499

$6.96
US POSTAGE
FIRST-CLASS
06251315089
32534
000076817