Justice

Lauri Selber Silverstein

THE BSA HAS FORFEITED it's RIGHTS FROM THE BEGINING. FROM THE FIRT ABUSE CASE, THAT THEY NEW ABOUT - AND DONE NOTHING TO CORECT IT. KNOW BSA IS TRYING TO WALK AWAY FROM ALL THE MANEY INDIVIDUALS THAT WAS ABUSED IN THERE CARE.

I AND MANY OTHER WILL HAVE TO LIVE WITH THIS ORDEAL (TILL WE DIE)!

THEY HAD ALL THESE YEARS TO CORRECT THIS ABUSE PROBLEM (BUT DID NOTHING)

KNOW BSA, MEDIATORS, AND INS. COMP. TRYING TO PUT THIS PROBLEM AWAY, AS CHEEP AS THEY CAN - THEY HAVE TO BE ACOUNTIBLE FOR THERE ACTIONS.

KNOW IT SEEMS AFTER ALL THESE YEARS OF ABUSE OF CHILDREN LIKE ME!

NOT TO DO THIS TO ANY CHILD IN THE FUTURE, AS TO HERT THERE POCKET BOOK!

PS I AM NOW 72
I WOULD LIKE TO PUT MY GRANDCHILDEN IN BSA NOWING THAT THEY WILL BE SAFE, THANK YOU



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801