

May 6, 2021

FILED
2021 MAY 13 AM 9:20
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

BSA Bankruptcy Case

Dear Justice Lauri Selber Silverstein,

In the summer of 1966, I was a Boy Scout Summer Camp Councilor for the Anthony Wayne Area Council in Fort Wayne, Indiana. It was my 6th year to be on Staff at Camp Big Island. I was 17.

I am an Eagle Scout with several Palms. My experience in scouting had always been positive and I was contemplating becoming a professional Boy Scout in administrative leadership. I was accepted at Indiana Central College to pursue a degree in Humanics. I thought this would be my life's calling.

However, on a wet, damp, chilly cold evening following a staff meeting that was held in the main lodge, a tremendous downpour occurred. We were really soaked to the bone. The Archery and Rifle Range Director, ▉▉▉▉▉ invited me to his cabin which was 6 blocks closer to the lodge than mine to wait out the storm. The deluge continued throughout the night. Mr. ▉▉▉ offered me a Coca-Cola to drink, I did not know it was laced

with alcohol. I had never experienced Liquor. After several hours and several Coca-Colas later he suggested that I should just spend the night rather than venture into the storm.

He had 2 sleeping bags and I thought that would be OK, so I took off the rest of my soggy uniform and crawled inside one of them. I quickly fell asleep. The next memory I have of that night was being painfully ███████████████████████████████████████████████████

The next morning, I went immediately to the Assistant Camp Director, ███ ███ and reported the incident. His response was, "Boys will be boys." The Camp Director was not on the premises.

I felt like the incident was my fault and I had done something wrong. It had a long-range effect on me for many years. I no longer wanted to be a Professional Boy Scout. My high school grades suffered and maintaining healthy relationships became very difficult. My relationship with my high school sweetheart suffered because I was so ashamed. I didn't feel that I could share this burden with anybody.

I signed up to be a Camp Commissioner at the new Camp Little Turtle sight because I was asked by Camp Director, ███ who assured me that Mr. ███ not hired that summer. When I arrived, there he was. The whole nightmare immediately returned. I struggled to carry out my

responsibilities. ▮▮▮▮, the activities director whom I had known for 3 years finally asked why I was hiding.

During the summer of 1967 Mr. ▮▮▮▮ was fired for molesting another very young staff member, ▮▮▮▮ But for me the long-term damage had been done.



BSA Bankruptcy Case