To: Justice Lauri Selber Silverstein,

    I want to begin by saying, this has been a deep seeded painful experience that I thought would be buried with me one day. I didn't even tell my wife of 36 years, until I finally decided to tell my story. I feared of what she would think of me. Until I told my wife, these words were never spoke, and I thought I was having a complete break down when I told her. It was sickening to the point of vomiting. Since 1975, I was 11 years old, not a single day has passed that I haven't relived my horrific experience. I had been in the boy scouts for about a year and had even attended another camp. But then on my second camping trip to Camp David Crocket in 1975, I was told I could not sleep in a tent by myself. I was the odd person out and I had to share a tent with the camp assistant. I was so excited and had looked forward to this trip. Back then, it seemed like every little boy's dream. My mom was a single mother, so I could not wait to learn some outdoor activities with all the guys. It was on the first night of camp and everyone went to their assigned tents to turn in for the night. I got on my cot, and thought the assistant was getting on his. But instead, he came to my side of the tent and set down on the side of my cot. He [REDACTED] was longest days of my life. I was afraid of what he would do if I tried to get away or talk to the scout master [REDACTED]. So, I endured the torment, the terror and prayed for the day I could go home. I have had trust issues since then and became a very uncompassionate person for most people in my life. And as a parent of young kids, I was always apprehensive for them to be part of any clubs or groups. To this day, that horrific event is still painful, and it was very difficult to write this letter. I pray for all the others and hope they have found a support person in their life.

Thank you for listening,

[REDACTED]

Claim number: SA – [REDACTED]

BSA Bankruptcy Case

[redacted]

UNITED STATES POSTAL SERVICE
1000
19801

37604
MAY 05, 21
AMOUNT
$4.15
R2305K139747-99

CERTIFIED MAIL®
7020 2450 0001 9105 7027

SA - [redacted]

Justice Lauri Selber Silverstein
BSA Bankruptsy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499

U.S.M.S.
X-RAY