FILED
2021 MAY 13 AM 9:
CLERK
US BANKRUPTCY CO[URT]
DISTRICT OF DELAWA[RE]

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801

Justice Lauri Selber Silverstein;

This letter is in reference to claim number SA-███.

I am in a disgusted mood. I heard that the Boy Scouts of America are filing bankruptcy. So they do not have to pay my claim from this sexual abuse that I took under my leader ███. That is very ungrateful of them letting my claim go in their bankruptcy

I go through flashback of this incident and nightmares. It is one of the causes to my depression that I have.

I think that is very ungrateful of them. All they can think of his their freaking pockets. After all of these young male victims go thru Hell.

You need to think of all those young victims me included. What we have to go through mentally, physically and spiritually.

Some not trusting any male figures of any sort.

Sign,