Your honor Pleas forgive me
For using a marker To wright
This letter To You i mean No
Disrespet i am a 55 year old man
and I am disabeld i fell off a
Drilling Rig in 2001 I have problems
with Reading and wrighting so pleas forgive
The Bad hand writing and Spelling
I am a single Parent I have a 18
year old son - I had Put this out
of my mind For the Longest But
when The info Came out aBout
This suit agenst the Boyscouts
RSI - A15 - But For The last year
or so I have Bean haveing
TroBele sleeping I wake in
a TerBele Panick of doing things
with my son I would Never do
or Ackted on thes dreams But
I To Be honest I whish this
law suit whould have Never
Reached me I wake up and Pray
To God To Pleas make Thes Dreams
go away I hurts so match To have
The dreams

I was ABused BY a man
in the Boy scouts I Can Not
remember. what he looks Like
I made my self Belive That
I was ak whin I was yonger
Becous I was a Yong Boy and
I TRusted This man it onley
hapend one time and I was
Betwen 10-and-12 years old
Sir it is not aBout the muney
Bt I Just wond some one to
Be acountabul and mack shur
This happens to enedy child
agean I had goten to the
Point That Whear I had to
Be the onley one then I Learnd
aBout the Law Suf I even
had put my son in scouting
Be couse our scout master
is the DistRick Aturney he is
a good man and me and my
Son went to 2 oR 3 JamBeres
But I all ways went with
him after a wile T pulled
my son out of scouting

for No reson and he was
happy But I was and Becous
I pulled my son out of scouting
he was not happy with me
and I could not tell him why
I did not wont him in the
Boy scouts I Lied to my son
and told him I could nut
aford The fees and outings
That is somthing I do my Bost
Not to lyi to my son we have
a good and strong Bond I will
Not go in to detals about
what hapend to me But my
Lawyer has all the in Fo if
you wont to hear it frome me
Pleas call me

Smserley

Once agein pleas For
give the writing and
all But as I Sad I am
Disabed and restley had
a TRibel BY Pas Thank you
Your honer and SiR
Pleas mack them
Acuntabul .

FILED
2021 MAY 13 AM 9:19
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7019 2970 0001 0643 1815

U.S. POSTAGE PAID
PCM LETTER
YELLVILLE, AR
72687
MAY 05, 21
AMOUNT
$6.45
R2305E126195-10

1000

19801



USA ★ FOREVER

19801-302499

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th 7 Floor
Wilmington, DE
19801