I am not well. I haven't been for a long time. I didn't want to be involved in scouting, my mother strongly encouraged me to participate. I preferred sports but I think she gravitated towards the wholesome values the scouts represented.

One of my first Boy Scout events was called a jamboree, basically a big camp out. It took place at a local elementary school in the town I lived in. Safe enough, right? Close to home, familiar location and lots of people. We spent the afternoon setting up camp and starting a large campfire. After dark we cooked our dinner, washed up and prepared for bed. I remember I shared a two person tent with another kid named ▇ that I later went to high school with. The scoutmaster for my troop, his name was ▇ showed up at our tent at some point and playfully initiated a game of chase. At the time I didn't realize that I was being herded away from the firelight. I found myself alone in the dark with ▇ When I eventually returned to my tent my tent mate ▇ was in his sleeping bag and said," you were lucky you got away." Actually I wasn't and I didn't.

I didn't really understand what happened, I was extremely young and naive. I felt I couldn't share what happened with anyone. I wondered if I had done anything to encourage it. I tried to avoid the scouts as much as possible. My mother was relentless in trying to get me to attend a scout meeting. I tried everything I could to not attend. I could not bring myself to tell her what happened for fear of hurting her. ▇ started showing up at our house. I would come home from school and he would be sitting at our kitchen table conversing with my mother. He frequently drove through our neighborhood, ironically in a windowless van. He would always stop and attempt to initiate a conversation, I was respectful but brief and noncommittal when he offered a ride or informed me of the upcoming scouting activities. One day I came home as ▇ was pulling out of our driveway. When I went inside my mother informed me I was going on an overnight camping trip to Yosemite National Park with ▇ and a neighborhood kid. My heart sank, I still couldn't bring myself to tell her what happened. I came up with every excuse I could come up with to no avail.

Yosemite was exactly what I feared. There was no camping, no cabin and no getting away from ▇ We found out we were sleeping in ▇ van when we got there. That evening ▇ took us to the communal showers. I distinctly remember a stranger's face as I was being led into a shower stall by ▇ He knew something was wrong. I could see it in his eyes, he knew I was in trouble. There were multiple empty stalls and once he left I ended up in one with ▇ Later that night ▇ informed us of the sleeping arrangements and of course I got the back of the van with ▇ I had nowhere to go, I had been chased isolated and culled from the herd. I was alone and powerless as my childhood innocence was stripped away.

In retrospect I lost my ability to trust that night. I became painfully cynical to the point I am incapable of dropping my defenses. I lost all interest in the things I used to enjoy. School and sports became anathema. I refused to trust teachers and coaches or any authority figure for that matter. My relationship with my mother became toxic. Drugs and alcohol stopped me from thinking and remembering those events for a long time. I struggle with those avoidance tactics to this day. I stopped trying to achieve and reach my potential, I am not sure why but I felt like I didn't deserve any success. Most people who know me feel that I should aspire for more instead of settling, as do I.

▇ and Yosemite occurred 43 years ago. I remember the fear, hopelessness and pain like it was yesterday.



FILED 2021 MAY 13 AM 9:08 US BANKRUPTCY COURT DISTRICT OF DELAWARE CLERK

LEHIGH VALLEY PA 180
10 MAY 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

19801-302499

