5/3/2021 FILED

2021 MAY 13 AM 9:19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Laaui Selber Silverstein,

my case # is SA-▮▮▮▮ and my name is ▮▮▮▮▮▮ and I am writting to this court about my experience as a Cub Scout. I was not the only one (1) in the family that was a scout. Three (3) others a Boy Scout, Girl Scout, and another Cub Scout. You see my parents had their hands full with registration fee's. And this was in the early 60's. I could not wait until the day my Blue & Yellow uniform was order. You could not tell me nothing when I first put it on. What a feeling it gave me. I guess you can say that, that was the begining of a change from child to a little boy. And that day I was call to the paincible office and saw that it was a scout master I was relieved because I didn't know why I was call. And after a few minutes in the room in the paincible offic I never sit down. He stood up walk over to me talking ▮▮▮▮▮▮▮▮ -ing what goes on in the scout stays in the scouts. I felt so uncomfortable and I was under his control because of the rank. Now I want the court to know that it was not the uniform that molested me, it was what what's it the uniform that violated me. A few months after this my family along with four (4) other fa- -mily's was sent to a "all white" school and I couldn't take it anymore so I stop talking to them, I was put on the short bus in others word, to see a psychiatrist. But the very sad part about

IT IS, THIS ORGANIZATION KNEW OF THE PROBLEM OF "ABUSE" AND DID NOTHING BUT LOOK THE WAY! I FEEL THE BSA ORGANIZATION SHOULD BE PUNISH BY COMPENSATION TO ME LETTING THIS HAPPEN TO ME.

SINCERELY



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6TH Floor
Wilmington, DE. 19801