Date: May 09, 2021.

To: Justice Lauri Silverstein.

824 Market Street 6th Flr,

Wilmington, DE 19801

From ███████████████

Re:: Claim # ████████

FILED
2021 MAY 13 AM 9:08
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Honorable Justice Lauri Silversten,

I am writing you as victim of the Boy Scouts of America. Your honor although this incident happpened a long time ago I am just realizing what kind of impact this incident has casused me even today. This reorganization plan is insufficent and I believe that the BSA can and should be held accountable by doing lot better to provide relief to the many victims of sexual abuse.

We further believe that the BSA has forefeited its right to control banktuptcy process in conjunction with the insurance carriers representing the BSA.

Honorable Justice Silverstein, I am asking for justice impartiality, fairness and equality for the victims of this abuse.

Thank you so much.

Respectfully Submitted by:





NEW YORK NY 100
10 MAY 2021 PM 11 L

Justice Lauri Silverstein
824 Market St 6th Flr,
Wilmington, DE 19801

19801-30235