SA- ▮▮▮▮

To the Honorable Judge Silverstein;                    5/4/2021

My husband ▮▮▮▮▮ was a part of the Boy Scouts which stole his innocence and changed him in a way that was messed up.

My name is ▮▮▮▮▮ and we were great amazing friends for 9 years until one day we tied the knot, that was 20 years ago. Even through this time I knew deep down there was something wrong and I just couldn't understand where the deepest anger was coming from.

My ▮▮▮ is the most kindest, warmest, tender hearted person I know. He is also very competitive in everything he does; He would always tell me what an amazing ball player he was. Everytime he would tell me how he was in the newspaper for no hitters or how he had homeruns the best was how he would point his bat where he was going to hit the ball. He was just in junior high and the high school varsity would pick him up to play. He told me how the high school baseball coach was having scouts watch him. I knew he was telling me the truth, so but he wanted to prove to me, so we went back to his home town and he took me to the library where we spent the day going through micro film of old newspapers of my young innocent ▮▮▮▮ He was so excited to show me then he started beating himself up and

how he screwed up his life, baseball possibilities and education. It was like something happened. I don't know what is it, I asked what happened but his voice and look on his face what was it. Something bad happened to throw away his love and passion baseball, [REDACTED] turned to drugs and crime. He didn't graduate from high school until he was 57 when he got his GED yeah! He had taken this horrific crime against him and push his anger so deep that he acted out. He has regrets that he threw his baseball possibilities out the window, he was blaming himself for something but still wasn't talking. This is not the man I love and know.

Then [REDACTED] broke down and told me what his Boy Scout Leader had done. His troop leader invited to his home and he thought it was because of his great baseball player he was how wrong he was. My heart starting to break into tiny pieces. I wanted to destroy this man who robbed my husband of so many things. As my husband was telling the look of such shame he felt and tears I broke. He said he never told anyone this before I was the first.

[REDACTED] is a strong man and has straightened up his life with the help of God Almighty! The shame and anger will always have a scar for him, but he is one of the lucky ones. Maybe now at 65

he can start to heal. What about healing for all these young men that the Boy Scouts swore to protect but took advantage of them. The Boy Scouts should be the first of many that should understand they can't destroy young innocent lives and hide behind a bankruptcy.

Thank you for taking the time to read our story.

Sincerley,

FILED 2021 MAY 13 AM 9:17 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

7017 1000 0000 4284 8833

CERTIFIED MAIL

TAMPA FL 335
5 MAY 2021 PM 7 L

$6.45 0
US POSTAGE
FIRST-CLASS
062S0008367716
FROM 33618