Claim Number - SA -

May 5, 2021

**FILED**

2021 MAY 13  AM 9: 08

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Whom It May Concern,

This letter is regarding my experiences and subsequent fall out from my time in the boy scouts.

I want to express my emotions and subsequent life path due to my experience when I was a Boy Scout. The Boy Scouts have always been an organization that one looked up to and revered. The joy and excitement I felt when being accepted by the Boy Scouts was great. I was grateful when my mother sent me to the Boy Scouts.

I view of this excitement one can only image the pain and disappointment that a young impressionable boy went through when the unimaginable betrayal of abuse at the hands of the Scout leader, Mr. ███ Troop 101 Vernon City, CA. Once trust is lost it is a hard road to climb if ever the summit can be reached of restored trust.

This loss of trust has followed me through all of my relationships with friends, family and female attachments. It was key in my decision not to have children.

My sense of trust in others has never been restored and I have never reached that summit of the uphill battle to regaining trust in other human beings.

I hope that this testimonial will be taken under consideration as how this life, mine, has been irreparably damaged by the Boy Scout Organization and those that were the representatives of the institution.

My life has been forever changed by my experiences and have been on ongoing struggle to move forward by the betrayal.






LOS ANGELES CA 900
6 MAY 2021 PM 9 L

Justice Lauri Selber-Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

19801-493951