5-2021

**FILED**
2021 MAY 13 AM 9:05
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: Justice Lauri Selber Silverstein
Claim number: SA-▓▓▓▓  SA-▓▓▓▓
BSA Bankruptcy Case

My name is ▓▓▓▓▓▓ my first name is spelled ▓▓ & I was born in Turkey but my first name means ▓▓▓ & is pronounced ▓▓ but in Turkish its spelled ▓▓ sorry I been explaning that all my life to people. I was sexual abused in Scouting by my Den Mother & her husban I was also kidnapped by them & brought to sex partys with other Scout leaders & passed around & they would ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ so I would not fight them This went on from the time I was in 3rd grade & was 10 years old till I was 15 years old & was a run away & went to Juvenile Hall & then to a Boys Camp & then to prison its been almost 40 years sence the first time those vicious and horrific acts happen to me & after all that time I never told anyone but my mother one day in prison from a prison phone about 1/2 years ago & my wife about a year ago when I started going to counsleing to get help becouse I know that caring all those horrible thing inside me was no way



to live & That my Drug addiction all comes from what happend Because Drugs always took The pain away. I am sorry about my Spelling I learned how to read & write in prison. When it all first Started I Beged my mom and Dad to put me in The Cub Scouts & I Brought The form home That my Teacher had given me my mom & Dad were not Rich & Being a Scout cost money But They Signed me up & Bought me The Clothes & all The things I needed. it Started out with a sleep over Then a Trip to The lake & my Den mother & her Husband said They liked me They gave me Beer Then pot & one day at a Sleep over I was The only one & They told me That I was The only one There Because I was There Best little Cub Scout & we were going to have a movie night The movie They put on was a ▮▮▮

it was called ▮▮▮▮▮ & Then They ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I said no I wanted to go home & They told me no I would do as I was

③
Told I started Crying & ▮▮▮ The Husband ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ if I was not good I was scard so I took my clothes off. Then ▮▮▮ held me down & ▮▮▮▮ my Den mother put a ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ & I did what they wanted I don't rember much the first Time But I do rember that I was Bleeding when I went to the Bath room for the next few days & They told me That if I told They would Kill my family so I keeped going to the meetings & letting them do things to me This was around 1982 & 1983, after a few months I loved the Drug's & I also did not mind the Sex Because the Drug's made me feel good & normal I could go on Judge But, everything They Did to me was sick They ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Did to me happens to Kid's Still everyday at the hands of sick people like They were & what I found out from the Sex partys is That The BSA was

over ✓

over ↓

(4) a Big Child Sex ring & a net work of sick people that have Been doing this to kids like me for many years, I was Taken to New Mexico, OHIO, and Fort waine Indiana & all these house's where they keeped kids like me were from the scouts, they ▮▮▮ in other states & other Scout leaders in these other states & The BSA took my youth from me & it has Been doing this for over 100 years & coving it up. Cub Scouts Should have Been safe & something good insted all it did is Destroy me. There is no amount of Money Judge that could give Back my Childhood or my life or Take the monsters that I hide from in my addiction away from me. I am a year from Being 50 years old I am in federal prison for using Drugs & I am Broken & The BSA Did it to me, nothing is normal about me I can't even have a normal Sex life with my wife, Becouse for me I need to Be High to even think about Sex, its sad & yes I've Been in Treatment with a Counster for a year now & I get out of prison in Dec. 2021 this year & go to the halfway house and I only want to learn to Be normal & live a normal live. Judge The BSA needs to Be Closed down so no Child will ever go through what I & Thosands of Boys went through at there hands for over a 100 years please dont let them hurt anyone else please. Thank you for reading my letter. I use to feel it was my falt for what happend Today I know it was not my falt

Sincerly & Respectfully ▮▮▮

Legal mail

Justice
Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington DE 19801

