Re: ▮▮▮▮▮▮▮▮
LIFE SCOUT

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington, DE 19801



FILED
2021 MAY 13 AM 9: 17
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Judge Silverstein,
A Governance based upon ETHICAL responsibilities was lacking in oversight- any reports of Child Molestation should have been promptly addressed.

I don't believe an effective system was in place to screen Scout-Masters. When you trust your child's life in the hands of an adult, you need some guarantee of Ethical Behavior.

Note:
Boy Scouts of America merely publishing an Ethical Guide is not a guarantee of any Organizational or Societal actions toward compliance.
Unless correctly enforced, the situation becomes immoral irrespective of representing the standards of a money-making, Religious, or Non-Profit organization.
It constitutes a vast failure of Leadership, and yes- what about Parents overly trusting?
In my case it would have been nice to become an Eagle Scout.

IF Society can be Responsible then Scouting can be Saved.
Signed, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

A LIFE SCOUT

CERTIFIED MAIL
7020 1290 0001 9509 8050

19801-302499

Justice Laurie Selber Silverstein
BSA Bankruptcy case
824 Market St.
Wilmington Delaware
19801

NEW YORK NY
8 MAY 2021
19801

FCM LETTER
NEW YORK, NY
10021
MAY 08, 21
AMOUNT
$4.15
R2304H107990-62