

The Honorable Justice
Lauri Selber Silverstein
BSA Bankruptcy Case
SA█████
824 Market Street 6th Floor
Wilmington, DE 19801

FILED
2021 MAY 13  AM 9: 07
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein,

    My father was shot and killed in front of me on July 6, 1960 in East Point, Georgia. That tragedy was so intense I didn't think I could ever get over the pain or the horrible dreams. I didn't think I would have the ability to ever trust others. My Mother took the high road and we relocated our home to another community. She decided to give me an opportunity to begin to heal. She signed me up in scouts.
    One month after we joined, I was approached by the Scout Master and he asked me to visit him in a room in the scout hut. He was advised, by my Mother, of the tragedy with my father and he sympathized with her over the tragedy. Like any young scout, you trust in your leader, and all things become new. That visit to the scout leader's room became my worst nightmare. In the coming weeks the scoutmaster groomed me to be ███████████████████████. I was not a willing participant, but I was an easy target for that scumbag. He told me after my first encounter with him, that he would kill my mother if I ever told her. Being ten years old at the time, I was traumatized beyond any explanation I can give you. That experience took away my youth and turned me into a frightened little boy for years, and it carried over to my professional career.
    As a young Marine at Parris Island in South Carolina, I couldn't focus when other soldiers were required to touch me in hand to hand drills. As a young athlete, I lost focus many times when another player touched me. This very delicate secret remained with me until this organization was called out for their abuse. I decided it was time to talk.
    This can never again be allowed to happen to little boys or girls. I pray, Judge Silverstein, that you punish this organization for their knowledge of these horrendous situations and give large monetary settlements to all of us that suffered at their hands. Please be an advocate and support me. Please punish those who carried on a long term coverup and their lack of taking responsibility in dealing with these perverts that took my innocence and a great deal of my life.