Re: BSA ████████████

Dear Justice Silverstein;

My name is ████████████ and my inmate number is ██████ here at the Osborn Correctional Institution in Somers, CT.

The reason for this letter is in regards to the "Sexual Abuse" that I have been scared from while a Boy Scout some "Forty-four years ago." I am now "57" years old, having had my birthday yesterday on May 6th. Unfortunately it was not a happy day, now being in prison. I relate my incarceration, as well as many other "life struggles" to the one night of sexual abuse I was subjected to while a Boy Scout here in Connecticut.

My history goes back to being a Boy Scout in my best recollection to "1976-77". I believe it was "Troop 186" in South Windsor, CT., my home town. I believe it was October, a cold, wet weekend. Our troop was attending a weekend "Jamboree" of camping in East Hartford, CT. We were adjacent to Interstate 84 where the Tennis Club is. The rain made the grounds extremely muddy and I did not know how to set up my tent. My troop leader was busy with others. Another troop leader came over and asked if I wanted help, of course I agreed. He was about 29-30 years old. He was nice and put up the tent with me helping as

much as I could. We were supposed to have Hot Dogs and Hamburgs but due to the rain we had nothing. ███ I believe he said his name was, asked me if I wanted company in my tent. By now, it was dark. He came inside and offered me a Hershey Bar with Almonds which I gladly accepted. I was extremely hungary. He left for a moment to go to the bathroom and returned. I lay down on my sleeping bag with ███ a foot or two away lying down. We talked a bit of getting awards and listening to the rain.

███

see him the rest of the weekend.

After the incident, I was too scared and ashamed to tell my Scout Leader or my parents. It stayed a secret for 40 years

As I look back on my teens, I felt confused, with bouts of anger. Felt insecure and did not have a relationship until I was almost 19. My marriage ended in divorce. I could not feel close or have meaningful affection towards my wife.

I have suffered from "Depression" and "Extreme Anxiety" for over 25 years. Been on Prozac, Lexapro, Trazadone, Librium, Klonopin, Xanax, Thorazine, Elavil, Paxil, Effexor, Luvox, Lamictil, Clonadine,

AND Vistraril. I have been to countless Psychologists and Social Workers over the years. It all culminated 9 years ago with my "Home Invasion" and "Attempted Sexual Assault." I hid my pain with the use of Cocaine and it's combination of my prescribed medications.

This incident, as small and insignificant as it may seem to others, has ripped the fabric of my life apart for years. It has left my daughter fatherless for almost 10 years and kept me from any meaningful relationships. I do not know what love is, never having experienced it in a relationship. Each day in prison, I am reminded that the catalyst that put this in motion took place 44 years ago.

I surely hope the Court can understand how such an "Act" can affect someone's life as its roots take hold. My question - how will Justice prevail and when will my torment end.

Sincerely,

[redacted]



"Legal Mail-Privileged"

THIS CORRESPONDENCE ORIGINATED FROM AN INMATE AT A CONNECTICUT CORRECTIONAL FACILITY SB01-302499

HARTFORD CT 060
10 MAY 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St, 6th Floor
Wilmington, Delaware, 19801