# To:

Attention: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

From: 

I ask that this gets read in open court. Please do not discard or file away, that has already happened for over 30 years.

In short, the children of this country are the most valuable resource America has. When this resource has been violated and abused to great extent, this is truly an attack on American sovereignty. The attorney general of the United States of America needs to get involved and the United States government needs to make sure that the people involved need to be held accountable. Just think

what this organization has taken away from this country for so many years with the victims that are just now having a voice. Where would they be now. Productive members of society or not. Broken members of society or not. That is the question that needs to be answered.

Yours truly,