MAY 7, 2021

To Judge Silverstein:

My name is ████████████, 100% AND I AM A DISABLED NAVY VETERAN. I AM writing TO You ABOUT THE BOY SCOUTS OF AMERICA CASE.

When I was in Boy Scouts, we were on a Trip to Stratton Mountain Vermont. Our Scout Leader NAMED ████ AND his 2 SONS raped me. I WAS So Ashamed AND Scared I Did NOT TELL my PARENTS or police ████████████

I've never been the SAME AFTER THAT. WAKE up SCREAMING, NIGHT SWEATS. IT effected my marriage oF 9 Yrs, MY wife couldn't TAKE my Behavior Any more. SHE Divorced me + Took my Son

Today, I can't perForm Any more, mostly Because oF the horrible nightmares. I Feel Dirty AND Ashamed ALL the Time! They really Screwed me up!

What I'm Asking You For, is To punish this group (BOY Scouts oF America) AND give A Little Justice To those That were Abused, SEXUALLY!. Thank You For Your Time.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE
19801

ALBANY NY 120
10 MAY 2021 PM 1 L

19801-302499