From: Claim # SA - ███

May 8, 2021

FILED
2021 MAY 13  AM 9: 06
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE  19801

Reference Claim #: SA - ███
Against BSA and Delaware BSA, LLC, No. 20-10343

Dear Judge,

You are a powerful lawyer just like Mahatma Gandhi, Esq who went on to become Father of INDIA: The World's Biggest Democracy and Man of the Millennium (Years 1000-2000). He BROKE the chains of oppressive colonizers with restorative LOVE in his heart and without firing one bullet. Many many millions of activists worldwide still reference his mandate: **"BE THE CHANGE YOU WISH TO SEE!"** Over 90 years ago Gandhi also presciently stated: **"THE FUTURE IS WITH WOMAN"** and now --- somehow --- good providence has given us YOU, **"our Silver Bullet"** who can deliver to ALL Boy Scout Victims both emphatic JUSTICE and the much needed PEACE that always accompanies Justice.

I am only one of over 90,000 listed victims of institutionalized Boy Scout sexual assault in this court case before you. But WHO can estimate how many victims there were in past decades that are already DEAD, and whose legacies and families STILL cry out for representation and Justice? **WE ALL DESERVE EMPHATIC JUSTICE! WE ALL CRY OUT TO YOU SO YOU CAN STAND WITH US TO UNEQUIVOCALLY PROCLAIM...**

### "NEVER AGAIN!"

POWERFUL Judge, please **"Be the Silver Stake"** that is driven into vile **"Vampire Machine of Institutionalized Boy Scout Pedophilia!"** YOU can save the good portion of the organization by KILLING the 'Evil Worm' that sucked and destroyed the precious innocence of MANY thousands -- mine included.

It's known that predator pedophiles control and dominate their victims by threats of violence if they do not hold their silence. The criminal adult posing as a Boy Scout leader who victimized me for 24+ months was a part of a crew and cabal of like minded predators. My victimizer threatened me with this...

*"I will tell your family what you did to me"*
or
*"I will kill myself if you tell anyone."*

Somehow, in spite of the great shame and depression I experienced while being victimized, I was able to earn the top Boy Scout Rank of Eagle Scout, the first in my troop to ever achieve this. What should have been a great experience and accomplishment and memory for me and my family ended up meaning nothing to me because my victimizer required me to live a lie by breaking the Scout Oath and Scout Law.... The twelve virtues, or character traits that Scouts are to memorize and internalize begins with:

### "A Scout is Trustworthy..."

And yet, what was worse than betraying the Scout Oath & Scout Law, my victimizer required me to lie to my wonderful parents that gave me my life! In these two photos below, look at my stolen innocence and my loving parents as I was Awarded the Eagle Scout Rank. Look at the shameful tragedy of me LIVING-A-LIE in front of them, and also the honorable Boy Scout Oath & Boy Scout Law.

**Evidence of organized institutional pedophilia?** As an adolescent boy, for three consecutive summers I attended the annual week long troop campout at Camp Strake that is 2000+ acres and third largest scout campground in the USA. Formerly owned by the Sam Houston Area Council, it was recently sold to a developer.

Anyway, to attend camp, Scouts were required to get a physical at their family doctor in advance of attending. Upon arriving at campsite, each troop is told to set up tents and then hike, single file in one's underwear, to gather and meet at the Boy Scout camp infirmary so the "Doctor" could inspect everyone for a hernia (or so they told us).

This picture is ingrained in my mind. There we were, all the boys from an estimated 15 other troops, lined up in their underwear, along with their troop's complicit leaders. In front of everyone, a scout goes to the front, where the 'Doctor' and his weird leering assistant who is taking notes beside him, were facing the crowd. One by one, the scouts were to

Dear Judge, I may have been a child, but I was smart enough to know that this annual tradition was NOT about 'checking for hernias' because the family doctor did that in the earlier required physical. It was about identifying boys that "camp and administration leaders"; the predators and pedophiles, wanted to molest. This exercise to recount this tragic chapter is important, but it victimizes me again. So therefore, let me now estimate the number of young Boy Scouts who experienced this 'fake hernia medical examination' in this one Boy Scout Camp, and for just one Summer season.

**Estimations:** If 15 Scout Troops attend the same week of camp and there are ~20 scouts in each troop, then that would equal 300 boys. If each Summer had ten 1-week-long camp segments of 300 scouts each, then an estimated 3,000 boys were given fake hernia examinations each year! Who knows how many years, and how many young boys were culled from this institutionalized practice, or how many other Boy Scout Camps, or how many of the other 250 local councils were permitting this questionable examination?

This whole horrible memory of retelling my own tragic experience on this topic made me investigate a certain NEW question. While drafting this letter on May 4, 2021 the subject got me to wondering **"How often do young boys get hernias?"** What I discovered was

RARELY. The professional article stated: *"Approximately 5% of all males develop a hernia during their lifetime. A study that evaluated the incidence of inguinal hernia in almost 80,000 children found that the cumulative incidence of inguinal hernia from birth to 15 years of age was 6.62% in males and 0.74% in females."*

In closing Judge Silverstein, on behalf of myself, my wonderful parents, all Boy Scout molestation victims and their loving parents, I am appealing to you to remember this adapted quote by Gandhi:

## "OUR FUTURE IS WITH YOU!"

Please GIVE us Justice so we can then experience the Peace that comes with Justice. Dr. Martin Luther King Jr, the world's most often referenced Nobel Peace Prize Laureate, says it best,

## *"True peace is not merely the absence of tension, it is the presence of justice."*

Best regards from ONE of many thousands and thousands of molestation victims,







# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 449 832 075 US

**FROM:** (PLEASE PRINT)
SA[redacted]
Mr. Li S. Esq. (BSA)
824 Market Street
Wilmington, DE
19801

**TO:** (PLEASE PRINT)
Justice Lauri S. Silverstein
BSA Bankruptcy Case
824 Market St, 6th floor
Wilmington, Delaware
19801 - 4906

PO ZIP Code: 30030
Date Accepted: 5-8-21
Time Accepted: 10:26 PM
Scheduled Delivery Date: 5-11-21
Postage: $26.3[?]
Weight: 0 lbs 7 ozs ☒ Flat Rate
Total Postage & Fees: $26.2[?]

S.M.S. K-RAY