CLAIM SA- [REDACTED]

MAY 8 2021

**FILED**
2021 MAY 13 AM 9:44
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

HONARABLE JUSTICE LAURI SILVERSTEIN

I AM AN 88 YEAR OLD EX. P.O.W. - PURPLE HEART - BRONZE STAR, AWARDED, RETIRED KOREAN VETERAN. IN 1947, AT THE AGE OF 14, I JOINED THE B.S.A. IN HERNDON, PENNA.

MY SCOUTMASTER, [REDACTED] ABOUT 40 YEARS OLD, GAVE ME A SWIMMING SUIT, WHILE FITTING IT ON, [REDACTED]

THIS HAPPENED AT HIS HOME, AND ALSO IN THE BASEMENT OF THE MASONIC BUILDING, AFTER OUR MEETINGS WERE OVER.

I DO NOT LIKE TO TALK ABOUT THIS.

I PRAY THAT YOU WILL DO THE RIGHT THING AND HOLD THE B.S.A. RESPONABLE FOR THEIR ACTIONS.

CLAIM SA- [REDACTED]