To Whom It May Concern,   **FILED**   Caim # SA-

2021 MAY 13 AM 9: 06

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

First, thank you for giving me the opportunity to speak directly to the court about my experience in the Boy Scouts and for letting my voice be heard through these proceedings.

When I was 10, I was a happy, trusting child and was excited about joining the Boy Scouts, I had trust in my troop and Scoutmaster. That was completely shattered the night I was molested, I lost trust and my faith in the adults put in place to protect me. I felt humiliated and ashamed from what happened and I carried that with me throughout my life. The morning after I was molested, I felt so scared but I told my Scoutmaster what happened, the Scoutmaster didn't offer any words of comfort but in an upset tone told me to pack and he didn't say a single word the whole ride home He dropped me off in my driveway without even a word to my parents. The scoutmaster didn't protect me and failed me for not notifying my parents and or authorities about the incident. His silence and upset mood made me feel very alone and that I had done something wrong. My whole troop learned what happened that morning and I was teased and bullied by them and the kids at school everyday. I was called gay and accused of liking it, I developed an extreme anxiety disorder and suffered from depression and major anger issues. I hated going to school (because of all the teasing) I started drinking after the molestation when I was just 10, I became an alcoholic and still struggle to this day. My whole life I struggled and questioned my own sexuality because I couldn't understand why ▮ chose me. Weeks after the molestation, I was then confronted and threatened by ▮ that he would hurt and kill me and my family if I told anyone about what had happened.

The Boy Scouts FAILED me, they allowed a predator to join for an overnight trip, they put me in a tent alone with him and after I reported what happened, (the next morning) the Scoutmaster made me feel like I did something wrong. The Scoutmaster never notified my parents and never reported it to the proper authorities. This allowed ▮ to walk around freely where he was able to then traumatize me again and threaten my family's life and my life.

I know I am just one of many that have been molested while in the Boy Scouts and the Boy Scouts FINALLY need to be held accountable! I was a 10 year old defenseless child, I am now 48 years old, the traumatic incidents that I experienced when I was in the Boy Scouts, aren't just a distant horrible memory, they are something I live with every day and affect my life in everything I do. Years of anxiety, depression, PTSD, alcohol abuse, paranoia, nightmares, trust issues, struggling in relationships and struggling to be close to my own kids. There is nothing that will ever make it right what happened to me and to all the others and it sickens me to hear how many others there are out there like me and that this kept going on for years after I left the Boy Scouts.

If the reorganization plan that the Boy Scouts have put forward, goes out for a vote, I plan to vote NO. This is not enough to make up for the neglect and abuse I experienced while in the Scouts. To me, it seems like they are doing what they do best, minimize the abuse and sweep it under the rug.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801