To Justice Lauri Selber Silverstein, my Name is [REDACTED] and Not Really Sure on How to start this Letter, I thought I was a average boy Growing up always playing Football Baseball Riding bikes Never Got Into Trouble always tried to do the Right thing In Life, I started working at the age of 8yrs old In my Father's Garage, Then things started to Change In my Life I was 12 years old when I over Heard some Kids saying that they were Going to Join Boy Scouts Troop #5, I thought wow thats Pretty cool, the Guy 2 House Down From me was the scout master, He had come to the House and Introduce himself to my Parents an ask if I be Interested In Joining. my Parents w I Had talked about it and thought It be a Good thing Not Knowing what was coming down the Road Things were fine at the beginning we are were having Fun until the scout master said that he coul Start Taking me to scouts. Thats when the Nightma began. At First I didnt think much of It alway saying wow [REDACTED] you are Doing a Great Job Rubbi me on my back and praising me. well being a young I thought that was Great someone Really appreciati

Pants and all the time assuring me this is how you become a man In Life, I didn't know any better well over the course of 3½ - 4 years this continue to where this scout master was having sex with me. I would Really Like to stand In Front of the Boy Scouts In Person and tell my story In Detail it would make people sick to there stomach and the effect that it Has Had in my Life, Bad marraige, Drinking all the time I Became very disrespectful and that isn't me. thank God to this Day I meant a beautiful Women that took me Down the Right Road In my Life because I was headed For Hell, so please if you happen to Read this Letter please Let me come In Front of the Boy Scouts and Let me tell my story on this Dis- gusting Guy. my Number is ███████████ and my Name is ███████████ Thank you For Reading m Letter and I Truely hope to Hear From you.

FILED 2021 MAY 13 AM 9:54 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

# SA-

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 market street
6th Floor
Wilmington DE 19801

SOUTH JERSEY NJ 080
10 MAY 2021 PM 7 L

19801-302499