May 11, 2021

To Whom it May Concern:

In 1959 or 1960 I was a Cub Scout of America. My Den Mother was ▮▮▮▮ and my Scout Master was ▮ something, I don't remember as it was a long time ago.

As a 9 or 10 year old boy I would go on camping trips in the summertime, with 5 other boys and the Cub Master ▮ During these camp outs I went to places like Joshua Tree National Park and the Kern River in Central California. At night I would ▮▮▮ by the Cub Master ( ▮ after a while I began to like ▮▮▮ I then became Bisexual. My innocence was stolen from me. I didn't ask to become Bisexual. I've been fighting this being a ▮▮▮ all my life. This was wrong. I didn't like being a gay person and seeking out gay areas in Sydney, Australia, or in Cebu, The Philippines or in Pattaya, Thailand as my job took me to these places.

The Bible says it's wrong. I've thought about suicide many times. This must not stand.

Sincerely,





FILED 2021 MAY 13 AM 10:49 US BANKRUPTCY COURT DISTRICT OF DELAWARE CLERK



```
SHIP BSA BANKRUPTCY CASE SA24283
TO:  JUSTICE LAURI SELBER SILVERSTEIN
     FL 6
     824 N MARKET ST

     WILMINGTON DE 19801-3011

     DE 197 9-25
```

UPS NEXT DAY AIR SAVER
TRACKING #: 1Z AW2 666 29 5204 6167

BILLING: P/P
SIGNATURE REQUIRED

0.3 LBS  LTR 1 OF 1
SHP WT: LTR
DATE: 12 MAY 2021



Express Envelope