TO: Justice Lauri Selber Silverstein    FILED
2021 MAY 13 AM 11

FROM [redacted]

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Subject: BSA Case

In the spring of 1964, I suffered a one time fondling [redacted] by assistant scoutmaster on a outing in the [redacted]. What was damaging to me he flashed his gun to me (his day job was a policeman) I was 12 years old. The damage I incurred was great mentally. This happened spring before high school. To this point in Grammar school I honor student. In the beginning of high school I suffered from anxiety. Unable to focus on reading. I faltered attended 3 high school in four years

(3)

In adult life the damage were great. I have been under physic care and medication my whole life I have been hospilize 3 times in a phys ward. On one of the stays, I hallucated and saw the scontmast.



SANTA CLARITA CA   913
8 MAY 2021  PM 1  L

U.S.N.
X-RAY

FOREVER / USA

JuSTicE LAuRA SELbER SilvERSTiEN
BSA CASE
824 MARKET ST
6TH FLooR
WiLmiNgToN, DE 19801

19801-3024 99