FILED
2021 MAY 13 AM 10:54
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Not sure how to start this letter. I never wanted anyone to know what I went through as a small boy in early 70s. My mother did the best she could with eight of us after my father left. I never told anyone what happened because my mother would think that somehow it was her fault. She is 94 years old and this would be the worst thing for her to hear.

I was abused for years as a young cub and boy scout. The leader made himself a friend of the family and each time there was an outing he made sure I was able to go. I was made to do things no boy should ever have to go through. I would give you the details but that's not a picture you want to have to carry around. Lets just say everything you are thinking did happen at meetings and outings and partys.

I am sending this letter so the next time a young boy goes camping or on a hike that the preditors he needs to watch for arn't holding his hand.

5/11/21

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801