20-10343

To: Justice Selber Silverstein, BSA Bankruptcy Case, 824 Market Street 6ᵗʰ Floor

FILED

Wilmington, DE 19801

2021 MAY 12  PM 12: 20

Re: SA-███████

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

From: ███████

This case with the BSA is important to me because of the traumatic, life altering effects it has caused in my life. What I have endured has haunted me from the age of 11 (the Summer of 1971 & 1972) up until my current age of 61 years old. I hid the abuse I suffered, while living in fear, feeling dirty, and being unable to trust. The things I was made to do devastated my childhood & carried over into my adult life. I hid them from my parents, my wife, and my children. The trauma led to early drug use at the age of 13 and drug addiction. It caused me to be afraid of being touched and to live a sick guard life. Only to be revealed in therapy as a Veteran at the VA Hospital.  The addiction along with my hidden issues destroyed my Army Career and caused a marital separation. For long I could not embrace my own young children because of what happened to me. Yes, I lived my life in pure fear.

My parents were devastated because they believed I was safe & protected. They trusted the Boy Scotts of America to teach me wholesome skills as a little boy. However, I was only left experiencing nightmares and night terrors in which I wake up fighting in my sleep. I still experience these to this day. Once I finally found a good resource for professional counseling, someone I could trust, share with and build with, I had to stop going because I could not afford it. Now I rely on medication to sleep and function daily. As a result of what happened to me, I am being treated for PTSD, Major Depression, Anxiety & Anger Management. This case holds great importance to my mind, body and mental health. The BSA made my life, and my family's a living Hell on Earth; and now they are negating the seriousness of their actions with no accountability imposed in my life!

As a victim, what I would like to see is the BSA held accountable for their horrific acts on a small boy, me! I would like to see concrete definitive changes put in place to prevent future sexual abuse on others, which was hidden away by the BSA protecting themselves & their failure to protect those like myself entrusted.

███████

*May 4, 2021*