


FILED
2021 MAY 13 AM 9:10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 2, 2021

Justice Lauri Selber Silverstein
Case #
Subject: Boy Scouts of America

Justice Silverstein,

  I was eleven. My father got custody of me and I had to leave my mother and go live with him. Everything I knew was gone. I felt alone and isolated. A kid from school asked me if I wanted to go camping with his Troop. Even though I had trust issues even then The boys scouts were all about trust, honor, all these high ideals so of course I said yes to something I had never said yes to before. And that was the night I was molested.

  I am 65 now and live alone. The effect the molestation has had on my life has been profound and ongoing to this day. All the money in the world won't change that. But life changing money for us and life changing costs to the BSA is the only outcome that is the right thing for both of us. Please don't let the Boy Scouts of America rape me again.