

20-10343

May 2, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE.  19801

Dear Justice Selber Silverstein:

Regarding **Claim Number: SA-**▮▮▮▮, **SA-**▮▮▮▮  I write this letter at the behest of my lawyer, Mr. Andrew Van Arsdale.  For several decades, I have struggled to free my memory of scouting abuse that I endured during a week at BSA summer camp in Irondale, Missouri during the early 1960's. Two of those nights were especially terrible and abusive.  The full details of those events are in the safe keeping of my lawyer, Mr. Andrew Van Arsdale.  My affidavit is now established as a matter of court record and no aliases are associated with my case.  This is my only letter to you.

**That first night:  sexual assault and battery**

That Wednesday night was to be a terrifying mortification!  Upon returning ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ This inescapable terror went on for many minutes! No adults were available to stem this event or to even rescue me from the

1

sexual torment. I then repressed that horrible memory in order to keep moving forward

## The second night: the tap out-chest/heart punch

In order to be selected as a member of The Order of the Arrow, an honor camper award; a person had to be voted in. The Ceremony of Selection was described as "the tap out". All scouts stood in an oval awaiting an older boy (high school aged) to stand in front of them and hear the words in effect, "you have been selected". Then, the older boy would deliver a heart blow (punch?) to my sternum and knock me to the ground. Because of that heart blow (punch?), I have a dislocated rib tip projecting above the flat plane of the sternum. Yes, there was considerable shock and pain resulting from that experience. Each boy selected was then sequestered and isolated for the entire night.

## Weeks later: the ordeal

That Saturday ordeal was a full day of rain-soaked physical labor to build the main road in SbarF scout ranch near Farmington, Mo. My perspective, as a then 13-year-old, was to merely endure that day. Now, as a senior citizen, I am sure that child labor laws were not really to be concerned about at that time in order to accomplish the development mission of the Greater St. Louis Area Council.

To relive that false shame and guilt of that summer produced a lifetime of psychological conflict on the sub conscious level. Are not values of "trustworthiness", "modesty" and "self-esteem" important for young boys to respect in preparation for an adult life as a productive member of American

2

society? At no time whatsoever were my own parents aware of what happened to me.

In 1983, my personal journey became a long road of psychiatric care in order to even restore those terrible repressed memories.

Now I am 71 years of age and a former adult scout volunteer who has discovered the fatal flaw of the BSA "Youth Protection Policy of Two-Deep Leadership" that really only works effectively in the confines in the scout meeting room. Professional Scouters really are only concerned about their own paramilitary centrist attitudes which are only mutually inclusive and really divergent from Lord Baden Powell's original design for the development of boys. When these professional scouters "game the system", then it is obvious to me that they have abandoned ethics in order to profit from the control of American youth as a commodity.

Today, I purchased a text written long ago, entitled: "The Rape of the Mind: The Psychology of Thought Control, Menticide, and Brainwashing" by Joost A. M. Meerloo. 1956. I am hoping that I will gain an increased understanding of those events that happened to me in the early 1960's before entry into seminary high school.

Very Truly Yours,