Dear Justice Lauri Selber Silverstein, SA —

I am writing in this short letter in reference to my sexual abuse in B.S.A. Never wrote any letters, I want you to know I was abused when I was 12-13 years old, my scout mother, would take me + I think 2 others, into her bathroom (when at home) and once went on field trip. It has stayed with me, all this time, and has affected many relationships + on SSD - for anxiety + Thank you

Begin each day with a....

Grateful Heart

FILED
2021 MAY 13  AM 9:10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

ALBANY NY 120
10 MAY 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
884 Market Street 6th Floor
Wilmington DE 19801