BSA BANKRUPTCY CASE
IN THE UNITED STATES BANKRUPTCY COURT For The DISTRICT of DELAWARE

@ Justice Lauri Selber Silverstein - Claim No: SA-
SEXUAL ABUSE SURVIVOR, LETTER TO THE COURTS:
ADDRESSING
Court by Handwritten Letter.
(BSA) slapped me straight in the Face, Court Case though mockery erroding "Innocents as child In Bankruptcy Court. (THE BSA) noted victimised my adult Character by "side-stepping any "responsibilities, duties" In (Bankruptcy Court). Mirroring World, courts, (BSA) must realize (NATIONWIDE SEXUAL ABUSE BEHAVIORAL Issues (SOLE REASON WE ARE HERE) (MUST BE REDIRECTED SOLELY BACK ON THE VICTIMS NOW). Symptoms: Depression, Anxiety, Amorphobia, PTSD, others, attributes determines day In Court. (THE BSA) Case Cannot be allowed to proceed Further till (THE BSA) Account to myself, others In (Chapter 11 bankruptcy) Invitating fully It's responsibilities. "(My Father) communicated to (HOME OFFICE) Explaining son's sexually abused by Scout Leader @ Boys Scouts Camp In (Texas Chapter), Scouts Leadership omitted any responsibility by not providing closure to myself, my family. (Horrable Incident) Scout Leader awaking me by pulling off my pajamas I was wearing, very young/in age. Complete Liston

(In re: BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC.)

(Claim Nb: SA[redacted]

[redacted]

my face, put clothes on. He had a mean look on face. called THE Following morning scout leader took me Bk down property, parents, parents arrived, took me home. Before then, Scout leader lied saying my [redacted] behavior's @ camp directly violates camps rules & Regulations, leading to exposition. (BSA) Lie's were hurtful, false, and venditive, counterproductive, Just plain rude to me. (SEXUAL ABUSE) allegations, Not Proactive, Hurtful. Mental Anguish emerges as Individuals Companies like (BSA), Judge, Legal Counsel (BSA) Insurance companies allow's omition's to commintment ABUSE obligations, (THE BSA) responsibility In Court makes sufferings. Mental problems exist today. (THE BSA) SEXUAL ABUSE over the years are PROBLEMATIC TO ITS VICTIMS THEN / NOW ALLOW Negatives towards Completing Offering: "LIFE, LIBERTY and the PURSUITS OF HAPPINESS." Personal contacts others used Aggressive Behavior's displayed towards myself mirroring Already INSTILLED BEHAVORIAL PROBLEMS (INCLUDES ISSUES. LARGELY TO SEXUAL ABUSE @ MOST OF (BSA) NATIONWIDE CAMPS LOCATIONS DISCUSSED IN CIRCLES @ CAMPS (talk?) NO ONE WILL EVER BELIEVE [redacted] January 23, 2014, Pro-Driver / Phoenix, AZ [redacted] [redacted] assaulted myself while driving GREYHOUND passenger's aboard. Worsened my PTSD Issues. September 16, 2020 Felony assaulted during Car Jacking. Suspect assaulted by compounded stop sign Regulation type Stop-sign Tempe, AZ 16 Days in hospital, recieved (1) Pint-blood transfusion, Dr stated I was lucky to be alive.

(Claim No: SA-▮▮▮▮)

(November 07, 2020) Felony assault (Hotel robbery) attempt (Force in Bath-tub), Butcher-Knife/Glock Used in Temple Arizona.

(BSA) Front/Center "Sexual Abuse (Did) take place @ your Camp. (PLEASE) Be clarified in reponsibility actions, YOU Will not, Can NOT make (ABUSE) disappear. (I Plead to YOU (BSA) in providing, immediate yet comprehensive, adequate closure. For It's Is (YOUR) Sole Duty and Shared responsibility to me. (PLEASE PROVIDE WHAT I SO DESPERATELY DESIRE)/DESERVE in closure.

(BSA) Leadership (Scout Camps) known For "Sexual activity" NOW/THEN. (BSA) knew Of Such, and or Should have known (DENIALS) NOW (Will Not Work. (The BSA) Now. Sexual Abuses on world record as charted/recorded as such." (BSA) Own-up. (Stop Stalling Bankruptcy proceedings) (Emerge Responsibly and Just cause - to myself (Sexual abuse Victim).

CONCLUSSION:
(BSA) Case not (ONLY) About your Bankruptcy (BSA). BSA-INSURANCE COMPANIES, The JUDGE Must come to terms, reckon my sufferings through the years By: (THE BSA) hands. DUTIES MUST REROUTE/REDIRECTED BACK TO ME/MY CASE. My Chance for redemption-relief-closure. (BSA) Responsibilies must be retorted in all efforts, Back on It's countless victims.

▮▮▮▮▮▮▮▮▮▮

FILED
2021 MAY 13  AM 9:09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

U.S. X-RAY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
@ JUSTICE Lauri Selber Silverstein (BSA) Bankruptcy Case
824 Market Street (6th Floor)
Wilmington, DE, 19801