# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No.: 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Dkt. Nos. 2618 and 3708** |

### JOINDER OF GENERAL STAR INDEMNITY COMPANY TO LIMITED OBJECTION OF THE AIG COMPANIES TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) SCHEDULING CERTAIN DATES AND DEADLINES IN CONNECTION WITH CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION, (II) ESTABLISHING CERTAIN PROCEDURES AND, (III) GRANTING RELATED RELIEF

General Star Indemnity Company ("General Star") hereby submits the following joinder (the "Joinder") in support of the Limited Objection to the Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection With Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Procedures and (III) Granting Related Relief [D.I. 3708] (the "Limited Objection") filed by National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, The Insurance Company of the State of Pennsylvania, and their affiliated entities (collectively referred to herein as the "AIG Companies") and states as follows:

On May 12, 2021, the AIG Companies filed the Limited Objection. General Star hereby joins in the Limited Objection and the relief sought.

### CONCLUSION

WHEREFORE, General Star respectfully requests that the Court enter an order (i) granting the relief requested in the Limited Objection, and (ii) granting such other and further relief as is just and proper.

Dated: May 13, 2021				SMITH, KATZENSTEIN & JENKINS LLP

					 */s/ Kathleen M. Miller*
					Kathleen M. Miller (No. 2898)
					1000 West Street, Suite 501
					P.O. Box 410
					Wilmington, DE 19899
					Telephone: (302) 652-8400
					kmiller@skjlaw.com

					*And*

					WILEY REIN LLP
					Gary P. Seligman (admitted *pro hac vice*)
					Ashley L. Criss (admitted *pro hac vice*)
					1776 K Street NW
					Washington, DC 20006
					gseligman@wiley.law
					acriss@wiley.law

					*Attorneys for General Star Indemnity Company*