**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 13th day of May 2021, a copy of the foregoing Joinder was served via the Court's CM/ECF system to all parties registered to receive such notices and on the attached service list to all parties via electronic mail.

Dated: May 13, 2021

                                             */s/ Kathleen M. Miller*
                                             Kathleen M. Miller (No. 2898)

## Service List

(*Counsel to the Debtors*)
Derek C. Abbott, Andrew R. Remming, Eric W. Moats, and Paige N. Topper
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
dabbott@morrisnichols.com;
aremming@morrisnichols.com;
emoats@morrisnichols.com; ptopper@morrisnichols.com

(*Counsel to the Debtors*)
Michael C. Andolina, Matthew E. Linder, and Blair Warner
**WHITE & CASE LLP**
111 South Wacker Drive
Chicago, Illinois 60606
mandolina@whitecase.com; mlinder@whitecase.com; blair.warner@whitecase.com

(*Counsel to the Debtors*)
Jessica C. Lauria
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
jessica.lauria@whitecase.com

*(Counsel to the Tort Claimants' Committee)*
James I. Stang, John A. Morris, James E. O'Neill, and John Lucas
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
Wilmington, DE 19801
jstang@pszjlaw.com; jmorris@pszjlaw.com; joneill@pszjlaw.com; jlucas@pszjlaw.com

David L. Buchbinder
Hannah Mufson McCollum
Office of the United States Trustee for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
David.L.Buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov

*(Counsel to the Creditors' Committee)*
Thomas Moers Mayer, Rachael Rinder, David E. Blabey, Jr., Jennifer R. Sharret, and Megan M. Wasson
**KRAMER LEVING NAFTALIS & FRANKEL LLP**
1177 Abenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com; rringer@kramerlevin.com; dblabey@kramerlevin.com; jsharret@kramerlevin.com; mwasson@kramerlevin.com

*(Counsel to the Future Claimants' Representative)*
Robert S. Brady, Edwin J. Harron, and Sharon M. Zieg
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
1000 North King Street
Wilmington, Delaware 19801
rbrady@ycst.com; eharron@ycst.com; szieg@ycst.com

(*Counsel to JPMorgan Chase Bank Nation Association*)
Louis R. Strubeck and Kristian W. Gluck
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue,
Dallas, Texas 75201-7932
louis.strubeck@nortonrosefulbright.com;
kristian.gluck@nortonrosefulbright.com

*(Counsel to the Creditors' Committee)*
Kurt F. Gwynne and Katelin Ann Morales
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801
kgwynne@reedsmith.com; kmorales@reedsmith.com

*(Counsel to JPMorgan Chase Bank National Association)*
Matthew P. Ward and Morgan L. Patterson
**WOMBLE BOND DICKINSON (US) LLP**
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
matthew.ward@wbd-us.com;
morgan.patterson@wbd-us.com