# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Daniel Bevere, Esq. to represent William F. Tompkins, III and Richard G. Dunn in the Boys Scouts of America and Delaware BSA, LLC., in the above-captioned cases.

Dated: May 5, 2021

*/s/ Brian A. Sullivan*
Brian A. Sullivan (DE 2098)
Werb & Sullivan
1225 North King Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-1100
Email: bsullivan@werbsullivan.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 5, 2021

*/s/ Daniel Bevere, Esq.*
Daniel Bevere, Esq.
Piro Zinna Cifelli Paris & Genitempo
360 Passaic Avenue
Nutley, NJ 07110
Telephone: (973) 661-0710
Email: dbevere@pirozinnalaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: May 13th, 2021**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**