**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of David M. Spector of Schiff Hardin LLP to represent the Catholic Mutual Relief Society of America in the above-captioned case and any and all adversary proceedings.

Dated: May 11, 2021　　　　　**POTTER ANDERSON & CORROON LLP**
Wilmington, Delaware

　　　　　　　　　　　　　　　　*/s/ D. Ryan Slaugh*
　　　　　　　　　　　　　　　　Jeremy W. Ryan (Bar No. 4057)
　　　　　　　　　　　　　　　　D. Ryan Slaugh (Bar No. 6325)
　　　　　　　　　　　　　　　　1313 N. Market Street, 6th Floor
　　　　　　　　　　　　　　　　Wilmington, DE 19801-6108
　　　　　　　　　　　　　　　　Telephone: (302) 984-6000
　　　　　　　　　　　　　　　　Facsimile: (302) 658-1192
　　　　　　　　　　　　　　　　Email: jryan@potteranderson.com
　　　　　　　　　　　　　　　　　　　　rslaugh@potteranderson.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: May 11, 2021

*/s/ David M. Spector*
David M. Spector
Schiff Hardin LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: 312.258.5552
Email: dspector@schiffhardin.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: May 13th, 2021**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**