# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al.*, | Case No. 20-10343 (LSS) |
| Debtors.[1] | Jointly Administered |
| | Re: D.I. 1741, 1742, 1743, 1761, 1768, 1769, 1782, 1784, 1794, 1795, 1797, 1798, 1811, 1910, 1920, 1922, 1923, 1954. |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED FOURTH OMNIBUS ORDER GRANTING INTERIM ALLOWANCE OF FEES AND EXPENSES FOR CERTAIN PROFESSIONALS

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows.

1. On April 6, 2020, the Court entered the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) (the "Interim Compensation Order").[2]

2. Pursuant to the procedures set forth in the Interim Compensation Order, the following interim fee applications (the "Interim Fee Applications") were filed collectively, (the "Professionals"):

   a. Combined Third Interim Fee Application Request of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From August 1, 2020 Through October 31, 2020 (D.I. 1741, Filed 11/30/20);

b. Second Interim Fee Application Request of Ankura Consulting Group, LLC as Consultants to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 Through October 31, 2020 (D.I. 1742, Filed 11/30/20);

c. Second Interim Fee Application of Gilbert LLP, Insurance Counsel to Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2020 Through October 31, 2020 (D.I. 1743, Filed 11/30/20);

d. First Interim Fee Application of White & Case LLP, as Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 23, 2020 to and Including October 31, 2020 (D.I. 1761, Filed 11/30/20);

e. Third Interim Fee Application of Sidley Austin LLP, as Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including October 31, 2020 (D.I. 1768, Filed 12/1/20);

f. Third Interim Fee Application of Haynes and Boone, LLP, as Special Insurance Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including October 31, 2020 (D.I. 1769, Filed 12/1/20);

g. Third Interim Fee Application of KCIC, LLC, for Payment of Compensation and Reimbursement of Expenses as Insurance and Valuation Consultant for the Debtors and Debtors in Possession for the Period from August 1, 2020 to October 31, 2020 (D.I. 1782, Filed 12/3/20);

h. First Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP, as Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020, Through September 30, 2020 (D.I. 1784, Filed 12/3/20);

i. Third Interim Fee Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of Boy Scouts of America and Delaware BSA, LLC, for the Period from August 1, 2020 through and Including October 31, 2020 (D.I. 1794, Filed 12/4/20);

j. Third Interim Fee Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for

      the Period from August 1, 2020 Through October 31, 2020 (D.I. 1795, Filed 12/4/20);

k. Third Interim Fee Application of Alvarez & Marsal North America, LLC, as Financial Advisor for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including October 31, 2020 (D.I. 1797, Filed 12/4/20);

l. Third Interim Fee Application Request of Bates White, LLC, as Abuse Claims Consultant and Advisor for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including October 31, 2020 (D.I. 1798, Filed 12/4/20);

m. Third Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as Special Litigation Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including October 31, 2020 (D.I. 1811, Filed 12/8/20);

n. Second Quarterly Application for Compensation and Reimbursement of Expenses of Berkeley Research Group LLC, as Financial Advisors to the Tort Claimants' Committee for the Period from May 1, 2020 Through July 31, 2020 (D.I. 1910, Filed 1/6/21);

o. Third Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from August 1, 2020 Through October 31, 2020 (D.I. 1920, Filed 1/11/21);

p. First Interim Fee Application of PricewaterhouseCoopers LLP for Payment of Compensation and Reimbursement of Expenses as Independent Auditor and Tax Compliance Services Provider to the Debtors for the Period from February 18, 2020 to and October 31, 2020 (D.I. 1922, Filed 1/11/21);

q. Third Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2020 to and Including October 31, 2020 (D.I. 1923, Filed 1/12/21); and

r. 1ST Quarterly Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from May 12, 2020 Through October 31, 2020 (D.I. 1954, Filed 1/15/21).

3. Rucki Fee Review, LLC, the fee examiner appointed in the above-captioned chapter 11 cases and acting in his capacity as such (the "Fee Examiner") filed a final

report for each of the Professionals recommending reductions from the Interim Fee Applications (the "Final Reports").

4. Based on the comments from the Fee Examiner, and any other informal comments from the U.S. Trustee, certain of the Professionals agreed to certain reductions in fees and/or expenses.

5. Such reductions are reflected in the *Fourth Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals* (the "Proposed Order"), attached hereto as **Exhibit A**.

6. Besides the Final Reports and the informal comments from the U.S. Trustee, the Professionals have received no other objection, response, or comments, and no objection or other responsive pleading to the Interim Fee Applications appear on the Court's docket.

7. Each of the Professionals, the Fee Examiner, and the U.S. Trustee were provided with an opportunity to review the Proposed Order and do not object to its entry.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

| | |
|---|---|
| Dated: May 14, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@mnat.com<br>    aremming@mnat.com<br>    emoats@mnat.com<br>    ptopper@mnat.com |

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
    mlinder@whitecase.com
    laura.baccash@whitecase.com
    blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION