TO: Justice Lauri Selber Silverstein

From: [redacted]

RE: Abused in Scouting

Honorable Judge Silverstein,

I apologize in advance if my writting becomes vulger in any way. Its not my intention to disrespect you or the courts.

I'm writting in regards to the BSA Bankruptcy case, and the BSA itself. And the total disrespect by the BSA association, there Insurance carriers. And blatant disrespect to the Hose hold name

FOR LEGAL USE ONLY

Boy scouts of America, what was once something a Parent could trust with there children, and what was once something that a child Looked up to, and admired, and felt Safe. But actuely was a Pool for Sex offenders, and child molesters, to wade arand in and take there Pick of Victums to victumize Literaly for Decades. and the way BSA has bein Handling the Cases, is a total Disrespect to the House Hold name Boyscouts of America and the Adults and children of

For Legal Use Only

FOR LEGAL USE ONLY

the United States of America as a whole. to even think that Its ok to Physicaly, Mentaly, Emotinoly victomize Children, that Jest Plain Dont Know any better. cause the Person they trust, Look up to, believe in, tell them Its ok, by maniPulating, taking advantage of them at An Early stage in a childs Life I Know for a fact cause Its Done it to me. I was already at a disadvantage my mother was on welfare so we Lived in the Projects Low income

Housing. I was easy Pray as a Person could say. Single Parent my mother signed me up for BSA so my Brother and I had Something to do. at the rec center in the Projects. along with school Programs. Summer camps I went to explore elementary. went to summer camp at the miracle ranch. the Scout leader Prayed on me. knew I had a single mom didn't come Home till late Do. to going to school as a RN. trying to start a career

to support us. a couple things the scout leader used was he was an avid Fly Tie'r for Fishing. I fished all the time with my DaDs side of family my GrandFather on my DaDs side they both shared the same characteristics. my GrandFather sufferd from a stroke. the scout leader sufferd from the same or Cerbal Pasley or something like that walked with a Limp. his hand was in a crooked Potion. Just Like my GrandFather.

For Legal Use Only

slurred his words and slobberd a Lot. Same as my GrandFather on my Dads side. he used the uniform as a simble of trust. My GradParents on my mothers side met in the service and married. My GradParents were the caretakers of a city Park in marysville wa. It stated in 71. My GrandFather was always in a similiar uniform for Parks and Recreation in marysville wa. someone I looked up to and admired. I tied Flies with my GradFather and rode around the

Grand's with my Grandpa on an old cushman. We made a Pond, that got stocked with 5,000.00 trout and 13 and under could fish year round, with a natural salmon sponding creek that ran through it. Allen creek I believe. I trusted him and he took advantage of me case I didn't realy have a Futher Figure, he reminded me as Someone Like my Grandpas he stole my inocense, before I even knew what it was. It started out every now again then

escaleted. to all the time, adventurely it started to effect my school would skip Days and then it started into weeks. I started having night mares on the regular, the wetting the Bed. I started acting out realy bad. committing crime ad brakein into Houses. People that I once trusted I began to Fear. wouldnt want to be left alone with male Figures in my Life. at one Point Family thought that I was being beaten by Someone

by the way id Freak out at one point in my life I had to start seeing a phycologist I believe, to where I had to play with the Dolls they thought, my mom - Drs. thought that it was because my Parents Seperated. but no, my Developmental Stages of my Life I was victimized Raped and molested by a monster. Plain and Simple    when I should of bein learnin to be a Kid, al Growing I was hideing, acting out, Afraid to say anything cause of the threats

Scared. Skipping school. cause of the nightmares. hiding my clothes cause they smelled like pee.

[redacted]

in turn lead [redacted] me to cutting my Hair, it was the 70's & 80's im white and native so my Hair was realy long. I guess I thought

FOR LEGAL USE ONLY

maybe. he thought I was a Girl or something. I was terrified of goin to school and Gym Do to the fact of changing in front of other People. when I should of bein Living Life. and learning, I was hiding from it. as soon as the abuse Started is when I started acting out its literaly ruined my whole entire Life Ive spent my entire life locked up. not only in Institutions and Prisons for the last 37 years or so. in and out. I actelely started at the

For Legal Use Only

FOR LEGAL USE ONLY

age of 8-9. Going to the Juvenile Hall, and actual sentences at the age of 13. I questioned my own Sexual Identity for the early part of my life. Going threw life afraid to say anything, terrified as a little boy, if he was gona be out side waiting and looking to find me. I just cant believe how BSA has bein acting towards this abuse they act like it was ok or it didn't happen. I guess there all the lucky ones that didn't Have

any of this stuff either happend to them or any one in there family. I wonder how they'd feel if they looked over at there own children and fand out that the little boy was being sexual abused in his rectrum and had to hide the evidense of ▮▮▮▮▮▮▮ not only on there clothes but there body out of fear or loose there own child to Dcas and the system. to sit in the same room as there child and not even

FOR LEGAL USE ONLY

know or know them. Ive lost so many years with my family. my kids my Grand kids, Ive got kids al Grand kids that ive never even met al we live in the same town. Ive just now starting realy fealin a little more at ease writting about this yet alone talking about it. my brother knows. al thats just bein recently my mental health has been effected by it. my entire life. I cant even write down what I truely want to say. or Do

For Legal Use Only

FOR LEGAL USE ONLY

FOR LEGAL USE ONLY

to the BSA. one your an officer of the court, two your a lady. and ive spent my entire life in Prison. in a Penitentiary not a summer camp. to understand what ive lived youd half to experience it first hand. ive become acustomed to living in my Head. and in a 6x9 Box. Its time to stop the abuse. cause Its not ok. who knows how many more its happening to. and to minimize. Down Play it. or act like its no big Deal. is totally disrespectful

For Legal Use Only

FOR LEGAL USE ONLY

not only to the victims, the courts, and America itself and the constitution. BSA should not be a House hold name, if they Dont want to Attempt to wright the wrong Doings of the BSA itself. It goes against God, humanty, the constitution and the united States of America It is not okay to molest and rape and victimize children any where in america.

thank you very much

Legal mail ///

Attn: Justice Lauri Selber Silve
BSA Bankruptcy Case
824 Market Street 6th Flo
Wilmington, DE. 1980)

U.S.M.S
X-RAY

