

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801



Justice Laurie Selber Silverstein,

Hello, my name is ▇▇▇▇▇▇▇▇▇▇▇. I am an 80 year old man. My parents, ▇▇▇▇▇ and my stepfather, ▇▇▇▇▇ moved us to Las Vegas, Nevada in 1952 from San Francisco, California where I was born.

I have lived with the scars of being abused by a Scoutmaster when I was 12 to 13 years old. The abuse took place on several occasions. Four come to my mind. The first in my Scoutmasters car when he took me home from a Scout meeting. I remember him talking to me all the way home rubbing my shoulders and then putting his hand on my thigh and patting my leg as he got closer to my private part... and then we arrived home. I really didn't think too much about it at that time.

The second time was at an over night camp out to watch the atom Bomb blast at close range. We arrived the afternoon before to set up our pup tents and prepare for the next morning. There were five of us boys. We all had our own tents. My mom bought me best of all five and mine was a two person tent. That evening after we made our meals and cleaned up we all got ready to retire for the night. No story telling that night because we had to get up very early the next morning to make our breakfast and get ready for the blast. A half hour to an hour later the Scoutmaster entered my tent and asked if he could sleep in my tent because he accidently left his at home. I never noticed that he never had set-up his own tent and I said yes



thinking it was a big deal that he chose me. Well without going into too many details he did a lot of very sick things such as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I had never experienced this before. He immediately ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ and you can imagine the rest. It all happened so fast. Then he turned his back to me and said goodnight. In the wee hours of the morning he ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I was horrified because of the drama I had to endure. I was totally confused. I guess I down played everything in my mind because of the excitement of getting ready to witness the atom bomb that morning. To this day when I remember that time I am horrified.

The third time was at an overnight camping trip to the Air Force rest camp for a hike up Mount Charleston the next day. We all slept out in the open in sleeping bags. After everyone was asleep… as he had set up his sleeping bag next to mine the abuse continued. He had already mentioned not to tell anyone because no one would believe me over him. I was too embarrassed for any of my scouts to know. This time it was him ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. But again he worked up to it.

The fourth time was a week of camping at the Boy Scout Camp outside of Las Vegas. A week of terror. Not everyday thank God. And having to relive these incidents are really effecting me and now my wife knows… which I chose never to mention this to her… but there was no choice. I don't want this on a computer and my writing hand is very shakey where you wouldn't be able to read my writing.

There are more incidents. The four that I mentioned are the ones that stand out the most. You might ask why I endured this? Number one, I thought I did something wrong to deserve this. Number two, I was a child that was pretty much ignored at home and the Scouts was something that I had where I had friends and looked forward to going.

I never told anyone except my mother towards the end of this abuse. She said I was making this up. I was sick to know she didn't believe me. The abuse stopped because my parents moved us back to San Francisco, California.

I know that a lot of time has passed. I only have a few pieces of proof that I was there.
1. Postcard to my mother from camp
2. Photo of me and my best friend ███ in our scout uniforms.
3. My uniform badge
4. A copy of a letter to my brother telling him I had joined the boy scouts in Las Vegas

I will provide you with what I have and any other information you might need.

Sincerely,

███

May 4, 2021

Justice Lauri Seller Silver
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington, DE 19