Dear: Justice Lauri Selber Silversin,                                    May,12 2021

First and foremost, I would like to thank you for taking the time out to review my story.  I remained silent over the years fighting with my thoughts & wondering if justice would ever be served.

This the first time that I have opened up & spoke about what happened to me, so please bear with me as I explain the details of my encounter with the weekend camp. There were two counselors instructing our team to do sit ups & push-ups on a trail. There was one counselor at each end of our path. I was not fit like the rest of the group, which caused me to be last in line.

As the counselor watched me struggle to do the push-ups the wrong way, he proceeded to lightly press his hand on my back. At this point I began to feel slightly invaded. As I continued to try to do the push-



getting to my feet & running down the trail to join the rest of our team. While running I looked back at him, I will never forget that thick mustache that he had while standing there smirking as I ran off. This 1–2-minute ordeal felt like it lasted forever.

After the incident I could not understand why I was losing confidence in myself. I began to believe that what happened was my fault. I often feel depressed & emasculated. I noticed that I am very insecure with relationships, they never last long because I question my sexuality, and I am afraid my partner will eventually find out what happened to me & leave me. I often wake up in cold sweats wondering what would have happened if I would have never run away.

Over the years I have suffered with high blood pressure, due to stress & the doctors always tell me that I am exceedingly high risk of my health deteriorating. The only thing I could think of that could cause this type of stress is this incident that still haunts me from when I was a child.

I would again like to thank you for taking this time out to review this case for me. I feel good knowing that justice may finally be served, & for that I am grateful.



FILED
2021 MAY 14  AM 10: 01
US BANKRUPTCY COURT
CLERK
DISTRICT OF DELAWARE

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⇦ PEEL FROM THIS CORNER

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

CUSTOMER USE ONLY

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
☐ 10:30 AM Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.*

**TO:** (PLEASE PRINT)          PHONE ( )

Justice Selbite Silverstein
BSA Bankruptcy Case
824 Market St. 6th Flax
1 9 8 0 1 Cullington, DE



**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ A

| ORIGIN (POSTAL SERVICE USE ONLY) | | |
|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
| 44119 | 5/13/21 | $ 26 35 |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD F |
| 5/12/21 | ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | $ | $ |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee | Return Receipt Fee |
| | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
| $ | $ | $ 26.35 |
| Weight lbs. ozs. ☐ Flat Rate | Acceptance Employee Initials | |
| A-0 | | |
| Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM | Employee Signature | |
| Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM | Employee Signature | |

LABEL 11-B, MARCH 2019    PSN 7690-02-000-9996

E J 747 504 813 US

19801

U.S. POSTAGE PAID
PME 1-DAY
CLEVELAND, OH
44119
MAY 12, 21
AMOUNT
$26.35
R2305H129726-04





