Regarding
REFERENCE #SA ███████

5/7/2021

Dear Justice Silverstein,

    The response to the outrate deal negotiated. The things endured by me were life changing. I have never trusted anyone since then. I have never married or started a family for fear that I would not be able to protect my children from such things, because noone can be with them 100% of the time.

    Here I am now 49 yrs old with no kids no family and a head full of major issues only to find out this company is negotiating a deal which would not even pay for counseling. This is a huge problem. I was in court one day and a judge said "I try to deal with cases by treating those parties involved the way I would want a judge to treat my children if they were in that situation." Clearly you have not done that here. Please do, from this point forward to ensure fairness in your decisions on this issue. The effects of these abuses were permanent and a few hundred bucks is not a suitable settlement for having a whole life of horror in memory

███████