# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 2592, 2594 and 3247** |

## NOTICE OF FILING OF EXHIBIT A TO OBJECTION TO THE ADEQUACY OF DEBTORS' DISCLOSURE STATEMENT IN SUPPORT OF SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND JOINDER OF THE OBJECTION OF THE TORT CLAIMANTS' COMMITTEE

**PLEASE TAKE NOTICE,** that on May 6, 2021, the Paul Mones, P.C. Claimants filed the *Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee* (Docket No. 3247 the "Objection") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the sworn declaration of Nathaniel Marshall, the Assistant Director of Registration for the Boy Scouts of America that is referenced in the Objection.

| | |
|---|---|
| Dated: May 14, 2021<br>Wilmington, Delaware | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br><br>*/s/ Sally E. Veghte*<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-5503<br>Email: sveghte@klehr.com<br><br>-And- |

1

2

Morton R. Branzburg, Esquire
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:  (215) 569-2700
Email:  mbranzburg@klehr.com

-And-

Paul Mones, Esquire
CA Bar No. 128329 (admitted *pro hac vice*)
**PAUL MONES, P.C.**
13101 Washington Blvd., Ste. 128
Los Angeles, CA 90066
Telephone:  (310) 566-7418
Email:  paul@paulmones.com

*Attorney for the Paul Mones P.C. Claimants*