# EXHIBIT A

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| JACK DOE 1, an individual proceeding under a fictitious name; JACK DOE 2, an individual proceeding under a fictitious name; JACK DOE 3, an individual proceeding under a fictitious name; JACK DOE 4, an individual proceeding under a fictitious name; JACK DOE 5, an individual proceeding under a fictitious name; JACK DOE 6, an individual proceeding under a fictitious name;<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation sole registered to do business in the State of Oregon; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation sole registered to do business in the State of Oregon; THE BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Oregon; and CASCADE PACIFIC COUNCIL, BOY SCOUTS OF AMERICA, an Oregon non-profit corporation,<br><br>Defendants. | Case No. 0710-11294<br><br>**DECLARATION OF NATHANIEL E. MARSHALL** |

EXHIBIT 1 MARSHALL

I, Nathaniel E. Marshall, state and declare as follows:

1. I am the Assistant Director for Registration for the Boy Scouts of America ("BSA"), located at BSA headquarters in Irving, Texas. I have personal knowledge of the matters herein and am competent to testify as a witness.

Page 1 - DECLARATION OF NATHANIEL E. MARSHALL

H:\CTS\47856\Pleadings\Dec of Marshall.doc

MITCHELL, LANG & SMITH
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732

2.  Within my duties as Assistant Director for Registration, I have the responsibility to oversee the set-up and maintenance of the Ineligible Volunteer Files (the "I.V. files"). In my role as Assistant Director for Registration, I am also knowledgeable regarding the purpose and mission of the BSA, its relationship to locally organized Boy Scout councils, and its relationship to the independent community organizations, called Chartered Organizations, that have included the Scouting Program in their youth groups.

### The Ineligible Volunteer Files

3.  BSA has maintained I.V. files since about 1919, soon after it was chartered by an Act of Congress in 1916. The I.V. files contain information reported to BSA that suggests that an individual does not meet the high standers set by BSA for membership.

4.  BSA's purpose in setting up I.V. files is to collect information in an attempt to prevent any individual who does not meet the high standards of BSA from being able to register with any scouting organization located in the United States of America.

5.  An I.V. file is created when BSA receives information from a local council reporting inappropriate conduct by an adult or youth member. The inappropriate conduct may involve, but is not limited to, gambling, drinking, financial improprieties, or pedophilia and other criminal behavior. The mores and language of the particular time period influenced what conduct was deemed inappropriate. Most of these files are created based on the impressions and conclusions drawn by the reporters, hearsay gathered from various sources, or news reports.

6.  Once BSA receives notice from a local council that there has been a report of inappropriate behavior by a member, a file is promptly created. Essentially, all that is placed in the file is a collection of information, such as newspaper articles and the council's report. BSA conducts no internal investigation to verify the information forwarded from the council.

7.  Because much of this information is unsubstantiated, from an evidence standard, and because it directly bears on the character and reputation of private individuals, BSA has kept this information strictly confidential. The files are only made available within BSA on a need-

MITCHELL, LANG & SMITH
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732

H:\CTS\47856\Pleadings\Dec of Marshall.doc

to-know basis. Strong restrictions of confidentiality are imposed to protect the privacy rights of not only the alleged victims and alleged perpetrators, but also of the persons involved as witnesses or reporters.

8. BSA's I.V. file system depends on assurances of strict confidentiality. Witnesses and reporters are often related to, or closely acquainted with, the alleged perpetrators and will only come forward if confidentiality is assured, fearing otherwise that they will be exposed to retaliation ranging from social stigma to physical harm or injury. BSA is concerned that divulging this information under any circumstances will inhibit future reports of misconduct.

9. Simply redacting the names of reporters will not protect their identity. In many cases, a motivated person can still determine the identities of reporters, based upon the remaining information in the I.V. files.

