5-10-21

Dear Justice Silverstine,

▮▮▮▮▮ #SA ▮▮▮▮▮ I

I Am

Am 88 years Old, I was violated by

My Scout Master Mr ▮▮▮▮▮

At Age 11.

Please Do what you can to

settle my case Before I Die.

I Am 88 years Old.

Thank You,

▮▮▮▮▮

Justice Lauri S. Silverstine
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington DE 19801

19801-302499

U.S.M.S. X-RAY

METROPLEX
10 MAY 2021
FOREVER / USA
EarthDay