1.

Justice Lauri Selber Silver
- stine

FILED
2021 MAY 14 AM 9:47
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

BSA Bankruptcy case
824 Market Street
6th Floor
Wilmington Delaware
19801

Your Honor,

My name is ▓▓▓▓ My case number is SA-▓▓▓▓ I am 67 years old. I was sexually molested and raped five times by our Boy Scouts of America leader. It has ruined my life, and I see his face nearly every day of my life. That perpetual smirk on this man's face — a Boy Scouts leader, who is supposed to be protecting me, not putting me in danger. First he ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ thing. We were in his basement after one of our usual meetings. He asked for me to stay until after the other scouts had left.

In this basement — a dark gloomy space painted green and with a floor covered in brown asphalt tiles. I was a slight, thin boy, and I wasn't able to get free from him. First he ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

When his wife began to come down the basement stairs — He quickly

[REDACTED] She could have saved me if only [REDACTED] He told me that if I told anyone that everyone would believe him because he was married, was a a scout leader, and that he was a Church Deacon. How evil can a man be? How awful can someone be to rape a young boy? And now, I have never had a good relationship, even with my wife. She divorced me because she thought I didn't love her enough.

We must win this fight, just to keep it from happening again. Even today, young men are being molested. Please let us, Males between 10 and 90 years old. We need your help to bring justice to those thousands of victims in America. This should not happen in a decent Democracy. We are a nation of justice for all — and it is time that these men are punished for those whom they hurt endlessly.

The rest of my life has been full of being beaten-up at school, and of People who misunderstand what Hell we have all been through.

Your Honor, please help me and so many victims of molestation and rape. Hopefully justice will prevail. Thank you for reading my letter.