claim is: SA - ▮

To Justice Lauri Selber Silverstein.
 My name is ▮, I was in Troop 287 when I was sexually molested by my Scout Master ▮ both Oral and anal because he said i could earn extra merits. He did this SEVERAL TIMES to me and All this happened at Camp Tahuaya in Belton, Tx. When I was in the Hospital in Temple, Tx having Surgery on my left foot. I was watching Tv when AVA Law Group came on about the Law Suit with the Boy Scouts Of America and everything hit me like a ton of Bricks brought back the good and bad times. I've never said anything to my Wife and Kids about this because I didn't want them to know what Happened but they do know now. The Boy Scouts of America had our meeting's at St Andrews United Methodist in Killeen,Tx off of Florence Rd. When I called and checked to see if there was anything they could do with my case his  secretary said he would call me right back and Mr. Andrew Van Arsdale called me and took all my info and he's been keeping me informed about what's been going on.

Here is my info in case you need to get in touch with me.
▮ ALOT of young KIDS.



FILED 2021 MAY 14 AM 9:46 US BANKRUPTCY COURT DISTRICT OF DELAWARE CLERK





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St
6th Floor
Wilmington, DE 19801