FILED
2021 MAY 14 AM 9:46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I don't know who will read this, but I'm writting this, for it to be known; not for money. When I recieved this letter, dated 4-26-21, from the AIS- Adused In Scouting. I set-out to write a very long letter, but I decided to write this.

After that, that nite I ran home, in 1964, and the next day, I stopped havin friends. That evening myself ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and a couple of other guys were playing basketball. And we all were looking at each other, and ▓▓▓▓▓ said it was your turn; they said did he put the Indian Headdress and clothe on you.

That is the last time we played basketball, football or skated. All I remeber about that christmas is that we SKAted Alone.

I have learned in the years since is that all my relationships with people to this day, is limited to Days. So, you tell me what happen !!!!

5-9-21

Claim #



Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market St. 6th Floor
Wilmington, DE. 19801




RICHMOND VA 230
11 MAY 2021 PM 8 L

FOREVER / USA