CASE # SA[REDACTED]

Case [redacted] Doc 3960 Filed 05/14/21 Page 1 of 3

FILED
2021 MAY 14 AM 9:37
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I Became a boyscout after cub scouts in 1968 1969 to 1970 in Pomona Calif while at he Roys Boys Home in Laverne Calif and was abused By my scout master and an older eagle scout while on a camping trip to the curren river snipe hunting at nite and while Doing Cleanup after meetings in The gym on a few ocasions I have tried to Live a normal Life But HAve strugeld with substance abuse Bad realesonships contempt for authority not Being able to work for anyone But myself my Life time earnings isnt enough credits to get Social security or medicare Ive strugled with anger isuess every sence. I WAS a happy freindly kid Before These henus acts done to me By trusted adult Role modles I looked up to and wAnted to please and Be accepted By as a young man I have Kept it all Burried Deep in my memories

But it is allways there to Remember and will never go away no matter what happens with this case I only hope they will be held responsable it would be nice to see them the ones responsable for my sexual abuse going to prison at a court hearing or worse I have felt much shame and have not undressted why me it was very degrading of my confedence and self esteem it was far more then fondleing I'm emberaced to even write it Down Please hold The BSA, responcable for all those who have suffered so tereblie at the Hands of trusted adult role modles who we all looked up to thank you for taking time to Read my Letter Sincerly

Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 market St 6th Floor
Wilmington De 19801

WHITE RIV JCT VT 050
10 MAY 2021 PM 1 T