Claim number ▓▓▓▓▓▓    May 3, 2021

SA ▓▓▓▓▓▓

My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and I'm writing this letter to whom it may concern. I was in the Boy Scouts of America in Montgomery Tx. in 1974 to 1977 and my troop leader was ▓▓▓▓▓▓▓▓▓▓. He was a resident in Montgomery Tx. The meetings were held at the Baptist Church in Montgomery Tx. My situation goes beyond boy scouts because he was friends with my dad. We were on a camping trip when the first abuse started. I woke up ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ me down. From what I can remember it happened about 10 more times till I told him I was going to quit the boy scouts and then he made troup leader and he backed off for awhile. Then he told me he was going to help me get the Arrow of Light award at the next big Boy Scout Jamboree in Conroe Tx. at the big Boy Scout place called Camp Strake on the San Jacinto River. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to leave the camp out. During that time we were involved in selling tickets to attend the Boy Scout Show which was held at the Houston Tx. Astrodome colliseum. There was a grand prize

of winning a Honda XR75 dirt bike for top ticket sales. He promised me He would help me win this if I would calm down and stay with the Boy Scouts. I think that the thought of winning that motorcycle made me stay with the troop. There were more times he abused me than I can remember. When I won the motorcycle I was so happy but then he started trying to pick me up from school everyday and all I wanted to do ride my bike. I eventually quit the Boy Scouts but about 6 years ago my step daughter inherited a house in the city of Montgomery Tx that is next to the man I'm accusing of this abuse. Her name is ███████ and she has a son that is 5 now. His name is ███████ and there has been several times I have gone there and he is over there visiting. It's all I can do to keep from confronting him but I just be quiet. I drink too much and now that this lawsuit has come about I can't seem to get these memories to go away. I get filled with anger and I am miserable. He is rich and acts like he has never done anything wrong. It seems that he has done things to others besides me. I hope he doesn't harm my grandson

writing this letter has got me very depressed and I need to clear my thoughts. This man needs to be held accountable because he has ruined my life.

I love God and he will get me through all of this. If it weren't for my wife I probably wouldn't even be here.

Sincerely ▮▮▮▮▮

Montgomery TX

FILED 2021 MAY 14 AM 9:45 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801

