Dear Justice Silverstein                    Claim Number SA-███

I'm not very good with word's or writing letters, so please excuse my lack of grammar but, My hope is that the courts will see through all the side stepping and manipulating the BSA is attempting to do, Distracting maneuvers down playing the heinous and unspeakable acts that children (I myself included) were forced to endure...

I can't stand the fact that the BSA is acting as if they are the victim's in all this!!! It just turns my stomach when I think about how I was forcibly abused by my scout leader someone I thought I could trust... I was manipulated, threatened, and forced to commit despicable acts which have caused me to have intimacy issues, trust issues, commitment issues, self-esteem issues and so on,

I was robbed of my innocence, my childhood, and my hopes of having a normal life as an adult!!!

The BSA knew their were (ARE) predators among their ranks and refused to do anything about them... The BSA's misconduct then is the same today but with the courts, instead of with the children... refusing to stand up and show some Integrity and do the right thing, But NO!!! Allowed to operate in denial with complete impunity and will continue to for who knows how many more years, How many children have to suffer before BSA acknowledges there guilt in all this and is held accountable to do the right thing!!! Sparing the children of tomorrow from any unthinkable abuse... (That should be a Given) Not a gift...

Thank You, Your Honor for reading my rants, Don't let the BSA - BS the Court....

                    Sincerely, Victim SA- ███



Justice, Lauri'
Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

U.S.M.S. X-RAY

SACRAMENTO CA 957
8 MAY 2021 PM 5 L