## MOTION

RE: BOY SCOUTS OF AMERICA SEXUAL ABUSE CLAIMS

FILED
2021 MAY 14 AM 9:28
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

YOUR HONOR I"M IN PRISON IN THE CALIFORINIA DEPARTMENT OF CORECTIONS AT THE CALIFORNIA HEARTH CARE FACILITY IN STOCKTON 95213. I HAVE SENT THIS COURT MOTION /LETTER/AND NOW A AMEND COMPLANT. THE PRISON HAS STOPED ME AND OTHERS FROM SENDING THIS COURT MOTION AND BREFF THAT CONTANS OUR LIFE STORY OF HOW WE WHERE MOLESTED AND SEXULLY ABUSED AS CHILDREN AT THE HAND OF THESE MEN OF TRUST. SOME OF THE CORRTIONS OFFICEER S HAVE MADE COMMENTS TO THE FACT THIS SORT OF THING NEVER HAPPEND TO THEM WHEN THEY WERE SCOUTS. THIS IS INTIMATION BECUSE THEY CAN READ OUR PROOF CLAMES THE MAIL ROOM IS STAFFTED WITH CORRECTIONS OFFICERS THAT FLOT AROUND.

THIS IS A DINAL OF OUR DUE PROSSES RIGHT. BY THERE CRITERIA FOR CON FIDENTAL/LEGAL MAIL PER CCR TITLE 15, SECTION 3141, 3142 AND/OR 3143.

BY SAYING THAT THIS COURT DOSE NOT HAVE LEGITMATE LEGAL SERVICE OR HAS ESTAHILISHED GROUP OF ATTURNEYS, AND THAT THE BANKRUPTCY COURT IS A PLACE OF NON_BUSINESS. IS A SLAP IN THE FACE TO ANY US COURT. I ASK THIS COURT TO OREDER THE CALIFORINIA DEPARTMENT OF CORRECTIONS AT THE CALIFORIA HEARTH CARE FACILITY TO EXCEPT ALL MAIL AS THE SEXUAL ABUSE OF A CHILD IS CRIMANL AND STILL THE LAW IN EVERY STATE OF THES UNITED STATES.

I ASK THIS COURT TO ORDER THE DOC TO EXCEPT ALL MAIL TO THIS COURT AS LEGAL MAIL.

SEE THE ATTACHMENT TO THE MOTION

#1 THE RETURN SHEET OF LEGAL MAIL DATE 5-7-21
#2 THE MINIPULION OF THE MAILING ADDRESS TRING TO MAKE US THINK WE HAD THE WRONG ADDRESS
#3 THE COVER OF THE ORGENAL LETTER MAILED ON 5-6-21

NOTE THSE MOTIONS MUST BE MAIL FOR ALL TO READ.



ATTMENT #1

LEGAL/LEGAL MAIL RETURN SHEET

The attached mail was sent through the legal mail bag and does not meet the criteria for confidential/legal mail per CCR Title 15, Section 3141, 3142 and/or 3143 for the following reason(s) and is Being returned.

- [X] Using confidential correspondence for personal non-business correspondence, i.e. Bankruptcy Court
- [ ] Lawyer is considered inactive or **does not show** up on the State Bar Association listing/website
- [ ] Lawyer's address does not match the address listed on the State Bar website/or as a current address for this attorney
- [ ] Receiver is not a person, official or office listed in CCR Title 15, Section 3142
- [ ] Address corresponds to a private home and /or non-legal business
- [ ] Receiver is not an elected official or appointed by the state Governor or President of the United States
- [X] Recipient is not considered a legitimate legal service that consists of an established group of attorney(s) involved in legal representation court hearings, probation, parole or other related criminal proceedings, etc.
- [ ] Need complete first/last name of lawyer and/or state bar number/identification.
- [ ] Attach completed CDC Form 193 Trust Withdrawal form
- [ ] Other: _____

[X] INMATE SEND THOUGH REGUAR MAIL

RETURN ATTACHED MAIL/DOCUMENTS TO INMATE
DATE: 5-7-21    NAME: ███████
CDC# ███████    SING/UNIT: C/█


Santander

> **NOTE:** This full service branch location is operating with all regular services available to customers. Please check the branch hours below as the hours may have changed.

## Santander Bank | Branch
## 824 North Market Street
## Wilmington, DE 19801

BRANCH ID: 2287

PERSONAL & BUSINESS BANKING, BORROWING, CHECKING & SAVINGS ACCOUNTS, ATMS

9:00 AM - 6:00 PM

Legal Mail

This mailing does not meet the criteria for confidential mail per CCR, Title 15, Section 3142 and/or 3143 and is subject to being opened and inspected in its entirety.

Judge Laurie Silverstein
U.S. Courts
824 N. Market st #506
Wilmington, DE 19801

Attachment #3



HONORABLE LAUIE SELBER SILVERSTEIN
AT THE BANKRUPTCY COURT
824 N.MARKET STEET 6THFLOOR COURTROOMNO.2
WILMINGTON DELAWARE ,19801

19801-302499