Justice
Judge Honorable Silverstein
Case # 20-10343 — Claim SA-[REDACTED]

Judge my name is [REDACTED] I am a survivor & abused member of the Cub Scouts & Boy Scouts of America. Ugh if I may it is really hard for me to write to you today concerning these matters — as for I it has been now 39-40 years ago since this happened to me. First off I was in the Boy Scouts when I was award of the state of Washington Seattle. I lived in the central area of Seattle I was in foster care all of my early years — so my gaurdians were DSHS — I was in the home of the [REDACTED] although I recieved some mental & sexual abuse while under the care of the state also in the home & in the Boy Scouts my memory is as such that long ago, however I do know that I was in the Boy Scouts I was put in there by my foster parents & while I was attending a church in the valley area & I used to go to church right down the stairs from my my house I walked there alone every saturday saturday & sunday for sunday school — I was going to [REDACTED] elementry school as well

I believe the our scout leader was apart of the church I went to - I had some friends I think there names were ▮▮▮▮ they where brothers they lived 3 or 4 houses away from me - I played with them almost everyday & I believe there dad & uncle where our scout leaders - I don't know I think there uncles name was ▮▮▮▮ ~~▮▮▮▮~~ or something -
I was approached by them about being in the cub scouts or eagle scouts kinda vague however I spoke with my foster parents and they put me in them - I remember signing up & going on outings to camping trips & events - fishing trips to moses lake - ▮▮▮▮ science centers - nature hikes on these occasions we where in the woods - on trails in pitch black - camping areas - selling cookies etc.
I remember spending the night at there house on occassion - and at all these events - me - ▮▮▮▮ I remember my friend ▮▮▮▮ we all use to hang ~~together~~ - I was always called into office - many times. I was in the bathrooms on outing - and they used to make us ▮▮▮▮
▮▮▮▮

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

things were not done we were thumped in the head - pulled by our ears - sometimes the end to paddled with wholes in them. many things done that I know I was comfortable with - I didn't understand I was young. so when these things happend to me - I remember I went home I was so scared 1 night I was laying in my bed and I boo booed on myself all the way from my room trailed me all the way to the bathroom - my foster parents got upset with me & I got another whoopin. I was proceeded to be abused at home as well - I was about 6 - 9 this happened to me over time - I told my aunty about it and she got mad at me and took me out of Boy scouts - I just remember I was so angry as a kid I used to throw rocks at cars and be the "school clown" they sayed - I used to get in trouble at school for all the things I was mad at at home - It got to where I played the school Jester in a school play —

all these unthinkable things thats our scout masters — or leaders church leaders scout leaders use to do to us & me use to come out in my behavior growing up — I thought it was ok to get in trouble at school or when I ended up going back to my real mother from foster care. I was transferred from foster home to foster home — I am not proud of my youthful years — I knew this all stemmed from the abuse in the boy scouts some one and somewhere I really thought I could be kool or fun as a kid to be able to be at where all my friends where — I trusted these people they taught me how to ride bikes & motor cycles learn how to put a worm on a fish hook — they taught my how to lite fires — kindling — out of sulpher & wood & they taught me how to survive in the wilderness — on camping trips — they taught me how to meet new friends how to come out of my so called shell and even sometimes how to hate girls that were completion — all in good fun thogh —

I know this may sound crazy but all the things I thought were cool actually were not. Because I then grew up being a bad kid not knowing any better. I had kids at a really really early age! I was Institutionalized all my youth. alot of my adult hood.
So many things happend to me & them kids in them churchs & on them camping trips & outings. Many of us grew up socially inept – I could've been a pro baseball player – But these things haunted me for many years to come. I now have 6 Beautiful children & grandkids whom I love dearly However today I am still trying to fit all the pieces together for for us for them so that they/we can have a happy prosperous future and do right in our communities – How I pray for a new start at life as I have been away most of there lives due to negligence & abuse as a child I'm trying and have been trying to turn a new leaf. I am praying & hoping that my faith in you & god that

I can do this. I can only do this for myself & my kids if I get the chance to do just that. The Boy Scouts need to be disciplined - a learned that they cannot do these things to no children nor adult man/woman/ under there care & supervision. Judge They need to be held totally accountable for there actions! and 6 thousand 50 thousand even

100 thousand dollars does not even begin to help heal our community of youth that has suffered these horendous acts that they seem to think ya will let them get away with. Imagine your son or daughter being put under there care or supervision for just an hour and these things are being done to them. I really hate to look like or even seem like a person that doesn't forgive because I do! God says I should but they need to pay righteously for the futures of me & and others that have fallen victim to these things..

I would hope with this being said that you as and in your Judicial stature can understand; that they need to liquidate whatever means and or make a pension plan suitable for us survivors to be able attend our lives & our childrens. I've been living with this for 40 years thats half my life! whats my other half going to consist of.

Thank You Your Honor for your Time & Concideration in these Matters.

Respectfully Submitted



FILED 2021 MAY 14 AM 9:45 US BANKRUPTCY COURT DISTRICT OF DELAWARE CLERK



Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market St 6th floor
Wilmington Delaware 19801