FILED
2021 MAY 14 AM 9:36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 5, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

RE: Claim Number SA-███

Dear Justice Lauri Selber Silverstein,

I am a survivor of abuse by the BSA. I am represented by the AVA Law Group who suggested I share with you my experiences with the BSA.

I was in the second grade at Emerson Elementry school in Everette, Washington.

My father had recently been layed-off from Boeing and I remember financial difficulties which resulted in us eventually losing our house on ███.

Yet during this time my father wanted normal things for me and I expressed a strong desire to get involved with scouting.

My first meeting was at Emerson Elementry school and after joining the Cub Scouts we had meetings at various places including the ███ home with his older son who was himself a BoyScout.

To me my experiences seemed normal. I was shown normal scouting things and group activities that while odd, mostly I thought because they were new,

I participated in along with the others to fit in.

There was a tremendous amount of peer pressure to fit in.

While on camping trips it was common for us to have competitions to see who could urinate the longest and farthest. These contests were photographed by our Packmaster.

As part of our "Uniform" we all had to wear brown brief underwear. There were several times when there were group and individual photos of us taken wearing only our briefs.

The feeling was much like changing in a locker room. Jovial and joking.

Before my first actual camping trip I was shown what a "Proper Tick Check" was. We were all told of the great importance this was because of the dangers of ticks on our bodies from being in the woods.

I am currently incarcerated and every time I get strip searched I remember these "Tick Checks". The only difference is the security staff don't actually touch us, and there is no camera.

These "Tick Checks" involved us all stripping naked and checking each-other for ticks. Looking closely at each-others nooks & crannies.

The ▇▇▇▇ son would show us that we had to check each other by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

During this the camera was ever present.

I felt uncomfortable and self-conscious during this but it wasn't until the first time my father wanted to take me camping alone that I discovered how wrong this all was.

My father wanted me to show off what I'd learned and after our trip I told him we needed to check each other for ticks. At first he was pleased as this is a good idea.

However, when I told him we needed to get naked and why my father became extremely upset. At first I was confused then embarrassed.

I was pulled from scouting after my father physically assaulted our packmaster.

Also as a result I lost most of my friends and I felt ashamed like I had been doing something wrong.

I was ashamed of how my body reacted and as a result later in life questioned my sexuality. I felt shy about getting naked or showering in a locker room.

I experienced confusion about what was acceptable forms of nudity and behavior while nude.

Even to this day I now have a "shy bladder" I can no longer urinate in front of anyone without great difficulty. This includes public bathrooms and even in my own cell.

My abuse may not seem significant and probably pales compared to the more physical and sexual abuse inflicted on others but it has had a lifetime of lasting effects.

Page 1

The BSA is an organization that is supposed to foster comradery, build self confidence and teach and inspire young boys. It is not someplace where boys should be exploited for someones sexual gratification.

Growing up I saw other scouts and I always wondered if my experience was typical. Did my father over react?

It seems that to this day there is no real accountability to the real abuse suffered by those of us who trusted an institution to teach us how to be leaders and role models.

I used to feel my experiences were atypical but now I wonder if they were more common practice and that the BSA in general knew of this abuse and provided a cover for these abusers.

Sincerely

[REDACTED]





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801