Justice Lauri Selber Silberstein,

I am writing to explain the effects of the sexual abuse I received from a single scout master while I was in the Boy Scouts of America.  While 90% of my expenses in the Boy Scouts were positive and educational.  The abuse I received ruined my marriage and an enjoyment of a sexual life for the rest of my life.  As a child of 12 to 13 I did not know what sex entailed or how it was meant to be a great part of my future life.  This man ruined that, from the time I was abused even till now I do not enjoy a sex, therefore avoid it.  I was married and had a child because that is what you did during that time and I thought it was expected of me.  My ex-wife did want a healthy sex life and I could not give that to her and so we divorced.  I still have nightmares about being sexually abused and unable to stop it.  I feel betrayed by the Boy Scouts as I told the council president of what occurred and that I had stopped it from occurring to two other children only to have them do nothing but not allow him to continue in Scouting. This man should have been brought up on charges by the Boy Scouts.  Who knows how many other children were abused by him not in Scouting?  I have read more horrifying accounts of children being sexually abused for years and they need to be held accountable, just as other institutions such as Penn State and USC.  I find it disgusting that the Boy Scouts are hiding behind going into bankruptcy, I do believe they have the assets to do the right thing and take responsibility.
I will definitely vote no on the proposed settlement and bankruptcy plan that has been communicated by the law firm handling the case. The Boy Scouts need to be held accountable and make a reasonable offer to the abused.

Yours,

███████████

FILED
2021 MAY 14  AM 9:36
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK





CHARLOTTE NC 280
10 MAY 2021 PM 6 L

USA FOREVER

Justice Laur i Sber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE
                    19801

U.S.M.S.
X-RAY

19801-302499