To: Justice Lauri Selber Silverstein 5-7-21
BSA Bankruptcy Case

Claim # SA- ███████

FILED
2021 MAY 14  AM 9:45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My rank as a scout, is a Life Scout. I am only one merit badge short of being an Eagle Scout. Their highest ranking.

The abuse was so bad, I left the Scouting program anyway.

I have to block out those two years of my life and always will.

I think it is time for the Boys Scouts of America be held accountable for their actions!

Thank you for your time in reading my letter, your honor.

Respectfully,

████████████

SN BERNARDINO CA 923
10 MAY 2021 PM 6

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

19801-302499