FILED
2021 MAY 14 AM 9:35
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern

I case number SA-███████ is very stressed about this situation at hand, I can't sleep at night, I have dreams of them days, I can't eat some nights thinking about it, this whole situation just took a toll on my life, sometimes I can't keep my emotions together, I wake up crying and just thinking them times, I just want my life to try to get back to normal. these stress medications are taking told as well I shouldn't be taking anything to sleep, I just want to this to be over with,

— thank you.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE, 19801

U.S.M.S.
X-RAY

