SA- [REDACTED]

[REDACTED]

#1

It appears that some people think that after time passes every thing is forgotten and forgiven. My parents orphaned me to the state of California when I was 6. The State placed me in a foster home where I lived as a play toy for [REDACTED] Scout Master Who Represented Ceres Christian Church in Ceres, Ca. One week after living in the Home [REDACTED] started [REDACTED] and progressed on. ~~He would get off~~ I would get out of school and he would be waiting for me. So he could take

me to his bedroom and discuss with me how long I would have to

[REDACTED]

I Hated doing this he would negotiate from 60 minutes Down. A hour seamed like so long when youre 6. Today I see how he would manipulate me to do sex acts on him by saying OK 20 minutes is all. I would have to please him for. I thought it was a good deal cause an hour 60 Minutes was forever and my hands would get tired.

crying I looked up at him on the bed he was laughing at me! Writing about this makes me cry He would take me to Church Scout Meetings After every one was doing activity Volley Ball exc. He would sneak me to the car in the Parking lot where it was Dark he would make me

We would go back to the meeting like I was helping to get something in the car. 4 to 6 times a week ▮ would moll- mollest me pay me with change in his pocket for sex acts. He told me he was gonna adopt me I was scared I wanted to go home with my real mom it took 4 years befor I was allowed to go back Home I was back Home for 2 months my mother knew I was mollested by ▮ and she was evil she called me a ▮ and made me call him up and go live with him again. I started using Drugs and

shoplifting cigs and candy got caught I told the cops my moms address and they dropped me off there my moms friend was living at the house she recognized me and invited me in the House and the cop left My Mother was surprised when she got Home she said nothing to me so I got to stay. Now I was robbing factorys out there back Door. Got locked up until 18, the state Put me out the house with no resources no money not a Dryer Box Nothing I was on the streets on My way to prison I Drifted to kansas and got a job

a job at small restouraunt where they allowed me to live in poverty for the next 14 years I'm Damaged goods never got married I don't Date I'm not gay never was. Nobody told me to tell when a adult Done something nasty. All the time I was in the Foster Home I had a old man caseworker He took me to thrifty's Ice cream where he would by me an Ice cream He never asked any questions. If I had been asked if there was any sex stuff going on? I know at 8-9-10 I would have spilled my guts but nobody asked and I was told not to tell Nobody Protected me from Dangerous situations uncomfortabe at 8 I live alone all my life

7

I have Nobody that loves me and I love nobody I live in poverty in a camper. I was not given a chance for further education and for this I do feel I can Blame others for taking the Chances that others get to allow them to go further in life, have a house New car Wife kids

The state of california and my mother and father made me a NoBody

Thanks alot

For Nothing

40 years Later I Havent for after

FILED 2021 MAY 14 AM 9:44 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Justice Laori Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th Floor
Wilmington DE 19801

SN BERNARDINO CA 923
10 MAY 2021 PM 4 L