page 1



FILED
2021 MAY 14 AM 9:35
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington, DE 19801

I would like part of this Hearing, for something put in motion to ensure that not One more kid is damaged by joining the Boy Scouts.

Before I joined the Boy Scouts, I never heard of a guy wanting to have sex with another guy, at all, not on TV or anything.

At Camp Attakapas in Trout, Louisiana, I met a guy, he seemed to be nice and friendly. He told me his name was ▇▇▇ and he worked in the main office for the ▇▇▇ in downtown Alexandria, La., on Jackson Street. When we had to make a campfire in the Gravel Pitts on the otherside of the lake, they put my matches face down in moist Bread, so my matches would not work. I am the oNLy guy, ▇▇▇ told me, "hurry take my matches out, so they will work,"... One time ▇▇▇ and I were walking and talking, he opened his wallet, showing me a beautiful girl-lady. He told me he was fixing to marry her, all great. He was someone I could talk to, a 50-50 relationship, even though he was older, he seemed cool.

I never had jock itch before, I did not know what that was, it was painful, and did not know what to do. I tried to explain my problem to ▇▇▇, he chuckled, but not laughing at me. Come on, I got Keys to the Kitchen Storage, this was atleast 2 hours after everybody Locked the Kitchen up. He said the best way to handle this is put CornStarch in a Sock, and powder puff my genitil area.

But since we did not have a sock handy, he told me to lean

Thunderbird Patrol. The next morning, I woke up feeling much better, I looked around for ▮▮▮▮▮, but I did not see him. I want to thank him, and let him know I felt much better, so I asked around about, has anybody seen him. He told me that regular Boy Scouts were not allowed in the Adirondacks (the Leaders Sleeping Quarters). Finally, someone told me he had to go home last night, and will not be coming back. Not long after that, the local News said, "▮▮▮▮▮, an Official of the Boy Scouts ▮▮▮▮▮ committed Suicide. Nobody ever said why. He told me he was happy with his life, he showed me a picture of the beautiful lady he was fixing to marry, it did not add up to me. This was during Summer Camp.

I was born cripled, my Legs would not form mucles, then later I was able to walk, but still had health problems, even to this day, (2021). It was in the Fall, late fall because all the leaves on the ground. I was in Troop 8 and we went to Camp Attakapas for some thing special, the Camp was pretty empty, not using hardly any camp sites. Even though I was not a Leader... we got to set up and stay the Weekend at the Adirondacks. That is the Leaders Quarters, with 3 sid[e] wooden structures, roof with shingles and electricity. Oh, bunk beds. I was sick so I was allowed to stay in my bed in the Adirondacks, I did not want to go home, it was only a weekend, Friday night to Sunday morning trip. Laying in my bed Listening to my Radio, the song "Baker Street" was new and playing when a bunch of guys came running and yelling over the Hill going to the Adirondack buildings digging through my guys stuff seeing what they can steal. They were from Troop 107 + 113 from Alexondria, La.. My guys went to Gravel Pit on other side of lake. There was no where to hide. Troop Leader ▇▇▇▇ cornered me in the bottom bunk Bed. He sat on my bed telling xxxx things he was going to do to me, he talked about a movie "Car wash." I saw a chace and ran to the right, went be hind the building, Knowing my legs would not get me away from them. I noticed the hill came down to a Low roof of the building, low enough I could get on roof, laying down putting leaves around and on me trying to hide. The group "107+"113 starting back where they came from with stuff they stole, being all loud. One was yelling at ▇▇▇▇ and turned back, he saw me on roof. Hey! ▇▇▇▇ there is your girlfriend, up on the roof. The other guys were agging him on to get me. ▇▇▇▇'s Big and FAT, his belly

#2

was in the way, so he could not get on roof. I kept ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Left..."in a march back. ▉▉▉ heard them, told me he would be back and I was his! "I always stayed in a group, even avoid using bathroom because it was close to #107 & #113 camp sites.

Time goes on, I need a job, someone told me go to Alexandria, La. on Highway 28 west by the Coliseum, there are some buildings there. One is called Man Power, they can help you get a job. I went in, they told me I was too young, so I was leaving, BOOM! ▉▉▉ is standing there, come on back in, I will give you a Job, Laughing his ass off. Come back here bitch! you're mine!

#3 ▉▉▉ I was in Troop 8 and we went to Camp Attakapas. I forgot the reason, but we did not bring our Troop 8, 4 man tents, they had 2 man tents already set up before we got there, this meaning the sleeping arrangement changed, with NO Warning. The Troop Leader told me, "I had to share a tent with ▉▉▉ a Patrol Leader from another Patrol." I told ▉▉▉ several times I do not want to share a tent with ▉▉▉ but the Troop leader told me, "just this time" there is no other options. I kept my campfire going outside, I was thinking I will just stay out here with the fire. I was told to stop this nonsence, and get in the tent. ▉▉▉ was bigger and stronger than me. After being in the tent for atleast 1 hour, everything is Quiet and Silent, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ while I was laying on top of my sleeping

[redacted]

wooden outdoor shower shack by Troop "107+"113. I ran

[redacted]

"When we got back to Pineville, I transfered to Troop 21. Within 2 weeks, [redacted] followed me and transfered to Troop #21.

I just could not take it anymore, and ran away from everything. I stopped going to school, I did not get my Eagle Scout... I used my grass cutting money and got on a Trailways Bus to the Big city of New Orleans. My money ran out fast, but Jesus was looking out for me, different Restaurants would tell me, "do not let me hear of you going hungry." Mr. [redacted] frum Johnny's Poboy would always make me 2 Poboys, 1 for now

and 1 for later. One day Seaport Seafood gave me a Styrofoam full of Fried Seafood and French Fries. I was eating it leaned on window seal of 411 Bourbon Street. A tall soft spoken Japanese lady walked out, passed me up, stopped, turned around saying, "Why?!, Why?! are you eating - living like this?! You do not do drugs! You do not get drunk!, Why? come follow me, sit here I will be back. She went to next block and talked to ▮▮▮▮... they adopted me. ☺ She made me learn English, years later I got my GED.

Conclussion: I look at this way, I believe if I did not go through the Horrors in the Boy Scouts, my life would have come out different/better. My quality of life was stolen before I got started. Now, you know the secrets I refused to tell anybody. I kept seeing commercials on TV (abused in Scouting). It aggravated me everytime it would come on, it made me think of this shit that I tried so hard to forget. When I realized I was not the only one, I realized if I speak up, maybe it will help keep future young guys from having their lives from being stolen/distroyed. You do not know how hard it was for me to write this, I was balling my eyes out, wipe them with white tear clothe towel, take a break, and start again writing. **Please do not let my Pain be in Vain. Do something... rules... Something to safe guard future guys.** May Jesus give you wisdom on this situation.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

NORTH HOUSTON TX 773
10 MAY 2021 PM 5 L