Dear Madam,

My whole life was destroyed by an organization that promised to do just the opposite. They took the most precious gift given to mankind, they took innocence. In doing so I also lost trust in everyone. And gained soul destroying shame. That shame cost me everything I ever wanted. The self doubt and shame control your life. You learn to hide it from everyone. Because you can't tell anyone not even yourself. It took all the strength I had left to make the call to AVA Law Group. I almost missed that opportunity. I tried calling several times and each time I hung up when the call was answered. I just couldn't admit to anyone what had happened to me. The shame always smothered your attempt to cope!

    I am almost 70 years old and have been very sick. I wanted to leave this world without shame. Somehow I finally didn't hang up. After talking to someone about it I actually felt better. The first time I can remember doing so.

    Now I've been told that the system might hang up on me. Please I beg you don't let this happen. I can't go through this again. I need to feel self worth before I leave this world. As many of the Boy Scouts Victims do. Please don't let this happen!! Please oh please don't.

I need to know that I am a man and I didn't do anything wrong. Please!!

Please I thank you for your time.

[FILED stamp: 2021 MAY 14 AM 9:25 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE]

PS
If the BSA is allowed to control this situation and pay a token amount then all the things that have been said such as you did nothing wrong and you shouldn't feel bad. Such words then
are just that. All the shame, pain and mistrust
Is forever.  Only if the BSA is held accountable
and made to face their responsibilities and pay the full price.  Then and only then will there be justice and not just words.
What they did is horribly wrong and they did it to the only truly innocent people there are children.



Case #5A



Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801