Monday May 10th
2021

To The honorable Judge Silverstein
    My name is ████████████████ and I'm
writing in regards to the SOX in which I have
a claim # (SA-████) I'm at a total loss for words
as to my feelings about the BSA. I don't want to
really write about what happened to me because
its just to hard to talk about so what I will say
is that being forced to do sexual act on or with
grown ass men has truly ruined my life. It
has crushed my self esteem forced me to become a
severe drug addict which has made me spend
over 30 years of my 44 year life incarcerated with
a severely damaged immune system (stage 4 chirosis of
the liver) all behind what the BSA has done to
me as well as so many other children for so many
years. It is truly SICK! They should pay for
what they have done.
    In closing here's a little fun fact... If NONE
of this ever happened to me and I NEVER went
to prison and just worked a bare minimum wage
job flippin burgers at McDonalds I would of made
OVER $300,000 not counting my health or mental
status behind the BSA's actions, so I ask how much
is the BSA's actions really worth to you

                        Respectfully

                        ████████████████████
                        ████████████████████
                        ████████████████████

FILED
2021 MAY 14 AM 9:44
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



PRISON GENERATED MAIL
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640



U.S. POSTAGE >> PITNEY BOWES

ZIP 95640 $ 000.51⁰
02 4W
0000385611 MAY 10 2021

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INDIGENT INMATE MAIL

| Facility Post Office Boxes | |
|---|---|
| Facility A | P.O. Box 409020 |
| Facility B | P.O. Box 409040 |
| Facility C | P.O. Box 409060 |
| Facility D | P.O. Box 409089 |
| Facility E | P.O. Box 409090 |
| Facility Minimum | P.O. Box 409000 |

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, De 19801

U.S.M.S
LX-RAY