Justice Lauri Selber Silverstein.
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

FILED
May 3, 2021

2021 MAY 14 AM 9: 33

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: claim #: SA – ▮▮▮▮▮

To the honorable Justice Laurie Selber Silverstein.

My name is ▮▮▮▮▮▮▮▮▮ I am one of the many children who were sexually assaulted while in my cub scout troop. It was during a Halloween troop meeting that the assault took place. I was only eleven years old, let me say that again. I was only eleven years old when this happened to me. For a very long time I didn't know what I had done wrong to deserve this nor could I truly comprehend what had happened to me until many years later. I have since felt that the BSA was condoning such abuse of children through their failure to act upon or implement any measures in an attempt to address and resolve this problem. But, years later I discover that not only was the BSA aware of the problem but had actual files on the subject. File intended to cover up the abuse of children rather than eliminate it. When I discovered this my feelings toward the BSA grew stronger. I no longer believe that they are condoning the abuse, but rather I believe the BSA to be complicit in the crime itself. Much like a person who helps cover up a murder is guilty of the crime after the fact, the BSA is guilty as well. I was so angry when I found out that not only was the BSA aware of the child abuse occurring in their organization, but they actively, intentionally covered it up and swept all of us child victims under the rug as if we meant nothing. They have always done this. This is their common business practice. I say business because they are clearly only in business to make money like every other business is. When I was a kid I erroneously thought they were in business for the kids. But now it is clear they care nothing for the children. They care only for money. With this plan the same mentality prevails. Finalize the case as soon as possible and make sure that our accountants and lawyers who present the case get paid most of the money so that the creditors get none. I see the BSA trying to do the same thing to us on this case. I beg this honorable court not to allow them to do this again to us. Please your honor please don't let them do what they have done since their inception which is cover up the horrors that occur in their organization. Please don't let them control this bankruptcy process as they have controlled the rest of the situations of child abuse which have come before their panel of executives. Please set a precedence that child abuse and sexual assault of children will not be tolerated in any form by any organization for any reason.!!! I beg your honor to please, please make sure that they Are held responsible for covering up the crimes that they have. Please don't allow them to control this process and get away guilt free for pennies when they deserve to be punished to the greatest extreme possible. And sometimes for large corporations with very deep pockets that's only done through monetary rulings issued. Therefore I begged the court to please

not allow the BSA to go through with their ridiculous proposal. Anyone can see that it is truly in their best interests and only in their best interests. This is exactly bear mentality that they've had to the entirey of their existence when covering up such abuse they again wanted to just sweep us under the rug and throw us aside so that they can resume business as normal for them. I beg this honorable court not to let them do this. Do not let them command how they want to resolve this issue. I beg this honorable Court to please keep in mind the child victims that have been so intentionally hurt and ignored by the BSA.

I conclude by stating that I'm very, very grateful to this court for hearing this case. Thank you so very much your honor. For hearing us the victims that have been covered up and swept under the rug in the past by the BSA. I pray for your understanding I appreciate your time and your consideration in this matter as I know they're both extremely valuable. Thank you for hearing me.

Sincerely,





LOS ANGELES CA 900
8 MAY 2021 PM 8 L

19801-302499

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington, DE 19801