**Gmail**

**FILED**
2021 MAY 14 AM 9:25
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**To Justice Lauri Selber Silverstein**

Tue, May 11, 2021 at 12:12 PM

## To

## Justice Lauri

## Selber Silverstein

Where to start. My name is ▮▮▮▮▮▮▮▮▮▮ am 52 years old. I was molested when I was 7 years old repeatedly by Boy Scout leader ▮▮▮▮▮▮ in Connersville Indiana in 1974.
Can you imagine? A grown man with no ties, no child, no nephew, just a pedofile taking a job which allowed him access to little boys on unchaparoned overnight camping trips. No background check, no suspicion as to why a man with no adult relationship would take that job. I don't wish to revisit the abuse. All of it is on record with the Connersville police as well as the other victims. What I can say is the amount of stress and emotions, impact upon my life, my family. and the other victims in the past few years was horrible. The public ridicule and the emails and comments. How I must have wanted it, and enjoyed it. At seven years old? I wouldn't wish that on anyone. You cannot put a monetary amount for something like that.
I kept it a secret for years. This is normal for a man. No man wants to talk about it. It's shameful. It changed me. I'm shy introverted, socially awkward. Can only interact with social situations if I'm drunk. I shudder when my girlfriend touches me from sleep. It has put me in therapy for years. I'm still in therapy over it. I first spoke about the abuse in 1997 and it was reported to my local police. Nothing at that time was done. I buried it. I've been on medications for depression. I find it hard to find joy in life. I'm somewhat stuck at 7. Living in a fantasy land. I fight alchohol and drug abuse, I I have attempted suicide and have thoughts suicide from grade school till the present. Instead of setting me up for a bright future as a young law abiding man. It set me up for failure. A life of problems. It made me run far from my hometown and never return. Made me never want to have a child. It has affected all my romantic relationships, relationship with my parents. They thought I had a problem with them as to why I never visited them at Christmas or anytime over the past 45 years. I don't trust anyone. Due to the metoo movement, I was sitting at a bar and decided to out my abuser on blast on Facebook. I was contacted by the Connersville police. Which led to a year long investigation and arrest. This led to him being fired from his job at the local radio station. Which also led to 13 other victims of his abuse coming forward. I looked forward to facing him in court and finally getting justice and having him serve the rest of his life in prison. Unfortunately he passed before his court date. This was a year ago. I still cannot go home without whispers and accusations of me lying. This case against the Boy Scouts will bring some closure to a life of constant struggles and problems because of the actions of this man and the organisation. There should have been checks and balances., the fact that they covered up allegations and kept them secret, even to this day., they should have to pay for ruining many lives of young boys. The idea that the abuse can be paid off and silenced for $6000 per victim is appalling. Hopefully in the future there can be parameters to prevent this from ever happening to anyone else. One thing is for sure, the Boy Scouts of America need to make a proper restitution for their misstep and the lives the organisation have affected. My life forever changed that first night. Please imagine if this was your seven year old

boy, and how would affect his and your life to find out later in life about the abuse. In a small town, by a public figure. Please empathise with what we have gone through. To accuse the victims of lying about the abuse is victimising the abuse all over again. No one wants to relive this. And not easy to come forward. We come forward to stop this from ever happening to another little boy again.
Sincerely ▮
Claim nu▮

Sent from my iPhone

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801