05/05/2021
Claim # SA-▮▮▮▮

Justice Lauri Selber Silverstone
BSA Bannkruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



FILED
2021 MAY 14 AM ▮: 44
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I feel ashamed, betrayed and abused all over again from just having to write this letter and explain again the horrific experience from what my boy scouts of America leader did to me. As the shameful memories come to surface I find myself being a victim all over again. I am that scared, disgusting feeling, ashamed little boy. I can't talk, write or explain the actions that took place. I have so much rage in me that I want to tear apart everything around me just having to think of it. Let alone put it on paper. So I am going to explain how it affected the rest of my life.

I was never the same. I never looked at myself the same. I felt alone and unprotected by mother who took me there and let that happen to me. My relationship with my family changed very quickly. I did not feel like I belonged a part of my family. I felt unloved. I felt I was disgusting. I felt ashamed. I was hurt and I could not understand what I did to deserve this. I felt I was by myself. That turned into anger and I lashing out at my mother and siblings. Still to this day I do not feel like I belong with my mother and siblings. I have not had a family let alone a family holiday since I was in boy scouts of america. I did not finish school I could not be around others. I was always fighting getting into trouble. I have not had a healthy relationship with anyone since I was sexual assaulted. I turned to drugs and my life has been meaningless because that is how I feel. I have not been able to keep a steady job. I am constantly feeling I am being betrayed. Or that someone is out to get me, hurt me or cause me pain. I feel like someone is always behind me even when know one is there. I am so terrified even as an adult that it may happen to me again. And then the anger starts all over again and I cannot control it. The feeling that I can not trust my mother or anyone else starts all over again making the anger even worse. I have tried to move on but the boy scouts of America seems to be everywhere. My scout leader violated my body and the violation has a hold of my past present and future. I will never have a normal life and family. I am to terrified to have children that this might happen to them.

Justice Lauri Selber Silverstone
BSA Bankruptcy Case
824 Market Street
6th floor Wilmington, DE 19801

