5-7-2021

To Judge LAURI Selber SYlVERSTEIN

MY CASE # ███████████

Please forgive my spelling & writing.

MY NAME IS ███████████

IM WRITING LET YOU KNOW WHAT I
went THROW AT THe time as a
BOY SCOUT MY SCOUT Leader GOT ME
DRAKING and THAN He HAND a X Rated
movie on SEXing Next ME He pulled

███████████

Than TIlL Now HAS BEEN Really Bad NOW
IM 65 YRS old & STEAl HAVE Night MARE'S.
Please Judge I Know It's Been 52 o 53
years ago Please don't let There get
away with IT.

I krall for your Help

Judge Laurai Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

