MAY 9, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE 19801

FILED
2021 MAY 14  AM 9:43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: SA - [REDACTED]

I was molested by a scout leader in Boy Scouts almost 50 years ago now. Although I am not saying those events were wholly responsible for my problems in the years since they happened, they certainly contributed to them.

I was arrested several times while I was a teenager for indecent exposure and spent most of that time under a psychiatrist's care who kept me on medication for depression. I discontinued my sessions with my psychiatrist and the medication when I ran from California (while on probation) after being arrested again for indecent exposure and felt sure I would be sentenced to prison. I was 20 years old at the time.

My mind was consumed with abhorrent sexual behavior with children. I knew how wrong my thoughts were but could not stop them and, 6 years later, I committed sexual abuse against a 9-year old little girl. As a result, I have been in prison for the past 30 years and expect to be released in another 20.

Sincerely,

[REDACTED]



Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street 6th Floor
Wilmington DE 19801

PHOENIX AZ 852
10 MAY 2021 PM 10 L

19801-302499