May 5th 2021

To Whom It May Concern:

My name is ▮▮▮▮▮ and I am writing this statement as evidence from me from an individual that did in fact sexually abused me on several occasions. This man was indeed part of our Boy Scout Group in Holcomb KS. I believe he was like a group or Den Leader. I, as a little kid was in 5th grade, maybe 6th. This man also lived with us, as he was dating my mother at the time. The man also was a truck driver, and a very good one. I was intrigued by the big gas truck and wanted to be a truck driver.

I REMEMBER ONE TIME AT A MEETING, THIS MAN WAS SHOWING US WAYS TO TIE KNOTS, I WAS STRUGGLING. HE ASK ME TO SIT ON HIS LAP, AND HE WOULD SHOW ME. AS I DID HE KEPT ███████████████████████

At first no thought on my part till he kept doing it, and I felt something different. ███████████████

go. sometime later, days, a week, uncertain, but he asked me to go with him on a run with the truck. (gas tanker) well yeah I said.

It was a long night and I was getting tired. We pulled over on the shoulder of the road and I climbed in back of the sleeper and this man climbed in the back with no pants on. A short time later he started to talk to me about sex. Asking questions, what I know, what I have done, and what I know. He ████████████████████████████ men like this. He asked me to close my eyes and to think of my favorite girl I ~~think~~ liked. The touching
████████████████████████████

Then he rolls me over on my side so I can see him, and he

[redacted]

when I got home I avoided him. That was the first time. As weeks go by it happened several, many times. It took many many years to forget about it. And now I'm involved in this with the BSA, bringing back bad memories

The BSA should've done something to ensure the well being of the kids. I personally wished this didn't happen to me or anyone else and I'm sorry I never said anything. I was embrassed of what people thought. The man that sexually abused me was

My name is ███

FILED 2021 MAY 14 AM 9: CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801