May 11, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801
RE: Case SA-████

Your Honor;

The beginning scouts, if I only knew.....

One of my friends had passes to go on Fort Detrick Army Base to go swimming. I went with them a few times and I was able to get my own pass to Fort Detrick Base. In junior high, I was given the opportunity to join the boy scouts at Fort Detrick in 1966, Troop 799. After a short period of time, I was accepted into the Boy Scouts.

At the first meeting with the Scout Master, ████████████ I met him by myself at the Boy Scout office in Fort Detrick. Inside the building, he showed me the tents, sleeping bags and other camping equipment. This was all army surplus. He came very close to me, rubbing his body up against me.

to comply to join the ████.
I got my boy scout uniform and book, I was very happy to become a scout, making new friends and to earn merit badges.

We went on trips to Jamborees in upstate New York with hundreds of boy scouts. While there, I earned some of my badges from swimming, life saving, compass reading, carving and learning the aspects of being a boy scout. Along with our trips and events in Frederick, Maryland, there were scout assistants from Troop 799, Fort Detrick. They assisted the scouts in their training.

While at the Jamboree in upstate New York, Scout Master ████ would always be around checking on you at night time in the tent sleeping. He

I pulled away from him and told him I did not like that and if he continued I would go to the other Scout masters and confront them about it. He said "I'm the head scout master and there's nothing you can do about it."

After the long trip back to Frederick, Maryland from Upstate New York, I decided not to go back to the Boy Scouts because of the actions of the Scout Master.

In later years, I learned from the Frederick Newspaper that Scout Master ▓▓▓ had been arrested for molesting another young man.

I'm 69 yrs. old and will be 70 in June. I am still haunted of memories of this. If I am awarded money, perhaps it will help me deal with this better; to at least know the Boy Scouts take the responsibility of this horrible Scout Master.

Sincerely,