May 8, 2021

Justice Lauri Selber Silverstein,

    I'm writing you this letter to you to simply say for over 60 years I've suffered due to what happened to me in 1959. This experience of oral sex by a man let alone a scout leader happened not only once, but twice.

    In high school I was unable to suit up for gym class everyday. Why?, because of the fear of being aroused or being attacked again. Throughout high school I had no guy friends.

    Later in life at the age 20 I married a female who was a year older and after dating for a year while she was still married, we were married. It lasted 2½ years. I lost my house to her as well as what I thought was love.

    As life went on I

found it was full of uncertain events. Was I straight? Was I bi-sexual? Was I gay?

I guess I was in my fiftys when I realized I was just a human being trying to make the best of life and what was handed to me. I never had a sex life, normal or not normal. After all what is normal.

To fast forward to my mid seventys, I'm alone. I have no wife. I have no children. I have no grand children. I live in a studio apartment with my two cats. I'm on disability income and do the best I can with what I have.

I hope in reading my story it brings a new light to my case. I know a vote is coming up and at the advice of my attorneys AVA Law group I vote NO! Case # SA-███

Thank you

Added note:
    I'd like you to know that at the age of 50 I spent 10 years in a board and care in Los Angeles. I had just lost my mother to cancer that had reaccured and also my aunt to inoperatable brain tumor. I was the last of my family and was being taken advantage of by the people running this Unliscensed establishment. After 10 years of this and on disability I moved to Phoenix, Arizona to my studio apartment. I've lived hear for 10 years on a guaranteed but limited income. I've made the best with what I was delt.
        thank you again

Urgent: BSA

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th floor
Wilmington, DE
19801

19801-302499

PHOENIX AZ 852
10 MAY 2021 PM 4 L