Justice Lauri Selber, Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor.
Wilmington, DE. 19801.

FILED
2021 MAY 14 AM 9:31
CLERK
[BANK]RUPTCY COURT
[DIST.] OF DELAWARE

Your Honor,

I am writing to you, I am a survivor of sex abuse done by a leader of B.S.A. and because of that, I've sufferd as a sex offender all my life since age 12 and incarcerated in jails, institutions, prisons; the latest, sentenced to 40 years in O.S.P. Where I've served 35 years of it, with 5 years, remaining.

I've paid dearly because of BSA's failure to protect their scout children. And not only my incarcerations and nearly killed several times by inmates when they learn I was a sex offender. And I've lost two wifes who devorced me, 2 sons who they made them, not to associate with me. Two homes, cars, travel trailer, jobs, jewlery and tons of money in attorney fees.

Since incarcerated this time, I did turn it around and stoped all sexual deviations and thougts, and when I heard that BSA was sorry and offering compensations for their lack of care, to all the sexual survivers in BSA, cause by their lack of protection to their scouts, I joined up

Page II

With AVA Law Group, Inc. And for a moment I felt good that they were owning up to it and to tens of thousands of BSA sex abuse survivors, and I became a BSA creitor # SA-[redacted] for 15 months now and then I realized, BSA wasn't (isn't) sorry, and they are trying, what they always did, to try to sweep it under the rug, and wipe away their actions and respondsabiltys, and try to compensate as little as they can, with paying pennies on the dollars - and pay only 10% of all their liabilities.

So I am asking you, Your Honor to be fair on your bankrupcy hearing with ten of thousands of victims and put a true and fair price on it, or continue it - until a true and fair compensation is reached.

Thanking you

[signature redacted]



Justice Lauri Selber Silverstein
BSA Bankruptcy Case.
824 Market Street, 6th Floor
Wilmington, DE, 19801