Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Case #: S/20[REDACTED]4

FILED
AM 9:31
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Silverstein;
    My name is [REDACTED] I am 44 year old man who was involved with the BSA from around 1985-1992. I am writing this letter today to share with you just one example of the horrific abuses I suffered and the mental, physical, and emotional scarring I have endured throught my life becauses of these abuses.

    My single mother of 6 children entered me into the Scouting program in the hopes of giving me a male role model to look up to and to learn from. I was excited and looked forward to camping, fishing, hiking and being out in nature with my Scout troop. The first few outings were uneventful and fun. All of that changed after about 6 months. The first sign of change was at first it was simple touching and being watched as I showered, but it did quickly become physical. When I told my Scout leader to stop, he laughed and told me to make him. I only continued going on outings because it was what my mom wanted. I was to embarrassed to tell my mom, so I kept quiet and went along.

    I now will share with you one example of what I faced. In the summer of 1990, the Scout troop was going to spend a week at the bottom of the grand Canyon on the Supai Indian Reservation.

I was both nervous and excited about the trip this trip could be really fun. I thought things would be okay since the Scout leader was taking his wife and daughter. I terriby wrong thinking anything would change. The day after we arrived at our camping spot, I decided to take a hike by myself down to a ~~little~~ small pool made by the river. As I hiked down the path, I thought about fishing later, and I didn't notice that my Scout ~~***~~ leader was standing on the path in front of me. I could not go anywhere, he had seen me and was walking toward me. The next thing I knew, he ████████████████
████████████████████████████████
After he had them down, he grabbed what I can only describe as ████████████████
████████████████████████████████
me. I can not tell you how long he had me there as after a few minutes, I went completly numb. I do not recall anything after that, and I only went on about 6 more outings after that.

I tried to report the Scout leader to the sponsoring body, but was called a liar, threatened, belittled, blamed, and embarrassed in front of my friends.

My mom moved us away from the area in 1993 and I felt that everything would be okay, I would never again have to deal with the abuse. While I was never touched again, the mental and emotional damage only increased.

I no longer trusted anyone, including my family. I pushed away my friends, I became an introvert, grew depressed and angry and suicidal. As I grew older, things only got worse. I tried several times to end my life, tried and failed to have a family, I hurt everyone that got close. I could not keep a regular job or any relationships. I felt that I would be better when my children were born, but I even pushed them away. To this day the only jobs I can keep are when I work for myself.

In 2015, I committed a crime and was given a 5-12 year prison sentence. I am paying for my crime, and I feel that the BSA should also be made to pay for the crimes they allowed.

I have spent 30+ years feeling shame and guilt, for something I had no control over. Only through the counseling I have been going to have I been able to face my past. Please do not allow the BSA to again victimize myself and so many others.

Thank you for your time.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington, DE 19801

1980183024 0012

BOISE. ID 837
PM
10 MAY 2021

U.S.M.S.
X-RAY

