To your Honor,

Laurie Siverstien

FILED
2021 MAY 14 AM 9:42
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My name is ████████ and in writing this letter 2-u in Rgards 2 wut I went thru while on camping trips 2 Blue Hills Res. in Canton Ma. many yrs ago. My scout master ████████, made me do ██speakable things that no kid should ever experience, or have 2 go thru. One of the worst parts is He-n-my Dad were best frieinds so i had 2 keep my mouth shut or my Dad wood A

killed him. So i did. every X ▮ wood come 2 our house i wood hide. and every X they planned A camping trip i wood kringe. im a very succeful tree company, so i Dont Care About Compensation $, i wood just like Justice, someone needs 2 pay 4 the Affrocities inflicted on Hepless kids.

P.S Your Honor my # is ▮       tanx Sincerly

Justice Laurie Selber Silverstien
B.S.A Bankrupcy Case
824 Market st 6th floor
Wilmington Delaware
19801

BOSTON MA 021
10 MAY 2021 PM 10 L