

FILED
2021 MAY 14  AM 10: 02
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 7, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Re: SA ▓▓▓▓▓▓

Dear BSA Bankruptcy Court,

I am writing you in hope that you consider the experiences that I have had in regards to sexual abuse from the boycotts of America (BSA) failure to protect innocent boys in which I was one. I will never forget that night I felt the worst pain in my life. I had attended my troupe meeting and it was time for some of us to be taken home by the assistant Scout Master, ▓▓▓▓▓▓▓▓▓▓▓▓▓. Since I lived the farthest I was dropped off last because it was close to my troupe leader's home. After the last boy was dropped off we headed for my home. As we were getting closer Mr. ▓▓▓▓▓▓ remembered he wanted to go over the reports for the troupe with me at his house since it was on the way. I was the Scribe for my troupe so I kept the records. We went in as we had done in the past but something was different about this time. He was overly friendly with me. I didn't know why at the time but I would soon find out.

We finished the reports and before we were ready to leave ▓▓▓▓▓▓▓▓ went to the bathroom. I remember thinking I was ready to go home because I needed to get ready for school the next day.

[redacted]

He then carried me to the bathroom room where he gave me two aspirins and some water. He ran some water and washed me up. Telling me I was a good Scribe. He made me swear on my honor I would not tell anyone about what he had did and I could keep on being the Scribe. It was our secret he said. After [redacted] took me home I didn't sleep well that night. I told my mother I had a stomach ache. I held my stomach but it was my backside that was still paining. I missed school that day.

I continued to be the Scribe for my troupe meeting every other week and every time [redacted] would continue to take me to his house and sexual assault me. He didn't try and [redacted] smelled sometimes because after each time Mr. [redacted] would give me ice cream and other treats to take the taste away. Sometimes he would use [redacted] and make me say I wanted it. He would say "say you want it! Louder he would say, louder". This went on for almost two years. I couldn't stop the nightmares that would come from time to time of the first time this started happening to me but I kept going back. It finally stopped when I was able to convince my parents I wanted to stop going to BSA. I felt so ashamed!! I must be gay because I began to enjoy the feelings I felt after a while that I would have with the sexual things with [redacted] My parents began to notice a change in me and my friends I started to have. They sent me to a psychologist but I couldn't tell him what was going on. What would he think of me!!! My parents!! I was back- all alone once again. It wasn't helping. Before long I was made to leave my home at 16 years old because I was out of control.

I met someone and he moved me in with him. I thought I was safe then he died and I went back to doing drugs and having all kinds of relationships. Men relationships and women only - to supply finances to give to the men I was involved with. I even found myself in situations where I was beat or threatened. I was in and out of drug facilities for several years to avoid losing my job as pianoists for several churches were I had proclaimed I was saved. But how could I be doing the things I was doing. This went on until my best friend who is now my wife came to me and asked me who was I fooling? She went on to talk to me and tell me what she observed and I finally told someone what had happened to me in my life. She loved me as a friend with no judgment. I was still distrustful and continued my life style trying to hide it from her but she knew and would tell me so. Then after yet another failed facility I sought out the Lord in

sincerity. I stopped using drugs and unhealthy sex activities. My wife stuck by my side and we were married in 2010. I am an ordained minister now. My past should have never happened. But God brought me where I am today. I am so thankful for God's mercy. As I look back NO boy or girl should ever be assaulted as I and many others have by the BSA. They are responsible for some many ruined lives and questionable life styles, and additions. Moreover, they should be held accountable. They can never give back what they took from my life and others' lives.

Thank you for all of your consideration in your decisions to rectify the wrong BSA allowed to innocent children like me.

Sincerely yours,

