Case 20-10343-LSS    Doc 4009    Filed 05/14/21    Page 1 of 3

10 May, 2021

Attn:

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street, 6th Floor

Wilmington, DE 19801



Dear Justice Silverstein,

This is the 3rd letter I've written to the courts in regards to the sexual abuse I and many others endured at the hands of ▮▮▮▮▮▮▮, a Boy Scouts volunteer troop leader to troop Leader ▮▮▮▮▮▮▮ in Bountiful, Ut. ▮▮▮▮▮ was also a member in good standing of the LDS church in Davis County Utah. In this small farming community, the LDS church was the center of the activities, and the Boy Scouts was hand in hand with the church, our meetings were held at the church, scout activities were discussed at church, church and scouting were inseparable. My first recollection of sexual abuse by ▮▮▮▮ was when I was about 5. He was supporting the current Order of The Arrow outing. My cousin and I were too young for the scouts, but were there to see "how fun" it was going to be. He continued to abuse me and others until I was able to make him stop when I was 13 and had attempted suicide.

▮▮▮▮▮▮ was well known to the community, church, and scout leaders when It was found he was currently abusing 2 Farmington boys. ▮▮▮▮ was "directed" to move 15 miles south to Bountiful where the news would be less widespread, and they could sweep this situation under the rug. The arrest records are within the legal records in Davis County, Farmington, Utah. In the 1960's, the Farmington leaders and the LDS church leaders were one and the same. This included the judicial employees within the city. That is how this abuser was handled, moved and lets' all move on. ▮▮▮▮ was moved to Bountiful, received a nice job at the local Jr. High School teaching wood shop and of course he was the new pianist/organist at the church in Bountiful – everybody was supposed to be happy. ▮▮▮▮▮▮ continues to abuse children, and this is when it started for me. This information is documented in Farmington records, as well as my Brother's and cousin's correspondence to the courts when they were each arrested for child sexual abuse.

I've been asked to write this letter and let others know what happened to me at the hands of the BSA leaders. My first point is that our troop didn't always have a leader, and volunteers always supported the scouting effort. They either coordinated with the local BSA authorities, or the local troop leaders. The point is that the scout volunteers, usually fathers within the immediate town, were every bit a representative of the BSA as were the scout leaders. ▮▮▮▮▮ supported virtually every camping event held by the BSA for several years. He was known to the BSA, and even recognized by the BSA for his outstanding support of the local scouting programs.

My abuse went on for years. There is not a day go by that I don't have memories of the abuse, the horrible nature of it haunts me every day, as do strange and crazy thoughts of the most egregious things that people could do to others. My mind is so messed up with crap. I didn't get to be a regular little

boy, I didn't get to go to scout campouts and meetings like others looking forward to the fun, I dreaded the abuse that I knew was inevitable if Mr. ▇ was involved. This volunteer scout leader ruined my life, and I've done the best I can to make it acceptable for me and others, but it is not the life I should have had. I don't believe any child sexual abuse victims grow up normally. We've been denied that normalcy of childhood, and its' been replaced with darkness of unimageable stuff. He abused our pet dog one day – how does a little boy deal with that?

The BSA enabled this monster to continue his abuse, as he continually had access to young boys. I'm ashamed of the BSA today, they know what transpired at the hands of their troop leaders and their volunteers. The BSA allowed it to happen, to continue, and then now act to deny and cover it up when evidence starts coming public. I believe the scouts could have made a positive impact to my life, instead of leaving me with haunting memories I live with daily.

Because of this abuse, I've endured thoughts and memories that don't go away, they don't fade, they're with me daily. I've had a messed-up sex life because of this, in fact it has messed up other aspects of my life as I'm sure it has for the other survivors. And the BSA is concerned about the almighty dollar. How pathetic. To see how the BSA has dealt with this issue to date is embarrassing, no backbone, no concern for anything except their financial standing.

I appreciate the Court's attention to this issue, and hope that a fair resolution can be attained in a timely manner. This issue has gone on for too long and needs to be addressed now.

Submitted respectfully,



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE 19801


