RE: [redacted]
SA-[redacted]

FILED
2021 MAY 14 AM 9:42
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein,

I'm writing in regards to the May 19th hearing in the Abused in Scouting procedings.

I'm here to say that this cannot go unresolved. For the thousands of kids that have been abused by humans who were in a position to "Take Care" of them, were betrayed and without conclence or Respect For the life of a child took advantage in sick ways, the Love of a child.

My abusers, 2 of them, took my Confidence and security and changed it to Fear. Fear of, and at the time of the abuse. Then I had to Look at them For 2 weeks, fearing something else would happen. In that time, As we were on our way to a 2 week canoe trip. Imagine That!!? I went in the water to pee, so as not to pull my Pants Down, I held my #2 till I cried. Not wanting to be away from the others as I

had to be naked waist down to do it.

My mother does NOT know of this. It's been 30 yrs and I'd never let her know of this fearing she would think it her fault for putting me in that position to be hurt. My relationships have all suffered from this. My life in full has suffered. Esteem, relationships, Trust, Safety. When I was younger I thought I was gay cause of what happened. But years of reality showed me that what they Did was "Gay or Fed up"!

I have children; IF someone ever did what happened to me to them; I wouldn't want to dwell on it. There's a meaning to "Take Care" and for the lives destroyed like mine; who knows what I could have achieved if the institution of BSA had taken care of me. I believed myself higher than life while at my outings & independence as a child to achieve & succeed.

In closing, Nothing short of EVERYthing is what they owe the suffering. I had to be with these two men for 2 weeks after they raped me. 2 WEEKS!! IMAGINE Fear, Imagine That!

Sincerely,





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801

GRAND RAPIDS MI 493
10 MAY 2021 PM 1 L

U.S.M.C.
X-RAY

19801-302499

Please Read