AIS-[redacted]

FILED
2021 MAY 14  AM 9:31
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Please describe the sexual abuse that happened to you in as much detail as you can recall. If possible, avoid words like "fondled," "assaulted," or "molested." If you are able, indicate the specific act(s), which body part(s), and on whom the act was performed.**

Well this is how things happened.

We will meet up in Wilson and at the corner of St. James. It was some type of organization / troop meet ups.

First day of trip we had role call and introduce ourselves. We will meet up on every Friday to Sunday, and sometimes Friday to Sunday.

Our Scout Master was Mr. [redacted] and out scout leader was [redacted].

Our first trip was Putnam County. Everyone was assigned what to do. When we reached out destination, I was in charge of getting water and sticks for the fire. So now we would get on the bus.

Everyone sat where they wanted to sit. I sat up front with a friend that I met, on the other side sat that Scout Master Mr. [redacted] and Scout leader Mr. [redacted]. So we would switch seats and I sat with Mr. [redacted] and he asked me so how are you and your family doing so as I was talking to him I told him what was going at home.

He would ask what I said I had a sick mom and my father was a drunk and abused me. He said what I told him when my mom would go to bed to sleep he would tell me let's take a shower and I had to do [redacted] enough of me I told him. Mr. [redacted] put his hand on my lap.

So now at Putnam County Camp. We started to clean up the area to set up our rent and when we would finish we all sat down together and spoke about ourselves what we like to do for activities along with Scout Master Mr. [redacted] and Scout leader.

First time at Putnam Camp we started to play around baseball and so on. So it was starting to get a little dark and I had to get the sticks and water. So as I was going with another boy Mr. [redacted] the Scout Master said I will go with you. We would walk into the woods for a while. Mr. [redacted] S.M. would say let's sit here for a while. I would tell him we need to get back. He would say we will. As we were sitting there we would talk he sat next to me and had his arm around my shoulder.

Than he would say I am here for you for anything. He Mr. [redacted]

[redacted]

So we got back to camp site and we started to warm up out dinner. After eating we will tell stories and play for a while. So as we were going in our tents Mr. [redacted] S.M. gave me a wink and make motion to come to his tent that night and I didn't.

So Mr. ▇ got mad at me. I than started playing with the boys and he was in his tent because we were all heading home. At that time we started to clean up and dismantle our tents.

So now it was the second week we all met up. So off we go on the bus Mr. ▇ said sit next to me. We were heading up to Sullivan County to a camp site. So now we reach there and started to set up tents and Mr. ▇ Scout Master would come over and whisper and see me later. So went with the Scout leader walking around in the wood and he would talk about the tree leaves, birds, etc.

We would come back and played around for a while. I had to go get water in a bucket and some sticks. Again Mr. ▇ said I would come with you. So now we would talk in the woods and Mr. ▇ said he was mad at me for last week that I didn't go in his tent that nite. So would said again let's sit down.

So we did and we were talking and he took off his pants and told me take off yours. I was ▇ I did because he threaten me not to tell anyone. So he said don't forget tonight to come to my tent. I said oh shit. So we got back started a little fire to warm our food. After warming up our food we will sit and talk even with the Scout Leader Mr. ▇ and Scout Master. Than we would toast marshmallows for a while. We ate get washed and get ready for bed. So much later Mr. ▇ would come to me and woke me up. He would say he quit I went to his tent. Mr. ▇ Scout Master.

He would be in his briefs and would get me a drink. I had to take off my scout shorts and he would say let sit on the blanket and talk about me what I did in the meantimes he had his arm around his shoulders. ▇ he would said lets lay down. I would lay one way and he would be behind me and hugging me and say I like you I would say me too and thanks.

Next day we would go hiking with the scout leader like 3 miles I was happy because I was with the boys for a couple of hours.

