

FILED
2021 MAY 14 AM 10:00
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



Justice Laure Selber Silverstein

I am writing to you today to give you abit of history on my experience in my years of scouting.

I have been involved in scouting from mid 1970's my mother was pack leader with pack 83 north easter council Il. My stepfather ███████████ was involved at these meeting that took place at my moms house. The abuse by ███████ started back then. Molested in basement of pack meetings. When tring to fight off abuse was beaten so far as to need medical care on several occasions. This abuse was a constent thing in my life as a cub scout. This was years of torment and abuse both sexully and brutal beatings aswell.

Then ███████ was part of webelos leaders now not only at home for meeting but almost ever event outside of meeting camping for weekends was raped at almost ever event.

It was in these years me and brother ███ started telling Other leaders and our mother about this abuse.

This to me is one of the sadest parts no one belived us even our own mother called us a liar and the we were tring to rune her life. The the abuse contuned for years.

Then went to troop 179 where Mr ███████ was not involved

Finally some relief and time away from Mr ███████ he predator. That didn't last long at all. M███████ my step father hard much harder time molesting me. So ███████ and my mother started a new troop.

Troop 85 in Fox Lake IL. He was now the Scout Master. The abuse got worse he was in charge and could set up easy was to molest me.

I was forced to go to scouts or not after school sports where I could be free from abuse boy scouts was a tool use to make me go to outings where is was easy for █████ o abuse me in every way you can imagine. Telling other leaders school teachers neighbors no one did a thing the abuse continued. No one seemed to care of believe me this could have been stopped years before. Very sad that was the way life was then.

Mr. ███ was arrested in fox lake police dept. basement leading a scout meeting for molesting a neighborhood child.

This has effected my whole life to never wanting children for the fear I didn't know what was right. Running away at 14 to be safer on my own. To never speaking to my family for over 25 years. That some how this was my fault. To having night mares, affecting every relationship.

I can answer any questions you might have my contact is atop of letter.

For me nobody believing me and letting it continue almost hurts worse then the abuse.

I don't think there is a number of money the can replace a childhood of rape beating and mental torment. Having your own mother call you a liar this one part I will never ger over.

Judge I know the boy scout were aware of all this abuse because we told them to no avail.

Abuse happed at many scout camps in north eastern IL council camp grounds. Camp Makajawan, camp crown, Kettle Moraine stare part. Mississippi Palisades state park. Many others if you need more I can get.