# ABUSED-IN-SCOUTing

SA-[redacted]    FILED-[redacted]-2021

My NAME IS [redacted] 9:30
[redacted] This is my Story.

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN 1971 Oct, my mom put me in Scouting in WARington VA. I was 10 year's old my brother [redacted] was already in Scouting. He told my mom he was being abused but she didnt beleave him. They would pick us up in the school parking lot. P.B. Smith Elemantry School WARington Va. So on the third Night i was there we had a lot of Fun, Fishing, boating bow and arrow, games. When it got dark and cold i had to go to restroom. but i was only 10 year's old So i was ~~scard~~ scared So a councler Named [redacted] went with me. when we got

[redacted]

I rember i didnt Know what to do. When i got back to camp i heard a parent say he was a child molester. She said he had tryed to molest her son but he ran away and told his mom. She made a complaint but Noone would listen to her. Me and my brother told our mom but She thought we were lying. that we didnt want to go to camp, Be Cause she had already payed for the outing. I rember the Next time we were to go we both didnt want to go to Camp. She had a 1963 Ford fair lane with a long Antenna on it. She broke it off and beat me with it because she was mad that we didnt want to go. I still have a big scar on my left outer thigh. I rember a few years later my brother commited scuicide. Thats when my life went to hell.

I couldnt pay Attention in class i didnt Listen to my mom or my sister's. I Lost all of my self, I only have a 7th grade Learning i could No longer go to the bathroom unless i was at home with the door locked. At 14teen i started to get in truble. As i got a little older i got lost in life. I became homeless at 14 my mom couldnt control me so she threw me out. I lived on the street's for a lot of year's. Went in and out of Jail couldnt hold a Job. Couldnt last in love. Had No help to deal with the things that happend to me. Didnt know how to handle it. For years i got lost on the street's. Went into Army but Failed at that to. As i got 30-40's i guess i put it in the back of my mind because it was so painful. Now at 60 i saw add on tV, ABUSEd IN Scouting. Now i have dream's and thought's that i

thought were gone. But just hidden Maby Just my mind, But I dont think or want them to hurt anyone Else. IM for Shuting them down. It has been 50 year's but it never goes away. you can hide but you cant excape the pain and humileation. No Matte how long it has beeN. Thank you for listening to my story. My brother and i think you in this matter god Bless
Sorry about the spelling



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th Floor
Wilmington, DE. 19801





ORLANDO FL 328
10 MAY 2021 PM 3 L

19801-302499