—1—

FILED
2021 MAY 14  AM 9: 42
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein:
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801
IN re: Claim # SA-███

I want the world to know what was done to me as a small Child. I was always small for my age - probababbly around 11 years old. I wanted to join the Boy Scouts to be one of the Guys. The Scout master took an intrest in me - I thought I was special. I didnt have much money and the Scout master let me buy my Uniform one piece at a time. He used that to entice me to be alone with him so I could ███████ was scared that anyone would find out. He would put dollars in my pants - what does that make me? I have years of hatred for myself. I dont trust people because I think they Just want to use me. The big deal was when my mother found out and Confronted him and I was so scared I couldnt even speak what had happened to her. She screamed words I couldnt say. He lied and denied

and still sneaked around. My mother was aggravated and she called someone from BSA - only to be lied to. I remember seeing my mother crying to this man on the phone and him telling her - I've got him handled. My mother fixed it by moving out of that little town. I've seen plenty of Doctors and still on an occasion have nightmares that the Scoutmaster is naked and chasing me. What will a few thousand dollars do? Not much - the Attorney has his hand out and I will get what is left. What lesson is learned for my wasted life? The <u>only</u> way is Dissolve the BSA - Make all there assets known and be real about how we are made right and whole.
    Thank you for listening







Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St, 6th Floor
Wilmington, DE 19801

"X-RAY"

COLUMBUS OH 430
10 MAY 2021 PM 5 L

05/10/2021
034A 0081801380

ZIP 43302