

#1

5-11-21

To youre, Honorable JUSTICE Lauri SELBER Silverstein
 My Name is ▇▇▇▇▇▇▇▇▇▇▇▇▇ I am seventy five years old
I do not write very good. This is a very hard letter to write to you
your Honor. I went to a Catholic school in 1957 to 1959
I had a hearing disability I had a very HARD Time in
schol. The sistors would help me one on one I think they
felt sorry for me, I think they came up with the IDEA For
me to join the Boy Scouts. They had Boy scots meeting
After school The Boy scout Leater knew I had a Learing
Disabity, After a while he got me to stay AFTER the meeting
we were by hour salves just Him AND me I did not Know
what He was doing to me I was just a chield
The sexual Abuse involved Every Thing He wanted to
Do to me. I have never gotten over this, HE was A very A sick man.
HE TOLD me not to tell any one About this. He told me he would
Kill my Dog. My mother Took me to The university of um
to see some Doctors,

OVER → to #2

#2



5-11-21

They gave me some MENTAL TESTS To Figer out what was wrong with me They looked AT me Through A 2 way mirrow They DID NOT Know what was wrong with me I Never told them ABout the SEXUAL ABUSE I Have Lived with this For Over 60 years. I will be so gratFull your HONOr, IF YOU CAN HELP me, And all oF The OTHER victims That The Boy Scouts DID TO them.

Sincerly Yours

