May 12,2021    Claim # SA-███

FILED
2021 MAY 14 AM 9:30
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your honor when I was 11 years old one of the worst days of my entire life occurred. One night in a tent and this man that was a known predator to the Boy Scouts raped me. Ever since I've been in psychiatric care and will continue to be for my entire life. I want the Boy Scouts to be responsible for what happened to me he should've never been allowed to be in my tent, especially on a military base at a Boy Scout jamboree. The Boy Scouts should pay dearly for what happened to me and thousands of others of Boy Scouts. Please your honor hold them responsible and to account for what they did to us.

Respectfully,

[signature redacted]

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St
6TH Floor
Wilmington, DE 19801