Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19841

My Case #
SA-███

Am I going to be screwed by the crappy insurance companies and Boy Scouts of America? Pay as little as they can and continue to lie — or get away with useless promises they made? All that I owned concerning Boy Scouts of America went to the trash can years ago. After being abused at camp, living the name calling, the crap beat out of me several times by several Scouts, because I wouldn't do what they wanted me to perform. I refused to become Scout. Couldn't get my patches no certification from leaders stuck at 2nd Class forever.

Went to same classes did the same, they got their promotions because I didn't have a father at home, lived in gov't houseing very low income. My Mother divorced in the ███ She remarried to older ~~A~~ male. I was considered trash by standards in town, no car

Had to use public transportation, couldn't play sports didn't have money. After the abuse, left home at 17 to take care of self and try to live the lie alone.

I didn't really want to open up any just lie and cover up. And this is what the cover up artists or doing telling a professional liars or staying to the Judges. I'll and mama Justice Silverstein am crying now at age 79, carrying this pain 67 yrs. Nothing being done before and at this rate nothing now, just a particul Guess we'll accept 10% instead or less. of what's due 75% to 100%.

Have a blessed day



FILED 2021 MAY 14 AM 9:46 US BANKRUPTCY COURT DISTRICT OF DELAWARE CLERK