To The Honorable
Justice Lauri Selber Silverstein
I just want to let you know in
a brief letter what I have suffered
over the years since my abuse in
The Boy Scouts divorced 2 Times
don't have any good thoughts
Mean to people, and bad disposition
Toward life I am 61 now and still
Think about That Terrible night, I
pray to God That The Thoughts will
stop but They don't. All I want
is to see This man's hands in a
box disconected from his body.
I don't know if he is even still
alive, I don't care about The money.
I want To see some Justice I
pray To God for Calm in my life
but it dosen't come. I am in search
for This man, I am hiring a private
investagator to see if he still
exzist. If he does May God
help him. and have Mercy on his Soul.

Thank you
for Listening

FILED
2021 MAY 14 AM 9:41
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case 20-10343-LSS    Doc 4027    Filed 05/14/21    Page 2 of 2

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE. 19801

19801-302499

PHILADELPHIA PA 190
11 MAY 2021 PM 10 L

CLAIMS
X-RAY

