May 8, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



Dear Judge Silverstein,

I am a sexual abuse victim while a member of the Boy Scouts of America (BSA) in 1963-64 (Claim number SA███████) I just learned of a deal made between the BSA and Hartford Insurance Corporation to settle compensation level for victims.

As you consider making a judgement on the BSA bankruptcy case, I ask that you put the victims interests first and foremost in your thoughts before consideration of the highly paid lawyers and Corporations involved in this case.

As you know, this case is about the sexual abuse of minor children on a massive scale and the organization that allowed it to happen. We have had a lifetime of coping with the emotional impact of this rampant sexual abuse. This is not what we joined the Boy Scouts for. I, like all others, joined the BSA to experience the adventures of the meetings, outings and participation in jamborees. The sexual abuse robbed us of the full life enriching experience that we should have gotten.

It is time that the Boy Scouts of America are ordered to sufficiently compensate the victims of their organizational abuse.

I am available to testify in this case if desired.





SACRAMENTO CA 957
10 MAY 2021 PM 5 L

19801-302499

Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market Street
6TH Floor
Wilmington, DE 19801

