FILED
2021 MAY 14  AM 9:41
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Lauri Selber Silverstein

This will be the most uncomfortable gut wrenching moment in my life to rehash terrifying events that changed my life forever. The anguish me and my family have endured over the years due to monstrous acts of uncivil behavior from a former Cub Scout leader ▆▆▆▆▆ ▆▆▆▆▆ Ive been in a tailspin over 30 plus years that led me to depression, anxieties, nightmares and paranoid delusions. Please Justice Lauri Selber Silverstein the pain me and my family feel will be vindicated by your humblest decision. The lives destroyed all over this country will be greatly impacted if justice is indeed served. thank you for listening.

Claim number: SA ▆▆▆▆

Justice Lauri Selber
Silverstein
BSA Bankruptcy Case
824 market street
6th floor
Wilmington, Delaware 19801

19801-302499

U.S.M.S.
X-RAY

PHILADELPHIA PA 190
11 MAY 2021 PM 6 L

FOREVER / USA