Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE. 19801

FILED May 6, 2021
2021 MAY 14  AM 9:45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



Justice Silverstein,

I am a victim and a named plaintiff in the above numbered case. I was physically abused by an Asst. Scoutmaster of Troop 204, Zweibrücken Germany. I never told anyone about it probally since I was too embarrased that it happened to me.

However, as I got older I went into depression, started drinking. After I got out of the military, my drinking got worse. Later, due to injuries I received while on active duty, I needed back surgery. I was perscribed oxycotton as pain control. Even after I was healed I continued to seek out and use that medication.

1

As you can see by this letter, I ended up in the Texas Department of Criminal Justice. But before I got here, I attempted to kill myself. I truely believe that if my abuse hadn't happened I would not have done what led me to my incarceration.

My depression is in check. I have been clear and sober for 16 years. And I plan on staing that way when I get out.

After my arrest I liquidated my IRA & savings to cover my court costs and the fees for counseling for my depression.

Understand that I feel Scouting, fundamentally, is a great pogram. However, BSA failed to keep the bad apples out and must pay. I do not want to see BSA go away. Futher, I do not wish for them to sell the High Adventure Camps (Philmont, Great Lakes and the Sea Camp in Fl.). My understanding is BSA has offered $650m deal. That divided among 90k victims comes out to about $6,000/victim. NO DEAL! BSA has the insurance and resources to pay $20-25,000/victim. That comes out to $1.8 - 2.25B. That amount should not include court and attorney fees.

It is time for a complete re-organization of how

2

BSA conducts its daily opperations.

If the court has any questions for me, please feel free to contact me.

3