In Re. Claim # SA ████████

FILED
2021 MAY 14 AM 9:29
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Judge Silverstein
   I'm one of the "Tens of Thousands" of Survivors that the BSA failed too protect.
   I wanted to write you to speak out on my own behalf. For decades I've been silenced, even in my adulthood.
   This is the first time I've been given a voice, too tell my story or at least part of it, I'm able to tell a Judge and the world of the terror BSA put me through. All my childhood was taken from me, I have no good childhood memories.
   I'm chocking back tears as I'm writing you Judge Silverstein, see I was in troop 409 in the 70's in Pittsburg California.
   Scout masters in the 70's were under the radar, see it was not out in the open, "Pedifils" (sic).
   So this made it very easy for scout masters like mines (sc████████), to defend parents, or befriend parents. Then he groomed me, he was very savvy sexually with children.
   Your Honor, I at first wanted to re-invent, and save the Boy Scouts, Alot of us did. The main reason is because I loved my scout brother, but I had a grown man sexual abusing me a man my—

2 of 3

— parent trusted, Like I said I did at first, but not anymore!

The BSA has not change, They Lye to everyone, to the survivors, the world, and the Bankruptcy Court. "But I can't allow them too Lie to the children in 2021".

Judge Silverstein, I for one will not vote yes on the plan, So they can continue putting children at risk, — no way not in my name, or on my watch.

The BSA ruin my life, I was a good shy boy until my Scout master started molesting me, and rapping me over, over and over again.

I lost track of how many times it happen,

[redacted]

to me at the public city Pool where we swim train, at schools were we do drills, at ST Peter Myer Catholic School, at Camp Wolfbore, and other outings.

I ended up having deep emotional issues and Im being treated for Gender disPhoria, at which Im Transgender now. My Scout master "Turned me out" biologically by giving me estrogen/progestrons at 11 years old and I develop female breast tissue

3 of 3

I was the only Scout to swim with my shirt on all the time, I was so embarrassed all my life, because I was biologically different.

Your Honor we are talking about 84,000 minor children, and I can promise you that God knows if you allow them to get out of Bankruptcy with a slap on the hand. Next time it will be 500,000 children molested, on your watch. Please punish them fairly, because they has no changed at all.

Children deserves more, this is not about the BSA, Local Counsels, Insurance company's, and all their interests, this is about the Interest of &you Abuss survivers. Yes we are adults now, damage adults with molested Souls.

I say all this is about is the interest of us survivers and the protection of present and future Boy scout children now!

We need to see real compensation, and I ask you to please hold them to provide me with real Compensation, Please!

I has 3 granden, nons I wont let join the boy scouts of America, until I'm Comfortable with Safety.

Thank you Your Honor for giving me a voice, I pray you will make them provide Equitable Compensation, real Compensation

Best Regard [redacted]

5/6/21

PS-SA-███

— PS. Judge Silverstein

Due too my letter being return, I get a chance to tell you so more details of the horror I went through as a child, and Adult. See Judge, my Scout master molested me for more than a year nearly everyday.

He had more Access to me, more than most, See his wife was my school teacher, he would pick me up from school. Also he lived 2 block from my home, we lived in the same naiborhood. And lastly his son was one of my playmates, so he had trust from my parents, my school, my teachers!!! He had so much access to me, and he grossly rape me so much I was "turned-out" sexually. (Transgender — gender Disphoria)!

I'm a transgender now because of that now, and I has Been Diognosed with "gender Disphoria", since 11 yrs old. I've had sexual identy problems, because I truly though I was female with male genitals. Why? — Because he gave me female estogen. And I developes Breast at 11 yrs old. I'm still confused today after 40 plus years, I'm getting mental health treatment for years now, and I going to have to pay 2-5 years more out of pocket!

So Judge Silverstine it's not fair for me to pay —
— (PS-1 of 2)

my parents back, and to fork out "Ten or hundreds" of thousands of dollars for 2, 3, or 5 more years of mental health treatments.

Judge Silverstein, the BSA want to get out of this for pennies on the dollars. And in some bankruptcy cases that's ok, but this is rape and molestation on 10, 11, 13 year old children. The Survivers, like myself will never get their childhood back,...

Your Honor, 99% of kids played in the parks, and love their lives, but us, "ms", my memory is a 250 lb man ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ at camp Wheltbers, churchs, schools, his house, and any where this predator could get me alone.

So please your honor, allowing this BSA zero compensate me pittance, does nothing to correct them, or make me whole in any way.

So please for my sakes, "for the 11 year old me", Hold them to account in a Equitable way!

I thank you your Honor, and thank you for giving me a voice, nothing can make me whole as this is no Justice in child rape. But accountability is acceptable if it Real compensation!

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

(PS-2 of 2)



Justice Lauri Selber Silverstein
BSA. Bankruptcy Case
824 Market Street " 6th floor"
Wilmington, DE, 1980(
19801-302499

