FILED
2021 MAY 14 AM 9:43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

SA-███

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear, Honorable Justice

    I am writing in regards to my AIS case. Representing is Attorney Andrew Van Arsdale. Please acknowledge my very serious claims against The Boy Scouts of America. All of my statements and claims are absolutely true and not fabricated or exaggerated in any way.

    Scoutmaster ███ is a horrible horrible Monster! He raped me and stole my childhood innocence at age twelve. He lied to me and said he would show me how to ███

    The first time he violated me was one night at BSA camp Bucoco. He got in my tent and told me we could be best friends if I would trust him, and I did. At the time, to me it seemed right and felt good. I thought the Scoutmaster really liked me. He said to me you will be a good man someday trust me. (I was twelve)

███

    I have a thirty year old son, whom I am very proud of. When he was young he wanted to join the scouts. I said absolutely not! He did not understand. I was mad and sad.

    I am fifty six years old now, I have never spoken a word about my metal destruction by this obviously sick man. You are the very first people to hear about this horrible experience. I have lived for decades keeping it deep in my mind. I truly hope you will treat this matter with the respect and dignity.