Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE
 19801

RE: SA-█████

7 May 2021

FILED
2021 MAY 14 AM 9: 27
CLERK
US BANKRUPTCY COURT
DELAWARE

Justice Silverstein,

 I am writing so you know how I feel as a victim of abuse in Scouting.
 I was around 7 or 8 yrs old when my Scout leader sexually abused me along with a scout leader from another area. I did not want this to happen, its being called child molestation, but, when you break down what happen I was molested and raped, both by the Scout leaders and The BSA. Until justice is served in this matter, I still feel this is continuing.
 I have been told by a psycologist that I have PTSD stemming from this molestation and I was probibly targeted because I am physically disabled. The BSA did not protect me or the other victims of these horrific things, yet now they want to hide behind insurance companies to protect themselves. Where was my protection?
 My Scout leader threatened to have me put in juvinile hall if I told "I'll tell everyone you lied and stole stuff from me then have you arrested" - Not exact words but how I understood it. "Who will they believe? You or

Page 1 of 3

me? I'm a scout leader, you're a kid" - Exact words. So, where was my protection from the BSA? Did they do any kind of background checks on these leaders? When it began to come out about the abuse, why did they try to hide it? Why didn't they check backgrounds? Why didn't they start questioning us scouts?

These could have helped stop some of the abuse. Now the BSA "wants to make things right" but are trying to hide behind their insurance companies. This is unacceptable. The BSA must pay for the abuse they looked the other way on and for protecting the abusers. A message must be sent to the BSA and others that we as people will not and can not allow this to happen again.

To this day there are physical items and smells that remind me of what happen, this is not something that will "just go away" as the BSA would like with this matter. I live with this every day of my life, what does the BSA live with? They just want to close and lock the door on this for as little as possible. This court case is the key to that door. By keeping the door open forever will tell everyone this can not happen again, ever! When do we, the victims, get to close our door and lock it? Never!. We live with what happen daily.

Justice Silverstein, I ask you to please be the voice of us, the victims, Tell the BSA, No More, Ever!. They have to listen to you. They may hear our voices

but did they listen to what was said? In my opinion, No they did not listen to us or care until someone with a louder voice came at them.

The BSA, going off their pitiful "offer" show they only care about themselves and their pocketbook.

So please Justice Silverstein, send them the message that we do matter, that we are victims of the BSA just as much as we were victims of the scout leaders who represented the BSA.
Let them know and understand/realize, were victims of this for the rest of our lives. That because it was a part of their "job" to not only teach us but to protect us and they failed in protecting us and must be held both in accountability and liability for this failure

We the victims want closure but it must be in our favor, not the BSA, otherwise what will the BSA have learned? Please do not allow them to "get away" with this, they must never forget what happened to us and wont allow this to ever happen again

Thank you for your time in reading my letter.

Sincerly

Page 3 of 3

Justice Lauri Selber Silverstein
BSA Bankruptcy CASE
824 Market Street
6th Floor
Wilmington, DE 19801-3085

Legal Mail

PHOENIX AZ 852
10 MAY 2021 PM 6 L

