

FILED
2021 MAY 14 AM 9:41
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein

Hello your Honor!

I would like to tell you why I joined the BSA. When I was very young I really enjoyed the outdoor especially camping with my Dad. We went only a few times and it was a highlight for me. So I wanted to be outstanding in a field of what that time in my life I had no really any idea. So I research the BSA as much as I could. I really did not know exactly what all it was involved in. But I knew some but not all. So I found out that a lot of men yes a lot men who were Boy Scouts went on to become very famous. So I thought Boy Scouts must be ok and great for young males to join and later on in life you could be famous! So it sounded that this organization was a stepping stone for

Found out Neil Armstrong 1947 was a Eagle Scout and even way back as far as Ozzie Nelson & Martin Luther King Jr were all Boy Scouts. In 1961 James Adamson Army Colonel & Astronaut who flew on shuttle mission. This was just a few! If these young males went from being a Boy Scout to become leaders & famous men, than why couldn't the same happen to me with a lot of hard work. Time went by & I heard a Troop was being formed in my home town. I knew of other places that had a Troop but had no way of getting there. Now one was in my home town. This was great news for me and very very excited to join & began my quest to become a Eagle Scout. Thats all I wanted for a very long time Eagle Scout Scout. Now it my Time. to achive my Goal!!

③

I was fired up + wanted to get started. I was chosen to become a Patrol leader. All ~~~~ Ready! Wow a Patrol leader in our new troop — I feel honor this even gave me a boost to work even harder. In a very short time a earned a lot of Merit Badges Got promoted from tenderfoot to Second class later on to First Class. Worked + worked to become a Star Scout. Wow things are falling into place + on track for Eagle Scout. My Scout Master came to me and said I was chosen from our District to escort a Governor from of the States to hang a Reef on the Peace light at Gettysburg. This was a very big event even on T.V. Lots of Military there to protect the Governors that were there for the ceremony. All Ready I felt like a famous young male. I was chosen from all of the Boy Scouts in our District

I even Got The GOD & Country Award. I worked with my Preacher I handed out The church Bulletin on Sunday Morning. And A few Times. held Services on My own. Quite A lot for A young Male to Conduct A church service but I Greatly enjoyed this. I went on to become Order of The Arrow. Big Big Achievement for me. Not A lot of Boy Scouts Get This Award When I become A Eagle Scout I will have All These Achievements Along with the honor of becoming A Eagle Scout. I have only 2 more Big Steps & I have My Dream come True. As A Young TROOP we had no tents or Supplies for Camping So As A unit we held Bake Sales, Paper Drives- Any Thing to Make Money for tents

We Reached our Goal but had only enough Money to buy 2-Men Tents + 1 large Tent for Scout Master + Assitants. A few men male ~~adults~~ Adults Joined our Troops to Act As Assitants for our Troop.

Our Troop was Given A Small Area where we were Allowed to Go Camping. So A Work detail was formed & we went to this wooded Area & cleaned it up so we could Camp there. At our next Meeting the Scout Master Announced That A Camping Trip would ~~be~~ be That coming weekend. Man At last we could Go Camping. I waited a long time but now we Are Going. Upon Arrival Set up Camp & we built A large Camp fire it was Getting late & A lot of boys went to there Tents I As well was Getting Tired so off I went.

6

I don't Recall how fast I ~~fell~~ fell Asleep. But was woke up by Some one ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ They mustof Took Turns it went on what seemed for A life Time. All I heard was Tell No one or we will harm your sisters & ▓▓▓ your Mom So Keep you dam Mouth shut or else. So they left. I Turned on A Flashlight to Get Redress & My Room Mate was Gone. I really ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I Felt so low I wanted to Get those Two & Take their lifes.

Now the second NIGHT was coming so I decided not to sleep in my tent I headed into woods to hide from the two A-holes. But one of them must of seen me go into woods I got behind a fallen tree & felt safe here. Later on I could hear something or someone walking in the woods. Then I could see a light coming towards me & the two A-holes found me & were kinda rough this time. They held me and gaged me as I left out a few screams. ~~First~~ Tighted my hands & began [REDACTED] After wards untighted me & said again if you love your family keep your mouth shut or else. ~~This~~ This went on. My dream of becoming a Eagle Scout went out the door

8

I was a Life Scout by now but I had enough could not take Anymore. Only one more Rank & I would be A Eagle Scout. But I had it My drive to be become A Eagle Scout was no more the BSA Ruined My life. took from me everything. Later on Got in state of depression wanted to Kill My self. yes Kill My Self. Thats what BSA did for me. Nothing. but wanted to end My life. In scool we had to take Showers. I Got in Trouble because I Refused to take one. But the Gym teacher told me what would happen to me if I did Not Shower. So I Showered. but it seemed All eyes were on Me As if They Knew what happen to me. I was very uneasy in the shower room

Even in School My Grades went down some. I wasn't the same boy Any more. I couldn't be Around Groups of Boys. Afraid they would take me somewhere to Rape me I was scared of men for A very long time. I had a lot of Nightmares living these moments over & over. Now I wish I found som else to Join or to do. But not BSA When I Am in A crowd of People it feels like everyone is Staring At My Backside & Talking About me! To this Day I still do not like BSA. All I went Thought & Got Nothing in Return for All My Hard work was being Raped Eagle Scout endedup ↓ What A Great
            Disappointed for me — I can not believe what has happen to me.

Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street
6th Floor
Wilmington, Del 19801

HARRISBURG PA 171
11 MAY 2021 PM 4 L

19801-302499