FAX # ▓▓▓▓▓▓▓

TO ANDREW VAN ARSDALE.
B.S.A.                                    MAY 5-2021
CLIENT ▓▓▓▓▓▓
         ▓▓▓▓▓▓       CLAIM # SA-▓▓▓▓▓

FILED
2021 MAY 14 AM 9:26
DISTRICT OF DELAWARE

① 

Dear Justice Lauri Silverstein,
My name is ▓▓▓▓▓▓
In October I turn age of 62. When I was very young 14 thru age of 17, I was sexualy abused several times by my attacker. I am writing you in hopes of imploring you to help and stand behind several of us kids who were sexualy abused by the Boy Scouts of America. Every day we hear of women being sexualy abused by men, and our country and law enforcement always stand by these women and hold their attackers to full accountability. But I ask you your Honor – what about the men who were horibly abused when we were kids. No one ever was there to help us men who grew up with the thoughts of a man trying to ▓▓▓▓▓▓▓▓▓▓▓.
Not many people beleive this happens to boys. But it does and we all know this to be true. No one has ever stood by us abused kids until now, and we highly commend our attourny Mr. ~~V~~ Arsdale. He beleives us because Boy Scouts have admitted to abusing many kids years ago. My abuser had me beleive when I was a kid, thats its ▓▓▓▓▓▓

(2)

▮▮▮

AND THAT IT WAS NORMAL FRIENDSHIP & LOVE & THAT IT WAS OK TO DO ▮

▮▮

▮▮. THIS COULD HAVE BEEN OR COULD HAPPEN TO ONE OF YOUR CHILDREN YOU LOVE IF YOU'RE A PARENT. I LIVED WITH THE HORROR ALL MY LIFE, I'VE HAD EMOTITIANAL ISSUES NOT MANY FRIENDS AND NO GIRL FRIENDS BECAUSE OF THE WAY THE ABUSE MESSED UP MY MIND & MY LIFE. I'VE NEVER BEEN MARIED & LOVED ANOTHER WOMAN NORMALY BECAUSE A LEADER OF THE BOY SCOUTS OF AMERICA DID THINGS TO ME AND MY BEST FRIEND IN CHILDHOOD. MY FRIEND ▮ COMMITED SUICIDE BY HANGING HIM SELF BECAUSE HE COULD NOT WORK OUT OF HIS SYSTEM & MIND WHAT HAPPENED TO HIM. HE JUST COULD NOT DEAL WITH IT AT 18 YRS OLD HE HUNG HIMSELF IN A TREE. ME AND HIM HAD THE SAME ABUSER. I HAVE ALSO TRIED SUICIDE BY CARBON MANOXIDE BUT I SURVIVED IT. I DO TO THIS DAY STILL LIVE WITH THE EMOTICHIANAL SIDE AFFECTS OF BEING SEXUALY ABUSED WHEN I WAS A YOUNG BOY. DEAR JUSTICE. WE ASK YOU TO HOLD BOY SCOUTS OF AMERICA ACOUNTABLE AS THEY SHOULD BY LAW. SO WE ALL MAY GET SOME CLOSHURE. GOD BLESS YOU, ▮

U.S.M.S. X-RAY

Justice Lauri Selber Silverstein.
BSA Bankruptcy case.
824. Market Street. 6th Floor.
Wilmington DE 19801.

CASE #

METROPLEX MI
10 MAY 2021 PM 2