5/9/21

Dear Justic Lauri Selber Silverstein

From [redacted]

FILED
2021 MAY 14 AM 9:40
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

For a long time in my life I buried secret of my past. Overtime I realize these small glimpse of that night still hunt me to this day.

At 9yrs old I was rape by my Scout leaders. because of this I suffer severe mental heath issues. Attempt Suicide, Self-mutilation. and hanging with the wrong people. Trying to run away and hind from the truth from the abuse that happen to me more then once.

Mr. Arsdale Law group gave me the confidence to come forward and speak my truth. They gave people like me a voice to shed light on the rapist that hid in the shadows.

Counseling, therapy session and other psychological groups meeting. make it some what - but not all about the money. its going to take some time to put that little boy mind back together again.

Sincerely yours

[redacted]

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801

WILMINGTON DE 197
11 MAY 2021 PM 1 L