May 9, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington, DE 19801

RE: BSA Claim Number ▓▓▓▓▓▓

Dear Judge Silverstein:

    I was just informed that the Boy Scouts of America, and their various insurance companies, are proposing a settlement that does not even come close to compensating people like me for the decades of pain and suffering we endured due to their callous disregard toward us. I don't know whether or not it will matter, but I want you to understand how the abuse I suffered destroyed my life.

    In the late 1970s, I was a happy, straight "A" student who loved school. My family was well off and I had a pony, a minibike, and was never in any trouble. Like many kids of that time, I wanted to join the Boy Scouts because of the shining image they represented. I couldn't wait to wear the uniform, participate in all the events, and go on camping trips. I dreamt of a sash covered with every merit badge possible. I was going to be the best Boy Scout ever. And, in the beginning, that's exactly what happened. I wore my uniform proudly, studied my handbook, and won first place in the soapbox derby. But, during the first camping trip I went on, I was repeatedly sexually abused. I was devastated. Word soon got out at school about what happened and I was tormented and beaten up until I couldn't take it any longer and I stopped going to school completely. I was eventaully declared a truant by the juvenile court and sent to a residential school. My family turned their back on me, my grades bottomed out, and I ended up in a state-run program for troubled kids. My life was ruined. At the age of 18 I contracted AIDS and was told I had two years to live. I survived, but I've suffered from the debilitating effects of the disease for the last 35 years. I developed PTSD and severe depression from the guilt of the abuse. I drifted from job to job, had minor brushes with the law, and in 2009 was arrested for manslaughter and sentenced to 16-18 years in prison. And all of this heartache

started because of that one camping trip where I was sexually abused by a predator in a BSA uniform.

When you review this case, I strongly urge you to please consider not only the sexual abuse that the hierarchy of the Boy Scouts knowingly hid for decades, but the aftermath that the abuse caused to people like me. The BSA knew exactly what they were doing then, and now. They should **not** be allowed to decide what my years of pain and suffering are worth. Please don't let them get away with abusing me again.

Thank you for your consideration.

