May 10, 2021

Case No. 20-10343 (LSS)
Claim No. SA-███

FILED 2021 MAY 14 AM 9:40 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

My forceable rape occured in the late 60's. I am now in my late 60's. Therefore, I have waited a lifetime for tangeable justice. The Scout Master who commited the crime, has passed on. Even the replacement Scout Master has passed on.

I am sure that you, as a judge, and as a citizen of the U.S. of A., has noticed great advancements in the monetary and confinements punishments of sexual abuse offenders. Many very high profile offenders have been sentenced. This has given me great respect for our justice system. Anything less, would mean that we have a corrupt justice system. The whole world is watching. Thank You

The Honorable Judge Silverstein



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Washington, DE 19801



