May 8, 2021

Claim # ███████

Justice Lauri Selber Silverstein
BSA Bankruptcy Court
824 Market St. 6th Floor
Wilmington, DE 19801

Honorable Justice Silverstein:

I am writing you today to encourage you to carefully consider all of the victims, who were forever and permanently changed by the actions of a few evil men and a corrupt and immoral organization that continued to turn a blind eye. My story is no doubt somewhere in a pile of files, but let me add something that's not in there.

Due to the abuse I suffered at the hands of an adult leader or volunteer when I was in fifth grade, I spent all of my adolescence into young adulthood considering and contemplating ways to end my confusion and pain by ending my life. It wasn't till I was around 24 and went into the Army, was I able to get on with my life and eventually forget.

Then the advertisements for lawyers started to show up on televisions. It brought back all the memories and nightmares. That's when I made up my mind to contact one of them and hopefully change the way this huge organization and it's insurance companies operate so there is not a whole new generation forced to go through the same thing.

(OVER)

I would like to thank you for your time and for your consideration.