Dear Judge                                May 10, 2021

My name is ▇▇▇▇▇▇▇
Please understand the importance of this letter. It is hard for me to explain in details how after I lost my step-Dad I wanted to be a part of something so my mom put me in Boy Scouts to be taught how to tie knots, boats etc.

Sir I was taken Advantadge of. Held down, and gagged etc.

This type of cruelty should not not happen to any Anyone.

They really need for what they did us.