5-7-2021

To: Justice Laurie Selber Silverstein:

My I.D. is: SA-███████

The B.S.A. needs to be stopped from ever operating again in our world. Myself & others need to unit & never let the B.S.A. from ever reorganizing & giving them a step to start up ever again. And with my vote, I vote No! The final settlement amount we all would receive financially would never be ENOUGH! The B.S.A. needs to be totally shut down for ever. If that was the final decision with this court case, I & others would be finally satisfied 100%. We all will most likely have to be satisfied with a much lower percentage & any financial amount.

For myself my abuse went on for many years. The scout master was blood (relative). My abuse was on many camp trips. I backed out on many trips. My abuse was sexual in different ways. I never went to my mother with these sexual abuses. My mother was married to this jerk. She caught him stepping out on her many times. She divorced him finally. Up to time of my mothers death I never told her of my abuse. I just kept it all inside. When I heard of the B.S.A. abuse court action. I decided to finally come forward with my pains of the past. I'll be 75 years old in Oct. of 2021. I hope all those that are in my shoes come forward with such a letter as I. Its time for the B.S.A. to be totally desolved in all there dealings. The court system needs to put there foot down hard on the B.S.A. & let them never operate again!

My I.D. SA-██████ with the court. I don't have a problem with signing my name at the bottom of this letter.



Justice Laurie Selber Silverstein
B.S.A. Bankruptcy Case
824 Market Street 6th floor
Wilmington, D.E.
19801

19801-302499

7 MAY 2021 PM 3 L

