Claim Number SA- ▓▓▓

RE. Boy Scouts Sexual Abuse
Bankruptcy Case

**FILED**
2021 MAY 14  AM 9:39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Silverstein:

I was sexually abused/raped 27 times by my scoutmaster/Sacramento Sheriff who used his position of authority to intimidate and threaten me into submission. He used his position as a sheriff to threaten to have my parents arrested and me thrown into foster care if I told. This sexual abuse/rape destroyed my life due to my inability to deal with being raped. This abuse drove me to drugs which led to crime then prison. I've been in and out of the crisis bed on suicide watch 6 times and in the mental health dept. for years.

The Boy Scouts of America must be held accountable so that this never happens to another young boy.

Sincerely,
▓▓▓

Claim Number: SA- ▓▓▓