To: Justice Silverstein from: █████
BSA Bankruptcy case
824 Market St. 16Th floor
Wilmington- DE. 19801

RE: SA █████

2021 MAY 14 AM 9:39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Date 5/6/21

Dear Justice,
I am writing to ask you Not to approve The BSA's 5/19/21 purposed plan for Bankruptcy. Its one That will hide all Their Assetts and keep Them from paying me and oTher Molested Boyscouts who's Lives & Families They destroyed by allowing pedophile's among Their staff and Ranks. The summer of my 12Th BirThday I was molested by a 30+ yr old scout camp leader and it Ruined The last 40 yrs of my life, destroyed any Relationships and self worth and self Respect I ever could have. If you approve BSAs purposed plan - They destroyed my life and have To payback absolutely

Nothing, my last 40 yrs of hell and suffering will be for nothing. They murdered my ability to feel and express love — and I only wish you would let me give a Zoom - video deposition so I could tell you my story of what the BSA means to me. This lame written, but honest letter is the best I can do. If you will let me Zoom? please contact me ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
and set it up please.

Humbley, sincerely

THIS MAIL GENERATED IN
BONNEVILLE COUNTY JAIL
U.S.M.S.
X-RAY

Legal

Justice Silverstein
BSA Bankruptcy case
824 Market Street 16th floor
Wilmington - DE 19801

Legal

19801-302499

SALT LAKE CITY UT 840
7 MAY 2021 PM 3 L

