BOY SCOUTS OF AMERICA BANKRUPTCY CASE

May 8, 2021

TO: Hon. L S Silverstein
FR: Mr. █████████ -Victim of Sexual Abuse by BSA agents
RE: Claim ███████

Hon. Ma'am,

The Boy Scouts, being morally bankrupt for decades, claim to be financially bankrupt to avoid compensating tens of thousands of victims of sexual abuse when they were minors.

The sexual abuse events are only the starting point of a life of horrors that the victims are never prepared for. Made to suffer for years in silence, angry, hopeless, frustrated, depressed and often suicidal.

Noone will ever know the full cost of human suffering - including the loss of life due to suicide by sex abuse victims, drug abuse, domestic violence and/or crime caused by the widespread sex abuses on Boy Scouts property by Boy Scout employees, agents or participants.

Likewise, noone is holding them accountable! Therapy for all victims

for the duration of our lives in addition to full and fair restitution seems to be too much to ask of those who now know well the massive abuses that occured.

Shamelessly, remorselessly, heartlessly and mockingly, the Boy Scouts endeaver to victimize us twice! Wanting to return to "business as usual," we will see more abuses, unless, and until, the Boy Scouts do what is just and proper.

Respectfully,

████████████



- 2 -