# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No.: 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. Nos. 2591, 2592, 2594, 2595 & 3856 |

### JOINDER OF ARROWOOD INDEMNITY COMPANY TO CENTURY INDEMNITY COMPANY'S OBJECTIONS TO THE DEBTORS' DISCLOSURE STATEMENT FOR THE SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION

Arrowood Indemnity Company ("Arrowood") hereby submits the following joinder (the "Joinder") in support of Century Indemnity Company's Objections to the Debtors' Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization [D.I. 3856] (the "Objection") and states as follows:

### JOINDER

1. On May 14, 2021, Century Indemnity Company filed the Objection. Arrowood hereby joins in the arguments made in the Objection and the relief sought therein, to the extent applicable to Arrowood Indemnity Company, and subject to the limitations set forth in this joinder.

2. Arrowood does not join Section II.H of the Objection and takes no position in this joinder as to the application of the First Encounter Agreement (as defined therein) or the applicability of the First Encounter Agreement as to the Disclosure Statement and/or Settlement Trust.

3. Further, Arrowood takes no position as to Century's arguments in the Objection regarding the Debtors' prior retention of the Sidley Austin LLP firm.

4. Arrowood reserves all rights to amend, modify and/or supplement this Joinder, and further reserves all its rights with respect to the Court's consideration of the Debtors' Disclosure Statement.

**CONCLUSION**

WHEREFORE, Arrowood respectfully requests that the Court enter an order (i) granting the relief requested in the Objection [D.I. 3856], subject to the above Joinder, and (ii) granting such other and further relief as is just and proper.

Dated: May 14, 2020

   /s/ *Michael J. Joyce*
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

Lorraine Armenti, Esquire (*Pro Hac Vice*)
Michael Hrinewski, Esquire (*Pro Hac Vice*)
**COUGHLIN MIDLIGE & GARLAND, LLP**
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law

-and-

Britton C. Lewis, Esquire (*Pro Hac Vice*)
**CARRUTHERS & ROTH, P.A.**
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC  27401
(336) 478-1146 (Telephone)
(336) 478-1145 (Facsimile)
bcl@crlaw.com

*Counsel to Arrowood Indemnity Company*