<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on May 14, 2021, I caused a true and correct copy of the foregoing *Joinder of Arrowood Indemnity Company to Century Indemnity Company's Objections to the Debtors' Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization to* be electronically filed the with the Clerk of Court using CM/ECF which will electronically transmit notification of such filing to CM/ECF participants in the above referenced case in accordance with Del. Bankr. L. R. 9036-1.


      */s/ Michael Joyce*
      Michael J. Joyce