Reference Claim # SA-[REDACTED]

May 8, 2021

FILED
2021 MAY 14 AM 9:37
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# JUSTICE LAIRI SELBER SILVERSTEIN

BSA BANKRUPTSEY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON, DE. 19801

DEAR JUSTICE SILVERSTEIN,

MY NAME IS [REDACTED] MY AGE IS 73 YEARS OLD. I HAVE A HIGH SCHOOL EDUCATION AND TWO YEARS OF TRADE SCHOOL. I'M AN ARMY VETERAN OF 3 YEARS AND FLEW AS A HELICOPTER CREWCHIEF ON THE KOREAN DMZ DURING LATE 1960'S AND EARLY 70'S.
   I ATTENDED ORANGEWOOD GRADE SCHOOL IN PHOENIX ARIZONA FOR MY FIFTH AND SIXTH GRADES. DURING THIS TIME I JOINED THE BOY SCOUTS THAT WHERE OFFERED THROUGH THIS SCHOOL. THE SCOUT LEADERS NAME WAS [REDACTED] THE ASSISTNT LEADERS NAME WAS [REDACTED] TOOK ME UNDER HIS PERSONAL FRIENDSHIPE WHICH MADE ME FEEL VERY SPECIAL,HE GAIND MY TRUST. THEN ON THE TROOPS FIRST OVERNIGHT CMPING TRIP HE WANTED ME TO SLEEP IN HIS TENT. THAT'S WHEN HE MOLESTED ME. I WAS SCARED BEYOUND WORDS. I WAS CONFUSED,AND DIDN'T KNOW WHAT TO DO SO I KEPT SILENT. IT HAPPENED AGAIN AND AGAIN THEN IT INVOLVED OTHER SCOUTS. AT LEAST 4 OTHERS MY AGE WHERE ALSO UNDER HIS SEXUAL DEMANDS. THIS WENT ON FOR A BETTER PART OF A YEAR BEFORE I QUIT THE SCOUTS. I WAS PRESSURED TO REJOIN, HE EVEN APPROACHED MY PARENTS.I

Address | City, St Zip Code

WAS TO EMBARESSED TO TELL THEM, THEY THOUGHT HE WAS A GREAT GUY, MADE THINGS SO MUCH WORSE.

OVER THE YEARS I'VE HAD INTAMACY PROBLEMS THAT I HAVEN'T BEEN ABLE TO OVERCOME. MY FIRST MARRAGE ENDED AFTER 7 YEARS. WE HAVE TWO CHILDREN THAT I HAVE HAD DIFFICULTY SHOWING THEM PHYSICAL LOVE. I MARRIED MY SECOUND WIFE WHO WAS THE FIRST PERSON I HAVE EVER TOLD WHAT HAPPENED. WE WHERE MARRIED FOR 38 YEARS AND I JUST LOST HER TO PANCREATIC CANCER A MONTH AGO. SHE SAVED MY LIFE, SHE UNDERSTOOD AND HELPED ME BUT IT WAS NEVER GONE ALWAYS WITH ME AND US. INTAMACY HAS NEVER COME EASY.

I'VE HAD ALCOHOL AND DRUG PROBLEMS OFF AND ON MOST OF MY LIFE. IV'E BEEN IN REMISSION FOR THE LAST 8 YEARS AND I OWE THAT TO MY LATE WIFE.

I HOPE THIS HELPS YOU UNDERSTAND WHY I WANT THE BSA TO REORGANIZE OF DISOLVE.

[signature redacted]

PHOENIX AZ 852
10 MAY 2021 PM 6 L

Justice: Lauri Silverstein
BSA Bankruptcy case
824 Market St. 6th Floor
Wilmington, DE.
19801

U.S.M.S.
X-RAY

19801-302499