

FILED
2021 MAY 14 AM 9:38
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

5/6/2021

LETTER TO THE COURT

I AM WRITING THIS FROM MY HEART:

AFTER MY ABUSE I BECAME DEPRESSED AND SUICIDAL. THAN WITHIN A FEW YEARS I TURNED TO DRUGS TO COPE WITH PAIN AND GUILT.
THIS CAUSED ME TO RUN AFOUL OF THE LAW AND I ENDED UP IN PRISON.

NOW, I'M VERY OLD, 70 YRS.
I LOOK BACK AND WONDER AND CRY SOMETIMES. HOW MAY MY LIFE MIGHT OF TURNED OUT? IF I HAD NOT BEEN EXPOSED TO THE BOYSCOUTS. I WILL NEVER KNOW!

I HAVE FOUND PEACE IN MY FAITH IN GOD, AND PRAY THAT THE COURT OF THIS GREAT COUNTRY WILL GRANT ME JUSTICE, FINALLY. AND FOR SO MANY OTHERS

THANK YOU + MAY GOD BLESS