

```
FILED
2021 MAY 14  AM 2: 37
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
```

MAY 8, 2021

TO: JUSTICE LAURI SELBER SILVERSTEIN
RE: BSA BANKRUPTCY CASE NO. SA - ▉▉▉▉

Dear Honorable Lauri Selber Silverstein,

I am reluctant to send you this letter in this matter of my Boy Scouts Of America Bankruptcy Case. I was advised that this letter would possibly be another way to take some of the power back that was stripped away from me and thousands of others over a period of more than a 40 year span. My heart goes out to all of those people who suffered at the hands of an organization that has tried to shield our abusers and ignore our horror for far too long.

My abusers were very trustworthy and as a little boy I was very trusting. They groomed me and pretended to love me and manipulate and deceive my family and my foster-parents. I was embarrassed and afraid, so I never said a word. I acted out at school and did things at home to release my frustrations of my abuse. I was sent to mental health therapy because of my acting out.

My life has been a rollercoaster because of my traumatic experiences in the BSA. I could not sustain healthy relationships and I've been in and out of mental health therapy ever since I was achild. I have learned from trial and error that we all must be held accountable for the wrongs we commit and the BSA is no different. I came out with my truth because I don't want any more children to suffer like me and so many others have.

1.

The BSA is trying to get away again by hiding behind the circumvention of their attorneys and insurance companies. I speak for us all when I say this, "we are outraged at the audacity of the BSA and the insurance companies!" The BSA is one of the biggest travesty's in the history of the United States and if they get away with what they're trying to do to us, hope in this world can never begin to be restored in people and in our civil system.

I quote, "Three things can no longer stay hidden; The Sun, The Moon, and The Truth." - Buddah-

Despite whatever happens we are all survivors of turmoil. What happened to us does not have to determine our destiny.

Sincerely,

████████████