May 1, 2021

▉

Judge Lauri Selber Silverstein
Bankruptsy Court
824 Market Street
6th Floor
Wilmington, Delaware 19801

Re: Bankruptcy Case
    SA ▉ Ref #

Dear Judge Silverstein,

    I am writing you today in regards to the most recent attempt by the B.S.A. and assiciates to humiliate and insult me all these years later. I would like you to know that my life and thousands of other children were taken advantage ▉ him. I came from a broken family and I had no one to confide in except him. I could go on with more of the times I was abused, but I want you to know that the amount of suffering I have endured over the last 40 years has left me only a shell of a person and nothing can change that. However, I have a say in this matter. The B.S.A. has put a compensation plan in place which falls short of a punishment for the B.S.A.

    I want you, Judge Silverstein, and the world to see how much pain they have caused. The message the B.S.A. is sending is insulting to all of us survivors. The B.S.A. must be held accountable for their criminal behavior. One of my friends killed himself because of what he endured. We as individuals must have more safeguards on who works for these kids.

    In conclusion, I want you, Judge Silverstein, to understand just how much the abuse I suffered has destroyed my life. If the B.S.A. is not sent a potent message, children in the future will not stand a chance. If you allow them to get away with their perversion. Please, Judge Silverstein, I urge you to send a strong message to these child rapists. I thank you for your time in this ugly situation.

▉