FILED
2021 MAY 14 AM 9:35
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

**DEAR JUSTICE LAURI SELBER SILVERSTEIN,**

When I was 11 - 12 years old I joined the Boy Scouts troop 100 in Tallahassee Florida. My scout master (███████) was very friendly and asked me over to his house many times. He even asked my mom if I could stay the weekend with him and earn merit badges. My parents were going through a divorce and a bad custody battle. My mom said no of course and so he just continued to ask and helped me when I went to meetings with scouting knowledge and always said that we could camp together when we went with the troop.

Not long after that I went on my first scout camping trip with the troop and when we all arrived the scout master had me and another boy setup his tent and move our stuff into his tent so we could sleep in his tent that night. Once everyone settled down, he offered me and the other kid drugs. I refused but the other kid ███████ with other comments. He talked to me the entire time telling me it was ok and that it was our little secret along with many sexual statements. He told me that you do not want to tell your mom because she is going through a divorce and it could cause problems. He cleaned me up and then the next morning the troop left as it was only an overnight equipment check outing. He wanted me to ride back with him, but another scout leader (parent) told him no and that I should ride with the other scouts in the bus. He saved me from what would have been another session.

When we arrived back at the scout hut the scout master went to my mom again and asked for me to stay over. My mom refused and told him to stay away from me and that he should not be asking. She asked me if anything has gone on and I refused to talk to her about it. I started having bad dreams about that night. I lost sleep over this and my grades dropped fearing that someone would find out. My mom pulled me out of scouts not to long after that and I never went back.

I had many sleepless nights over this event for years. It still haunts me to this day. I was and am still embarrassed by this event. I have always worried someone would find out. I have just now told my mom and wife of the real story that I am putting on paper here. Since this has come back up, I have gone back to sleepless nights and bad dreams over the event that happened so long ago. I was

embarrassed to tell my mom and wife, so this has added additional anxiety to my life.

Do not let these events go unpunished or unheard. The insurance companies and the BSA should not be able to settle something like this to their benefit. It is time to tell the world that the organizational sexual abuse of minor children is over, that we as human beings will not tolerate this behavior anymore, that the sins of BSA's past must be answered for here and now. Thank you for your time and the effort in hearing this case.