To

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

FILED
2021 MAY 14 AM 9:32
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

From

[redacted]

Return Address

[redacted]

Justice Silverstein,                                                            May 9th 2021

  I'm writing this letter At the request of my lawyer About bankruptcy and the abuse that to place in my life as a young man. My Name is ▇▇▇▇▇ ▇▇▇▇▇ Case # SA-▇▇▇▇▇▇

  I'm writing this letter from a Medium Security prison in Washington State. I'm a 48 year old Career Criminal and drug addict. I'm also a Native American. Now that I've said all that the worst thing is I'm a victim of sexual & physical abuse from the people who were the ones supposed to be taking Care of me.

  As A child my mom had a mental break and Signed over temporary Custody of me to my then boyscout leader in Rural Lewis County here in Washington State. It was a Mormon family. My Mom was Morman & So was I So we went to Church & School we went to Scout Meetings Camping trips but all that was smoke and mirrors, All the boys in my troop were Al's boys & all were abusive in Some way but the Oldest ▇▇▇▇▇ was the Creep Sexually. I'm not going to gross you out with the details of that and Mess my head up remembering every detail, but it was a horrible journey to say the least. If it wasn't him it was his twin brothers Making me carry things throwing rocks punching me when people weren't looking and All while making things my fault. The rapist would come in when I was in the tub, when I was asleep in a tent even at church if he Could Catch me alone. These people used me as a Slave for whatever they could At their home I had to feed the animals, Mow the lawn, wash cars, get shot with BB guns. One time I got tied to a pig and told to hold it while they shot it and the pig ran away... That incident is what Led me to be taken out of that home & Back to my mothers because I was malnourished & had staff infection. I could go on & on about the times that 3 scouts did shit to me for over a year but the messed up part was that my Scout Leader ordered it and let the

2

bad things happen, he knew about ▇▇▇▇ because I told him, I told his wife, My Mother and they All turned a blind eye to it. He even Molested me at church once behind a Curtain while other people were in the room. I eventually went home and the abuse Stopped but here I Sit...

My Mom wasn't rich or poor I was raised by a good women + She trusted church leaders & My boy Scout leader to take Care of her Son when She Couldn't for a time. They took advantage of that and I've paid the price for that my whole life.

I'm old enough to know that My lifestyle is a Choice, the drugs the Crime the B.S. But I put All the Blame on the Boy Scouts + the leadership they chose back then. I've been dealing with this My Whole life. Trying to Cover up what happened, trying to Supress the anger + thought of it... Today I don't trust officals at all, Clergy, Cops shit I don't trust anyone due to the horrible things that happened. This has to end here + now. Yea the Money is Cool, Maybe I Can do Something for My Sons future or Start a buisness... I might have a Chance I never had But I think BSA Should be gone... All of it. Look how Many kids lives they have Messed up. How Many letters are you getting from men in prison, legit people... Human beings who's lives were altered By the people who were Supposed to be leading us in to adulthood as boyscouts, I was Supposed to be a eagle Scout, I was Supposed to be a leader, A buisness owner, A father And husband. Now I'm just a dude in jail at 48 years old fighting a bunch of lawyers + judges who have no Idea what it was like and Can't + wouldn't walk a mile in our shoes. I hope this letter helps you understand but Mostly I hope it Crushes the BSA it's Flawed + Broken And left me the same way.

Signed ▇▇▇▇