May 9, 2021

RE: Claim # ███████

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

FILED
2021 MAY 14  AM 9:32
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor,

I am writing you at the request of attorney ███████████ representing me and others who were sexually abused during our involvement in Boy Scouts of America.

My personal abuse began when I was 13 years old. At that time I was treasurer of our local 4-H Club in Bishop, CA. The checkbook had not balanced in several years, so at the suggestion of my father, I contacted ███████████ the Explorer advisor of our recently formed Boy Scout Explorer post. He was an IRS agent and CPA and was willing to help me go back over several years of 4-H books to get the current balance correct.



I knew all this was wrong, but he said if I told anyone I would never get my Eagle award. I held the Star Scout rank at the time. He also threatened IRS action against my parents and the ranch they owned.

I basically made a deal with the devil and remained silent for many years.

This abuse has had long lasting effects to this day.

I felt such guilt that no matter what good I did or what I achieved it would never make up for the bad person I really was.

It was only many years later in consultation with a therapist that I began to come to terms with my issues and find better balance in my life.

This is but a brief overview of my situation. The ▮▮▮▮ law office has a more complete disclosure of events with dates and locations.

Thank you for your attention to this matter,

