UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | **CHAPTER 11** |
| **BOY SCOUTS OF AMERICA AND** | : | |
| **DELAWARE BSA, LLC** | : | Case No.: 20-10343 (LSS) |
| | : | |
| | : | Jointly Administered |
| Debtors | : | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Samantha M. Oliveira of Saxe Doernberger & Vita, P.C. to the represent The Knights of Columbus, 1 Columbus Plaza, New Haven, CT 06510; Knights of Columbus, Council #462 ("Council #462"); Knights of Columbus, Saratoga Council #246 a/k/a Saratoga Knights of Columbus ("Council #246"); and Knights of Columbus, Father Baker Council #2243 ("Father Baker Council") (collectively the "Knights of Columbus Entities") in this action.

Dated: May 14, 2021                                   **BERGER HARRIS LLP**

                                                      */s/ David J. Baldwin*
                                                      David J. Baldwin (No. 1010)
                                                      1105 North Market Street, 11th Fl.
                                                      Wilmington, DE 19801
                                                      (302) 655-1140
                                                      (302) 655-1131 Facsimile
                                                      dbaldwin@bergerharris.com
                                                      *Attorneys for Knights of Columbus Entities*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Connecticut and New York and the Bars of the United State District Courts of Connecticut and New York Southern District, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: May 14, 2021                                   */s/ Samantha M. Oliveira*
                                                      Samantha M. Oliveira
                                                      Saxe Doernberger & Vita, P.C.
                                                      35 Nutmeg Drive, Suite 140
                                                      Trumbull, Connecticut 06611
                                                      203.287.2100
                                                      SOliveria@sdvlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.