FILED
2021 MAY 14  AM 9:30
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



May 10, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Sixth Floor
Wilmington, DE 19801

REFERENCE:    Claim #

Dear Justice Selber Silverstein:

This is a response to an email I received from my attorney, Andrew Van Arsdale.

He requested that I provide to you a synopsis of my abuse during the Boy Scout camp. If you review the above-captioned case, you will find the complete description of the abuse.

I do want to explain to you that the abuse I suffered years ago has been detrimental to my mental health during my adult life. Because I was so young, age 14, it was a very traumatic experience for me and my family. I truly feel that the Boy Scouts of America should be penalized for allowing this abuse to happen and continue for many years, affecting many young lives although the organization had knowledge of this abhorrent behavior for decades.

I appreciate your review and assistance in this matter. Should you need to reach me for additional information, please contact me through my attorney.

cc: Attorney Andrew Van Arsdale