Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

FILED
2021 MAY 14 AM 9: 27
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Friday, May 07, 2021



To The Honorable Justice Lauri Selber Silverstein

I attended Boy Scouts at the encouragement of my parents. Having been born and lived with learning disabilities my parents thought it a good idea for me to be around other boys my age where there was fun, learning, and new friends. I did not know that my predator would be the leader of this troop and a friend to our family. I was in scouting in the 60s. The Scoutmaster took advantage of me because I was slow, vulnerable, easily manipulated, my trust, had learning disabilities. My predator knew that no one would ever believe me if I tried to tell someone what he was doing to me. I couldn't tell anyone, they wouldn't believe me. I endured the abuse because I liked scouting, being around the other boys I was friends with, and having fun.

My father periodically attended scouting meetings. I felt safer when he was there and my abuser never took me alone, to any room, when my father was with me. I was a vulnerable child with learning disabilities that my accuser took advantage of. His abuse of me took a toll on my Physical Health [bed wetting, nightmares', stomach issues, unexplained pains, sleepless nights, scared, and withdrawn]. Made me feel creepy and scared to be around him alone.

Offense took place while I attended Boy Scout meeting, in a small room that was separate from the main meeting room. Scout meeting were held on the second floor of the Sacred Heart Church Gymnasium building, which was a separate building for the church itself.

Sacred Heart Church is located a █████████████████████

I was quite disappointed in the see their effort to resolve these litigations that they have to answer to.

The amount of money they offered up as part of an agreement/settlement is so not good. I agree they can do better and I will not accept any agreement from them with such a low amount. The harm endured, suffered from is life long and will never go away, and for the BSA to slap me/us in the face with such an agreement mean to me they are not taking serious or recognized the harm, trauma effects I endured at the hands of a leader under their watch.

Living with betrayed and broken trust at the hand of an adult who was supposed to keep me safe is lifelong and never goes away, especially when the adult took advantage of my existing mental health problems.

Like the Catholic Church the BSA is no better, it took years for the Catholic Church to finally admit the sexual abused that happened at the hands of priests and were held accountable. So should the BSA.

Please don't let the BSA slip out of their obligation to be responsible and held accountable for the abuse that happened under their watch, and hid it when they knew about it. If they are allowed to disregard the harm they caused me and all the other victims' than they will think they got away with it and what assurances is there that the abuse won't continue and then this vicious cycle is repeated and more victims are created. Now is the time to stop what they are trying to do to me / us victims by making them acknowledge and be held responsible and compensate me for the years of harm and trauma I have had to live with for over 50 years. I know that the insurance companies are trying to minimize their part in all this by trying to skate with as little financial obligation as they can with no regard for us victims only their own financial survival.

I believe the BSA has the resources to compensate me and other victims with a responsible sum that is sufficient and makes them acknowledge that they take seriously the harm, life long, that all victims have had to endure.

In closing, again, I ask you Honorable Justice Lauri Selber Silverstein to not let the BSA gives me/us a weak settlement, then when we have been properly compensated the BSA takes what is left over and allowed to reorganize with those assets not before and I end up with what is left over. This is what the BSA should do, BSA you need to be responsible, you, the men who are in charge, need take a hit of your own payroll and put this toward compensating me/other victims for the harm I experienced under the BSAs' watch. This would show me that you take my claim against you seriously and lets me know that you accept responsibility and want to do what is right to all of us victims. Do what is right, then reorganize and make sure this never happens again.