7 May 2021

Your Honor:

I am writing you about the Abused in Scouting case/claim, my particular claim # [REDACTED] represented by AVA Law Group, Inc. San Diego, CA.

What happened to me as a "97 lb weakling Tenderfoot, 2nd class scout" over a 3yr period of encampments long [REDACTED]

with added threat by "Never to Tell".

I fully believe these episodes affected me greatly throughout my entire life, more or less a silent reclusive person not knowing who I trust, may have contributed to a failed 18yr marriage etc.

I was onetime involved in a Ford Motor Company "class action" lawsuit over spark plug defects. I—

over

hope this present case does not go the same way as far as recompense. I am older now and a crippled disabled veteran. Each individual case is different.

AVA has said a plan is going out about this May 19th. I vote NO to this last proposed settlement. A spark plug settlement is far different than dire, crucial events that did much to change a young human being for life in a negative way.

Sincerely

P.S. Excuse the handwriting I cannot type

I almost did not come forward but perhaps it will change things for youth of the future.