MAY-2-21

To the Honorable Judge, SUNDAY

The petitioner

NOW comes with this Letter from events

of the complaint.

FILED

2021 MAY 14  AM 10: 51

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

It begins with
two older brother's, who were in the
Boy Scouts first, ███████████████
I got to join Early because of them,
infact, I joined at the age of NINE,
INSTEAD of Eleven year's of age.

from 1971
to 1975 About five years, I was in troop
231, of the Boy scouts of America, my
scout master's Names are █████ AND
█████████ they claimed to be brother's,
but I latter fould out, through the
Burbank Police department, that they
were Not Blood Brothers.

In the begining
I was living in Glendale, California. We use
to hold our Jubilees every week at Brand
park in Glendale California, we had over
100 childern in our Troop, infact their
was A cabin in the back, of the park,
where we held our jubilees, which was in
the Mountains of Glendale.

-1-

CLAIM
# SA- ████████████

During the jubilees my scout master's would take me into the tree lines. and have me ▓▓▓▓▓▓▓▓▓▓▓▓

One thing our troop did do is go on many camping trips. "I now know why, was to get some of us alone, so they could abuse us. I now belive that not every one of us in the troop was abused, only a selective few, which I was one of for years.

Every camping outing, my scout master ▓▓▓▓▓▓▓▓▓ would put up a big tent that could hold more, then ten people in it. They would bring myself and ▓▓▓▓▓▓▓▓▓▓▓▓ which I would also see other young scouts being force into doing the same thing.

I remember there was two camps, I also remember the woodist all too well, we went to this camp every-year, and at camp woodist, again the two scout master's would again put up that great big tent.

- 2 -

1  And force me into it "late" at night

[redacted]

11  now bad the hurt and pain was, and this all
12  happen, while I was 10-13 years of age.

14      There was another camping place we
15  use to go to, it was in Rosarito Beach in
16  Mexico, right off the beach, that not every
17  body went this place, usually only two van
18  loads of us, on the way, we would stop
19  and buy fire-works, which it was legal in
20  Mexico to buy, and we would light them off
21  on the beach, and of course the would erectt
22  the big tent, and now on this trip, they
23  brought outher men, who where also in the
24  big tent, which these outher men did not
25  speak any english. The scout masters
26  would force me and the outher

-3-

9   long this went on, but it was a long while.
10      I realize now, A least I belive that
11  I was being sex trafficked Acoss into
12  Mexico, to stranger's.
13
14      Although we went to many differant
15  places camping, I can't belived how much I
16  did love to be in the outdoor's away from the
17  city camping this was the part I loved. When
18  my two Brother's were around, I was not worryed
19  because the scout master's never tryed to do
20  Anything to me They would through Also, both
21  ████████████████ would always threaten me, by
22  telling me things like: I Would be taken away
23  from my family if I were ever to say Anything
24  About what was happening to me, or one of
25  my brother's or sister's, could be hurt real
26  bad if I ever said a word to Anyone. I
27  held this in for year's. I was Afraid of the two
28  scout master's ██████████████████ I was just a little boy.

-4-

1  My family And I moved from Glendale to
2  Burbank California.
3                          In 1973 my family moved
4  to ███████████████████████. And then there
5  shortly after ███████████ my scout master's
6  Moved-in two doors down from my house.
7  When ████████████████████ moved Next store
8  to me, I became very Afried, And they lived
9  there for a couple of year's, And I feared
10  for my family, because of what they keep
11  telling me. So I still hadn't told my partents
12  About Anything yet.
13
14                    At the End of this, the
15  reason why our boy scout troop broke up was
16  because of ME!. it was one day that ██████
17  Called my partent's, asked if I could come
18  over to their House, And Help them with
19  the Camping gear, to get it ready for Another
20  scout outing.
21                    I then went over to my scout
22  master's house to help out, And the Next thing
23  I know I'm being forced, being Rolled in to
24  ████████████████████████████████████
25  ████████████████████████████████████
26  ████████████████████████████████████
27  ████████████████████████████████████
28  ████████████████████████████████████

- 5 -

1 of them, as at the same time they were
2 ███████████████████████ to this day I can
3 still remember all to well, of how badly they
4 hurt me, and The pain I felt. The feeling is
5 still strong, which I know that I will never
6 beable to forget this, as long I live, then
7 they just threw me out.
8                              On this day I ran
9 home, and told both my mom and Dad right
10 away what had happen to me. I told them
11 Everything that happen of what they did to me.
12
13      When inturn my Mother called the Burbank
14 police, they came right away to my house, They
15 made a police report, and opened up a "Big"
16 investigation unto Both of my scoutmaster's
17 ███████████████████ infact The Burbank Police At this
18 time would pick-me up down the street from
19 my house so my scoot masters wouldn't see me
20 with the police.
21                          Then one day I was taking
22 out the trash, And ███████████████████ come walking
23 down my driveway, asked if I had said
24 anything to my parents, about what had happen
25 at there house, I still remember that day, How my
26 scout master was looking down at me, while he was
27 threatening me again, How I would be taken away
28 from my family.

