**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

**VERIFIED STATEMENT OF FAEGRE DRINKER BIDDLE & REATH LLP**
**PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Federal Rule of Bankruptcy Procedure 2019, Faegre Drinker Biddle & Reath

LLP ("Faegre Drinker") submits this verified statement of multiple representations in the above-

captioned chapter 11 cases (the "Chapter 11 Cases").

1.      On May 13, 2021, The Roman Catholic Archbishop of Los Angeles, a corporation

sole under the laws of the State of California ("RCALA"), retained Faegre Drinker to represent its

interests and the interests of its related BSA-chartered organizations set forth on Exhibit A hereto

(the "ADLA Chartered Organizations") in the Chapter 11 Cases.

2.      RCALA is the civil legal embodiment of the Roman Catholic Archdiocese of Los

Angeles, a public juridic person under the canon law of the Roman Catholic Church.  RCALA's

address is 3424 Wilshire Boulevard, Los Angeles, California 90010.

3.      Each of the ADLA Chartered Organizations is an unincorporated association under

the laws of the State of California and is a BSA "chartered organization" associated with a BSA

troop, pack, and/or crew, as applicable.  The respective addresses for the ADLA Chartered

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Organizations are included in Exhibit A hereto.

4.      RCALA and the ADLA Chartered Organizations have filed contingent and/or unliquidated claims (the "Claims") in the Chapter 11 Cases against the above-captioned debtors and debtors in possession (the "Debtors") for any and all rights, entitlements, and remedies that they have or may have for indemnification, contribution, reimbursement, advancement of defense costs, or any other payment, including, with respect to each of the foregoing, on account of any damages, costs, expenses, attorneys' fees and disbursements (including any retainer required), judgments, fines, penalties, and amounts paid for and expenses and costs of settlement, that are based on applicable law, including common law, any contract or agreement (including, but not limited to, any contracts or agreements governing the ADLA Chartered Organizations' status as a BSA "chartered organization"), or otherwise, including any such claims that relate to or arise out of any threatened, pending, or completed litigation, action, suit, arbitration, investigation, inquiry, hearing, or other proceeding (whether civil, criminal, regulatory, tax, administrative, or investigative) that has been, is, or may be threatened, pending, commenced, or completed against them in the United States or elsewhere.  In particular, the Claims are based on the Annual Unit Charter Agreements between each ADLA Chartered Organization and the applicable BSA Local Council, which state that the BSA Local Council will "[p]rovide primary general liability insurance to cover the Chartered Organization, its board, officers, COR employees, and Scouting members and volunteers for authorized Scouting activities" and "[i]ndemnify the Chartered Organization in accordance with the resolutions and policies of the National Executive Board of the Boy Scouts of America."  As of the date of this filing, the amounts of the Claims held by RCALA and the ADLA Chartered Organizations are unknown.

- 2 -

5.      Upon information and belief, and after due inquiry, Faegre Drinker does not own

any claims against or any equity interest in the Debtors.

6.      Faegre Drinker reserves the right to supplement this disclosure as applicable.

7.      Pursuant to 28 U.S.C. § 1746, the undersigned declares under penalty of perjury

under the laws of the United States of America that the foregoing is true and correct.

Dated: May 14, 2021
       Wilmington, Delaware

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Patrick A. Jackson*
Patrick A. Jackson (Del. Bar No. 4976)
Ian J. Bambrick (Del. Bar No. 5455)
Kaitlin W. MacKenzie (Del. Bar No. 5924)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Patrick.Jackson@faegredrinker.com
Ian.Bambrick@faegredrinker.com
Kaitlin.MacKenzie@faegredrinker.com

-and-

Michael P. Pompeo
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Michael.Pompeo@faegredrinker.com

*Counsel for The Roman Catholic*
*Archbishop of Los Angeles, a corporation sole,*
*and its related BSA-chartered organizations*