**EXHIBIT A**

**The ADLA Chartered Organizations**

| NAME | STREET ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Annunciation Catholic Church | 2701 Peck Rd | Monrovia | CA | 91016 |
| Assumption Of The Blessed Virgin Mary | 2640 E Orange Grove Blvd | Pasadena | CA | 91107 |
| Church Of The Incarnation | 1001 N Brand Blvd | Glendale | CA | 91202 |
| Holy Angels Church | 370 Campus Dr | Arcadia | CA | 91007 |
| Holy Angels School PTA | 360 Campus Dr | Arcadia | CA | 91007 |
| Holy Cross Catholic Church | 13955 Peach Hill Rd | Moorpark | CA | 93021 |
| Holy Family Catholic Church | 209 E Lomita Ave | Glendale | CA | 91205 |
| Holy Name Of Mary Catholic Church | 724 E Bonita Ave | San Dimas | CA | 91773 |
| Holy Redeemer Catholic Church | 2411 Montrose Ave | Montrose | CA | 91020 |
| Holy Trinity Parents Assoc | 1226 W Santa Cruz St | San Pedro | CA | 90732 |
| Holy Trinity Parish | 209 N Hanford Ave | San Pedro | CA | 90732 |
| Immaculate Conception Church | 726 S Shamrock Ave | Monrovia | CA | 91016 |
| St. Christopher - Knights of Columbus | 629 S Glendora Ave | West Covina | CA | 91790 |
| Miraculous Medal Catholic Church | 820 N Garfield Ave | Montebello | CA | 90640 |
| Our Lady Of Assumption Church | 435 Berkeley Ave | Claremont | CA | 91711 |
| Our Lady Of Grace Catholic Church School | 5011 White Oak Ave | Encino | CA | 91316 |
| Our Lady Of Guadalupe Church Rosehills | 4509 Mercury Ave | Los Angeles | CA | 90032 |
| Our Lady Of Lourdes Mens Club | 18405 Superior St | Northridge | CA | 91325 |
| Our Lady of Refuge Catholic School | 5210 E Los Coyotes Diagonal | Long Beach | CA | 90815 |

| NAME | STREET ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Our Lady of The Assumption Church | 3175 Telegraph Rd | Ventura | CA | 93003 |
| Our Mother Of Good Counsel Parish | 2060 N Vermont Ave | Los Angeles | CA | 90027 |
| Padre Serra Catholic Church | 5205 Upland Rd | Camarillo | CA | 93012 |
| Sacred Heart Catholic Church | 344 W Workman St | Covina | CA | 91723 |
| Sacred Heart Catholic Church | 10800 Henderson Rd | Ventura | CA | 93004 |
| Saint Bede School | 4524 Crown Ave | La Canada | CA | 91011 |
| Saint Brendan Church | 310 S Van Ness Ave | Los Angeles | CA | 90020 |
| Saint Charles Borromeo Catholic Church | 10850 Moorpark St | North Hollywood | CA | 91602 |
| Saint Francis De Sales Parish | 13370 Valleyheart Dr | Sherman Oaks | CA | 91423 |
| Saint Hilary Parish School | 5401 Citronell Ave | Pico Rivera | CA | 90660 |
| Saint John Neumann Catholic Church | 966 W Orchard St | Santa Maria | CA | 93458 |
| Saint Junipero Serra Parish | 42121 60th St W | Lancaster | CA | 93536 |
| Saint Kateri Catholic Parish | 22508 Copper Hill Dr | Santa Clarita | CA | 91350 |
| Saint Lawrence Martyr Church | 1940 S Prospect Ave | Redondo Beach | CA | 90277 |
| San Gabriel Mission Catholic Church | 428 S Mission Dr | San Gabriel | CA | 91776 |
| Santa Clara Catholic Church | 323 S E St | Oxnard | CA | 93030 |
| SS Felicitas & Perpetua | 1190 Palomar Rd | San Marino | CA | 91108 |
| St Agnes Catholic Parish | 2625 S Vermont Ave | Los Angeles | CA | 90007 |
| St Andrew Catholic School | 42 Chestnut St | Pasadena | CA | 91103 |
| St Anthony School | 1905 S San Gabriel Blvd | San Gabriel | CA | 91776 |
| St Barnabas Catholic Church | 3955 Orange Ave | Long Beach | CA | 90807 |
| St Bede The Venerable | 215 Foothill Blvd | La Canada Flintridge | CA | 91011 |
| St Benedict Church | 1022 W Cleveland Ave | Montebello | CA | 90640 |

