**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Dkt. Nos. 2295, 2592, 2594, 2726, & 3263 |

**JOINDER OF THE ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES, A
CORPORATION SOLE, AND ITS RELATED BSA-CHARTERED ORGANIZATIONS
TO THE DISCLOSURE STATEMENT OBJECTION OF THE CHURCH OF JESUS
CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE [D.I. 3263]**

The Roman Catholic Archbishop of Los Angeles, a corporation sole ("RCALA"), and its related BSA-chartered organizations (the "ADLA Chartered Organizations"[2]) hereby join (the "Joinder") in the objection filed by The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole [D.I. 3263] (the "Objection") to the *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 2295, 2726] and the *Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 2594] (the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The ADLA Chartered Organizations are identified in the *Verified Statement of Faegre Drinker Biddle & Reath LLP Pursuant to Bankruptcy Rule 2019* filed concurrently herewith.

"Disclosure Statement").[3] In support of this Joinder, RCALA and the ADLA Chartered Organizations respectfully represent as follows:

1. RCALA is a corporation sole under the laws of the State of California and is the civil legal embodiment of the Roman Catholic Archdiocese of Los Angeles, a public juridic person under the canon law of the Roman Catholic Church.

2. Each of the ADLA Chartered Organizations is an unincorporated association under the laws of the State of California and is a BSA "chartered organization" associated with a BSA troop, pack, and/or crew, as applicable.

3. RCALA and the ADLA Chartered Organizations have filed claims against the Debtors for indemnity and contribution, which constitute "Indirect Abuse Claims" under the Plan that are proposed to be "channeled" to the Settlement Trust and subjected to vague and indeterminate procedures for allowance and payment.

4. RCALA and the ADLA Chartered Organizations understand that they have rights as insureds under certain of the BSA's and Local Councils' insurance policies that are proposed to be assigned to the Settlement Trust under the Plan, which rights would be effectively cut off by the proposed Insurance Entity Injunction under the Plan.

5. For the reasons set forth in the Objection, RCALA and the ADLA Chartered Organizations submit that the Plan is patently unconfirmable in its current form and the Disclosure Statement fails to provide "adequate information" as required by 11 U.S.C. § 1125.

---

[3] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Disclosure Statement or the *Second Amended Plan of Reorganization for Boy Scouts and Delaware BSA, LLC* [D.I. 2592] (the "Plan").

- 2 -

## RESERVATION OF RIGHTS

6. RCALA and the ADLA Chartered Organizations reserve all rights, claims, and remedies, including, without limitation, to supplement and amend this Joinder, to raise further and other objections, to introduce evidence prior to or at any hearing regarding the Disclosure Statement in the event RCALA's and the ADLA Chartered Organizations' objections are not resolved prior to such hearing, to seek to introduce documents or other relevant information in support of the positions set forth in this Joinder and the Objection, and to raise any and all objections to confirmation of the Plan.

## CONCLUSION

7. For the reasons stated herein and in the Objection, the Court should deny approval of the Disclosure Statement for its failure to provide creditors with adequate information, or in the alternative, rule that the Disclosure Statement provides for a patently unconfirmable Plan on which votes should not be solicited, and, in each instance, grant RCALA and the ADLA Chartered Organizations such other and further relief as is just and proper.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: May 14, 2021<br>Wilmington, Delaware | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Patrick A. Jackson*<br>Patrick A. Jackson (Del. Bar No. 4976)<br>Ian J. Bambrick (Del. Bar No. 5455)<br>Kaitlin W. MacKenzie (Del. Bar No. 5924)<br>222 Delaware Ave., Suite 1410<br>Wilmington, DE 19801-1621<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>Patrick.Jackson@faegredrinker.com<br>Ian.Bambrick@faegredrinker.com<br>Kaitlin.MacKenzie@faegredrinker.com<br><br>-and-<br><br>Michael P. Pompeo<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>Telephone: (212) 248-3140<br>Facsimile: (212) 248-3141<br>Michael.Pompeo@faegredrinker.com<br><br>*Counsel for The Roman Catholic Archbishop of Los Angeles, a corporation sole, and its related BSA-chartered organizations* |