**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF WITNESS INFORMATION IN CONNECTION WITH**
**MATTERS GOING FORWARD FOR MAY 19, 2021 HEARING**

On Sunday May 16, 2021, approximately 48 hours before the hearing on May 19, 2021 in the above captioned matter, the Debtors intend to amend their plan of reorganization and disclosure statement.  Century and the other insurers have been excluded from the meetings and discussions between the BSA and claimants over the formulation of a plan. The insurers have not seen the Amended Plan that will be filed on Sunday and do not know what changes will be made to the Plan.  In light of the uncertainty over the terms of the new Plan that will be filed and the changes to the Disclosure Statement, it is unclear what evidence will be necessary for the hearing.  Century respectfully reserves its right to offer into evidence at the hearing the testimony of Paul Hinton, David McKnight, Robert Vanderbeek and the other declarants for whom it has previously submitted declarations in support of its pleadings.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: May 14, 2021

Respectfully Submitted,

By: */s/ Stamatios Stamoulis*
        Stamatios Stamoulis

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone:      302 999 1540
Facsimile:       302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Gary Svirsky (*pro hac vice*)
Andrew Kirschenbaum (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:      212 326 2000
Facsimile:       212 326 2061

*Counsel for Century Indemnity Company, as successor*
*to CCI Insurance Company, as successor to Insurance*
*Company of North America and Indemnity Insurance*
*Company of North America*