**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on May 13, 2021, the undersigned counsel caused a copy of (i) *Debtors' Responses and Objections to Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC, and the Future Claims Representative's First Set of Requests for Admission to Boy Scouts of American and Delaware BSA, LLC, Regarding the Debtors' Plan Solicitation Procedures Motion and Related Matters* and (ii) *Debtors' Responses and Objections to Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC, and the Future Claims Representative's First Set of Requests for the Production of Documents to Boy Scouts of American and Delaware BSA, LLC, Regarding the Debtors' Plan Solicitation Procedures Motion and Related Matters* to be served in the manner indicated upon the parties listed on **Exhibit A** attached hereto.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: May 16, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>           aremming@morrisnichols.com<br>           emoats@morrisnichols.com<br>           ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>           mlinder@whitecase.com<br>           laura.baccash@whitecase.com<br>           blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND<br>DEBTORS IN POSSESSION |

# Exhibit A

## Service List

**BY ELECTRONIC MAIL**

**Mediators**
Judge Kevin Carey (Ret.)
kevin.carey@hoganlovells.com
Finn, Paul
pfinn@commonwealthmediation.com
Gallagher, Timothy
timg@thegallaghergroup.com

**Tort Claimants' Committee**
Stang, James
jstang@pszjlaw.com
Orgel, Rob
rorgel@pszjlaw.com
Morris, John A.
jmorris@pszjlaw.com
Lucas, John W.
jlucas@pszjlaw.com
Cantor, Linda
lcantor@pszjlaw.com
O'Neill, James
joneill@pszjlaw.com

**Ad Hoc Committee of Local Councils**
Mason, Richard G.
RGMason@WLRK.com
Mayer, Douglas K.
DKMayer@WLRK.com
Celentino, Joseph C.
JCCelentino@WLRK.com

**Official Committee of Unsecured Creditors**
Mayer, Thomas Moers
TMayer@kramerlevin.com
Ringer, Rachael
rringer@kramerlevin.com
Sharret, Jennifer
jsharret@kramerlevin.com
Wasson, Megan
mwasson@kramerlevin.com

**Future Claimants' Representative**
Brady, Robert
rbrady@ycst.com
Harron, Edwin
eharron@ycst.com
Zieg, Sharon
szieg@ycst.com

**Coalition of Abused Scouts for Justice**
David Molton
dmolton@brownrudnick.com
Sunni Beville
sbeville@brownrudnick.com
Tristan Axelrod
taxelrod@brownrudnick.com

**JPMorgan Chase Bank, N.A.**
Strubeck, Louis
louis.strubeck@nortonrosefulbright.com
Gluck, Kristian
kristian.gluck@nortonrosefulbright.com
Zelin, Steven
zelin@pjtpartners.com
Singh, John
singhj@pjtpartners.com
Meyerson, Scott
meyerson@pjtpartners.com
Schwarzmann, Lukas
lukas.schwarzmann@pjtpartners.com

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
Jeff Bjork
jeff.bjork@lw.com
Adam Goldberg
adam.goldberg@law.com

**United Methodist Ad Hoc Committee**
Ed Rice
erice@bradley.com
Elizabeth Brusa
ebrusa@bradley.com
Jeremy Ryan
jryan@potteranderson.com

**Agricultural Insurance Company**
McCullough, Bruce
bmccullough@bodellbove.com
Celebrezze, Bruce D.
bruce.celebrezze@clydeco.us
Krebs, Conrad
konrad.krebs@clydeco.us

**AIG**
Gummow, Susan
sgummow@fgppr.com
Jordan, Tracey
tjordan@fgppr.com
Michael Rosenthal
mrosenthal@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Smethurst, Ryan
rsmethurst@mwe.com
Warner, Margaret
mwarner@mwe.com
Sorem, Matthew S.
msorem@nicolaidesllp.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie
laura.archie@argogroupus.com
Kathleen K. Kerns
kkerns@postschell.com

**Arrowood Indemnity Company**
Hrinewski, Michael
mhrinewski@coughlinduffy.com
Armenti, Lorraine
LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Wilkerson, Clay
cwilkerson@brownsims.com

**AXA XL**
Mulvihill, Jonathan
Jonathan.mulvihill@axaxl.com
Lloyd A. Gura
lgura@moundcotton.com
Pamela Minetto
pminetto@moundcotton.com

**Clarendon America Insurance Company**
Kenya Spivey
Kenya.Spivey@enstargroup.com
Harry Lee
hlee@steptoe.com
Brett Grindrod
bgrindrod@steptoe.com
John O'Connor
joconnor@steptoe.com
Nailah Ogle
nogle@steptoe.com
Matthew Summers
SummersM@ballardspahr.com

**CNA**
Laura McNally
mcnally@loeb.com
Emily Stone
estone@loeb.com

**General Star Indemnity**
Gary P. Seligman
gseligman@wiley.law
Ashley L. Criss
acriss@wiley.law

**Hartford Accident and Indemnity Company**
Ruggeri, James P.
JRuggeri@goodwin.com
Williams, Abigail W.
AWilliams@goodwin.com
Weinberg, Joshua D.
JWeinberg@goodwin.com
Backus, Michele
mbackus@goodwin.com
Rolain, Annette
arolain@goodwin.com
Hunkler, Sara
shunkler@goodwin.com

**Liberty Mutual Insurance Company**
Gooding, Douglas R.
dgooding@choate.com
Marshall, Jonathan
jmarshall@choate.com
Marrkand, Kim V.
KMarrkand@mintz.com

**Markel Insurance Company**
Russell, Dennis
russell.dennis@markel.com
O'Neill, Jessica
Jessica.oneill@markel.com
Moorse, Cody
Cody.moorse@markel.com
Pankow, Michael
MPankow@BHFS.com

**National Surety**
Jacobs, Todd C.
TJacobs@bradleyriley.com
Bucheit, John E.
jbucheit@bradleyriley.com
Caves, David M.
dcaves@bradleyriley.com
Winsberg, Harris B.
harris.winsberg@troutman.com

**Old Republic Insurance Company**
Dare, Thomas
tdare@oldrepublic.com
Anderson, Peg
panderson@foxswibel.com
Hachikian, Adam
ahachikian@foxswibel.com

**Traders and Pacific Insurance Company**, **Endurance American Specialty Insurance Company**, **and Endurance American Insurance Company**
Ziemianski, Joseph
jziemianski@cozen.com

**Travelers Casualty and Surety Company, Inc.**
Myers, Scott
SPMyers@travelers.com
Rizzo, Louis
lrizzo@regerlaw.com