**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 16th day of May 2021, a copy of the foregoing *Statement of the Ad Hoc Committee of Local Councils in Support of Amended Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* was served via the Court's CM/ECF system to all parties registered to receive such notices.

Dated: May 16, 2021                     /s/ *R. Craig Martin*
                                         R. Craig Martin