**Exhibit A**

**WHITE & CASE**

April 21, 2021

*VIA E-MAIL*

To:  All Mediation Parties

Re:  *In re Boy Scouts of America and Delaware BSA, LLC*, No. 20-10343 (LSS); Debtors' Proposed Confirmation Scheduling Order

White & Case LLP
111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606-4302
**T** +1 312 881 5400

**whitecase.com**

Counsel,

As you know, we represent Boy Scouts of America ("**BSA**") and Delaware BSA, LLC (together, the "**Debtors**") in the above-referenced chapter 11 cases (the "**Chapter 11 Cases**"). We are writing in hopes of fostering a productive dialogue surrounding the *Debtors' Motion for Entry of Order: (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 2618] (the "**Confirmation Scheduling Motion**"),[1] the proposed order to be entered in connection with the Confirmation Scheduling Motion (the "**Confirmation Scheduling Order**"), and related issues.

In particular, we would like to provide you with additional information regarding those matters, including background information and an update on developments, to discuss the methodology for the proposed estimation component of the Confirmation Proceedings, and to invite you all to attend an initial collective meet and confer this Friday, April 23 at 1:00 p.m. EDT. Please note the Debtors have agreed to adjourn the hearing date of the Confirmation Scheduling Motion, so that it may be heard on May 19, 2021 at 10:00 a.m. EDT, with objections due by May 12, 2021 at 4:00 p.m. EDT. *See Amended Notice of the Debtors' Motion for Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 2655]. This will permit the Confirmation Scheduling Motion to be heard along with other matters set for the May omnibus hearing, and provide the parties with additional time to discuss concerns and negotiate resolutions surrounding the Confirmation Scheduling Motion.

### I.    Background

On April 13, 2021, the Debtors filed their *Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware, BSA LLC* [D.I. 2592] (the "**Plan**"). The Plan provides for two paths of reorganization, a "Global Resolution Plan" and the "BSA Toggle

---

[1] Capitalized terms used but not yet defined have the meanings later set forth in this letter. Capitalized terms used but not defined in this letter have the meanings set forth in the Confirmation Scheduling Motion and/or the Plan, as applicable.

Plan."[2] The Global Resolution Plan is specifically designed to maximize and expedite equitable recoveries to abuse survivors, and contemplates substantial contribution to a Settlement Trust of cash, investments, valuable insurance rights, and other property of the Debtors, Local Councils, Contributing Chartered Organizations, as well as the proceeds of settlements with contributing Insurance Companies.

Throughout the course of the Chapter 11 Cases, the Debtors have undertaken efforts to work collaboratively with interested parties, including to provide information requested by the parties as well as other information that the Debtors expect would assist parties in making informed decisions regarding confirmation. To provide this information, the Debtors have, among other things, established, populated, and will continue to supplement the information available in an electronic data room. Currently in the data room, the Debtors have provided over 40,000 documents containing various and substantial information, including property appraisal information for the BSA and Local Council assets.

In addition to providing information, the Debtors have worked with interested parties to engage in dozens of mediation sessions regarding Plan issues. The Debtors appreciate the work the mediation parties have done to date and look forward to continuing these discussions in the lead up to confirmation.

The Debtors have also already undertaken significant efforts in connection with analyzing abuse claims. Since the passage of the Bar Date in November 2020, the Debtors, along with Bates White, have been working to provide updated and standardized versions of data based on the Sexual Abuse Proofs of Claim ("**Abuse POCs**") submissions. As a result, in addition to information directly available on the Omni Agent Solutions' portal, Debtors have provided certain parties with a common analytical database regarding Abuse POCs submissions and have provided capability to sort and analyze data. The last version of that data, Tranche V, was provided to the parties on April 17, 2021.

## II.    Scheduling Update

The Confirmation Scheduling Motion proposes key dates and deadlines that will govern the confirmation and estimation process, including those specifically related to discovery and pretrial proceedings. The dates and deadlines proposed in the Confirmation Scheduling Motion supplement those previously outlined in the Disclosure Statement. The proposed schedule addresses the parties' anticipated discovery needs and provides sufficient time for the parties to resolve issues prior to plan confirmation while also ensuring that the parties proceed toward confirmation apace, which will facilitate prompt, equitable payment to abuse survivors and allow BSA to maintain its goal of exiting the bankruptcy proceedings on the timeline necessary to continue on with its charitable mission.

---

[2] Please see the *Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 2594] (the "**Disclosure Statement**") for a more detailed summary of the Plan.

