# Exhibit A

## List of Objections and Joinders

| # | Objector | Date Filed | D.I. |
|---|---|---|---|
| **PLAINTIFF GROUPS** | | | |
| 1 | Claimant No. 242 | 3/16/21 | 2386 |
| 2 | James, Vernon, and Weeks, P.A. Claimants | 3/24/21 | 2449 |
| 3 | *Pro se* Claimant | 3/29/21 | 2470 |
| 4 | Ciardi, Ciardi & Astin Claimants | 3/31/21 | 2497 |
| 5 | Claimant No. 39334 | 4/1/21 | 2500 |
| 6 | *Pro se* Claimant | 4/5/21 | 2533 |
| 7 | *Pro se* Claimant | 4/12/21 | 2576 |
| 8 | Jacobs & Crumplar, P.A. and The Neuberger Firm P.A. Claimants | 4/13/21 | 2580 |
| 9 | Locks Law Firm Claimants | 4/13/21 | 2586 |
| 10 | Berman Law Firm Claimants | 4/20/21 | 2642 |
| 11 | *Pro se* Claimant | 4/22/21 | 2667 |
| 12 | Gordon & Partners, P.A. Claimants | 4/30/21 | 2739 |
| 13 | Jacobs & Crumplar, P.A. and The Neuberger Firm, P.A. Claimants | 4/30/21 | 2741 |
| 14 | Janet, Janet & Suggs, LLC Claimants | 5/4/21 | 2845 |
| 15 | Andrus Wagstaff, PC and Justice Law Collaborative, LLC Claimants | 5/4/21 | 2902 |
| 16 | DLG Claimants | 5/4/21 | 2959 |
| 17 | Edward Marcelino, George Burgos, William F. Tompkins III, and Richard G. Dunn | 5/4/21 | 2960 |
| 18 | Anderson & Cummings, LLP Claimants | 5/5/21 | 3150 |
| 19 | Andreozzi + Foote Claimants | 5/5/21 | 3151 |
| 20 | Colter Legal, PLLC Claimants | 5/5/21 | 3153 |
| 21 | Dumas & Vaughn, LLC Claimants | 5/5/21 | 3154 |
| 22 | Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman & Mackauf Claimants | 5/5/21 | 3155 |

| #  | Objector | Date Filed | D.I. |
|----|----------|------------|------|
| 23 | Messa & Associates, PC Claimants | 5/5/21 | 3156 |
| 24 | Schneider Wallace Cottrell Konecky, LLP Claimants | 5/5/21 | 3157 |
| 25 | Oaks Law Firm Claimants | 5/5/21 | 3158 |
| 26 | OSHAN & ASSOCIATES, PC Claimants | 5/5/21 | 3159 |
| 27 | Claimant No. 45448 | 5/5/21 | 3160 |
| 28 | Claimant No. 39334 | 5/6/21 | 3162 |
| 29 | The Law Office of Stephanie Morris, LLC Claimants | 5/6/21 | 3163 |
| 30 | Sullivan Papain Block McGrath Coffinas & Cannavo, P.C. Claimant | 5/6/21 | 3164 |
| 31 | KRALOVEC, JAMBOIS & SCHWARTZ Claimant | 5/6/21 | 3165 |
| 32 | Claimant SA-105992, SA-71204 | 5/6/21 | 3167 |
| 33 | MANLY, STEWART & FINALDI Claimants | 5/6/21 | 3175 |
| 34 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. Claimants | 5/6/21 | 3176 |
| 35 | Claimant Nos. SA-179, SA-238, SA-728, SA-906, SA-3388, SA-13945, SA-18563, SA-41358, and SA-46628 | 5/6/21 | 3177 |
| 36 | Chiacchia & Fleming, LLP Claimants | 5/6/21 | 3178 |
| 37 | James Harris Law, PLLC Claimants | 5/6/21 | 3181 |
| 38 | Herman Law Claimants | 5/6/21 | 3182 |
| 39 | HACH ROSE SCHIRRIPA & CHEVERIE, LLP Claimants | 5/6/21 | 3183 |
| 40 | Crew Janci, LLP Claimants | 5/6/21 | 3193 |
| 41 | Merson Law, PLLC Claimants | 5/6/21 | 3194 |
| 42 | Spagnoletti Law Firm Claimants | 5/6/21 | 3198 |
| 43 | James F. Humphreys & Associates, L.C. Claimants | 5/6/21 | 3205 |
| 44 | Laffey, Bucci, & Kent, LLP Claimants | 5/6/21 | 3207 |
| 45 | Harnick and Harnick Claimant | 5/6/21 | 3211 |
| 46 | Cooper Elliott Claimants | 5/6/21 | 3214 |

