**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 2592, 2594, 4107, 4108 |

**NOTICE OF FILING OF REDLINES OF PROPOSED AMENDMENTS
TO PLAN AND DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that, on April 13, 2021, Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), filed the *Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 2592] (the "Amended Plan") and the *Disclosure Statement for the Second Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 2594] (the "Disclosure Statement") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, the Debtors have filed the *Proposed Amendments to Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 4107] (together with its exhibits and supplements, each as may be modified, amended, or supplemented from time to time, the "Proposed Amendments to the Second Amended Plan") and the *Proposed Amendments to Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 4108] (together with all schedules and exhibits thereto,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

and as may be modified, amended, or supplemented from time to time, the "Proposed Amendments to the Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a redline comparison of the Proposed Amendments to the Second Amended Plan marked against the Second Amended Plan is attached hereto as **Exhibit 1**, and a redline comparison of the Proposed Amendments to the Disclosure Statement marked against the Disclosure Statement is attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that, to the extent that the Debtors make further revisions to the Second Amended Plan and the Revised Disclosure Statement, the Debtors will file further redlined copies of such revised documents on the docket in these chapter 11 cases.

Dated: May 16, 2021

| | |
|---|---|
| WHITE & CASE LLP<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>      mlinder@whitecase.com<br>      laura.baccash@whitecase.com<br>      blair.warner@whitecase.com | */s/ Eric W. Moats*<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 351-9314<br>Email: dabbott@morrisnichols.com<br>      aremming@morrisnichols.com<br>      emoats@morrisnichols.com<br>      ptopper@morrisnichols.com |

*Attorneys for the Debtors and Debtors in Possession*