# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 2295, 4107, 4108 |

## NOTICE OF FILING OF REVISED
## PROPOSED SOLICITATION PROCEDURES ORDER

**PLEASE TAKE NOTICE** that, on March 2, 2021, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* (D.I. 2295) (the "Solicitation Procedures Motion").

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit A to the Solicitation Procedures Motion was a proposed order granting the relief requested in the motion.

**PLEASE TAKE FURTHER NOTICE** that, on April 29, 2021, the Debtors filed the *Notice of Revised Solicitation Procedures Order* (D.I. 2726), and attached thereto a revised proposed order (the "Proposed Solicitation Procedures Order") granting the relief requested in the Solicitation Procedures Motion.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, the Debtors have filed the *Proposed Amendments to Second Amended Chapter 11 Plan of Reorganization for*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Boy Scouts of America and Delaware BSA, LLC* [D.I. 4107] (together with its exhibits and supplements, each as may be modified, amended, or supplemented from time to time, the "Proposed Amendments to the Second Amended Plan") and the *Proposed Amendments to Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 4108] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Proposed Amendments to the Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have further revised the Proposed Solicitation Procedures Order (the "Revised Proposed Solicitation Procedures Order") to reflect the changes in the Proposed Amendments to the Second Amended Plan and Proposed Amendments to the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Revised Proposed Solicitation Procedures Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a redline comparison of the Revised Proposed Solicitation Procedures Order marked against the Proposed Solicitation Procedures Order is attached hereto as **Exhibit B**.

| | |
|---|---|
| Dated: May 16, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4664<br>Email: dabbott@morrisnichols.com<br>      aremming@morrisnichols.com<br>      emoats@morrisnichols.com<br>      ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (*admitted pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice)*<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>      mlinder@whitecase.com<br>      laura.baccash@whitecase.com<br>      blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |