# EXHIBIT B

# Stamatios Stamoulis

| | |
|---|---|
| **From:** | Schiavoni, Tancred <tschiavoni@omm.com> |
| **Sent:** | Sunday, May 16, 2021 8:47 PM |
| **To:** | Stamatios Stamoulis |
| **Subject:** | FW: BSA - Proposed Order Amending Interim Compensation Procedures |
| **Attachments:** | BSA - Proposed Order Amending ICP Order (002).DOCX |

**From:** Shamah, Daniel S. <dshamah@omm.com>
**Sent:** Wednesday, May 12, 2021 10:59 AM
**To:** Linder, Matthew <mlinder@whitecase.com>; Schiavoni, Tancred <tschiavoni@omm.com>
**Cc:** Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Martin, Ernest <Ernest.Martin@haynesboone.com>; Azer, Adrian <Adrian.Azer@haynesboone.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>
**Subject:** RE: BSA - Proposed Order Amending Interim Compensation Procedures

Matt – please see attached for our markup of the revised order.  Please let us know if you have any questions.

Daniel

**From:** Linder, Matthew <mlinder@whitecase.com>
**Sent:** Tuesday, May 11, 2021 8:09 PM
**To:** Shamah, Daniel S. <dshamah@omm.com>; Schiavoni, Tancred <tschiavoni@omm.com>
**Cc:** Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Martin, Ernest <Ernest.Martin@haynesboone.com>; Azer, Adrian <Adrian.Azer@haynesboone.com>
**Subject:** RE: BSA - Proposed Order Amending Interim Compensation Procedures


[EXTERNAL MESSAGE]

Daniel,

Thanks for the call and for extending our response deadline to Friday while we work to resolve this.  If you could confirm the extension by reply email please.  Also, attached is the order referenced below.  Let us know your thoughts.

**Matthew E. Linder**  |  Counsel
**T**  +1 312 881 5421     **M**  +1 312 568 9353     **E**  mlinder@whitecase.com
White & Case LLP  |  111 South Wacker Drive, Suite 5100  |  Chicago, IL 60606-4302

**From:** Linder, Matthew
**Sent:** Tuesday, May 11, 2021 4:50 PM
**To:** 'Schiavoni, Tancred' <tschiavoni@omm.com>
**Cc:** Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; 'Martin, Ernest' <Ernest.Martin@haynesboone.com>; 'Azer, Adrian' <Adrian.Azer@haynesboone.com>
**Subject:** RE: BSA - Proposed Order Amending Interim Compensation Procedures

1

Tanc,

Following up on my note, the Debtors would appreciate an extension of the response deadline to Friday, May 14.  We would like to avoid the expense of responding and resolve the motion consensually.  Please confirm this is acceptable.

Matt

**Matthew E. Linder**  |  Counsel
T  +1 312 881 5421      M  +1 312 568 9353      E  mlinder@whitecase.com
White & Case LLP  |  111 South Wacker Drive, Suite 5100  |  Chicago, IL 60606-4302

---

**From:** Linder, Matthew
**Sent:** Tuesday, May 11, 2021 3:21 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>
**Cc:** Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Martin, Ernest <Ernest.Martin@haynesboone.com>; 'Azer, Adrian' <Adrian.Azer@haynesboone.com>
**Subject:** BSA - Proposed Order Amending Interim Compensation Procedures

Tanc,

We have reviewed your motion to amend the interim compensation procedures order.  Although we disagree with many of the assertions in your motion, the Debtors are prepared to consent to the relief on the terms set forth in the attached revised version of the order.  Our revised draft of the order makes several necessary changes, including suspending the requirement that professionals submit quarterly fee applications to the Court, which would serve no purpose (and needlessly expend further estate resources) in light of the relief being granted.  We circulated this order yesterday to all of the estate professionals (Debtors, TCC, UCC and FCR) and have not heard any feedback.

Please let us know if you have comments.  We would like to submit the order under certification of counsel.

Matt

**Matthew E. Linder**  |  Counsel
T  +1 312 881 5421      M  +1 312 568 9353      E  mlinder@whitecase.com
White & Case LLP  |  111 South Wacker Drive, Suite 5100  |  Chicago, IL 60606-4302

**WHITE & CASE**

==========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available here.

==========================================================================