# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Hearing Date: May 19, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: May 12, 2021 at 4:00 p.m. (ET)** |

**CENTURY'S RESPONSE TO DEBTOR'S MOTION FOR LEAVE [DKT. NO. 4111]**

The Debtors waited until Sunday evening, forty-eight (48) hours before the Disclosure Statement Hearing to file a substantially amended plan and disclosure statement. Century, and to the best of its knowledge, all other insurers were excluded from the process and were not provided drafts of the Amended Disclosure Statement. Thus, the first time that the Insurers and many other parties in interest will see the amended plan and disclosure statement will be on Monday, May 17, 2021.

While Century has no objection to the Debtors being granted leave to file overlength papers, the briefing before the Court will require substantial additional work by the Court unless the objecting parties are given time to consider the changes and file briefs setting out their respective responses.

Accordingly, Century respectfully requests that the Disclosure Statement hearing be adjourned for at least two weeks, with responses and objections to the Debtors Amended Disclosure Statement due no earlier than June 1, 2021.

Dated: May 17, 2021                                            Respectfully Submitted,


By:  */s/ Stamatios Stamoulis*
     Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:    302 999 1540
Facsimile:     302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:    212 326 2000
Facsimile:     212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*