# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### HARTFORD'S STATEMENT IN SUPPORT OF THE DEBTORS' MOTION TO EXTEND THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "**Hartford**") file this statement in support of the *Debtors' Third Motion for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances*, filed on March 18, 2021 [D.I. 2411] (the "**Motion**").

Hartford supports the relief sought in the Motion. As has been publicly announced, after extensive negotiations under the auspices of the three mediators appointed in these cases, Hartford and the Debtors have reached a settlement under which, subject to confirmation of the "Global Resolution Plan" proposed by the Debtors and the other terms and conditions set forth in the parties' agreement, Hartford will pay the Debtors' estates $650 million to be used in the defense and satisfaction of Abuse Claims. Hartford understands that the mediation is ongoing, with discussions proceeding with other parties in interest. An extension of exclusivity will allow all parties, at this critical juncture in these Chapter 11 cases, to focus on a possible global settlement or at least additional, material settlements and the Debtors' reorganization efforts. Conversely, the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

lifting of exclusivity will lead to more litigation, the filing of competing plans, and even greater administrative expenses in these cases in which the professional fees already exceed $100 million. The Debtors should be afforded the opportunity to see if they can continue to build consensus and to obtain confirmation of a plan that will allow them to emerge from bankruptcy and to continue their mission.

      WHEREFORE, Hartford respectfully supports the Debtors' request for an extension of the Debtors' exclusive periods to file a Chapter 11 plan and solicit acceptances thereof.

<table>
<tr><td>Date: May 17, 2021<br>Wilmington, DE</td><td>BAYARD, P.A.<br><br>/s/ Gregory J. Flasser<br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: efay@bayardlaw.com<br>gflasser@bayardlaw.com</td></tr>
</table>

- and -

James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
SHIPMAN & GOODWIN LLP
1875 K Street, NW, Suite 600
Washington, D.C. 20003
Tel: (202) 469-7750
Fax: (202) 469-7751

- and -

Philip D. Anker (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company*