## SCHEDULE A

| **BSA REGISTRY NUMBER** | |
|---|---|
| | 36441 |
| | 59406 |
| | 48704 |
| | 36458 |
| **57392 & 43706** | |
| | 36463 |
| | 59371 |
| | 48713 |
| | 59431 |
| | 48733 |
| | 48727 |
| | 59536 |
| **59528 & 59635** | |
| | 59410 |
| | 48740 |
| | 55192 |
| | 59419 |
| | 48848 |
| | 48753 |
| | 59459 |
| | 55138 |
| | 57268 |
| | 48825 |
| | 59561 |
| | 59457 |
| | 55217 |
| | 48763 |
| | 41271 |
| | 64822 |
| | 63511 |
| | 48764 |
| | 41365 |
| | 59442 |
| | 59476 |
| | 41300 |

## SCHEDULE A

| |
|---:|
| 48778 |
| 59663 |
| 41460 |
| 63596 |
| 55156 |
| 48773 |
| 41416 |
| 61554 |
| 69101 |
| 48796 |
| 55304 |
| 55228 |
| 41435 |
| 53488 |
| 48797 |
| 41371 |
| 48799 |
| 59365 |
| 57520 |
| 59440 |
| 64792 |
| 41285 |
| 48816 |
| 41408 |
| 55232 |
| 63578 |
| 48833 |
| 55153 |
| 55357 |
| 59323 |
| 55277 |
| 59307 |
| 69105 |
| 48835 |
| 48839 |
| 69084 |

## SCHEDULE A

| |
|---:|
| 55183 |
| 48849 |
| 41291 |
| 53486 |
| 77238 |
| 44023 |
| 44018 |
| 43999 |
| 41319 |
| 77255 |
| 48851 |
| 41377 |
| 55496 |
| 55505 |
| 48850 |
| 44028 |
| 59360 |
| 41301 |
| 57285 |
| 41342 |
| 48854 |
| 41417 |
| 61490 |
| 63583 |
| 48853 |
| 41310 |
| 55225 |
| 59333 |
| 48857 |
| 63272 |
| 62204 |
| 64731 |
| 48858 |
| 59315 |
| 48861 |
| 41394 |
| 59271 |

## SCHEDULE A

|  |  |
|---|---|
|  | 59301 |
|  | 48862 |
|  | 41283 |
|  | 55284 |
|  | 64327 |
|  | 48860 |
|  | 41297 |
|  | 57240 |
|  | 57263 |
|  | 48867 |
|  | 41426 |
|  | 59259 |
| 59240 & 65472 |  |
|  | 41443 |
|  | 64829 |
|  | 55141 |
|  | 48865 |
|  | 41333 |
|  | 57318 |
|  | 59238 |
|  | 48869 |
|  | 69070 |
|  | 63513 |
|  | 64759 |
|  | 48868 |
|  | 41430 |
|  | 59729 |
|  | 53469 |
|  | 48872 |
|  | 41384 |
|  | 53473 |
| 55276 & 59284 |  |
|  | 41404 |
|  | 53505 |
|  | 53504 |
|  | 48880 |
|  | 41313 |

## **SCHEDULE A**

| |
|---|
| **55334** |
| **53484** |
| **48874** |
| **41355** |
| **57296** |
| **53477** |
| **48883** |
| **41272** |
| **60707** |
| **48888** |
| **41539 and 59276** |
| **57265** |
| **59331** |
| **59366** |
| **51003** |
| **55112** |
| **64776** |
| **48903** |
| **51003** |
| **53503** |
| **71178** |
| **48910** |
| **58990** |
| **61445** |