# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010 and the below certification, counsel moves for the admission *pro hac vice* of Daniel Fasy, Esq. of Fasy Law PLLC to represent the claimants listed on Schedule A hereto in the above- captioned cases.

Dated: May 17, 2021

*/s/ Daniel K. Astin*
Daniel K. Astin, Esq. (No. 4068)
CIARDI CIARDI & ASTIN
1204 North King Street
Wilmington, Delaware 19801
Telephone: 302-384-9542
Email: dastin@ciardilaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Washington and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: May 6, 2021

*[signature]*
Daniel Fasy, Esq.
FASY LAW PLLC
1752 NW Market #1502
Seattle, Washington 98107
Tel.: (206) 450-0175
Email: dan@fasylaw.com

**ORDER GRANTING MOTION**

   IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.