May 13, 2021

To: Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street; 6th Floor

Wilmington, DE 19801




FILED

2021 MAY 17 AM 9:14

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

From: ▇▇▇▇▇▇▇▇▇▇ - BSA Case #n/a, SA-▇▇▇▇

**Subject:** Boys Scouts of America Sexual Abuse case

I am writing to you on the advice of my attorney. When I was 12 years old, I was a member of Boy Scout Troop 22, which operated out of Hyde Park Methodist church, in Tampa, Florida.

One weekend, our troop went on a camping trip and during this excursion I became the victim, at the hands of two Boy Scout Troop leaders that I knew and trusted. During this outing, I was sexually abused and assaulted, at the age of twelve years old, along with some of my peers and it was disgusting and embarrassing and something I will never forget. Then, I was forced to see the people, who did this to me, every Sunday in church. That only made my life worse. How dare the Boy Scouts try to get away with child abuse.

I am now charging the perpetrators with sexual abuse and sexual assault of a child. They are guilty as charged, they violated the law and I am demanding that the Boy Scouts of America be held fully accountable for what was done to me and many of my fellow Boy Scout troop members.

This never should have been allowed to happen to me, an innocent, trusting child. I was ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ along with another fellow scout, who I am still in contact with after over 50 years. It happened to both of us and a few others, that I am no longer in contact with after 55 years. I am telling you this person was abused, like me, at the same time as me and is willing to testify in a court of law, as he is a victim, just like me and it happened to both of us at the same time.

This is a tragedy that I have had to relive every day for 55 years that never goes away from my conscious. This mental, sexual and physical abuse causes me to cry if I have to talk about it and it will never end. My wife helps me deal with it but it still hurts me every day. The Boy Scouts of America try to claim they are broke. I say B.S.

This has haunted me for 55 years and I am 68 years old, as of May 21, 2021. On the day this happened, my childhood ended because of the irresponsible Boy Scout troop 22 leaders who allowed this to happen to me. It has affected all of my relationships with my family and friends over the years and I still have not shared that this has happened to me because it is too painful and personal.

I have tried to hide and bury this in my subconscious, but it is impossible to do so. Being sexually abused by adults I trusted, caused me to lose trust in all adults and as a victim of this and has led to alcohol and illegal drug abuse, loss of self-confidence, failing grades in school, numerous car accidents and a life time of missed opportunities trying to climb the corporate ladder. I was never able to forget about what was done to me and even after 55 years, what happened to me is burned into my memory and never goes away. I still remember the names of the people that abused me and how it happened, just like it was yesterday. I am sick of it!

I often wonder what my life would be like and how much more of enjoyment of my life I would be experiencing at 67 years old, if I had not been sexually abused and right next to my child hood friend, by stupid, arrogant Boy Scout leaders who thought it was ok to do this to me. Shame on the Boy Scouts.

I could have been more successful and had more earnings in my life time but it was all messed up because I was abused by the Boy Scouts.

I did finally become a productive citizen. I have been married for 40 years, to the same woman and was never able to tell her about this until the time I joined this lawsuit.

Shame on the weasel Boy Scouts of America who are now trying to hide their assets in an attempt to avoid responsibility for what they did to me and all the other innocent Boy Scout members who trusted their leaders. Boy Scouts are trying to hide their assets in a trust to avoid compensation of their victims.

I see the Boy Scouts have recently mortgaged Philmont Scout Ranch, in New Mexico to pretend they are short on cash and that is a lie. They have a vast amount of assets, but want to lie about it to get out of how they hurt thousands of innocent boy Scouts.

I am charging them with the illegal sexual assault and sexual abuse of me as a child of 12 years old.

My troop leader also committed mental sexual abuse by taking our troop on a camping trip to a Florida Nudist camp, where us children had to see naked people walking around outside like it was somehow normal.

Judge, how would you like it if this happened to your child? I hate the Boy Scouts and what they did to me. I expect you to prosecute the Boy Scouts of America to the fullest extent of the law. They supposedly have assets of about $8.4 Billion dollars. Go after them and fairly compensate all the Boy Scouts, like me that had their lives ruined.

I ask you, Judge, to please do the right thing and hold the Boy Scouts of America accountable.

Thank you,

# EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

TO: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St  6th Floor
Wilmington, DE 19801

PO ZIP Code: 80130
Date Accepted: 05-13-21
Time Accepted: 12:17 PM
Scheduled Delivery Date: 05-14-21
Scheduled Delivery Time: 3:00 PM
Postage: 26.35
Total Postage & Fees: 26.35

EJ 680 666 975 US

PS10001000006
EP13F May 2020
OD: 12 1/2 x 9 1/2

U.S.M.S. XRAY