To: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE, 19801

FILED
2021 MAY 17 AM 9:17
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

05-07-2021

From: ███████████████
Claim # SA-███████

RE: Sexual Abuse in BSA

Your Honor:

I am a claimant in the BSA Bankrupty Case. Please forgive the length of this letter. For the parties involved in this case to at least partially understand some of the issues involved here, I believe some of our stories be heard and mine is just one.

This case is about far more than dollars, nickles and dimes. From what I have seen most of the attention is on money. From my point of view, It is about what occured to me over the course of years. How dare any of the parties involved try to minimize or shuffle aside what occurred to thousands of us.

It is said that I am a survivor of sexual abuse. I survive in life because I live and breathe. To this day my family and I continue to deal with the affects and repurcussions of sex abuse. That still makes us victims. Not Survivers of the abuse, and will continue it's affects into more generations. We are not stats on a page worth a few pennies. We are people, And we were children that horrible things happened to.

One of my abusers was my Scoutmaster ██████████████. He was in charge of Troop 170, Truth or Consequences, N.M., and member of The Yucca Council out of EL Paso, TX. He was also my DFS caseworker. (The DFS is Division of Family Services.)
Over the course of several years in the 1970's into the early 1980's, Mr. ████ Sexually abused me ████ well over a hundred times.

To truly understand what my scoutmaster did, you must understand the beginning. Instead of helping a young child. He damaged him far worse.

I was born in Nampa, Idaho in 1965. My earliest memories are of having a boiling pot of coffee dumped on my back, and my father knocking out my front teeth when I was 4 because I was crying. When I was 6 years old my father threw my older brother into a flooding drainage canal to swim after a broom. This resulted in the police being called and our family being evicted from our apartment. It was early spring so we lived on the banks of the Snake River for a few weeks. My parents split up. My mother and 3 of us kids moved in with a friend and his family. My mother eventually married him. My father and 3 of the other siblings moved back to Nampa. The last time I saw my father was when he came to our house to try and trade one of my brothers for me. They started fighting. The sheriff was called and I never saw him again.

After a few weeks a family friend started taking me fishing, then to his home to stay the weekend. The first weekend he took me home, he started sexually abusing me. He started ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ I started wetting the bed after that. When he took me home He told me if I said anything to anyone he would kill my family. This continued for years. It evolved into his sexual abuse of my brothers, and included ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on his neighbor which he got paid money for. The last time a group of us had ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ He just laughed and said he was sorry.

My stepfather passed away in 1976. At which time we went to New Mexico. We rode in our pickup truck which had a camper. The family friend who sexually abused us came with. My mom and him rode up front with my little brother, while myself a sister and another brother rode in back. After it was dark, my ▓▓▓▓▓▓▓▓ ▓▓▓. She squeezed my hand the entire time he did it.

In Further Consequences, we rented an apartment. One day my brother kicked my little brother and myself out. He ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. That same afternoon he punched my mom in the face because he did not want a haircut. Shortly after this occurred I joined the Boy Scouts. We also moved into a new apartment, which was owned by my uncle. The friend ▓▓▓▓ who had been renting his own apartment continued to sexually me. I don't know if he continued with my brothers. With the boy Scouts I worked Bingo Nights and sold tickets door to door for an upcoming Circus.

One day several events occurred which culminated into my Scoutmaster ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ becoming entrenched in our lives.

(Please keep in mind that my Scoutmaster ▮ was a Social Worker for the Department of family and Social Services. (DFS))

Prior to the day we will talk about, I went to talk to ▮ so I could borrow some money. I had used some of the money from the boy scout ticket sales to buy my first girlfriend some gifts. He refused. After a while he sexually abused me again. After he fell asleep, I took the money out of his wallet and left, then went to the Scout Center to turn in the ticket sales money.

This is the day that everything could have changed. The day my Scoutmaster Mr. ▮ could have helped an entire family and a young child who had been a victim of sexual abuse. He chose to do otherwise. In both capacities as Scoutmaster and Social worker.

That particular morning ▮ came over to our apartment and told my mother and uncle I had stole the money from him. They asked if I had stole the money and I said yes. They all got mad at me. My uncle told my mom if she did not spank me, he would. So she whipped me with a leather belt. When she was done, I told her she was never going to whip me again. (She normally spanked us with a thick rubber strap which had holes drilled in it.)

