*Hope this isn't too late. Been in hospital with broken hip.*

FILED
2021 MAY 17 AM 9:18
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: BSA CASE 

Dear Justice Selber Silverstein,                    May 13, 2021

My lawyer, Andrew Van Arsdale, has asked me to send you the results of abuse I suffered that began when I was a 9-year-old Cub Scout. I am now 87 so the abuse happened 78 years ago. Do I remember it? Like yesterday.

The year was 1973. My father was at war overseas and there were few men around. My only male mentor was our Cub Master, a Navy Commander in a natty Navy uniform, an authority figure. I was his pet, did all I could to charm and please him, and was in awe of him. You could say I loved him, until a day when he took me to his house and gave me Hershey Bars, which you could not get in wartime.

This is when and where the abuse took place. I will not go into details.

I remember a jumble of feelings. I was terrified. Surprised and amazed and let down and suddenly afraid of the mentor I loved. I felt as if his behavior was my fault. My fault. This feeling is what I want to concentrate on in this letter.

WHEN I FELT IT WAS MY FAULT, I FELT I HAD SEDUCED HIM. I DIDN'T KNOW THE WORD SEDUCED WHEN I WAS 9, BUT THAT WAS EXACTLY WHAT I NOW KNOW I FELT.

I HAD NEVER BEEN AWARE OF MALE OR FEMALE 'TIL THEN. I'D LED THE COMMANDER ON WITH MY CHARMING LITTLE

WAYS. I'D BEEN A GIRLY BOY.

RIGHT THEN, I BECAME AWARE OF MY SEXUALITY AND IT TOOK A LEFT TURN TOWARD FEMALE. FOR THE REST OF MY LIFE, IT DIDN'T TURN BACK. I WAS PART FEMALE FOR GOOD. A CURSE.

ONE ABUSE, THIS ONE INJURY, HAS NEVER GONE AWAY, TORMENTRD ME, TAINTED MY BEHAVIOR, AND SERIOUSLY DAMAGED MY RELATIONSHIP WITH MY WIFE.

I FEEL I AM UNIQUELY QUALIFED TO SPEAK OUT ABOUT THIS LIFELONG SUFFERING BECAUSE I'VE LIVED IT FOR SO LONG.

This female feeling was a torture during boyhood, a deeper torture during adolescence, a scourge during adulthood. Not the same as hidden homosexuality, because I was attracted to girls and not boys, and women, not men. But I felt the same anguish as if I were a hidden homosexual who, until only recently, have been beaten and treated like criminals if discovered. (My Princeton roommate was kicked out of Princeton in 1956 for homosexuality. I feared I might be too.)

Fact is, I was more normal than I thought. The tormentor I called "my female" bore no outward signs. In school, I was not effeminate or a sissy. I only felt I was. I was gaga over girls, a good athlete, captain of my tennis team, high school Valedictorian, Princeton cum laude. In business, I was Exec VP of Ogilvy and Mather, NY's best ad agency. At home, a Husband, Father of four daughters. At the same time, I was tortured. But I managed to be a middling success.

In my late 70s, "my female" faded to the rear and left me at last some space to be a full-blooded masculine man instead of a girly man. Except for one unsuccessful, destructive behavior I tried to use to prove I was not part female.

I have been pathologically promiscuous all my adult life to make "my female" go away. She has not gone away. I have been terrified my lovers will discover her.

I have had more affairs than I can count or remember. One-night stands. Two-year affairs. To prove I am a man. Not the little boy/ girl I became when I thought I had seduced the Commander.

Over the years, my wife has known about my infidelities. With counseling, she is understood why. She has been remarkably understanding and loyal. Our marriage has, of course, not been happy but, somehow, we have stayed together. We love each other, despite the pain my long-ago abuse has caused us.

For most of my life I've thought I've been the only one twisted into sexual ambiguity by abuse. Lately I have discovered there are many of us injured for life by the same ambiguity. There are many of us, as you probably know.

This letter includes things I have never told anyone. The telling has been a help to me. I hope it can help the Cubs and Scouts as innocent as I was.

Very Sincerely Yours,

