FILED

2021 MAY 17 AM 9: 19

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Reference Case # SA – ▮

April 28, 2021

Justice Silverstein

I am writing you as a victim of physical sexual abuse while I was in Scouting. While I know the legal proceeding that are going on with the Boy Scouts of America (BAS) are extremely important, I want you to know and remember that as a victim this is about so much more than court proceedings.

This is about the lives of so many children nationwide who had their lives scared for life, as the entire BSA organization did everything necessary to hide these criminal acts.

Before I go into my story, it should be noted that I have identified my sexual abuser in my ASI Court Proof of Claim Form that was filed with the court. I will never forget this man or his name till the day I die. I live with the mental scars he left with me for a lifetime.

It was Saturday night of the weekend BSA Camporee and bonfire. The Order of the Arrow Indian Dance Team put on an Indian Dance Demonstration and I was extremely impressed with them. After the dance team finished their demonstration the Scout Leader that would turn out to be my sexual abuser talked about the Order of the Arrow, Eagle Scouts and some about his life and the fact he was a black belt in karate.

After the bonfire I introduced myself to the Scout leader that would become my sexual abuser because I had just been inducted into the Order of the Arrow within scouting and I was remarkably close to completing my Eagle Scout program. He asked me about my progress on my Eagle Scout and said he would talk to me more about it later.

After the bonfire we were all given free time and I decided to go back to my tent and lay down because I had been going all day and I was very tired. Because we were a military sponsored Scout Troop, we were using big military tents that would hold 25 or 30 scouts in a single tent.

In the tent I stripped down to my t-shirt & underwear and got into my sleeping bag. Shortly after that my sexual abuser appeared next to me in the tent. Not sure if he followed me or ask someone where our troop was. My sexual Abuser sat Indian style next to my sleeping bag and

started talking to me about the Order of the Arrow, Eagle Scout, then he started telling me how I needed to take up karate because it involved discipline and developing your body and mind.

My sexual abuser started talking about how you must develop muscles in karate, and he started touching my shoulders and arms as he talked about muscle develop. He then ████████

████████████████████████████████████████████████████████████████

████████ other scouts and leaders started to come in the tent and ████████████████████ He sat up on his knees next me and whispered to me everything that happens between us is our secret. If I told anyone, he would see to it that I never made Eagle Scout. Then my sexual abuser said that if I told, no one would believe me because of his family background and history in the state. My sexual abuser then walked off as nothing had happened

I did not sleep all night in fear he may return. The next morning as we broke camp anytime I saw my sexual abuser getting close to where I was, I would run and hide.

I never attended another BSA Camping Camporee in scouting because of my fear that my sexual abuser would be there or someone else would abuse me.

For years I suffered fear of being alone in a confined space with an unknown male. I have also carried a great deal of guilt even to this day because other kids that may have been abuse because I did not have the guts to stand up against my sexual abuser.

When I turned 21, I went into Law Enforcement and I had no idea at the time I went into Law Enforcement how my personal sexual abuse would cause me so much personal guilt and at times causing me to hate myself. Throughout my Law Enforcement career, I had to re-live my abuse over and over as I responded to and investigated the sexual abuse of other children as a criminal investigator.

Today when I hear about a child sexual abuse, I continue to suffer guilt and sometimes even continue hate myself because in my heart I know because I did not stand up to my sexual abuser that other kids were abused by him. This is a guilt and pain that I have endured all my adult life and will continue to endure it till I go to my grave.

The people involved in the court Process (Judge and Lawyers) understand the law and know some of the expected results of a Child Sexual Abuse, but you have no idea how it effects a child throughout their entire life. You cannot totally understand the fear, the trust issues, mental stress, and torture you put yourself through. Not to mention the guilt and blame we put on ourselves.

In my bedroom nightstand is my BSA Eagle Scout Award pictured below. This is something I worked hard for and I should be extremely proud of, however that award lost its meaning

because of my BSA Sexual Abuser. My mother died in 2020 and went to her grave proud of her Eagle Scout never knowing what that award represented to me.



Approximate 6 years ago I was approached about being the Volunteer District Chairman for all Boy Scout Troops and Cub Scout Packs within a two-county area. I was told I would be responsible for assisting the paid BSA District Manager in the operation of the Troops and Packs. My first thought was to say no way, but after thinking about it, this would give me a chance to protect the children and help prevent someone else from becoming a sexual abuse victim.

What I found out is their sexual abuse prevention program is just the perception of a real program that was based on ensuring everyone watched a required short sexual abuse video. Past that there was no real emphasis on the child sexual abuse prevention program. But what was just as important, I found out all the BSA wanted from me was my personal and business contacts to raise money for them. I was not involved in the operation of the troops and packs other than discussions with the paid BSA District Manager. In the 6 months I held this volunteer position I learned the entire BSA Program was not about the scouts as much as it was for each district to raise as much money as possible to support the Giant Corporate World that had been formed by the Boy Scouts of America.

After Experiencing the BSA as a child and as an adult, I find myself wondering how an organization that spent so much time pushing values, lost all its own corporate values by hiding

and protecting abusers for years. Then turning the BSA organization into a money-making machine which is very evident in the properties and assets they own. The BSA Organization should not be about hiding criminals and raising money to support the big business structure they formed but rather about protecting the kids and developing the kids to Be Prepared for life and for their future.

My disappointments about the BSA continues to build is my mind and heart as the years go by.

I want to close by saying something about what we do not know. We do not know how many scouts experienced something like the experience I had. We do not know how many of them may have taken their own life because of this. We do not know how many may have suffered some type of mental illness because of scouting sexual abuse. We do not even know how many of them have hidden this from their own parents and grandparents for their entire life, like I did. Some parents may even claim their children became productive, hardworking citizens because of scouting, but they do not know for sure what may or may not have happened in scouting.

While I have suffered from my experiences in scouting and it has impacted my life, I still became a productive, hard-working Citizen and my parents and grandparents have never known about my sexual abuse in scouting. The only family member that knows about my sexual abuse is my wife and we were married years before I ever shared it with her.

Thank you so much for allowing me to really vent about my sexual abuse and my experiences with the BSA that has caused me and so many other kids a lifetime of pain, suffering and grief.

