# FILED

2021 MAY 17 AM 9:20

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

5/1/2021



Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street

Wilmington, DE 19801

    Your honor, I am addressing you with my deepest personal concern over the direction of the above-mentioned case. I was under the impression that when I decide to come forward with my painfully traumatizing childhood experience that steps would be taken to seek damages for the abused. From what I can gather by following the updates provided by the law offices in defense of the victims; This case has had the majority of the concern focusing on the BSA and their attempt to get out of this bankruptcy as if nothing ever happened and the insurance companies doing all that possible to deflect any liability that they are obligated to. How is it that we have come to a point where we are concerned about the unquenchable greed and profiting of insurance companies and mediating for minimal damage to the BSA as an organization that children who have been raped under the care of this organization are an afterthought?

    My name is ▇▇▇▇▇▇ fter much consideration and in light of the apparent stagnation and miss direction thrown to the courts in an attempt to overshadow the true reason for all of this; to make whole the survivor/victims of the horrific atrocities committed by leadership of the BSA. I have decided to share a small account of my childhood while in the BAS organization.

    ▇▇▇▇▇▇ of Bridgton NJ and one of several boy scout leaders of troop 38 Woodstown NJ a now convicted sex offender was my abuser. This despicable human being would come into my tent at Camp Roosevelt while I slept and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ He would always wait until I was asleep. When he first started doing it, I would wake up he would stop and shine a flashlight in my face sometimes grogginess would take over and I would fall back to sleep, other times I could fully recount his actions. He may have been using a drug because I was always so tired. I discussed this with no one in my childhood, the embarrassment was truly devastating. Only two others in my adult life have I given mention to what happen prior to becoming part of this case as a survivor/victim; my father, I was 29 at the time and my wife. Before the abuse I felt a sense of extreme drive, purpose, and always adventuresome. After the abuse started, I was extremely guarded and became more introvert with my actions and emotions. I always felt that this severely hampered my personal, educational, psychological, and social growth. I spent decades with a dark cloud hanging over me and was constantly struggling with my self-worth. I saw my siblings flourish in their educational endeavors and careers which caused much angst and further self-loathing. I chose the military to escape my environment and, I obviously wanted to be as far away from New Jersey and ▇▇▇▇▇▇ as possible and I Psychologically needed to find strength to be able to protect myself for whatever came my way. My relationship with myself had been less than stellar to the point of suicidal tendencies. I had many troubled intimate relationships as well, this cycle went on for over a decade. Physically I continue to carry a scar in the form ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and is very painful, imagine if you will

an open cut that never heals and daily you have ████████████████████████████████
████████████████████████████████████████████████████████████████████████████ his
three-decade old fissure is beyond the point of ever healing and medical professionals through the VA
have told me they could try surgery but that could cause extreme anal seepage and I do not want that,
so this is a lifelong physical injury as far as I am aware. Thank you for taking the time to read this very
painful and forever scarring remembrance of my childhood.

    Sincerely Yours,

████████████████████
████████████████████