FILED
2021 MAY 17 AM 9:22
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Honorable Justice Lauri,

I am writing to you to let you know that the reorganisation plan for our lawsuit against the Boy Scouts of America (& the MORMON CHURCH WHICH BACKS + SUPPORTS THEM) for sexual abuse perpetrated by Boy Scout masters on minor age Boy Scouts. The reorganisation plan protects <u>only</u> the Mormon Church and <u>their vast wealth</u>.

I was sexual, mentally, psychologically & spiritually abused by my boy scout master from my 7th grade 1956 - through 10th grade 1959-60.

The Boy Scouts protected my abuser and blamed <u>me</u>.

(2)

My abuser (in his 30's-40's at the time) told me each time he abused me — (including attempts to force kiss me during the sexual act) He would tell me that I had sinned + that we must pray for forgiveness from Christ & God.

My psychological + spiritual life have been destroyed & it has been a lifetime of struggle to go beyond them & accept that I will never be <u>acknowledged</u> for the suffering I have endured.

To be <u>properly + seriously</u> financially compensated for the suffering I have endured at the hands of an abusive Mormon Church Pedagogy.

I mean <u>seriously</u> financially compensated. The mormon Church is worth UNTOLD BILLIONS — all we ask is millions. That would be salve on the wounds, and allow me to die + live my last years in financial security. I am now 76 years old.

3

never again to anybody else and stand up to accountability. And that it happens to anybody else.

P.P.S My grandfather, ▮▮▮ ▮▮▮ is in the FOOTBALL HALL of FAME & HE WROTE SPORTS (COACHING) - for the Boy's Life magazine of the BoyScouts of America in the 1920's + into the 50's. He coached at Stanford + COLGATE where the football stadium is named after him. May he rest in peace.

My Dad, ▮▮▮ was a Harvard cardiologist + an Eagle scout. May he rest in peace.

I was set-up to do anything to please the BoyScout Master.

My Dad + Granddad ~~they~~ were horrified to learn of the abuse and debated suing them over the years.

A

I have waited 60+ years for compensation, accountability + apologies. I deserve help NOW!! I cannot continue to wait 'til I die for a miserable, petty settlement from the miserly mormon church.

Thank you for your precious time & consideration, your Honor.

I hope with all my heart you have heard my plea w/ your heart & can address our demands with dignity + speed.

Thank you again for all you do in your position as a Justice.

[redacted]

P.S. May the settlement also reflect on the mormon church as doing something GOOD to clean their conscience

Please let me know if I can help you with any further details. I have tried to keep it simple + direct.

It is very difficult for me to write about the abuse & have to relive it. Please Please Please do THE RIGHT THE KIND + RESPECTFUL THING TO HELP RESTORE MY/OUR DIGNITY. To let me know that the MORMON CHURCH REALLY CARES ABOUT SUFFERING OF ABUSE VICTIMS from the Boy Scouts of America.

P.P.S. - My Uncle ▓▓▓▓▓ was a Harvard lawyer who over the years wanted to represent me. He did not because I was family. However, his law firm received the greatest financial settlement for Kodak vs POLAROID. For years it stood as the greatest financial settlement ever. I want AIS to receive the "same" financial VICTORY

In my hometown of Portland, ORE. an abused boy scout received ~~20~~ 22 million compensation That was Honorable — $6,000 is <u>NOT</u>.

\* cont. from Pg. 2 — "No matter who you love, the most important thing before, during & after sex, is that LOVE & Respect flow first to self and then to your partner." — Luke Adler
<u>Born to Heal</u>

~~my abuse of~~ The verbal, spiritual abuse I received after the sexual climax — the period the French call "la petite morte" (the little death") is the most vulnerable needy time for LOVE; not condemnation

& being told you (me 10-14 yrs. old) have sinned & must pray with the BOY SCOUT ABUSER & ask HIS FORGIVENESS — I must BEG FOR FORGIVENESS FROM MY ABUSER BECAUSE HE CONSIDERED THAT I WAS THE SINNER.

Please excuse the MESSY WRITING IT HAS BEEN TOO EMOTIONAL FOR ME TO COPY IT OVER. So I must SEND IT TO YOU AS IS! Hope it is not too confusing.

Thanks Again For All You Do as a great Justice & PEACE + HEALING + ACCOUNTABILITY BY ALL OFFENDERS of OTHERS

The bankruptcy claim of the BSA is not true or legal. They as we know are backed by & always have been THE MORMON CHURCH which is NOT BANKRUPT!

my great grand dad led cattle drives to KERRVILLE TEXAS in the 1870's + 80's - The earliest photo of Buffalo Bill Cody is with my great Grand Dad! JUST SAYIN' so COMPENSATE ME DECENTLY
us

SHIP TO:
824 N MARKET ST
Wilmington DE  19801-3024

USPS TRACKING® #

9505 5154 1697 1131 3485 23

PS00001000014

C012

TRACKED ■ INSURED

ONE RATE ■ ANY WEIGHT

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

To schedule free Package Pickup,
scan the QR code.

FROM:

TO: JUSTICE LAURI SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6th FLOOR
WILMINGTON, DE. 19801

U.M.S.
X-RAY

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
SUPPLIES ONLINE