May 11, 2021

FILED

2021 MAY 17 AM 9: 28

CLERK
U.S. BANKRUPTCY COURT:
DISTRICT OF DELAWARE

To Judge Silverstein:

I was here young at 11 or 12 yrs old when I became a boy scout. We only had about three meetings before we had a camp out at Lake Atkinson. We did various things around the camp before we all went to our tents to sleep.

A Scout master told me I had to sleep in his tent. I was almost asleep when I ███████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████. He then put his clothes on. I found out later I had broken his thumb. Then he went to another tent to talk to another boy. After awhile he got into his car and left the camp.

Then I rolled up my sleeping bag and ran about two miles to get home. I went to bed and never slept all night.

I could not tell my dad what happened because he had a bad heart. I was afraid he might do something bad at that camp. The next day I told my dad I did not want to be in Boy Scouts anymore. We both went back to the camp and turned in my shirt the next day. That was the end of the Boy Scouts for me. A week later I heard the Scout master moved to Norfolk, VA

It was a very tramatic time in my life young
and absolutely no other boy should ever
experience what I did. It was very confusing
to me since I was taught to respect our
leaders.

It is too late now to have him prosecuted
but I want to do what I can to bring some
justice for myself and to other boys like me
who are men now but our memories still remain.
This is so tramatizing for young boys who do not
know how to defend themselves. Boys expect to have
fun going to camp; not to have their innocence
questioned.

Later as a teenager I could never shower
in front of other boys. It greatly affected
my manhood. I was ashamed of my own
body and wanted no one to see me naked.

All these events are still fresh in my mind
and I should have been protected as I know
now. It should never ever happen to another
innocent child!!

SA - ███████

Yours truly,

███████████████

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801



U.S.M.S. X-RAY

