To Justic Silverstein

Claim # SA ▇▇▇▇

I'm 58 yrs old and starten in Cub Scouts and then to webelos and finaly to Boy scouts and participated in Numerous outing and camping trips and at age 13-14 i went to manypoint scout camp with my troop. While at manypoint sitting around the campfire the Older scout were Telling Scary Stories about The ~~entire~~ yeti and scared the hell out of me. a camp couseler that had his tent in our campsite told me if i was scared i could sleep in his tent. When i woke up he had ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. I was to scared to move and just pretended i was sleeping. I knew it was wrong and wanted to tell somebody but did not think anybody would beleave me (his word against mine). My parents did not have alot of money so going to manypoint was a big deal and they trusted the camp to keep me safe. I was scared a thought the cousler would protect me. Looking back the cousler knew what he was doing. He got me alone and then assulted me. I the years that fallowed. I started drinking at 14-15 and was always in trouble stealing and vandalism. at age 17 I was sent

To Sauk Centre reform school. I've struggled was with sexual desires as a result of this and it was a main contributor to my first marage ending in divorce. I never seen a professional counster for this and I never acted out against children. Thank god parents like mine trusted the B.S.A. with their children and the B.S.A. knowingly let these monster pray on incent kids and now the BSA wants to take minnimal responsibility for what happened to kids like me. We did not want this or ask for it and spent countless time + money in therapy not to mention the problem, heartache and money spent on Loweys and fines for my parents and my self. Now I'm not saying that all the problems as a teenager and young adult is a result of this sexaul abuse but im the only one out of 8 kids in my family that had them. The B.S.A. has made big profits over the years from kids and has turned a blind eye to this sexaul abuse. Now there worried about how there going to survive this. They still dont care about all the kids that they hurt that they were supposed to be protecting. What they are currently offering is not acceptable when all said and done will not compesate the victims and when its time to vote.      I Will Vote NO

Please do the right thing
Thank for your time





SHIP TO:
824 N MARKET ST
Wilmington DE 19801-3024

PRIORITY MAIL 2-DAY®
$7.95
Origin: 96007
05/10/21
0502280007-27
0 Lb 1.70 Oz
C012
1006

EXPECTED DELIVERY DAY: 05/13/21

Justic Lauri Selber Silberstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington D.E.
19801