## Exhibit B

## Expense Detail

| Work Date | Timekeeper Name | Description | Bill Amt |
|---|---|---|---:|
| 3/3/2021 | Valdez, Raul | Printing | 0.14 |
| 3/3/2021 | Valdez, Raul | Printing | 0.14 |
| 3/3/2021 | Valdez, Raul | Printing | 3.92 |
| 3/3/2021 | Valdez, Raul | Printing | 0.56 |
| 3/3/2021 | Valdez, Raul | Printing | 0.42 |
| 3/3/2021 | Valdez, Raul | Printing | 4.48 |
| 3/3/2021 | Valdez, Raul | Printing | 0.70 |
| 3/3/2021 | Valdez, Raul | Printing | 3.08 |
| 3/3/2021 | Valdez, Raul | Printing | 0.98 |
| 3/3/2021 | Valdez, Raul | Printing | 0.84 |
| 3/3/2021 | Valdez, Raul | Printing | 1.26 |
| 3/3/2021 | Valdez, Raul | Printing | 1.40 |
| 3/3/2021 | Valdez, Raul | Printing | 1.40 |
| 3/3/2021 | Valdez, Raul | Printing | 0.70 |
| 3/3/2021 | Valdez, Raul | Printing | 2.80 |
| 3/3/2021 | Valdez, Raul | Printing | 1.26 |
| 3/3/2021 | Valdez, Raul | Printing | 1.12 |
| 3/3/2021 | Valdez, Raul | Printing | 0.98 |
| 3/3/2021 | Valdez, Raul | Printing | 1.96 |
| 3/3/2021 | Valdez, Raul | Printing | 0.56 |
| 3/3/2021 | Valdez, Raul | Printing | 0.84 |
| 3/3/2021 | Valdez, Raul | Printing | 2.38 |
| 3/3/2021 | Valdez, Raul | Printing | 3.50 |
| 3/3/2021 | Valdez, Raul | Printing | 1.68 |
| 3/3/2021 | Valdez, Raul | Printing | 4.62 |
| 3/3/2021 | Valdez, Raul | Printing | 0.14 |
| 3/3/2021 | Valdez, Raul | Printing | 0.28 |
| 3/3/2021 | Valdez, Raul | Printing | 0.14 |
| 3/3/2021 | Valdez, Raul | Printing | 0.14 |
| 3/3/2021 | Valdez, Raul | Printing | 0.14 |
| 3/3/2021 | Valdez, Raul | Printing | 0.14 |
| 3/3/2021 | Valdez, Raul | Printing | 0.14 |
| 3/3/2021 | Valdez, Raul | Printing | 0.28 |
| 3/3/2021 | Valdez, Raul | Printing | 0.14 |
| 3/22/2021 | Hirshorn, Deanna | Document Research | 7.40 |
| 3/1/2021 | Boone, Robbie | Printing | 23.10 |
| 3/1/2021 | Boone, Robbie | Printing | 23.10 |
| 3/1/2021 | Boone, Robbie | Printing | 16.94 |

| Date | Name | Type | Amount |
|---|---|---|---:|
| 3/18/2021 | Boone, Robbie | Printing | 0.56 |
| 3/18/2021 | Boone, Robbie | Printing | 0.56 |
| 3/18/2021 | Boone, Robbie | Printing | 0.56 |
| 3/18/2021 | Boone, Robbie | Printing | 36.54 |
| 3/18/2021 | Boone, Robbie | Printing | 0.28 |
| 3/18/2021 | Boone, Robbie | Printing | 0.28 |
| 3/18/2021 | Boone, Robbie | Printing | 53.06 |
| 3/18/2021 | Boone, Robbie | Printing | 0.28 |
| 3/18/2021 | Boone, Robbie | Printing | 0.28 |
| 3/18/2021 | Boone, Robbie | Printing | 53.06 |
| 3/18/2021 | Boone, Robbie | Printing | 22.54 |
| 3/18/2021 | Boone, Robbie | Printing | 37.52 |
| 3/18/2021 | Boone, Robbie | Printing | 0.28 |
| 3/26/2021 | Boone, Robbie | Courier Service | 41.35 |
| 3/29/2021 | Boone, Robbie | Printing | 12.32 |
| 3/29/2021 | Boone, Robbie | Printing | 0.56 |
| 3/29/2021 | Boone, Robbie | Printing | 0.28 |
| 3/29/2021 | Boone, Robbie | Printing | 0.28 |
| 3/29/2021 | Boone, Robbie | Printing | 0.84 |
| 3/29/2021 | Boone, Robbie | Printing | 0.42 |
| 3/29/2021 | Boone, Robbie | Printing | 2.24 |
| 3/30/2021 | Boone, Robbie | Printing | 24.50 |
| 3/30/2021 | Boone, Robbie | Printing | 6.30 |
| 3/30/2021 | Boone, Robbie | Printing | 11.90 |
| 3/22/2021 | Thomas, Jennifer | Document Research | 32.88 |
| 3/22/2021 | Rosenberg, Erin | Document Research | 1.31 |
| 3/8/2021 | Nasser, Adam | Printing | 1.26 |
| 3/9/2021 | Nasser, Adam | Printing | 0.14 |
| 3/19/2021 | Nasser, Adam | Printing | 9.24 |
| 3/19/2021 | Seham, Samuel | Overtime Meals | 35.51 |
| 3/22/2021 | Aparicio, Geoffrey | Courier Service | 21.17 |
| 3/5/2021 | Lauria (Boelter), Jessica | Courier Service | 168.75 |
| 3/17/2021 | Lauria (Boelter), Jessica | Printing | 0.56 |
| 3/17/2021 | Lauria (Boelter), Jessica | Printing | 2.10 |
| 3/17/2021 | Lauria (Boelter), Jessica | Printing | 0.14 |
| 3/17/2021 | Lauria (Boelter), Jessica | Printing | 1.26 |
| 3/24/2021 | Lauria (Boelter), Jessica | Courier Service | 53.90 |
| 3/29/2021 | Lauria (Boelter), Jessica | Printing | 0.28 |
| 3/29/2021 | Lauria (Boelter), Jessica | Printing | 0.42 |
| 3/29/2021 | Lauria (Boelter), Jessica | Printing | 3.22 |
| 3/29/2021 | Lauria (Boelter), Jessica | Printing | 1.26 |
| 3/31/2021 | Lauria (Boelter), Jessica | Courier Service | 1,101.25 |
| 3/12/2021 | Linder, Matthew | Miscellaneous Other | 50.00 |
| 3/17/2021 | Warner, Blair | Document Research | 8.50 |

| | | | |
|---|---|---|---:|
| 3/11/2021 | Admin Partner, W&C | Courier Service | 56.25 |
| | | | **1,970.13** |