I am writing this to let the courts know how the abuse effected me mentaly. I spent a lot of my young life wondering what exactly what I was, how I was supose to act, who I was supposed to turn to, I had no one and was a very scared boy, and confused. I had grown men telling me if I told anyone I would be in serious trouble and consequences, scare tatics, is what it was and it worked back then. I went to the army but was kicked out because I was very insecure about my manhood was uncomfortable around men in general. This abuse has effected my life in every aspect including my wife and kids, friends

because its always was hesitant or second guessing decisions instead of being sure and confident. I have a lot of hatred built up I never let out or show, I don't trust any man unless I get to know them very well and that doesn't happen. If only thing good come out of this, it is I would make sure this wouldn't happen to anyone else, If I could stop it. I am trying to enjoy the rest of my life as much as I can sometimes it is difficult!
Thank you for your time.



TO:
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801