Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

**FILED**
2021 MAY 17 AM 9:35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 10, 2021

Dear Justice Lauri Selber Silverstein:

My name is [redacted] and I was affiliated with the Boy Scouts from 1975 to 1983. I would like to extend my gratitude for you taking the time to read my summary of the impact of my abuse during my time with the Boy Scouts of America. I realized that I had suppressed the memories of my abuse, until I started speaking to my wife about it 10 years ago. We went on a cruise, and one of the excursions was snorkeling. She begged me to go, I did apprehensively. She noticed how I was acting when we had to hold our head under the water to snorkel. I could not do it for long, and I went back on the boat. That started the conversation between us about what happened to me in the boy scouts. When we had swim days, some of the boys would hold my head under the water, and I had to fight to get them off me. This happened many times, but I knew that being the only one of two African American kids in my troop, that I could not let them run me out of the scouts, so I stayed.

My abuser was a fellow scout, that attacked me one evening, and [redacted] My scout master knew about what happened and told me it was my fault that he played with me. I remember crying in front of him because he had gotten mad at me for something I did not do. He never addressed the incident. That cold February night took my innocence and trust of the Boy Scouts away. My father picked me up that night and I remember getting into my family's 78' light blue Nova crying. How do you express something like that at 12 years of age? I did not know what had just happened, I couldn't process why?

Along with the sexual abuse, I experienced a lot of racist behaviors from some of the scouts. I was called nigger, tar baby, Toby from roots the movie. I had a lot of mental anguish in the scouts because of the racist taunts. They made racist remarks about my father, who was the most educated amongst them, but they still disrespected him. Not all of the scouts had this behavior! There were some that tried to be respectful, and there were some that were blissfully unaware of the abuse. I eventually became an Eagle scout through my father pushing me to not give up, and I did finish my years in the scouts, and made the rank of Eagle Scout.

It has taken me some time to even acknowledge how the sexual abuse/mental abuse and the racist remarks has affected me in many facets of my life. The sexual abuse impacted my feeling of manhood at an early age. I felt I had to prove myself that I was a man, even though I have been married twice and have a 19 year old biological son from my first marriage, and two stepchildren from my current marriage. I have served honorably in two branches of the

military: three years Navy, and six years in the Indiana Guard. All during my time in the service, I dealt with psychological problems, such as depression and anxiety. I contemplated suicide in the Navy and spent two weeks in a psych ward at an air base in Mississippi. I had a psychiatrist in the army because I could never relax.

Since this case has come to fruition, I have found my voice to speak about what happened to me to others. I have spoken to my parents about it in more depth, along with the other incidents that I experienced. They both apologized profusely for not protecting me or addressing this with the Scout Master or Boy Scouts of American.

I am a disabled veteran through the VA. Sixty percent of my disability is depression and anxiety. This trauma has tainted my life from not feeling adequate and confident in my jobs or marriages. The feelings of inadequacy and hopelessness has been something I have struggled with since the incident. I am currently on medication, and still see a psychologist through the Veterans Administration every 3 months.

In closing, this is a step in the right direction to bring restitution and healing to those, including myself, who have suffered through the sexual abuse from the Boy Scouts of America.

Respectfully,

