①

FILED-2021
2021 MAY 17 AM 9:36
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

Dear Justice Laurie Selber Silverstein,
my name is ███████
███ I was Born ████████
█████ San Jose California
The day that I Joined boy Scouts of America turned out to be the worst day of my life
The boy scouts were supposed to teach me how to be a Man, instead that Man did things to Me you only hear about in Hororr Stories,
I don't remember what his name was but do Remember what he looked like He threatened Me and my family he told Me if I told anyone about what He was doing to me He would hurt my family and Me. At first It was

②

It was just toutching, but then progressed into full sexual rape/assault it ruined my sex life, affected my friendships of all kinds boy girls. Due to trust issues I had not one relationship that hasn't Ended Badly due to what Had Happened to Me I Raised My Kids the best I could However there were a lot of things that they missed out on because of what He has done. They Had Given these Men too much power over the boy scouts and weblowes etx. And what Has Happened to Me and others at the Hands of these Predators no amount of money can repair the damages that they Have caused as we try to move on with

③

our lives the best we know ▮

I am so embarassed to even talk about all this, my kids lost out on a lot of things because I didnt want anything to happen to them as it did to me, most of my family doesnt no about any of this, I still blame my self for some resan, could of I stoped him some how? I was so scard if my mom or dad found out what was happening to me, how could I exsplane it to them at 8 or 9 years old, would thay even beleave me? So I kept it to my self for years to come, trying to make exscused on why I didnt want to go ~~all~~ with this man when it came time to go? the way that man looked at me whn →

(4)

he would pick me up at my house, like we where best friends, he seemed so nice in front of my mom and dad, Noing what was going to happen to me when he got me to his house or out camping. I cryed so many nights. It hurt so much my body had bruises from head to toe, but nothing that could be seen when I was dressed. I prayed to God to help me. Was this how life was? Was all this ok? this went on for a few years, finly, we moved to calif thank God, It was finly over with, but little did I no the pain went on for the rest of my life, there was so much more, but no time for now.

---
MEDICAL RECORD                              Progress Notes
---

03/14/94 14:41     GENERAL NOTE
                   Dear Mr. █████

                   The gastroenterology doctors have been unable to contact
                   you to schedule your appointment, since you do not have a
                   telephone. I therefore took the liberty of scheduling an
                   appointment for you on Wednesday, March 23, 1994 at 10:00
                   in the morning in the gastroenterology suite. This
                   appointment will be for an endoscopy, a test where the
                   physician will use a lighted scope to look down your
                   thoat and esophagus, to get a direct view of the area of
                   irregularity seen on your X-ray study last month. They
                   may even want to take some small biopsies of any abnormal
                   areas.

                   In preparation for this appointment, you should plan on
                   not taking anything by mouth after midnight the night
                   before, except for your usual medications with a small
                   sip of water only. You should also avoid any medications
                   such as aspirin or other over-the-counter pain
                   medications, from the time you receive this notice until
                   after your test. Tylenol or acetaminophen can be used
                   for minor aches and pains.

                   Once again, you should plan on being in the
                   gastroenterology endoscopy suite no later than 10:00 a.m.
                   on March 23. If this is a problem for you, you need to
                   call 206-764-2285 and leave a message to reschedule your
                   appointment. Otherwise you can call 764-2440 and I will
                   try to assist you, but you really need to deal with the
                   gastroenterologist directly to set up your appointment.

                                                       Sincerely,

                                                       *(signature)* Paden MD
                                                       Grady Paden, MD
                                                       GIMC staff physician

                   /es/ GRADY R PADEN
                        MD    03/14/94 14:52

---
                            VAMC SEATTLE, WA
---



Justice
Lauri Selber Silverstein
B.S.A. Bank Ruptcy
824 Market
6th Floor Wilmin...
D.E 19801

U.S.M.S. X-RAY

Portland PMUC 97218
TUE 11 MAY 2021 AM