FILED

May 10, 2021

2021 MAY 17  AM 9: 45

REF # SA- ███

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

Your Honor:

   I am writing this letter to the court so you can understand a thumbnail sketch of what the BSA sexual abuse was with me.

   I was in scouting in Oklahoma City and at the age of 9 in 1957 the abuse began. The abuser was the Scout Master J████████ The abuse lasted until the age of 13 when my family moved from Oklahoma City.



   The sexual abuse occurred when he would give me rides home after the scout meetings at a city park. He took me to his house several times and I was abused in his camping trainer and at least 2+ times in his bedroom.  When we were on troop camp outs, he would have me come in his tent and abuse me. I was abused by him a minimum of 14+ times that I can remember. I have blocked out so much.

   The abuse must have been wide spread because the Boy Scout Camp leadership showed the camper boys movies of the troops swimming nude and playing at the camp lake. Also there were occasions when I saw the scout leaders filming us scouts swimming and playing in the nude.

   For the past 60 years I have had anxiety and safety issues. I have been a loner and get anxious If I have to go to some ones house. Every time I start a fire or tie a knot I have haunting memories of the Boy Scout abuses. I have basically no memories of campouts, hikes in the woods or meetings with the Boy Scouts when the Scout Master was present. I never told anyone about the abuse for the past 60 years. I am to hurt and ashamed and did not want anyone to know. I did tell my wife and family in

2020, and began counseling with medication. It seems better until I have to fill out a form, a scouting memory or write a letter like this. I do feel the Boy Scouts of America is a good organization however its past history has proven that they have not protected their scouts and have covered up widespread sexual abuse. They should be held accountable!

Sincerely,

