May 6, 2021



RE:

To whom it may concern,

For more than 40 years now I have lived with memories as a young child of 9, 10, & 11 of sick and disgusting acts committed by adults that were charged with my care. Trusted adults in a reputable and respected community that was an exclusive club for boys and young men alike. If you were in the Boy Scouts you were considered to be in an exclusive and somewhat prestigious group. I was once proud to say I was a Cub Scout. After the passing of my mother I found the documentation proving I was a Cub Scout. I knew I was and I knew what I witnessed and endured. It was NOT my imagination, it was very real.

My mother saved all of my school records and documents and they began to paint a picture of a young boy who was disturbed and progressively began to act out not only in the classroom but at home too. From spending a lot of time in the school office for fighting or other disciplinary acts, and then starting to use drugs and alcohol at a young age to try and suppress my feelings and try to forget what happened. I remember adults giving money and candy to children to allow them to do "things" to you. I don't remember any names but I have some of the faces seared into my memory. I was sad as a young boy because my parents and other adults never believed me. I would often do things to seek out attention. This usually would lead to me getting in trouble to where I eventually had to just block it out. This ordeal seemed to follow me throughout my life though.

I went to culinary school to become a chef despite having no confidence in anyone with authority due to my experience with structure. I went on to marry at 20 years old a young girl 4 years my junior. I could not control my feelings from being abused and constantly was jealous of her and everything she did. I started to go to a dark place and tried to kill myself on a couple of occasions. Having faith in God and a strong love for my mother, thankfully I could never go through with it. My mom tried to get me to counseling but my constant fear of adults prevented me from going.

We were a catholic family until the mid-70's when my mom was approached by the Bishop who was sexually harassing, touching, and asking her to do things with him. Consequently, we went to another church. I have a card from Calvary Missionary Church from 1972 or so. We did move a few times from church to church.

My anger, fear and lack of control changed me but IT DID NOT DESTROY ME!!!It almost cost me my life and now to think there may be no accountability is unfathomable. Now there is talk of the Boy Scouts and Girl Scouts becoming one entity? Oh my God!!! What kind of world are we living in today? Is this going to be swept under the rug? Now to possibly allow the mingling of the girls and boys in 2021? Will there be any better accountability? Or any at all? Especially after the Larry Nassar scandal, we must protect our children today and tomorrow.

I must confess I did not spend many hours or days on this letter. It came off the top of my head. With years and months and days flooding back to me in a short period of time to type this. I am enclosing additional documentation with this letter. Thank you for your time.



BOY SCOUTS OF AMERICA

CERTIFICATE OF PROMOTION

No. U2501  Ⓦ  Warner  Printed  in  U.S.A.

BOY SCOUTS OF AMERICA

PACK 2CC

PONTIAC MI

TO THE LAST DAY OF

JAN. 1972

276 THIS CERTIFICATE IS NOT TRANSFERABLE AND IS
VOID AFTER EXPIRATION DATE. IT MUST BE SHOWN
LOCAL DISTRIBUTOR WHEN PURCHASING UNIFORMS

PRESIDENT                    CHIEF SCOUT EXECUTIVE

NO. 28-405

---

CERTIFICATE OF PROMOTION

This certifies that

Is Promoted

To the _Junior_ _Class_
                    Grade

of the _Calvary Missionary Church_
                              School

at _1361 Stubbings Rd._ Date _Sept. 3-72_

_Jerome E. Matlock_

_____
Teacher

_Rev. L. L. Dossey_
_____
Minister

---

Thy word have I hid in mine heart, that
I might not sin against thee.'
—Psalm 119 11

ANDERSONVILLE ELEMENTARY SCHOOL

*Nov. 29, 1972*

Dear Parents:

A disciplinary report has been filed in my office
concerning ████████████████████ conduct on
the school bus. The child has been counseled
concerning his/her behavior. Further complaints of a
similar nature may result in your child losing his bus
privileges.

We hope that you will cooperate in this matter so that
we can provide safe transportation for all of the
children.

COMMENTS:

*Refuses to obey the bus
driver - causing a disturbance
on the bus*

Sincerely,

*Mrs. Mousseau*

Mrs. Mousseau
Principal

I take part in all musical activities

I enjoy singing

I use art materials correctly

I am developing in artistic expression

I have good posture

I respond to rhythms



## READING AND NUMBER READINESS FOUNDATION

I can print my name

I can successfully follow three verbal directions

I enjoy books, stories, and poems

I can tell a story in proper sequence

I can relate my experiences to the group

I use complete sentences

I can see likenesses and differences in objects, pictures, and letters

I can hear likenesses and differences in sound

I speak clearly and accurately in a pleasant voice

I can count objects

I am curious about and interested in the world in which I live

| Report Periods | First Period | Second Period | Total |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Days Absent | First Period | Second Period | Total |
|---|---|---|---|
|  | 12 |  |  |

COMMENTS:
First Period

COMMENTS:
Second Period:

**PARENT'S SIGNATURE**

First Semester:

Second Semester:

# MY PROGRESS IN KINDERGARTEN

NAME

TEACHER _Mrs. A. Beck_

SCHOOL YEAR _1967-1968_

## Goals For Achievement in Kindergarten

To the Parents:

In the kindergarten your child will learn to live, to work, and to play with other children of his age. The kindergarten introduces him to school as a happy place.

On the inside you will find a list of the goals for achievement desired by the end of the kindergarten year. Children who are past five years old when they enter school may attain these goals earlier in the school year than younger children.

