Page 1 of 2

4/30/2021



FILED

2021 MAY 17 AM 9:47

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Claim Against the Boy Scouts of America (Letter to Judge Silverstein)

From:



To:
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Your Honor,

I will attempt to keep this reasonably brief, as I am sure that you have much to discern in this case.

It seems that this case has only been about bankruptcy, the BSA, the insurance companies, and lawyers, but this case is about the abuse of boys. This needs to be at the forefront. The Boy Scouts organization abused my life. And the abuse was not just at the personal level, it was at the corporate level: look at my Claim ( SA-▆▆▆▆▆ ), it exposes the corporate abuse and corruption that was committed. I am also a creditor of the BSA in this bankruptcy, and I strongly feel that the BSA has not done enough to meet its obligations under the bankruptcy code.

Can the BSA be trusted? The BSA has been a national institution that was trusted for generations, but lost that trust because of the sexual abuse of minor children; and the BSA organization blatantly allowed it to happen.
The BSA is continuing to be underhanded and manipulating, just as they did when we were young boys. They are attempting to undermine the relevancy and magnitude of the true crime committed and have not come forward with adequate restitution. The BSA did not just fail to screen out sexual predators, they tried to keep it a secret while it continued. The BSA is continuing to sweep the dirt under the rug just has they did when the abuse to boys was happening. That rug needs to be yanked out from under this organization.

Page 2 of 2

The insurance companies that the BSA relied on while I was being abused are responsible for what the BSA paid them to do then as now. This case is not about the insurance companies bottom lines. If the car is wrecked then the insurance company should pay for the repairs. This is an attempt to pay grossly inadequate compensation to the boys that were abused. This is further evidence that the BSA is continuing with unconscionable and unscrupulous behavior by attempting to make back-room deals with insurance companies.

Now is the time for the BSA to be fully accountable for their irresponsible behavior. Please support all of the boys that had their lives torn apart. Everything is in order for this reckoning to take place.

The BSA has forfeited its right to continue to control the bankruptcy process. The reorganization plan is insufficient, the BSA organization can do much better and they know it. We must stand against this inadequate resolution.

Thank you in advance for your time.

Sincerely,





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801