RE: SA-▮▮▮  SA-▮▮▮

Dear Sir/Madam,

FILED
2021 MAY 17 AM 9:48
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I, along with others, received an email from our attorney to write to the court and try to tell the personal side of child sexual abuse. To be truthful, I have very, very little remembrance of the actual acts. I'm over 70-years-old and my abuse happened when I was 8 to 10 years of age. My "subconscious" did an excellent job of burying the incidents but I can speak on living for 60 years with deeply buried memories of child rape.

I was going to attempt to write chronologically but I think I will just let random thoughts flow. You, as the reader, can move through the letter and choose a line or two that may be of interest.

**I have little to no memory of my childhood. Normally, people can remember incidents at 15 years of age, 12 years, 9 years; in fact, it's not uncommon for a person to go back as far as 3- or 4-years-old. In my case, absolutely nothing.

**Pause for a minute here and see what childhood memories I can force myself to recall.

**Still nothing comes to mind. Just fragments. Unfortunately, over the years I've learned not to trust any childhood memories because invariably I have found that my mind tends to create a lot of false, yet pleasant memories.

**When I was younger, up to around 45 to 50 years of age, I wondered why I could not remember anything. I'm not a professional, but I've learned that
a severe enough trauma can do that.

**In regards to the few memories of childhood that I have, they are always pleasant and happy. However, I have discovered that if I dig deeper into those remembrances, they always fall apart. For instance, I may imagine that I have a certain memory of going to the county fair. If I think deeply and try to recall specifics it always turns out to be untrue. Little facts upon scrutiny are false. For instance, the time of year, the geographical location, who I was with, etc, etc.

**I have learned not to trust what little I think I know about my youth. It's like something or things happened so terrible that my mind has tried to replace the horror with good thoughts. The problem arose when I slowly started to realize that what I thought I know about my childhood being pleasant. . . Well, it was all, 100% fake.

**Now, I will try to explain what life was like when I was around 25 to 30 years old and thought that I must have some type of serious mental illness.

**But first, a couple of sidenotes. No disrespect intended to my fellow survivors, but I believe some sex-predators rationalize and say "she wanted it," or "he wanted it." I have no hatred for the homosexual lifestyle but I am not gay. As an adult, I believe in "live and let live." Just don't try to force your lifestyle on me.

Unfortunately, as a child, I could not say that. I believe my probable trusting, naive nature was what predators mistook as willingness to go along with whatever HE wanted.

**Also, I have no hatred for Boy Scouts. As an aged adult, I've learned that sexual predators (male or female) have learned to actively seek positions and circumstances that they use to approach victims. It can be the Church, Law Enforcement, Medical, etc. I don't think it is the existence of the organization that is the problem. I believe that predators felt that people in the respective organizations would forever ignore what the predator was doing. And the responsible adults, at that time, did not realize or understand the lasting effect of child sexual abuse.

**I do not hate the Boy Scouts, if I had a son, I might have allowed him to join. Or maybe the YMCA, etc. But I would like to think that I would have tried to warn him that there are very bad people in the world.

**Now back to life as an adult survivor of child sex abuse. Approximately, at 25 years of age, I noticed that I was having a very difficult time keeping a job longer than three or four months. On a new job, I felt the other employees were talking about me, and/or plotting something. After 2 or 3 years of repeatedly quitting or being fired, plus the inability to have any type of personal relationships (female or male). I concluded that I must be extremely paranoid. I chose to seek help from the County Mental Health Department.

**Actually, I did not seek help on my own. I was familiar with psychiatry because as a 10 or 11-year-old child I can vaguely remember going to some sessions because of "acting out." As a young adult, I tried a couple of times to talk to a therapist, but not with any serious intent.

** By the time I was 30 to 35 years old, my life was at rock bottom. I was living on the streets (homeless, wasn't a word at that time). I was using drugs, in and out of jail, etc. One of the judges suggested that I go to the county DMH to get help.

**From around 35 years of age and the following 25 years, I was in the county mental health system. Long story short, the psychiatrist, therapists, caseworkers, etc. do a good job; but, they are severely overworked and underpaid.

**I can remember my first mental health evaluation. The intake person asked several questions within about an hour. I quickly realized that the person was trying to label my illness and I did not feel that this person understood my life. I remember trying to explain that there was something wrong with me, but I could not verbalize it.

**After that first interview I was labeled as mentally ill and prescribed medication. For the next 25 years, I saw several different doctors, I learned by emphasizing one symptom over another, I could easily change my diagnosis from paranoid to schizoid, etc. I tried to point out that to the therapist and caseworkers. They said, that's interesting, but nobody followed up on it.

**Interestingly, that very first lowly intake worker, from 30 years ago, I saw

again. I was searching for yet another mental health clinic, hoping to find someone that would take the time to listen to me as a person. To my surprise, my original intake worker was now the assistant director of the clinic that I was checking out. At first, I thought, great. Surely he would recognize that although he classified me as severely mentally ill 30 years ago and told the doctors that he felt I needed medication, Once he saw me and realize that I had long ago stopped taking psych meds, surely he would recognize that something was wrong or unique about my situation and diagnosis.

**Unfortunately, as a director, just as an intake worker, he was too busy to listen to me. Completely ignored anything that I had to say.

**About 5 to 6 years ago, is when I first heard about the Church sex abuse cases. Then I also heard about the Boy Scout cases and resultant PTSD cases.
After informally talking to a mental health professional and telling him my symptoms, he agreed with me. Even though my mental health symptoms and issues could be misinterpreted as needing psychological drugs, they also could be understood as pointing to serious childhood trauma.

**Finally, that brings us up to today.

I'm optimistic that I could write much, much more on how f#$ked up my life has been. I have never been able to keep a job, never had any friendships or relationships (female or male). I tried drugs and other antisocial behavior trying to get peace within myself. I thought of, but, not seriously contemplated the ultimate solution (suicide). But now, at my age, I can truly understand and do not find fault with any young person that feels that taking their life is the only way out of this hell.

At one point, all I wanted in life was just one person to hear me, as a unique individual. And yes, maybe find a true friend. But it seems that my life-long distrust of people will never allow that.

All I pray for now is to be recognized as a child sex abuse survivor, with severe PTSD symptoms. Not a crazy paranoid-schizoid. I would love (for whatever few years that I have left) to leave the overworked county mental health system and find a private practice that understands PTSD and child abuse. Maybe I can begin to feel a little bit like a normal person, just once.

I am not privy to the Boy Scouts financial holdings, however, if they have the means to compensate 10,000+ people for years of trauma, I wholeheartedly encourage the court to do so. I don't want to sound like I'm on a witch-hunt, but I am very, very sorry. Please make an example of the BSA, to others. Make them pay.

Thanks for listening.



SHIP TO:
JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET 6TH FLOOR
WILMINGTON DE 19801-3024

USPS TRACKING #
9405 5118 9956 0260 6352 98

US POSTAGE AND FEES PAID
MAY 13 2021
PM Flat Rate Envelope
Mailed from ZIP 90007

PRIORITY MAIL 2-DAY?   0006