**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**FILED**

2021 MAY 17  PM 12: 37

CLERK
U S BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

Case: **20-10343**

BOY SCOUTS OF AMERICA AND

DELAWARE BSA, LLC,

**OBJECTION TO THE ADEQUACY OF**
**DEBTORS' DISCLOSURE STATEMENT IN**
**DEBTORS' SECOND AMENDED CHAPTER 11**
**PLAN OF REORGANIZATION**

Debtors

*Objection By Creditor "Scout Pro Se"*

## The Court Has Been Deliberately Misled By The Debtors

The Court has been misled on a basic point – real estate assets claimed to be "owned" by local Councils are actually owned by the national organization.

If the local Councils actually owned the real estate, they could unilaterally dispose of it upon dissolution as they thought best, subject to the usual IRS regulations for non-profits. So, any Council dissolved [1] could donate a campground [2] to any one of (a) a church; (b) Baden-Powell Service Association; (c) Boys and Girls Cubs; (d) Navigators USA; (e) Camp Fire Girls.

But Councils can't make any of those choices - all Council assets are the property of "Scouting", and <u>cannot</u> be freely transferred upon dissolution.

To document the actual situation, three public documents are attached as exhibits:

a)  "Rules and Regulations of the Boy Scouts of America" (Sept 2020)
b)  "Rules and Regulations of the Boy Scouts of America" (Aug 2011)
c)  "Application for Renewal of Local Council Charter"

---

[1] See Exhibit D – such dissolutions have happened frequently.

[2] It is suggested that the Court should ignore all non-real estate property owned by Councils/Troops, as there simply is no market for used camping gear, archery equipment, pinewood derby racetracks, and homemade "Klondike Derby" sleds. These smaller assets should remain locally controlled.

Both (a) and (c) are currently available on the "scouting.org" website, and (b) has been widely-enough circulated to be easy to authenticate via discovery demand on Debtors, or via subpoena from former BSA volunteers, employees, and parents of scouts.  The 2011 and 2014 revisions of the "Rules and Regs" include the following terms (*underlines added*):

**Section 2 - Local Council**
**Title to Real Estate**
Except as hereafter provided in this clause with respect to incorporated local councils, the title to all real estate acquired for a unit or local council shall be vested in a bank or trust company, in trust for the use of the unit or local council in accordance with the wishes of the donors, with a provision in the deed that in the event of the dissolution of the unit or council or the revocation or lapse of its charter said trustee or trustees will, after satisfying any claims against such unit or council to which such real estate may be subject, convey said property or, if sold, pay the net proceeds of such sale to the Boy Scouts of America, which shall hold or use said property or funds for the benefit of Scouting in such locality or elsewhere if there is not suitable opportunity to use said property or funds in such locality. Any incorporated local council may hold title to real property in its own name provided its certificate or articles of incorporation expressly provide for the conveyance of such property or the net proceeds from the sale thereof to the Boy Scouts of America in the event of the dissolution of the local council or the revocation or lapse of its charter.

**Article XI, Section 2 (page 17)**
(b) Unit Obligations. In the event of the dissolution of a unit or the revocation or lapse of its charter, the unit committee shall apply unit funds and property to the payment of unit obligations and shall turn over the surplus, if any, to the local council, if there is one, or if there is no local council, dispose of the same in accordance with the direction of the Executive Board of the Boy Scouts of America. In the case of a chartered organization, any funds or equipment which may have been secured as property of the unit shall be held in trust by the chartering organization or the chartered local council, as may be agreed upon, pending reorganization of the unit or for the promotion of the program of the Boy Scouts of America.

The wording changed in 2015, and remains the same today in the 2020 revision:

**Real Estate**
Except as hereafter provided with respect to incorporated local councils, the title to all real estate acquired for a unit or local council must be vested in a bank or trust company, in trust for the use of the unit or local council in accordance with the wishes of the donor with the provision that if such property cannot be utilized in such a manner, and title does not revert to the donor, that title or beneficial use of the property must nonetheless be for the benefit of Scouting in the local area.

Any incorporated local council may hold title to real property in its own name provided that in the event of the dissolution of the unit or council or the revocation or lapse of its charter said trustee or trustees will, after satisfying any claims against such unit or council to which such real estate may be subject, convey said property or, if sold, <u>pay the net proceeds of such sale to the Boy Scouts of America, which may hold or use said property or funds for the benefit of Scouting in such locality or elsewhere</u> if there is not suitable opportunity to use said property or funds in such locality. Any incorporated local council holding title to real property in its own name must ensure that its certificate or articles of incorporation expressly <u>provide for the conveyance of such property or the net proceeds from the sale thereof to the Boy Scouts of America in the event of the dissolution of the local council or the revocation or lapse of its charter</u> in a manner consistent with this provision.

All Councils must renew their Charter annually, using the form attached (c), with this wording:

The Boy Scouts of America may <u>revoke or decline to renew council charters</u> for failure to comply with the Bylaws, Rules and Regulations, or policies of the Boy Scouts of America, <u>or in any instance where it deems such action advisable in the interests of Scouting</u>.

Thus, property said to be "owned" by Councils is merely "on loan" to the Councils.

### A Chapter 11 Plan Must Include The Most Valuable Assets Held

As Debtors propose to restructure under Chapter 11, they must present a full accounting of all assets, including those real estate assets loaned to Councils.

The real estate holdings are extensive, and valuable.  They can be taken away from the Councils at Debtors sole whim, so Debtors can be ordered by this Court to:

1) Concede that the "best interests of Scouting" includes paying abuse victim damages
2) Briefly revoke charters of all Councils
3) Take possession of all real estate, effectively moving all Scouting "camp activities" to Parks and other State/National lands.
4) Turn the real estate over to a trust to satisfy creditors via leases and sales
5) Re-invoke charters of all Councils retroactive to revocation dates
6) Continue operations as before, but without land ownership.

**Liquidating Real Estate Will Reduce Opportunities For Further Criminal Behavior, And Provide Significant Equitable Relief To Abuse Victims**

If the BSA were to divest all real estate, this would imply that future BSA activities would take

place in view of and under the control of actual outside authority. This seems elegant equitable

relief for the abuse victims, as it inherently reduces the risk of future abuse during overnight

camping, and day trips - the most likely settings for abuse.

   The BSA has been unable or unwilling to protect children from sexual predators, so forcing all

future operations into more public settings seems a reasonable step to take, just as it would

make sense to install streetlights in a dark area where muggings were common.

### Conclusion

Church Sunday School is now almost universally taught under security cameras. This protects

adults from baseless accusations, and protects children from actual misconduct.

One cannot wire the forests with cameras, but one can expose the most-likely settings for acts

of abuse to light, air, and witnesses.  With reduced membership, bloated real estate holdings

serve little purpose when the current smaller numbers of scouts can easily be accommodated

via camping on government-managed parkland.

The alternative would be liquidation to satisfy creditors.

Dated 5/4/2021

   /s/ Scout Pro Se

*Scout Pro Se was just another Cub Scout and Boy Scout, who was abused in the 1970s and fled Scouting in fear, still struggling in silence and shame decades later to grasp that the abuse was not due to his own shortcomings as a young man, or as a Scout.*

*He will very likely be ultimately unsuccessful in this endeavor.*

The Honorable Laurie Silverstein                                    5/4/2021
US Bankruptcy Court – Delaware
Wilmington, DE

**In Re: Boy Scout of America and Delaware BSA, LLC - Case 20-10343**

Judge Silverstein:

Attached is an objection to the debtors' disclosure statements from a non-attorney pro se creditor (hereinafter "*Scout pro se*"). Scout pro se registered a claim directly with the court via *Omni Agent Solutions*, and is not represented by any attorney, committee, or any group presuming to represent abuse victims. The Court can email ███████████████ com for a proof of claim number.  Please docket this objection, and give it your consideration.

Thank you for your time and attention


                            *Scout pro se*

The Honorable Laurie Silverstein                                  5/4/2021
US Bankruptcy Court – Delaware
Wilmington, DE

**In Re: Boy Scout of America and Delaware BSA, LLC - Case 20-10343**

Judge Silverstein:

Attached is an objection to the debtors' disclosure statements from a non-attorney pro se creditor (hereinafter "*Scout pro se*"). Scout pro se registered a claim directly with the court via *Omni Agent Solutions*, and is not represented by any attorney, committee, or any group presuming to represent abuse victims. The Court can email

<div style="border:2px solid black; text-align:center; font-weight:bold">

Email Address Redacted

</div>

for a proof of claim number.  Please docket this objection, and give it your consideration.


Thank you for your time and attention


*Scout pro se*

# Exhibit A

# RULES AND REGULATIONS
## OF THE
## BOY SCOUTS
## OF AMERICA

### SEPTEMBER 2020



©2020 Boy Scouts of America

100-492
©2020 Boy Scouts of America
September 2020 Revision

# SEPTEMBER 2020 CHANGES

**The term Chief Scout Executive has been changed to Chief Executive Officer throughout the document.**

**Section III, Local Councils, Local Council and Unit Finance**

Deleted provision allowing local councils to charge unit or activity fee or participant surcharge to be applied to national liability insurance program.

**Section V, Individual Registration, Registration of Youth Members and Adult Program Participants**

Deleted sentence prohibiting local councils from charging additional youth membership fee.

**Section V, Individual Registration, Local Council Registration or Program Fees**

Added provision allowing local councils to charge annual registration fee not to exceed national registration fee.

**Section VIII, Commissioned Professional Leadership**

Significant changes were made regarding the employment of professionals in local councils.

# CONTENTS

| | |
|---|---|
| I. **Definitions** | 5 |
| | |
| II. **Policies** | 6 |
| Code of Conduct | 6 |
| Cooperation With National Movements | 6 |
| Participation in Public Functions | 6 |
| Scouting Public Display Activities | 6 |
| Commercialism Policy | 6 |
| Local Council and Unit Fundraising | 6 |
| Advertising Policy | 7 |
| Policy Concerning Political Questions | 7 |
| Policy Concerning Military Training | 7 |
| Conflict-of-Interest Policy | 7 |
| | |
| III. **Local Councils** | 8 |
| Local Council Registration and Fees | 8 |
| Council Operations | 8 |
| Responsibilities of Local Council | 8 |
| District Organization | 8 |
| Council Program Promotion Outside of Assigned Territory | 8 |
| Local Council and Unit Finance | 8 |
| Real Estate | 9 |
| Restricted Funds | 9 |
| Council or Unit Assets Upon Dissolution | 9 |
| | |
| IV. **Units and Chartered Organizations** | 10 |
| General | 10 |
| Charters to Organizations | 10 |
| Charters to Groups of Citizens | 10 |
| Charter Applications, Renewals, and Revocations | 10 |
| Chartered Organizations and Representative | 10 |
| Unit Committees | 10 |
| Unit Program Leaders | 11 |
| Unit Designation | 11 |
| | |
| V. **Individual Registration** | 12 |
| Registration of Youth Members and Adult | |
| Program Participants | 12 |
| Registration of Adult Leaders | 12 |
| Procedure for Registration | 12 |
| Qualifications, Applications, Approval, and Removal | 12 |
| Unit Leaders | 12 |
| District and Council Scouters | 12 |
| Area, Region, and National Scouters | 12 |
| Scouter Training | 12 |
| Special Types of Registration | 12 |
| Sustaining Members | 12 |
| Camp Staff | 13 |
| College Scouter Reserve | 13 |
| Merit Badge Counselors | 13 |
| Scouter Reserve | 13 |
| Retired Professionals | 13 |
| Special Registration Status | 13 |
| Veteran Award | 13 |
| Period of Registration | 13 |
| Transfers | 13 |
| Confidentiality and Use of Registration Information | 14 |
| Denial, Expiration, or Revocation of Registration | 14 |
| Local Council Annual Registration or Program Fees | 14 |

| | |
|---|---|
| VI. **Council Commissioned Leaders** | 15 |
| Commissioner Service | 15 |
| Roundtables | 15 |
| | |
| VII. **Programs** | 16 |
| Youth Programs | 16 |
| Youth Leadership Positions | 16 |
| Advancement | 16 |
| General Principle | 16 |
| Administration | 16 |
| Advancement Requirements | 16 |
| Programs and Facilities | 16 |
| Responsibility for Merit Badges | 16 |
| Activities | 17 |
| Anniversary Celebration | 17 |
| Participant Fees | 17 |
| *Boys' Life* or *Scout Life* Magazine | 17 |
| Insignia, Uniforms, and Badges | 17 |
| General | 17 |
| Official Uniforms | 17 |
| Use of Uniform | 17 |
| Special Local Badges and Insignia | 17 |
| Authorization | 17 |
| Lifesaving and Meritorious Action Awards | 18 |
| Lifesaving Awards | 18 |
| Meritorious Action Awards | 18 |
| Applications | 18 |
| Awards for Distinguished Service to Youth | 18 |
| Silver Buffalo Award | 18 |
| Silver Antelope Award | 18 |
| Silver Beaver Award | 19 |
| Silver World Award | 19 |
| | |
| VIII. **Commissioned Professional Leadership** | 20 |
| General | 20 |
| Professional Commissioning | 20 |
| Decommissioning | 20 |
| Employment of Professionals | 20 |
| Rules and Guidelines | 20 |
| Special Situations | 20 |
| National Professional Staff | 21 |
| Local Council Professional Personnel | 21 |
| Other Local Council Staff | 21 |
| | |
| IX. **Affiliates** | 21 |
| Scouting Affinity Groups | 21 |
| | |
| X. **Special Situations** | 22 |
| Experimental Programs | 22 |
| Scouting Outside of Council Territories | 22 |
| World Organization of the Scout Movement | 22 |
| | |
| XI. **Agreements With Other Organizations** | 22 |
| | |
| **Index** | 23 |

# I. DEFINITIONS

**Adult.** Unless otherwise stated, the word "adult" refers to a person 18 years of age or older.

**Adult Program Participant.** An adult program participant is any person 18 years of age or older who registers to participate in a program in which youth members are also eligible to participate; obligates himself or herself to regularly attend the meetings; fulfills a member's obligation to the unit; subscribes to the Scout Oath; and participates in an appropriate program based on the current guidelines of the Boy Scouts of America. Adult program participants are subject to the same guidelines as adult Scouters when required by policies and guidelines.

**Boy Scouts of America.** The Boy Scouts of America means the Boy Scouts of America, National Council.

**Council Scouter.** A council Scouter is an adult volunteer leader serving as a member of the council, a council officer, a board or committee member, or a chartered organization representative.

**District Scouter.** A district Scouter is an adult volunteer leader serving on a district committee or district commissioner's staff.

**Leader.** A leader is an adult Scouter registered in a position of leadership or responsibility at the council, district, or unit level.

**Member.** Unless otherwise stated, a "member" is a youth member and, in context, an adult program participant.

**National Council.** National Council is generally synonymous with the Boy Scouts of America.

**National Service Center.** The National Service Center is the Boy Scouts of America National Council headquarters at Irving, Texas.

**Official Scouting Activity.** An official Scouting activity is an activity consistent with the values, Charter and Bylaws, Rules and Regulations, policies, manuals, and applicable literature of the Boy Scouts of America.

**Scouter.** A Scouter is an adult who registers with the Boy Scouts of America at the local, area, region, or national level; fulfills the obligations of his or her position; obligates himself or herself to subscribe to the Scout Oath; and agrees to abide by the Rules and Regulations, policies, and other guidelines of the Boy Scouts of America.

**Scouter Code of Conduct.** www.scouting.org/health-and-safety/gss/bsa-Scouter-code-of-conduct

**Scouting.** In context, Scouting refers to the collective programs of the Boy Scouts of America.

**Scouts BSA.** In context, Scouts BSA is the program for eligible youth who have completed or are too old for the Cub Scout program.

**Unit Scouter.** A unit Scouter is an adult volunteer leader registered with a unit, except for a chartered organization representative who is considered a council Scouter.

**Youth.** "Youth" generally means a youth member or adult program participant registered in a program.

**Youth Leader.** A youth leader is a youth member or adult program participant occupying a position of responsibility for leadership development purposes as a youth as opposed to an adult leader.

**Youth Member.** A youth member is a youth under 18 years of age who, with the approval of a parent or guardian, becomes a member of a unit; obligates himself or herself to regularly attend the meetings; fulfills a member's obligation to the unit; subscribes to the Scout Oath; and participates in an appropriate program based on the current guidelines of the Boy Scouts of America.

**Youth Programs.** A youth program is any program serving youth members and adult program participants.

# II. POLICIES

**Code of Conduct**

Members and Scouters should conduct themselves in accordance with the Scout Oath and Scout Law. Additionally, the Boy Scouts of America may adopt rules or codes of conduct for youth members, adult program participants, and adult leaders, as well as others for specific positions. A code of conduct is enforceable in the same manner as these Rules and Regulations.

**Cooperation With National Movements**

With the consent of the local council, members and leaders of the Boy Scouts of America may cooperate with established nonpartisan and nonsectarian national movements for the relief of humanity in undertakings to raise money by giving personal service, provided, however, that this not involve the use of youth members as collectors or solicitors of money.

**Participation in Public Functions**

Scouters must, when practicable, cooperate in connection with civic or other public gatherings of a nonpartisan and nonpolitical character in a way that gives youth members an opportunity to render service in harmony with their training instead of merely taking part in parades in their uniforms. Any such participation must be consistent with the principles of the Scouting movement.

**Scouting Public Display Activities**

Local councils may approve the sale of tickets for the public display of Scouting activities, such as merit badge shows, circuses, rallies, and demonstrations, when: (a) the nature of the program or function offers a value commensurate with the purchase price of tickets offered for sale, (b) the sale of tickets is not used as an indirect method of defeating the purpose of any other provision of these Rules and Regulations, and (c) the participation of youth members in the sale of tickets for such affairs is confined to their parents, families, and friends and does not involve methods similar to those used in the sale of tags or other general solicitation.

**Commercialism Policy**

The National Council has the sole right to authorize the use of insignia, words, phrases, designation marks, pictorial representations, and descriptive remarks relating to the program of the Boy Scouts of America on commercial products, promotional efforts, and/or sale and distribution to members of the Boy Scouts of America and/or the general public. The use of the same by local councils must be only as authorized by the National Service Center.

No Scouter; member, employee, or representative of the Boy Scouts of America; or any local council or unit is authorized to use any logo, insignia, terms in common usage, or descriptive marks relating to Scouting for any commercial purpose without the express written authorization of the National Council for the subject use.

No Scouter; member, employee, or representative of the Boy Scouts of America; or any local council or unit is authorized to enter into a contract or relationship of a commercial character directly involving or obligating the Boy Scouts of America or that uses the seal, emblems, badges, descriptive marks, words, or phrases associated with or referring to the Boy Scouts of America unless duly authorized by the Chief Executive Officer.

A local council may not grant permission to any third party for the use of any logo, insignia, terms in common usage, or descriptive marks relating to Scouting unless that third party is authorized or licensed in writing by the National Council. Any use of a Boy Scouts of America designating mark by a local council must avoid appearing to be an endorsement of any commercial product or venture except in connection with approved corporate sponsorships entered into by the National Council as authorized by the Chief Executive Officer.

The National Council will not engage in direct product sales for fundraising unless conducted in such a manner as to also provide support opportunities for local councils and/or units. Any such activity shall be approved in advance by the National Executive Committee. Provided, however, the Chief Executive Officer may authorize commercial sponsorships and digital media sponsorships in connection with publications and digital media.

**Local Council and Unit Fundraising**

Subject to the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America, chartered organizations and units may engage in projects to earn money to participate in Scouting, provided that all approved procedures for doing so are followed, including prior approval by the local council. Chartered organizations and units must not allow money-earning projects to be promoted or advertised in a manner that does not clearly indicate the project is for the direct and sole benefit of the Scouting unit. Fundraising projects involving games of chance, lotteries, sale of raffle tickets, or bingo, or which could be construed as a gambling activity and those in the nature of pyramid sales or multilevel marketing are prohibited.

## Advertising Policy

Advertisements for placement in Scouting publications and other media, in addition to meeting the standards in general use by publishers of high-grade periodicals and other advertising media, must:

(a) Relate to a service or product that could reasonably be foreseen to render some service to the audience of the advertisement, or relate in some way to the purposes of the Boy Scouts of America, and

(b) Merit the purchase price of the article or service offered in the advertisement.

No advertisement will use or display any logo, insignia, terms in common usage, or descriptive marks relating to Scouting without conforming to all currently accepted procedures and guidelines as established by the National Council.

## Policy Concerning Political Questions

The Boy Scouts of America must not, through its governing body or through any of its officers, chartered councils, Scouters, or members, involve Scouting in political matters. However, this must not be interpreted to prevent the teaching of ideals of patriotism and good citizenship as required to fulfill the Boy Scouts of America's purpose. Faith-based teachings incorporated into the Scouting program by religious chartered organizations in a manner consistent with the Bylaws are not considered political matters. This policy does not prohibit the Boy Scouts of America from expressing its opinion upon matters of governmental concern when considered in its best interest by the governing body of the Boy Scouts of America.

This policy does not limit the freedom of thought or action of any Scouter or member as an individual in a manner not directly or indirectly implying a connection to Scouting.

## Policy Concerning Military Training

Technical military training and drill must not be included in the Scouting program.

## Conflict-of-Interest Policy

A fundamental principle of ethics is that any person who exercises discretionary authority on behalf of the Boy Scouts of America may not use this authority for his or her own benefit.

It is therefore the basic policy of the Boy Scouts of America that all Executive Board members or members of any committee thereof or officers or employees of the Boy Scouts of America have a duty to be free from the influence of any conflicting interest when they act on behalf of the Boy Scouts of America or represent it in negotiations or advise others in the Boy Scouts of America with respect to dealing with third parties. They are expected to deal with suppliers, customers, contractors, and others having dealings with the Boy Scouts of America on the sole basis of that which is in the best interest of the Boy Scouts of America, without favor or preference to third parties based on personal considerations. To this end, the following is the policy of the Boy Scouts of America:

(a) No member of the Executive Board or member of any committee thereof or officer or employee of the Boy Scouts of America may accept from any person, directly or indirectly, whether by himself or herself or through his or her spouse or a member of his or her family or through any partner or business or professional associate, any gift, favor, service, employment or offer of employment, or any other thing of value that he or she knows or has reason to believe is made or offered to him or her with the intent to influence him or her in the performance of his or her duties as a member of the Executive Board or member of any committee thereof or officer or employee of the Boy Scouts of America.

(b) No member of the Executive Board or member of any committee thereof or officer or employee of the Boy Scouts of America who is a partner, officer, or employee of a partnership, firm, or corporation or who owns or controls, directly or indirectly, more than 10 percent of the stock of such corporation, may represent, appear for, or negotiate on behalf of the Boy Scouts of America in connection with the acquisition or sale by the Boy Scouts of America of any interest in real or tangible or intangible personal property from or to such partnership, firm, or corporation or any purchase of services from or to such partnership, firm, or corporation.

(c) No member of the Executive Board or member of any committee thereof may participate by discussion, voting, or by any other action taken by the Executive Board, or any committee thereof, in the enactment of or defeat of a motion in which that member has an interest as defined in paragraph (b) above. In case any such matter is discussed at any meeting where any Executive Board or committee member who has such an interest is present, the member must promptly disclose that interest in the matter to be voted on to the chairman of the meeting. The member may not vote on the matter and, at the discretion of the disinterested members present, may be required to leave the meeting during the discussion and the voting on the matter.

(d) The Boy Scouts of America may not enter into any transaction with any individual or entity that is a "disqualified person" with respect to the Boy Scouts of America under Section 4958 of the Internal Revenue Code, if such transaction would constitute an "excess benefits transaction" under that same section.

# III. LOCAL COUNCILS

## Local Council Registration and Fees

The requirements set forth in the application for new or renewal charters as well as policies and guidelines must be satisfied in order to maintain the local council in good standing and eligible for a renewal charter. The application must also be accompanied by a statement of compliance with all membership validation requirements and the local council must maintain all membership validation records on file for no less than five years.

An annual registration fee, known as the council charter fee and determined from time to time by the Executive Committee and announced to the field, must be paid by local councils to the National Council upon charter application or renewal application. An annual assessment, known as the national service fee, for which the calculation will be determined from time to time by the Executive Committee and announced to the field, must be paid by the local councils to the National Service Center. This fee will be paid during the 10-month period beginning in February and ending in November.

## Council Operations

Councils must be organized and operated pursuant to the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America. Local councils serve as the local representative of the National Council in administering the Scouting program and accepting and processing applications for membership, registration, and unit charters, as well as all other applications for certificates, commissions, awards, and other matters subject to the approval of the National Council. However, local councils are not agents of the National Council and have no authority to bind the Boy Scouts of America or act in a manner inconsistent with the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America. Council executive board members must be and remain registered in that position after their election to be eligible to serve.

