May 11, 2021

Your Honor,

I'm writing to beg you not to let the BSA off lightly. My experience has been with me all my life and I'm 75 yr. old.

When I was 11 yr old I went to Boy Scout camp at Camp Conestoga in Somerset County, PA. I was on kitchen duty with my troop to clean off tables. I was slower then the other kids, so I was the last one left with the man that ran the kitchen. He cornered me and started ███████████████
████████████████████████
████████████████████████
████████████████████████
███████████ I pushed him and he stumbled backwards and I ran.

FILED
2021 MAY 17 AM 9:50
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

The only person I ever told was ███████ (now deceased) my bunk mate because he seen me sitting on my cot very upset.

I never even told my wife (of nearly 55yrs) I was so embarrassed until I seen information on television that someone was finally trying to file suit against their negligence. It was like a damn broke, I cried the story to my wife finally.

For a 11 yr old boy (and some kids had worse experience than I had) who had faith in the BSA that allowed men like that to prey on children.

I prey you allow justice to be served after all these years.

[redacted]

Case no.
SA - [redacted]

TO: Justice Laurie Silber Silverstein

BSA Bankruptcy Case
824 Market St.
6th floor
Wilmington, DE
19801



PRIORITY MAIL

CERTIFIED MAIL

7020 1290 0002 2499 0867

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

May 2020
1/2 x 9 1/2