TO: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE. 19801

FROM: ███

FILED
2021 MAY 17 AM 9:52
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Personal Victimization, #SA - ███

My full name is ███ I grew up in a lower to middle class neighborhood called "Frogtown", in St. Paul, Minnesota.

Hello Justice Silverstein, I am writing the courts about my own victimization and to let you know what happened to me by a BSA – Scout Leader; Incidents I remember and how I was and am impacted today.

To start out, I was in the Boy Scouts of America from around 11 to 14 years old, so around 1974 to 1977. I was in Troop 100, we had our weekly meetings at Faith Lutheran Church at Charles and Mackubin in St. Paul, Minnesota.

I was sexually abused by a Scout leader by the name of ███ what I remember about him, numerous things, he charmed (lured) me, other scouts (kids) and our parents into trusting him, which allowed me and other kids to go on scouting trips, camps, overnight outings, amongst other things.

Specifics what I remember about ███ was he lived in Battle Creek, MN. on ███ drive, he worked at ███ his CB radio handle was ███ he had nephews ███ ███ who lived In Des Moines, Iowa with their Parents. These things I remember clearly because he shared many things about himself, what I see now as going to great lengths, years of grooming and trying to instill a false trust into me, other children and parents for his real intent, to molest me and other children.

My own Personal Victimization, I had been in Scouts for approx. 1 to 2 yrs., I came to trust and care for this Man (Molester-███████), me and another scout (I believe the other scouts name was -█████ we were invited to help him somehow, either help clean his workplace (█████) or wax his car before a trip, and we were able to stay the night at his house.

At some point he said he had to watch or check on someone else's house and asked if we wanted to stay the night there, we agreed as I/we saw him as charming and nice, I know he drove to that house after dark, so I do not remember were it was. I'm sure we went out for pizza or a meal before this, laughing and having fun, his grooming.

Inside this house I remember everything was dark and we went to the bedroom to watch TV, █████ other scout) was on one side of him on the bed and me on the other side, we watched a movie or something on TV. At some point he started to ███████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████ was froze by this time, not knowing what to say, at one point he ████████████████████████████████████████████████ ████████████████ ███████████████████████████████████ was still froze, quit, not knowing what to say or do, internally I was scared, speechless, embarrassed, amongst other feelings. He continued to ████████████████████████████████████████████████████████████████████████████

At some point when the other scout got up to leave, use the bathroom, he████████ ████████████████████████████ was froze and did not know what to say, I don't know if he abused the other scout or if he knew what happened, again I felt ashamed, disgusted, and fearful. I felt embarrassed like somehow this was my fault, and if the other scout or scouts found out I thought I would be teased and ridiculed by others scouts and/or at school by other classmates.

After this Happened, I quit going to scouts for approx. 6 months or so, I did not tell anyone, in my household my father was physically and emotionally abusive, I was afraid of my father, so I was afraid if I told him what happened that he would blame me and whip my ass. In looking back on this I think this Scout leader knew my father was mean and abusive and he used this to his own advantage to molest me.

The second time I was Sexually abuse, I was at a BSA Scout camp in Northern Wisconsin, (Tomahawk) me and another scout ▮▮▮▮ shared a tent with the scout leader –▮▮▮▮ some things I remember at this camp were, when coming into the tent a couple times the Scout leader ▮▮▮▮ I would try to only be in the tent if ▮▮ was there, I remember him inviting or having other scouts in the tent when we came back from merit badge sessions or hiking outings. He would always have a charming reason for doing something.

One day ▮▮ bought a 6 pack of beer at one of the resorts across the lake, so me and ▮▮ drank 3 beers each as we were coming back from a pizza restaurant we all went out to eat at, somehow ▮▮ was aware that we had the beer and told us to finish it before we got back to camp, once back at the scout camp I was drunk, woozy and acting silly; I blacked out at some point not remembering anything or going into the tent for the night, however when I woke up the next morning, I was alone in the tent, my sleeping bag was wet and I peed in it, I felt uneasy and queasy, I knew something had happened, not sure what, I felt ugly, shame, guilt, fear, and embarrassed. I stayed away from the scout leader, I was very fearful of him at this point.

After this outing, I never went back to scouts. I came up with excuses as to why I didn't want to go to scouts anymore, I never told anyone as a kid for several reasons, he was seen as a nice guy and trusted by all the other scouts and parents, I was afraid if my Father found out I would be blamed and punished, and I was afraid I would be shunned and ridiculed by my peers.

I also believe the beer thing was set up by him somehow.

Other things I remember in scouting, see I went on many Scout camps and trips, we went to California 2x and Florida 1x during the week before Easter, on these trips there were usually 5 or 6 scouts and the Scout Leader – ▮▮▮, I remember he would go off with other scouts alone from time to time, he would tell sexual jokes or encourage others to tell sexual jokes; I remember him and other scouts bringing up about showing other scouts at times how to do ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrong with this.

I also remember me and others at scout camps would tease or pick on other scouts that may have been new, shy or bashful, and Scout leader – ▮▮▮ would take those scouts under his wing as if protecting them, and would invite them to sleep in his sleeping bag with him.

Again as a kid I did not see this Scout leaders real intent, as an adult I see he groomed and set-up to victimize (Molest) many kids in many different ways.

Also in 1995 I was subpoenaed to give a statement in a lawsuit brought by ▮▮▮▮▮▮▮ against this Scout leader ▮▮▮▮▮▮▮▮▮, the Attorney told me about what happened to ▮▮▮ that his Brothers ▮▮▮▮▮▮▮▮▮ were sexually abused by this man also, that this man molested his own nephew ▮▮▮ ▮▮▮▮▮ so this man's behavior have been challenged in court by a lawsuit, I do not know however if criminal charges have ever been brought against this man, or if he is even alive today.

Lastly, I am in a sex offender treatment program (MSOP) and I have been working on my own behaviors and poor choices that lead me to sexually victimizing others, and my own victimization in my childhood, one being by this Man – █████████

Anything further I can share I would be willing to do so, I can be reached through the address above and through the Phone Numbers at the bottom of this page.

Sincerely



