May 5, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

**FILED**

**2021 MAY 17 AM 9:53**

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE



Dear Honorable Justice Silverstein,

To be perfectly transparent, this is very challenging letter for me to write. I'm, admittedly, not sure what I should focus on nor am I certain what I should say.

What I am certain about is that you, and you alone, have an enormous amount of power and you have an absolute ability to make a profound difference in people's lives far beyond what they may, or may not, even realize.

I phrase that that way because I've spent the better part of 35+ years acting like the things that happened to me at the hands of ███████ when I was a member of the Mercer, PA Rainmakers Troop back in 1983/84 didn't happen.

I've spent the vast majority of my life defining myself from the point of view that they didn't have an impact on me and that I was fine.

I even uttered those words over and over again to my therapist. Who would just smile and ask how I felt about that.

It has only been through therapy for my perpetual erectile dysfunction that I've realized that the consequence of those events, and further, of defining my life from that narrow, and flatly false perspective, is in fact one of the largest problems.

That defense mechanism, that framing, and its impacts, have been so widespread, so sweeping, that I can barely comprehend how my life would have been different had those events not happened.

How does one quantify the things that didn't happen even if a specific set of events did?

According to certain views of legal principal we don't. And I'm sure the BSA and all of their stakeholders will definitely take that approach. They will certainly try to take this letter and cherry-pick parts of

1

sentences to hatchet them into a narrative that supports their view that this wasn't a big deal, that it didn't impact me, or us, or generations of American youth. That it should just go away.

They'll probably want to focus on a very specific set of facts like the fact that I'm 48 years old.

I'm, by most objective parameters, an attractive man. I paid my own way through college and managed to graduate with a pretty solid GPA.

I've never had issues with drug addiction. Nor have I had trouble holding a job. I sleep through the night - for the most part. I don't have a criminal past.

By all accounts I'm a successful man who on the outside would never be suspected to have been molested by a Boy Scout leader.

The reality is that, that is the perception that I have created for others to see. But it skews the facts.

Facts like, I've never been married. I've had a total of three relationships in my life; one in my 20's, one in my 30's, and now one in my 40's.

I've had perpetual erectile dysfunction for as long as I can remember.

It's been so pervasive that I didn't even recognize it as a problem. I thought it was normal to not get aroused when a member of the opposite sex shows interest in you. For a while I even thought I was gay and just didn't know it. After all, men have always been attracted to me and when women would make overtures they wouldn't stimulate me. So, I must be gay, right?

I apologize if that last paragraph came out as "punchy" or passive aggressive, that was NOT my intent.

My intent was to illustrate that I just simply didn't understand what a healthy relationship to sex should be. My sexual knowledge and emotional processing was stunted at 11-12 years old just as those feelings and emotions were starting to awaken in me.

It would be factual to say that I've never know what a healthy relationship to sex should be because my entire sexual development was skewed. I've spent years pretending to be normal in an effort to fix it before anyone noticed. The problem is that everyone else noticed. I'm the one who didn't realize that 1/3 to 1/2 of my life had gone by with no resolution.

That said, It is up to you to wade through the facts and the stories and to determine the responsibility of the BSA - and they should be held accountable. Completely accountable.

I'm not exactly sure what happened to my Troop after this all came out. From their website you wouldn't even know that something did happen.

I heard a rumor that the Scout Master, Mr. ████ ended up killing his wife and committing suicide a few years after this all came out. Was that related? I truly don't know.

2

I do know that not only have I personally carried this with me for the majority of my life, I also carried an enormous amount of guilt and fear because I didn't stand up at the time and lend a hand to another child who it turns out was also being accosted.

How do I quantify that? What facts can I present to illuminate the impact of those life choices being thrust on an 11-year old boy.

How can I quantify the impact that these events have had on my life in a way that is respectful of the court and factual in basis without appearing to me overly emotional?

Can I quantify the promotions I didn't get?

The income I didn't get from not getting those promotions?

Can I qualify the tax burden alone that I've paid by never being married?

The BSA would probably say no. Those can't be claimed. Those aren't relevant.

Can I claim or point to the untold relationships that could never materialize because I couldn't get past "hello" for fear of not being able to be intimate?

I can't.

I imagine that based on how I understand the legal process to work those would not be facts as they are improvable and therefore can't be considered.

But I can tell you, those are facts that have impacted my life dramatically and continue to impact my life to this day; 35+ years later.

The Boy Scouts are responsible.

 There should be no easy way out for them.

It is still impacting us as a collective group all these years later.

Generations of strong, contributing men across this country have been at least partly neutered by an organization that was supposed to make us stronger not weaker.

