Page 1 of 8

SA-

JUSTICE LAURI SELBER SILVERSTEIN/BSA

FILED

2021 MAY 17 AM 9: 59

Bankruptcy Case/824 Market St/6th Floor/

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Wilmington,DE 19801



YourHonor, I feel it necessary to say up front that I can't possibly write all I want to in just one statement, I'm not computer literate and using an android phone.                    My older brother became friends with his classmate ▓▓▓▓▓ resulting in my brother joining the Cubscouts since ▓▓ was one already,, when we were all in elementary school,(I was 6 or 7 years old). They eventually became Boyscouts and so did I since I was always my older brothers shadow anyway. ▓▓▓ was part of a very attractive family with 3 brothers and 1 sister. The ▓▓▓▓ mom was talented in throwing various unique parties and was totally involved with all the boys activities along with the ▓▓▓▓ dad who was always there also.                    From the very beginning, I was being attacked and not understanding what was happening to me and was complaining that I was afraid  of a man and I was afraid that he was going to kill me, not having any other way to explain it. The ▓▓▓▓ dad was attacking me for years with my not realizing that my attacker and the ▓▓▓▓ dad, were the same person(an especially embarrassing admission for me). At the same time, the ▓▓▓▓ dad made much effort to my parents and to the other scout leaders that I was a terrible liar (in front of me) to conceal that he was a predator. He was making sure that nobody would believe me about anything I said, manipulating everyone around me. I had no idea why the ▓▓▓▓ dad made so much effort to falsely assassinate my reputation since I was just a little kid and he was an adult and I had not identified him as my attacker yet. So when ▓▓▓▓ Scoutmaster of troop 239) told my Weblos Scoutmaster (▓▓▓▓ sitting  in lawn chairs by the campfire at Camp Strake, that the ▓▓▓▓ dad wasn't allowed on campouts anymore,it concerned another scout and not me. There had always been a gag order about me since I was always the underage kid who was just following his brother around and my not knowing insulted me somehow. But their conversation shows they already knew that the ▓▓▓▓ dad was a pedophile. Mr. ▓▓▓▓ was asking me if I was a Lion or was I lieing, having received the slander about me, never making the connection of the ▓▓▓▓ dad slandering me to conceal who he really was. Every attack by ▓▓▓▓ dad on me were repeatedly that of stranger abductions since the first time, as I didn't recognize him. ▓▓▓▓, (the ▓▓▓▓ dad), went to my mom and told her stories,  entire stories, (right in front of me, at home), about how my incredible way-out lies had caused terrible consequences at places and situations ( that were not connected to him) , as he was convincing her that I was telling lies to the point of mental defect.  I cried so much in school, that my classmate ▓▓▓▓ asked her parents to help me(it was that bad), and  lots of teachers knew about my suffering at school.  This classmate convinced her dad to try to help me by starting a Weblos Scout troop that I was the only member of.  The slander from ▓▓▓▓ of me continued to my mother for years, (when I told zero lies), it was all just his cover for his sick attacks on me. The label he put on me

meant that I was a liar that only deserved punishment so I would stop it. So I was automatically guilty of lying to my parents, to the point of people thinking that my problems were for my not being truthful and therefore not anything concerning being attacked, which quickly was forgotten anyway, in light of these complicated newer lies that I was accused of masterminding,(and were over my head) and held my attention trying to figure out why anyone would think some terrible (invented) tradegy was my fault or even who were the victims : ( the only mastermind was the ██████████ dad ). So my not being able to put up a good enough argument to defend myself, I was being labeled as a bad kid ( when it was so important to me to be just the opposite).    The attacks on me continued for years and I cried and begged for help from my parents, my teachers and my scout leaders to help me concerning these repeated attacks for several years but nobody would help me or take the time to listen.  I recieved no consideration and no one ever took the time to try to find out all that happened to me, past my opening statement, after which I would lose control of the conversation,as they took control of what was to be discussed,  essentially disregarding what I was trying to tell them, taking the conversation where they thought it should go.    I can remember being so hurt and I couldn't understand what I had done to deserve the pain. This happened  in the 1960's when corporal punishment was in schools and most all boys I knew got whippings and/or beatings when/if they got in trouble from their parents, so it was common then and not considered out of the ordinary.  I feel humiliated having to say that I'm a victim of sexual assault and I was so scared and helpless.  We eventually moved to the country in East Texas but the problem in our house,  me being a bad kid, followed me.            I wanted to be an eagle scout since at our meetings at Mr.██████house, scouts were literally honored for their accomplishments, to the sincere cheers of all present.  I wanted to go to the big jamborees and learn how they built log lifeguard towers and log rafts(that they anchored in the lake for swimming and fishing) all with rope only, and was excited about it but it costs money (that I didn't have)to go and my parents (required) for eagle scout, weren't interested. I was in another scout troop in Kirbyville,Texas but didn't do much with them since I lived in the middle of nowhere in E.Texas and had problems at home ( considered to be a bad kid/ liar). Three years later we moved back to Houston, where  I saw an opportunity to get to be an eagle scout again with a potential sponsor as an Explorer police scout in troop 33, city of South Houston Police department when I was attending South Houston High school and went on one campout to Huntsville State park.    I kept my membership quiet as did the other students because being a cop wasn't popular, and I certainly wasn't a popular student anyway since I wasn't respected in our house at home.  A lot can be said about my own relatives/family being in the wrong that accents many problems concerning me, believing a false narrative that ████████████created (the ████████ dad) ,including calling me ████████ instead of ████ I  introduced myself as ██████ nd while ██████ had been used sometimes when I was little, ████████████used the name ██████mockingly with a sarcastic way of saying it that was repeatedly used against me, imitating the way he vocalized it, when I was in arguments at home about me telling the truth and being called a liar, which was repeated at school by my siblings and used to insult me in front of other people, who, when seeing how offended I was about it, used it as an extremely hurtful epithet that I still occasionally get hit with to this day.     My brother remained friends with ████████████ for many years after childhood so the contact with the██████amily continued and so did the ████████dad's slander about me being a liar. After I was a member of troop 239,(11yrs old),our Scoutmaster,Mr.██████ied and we all went to his funeral in uniform.  The████████ad took over the troop with the meetings being at the ████████house.                  The last scout meeting at the ██████house, the group decided

