DEAR :                          **FILED**        MAY 9, 2021.

JUSTICE LAURI SEIBE~~2021 MAY 17 AM 10:00~~

CLERK
U.S. BANKRUPTCY COURT

MY NAME IS : ████████████████

I AM WRITING YOU THIS LETTER IN CONCERN'S,
FOR THE BOY SCOTT ABUSE LAW-SUIT.

WHEN I WAS #12 YEARS OLD, I WAS A BOY SCOTT
IN 1981, I WAS SO GLAD THAT MY FATHER LET
ME BE A BOY SCOTT, AND THAT HE AGREED TO
PAY FOR MY BOY SCOTT UNIFORM, MY FATHER
ALSO USE TO DROP ME OFF EVERY SATURDAY AT
THE CHURCH ON 67 S. LAFIN ST, IN CHICAGO,
WHERE WE HAD OUR BOY-SCOTT MEETING'S.

OUR SCOTT LEADER ████████████████ SEEM
TO BE A GOOD PERSON & MAN, UNTIL ONE DAY
WHEN HE WAS SUPPOSE TO DROP A FEW OF US
OFF AT HOME AFTER OUR BOY SCOTT MEETINGS.

ON SEVERAL OCCASSION AFTER HE DROP OFF
THE OTHER BOY SCOTT MEMBER'S AT THEIR HOUSE'S,
HE TOOK ME BACK TO THE CHURCH, AND TO
HIS OFFICE AND SEXUALLY ABUSED ME, BY PUT-
TING ████████████████████████████████
████████████████████████████████████
████████ HE WOULD TAKE ME TO McDONALD'S AND
BUY ME A HAPPY MEAL & CHERRY PIE & MILK SHAKE.
                    PAGE #1

OUR Boy SCOTT LEADER MR. ███████ would
Also PROMISE to TAKE us CAMPING WHEN tHE
SummER CAME.
   BECAUSE oF wHAt my Boy-scott leader did
to me wHEN HE SEXuALLy ABuJed me. I
BegAN to FEEL BAd ABout my SEIF, I Also
BegAN to Act out SExuAlly At Home wHEN
EVER my PARENt's wAs Not ARouNd, wHEN
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████ I·Also STARTed to FEEL EmBAR
ESSed ANd ASHAmed oF my SEIF. So I started
Acting up iN scHool, fighting Almost
EVERy day, uNtil tHEy kick me out oF
GRAMMER SCHool.
   I got A FEMALE FRiENd oF mine PREgANt
WHEN WE BotH wAs iN #7 gRAde, ANd tHEN
SHE HAd ouR SoN iN 8tHgRAde oN █████████
wHg BotH gRAduTed FRom 8tHgRAde JuNE 26, 1985,
FRom ███████████████ gRAmmER scHool iN CHicAgo,
   BECAuse I use to get iN trouBle iN scHool So
muCH my motHER ANd FAtHER Took me to see
A PSYCHiATRict (#3) TimE's A week to see wHy
I wAs gettiNg iN So muCH TRouBle,
                    PAge #2

I HAVE BEEN TAKING "PSYCHOTROPIC medication"
SINCE I WAS A TEENAGER; BECOMING A Boy scott
WAS the WORSE decession I ever made, Because
my life WAS FINE, AND good. BEFORE I BECAM
e A Boy scott, And got sexually ABused,
    I still HAVE NIGHt mare's of WHAt my
Boy scott LEADER MR. ████████ did to me,
    I started use AlcoHoc And Drugs at
the age #14 And #15; gohng'on and out of
the Addie Home; And Now I'm going IN
AND out of Prison I Beleave Because of
the sexual ABuse At A young age By my
scott Leader, (I don't volue my life (OR) OTHERS)
    I SUFFER FROM BI-PolaR Dis order;
P.T.S.D, And A.S.A.D, And Depression,
I take PSYCHOTRopic med's (#2) Twice a day,

Judge PLEASE don'T Let the Boy-scott get Away
witH sexually Assult me, And messing up my
Life, (OR) sHall I SAY OUR Life'S;
    I sending you A (VERIFICATION OF INCARSERAtion)
to sHow you the Affect, thAt the sexaul ABuse HAs
Had on my Life, and my Family $ bove one's Life
As well, do to my ACTion's, BEHAVOR $ Attitude,

PAGE #3





IDOC INMATE MAIL

Justice Lauri Seiber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

U.S.M.S.
X-RAY