May 9th, 2021

BSA case reference no. SA-███

To Whom It May Concern,

please give this letter to Her Honor and PLEASE redact my personal info before making it public.

Thank you Knindly 

FILED 2021 MAY 17 AM 10:03 CLERK, U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

BSA CASE REFERENCE NUMBER SA-███

MAY 9th, 2021

Dear Honorable Justice Lauri Selber Silverstein,

   I am writing this letter to the Court due to the concern I am feeling within my heart over BSA and the insurance companies making this case about them and NOT about us, the VICTIMS that brought this case to light.

   I am a plaintiff in this case as well as thousands other victims just like me. I feel as though I am being raped and victimized all over again due to the BSA thinking this is about them.

   I want to give you a brief narration of my story so you can understand what I am feeling:

   I was a very young child and I was taken into a BSA members bedroom and ███████████████████████

   I was born in a well-to-do family that showered me with love and attention, but after that rape, a rape that was a mere 5-10 minutes, changed my life forever. It put me on a destructive path, I went from sullen and brooding, to angry and acting out, to criminal and prisoner. From that rape forward, my family has never understood what happened to me and I hope they never do. I hope they never learn that I was raped and held it inside of me all of these years. I hope they die of old old age thinking I was just a crazy kid that got caught up in the California life and it was my friends. I hope they never learn the pain I have endured since the very second of that brutal rape.

   I wish I could say I was born without love and attention. Born into poverty and thats what set me on my path, but I cannot. It was the BSA and their deliberate indifference to all of the thousnads of rapes they let happen. Now the BSA is making it about them and their money. This has nothing to do with them. It is about us, the VICTIMS.

   Even today, all of these decades later, I STILL remember every single second of that ███████████████████████. The scared feeling, the anxiety, the mental problems, the years and years of mental problems and multiple diagnoses and handfuls of medication to numb my brain, the pain in my brain from

that 5-10 mins. I trusted that BSA member implicitly. I would have let him walk through a mine field while he held my hand, but instead I trusted him with my hand to be lead down the hallway and into a scene I never thought could exist.

During this mediation between the insurance companies and BSA I am being raped all over again. I am being victimized all over again. And it is having serious effects in my mind.

My Attorney, Andrew Van Arsdale, represents me in this case, but I thought I should add my words so Your Honor could know what I am feeling first-hand. The BSA is trying to finagle their way out of being held reponsible for the crimes against children they committed and allowed to happen. They are complicit even if they weren't the ones committing the rapes and now they are trying to act like they are the victims. I am asking Your Honor to hold them responsible by making them pay the true victims in this case and NOT via an insulting paltry pittance of their worth. What they are about to offer as a settelment is an affront to what I have suffered for decades. No amount could ever come close to reimbursing me for the horror I call life, but what they are about to offer is disgusting and victimization of victims. Please reject their "offer."

Thank You Your Honor for Your time.

                                        Sincerely Yours

Please redact my personal information? Thank you.