FILED

2021 MAY 17  AM 10: 13

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

ANDREW VAN ARSdale ESQ
MR ANDREW VAN ARSdale ESQ



MAY. 8. 2021.

HON JUSTICE L.S. SILVERSTEN
B.S.A. BANKRUPTCY CASE.
824. MARKET STREET 6th Floor.
Wilmington. DE. 19801.

SIR. SOON MAMA - Jet ides.
Mann Please do celut you can
too redview my CASE of BSA.
No celut you can. too
compensate me how I am
80 years - old - it. Happened.
at age 12.

Besturshar

