CLAIM #SA-█████

JUSTICE LAURI SILBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON DE 19801



**FILED**

2021 MAY 17 AM 10: 15

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUSTICE SILVERSTEIN,

Oh how difficult it is to have to keep revisiting this subject. I am now 60 years old so have had to live with the effects of this horrible time in my life for nearly my entire life. The shame, guilt, horrifying moments when my wonderful single mother of 4 who was trying to give her children a good life and interesting things to do would take me yet to another scout meeting, send me to another scout outing, not knowing the truth about what she was sending me to. My mother never knew. I couldn't tell her. Scouts were mom's way of sending me to a safe outlet so she had time for my siblings and possibly herself.

When the abuse began I was confused about what was happening. Mr. ███ was trusted by my mother. Mom would never send me to anything bad. So it had to be something I was doing to cause this so it was up to me to figure it out and make it stop. A young boys thought wanting to help his mom and make her proud. It was all so confusing. Being forced to think back on these times I realized how angry it made me this was happening to me. When the abuse started I began acting up and acting out. I became a problem child in school where I was used to being praised for my grades and involvement. I often was sent to the principal's office. I became involved with the "wrong" kids at school and in my neighborhood which eventually led to many more problems with drugs and alcohol. This abuse made me question my own masculinity and my identity. It eroded my confidence and caused immeasurable mental consequences. It affected my marriage, social life and made me question who I am. Until much later in adulthood I did not know why I despised homosexuals so much or was so angry when the subject came up. Nearly unexplainable is the degree to which this abuse affected my thought and decision making process. My view of the world and the people in it was skewed in a manner I did not understand until much later in my adult life. While single I made decisions on where to live, friends, social past times, etc. based on protecting myself from even the remote possibility I could encounter such an individual as Mr. Rudy. When I married and had children I fiercely protected my sons and made decisions on where they could go, who they could see, who their friends might be, the parents they could be around all based on the abuse from my scouting days. Late in life I discovered the abuse played a role in the type of women I chose to have sexual relationships with and ultimately who I first married. Ultimately I believe the effect of the abuse ruined my first marriage. Now as a Grandfather I am forced to deal with the thoughts of my past abuse while trying to learn from decisions I might could have made differently with my own children growing up however still protecting my grandchildren and allowing that they can be involved in things I would never have allowed my children to be involved in. My 38YO son died as a result of COVID in February of 2021. ███ blessed us with 6 grandchildren. We have always been very involved grandparents with grandchildren over for weekends very often, however, now, we have grandkids every weekend to help give their mom some time to catch up. Their

mom trusts my wife and I with decisions for our grandchildren. This forces me to think back on things I could have done differently, decisions I could have made differently so my abuse does not necessarily affect what my grandchildren can do or what they are involved in. This is very difficult to understand and even more so to explain. Having had that level of trust broken at such a young age and suffering sexual abuse at such a young age changes your view of the world. You forever have to be vigilant and learn and be aware of that you suffered a horrible time yet, while keeping your own children and grandchildren safe it is still possible for them to enjoy things you feel can't be trusted because of your abuse. I became a single father when my boys were just 5 and 6 years old. Did I make all the right decisions and allow them to be part of a full life without interference from thoughts of my past abuse? For several years I didn't have a spouse to help temper those thoughts so I did the best I could. Now, as a grandfather to children from 4 years old to 20 years old and with my son gone at age 38 and with my wife and I helping their mother with their decisions, am I making the right decisions without interference from those thoughts? This is always on my mind. Does that make sense? Until this case, I never spoke a word about this abuse. I locked this away and for years did not know how deeply I was affected by the abuse.

As a note, I contacted the people who are helping with this AIS case to ask if it was ok to write here about things I simply could not, was not ready, to talk or write about when I was asked to fill out the claim. I was told to write what I wanted to write here and am being sent an email to amend my claim. I thought there was a one-time opportunity to claim but I still could not think about and write all that happened during that time when I filled out the claim form.

What I will say is this was a crime that took complete advantage of a single mother raising 4 children and mentally damaged a young boy. Then there was the physical aspect of the abuse. This Scout Master took the time to draw in my mom and gain her trust and create as many opportunities to take just a few scouts on different outings as possible. I was one of those scouts. At first things seemed fine because his son was on these trips. After a short time I knew I shouldn't be alone at any time in any location on any trip and should not go to the bathroom if no one was in there. Being a boy we did not ask to be accompanied to the restroom and I often found other places to go or would try not to go until I got home. It was sometimes impossible to avoid being left alone with this scout master when he would tell the other boys to go do other things and I would be left there alone. I was not always successful at leaving with everyone else even though it was made clear I was to stay and "help" with something. The abuse against me was very obviously focused on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was very vigilant about any possible opportunity. I am talking about his focus here because I was unable to prior so mostly wrote about the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮

It is disgusting to have to write about these things happening to a young boy and hurtful to know if I do not write about this and work to stop it, it will happen to even more young boys. Please do all you can to stop this abuse. Please do not allow generations of boys to become older adults like me and still wondering what happened and suffer from the mental pain and anguish I continue to suffer.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