Att Justice Lauri Selber Silverstein
May 1969
Moms got me in to Scooting i had Just made 10 at 8 i Zip the right side of my penus in my Zipper at got stck in my Zipper so moms had to Zip up so it disage to come alose fom that bay i would pull my pants Down to pee A the scoot Lead came in ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Some came in the Bathroom he back off So i ran out i never went Back neve told moms are no one. i need Help

FILED
2021 MAY 17 AM 10: 10
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

SHREVEPORT LA 710
10 MAY 2021 PM 1 L

19801-302499

Justice Lauri Selber Silverstein

BSA Bankruptcy Case
824 Market Street North
Wilmington, DE 19801