JUSTICE LAURI S. SILVERSTEIN,

J CONSIDER THE LATEST OFFER
BY THE B.S.A. TO BE AN INSULT.
PLEASE FIND JT JN YOUR HEART
TO DO THE RJGHT THJNG.

SINCERELY YOURS,

P.S. JF YOU HAVE THE TJME PLEASE
READ THE ENCLOSED PAPERWORK.
P.P.S. ALSO, JF YOU NEED TO SEE MY
MEDJCAL RECORDS J'LL BE
HAPPY TO SJGN A RELEASE.

DISTRICT OF DELAWARE
U.S. BANKRUPTCY COURT
CLERK

2021 MAY 17 AM 10: 18

FILED

# COMMANDER'S CITATION

**Presented to:**

On December 21, 1996, the Tactical Response Unit was notified of a murder which had just occurred. A description was given of the suspect's vehicle as well as his home address. The suspect was located and stopped but struggled with the officer and fled on foot. Anticipating the subject's destination, you returned to the suspect's residence and at this time observed an unknown male subject walking toward you. As you notified the area units of the situation, once again the suspect began to flee. You positioned the responding units to secure the perimeter and after several hours, the suspect was spotted running through the woods. You then began a foot pursuit resulting in your apprehension of the murder suspect.

It is due to the exemplary skill, dedication and quick thinking which you displayed that enabled the suspect to be arrested and a murder case solved. It is with great pride that your supervisors and I award to you this "Commander's Citation". Please accept this as a token of our appreciation for the outstanding performance you have exhibited.

Lt. Joseph D. Kennedy
Commander, Special Operations

My dad just told me a story of when he was a cop in Mobile, Alabama. He had a $5,000 bounty on his head in the projects. Why? Because he would arrest pimps doing sex trafficking even though he had no proof. He would write something different in the reports to make sure they would go to jail. He had no right to search them, but he had to find something so that he could arrest them and make sure those girls were safe, even if it made him hated in the ghetto.

However he did have some friends in the projects. Like the ones who smoked weed and drank. He left them alone because they weren't hurting anyone and there were obviously much bigger issues going on. They respected him for that. They were the ones who told him about the bounty so that he was transferred to the west side of the city.

I've always respected him but stories like this make me even respect him more. He would risk his own life to save young helpless girls. It really pisses me off when people refer to all cops as Pigs. I get it. Allot of cops have only busted parties and given out speeding tickets. But Pigs? That is an awful stereotype.

There are cops out there doing much more than ruining your day with a speeding ticket. Some have done things you could never imagine. Like the time my dad saved a little boy from being killed in a homemade electric chair by his dad. Or the time he beat the shit out of child rapist. Or the multiple times he had been shot at.

The next time you calla cop a Pig, I hope this comes to mind.

I am writing you on the subject of the pedophile scandals that are being confronted by the Catholic Church and Boy Scouts of America. It is in the pursuit of accountability, recovery and prevention of the victims that this is being written. The story I want to share goes to the pervasiveness of the problem within powerful institutions that allow pedophiles to sexually abuse children by concealing and hiding their crimes. I am a victim of a pedophile and the institutions that allow it. I am a victim of a pedophile, the Catholic Church, the BSA, and the US military. Powerful institutions in which pedophiles are allowed to thrive. I am a testament to the longterm mental, physical and emotional consequences. Please allow me to give some background.

I was born a military dependent in New York in 1953 to a staunch Catholic family. This was at a time when society, through religious indoctrination, treated anything on the subject of sex as taboo and as a subject not to be discussed. My father was a B-17 bombardier who was shot down, captured, and spent the remainder of World War II in a German prisoner of war camp. He retired from the Air Force in the early 1970s with the rank of Lt. Col. and is now buried in Arlington National Cemetery.

In 1964, at the age of eleven, my family was stationed at a military base in Peshawar, Pakistan. This was during the height of the cold war, one year after Kennedy's assassination. The base was actually a spy station and it was the base that Gary Francis Powers flew the U2 out of. Along with the Air Force, a small contingency of the Army was stationed there. There was a Boy Scout troop on the base whose troop leader was ▮▮▮▮▮▮▮▮▮▮▮▮ of the United States Army. It turns out that the Major had a sexual appetite for little boys. Even though I am unable to recall all the suppressed memories of it, I recall the troop leader entering my tent with the Boy Scout Manual after the troop had retired to their individual tents for the evening. The Major ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was clueless that the behavior was inappropriate and thus never mentioned it. I recall being taken by my father to an office where I was seated without my fathers presence to be interviewed by the OSI (Office of Special Investigation). I remember that shortly after the interview my family were reassigned to Rhein Main Air Force base. I received no counseling and my parents did not discuss the incident with me. It was swept under the rug and never mentioned again while I was left to eternalize all the many negative emotions and psychological trauma that occurs with the sexual exploitation of children.

Fast forward to adulthood puts me in college studying law and becoming a policeman. A course of action I would describe as a path to power in order to defend, protect and get justice for the wounded boy inside of me and other victims of the monsters that prey on the defenseless. I am 66 years old now and the longterm effects of suppressed child sexual trauma are revealing. I am being treated for severe epileptic seizures, PTSD, depression, sleep deprivation, nightmares and severe disabling mental illness. In spite of these tremendous challenges I continue to seek accountability, justice and the answers to the questions that have haunted me my entire life.

What happened if anything to ▮▮▮▮▮▮▮▮▮▮▮▮▮ Was he allowed to continue his abuse? What happened to his other victims? What happened to the OSI investigation? Was it covered up? Who would a coverup involve in the chain of command? Would it be the cross branches of service and the Joint Chiefs of Command? How does one get justice, accountability and help when up against such daunting power? Every inquiry I have made is met with a wall, be it statute of limitations, the military's involvement, etc...

As news reports of victims of the Catholic Church and BSA come forward seeking accountability, my abuse implicates the military at a time and place that in itself seems impenetrable and thus hopeless. The new development in the BSA case regarding the extension of the statute of limitations for cases being brought forward within NY State allows

progress in bringing justice, accountability and prevention to this hidden danger to our children. I was born in NY and contacted the law firm handling the lawsuit against BSA. I have agreed to be represented by them and for the first time in my life there is a small glimmer of hope for me to maybe get some answers. But, due to the military's involvement, it is difficult hanging on to hope in what seems hopeless in light of the circumstances. Still, I hang on, tell my story when allowed.

I am proud of my dad's service to this country but harbor tremendous pain and anger at the way that service was dishonored by harboring and protecting pedophiles while keeping the victims silent.

The negative physiological impact on children who were taught to not question authority figures has resulted in leaving them vulnerable and powerless to abuse of that authority by predatory child molesters. The ideology of domination and subordination that is central to patriarchy has permeated our culture and its institutions with the belief that a smaller fraction of the human population is superior to the other. No society would let what happens to women and children in this culture if at some level it did not have contempt for them. We allow women and children to be raped at a rate that can lead to no other conclusion except that we place a lesser value on their lives.

Sincerely,



JUSTICE LAUREN S. SILBERSTEIN
B.S.A. BANKRUPTCY CASE
824 MARKET ST. 6# FLOOR
WILMINGTON DE,
19801

U.S. MEN'S
X-RAY