

FILED
2021 MAY 17 AM 10: 20
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 6, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St., 6th Floor
Wilmington, DE  19801

Claim No. SA – ▇▇▇▇

Your Honor:

First, I want you to know that it takes everything I have to write this letter today. This is extremely hard. It took me to the last possible moment to even file a claim against BSA, and every fiber of my being to keep all of the emotion and hurt I had inside of me to keep from spilling out.

I pushed this way down deep and kept to myself all of these years, but seeing all of the boys who have suffered (and some much more deeply than I), it is time to take a stand against an organization who led boys and the American public to believe they were all about helping young boys to become better men and providing them something many parents could not.

BSA did not even leave me any good memories only years of anxiety, depression, to the point I suffered from hives and was held back one (1) year of school.

I never told my parents, especially my dad. I always felt that if I had said anything about what happened to me, he would have (with no hesitation) probably found the man and rid the earth of his soul. My father has been gone for many years, but I think of him often these days and how he would have reacted.

I was a young boy, not ready for anyone to show me the ways of manhood and certainly **not** by another male, especially an older man, a man as old as my dad. I didn't know what to do. I was so confused and sickened by my own reactions and what this man did to me. It has stayed with me my whole life. I never….never allowed it out. I did not speak of it to anyone.

The doctor that treated my hives and depression has been dead many years and that entire practice of doctors in our very small town are all gone also. Medical records destroyed after so many years is what I was told.

Page | 1

The scout leader that molested me, I do not remember or know if I ever heard his name spoken, as this was at a jamboree wherein many other scout troops were present with new people I had never seen or knew. And I am now almost 70-years old, so I would think he would be deceased also.

I just don't want to be totally forgotten. I have paid the dues for this man and his molestation. I refuse to continue to pay, to feel bad inside myself for what he should have been punished for, not me.

Please take a look at BSA and its attempts to continue in this world without this whole sordid issue touching them at all. Deals with their own insurance companies, the blind eyes, the desire to eliminate as many claims as possible. Everyone, and each and every claim should be taken seriously and with merit.

Please, your Honor, look at BSA and the reality of what it has done to protect those that molested children and hurt them, not only physically but deep, deep emotional scars.

Let these children, now most of whom are adults, know they did nothing wrong, the wrong was done to them and they deserve to know this is true.

Thank you for your time and attention.

Page | 2