BOY SCOUTS OF AMERICA



FILED

2021 MAY 17  AM 9: 11

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

From:



Claim Num

To:     Justice Lauri Selber Silverstein
        BSA Bankruptcy Case
        824 Market Street
        6th Floor
        Wilmington, DE  19801

Dear Justice Silverstein

Your Honor, to promulgate to you how serious this situation is with
many human beings, I find that It's Time to change this discussion. It's
time to let the world know what happened at these Boy Scouts Of
America (BSA) meetings, at these BSA camps, on these BSA outings,
and with these Scout leaders. It's time to let the world know what I think
about the BSA today, and why their interests should pale in comparison
to mine. It's time to tell the world that the organizational sexual abuse of
minor children is over, that we as human beings will not tolerate this
behavior any longer, that the sins of BSA's past must be answered for
here and now.

Back in the late 1950's and early 1960's, I was a member of the St.
Mary's Church Dioecies in Derby, Kansas. I came from the Cub Scouts
and joined the Boy Scouts with the same Church. In the Summer's of

and Outings with my Scout Troop. In the Summer months we would always go to Camp Tawakoni in Kansas. These were supposed to be Great times of bonding and learning Scout and Survival things. We would sleep two to a tent and we had assigned duties to perform that would teach us Scouting and Survival things and to become responsible people. The Scout Master would show us many things and at the end of the second day, for some reason he chose me to come to his cabin and help chop firewood and stack it next to his cabin. After the second night he came to me again and asked me to help him with the firewood. This time instead of going back to my tent, he suggested that I stay at his cabin. Thinking that was pretty great, I fetched my sleeping bag and went back to his cabin. After we all ate together, I would go and be with my other Scout and School friends until it was dark. Then I told my tent mate that I was going to sleep at the Scout Masters Cabin, and ▮▮▮▮▮ ▮▮▮ said that he didn't think that it was a good idea that I did that. I asked him why, and he said that he would tell me the next day. I went over to the Scout Masters Cabin and he showed me where to sleep. He would talk with me about my family and especially the relationship I had with my Father. After talking for a while we would get prepared to go to sleep. He asked me if I wanted to take a shower and I said no because the other Scouts were not able to take showers so I should do the same. I do remember that he laughed and said that he wouldn't tell anyone if I did take a shower. I still declined to take a shower. I don't remember what time it was but I remember feeling funny and I thought that I was dreaming, but I all of a sudden woke up and the Scout Master was ▮▮▮▮▮▮▮▮▮▮▮▮ still thought that I was dreaming, until I could feel what was going on down there! I yelled and kicked him in the face and then he got up and went into his room very fast. I still thought that I was dreaming until I got up because I had to relieve myself and then I found ▮▮▮▮▮▮▮▮▮ I was in shock and almost couldn't relieve myself. I hardly slept that rest of the night. And when morning came I grabbed my clothes and went to my tent.

████████ looked at me and he knew right away that something happened. Charlie asked me if the Scout Master had done anything to me, and I said No… Then ████████████████████████████ ████████████████ and he said for me to do the same thing. Needless to say, I was looking at the Scout Master somewhat differently.

When I confronted The Scout Master about what he was doing to me… He said that IF I didn't do what he wanted, he would Kill my family and then Kill me. Because He was a person of authority and with that kind of intimidation, I reluctantly adhered to his demands. When he asked me to reciprocate having ████████ with him, I told him that he would have to go ahead and Kill Me because I Would NOT do that! Then he never asked me again.

He made sure that my parents would send me to the Summer Camps because he wanted me to help him do many things that pertains with Boy Scout Operations at Camp Tawakoni in Kansas. So my parents thought that I must be very good at Scouting, so they conceded to his requests for me to be at the Camps every Summer.  This Terrible Abuse transpired for three Summers including three private training sessions prior to the Summer Camps. As much as I try, I cannot remember the Scout Masters Name! I was told by a Professional Counselor that I have BLOCKED His Name. In 1962 I tried to fake a sickness so I wouldn't have to go to the Summer Camp for that year. But then I learned that The Scout Master that was abusing me, was NOT there any longer. I never found out why he was not there, but ████████ told me at the Camp, that someone else that he was abusing told his parents and for that reason he moved out of town and no one knew where he went.

I cannot really say how much this abuse affected me throughout life, although, I did find myself in trouble with the law once in a while. Nothing criminal as something serious, just little things as putting myself in dangerous situations thereby, subconsciously hoping that I would NOT survive. I was shot down in a CH-46 Helicopter three times

in Viet Nam while in the Marine Corps because I would volunteer for dangerous missions.

I have had many women in my life, yet only one that lasted any length of time. All other relationships I would end for one reason or another not really knowing WHY I was doing this even when I really Loved the woman. I also found myself searching for women that already had children or didn't want to have children. And in January 1985, I had a Vasectomy performed so I Couldn't have children. I think Sub-Consciously I didn't want to have children that might find themselves in the same situation as I was at that time.

Therefore, pursuant to what has happened to me during my time with The Boy Scouts Of America, I whole heartily hope that a proper rectification and compensation will happen if there is ANY Justice left in this country.

Thank you Very Much for your time Your Honor.

Sincerely,

