Justice Lauri Selber Silverstein  May 7, 2021
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

/FILED
2021 MAY 17 PM 12:18
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein,

My Name is ▇▇▇▇▇▇▇, I was a member of Boy Scout Troop 362 in Miami, Florida. My Father was the Scout Master, my brother was also in 362 and went on to become an Eagle Scout. Because I was active in the Jr Olympic Swim Program, from 1954 thru 1960 I did not go camping as much as my Father and Brother.

Maybe what happened to me was because camping was kind of new and I was told by my abuser that it was "NORMAL" for him to touch me and me to touch him.

As I got older and started dating girls it became aware it was not "NORMAL". I never told only one and and kind of blocked everything out of my mind.

I think when I got married (1965 still married 56 years) at times my mind would go back to scouts and it hurt.

I think BSA was a great program for young boys like my brother, but it left a mark on me for the rest of my life.

I would ask you to do what you can for me and others like me. I'm 77 years old, retired and mostly happy, but some times my mind plays tricks on me, and it does hurt.

Thank You
Sincerely

P.S. Please forgive my spelling and hand writing