Claim number # SA-[redacted]

Justice Lauri Shelber Silverstein,

FILED May 7th, 2021

My Name is [redacted]. The reason why I am writeing you is because I am one of [redacted] who is a victum and one of the people who endured being sexually abuse and physically abused by my Scoutmaster when I was a eagle scout in Louisville, KY at troop 434 its now I think its troop 437. My scoutmaster would

[redacted]

a teenager when this happen I just started middle school. I have been to counseling when this happened but I was so scared and ashamed to tell anyone what my scoutmaster was doing to me and I felt like it was my fault the counselor that I saw for counseling told my mom and my aunt that they think I was being sexually abused by someone but the didn't know who because I would tell them anything about it. My scoutmaster told me that he would hurt and

kill me and my family if I told anyone. I have tried to kill myself several times because of what my scoutmaster did to me and I have been put in several mental hospitals because of this. I feel dirty and sick every time I think about this. And Its a slap in the face that BSA wants to file a reorganization plan so they can keep from haveing to file bankruptcy. and BSA and their insurance companies and lawyers want to save their butts now since they know that when they compensate the survivors of the abuse that its going to threaten Financial Havoc for Insurance companies and now they dont want to keep their word and make things right with all the survivors of abuse and they want to pay pennies on the dollar to the survivors basically just to keep their mouths shut. I ask that the BSA proposed reorganization plan is not approved and I also Ask the Court to remove the BSA's power to even to put forward their reorgaization plan because BSA failed to keep hundreds and thousands of children safe and failed to keep children from being sexually abused, physiacally abused and failed to keep children from being abused period. Instead they hid all the abuse and swept it under the rug and failed to protect us and failed to report the abuse to the Police instead they protected

their selfs and All the people Who worked for them and keep letting them abuse us. So BSA shouldn't be allowed to have power to put forward their reorgaization plan. And BSA I feel like forfeited its right to continue to control the bankruptcy process. And what BSA past sins must be answered for here and now. I am one of the survivors of the abuse that endured abuse by BSA and was raped over 68 times by my scoutmaster over a 2 1/2 years period of time and endured 2 1/2 years of being physially abuse and I refuse to let the BSA to do this to any more kids they need to be held accountable for their past sins here and now instead of being able to take the easy way out, BSA needs to be held accountable accountable for their actions and not be able to keep going on and hurting and abuseing kids. This has to stop here and now. Also BSA and their lawyers and their insurance companies said that they wanted to make things right and they lie to us. And when they heard that it was going to threaten Financial Havoc for Insurance companies they back out of their word because they dont care about making things right will all the survivors of abuse that the BSA has caused people when they were kids they are just trying to keep from loseing everything they have and keep going forward instead of fileing for bankruptcy. Justice Lauri

Shelber Silverstein I beg and plead with you not to approve the BSA, and their insurance companies and lawyers reorganization plan and not to let them get out of haveing to file bankruptcy I ask that you hold BSA accountable for what they did to us they messed up our lives and took our manhoods from us and inncounts from us. Our lives are worth much more than a shady backroom deal between an organization that has failed hundreds of thousands of children and an insurance companys like Hartford chubb/Century and the other insurance company's that the BSA has. We are human beings not trash. They are only trying to protect their bottom line We are human beings and not trash and I will not let this happen to any more kids. And will not tolerate this behavior anymore. BSA, their lawyers, Hartford, chubb/century and the other BSA insurance companies are basically saying that they don't care about All the people who were abused they care About money more then they do the kid's that they abused and they are just as guilty as BSA for trying to cover up the abuse and they are saying that it's ok to abuse kids aslong as it doesn't cost them anything and aslong as no one finds out. But if it was one of their kids that got abused by BSA they wouldn't being trying to think about their bottom line. They care more about their bottom line then all the kids that

were sexually abuse by BSA and they all need to be held accountable. I beg you to remove BSA power to put forward a plan that does very little to compensate survivors of abuse. And to denie the BSA's purposed reorganization plan. And help us to hold BSA accountable and not let BSA to get out of this bankruptcy as if nothing ever happened and help us to let the rest of the world know that that sexual abuse of any kind will not be tolrated and that anyone who sexually abuses kids will be held accountable and that Justice will be served. I relive what happened to me every day and I have bad dreams about being raped the BSA has ruined my life and I dont want the BSA to be able to hurt any more kids and abuse any more kids. They tried to cover this up once so whats going to stop them from do it again. So dont let the BSA to get out of this bankruptcy. Because the BSA Allowed the abuse to happen to us and they failed to do anything about the abuse to try to protect us instead they tried to cover up the abuse and protect those who work for their organization and kept letting the abuse go on. This case is about BSA allowed minor children to be sexual abused and didnt do anything about it they just cover it up and kept allowing it to happen. Thanks for takeing the time to read my letter

Also please dont send their plan out to vote because I will vote no to it along with a lot of the others.

Thanks Again

5-7-2021

My attorney name is Mr. Andrew Van Arsdale and he my attorney works for the AVA Law group INC, if you have any questions then please contact my Attorney MR. Andrew Van Arsdale at

AVA Law Group INC
Suite # 218
2718 Montana Ave
Billings, MT 59101

Re: SA -
Legal Mail !

Att: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
6th Floor
824 Market Street
Wilmington, DE 19801

19601-302499

LOUISVILLE KY 400
10 MAY 2021 PM 1  L

FOREVER / USA

HART COUNTY JAIL
UNCENSORED