FILED

2021 MAY 17 PM 12: 20

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Date:may 8,2021

To:Justice,Lauri Selber Silvertein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington,DE  19801

SA -█████

I have never trusted a Male since the violation was happening to me,I was advised of a Boy Scout meeting at the grammar school ,█████████ was the principal at the time,my relativates knew of his ability to teach & protect all the children at Irvington Grammar school.

I went by myself to the meeting & waited outside until a man asked me to go inside,he sorta took my hand & led me inside,I ca,nt remember his name but Id seen him around,he drove a blue 50 Ford,I was a car crazy kid, and that I could own a car someday so I could go to Freedom and be happy.

There were only 2 kids to join up,I said I was very poor & didnt have a sleeping bag or any equipment for camping but this man who kept watching me said he would take care of what I needed.

The Boy Scout Jamboree was at Los Mochas in San Jose & wasnt very far & that he would give me a ride,so I said I,d ask my Mother,since we didnt have a Father,I also asked my Grandma █████████


So I showed up on time & the School,He  took  me to his car,I was very impresses cause it was really cool toride in that car.
I smiled all the way until he put his hand on my leg,I pulled back & he stopped,we arrived at Los Mochas grounds & he save me the sleeping bag to carry & he brought the other stuff.
Everybody put up tents & he took our tent farther away, up the hill.It was a little bigger than a pup tent,green like he just bought it.

What would a skinny kid know, we were miles away, camping
I never ever heard of Queers, that was something kind
of a rumor, somekind of story.
We all had hot dogs & soda, till it was bedtime.
He told me how to put some plastic down, then spread the
bag over there, then he said for me to ████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████ ███████████ if I wanted to drive his
████████████████████████████████████████████████

To my surprise we loaded his car & left for home, I asked
him why, he said just in case I told someone what happened,
his way of safety first, he dropped me off near my home
& he asked if I still wanted to drive gis car, Sure when,?
He said he,d meet me at the town center Saturday @ 7pm.

He showed up on time, he handed me a can of beer, I dranked
it then he ████████████████████████████████████████
████████████████████████████████ one more time, he then
helped me to his car & took me home, I was drunk &
could,nt walk good so I got into Moms car into the back seat,
fell asleep, till the next morning, I went inside and went to bed.

This advertisement was on TV when I was cruising channels,
Im alone in my townhouse, here in Arkansas, So I wrote down
the phone #, called the next night, the man was very kind
& so now I can talk about it after 60 some years of silence,

As I said Id never buddied up to another man since, some
people thought I was anti-social but I was never compfortable
arounr thats the truth.
I served my country for 4 years, honorable discharged with
a good conduct medal & a Bronze Star & a few Accomendations.

I am 82 years old,I am a victum of molestataion,I put
it on the back burner for a long time,I wouldnt of
even reported cause who would believe me,a npbody thats
a dirt farmers so,we were a dysfunctional family & this
episode did create a off centered kid,I couldnt'
concentrate for any kind of tests,once in the Navy I took
a advancement test that I couldnt pass even tho I did
the excellent work & life saving accomlishedments
as a Hospital Corpsman,I did everything & no failures,

I am a good 8 ball pool player,I can see angles & make
some real good shots,I played in a leauge for a while &
now just on Saturdays.

Thanks for your time











LITTLE ROCK AR 720
10 MAY 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

19801-302499