Hon. Justice Lauri Selber Silverstein,

I write this letter to explain my views of the Boy Scouts of today vs. my views as a Boy Scout in the late 50's & early 60's.

When I was active as a Boy Scout the environment in this country was miles apart from where it is today. I started as a scout in a small town in Mississippi. The troop was based & sponsored at my church. Our scout master was a WWII vet. He was strong in character, a Christian man, & very dedicated to the scout program. This man was so dedicated to the scouts that he remained a scout master for the same troop for 30+ years. He expected dedication from the asst. scout master & the scouts in his troop.

We took part in monthly camp outs in any kind of weather. These outings were educational in nature & as we grew older in the program we became strong, honest, reliable, & disciplined young men.

When I was 11 years old my family moved to Tyler, TX. The church we joined had a strong scouting program, much like the troop I left.

After about 2 years in this new troop a new asst scout master joined our troop. That was when things began to change on our camp outs. On one particular outing, this new asst.

Scout Master came into my tent while I was alone + sexually assaulted me. I was 13 yrs old at the time + afraid to say anything to anyone.

After several more camp outs some of the other Scouts + I began to talk amongst ourselves + discovered this man had assaulted about 6 Scouts in all. We banned together one night on another outing, waited until he was asleep, went into his tent + grabbed his sleeping bag. We tied the opening of his sleeping bag closed + dragged him into the woods + left him in the rain. He never returned to our Scouting program. I don't know whether it was because of what we did or if the parents found out about him.

In those days things like sexual assault on minors was not openly discussed, probably because of the Puritan mindset of the 50's + early 60's.

As the political environment of the country became more liberal, there were individuals entering the Scout program that changed the baseline of what the Boy Scouts stood for. More + more pedophiles + gays looking for easy targets were allowed in. Some of them were

weeded out because of their crimes against the young men, but not all of them. Even females were allowed to join the Boy Scouts.

My impression of the Boy Scouts of today is that it is only a shadow of what it once was & was meant to be. I feel the Boy Scouts have failed to properly vet their leadership in order to fill some quota for types of leaders or to try to show that they are a "more inclusive" organization. In doing so they have caused undue & in some cases irreparable harm to many young men & boys.

In relation to this case I feel the Boy Scouts are trying to dodge their responsibility for what has happened & they are dragging this case out as long as possible in hopes we will give up & go away.

Circumstances such as what has happened with the Scouts has happened in other organizations & has been overlooked or covered up. It is past time that this organization is held responsible for their crimes & abuses against young people who thought they were joining a reputable organization that would help them grow into responsible young men, but instead harmed

& TRAUMATIZED THEM.

I HOPE YOU WILL SEE FIT TO HOLD THEM RESPONSIBLE FOR THEIR ACTIONS, REGARDLESS OF WHEN THEY OCCURRED, & NOT LET THEM GET AWAY WITH THEIR SCHEMES OR DRAG THIS OUT UNTIL THE VICTIMS LOSE ALL HOPE.

I HAVE CARRIED THIS WEIGHT FOR MOST OF MY LIFE & NOW I'M HOPING FOR SOME CLOSURE.

THANK YOU!



CLAIM NUMBER - SA -