FILED
2021 MAY 17 PM 12: 29
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 7, 2021

Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St., 6th Floor
Wilmington, DE 19801

Ref:  Claimant # SA-███

Honorable Justice,

Imagine a young boy of 6 to 7 years old just coming into his own, ready to learn about and experience all the world has to offer. He is innocent, trusting, honest and forthright. He is respectable and wants to aspire to service of others. He is deeply religious as most of the small town of Sylacauga, Alabama is in the 1960s and early Seventies. These are all things that the Boy Scouts of America and their local councils took advantage of from the countless victims in that state. This boy is unaware of the evils that he will endure in the coming years as he was a cub scout and then a boy scout. This boy, while trying his best to follow the Scouts Honor and Duty to Country Scroll and learn what it is to be a bigger better human being, helping others in my town, my troop, my family, my church and helping others to be an example of this forthrightness. The Boy Scouts of America have allowed this trusting child to fall into the clutches of volunteer leaders and counselors. This child was ███████████████ ███████████████ so many times that he lost count. He did not know then that these same leaders would one day be listed in the Perversion Files hidden by BSA for decades before being forced out in the open in a lawsuit against them in a multi-million-dollar settlement all of which was covered by Insurance companies that are still insuring the boy scouts today. This boy has had to come to grips with the world of today where BSA and the Insurance companies that cover them and their assets are going into Bankruptcy Court to try to get away with this Massive cover- up of behind closed doors deals with the same people that have covered over the molestation of their 83,000 some odd Victims/Survivors. All the while promising that they would never allow this to happen to another child.  We all know that this Entity and its sponsors and local councils are on the hook for upwards of  hundreds of billions of  dollars if they were taken to court on an individual basis. They are trying to hide behind some old-fashioned artwork that no one really values except for them that hung in their midst, reminding them daily of the largest Fraud perpetuated against this boy and countless others. This entity needs to start over with nothing to really show that it has learned from its past mistakes and coverups. Now I want you to imagine that this once innocent child is your Son or Grandson or even your Great Grandson and consider How much your child's stolen innocence and childhood is worth or maybe even the cost of years of counseling that it takes to convince a child that it was not his fault that a company's profits are worth more than the protections that should be provided as promised by BSA for decades. Please your Honor, do NOT allow this entity and their minions to

**Letter to Hon. Justice Silverstein**                                                                                            **Page 2**

get away with this pittance of an offer. Please protect these more than 83,000 survivors as if they were your own family members as they very well could be a parent or grandparent that has kept this secret for decades as I ( the boy in this story) have endured. Please show all the victims/ survivors/ creditors that you have compassion going forward for us who may finally have some peace of mind knowing that our lives today are worth every bit as much as our forever Lost/ Stollen childhoods. Thank You for allowing me to tell you of the harm BSA and its Insurers and Local Councils and their sponsors have dealt to us over the many decades of Abuse, and fraud to cover same.

Sincerely,

