Dear, Your honor

5/4/21

FILED
2021 MAY 17 PM 12: 24
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I am writing letter on behalf of I was in Boy Scouts. I was sexually abused and to look at it as abuse of a victim. I was cold hearted that no one would listen to me. Now I am standing up and praying this will stop others getting sexual abused.

I joined Scouting and enjoyed it but now it hurts me to see boys and now girls together and I pray that they don't have to go through this like I did.

Thank you for your time and pray Justice will come