

FILED
2021 MAY 17 PM 12:25
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

05.07.2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St., 6th Fl
Wilmington, DE 19801

In re: Claim # SA - ▮▮▮▮

Dear Justice Silverstein:

I simply wanted to let my feelings be heard in regards to my current claim number within the BSA Bankruptcy case.

I have to say that I feel like I'm re living the abuse all over again. There's no dispute that it's obvious the BSA interests are of greater importance than

the repeated sexual rapes that happened time and again to little boys such as myself.

We all came forward in the name of protecting other young children, yet the "care less" attention given to our claims shows the organization's survival is more important than the protecting of other potential victims.

No organization that claims to be responsible for the well being of the young boys, wherein this magnatuede of molestation + sexual abuse takes place ... should be allowed to be in the position any further to supervise others.

It needs to end now. You have that opportunity.

Thank you.