To: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE  19801

FILED
2021 MAY 17 PM 12:27
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Back in 1965, or 66, I was in the Boy Scouts, Redwood City, Calif. at Garfield School; is were we had our meetings.

On one occation in 66-67 our group took a 3 day trip to the Pinnical National Forest.

Once we got there we camp in the open the first night. The next day we went on a 20 mile hike - set up pup tents, 2 boys to a pup tent. The scout leader set up a 4 man tent, which becaus we didn't have an extra pup for me I was invited to sleep in the 4 man tent with him. Since I was around 12 years of age, I felt pribage to share the tent with him. He treated me to a beer. Then after I fell asleep, only in my under pants, because we were camping in the desert.

I woke up, with my ████████████████████
████████████████████████████████
he stop only for a second to threaten me, if I say anything he would snap my neck

the same way he killed a snake earlier that day, then he started ███████████████ which seem like hours. Scared afterwords, I got dress and sit at the campfire, crying, shacking and fearing for my life — the next day he acted as if nothing had happened

Next night I slept with all my clothes on, but woke up when ███████████████ that he fell asleep. So I never told any one because of the shame, as well as at the time felt it was or may have been my fault. Which was not, I thought that this incedent was only happed to me.

But now I know I'm just one of many, but yet I now know you have only touch the surface of crimes. Many of us have and still have lasting mental and some even phyical conditions because of the troma we endured. Because of these events, some, even myself will never heal.

So be the healer, and give us the justice we deserve.

These person - or animals whom were in charged of us as young boys, entrusted with the responsibilety of caring for us. Were and are wicked, evil and sinful persons who inflected scars which we tolerated by there hands.

We can not let this go on any longer.

So please give us justice not injustice, which we all ready got by there hands.

Thank You



5-6-2021