

FILED

2021 MAY 17 PM 12: 29

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 11, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

RE: SA - ▇▇▇▇

Your Honor:

My name is ▇▇▇▇▇▇▇, and I am a plaintiff in the action involving allegations of sexual abuse against the Boy Scouts of America (BSA). It is my understanding that the BSA, their insurers and the attorneys representing the thousands of victims are attempting to reach an agreement. I offer the following remarks in opposition to the recently proposed settlement.

The incident in which I was involved occurred when I was 14 years old. At that time I was, like most kids that age, naïve and highly trusting of adults. When I joined scouting, I had every reason to believe that the scout leader had my bests interests, and those of my fellow scouts, at heart. When I was violated, that sense of trust, which had never been breached by any other adult including my parents, adult members of my extended family, parents of friends, or teachers, was gone forever.

Here is why I believe the BSA needs to be held to a higher standard. Boy Scouts, under the aegis of the BSA, take an oath. Implicit in the Boy Scout Oath is that scout leaders, their official representatives, have not only taken the same oath, but have agreed to abide by its tenets, to model the behavior implicit in the oath, and to reject behavior that fails to comport with that oath. The scout leader who victimized me not only violated the BSA scouting oath in a disgusting, inexcusable way, he laughed about what he did.

My initial scouting plans included working toward Eagle Scout. It represents a high achievement attained by a handful of Eagle Scouts with whom I was familiar who had other noteworthy accomplishments, and they enjoyed the admiration of the wider community. As a result of my victimization, my scouting hopes collapsed. Perhaps more importantly, I realized I could not trust adults to have my best interests at heart. To the contrary, I learned that some adults view youth and naivete as an open invitation to exploit. After my experience, adults were guilty until they proved themselves worthy of my trust.

My experience, and that of the other victims, represents much more than thousands of individual instances of sexual exploitation. BSA knew it had these sexual predators among its ranks. Instead

of suspending operations and undertaking an organization-wide purge of these predators, the organization encouraged countless new cohorts of young, naïve boys to enroll, knowing – or at least suspecting – that they, like me, could and indeed would be victimized.

It is also my understanding that through the bankruptcy proceedings, BSA is attempting to remain a viable organization. Those who sympathize with the BSA and feel that they deserve the chance to continue their existence and serve the thousands of scouts who enjoy their affiliation with the organization. These apologists are missing the point. The BSA should have thought about its future long before now, and it should have done the right thing decades ago. Instead, it confronted the handful of cases it was forced to, and then proceeded as though everything was just fine. Should the BSA have to liquidate every asset it has to give the thousands of victims some measure of justice, then that it was it should do.

I understand that the BSA insurers are among the defendants. It defies credulity that the insurers were unaware of what has been going on for the better part of a century. Once the insurers knew BSA had a serious sexual abuse problem through the periodic claims they were force to pay, they should have insisted on fundamental changes within the BSA in order for the organization to qualify for continued insurance coverage. Or they should have discontinued insuring BSA. From my viewpoint, they instead continued to collect premiums knowing full well that inside the BSA were countless parasites which, in all probability, would consume not only innocent individuals, but the host organization. And here we are.

I would also like to address the local BSA councils. Of all the actors involved in this widescale sex abuse conspiracy, they have the shortest span of control such that in the majority of sex abuse cases, they likely knew of the alleged abuse before either the BSA headquarters or the insurers. Once allegations of sexual abuse were raised by scouts, their parents or others, the local councils had it within their power to investigate any possible wrongdoing and to notify local authorities. If they knew of the alleged wrongdoing and did little or nothing, they are as culpable as BSA and the insurers. And their culpability means that their various assets should be fair game in determining reparations for victims.

One final point. The Court has before it a momentous opportunity. The Court can facilitate justice for the tens of thousands of legitimate victims who suffered abuse at the hands of BSA representatives. Unfortunately, the Court cannot restore the victims to the lives they enjoyed prior to the abuse. Substantial financial compensation is the only form of justice left. And this case, much like actions against the tobacco industry and automobile manufacturers that knowingly engaged in egregious behavior, can send a signal to other organizations that perpetuating or covering up individually or socially harmful behavior will not be tolerated.

I appreciate this opportunity to address the Court. Please let me know if you have any questions or need any further information.