BSA
824 Market Street 6th Fl
Wilmington, Del 19801

FILED
May 9, 2021

2021 MAY 17 PM 12:31
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Judge Laurie Selber Silverstein,

In the matter of the BSA bankrupcy case, I wish to go on record as claimant SA-■■■■

First, I take responsibility for my actions that has resulted in my incarceration, yet from years of therapy the root of my problem directly links to the sexual assault of Scout Leader ■■■■■■■■■■■■

As a young teenager, this was my first sexual experience which has had a destructive affect upon my life.

All of my siblings have enjoyed solid marriages lasting between 25 and 40 years. Unfortunately, I have never had a normal loving relation with a woman during my sixty two years of life. Confusion about my sexuality stems from what ■■■■ did to me and how my body responded. I still cannot fully explain how difficult it is to live with the shame and guilt.

Sadly, I have shared this shame in similar manners which have affected other teens. Currently, my second offense resulted in a mandatory 15 year sentence, followed by a second 15 year sentence for the second count. The fact that I did not indecently assault this boy made no difference once my prior record was allowed at trial.

Simply, Scout Leader █████ ruined my life. Please do not allow the BSA to manipulate the courts. They must be held responsible as they ignored years of reports of criminal acts.

Sincerely Submitted,

█████

█████