SA - ▇▇▇                                    FILED - 2021

2021 MAY 17 AM 10:29
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Lauri Selber Silverstein

My name is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, I am part of SA- ▇▇▇▇ claim against the BSA. I am writing to let you know how the sexual abuse has affected my life. The abuse started as my body began to develop, from a boy to a pre-teen. It affected me emotionaly and physically. I believe because of what happened to me in the past, is the reason why I am where I am at, maybe I wouldn't have repeated history if I had gotten therapy. I am an inmate in prison in Oklahoma, for child sexual abuse, the same thing that happened to me as a child. I will never get out, I was given 60 years at 85% for my first and only offense. I am 47 years old. Not only has my past come back to haunt me, and destroy my life, but also the lives of my 4 children, ages 22yr, 18yr, 13yr and 11yr and my loving wife of 15 years who I will never get to see again.

(1)

I firmly believe the BSA should have to pay for what they have covered up and allowed to happen over and over. For me, this has ruined my life and the lives of my family and there is no way to get that back. Paying the victims is easy, the BSA should have to suffer and pay the way I have to because of them. Myself, I don't want millions, I want enough to hire a lawyer to help me reduce my time, so I might be able to have a normal life. This isn't just for me it's for my family.

(2)