May 10, 2021



FILED
2021 MAY 17 AM 10:29
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Laurie Selber Silverstein

BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE 19801

Re : case #

Dear Sir :

I have been advised by my cousel to relate my story to you regarding inappropriate sexual behavior on the part of my scoutmaster while I was a member of the BSA. Although the incident occurred more than sixty years ago, it is still quite clear in my mind.

I was a boy scout in troop 112 in Galveston, TX from about 1956 until about 1959. We met first at the Lutheran church downtown and later at the naval facility on the corner of 57th street and Avenue S across from the C&S Drugs store. Our scoutmaster's name wa

I enjoyed scouting and particularly enjoyed our camping excursions to Camp Karankawa. It was on one of these camping trips when the inappropriate behavior began. As I progressed through the ranks and as I got older, Mr. took more notice and began to tell me that I was special. He apparently wanted to spend more time with me alone. I was invited to his house where he lived alone with his mother. I recall him introducing the topic of teenage pregnancy while at his house. At some point in our relationship, he offered to let me drive his car. Being about 14, this was welcomed by me. I think these drives and subsequent talks in rather dark, isolated places occurred several times but time has erased some of the details. What I do remember is that on one occasion, he suggested that it would be easier to talk i                                                           He assured me that that sort of behavior was normal. I did it but it did not feel right to me. After that, I decided to try to create some distance from Mr despite still being interested in scouting. By that time, I had tachieved the rank of Life, was a member of the Order of the Arrow, and was pursuing Eagle status. Because of Mr. I decided to abandon the pursuit of becoming an Eagle scout and dropped out of scouting soon thereafter.

I think this was my first experience in which I had placed trust in a male who was in authority. I have had considerable issues with trust in my life and I think this exploitive relationship was foundational. To this day, I have not spoken about the incident with any of my fellow scouts although I suspect I was not the only young scout to catch Mr. ye. Perhaps others in my troop will come forward and relate similar stories.

I made a decent life for myself. Nevertheless, I am quite guarded and distrustful.

Looking back, there were warning signs : an unmarried 40 something living with his mother, someone who wanted to spend private time with a young boy especially at night, the grooming with adulation and special favors like driving, etc.

I really don't know if Mr. inappropriate behavior ever came to the attention of the BSA. It is hard to imagine that I was the only target and that no one ever talked. I know I felt ashamed and I was not about to tell my parents or any other adults, so I never raised the issue to BSA. After all, why would I trust them ?

I hope my story saves some other kid from what I have had to deal with. Thank you for taking the time to consider the impact on me and probably lots of others. I wish you well in your endeavor.