May 8, 2021

SA - ███████

FILED
2021 MAY 17  AM 10: 28
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silv███████
BSA Bankruptcy case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear Judge,

My name is ███████████████████. I was born ███████████████. I became a Boy Scout in the sixth & seventh grade in school. My father and mother were Catholic, I had four sisters. My father worked seven days a week and never spent time with me.

I first loved Boy Scouts. After my first year in scouting, a new assistant Boy Scout Leader joined our Troop #10. His name was ███████████, he was 6 foot tall and weighed 350 pounds. The whole troop loved him.

He became the father I needed. I believed in him and trusted what he said. He met my parents and they liked him. He was studying to be a priest at St. Mary's College in Winona, MN. ███████ drove a 1960's Volkswagen. I went to weekly boy scout meetings, Spring, Summer and winter camp. I loved it. My assistant Scout Master

became my Best Friend! He became part of the family and told my parents he would spend time with me to get my Merit Badges to be an Eagle Scout! I believed in this man!

To earn the merit badges my life changed. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Next ▮▮▮ changed. He now wanted ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ my parents or the real Boy Scout Leader. He forced me ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I had nightmares of this and the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ The abuse was every other day for eighteen months. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ destroyed the lives of seven other scouts besides myself. He was caught doing ▮▮▮▮▮▮ with another 14 year old Scout at his home. He was sent to jail. All the parents were shocked and put their boys in treatment. I kept all of this inside me — I never told my parents. I had eighteen

months of the worse abuse a 13-14 year old could know. What happened with ▮▮▮▮ changed my life forever.

I married at 22 years old to a 17 year old beautiful gal. We had four children, three boys and one girl. I could never have a meaningful relationship with my kids because I didn't want this matter of abuse to come into my family. I drank and destroyed my relationship with my wife and kids. We divorced after twenty years.

I am now remarried for 24 years but still suffer nightly nightmares and I lost the love of my children. They do not have any contact with me.

Sincerely,
▮▮▮▮