UNITED STATES BANKRUPTCY COURT

BSA Bankruptcy Case

FILED
2021 MAY 17 AM 10: 22
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Claim No. SA-▮

Justice Lauri S. Silverstein

Your Honor,

I am writing the following in the hopes you will include my 'story' in the Court docket and I'd like it read (if possible) at the May 19, 2021 hearing:

"My Story"

I always enjoyed being outside, so my mother enrolled me in Boy Scouts at a young age. I also think it was because she, a single-mother, needed a break from a energetic child.

I don't remember the Scout Leaders name, my troop number or some other details.

But I distinctly remember that I was molested by my scout leader in his basement in a house on Davison Road, in Davison, Michigan.

I've been a "troubled child" ever since it happened. I don't like talking about "it" that much. I can't blame all my problems on "it," but I think "it" messed my mind up a lot. What would be different if "it" hadn't happened.

Would I have needed (and still need) mental health care?
Would I have uncontrollable rages of anger?
Would I have attempted suicide multiple times?
Would I have ended up in juvenile for assault & battery at age 13?
Would I have ended up in prison at age 21?

I presume many of those hearing this have children. Picture your child trying to kill him or herself for feeling worthless. Can you? Yeah well, I'm still working through this and I'm 36.

I got out of prison in November and plan to get a college degree, go to law school, pass the Bar Exam and become a civil attorney to help others with no other place to turn because of "it."

The Boy Scouts deserve to pay more than a mere $6,000 per person who was molested. I don't know that a number can make "it" right. But anything less than $15K is like spitting in my face. But you should try to make "it" right.