AIS
3667 Voltaire St
San Diego California
92106

Case 20-10343-LSS    Doc 4207    Filed 05/17/21

FILED
2021 MAY 17  AM 10:24
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Mon. May 10 2021
The Honorable Justice
Lauri Selber Silverstein
824 Market Street
6th Floor
Wilmington DE
19801

Honorable Judge Silverstein I'm writting to you today regarding the Bankrapty case against the BSA. MY name is ▆▆▆▆▆▆▆▆▆▆ I know your at a very busy time in the case, so I won't take up to much of your time. So first I would love to tell you thanks for what you are doing. I know It can't be easy Thank you.

It's very hard to talk about what's happened to me a few back. I thought this day would never come. When I first seen the Ads on t.V. I broke down and cried I knew I wasn't alone anymore. there It hit me that what happened to me had happened to someone else and when I seen the Number just kept getting biger know that these people had been throw what I had. to the ones that this did happen to I know there hurt. and think about the ones who didn't come forward. It's took a load off my chest knowing that I wasn't alone I've been holding back for I have been miscrable person this should have never happened to anyone for so many years I blamed myself at times my mood get so down that I wouldn't even come out of the house as for as teing to take my life No kid sould ever have to go through that. I trust know one now. there a lot at this time I won't talk about. Maybe someday I can write you more and we can talk →

Maybe one day when the courts are not so busy and not comfortable talking about it yet.
I had no hero no one to talk to no one to help until now I guess your kind of a hero to me and many others Please help us and we know you will Do the Right thing

Respectfully,