May 10, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th floor
Wilmington, DE 19801

FILED
2021 MAY 17 PM 1:00
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

claim # RE: SA - ▮▮▮▮

Dear Justice Silverstein,

I think the BSA today should evaluate their protocols and procedures on background checks to secure or next to eliminate the people that they hire. This will cause the BSA to have arguatation to uphold their position to protect the children that are not yet in their custody but soon to be in the future. This evaluation of themselves, it shows a strong stance that this will not be tolerated as an american boyscout in america. On April 29, 2021 a fried of mine who was also Abused in the BSA informed me that his attorney said that on the date of April 29, 2021 that they held a meeting with the survivors to vote on a BSA Bankruptcy claim for the sum of $300 million dollars. His Attorney came for a zoom meeting Last week and quickly shut that offer down and decided they were gonna take another look at the claim.

Sincerely
▮▮▮▮



BROCKTON MA 023
12 MAY 2021 PM 2 L

U.S.M.S.
X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE. 19801

19801-302499