Justice Lauri Selber Silversten

After I was raped in the Boy Scouts I quit when I got home I got all bottled up wouldn't have any friends. And I stayed like that for a few months then my mom took me to see a psychiatrist twice a week for three months he diagnosed me with social anxiety. I 1978 my mom and dad got a divorce my mom moved me and my brother to Florida she found a new psychiatrist he said the same thing In 1981 she moved me back to Virginia to live with my dad. Another school one day quit no more I just stayed home I got lucky and got girlfriend we got married had two kids then she left me I was 25 and I am 57 and live by my self my cat only company in and ragged old camping trailer

Case No. ▮▮▮▮▮

Lauri Selber Silverstein
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499

RICHMOND VA 230
13 MAY 2021 PM 3 L

U.S.M.S. X-RAY