To whom it may concern:

My name is ▇▇▇▇▇▇▇▇
I'm writting this letter to help you understand just how bad this had an efect on me. If BSA is aloud to get away with what they did to me and so maney others it would be shamful and very wrong. They aloud theese people to ▇▇▇▇▇▇ me and take advantig of me as a child and that changed me in so maney ways its hard to put it into words I don't trust anyone (never have) do you have any Idea what it's like to go through your intire life with so maney walls up that nothing can get inside. When someone says they want to help you its never true they always want something in return. Thats just how people are. So if it is within your power I would ask you to make them admitt there wrongs and hurt them as bad as they hurt me. I'm not looking for revenge I just want in some way for them to pay for what they did to us. They ▇▇▇▇▇▇ used our lives and in so maney ways made us who and what we are. I was homeless for over 25 years

FILED [stamp]

because I couldent stand being around people very much. it took a long time and one woman to love me ~~~~~~~ Through it and I'm still not ~~~~~~ whole ~~~~~~ ~~~~~~ I'm 61 years old and don't have a lot of time left to see that The write Thing is done. Iv always Belived That I'm responceable for my own actions So why isent BSA?

My Claim number is

████████████

you can read more about what happend To me in my paper work

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 market Street 6th floor
Wilmington, DE 19801