CASe # ▮▮▮▮▮▮

1. Dear Judge, This is IN ReFeReNce To Being ABused When I ▮▮▮ CuB Scouts, It will Be sHort, Because I Wont tAke uP Youre VALuBle time! I'm ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

My Mom & DAD Felt it WAS A good EXPeRieNce FoR me, SiNce I LoveD the OutDooRS, They WeRe gReAt PAReNtS, AND MeNt Well! "I hAD MANNy CoNVeRSAtioNs oveR the PHoNe With these Nice PeoPle ABout My EXPeRieNces, with CuB Scouts" I Don't Wish to RePete them, But I'D Like to Let You KNow, It WAS HoRRABL/SCARRy/GRy To SAy the LeAst!

² It made me a different person at an early age! It changes a boy, and will change a man in the future. I have a good wife, no kids and a good job, own my house, and try not to bring this fucked up memorys to anyone.

~~[redacted]~~

Just kidding I am man enough to restrain my actions, I'm 57 yrs old and learned to restrain myself, for other peoples actions, for the welfare, of my wife and myself! Hope you and you're entire familie are happy / well / & content.

3 eVeRY oNe WANtS $
These DAYs! But Judge
Bev & I ARe HAPPY!
"ThANK you FoR hAVING
Time FoR us!"
But Being ▮▮▮▮▮▮▮▮▮▮ IN
The CuB Scouts ChANgeD MY LiFe
These Actions AgANSt me A hARD CoRe
▮▮▮▮▮▮▮, that I Am, my LiFe
WAS FoReVeR CHANgeD!
BeCAULSe oF it.
" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Yours truly ▮▮▮▮▮

Case 20-10343-LSS    Doc 4217    Filed 05/17/21    Page 4 of 4

KANSAS CITY 640
12 MAY 2021 PM 2 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE.
19801

19801-302499