



May 10, 2021

Justice Lauri Seller Silverstein
B.S.A. Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Claim number SA-█████

To whom it may concern,

As I sat to write this letter these words were brought to my attention.

> *On my honor, I will do my best*
> *To do my duty to God and my country and to obey the Scout Law;*
> *To help other people at all times;*
> *To keep myself physically strong, mentally awake and morally straight.*

At what time where this Leaders being morally straight! How did this help me as a person! What law where they are obeying!

The Boy Scouts of America (BSA) must **SEE ALL** the victims/survivors and recognize what happen to us. By recognizing what happened to us I am hoping it will help them will do better to protect the Scouts in their care. If they cannot or are not able admit what happed to the victims/survivors, it will keep happen. It will make it harder for the victims/survivors to move past the pain and hurt.

I am a survivor! It has been an extremely hard road for me. I kept this to myself for so long. I just could not say anything to anyone. It was not until my own kids where old enough to join a troop before I could say anything to anyone. Because of this I did not even allow my own children to join the BSA or the Girl Scouts. Or even attend any youth group activities ran by another adult unless myself or my wife was always there. I am still working on it to this day.

**YES**, I am mad, very much so with the BSA. The pain is real for me it will never go away. It hurts more to see that the BSA does not want to call this what it is! **(Pedophile, rape, sexual abuse)** The BSA needs to take us and the matter seriously. If the BSA will not deal in good faith with the victims/survivors. Then they must not be able to come out of Bankruptcy. What happened to me and the others need to be stopped. Even if it means there BSA is no more.

Sincerely,