FILED
May 7 2021
2021 MAY 17 PM 12:59
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

TO: Justice Lauri Selber Silverstein

Dear Justice Silverstein
I just turned 65 on April 5 of this year. This letter is one of the hardest things I have ever written in my life. I was attacked as a young boy by a leader of the boy scouts when I was eight or nine years old. I was a cub scout. From the time it happened up until this very day it has affected my capacity to view life in a normal way. I have never trusted anyone after that event. I have been married about 8 times and have had all sorts of ▮▮▮▮▮. I trained my self as a kid to bury that event deep down inside of me and never talked about it. That was maybe the worst mistake i made in my life. I hurt every day and no one could help me because I never told anyone about it.

When I found out that it had happened to other scouts i didn't know how to feel. I was relieved in a way that I wasn't the only one but so sorry that it had happened to someone else. My life has been so hard to enjoy. I tried twice to ▮▮▮▮▮▮▮▮▮▮ I have ben tortured and tormented for over fifty years. No amount of money

OVER

stop the hurt i feel each and every day of my life. I am a grown man but when I am alone i cry like a baby. You may get this and throw it in the garbage, but if you read it maybe you might understand. I am one in a thousand but i am a real humanbeing with a real story and i think you for finding time to read this. I hope and pray that God bless you and yours

Sinc███



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, De 19801

(ATT: Justice Lauri Selber Silverstein)

NEW ORLEANS
12 MAY 20
FOREVER / USA