To your Honor,

**FILED**
2021 MAY 17 PM 12:53
DISTRICT OF DELAWARE

My name is ▮▮▮▮▮
I am one of the clients in the BSA lawsuit. I truly belive that the BSA is a great organization. However they need help in weeding out ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
I am sorry that it has come to this, but they are responsible for the care of the children that they signed up to be mentors. Our younger selves and our children do not deserve to have the leaders attack us.

My story begins in the mid 70's. I started as a cub scout, as a cub scout every thing was going well. I then bridged into boy scouts my scout leader/step father Thomas H Sartor. He began to do sexaul things to me that a trusted leader of the BSA should never happen to a child.

Such as forcing me to touch his private parts and then have him touch mine. From that it then progressed into more horrific sexual acts. He once told me that I would never advance in class nor ~~reeee~~ recive merits ~~or~~ or badges unless I performed these elicited acts.

He would wait until he was alone with me, such as after a scout meeting on church grounds, after a event or trips. There were others in our troop that he forced into these elicited acts. Which I was not aware of at the time.

I am 55 years old and to this day these acts still affect me. ~~I~~ would not want this ~~org~~ organization to contiue to allow men to take advantage of our children. Something needs to change.

With that being said, the BSA not only morally but physically and financially reponsable.

We come to the BSA as young men to learn skills and morality as well as reverence from our leaders. But some of us learned deviant and immoral lessons from our trusted leaders.

So in conclusion, I truly belive that a nationwide organization should be held reponsiable.

With a heavy heart

NORTH HOUSTON TX 773
12 MAY 2021 PM 2 L

19801-302499

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801