FILED
2021 MAY 17 PM 12:30
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein,

My Name is ▮▮▮▮▮▮▮▮▮▮ And I am writing and rehashing an occurance which had happen to me as a mere child of 7. I am a 65 yr old man today and only getting on with my Life now. To rehash these feelings and guilt that I had to learn to live with are disturbing. It all started with me wanting to join the Boy Scouts of America as a Cub Scout in the 3rd grade. I guess I wanted to fit in like the other kids in school that came to school in uniforms. So I did follow through with the idea. That probably was the worst thing that could have happened to me. Not at first. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ And I lived up the block. In due time how it all started and why is because he the ▮▮▮▮▮▮▮▮▮▮▮▮ decided to teach me how to read and advance in school. He started picking me up after school, to go to his home and to read and answer the questions

WITH THE #2 PENCIL, JUST LIKE IN School. Right from the START He must HAVE HAD AN ADGENDA. By giving me PRAISE AND A FEW Dollars for my work. TIME WENT ON AND THEN ONE DAY. He took A SHOWER WHILE I WAS DOING MY WORK. HE THEN CAME OVER to ME ON the COUCH AND SAT DOWN to go OVER my WORK (NAKED). Thought this was Strange. ANYWAY I finished my WORK AND HE DROVE ME Home, AND AGAIN SAID Good Job AND HANDED ME MORE MONEY. What had HAPPEND Next was the SAME THING, But this TIME He was touching ME By putting His HANDS oN my KNEE to leaning OVER AND ON ME THIS WAS All AFTER His SHOWER AGAIN. As He was DOING All this HE ███████████████████ AND WANTED To SEE MINE AND to touch ME. WHY is THE QUESTION?? So I Did... AFTER WE WERE ███████████████ He ASKED ME to Come INto THE Kitchen. WE HAD To PASS Through A BEDROOM, WE STOPPED AND Sat ON THE BED. ████████████████████
████████████████████████████████
████████████████████████████████
I ASKED MYSELF WHY AND WHAT IS

GOING ON HERE. BUT I DID, AND THAT IS WHEN HE ASKED ME TO SQUEEZE MY ███████ UP AND HE TOOK ME HOME, HE SAID THIS IS OUR LIL SECRET AND HANDED ME A $20.00 BILL. THAT WAS THAT. HE CAME BY TOO PICK ME UP AGAIN AT MY HOUSE, AND I TOLD MOM I DIDN'T WANT TO GO WITH HIM TO READ. I SAID I WAS FINE WITH MY READING AND DIDNT NEED ANYMORE HELP. SHE ASKED ME AGAIN AND SAID HE WAS WAITING FOR ME. THIS IS WHEN I CONFIDED TO AND WITH MY MOM. AND TOLD HER WHAT HAD HAPPEND. SHE WAS IN ORE AND DIDN'T WANT TO BELIVE IT. SHE BROKE DOWN CRYING - AND THE REST WAS HER DOING WITH MY DAD. NEXT I KNOW HE GOT LOCKED UP AND WE WENT TO COURT. THIS IS WHERE I SAW HIM COME OUT FROM THE DOOR BEHIND THE PLACE (COURT ROOM) AND MY STORY WAS TOLD, HARD TO REMEMBER IT ALL. BUT I DID SAY YES TO THE JUDGE THAT IS WHAT HAD HAPPEND. I KNOW NOW THAT THIS IS WHERE IT ALL HAD HAPPEND.

My Guilt - for Being WRONG, my Anger for LETTING THIS HAPPEN to ME AND UPSETING my Mom. ALONG with this was my LACK of DISCIPLINE AND TRUSTING No ONE AND NO ONE WAS EVER GOING to touch ME OR Put A HAND ON ME AGAIN. THIS IS WHEN MY LIFE TOOK A DRAMATIC CHANGE. I BEGAN DRINKING At the AGE OF 10yr. Old. No THERAPY THIS WAS OVER 58 yrs. AGO... But my Life was filled with trying to ESCAPE THE FEELINGS. DRINKING, FAILING GRADES, IN TROUBLE, LYING AND CHEATING AND EVERYTHING ELSE from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to DUIs FOR THE NEXT 50 yrs. But TODAY with THERAPY AND A.A. I CAN TALK About My (SECRET) THAT NO One WAS GOING to KNOW. I'm SITTING HERE TODAY WRITING AND TRYING MY BEST TO REHASH THE TIME AND THE TROUBLES IN MY LIFE CAUSED by the SITUATION... AND TO TELL MY STORY AND HOPE to BRING to light THAT THIS IS REAL AND SHOULD NOT HAVE HAPPENED. I PRAY for OTHERS NO to EXPERIANCE WHAT PAIN AND SUFFERING I HAVE BEEN THROUGH... THIS HAS BEEN Tough FOR ME To TALK About

AND to go through AND to tell my Story A FEW TIMES IN THE lAST 2 to 3 yrs. To LAWYERS WRITING to THEM. Now telling it to you (Justice LAURI Selber Silverstein) IN Hopes FOR Some Type OF Clousure AND Help FROM All of This Corruption IN THE B.S.A. for One. It HAS BEEN A TASK BUT I do Hope It BRING Some Type OF UNDERSTANDING to All of This AND to my Self Hatred IN my Life....

Respecetfully yours,

███████████████



CHARLOTTE NC 28
11 MAY 2021 PM 2

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6 FL
Wilmington, De. 19801

19801-302499

