

To: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

FILED
2021 MAY 17 PM 12: 46
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 10, 2021

Honorable Silverstein:

I am writing to convey the abuse I suffered as a Boy Scout and how it has and is still affecting me today.

In the early 1960s, while attending a Boy Scouts Aquatics Camp at Camp Monican in Nellysford, Virginia, we had daily exercises in aquatics training including daily mile swims in the lake to boating safety, and lifeguard type training and such. At the end of each day, we were required to go to the boat house, and one by one, go up the wooden steps to inside and kneel. They were going to administer vinegar and alcohol drops in each ear to ward off ear infections from swimming and spending many hours in the lake water.

When the 2 men in charge came out from the dark far end of the boat house, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I was also given extra peanut butter and sugar sandwiches as a special treat by the counselor.

I also witnessed an Eagle Scout ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I remember his ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ This traumatized me as we had no one to tell this to, and I got the idea if this is what gay people are, I needed to fix myself.

As a result, suspecting I was gay (and I am), I had thoughts that I should have myself castrated to keep me from doing this to anyone, ever. This led me into developing alcoholism and drug addiction by the time I was 16. This lasted through age 27, and I am happy to say I am now Clean and Sober coming up on 42 years, alcohol and other drug free, July 5th.

Years of psychotherapy has been necessary to help me cope with numerous effects around all this. One extended event was when an LPD Off Duty officer, working as Security for the YMCA, began shaking his genitals in the locker room and sauna area, at me at the YMCA about 10 years ago. This occurred often after I had done lap swimming. Today I have connected, that, it appears this triggered an overly sexual response in my facial expressions, much as happened when I was at the Boy Scouts Aquatics Camp. This edged the officer on. I complained to the LPD but to make a year long alleged Slander suit he filed against me, story short, I lost $5000+ in legal fees, hours in Depositions, and final humiliation of being banned from all the YMCAs in Virginia ... because when someone dangles their genitals in front of me, it shows on my face. I did nothing else in response, having good control over my own personal parts. He dropped the suit but said they hoped I had "learned my lesson".

I am still harassed by him and some females now on Facebook around that event, and the fact that I am also triggered by women shaking their body parts at me ... like my neighbor discovered and has done the past few years. That escalated into me trying to get her to stop by allegedly threatening her. Upwards to $3000 in legal fees, an 8 day stay or being stuck in jail for lack of being able to make bond, after she made up more lies accusing me of taking pictures of them in their bedroom, when my trail cam was taking pictures of them dumping brush in my yard, hoping to catch on video another display of sexual harassment.

Being sexually aroused at such an early age still has its effects on me.

Grateful I am not drinking or doing any other drugs. Still in psychotherapy. "Facing Everything And Recovering", with the help of my 12 Step Programs, Sponsor and Therapist. Recently deemed "Not Guilty" in the alleged threat suit, and no outstanding legal actions against me.

Expensive, not only monetarily ... but: spiritually, emotionally, physically and socially.

As soon as I find the group photo of the counselors and the other boys, I'll provide it to my attorney. One camp counselor is in his speedo that shows all, and the other is in a tight short-shorts bathing suit, that shows quite a bulge. I enjoy myself as a gay man today, but it is not without its complications as a result of the BSA's stand on Gay men, and what I experienced as a child member.

I need my morning lap swims ... just found out our Lynchburg City pool will not be opening for such again this summer ... I'm afraid to try to join the YMCA again, my only other viable alternative ... they won't put their retaliatory banning of me in writing ... they just look me up on a computer, and blurt it out in the lobby.

This review has been therapeutic for me.

Thankyou for listening.

Best Wishes for Health & Happiness,

5/11/21