May 12,2021

To: Justice Lauri Silverstein

Dear Justice, please don't let the BSA gets away with low balling their offer to the people that were abused by their inaction to check on the people that they put in charge of the youth in their charge. In my case I was only 14 years old when I wasn abused during my second meeting which was held at ███████████████████████ After that week-end I never went back I my now 80 years old, so you can see how far back their abusive behavior has been.



FILED
2021 MAY 17  PM 12:56
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE




Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE. 19801

U.S.M.S.



FOREVER / USA