To:
My response to the asbestos claim settlement amt. This is amt. as they — I was employed at a power plant at Atlantic Elec. in Maymora, NJ. called Bl. England Gen. Sta. Box 1. There was asbestos all around the power plant. As a result of this employment I

May 9, 2021

FILED 2021 MAY 17 PM 12:55 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

4/5

I endured some damage to my lungs. In 2018 I was hospitalized w/a small pulmonary embolism. In 2019 a repeated. This was my 2nd

hospitalizations in 4 yr. I am currently retired + doing OK. I'm unsure on what this [illegible] will do if anything for any future compensation. I'm unsure on how to go w/ this.

thank you

United States Bankruptcy Court
For District of Delaware
824 N. Market St,
3rd FLR
Wilmington Delaware 19801