FILED
2021 MAY 17 PM
CLERK
US BANKRUPTCY COURT

Justice Lauri Selber silverstein" with Respect

[redacted]

How are you? I'm Just Writeing in Hopes that you can get a Feel of How Tragic & Disgraceful my Life has Been after the Fact" upon being A Victim of The B.S.A" Just so you Know" I personally have Never Recovered From my Abuse ever. Not only did it cause me to Hate my own Mom" For more then 40 years For I Felt that she allowed my Abuse To take place by leaving me in the Care of my scout leader & the B.S.A period" I felt she did not Protect me" This incident destroyed my Personal Relashionship with Family, Friends & aquaintances Growing up here and There" I went into A Deep-Deep Dark place" and i am still there til this day" and i am 52 years old now & suffer from [redacted] Issues that i do not even know how to spell" but what Really tore my life up was my Trust issues" For my life was — Wasted" for I Never Got any Proper Help or Care For i was scared & did not Trust Phyciatrist, Doctors No-Body" i was terrified of Authority" or anyone older or Bigger then me Growing up" I was terrified to be alone with A Doctor or mental Health personell" i would not do it" I Never was Able To Bounce Back or Recover From my Abuse as i sit here from my [redacted] writeing you this letter" ya Miss Silverstein that shit Hurt me & Shamed me so Bad that I Hate myself" and Rebell'ed against Society For my Hurt" I Turnt To [redacted] & Kept Running & Running From

my own Personal Hell & TEARS" I Know Now" that i should of allowed myself To Trust somebody to Get Help as i was growing up" but i was so scared and Messed up & didn't trust my own Mom!!... and only Buried my Hurt Deeper & Deeper" ive Finally opend up to my mom & we talk & i am getting Help thru the (Mental Health Dept) here in prison" but i will Never be able to Re-Live the 40 Years ive wasted Running away Hurt & Disgraced" Also its IRONIC how The B.S.A Trys to act Like what they did & caused to THOUSANDS of INNOCENT Kid's Like myself is NOT A BIG Deal & are only Concerned that there INSURANCE Company's should pay minimal Compensation to there victims" That is so CRUEL, SICK & iNSULTING" there is NO price TAG ON A Humans Pain & suffering some victims like myself" wasted my whole Life Running with Hurt, SHAME & Disgrace & will Never Be able To get my Years & Life Back do To The physical & Mental abuse that was Done to me & us by The B.S.A. There just worried & CARE about there legalities & Bankrupcy & want to Sweep us victims under the CARpet & throw our Lives under the BUS" We didn't do anything wrong!! They did!! and all there concerned about is To propose A Reorganization plan to Benifit WHO? Themselves of couse" your HONOR I Respectfully ask you To Know that i Respectfully leave the Decision To Rule in your Hand's there only CONCERN is paying Money To there victims how SAD" No Money Can ever Fix my mental Issues. But we Deserve what we Got comeing... Thank you and GOD BLESS..."

with Respect [redacted]

With Respect" [redacted] CAN you please Contact me & let me know you Received my Letter. i suffer [redacted] & Feel that my MAIL Gets Thrown AWAY Please" I will worry & stress. Please Thank you.

FOREVER / USA

"ATTN: THE Honorable Justice
Lauri Selber Silverstein"
B.S.A. Bankruptcy Case
824 MARKet st. 6th FlOOR
Wilmington, DE. 19801

LEGAL·MAIL

19801$3024 C012