TO: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE. 19801

FILED
2021 MAY 17 PM 12:49
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

When I was nine years old I lived in Sarasota Florida, and a playmate asked me if I wanted to go to his boy scout meeting. I was excited and said yes. When we arrived he introduced me to his scout leader named Mr. ███████ About fifteen min later Mr. ███████ asked me to help him in a back room. When we got into the back room, he locked the door, and he told me to do exactly what he told me to do, that if I did not do what he said he would kill my dog and my family.



He wiped my mouth with a cloth that was hanging by a sink. He gave me a Royal Crown soda, told me how good I was and reminded me that if I told anyone, he would kill my dog and my family. When I got home I went straight to my bed and cried. My mother came in and asked what was the matter, I told her the story and she slapped me for telling her

a lie and then had my father spank me with his belt. I never told them again.

For the next four years, every Saturday they made me go to the scout meeting where Mr. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Then he would remind me that he would kill my dog and my family if I told anyone what he had done.

It only stopped when we moved to Cincinnati Ohio when I was thirteen. I figure he ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ about two hundred and thirty times. I am now Sixty nine years old and I STILL THINK ABOUT THIS ABUSE EVERY DAY, EVERY DAY!!!!! WHEN I GO TO BED AT NIGHT IT COMES INTO MY MIND, EVERY NIGHT. IT IS THE LAST THING I THINK ABOUT EVERY NIGHT. As an adult in the Air Force, I spent two weeks in Sarasota trying to find Mr. ▇▇▇▇▇ I think I could have killed him if I had found him, but I could not.