To Judge:
Lauri Selber Salverratio

FILED
2021 MAY 17 PM 12:58
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My name is [REDACTED], I am writing to you all letting u all NO that I had to "drop" out of school, because what happened to me, so that made me illiterate, I didn't like how the kids made fun of me. So I decided to do old-odd jobs to support myself.

Thank u
: Please Help Me :



To BSA Bankruptcy Case
824 Market St. 6th floor
Wilmington, DE 19801