FILED
2021 MAY 17 PM 1:00
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

4-30-21
Reference #
SA-56355

Your Honor
Justice Lauri Selber Silverstein

At the age of 13 years old I joined the Boy Scouts of America. I attended boy scout meetings at a church in ▇▇▇▇▇. I respected our Scout Master as a leader beings I was being raised without a father in the home. Little did I know he was a ▇▇▇▇▇. In one of our scout meetings he asked me to stay after everyone had left, he began to ▇▇▇▇▇ I tryed to get away, however his strength overpowered me. He held me down and ▇▇▇▇▇ I struggled to get away but couldn't. I cried as he ▇▇▇▇▇. After he let me go he threatened me not to mention what he had done. I was so overcome with guilt, shame and embarrasment that I never mentioned what happened to me to anyone. I never went back to scouting. After this incident I ditched alot of school, failed in most of my classes. I had alot of anger and would fight alot, and wouldn't listen to anyone in authority. I didn't trust them.

As I grew older, I turned to drinking trying to forget, but my past would always catch up to me. Today I am 73 yrs old and am still haunted with what I experienced as a young teenager, which affected all aspects of my life. Marriage, ███████████ with my wife, tried to go to college my children. Still feeling the anger and guilt.

This must be addressed so other young men will not have to suffer this abuse.

Respectfully yours,

███████████

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801