TO THE HONABLE JUSTICE SMY

LAURI S. SILVERSTEIN ▮

PLEASE BE ADVISED I WAS A God FEARING CHILD BROUGHT UP THINKING EVERYONE IN A UNIFORM FORCED ME TO FOLLOW ALL INSTRUCTIONS. I WOULD LIKE TO EXPLAIN THE TRAMA FROM THIS ABUSE GOES BEYOND ANY WORDS I CAN FIND TO SHARE THE GUILT I FELT WHEN I WAS ACTUALLY THE VICTIM OF THIS HOSTILE ABUSE.

JUDGE THE FACT THAT I WAS A YOUNG CHILD THE ▮▮▮ WHICH THE VERBAL CONTENT HAS LIVED WITH ME ALL THESE YEARS NOT TO MENTIONED THE FACT THAT I KNOW SO MUCH MORE FROM BEING CONFINED. I WAS A ▮▮▮ FROM A CHILD AFTER THESE ACTS OF ▮▮▮ WHICH AFTER FEARING TO TELL ANYONE ONCE I BEGAN TO SHARE THE STORY THE ORGANIZATION TRIED TO CONVINCE MY FAMILY IT NEVER HAPPENED SO IT MADE ME FEEL AS IF THEY DOUBTED THE FACTS, ESPECIALLY THE ▮▮▮ THE FACT THAT I BELIEVED THE LAW STATED I MUST OBEY THESE MEN IN UNIFORM EVEN WHEN (HE SCOUT MASTER) TOOK HIS UNIFORM OFF TO ▮▮▮ THERE IS NO WAY I THOUGHT I WOULD DISOBEY THIS LED TO THE (SCOUT MASTER) ▮▮▮ ME TO GET ▮▮▮ OF THE RAPE NATURE WHICH CAN NOT BE MADE SENSE NOW THAT I UNDERSTAND THIS WAS ABUSE OF ANOTHER LEVEL.

DEAR HONABLE JUDGE,
I SPEND NIGHTS NOW 40 YEARS LATER REMEMBERING

(1)

THE DEGRADING ███████████ TO WIT- NO CHILD SHOULD OF BEEN FORCED TO ENDURE THE ATTEMPTS NOW TO CONCEAL THE TRUTH WAS NON EXISTANT THEN WE AS CHILDREN LACKED KNOWLEDGE THIS ███████ GOES BEYOND SIMPLE ██████ THERE IS NO WAY TO CONCEAL THE FACT MY ███████ ISSUES BEGAN WHILE I WAS SUFFERING THE TRAMA, THOUGH THEN I COULD NOT RELATE BECAUSE SHAME KEPT ME IN ANOTHER TIME ZONE SORT OF IN THE WAY I THOUGHT EVERY DAY AS A MAN NOW I SIT TRYING TO BLOCK OUT THE FACT I WAS VIOLATED. IT IS CLEAR I LONG FOR REDEMPTION THOUGH VENGENCE AS THE BANKRUPTCEY DOES NOT TAKE AWAY NOR, ACCOUNT FOR THE CRIMINAL ACTS AGAINST MY PERSON EVEN THOUGH THE WORLD HAS COME FULL CIRCLE AS FAR AS THAT ABUSE ENHANCED BY THE FACT THAT THIS STATE HAS DEGRADED MY LIFE THE WAY THE (BSA) HAS DEFOWLED MY CHILDHOOD TO THE DETRIMENT OF NO END AS MENTALLY I LIVE THESE TO OVERWHELMING OBVIOUS ABUSES EVERYDAY. NOTHING CAN TAKE IT ANYWAY BUT I LONG TO SAVE OTHER CHILDREN, THE FACT THAT SAID ABUSES WAS ███████████ MY INNER BEING EVEN MORE due TO THE FACT THAT EVERYONE THINKS SAID ABUSE WAS NORMAL OTHERWIZE PROSECUTION WOULD BE IN ORDER AS LIKE MURDER THERE IS NO STATUE OF LIMITATIONS ON SEXUAL ABUSE THOUGH I'M NOT SURE AS TO OTHER FORMS OF SEXUAL ABUSE, I CANNOT SPEAK NOR, TRUST ANYONE TO SHARE THE FACTS NOR, EXPLAIN WHY I'M HOLLOW TO SAY THE VERY LEAST. THERES NO WAY TO COMPENSATE FOR ALL I LOST OVER THE YEARS THOUGH AS STATED I NEED YOUR HELP WITHOUT HAVING TO ASK FOR IT.

(2)

I WANT TO OBJECT WITHOUT THE DETAILS I. HAVE LITTLE TO NO INFORMATION AS TO THE COURTS THOUGHT ON THE ISSUE OF THE CASE THOUGH I WOULD SEEK SHARES IN (BSA) AS WELL AS TO BE ON AN OVER SITE BOARD THAT WATCHES THE ACTION OF THOSE IN PLACE SO <u>NO</u> OTHER CHILD EVER SUFFERS SAID ABUSE.

SINCERLY



(LEGAL MAIL)

**LEGAL MAIL**

19SD133024 0012

JUSTICE LAURI S. SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET 6TH FLOOR
WILMINGTON DE
19801

