FILED
2021 MAY 17 PM 12:49
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

Monday May 10th 2021

In Reference to Claim No. SA-████

To the Court and Community,

    My name is ████████ and I am a former victim of the Boy Scouts of America, involved in this suit. I am writting this letter to get my story out and to show the world that these incidents affected so many kids just like me and cannot be over-looked.

    For me the Boy Scouts of America was supposed to be an event in my life that was fun that prepared me for life. Teaching me the ways of being able to care for myself and be a man. Sadly it was anything but that and changed my life forever.

    In my case when I tried to seek help from my Scout Master he got upset and made me go back to my tent telling me "it was just what we did as boys and stop being a baby about it."

    Throughout my time in the boy scouts I was sexually molested, tortured and humiliated by my scout leader and 2 other older scouts and when I said something about it to my Scout Master he did nothing to protect me.

    Over each Jamboree and during my time in Boy Scout camp. 4 of the older boys would try to get me and another scout involved in sexual activities with them. The four boys were all sexually involved with each other and would ████████████████████████████ They wouldn't hide it either. The first few episodes were just inappropriate touching and advances when they were in pairs at different times. In the woods in the tents around the fires the boys would do things that were very innapropriate. Usually at every Jamboree or outing these would happen and I wasn't okay with it.

    The most serious assault happened at a Jamboree in Middlesex VT in a field behind Scribner's Farm Stand on Rt 2. We had all set up our tent a big military style canvas tent. We all had cots set up to sleep on and in the center of the tent were four wooden palletts to brace the center post. Over a 6 or so hour period late into the night myself and another younger scout were sexually molested, sexually humiliated, and tortured by 4 older scouts who were

all very sexually active with each other. This night was the most horrid night of my life I was scared humiliated and physically hurt. I reported the assault to my Scout Master who was supposed to be there to protect me and he made me go back in the tent to continue being tortured on 2 seperate occasions and attempts to get help.

Myself and my friend [REDACTED] were sexually molested by the older Scouts when they tried to get us to have sex with them. They made



This happened to me for hours and on two attempts the father of one of the older scouts who was my Scout Master did nothing to stop it he only got upset and told me to stop being a little baby and go to bed. He said that's what boys do.

This assault ruined my life. At a time when I was suppose to learn the skills of being a man that could take care of himself I was being Sexually Molested and tortured.

This assault turned me into an angry sad person. It changed me in ways that caused me to act out in school, It caused me to be a very closed soul. I have suffered with severe Bipolar Depression, Explosive Rage and Post Traumatic Stress Disorder. I have never been able to trust anyone. It put me in fear for my life because when I told someone he did nothing to help me. I felt alone, for years my parents got me Counsel and therapy and I couldn't talk about it at all. I tried to block it away for years and it turned me into a Violent person. I started to do drugs at the age of 14 I've tried to commit suicide many times even trying to lite myself on fire in my parents driveway.

I was thrown out of school on a daily basis and was put into

a Juvenile Detention then sentenced to a residential home until I was 19. This situation ruined my life.

This is what my experience in Boy Scouts got me. When I needed the help they were not there for me. Some years later after these incidents took place Both ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ were investigated for Sexual Molestation and Assault because they were doing things to the Kids in Patty Gardners Day Care center in Waterbury VT. I was also a victim at this Day care which is where the assaults originally started. These are the people that Boy Scouts of America hired to lead their troops.

The Idea that the Boy Scouts of America can just shrug this off like it didn't have a place in the blame is absolutely wrong. They are responsible for putting so many of us in harms way by hiring such questionable people. This needs to be dealt with. The Boy Scouts of America canot get away with this.

Respectfully

