FILED
2021 MAY 17 AM 10:36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 17, 2021

To The Honorable Justice Lauri Selber Silverstein

I was victim of Boy Scouts of America in the early 1950s along with my Brother. I was fondled at first, the I was also only seduced by Scout Master, who was a Catholic Priest from the Catholic Church in Big Stone Gap, Va. The Church name was Sacred Hearts. I have had problems all my life because of these experience. How would you feel if you or one of your family members had experienced such truma? Child Abuse must be stopped and I trust you will with Gods help make an example of these organizations, and let them know that enough is enough. God Bless and I hope you make the right decision.



P.S. The B.S.A and any or all clubs or organization should be monitered on all outings or meetings and background checks on all leaders should be a high Priority.       again thank you

KNOXVILLE TN 377
12 MAY 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6'th floor
Wilmington, DE. 19801

19801-302499

X-RAY

