JUSTICE LAURI SELBER SILVERSTEIN
BSA BK CASE # ███████
824 MARKET STREET
WILMINGTON DE 19801

**FILED**
21 MAY 17 PM 12:51
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

FROM: ███████

WORK: ███████

Dear Justice Lauri,

I hope this letter finds you in good spirits. Small moments matter I've realized. Looking back over my life, the what is, what could, and what can change, are all here. In this case.

Before I knew how dramatically my life has changed, I found myself actually dealing with the root cause for most of my issues, problems, and behaviors. I am not the kind of person that makes excuses. But there is a point, a person realizes, that through no fault of their own — and without pointing a finger — one can lose everything by not finding the cause. That is because of abuse. At the very core of this case.

Betrayed trust. Childrens innocence — robbed. Parents not knowing the agony, suffering, anguish a child faces. I do. And a lot of other people do. Because of some of the "leaders" at the BSA. I do not know how my life would be different, if I did complete being an Eagle Scout. Which I was on track, and ahead of most.

I was in the Boy Scouts, Karate, Baseball, Football, Basketball, Soccer, Umpiring, Training, and Instructing. I played the piano and saxophone, later the guitar, and many other instruments, as well as singing. I'm an artist in many ways — But some of the things that started happening changed everything, my attitude, my grades, sports, home — A sexual deviancy was manifesting itself - A perversion caused by abuse. I have since have been educated and treated, counseled and continue to help in many ways, including doing commercials about Child Abuse, Senior Abuse, and more.

Many of the "incidents" were meetings in wierd places, boys being seperated, looking back, knowing what I know now. If I had just conveyed it to my Dad. But I wanted to be an Eagle Scout. A Black Belt. A Woodsman, & a Scholar, and now before I went to the Military, to be Delta Force, and a Navy Seal. However, things Change. Above that was Critical to young men. and women. to have Mentors to learn from. That betrayal is so profound that money. Cannot put a bandaid on the wounds we carry. Knowing and realizing it was NOT my fault - The Shame is no less - It takes a long time to understand and it hurts no less. Whatever I haven't Accomplished. And we clonde ok. Better at Asues. I guess I wish I would have said this a long time ago.

Whatever they took. They can't repay. And they cannot be ~~~~ Allowed to continue. Too much trust is lost.

I wholeheartly ask a full liquidation of All Assets be split among the victims. A new organization may arise. With better leaders to take our childrens, hearts, dreams, futures into thier Arms. Smart parents know what they cannot teach thier children. So they ask other people to help.

If your a parent, and I know your a daughter. I have a daughter. 16. Shes beautiful. Confused about sexuality. I try to be encouraging without judging.

Its comin along. Im a good Dad. You'd be proud. (However. I wouldnt let Anyone Join the BSA until there is No More BSA. Some New. Name - fresh Attitude and old traditions — new traditions — saying hundreds of thousands of childrens futures — and the millions that will be influenced by said children. and Boys, Men. fathers. Sons.

please. Stop this organization Completely, Forever. Better to invest in Millions of men. to shape

them better. Than destroy tens of thousands of childrens lives and the people that love them. May the Courts be blessed with wisdom. Please. If you want to talk, call me!

[redacted]

Thank you, Justice [redacted].