Dear Justice Silverstein,

I'm writing in regards to the Boy Scouts of America Bankruptcy case my claim ▇▇▇. I would like to tell the court my story and why I even joined this case.

My Scouting experience began when I was 13 living in a Foster home. Scouting was something that helped me deal with life as a foster kid, something to keep my mind busy. I really enjoyed camping and learning so many great things Outdoors. Our ▇▇ always attended ▇▇▇▇ the State line. The first year I went I enjoyed it very much and couldn't wait to go the following year. It was my second year when ▇▇▇▇ ▇▇ by an ▇▇▇▇. I was so ashamed and felt so victimized that I never told anyone, after all being a foster kid I had to be tougher than most kids after my own family didn't want me anymore.

Within the following I simply stopped going to our meetings as the fear of going back to the camp became overwhelming. I began having problems resulting in me being kicked out of the Foster home to a group home. I had spent the better part of 2 decades keeping it all bottled up, or at least so I thought. I can say with certainty that my life took a dark turn after this happened to me.

I've dealt with Alcohol abuse, Drug Abuse as a way to medicate myself. I've had alot of violence in my life, I've had alot of crime and punishment that I've felt somehow I deserved in Life. Self doubt is masked by anger and running away. I have had problems making connections in Life, even with my 2 daughters whom mean the world to me. The 1 positive from my abuse is that I've kept a burning hate for [REDACTED], and since I've spent nearly 10 of the 14 years since I turned 18 in prison it has kept me honest in here. I ask everyone I meet their crimes so I'm not ever friends with their kind.

I was hesitant to join this suit because I had spent so much of my life suppressing what happened to me, I didn't want to be victimized all over again. Its been brought to my attention through my representation that that is exactly what the BSA and Insurance company's are trying to do all over again. Even if I can receive no justice dont do it to others, my experiences even has made me question my [REDACTED] which is apart of our DNA to reproduce, thats how heavy of a Burden the BSA has placed in my own life and in the lives of others.

Thank you for reading this and hearing me out.
                       Sincerely, [REDACTED]

*Confidential Legal Mail*



OMAHA NE 680
10 MAY 2021 PM 4 L

19801-302499

Justice Lauri Silverstein
BSA Bankruptcy
824 Market Street 6th Floor
Wilmington, DE 19801

