May 11, 2021

FILED

2021 MAY 17 PM 1:55

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstien
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE 19801

Dear Justice Silverstien:

    My name is ███ and I am writing this letter to shed light on my history with the Boy Scouts of America and how I met the ███ that destroyed my innocent childhood. I joined the Boy Scouts of America in 1973 at the time I was 13. I lived in ███ and was with ███ In the summer of 1974, I attended the ███ in ███ and this is where I first met ███ He was in ███ in ███

    That same summer, ███ asked me to help him around his house doing some jobs. I thought to myself, "Sure, why not." He was the Boy Scout Leader, and I looked up to him. One late afternoon while mowing his lawn, it started to rain, so Richard invited me into his home, so not thinking anything of it I went inside. He offered me some soda and snacks, which I thought was kind. ███ was very polite and was a Boy Scout leader, so I felt safe and secure. I had nothing to fear. It started getting dark, so he suggested I spend the night. I told ███ that I would have to check with my mother, so I called her. My mother thought it was o.k. She felt that ███ was a good role model.

    ███ gave me my room, and I settled in for the night. Then in the middle of the night, while fast asleep ███ I tried with all of my might to break free from him, but he overpowered me until I couldn't fight any longer. ███ I was frozen with fear, in disbelief, and mortified all at the same time. When I had the chance I ran to the phone and called my mother. She told me to come home right away and never go there or near him again. I never did. However, the damage was already done.

    Not realizing it, hindsight is 50/50, but my life started to spin out of control. My self-esteem was at an all-time low, fighting in school, cutting class, smoking, petty crimes, alcohol, and marijuana. My mother lost total control of me. My poor mother, raising seven children on her

own. Then the family court had to step in. They didn't know what to do with me, so they sent me to ████████████████████████████████████ After that, my Aunt and Uncle took me in, so the courts shipped me to live with them in ██████ I attended school there and excelled for two years (before living in ███████ I had a reading level of a third-grader).

Two years later I returned to ████████ to repeat the same behavior over, and over again. I barely made it out of high school with all the ██████████████████████ I did this for years and years never knowing why. Then at the age of 35, beat down and disgusted with myself, I decided to get clean and sober. I attended an ████████████████████████, which my employer helped me with, and then entered ██████████████████ It was in the rooms of AA where I worked the 12 steps. However, it was while I was doing the 4th and 5th steps that I discovered a lot about myself. I finally after all of these years, after burying that deep dark secret way deep down inside of my core, I realized that I was ████████████████████████ the Boy Scout Leader.

I was finally able to cleanse myself of all the shame, guilt, and remorse of the actions of this monster. However, I suffered a great deal of hardship over the years. Being arrested numerous times, unable to sustain healthy relationships, ██████████████████ putting my mother through hell, robbing myself of an education, beating myself up, and not knowing why.

I married at 29 and was blessed with two beautiful sons and now a daughter from a second marriage. My first marriage ended in a divorce. I would have liked to have stayed married the first time. However, I wasn't equipped to have a loving and caring relationship because I felt broken, and ██████████ was the monster who broke me!!! ██████████ robbed the soul of an innocent child that soul was mine!!! I will never get that back!

This never should have happened. I feel that the Boy Scouts of America are responsible for not looking into the background of this ██████ No amount of money could ever repay the pain and suffering that I've endured over the years or what I've missed out on in life. However, I think that the Boy Scouts of America should compensate all of the victims for the suffering we had to endure over the years!

Thank you for your prompt attention to this important matter.

Sincerely,

████████████████████



WESTCHESTER NY 105
12 MAY 2021 PM 3 L

19801-302499

Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street 6th floor
Wilmington, DE 19801