TO: BSA BANKRUPTCY CASE

REGARDS: SA███████

From: ███████

FILED
2021 MAY 17 PM 12:56
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Ma'am,

I was abused from 11 to 14 years old. I have been struggling with this abuse all my life. I now realize how it affected me in so many ways, that influenced me into making bad decisions that led me in and out of prison, most of my life.

I have recently found out who the 2nd and third scout masters from Troop 533 the next town over from my Troop 147 who molested me.

I want this to end, I'm getting treatment and want to move on with my life.

I'm to be release from prison sometime in November or early December.

I would like this case to be resolved by then and what little compensation I recieve will help me get started on the right path and becoming a productive citizen.

Respectfully submitted

███████