FILED 5·6·21

To: Justice Lauri Selber Silverstein

2021 MAY 17 PM 1:50
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Hi there. I'm just writing on my behalf on the BSA case.

When my wife first told me about the commercials on T.V. and suggested I should call, I said no because nothing ever happens. It's nothing but shame, embarrassment + not believed.

The world is about money. Money rules the world. You can get away with anything + never have to be held accountable if you have the money. Money is power.

I can tell you some sick things that happened to me by my scout leader. But why do that to myself. It wasn't believed then + it sure isn't going to be believed now. And even if it was, nobody is going to be held accountable...

It's crazy to say, but the worst part was the giving me drugs + alcohol + causing me to battle drug addiction my whole life. The pervert sexual stuff that was done to me + I'm sure many others, caused me to never trust anyone.

It's obvious where this case is going. The same place everything goes if you have money. Nowhere.

I'm upset at myself cause every notice I

— other side —
↓

get from this law firm just brings everything back up again.

I've spent many years trying to forget + numb myself to the past. And here I went + put myself in a situation where I have to think about this stuff again + again.

Justice Silverstein, I hope you do something to hold these people accountable + at the very least to pay attention to the men that are working + being around these young kids.

The higher ups never paid attention to what was most important — The Kids. We were all kids at one time. Yet part of my time as a kid was destroyed...

Not being held accountable just means they don't have to change a thing + can continue exactly as things were.

My life means something. I haven't allowed the things that happened to me back then to ruin my life but I know its effected me in many ways.

Please don't allow for these people to continue business as usual.

Thank you for your time..

Sincerely,



PRISON GENERATED MAIL
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

Legal MAIL

To: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801




