FILED
2021 MAY 17 PM 12:
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Monday, May 10th, 2021

Subject: Boy Scouts of America (BSA)

Case No. (SA- ███████)

Dear Honorable Judge Lauri Silverstein,

My name is ███████

I joined the Boy Scouts of America through our Church in Detroit, MI called People's Community Church with excitement, Joy and Hopes of being a great Boy Scout in my community and make my Mother and Father proud of me. But instead the Scout Master ███████ sexually Abused me when we went to the Cabins up North & on several-

(1 of 2)

- other occasions and threatened me to never tell anyone what they was doing to me. Everytime I think about what the Scout Master's have done to me I get angry, embarassed and depressed. The Boy Scouts of America destroyed my life and now I understand why prison has consumed my life due to the way I was mistreated when I was a member of the (BSA). I pray every day to be alive and able to talk about what happen to me in the past hoping it will change my life for a better future as a survivor from the representatives of the (BSA) and be able to live to bring to light what was done to me in the dark.

(2 of 2)    Sincerely,