To the Courts and for my claim SA-███            05/10/29
Attention
Justice Lauri Selber Silverstein

    I am writing this letter to inform you that I am very dissatisfied with the BSA in not taking accountability in the matter at hand. The BSA has been aware of the thousands of us who were affected by the violent abuse that was inflected on us as young children. I was in a position of trusting someone who took advantage of my vulnerability during my parents separating and getting divorced. I was assault more than once from my scout leader and it left a scar in my mind my whole life. The events that went on when I was in Troop 79 in Gettysburg, Pennsylvania created confusion in my sexual orientation for the rest of my life. I have had trouble understanding if I am gay, a bad person, or able to be in a relationship that can be healthy with a woman. I have been married twice and each time I questioned if I am supposed to be with this person and wondering if I am even supposed to be with a man instead of a woman. As a trusting young child, I believed that this was ok and right. I enjoyed the sexual attention, and the feeling of the sexual gratification. I blamed myself and lived in fear as I got older and realized that this is wrong and worried of others finding out. This event started the path of always thinking; maybe I am gay? In addition, should I not be married to a woman since my first sexual act was with a man? I have been confused since those experiences to this very day. I have had two children and I have been forced to deal with situations of not being able to let them join the BSA, and not able to tell them why. I cannot tell them it is because it is an organization that allows children to be molested, and then do nothing to stop the situations. I could never allow myself to put my two sons in that position to be violated. My life and my marriages have been affected by this and it created many days and nights of confusion of even knowing who I am. I should not have had my innocence stolen for the sake of someone's sexual urges while wearing the BSA uniform. The fact that the BSA is trying all they can to not recognize the damage they have left go on for so many years is disgusting. I want to be compensated for my life being altered, my sexuality being violated and for the confusion of affecting my life and my marriages, but most of all I want them to just say that they understand that this was wrong, and that they are sorry for facilitating something of this nature for so long. I have already written down the situations of abuse and I do not want to go through that again. I should not have to, or should the 83,000 other people. When do we just say enough is enough?







PRISON GENERATED MAIL
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th Floor
Wilmington, DE 19801



U.S.M.S.
X-RAY



U.S. POSTAGE
ZIP 95640
02 4W
0000338561 MAY 11 2021