**The Purpose of BSA and its Relationship to Councils and Chartered Organizations**

10. The Boy Scouts of America is a congressionally chartered benevolent organization. The purpose of the Boy Scouts of America is to "promote, through organization, and cooperation with other agencies, the ability of boys to do things for themselves and others, to train them in scoutcraft, and to teach them patriotism, courage, self-reliance, and kindred virtues."

11. The Scouting Movement relies on the co-operation of three entirely separate legal entities: The Boy Scouts of America on the national level; local councils operating within their local geographic area; and the local community organizations that actually "own" and operate their Boy Scout troops and supervise and control their scouting activities. Although these three separate entities have in common the goal of youth character development through "scoutcraft, patriotism, courage, self-reliance, and kindred virtues" as expressed in the Scouting Program, none has control over the other.

12. The Boy Scouts of America at the national level creates an educational resource program. It develops the Scouting Program and then makes it available for use by local

Page 3 - DECLARATION OF NATHANIEL E. MARSHALL

H:\CTS\47856\Pleadings\Dec of Marshall.doc

MITCHELL, LANG & SMITH
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732

1    community organizations as part of their service to their members and their community.

2    13.    The Boy Scouts of America charters local councils, which allows the local council to offer the Scouting Program to community organizations located within a prescribed geographical area. Spread throughout the United States are over 300 locally incorporated councils with serve their community by providing guidance and program support to independent "Chartered Organizations" such as schools, churches and youth organizations. Each local council is incorporated as a separate not-for-profit or benevolent organization in the state in which it is located, and each local council raises and disburses its own funds and has its own board of directors.

3    14.    The local councils perform a similar role as The Boy Scouts of America, but in the confines of their smaller geographical area. Specifically, the local councils seek to promote the Scouting Movement by encouraging use of the Scouting character-building program. The local councils also act as a conduit for charter applications from local sponsoring organizations to The Boy Scouts of America.

4    15.    Given The Boy Scouts of America's congressional charter and its institutional framework, neither The Boy Scouts of America nor the local councils create, administer, or run the individual scouting units or troops. Instead, it is the local community sponsor, such as schools, churches or civic organizations, and their local community volunteers who organize, create and run all of the troop and other scouting units in the United States. The Boy Scouts of America and the local councils do not administer the Scouting Program directly but rather offer the program to community organizations that wish to use the Scouting Program as a vehicle to reach their own goals and objectives with the youth of that particular community.

5    16.    Nationwide, currently there are approximately 130,000 locally sponsored scouting units including Boy Scout troops. These units are created, organized, supervised and run by approximately 1.3 million community volunteers who have absolutely no employment or agency relationship with The Boy Scouts of America.

Page 4 - DECLARATION OF NATHANIEL E. MARSHALL

H:\CTS\47856\Pleadings\Dec of Marshall.doc

MITCHELL, LANG & SMITH
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732

17. The troops or units do not belong to The Boy Scouts of America or to the Local Council but rather are owned and operated by the chartered local community organization. As a result, the sponsoring organization schedules and runs its troop to accomplish its objectives and goals with the youth of that particular community. The sponsoring organization's troop committee selects the troop leaders. The troop leaders' names are submitted to BSA for registration, at which time BSA checks the names against the names in the BSA Ineligible Volunteer Files. However, BSA does not supervise or control the manner in which the troop committee governs its troop. Attached hereto as Exhibit A is a true and correct copy of a sample "Annual Charter Agreement," which sets out the responsibilities of both the chartered local community organization and the local council. Specifically, the chartered local community organization agrees to:

> Select a unit committee of parents and members of the chartered organization (minimum of three) who will screen and select unit leaders who meet the organization's standers as well as the leadership standers of the BSA. (The committee chairman must sign all leadership applications before submitting them to the chartered organization for approval.)

Exhibit A.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

DATED this _28_ day of _January_, ~~2009~~ 2010.

_Nathaniel E. Marshall_
Nathaniel E. Marshall

Page 5 - DECLARATION OF NATHANIEL E. MARSHALL

H:\CTS\47856\Pleadings\Dec of Marshall.doc

MITCHELL, LANG & SMITH
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732