So we come back and Mr. ▇ would come out of his tent. I had to take down our tents and Mr. ▇ would say ▇ come in my tent before you I would go in his like he said he said my will ▇ and said I like you very much I would say thank you. Se we left and as I am sitting next to Mr. ▇ Scout Master he would put his hand on my lap and ▇

Mr. ▇ would get up and say did everyone have a nice time everyone would say yes Mr. ▇ Than the Scout leader would get up and say to the boys nice time we had he would say see you all next week and bring your bathing suits.

So now we meet up the following week. We did roll call and hung out a little at this troop organization. They would have milk and donuts for us. We went to Westchester County Campground they would tell us what we did we do during the week.

So we did the same thing pitch a tent get settled and we played baseball football checkers and so on. Than we went hiking and this time the scout leader was in the front and Mr. ▮ would be behind us. He Mr. ▮ again how am I, I would say ok. So as we are hiking we all stop to go pee. Mr. ▮ would tell me come over here we can pee together we all have the same penis but ▮

So we will put up a fire to eat and toast marshmallows, had talk and joke for a good couple of hours.

We would go get wash and hang out for a while. We would usually go in out tents like 8:30 PM. So by 9:30 PM I would go to Mr. ▮ like he said. As I am in there in the tent, who comes in it's the Scout Leader Mr. ▮ and we were all talking they tell me tht both families and very good friends. So as we are talking Mr. ▮ says since we are all together let's get undress. So we are in our briefs talking sitting on a blanket on the ground. I am in the middle of the two and Mr. ▮

Mr. ▮ SM said give ma a ▮ and Mr. ▮ and now I had to ▮ had given us a drink that I remember so well that I got a little dizzy and Mr. ▮ had me ▮

I woke up crying they said now it's ok and were cleaning me up I didn't bleed but was hurting. So they were talking and I shy away from than they would say come here by them. Mr. ▮ was leaving and I wanted to go Mr. ▮ said stay here with me.

So it was getting late he said, come and lay with him on his cot naked! So as we were laying there Mr. ▮ said let's go to sleep I said ok. I faced one way and Mr. ▮ was behing and ▮ I didn't say anything and went to sleep.

I woke up early and left we had to make breakfast. We were going to play baseball, football, board games, we had fun. Than we got ready and we were going hiking up in Westchester Camp. Mr. ▮ came with us and with his arm around me and talking but had his hand on my butt and squeezing it.

When we got there I remember we really had a lot of fun. Now we had to head back to start a fire and eat. Again I went to get sticks and water. Who was behind me Mr. ▮ going with ▮ When we got back we started the fire ate and toasted marshmallows and told jokes read a book or two the Scout leader Mr. ▮

We all went in our tent and I was laying thinking of my mom who comes in my sleeping tent Mr. ▮ and asked me if I am ok and I said yes. He had his hands Mr. ▮ ▮ with my PJ's on.

Mr. ▓▓▓ said come with me I said let me stay here he would say come one. Before you know it I was in Mr. ▓▓▓ sleeping tent. We talked a lot about my mom and how am I. I smell something and he was drinking beer. Than Mr. ▓▓▓ come in Mr. ▓▓▓ sleeping say he had a big sleeping tent.

I didn't drink I don't know if Mr. ▓▓▓ drank, we were laying on the ground in Mr. ▓▓▓ SM talking before you know it Mr. ▓▓▓ your age. Now since I was in the middle the SM and SL in Mr. ▓▓▓ sleeping tent said shit let's have a threesome I had no idea what they were talking about. I had to give SC MA ▓▓▓ and turn around and give Mr. ▓▓▓ SM in his sleeping bag an ▓▓▓ When they were finish I went back to my sleeping tent. Who comes in again Mr. ▓▓▓ and wanted to lay on the ground next to me he said please.

We left to head home and Mr. ▓▓▓ would ask the boys did you all have a good time they said yes. He said the SM told us next week to bring you bathing suites that we will be away 3 days. We are going to the Catskills going in a like going canoeing, hiking and play games and see the falls Mr. ▓▓▓ told all of us.