— 6 —

I told both my parents about that, And they
called the police, And told them what happens,
which I can still remember how scared I was
of both of these men, who now lived right
next door to me.

Yes Both of these men were
friends of my parents for A while, Because my
parents did not know what the hell was going
on, until that day. I was raped, And tortured
at the scout master's house, for I'd had enough,
my scout master's had fooled everybody for a very
long time.

The police issued A warrent on the
scout master's both ████████████████████ The
burbank Police, went to arrest them, but for
some reason they had found out that my family
had called the police, And they both ran, before
the police could capture them.

This is How it
affected me, I had to go to counseling for A
long while, which finily it stoped, because my
parent's could not aford anymore at this time.
My father then passed away right after this happen
I think that this killed him.

The results of this
is I've been going to prison in-out for 28 years
And inbetween times, I've worked had A family twins

- 7 -

And have had to move many times.

        I now do realize, that I can not hold a job, which I find imposable to have a lasting good relationship with Anybody, which I'm trying to live life on Lifes terms. Everything that has happen to me AS A child, in the boy scouts of America, has had a lasting affect on me, that I just can't get rid of, How it just keeps coming back to Hont me.

        Your Honor, I now come to you As a Hurt Humane being, Asking you to put AN END to the B.S.A. For what they did to both me And others, the people who were going to build me up, And make me a better man, instead the Boy scouts of America tried to hide, And protect All these "BAD" scout master's who raped And tourtured All of us scouts.

        I do realize, that this is Not just about Me, this is Also About the one's that also Came after Me, And so much has happen. There is, And will be, so much pain, and suffering, that's went on for so many years, And what the Boy scouts of America got away with. All the sexual Abuse from so many scout master's, I've heard it's over Eight- thousand scoot master's involved, from all walks of life

- 8 -

And Professions.

I do realize that I'm accountable for my actions, after this Event, And me being incarcerated at the current time, And I can't say it because of this, but I'm going to be released soon, And the Bad choices in my life, I can say that without a doubt that the Boy scouts of America, Also played a big part of this in my life, and my thinking.

I now 58 years old, I'm trying to have a different mind set on everything. And Everything that's happen to me.

Today Instead of taking away, I'm wanting to give back to socity, And help outhers Also to give back. I have felt So Alone, And Afraid for so long, But "No" more I will now stand up And be the best man I can be, And Help outher's Also to do the right thing

I want to thank you for allowing me to write you, About this, I'm sorry you had to Also go through this with me, And I thank you for taking the time to read this letter, And judging rightly, by all.

Sincerely:

▉▉▉▉▉▉▉▉▉▉▉▉▉

The BSA Local Council is Verdugo Hills council. Glendale CA.

-9-

5-2-21
SUNDAY

1% Recycled fiber
% Post-Consumer

This envelope is for use with the following services:

Apply shipping documents on th

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn
about our Print & Business Sei

UPS Next Day Air®
UPS Worldwide Exp
UPS 2nd Day Air®

- sent

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain
correspondence, urgent documents, and/or electronic media, and must
weigh 8 oz. or less. UPS Express Envelopes containing items other than
those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

- The UPS Express Envelope may be used only for documents of no commercial
value. Certain countries consider electronic media as documents. Visit
ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the letter rate, the UPS Express Envelope must weigh 8 oz. or less.
UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media
containing sensitive personal information or breakable items. Do not send cash
or cash equivalent.



SHIP BSA BANKRUPTCY CASE
TO: JUSTICE LAURI SELBER SILVERSTEIN
6TH FLOOR
824 MARKET ST

WILMINGTON DE 19801

0.1 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 13 MAY 2021



UPS NEXT DAY AIR
TRACKING #: 1Z 446 YY8 24 0582 4575

DE 197 9-25    1

BILLING: P/P
SIGNATURE REQUIRED

ISH 13.00F BIXOLON S 42.5U 01/2021

than 100 years