| NAME | STREET ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| St Bernardines Parish | 24410 Calvert St | Woodland Hills | CA | 91367 |
| St Bernardines Parish | 6061 Valley Circle Blvd | Woodland Hills | CA | 91367 |
| St Bridget Of Sweden Parish | 7120 Whitaker Ave | Van Nuys | CA | 91406 |
| St Bridget Of Sweden Parish | 16711 Gault St | Van Nuys | CA | 91406 |
| St Bridgets Chinese Catholic Center | 510 Cottage Home St | Los Angeles | CA | 90012 |
| St Catherine Laboure Holy Name Society | 3846 Redondo Beach Blvd | Torrance | CA | 90504 |
| St Clare Catholic Church | 27341 Camp Plenty Rd | Santa Clarita | CA | 91351 |
| St Cornelius Catholic Church | 5500 E Wardlow Rd | Long Beach | CA | 90808 |
| St Dominic Savio Church | 13400 Bellflower Blvd | Bellflower | CA | 90706 |
| St Dominics Catholic Church | 2002 Merton Ave | Los Angeles | CA | 90041 |
| St Dorothy Church | 241 S Valley Center Ave | Glendora | CA | 91741 |
| St Euphrasia Catholic Church | 11766 Shoshone Ave | Granada Hills | CA | 91344 |
| St Francis De Sales School | 13368 Valleyheart Dr | Sherman Oaks | CA | 91423 |
| St Francis Xavier Chapel | 222 S Hewitt St | Los Angeles | CA | 90012 |
| St Gregory the Great Catholic Church | 13935 Telegraph Rd | Whittier | CA | 90604 |
| St James Roman Catholic Church | 124 N Pacific Coast Hwy | Redondo Beach | CA | 90277 |
| St James The Less Catholic Church | 4625 Dunsmore Ave | La Crescenta | CA | 91214 |
| St John Baptist De La Salle Church | 10738 Hayvenhurst Ave | Granada Hills | CA | 91344 |
| St John Baptist De La Salle Church | 16545 Chatsworth St | Granada Hills | CA | 91344 |
| St John Eudes Roman Catholic Church | 9901 Mason Ave | Chatsworth | CA | 91311 |
| St. John Fisher Church | 5448 Crest Rd | Rancho Palos Verdes | CA | 90275 |
| St Josephs Catholic Church | 6180 E Willow St | Long Beach | CA | 90815 |

ACTIVE.127074252.01

| NAME | STREET ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| St Judes Catholic Church | 32032 Lindero Canyon Rd | Westlake Village | CA | 91361 |
| St Julie Billiart Church | 2475 Borchard Rd | Newbury Park | CA | 91320 |
| St Lawrence Martyr Church | 1940 S Prospect Ave | Redondo Beach | CA | 90277 |
| St Louis De Montfort Catholic Church | 5075 Harp Rd | Santa Maria | CA | 93455 |
| St Louise de Marillac Church | 1720 E Covina Blvd | Covina | CA | 91724 |
| St Lukes Catholic Church | 5605 Cloverly Ave | Temple City | CA | 91780 |
| St Margaret Mary Holy Name Society | 25511 Eshelman Ave | Lomita | CA | 90717 |
| St Maria Goretti Church | 3954 Palo Verde Ave | Long Beach | CA | 90808 |
| St Mariana De Paredes Church | 7922 Passons Blvd | Pico Rivera | CA | 90660 |
| St Mary of The Assumption Church | 7215 Newlin Ave | Whittier | CA | 90602 |
| St Maximilian Kolbe Catholic | 5801 Kanan Rd | Westlake Village | CA | 91362 |
| St Mel Church | 20870 Ventura Blvd | Woodland Hills | CA | 91364 |
| St Paschal Baylon Church Mens Club | 154 E Janss Rd | Thousand Oaks | CA | 91360 |
| St Paul The Apostle Church/School | 1536 Selby Ave | Los Angeles | CA | 90024 |
| St Peter Claver Catholic Church | 2380 Stow St | Simi Valley | CA | 93063 |
| St Philips Catholic Church | 151 S Hill Ave | Pasadena | CA | 91106 |
| St Rita Catholic Church | 322 N Baldwin Ave | Sierra Madre | CA | 91024 |
| St Rose Lima Catholic Church | 1305 Royal Ave | Simi Valley | CA | 93065 |
| St Sebastian Church | 235 N 9th St | Santa Paula | CA | 93060 |
| Holy Family Catholic Church | 1501 Fremont Ave | South Pasadena | CA | 91030 |
| Visitation Church | 6561 W 88th St | Los Angeles | CA | 90045 |