Since filing the Confirmation Scheduling Motion, the Debtors have confirmed with the Court its availability for certain additional events. **Specifically, the Court has reserved August 23, 2021 for a final pretrial conference and August 30-September 3, 2021 for the Confirmation Hearing.** The proposed discovery-related schedule is as follows:

| Event | Date |
| --- | --- |
| Deadline to Finalize Claimant Interview Scheduling Procedures | May 19, 2021 |
| Deadline to Serve Written Discovery | May 26, 2021 |
| Deadline to Serve Responses & Objections to Written Discovery | June 14, 2021 |
| Deadline to Complete Claimant Interviews | June 25, 2021 |
| Document Production Substantially Complete | June 25, 2021 |
| Expert Reports Due | June 30, 2021 |
| Rebuttal Expert Reports Due | July 14, 2021 |
| Deadline to Complete Depositions | July 27, 2021 |
| Deadline to Exchange Deposition Designations and File Motions in Limine | July 30, 2021 |
| Deadline to Exchange Deposition Counter-Designations and Objections | August 6, 2021 |
| Deadline to Submit Pretrial Order, Witness and Exhibit Lists, Oppositions to Motions in Limine, and for Objections to Deposition Counter-Designations | August 16, 2021 |
| Final Pretrial Conference | August 23, 2021 |
| Confirmation Hearing | August 30 – September 3, 2021 |

### III. Discovery Requests

The Debtors are fully engaged and committed to providing the parties with appropriate information on a suitable timeline. As set forth above, the discovery process has been underway for some time and substantial progress has already been made. To the extent that there are categories of documents that have not yet been produced and that parties believe will be required for confirmation or estimation proceedings, the Debtors encourage the parties to make document requests related to confirmation without delay. There is no need to wait for the proposed written discovery deadline of May 26, 2021.

### IV. Proposed Estimation Discovery

A component of the Debtors' proposed Confirmation Proceedings is an estimation of the Debtors' liability for compensable Direct Abuse Claims.[3] The Debtors have proposed an

---

[3] *See* Plan art. V.T.

estimation that is insurance-neutral, non-binding, and designed to assist the Court and parties in interest in assessing issues in connection with confirmation, including the approval of settlements with contributing insurers. The Debtors intend to seek such an estimation only in connection with confirmation of the Global Resolution Plan, not to the extent that the Debtors seek confirmation of the BSA Toggle Plan.

Debtors believe that a critical aspect of estimation discovery will be depositions or interviews of an appropriate sample of Claimants.[4] Debtors propose interviews of a stratified random sample of claims split into non-overlapping groups, described below.

1. Claims identified as not presumptively barred that named an abuser that appears five times or more in the data.

2. Claims identified as not presumptively barred that named an abuser that appears two to four times in the data.

3. Claims identified as not presumptively barred that named an abuser that appears only once in the data.

4. Claims identified as not presumptively barred that provide only a partial name or description of the abuser.

5. Claims identified as not presumptively barred that fail to identify an abuser.

6. Claims identified as presumptively barred that named an abuser that appears five times or more in the data.

7. Claims identified as presumptively barred that named an abuser that appears two to four times in the data.

8. Claims identified as presumptively barred that named an abuser that appears only once in the data.

9. Claims identified as presumptively barred that provide only a partial name or description of the abuser.

10. Claims identified as presumptively barred that fail to identify an abuser.

The Debtors believe that the interviews should be under oath and time-limited to one hour each, and that certain Participating Parties be allowed to have a representative attend the interviews, and have a limited time for questioning. The Debtors appreciate the sensitivity of the

---

[4] The Debtors understand the TCC, FCR and Coalition are seeking a binding estimation, but believe that any estimation process will require a sample of claimant interviews or depositions.

topic, and look forward to discussing and establishing the most efficient, probative and respectful process possible.

This process applies specifically to discovery from individual abuse claimants in connection with confirmation and the estimation contemplated in connection therewith, and will be in addition to the default discovery available to Parties under the Federal Rules of Bankruptcy Procedure. Rights of Participating Parties will otherwise be reserved as set forth in the Confirmation Scheduling Motion.

V.     **Meet & Confer**

To continue fostering productive discussions amongst the parties, we will hold a global meet and confer regarding these issues to address any concerns you may have. The Debtors will hold this meet and confer on Friday, April 23 at 1:00 p.m. EDT. We will send a Zoom calendar invite to all parties.

Although we encourage all to attend this initial group meet and confer, we anticipate ongoing discussions continuing over the coming days and weeks relative to scheduling and other confirmation issues. We look forward to hearing from you and working together toward maximizing consensus.

Best regards,

/s/ *Michael C. Andolina*

**T** +312-881-5388
**E** mandolina@whitecase.com

5