| # | Objector | Date Filed | D.I. |
|---|---|---|---|
| 47 | LAW OFFICES OF ANTHONY M. DEMARCO Claimant | 5/6/21 | 3219 |
| 48 | The Law Office of Michael G. Dowd and Sweeney, Reich & Bolz, LLP Claimants | 5/6/21 | 3222 |
| 49 | Linder Sattler & Rogowsky, LLP Claimants | 5/6/21 | 3225 |
| 50 | MALLARD Claimants | 5/6/21 | 3226 |
| 51 | Lujan & Wolff, LLP Claimants | 5/6/21 | 3231 |
| 52 | Darren Penn, of Penn Law LLC Claimants | 5/6/21 | 3236 |
| 53 | Joshua D. Gillispie, of Green & Gillispie Claimants | 5/6/21 | 3243 |
| 54 | Mones Claimants | 5/6/21 | 3247 |
| 55 | Berman & Simmons Claimants | 5/6/21 | 3249 |
| 56 | Claimant E.G.W. | 5/6/21 | 3251 |
| 57 | Perdue & Kidd Claimants | 5/6/21 | 3252 |
| 58 | KENNETH J. READY & ASSOCIATES Claimants | 5/6/21 | 3253 |
| 59 | Nesenoff & Miltenberg Claimant | 5/6/21 | 3254 |
| 60 | AFFELD GRIVAKES LLP Claimant | 5/6/21 | 3255 |
| 61 | LAW OFFICE OF JOSEPH M. KAR, PC Claimant | 5/6/21 | 3256 |
| 62 | Claimant Paul Baumann | 5/6/21 | 3257 |
| 63 | Cutter Law Claimants | 5/6/21 | 3258 |
| 64 | Robins Kaplan LLP Claimant | 5/6/21 | 3260 |
| 65 | BRENT COON & ASSOCIATES Claimants | 5/6/21 | 3261 |
| 66 | Van Zanten & Onik, LLC Claimant | 5/6/21 | 3262 |
| 67 | Ronald Hernandez Hunter, Plaintiff in *Hunter v. Boy Scouts of America*, No. 20 Civ. 315 (E.D.N.Y.) | 5/6/21 | 3264 |
| 68 | Pfau Cochran Vertetis Amala, PLLC Claimants | 5/6/21 | 3265 |
| 69 | Horowitz Law Claimants | 5/6/21 | 3267 |