After she finished, I yelled at ▮ and said if he wanted to tell on me then I was going to tell my mom and uncle everything. He sputtered something and walked out. None of us ever saw him again.

That afternoon my brother yelled at my mom and called her some names, then walked out. After a few minutes, my mom said to go tell my brother to be home by dinner. He was in the pool hall around the corner. I yelled at him, "Mom said to be home by dinner dog!" He started chasing me to beat me up. I ran through our apartment, jumped on my bike and rode to the scout center. It was called the LA JEUVA

After signing in for my night for Bingo work at the Scout Center, I went up into a delivery truck to unload an order of candy. As I was stepping out of the truck my brother punched me in the testicles. A few minutes later, thinking he had left, I walked into the Scout Center with a load of candy boxes. He was waiting inside the door. He knocked the candy out of my hands and started punching me about the head and face. We fought all over the bingo session, with old ladies crying out, people yelling, and us knocking over chairs and tables. The fight finally ended when I hit my brother over the head with a metal chair and one of the older scouts grabbed hold of me. My brother left.

My Scoutmaster took me aside while the other boys cleaned up the mess and got the customers settled down. He asked what the fight was all about. I told him what had occurred with my brother that day. He left leaving a Scout mother in charge, while he went to talk to my mom. He came back later and said I could finish my shift, then he wanted me to work the overnight shift at one of the firework stands. I agreed since I did not want to go home with my brother. After he closed the scout center, he took us to a burger joint for dinner.

He sent the two other boys home. Till closing time we talked about my brother, my mom and our home life. He explained about his job as a social worker and what he did. How he would be able to get the help my brother needed, and that he would not be able to come home for a while. He said for the time being he would be placed in a foster home and then a group home in Albuquerque. Then he said he would also try to help my family.

After he closed down the firework stand, we sat by the campfire and he started giving me drinks of alcohol. Black velvet and coke I think it was or some other whiskey. We talked about the scouts and everything I would be able to do. After he put out the campfire we got in his van. It was a conversion van which had a bed in the back. He gave me another drink saying it would help me relax. He said my mother had told him about the incedent with ▓▓▓ that morning. Saying I could tell him anything and would never tell anyone else. So I ended up telling him everything about ▓▓▓ and my brothers through the years. I also told him about my sister ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and how I had caught another brother ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

By the end I was crying. He held and hugged me till I quieted. He asked me if what ▓▓▓ had done to me felt good. I told him yes. He said that as long as it felt good then it was alright. After a little while he asked me if I could show him what ▓▓▓ had me do. I said yes. He took his clothes off and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Then he ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ After which he ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ then early the next morning after waking up we had ▓▓▓▓▓▓▓▓▓▓ This time he tried to ▓▓▓▓▓▓▓▓▓▓ I was to small and he couldn't ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ It hurt ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I was crying and scooted away ▓▓▓▓▓▓▓. He grabbed me and held me apologizing over and over. He said he would never do that again. When the other boys showed up for their shift we went to his house. We took showers and had ▓▓▓▓▓▓▓▓▓

Then he sat me down in the living room. He said if I ever told anyone what we had done, he would have my mom thrown in jail for neglect, send me to a foster home and send my little brother to a place called boystown out of state. I told him I wouldn't. He hugged and kissed me. Then said he would take care of me and help my family. He had me stay at his house while he went to talk to my mom. I stayed for one more night ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓. He put more ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ He took me home the next day after more threats. The day before he had put my brother in a foster home pending placement in a group home. He had went to find ▓▓▓ also. ▓▓▓ had already left town, we never saw him again. We found out later He had went to Oregon and had died.

So began years of sexual abuse by my Scoutmaster and Social worker ▓▓▓▓▓▓▓▓▓▓. That night instead of getting a sexually abused child the help he desperately needed, he perpetuated and continued the abuse further. Both as Scoutmaster and Social worker.

I put on the claim form that the abuse occurred 10-12 times a year. This is true for the last couple of years the abuse occurred. The first years the abuse occurred 2 or 3 times a week. He would take me to dinner after bingo. Then to his house for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, after which he would take me home. I would stay at his house on weekends when there was not Scouting or Order of the Arrow events..