# SOCIAL, PHYSICAL AND EMOTIONAL DEVELOPMENT



I play well with others and am a good sport

I am courteous and considerate of others

I accept and respect authority

I respect the rights and property of others

I am dependable

I take part in informal conversation

I obey school rules

I listen while others speak

I enjoy work or play

I know my whole name, address, and telephone number

I accept constructive criticism

I claim only my share of attention

I listen to directions

I follow directions

I make good use

I work without disturbing others

I think for myself and solve my own problems

I do work carefully and neatly

I take good care of materials and other property

I follow safety rules

I use my hands properly

I keep materials out of my mouth

I keep reasonably neat and clean

I rest

## Goals For Achievement in Kindergarten





The school is attempting to help your child develop in each of the areas listed within. The grading symbols used for this Progress Report are based upon the teacher's most accurate estimate of the child's own ability. They do not indicate his standing in ...

## GRADING SYMBOLS

S — Satisfactory      N — Needs Improvement

I — Improving but not as yet satisfactory

This Kindergarten Report of Progress will come to you four times during the year, except as a parent- teacher conference substitutes for this written report.

We think that satisfactory adjustment to school life and good work habits are important if your child is to have valuable learning experiences. This report includes such information.

Please do not hesitate to contact the teacher or the principal whenever you have a question or a problem concerning your child's school life. Many misunderstandings are avoided when parents and teachers work together for the good of children.

DANA P. WHITMER
Superintendent of Schools

**FIRST PERIOD**

PARENT'S COMMENTS AND SIGNATURE

**SECOND PERIOD**

PARENT'S COMMENTS AND SIGNATURE

**THIRD PERIOD**

PARENT'S COMMENTS AND SIGNATURE

# School District of the City of Pontiac



# REPORT
## OF
# PROGRESS

# KINDERGARTEN

D'S PROGRESS

NAME

★ STANDS FOR · YOU TO COMMENTS ON AN ENCLOSURE

# GROWTH

The Kindergarten provides situations which help the child develop the skills and work habits that form the basis for learning experiences.

# GROWTH IN SKILLS AND WORK HABITS

All areas will not necessarily be checked at first.

Additional areas will be checked as child grows or develops new skills and work habits.

| | FIRST PERIOD | | | SECOND PERIOD | | | THIRD PERIOD | | | FOURTH PERIOD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DOES VERY WELL FOR HIS AGE | SATISFACTORY | NEEDS MORE TIME TO DEVELOP | DOES VERY WELL FOR HIS AGE | SATISFACTORY | NEEDS MORE TIME TO DEVELOP | DOES VERY WELL FOR HIS AGE | SATISFACTORY | NEEDS MORE TIME TO DEVELOP | DOES VERY WELL FOR HIS AGE | SATISFACTORY | NEEDS MORE TIME TO DEVELOP |
| 1. Likes books and stories | | | | | | | | | | | | |
| 2. Shows interest in nature and science | | | | | | | | | | | | |
| 3. Likes to sing and listen to music | | | | | | | | | | | | |
| 4. Can sing simple songs in tune | | | | | | | | | | | | |
| 5. Expresses his own ideas with art materials | | | | | | | | | | | | |
| 6. Speaks plainly | | | | | | | | | | | | |
| 7. Uses and cares for materials and tools in right way | | | | | | | | | | | | |
| 8. Finishes work that he begins | | | | | | | | | | | | |
| 9. Can follow directions | | | | | | | | | | | | |
| 10. Notices new things of interest | | | | | | | | | | | | |
| 11. Shows readiness for numbers | | | | | | | | | | | | |
| 12. Shows readiness for reading | | | | | | | | | | | | |
| 13. Can recognize his name in manuscript | | | | | | | | | | | | |
| 14. Can tell first name and last name | | | | | | | | | | | | |
| 15. Can tell address | | | | | | | | | | | | |
| 16. Can tell phone number | | | | | | | | | | | | |
| 17. Asks good questions | | | | | | | | | | | | |
| 18. Recognizes colors | | | | | | | | | | | | |

Conference

✓ A CHECK INDICATES THE CHILD'S PROGRESS

★ STAR REFERS YOU

# PERSONAL, PHYSICAL & SOCIAL GROWTH

# GROWTH IN

ergarten aims to
child make a satis-
djustment to school
he learns to get along
iss from group. A healthy
usually happy, well adjust-
able to do his best in school.

The Kindergarten pro-
vides situations which help
the child develop the skills
and work habits that form the
basis for learning experiences.

| | FIRST PERIOD | | | SECOND PERIOD | | | THIRD PERIOD | | | FOURTH PERIOD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DOES VERY WELL | DOES SATISFACTORILY FOR HIS AGE | NEEDS MORE TIME TO DEVELOP | DOES VERY WELL | DOES SATISFACTORILY FOR HIS AGE | NEEDS MORE TIME TO DEVELOP | DOES VERY WELL | DOES SATISFACTORILY FOR HIS AGE | NEEDS MORE TIME TO DEVELOP | DOES VERY WELL | DOES SATISFACTORILY FOR HIS AGE | NEEDS MORE TIME TO DEVELOP |
| Enjoys work | | | | | | | | | | | | |
| Works well with others | | | | | | | | | | | | |
| Enjoys play activities | | | | | | | | | | | | |
| Plays well with others | | | | | | | | | | | | |
| Learning to take turns and share | | | | | | | | | | | | ✓ |
| Respects the rights and property of others | | | | | | | | | | | | |
| Tries to be kind and courteous | | | | | | | | | | | | ✓ |
| Expresses ideas well in group discussion | | | | | | | | | | | | ✓ |
| Listens while others are talking | | | | | | | | | | | | ✓ |
| Shows self-confidence and willingness to attempt new activities | | | | | | | | | | | | ✓ |
| Tries to observe preschool and safety rules | | | | | | | | | | | | ✓ |
| Practices good health habits at school | | | | | | | | | | | | |
| Relaxes during rest period | | | | | | | | | | | | |
| Takes part in rhythms and games | | | | | | | | | | | | |
| Takes off and puts on wraps | | | | | | | | | | | | |

*Conference* (handwritten in Fourth Period column)

All areas
will not
necessarily
be checked
at first.