## Responsibilities of Local Council

It is the duty of the local council to promote the Scouting program through the organization and annual registration of units and their personnel and to provide leadership and support of program activities in such a manner as to ensure compliance with the provisions of the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America. Local councils must guard against the use of the official insignia and uniform by persons not registered with or authorized by the Boy Scouts of America and to bring to the attention of the Boy Scouts of America violations of regulations or attempts to commercialize Scouting. Local councils should encourage eligible units and youth to participate in a high-adventure activity or superactivity away from home each year. Local councils must provide the support necessary to ensure opportunities for advancement, awards, and recognition in accordance with the guidelines of the Boy Scouts of America.

## District Organization

For the purpose of unit service and program administration, a local council may be divided geographically or functionally into such districts as the local council executive board may determine. Districts must operate pursuant to the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America. Their purpose is to make effective in the territory the policies and programs adopted by the local council, its executive board, and council committees. The administration of Scouting in each district will be exercised by the local council through a district Key 3, committee, and commissioner staff. The district committee, the operating committees of the district, and the district commissioner staff have no legislative authority.

## Council Program Promotion Outside of Assigned Territory

Local councils may not directly or indirectly solicit, advertise, or otherwise use or authorize the use of any logo, insignia, terms in common usage, or descriptive marks of the Boy Scouts of America or status as a chartered affiliate outside of the United States to recruit non-Scouts to local programs. Local councils may publicize the availability of local council programs, including camps, in domestic publications if the facilities are suitable and in compliance with applicable laws, rules, and regulations.

## Local Council and Unit Finance

No unit or local council has the authority to commit the National Council to any financial obligation whatsoever. All money raised by or received for the benefit of a unit or local council and all property acquired by a unit or local council will be deemed to be received or acquired solely for the benefit of Scouting as interpreted by and in accordance with the Bylaws, Rules and Regulations, and policies of the Boy Scouts of America.

Subject to these Rules and Regulations, local councils control the raising and expenditure of all funds for local Scouting work in their jurisdiction. Each chartered local council must render annually to the community in which it is located a duly audited statement of all funds collected and expended and must furnish a copy thereof to the National Service Center.

**Real Estate**

Except as hereafter provided with respect to incorporated local councils, the title to all real estate acquired for a unit or local council must be vested in a bank or trust company, in trust for the use of the unit or local council in accordance with the wishes of the donor with the provision that if such property cannot be utilized in such a manner, and title does not revert to the donor, that title or beneficial use of the property must nonetheless be for the benefit of Scouting in the local area.

Any incorporated local council may hold title to real property in its own name provided that in the event of the dissolution of the unit or council or the revocation or lapse of its charter said trustee or trustees will, after satisfying any claims against such unit or council to which such real estate may be subject, convey said property or, if sold, pay the net proceeds of such sale to the Boy Scouts of America, which may hold or use said property or funds for the benefit of Scouting in such locality or elsewhere if there is not suitable opportunity to use said property or funds in such locality. Any incorporated local council holding title to real property in its own name must ensure that its certificate or articles of incorporation expressly provide for the conveyance of such property or the net proceeds from the sale thereof to the Boy Scouts of America in the event of the dissolution of the local council or the revocation or lapse of its charter in a manner consistent with this provision.

**Restricted Funds**

Restricted funds received by a unit or local council must in all cases be held (a) in trust by either a corporate trustee for a bank or trust company, the National Boy Scouts of America Foundation, or the Boy Scouts of America Endowment Master Trust; or (b) in the Boy Scouts of America Commingled Endowment Fund LP for the use of the unit or local council, in accordance with the wishes of the donors, with the provision in the statement of the conditions governing the administering of the funds that in the event of the dissolution of the unit or council or revocation or lapse of its charter said funds will, after any claims against said funds are satisfied, be turned over to the Boy Scouts of America for use by the Boy Scouts of America for the benefit of Scouting in such locality and for the specific purposes for which the fund was granted. If there is no suitable opportunity for the use of said funds in such locality, they may be used elsewhere.

**Council or Unit Assets Upon Dissolution**

Consistent with the Bylaws, in the event of the dissolution of a council or the revocation or lapse of its charter, the Executive Committee may, at its option, authorize the National Council to assume charge of the affairs of the council and continue operation pending reorganization or re-establishment of the council or wind up the business of the council. All funds and property in the possession or control of such council must be applied to the payment of the council's obligations. Any surplus funds or property may thereafter be administered as deemed to be in the best interest of Scouting.

In the event of the dissolution of a unit or the revocation or lapse of its charter, unit funds and assets must be used to first satisfy any outstanding unit obligations. Any remaining assets obtained with funds raised in the name of Scouting must be redeployed for Scouting use in the local area. Any assets obtained with funds from the chartered organization or parents of registered members may be redeployed as agreed upon by the chartered organization and local council.

Any property or funds acquired by the National Council upon the dissolution of a Scouting unit or local council will be administered so as to make effective, as far as possible, the intentions and wishes of the donors.

9

# IV. UNITS AND CHARTERED ORGANIZATIONS

## General

The Boy Scouts of America has the power to grant charters to organizations and groups of individuals that it determines meet the requirements of the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America. The Boy Scouts of America has the power to revoke or modify such charters when in its sole judgment such revocation or modification is warranted.

## Charters to Organizations

Charters for new units may be granted upon approval of the application in accordance with the guidelines of the Boy Scouts of America. Prior to approval of any new chartered organization, a review must be made as to the general objectives, purpose, character, intent, and programs of the prospective chartered organization or community group and its compatibility with the aims and purposes of the Boy Scouts of America. The history, length of service, and general reputation of the organization or community group are also factors that should be considered. The application must provide reference to the guidelines adopted by the Boy Scouts of America on the use of the Scouting program by chartered organizations and references to other policies and guidelines on the Scouting program. The charter agreement must obligate the holder to abide by the charter agreement; provide adequate facilities, supervision, and leadership for at least one year; and make an effort to provide youth members with the opportunity for a quality program experience as set forth in the official literature of the Boy Scouts of America. Unit meeting quarters must be periodically inspected to determine their adequacy as well as to ascertain other uses to be made of these or adjoining quarters, for the purpose of considering the compatibility of uses and the general appropriateness of the environment.

## Charters to Groups of Citizens

While the formation of units in connection with existing organizations is preferred, when conditions warrant, a charter may be granted for the formation of a unit independent of any relationship with an existing organization, provided, however, that the applicants are citizens of the United States who subscribe to the principles of the Scout Oath, whose interest is primarily in helping youth through the Scouting program, and who have the resources to provide the necessary leadership, supervision, and facilities. In such cases, the obligations upon the applicants for a charter are the same as those required for organizations.

## Charter Applications, Renewals, and Revocations

Applications for unit charters, new and renewal, must be issued in accordance with the policies and guidelines of the Boy Scouts of America and may be granted only upon the favorable recommendation of the local council. Prior to approving the renewal of unit charters, the council should determine that the unit is offering the Scouting program in accordance with the Rules and Regulations, policies, and guidelines of the Boy Scouts of America.

An annual unit charter fee determined from time to time by the Executive Committee and announced to the field must be paid to the National Council each time a unit registers or reregisters and is in addition to the individual registration fees. No additional unit charter or registration fees must be imposed by a local council

without the prior authorization of the Executive Committee. The expiration of the registration of units will normally be 12 months from the last day of the month in which the original organization of the unit was approved by the local council or, in the case of units not under local council supervision, by the Boy Scouts of America. The rights and privileges of all those units expire with the expiration of the unit registration. In cases where units have been dropped from the records under conditions that they could not avoid, they may have their record of continuous service reestablished by submitting evidence of continued activity and paying registration fees from the date of charter expiration.

## Chartered Organizations and Representative

Chartered organizations must operate the unit in accordance with the Rules and Regulations and charter agreement. Chartered organization representatives are also members of the district committee and voting members of the local council.

## Unit Committees

Each chartered unit of the Boy Scouts of America must be supervised by a unit committee, consisting of three or more qualified adults, 21 years of age or older, selected by the organization with which the unit is connected or, in the case of a unit chartered to a group of individuals, selected from those who make application for the unit charter. The unit must be operated under the guidance of the unit committee, one of whose members must be designated as chairman, in accordance with the Rules and Regulations, policies, and guidelines of the Boy Scouts of America.

## Unit Program Leaders

Two registered adult leaders 21 years of age or over are required at all Scouting activities, including meetings. A registered adult female leader must be present for any activity involving female youth. Notwithstanding the minimum leader requirements, age- and program-appropriate supervision must always be provided.

All adults accompanying a Scouting unit who are present at the activity for 72 total hours or more must be registered as leaders. The 72 hours need not be consecutive.

In Cub Scouting, units may have a separate pack for boys or girls, or separate dens for girls and dens for boys in the same pack. In the case of troops, separate troops for boys and girls are required. Chartered organizations may have "linked troops," which means a chartered organization can have a shared troop committee with separate troops for boys and for girls.

The chartered organization must select and its representative must approve unit leaders. The local council must process unit leader applications submitted on the proper form in accordance with guidelines established by the Boy Scouts of America. All units must be operated in accordance with the applicable policies and guidelines of the Boy Scouts of America.

## Unit Designation

Each unit will be designated by a serial number assigned by the local council. The National Council may establish guidelines by which units are designated and limit the use of such designations as appropriate.

# V. INDIVIDUAL REGISTRATION

**Registration of Youth Members and Adult Program Participants**

Youth membership and adult program participation requires the payment of an annual registration fee determined from time to time by the Executive Committee and announced to the field. It is the philosophy of Scouting to welcome all eligible youth, regardless of gender, race, ethnic background, sexual orientation, or gender identification, who are willing to accept Scouting's values and meet any other requirements of membership. Young people of all religious backgrounds are welcome in Scouting, with some participating in units for youths of a particular religion and the greater majority participating in units open to members of various religious backgrounds.

Venturers and Sea Scouts may participate in more than one unit as well as a Scout troop with the payment of one primary registration in a Venturing or Sea Scout unit.

Scouting units are small, intimate groups. In the Scouting programs, units may be made up of even smaller groups which often meet regularly in private homes. As long as they are faithful to Scouting's membership philosophy, set forth above, it is for the units to determine on the basis of considerations such as group size or youth behavior whether to admit or to continue the membership of a youth member.

**Registration of Adult Leaders**

The registration fee for Scouters shall include a subscription to *Scouting* magazine. If a Scouter serves in more than one registered capacity, only one registration fee is required.

**Procedure for Registration**

All applications must be submitted on the current official form prepared for that purpose and carrying due reference to the requirements and provisions of the Bylaws of the Boy Scouts of America including the Declaration of Religious Principle. A suitable certificate of registration designating the official relationship to the Boy Scouts of America will be provided to all registered members and Scouters.

**Qualifications, Applications, Approval, and Removal**

To be eligible for registration, a Scouter must agree to: subscribe to the Scout Oath; fulfill the obligations of his or her position; and perform his or her duties in accordance with the Rules and Regulations, policies, and guidelines of the Boy Scouts of America. The applicant may thereafter be registered by submitting the properly completed official application, approval, and payment of the required fee.

Registration and participation in Scouting is a privilege that may be denied, limited, or terminated when determined to be in the best interest of Scouting. Scouters must abide by the provisions of any applicable code of conduct. A Scouter who has not been designated as ineligible by the National Council, who is removed from a position or whose registration is not renewed by a local council is eligible for service in other positions subject to the required approval for the position.

**Unit Leaders.** Unit leaders must be selected and approved by the chartered organization and are subject to the approval of the local council and the Boy Scouts of America. Unit leaders must be 21 years of age or older when registering, except that assistant Cubmasters, assistant Scoutmasters, assistant den leaders, and assistant Webelos den leaders must be 18 years of age or older. Chartered organizations may remove or refuse to renew the unit registration of unit leaders when the unit committee and chartered organization representative agree that the Scouter's service is no longer desired or required.

**District and Council Scouters.** District and council Scouters must be approved by the local council Scout executive. Council Scout executives may remove or refuse to renew the position registration of a district or council Scouter when the council president and council Scout executive agree that the Scouter's service is no longer desired or required.

**Area, Region, and National Scouters.** Area, region, and National Council Scouters must be approved by the area, region, or national professional responsible for the area of service being provided by the Scouter. The National Council may remove or refuse to renew the registration of such Scouters when it is determined that their service is no longer desired or required.

**Scouter Training.** The Boy Scouts of America may establish training requirements for specified positions and completion of that training may be required prior to registration or renewal.

**Special Types of Registration**

**Sustaining Members.** Persons who desire to be identified with the local council through their financial support and influence in the expansion of the council program may be enrolled as sustaining members of local councils.

**Camp Staff.** All persons serving as camp staff at a local council or at a National Council facility must be registered as camp staff members. No additional registration fee is required if the individual is already registered as a youth member, adult program participant, or Scouter. Camp staff includes employees and volunteers. Employees of contractors working at camps are to be registered as camp staff if they will reasonably be expected to have direct interaction with youth, unless an approved alternative procedure is adopted. For contractors working on camp property but not regularly interacting with youth, and those subject to any approved alternative procedure, the following must be the minimum requirements for granting access to camp property: compliance with applicable state laws; maintaining a roster of the name, address, and phone number of all such persons; approved screening or criminal background checks performed on each person; and completion of an approved youth protection training program.

**College Scouter Reserve.** College students who will commit themselves to an informed interest and active participation in the program, whenever possible, may be registered in the College Scouter Reserve.

**Merit Badge Counselors.** Persons who are at least 18 years of age may serve as merit badge counselors in subjects for which they are qualified and must register as such as adult Scouters as provided in this section. A fee for such registration will not be required.

**Scouter Reserve.** Individuals 21 years of age and over may, upon approval of the local council, register in the Scouter Reserve of the Boy Scouts of America by paying the registration fee required of a Scouter. Individuals so registered may serve in the following ways: as faculty members of Cub Scout training courses; assisting in organizing and training in connection with Cub or Scout units, Venturing crews, and Sea Scout ships; as hosts and hostesses; and by helping in finance and public relations campaigns. They may serve as members of fathers' and mothers' clubs, parents' clubs, and auxiliaries of units. Members of the Scouter Reserve may wear the universal badge of Scouting to signify their affiliation.

**Retired Professionals.** Persons who have retired from professional Scouting may be registered on an annual basis with the National Service Center upon the approval of the Chief Executive Officer.

**Special Registration Status.** The Chief Executive Officer may authorize guidelines and policies governing the registration of persons with special needs to accommodate those who are deemed qualified for special registration status outside of the otherwise prescribed program age requirements.

### Veteran Award

After five years of duly registered service in the Boy Scouts of America, individuals may upon application receive the designation of "veteran," provided they agree to live up to their Scouting obligations and to keep local Scouting authorities in the community in which they live informed as to their availability for service. A special badge will be made available to veterans. Such veterans, maintaining an active registered relationship in any capacity, must pay the regular registration fees of their class. Veterans desiring recognition as veterans for periods of time established by the Boy Scouts of America for particular recognition must maintain an active registered relationship for the required number of years, paying their annual registration fees.

### Period of Registration

The expiration of individual registration terms is as follows:

(a) National, regional, and area Scouters. At the end of the period for which they have been duly elected or appointed, unless registered in some other capacity.

(b) Council and district Scouters and those registered in the Scouter Reserve. At the expiration of the council year for which they are issued, unless registered in some other capacity.

(c) Unit Scouters serving in unit capacities only (including chartered organization representatives or group of citizens). At the expiration of the unit charter.

(d) Members. At the expiration of the registration of their respective units.

(e) Lone Cub Scouts and Lone Cub Scout friends and counselors. One year from the date of their last registration.

(f) Lone Scouts and Lone Scout friends and counselors. One year from the date of their last registration.

(g) Registered retired professional Scouters. One year from the date of their last registration.

### Transfers

Individuals (adult leaders or youth members) holding an unexpired registration certificate transferring from unit to council, council to unit, or unit to unit must pay a transfer charge. This charge applies to all transfers during the charter year but does not apply to Tigers becoming Cub Scouts in their affiliated pack.

**Confidentiality and Use of Registration Information**

Lists of names, addresses, or other personal information of those currently or formerly registered as members or leaders of the Boy Scouts of America or financial supporters of the Boy Scouts of America and local councils are confidential and must not be used for commercial purposes. This provision does not prohibit the National Council from using affiliate or affinity group information to communicate membership benefits to members thereof in accordance with applicable guidelines or policies.

**Denial, Expiration, or Revocation of Registration**

As a private, membership organization, the Boy Scouts of America has the right to set standards of membership and leadership. That right includes the ability to deny, expire, revoke, or otherwise limit or bar registration or affiliation with the Boy Scouts of America or any local council or any other affiliated organization. The general procedure for maintaining those standards is expressed in a publication titled *Procedures for Maintaining Standards of Membership and Leadership;* however, nothing contained therein limits the ability of the Boy Scouts of America to take such action as it may deem appropriate in its sole discretion.

**Local Council Annual Registration or Program Fees**

A local council may charge an annual registration or program fee to youth members, adult program participants and Scouters whose primary registration is with the council in an amount not to exceed the amount of the applicable individual registration fee for their position established by the Executive Committee.

# VI. COUNCIL COMMISSIONED LEADERS

## Commissioner Service

All Scouters selected to serve as commissioners must first be approved by the local council commissioner and Scout executive. Commissioners will be issued commissions by the Boy Scouts of America on an annual basis. Commissioned Scouters must be at least 21 years of age.

**Council Commissioner.** The council commissioner is an elected officer of the council who is responsible for the delivery of commissioner service through monthly meetings with district commissioners and commissioner conferences. The council commissioner has the responsibility at the council level to report to the council president and regularly interpret the commissioner function to the council executive board. The council commissioner is responsible for the local council's commitment to on-time reregistration of units. The council commissioner also serves as a council representative to the National Council.

**Assistant Council Commissioners.** Each local council may have one or more assistant council commissioners. These individuals are appointed by the council commissioner subject to the approval of the Scout executive and assist, on direction, in the performance of the duties of that office.

**District Commissioner.** A district commissioner is offered for approval by the district nominating committee subject to the approval of the Scout executive. The district commissioner, through a volunteer staff, is responsible for on-time charter renewals, unit service, and monthly roundtables in the district and gives leadership to recruiting, training, and supervision of an effective staff. The district commissioner serves on the council commissioner's staff, reports to the district chairman, and has an advisory relationship with the district operating committees.

**Assistant District Commissioners.** Each district may have one or more assistant district commissioners. These individuals are appointed by the district commissioner subject to the approval of the Scout executive and recruit, train, and supervise unit commissioners or assist in staff operation through functional assignments as directed by the district commissioner.

**Unit Commissioners.** Unit commissioners must be appointed by the district commissioner subject to the approval of the Scout executive and are responsible for the continuity and program capability of assigned units. Unit commissioners provide their assigned units with meaningful service that brings about on-time charter renewal, membership growth, and the delivery of Scouting ideals to youth members. They give guidance in unit operation to unit leaders and interpret council and district activities in terms of unit opportunities.

## Roundtables

Cub and Scout roundtable commissioners are appointed by the district commissioner subject to the approval of the Scout executive and are responsible for monthly roundtables that provide unit program ideas and inspiration to reinforce leaders' commitment to help members grow. Roundtable commissioners must recruit, train, and supervise a permanent roundtable staff.

Roundtable staff members are appointed by the roundtable commissioner subject to the approval of the Scout executive and, under direction, plan and conduct monthly leader roundtables.

# VII. PROGRAMS

## YOUTH PROGRAMS

The youth programs of the Boy Scouts of America are Cub Scouts, Scouts BSA, Venturing, Sea Scouts, and Lone Scout. The eligibility requirements shall be published and available to unit leaders. Changes in the eligibility requirements must be approved by the National Operations Leadership Committee and reported to the National Executive Committee before becoming effective.

## YOUTH LEADERSHIP POSITIONS

Each Scouting unit may have certain key youth leadership positions that involve youth members in leadership training through program management. Positions must be in accordance with guidelines established by the Boy Scouts of America, including:

(a) Junior Assistant Scoutmaster—A 16- to 17-year-old youth appointed by the Scoutmaster, approved by the troop committee, and responsible to the Scoutmaster for tasks assigned.

(b) Senior Patrol Leader—Must be elected by the majority of youth members registered in the troop and must meet the qualifications set by the patrol leaders' council. The senior patrol leader may appoint other youth leaders with the concurrence of the Scoutmaster and presides over the patrol leaders' council.

(c) Venturing Elected Officers—Elected Venturing officers work together to help the crew succeed. Elected officer positions are: president, first vice president, second vice president, secretary, and treasurer.

(d) Sea Scout Elected Officers—Elected Sea Scout officers work together to help the ship succeed. Elected officer positions are: ship boatswain, boatswain's mate/administration, boatswain's mate/program, yeoman, and purser.

## ADVANCEMENT

### General Principle
Education is the chief function of Scouting and is the basis of the advancement program. A fundamental principle of advancement is that learning is a natural outcome of participation in the Scouting program.

### Administration
All advancement procedures must be administered under conditions that harmonize with the aims and purposes of the Boy Scouts of America.

### Advancement Requirements
Advancement ranks or program recognitions in Scouting programs must be in accordance with published program requirements. Unit activities should be planned to facilitate regular advancement. No additional advancement requirements may be added by a local council or unit. Any change in the advancement requirements in those programs must be approved in advance by the National Operations Leadership Committee.

### Programs and Facilities
Programs and facilities used to provide the Scouting program should be conducted, monitored, and inspected in accordance with the policies and guidelines of the Boy Scouts of America.

### Responsibility for Merit Badges
The responsibility for merit badges rests with the merit badge counselor approved by the local council and district advancement committee. Merit badge counselors must be registered adult leaders of the Boy Scouts of America. The merit badge counselor must prepare and qualify youth members. There is no board of review procedure for merit badges, but public recognition may be given at a unit court of honor or other suitable occasion.

# ACTIVITIES

## Anniversary Celebration

The anniversary celebration of the Boy Scouts of America takes place annually on February 8, the anniversary of the original day of incorporation of the Boy Scouts of America, and throughout the week (beginning on Sunday) containing this date. This week is known as Scouting Anniversary Week. The National Service Center, with the cooperation of Scouters throughout the country, is to arrange for a nationwide celebration on February 8 and throughout the month of February for the purpose of bringing more definitely to the attention of each community the value of the Scouting program for its work with youth and young adults for the development of character and training for citizenship. The program for the anniversary celebration of the Boy Scouts of America must include a plan whereby every registered youth member is given an opportunity to observe Anniversary Day, February 8, with special ceremonies in which they recommit themselves to the Scout Oath and Scout Law. On this occasion it is the duty of the unit leader and other leaders to bring to the attention of the unit members the extent of the Scouting brotherhood in our own country and throughout the world and impress upon their minds the fact that every member the world over is committed to the same obligation, as stated in the Scout Oath and Scout Law.

## Participant Fees

All national events and activities for which a participant fee is charged must include a surcharge for the national liability insurance program. The National Council may also establish national liability insurance program policies with respect to persons not registered with the Boy Scouts of America who attend national or local Scouting activities or programs on the premises of a national or council facility.

## BOYS' LIFE OR SCOUT LIFE MAGAZINE

The Boy Scouts of America will publish a periodical titled *Boys' Life* or *Scout Life* for all Scouting-age youth, providing wholesome stories and other material of interest and educational value, which will stimulate ambition and help in character development of youth. All stories and material must be in harmony with the principles of Scouting as set forth in the Scout Oath and Scout Law.

## INSIGNIA, UNIFORMS, AND BADGES

### General

The intellectual property of the Boy Scouts of America must be made available and used only in accordance with the policies and guidelines of the Boy Scouts of America.

### Official Uniforms

The official uniforms authorized as evidence of official relationship to the Boy Scouts of America are those approved by the Boy Scouts of America from time to time, as illustrated and correctly described in the handbooks, catalogs, and other official guidelines of the Boy Scouts of America. The official uniforms and parts thereof may be issued only as authorized by the Boy Scouts of America and sold either directly by the National Service Center through responsible local merchants designated as local Scouting distributors or through designated local councils. Local Scouting distributors may be appointed and licensed and the licenses revoked only by the National Service Center, but chartered local councils may make recommendations for such actions. Imitation of United States Army, Navy, or Marine Corps uniforms is prohibited, in accordance with the provisions of the organization's Congressional Charter.

### Use of Uniform

The official uniforms are intended primarily for use in connection with official Scouting activities, and their use may be approved by the local council executive board for council events or activities under conditions consistent with the Rules and Regulations of the Boy Scouts of America. No alteration of, or additions to, the official uniforms, as described in the official guidelines or the Rules and Regulations covering the wearing of the uniform and the proper combinations thereof on official occasions, may be authorized by any Scouting official or local council. It is the responsibility of all leaders of the Boy Scouts of America and especially of all commissioned officers and chartered councils to cooperate with the Boy Scouts of America in preventing the use of the official uniforms by those who are not registered and in good standing.