Given that I have a hard time quantifying the impacts, I think the best that I can do is to tell my story.

I do apologize if this is overly emotional for a formal legal letter but I'm not sure how else to provide you the facts of my case and demonstrate the impact that these actions have had on my life.

I was a socially shy, small, smart kid. By 4th grade I was doing all 6th, 7th, and 8th grade school work. I was smart and I knew I was smart. I was good at baseball - I started playing when I was 5 years old, and I was surprisingly athletic for a shy, small kid.

I was in 6th grade when my mother decided to move us to Mercer , PA. About 60 miles north of Pittsburgh where I had lived most of my life.

We moved into a duplex on Otter street that's now been converted back into a single family home.

To say that it was a tumultuous time would be an understatement.

So we moved to Mercer and my mother insisted that I learn to "become a man" because as a single mother she ... "didn't know how to teach me to be a man0". She insisted that I join the local Boy Scout troop. She had insisted that I join the Boy Scouts when we lived in Pittsburgh a while prior and now that we were once again "settled", she insisted that I join a Troop.

Admittedly, I had enjoyed the Boy Scouts when we lived in Pittsburgh, it was giving me a chance to be mentored by grown men and it was teaching me survival skills  I truly loved learning how to take care of myself and I felt that I was growing and maturing. I was learning values and how to be respectful and a contributing member of society.

As I said, I was a smart and driven kid even if I was a little shy socially. I had aspirations of becoming an Eagle Scout and once I had set a goal I achieved it. At the end of 5th grade I won an award that the private school I attended traditionally only gave to gradating seniors. I was so far ahead in my schoolwork the teachers didn't know what to do with me. I was smart, and I was confident.

So it scouting for me was a place to learn new things and spark my drive to excel in another direction. It was rewarding for me. Until the late spring and summer of 1983. At which point, lots of things for my life's trajectory fundamentally changed.

Its important to note that the abuse didn't start immediately. It took time, and as I look back at it now I see I fell for the oldest con in the world; build trust, give independence, turn that independence into a weapon, leverage trust and power to force compliance.

The Scoutmaster, Mr. ███████ took a liking to me and he helped me build some social bonds with the other kids in the troop.

And it was through the troop that I was introduced to ███████ I don't remember his title or rank with the troop. I think he was an Assistant Scout Master.

I don't even remember meeting him the first time. What I do remember is that he took his time building trust and grooming me.

He started by taking me home from the weekly meetings. Being on crutches at the time, the distance was a bit much to cover. So, a ride certainly made that easier for me.

That's where he met my mother and began building trust with her as well.

Eventually, over the span of a few weeks, he got her to a point where he offered to watch me, and if needed, my younger brother.

4

Being a single mother she jumped at the chance to have this "nice man from the Boy Scouts" watch us for free.

His offer was innocent enough- he had a paper route and we could go along with him as he delivered the papers. We'd be in the car and it would take all morning and into the afternoon.

The abuse started the second time he took me and my brother on the paper route. He had me sit close to him. Right next to him. He prepped me the first time by having me and my brother commit to keep everything private. "What happens in the car stays in the car he said". And we had to promise to keep that a secret. Then we helped him deliver papers that fist Saturday.

He had me sit right next to him while we drove. He put my brother in the backseat and gave him a bag of porn magazines to look at.

In retrospect that first paper route trip was just to build trust and prime me while creating a lever that could be used to get me in trouble if needed.

The actual abuse started the next week. I think this was in the spring of 1984 I think. I remember it still being cold and there not being leaves on the trees yet.



When we finished the route he took us both home and said what a good time he had. He also said that he'd be sure to tell my mom that we were good kids, and he reminded us that anything that happens in

the car stays in the car and we're not supposed to talk about it to anyone else. And if we did, we'd get in trouble for looking at porn magazines.

Over the next few months this pattern repeated itself several times. I believe in total it happened five or six times.

There was a regular cadence to it. Every two weeks or so he'd come pick me or both me and my brother up, and take us on his paper route. me in the front seat, my brother in the back seat.

I remember he and my mom were talking once and she was so grateful to have someone watch us on the weekends so she could go to work.

By the fourth trip, I believe he and I were alone this time, he had me sit on his lap while we drove. I remember him saying something like, "come here sit closer." As I'd inch closer he'd say, "no, closer."

I didn't want to get closer. I didn't like it. It felt wrong.

When I got right next to him so that our bodies were touching each other he said, that this time he wanted me to sit on his lap. I remember objecting and saying that it made me uncomfortable.

This went on for a few minutes and then he had me deliver the papers for the rest of the trip.