to go to an activity (bowling I think)  and I had been in the back yard jumping on the trampoline, not immediately noticing that the others with me were the neighbors kids and not actually "scouts" and was left behind when they  loaded up all the cars and left.   Mrs ████ noticed that I was missing and went back home looking for me, walking in on ████ (her husband) attacking me and burst into tears and sobbing trying to speak something about how he had been lieing to her and trying to reference previous things related to him about it. She  all the sudden stopped crying, and freed me, grabbed me by my upper arm escorting me to her station wagon and took me home. When I was about to get out of the car she told me to never, ever, come back to her house.  Asking if she was angry at me, she said no.  This was the last time I was there and it was announced that troop 239 was disbanded and was no more, soon after.   Mrs ████ was devastated by catching her husband assaulting me and it broke her heart to the point that the ████ ad used it against her, claiming she was having a nervous breakdown and was telling lies and imagining things that were not true by manipulating the situation to appear that she was making things up and telling lies.  He manipulated her doctors to say she was lacking Lithium and had her committed to an asylum. She never "imagined"  or lied about anything and I've wanted to help her but I have been helpless to even help myself,  and she deserves to be released as she wasn't the one telling lies. Her trouble is a broken heart discovering that her husband was a sicko and the wonderful family she loved was destroyed. My impression was that he had explained away previous situations where he had been discovered being a child predator but escaped responsibility just barely.  I have often thought about the suffering of Mrs ████ over the years and can't forget about the care and the concern she had for me,  something that was foreign to me then and even since. I have felt terrible about this happening to her because it's in reference to me,since she rescued me.She was a super-mom that everyone loved.  The ████ dad was doing the exact same thing to me, at the exact same time (via my mom),  that he was doing to the ████ mom, and promoted it for years after, even.  I verified that the ████ dad was slandering me after I was too old to be attacked, from my brother's friend, ████ the last time I saw him,which was in an airport,  discovering that his dad was claiming that he was trying to protect ████ younger brother, ████ from me, which proved that my mom lied to me about her continued in person conversations with the ████ dad, saying it was about my older brother and ████ that verifies his continued slander of me many years after my I realized who he was when Mrs ████ caught him. ████ ████ and I, later had a discussion about not being able to understand why nobody would help me or his mom and protected his dad instead, (since he knew about his dad attacking me).  ████ lder brother ████ was an outspoken gay man and a gay rights activist who died from Aids.  ████ ounger brother P████ ( who I just mentioned), was serving time in a Texas prison for violent crimes and had been castrated in prison. ████ my brother's friend) was working for Qualcomm communications in the Marshall Islands and married a local woman there and was living there. The ████ dad destroyed his own family and mine and did so intimidating and manipulating people, especially the Boyscouts , that knew what he was all along, but only restricted him from campouts.                                 Years later, my older brother had left home to join the navy, so the Explorer Scouts was something new in my life to give attention to as a teenager and high school student who saw one last chance to get my eagle scout when I was offered to join the group of police scouts in our school. It was discussed and agreed upon by the group before the offer was made to me and it was a huge compliment to me that I immediately accepted and started going to the meetings for Troop 33, City of South Houston Police Scouts, City of South