So know we arrived to Catskills Campgrounds. We all had to put out stuff away it was 3 days. We all set up our sleeping tent bag.

Well the 1st day up there we went hiking for a long time like 3 hours I remember because these are the things I never did with my dad.

So we area t Catskills Campground some of us wanted to play checkers, board games baseball. So we did play these games each group did want they wanted to do.

Well it was time to go and get the sticks for fire and water. Again who comes Mr. ▓▓▓ so we were walking and talking down by the water. Mr. ▓▓▓ Scout Master said good you please take off your clothes you have a nice body for a young boy we walked for a while got dressed and he ▓▓▓

We got back to Catskills Campground. They boys would help me make a fire. We all sat around ate and telling stories and jokes.

Everyone was tired and we went into our sleeping bag. After a while Mr. ▓▓▓ came in my tent and wanted to give him an ▓▓▓ that's because Mr. ▓▓▓ told him about me and they were both friends. Mr. ▓▓▓ SM and Mr. ▓▓▓ SL. He left and I fell asleep.

Woke up and folded our blankets and ate breakfast. After breakfast Mr. ▓▓▓ told us to take our bathing suits with us. So we all left and went down to the lake and was going canoeing everyone was happy.

Who shows up Mr. ▓▓▓ he met us at the lake and he had his bathing trunks on. So we all had a great time playing around in the lake with each other.

We all went canoeing it was really a nice time because all of us never did it before. We went back to the Catskills Camp grounds, we all chiped in starting to warm up food telling jokes board games playing cards (War) Checkers some kids were hooked on the Scout leader Mr. ███ read books to some us. Being our 1st night we all went to sleep in out sleeping bag. I didn't see Mr. ███ for a while that day but he managed to come to my sleeping tent and said am I done I said no. We talked for a while in my sleeping bag. Mr. ███ can you come to my sleeping bag. So we went quietly to Mr. ███ SM tent.

While being in Mr. ███ SM tent he said sit down he had some chips candy and drinks. We sat and he talk about his family and again mine. Again he begged me to ███ ███ He walked me back to my sleeping bag come in and I was getting undress ███ sleeping bag and he left.

Second day was a fun day in the lake canoeing and hide and seek a very fun day in all.

We came back to our Catskills Camp ground. We all pitched in started to have dinner. Afterwards toast marshmallows and popcorn. So we all hanging telling stories about school what a wonderful trip this was.

We meant Putnam County Camp grounds, Sullivan County camp grounds, Westchester Camp grounds, and best of all Catskills Mts. Camp grounds.

So know that everyone went to sleep Mr. ███ S. Master earlier said come in my sleeping bag beside my tent at Catskills Mts. I said I am afraid he said not to be. So I go to Mr. ███ S. Master sleeping tent and sitting down who comes in S leader Mr. ███.

We were all talking nicely about all our trips and how much fun we all had. So now Mr. ███ went out to pee and Mr. ███ wanted to give me a kiss I backed off but he push me too him.

Well this was done last night getting together. Mr. ███ pulled out a small bottle of wine. Mr. ███ SL and Mr. ███ SM had a drink of wine. They gave me sone and it was strong. I almost knock out. I felt me close taken off and playing with me. They turned me over ███ ███ all this at Catskills Mts. Campground.

Mr. ███ knew this was the last night he wanted to ███ I said no please ███

This was some experience and again after a while I had to do the same thing to S Leader Mr. ███.

That night was a bad night and I never told anyone I had to ███

After all this I left and had to be quiet and laying on my sleeping bad. Mr. ▮ comes in and says I am sorry and he lay next to me and again I had to ▮

Mr. ▮ told me if I ever say anything to anyone friend family he would come and look for me. I couldn't go to the cops I was really scared. I seek help after learning 3 years going to that camp I was mentally physical and emotional for years until I got called to join the Navy in 1969-1972. So I left all this inside me all these years.

Thank You




Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market St
6 th Floor
Wilmington, DE. 19801

19801-303499

U.S.M.S. X-RAY