| # | Objector | Date Filed | D.I. |
|---|----------|------------|------|
| 70 | Claimant SA-35 | 5/6/21 | 3268 |
| 71 | Fasy Law, Blumel Law and Tamaki Law Claimants | 5/6/21 | 3269 |
| 72 | Esther Panitch of The Panitch Law Group, PC, Natalie Woodward and Brian Cathey of Shamp Jordan Woodward, LLC, and Michael Terry of Bondurant, Mixson & Elmore, LLC, Claimants | 5/6/21 | 3272 |
| 73 | Aylstock, Witkin, Kreis & Overholtz, PLLC Claimants | 5/6/21 | 3274 |
| 74 | Gibbs Law Group, LLP Claimants | 5/6/21 | 3275 |
| 75 | Zalkin Law Firm Claimants | 5/6/21 | 3276 |
| 76 | Zuckerman Claimants | 5/6/21 | 3277 |
| 77 | Alonso Krangle Claimants | 5/6/21 | 3279 |
| 78 | Betti & Associates Claimants | 5/6/21 | 3281 |
| 79 | Claimant Nos. 60051 and 63823 | 5/6/21 | 3282 |
| 80 | Hurley McKenna & Mertz, P.C. Claimants | 5/6/21 | 3284 |
| 81 | Claimant E.G.W. | 5/7/21 | 3309 |
| 82 | Massey Law Firm Claimants | 5/10/21 | 3424 |
| 83 | Tort Claimants' Committee | 5/10/21 | 3526 |
| 84 | Future Claimants' Representative | 5/10/21 | 3565 |
| 85 | Coalition of Abused Scouts for Justice | 5/10/21 | 3569 |
| **INSURERS** | | | |
| 86 | Great American Assurance Company, f/k/a Agricultural Insurance Company, Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company (collectively, "Great American") | 5/6/21 | 3271 |
| 87 | Travelers Casualty and Surety Company, Inc. (f/k/a AETNA Casualty & Surety Company), St. Paul Surplus Line Insurance Company and Gulf Insurance Company ("Travelers") | 5/6/21 | 3278 |
| 88 | Argonaut Insurance Company | 5/6/21 | 3285 |

| # | Objector | Date Filed | D.I. |
|---|---|---|---|
| 89 | American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company (collectively, the "Zurich Insurers") | 5/10/21 | 3478 |
| 90 | National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, The Insurance Company of the State of Pennsylvania, and their affiliated entities (collectively, the "AIG Companies") | 5/10/21 | 3523 |
| 91 | Allianz Global Risks US Insurance Company, National Surety Corporation, and Interstate Fire & Casualty Company (collectively, the "Allianz Insurers") | 5/10/21 | 3549 |
| 92 | Clarendon National Insurance Company, as Successor by Merger to Clarendon American Insurance Company ("Clarendon") | 5/10/21 | 3558 |
| 93 | Liberty Mutual Insurance Company, together with its affiliates and subsidiaries (collectively, "Liberty") | 5/10/21 | 3578 |
| 94 | Columbia Casualty Company; The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company; The Continental Insurance Company successor by merger to Niagara Fire Insurance Company; and The Continental Insurance Company (collectively "Continental Insurance Company") | 5/10/21 | 3582 |
| 95 | General Star Indemnity Company ("General Star") | 5/12/21 | 3740 |
| 96 | Century Indemnity Company ("Century"), as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America | 5/12/21 | 3856 |
| 97 | Arrowood Indemnity Company | 5/14/21 | 4065 |
| **CHARTERED ORGANIZATIONS** | | | |
| 98 | The Church Of Jesus Christ Of Latter-Day Saints, A Utah Corporation Sole | 5/6/21 | 3263 |
| 99 | The Knights of Columbus, 1 Columbus Plaza, New Haven, CT 06510; Knights of Columbus, Council #462 ("Council #462"); Knights of Columbus, Saratoga Council #246 a/k/a Saratoga Knights of Columbus ("Council #246"); and Knights of Columbus, Father Baker Council #2243 ("Father Baker Council"), as well as any and all other Knights of Columbus councils, and or entities (collectively the "Knights of Columbus entities") | 5/6/21 | 3270 |
| 100 | United Methodist Ad Hoc Committee | 5/6/21 | 3273 |

| # | Objector | Date Filed | D.I. |
|---|----------|------------|------|
| 101 | Roman Catholic Archbishop of San Francisco | 5/12/21 | 3853 |
| 102 | Roman Catholic Archbishop of Los Angeles, a corporation sole ("RCALA"), and its related BSA-chartered organizations (the "ADLA Chartered Organizations") | 5/14/21 | 4092 |
| **OTHER** | | | |
| 103 | Girl Scouts of the United States of America | 5/10/21 | 3579 |
| 104 | United States Trustee | 5/10/21 | 3581 |
| **SOLICITATION PROCEDURES** | | | |
| 105 | Century Indemnity Company ("Century"), as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America | 5/12/21 | 3857 |