My mother and one other Scout mother were both bad alcoholics. They volunteered for the bingo nights. After the other boys left he would have me hide in the dark and watch as my mother and the other mom would ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ for money, booze, food and gas money. He was always calling them whores when we were alone, I never did. I tried to take care of her and my little brother as best as I could, cooking, cleaning and helping my little brother with his homework. Making sure my mom didn't leave our home when she was drunk. There were times in which us boys had to listen to her having sex with some guy she brought home from a bar. When she was not drunk, she was volunteering for the scout center and the local rescue squad.

There came a time when things got so bad at home where we did not have clean clothes or food. He asked me to move in with him. I did so and he agreed to letting me take food to my little brother and mother every day. When I moved in with him the sexual abuse occurred almost nightly. I have been reading books since the second grade. He started buying me ▇▇▇▇. Then when we went to buy Scout Supplies in Albuquerque, Las Cruces and El Paso, he would always stop at the porn shops to buy me more novels and porn movies. We would always have ▇▇▇▇ on these trips, either in the van or he would rent us a motel.

I had been wetting the bed for a long time at this point, I could not stop no matter what I did, so I would have to wash the sheets every day.

▇▇▇▇ always sexually abused me on campouts and the firework stands every year. The abuse occurred multi times at Camp Dale Restler in Cloudcroft New Mexico. It occurred at Camp Philmont and at the world Jamboree in EL PASO, TX. It occurred at Elephant Butte lake, at the Grand Canyon and in the states of New Mexico, Arizona, Texas and Colorado. All during Scouting Events.

He took me out of town to buy new clothes and a new ten speed. He promised to send me to college and put me on his will, and gave me money for myself and my little brother.

In the Order of the Arrow I was an indian dancer. Performing at special events such as schools, nursing homes, parades and at Pow Wow's instate and out of state. He would ▇▇▇▇ any time anyone could not see what was going on. He sexually abused me at 2 Pow Wow's. At a national event at the university in Colorado Springs and at a regional Pow Wow at EL Paso, Texas. It also occurred at a dance event in Las Crucas, New Mexico.

He got mad at me during winter camp training for the Order of the Arrow at Camp Dale Restler. Some of the older Scouts had snuck into Cloudcroft and bought some beer. I went with them. When we returned we got into the Scout bus to drink it. The older Scouts had tents since they had already went through training. I was in training and was supposed to sleep in my own shelter. The older boys were suing to teach me how, we went for beer instead.

▇ caught us. He sent the other boys to their tents. He lectured me for a while, Then wanted me to ▇ I refused and he got very mad. He told me to get my sleeping bag. He made me sleep outside, even though my shelter had not been built. There was a cold, wet snow falling that night, and it was below freezing. I put my sleeping bag underneath a pinetree and went to sleep. Of course I wet the bed. ▇ Came by to check on me. I was soaked from the bed wetting and the snow on top the bag. The snow was pretty thick. I was so cold I was turning blue. He took me to his van, started it and turned on the heat. It took a long time to warm up and of course we had ▇

The last day I lived with ▇ I went to check on my little brother after school. He told me how ▇ had come by the school and had been talking to him about Boys Town. He said it was somewhere in Indiana. My little brother was scared to death. I told him not to worry about it. After he calmed down we ate dinner. I went back to ▇ house. After we ▇ he fell asleep. I waited to make sure he fell asleep. Then reached under the bed and took the money bags he kept there. I got his keys and unlocked them. Then got dressed and left. I went to my girlfriends house. Gave her mom some money, then gave the rest to my girlfriends sister and her boyfriend.

The next morning I was hidden in some sage brush across the street. When ▇ went to work, I went inside, gathered up food and clothes. I called some adult friends. They came in a delivery truck and van. I opened the storage next door, and we loaded up all the fireworks ▇ stored there. I just gave the fireworks to them. Then I went back to ▇ house got my things and left, after setting fire to plastic window coverings. After I left ▇ brother saw the smoke. He went in and put out the fire before a lot of damage was done. I was on the run for a few weeks.

Let me go back momentarily. While living with ▇ I caught him sexually abusing 2 other scouts. Both times I walked in unexpectedly, while they were ▇ Both times ▇ waved me out before the boys saw me. Both of them were friends. I tried talking to one of them about it. He was scared and embarrassed. He would not talk about it.