Additional
areas will be
checked as
child grows
or develops
new skills
and work
habits.

1. Likes books and stories
2. Shows interest in nature and science
3. Likes to sing and listen to mu
4. Can sing simple songs in fun
5. Expresses his own ideas with art materials
6. Speaks plainly
7. Uses and cares for materials and tools in right way
8. Finishes work that he begins
9. Can follow directions
10. Notices new things of interest
11. Shows readiness for numbers
12. Shows readiness for reading
13. Can recognize his name in mo
14. Can recognize his name and last na
15. Can tell address
16. Can tell phone number
17. Asks good questions
18. Recognizes colors

MALKIN SCHOOL

ear September _____ 19 ___ to June _____ 19 ___

## ATTENDANCE RECORD

| | Days Present | Days Absent | Tardy |
|---|---|---|---|
| | 97 | 3 | 0 |
| | 11 | 2 | 1 |
| | 11 | 1 | 0 |

## ASSIGNMENT

d ___ to grade ___

.ec ___ _tify that ___

_Jacqueline B. Biddle_ effective September, 19 _68_

TEACHER'S SIGNATURE

## FINAL SUMMARY

This Kindergarten Report of Progress will come to you four times during the year, except as a parent- teacher conference substitutes for this written report.

We think that satisfactory adjustment to school life and good work habits are important if your child is to have valuable learn- ing experiences. This report includes such information.

Please do not hesitate to contact the teacher or the principal whenever you have a question or a problem concerning your child's school life. Many misunderstandings are avoided when parents and teachers work together for the good of children.

DANA P. WHITMER
Superintendent of Schools

**FIRST PERIOD**

PARENT'S COMMENTS AND SIGNATURE

**SECOND PERIOD**

PARENT'S COMMENTS AND SIGNATURE

**THIRD PERIOD**

PARENT'S COMMENTS AND SIGNATURE

TO PARENTS OF SECOND AND THIRD GRADE CHILDREN

| FIRST PERIOD | |
| SECOND PERIOD | |
| THIRD PERIOD | |
| FOURTH PERIOD | |
| FIFTH PERIOD | |

PARENT'S SIGNATURE

PARENT'S SIGNATURE

PARENT'S SIGNATURE

This report will be sent to you periodically, except as a parent-teacher conference substitutes for this written report.

We think that satisfactory adjustment to school life and good work habits are important if your child is to have valuable learning experiences. This report includes such information.

The items you find under the heading "Growth in School Studies" have been selected with care to give the parent rather specific information concerning the child's progress.

Please do not hesitate to contact the teacher or the principal whenever you have a question or a problem concerning your child's school life. Many misunderstandings are avoided when parents and teachers work together.

DANA P. WHITMER
Superintendent of Schools



School District of the
City of Pontiac

R E P O R T
OF
P R O G R E S S
SECOND & THIRD GRADE

## TO PARENTS OF SECOND AND THIRD GRADE CHILDREN

This report will be sent to you periodically, except as a parent teacher conference substitutes for this written report.

We think that satisfactory adjustment to school life and good work habits are important if your child is to have valuable learning experiences. This report includes such information.

The items you find under the heading "Growth in School Studies" have been selected with care to give the parent rather specific information concerning the child's progress.

Please do not hesitate to contact the teacher or the principal whenever you have a question or a problem concerning your child's school life. Many misunderstandings are avoided when parents and teachers work together.

DANA P. WHITMER
Superintendent of Schools

| | |
|---|---|
| FIRST PERIOD | |
| SECOND | |
| THIRD PE | |
| FOURTH PERIOD | |
| FIFTH PERIOD | |

---

School __Alcott__

Teacher __Mrs. Lee__

Principal __Mrs. L. Adams__

School Year September ___ 19 **70** to June ___ 19**71**

### ATTENDANCE RECORD

| Period | Days Present | Days Absent | Tardy |
|---|---|---|---|
| First | 38 | 0 | |
| Second | 39 | 1 | |
| Third | 28 | 1 | |
| Fourth | 39 | 0 | |
| Fifth | 38 | 0 | |

### ASSIGNMENT

This is _____ effective September, 19 **71**

Is assigned to grade __Three__

__Mrs. S. Lee__
TEACHER'S SIGNATURE

### FINAL SUMMARY

# GROWTH IN CITIZENSHIP

KEY TO MARKS:

O = Does very well.
S = Does satisfactorily for his age.
U = Needs to improve.

This section indicates how well your child works as an individual . . . and participates as a member of his school group.