### Special Local Badges and Insignia

Local councils are authorized to adopt special badges and insignia as awards for particular purposes in harmony with national policies and to permit their use upon the official uniform in accordance with the Rules and Regulations, policies, and guidelines of the Boy Scouts of America.

### Authorization

The National Council has the sole and exclusive right to authorize the use of insignia, words, phrases, designation marks, pictorial representation, and descriptive remarks relating to the program of the Boy Scouts of America on commercial products, promotional efforts, and/or sale and distribution to members of the Boy Scouts of America and/or the general public. The use of same by local councils shall be only as authorized and approved by the National Council.

## LIFESAVING AND MERITORIOUS ACTION AWARDS

**Lifesaving Awards**

Recognition may be given to a youth member or Scouter where the evidence presented to the local council, in accordance with the applicable guidelines, shows that he or she saved or attempted to save life under circumstances that indicate heroism and risk to self. The reviewing committee will give consideration to resourcefulness and to demonstrated skill in rescue methods. In no case may recognition be given where it appears that the risk involved was merely in the performance of duty or the meeting of an obligation because of responsibility to supervise and give leadership to the persons whose lives were saved. The awards are:

(a) Honor Medal With Crossed Palms. The Honor Medal With Crossed Palms may be awarded in exceptional cases to a youth member or adult leader who has demonstrated unusual heroism and extraordinary skill or resourcefulness in saving or attempting to save life at extreme risk to self.

(b) Honor Medal. The Honor Medal may be awarded to a youth member or adult leader who has demonstrated unusual heroism and skill in saving or attempting to save life at considerable risk to self.

(c) Heroism Award. The Heroism Award may be awarded to a youth member or adult leader who has demonstrated heroism and skill in saving or attempting to save life at minimum personal risk.

**Meritorious Action Awards**

Recognition may be given to a youth member or Scouter where the evidence presented to the local council, in accordance with the applicable guidelines, shows that a significant or outstanding act of service, of an exceptional character, was performed. The action taken need not involve attempts of rescue or risk to self but must put into practice Scouting skills or ideals. Recognition may not be given where it appears that the action involved was merely in the performance of duty or the meeting of an obligation. The awards are:

(a) Medal of Merit. The Medal of Merit may be awarded to a youth member or adult leader who has performed an act of service of a rare or exceptional character that reflects an uncommon degree of concern for the well-being of others.

(b) National Certificate of Merit. The National Certificate of Merit may be awarded to a youth member or adult leader who has performed a significant act of service that is deserving of special national recognition.

**Applications**

All applications should be processed and approved by the local council upon duly prescribed forms, and it is within the discretion of the local council to determine which type of recognition, if any, will be given. Recipients of these awards must be registered with the Boy Scouts of America at the time the action was performed. Awards are made in the name of the Boy Scouts of America.

## AWARDS FOR DISTINGUISHED SERVICE TO YOUTH

**Silver Buffalo Award**

The Boy Scouts of America may award the Silver Buffalo to citizens of the United States for distinguished service upon the following basis and procedure:

(a) These awards may be made each year.

(b) The award is made on the basis of noteworthy service to youth, of a national or international character, outside of the line of regular duty, either directly to or independent of the Boy Scouts of America.

(c) As evidence of the award there will be presented: a suitable certificate, descriptive of the services rendered, duly authenticated by the Boy Scouts of America, pursuant to the action of the Executive Board; and a miniature silver buffalo, suspended by a red, white, and red ribbon to be worn around the neck.

(d) These awards will be made at the meeting of the National Council or at a major function of the Boy Scouts of America, pursuant to the action of the Executive Board, which action is to be based upon the recommendation to the Executive Board by the National Court of Honor, or by recommendations to the Executive Board by the National Chair and the Chief Executive Officer.

**Silver Antelope Award**

The Boy Scouts of America, acting through the National Court of Honor, may award the Silver Antelope for distinguished service to youth upon the following basis and procedure:

(a) This award may be made each year upon the nomination of the regional cabinet. The nomination must be submitted not less than 30 days in advance of the date upon which it is desired to present the award. This award may be made for noteworthy service of exceptional character to youth by registered Cub Scout, Scouts BSA, Venturing, and Sea Scout leaders within the territory under the jurisdiction of a regional cabinet.

(b) As evidence of the award there will be presented: a suitable certificate, duly authenticated by the Boy Scouts of America, pursuant to the action of the National Court of Honor; and a miniature silver antelope suspended by an orange, white, and orange ribbon to be worn around the neck.

(c) No public announcements are to be made by the region in advance of action of the National Court of Honor with reference to the names presented for consideration.

(d) These awards are to be presented to the recipients by the region in connection with its annual meeting or other public function, but only after approval of the award by the National Court of Honor.

(e) Each region is entitled to eight recipients per year.

(f) Unused allotments for any previous years may not be accumulated or used in any subsequent year.

(g) The National Court of Honor may, based upon initial recommendation of the Operations Group, award the Silver Antelope to persons in overseas areas.

## Silver Beaver Award

The Boy Scouts of America, acting through the National Court of Honor, may award the Silver Beaver for distinguished service to youth upon the following basis and procedure:

(a) Each council may process its own annual allotment of Silver Beaver awards and must send a list of Silver Beaver recipients honored each calendar year to the National Court of Honor no later than January 31 of the following year.

(b) The award is made for noteworthy service of exceptional character to youth by registered Scouters within the territory under the jurisdiction of a local council.

(c) As evidence of the award there will be presented: a suitable certificate, duly authenticated by the Boy Scouts of America, pursuant to the action of the National Court of Honor; and a miniature silver beaver suspended by a blue, white, and blue ribbon to be worn around the neck.

(d) No public announcements may be made by the local council in advance of action by the National Court of Honor with reference to names presented for consideration.

(e) These awards may be made to the recipients by the local council concerned in connection with its annual meeting or other public function.

(f) Each duly chartered local council is entitled to one nomination. Councils having more than 60 units are entitled to further nominations on the basis of one for each additional 60 units or fraction thereof in their territory, as of December 31 preceding the nomination, according to the records of the National Service Center.

(g) Councils not using their full allotment in any year may accumulate the unused portion for use in any subsequent year.

In extraordinary cases, the Silver Beaver Award may be made by the National Court of Honor to a Scouter upon the recommendation of the duly constituted Scouting authorities having supervision of one or more units of the Boy Scouts of America located outside of the United States and not under the jurisdiction of a local council.

## Silver World Award

The Boy Scouts of America through the National Court of Honor, which has delegated the selection of recipients as hereinafter provided, may award the Silver World Award for distinguished service to youth as follows:

(a) The award may be presented to citizens of any country whose Scout association is a member of the World Scout Conference in recognition of his or her service of exceptional character to the youth of his or her own country or on an international basis.

(b) The recipient does not have to be a member of a Scout association. United States citizens may receive the Silver World Award for international service to youth, provided they are not registered members of the Boy Scouts of America.

(c) Approved awards may be presented by an authorized member of the Boy Scouts of America either by a personal visit with the recipient or at an official meeting of a national Scout association, including the Boy Scouts of America.

(d) Designation of recipients of the Silver World Award, by authority of the International Committee and the Executive Board, is delegated to the following:
i. National Chair of the Boy Scouts of America

ii. Chief Executive Officer

iii. International Commissioner

(e) Awards may be made at any time on behalf of the International Committee and the Executive Board. The International Committee receives a full report of the Silver World Award designation at each meeting and will maintain accumulative records of awards including support data.

(f) As evidence of the award there will be presented: a suitable certificate duly authorized by the Boy Scouts of America; and a medal suspended by a red and white ribbon to be worn around the neck when such practice does not conflict with approved uniform policy. The medal will be a circular blue enameled silver medallion upon which will be superimposed meridian lines and stars signifying the global scope of the award. An applied silver universal badge of the Boy Scouts of America will be centered upon the front of the medallion.

# VIII. COMMISSIONED PROFESSIONAL LEADERSHIP

## General

Persons who have met the qualifications and requirements established for professional service in the Boy Scouts of America may be commissioned as professional Scouters by the Chief Executive Officer. The Chief Executive Officer is responsible for the development of such criteria, policies, and procedures necessary to assure the recruitment of professional candidates with the necessary physical, educational, personal, and moral qualifications. They must include at least the following:

(a) A pre-commissioned professional must be age 21 or older at the time they are commissioned and have earned a bachelor's degree from an accredited college or university. Consideration will be given a person with an associate degree with satisfactory evidence of a successful career experience of at least 10 consecutive years in general business, industry, government, or the military, along with at least five years of leadership experience. A person who has completed five consecutive years of successful employment as a district associate may also be considered. A pre-commissioned professional must also meet the qualifications to be a registered Scouter.

(b) The recruit must be, or declare an intention to become, a citizen of the United States of America before being commissioned as a professional Scouter.

## Professional Commissioning

The following procedure provides the basis for the commissioning of persons as professional Scouters:

**Phase I.** A person employed as a pre-commissioned professional must demonstrate to the satisfaction of the local council Scout executive (or, in the case of being employed by the Boy Scouts of America, the Chief Executive Officer) an acceptable willingness to work, a degree of cooperation, a motivation toward career service within Scouting, and an apparent ability to succeed as a professional Scouter. In addition, Phase I pre-course work assigned must be completed prior to attending Phase II position-basic training. In the event he or she does not meet all of these requirements, employment will be terminated by the local council Scout executive (or, as applicable, the Chief Executive Officer).

**Phase II.** The pre-commissioned professional who successfully completes Phase I of the commissioning process must attend the required position-basic training within six months of their date of employment in a position requiring a commission.

The pre-commissioned professional must satisfactorily accomplish those designated assignments in position-basic training; satisfactorily demonstrate the development of necessary techniques; and demonstrate moral and personal fitness as set forth in the Scout Oath and Scout Law and in the Scout Executive's Code. The Boy Scouts of America training and development director or designee will decide whether the pre-commissioned professional has satisfactorily completed position-basic training. Those pre-commissioned professionals who successfully complete position-basic training will receive a certificate to that effect and will be commissioned by the Chief Executive Officer, or designee, as a professional Scouter and will receive documentary evidence of such commission and will thereupon be entered into the official roll of professional Scouters of the Boy Scouts of America.

## Decommissioning

A professional Scouter may be decommissioned when, in the judgment of the Chief Executive Officer or Executive Committee, that person demonstrates that he or she does not possess the moral, educational, or emotional qualities deemed necessary for commissioned professional status, lacks such other commissioned professional qualifications, or fails to obey such requirements as the Boy Scouts of America from time to time may require. A decommissioned professional Scouter is ineligible for re-employment by the Boy Scouts of America or any local council in any capacity.

## EMPLOYMENT OF PROFESSIONALS

## Rules and Guidelines

The Chief Executive Officer may determine the positions that may be held only by commissioned professionals and may establish guidelines for employment, training, promotion, tenure, and demotion of professional and professional-technical employees of the Boy Scouts of America. The applicable guidelines and those pertaining to transfer and retirement must be followed by local councils in the course of their employment of commissioned professionals.

## Special Situations

It is recognized that for the efficient operation of the Boy Scouts of America certain professional and professional-technical staff positions may be held by people selected because of their specialized qualifications. The Chief Executive Officer may, in exceptional instances, waive the education or equivalency requirement for employment as a commissioned professional and grant to such persons commissioned professional or professional-technical status during their term of employment, which will be limited to such professional or professional-technical staff positions.

**National Professional Staff**

The Chief Executive Officer, subject to the approval of the Executive Committee, may determine the necessary national organization structure and professional staff requirements.

**Local Council Scout Executive and/or Chief Executive Officer**

A local council shall employ a commissioned professional certified to serve as local council Scout executive and/or its chief executive officer having general direction of its administration and supervision over Scouting activities within its jurisdiction. A local council may, if due to exceptional circumstances it is authorized in advance by the Chief Executive Officer and pursuant to guidelines approved by the National Executive Committee, hire a candidate who would not otherwise be eligible for the position. A council Scout executive or chief executive officer shall serve at the pleasure of the local council's executive board subject to the policies, procedures and guidelines of the National Council.

**Other Local Council Staff**

Other than newly employed persons not yet commissioned as professional Scouters, a local council may employ individuals for professional positions only in accordance with guidelines approved by the National Executive Committee. Such persons may serve in the local council so long as commissioned as provided herein and during the pleasure of the local council. The duties of such professional personnel are defined by the local council Scout executive with the approval of the local council executive committee. The classification and title of such position must be in accordance with the policies and guidelines of the Boy Scouts of America. Newly employed persons not yet commissioned may be employed as professional Scouters only as provided in these Rules and Regulations and with the preapproval of the National Service Center. The employment period cannot extend for more than five months prior to attending position-basic training.

Excepting approved non-commissioned Scout executives, only commissioned professionals may be employed by local councils or serve in a unit-serving executive position (district executive), a year-round program position, a position supervising other commissioned professional, or the position of council Scout executive.

# IX. AFFILIATES

The Executive Committee may authorize the creation of affiliates to engage in activities that directly or indirectly support the Corporation's and local councils' ability to achieve the mission of Scouting. Except for affinity organizations operated by the Corporation, the authorization may be provided without amendment to the Bylaws or the Rules and Regulations of the Corporation. The Chief Executive Officer shall ensure that the interests of the Corporation are protected insofar as the activities of any such affiliate, regardless of structure, or legal or contractual relationship.

**Scouting Affinity Groups**

The Corporation may operate or authorize national or local council affinity groups open to persons who support the mission of the Boy Scouts of America. National affinity groups shall be approved in advance by the Executive Committee. The Chief Executive Officer may authorize the use of the seal, emblems, badges, descriptive marks, words, or phrases associated with or referring to the Boy Scouts of America by local councils subject to such limitations and licensing as deemed necessary or appropriate. The Chief Executive Officer shall oversee the naming, management, and operation of any such national affinity group. Affinity groups may offer benefits to its members or other serve fraternal purposes. The organizational structure and operating practices of any such affinity group must be in harmony with the principles of Scouting.

# X. SPECIAL SITUATIONS

**Experimental Programs**

The Chief Executive Officer may authorize the development of experimental or pilot programs to achieve the purpose of the Boy Scouts of America on an expanded basis. Such programs may be inconsistent with or beyond the scope of current corporate governance documents and may include the use of affiliates of the Boy Scouts of America to sponsor such programs as deemed appropriate. The national Key 3 will be notified of proof of concept/pilot programs prior to the development of curriculum or program materials. Only experimental or pilot programs approved by the Chief Executive Officer are authorized for use by local councils.

Experimental programs thereafter showing potential may be further developed and tested through proof of concept/pilot programs on a limited, unpublicized basis. The national Key 3 is to be informed whenever a program is being expanded beyond proof of concept. The scope, duration, and other parameters of proof of concept/pilot programs are to be defined and the program re-evaluated annually. Updates on the progress of the proof of concept/pilot and an assessment upon completion of the proof of concept/pilot must be made by the Chief Executive Officer to the National Operations Leadership Committee.

The National Operations Leadership Committee may determine whether information on proof of concept/pilot programs is to be provided to the Executive Board and may direct the Chief Executive Officer to make such reports and answer questions presented by the Executive Board.

**Scouting Outside of Council Territories**

To further its objectives of extending membership privileges to citizens of the United States in other parts of the world, the Boy Scouts of America authorizes the registration of youth members and leaders and the establishment of units in areas lying outside of the jurisdiction of any local council. To foster and strengthen the close and friendly relationship that exists between the Boy Scouts of America and other Scout associations, members, and leaders of such units should work in close harmony with their fellow Scouts and Scouters in the area. Only those eligible for registration in the Boy Scouts of America are eligible to participate in such units.

**World Organization of the Scout Movement**

Member associations of the World Organization of the Scout Movement may organize, administer, and service units of their association for dependents of their citizens living temporarily in the United States. Such permission is to be granted upon certification by the National Service Center, under the following conditions:

(a) The approval to establish a unit will be on an annual basis and may be extended upon review of status as reflected in an annual report.

(b) Registration will be restricted to citizens and dependents of member countries. No registration will be accepted or allowed in the unit from citizens of the United States or any third country.

(c) The condition of registration will reflect agreements as to the use of Boy Scouts of America's intellectual property. In this instance only would there be a requirement for dual registration.

(d) There will normally be no registration fee assessed by the Boy Scouts of America for either a unit or an individual member.

(e) Standards of certification will include membership qualifications, intellectual property, and adherence to the basic policy, program, and methods of the World Organization of the Scout Movement.

# XI. AGREEMENTS WITH OTHER ORGANIZATIONS

Consistent with the mission and values of the Boy Scouts of America to help develop character and leadership in youth, the Boy Scouts of America may enter into agreements with Learning for Life and other youth, veteran, community, and educational organizations with similar missions and values to facilitate service to non-Scouting youth and communities, including for the use of suitable facilities or areas of facilities. Such agreements may not obligate the National Council to enter into or continue any such agreement.

# INDEX

**A**

Activities, 17
Adult, 5
Adult program participant, 5
Advancement
  general principles of, 16
  procedures for,16
  youth programs, 16
Advertising policy, 7
Age requirements
  assistant Cubmaster, 12
  assistant den leader, 12
  assistant Scoutmaster, 12
  assistant Webelos den leader, 12
  commissioned officials, 15
  junior assistant Scoutmaster, 16
  Lone Cub Scout, 16
  merit badge counselors, 13
  professional Scouters, 15
Agreements with other organizations, 22
Anniversary celebration,17
Assistant
  council commissioner, 15
  Cubmaster, 12
  den leader, 12
  district commissioner, 15
  Scoutmaster, 12
  Webelos den leader, 12
Awards, special
  Heroism Award, 18
  Honor Medal, 18
  Honor Medal With Crossed Palms, 18
  Lifesaving, 18
  Medal of Merit, 18
  Meritorious Action, 18
  National Certificate of Merit, 18
Awards, youth service
  Silver Antelope, 18-19
  Silver Beaver, 19
  Silver Buffalo, 18
  Silver World, 19

**B**

Badges, 17
*Boys' Life* Magazine, 17

**C**

Charter applications, renewals,
  and revocations, 10
Chartered organization representative, 10
Chartered organizations, 10
Charters
  to group of citizens, 10
  to organizations, 10
Code of Conduct, 5
College Scouter Reserve, 13
Commercial contracts, 6
Commercialism policy, 6
Commissioners, 15
Confidentiality of membership lists, 14
Conflict-of-interest policy, 7

Control of funds
  audited statement, 8
  council obligations, 9
  limitation of authority, 8
  local council control, 8
Cooperation with national movements, 6
Council, *see* local council
Council commissioner, 15
Cub Scout
  advancement, 16
  pack, 11
  registration, 12
  roundtable commissioner, 15
Cubmaster, 12

**D**

Declaration of religious principle, 12
Den leader, 12
Denial of registration, 14
Disposition of funds upon termination of
  council or unit, 9
Distinguished service to youth awards
  Silver Antelope, 18-19
  Silver Beaver, 19
  Silver Buffalo, 18
  Silver World, 19
District
  commissioner, 15
  committee, 8
  function of, 8
  organization, 8
  Scouters, 5, 12

**E-F-G-H-I-J-K**

Employment of professionals, 20
Experimental programs, 22
Gambling, 6
Insignia, 17
Junior assistant Scoutmaster, 16

**L**

Leader, 5
Learning for Life, 22
Lifesaving awards, 18
Local
  badges, 17
  units, 8, 9
Local council
  annual registration fees, 8
  approval of unit applications, 8
  commissioner, 15
  finance, 8
  fundraising, 8
  professional personnel, 20
  program promotion outside of
   assigned territory, 8
  real estate, 9
  responsibilities, 8
  restricted funds, 9
  Scouters, 5, 12

Lone
  Scout, 13, 16
  Scout friend and counselor, 13
  Cub Scout, 13
  Cub Scout friend and counselor, 13

**M**

Member, 5
Members, local councils
  approval of, 8
  sustaining, 12
Membership lists, confidentiality of, 14
Membership, term, 13
Merit badge
  counselors, 13
  responsibility for, 16
Meritorious action awards, 18
Military training, policy concerning, 7
Multilevel marketing, 6

**N**

National Council, 5
National Court of Honor, 18-19
National movements, cooperation with, 6
National Service Center, 5
Nonpartisan, nonpolitical functions, 6

**O-P**

Organization of local units, 8
Pack
  leaders, 11
  organization of, 11
Participant fees, 17
Patrol leaders' council, 16
Pilot programs, 22
Policies concerning
  advertising, 7
  commercialism, 6
  conflict of interest, 7
  cooperation with national movements,
   6
  cooperation with other
   Scout associations, 22
  military training, 7
  participation in public functions, 6
  political questions, 7
  Scouting public display activities, 6
  unit money-earning projects, 6
Political questions, 7
Product sales, 6
Professional Scouters
  commissioning, 20
  decommissioning, 20
  pre-commissioned, 20
  requirements for, 20
Professional-technical positions, 20
Program managers, 16
Public functions, participation in, 6
Pyramid sales, 6

**R**

Registration
    adult leaders, 12
    adult program participants, 12
    camp staff, 13
    college Scouter reserve, 13
    denial or revocation of, 14
    expiration of, 14
    fee, 14
    membership, 12
    merit badge counselors, 13
    period, 13
    procedure for, 12
    qualifications, applications, approval,
      removal, 12
    retired professionals, 13
    Scouter Reserve, 13
    special status, 13
    special types of, 12-13
    sustaining membership, 12
    transfers, 13
    veteran, 13
    youth, 12
Renewals, unit charter, 10
Restricted funds, 9
Retired professional Scouters, 13
Retirement, 20
Roundtables, 15

**S**

Scout
    Law, 6, 17, 20
    Oath, 6, 17, 20
Scouter Reserve, 13
Scouters, 6
    area, regional, national, 12
    Code of Conduct, 6
    council, 5, 12
    district, 5, 12
    registration, 12, 13
    unit, 5, 13

Scouting, 5
    Anniversary Week, 17
    attempts to commercialize, 6
    outside of council territories, 22
    promotion of, 8
    public display activities, 6
*Scout Life* Magazine, 17
Scoutmaster, 12
Scouts BSA, 5
    advancement, 16
    registration, 12
    roundtable commissioner, 15
Sea Scouts, 16
    elected officers, 16
    registration, 12
Senior patrol leader, 16
Silver Antelope, 18-19
Silver Beaver, 19
Silver Buffalo, 18
Silver World, 19
Special registration status, 13
Superactivity, 8

**T**

Titles of professionals, 21
Training, 12
Troop
    committee, 11
    organization of, 11

**U**

Uniform and insignia
    alteration of, 17
    authorized, 17
    badges and insignia, 17
    distribution of, 17
    integral part of program, 17
    local council protection of, 6-7
    official, 17
    prohibition of imitation, 17
    protection of, 6-7

Uniform and insignia (cont'd)
    restricted sale and use, 17
    special, 17
    use of, 17
Unit
    commissioner, 15
    committee, 10
    Cub Scouters, 11, 13
    designation, 11
    leadership, -11, 12
    money-earning projects, 6
    number, 11
    program leader, 5
    Scouters, 5, 12

**V**

Venturing
    elected officers, 16

    registration, 12
Veteran Award, 13

**W**

Webelos
    den leader, 12
World Organization of the
    Scout Movement, 22

**Y**

Youth, 5
    leader, 5
    programs, 5
Youth members, 5
    Cub Scout, 16
    junior assistant Scoutmaster, 16
    Lone Cub Scout, 16
    Scout, 16
    Sea Scouts, 16
    senior patrol leader, 16
    Venturer, 16

# *Exhibit B*

# RULES AND REGULATIONS
## OF THE
## BOY SCOUTS OF AMERICA

### HOW TO ORDER ADDITIONAL COPIES

The publications listed below are no longer available from the Supply Group. A distribution will be made to Scout executives whenever there are enough changes to warrant a new printing. Councils may purchase additional copies for $1.50 each, which includes shipping and handling. Volunteers requesting copies of these publications must contact their local council, which will forward their request and payment to: Boy Scouts of America, Office of the Chief Scout Executive S400, P.O. Box 152079, Irving, TX 75015-2079. Make checks payable to Boy Scouts of America account 79005-0260.