That said, I have come to believe that it was certainly going in at least one of those directions. It just didn't get there - at least not with me.

Something else I remember.... on one of the later paper delivery drives, around the 4th time - the time I described above, the magazines changed. They were no longer just Playboy and Hustlers. There were still a few of those but most of them were hardcore porn.



perpetually confused. This was in the late spring to early summer. So this had been going on for a few months.

I started to develop a lot of anxiety. I started to feel trapped and pressured. I remember feeling like I just wanted to die and that there was no way out of this.

As an adult I see now exactly what was happening. And recounting this in this much detail is something I've never done before. Not to my therapist, not my brother, not to anyone else - except in my case file.

I've lived with the pain and emotional blockage for decades of my life. The reality to me is that this has impacted my life in innumerable ways, ways I'm still uncovering and working through.

I'm appalled that the Boy Scouts have known that this was a systemic problem for years and they let it continue. How hypocritical to teach responsibility and accountability and then not take any.

We weren't supposed to leave a campground in the same state we found it. The Boy Scouts taught me that I should make things better than I found them. Are they living up to that? Are they making us better than we are - are they even making us whole for what was taken from us at their hand?

At this point I say they are not and are not even really trying.

By the summer of 1984 I hadn't seen my father since I was 5 years old.

Even so, I begged my mother to let me spend a week with him. He was a truck driver and I knew I'd be far away from ▮▮▮ So I left with him for what should have been a week.

I really did not want to go back to Mercer. I didn't want to be anywhere nea▮▮▮▮ So, when my dad asked if I wanted to stay with him a while longer I said yes.

It turns out that that has been an issue to this day and my mother still thinks my father tried to kidnap me. I have always told her that it was my decision and I wanted to stay with my dad longer. The truth is, I didn't really enjoy being stuck in an 18-wheeler for two or three weeks of the early summer; I missed my brother, I missed my friends, and I didn't want to move in with my dad - and he did try to talk to me about that.

I just wanted to be safe from Brian.

I've never told my father this. I've never told anyone this.

My father was starting to believe that I wanted to live with him, he even asked if I wanted to live with him. I remember not wanting to live with him, I wanted to be away from ███████

This inevitably lead to a lot of issues between me and my mother given her hatred of my father. So, my respite from ███████ didn't really turn out to be respite.

That's a lesson I wish I would have learned at that point.

So, my mother and father finally worked it out and I went back to my mother in Mercer. And it was late Spring to early Summer and baseball was in season. So, I started playing baseball and tried to avoid the scouts for the most part. I still went to meetings - just not as regularly and I still went on camping trips, but I was very careful to never be alone; always be in a group, and I stayed close to the scoutmaster every time, everywhere.

For the most part, I moved to baseball.

But that only lasted as a safe haven for so long as ███████ became the stat keeper for the leagues and he started assisting my coach.

This was at the end of 6th grade. I have patches and memories of fall and winter camping trips from 1983 and 1984 and I'm fairly certain that the sexual abuse started in early 1984.

The escalation was certainly the summer of 1984.

On two or three occasions ███████ would take me home from baseball and we'd stop at his house.

It was on one of these visits where I swear that he had me show myself to him. I can't remember specifically what happened. It starts to get a little jumbled in my memory.

The stress I was feeling was intolerable. The constant feeling of wanting to die was ever present. My confidence fell through the floor and I don't think its ever really recovered. Well not until I started taking martial arts in my 30's.

███████ was trying to make me feel safe again and I recall him taking a group of us to the movies in Hermitage, PA- I believe it was to see Indiana Jones and the Temple of Doom. The other kid who was abused by ███████ as in the group, my brother was there, and there were one or two other kids too. I can't remember them.

To be clear, at the time I had no idea ███████ was doing this to other kids in the Troop. I wholly believed that it was only happening to me.

I remember that the other kid was really nice and I liked him. This was one of the only times we had time to get to know each other. I had tried to get to know him through the troop but he was cold and distant and I got the sense that he didn't like me very much. At the time I didn't understand it.

A few days after the movies, I remember ███████ opped over to the house - we lived at ███████████ in Mercer - and said that my mom wanted him to take me somewhere. I can't remember where.

8

Anyway, in this conversation I remember saying I didn't want to go. He replied by talking about the other kid. He said that he liked him more than me and that he was a lot of fun to hang out with and that if I wanted to hang out I would have to stop being so shy.

He threatened me. He told me that since he was the minor league stat keeper that he could change my stats and no one would know and that it would be hard for me to get on a little league team the next summer.