Houston Police department, City of South Houston, Texas. While none of the meetings were at our school, ( but at the police station) we were all students at South Houston High School. So I was an Explorer Police Scout and our focus was being future policemen, hopefully right where we were. We were all so proud of each other because nobody in school ever found out, which was a great feeling to be a part of. I found lots of sponsors to help me get my eagle scout with the only delay being costs and securing my own transportation for the various tasks required. So the first thing I thought of when my younger sister and myself were abandoned by my mom, was that I had better hurry up and finish my plan for eagle scout before I lose the opportunity.        With me and my sister continuing to go to school, we had no idea that we were being watched so closely by predators. The fact that we were not trying to get drugs or alcohol or skip classes says volumes about who we were, in and of itself. We actually didn't panic but we both knew that life as we knew it, was over and we were closer than we had ever been to each other before. The longer we were alone, the more serious about our circumstances we became, with different people urging us to do different things and with my attitude being the same as it always had been, as a teenager with a little sister that was 3 whole years younger than me and attending Junior high that was not close to my school, I stayed with the already established norms, insisting that neither of us did anything different, and just keep going to school. Trying to reassure my sister that everything would be fine, I made it clear not only in words but in actions that I was there for her and anything she needed. It made me feel good about myself, too.        Then one morning at one of the big drop off spots for students, I was approached by a local drug dealer, (an adult), who was a regular, and known former student, from the neighborhood. He named several girls I knew and liked, saying that they were listening to a new album and partying and invited me to come over to his apartment across the street and join them and I said yes and went with him, crossing the street. Once inside his apartment, and before I could say one word, he put a pistol in my face and angrily told me that he was going to rape my little sister and that I had better not get in his way or he'd kill me, by total suprise. A shocking event that I have continued to remember, like it was only yesterday. Nobody else was at his apartment and I told him that I would not get in his way. Someone apparently told him that I would stand in the way of any boys trying to get too close to my little sister ( maybe even her ?), & it got relayed around her school. My brother and I had always watched over her, our entire lives. Irregardless of anything else, I suddenly had an overwhelming sense of urgency and told my sister first and then told my Scoutmaster, Detective ████████ South Houston police department and was depending on him since my mom vanished. My dad was already often unseen since he worked a lot (on rotating shifts).        My focus was to stop this man from being able to rape my little sister and not just accuse him of something that I couldn't prove. I didn't see that I had any choice but knew that the man was part of a circle of bad people including bikers who were an actual gang. My Scoutmaster knew exactly who the man was that had threatened me and arranged for me to meet with officers who were working undercover for an organized crime taskforce administered by federal DEA agents ,( then just an agency under the department of justice), and I signed up at the Eperson Building on the SW freeway, ( there's a second Eperson building in Downtown Houston).        After my follow thru, many things were happening, all at the same time and being a kid with no car or money, I was always last to find out what was going on. My biggest mistake then , was not understanding my sister's attitude towards the situation and I thought of her having the same sense of urgency that I had, with her leaving me thinking that she didn't understand the danger she was in, (which I still think). My Scoutmaster, I understood to have been fired from his job as a cop, and he was hanging out at the