Several times on the weekends he would have a small group of scouts come over. They would bring in take out food. They would listen to music, drink alcohol, look at porn magazines and watch porn movies.

While on the run, I kept in contact with my little brother, my girlfriend and her family. My little brother said ▇ had stopped by several times looking for me. One time I was in the attic when ▇ my oldest brother and the police came by looking for me. ▇ had told my little brother he was not going to send him to boys town.

They had descriptions of me out on the radio, news papers and on the news. After a few weeks my girlfriends oldest brother told me he had friends who owned a church. He said they would let us go in and get something to eat. The only thing was we had to crawl through a window. I still do not know to this day why I believed him. We went and got something to eat. Then he went to the office and started going through everything. He had set a piece of paper on fire to see by instead of turning on the lights. I told him I was not going to steal anything from a church. He got mad. Through the paper he had lit on fire in the trash and ran out. The trash can full of paper started to burn. I ran to the kitchen and running back and forth was able to put out the fire in the trash can and the bulletin board which had also caught on fire. There was a lot of smoke, when it was out. I laid down and fell asleep. Next thing I knew it was morning and somebody was yelling. I ran out of the kitchen towards the front door. The guy who was yelling ▇ grabbed me by the jacket. I slipt out of the jacket and ran again. I made it to some sagebrush and tried to slip off. By this time the police showed up along with the fire department. The police chased me back and forth for a few blocks. I ran between some apartments. The police cars split up to catch me. When they did I ran back and hid ▇ in a gully by the golf course. My football team was practicing. They were running around the golf course which was part of our training. I had also been on the football team before running away. The police stopped some of them asking about me. A few minutes later one of them saw me. I took off running and the whole team started chasing me across the golf course. They caught me and some of my friends held me ▇ ▇ untill the police got there.

So started the next stage with Mr. ▇ After a few days in jail they let me out. This was because I put the fire out, and they knew I didn't start it. I refused to tell them who did. They knew who it was though.

This started a period of time where I ran away a few times, spent time in and out of jail, Foster homes and group homes. I was able to go home every few weeks. Every time Tony would sexually abuse me for 2 or 3 nights. The same thing always, ▮▮▮▮▮

At one time another scout got me somewhat drunk while showing me how to develope film. He attempted to ▮▮▮▮▮

One time ▮▮ introduced me to a friend of his, and asked me to perform ▮▮ with him at the lake. This guy attempted to ▮▮ me also. He couldn't so got mad and took me back to the Scout Center. Turns out this guy was the uncle of a local judge.

My older brother and I ended up in the same group home. We ran away. Went from Albuquerque to ELPASO, then flew to Los Angeles. We were there for several weeks before authorities found us at a Salvation Army House. We ran again and hitch hiked to Phoenix, Ariz. We walked from Phoenix to Tucson. In Tucson we were arrested for shoplifting. They flew us to Albuquerque, ▮▮▮▮▮ picked us up. He took my brother back to the group home. He took me to a motel where of course we had ▮▮▮▮ sex. The next day he took me home. On the way he told me he had talked to the judge. He said I was on my own, I was responsible for myself and nobody would interfere with me again. ▮▮ would come and get me every couple of weeks, so we could have ▮▮ ▮▮. One time I attempted suicide by overdose. My mother had a new husband. I stole all their pills and took them, I didn't die. Only slept for 3 days. My mom found the suicide note I had left, and called the police. They found me in town and suggested I go to some counseling sessions with none other than my Scoutmaster ▮▮ since he was the only one I talked to. I tried to cut my wrists another time, but lost the courage to finish the job.

At the age of 16 I took the ASVAB. I scored so high they allowed me to join the NAVY with my mothers approval and a waiver. After some time in the Delayed Entry Program while in school, they allowed me to go to boot camp. I was recruited to train as radioman in A school, then into training as Intelligence Specialist.

I was given an Honorable Discharge under general conditions, because I kept wetting the bed. After a period of time I made it back home. I got engaged to be married with my first girlfriend. I stopped by to see ▮▮▮▮ He attempted to ▮▮▮▮▮▮▮▮▮▮ on me again. I could ▮▮▮▮▮▮▮▮ This was at the scout center. I told him I would never be with him again.