## WORK HABITS

- Listens and follows directions well
- Begins work on time
- Completes work on time
- Makes good use of his time
- Works accurately
- Works neatly
- Works well with others
- Uses books and materials carefully
- Works independently

## SOCIAL HABITS

- Is friendly and kind
- Assumes responsibility for his own actions
- Contributes to group activities
- Shares with others
- Plays well with others
- Observes school and safety rules
- Practices good health habits at school
- Respects the rights and property of others

*(Marks recorded across FIRST, SECOND, THIRD, FOURTH and FIFTH REPORT columns under O / S / U headings; "Conference" noted in several report columns.)*

## ART

- Expresses his own ideas and feeling with art materials

## MUSIC

- Appreciates music
- Enjoys singing

## ARITHMETIC

- Reasons well with problems
- Is accurate
- Knows and uses number facts
- Understands the meaning of numbers in everyday living

## SCIENCE

- Shows increasing interest and appreciation of the world about him

## SOCIAL STUDIES

- Contributes useful information and materials
- Shows increasing knowledge of work of people in the home, neighborhood surroundings, and city
- Shows interest and appreciation for the

P — Progressing, but below level for the grade

**GROWTH IN SCHOOL STUDIES** — GRADE 2

| | FIRST PERIOD | | | | SECOND PERIOD | | | | THIRD PERIOD | | | | FOURTH PERIOD | | | | FIFTH PERIOD | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P |
| **READING** | | | | | | | | | | | | | | | | | | | | |
| Reads well orally | ✓ | | | | | | | | ✓ | | | | | | | | ✓ | | | |
| Reads well silently | | ✓ | | | | | | | ✓ | ✓ | | | | | | | | ✓ | | |
| Understands what he reads | ✓ | | | | | | | | ✓ | ✓ | | | | | | | ✓ | | | |
| Is able to work out new words | ✓ | | | | | | | | ✓ | | | | | | | | ✓ | | | |
| Enjoys reading books by himself | | | | | | | | | | | | | | | | | | ✓ | | |
| **SPELLING** | | | | | | | | | | | | | | | | | | | | |
| Meets daily assignments | ✓ | | | | | | | | ✓ | | | | | | | | ✓ | | | |
| Spells correctly in written work | | | | | | | | | | | | | | | | | | | | |
| **LANGUAGE - ORAL - WRITTEN** | | | | | | | | | | | | | | | | | | | | |
| Expresses ideas well when speaking | ✓ | | | | | | | | | ✓ | | | | | | | ✓ | | | |
| Creates simple stories and letters | | | | | | | | | | | | | | | | | | | | |
| Enjoys stories, poems, and dramatizations | | | | | | | | | | | | | | | | | | | | |
| **WRITING** | | | | | | | | | | | | | | | | | | | | |
| Forms letters correctly | | ✓ | | | | | | | | ✓ | | | | | | | ✓ | | | |
| Is developing skill in writing legibly and easily | | | | | | | | | | | | | | | | | | | | |
| **SOCIAL STUDIES** | | | | | | | | | | | | | | | | | | | | |
| Shows interest and appreciation for the work of people in the home, neighborhood | ✓ | | | | | | | | | ✓ | | | | | | | ✓ | | | |
| Shows increasing knowledge of surroundings, and city | | | | | | | | | | | | | | | | | | | | |
| Contributes useful information and materials | | | | | | | | | | | | | | | | | | | | |
| **SCIENCE** | | | | | | | | | | | | | | | | | | | | |
| Shows increasing interest and appreciation of the world about him | ✓ | | | | | | | | ✓ | | | | | | | | ✓ | | | |
| **ARITHMETIC** | | | | | | | | | | | | | | | | | | | | |
| Understands the meaning of numbers in everyday living | ✓ | | | | | | | | ✓ | | | | | | | | | ✓ | | |
| Knows and uses number facts | ✓ | | | | | | | | ✓ | | | | | | | | | ✓ | | |
| Is accurate | ✓ | | | | | | | | ✓ | | | | | | | | | ✓ | | |
| Reasons well with problems | ✓ | | | | | | | | ✓ | | | | | | | | | ✓ | | |
| **MUSIC** | | | | | | | | | | | | | | | | | | | | |
| Enjoys singing | ✓ | | | | | | | | ✓ | | | | | | | | | ✓ | | |
| Appreciates music | | | | | | | | | | | | | | | | | | | | |
| **ART** | | | | | | | | | | | | | | | | | | | | |
| Expresses his own ideas and feeling with art materials | | ✓ | | | | | | | | ✓ | | | | | | | | ✓ | | |
| | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P |

*Conference* (written in Second Period and Fourth Period columns)



This report will be sent to you periodically, except as a parent-teacher conference substitute for this written report.

We think that satisfactory adjustment to school life and good work habits are important if your child is to have valuable learning experiences. This report includes such information.

The items you find under the heading "Growth in School Subjects" have been selected with care to give the parent rather specific information concerning the child's progress.

Please do not hesitate to contact the teacher or the principal whenever you have a question or a problem concerning your child's school life. Many misunderstandings are avoided when parents and teachers work together.

DANA P. WHITMER
Superintendent of Schools

PERIOD

PERIOD

PERIOD

PERIOD

PARENT'S SIGNATURE

PARENT'S SIGNATURE

PARENT'S SIGNATURE

PARENT'S SIGNATURE

School District of the
City of Pontiac



REPORT
OF
PROGRESS

SECOND & THIRD GRADES

School _Alcott_

Teacher _Annie P. Russell_

Principal

School Year September _____ 19 _71_ to June _____ 19 _72_

## ATTENDANCE RECORD

| | Days Present | Days Absent | Tardy |
|---|---|---|---|
| | | | |
| | 83 | 11 | 0 |
| | 80 | 6 | 0 |
| | | | |

**FINAL SUMMARY**

hips to certify that _____ effective September, 19 _72_

assigned to grade _4_

_Annie P. Russell_
TEACHER'S SIGNATURE



This report will be sent to you periodically, except as a parent-teacher conference substitutes for this written report.