100-491 *Charter and Bylaws of the Boy Scouts of America*
100-492 *Rules and Regulations of the Boy Scouts of America*

# CONTENTS

**Article VI. Local Councils  4**
SECTION 1. Council Organization  4
SECTION 2. District Organization  4
SECTION 3. Local Units  4
SECTION 4. Powers and Responsibilities  5
SECTION 5. Authority for *Scout Executive's Manual*  6

**Article VII. Youth Members  6**
SECTION 1. General Classifications  6
SECTION 2. Program Groups  6
SECTION 3. Youth Leadership Positions  7

**Article VIII. Adult Leadership  7**
SECTION 1. General  7
SECTION 2. Noncitizens  7
SECTION 3. Commissioned Leadership  7
SECTION 4. Professional Leadership  8
SECTION 5. Employment of Professionals  9
SECTION 6. BSA Employees  10

**Article IX. Principles, Policies, and Definitions  11**
SECTION 1. Principles—Oath, Slogan, Promises, Pledge, Motto,
and Code  11
SECTION 2. Policies  12
SECTION 3. Definitions  13

**Article X. Program  13**
SECTION 1. Advancement  13
SECTION 2. Activities  14
SECTION 3. *Boys' Life* Magazine  15
SECTION 4. Insignia, Uniforms, and Badges  15
SECTION 5. Lifesaving and Meritorious Action Awards  16
SECTION 6. Awards for Distinguished Service to Youth  16

**Article XI. Business, Finance, Properties, Contracts, Registration  17**
SECTION 1. Finance  17
SECTION 2. Real Estate  18
SECTION 3. Registration  18

**Article XII. Affiliates  20**
SECTION 1. National Eagle Scout Association  20
SECTION 2. Order of the Arrow  20

**Article XIII. Special Situations  21**
SECTION 1. Experimental Programs  21
SECTION 2. Overseas Scouting  21
SECTION 3. Learning for Life  21

100-492
©2004 Boy Scouts of America
2011 Printing

# ARTICLE I. GENERAL

(See Bylaws.)

# ARTICLE II. THE NATIONAL COUNCIL

(See Bylaws.)

# ARTICLE III. THE EXECUTIVE BOARD

(See Bylaws.)

# ARTICLE IV. OFFICERS

(See Bylaws.)

# ARTICLE V. REGIONAL ORGANIZATION

(See Bylaws.)

# ARTICLE VI. LOCAL COUNCILS

## COUNCIL ORGANIZATION

SECTION 1.

### Members

*Clause 1.* Active. The active membership of all local councils shall consist of persons 21 years of age or over, duly registered as provided in these Rules and Regulations. The membership shall include representatives from organizations or groups of citizens operating units as provided in the Rules and Regulations, classified as chartered organization representatives, together with representatives at large of the various business, civic, educational, labor, social, and religious interests of the communities, classified as council members at large.

*Clause 2.* Associate. Persons desiring to maintain an actual Scouter membership without assignment to active service may be elected as associate members of local councils, without vote, provided that they qualify by the same procedure and under the same conditions as active Scouters. They may wear the uniform and shall be enrolled as subscribers to *Scouting* magazine.

## DISTRICT ORGANIZATION

SECTION 2.

### Districts

*Clause 1.* For the purpose of unit service and program administration, a local council may be divided geographically or functionally into such districts as the local council executive board may determine. The Executive Board of the Corporation may from time to time adopt rules and regulations concerning district organization.

### District Committee/District Commissioner Staff

*Clause 2.* The administration of Scouting in each district shall be exercised by the local council through a district committee and a district commissioner staff.

### Function of District

*Clause 3.* The district committee, the operating committees of the district, and the district commissioner staff have no legislative authority. Its purpose is to make effective in the territory policies and programs as adopted by the local council, its executive board, and council committees.

## LOCAL UNITS

SECTION 3.

### Organization of Units

*Clause 1.* General. The Corporation shall have the power to grant charters to organizations and groups of individuals meeting the requirements of the Bylaws and these Rules and Regulations to organize and maintain units of the Scouting program, and to issue certificates of membership in such units to the officers and members thereof who comply with the requirements of the Bylaws and these Rules and Regulations. The Corporation shall have the power

to revoke such charters when in its sole judgment such revocation is warranted.

### Charters to Organizations

*Clause 2.* For the formation of units, charters may be granted to organizations upon application from the duly constituted authorities of such organizations on forms provided for that purpose. Such applications shall obligate the organizations to provide adequate facilities, supervision, and leadership for at least 1 year and to make an effort to provide youth members with the opportunity for a quality program experience as set forth in the official literature of the Boy Scouts of America.

### Charters for Community Units

*Clause 3.* While the formation of units in connection with existing organizations shall be preferred, when conditions warrant a charter may be granted for the formation of a unit independent of any relationship with an existing organization, provided, however, that the applicants are citizens of the United States, who subscribe to the principles of the Scout Oath and Law, and whose interest is primarily in helping boys and young adults through the Scouting program, and who shall have the resources to provide the necessary leadership, supervision, and facilities. In such cases the obligations upon the applicants for a charter shall be the same as those required for organizations.

### Standards of Organizations

*Clause 4.* Intended meeting quarters shall be periodically inspected to determine their adequacy as well as to ascertain other uses to be made of these or adjoining quarters, for the purpose of considering the compatibility of uses and the general appropriateness of the environment. An investigation shall also be made as to the general objectives, purpose, character, intent, and programs of the prospective chartered organization or community group and its compatibility with the aims and purposes of the Boy Scouts of America. The history, length of service, and general reputation of the organization or community group are also factors that should be considered.

### Renewals

*Clause 5.* Unit charters may be renewed upon application, provided a review of past activities, personnel, and plans for the future shows a satisfactory effort to carry out the Scouting program, as set forth in the official literature, and to comply with the Rules and Regulations of the Boy Scouts of America.

### Local Council Approval

*Clause 6.* In territory supervised by a local council, all applications for unit charters, new and renewal, may be granted only upon the favorable recommendation of the local council.

### Chartered Organization Representative

*Clause 7.* In territory supervised by local councils, each chartered organization shall appoint a volunteer, other than the unit leader or assistant unit leader, as its chartered organization representative to represent it as a member of the district committee and as a voting member of the local council.

4

#### Unit Committees

*Clause 8.* Each chartered unit of the Boy Scouts of America shall be under the supervision of a unit committee, consisting of three or more qualified adults, 21 years of age or older, selected by the organization with which the unit is connected, or in the case of a community unit of those who make application for the unit charter, one of whom shall be designated as chairman.

The unit committee shall have such responsibilities as may from time to time be defined by the Corporation.

#### Leadership

*Clause 9.* Each chartered Cub Scout pack, Boy Scout troop, Varsity Scout team, and Venturing crew shall have one individual, 21 years of age or older, who shall be registered and serve as the unit leader. In addition each Cub Scout pack shall have a minimum of one individual, 21 years of age or older, who shall be registered as a den leader. Unit and den leaders may not serve simultaneously in any other position within the same unit. The head of the chartered organization or chartered organization representative and the local council must approve the registration of the unit leader on the appropriate form.

#### Packs

*Clause 10.*

(a) Packs, consisting of no fewer than five Cub Scouts, may be organized in the territory and under the supervision of local councils.

(b) Each Cub Scout pack shall have at least one individual, 21 years of age or older, who shall be registered and serve as a den leader.

(c) The provisions of these Rules and Regulations relating to the organization of units shall apply to the organization of packs.

(d) The active adult leadership of the pack shall be designated collectively as Cub Scouters, and individually as pack committee members, Cubmaster, assistant Cubmasters, den leaders, assistant den leaders, Webelos den leaders, assistant Webelos den leaders, Tiger Cub den leaders, and pack trainer.

They shall be appointed and commissioned as outlined in the Bylaws and these Rules and Regulations. These Cub Scouters shall be required to meet the same membership requirements and leadership responsibilities and shall have the same privileges and opportunities as provided for all unit Scouters.

(e) The Cub Scout membership of a pack shall be organized on the den system.

#### Troops

*Clause 11.*

(a) Troops, consisting of no fewer than five Boy Scouts, may be organized in the territory and under the supervision of local councils.

(b) The provisions of these Rules and Regulations, relating to the organization of units, shall apply to the organization of troops.

(c) The active adult leadership of a troop shall be designated collectively as Scouters and individually as troop committee members, Scoutmaster, and assistant Scoutmasters. They shall be appointed and commissioned as outlined in the Bylaws and these Rules and Regulations. These Scouters shall be required to meet the same membership requirements and leadership responsibilities and shall have the same privileges and opportunities as provided for all unit Scouters.

(d) The membership of a troop shall be organized on the patrol system.

#### Teams

*Clause 12.*

(a) Teams, consisting of no fewer than five Varsity Scouts, may be organized in the territory and under the supervision of local councils.

(b) The provisions of these Rules and Regulations, relating to the organization of units, shall apply to the organization of teams.

(c) The active adult leadership of a team shall be designated collectively as Varsity Scouters and individually as team committee members, Coach, and assistant Coach. They shall be appointed and commissioned as outlined in the Bylaws and these Rules and Regulations. These Varsity Scouters shall be required to meet the same membership requirements and leadership responsibilities and shall have the same privileges and opportunities as provided for all unit Scouters.

(d) The Varsity Scout membership of a team shall be organized on the squad method.

#### Crews

*Clause 13.*

(a) Venturing crews and Sea Scout ships, which shall consist of no fewer than five members, may be organized in the territory and under the supervision of local councils.

(b) The provisions of these Rules and Regulations, relating to the organization of units, shall apply to the organization of Venturing crews and Sea Scout ships.

(c) The active adult leadership of a Venturing crew/Sea Scout ship shall be designated collectively as Venturing leaders/Sea Scout leaders and individually according to the designated titles of their respective type of Venturing unit/Sea Scout ship. They shall be appointed and commissioned as outlined in the Bylaws and these Rules and Regulations, and shall meet the same membership requirements and leadership responsibilities and shall have the same privileges and opportunities as provided for all unit Scouters.

#### Unit Designation

*Clause 14.*

(a) All units shall be designated by the name of the community in which the unit is located.

(b) Each unit shall be designated also by a serial number assigned by the local council or, if not under local council, by the Corporation.

(c) There shall be only one series of numbers for units by which the unit shall be identified at the national office. A program code should be included with each national unit number. This shall not prevent the use of a local community number where units having previously been assigned local numbers desire to continue the use of such numbers locally, and, when requested, such numbers shall be used upon the unit charter and certificates.

### POWERS AND RESPONSIBILITIES

Section 4.

*Clause 1.* It shall be the duty of the chartered councils to promote the Scouting program through the organization and registration

5

annually of units and their personnel; also to approve and provide leadership and supervision of all program activities, within the territory covered by their charters, in such a manner as to ensure compliance with the provisions of the Bylaws of the Boy Scouts of America and the Rules and Regulations thereof, as set forth in the official handbooks, or as may be announced.

*Clause 2.* Local councils shall be specifically charged with the responsibility to guard against the use of the official insignia and uniform by persons not officially registered with the Corporation and to bring to the attention of the Corporation any violation of regulations not within their power to prevent or any attempt to commercialize the Scouting movement.

*Clause 3.* Local councils shall, through their Scout executives or other representatives, make the benefits of the Scouting program known to all agencies or organizations having contact with boy and young-adult life and cooperate in the organization of units so that boys and young adults may have the benefit of the Scouting program.

*Clause 4.* Local councils shall provide means for assisting chartered organizations in securing and training individuals to serve as unit leaders and assistants. The chartered organization shall provide leadership and facilities in order that youth members under their jurisdiction may have the opportunity to participate in a quality program experience as set forth in the official literature of the Boy Scouts of America.

*Clause 5.* Local councils shall endeavor to provide facilities and leadership in order that Venturers/Sea Scouts under their jurisdiction may have the opportunity to participate in a Venturing/Sea Scout superactivity away from home each year.

*Clause 6.* Local councils shall provide procedures for advancement in order that youth members may meet the various requirements of rank in adherence to the advancement requirements set forth in the official literature of Boy Scouts of America.

### AUTHORITY FOR *SCOUT EXECUTIVE'S MANUAL*

SECTION 5.

The authorization for policies and procedures discussed in the *Scout Executive's Manual* comes from the Rules and Regulations, which in turn comes from the Charter and Bylaws of the Boy Scouts of America.

# ARTICLE VII. YOUTH MEMBERS

### GENERAL CLASSIFICATIONS

SECTION 1.

**Active**

*Clause 1.* An active youth member is one who, with the approval of a parent or guardian if necessary, becomes a member of a unit; obligates himself or herself to attend the meetings regularly; fulfills a member's obligation to the unit; subscribes to the Scout Oath or the code of his or her respective program; and participates in an appropriate program based on a member's age, as promulgated from time to time by the Boy Scouts of America.

**Associate**

*Clause 2.* Any youth member who, in the judgment of the unit leader and the unit committee, is unable to meet the requirements of active membership may be carried on the unit records as an associate, provided the individual attends at least one meeting of the unit within the year and in all other respects is guided by the obligations of an active member.

**Visiting Youth Members**

*Clause 3.* Enrollment. Young people of other nationalities who are temporarily resident in the United States may be enrolled as "visiting" youth members, at the national office of the Corporation upon local council recommendation.

*Clause 4.* Affiliation. Such enrollment shall entitle the youth members to affiliate with a local unit where the individual temporarily resides and to share all activities, privileges, advancement recognition, and service credits to which registered members of the Boy Scouts of America are entitled. This shall include the right to wear, while thus affiliated, the prescribed insignia and uniform of the Boy Scouts of America for which the member may qualify.

*Clause 5.* Certificates of Service. Upon leaving the United States, certificates shall be given such affiliated "visiting" youth members attesting their service record and advancement while in the United States.

### PROGRAM GROUPS

SECTION 2.

**Tiger Cubs, Cub Scouts, Boy Scouts**

*Clause 1.* Youth members in the following programs shall be boys who meet specific requirements as established by the Boy Scouts of America and published from time to time in the official publications of the organization. Specific membership requirements are:

(a) Tiger Cub—Must be under the age of 8 who
(1) has completed kindergarten or is in first grade
or
(2) is age 7.

(b) Cub Scout—Must
(1) have completed first grade, but not have completed third grade,
or
(2) be age 8 or 9.

(c) Webelos Scout—Must
(1) have completed third grade, but has not completed fifth grade,
or
(2) be age 10, but not yet 11½.

(d) Boy Scout—Must be under the age of 18 and
(1) have completed fifth grade and be at least 10 years old,
or
(2) have earned the Arrow of Light Award and be at least 10 years old,
or
(3) be age 11 or older.

(e) Varsity Scout—Must be at least age 14 and not yet age 18.

**Venturers**

*Clause 2.* Members in Venturing shall be male or female and meet specific requirements as established by the Boy Scouts of

6

America and published from time to time in the official publications of the organization.

(a) Venturer—Be 13 years of age and have completed the eighth grade, or be 14 years of age or older, and not yet 21 years of age.

(b) Sea Scouts, BSA—A special-interest program carried on as a part of Venturing.

**Lone Cub Scout and Lone Boy Scout**

*Clause 3.* A Lone Cub Scout or Lone Boy Scout is a boy who meets the same requirements of grade or age as established in clause 1, becomes registered, and meets the program objectives with the help of a Lone Scout friend and counselor. The program shall be carried out under supervision of the local council in which he lives.

**YOUTH LEADERSHIP POSITIONS**

SECTION 3.

Each Scouting unit may have certain key youth leadership positions which shall involve youth members in leadership and program management. Positions are:

(a) Junior Assistant Scoutmaster—A 16- to 17-year-old youth appointed by the Scoutmaster, approved by the troop committee, and responsible to the Scoutmaster for tasks assigned.

(b) Senior Patrol Leader—Shall be elected by the majority of youth members registered in the troop. He shall meet the qualifications set by the patrol leaders' council. He may appoint other youth leaders with the concurrence of the Scoutmaster and shall preside over the patrol leaders' council.

(c) Varsity Team Captain—Shall be nominated by the team committee with the concurrence of the Coach. The Varsity Scouts comprising the team may vote to elect, or accept, the captain. He runs the team and appoints co-captains, program managers, and squad leaders with the concurrence of the Coach and youth members.

(d) Venturer Elected Officers—Elected Venturing officers work together to help the crew succeed. Elected officer positions are: president, first vice-president, second vice-president, secretary, and treasurer.

# ARTICLE VIII. ADULT LEADERSHIP

## GENERAL

SECTION 1.

**Designation**

*Clause 1.* Scouters. The collective designation for all registered adult members of the Boy Scouts of America.

*Clause 2.* Unit Scouters. All adult members registered with the unit, except the chartered organization representative who shall be considered a council Scouter.

*Clause 3.* District Scouters. All adult members serving on the district committee and district commissioner's staff.

*Clause 4.* Council Scouters. All adult members registered with the council.

**Approval**

*Clause 5.* All recommendations for commissions or certificates of membership for unit, district, and council Scouters under council supervision are subject to the approval of the local council before transmission to the national office of the Corporation. Said recommendations for unit Scouters must be approved by the head of the chartered organization or by the chartered organization representative.

*Clause 6.* All recommendations from local units of the Direct Service Council for commissions or certificates of membership are subject to the approval of the Corporation.

## NONCITIZENS

SECTION 2.

**Registration of Noncitizens**

*Clause 1.* Adults who are not citizens of the United States but who reside within the country may register with the Boy Scouts of America in any capacity if they agree to abide by the Scout Oath and Scout Law, to respect and obey the laws of the United States of America, and to subscribe to the statement of religious principle.

**Service Outside the United States**

*Clause 2.* At the discretion of the Executive Board of the Boy Scouts of America, and under such rules and regulations as it may prescribe, commissions or certificates of membership as Scouters may be issued to citizens serving in a country or territory under the control of the United States.

## COMMISSIONED LEADERSHIP

SECTION 3.

**Issuance of Commissions**

*Clause 1.* All individuals in unit leadership positions (including Lone Cub Scout and Boy Scout friends and counselors) shall be issued commissions by the Boy Scouts of America.

*Clause 2.* All individuals selected to serve as commissioners (including Venturing service team members) shall be recommended by the Scout executive and approved by the council executive board (with the exception of the council commissioner, who is an elected officer). They shall be issued commissions by the Boy Scouts of America on an annual basis.

**Age Requirements**

*Clause 3.* Commissioned officials must be at least 21 years of age, with the exception of those individuals at least 18 years of age who may be commissioned as assistant unit leaders. (Associate Venturing Advisors must be 21 years of age.)

## Commissioners

*Clause 4.* Council Commissioner. The council commissioner shall direct the extent and quality of commissioner service through monthly meetings with district commissioners and commissioner conferences. The council commissioner has the responsibility at the council level to report to the council president and regularly interpret the commissioner function to the council executive board. The council commissioner is responsible for the local council's commitment to on-time reregistration of units. The council commissioner shall serve as an officer of the council and as a National Council representative.

*Clause 5.* Assistant Council Commissioners. Each local council may have one or more assistant council commissioners. These individuals are appointed by the council commissioner and assist, on direction, in the performance of the duties of that office.

*Clause 6.* District Commissioner. A district commissioner is offered for approval and appointment by the district nominating committee. The district commissioner shall, through a volunteer staff, be responsible for on-time charter renewals, unit service and monthly roundtables in the district and give leadership to recruiting, training, and supervision of an effective staff. The district commissioner serves on the council commissioner's staff, reports to the district chairman, and has an advisory relationship with the district operating committees.

*Clause 7.* Assistant District Commissioners. Each district may have one or more assistant district commissioners. These individuals are appointed by the district commissioner and shall, under direction, recruit, train, and supervise unit commissioners or assist in staff operation through functional assignments.

*Clause 8.* Unit commissioners shall be appointed by the district commissioner to be responsible for the continuity and program capability of assigned units. Unit commissioners provide their assigned units with meaningful service that brings about on-time charter renewal, membership growth, and the delivery of Scouting ideals to youth members. They give guidance in unit operation to unit leaders and interpret council and district activities in terms of unit opportunities.

*Clause 9.* Roundtable Commissioners.

(a) A Cub Scout roundtable commissioner is appointed by the district commissioner to be responsible for monthly Cub Scout leader roundtables that provide unit program ideas and inspiration to reinforce leaders' commitment to help boys grow. The Cub Scout roundtable commissioner shall recruit, train, and supervise a permanent Cub Scout roundtable staff.

(b) A Boy Scout roundtable commissioner is appointed by the district commissioner to be responsible for monthly Boy Scout leader roundtables that provide unit program ideas and inspiration to reinforce leader's commitment to help boys grow. The Boy Scout roundtable commissioner shall recruit, train, and supervise a permanent Boy Scout roundtable staff.

(c) A Varsity Scout huddle commissioner is to be appointed by the district commissioner to be responsible for Varsity Scout leader huddles that provide team program ideas and inspiration to reinforce leader's commitment to help boys grow. The Varsity Scout huddle commissioner shall recruit, train, and supervise a permanent Varsity Scout huddle staff.

*Clause 10.* Roundtable/Huddle Staff.

(a) Cub Scout roundtable staff members shall be appointed by the Cub Scout roundtable commissioner and, under direction, plan and conduct monthly Cub Scout leader roundtables.

(b) Boy Scout roundtable staff members shall be appointed by the Boy Scout roundtable commissioner and, under direction, plan and conduct monthly Boy Scout leader roundtables.

(c) Varsity Scout huddle staff members shall be appointed by the Varsity Scout huddle commissioner and, under direction, plan and conduct Varsity Scout leader huddles.

## Unit Leadership

*Clause 11.* Unit Leadership. All recommendations for commissions to serve as unit leader, assistant unit leader, Tiger Cub den leader, assistant Tiger Cub den leader, den leader, assistant den leader, Webelos den leader, or assistant Webelos den leader shall originate with the unit committee, the chartered organization, or the community unit committee. The head of the chartered organization or the chartered organization representative must approve the registration of the leader in the appropriate form. The local council must also approve the registration.

Adult leadership positions shall be filled by persons 21 years of age or older, except the following, which may be filled by persons 18 years of age or older: assistant Cubmaster, assistant Scoutmaster, assistant Varsity team Coach, assistant den leader, and assistant Webelos den leader.

## PROFESSIONAL LEADERSHIP

Section 4.

### General

*Clause 1.* Persons who have met the qualifications and requirements established for professional service in the Boy Scouts of America shall be commissioned as professional Scouters.

### Requirements

*Clause 2.* The Human Resources Administration/Professional Development Committee shall be responsible for the development of such criteria, policies, and procedures as will assure the recruitment of professional candidates with necessary physical, educational, personal, and moral qualifications. These criteria, policies, and procedures will be reviewed annually. They shall include at least the following:

(a) The recruit must have attained age 21 unless prohibited by any applicable law.

(b) The recruit must have earned a bachelor's degree from an accredited college or university. Consideration will be given a person with an associate of arts degree with satisfactory evidence of a successful career experience of at least 10 consecutive years in general business, industry, government, or the military, along with at least 5 years of leadership experience as an adult Scouting volunteer. An approved paraprofessional employee with 2 consecutive

years of successful employment and an associate of arts degree may also be considered.

(c) The recruit must accept the declaration of religious principle and the Scout Oath and Law.

(d) The recruit must be, or declare an intention to become, a citizen of the United States of America before being commissioned as a professional Scouter.

### Commissioning

*Clause 3.* The following procedure provides the basis for the commissioning of persons as professional Scouters:

PHASE I

A person employed as a pre-commissioned professional shall demonstrate to the satisfaction of the local council Scout executive (or, in the case of being employed by the Corporation, the Chief Scout Executive) an acceptable willingness to work and a degree of cooperation, a motivation toward career service in the movement, and has demonstrated an apparent ability to succeed as a professional Scouter. These requirements must be satisfactorily met prior to the time the individual is sent to the Center for Professional Development. In the event he or she does not meet all of these requirements, employment shall be terminated by the local council Scout executive (or, as applicable, the Chief Scout Executive) prior to the time he or she attends the Center for Professional Development.

PHASE II

The pre-commissioned professional who successfully completes Phase I of the commissioning process shall be sent to the Center for Professional Development for PD-L1 training not longer than three months following employment.

The pre-commissioned professional must satisfactorily accomplish those designated assignments in PD-L1; satisfactorily demonstrate the development of necessary techniques; and demonstrate moral and personal fitness as set forth in the Scout Oath and Scout Law and in the Scout Executive's Code. The faculty of the Center for Professional Development and the director of Professional Development shall decide whether the pre-commissioned professional has satisfactorily completed PD-L1. Those pre-commissioned professionals who successfully complete PD-L1 shall receive a certificate to that effect and will be commissioned by the Chief Scout Executive, or designee, as a professional Scouter and shall receive documentary evidence of such commission and shall thereupon be entered into the official roll of professional Scouters of the Boy Scouts of America.

### Decommissioning

*Clause 4.* A professional Scouter may be decommissioned when, in the judgment of the Corporation, that person demonstrates that he or she does not possess the moral, educational, or emotional qualities deemed necessary for commissioned professional status or lacks such other commissioned professional qualifications or fails to obey such requirements as the Corporation from time to time may require.