He also told me that he was going to tell my mom and get me in trouble. He ultimately told her something, I just don't know what he told her. The next night she beat me for several hours in one of her rages. I remember her specifically saying that ▇▇▇ had talked to her and that he wasn't going to be able to watch me anymore - which impacted her work schedule. So, she took that out on me for about 6 hours that night.

The next day he came over. I remember seeing the car pull up out front and I went and hid. I convinced my brother to lie to him for me. My brother was able to convince ▇▇▇ that I wasn't home and he left.

I remember me and my brother having a conversation about the stoking and touching that night. That was the first time I told anyone. He and I agreed not to tell our mother and that it would be between us. He apologized for not knowing that it was happening while he was in the backseat.

I remember feeling like I had to protect him. And in those times when he was on the paper route with us I was way more compliant because if it was happening to me then it couldn't be happening to my brother.

I was terrified that my brother was going to get beat by our mom for lying t▇▇▇nd protecting me but I didn't know what else to do.

It was at this point that things started to get very emotionally troubling for me. I was having trouble sleeping and I was anxious all the time. I truly wanted to die. I was constantly overcome with this deep depression that I didn't understand. Something that continued to happen to me until may later 20's or early 30's.

I was terrified to see ▇▇▇ again. I remember knowing that something more was going to happen. I was terrified of my mother beating me for not seeing ▇▇▇ I felt like I was in a no win situation. I felt trapped and alone and isolated. My choice on a daily basis was go with ▇▇▇ and have him ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇nd push my boundaries or defy that and get beat by mother.



I truly wanted to die.

My reluctance to go with ▇▇▇ lead directly to my mom physically abusing me on multiple occasions.

I didn't know what to do.

This was about the time of our Summer Jamboree which was I think at the Custalogatown Summer Camp.

I remember feeling relieved that I'd be at that for a week. It would give me a week to figure out what to do. By this time I had gotten really good at lying to Brian and avoiding him, and I got quite used to the beatings my mother would give me. I found just about every way possible to always be in a group where I couldn't be easily isolated.

As it turns out, the week of the Jamboree, ██████ got caught in a car - I believe at a Truck stop with the other kid from the troop.

And my problem was solved. So I thought, but the reality is that this and my actions afterward have haunted me ever since.

As an adult, I know that I did not cause it. I know that the guilt I feel over the other kid getting caught with ██████ s not healthy. But I have felt that I threw that kid under a bus of sorts by hiding from ██████ and I certainly feel that I abandoned him by not coming forward.

I have this memory that is lax on details o██████ ming to the summer camp. I remember being terrified that he was there because he wasn't supposed to be there that week - which is why I went.

I think he gave me a gift. A carving kit or a pocket knife, I can't remember. I swear that he said he wanted to take me somewhere for ice cream or something even though we weren't supposed to leave.

I remember the next day, signing up for everything I could with adults I knew. I remember being uncharacteristically involved in things literally overnight. I didn't want to be alone wi██████ d I was terrified of what might happen if I were. I was young and naive and unaware of the true nature of what was happening, but I did know that things were escalating and I had enormous fears on where they were going.

So, I hid in plain sight as best as I could. That became a deeper part of my personality than I ever really understood.

I also started to feel a strong emotional connection to the Scoutmaster, Mr. ██████ I can't remember how to spell his name). I felt that when I was around him I was safe.

I think it was the next day, after ██████ ame to my tent and gave me that gift, that he got caught with the other boy from the Troop.

I remember being so relieved. That feeling lasted literally minutes.

I remember one of the boys asking if I heard about ██████ nd the other kid. I hadn't. So they told me.\

And the way he described what he had hear happened terrified me.

He painted the other kid as complicit. Referred to him with homophobic slurs and implicated him as being complicit. He asked me if I knew ██████ was like that. He asked if I was a homophobic slur.

I denied knowing anything. I lied.

10

After we got back from the camp. My mom sat me down and asked me if anything had ever happened - apparently ████ getting caught was news. She asked me if anything had happened to me.

Initially, I lied to her too.

My brother convinced me to tell her the truth.

I was terrified that I was going to get beat more. I was terrified of being called a homophobic slur. I was terrified of being stigmatized. I didn't even know what that meant, I just knew it was a thing that happened to people and that it would hold them back in life.

And while my mother didn't physically abuse me over this at the time, later on, and to a certain extent today, she has and continues to mentally abuse me. In fact, on a voice mail a few weeks ago, if I may paraphrase, she asked me "what good I was to anyone on the planet. I don't procreate. I don't do anything," and in her works, "I'm a piece of shit."

Yet, I digress.

She did set-up a meeting with ████ sister at her house. Me, my brother, and my mom went out to ████ sister's house. We were there for a few hours. At the end of the night I was asked if I was going to report it.