pool hall across the street from the school and was there, drunk, the last time I ever saw him. Other grown men there were trashing and threatening me(from the circle of bad people from South Houston)and I was fortunate enough to recognize the danger I was in, just in time, even though my Scoutmaster was standing right there. Having made my escape, I called the undercover officers who picked me up and took me to Witness protection in the federal building where they began processing me. Somewhere along the way, one of them realized that I was underage and verified it with me and the whole thing came to an instant stop with them throwing me out of their office. From that very moment , to right now this very day, my life became one of being stalked and chased and a recipient of hatred for being labeled a nark- a traitor with no respect from anyone, anywhere. I didn't take into consideration the damage the ███████ ad had  continued against me, even when I was a high school student, that my mom kept secret from me but shared with my brother and sister, (that both ███████████████████ ater confirmed). So my sister didn't see me the same way that I saw her and didn't let me know how she viewed me ( as an untrustworthy liar with a problem). In the end, everyone I knew, hated me, blaming me for the breakup of troop 33 since we were not- nor ever intended to be,  the local group of backstabbing snitches, who were in agreement to not be involved with drug interdiction, ( which was not what I was doing), but got labeled for doing, in total disrespect to my Scoutmaster and our group. Once my Scoutmaster was fired, he totally betrayed me riding the wave of everything being my fault, and treated me like he didn't want anything to do with me. If I had any thoughts about finishing high school after riding out the storm, it could never be at South Houston high school. I was on my own, no family, no friends at school or at South Houston police station and a group of really bad people who had heard that I was trying to put the cops on them, made no secret that they were intending revenge. Even worse, my little sister that I loved and thought I was being so loyal to, I totally failed in protecting,  became a tool for those who now controlled her and was one with all those who were determined to destroy me, and has been very difficult for me to accept. Just prior to having the pistol in my face, I have to admit that I was actually proud of myself and had expected praise from my parents when they finally returned. My sister was 14 years old and had been smothered with protection from the entire family all her life and I knew and understood that she really was just a little girl, immature and absolutely the baby of the family, that I already knew without being told, that I was responsible for, too, (my parents wouldn't have accepted any excuses for my failure).          Reaching the point where I could do nothing but run to avoid the bad people who made it clear that they were after me,  I thought to contact the national office for the Boyscouts of America. It took some effort but I got the main phone number and called them and asked them to help me but they strongly told me no and that it wasn't their problem and that they didn't do that.  Thinking about it now,  I  realize that they should of been proud of me and making a couple of phone calls to say that someone should help me because I was a scout that was doing the very thing related to being a scout,  should not of been too much to ask.  It was the ultimate betrayal because at the time I was so sure that they would.  Some years later,  I  entertained the possibility that maybe they BSA also didn't want to help before because of the same reason -- my  being underage, so in desperation, I tried asking for help a second time and was told very rudely that they couldn't care less about me or my troubles, scout related or not. So the Boyscouts of America (corporate), knew about me and not only refused to help but insulted me for even asking as to say I had done something wrong by even asking them for help. If they would of made the smallest of efforts they could of changed my life dramatically and I could of finished school and not have had a life of being on the streets going from place to place for the next 38 years trying to find a way to prove that I deserved

witness protection. I think I deserved their help, even if anyone else doesn't agree with me. To be clear, they ,(BSA corporate), kicked me when I was down so to speak, and did very much deliberately hurt me, when I not only asked, but begged for help that they could of secured for me,  simply for the asking. I would of never thought of BSA as having money or a company protecting their brand. I  don't think anyone wants to see the demise of scouting, but these people are just using the boys to make money and have no interest in them otherwise, or at least they didn't for me. I think scouting's more of an idea than a specific organization. I have no respect for them and fault them when I have always tried to accept responsibility for myself and not blame anyone else but today I am assigning blame for those who clearly stood by watching my ruin with no remorse at all. I back my attorney for holding them accountable and offer no sympathy to greedy thugs who traded my life being destroyed for their selfish reasons.  Their disregard for a scout that they should of been proud of but instead allowed to be ruined by bad people in favor of protecting their brand is  their idea of the mission of scouting. It is what it is. My impression of them based on insincere behavior towards the my attorney , shows everyone clearly that they have no respect for anyone as far as I am concerned.          My sister ended up marrying a young man from South Houston, giving birth one month after her 16th birthday. The crowd my sister was in with is the very place that I also was lured into, except my presence was from the gun in my face (the part that is overlooked).  My sister thinks I'm trying to prosecute people she wants to protect and  I am not. I only did one thing, one time and it was not to hurt anyone but trying to protect me and her. Our parents were gone and was the reason this was all happening and not because I am a bad kid who masterminds lies and is untrustworthy and disloyal. I am not trying to blame my parents either or make them look bad either, I'm just saying what happened because it concerns my life being destroyed and it is not to my advantage to alter anything even a little, I am pleading for my life here essentially and view this letter as my one chance, one time.          I knew what I was getting myself into trying to protect my sister but I dont get any credit for that.  I won't lie and say that I wasn't scared because I was. I didn't have a  customer relationship with the man who had the gun. I didn't know these people and wasn't anything like them but the DEA agents labeled me a "C.I."(confidential informant), which I was not, I was a policeman, a cop and not a snitch. We had to work out the details together in advance with me following instructions, as I had no idea what to do, say,etc., and had nothing to inform about, I was trying to stop the man with the gun and protect my sister, that's it.  Undercover or not, my Scoutmaster should of been watching my sister because he knew that I couldn't.  All those who deny my going undercover do so trying to avoid responsibility for my sister and do so with my sister's support and they also want to avoid being held responsible for exploiting me and then throwing me to the wolves when most people would not have been successful at surviving at all,  leaving nobody to tell how so many people in positions of authority and influence betrayed them (betrayed me). It is my understanding that my counterpart  was dead relating to this, already. Being that this is unresolved concerning myself,  I  hope you agree with me and consider me an officer of the court and grant me an order for the federal witness protection program. Consolidated efforts of many,  that are undeniable, show that I both need it and deserve it. That and making all those responsible, beginning with the BSA, compensate me for what should amount to crimes against me. But, again, I am not looking to prosecute anyone by just telling it like it is.          I have had no success up until now,  at finding an ally and think highly of my attorney for representing me since I have been unable to find one.          I've always known that when I got my day in court that it would necessary for me to be able to say that I have been constistently honest,  which I have been.  When a false