I went from seeing him to calling the sheriffs office. They sent the investigator ▮▮▮▮▮▮▮▮ I told him about all the abuse by ▮▮▮▮▮ over the years. He interviewed me at my mothers house. It turns out he had also been sexually abusing my brothers. By this time ▮▮▮ had retired from DFS. His only job now was scoutmaster. It was decided to Ban Mr ▮▮▮▮ from campouts or overnight trips. Otherwise he remained as scoutmaster since he was such a leading citizen in the community. No charges were filed.

I talked to 3 lawyers in town. All 3 of them refused to take DFS or the BSA to court. stating he was no longer an employee of DFS and the BSA had a lot of money and lawyers to even chance taking to court. Not to mention the stigma my family, myself and my new wife would receive. We moved out of town and ▮▮▮▮ died shortly after.

I continued with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I spent years in prison and have not seen my family since.

I have always had issues with trust and authority. I still have problems with porn and at times with drinking and gambling. It has been hard to talk about myself at any time with anybody. I am a good listener and help anyone I can. I refuse to be around kids and have not talked to my own children since I ▮▮▮▮ in 1994, and being sent to prison in 1992. I have always had problems with depression and suicidal tendencies.

I went from being a sexually abused ▮▮▮ to a monster who ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I became what I detested. And destroyed my families lives just as my own had been destroyed.

In conclusion, I am not a survivor and neither is my family, who still know nothing of myself being a victim of sexual abuse, since all that is seen is the abuser I became. I survive only to breathe and live another day. I am not a survivor.

To the other parties involved in this case. I've been trying to keep up with this case. It seems as if all you are concerned with is money. Trying to get away as cheaply as possible moneywise. Of course money is a concern to anyone on this case.

Look, However at the reason for this Bankruptcy case, The victims of sexual abuse. I look and all I see is the BSA trying to settle with Hartford for 600 and whatever million instead of an 8 billion debt. And Chubb trying to Aquire Hartford. Nothing from local councils and sponsors, or other insurance.

The only help I have seen offered is for help with counseling, which I had never even heard of before this case, where is the help for the victims. You want to shake our hands, look us in the eye, (or not) and apologize, Saying we are sorry you were abused. Call this toll free number and go away so we do not have to see you. Then from some of you we turn away just so you can spit on our back.

Well, Here is your answer, I will no longer be silent, I will no longer be quiet. I will make as much noise as possible. You will listen to, Acknowledge and recognize us, The CHILDREN of sexual abuse under your watch. Be Responsible and atone for what was your responsiblity, Or are you just going to tuck your head, change your name, runaway so the same abuse can happen another day.

Your Honor: Please put someone in charge who will actually do something for the victims. Past, Present and Future. Please don't let the BSA to continue to hurt us.

Please note that dates are approximate, I don't remember exact dates.

Thank You
Respectfully

claim # SA-

# PRIORITY MAIL EXPRESS™

OUR FASTEST SERVICE IN THE U.S.



This envelope is made from post-consumer waste. Please recycle – again.

UNITED STATES POSTAL SERVICE ®

PRIORITY MAIL EXPRESS®

EJ 713 438 633 US

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

EP13F July 2013   OD: 12.5 x 9.5

PS10001000006

**PAYMENT BY ACCOUNT** (If applicable)
USPS® Corporate Acct. No.  |  Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 64671
- Scheduled Delivery Date (MM/DD/YY): 5-14-21
- Scheduled Delivery Time: ☒ 3:00 PM
- Postage: $ 26.35
- ☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
- Date Accepted (MM/DD/YY)
- ☐ 10:30 AM  ☐ 12 NOON
- 10:30 AM Delivery Fee
- Insurance Fee
- Return Receipt Fee
- Live Animal Transportation Fee
- Time Accepted  ☐ AM ☐ PM
- Special Handling/Fragile
- Sunday/Holiday Premium Fee
- Total Postage & Fees
- Weight ___ lbs ___ ozs ☐ Flat Rate
- Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
- Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM  Employee Signature
- Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM  Employee Signature

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available)*
- ☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE,

ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 8 0 1 - ___ ___ ___ ___

PEEL FROM THIS CORNER

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