We think that satisfactory adjustment to school life and good work habits are important if your child is to have valuable learning experiences. This report includes such information.

The items you find under the heading "Growth in School Studies" have been selected with care to give the parent rather specific information concerning the child's progress.

Please do not hesitate to contact the teacher or the principal whenever you have a question or a problem concerning your child's school life. Many misunderstandings are avoided when parents and teachers work together.

DANA P. WHITMER
Superintendent of Schools

| | |
|---|---|
| **FIRST PERIOD** | |
| **SECOND PERIOD** | |
| **THIRD PERIOD** | |
| **FOURTH PERIOD** | |
| **FIFTH PERIOD** | |

PARENT'S SIGNATURE

PARENT'S SIGNATURE

PARENT'S SIGNATURE

PARENT'S SIGNATURE

GROWTH IN SCHOOL

| | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forms letters correctly | | | | | | S | | | | | | | | | | | | S | | |
| Is developing skill in writing legibly and easily | | | | | | S | | | | | | | | | | | | S | | |

**SOCIAL STUDIES**

| | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shows interest and appreciation for the work of people in the home, neighborhood | | | | | | S | | | | | | | | | | | | S | | |
| Shows increasing knowledge of surroundings, and city | | | | | | S | | | | | | | | | | | | S | | |
| Contributes useful information and materials | | | | | | S | | | | | | | | | | | | S | | |

**SCIENCE**

| | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shows increasing interest and appreciation of the world about him | | | | | | S | | | | | | | | | | | | S | | |

**ARITHMETIC**

| | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Understands the meaning of numbers in everyday living | | | | | | S | | | | | | | | | | | | S | | |
| Knows and uses number facts | | | | | | S | | | | | | | | | | | | S | | |
| Is accurate | | | | | | S | | | | | | | | | | | | S | | |
| Reasons well with problems | | | | | | S | | | | | | | | | | | | S | | |

**MUSIC**

| | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Enjoys singing | | | | | | | | | | | | | | | | | | | | |
| Appreciates music | | | | | | | | | | | | | | | | | | | | |

**ART**

| | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Expresses his own ideas and feeling with art materials | | S | | | | | | | | | | | | | | | | S | | |

*(vertical handwritten notes: Parent Conference, Parent Conference)*

GROWTH IN CITIZENSHIP

KEY TO MARKS:

O = Does very well.
S = Does satisfactorily for his age.
U = Needs to improve.

...action indicates how
...our child works as an
...ual . . . and participates
...member of his school group.

| | FIRST REPORT | | | SECOND REPORT | | | THIRD REPORT | | | FOURTH REPORT | | | FIFTH REPORT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HABITS | O | S | U | O | S | U | O | S | U | O | S | U | O | S | U |
| ...d follows directions well | | | | | S | | | | | | | | | 6 | |
| ...ork on time | | | | | S | | | | | | | | | S | |
| ...s work on time | | | | | S | | | | | | | | | S | |
| ...od use of his time | | | | | S | | | | | | | | | S | |
| ...curately | | | | | S | | | | | | | | | S | |
| ...atly | | | | | S | | | | | | | | | S | |
| ...ll with others | | | | | S | | | | | | | | | S | |
| ...s and materials carefully | | | | | S | | | | | | | | | S | |
| ...dependently | | | | | | | | | | | | | | S | |

*(handwritten: Parent Conference, Parent Conference)*

| | O | S | U | O | S | U | O | S | U | O | S | U | O | S | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HABITS | | | | | | | | | | | | | | | |
| ... and kind | | | | | S | | | | | | | | | S | |
| ...responsibility for his own actions | | | | | S | | | | | | | | | S | |
| ...es to group activities | | | | | S | | | | | | | | | S | |
| ...th others | | | | | S | | | | | | | | | S | |
| ...l with others | | | | | S | | | | | | | | | S | |
| ...school and safety rules | | | | | S | | | | | | | | | S | |
| ...good health habits at school | | | | | S | | | | | | | | | S | |
| ...he rights and property of others | | | | | S | | | | | | | | | S | |

NAME

# GROWTH IN SCHOOL STUDIES

| | FIRST PERIOD | | | | SECOND PERIOD | | | | THIRD PERIOD | | | | FOURTH PERIOD | | | | FIFTH PERIOD | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P |

## READING
Reads well orally — S. ... P ... S
Reads well silently — S ... P ... S
Understands what he reads — S ... P ... S
Is able to work out new words — S ... P ... S
Enjoys reading books by himself — S ... P ... S

## SPELLING
Meets daily assignments — S ... S
Spells correctly in written work — S ... S

## LANGUAGE - ORAL - WRITTEN
Expresses ideas well when speaking — S ... S
Creates simple stories and letters — S ... S
Enjoys stories, poems, and dramatizations — S ... S

## WRITING
Forms letters correctly — S ... S
Is developing skill in writing legibly and easily — S ... S

## SOCIAL STUDIES
Shows interest and appreciation for the work of people in the home, neighborhood — S ... S
Shows increasing knowledge of surroundings, and city — S ... S
Contributes useful information and materials — S ... S

## SCIENCE
Shows increasing interest and appreciation of the world about him — S ... S

## ARITHMETIC
Understands the meaning of numbers in everyday living — S ... S
Knows and uses number facts — S ... S
Is accurate — S ... S
Reasons well with problems — S ... S

## MUSIC
Enjoys singing
Appreciates music

## ART
Expresses his own ideas and feeling with art materials — S ... S

*Parent Conference.*   *Parent Conference.*

U = Unsatisfactory—Not working up to his ability.
P = Progressing, but below level for his grade.