### EMPLOYMENT OF PROFESSIONALS

SECTION 5.

### Rules and Guidelines

*Clause 1.* The Chief Scout Executive, subject to the direction of the Executive Board, the Bylaws, and these Rules and Regulations, shall establish procedures covering employment, training, promotion, tenure, demotion, and retirement or discharge of all professional and professional-technical employees of the Corporation and of local councils; as well as determine the positions that may be held only by commissioned professional Scouters.

### Special Situations

*Clause 2.* It is recognized that for the efficient operation of the Corporation certain professional and professional-technical staff positions may be held by people selected because of their specialized qualifications. The Chief Scout Executive may, in exceptional instances, waive the education or equivalency requirement of section 4, clause 2, above and grant to such persons professional or professional-technical status during their term of employment which shall be limited to such professional or professional-technical staff positions.

### National Professional Staff

*Clause 3.* The Chief Scout Executive, subject to the approval of the Executive Board, shall determine the necessary national organization structure and professional staff requirements.

### Local Council Professional Personnel

*Clause 4.* A local council may employ as its Scout executive—that is, its executive officer having general direction of its administration and supervision over Scouting activities within its jurisdiction—a person selected by it from the list of candidates of commissioned professional Scouters submitted by the national office who shall serve so long as commissioned as provided herein and during the pleasure of the local council's executive board subject to the policies and procedures of the National Council.

In no event shall a local council select as its Scout executive a professional employee currently serving in any other capacity in that council, nor shall any such person be included in any list provided for in the preceding paragraph.

### Other Local Council Staff

*Clause 5.* A local council may employ in other professional positions persons selected from lists of candidates consisting of commissioned professional Scouters submitted by the national office. Such persons shall serve in the local council so long as commissioned as provided herein and during the pleasure of the local council's Scout executive. The duties of such professional personnel shall be defined by the local council Scout executive with the approval of the local council executive board. The classification and title of such position shall be determined by the Chief Scout Executive.

*Clause 6.* A local council may also employ individuals in the following categories:

(a) Pre-commissioned professional. Newly employed persons uncommissioned as professional Scouters employed as described in article VIII, section 4, clause 3, in these Rules and Regulations and with the approval of the national office. The employment period shall not extend more than 3 months prior to attending the Center for Professional Development.

9

**RULES AND REGULATIONS—ARTICLE VIII, SECTION 6**

(b) Paraprofessionals. For purposes of these Rules and Regulations, paraprofessionals shall not be considered professional positions. Such individuals must meet the BSA's membership requirements.

*Clause 7.* The following local council positions may be filled by a commissioned professional only:

Unit-serving executive; any year-round program position; any position supervising other professionals; and Scout executive.

A professional trainee may serve as a unit-serving executive.

## BSA EMPLOYEES

SECTION 6.

**Retirement**

Contributions and benefits under the Basic Retirement Plan of the Boy Scouts of America are based upon normal retirement of employees at age 65. Subject to satisfactory performance, continued employment by an employee is subject to applicable state and federal law.

10

# ARTICLE IX. PRINCIPLES, POLICIES, AND DEFINITIONS

(See article IX of Bylaws for Declaration of Religious Principle.)

### PRINCIPLES—OATH, SLOGAN, PROMISES, PLEDGE, MOTTO, AND CODE

SECTION 1.

**Motto**

*Clause 1.* The motto of the Boy Scouts of America is: "Be Prepared."

**Slogan**

*Clause 2.* The slogan of the Boy Scouts of America is "Do a Good Turn Daily."

**The Scout Oath or Promise and the Scout Law**

*Clause 3.* All Boy Scouts must know and subscribe to the Scout Oath or Promise and Law, as follows:

**The Scout Oath or Promise**

On my honor I will do my best
To do my duty to God and my country and to obey the Scout Law;
To help other people at all times;
To keep myself physically strong, mentally awake, and morally straight.

**The Scout Law**

A Scout is:

Trustworthy. A Scout tells the truth. He keeps his promises. Honesty is part of his code of conduct. People can depend on him.

Loyal. A Scout is true to his family, Scout leaders, friends, school, and nation.

Helpful. A Scout is concerned about other people. He does things willingly for others without pay or reward.

Friendly. A Scout is a friend to all. He is a brother to other Scouts. He seeks to understand others. He respects those with ideas and customs other than his own.

Courteous. A Scout is polite to everyone regardless of age or position. He knows good manners make it easier for people to get along together.

Kind. A Scout understands there is strength in being gentle. He treats others as he wants to be treated. He does not hurt or kill harmless things without reason.

Obedient. A Scout follows the rules of his family, school, and troop. He obeys the laws of his community and country. If he thinks these rules and laws are unfair, he tries to have them changed in an orderly manner rather than disobey them.

Cheerful. A Scout looks for the bright side of things. He cheerfully does tasks that come his way. He tries to make others happy.

Thrifty. A Scout works to pay his way and to help others. He saves for unforeseen needs. He protects and conserves natural resources. He carefully uses time and property.

Brave. A Scout can face danger even if he is afraid. He has the courage to stand for what he thinks is right even if others laugh at or threaten him.

Clean. A Scout keeps his body and mind fit and clean. He goes around with those who believe in living by these same ideals. He helps keep his home and community clean.

Reverent. A Scout is reverent toward God. He is faithful in his religious duties. He respects the beliefs of others.

**The Cub Scout Promise and Law of the Pack**

*Clause 4.* All Tiger Cubs and Cub Scouts must know and subscribe to the Cub Scout Promise and the Law of the Pack.

**Cub Scout Promise**

I, [name], promise
To do my best to do my duty to God and my country,
To help other people, and
To obey the Law of the Pack.

**The Law of the Pack**

The Cub Scout follows Akela.
The Cub Scout helps the pack go.
The pack helps the Cub Scout grow.
The Cub Scout gives goodwill.

**The Venturing Oath and Code**

*Clause 5.* All Venturers must subscribe to the Venturing Oath and Code, as follows:

**The Venturing Oath**

As a Venturer,
I promise to do my duty to God
and help strengthen America,
to help others, and to seek truth,
fairness, and adventure in our world.

**The Venturing Code**

As a Venturer,
I believe that America's strength lies in our trust in God and in the courage, strength, and traditions of our people.
I will, therefore, be faithful in my religious duties and will maintain a personal sense of honor in my own life.
I will treasure my American heritage and will do all I can to preserve and enrich it.
I will recognize the dignity and worth of all humanity and will use fair play and goodwill in my daily life.
I will acquire the Venturing attitude that seeks the truth in all things and adventure on the frontiers of our changing world.

11

POLICIES

SECTION 2.

**Cooperation With National Movements**

*Clause 1.* With the consent of the local council, members of the Boy Scouts of America may cooperate with established nonpartisan and nonsectarian national movements for the relief of humanity in undertakings to raise money by giving personal service, provided, however, that this shall not involve the use of BSA youth members as collectors or solicitors of money.

**Participation in Public Functions**

*Clause 2.* The officers and leaders of the Boy Scouts of America shall, when practicable, cooperate in connection with civic or other public gatherings of a nonpartisan and nonpolitical character in a way which gives youth members an opportunity to render service in harmony with their training instead of merely taking part in parades or making a show of themselves in their uniforms.

**Unit Money-Earning Projects**

*Clause 3.* Units may conduct money-earning projects only when the projects have been approved by the chartered organization and the local council and are consistent with the principles set forth in these Rules and Regulations.

**Scouting Public Display Activities**

*Clause 4.* Local councils may approve the sale of tickets for the public display of Scouting activities, such as merit badge shows, circuses, rallies, and demonstrations, when (a) the nature of the program or function offers a value commensurate with the purchasing price of tickets offered for sale, (b) the sale of tickets is not used as an indirect method of defeating the purpose of article IX, section 2, clause 7 of these Rules and Regulations, and (c) the participation of youth members in the sale of tickets for such affairs is confined to their parents and friends and does not involve methods similar to those used in the sale of tags or other general solicitation.

**Advertising Policy**

*Clause 5.* Advertisements.

(a) Advertisements for placement in Scouting publications and other media, in addition to meeting the standards in general use by publishers of high-grade periodicals and other advertising media, must:

    (1) Relate to a service or product which could reasonably be foreseen to render some service to the audience of the advertisement, or relate in some way to the purposes of the Boy Scouts of America, and

    (2) Merit the purchase price of the article or service offered in the advertisement.

(b) No advertisement will use or display any logo, insignia, terms in common usage, or descriptive marks relating to Scouting without conforming to all currently accepted procedures and guidelines as established by the National Council, Boy Scouts of America, and interpreted in the local council policy guidelines for advertising and commercialism.

**Policy Concerning Political Questions**

*Clause 6.* The Boy Scouts of America shall not, through its governing body or through any of its officers, its chartered councils, or members, involve the Scouting movement in any question of a political character. However, this shall not be interpreted to prevent the teaching of ideals of patriotism and good citizenship as required to fulfill the Corporation's purpose. This policy shall also not limit the freedom of thought or action of any official or member as an individual, nor shall it prevent the organization from expressing its opinion upon matters of governmental concern when considered in its best interest by the governing body of the Boy Scouts of America.

**Commercialism Policy**

*Clause 7.* Commercial Contracts.

(a) No member of the Boy Scouts of America, chartered unit, chartered local council, or any officer or representative of the Boy Scouts of America shall have the right to enter into a contract or relationship of a commercial character directly involving or obligating the National Council, Boy Scouts of America, unless duly authorized by the national Executive Board.

(b) A local council may not enter into a contract or business relationship that uses any logo, insignia, terms in common usage, or descriptive marks relating to Scouting, unless the relationship or contract conforms to currently accepted procedures and guidelines as established by the National Council, Boy Scouts of America. The contract or relationship must avoid endorsement of any commercial product or venture.

(c) Subject to the above, chartered organizations, unit leaders, or youth members shall not be restricted from earning money to obtain their own unit equipment, provided that all approved procedures for doing so are followed, including prior approval by the governing local council.

**Policy Concerning Military Training**

*Clause 8.* In carrying out the purpose of the Scouting movement as stated herein, technical military training and drill shall not be included.

**Conflict-of-Interest Policy**

*Clause 9.* A fundamental principle of ethics is that any person who exercises discretionary authority on behalf of the Corporation may not use this authority for his or her own benefit.

It is therefore the basic policy of the Boy Scouts of America (BSA) that all Executive Board members or members of any committee thereof or officers or employees of BSA have a duty to be free from the influence of any conflicting interest when they act on behalf of BSA or represent it in negotiations or advise others in BSA with respect to dealing with third parties. They are expected to deal with suppliers, customers, contractors, and others having dealings with BSA on the sole basis of that which is in the best interest of BSA, without favor or preference to third parties based on personal considerations. To this end, the following shall be the policy of the Boy Scouts of America:

(a) No member of the Executive Board or member of any committee thereof or officer or employee of BSA shall accept from any person, directly or indirectly, whether by himself or herself or through his or her spouse or a member of his or her family or through any partner or business or professional associate, any gift, favor, service, employment or offer of employment or any other thing of value which he or she knows or has reason to believe is made or offered

12

to him or her with the intent to influence him or her in the performance of his or her duties as a member of the Executive Board or member of any committee thereof or officer or employee of BSA.

(b) No member of the Executive Board or member of any committee thereof or officer or employee of BSA who is a partner, officer, or employee of a partnership, firm, or corporation or who owns or controls, directly or indirectly, more than 10 percent of the stock of such corporation, shall represent, appear for, or negotiate on behalf of BSA in connection with the acquisition or sale by BSA of any interest in real or tangible or intangible personal property from or to such partnership, firm, or corporation or any purchase of services from or to such partnership, firm, or corporation.

(c) No member of the Executive Board or member of any committee thereof shall participate by discussion, voting, or by any other action taken by the Executive Board, or any committee thereof, in the enactment of or defeat of a motion in which that member has an interest as defined in paragraph (b) above. In case any such matter is discussed at any meeting where any Executive Board or committee member who has such an interest is present, the member shall promptly disclose that interest in the matter to be voted on to the chairman of the meeting. The member shall not vote on the matter and at the discretion of the disinterested members present

may be required to leave the meeting during the discussion and the voting on the matter.

(d) BSA shall not enter into any transaction with any individual or entity that is a "disqualified person" with respect to BSA under Section 4958 of the Internal Revenue Code, if such transaction would constitute an "excess benefits transaction" under that same section.

## DEFINITIONS

SECTION 3.

**Adult**

*Clause 1.* Unless otherwise stated, the word "adult" refers to a person 18 years of age or older.

**National Office**

*Clause 2.* The term "national office" may be used to refer to the Chief Scout Executive or other members of the national staff at the Corporation's headquarters at Irving, Texas. Where a responsibility is assigned to the national office it will be handled by the Chief Scout Executive or a member of the staff.

# ARTICLE X. PROGRAM

### ADVANCEMENT

SECTION 1.

**General Principles**

*Clause 1.* Education is the chief function of the Scouting movement and it shall be the basis of the advancement program. A fundamental principle of advancement shall be that the boy's progress is a natural outcome of his activities in his unit. The rank requirements in these phases of the Scouting program, as set forth in the official publications, shall furnish the basis of the activities of the unit.

(a) In Cub Scouting, recognition is earned in the home and the neighborhood by passing certain achievements related to simple skills, habits, ideals, and hobbies.

(b) In Boy Scouting, recognition is gained through leadership in the troop, attending and participating in its activities, living the ideals of Scouting, and proficiency in activities related to outdoor life, useful skills, and career exploration.

(c) In Varsity Scouting, recognition is gained through leadership in the team, attending and participating in its activities, living the ideals of Varsity Scouting, and proficiency in activities related to outdoor life, useful skills, and career exploration.

(d) In Venturing, recognition takes on a wider scope, involving the assumption of adultlike roles, identification with adult careers, and participation in community and citizenship responsibilities.

### Administration

*Clause 2.* All advancement procedures shall be administered under conditions which harmonize with the aims and purposes of the Boy Scouts of America.

### Cub Scout Advancement

*Clause 3.* Basis for Advancement. The Cub Scout advancement program shall be the basis for the Cub Scout's advancement. There shall be three steps in Tiger Cub, Cub Scout, and Webelos Scout advancement procedures: preparation, qualification, and recognition.

*Clause 4.* Ranks. There shall be the following ranks in Cub Scouting: Bobcat, Tiger Cub, Wolf, Bear, Webelos, and Arrow of Light. The requirements shall be as authorized by the Executive Board and set forth in Cub Scout publications.

### Boy Scout Advancement

*Clause 5.* Basis for Advancement. The Boy Scout requirements for ranks shall be the basis for the Scout's advancement. There shall be four steps in Boy Scout advancement procedure: learning, testing, reviewing, and recognition.

*Clause 6.* Ranks. There shall be the following ranks in Boy Scouting: Tenderfoot, Second Class, First Class, Star, Life, and Eagle. The requirements shall be those authorized by the Executive Board and set forth in the official Scouting publications. Eagle palms may also be awarded on the basis of requirements authorized by the Executive Board and set forth in the official Scouting publications.

**RULES AND REGULATIONS—ARTICLE X, SECTION 2**

*Clause 7.* Responsibility of Troop Committee. It shall be the responsibility of the troop committee, under the leadership and guidance of the local council, to make sure that the program of the troop is conducted in such a way that Scouts have an opportunity to advance on the basis of the four steps outlined in clause 5.

**Varsity Scout Advancement**

*Clause 8.* Basis for Advancement. The Boy Scout requirements for advancement shall be the basis for the Varsity Scout advancement.

*Clause 9.* Responsibility of the Team Committee. It shall be the responsibility of the team committee, under the leadership and guidance of the local council, to make sure that the program of the team is conducted in such a way that Varsity Scouts have an opportunity to advance on the basis of the four steps outlined in clause 5.

**Venturing Recognition**

*Clause 10.* Basis of Advancement.

(a) The Venturing advancement program shall be the basis for the Venturer's advancement. There shall be four steps in Venturing advancement procedures: preparation, learning, qualification, and recognition.

(b) A male Venturer who has achieved the First Class rank as a Boy Scout in a troop or as a Varsity Scout in a team may continue working toward the Eagle Award while a Venturer until his 18th birthday. There is no Venturing advancement route to qualify for the Eagle Award.

*Clause 11.* Ranks.

(a) There shall be awards and ranks in Sea Scouts, BSA, the requirements for which shall be approved by the Executive Board as proposed by the Venturing Committee and set forth in Sea Scouting and Venturing publications.

(b) With the exception of Sea Scouts, BSA, there are no ranks in the Venturing program.

*Clause 12.* Examination in Camps.

(a) In special instances, where Scouts are attending educational or similar institutions and/or camps which give an intensive Scouting program, said institutions and camps may, upon application, be authorized by the Corporation to give the prescribed examinations and pass Scouts in such manner and with such special conditions as the facts presented (as to the facilities and leadership of the institution or camp) may, in the judgment of the Corporation, warrant.

(b) Upon the recommendation of the Corporation, authority may be granted annually for the above privileges to Scout camps or camps conducted by authorized representatives of the Boy Scouts of America that submit evidence of maintaining the program standards, provided their programs have been approved by the Corporation. No exception shall be made to the time requirements to qualify for rank advancement or for the award of Eagle palms.

**Responsibility for Merit Badges**

*Clause 13.* The responsibility for merit badges shall rest with the merit badge counselor approved by the local council and district advancement committee. Merit badge counselors shall be registered adult members of the Boy Scouts of America. The merit badge counselor shall prepare and qualify youth members. There shall be no board of review procedure for merit badges, but public recognition may be given at a unit court of honor or other suitable occasion.

## ACTIVITIES

SECTION 2.

**Anniversary Celebration**

*Clause 1.* The anniversary celebration of the Boy Scouts of America shall take place annually on February 8, the anniversary of the original day of incorporation of the Boy Scouts of America, and throughout the week (beginning on Sunday) containing this date. This week is known as Scouting Anniversary Week.

*Clause 2.* The national office of the Corporation through its various officers and with the cooperation of Scouters throughout the country shall arrange for a nationwide celebration on February 8 and throughout the month of February for the purpose of bringing more definitely to the attention of each community the value of the Scouting program for work with boys and young adults for the development of character and training for citizenship.

*Clause 3.* The program for the anniversary celebration of the Boy Scouts of America shall include a plan whereby every registered youth member shall be given an opportunity to observe Anniversary Day, February 8, with special ceremonies in which they recommit themselves to their respective Promise, Oath, Pledge, or Code.

*Clause 4.* On this occasion it shall be the duty of the unit leader and other leaders to bring to the attention of the unit members the extent of the Scouting brotherhood in our own country and throughout the world and impress upon their minds the fact that every member the world over is committed to the same obligation, as stated in the Tiger Cub Promise, Cub Scout Promise, Scout Oath, and Venturing Code.

**Scouting Bands**

*Clause 5.* Bands and bugle (or fife) and/or drum corps may be organized among members of the Boy Scouts of America and provided with suitable insignia indicating this special membership, provided, however, that the purpose of such organization shall be primarily and distinctively for the development of the boy and young adult along lines in harmony with the aims and objectives of the movement and that the members thereof also carry out the regular program.

**Participant Fees**

*Clause 6.* All national events and activities for which a participant fee is charged, to be determined from time to time by the Executive Board, must include a surcharge for the national liability insurance program.

14

## *BOYS' LIFE* MAGAZINE

SECTION 3.

The Corporation shall publish a periodical entitled *Boys' Life* for all boys of Scouting age, providing wholesome stories and other material of interest and educational value, which will stimulate ambition and help in character development of boys. All stories and material shall be in harmony with the principles of Scouting as set forth in the Scout Oath and Scout Law.

## INSIGNIA, UNIFORMS, AND BADGES

SECTION 4.

**General**

*Clause 1.* The badges and other official insignia and the uniforms of the Boy Scouts of America shall be made available only to, and used only by, registered youth members or officials and other members who have satisfactorily complied with the requirements prescribed by the Corporation.

**Official Uniforms**

*Clause 2.* The official uniforms authorized as evidence of official relationship to the Boy Scouts of America shall be those approved by action of the Executive Board of the Boy Scouts of America from time to time, as illustrated and correctly described in the handbooks, catalogs, and other official publications of the Boy Scouts of America.

**Protection of Uniforms**

*Clause 3.* Restricted Sale and Use. The sale and use of the appropriate uniform as specified shall be restricted to members of the Boy Scouts of America who are registered and in good standing, according to the records of the organization. It shall be the responsibility of all members of the Boy Scouts of America and especially of all commissioned officers and chartered councils to cooperate with the Corporation in preventing the use of the official uniforms by those who are not members of the organization in good standing.

*Clause 4.* Prohibition of Alteration or Imitation.

(a) No alteration of, or additions to, the official uniforms, as described in the official publications, or the rules and regulations covering the wearing of the uniform and the proper combinations thereof on official occasions, may be authorized by any Scouting official or local council or any local executive board or committee, except the Executive Board of the Boy Scouts of America after consideration by Council Operations.

(b) Imitation of United States Army, Navy, or Marine Corps uniforms is prohibited, in accordance with the provisions of the organization's Congressional Charter.

**Distribution of Uniforms**

*Clause 5.* The official uniforms and parts thereof shall be issued only as authorized by the Executive Board of the Boy Scouts of America and sold either directly by the national office—through responsible local merchants designated as local Scouting distributors—or through designated local councils. Local Scouting distributors may be appointed and licensed and the licenses revoked

only by the national office, but chartered local councils may make recommendations for such actions.

**Use of Uniform**

*Clause 6.* The official uniforms are intended primarily for use in connection with Scouting activities as defined by the national Executive Board, and their use may be approved by the local council executive board for council events or activities under conditions consistent with the Rules and Regulations of the Boy Scouts of America.

*Clause 7.* Use Abroad. Members of the Boy Scouts of America, whose address of registration is within the United States, shall not wear the official uniforms nor any official Scouting badges and insignia outside the limits of the United States except when carrying international letters of introduction issued by the Corporation or as members of groups traveling with tour permits issued by the Corporation.

**Protection and Use of Badges and Insignia**

*Clause 8.* All badges and insignia of the Boy Scouts of America shall be used exclusively by members of the Boy Scouts of America, registered and in good standing according to the records at the national office, who qualify in accordance with the provisions herein set forth or as may be authorized by the Executive Board from time to time and published in the official handbooks by the Corporation.

*Clause 9.* All badges and insignia shall remain the property of the Boy Scouts of America subject to recall for cause by the Corporation or its duly authorized representative.

**Alteration of Badges and Insignia**

*Clause 10.* No alteration of, or additions to, the official badges and insignia or in the rules and regulations governing their use or their location upon the uniform may be authorized by any Scouting official, local council, local executive board, or committee except the Executive Board of the Boy Scouts of America and committees specifically authorized thereof.

**Special Local Badges and Insignia**

*Clause 11.* Local councils are authorized to adopt special badges and insignia as awards for particular purposes in harmony with national policies and to permit their use upon the official uniform in accordance with the Rules and Regulations of the Corporation, but such awards must be approved as to purpose and design by the Corporation in advance.

**Authorization**

*Clause 12.* The national office shall have the sole right to authorize the use of insignia, words, phrases, designation marks, pictorial representation, and descriptive remarks relating to the program of the Corporation on commercial products, promotional efforts, and/or sale and distribution to members of the Boy Scouts of America and/or the general public. The use of same by local councils shall be only as authorized and approved by the national office.

15

**RULES AND REGULATIONS—ARTICLE X, SECTION 5**

### LIFESAVING AND MERITORIOUS ACTION AWARDS

SECTION 5.

**Lifesaving Awards**

*Clause 1.* Lifesaving Awards. Recognition may be given to a youth member or adult leader of the Boy Scouts of America where the evidence presented to the National Court of Honor, in accordance with prescribed regulations, shows that he or she saved or attempted to save life under circumstances which indicate heroism and risk to self. The court will give consideration to resourcefulness and to demonstrated skill in rescue methods. In no case shall recognition be given where it appears that the risk involved was merely in the performance of duty or the meeting of an obligation because of responsibility to supervise and give leadership to the persons whose lives were saved. The awards are:

(a) Honor Medal With Crossed Palms. The Honor Medal With Crossed Palms may be awarded in exceptional cases to a youth member or adult leader who has demonstrated unusual heroism and extraordinary skill or resourcefulness in saving or attempting to save life at extreme risk to self.

(b) Honor Medal. The Honor Medal may be awarded to a youth member or adult leader who has demonstrated unusual heroism and skill in saving or attempting to save life at considerable risk to self.

(c) Heroism Award. The Heroism Award may be awarded to a youth member or adult leader who has demonstrated heroism and skill in saving or attempting to save life at minimum risk to self.