I had three or four adults asking me, an 11 year old what I wanted to do.

I had to make a decision about reporting it to the police. I wasn't even in 7th grade!

The only information I had to make this decision was the way the other boys in the troop referred to the other kid who was with ████ when he got caught. And I didn't want to be categorized like that.

I chose not to report it. I thought my name would be in the papers and that this would follow me my whole life. I said I just wanted to move on and act like it never happened. Which is what I did. The operative word in that sentence is ACT.

Mercer is a small town and I didn't want to gossip to isolate me.

So, at 11 or 12 years old, I made a decision to let the other kid take all the heat himself and I decided that I was going to lie about it if I had been asked.

I didn't tell another person and I didn't even bring this up with anyone until I was in my 30's.

I think I was 36 when I told the woman I was dating at the time (my second real relationship). She was the first person outside of my brother and my mother I told.

I regret that I kept quite.

I have regretted it ever since. I carry a lot of pain and guilt about that decision. I tried to act fine. I acted like it didn't impact me.

11

But that was an act.

The fact is that it did; and in so many ways.

For years I justified my decision to keep quite by telling myself that I was 11, what would else could I have done? But that is a cope out. Even at 11 I should have been more of a man.

Through therapy I've come to realize that this incident has impacted my life in ways I never even imagined. I'm 48. I've never been married even though I've always wanted that level of a partner.

Through my life I've seldom dated. And when I have over the past 10-12 years I've had pretty deal breaking erectile dysfunction issues that happen when I meet someone new.

I never went back to scouting. I never picked up a baseball again.

I learned to hide in plain sight. I learned to act.

I learned to fear authority and stay out of the cross-hairs of standing up for myself. I became deferential to those in authority even when they would "lose my contract" or pass me on a VP position, because "the company has a lot of VP's and it doesn't really mean anything to be a VP."

The things that happened to me at 11 years old stunted my sexual growth, my emotional growth, my confident, and my economic growth.

I can't even quantify the things I lost because I was too busy hiding in plain sight.

From the Fall of 1983 to the summer of 1984 things became part of my personality that have held me back in every facet of my life.

How can I even begin to describe how the decisions I made that spring and summer have rippled through the fabric of the ensuing 37 years?

I truly don't know.

I have pretended for so long that that summer of dread didn't happen, I've worked so hard to pretend that it didn't impact me, but as I look back at it with tools I've acquired through my education, and through therapy, I'm amazed that I remained so blind to the impacts for so long.

What stuns me even more is that those responsible still try to weasel out of accountability. Are they truly that blind too or are they just that greedy?

It was the Scouts who said they would teach me accountability. To Always Be Prepared.

According to the lore, that motto really means,

> " A Scout's Duty is to be Useful and to Help Others.

And he is to do his duty before anything else, even though he gives up his own pleasure, or comfort, or safety to do it. When in difficulty to know which of two things to do, he must ask himself, "Which is my duty?" that is, **"Which is best for other people?"**—and do that one. He must Be Prepared at any time to save life, or to help injured persons. And he must do a good turn to somebody every day.

— Lieut. Gen. Baden Powell C.B., Scouting for Boys (1908), "Camp Fire Yarn.—No. 4. Scout Law."

Shouldn't they be prepared to do right by the boys they should have turned into men?

Aren't they accountable for allowing this systemic abuse to occur to generations of men?

How has the fear of stigmatism impacted those who would have come forward?

Shouldn't the Boy Scouts need to ensure that no other boy ever has to go through anything like this?

Shouldn't they help the people they injured?

They have a moral and legal responsibility. Its their motto!

To this point they haven't even held themselves to the same level that Penn State, USC, or Ohio State have.

Their actions have demonstrated that they don't want to make it right - not on their own.

I find it absolutely unfathomable that the organization who preaches Always Be Prepared, isn't in the least bit willing to uphold their own motto to those they've hurt.

How much has the US suffered by the lost income, lost GDP, increased mental health care costs, increased criminal justice costs - all of the lost years from all of the men who have been abused through and via the Boy Scouts?

There are times in history when single acts can have massive repercussions. I know these events have had massive repercussions in my life.

Please show me, and all of those who were abused that we are not less than.

Please uphold our dignity and allow us the means to set right the things that should have never gone wrong in this way.

The Boy Scouts allowed predators to pervade and pervert their ranks for decades. And now they want to pervert their own founding principles so they can absolve themselves of the pain and stagnation they've spread thought the country? Seriously?

You have the power to make a massive impact on my life and on all of our lives. You have the power to set this right. You have the power to hold them to their own motto.

Respectfully submitted, May 5, 2021,