NCIC (global criminal database) is being used against you along with most government agencies pileing up corroborating information about a totally false narrative, those privy to the scam believe that they can just prove any profile to justify their deceit, claiming being separate from it when they aren't. So many malicious attacks on me beginning with being threatened with a gun when I was in school have steadily increased with less and less help from anyone, essentially isolating me. As always, I have done nothing to bring these troubles in my life and nobody has ever interviewed me about anything, not even one time in my whole life and anyone claiming different is not being truthful, period. I've written many letters trying to solicit support but got more enemies instead, which happens with a false NCIC, along with more lies added,as my enemies lobby them to go along with vigilante justification for crimes someone else committed. My point being, I am targeted for the real underlying reason of my label of "nark,a backstabbing traitor and enemy of society, including the cops, and not the invented reasons given because those incidents where I was able to show that I was being slandered, the real reason is revealed hatefully to me every time, Nark.        When Congress passed a housing bill for the homeless, a doctor was a speaker in an auditorium of over 300 homeless vets at a salvation army, required program, to get a housing voucher , the day before I arrived. This doctor's loud and angry speech was to warn everyone there of my many mental health, specific diagnoses, that were totally malicious and false. He warned all them present that if they had anything to do with me that they would not get a housing voucher from the program. In 300+homeless men, at least somebody's gonna tell you, of course,(many). The program director followed suit trying to incite something. Not long after, the VA wrongly detained me and prevented me from seeing a judge and I was not the only person that they did it to; (taunting and bragging about doing it to others,in the past, too) During my imprisonment I was forced to take a deadly combination of drugs and they broke federal law by giving me a second dose in one day where it's strictly prohibited, as to increase the toxicity. A program head at the VA had me arrested and taken to force my applying for disability to further document their fraudulent diagnosis. They got the VA police to go to the businesses between the VA and the freeway and "order " them to not allow me to be on their property or panhandle ( I was homeless and on foot). I wrote an email letter to Judge Goodwin here, that explains a lot about the county housing and the VA forging my signature and attaching a malicious email address to my phone for stalking (well documented)..
Most recently, after being threatened about my reminding them, concerning their scamming homeless vet's housing vouchers, my VA caseworker called and taunted me about a group of men attacking me by trying to kick my door down, with her on the phone" asking me, what are you going to do now?"(like revengeful pompous). I know her so little, that I later wondered if I could even identify her in a lineup.              My sister ended up working as a secretary for the CEO of Worley Parsons(one of the world's largest, engineering companies) and has utilized that for a platform to harm me. She boasts about attending dinner parties (corporate), with many important and influential people like Energy Secretary and former Texas Gov, Rick Perry, for example. So it's no surprise when the office of the Deputy State Attorney General proudly and pompously signaled complicity with the character assassination and slander of me, without realizing what he was doing and I am glad that I was recording the conversation. He acted like he was real proud of himself, backing the hatred towards me for a criminal background (registered sex offender and other terrible crimes of another person that everyone knew wasn't me/false NCIC),but pretend that they didn't realize it.       I don't get to choose which outrageous battles I have to address. After so much time and many incidents, it is not unreasonable for me to say that my challenges are outrageous by design, for believability purposes.        Being homeless, i