# PROGRESS REPORT GRADES 4-5-6

STUDENT ▮▮▮▮▮▮▮▮  TEACHER _Mrs. Palace_

SCHOOL _Clarkston Jr. High_  GRADE _6_  YEAR _74-75_

**MARKING KEY**

| A—Excellent | D—Below Average |
| B—Above Average | E—Unsatisfactory |
| C—Average | |

**EFFORT**

1. Outstanding
2. Satisfactory
3. Needs Improvement

The letter grade indicates achievement. This achievement is judged according to the group and materials with which your child is working in relationship to his grade level requirements unless otherwise noted.

| ACADEMIC GROWTH | 1 Achievement | 1 Effort | 2 Achievement | 2 Effort | SEM. | 3 Achievement | 3 Effort | 4 Achievement | 4 Effort | SEM. |
|---|---|---|---|---|---|---|---|---|---|---|
| MATHEMATICS | D | 3 | | | | | | | | |
| ART | | | | | | | | | | |
| LANGUAGE | D | 3 | | | | | | | | |
| MUSIC | | | | | | | | | | |
| READING | C- | 2 | | | | | | | | |
| SCIENCE | D- | 3 | | | | | | | | |
| SOCIAL STUDIES | D | 3 | | | | | | | | |
| SPELLING | D | 3 | | | | | | | | |
| WRITING | | | | | | | | | | |
| TIMES TARDY | 0 | | | | | | | | | |
| DAYS ABSENT | 10 | | | | | | | | | |

## CITIZENSHIP AND WORK HABITS

**EXPLANATION OF KEY**

1. Outstanding
2. Satisfactory
3. Problem Area

| | MARKING PERIOD 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Accepts and carries through responsibility | 3 | | | |
| 2. Contributes to class discussion | 2 | | | |
| 3. Respects authority | 3 | | | |
| 4. Ability to make decisions | 3 | | | |
| 5. Accepts suggestions | 2 | | | |
| 6. Follows directions | 3 | | | |
| 7. Has a positive attitude | 3 | | | |
| 8. Is a good listener | 2 | | | |
| 9. Uses free time wisely | 3 | | | |
| 10. Completes work neatly | 2 | | | |
| 11. Completes work on time | 2 | | | |
| 12. Shows courtesy and kindness toward others | 3 | | | |
| 13. Exercises self control | 3 | | | |
| 14. Keeps material in order | 2 | | | |
| 15. Shows good sportsmanship | 3 | | | |

GRADE PLACEMENT FOR SEPTEMBER:  ☐ Promoted  ☐ Placed  ☐ Retained

NAME _____

## TEACHER COMMENTS

▮▮▮ needs to work on self discipline



FIRST CLASS
POSTAGE
PAID
1 OZ.
PERMIT NO. 3
PONTIAC    MICH.
48058

TO ►

STUDENT IDENTIFICATION CARD
SCHOOL DISTRICT OF THE CITY OF PONTIAC
SCHOOL ASSIGNMENT BAGLEY

RETURN 035          3     101
ZIP 50    BUS     196

ZIP 035    BUS     845
                   335
                   350

SCHEDULE

BOARD BUS AT BAGLEY
LEAVE ALCOTT ELEM. PRINCIPAL—
RETURN TO                        MR. COUNTS

POSTMASTER: DO NOT FORWARD
ADDRESS CORRECTION REQUESTED

TEAR ON DOTTED LINE

| A—Excellent | D—Below Average | 1. Outstanding |
|---|---|---|
| B—Above Average | E—Unsatisfactory | 2. Satisfactory |
| C—Average | | 3. Needs Improvement |

| The letter grade indicates achievement. This achievement is judged according to the group and materials with which your child is working in relationship to his grade level requirements unless otherwise noted.<br><br>**ACADEMIC GROWTH** | MARKING PERIOD | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 2 | | SEM. | 3 | | 4 | | SEM. |
| | Achievement | Effort | Achievement | Effort | | Achievement | Effort | Achievement | Effort | |
| MATHEMATICS | D | 3 | | | | | | | | |
| ART | | | | | | | | | | |
| LANGUAGE | D | 3 | | | | | | | | |
| MUSIC | | | | | | | | | | |
| READING | C- | 2 | | | | | | | | |
| SCIENCE | D- | 3 | | | | | | | | |
| SOCIAL STUDIES | D | 3 | | | | | | | | |
| SPELLING | D | 3 | | | | | | | | |
| WRITING | | | | | | | | | | |
| | | | | | | | | | | |
| TIMES TARDY | 0 | | | | | | | | | |
| DAYS ABSENT | 10 | | | | | | | | . | |