**Meritorious Action Awards**

*Clause 2.* Meritorious Action Awards. Recognition may be given to a youth member or adult leader where the evidence presented to the National Court of Honor, in accordance with prescribed regulations, shows that a significant or outstanding act of service, of an exceptional character, was performed. The action taken need not involve attempts of rescue or risk to self but must put into practice Scouting skills and/or ideals. Recognition shall not be given where it appears that the action involved was merely in the performance of duty or the meeting of an obligation. The awards are:

(a) Medal of Merit. The Medal of Merit may be awarded to a youth member or adult leader who has performed an act of service of a rare or exceptional character that reflects an uncommon degree of concern for the well-being of others.

(b) National Certificate of Merit. The National Certificate of Merit may be awarded to a youth member or adult leader who has performed a significant act of service that is deserving of special national recognition.

*Clause 3.* All applications should be submitted to the National Court of Honor through the local council upon duly prescribed forms, and it shall be within the discretion of the National Court of Honor to determine which type of recognition, if any, shall be given. Recipients of these awards must be registered members of the Boy Scouts of America at the time the action was performed. Awards are made in the name of the Boy Scouts of America.

### AWARDS FOR DISTINGUISHED SERVICE TO YOUTH

SECTION 6.

**Silver Buffalo Award**

*Clause 1.* The Boy Scouts of America may award the Silver Buffalo for distinguished service to citizens of the United States upon the following basis and procedure:

(a) These awards may be made each year.

(b) The award is made on the basis of noteworthy service to youth, of a national or international character, outside of the line of regular duty, either directly to or independent of the Boy Scouts of America.

(c) As evidence of the award there shall be presented: a suitable certificate, descriptive of the services rendered, duly authenticated by the Boy Scouts of America, pursuant to the action of the Executive Board; and a miniature Silver Buffalo, suspended by a red, white, and red ribbon to be worn around the neck.

(d) These awards shall be made at the meeting of the National Council or at a major function of the Boy Scouts of America, pursuant to the action of the Executive Board, which action shall be based upon recommendation to the Executive Board by the National Court of Honor, or by recommendations to the Executive Board by the president of the corporation and the Chief Scout Executive.

**Silver Antelope Award**

*Clause 2.* The Boy Scouts of America, acting through the National Court of Honor, may award the Silver Antelope for distinguished service to youth upon the following basis and procedure:

(a) This award may be made each year upon the nomination of the regional cabinet. The nomination shall be submitted not less than 30 days in advance of the date upon which it is desired to present the award.

(b) This award may be made for noteworthy service of exceptional character to youth by registered Scouters, Cub Scouters, Varsity Scouters, and Venturing leaders within the territory under the jurisdiction of a regional cabinet.

(c) As evidence of the award there shall be presented: a suitable certificate, duly authenticated by the Boy Scouts of America, pursuant to the action of the National Court of Honor; and a miniature Silver Antelope suspended by an orange, white, and orange ribbon to be worn around the neck.

(d) It shall be a general policy that no public announcements shall be made by the region in advance of action of the National Court of Honor with reference to the names presented for consideration.

(e) These awards shall be presented to the recipients by the region in connection with its annual meeting or other public function, but only after approval of the award by the National Court of Honor.

(f) Each region shall be entitled to eight recipients per region per year.

(g) Unused allotments for any previous years may not be accumulated or used in any subsequent year.

16

(h) The National Court of Honor may, based upon initial recommendation of the Operations Group, award the Silver Antelope to persons in overseas areas.

### Silver Beaver Award

*Clause 3.* The Boy Scouts of America, acting through the National Court of Honor, may award the Silver Beaver Award for distinguished service to youth upon the following basis and procedure:

(a) This award may be made each year upon the nomination of chartered local councils. These nominations shall be submitted not less than 30 days in advance of the date upon which it is desired to present the awards.

(b) The award is made for noteworthy service of exceptional character to youth by registered Scouters, Cub Scouters, Varsity Scouters, and Venturing leaders within the territory under the jurisdiction of a local council.

(c) As evidence of the award there shall be presented: a suitable certificate, duly authenticated by the Boy Scouts of America, pursuant to the action of the National Court of Honor; and a miniature Silver Beaver suspended by a blue, white, and blue ribbon to be worn around the neck.

(d) It shall be a general policy that no public announcements shall be made by the local council in advance of action by the National Court of Honor with reference to names presented for consideration.

(e) These awards shall be made to the recipients by the local council concerned in connection with its annual meeting or other public function.

(f) Each duly chartered local council shall be entitled to one nomination. Councils having more than 60 units shall be entitled to further nominations on the basis of one for each additional 60 units or fraction thereof in their territory, as of December 31 preceding the nomination, according to the records of the national office.

(g) Councils not using their full allotment in any year may accumulate the unused portion for use in any subsequent year.

(h) In extraordinary cases the Silver Beaver Award may be made by the National Court of Honor to a Scouter upon the recommendation of the duly constituted Scouting authorities having supervision of one or more units of the Boy Scouts of America, located outside of the United States and not under the jurisdiction of a local council.

### Silver World Award

*Clause 4.* The Boy Scouts of America through the National Court of Honor which has delegated the selection of recipients as hereinafter provided may award the Silver World Award for distinguished service to youth as follows:

(a) The award may be presented to citizens of any country whose Scout association is a member of the World Scout Conference, in recognition of his or her service of exceptional character to the youth of his or her own country, or on an international basis.

(b) The recipient does not have to be a member of a Scout association. United States citizens may receive the Silver World Award for international service to youth, provided they are not registered members of the Boy Scouts of America.

(c) Approved awards may be presented by an authorized member of the Boy Scouts of America either by a personal visit with the recipient or at an official meeting of a national Scout association, including the BSA.

(d) Designation of recipients of the Silver World, by authority of the International Committee and the Executive Board, is delegated to the following:

President of the Boy Scouts of America

Chief Scout Executive

International Commissioner

Chairman of the International Committee

(e) The award may be granted upon the concurrence of any three of the above. Awards may be made at any time on behalf of the International Committee and the national Executive Board. The International Committee receives a full report of the Silver World Award designation at each meeting and will maintain accumulative records of awards including support data.

(f) As evidence of the award there will be presented: a suitable certificate duly authorized by the Boy Scouts of America. The design will be a circular blue enameled silver medallion upon which will be superimposed meridian lines and stars signifying the global scope of the award. An applied silver universal badge of the Boy Scouts of America will be centered upon the front of the medallion. The award will be suspended upon a red and white ribbon and will be worn about the neck of the recipient, when such practice does not conflict with approved uniforming policy.

# ARTICLE XI. BUSINESS, FINANCE, PROPERTIES, CONTRACTS, REGISTRATION

## FINANCE

SECTION 1.

### Local Council and Unit Finance

*Clause 1.* Control of Funds.

(a) Limitation of Authority. No unit or local council shall have authority to commit the National Council to any financial obligation whatever.

(b) Purpose. All money raised by or received for the benefit of a unit or local council and all property acquired by a unit or local council shall be deemed to be received or acquired solely for the benefit of Scouting as interpreted and promoted by the Boy Scouts of America.

(c) Local Council Control. Subject to general rules and regulations adopted by the National Council or Executive Board, local councils shall control the raising and expenditure of all funds for local Scouting work in their jurisdiction.

17

**RULES AND REGULATIONS—ARTICLE XI, SECTION 2**

(d) Annual Reports. Each chartered local council shall render annually to the community in which it is located a duly audited statement of all funds collected and expended and shall furnish a copy thereof to the national office.

(e) Gambling. Any fundraising project designated to benefit chartered organization units, districts, local councils, or on a national basis which involves games of chance, lotteries, sale of raffle tickets, bingo, or which could be construed as a gambling activity, is not permitted.

(f) Product Sales. The National Council will not engage in a product sale at the national level.

(g) Insignia. The National Council shall have the sole right to authorize the use of insignia, words, phrases, designation marks, pictorial representations, and descriptive remarks relating to the program of the Corporation on commercial products, promotional efforts, and/ or sale and distribution to members of the Boy Scouts of America and/or the general public. The use of the same by local councils shall be only as authorized by the national office.

(h) Pyramid Sales, Multilevel Marketing. Any fundraising projects on a unit, council, or national basis which are in the nature of pyramid sales or multilevel marketing are not permitted.

(i) A local council may charge a unit activity fee or a participant surcharge, to be determined from time to time by the local council, to be applied to council national liability insurance program charges.

*Clause 2.* Disposition of Funds Upon Termination of Local Council or Unit.

(a) Council Obligations. In the event of the dissolution of a council or the revocation or lapse of its charter, the Executive Board may, at its option, assume charge of the affairs of the council and continue operation pending reorganization or reestablishment of the council or wind up the business of the council, applying all funds and property in the possession or control of such council to the payment of its obligations and administering any surplus funds or property as it may, in its judgment, deem to be in the best interests of Scouting.

(b) Unit Obligations. In the event of the dissolution of a unit or the revocation or lapse of its charter, the unit committee shall apply unit funds and property to the payment of unit obligations and shall turn over the surplus, if any, to the local council, if there is one, or if there is no local council, dispose of the same in accordance with the direction of the Executive Board of the Boy Scouts of America. In the case of a chartered organization, any funds or equipment which may have been secured as property of the unit shall be held in trust by the chartering organization or the chartered local council, as may be agreed upon, pending reorganization of the unit or for the promotion of the program of the Boy Scouts of America.

(c) Administration of Local Funds by Corporation. Any property or funds acquired by the Executive Board upon the dissolution of a Scouting unit or local council shall be administered so as to make effective, as far as possible, the intentions and wishes of the donors.

(d) Special Funds. Special funds created for specific purposes, acquired by a unit or local council, shall be vested in either (i): a bank, trust company, BSA Intravest Trust, in trust; or (ii) Boy Scouts of America Commingled Endowment Fund, LP, in all cases for the use of the unit or the local council, in accordance with the

wishes of the donors, with the provision in the statement of the conditions governing the administering of the funds that in the event of the dissolution of the unit or council or revocation or lapse of its charter said funds will, after any claims against said funds are satisfied, be turned over to the Boy Scouts of America for use by the Boy Scouts of America for the benefit of Scouting in such locality and for the specific purposes for which the fund was granted. If there is no suitable opportunity for the use of said funds in such locality, it may be used elsewhere.

## REAL ESTATE

SECTION 2.

**Local Council**

Title to Real Estate. Except as hereafter provided in this clause with respect to incorporated local councils, the title to all real estate acquired for a unit or local council shall be vested in a bank or trust company, in trust for the use of the unit or local council in accordance with the wishes of the donors, with a provision in the deed that in the event of the dissolution of the unit or council or the revocation or lapse of its charter said trustee or trustees will, after satisfying any claims against such unit or council to which such real estate may be subject, convey said property or, if sold, pay the net proceeds of such sale to the Boy Scouts of America, which shall hold or use said property or funds for the benefit of Scouting in such locality or elsewhere if there is not suitable opportunity to use said property or funds in such locality. Any incorporated local council may hold title to real property in its own name provided its certificate or articles of incorporation expressly provide for the conveyance of such property or the net proceeds from the sale thereof to the Boy Scouts of America in the event of the dissolution of the local council or the revocation or lapse of its charter.

## REGISTRATION

SECTION 3.

**Local Council Registration**

*Clause 1.* Council Charter and National Service Fees

(a) Applications for new or renewal charters stipulate a number of requirements, which must be satisfied in order to maintain the local council in good standing.

(b) An annual registration fee, known as the council charter fee and determined from time to time by the Executive Board and announced to the field, will be paid by local councils to the national office upon charter application or renewal application.

(c) An annual assessment, known as the national service fee, for which the calculation will be determined from time to time by the Executive Board and announced to the field, will be paid by the local councils to the national office. This fee will be paid during the 10-month period beginning with February and ending in November.

**Unit Registration**

*Clause 2.* There is an annual unit charter fee determined from time to time by the Executive Board and announced to the field. This fee is paid to the national office each time a unit registers or reregisters and is in addition to the individual membership registration fees. No additional unit charter or registration fees shall be imposed by a local council without the prior authorization of the National Council Executive Board.

18

*Clause 3.* Expiration of Unit Registration. The expiration of the registration of units shall normally be 12 months from the last day of the month in which the original organization of the unit was approved by the local council or, in the case of units not under local council supervision, by the Corporation.

The rights and privileges of all the members of a unit expire with the expiration of the unit registration.

*Clause 4.* Dropped Units. In cases where units have been dropped from the records under conditions which they could not avoid, they may have their record of continuous service reestablished by submitting evidence of continued activity and paying registration fees from the date of charter expiration.

**Term of Membership**

*Clause 5.* The expiration of registered membership shall be as follows:

(a) National Council members and officers and regional committee members and officers, at the end of the period for which they have been duly elected, unless registered in some other capacity.

(b) Scouters serving in council and district capacities only and members of the Scouters' Reserve, with the expiration of the council year for which they are issued. (This does not include the chartered organization representative(s)).

(c) Unit Scouters serving in unit capacities only (including chartered organization representative(s) or group of citizens, with the unit charter.

(d) Unit members, with the expiration of the registration of their respective units.

(e) Lone Cub Scouts and Lone Cub Scout friends and counselors, annually, 1 year from the date of their last registration.

(f) Lone Boy Scouts and Lone Boy Scout friends and counselors, annually, 1 year from the date of their last registration.

(g) Registered retired professional Scouters, annually, 1 year from the date of their last registration.

(h) Individuals (adult or youth members) holding an unexpired registration certificate transferring from unit to council, council to unit, or unit to unit pay a membership transfer charge. This charge applies to all transfers during the charter year, but shall not apply to Tiger Cubs becoming Cub Scouts in their affiliated pack.

**Registration of Youth Members**

*Clause 6.* Youth membership with the Boy Scouts of America requires the payment of an annual registration fee determined from time to time by the National Council Executive Board and announced to the field. No additional youth membership registration fees shall be imposed by a local council without the prior authorization of the National Council Executive Board.

*Clause 7.* Venturers may participate in more than one Venturing unit as well as a Boy Scout troop or Varsity Scout team with the payment of one primary registration in a Venturing unit.

*Clause 8.* Scouting units are small, intimate groups. In the Cub Scout and Boy Scout programs, the units are made up of even smaller groups, dens, and patrols, which often meet regularly in private homes. As long as they are faithful to Scouting's member-

ship philosophy, set forth below, it is for the units to determine on the basis of considerations such as group size or youth behavior whether to admit or to continue the membership of a youth member. It is the philosophy of the Scouting movement to welcome all boys and young people, regardless of race or ethnic background, who are willing to accept Scouting's values and meet other requirements of membership. Young people of all religious backgrounds are welcomed in Scouting, some participating in units for youths of a particular religion, and the greater majority participating in units open to members of various religious backgrounds.

**Registration of Adult Members**

*Clause 9.* There shall be an annual registration fee determined from time to time by the Executive Board and announced to the field, a portion of which is for a subscription to *Scouting* magazine for adult members. When additional names of members are added to a unit or council for a registration period of less than a year, the fee is prorated.

*Clause 10.* If an adult member serves in more than one capacity, only one registration fee is required.

**Procedure for Registration**

*Clause 11.* All applications shall be submitted on official forms prepared for that purpose and carrying due reference to the requirements and provisions of the Bylaws of the Boy Scouts of America.

*Clause 12.* The Corporation shall issue to each approved registrant a suitable certificate of membership or commission designating the applicant's official relationship to the Boy Scouts of America.

**Special Types of Registration**

*Clause 13.* Sustaining. Persons who desire to be identified with the local council through their financial support and influence in the expansion of the council program may be enrolled as sustaining members of local councils. They may, if the council desires, be elected as associate members in accordance with article VI, section 1, clause 2, of these Rules and Regulations.

*Clause 14.* Camp Staff Members. Young men and women, 16 years of age and over, who are employed as members of a camp staff, and who are not already registered, shall be registered by the employing council as camp staff members.

*Clause 15.* College Scouter Reserve. College students who will commit themselves to an informed interest and active participation in the program, whenever possible, may be registered as members of the College Scouter Reserve.

*Clause 16.* Merit Badge Counselors. Persons who are at least 18 years of age may serve as merit badge counselors in subjects for which they are qualified and must register as such as adult Scouters as provided in this section. A fee for such registration shall not be required.

*Clause 17.* Scouter Reserve. Individuals 21 years of age and over may upon approval of the local council register as members of the Scouter Reserve of the Boy Scouts of America by paying the registration fee required of a Scouter. Individuals so registered may serve in the following ways: as faculty members of Cub Scout training courses, assisting in organizing and training in connection

19

**RULES AND REGULATIONS—ARTICLE XII, SECTION 1**

with Cub Scout packs, Varsity Scout teams, with Venturing crews and Sea Scout ships, and as hosts and hostesses, and by helping in finance and public relations campaigns. They may serve as members of fathers' and mothers' clubs, parents' clubs, and auxiliaries of units. Members of the Scouter Reserve may wear the universal badge of Scouting to signify their membership.

*Clause 18.* Veteran Award. After 5 years of duly registered service in the Boy Scouts of America, individuals may upon application receive the designation of "veteran," provided they agree to live up to their Scouting obligations and to keep local Scouting authorities in the community in which they live informed as to their availability for service. A special badge shall be made available to veterans. Such veterans, maintaining an active registered relationship in any capacity, shall pay the regular registration fees of their class. Veterans, desiring recognition as veterans for periods of time established by the Corporation for particular recognition, must maintain active registered relationship for the required number of years, paying their annual registration fees.

*Clause 19.* Retired Professional Scouters. Persons who have been retired from professional Scouting may be registered on an annual basis with the national office of the Corporation upon the approval of the Corporation.

*Clause 20.* Mentally Retarded or Severely Physically Disabled Youth Members. In the discretion of the Executive Board, and under such rules and regulations as it may prescribe upon consultation with appropriate medical authorities, registration of boys who are either mentally retarded or severely physically handicapped, including the blind, deaf, and emotionally disturbed, over age 11 as Cub Scouts and over age 18 as Boy Scouts, or Varsity Scouts, and registration of young adults who are either mentally retarded or severely physically handicapped, including the blind, deaf, and emotionally disturbed, over age 21 as Venturers, and the participation of each in the respective advancement programs while registered, is authorized.

*Clause 21.* Confidentiality of Membership. The Boy Scouts of America has the responsibility to protect the confidentiality of the names and personal information of those who are affiliated with the movement. No commercial or unauthorized use is to be made of the lists (names, addresses, and other confidential information) of members or of financial supporters, or those who answer surveys in connection with Scouting. Results of surveys may be shared by local councils with existing or potential chartered organizations in the normal pursuit of membership growth.

**Denial of Registration**

*Clause 22.* Article VIII, section 1, of the Bylaws sets forth the right of the Boy Scouts of America to set standards of membership and leadership. The procedure for maintaining those standards through denial of registration is expressed in a publication titled *Procedures for Maintaining Standards of Membership.*

# ARTICLE XII. AFFILIATES

### NATIONAL EAGLE SCOUT ASSOCIATION

SECTION 1.

*Clause 1.* The Corporation shall establish and operate a National Eagle Scout Association whose primary purpose will be to conserve and develop the manpower potential represented by those who hold Eagle Scout rank. The organizational structure and operating practices of the National Eagle Scout Association shall be in harmony with the principles of Scouting. The Executive Board of the Corporation shall receive an annual report of the work and have jurisdiction over the National Eagle Scout Association.

*Clause 2.* The National Eagle Scout Association ("NESA") shall be governed by a national NESA Committee, which shall report to the appropriate standing committee. The NESA Committee shall be chaired by a president who is appointed by the President of the Boy Scouts of America and approved by the Executive Board of the Boy Scouts of America. The NESA president shall be elected to or be a member of the National Advisory Council or the Executive Board of the Boy Scouts of America.

### ORDER OF THE ARROW

SECTION 2.

The Corporation shall operate a national honor society of the Boy Scouts of America known as the Order of the Arrow. The purposes of the Order of the Arrow shall be to recognize those Scout campers who best exemplify the Scout Oath or Promise and Law in their daily lives, to develop and maintain camping traditions and spirit, to promote Scout camping, and to crystallize the Scout habit of helpfulness into a life purpose of leadership in cheerful service to others.

# ARTICLE XIII. SPECIAL SITUATIONS

### EXPERIMENTAL PROGRAMS

SECTION 1.

Any experimental program which is inconsistent with the provisions of the Bylaws or these Rules and Regulations may be adopted subject to the following restrictions.

*Clause 1.* It must be approved by the Executive Board upon the recommendation of the Executive Committee.

*Clause 2.* The geographical areas affected shall be clearly defined.

*Clause 3.* A termination date shall be fixed.

*Clause 4.* A progress report shall be made to the Executive Board:

(a) If an extension is requested or

(b) At the Executive Board meeting next preceding the termination date.

### OVERSEAS SCOUTING

SECTION 2.

**Direct Service Units**

*Clause 1.* General. To further its objectives of extending membership privileges to citizens of the United States in other parts of the world, the Corporation authorizes the registration of youth members and leaders and the establishment of units in areas lying outside of the jurisdiction of any local council.

*Clause 2.* Policy of Cooperation. To foster and strengthen the close and friendly relationship that exists between the Boy Scouts of America and other Scout associations, members and leaders of units will work in close harmony with their fellow Scouts and Scouters in the area.

**World Organization of the Scout Movement**

*Clause 3.* Operation of Scouting units in the United States for member associations of the World Organization of the Scout Movement.

Member associations of the World Organization of the Scout Movement may organize, administer, and service units of their association for dependents of their citizens living temporarily in the United States. Such permission to be granted upon certification by the national office, under the following conditions:

(a) The approval to establish a unit will be on an annual basis and may be extended upon review of status as reflected in an annual report.

(b) Registration will be restricted to citizens and dependents of member countries. No registration will be accepted or allowed in the unit from citizens of the United States or any third country.

(c) The condition of registration will reflect agreements as to the use of Boy Scouts of America uniforms, badges, and insignia. In this instance only would there be a requirement for dual registration.

(d) There will normally be no registration fee assessed by the Boy Scouts of America for either a unit or individual member.

(e) Standards of certification will include membership qualifications, use of insignia and uniform, and adherence to the basic policy, program, and methods of the World Organization of the Scout Movement.

### LEARNING FOR LIFE

SECTION 3.

*Clause 1.* To further the mission of the Boy Scouts of America to meet and serve the needs of youth and communities, the Corporation authorizes the establishment of an affiliated separate corporation to be known as Learning for Life, to work in cooperation with our nation's schools and businesses.

*Clause 2.* Learning for Life is a nontraditional, nonmembership, educational outreach program that takes place during or after school hours and is not part of the traditional Scouting program.

*Clause 3.* Exploring is Learning for Life's worksite-based program for young men and women who are 14 (and have completed the eighth grade) through 20 years old.

*Clause 4.* Exploring is based on five areas of emphasis: career opportunities, life skills, citizenship, character education, and leadership experience. Local community organizations initiate an Explorer post by matching their people and program resources to the interests of young people in the community.

*Clause 5.* The program, organization, and administration of and qualifications for participation in Learning for Life shall be established by Learning for Life.

# ARTICLE XIV. INDEMNIFICATION

(See Bylaws.)

# ARTICLE XV. WAIVERS AND AMENDMENTS

(See Bylaws.)