lived out of a car moving from place to place nationwide and learned to use truckstops for showers and locating labor for cash and etc.   I met a deputy in Houston (at a truckstop) who had heard of me before, (my brother was around Houston truck stops also),and this deputy knew that I was being truthful and said that he would try to help me prove I deserved witness protection, since I had been an Explorer police scout., if he could. I shared info that was passed in homeless circles with insight from seeing my brother there, to this deputy (who had bigger aspirations concerning local corruption) that I know that the deputy knew, because I am the one that told him.  Soon afterwards I was framed, (convicted without a lawyer as a matter of court record) and my deputy friend suddenly turns up dead. I have every reason to suspect foul play, especially with the phoney arrest of me.        Just so I at least told someone , and couldn't prove it, I spoke with NBC/channel2's Kahmbrel Marshal and discussed a national news story about a drive by shooting where I suspected that I was being set-up for the crime and still believe that I would of if a traffic cop had not stopped 2 young men who confessed to the shooting,(elsewhere). Most I reference though, was all in the same area with the same cops. Fear of that and the argument that I deserve this reputation for a false NCIC, which all are from the enemies I made when I was a police scoutp.o have not and will not stop and there is nobody who wants to do anything about it, as my ruin is permanent irregardless of if it is deserved or not.   I don't want to be on TV and can never be on Facebook for example.  I have no plans on commenting to any media and am not trying to get anyone in trouble.     The reason for my being in Houston is because much effort has been made to keep me from leaving.  Many attempts to get a job or a vehicle would bring attacks to evict me which is nonstop for 10 years now. I'm attaching my recent letter to judge Goodwin here, in case you are interested.     Recieving a hospital bill for a million dollars, since my enemies know my business and that I am part of the BSA litigation, forces me to tell you how I was stabbed in the stomach with a syringe of anesthesia and tied up in a travel trailer in the parking lot of Clear Lake Hostpital and then tied down in a hospital bed in isolation for 23 days until a young kid who worked there insisted that I be released. I was almost killed and everyone involved should go to prison for the rest of their lives, but nobody cares and won't listen to anything I have to say and have worked to cover it up instead.        Omitted Is lots of criminal acts from which I  get not only no help with but sense the cops are looking for any little thing to help in finishing me off.   Relatives who already had their prejudices towards me used ███████ lies to justify their abuse and them,the VA and housing (among many others) have revealed sadists entertainment in repeatedly trying to destroy me and when realized their error,  they doubled down instead of stopping , with the hope of my end, the before I could expose them.     My  planned last stand is for the Alaska wilderness but I have been constructively robbed of my 20 thousand dollar grub stake.  I've waited all my life for this day to ask you to help me.      Thank you, Your Honor.

Using g-mail,
made me unexpectadly
have to stop
writing. This is
all it would allow.

On Tue, Jan 26, 2021, 4:56 AM ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ wrote:
Your Honor,

     I ask you for protection from these people attacking me and trying to injure me maliciously and dishonestly and say they are busting in here on the 31st and throwing me out and seizing all my property.

     I want to show you the fraud behind what is happening making this illegal the way my problem has been handled since the beginning of both my contract with HC housing and also as a tenant of ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ (formerly patrolled by pct4 constables), that shows the criminal and insincere intent of what is threatened here. Please let me begin with the fact that I was lured here by relatives to Houston at a time when I felt weak and feared the worst , thinking I had a terrible illness that turned out to be my body had quit making testosterone. Originally, I thought it really didn't matter since I was going to face hospitalization and maybe even death anyway-- as I was 'that' weak ( I thought I was dying). I didn't understand nearly clearly enough to realize how bad of an enemy my extended family actually was and is, and need to emphasize that these enemies knew that I was unaware of same and they went to great lengths to keep me from discovering it too. So, I honestly didn't know that their hatred was so bad and the lengths they were willing to go. The things said, (at the time), wouldn't of even crossed my mind in a million years. It took a while for me to see how way out accusations were a product of my enemies own actual behavior and that were things I couldn't of even dreamed up, even if I had tried. U gotta believe me judge. I invite your stiffest contempt penalty If I mislead you even just a little and swear here as an affidavit under the penalty of perjury. The fictitious identity labeles me with lies that incite anger and blind loyalty to the character assassination that is manufactured and believed and is slander but still injuries me. When I first came back here, what my relatives did was to follow me around and repeatedly have my vehicle towed , over and over until I was unable to get enough money, enough times, until I finally lost it. Also my relatives would go to the impound and steal my possessions that were in it, as I was homeless and sleeping in my car, as they knew the exact things to say since they arranged the tows, and did so for injury to me as opposed to any type of gain for themselves. Things that I had maneuvered prior to coming here, to ship out as a merchant marine shuttling ammunition from Guam to the Persian gulf--steady back and forth, that would earn me 100K + after taxes for 6 months,was sabotaged by an aggravated assault with brass knuckles (by surprise), leaving me with a titanium face, after I had been told by my relatives in advance of the attack but thought surely that it was a joke since my brother was laughing about it when he said it to me in front of my mom. This was when I first got back to Houston and was only the beginning of a long string of attacks on me with open efforts to prevent me from leaving here, a city that I deliberately avoid since high school. I was an explorer police scout in high school in 1975 when my younger sister and I were abandoned by our parents. I was threatened by an adult drug dealer with a pistol in my face that he was going to rape my 14 yr.old sister and that I'd better not try to get in his way. Very few people knew about the small group of students in our troop, (police scout), so the adult with the gun had no idea that I was a cop. I went immediately to my