## CITIZENSHIP AND WORK HABITS

### EXPLANATION OF KEY
1. Outstanding
2. Satisfactory
3. Problem Area

| | MARKING PERIOD | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| 1. Accepts and carries through responsibility | 3 | | | |
| 2. Contributes to class discussion | 2 | | | |
| 3. Respects authority | 3 | | | |
| 4. Ability to make decisions | 3 | | | |
| 5. Accepts suggestions | 2 | | | |
| 6. Follows directions | 3 | | | |
| 7. Has a positive attitude | 3 | | | |
| 8. Is a good listener | 2 | | | |
| 9. Uses free time wisely | 3 | | | |
| 10. Completes work neatly | 2 | | | |
| 11. Completes work on time | 2 | | | |
| 12. Shows courtesy and kindness toward others | 3 | | | |
| 13. Exercises self control | 3 | | | |
| 14. Keeps material in order | 2 | | | |
| 15. Shows good sportsmanship | 3 | | | |

GRADE PLACEMENT FOR SEPTEMBER:  ☐ Promoted  ☐ Placed  ☐ Retained

NAME

## TEACHER COMMENTS

████████ needs to work on self discipline
both in his academics and his behavior. He
and I have no trouble but he often causes
a disturbance.

## School District of the City of Pontiac



# R E P O R T
## OF
# PROGRESS
# SECOND & THIRD GRADES

This report will be sent to you periodically, except at a parent-teacher conference substitutes for the written report.

We think that satisfactory adjustment to school life and good work habits are important if your child is to have valuable learning experience. This report include such information.

The items you find under the heading "Growth in School Studies" have been offered with care to give the parent rather specific information concerning the child's progress.

Please do not hesitate to contact the teacher or the principal whenever you have a question or a problem concerning your child's school life. Many misunderstandings are avoided when parents and teachers work together.

DANA P. WHITMER
Superintendent of Schools

PARENT'S SIGNATURE

PARENT'S SIGNATURE

PARENT'S SIGNATURE

FIRST PERIOD

SECOND PERIOD

THIRD PERIOD

FOURTH PERIOD

FIFTH PERIOD

ool _Alcott El._

cher _Mrs. P. Smith_

icipal _Mrs. L. Adams_

School Year September _____ 19_6_7_ to June _____ 12_ 19_6_8_

## ATTENDANCE RECORD

| Days Present | Days Absent | Tardy |
|---|---|---|
| 68 | 5 | 0 |
| 35 | 5 | 0 |
| 68 | 1 | 1 |
| 35 | 6 | 6 |
| | 1 | 1 |

**FINAL SUMMARY**

_____

_Mrs. Smith_

TEACHER'S SIGNATURE

s to certify that _____

signed to grade _____ effective September, 19_70_

This report will be sent to you periodically, except as a parent-teacher conference substitutes for this written report.

We think that satisfactory adjustment to school life and good work habits are important if your child is to have valuable learning experiences. This report includes such information.

The items you find under the heading "Growth in School Studies" have been selected with care to give the parent rather specific information concerning the child's progress.

Please do not hesitate to contact the teacher or the principal whenever you have a question or a problem concerning your child's school life. Many misunderstandings are avoided when parents and teachers work together.

DANA P. WHITMER
Superintendent of Schools

| FIRST PERIOD | |
|---|---|
| SECOND PERIOD | |
| THIRD PERIOD | |
| FOURTH PERIOD | PARENT'S SIGNATURE |
| FIFTH PERIOD | PARENT'S SIGNATURE |
| | PARENT'S SIGNATURE |
| | PARENT'S SIGNATURE |

NAME

GRADE

School _Alcott El._

Teacher _Mrs. K. Smith_

Principal _Mrs. L. Adams_

School Year September _1969_ to June _12_ 19

### ATTENDANCE RECORD

| Period | Days Present | Days Absent | Tardy |
|---|---|---|---|
| First | | | |
| Second | 68 | 5 | 0 |
| Third | 35 | 5 | 6 |
| Fourth | | | |
| Fifth | 68 | 1 | 1 |

### ASSIGNMENT

This is to certify _____ effective September, 19

Is assigned to grade _Alcott_

_Mrs. Smith_

TEACHER'S SIGNATURE

### FINAL SUMMARY

Due to low test scores and insufficient growth in reading I feel, as does Mr. No, that Reading specialist, that _____ should repeat second grade.

## GROWTH IN CITIZENSHIP

KEY TO MARKS:
O = Does very well.
S = Does satisfactorily for his age.
U = Needs to improve.

section indicates how your child works as an ividual . . . and participates a member of his school group.

| | FIRST REPORT | | | SECOND REPORT | | | THIRD REPORT | | | FOURTH REPORT | | | FINAL REPORT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | O | S | U | O | S | U | O | S | U | O | S | U | O | S | U |
| s and follows directions well | | | | | S | | | S | | | | | | S | |
| s work on time | | | | | | S | | S | | | | | | S | |
| letes work on time | | | | | S | | | S | | | | | | S | |
| good use of his time | | | | | | S | | S | | | | | | S | |
| accurately | | | | | | | | | | | | | | | |
| neatly | | | | | | | | | | | | | | | |
| well with others | | | | | S | | | S | | | | | | S | |
| books and materials carefully | | | | | S | | | | | | | | | S | |
| independently | | | | | | | | S | | | | | | | |
| | | | | | | | | | | | | | | | |
| dly and kind | | | | | S | | | S | | | | | | S | |
| es responsibility for his own actions | | | | | S | | | S | | | | | | S | |
| butes to group activities | | | | | S | | | S | | | | | | S | |
| with others | | | | | | | | S | | | | | | S | |
| well with others | | | | | S | | | S | | | | | | S | |
| es school and safety rules | | | | | S | | | S | | | | | | S | |
| es good health habits at school | | | | | S | | | S | | | | | | S | |
| ts the rights and property of others | | | | | | | | S | | | | | | S | |

**KEY TO MARKS:**
- **O** = Outstanding for his grade.
- **S** = Satisfactory for his grade.
- **U** = Unsatisfactory—Not working up to his ability.
- **P** = Progressing, but below level for his grade.