21

# INDEX

**A**

Adult
  definition of, 13
  noncitizens, 7
Advancement
  Boy Scout, 13–14
  Cub Scout, 13
  general principles of, 13
  in camp, 14
  procedures for, 6, 13–14
  Varsity Scout, 14
Advertising policy, 12
Age requirements
  assistant Coach, 8
  assistant Cubmaster, 8
  assistant den leader, 8
  assistant Scoutmaster, 8
  assistant Webelos den leader, 8
  associate Advisor, 7
  Boy Scout, 6
  captain, 7
  Coach, 8
  commissioned officials, 7–8
  Cubmaster, 8
  Cub Scout, 6
  den leaders, 8
  den leader coach, 8
  junior assistant Scoutmaster, 7
  Lone Cub Scout, 7
  Lone Scout, 7
  pack leaders, 8
  professional Scouters, 8–9
  Scoutmaster, 8
  Venturers, 7
  Webelos den leader, 8
  Webelos Scout, 6
Anniversary celebration, 14
Assistant Coach, 5, 8
  council commissioner, 8
  Cubmaster, 5, 8
  den leader, 5, 8
  district commissioner, 8
  Scoutmaster, 5, 8
  Webelos den leader, 5, 8
Awards
  Silver Antelope, 16–17
  Silver Beaver, 17
  Silver Buffalo, 16
  Silver World, 17
Awards, special
  Award for Meritorious Action, 16
  Heroism Award, 16
  Honor Medal, 16
  Honor Medal With Crossed Palms, 16

**B**

Badges, 15
Bands, 14
Boy Scout
  advancement, 13–14
  age-grade requirement, 6
  registration, 18–19
  roundtable commissioners, 8
*Boys' Life*, 15

**C**

Certificates
  membership, 4, 7
  service, 6
Chartered organizations, 4
Chartered organization representation, 4–5, 19
Charter renewals, 4
Charters to organizations, 4
Chief Scout Executive, 9, 13
College Scouter Reserve, 19
Commercial contracts, 12
Commercialism policy, 12
Commissioners, 8
Commissions, recommendations, 8
Community units, 5
Confidentiality of membership lists, 20
Conflict of Interest policy, 12–13
Control of funds
  annual reports, 18
  audited statement, 18
  council obligations, 18
  limitation of authority, 17
  local council control, 17
Cooperation with national movements, 12
Council, see local council
Council commissioner, 8
Crew (ship)
  committee, 5
  minimum membership of, 5
  organization of, 5
Cubmaster, 5, 8
Cub Scout
  advancement, 13
  grade-age requirement, 6
  Law of the Pack, 11
  Promise, 11
  ranks, 13
  registration, 18–19
  roundtable commissioner, 8
Cub Scouters
  council, district, 7
  pack, 5
  registration, 19

**D**

Declaration of religious principle, 7, 9, 11
Den
  leader, 5, 8
  leader coach, 5, 8
  system, 5
Denial of registration, 20
Direct Service units, 21
Disabled youth, 20
Disposition of funds upon termination of
  council or unit, 18
Distinguished Service to Youth
  Silver Antelope, 16–17
  Silver Beaver, 17
  Silver Buffalo, 16
  Silver World, 17
District
  commissioner, 4, 8
  committee, 4
  Cub Scouters, 7
  definition of, 4
  function of, 4
  Scouters, 7

**E**

Elected officers, Venturing, 7
Employment of professionals, 9–10
Experimental programs, 21
Exploring, 21

**G**

Gambling, 18

**H**

Human Resources Administration/
  Professional Development
  Committee, 8–9

**I**

Insignia, 15, 18

**J**

Junior assistant Scoutmaster, 7

**L**

Learning for Life, 21
Lifesaving awards, 16
Local
  badges, 15
  units, 4–5

Local council
annual registration fees, 18
approval of recommendations for commissions, 7
approval of unit applications, 4
Finance, 17–18
members, 4
powers and responsibilities, 5–6
professional personnel, 9–10
real estate, 18
Lone
Boy Scout, 7, 19
Boy Scout Friend and Counselor, 19
Cub Scout, 7, 19
Cub Scout Friend and Counselor 19

**M**

Members, local councils
active, 4, 6
approval of, 6–7
associate, 4, 6
Membership, term, 19
Membership lists,
confidentiality of, 20
Mentally retarded or severely physically disabled, registration for, 20
Merit badge
counselors, 19
responsibility for, 14
Meritorious action awards, 16
Military training, policy concerning, 12
Multilevel marketing, 18

**N**

National
Court of Honor, 16–17
Eagle Scout Association, 20
Executive Institute, 9–10
movements, cooperation with, 12
NESA Committee, 20
professional staff, 9
Service fee, 18
Noncitizens, 7
Nonpartisan, nonpolitical functions, 12

**O**

Order of the Arrow, 20
Organization of local units, 4
Overseas Scouting, 21

**P**

Pack
committees, 5
leaders, 5
minimum membership of, 5
organization of, 5
Paraprofessionals, 10

Participant fees, 14
Patrol system, 5
Patrol leaders' council, 7
Policies concerning
advertising, 12
commercialism, 12
cooperation with national movements, 12
cooperation with other Scout associations, 21
military training, 12
participation in public functions, 12
political questions, 12
Scouting public display activities, 12
unit money-earning projects, 12
Political questions, 12
Product sales, 18
Professional Scouters
commissioning, 9
decommissioning, 9
requirements for, 8–10
pre-commissioned professionals, 9–10
Professional-technical positions, 9–10
Program groups, 6–7
Program managers, 7
Public functions, participation in, 12
Pyramid sales, 18

**R**

Ranks, Boy Scout, 13
Registration
camp staff, 19
expiration of, 19
fee, 19–20
membership, 19–20
mentally retarded, 20
merit badge counselors, 19
procedure for, 19
Scouter Reserve, 19–20
special types of, 19–20
sustaining membership, 19
veteran Scout, 20
Renewals, unit charter, 4
Retired professional Scouters, 20
Retirement, 10

**S**

Scout
Law, 11
motto, 11
Oath or Promise, 7, 9, 11
slogan, 11
Scouters
council, district, 7
registration, 19
unit, 5
Reserve, 19–20

Scouting
Anniversary Week, 14
attempts to commercialize, 6, 12, 15, 20
bands, 14
promotion of, 5–6
public display activities, 12
Scoutmaster, 5, 8
Sea Scouts, BSA, 7
Senior patrol leader, 7
Silver Antelope, 16–17
Silver Beaver, 16
Silver Buffalo, 16
Silver World, 17
Standards of unit organization, 4
Superactivity, Venturing, 6

**T**

Tiger Cubs, 6
registration, 19
Titles of professionals, 9–10
Training, 6, 8–9
Troop
committee, 5
minimum membership, 5
organization of, 5

**U**

Unit
committee, 5
community, 5
Cub Scouters, 5
designation, 5
money-earning projects, 12
number, 5
Scouters, 7
Varsity Scouters, 6, 8
Venturing leaders, 7

Uniform and insignia
alteration of, 15
authorized, 15
badges and insignia, 15
distribution of, 15
integral part of program, 15
local council protection of, 15
official, 15
prohibition of imitation, 15
protection of, 15
restricted sale and use, 15
special, 15
use of, 15

23

**V**

Varsity Scout, 5, 6
  advancement, 14
  age requirement, 6
  captain, 7
  cocaptains, 7
  huddle commissioner, 8
  program managers, 7
  registration, 19
  squad leader, 7
Venturer
  age requirement, 6–7
  elected officers, 7
  leader, 5, 7
  Oath and Code, 11
  ranks, 14
  recognition, 14
  registration, 19
Veteran Award, 20

**W**

Webelos
  den leader, 5, 8
  rank, 13
World Organization of the Scout
  Movement, 21

**Y**

Youth members
  active, 6
  associate, 6
  Boy Scout, 6
  Cub Scout, 6
  junior assistant Scoutmaster, 7
  Lone Boy Scout, 7
  Lone Cub Scout, 7
  Sea Scouts, BSA, 7
  Senior patrol leader, 7
  Tiger Cubs, 6
  Varsity Scout, 6
  Venturer, 6–7
  visiting, 6

24

# *Exhibit C*



Region _____ Area _____
Council No. _____
Headquarters city and state_____
_____

## Part A
## Application for Renewal of LOCAL COUNCIL CHARTER

The Boy Scouts of America charters local councils in order to accomplish its purposes and carry out its programs. The charters are issued for a period of one year and may be renewed annually upon application by the local council. The renewal of the charter is based on annual reports that show satisfactory efforts to meet the responsibilities of a local council in the corporation. The Boy Scouts of America may revoke or decline to renew council charters for failure to comply with the Bylaws, Rules and Regulations, or policies of the Boy Scouts of America, or in any instance where it deems such action advisable in the interests of Scouting.

The _____ Council, Boy Scouts of America, hereby applies for renewal of its charter for the year beginning July 1, 2016.

This application has been reviewed and approved by the executive committee or executive board at a duly called meeting on _____, 20____, at which meeting a quorum was present, and the council specifically accepted its obligation to cooperate with the Boy Scouts of America and its representatives in promoting the program of the Boy Scouts of America in accordance with the provisions of the Charter, Bylaws, resolutions, policies, and Rules and Regulations of the Boy Scouts of America. The Scout executive's letter of employment has been reviewed as part of the annual performance review process.

The council agrees to pay a charter fee of $1000; however, the $1000 fee is waived if this form is signed by all parties and received in the National Service Center prior to March 1, 2016.

The charter fee of $1000 as well as a national service fee estimated to be $_____ is to be paid in 10 equal monthly installments beginning February 2017.

The final amount of the fee will be based upon data extracted from the council's general ledger, and using the formula outlined in the section "Computation of Estimated National Service Fee for 2017."

This council agrees with and accepts credit terms of the National Service Center, and agrees to the payment of "late payment charge" commensurate with the laws of the state of Texas, from which invoices are issued.

In 2015 we had _____ paid LFL participants with a license fee of $_____.

Data submitted, to the best of our knowledge, represents an accurate and complete report of requested information. Finance reports have been prepared in conformity with accounting standards set forth in the *Local Council Accounting Manual.*

1. Mail checks to address shown on monthly statement or invoice.

2. Required financial audit report for fiscal year ending December 31, 2015. One copy of the 990 form, audit and management letter is due to LCCR@scouting.org, by July 30, 2016.

Our accounts { have been audited ☐
{ will be audited ☐ by _____
(Name of CPA)

_____
Email address

1

## Computation of Estimated National Service Fee for 2017

The 2017 estimate will be subject to adjustment after a review of the council's 2015 independent financial audit.
Round all figures to the nearest dollar.

1. 2015 professional salaries (account No. 7002) for all funds
   (all funds being defined as Operating, Capital, and Endowment)                                          $ _____

2. 2015 office salaries (account No. 7003) for all funds
   (all funds being defined as Operating, Capital, and Endowment)                                          $ _____

3. Calculate the qualifying salaries for use in determining the 2017 national service fee
   (sum of figures 1 and 2 above)                                                                          $ _____

4. The council's national service fee for 2017 is 3.5 percent of the qualifying salaries above*
   (multiply figure 3 above by .035)                                                                       $ _____

*For those councils that will be charged a national service fee of $40,000 or greater for the year 2016, their fee will increase at the same rate of qualifying salary growth from 2014 to 2015, not to exceed 10 percent.

Examples:

1) If the council's 2016 national service fee will be $48,783 and the qualifying salaries recorded in accounts 7002 and 7003 increased by 6.2 percent from 2014 to 2015, then the council's national service fee for 2017 would also increase by 6.2 percent, or be $51,808.

2) If the council's 2016 national service fee will be $48,783 and the qualifying salaries recorded in accounts 7002 and 7003 were the same or decreased, the council agrees to and will be invoiced a national service fee of $48,783 for 2017.

---

### Insurance Summary

#### Changes to automobile liability insurance requirements

The new requirement for local council automobile liability insurance is coverage of $1,000,000 combined single limit (CSL) for owned, non-owned and leased or hired vehicles which provides coverage for volunteers and employees engaged in official Scouting activities or on Scouting business or on council business or under your direction effective March 1, 2016. Councils must annually submit certificates of insurance with a volunteer-coverage endorsement or equivalent language to the National Service Center prior to the expiration of their policies. BSA should be listed as a certificate holder. Failure to maintain the required coverage could result in local councils having an uninsured auto liability for claims of $1,000,000 or less. The BSA GLIP program will continue to provide excess coverage for auto liability claims above $1,000,000.

Send the certificate of insurance to:

Boy Scouts of America, Insurance and Risk Management, 1325 West Walnut Hill Lane, PO Box 152079, Irving, TX 75015-2079

If the council has no owned or leased vehicles, insurance should still be purchased to cover the council for non-owned automobile liability for employees and volunteers. Certificates of insurance issued to the Boy Scouts of America must be submitted annually to the Risk and Insurance Team, SUM 402, at the National Service Center.

☐ We certify this council is in compliance with the Boy Scouts of America automobile liability requirements.

☐ We have purchased owned (if applicable), non-owned, leased (if applicable), or hired automobile liability insurance for our employees and volunteers while engaged in an official Scouting activity or on Scouting business or under our direction.

Carrier _____    Policy No. _____

☐ We have an enterprise risk management committee (health and safety/risk management).

Our enterprise risk management chair is _____    _____
                                          Mandatory                Name                          Email address

Crime/bond/fiduciary liability insurance: Carrier_____    Policy No. _____

Workers' compensation insurance:    Carrier_____    Policy No. _____

D&O excess insurance (optional):    Carrier_____    Policy No. _____

Property insurance:    Carrier_____    Policy No. _____

2

## Part B
## 2016 Annual Local Council Membership Validation Requirements

The following are understood and will be followed by the _____ Council during 2016:

### Unit Requirements

1. Every new unit belonging to a chartered or participating organization (packs, troops, teams, crews, ships, clubs, posts)

   - Has an agreement signed by the organization and by a commissioned professional or key council/district volunteer in its current unit file at the council office.
   - Has a new unit application signed by the organization confirming the count of registering adult leaders and youth members in its current unit file at the council office.
   - Has a welcoming telephone call to the unit leader from a council staff employee not accountable for organizing the unit, completed and documented within 60 days of posting the unit to the membership record, with the signed document in the unit's current file at the council office.

2. Every reregistering unit belonging to a chartered or participating organization (packs, troops, teams, crews, ships, clubs, posts)

   - Has an agreement signed by the organization and by a commissioned professional or key council/district volunteer in its current unit file at the council office.
   - Has a charter renewal roster where the chartered or participating organization has approved reregistration of the adult leaders listed and the unit leader has approved the youth members in its current unit file at the council office.

3. If the council serves youth members through Learning for Life groups

   - The executive board approves the specific payment of the annual license fee, with such action documented in meeting minutes.
   - There is a signed agreement from each participating organization, indicating the number of youth members to be served in its current group file at the council office.

4. If the council serves youth members through "Scoutreach," where the council provides leadership and/or funding resources

   - A volunteer "Scoutreach" committee is appointed and is responsible to the executive board. The committee monitors membership participation in the specific "Scoutreach" units and presents an annual report to the board which is reflected in the board minutes.
   - A specific budget covering all council paid registration fees, staffing, and program is approved by the board, with such action documented in meeting minutes.
   - Prior approval by the board, in board minutes, is required if the council is to exceed the budgeted amount.
   - "Scoutreach" units belonging to chartered organizations are reregistered following the same membership and charter renewal standards as any other unit.

5. The Scout executive, not a designee, must approve and sign a document which is present in current unit files when any of the following apply

   - A new or reregistering unit has fewer than five paid or more than 100 youth members. LDS units with fewer than five youth members do not require such approval.
   - A reregistering unit has a drop of 50 percent or more in youth members from the end of the prior year.
   - All adult leaders are multiples in a new or reregistering unit.
   - The council is funding all or any part of youth members' registration fees.
   - A staff employee registers in a unit where he/she does not have a child in the program.

6. Once each year a health assessment is completed by the commissioner staff for every registered unit in the district, which is shared with the district executive and filed in the registration office.

**Adult Leader/Youth Member Requirements**

7.  All adult leaders are registered with a signed, official BSA or LFL application, complete with background information, and signed disclosure form

    - Signature approval is required on the applications of all unit adult leaders by the chartered or participating organization and unit committee for each unit in which they are registered. The exception is the chartered organization representative, who is approved by signature of the chartered organization head.

    - Signature approval is required on the applications of all non-unit adult leaders by the Scout executive (or commissioned designee) for each council or district position in which they are registered.

8.  All youth members in packs, troops, teams, crews, ships, clubs, and posts are registered with an official BSA or LFL application*, or a pre-approved local registration website**.

    - All youth members' applications are signed by a parent and approved by the unit. In rare situations in which it is not possible to get a parent's signature, the executive board must have approved a resolution authorizing use of the parental exception form. The form accompanies the necessary youth member applications and is signed by the unit leader and a volunteer who has made a visit to the unit verifying participation of the youth member.

    * LDS youth members in LDS units may be registered from lists from the LDS Church database, signed by the unit leader and an appropriate LDS ecclesiastical official.

    ** Approval is obtained by having the Scout executive contact the Strategic Performance Office at spo@scouting.org.

9.  Membership cards are produced for all adult leaders and youth members registered in units including "Scoutreach" and mailed directly to the unit leader.  Cards for council/district volunteers may be distributed at meetings or mailed directly to the individuals.

**Key 3 Certifications for both the council charter renewal and membership validation requirements**

## Council

We have reviewed the charter application and the annual local council membership validation requirements. The Scout executive certifies that all requirements have been met. The council president and commissioner have no information that the council is not in compliance with all of the membership validation requirements.

| | | |
|---|---|---|
| Scout executive | Council president | Council commissioner |

| | | |
|---|---|---|
| Date | Date | Date |

## Area

We have reviewed the charter application and the annual local council membership validation requirements. The area director certifies that he has reviewed a representative sample of required documentation. The area president and commissioner have personally confirmed with the council president and commissioner that they have made the above certification and have no information that the council is not in compliance with all of the membership validation requirements.

| | | |
|---|---|---|
| Area director | Area president | Area commissioner |

| | | |
|---|---|---|
| Date | Date | Date |

523-027
2016 Printing

# *Exhibit D*

## Disbanded Boy Scout Councils, Most Recent To Oldest

| Nmbr | Name | City | State | Est | Disbanded | Notes |
|---|---|---|---|---|---|---|
| 352 | Trinidad-Las Animas County Council | Trinidad | Colorado | 1917 | ???? | |
| 366 | Central New Jersey Council | Dayton | New Jersey | 1999 | 2014 | dissolved |
| 580 | Cayuga County Council | Auburn | New York | 1924 | 2009 | Charter Not Renewed |
| 75 | Lone Star Council | Paris | Texas | 1929 | 1954 | |
| 348 | Mid Fairfield Council | | Connecticut | 1935 | 1951 | |
| 802 | Jamesburg Council | Jamesburg | New Jersey | 1943 | 1951 | ended/dissolved/disbanded[b] |
| 754 | BSA Philippine Islands Council | Manila | Philippine Island | 1938 | 1942 | ended/dissolved/disbanded[b] |
| 545 | Missouri-Kansas-Texas Lines Railroad Council | | Missouri | 1926 | 1941 | railroad council,[b] |
| 568 | Philippine Islands Council | Manila | Philippine Island | 1923 | 1937 | ended/dissolved/disbanded[b] |
| 193 | T-O Council | Denison | Texas | 1930 | 1936 | ended/dissolved/disbanded[b] |
| 208 | Southeast Kansas Council | Independence | Kansas | 1930 | 1935 | |
| 649 | Attakapas Council | Alexandria | Louisiana | 1925 | 1933 | ended/dissolved/disbanded[b] |
| 737 | Iron Range Council (Michigan) | Iron Mountain | Michigan | 1928 | 1933 | ended/dissolved/disbanded[b] |
| 636 | Tumwater Area Council | Olympia | Washington | 1926 | 1933 | ended/dissolved/disbanded[b] |
| 709 | Central Wisconsin Council | Wisconsin Rapids | Wisconsin | 1929 | 1933 | |
| 127 | Walker-Lamar Council | Jasper | Alabama | 1925 | 1932 | ended/dissolved/disbanded[b] |
| 547 | Kaskaskie Council | Mattoon | Illinois | 1931 | 1932 | |
| 659 | Tonqua Area Council | Yoakum | Texas | 1928 | 1932 | ended/dissolved/disbanded[b] |
| 802 | Tennessee Valley Council | Huntsville | Alabama | 1924 | 1931 | ended/dissolved/disbanded[b] |
| 90 | Peking, China Council | Peking | CH | 1929 | 1931 | ended/dissolved/disbanded[b] |
| 139 | Lakeland Council | Lakeland | Florida | 1926 | 1931 | ended/dissolved/disbanded[b] |
| 316 | National Trails Council | Vandalia | Illinois | 1927 | 1931 | ended/dissolved/disbanded[b] |
| 726 | Elkhorn Area Council | Helena | Montana | 1926 | 1931 | ended/dissolved/disbanded[b] |
| 677 | Choctawhatchee Council | Dothan | Alabama | 1925 | 1930 | ended/dissolved/disbanded[b] |
| 19 | Mohawk Council | Helena | Arkansas | 1926 | 1930 | ended/dissolved/disbanded[b] |
| 718 | Saint Francis Valley Council | Jonesboro | Arkansas | 1923 | 1930 | ended/dissolved/disbanded[b] |
| 152 | East Coast Council | Fort Pierce | Florida | 1925 | 1930 | |
| | Egyptian Council | Carbondale | Illinois | 1929 | 1930 | ended/dissolved/disbanded[b] |

| | | | | | |
|---|---|---|---|---|---|
| 130 | To-Perr-Ne-Bee Council | Kankakee | Illinois | 1929 | 1930 | ended/dissolved/disbanded[b] |
| 483 | Northern Oklahoma Council | Ponca City | Oklahoma | 1929 | 1930 | ended/dissolved/disbanded[b] |
| 506 | Cumberland Valley Council | Chambersburg | Pennsylvania | 1928 | 1930 | ended/dissolved/disbanded[b] |
| 568 | Grayson County Council | Denison/Sherman | Texas | 1924 | 1930 | |
| 137 | Ottawa Council | Ottawa | Illinois | 1924 | 1929 | ended/dissolved/disbanded[b] |
| 340 | Glen Ridge Council | Glen Ridge | New Jersey | 1912 | 1929 | Number changed to (821) |
| 509 | Duquesne Council | Duquesne | Pennsylvania | 1920 | 1929 | Number changed to 830 |
| 592 | Champlain Council | Burlington | Vermont | 1926 | 1929 | ended/dissolved/disbanded[b] |
| 55 | Santa Clara & San Benito County Council | San Jose | California | 1924 | 1928 | |
| 135 | John A. Logan Council | Murphysboro | Illinois | 1925 | 1928 | ended/dissolved/disbanded[b] |
| 652 | Coal Belt Area Council | West Frankfort | Illinois | 1925 | 1928 | ended/dissolved/disbanded[b] |
| 153 | Culver Council | Culver | Indiana | 1920 | 1928 | ended/dissolved/disbanded[b] |
| 167 | Wabash Council | Wabash | Indiana | 1919 | 1928 | ended/dissolved/disbanded[b] |
| 180 | Fort Madison Council | Fort Madison | Iowa | 1920 | 1928 | ended/dissolved/disbanded[b] |
| 199 | Sumner-Crowley Council | Winfield | Kansas | 1925 | 1928 | ended/dissolved/disbanded[b] |
| 271 | Marquette Council | Marquette | Michigan | 1915 | 1928 | |
| 285 | Crow Wing County Council | Brainard | Minnesota | 1923 | 1928 | ended/dissolved/disbanded[b] |
| 705 | South Mississippi Area Council | Mccomb | Mississippi | 1925 | 1928 | ended/dissolved/disbanded[b] |
| 303 | Southwest Mississippi Council | Natchez | Mississippi | 1923 | 1928 | ended/dissolved/disbanded[b] |
| 327 | Pawnee Council | Fremont | Nebraska | 1923 | 1928 | ended/dissolved/disbanded[b] |
| 621 | Chippewa Falls Council | Chippewa Falls | Wisconsin | 1927 | 1928 | ended/dissolved/disbanded[b] |
| 621 | Ojibwa Council | Eau Claire | Wisconsin | 1925 | 1928 | ended/dissolved/disbanded[b] |
| | Janesville Council | Janesville | Wisconsin | 1928 | 1928 | |
| 681 | South Jefferson County Council | Bessemer | Alabama | 1924 | 1927 | Dropped |
| 116 | Cairo Council | Cairo | Illinois | 1920 | 1927 | Discontinued |
| 188 | North Kansas Area Council | Concordia | Kansas | 1925 | 1927 | ended/dissolved/disbanded[b] |
| 649 | Iron Range Council (Michigan) | Iron Mountain | Michigan | 1926 | 1927 | ended/dissolved/disbanded[b] |
| 655 | Mississippi-Cape-Scott Council | Cape Girardeau | Missouri | 1924 | 1927 | ended/dissolved/disbanded[b] |
| 307 | Northeast Missouri Council | Moberly | Missouri | 1925 | 1927 | |
| 317 | Glacier Park Area Council | Kalispell | Montana | 1923 | 1927 | ended/dissolved/disbanded[b] |
| 663 | Tri-City Council | Scottsbluff | Nebraska | 1926 | 1927 | ended/dissolved/disbanded[b] |
| 415 | Catawba River Council | Hickory | North Carolina | 1923 | 1927 | ended/dissolved/disbanded[b] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 552 | Musgrove Council | Newberry | South Carolina | 1924 | 1927 | ended/dissolved/disbanded[b] |
| 586 | Waxahachie Council | Waxahachie | Texas | 1920 | 1927 | ended/dissolved/disbanded[b] |
| 633 | Stevens Point Council | Stevens Point | Wisconsin | 1921 | 1927 | |
| 15 | Fayetteville Council | Fayetteville | Arkansas | 1922 | 1926 | |
| 150 | Bartholomew County Council | Columbus | Indiana | 1921 | 1926 | ended/dissolved/disbanded[b] |
| 642 | Tokyo Japan Council | Tokyo | Japan | 1923 | 1926 | ended/dissolved/disbanded[b] |
| 196 | Salina Council | Salina | Kansas | 1917 | 1926 | ended/dissolved/disbanded[b] |
| 268 | Ironwood Council | Ironwood | Michigan | 1922 | 1926 | ended/dissolved/disbanded[b] |
| 323 | Grand Island Council | Grand Island | Nebraska | 1924 | 1926 | ended/dissolved/disbanded[b] |
| 322 | Fort Kearney Council | Kearney | Nebraska | 1924 | 1926 | ended/dissolved/disbanded[b] |
| 325 | North Platte Council | North Platte | Nebraska | 1920 | 1926 | ended/dissolved/disbanded[b] |
| 435 | Ashtabula Council | Ashtabula | Ohio | 1922 | 1926 | ended/dissolved/disbanded[b] |
| 458 | Steubenville Council | Steubenville | Ohio | 1922 | 1926 | ended/dissolved/disbanded[b] |
| 508 | Du Bois District Council | Du Bois | Pennsylvania | 1922 | 1926 | ended/dissolved/disbanded[b] |
| 522 | Monongahela Valley Council | Monessen | Pennsylvania | 1923 | 1926 | ended/dissolved/disbanded[b] |
| 526 | Phillipsburg & Affiliated Terr. Council | Phillipsburg | Pennsylvania | 1925 | 1926 | ended/dissolved/disbanded[b] |
| 497 | Beaver County Council | Rochester | Pennsylvania | 1915 | 1926 | |
| 547 | Newport County Council | Newport | Rhode Island | 1924 | 1926 | ended/dissolved/disbanded[b] |
| 566 | Brazos Valley Council | Bryan | Texas | 1924 | 1926 | ended/dissolved/disbanded[b] |
| 585 | Kickapoo Council | Tyler | Texas | 1924 | 1926 | ended/dissolved/disbanded[b] |
| 598 | Pulaski Council | Pulaski | Virginia | 1921 | 1926 | |
| 54 | Solano County Council | Vallejo | California | 1922 | 1925 | ended/dissolved/disbanded[b] |
| 56 | Tulare County Council | Visalia | California | 1922 | 1925 | ended/dissolved/disbanded[b] |
| 68 | Manchester Township Council | Manchester | Connecticut | 1917 | 1925 | ended/dissolved/disbanded[b] |
| 95 | Floyd County Council | Rome | Georgia | 1923 | 1925 | ended/dissolved/disbanded[b] |
| 143 | Savanna Council | Savanna | Illinois | 1922 | 1925 | ended/dissolved/disbanded[b] |
| 192 | Liberal Council | Liberal | Kansas | 1922 | 1925 | ended/dissolved/disbanded[b] |
| 297 | Saint Croix Council | Stillwater | Minnesota | 1925 | 1925 | ended/dissolved/disbanded[b] |
| 365 | Amsterdam Council | Amsterdam | New York | 1919 | 1925 | ended/dissolved/disbanded[b] |
| 428 | Lake Region District Council | Devils Lake | North Dakota | 1923 | 1925 | ended/dissolved/disbanded[b] |
| 432 | Williston Council | Williston | North Dakota | 1924 | 1925 | ended/dissolved/disbanded[b] |
| 465 | Wayne County Council | Wooster | Ohio | 1919 | 1925 | ended/dissolved/disbanded[b] |