sister first, then my scoutmaster. Trying to protect my sister, I ended up with the DEA, a scared kid trying to do what was right(no parents). I later was thrown out of being processed by witness protection when they realized that I was underage. Besides the threats that I have had to weather from the biker manufacturers/dealers,my sister was still raped and is even a member of this same criminal circle to this day. My sister refused to participate in the claims process for the Boyscouts victims fund, electing to believe that it would lead to a criminal investigation and possible charges against those she wants to protect --vs-- recieving potentially millions from the already established victims fund. I ignited more attacks against myself by discussing it with my sister knowingly almost, but since the focus was her, I felt obligated to tell her. I've traveled extensively being homeless, going from job to job and essentially living in one vehicle or another for 38 yrs,occasionally trying to find a spot to try and get situated but ending up having to keep moving again.    So I was here when Congress passed the law giving chronically homeless veterans housing and was on foot, having been homeless but always surviving since I had a car , which was targeted by my relatives and changed my ability to control my circumstances. All these years (38), I avoided bad people, places and getting into trouble. I came here with no criminal past and even paid my child support in full and on time--homeless and had no history of depending on shelters or public assistance and instead worked and made my own way. I was maliciously locked up via hearsay from these same relatives who lie to everyone about anything as a regular trait for whatever suits them without regard for their integrity or fear of any reprisals or repercussions for false statements to the courts or the cops either. Telling lies that will destroy someone with little or no risk of penalty if caught and where their reward far,far outweighs the risk to successfully injure a hated enemy. This  same original slander and character assassination is still at the forefront of every attack happening to me currently which is not now,nor has ever been truthful but has many people treating me hatefully and angry beyond any normally understandable situation or circumstance, (drama queens).believing me to be of a character and behavior that is totally false and invented by  enemies who are mentally ill and push the false narrative that I commit the strange behavior that they themselves actually commit (as I referenced already). Explaining that correctly was as difficult as understanding it. All I do is stick to the facts and not be afraid of consistently maintaining honesty, even something potentially damaging or embarrassing which is still better than being dishonest, no matter what. This has wrongly labeled me mentally ill but there has not been a single instance of my doing or saying what is alleged about me and I have  been constistently prevented  from going in front of a judge which I was supposed to be guaranteed as a right. Surely I would be on camera doing or saying something, anything  even small, over 10 years to support something if it was truthful even in small measure but there's not nor ever will there be, either. This was accomplished under the banner of my giving permission for caseworkers to speak to relatives which I  consistently deny and challenge but am ignored.  Without permission (that they don't and have &never had)  it's illegal for them to do this and here it's criminal in it's intent additionally.      I still recieve unwanted calls from relatives who in the past have to pay me to speak with them and still leave messages either mocking me or

insulting me and reveals that they are very currently informed of my being attacked by hcha(housing) and the thugs in the leasing office here in the apts. This current situation is the continuation of domestic violence where any possible doubt was erased when I was threatened with a gun by my mother because my brother had called her informing her that something bad had happened to him and she thinks putting me down somehow automatically 'promotes him, and it actually had absolutely nothing to do with me whatsoever in any way.( please sir, see what I mean?)    This is just one of many weird and scary examples and from events of troubles past has enlightened my understanding of the reference to an "episode ", that's taking place when these attacks come out of nowhere when I am in reality Joe nobody over here minding my own business, bothering no one. And always have been every place I have rented on housing.          Now I have lived here going on my 5th year, the longest I've ever lived in one place, ever. I  was prevented from getting housing for 3 years maliciously,  while I was homeless and on foot ,so I stuck it out until I finally got my voucher ,knowing that I could transfer it to Alaska after 12 months. The 1st day housing tried unsuccessfully but succeeded the 2nd  day in forcing me to go to Spanish Village apts where they were scamming homeless vets out of their housing and tried to force me into the scam also. When I refused (since I knew that what was happening wasn't right), they accused me of being there drunk not knowing that I don't drink and that I had taken a drug and alcohol screen at 6am the following morning, 3 hrs before they falsely accused me the following morning at 9am. This was the 3rd day of my 1st voucher. When I finally moved in my first apartment (new years day 2013) hcha  forced me to panhandle 75 $ a month when I didn't have to pay anything as I had zero income and after blocking me from getting help with my move in deposits ,when every social service agency in the county was loaded with funding explicitly for this purpose. I had to beg the money from an individual since I had desperately suffered for a voucher (3+yrs), knowing that after 12 months I could move to Alaska where you have to have support getting established and this would be worth the wait.  I announced my Alaska plan in the 1st day orientation at hcha, not realizing I was telling the enemy my plans that they would work at preventing me from accomplishing and repeating my words including VA  and my relatives because anything I said,  everyone seemed to already know. This is over 10years and is admitted to, your honor. So hcha hasn't been paying my rent at the last 3 professionally managed properties causing me to be forced to move out homeless and from a created problem with little notice , all malicious and by fraud. One time using forgeries and another instance where they fraudulently created an  email address and attached it to my phone changing the password before handing me back my phone( for the purpose of hacking and stalking as I was homeless & not computer literate) & have offered proff in their own handwriting of hcha (undeniable) and the only motivation I have ever seen is related back to original slander from my relatives who I've already been told that they hammer everybody to hate, continually. They are all to aware that a single punch can kill me,so they exert effort to make people angry, especially someone who I don't know. I could get a judgment against me for these unpaid rents and go to jail for money swimming in red tape owed by the county. I suspect the rent may have finally been paid since the apts accepted my portion of the rent