**GROWTH IN SCHOOL STUDIES**

| | FIRST PERIOD | | | | SECOND PERIOD | | | | THIRD PERIOD | | | | FOURTH PERIOD | | | | FIFTH PERIOD | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P |
| **READING** | | | | | | | | | | | | | | | | | | | | |
| Reads well orally | | | | | | | | | | | | | | | | | | | | P |
| Reads well silently | | | | | | | | | | | | | | | | | | | | P |
| Understands what he reads | | | | | | | | | | | | | | | | | | | | P |
| Is able to work out new words | | | | | | | | | | | | | | | | | | | | P |
| Enjoys reading books by himself | | | | | | | | | | | | | | | | | | | | P |
| **SPELLING** | | | | | | | | | | | | | | | | | | | | |
| Meets daily assignments | | | | | | | U | | | | U | | | | | | | | U | |
| Spells correctly in written work | | | | | | | U | | | | U | | | | | | | | U | |
| **LANGUAGE - ORAL - WRITTEN** | | | | | | | | | | | | | | | | | | | | |
| Expresses ideas well when speaking | | | | | | S | | | | S | | | | | | | | | | P |
| Creates simple stories and letters | | | | | | S | | | | S | | | | | | | | | | |
| Enjoys stories, poems, and dramatizations | | | | | | S | | | | S | | | | | | | | | U | |
| | | | | | | | | | | | | | | | | | | | | |
| Forms letters correctly | | | | | | S | | | | S | | | | | | | | S | | |
| Is developing skill in writing legibly and easily | | | | | | S | | | | S | | | | | | | | S | | |
| **SOCIAL STUDIES** | | | | | | | | | | | | | | | | | | | | |
| Shows interest and appreciation for the work of people in the home, neighborhood | | | | | | S | | | | S | | | | | | | | S | | |
| Shows increasing knowledge of surroundings, and city | | | | | | S | | | | S | | | | | | | | S | | |
| Contributes useful information and materials | | | | | | | | P | | | | | | | | | | | | P |
| **SCIENCE** | | | | | | | | | | | | | | | | | | | | |
| Shows increasing interest and appreciation of the world about him | | | | | | S | | | | S | | | | | | | | S | | |
| **ARITHMETIC** | | | | | | | | | | | | | | | | | | | | |
| Understands the meaning of numbers in everyday living | | | | | | S | | | | S | | | | | | | | S | | |
| Knows and uses number facts | | | | | | S | | | | S | | | | | | | | S | | |
| Is accurate | | | | | | S | | | | S | | | | | | | | S | | |
| Reasons well with problems | | | | | | | | P | | S | | | | | | | | S | | |
| | | | | | | | | | | | | | | | | | | | | |
| **MUSIC** | | | | | | | | | | | | | | | | | | | | |
| Enjoys singing | | | | | | S | | | | S | | | | | | | | S | | |
| Appreciates music | | | | | | S | | | | S | | | | | | | | S | | |
| **ART** | | | | | | | | | | | | | | | | | | | | |

# GROWTH IN CITIZENSHIP

**KEY TO MARKS:**

O = Does very well.
S = Does satisfactorily for his age.
U = Needs to improve.

| | FIRST REPORT | | | SECOND REPORT | | | THIRD REPORT | | | FOURTH REPORT | | | FIFTH REPORT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | O | S | U | O | S | U | O | S | U | O | S | U | O | S | U |

Conference Period (first report)

Conference Period (fourth report)

Citizenship items (vertical):
- ion indicates how r child works as an l... and participates mber of his school group.
- Follows directions well
- and materials carefully
- ...dently
- w others
- ...y
- of his time
- work on time
- ...time
- ...kind
- ...sibility for his own actions
- group activities.
- ...others
- ...hool and safety rules
- ...d health habits at school
- rights and property of others

# GROWTH IN SCHOOL SUBJECTS

| | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P | O | S | U | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## ART
Expresses his own ideas and feeling with art materials

## MUSIC
Appreciates music
Enjoys singing

## ARITHMETIC
Reasons well with problems
Is accurate
Knows and uses number facts
Understands the meaning of numbers in everyday living

## SCIENCE
Shows increasing interest and appreciation of the world about him

## SOCIAL STUDIES
Contributes useful information and materials
Shows increasing knowledge of surroundings, and city
Shows interest and appreciation for the work of people in the home, neighborhood

## WRITING
Is developing skill in writing legibly and easily
Forms letters correctly



U.S.M.S.
X-RAY

Justice Lauri Sel

Silver Stein

BSA Bankruptcy Cos

824 market Street

6th Floor

Wilmington, De



UNITED STATES
POSTAL SERVICE.                                    Retail

P        US POSTAGE PAID
         $8.25      Origin: 48329
                    05/12/21
                    2597500329-04

PRIORITY MAIL 2-DAY®

                                      0 Lb 3.80 Oz
                                         1004
EXPECTED DELIVERY DAY:  05/15/21

SHIP                          C012
TO:
824 N MARKET ST
Wilmington DE 19801-3024

USPS TRACKING