| No. | Council | City | State | | | Status |
|---|---|---|---|---|---|---|
| 476 | Hobart Council | Hobart | Oklahoma | 1922 | 1925 | ended/dissolved/disbanded[b] |
| 523 | North Boroughs Council | | Pennsylvania | 1922 | 1925 | ended/dissolved/disbanded[b] |
| 637 | Watertown Council | Watertown | Wisconsin | 1922 | 1925 | |
| 101 | Ococah Council | Ococah | Georgia | 1922 | 1924 | |
| | Rupert Council | Rupert | Idaho | 1922 | 1924 | |
| 151 | Clinton Council | Clinton | Indiana | 1922 | 1924 | ended/dissolved/disbanded[b] |
| 152 | Connersville Council | Connersville | Indiana | 1922 | 1924 | ended/dissolved/disbanded[b] |
| | Kokomo Council | Kokomo | Indiana | 1919 | 1924 | ended/dissolved/disbanded[b] |
| | Cedar Falls Council | Cedar Falls | Iowa | 1922 | 1924 | |
| | Ottawa Council | Ottawa | Kansas | 1922 | 1924 | |
| 217 | Biddeford & Saco Council | Saco | Maine | 1921 | 1924 | ended/dissolved/disbanded[b] |
| 222 | Frederick Council | Frederick | Maryland | 1917 | 1924 | ended/dissolved/disbanded[b] |
| | Menominee County Council | Menominee | Michigan | 1920 | 1924 | |
| 318 | Central Montana Council | Lewiston | Montana | 1922 | 1924 | ended/dissolved/disbanded[b] |
| | Burlington Council | Burlington | New Jersey | 1919 | 1924 | |
| | Pleasantville Council | Pleasantville | New Jersey | 1921 | 1924 | |
| 423 | Southern Pines Council | Southern Pines | North Carolina | 1919 | 1924 | ended/dissolved/disbanded[b] |
| 491 | Linn County Council | Albany | Oregon | 1922 | 1924 | ended/dissolved/disbanded[b] |
| 490 | Corvallis Council | Corvallis | Oregon | 1922 | 1924 | ended/dissolved/disbanded[b] |
| 494 | Lagrande Council | Lagrande | Oregon | 1921 | 1924 | ended/dissolved/disbanded[b] |
| 495 | Allegheny Valley Council | Pittsburgh | Pennsylvania | 1921 | 1924 | From Allegheny County 1921 |
| 555 | Yankton Council | Yankton | South Dakota | 1920 | 1924 | ended/dissolved/disbanded[b] |
| | Brownwood Council | Brownwood | Texas | 1921 | 1924 | |
| 575 | Kingsville Council | Kingsville | Texas | 1918 | 1924 | ended/dissolved/disbanded[b] |
| 577 | Mount Pleasant Council | Mount Pleasant | Texas | 1920 | 1924 | |
| 579 | Wellington Council (Texas) | Wellington | Texas | 1922 | 1924 | ended/dissolved/disbanded[b] |
| 599 | Radford Council | Radford | Virginia | 1923 | 1924 | |
| 605 | Columbia District Council | Vancouver | Washington | 1923 | 1924 | ended/dissolved/disbanded[b] |
| 615 | New River District Council | Beckley | West Virginia | 1923 | 1924 | ended/dissolved/disbanded[b] |
| | Rhinelander Council | Rhinelander | Wisconsin | 1922 | 1924 | |
| | McIntosh Council | LaGrange | Georgia | 1922 | 1923 | |
| | Libertyville Council | Libertyville | Illinois | 1921 | 1923 | |

| Council | City | State | | | Notes |
|---|---|---|---|---|---|
| Mount Carmel Council | Mount Carmel | Illinois | 1921 | 1923 | |
| Rockford Council | Rockford | Illinois | 1921 | 1923 | |
| Iola Council | Iola | Kansas | 1920 | 1923 | |
| Manhattan Council | Manhattan | Kansas | 1917 | 1923 | |
| Stoneham Council | Stoneham | Massachusetts | 1920 | 1923 | |
| Moberly Council | Moberly | Missouri | 1921 | 1923 | |
| Red Cloud Council | Red Cloud | Nebraska | 1922 | 1923 | |
| Irvington Council | Irvington | New Jersey | 1922 | 1923 | |
| Chambersburg Council | Chambersburg | Pennsylvania | 1922 | 1923 | |
| Donora Council | Donora | Pennsylvania | 1919 | 1923 | |
| Lewisburg Council | Lewisburg | Pennsylvania | 1920 | 1923 | |
| Mount Carmel Council | Mount Carmel | Pennsylvania | 1917 | 1923 | |
| Lafollette Council | Lafollette | Tennessee | 1921 | 1923 | |
| Corpus Christi Council | Corpus Christi | Texas | 1917 | 1923 | |
| Webb County Council | Laredo | Texas | 1922 | 1923 | |
| Winchester and Frederick County Council | Winchester | Virginia | 1922 | 1923 | |
| Chehalis Council | Chehalis | Washington | 1921 | 1923 | |
| Grafton Council | Grafton | West Virginia | 1922 | 1923 | |
| Morgantown Council | Morgantown | West Virginia | 1921 | 1923 | |
| Okefenokee Council | 11th Congressional Di | Georgia | 1921 | 1922 | |
| Aumuckalie Council | 3rd Congressional Dist | Georgia | 1921 | 1922 | |
| Shelbyville Council | Shelbyville | Indiana | 1915 | 1922 | |
| Yazoo County Council | Yazoo City | Mississippi | 1919 | 1922 | |
| Summit Council | Summit | New Jersey | 1918 | 1922 | |
| Guyasuta Council | Aspinwall | Pennsylvania | 1921 | 1922 | From Allegheny County 1921 |
| Kittaning-Ford City Council | Ford City | Pennsylvania | 1917 | 1922 | |
| Chartiers Council | McKees Rocks | Pennsylvania | 1921 | 1922 | From Allegheny County 1921 |
| Huron Council | Huron | South Dakota | 1920 | 1922 | |
| Fairmont Council | Fairmont | West Virginia | 1920 | 1922 | |
| Green Bay Council | Green Bay | Wisconsin | 1920 | 1922 | |
| Redlands Council | Redlands | California | 1919 | 1921 | |
| Shenandoah Council | Shenandoah | Iowa | 1920 | 1921 | ended/dissolved/disbanded[b] |

| Council | City | State | | | Notes |
|---|---|---|---|---|---|
| South Portland Council | South Portland | Maine | 1918 | 1921 | |
| Salisbury Council | Salisbury | Maryland | 1917 | 1921 | |
| Salem Council | Salem | Massachusetts | 1919 | 1921 | |
| Sommerville Council | Sommerville | Massachusetts | 1919 | 1921 | |
| Carthage Council | Carthage | Missouri | 1919 | 1921 | |
| Bernardsville Council | Bernardsville | New Jersey | 1919 | 1921 | |
| Ocean City Council | Ocean City | New Jersey | 1919 | 1921 | |
| Central Hudson Council | Union Hill | New Jersey | 1919 | 1921 | |
| Raleigh Council | Raleigh | North Carolina | 1919 | 1921 | |
| Berea Council | Berea | Ohio | 1918 | 1921 | |
| Pickaway County Council | Circleville | Ohio | 1919 | 1921 | |
| Elyria Council | Elyria | Ohio | 1921 | 1921 | |
| Troy Council | Troy | Ohio | 1921 | 1921 | ended/dissolved/disbanded[b] |
| Miami Council | Miami | Oklahoma | 1921 | 1921 | ended/dissolved/disbanded[b] |
| Bradford Council | Bradford | Pennsylvania | 1917 | 1921 | |
| Cleburne Council | Cleburne | Texas | 1921 | 1921 | |
| Terrell Council | Terrell | Texas | 1921 | 1921 | |
| Brattleboro Council | Brattleboro | Vermont | 1916 | 1921 | |
| Rutland Council | Rutland | Vermont | 1920 | 1921 | |
| Elizabeth City County Council | Elizabeth City | Virginia | 1920 | 1921 | |
| Oconomowoc Council | Oconomowoc | Wisconsin | 1917 | 1921 | |
| Selma Council | Selma | Alabama | 1918 | 1920 | |
| Boulder Council | Boulder | Colorado | 1917 | 1920 | |
| Danville Council | Danville | Illinois | 1918 | 1920 | |
| Galva Council | Galva | Illinois | 1918 | 1920 | |
| Geneseo Council | Geneseo | Illinois | 1917 | 1920 | |
| Morris Council | Morris | Illinois | 1917 | 1920 | |
| Sycamore Council | Sycamore | Illinois | 1917 | 1920 | |
| Charles City Council | Charles City | Iowa | 1918 | 1920 | |
| Red Oak Council | Red Oak | Iowa | 1918 | 1920 | ended/dissolved/disbanded[b] |
| Lawrence Council | Lawrence | Kansas | 1920 | 1920 | |
| Norton County Council | Norton | Kansas | 1919 | 1920 | |

421

| # | Council | City | State | | | Status |
|---|---|---|---|---|---|---|
| | Old Town Council | Old Town | Maine | 1919 | 1920 | |
| | Amherst Council | Amherst | Massachusetts | 1919 | 1920 | |
| | Chelsea Council | Chelsea | Massachusetts | 1918 | 1920 | |
| | Greenfield Council | Greenfield | Massachusetts | 1917 | 1920 | |
| | Mishawum Council | Malden | Massachusetts | 1918 | 1920 | |
| 242 | Medford Council | Medford | Massachusetts | 1918 | 1920 | ended/dissolved/disbanded[b] |
| | Plymouth Council | Plymouth | Massachusetts | 1920 | 1920 | |
| | Mystic Valley Council | Winchester | Massachusetts | 1918 | 1920 | |
| | Ionia Council | Ionia | Michigan | 1918 | 1920 | |
| | Irvington Council | Irvington | New Jersey | 1917 | 1920 | |
| 368 | Binghamton Council | Binghamton | New York | 1918 | 1920 | |
| | Hamburg Council | Hamburg | New York | 1917 | 1920 | |
| | Oswego County Council | Oswego | New York | 1919 | 1920 | |
| | Bucyrus Council | Bucyrus | Ohio | 1918 | 1920 | |
| | Ellwood City Council | Ellwood City | Pennsylvania | 1917 | 1920 | |
| 548 | Pawtucket Council | Pawtucket | Rhode Island | 1917 | 1920 | ended/dissolved/disbanded[b] |
| | Florence Council | Florence | South Carolina | 1919 | 1920 | |
| | Mitchell Council | Mitchell | South Dakota | 1917 | 1920 | |
| | Bay City Council (Texas) | Bay City | Texas | 1918 | 1920 | |
| | Nacogdoches Council | Nacogdoches | Texas | 1919 | 1920 | |
| | Ashland Council | Ashland | Wisconsin | 1918 | 1920 | |
| | Chippewa Falls Council | Chippewa Falls | Wisconsin | 1917 | 1920 | |
| 18 | Globe Council | Globe | Arizona | 1916 | 1919 | ended/dissolved/disbanded[b] |
| | Little Rock Council | Little Rock | Arkansas | 1916 | 1919 | ended/dissolved/disbanded[b] |
| | Crockett Council | Crockett | California | 1917 | 1919 | ended/dissolved/disbanded[b] |
| | Fort Collins Council | Fort Collins | Colorado | 1917 | 1919 | |
| | Longmont Council | Longmont | Colorado | 1917 | 1919 | |
| | Jacksonville Council | Jacksonville | Florida | 1918 | 1919 | |
| | West Palm Beach Council | West Palm Beach | Florida | 1917 | 1919 | |
| | Wheaton Council | Wheaton | Illinois | 1918 | 1919 | |
| | Anderson Council | Anderson | Indiana | 1918 | 1919 | |
| | Cedar Rapids Council | Cedar Rapids | Iowa | 1916 | 1919 | ended/dissolved/disbanded[b] |

| | | | | ended/dissolved/disbanded[b] |
|---|---|---|---|---|
| Keokuk Council | Keokuk | Iowa | 1918 | 1919 |
| Marshalltown Council | Marshalltown | Iowa | 1918 | 1919 |
| Webster City Council | Webster City | Iowa | 1918 | 1919 |
| Mayfield Council | Mayfield | Kentucky | 1918 | 1919 |
| Minden Council | Minden | Louisiana | 1917 | 1919 |
| Auburn Council | Auburn | Maine | 1917 | 1919 |
| Bath Council | Bath | Maine | 1917 | 1919 |
| Saco Council | Saco | Maine | 1917 | 1919 |
| Frostburg Council | Frostburg | Maryland | 1917 | 1919 |
| Westminster Council | Westminster | Maryland | 1917 | 1919 |
| Beverly Council | Beverly | Massachusetts | 1917 | 1919 |
| Bridgewater Council | Bridgewater | Massachusetts | 1917 | 1919 |
| Foxboro Council | Foxboro | Massachusetts | 1917 | 1919 |
| Groton Council | Groton | Massachusetts | 1917 | 1919 |
| Harvard Council | Harvard | Massachusetts | 1917 | 1919 |
| North Adams Council | North Adams | Massachusetts | 1917 | 1919 |
| Norwood Council | Norwood | Massachusetts | 1917 | 1919 |
| Revere Council | Revere | Massachusetts | 1918 | 1919 |
| Stoughton Council | Stoughton | Massachusetts | 1917 | 1919 |
| Weston Council | Weston | Massachusetts | 1919 | 1919 |
| Williamstown Council | Williamstown | Massachusetts | 1917 | 1919 |
| Cape Girardeau Council | Cape Girardeau | Missouri | 1917 | 1919 |
| Columbia Council | Columbia | Missouri | 1917 | 1919 |
| Jefferson City Council | Jefferson City | Missouri | 1917 | 1919 |
| McCook Council | McCook | Nebraska | 1917 | 1919 |
| Manchester Council | Manchester | New Hampshire | 1912 | 1919 |
| Cameys Point Council | Cameys Point | New Jersey | 1917 | 1919 |
| High Bridge Council | High Bridge | New Jersey | 1917 | 1919 |
| Leonia Council | Leonia | New Jersey | 1917 | 1919 |
| Corning Council | Corning | New York | 1918 | 1919 |
| Peekskill Council | Peekskill | New York | 1918 | 1919 |
| Salamanca Council | Salamanca | New York | 1917 | 1919 |

330

| | | | | | ended/dissolved/disbanded[b] |
|---|---|---|---|---|---|
| Butler Council | Butler | Pennsylvania | 1917 | 1919 | |
| Carlisle Council | Carlisle | Pennsylvania | 1917 | 1919 | |
| Westmoreland County Council | Greensburg | Pennsylvania | 1916 | 1919 | |
| Newport Council | Newport | Rhode Island | 1918 | 1919 | |
| Clarksville Council | Clarksville | Tennessee | 1917 | 1919 | |
| Waco Council | Waco | Texas | 1915 | 1919 | |
| Burlington Council | Burlington | Vermont | 1910 | 1919 | |
| Petersburg Council | Petersburg | Virginia | 1915 | 1919 | |
| Bremerton Council | Bremerton | Washington | 1917 | 1919 | |
| Hoquiam Council | Hoquiam Heights | Washington | 1918 | 1919 | |
| Port Angeles Council | Port Angel | Washington | 1918 | 1919 | |
| Sturgeon Bay Council | Sturgeon Bay | Wisconsin | 1918 | 1919 | |
| Santa Barbara Council | Santa Barbara | California | 1917 | 1918 | |
| Ashton Council | Ashton | Idaho | 1917 | 1918 | |
| Chrisman Council | Chrisman | Illinois | 1917 | 1918 | |
| Dixon Council | Dixon | Illinois | 1917 | 1918 | |
| Effingham Council | Effingham | Illinois | 1917 | 1918 | |
| Marissa Council | Marissa | Illinois | 1917 | 1918 | |
| Paris Council | Paris | Illinois | 1917 | 1918 | |
| Riverside Council | Riverside | Illinois | 1918 | 1918 | |
| Robinson Council | Robinson | Illinois | 1917 | 1918 | |
| Albion Council | Albion | Indiana | 1917 | 1918 | |
| Jesup Council | Jesup | Iowa | 1918 | 1918 | |
| Oelwein Council | Oelwein | Iowa | 1918 | 1918 | |
| Topeka Council | Topeka | Kansas | 1917 | 1918 | |
| Harlan Council | Harlan | Kentucky | 1918 | 1918 | |
| Ruston Council | Ruston | Louisiana | 1917 | 1918 | |
| Waterville Council | Waterville | Maine | 1918 | 1918 | |
| Andover Council | Andover | Massachusetts | 1917 | 1918 | |
| Northampton Council | Northampton | Massachusetts | 1917 | 1918 | |
| Orange Council | Orange | Massachusetts | 1917 | 1918 | |
| 501 | Calumet Council (Michigan) | Calumet | Michigan | 1915 | 1918 | |

| Council | City | State | | |
|---|---|---|---|---|
| Holland Council | Holland | Michigan | 1917 | 1918 |
| Houghton Council | Houghton | Michigan | 1918 | 1918 |
| Manistee Council | Manistee | Michigan | 1915 | 1918 |
| Marshall Council | Marshall | Michigan | 1917 | 1918 |
| Saint Clair Council | Saint Clair | Michigan | 1917 | 1918 |
| South Haven Council | South Haven | Michigan | 1917 | 1918 |
| Cass Lake Council | Cass Lake | Minnesota | 1917 | 1918 |
| Webb City Council | Webb City | Missouri | 1918 | 1918 |
| Hartington Council | Hartington | Nebraska | 1917 | 1918 |
| Claremont Council | Claremont | New Hampshire | 1916 | 1918 |
| Dover Council | Dover | New Hampshire | 1916 | 1918 |
| Bellville Council | Bellville | New Jersey | 1918 | 1918 |
| Bound Brook Council | Bound Brook | New Jersey | 1917 | 1918 |
| Pleasantville Council | Pleasantville | New Jersey | 1917 | 1918 |
| River Edge Council | River Edge | New Jersey | 1917 | 1918 |
| Riverside Council | Riverside | New Jersey | 1918 | 1918 |
| Union Council | Union | New Jersey | 1917 | 1918 |
| Vineland Council | Vineland | New Jersey | 1917 | 1918 |
| Weehawken Council | Weehawken | New Jersey | 1917 | 1918 |
| West Hoboken Council | West Hoboken | New Jersey | 1917 | 1918 |
| West New York Council | West New York | New Jersey | 1917 | 1918 |
| Woodbury Council | Woodbury | New Jersey | 1917 | 1918 |
| Beacon Council | Beacon | New York | 1917 | 1918 |
| Brockport Council | Brockport | New York | 1917 | 1918 |
| Cortland Council | Cortland | New York | 1917 | 1918 |
| Dunkirk Council | Dunkirk | New York | 1917 | 1918 |
| Ellenville Council | Ellenville | New York | 1917 | 1918 |
| Hornell Council | Hornell | New York | 1917 | 1918 |
| Huntington Council | Huntington | New York | 1917 | 1918 |
| Mamaroneck Council | Mamaroneck | New York | 1917 | 1918 |
| Olean Council | Olean | New York | 1917 | 1918 |
| Smithtown Council | Smithtown | New York | 1917 | 1918 |

| Council | City | State | | |
|---|---|---|---|---|
| Tarrytown Council | Tarrytown | New York | 1917 | 1918 |
| Concord Council | Concord | North Carolina | 1917 | 1918 |
| Gastonia Council | Gastonia | North Carolina | 1917 | 1918 |
| Barnesville Council | Barnesville | Ohio | 1917 | 1918 |
| Bedford Council | Bedford | Ohio | 1917 | 1918 |
| Bowling Green Council | Bowling Green | Ohio | 1917 | 1918 |
| East Palestine Council | East Palestine | Ohio | 1917 | 1918 |
| Lisbon Council | Lisbon | Ohio | 1917 | 1918 |
| Guthrie Council | Guthrie | Oklahoma | 1917 | 1918 |
| Bristol Council | Bristol | Pennsylvania | 1917 | 1918 |
| Brookville Council | Brookville | Pennsylvania | 1917 | 1918 |
| Dalton Council | Dalton | Pennsylvania | 1917 | 1918 |
| Leighton Council | Leighton | Pennsylvania | 1917 | 1918 |
| Mercer Council | Mercer | Pennsylvania | 1917 | 1918 |
| Stroudsburg Council | Stroudsburg | Pennsylvania | 1917 | 1918 |
| Washington Council | Washington | Pennsylvania | 1917 | 1918 |
| Centerville Council | Centerville | South Dakota | 1917 | 1918 |
| Fredericksburg Council | Fredericksburg | Virginia | 1916 | 1918 |
| Front Royal Council | Front Royal | Virginia | 1916 | 1918 |
| Hampton Council | Hampton | Virginia | 1916 | 1918 |
| Lacrosse Council | Lacrosse | Wisconsin | 1917 | 1918 |
| Casper Council | Casper | Wyoming | 1917 | 1918 |
| Blytheville Council | Blytheville | Arkansas | 1916 | 1917 |
| Portsmouth Council | Portsmouth | New Hampshire | 1916 | 1917 |
| Pensacola Council | Pensacola | Florida | 1914 | 1916 |
| Midland Council | Midland | Texas | 1913 | 1914 |
| Rosenberg Council | Rosenberg | Texas | 1913 | 1913 |

638

List Taken From
"List of defunct councils (Boy Scouts of America) - Wikipedia"
https://en.wikipedia.org/wiki/List_of_defunct_councils_(Boy_Scouts_of_America)