while hcha was claiming that the property wouldn't accept it and put it off on me so, did they steal the money and that's maybe why they are still fighting? There are 2 other properties that my credit report says they want their money also, debts I could go to jail for unfairly.        The manager changed my account number so I have a220 $ money order for February saying that my lease is expired  -24 hours before the eviction protection goes into effect and going back on the first threat of 30 days which was Jan 6th I think. I emailed the hcha commissioners court that I was being retaliated against for asking the board for help and relayed his 30 day threats  coming to my door with fighting words attitude that would provoke many men to fight. Bowing up at me that he's throwing me out forcefully, guaranteed.        Your Honor, I think the Texas legislature lease was to protect property owners but not to abuse or mistreat tenants where the owner is guaranteed the rent and the tenant is a good tenant. A crowd of inspectors here after Harvey commented that I had the cleanest apt in the complex,so  I've repeatedly demonstrated that there is no threat of property damage. I'm a repeat regular customer at Greens locksmith on kuykendyle (several years & they are aware of my non-stop burgulary problem)  as mgmt always encouraged us to get good locks from the beginning if we wanted to. Now they say they will drill out my 200+$ deadbolt  if I am not home now. Vicious mouthy trashy talk to me even though I told this person what I want you to know also Judge ,that when the apts here agreed to accept my voucher and me as a resident, between the apts and housing they wouldn't inspect for months, leaving me and my cat homeless.  I was already nearing the end of my voucnher before 3 or 4 months more (when they arsupposed to do it right away ) being homeless,  because NOBODY else would rent to me with a ruined rental history and owed rent --which was all fraud by hcha,even years ago. But I was served a notarized lockout after only 2 days here for nonpayment by hcha showing malice when I first got here and have continued all the time I've been here.

So throwing me out is NOT making me move but to harm me by making me homeless you see because I am desperate to move and have been since I got the covid money. I panhandled at West Rd & 45 for years when I couldn't get day labor.  I  worked day labor at the rodeo (last year too ),and got the emergency unemployment and stimulus and was going to Alaska finally  -----but hcha stopped me and attacked me saying I had to have my apt iinspected when it was fraudulent and malicious and filed for abatement of my housing altogether but got caught lying (on the record) and I have spent thousands in replacing carpet,plumbing and even outside door damaged in Harvey and vet bills from repeatedly trying to kill my cat inside my apt and now I have to take him with me everywhere I go because I love him like my child and he has reasonable accommodation to be here also as a fed protected emotional support animal for near-elder tenants ( I'm 63 yrs old).  These attempts on my cat constitute domestic violence also in my opinion and these are attacks on me too. Everyone knows I am desperately trying to get out of here and they've been working together and lied repeatedly ( and got caught) trying and succeeding with defrauding me my money just not for gain but again for injury. All the while forcing inspection claiming the apts wouldn't accept the rent. So they rob me till I am broke then throw me in the street then take away the voucher I fought all these years for,  maliciously

and with pre thought out assaults with criminal intent. Undeniably. I appeal to you to find in my favor that I am protected from eviction as provided for in the Violence against Women act. I ask you to NOT consider ANY argument since they have been repeatedly shown to be dishonest and will just lie again. I'm trying to MOVE OUT, not stay here as my enemies are trying to mislead all concerned that I am a bad tenant that they are trying to get rid of which is false, totally and completely. I have been seeking help from the commissioners court currently and people are trying to help, but these hcha thugs need to answer for these felonies or they will continue committing them and it would force them to correct this really fast so that it goes away. Then I can go away also. Please don't reward their criminal behavior.        I ask you also rule that they stop harassing me and leave me, my cat and my expensive deadbolt alone until I can move out. I am also waiting my turn with fair housing,also. I don't have a car , having lost 6 cars in this parking lot by both theft and destroying them. They got it all worked out for me to be homeless and destitute this, since originally having them towed has been a team effort (admittedly). When I got unemployment, it made alot of people angry, openly. I am eligible to move and should of had been accommodated and deserve to be able to get out of here away from these relatives sinister behavior . My life will be destroyed without your help here. I have legal counsel that is busy and I have to wait my turn. The dept of justice appointed 4 attorneys to assist my lawyers. I see my DEA trouble finally getting my vindication and lots of people (relatives) want nothing more than me to get screwed since that's what their focus in life is.        Thank you, Your Honor.

