To:	Justice Lauri Silverstein
	BSA Bankruptcy Case
	824 Market Street
	6th Floor
	Wilmington, DE  19801

**FILED**

2021 MAY 17 PM 1:58

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Claim Number ▇▇▇▇▇

Honorable Silverstein,                                                                                                  May 6, 2021

My name is ▇▇▇▇▇▇▇ and I am involved in the AIS (Abused In Scouting) legal case against the BSA (Boy Scouts of America). When the Attorneys involved mentioned "even if the abuse happened decades ago……." I wanted to put that to the test and so I called. See, I was in the Scouts, starting with the Cub Scouts and moving on that occurred back in the early to mid 1970's when I was living in Bonner Springs, Kansas.

When I called, I spoke with a representative whom took my information, she was nice and polite and took down everything I said. After the phone call I went through a huge emotional rollercoaster. Finally someone is willing to at least listen, when back then I felt I had no one, for it was not something spoken about. Remember, this was in the 1970's and in the area I grew up in, kids were to be seen – not heard, well at least I was told this.

Recently I was asked to write to the court, to take my power back and let the court, and the world, know in writing exactly what you feel about the BSA today. They said to let the world know what happened at the meetings, at these camps, on outings, and with these Scout leaders. Now look, I am sure there was, and still is, some good things the Boy Scouts of America. With all the troops involved, with some, they did a good job in helping the development and such of young boys as they develop into strong men in their communities. But they were supposed to protect the young boys they were entrusted with to guide. Let me tell this to you now…..THEY FAILED !!!!!

I would not like to see the BSA end and not be around anymore, but if the top people don't want to step up and protect those they are entrusted to guide and help, and protect, then maybe the whole thing does need to end, they failed to protect those whom was abused at Bonner Springs, Kansas, mostly meaning me. I can't speak for anyone else, just me. I have grown up with all of the bad dreams, I still can see faces in my bad dreams, in which still continues to this date. I have recently turned 56. My life has been a complete mess!

I hope most, all of the others whom I know were abused, rather it be sexually or physically, is please also come forward and get help. I know this because they made me watch. Starting when I was just a Cub Scout I had great hopes to be a part of this. I was terrified to think my belt buckle didn't line up with the rest of my uniform. I thought it would be the greatest thing ever…….then I was slammed with the truth…., the former troop that was in Bonner Springs, Kansas wasn't what it appeared to be back then,  and if there is a new troop now, I hope they are better. The place where we met was in the basement of a local Church on North Nettleton at the time "Church of the Nazarene"  (Sorry if I spelled that wrong). My hope is that the leaders of that church didn't know what was going on for this is where I was first exposed to Pornography. Why would you show "Cub Scouts" 8mm Movies containing Pornography? I guess it was actually called "Super 8mm" due to them having sound.

Anyway, the thing is, they have had many years to change their policies and investigate all complaints no matter what they may be and make changes. I know the former troop that was in Bonner Springs, Kansas ended, if there is a new troop I hope they are better.

I do remember building things like a simple wooded car, and also a wooden boat, yet got disqualified before we even raced for my father was actually the one whom built it, and frankly it showed. He was a machinist and did great work. But I understood why I was disqualified, and was not mad about it.

I still remember the abuse that went on out at Camp Nash, that camp that was behind the old Lone Star Cement Plant. There was those involved in the Eagle Scout Group that if they didn't help in the abuse of those in the other groups both regular scouts and cub scouts, then they would be taken to another part of the camp and was beaten, to say the least.

I recently, turn 56 years old and old age hasn't taken too much of a toll on my memory, there are times I wish it did, then I would be relieved of the bad memories, for some things old age is not kind to, for some things are so burnt into my memories, the sight of what went on, along with the smell of the camp fires that was going on does stay with a person for many years, and may never leave.

Back in the 1970's abuse, especially sexual, was taboo to speak about. To try and find all the leaders would never be correct, for some of the ones were not "true" leaders. In the basement of the local church, there was a closet that just had scout stuff in it. Along with the extra copies of the boy scout books was sets of scout leader uniforms. These were used by these whom was "invited" in. They would look legit for they had the uniforms to wear while out at camp. As far as their names, we never knew most of them, some did end up in jail or prison later in life I was told. For some of them, their lives were cut short, due to the abuse they suffered while locked up, (Carma huh?).

Some were released and even became important people, just with a dark past. I am not sure of all of them. There are those whom look familiar, but I am not sure if they are the exact ones or just look at such. But back then we had what was known as "Block Mothers", these women were those whom the local kids could go to if they were locked out of their home, or if there was something going on in the home – they had someone to turn to. Ours was a woman named ▇▇▇▇▇ she lived a couple houses away. I tried to tell my parents on what was going on, but felt bad by doing so in full detail. I said something to her, the next thing I know, the Den Mother and all those involved in that group were gone. They didn't even bother taking their supplies. They got word that "someone" said "something" and they left. There was a local retired sheriff that also lived on North Nettleton that was told what was going on. This might have been the reason they left. I felt bad and was treated like crap by some of the local boys cause there was no more scouts there and they sort of blamed me.

After I spoke to the representative at AIS, I finally broke down and told my sister. She is five years older than me. I have always felt comfort with her. She is a very special person. I spoke to her about how, when we was walking to school and walked by that church, how I didn't walk on that side of the street. After thinking on it, she remembered how I stayed away from that side of the street. She had no clue why, just that we were walking past a phone company and would look for bits of wire that were tossed out, maybe we could make something. But then as she remembered, it was an everyday avoidance. The phone company didn't toss out things every single day.

I have not led a perfect life. In 1995 I was arrested and convicted of Attempted Indecent Liberties, then in 1999 was convicted of Sexual Exploitation due to an unwanted e-mail with a video clip

attachment was found on my home computer. I didn't realize that even though I didn't save it, the video clip (part of it anyway) was on it. I was told that even though I tried to delete it, the stuff was still there. In 2004 when I was to get out of prison, I was taken into custody – evaluated and was deemed what is called "A Sexual Predator" and have been locked up in a mental hospital. Ironic huh? According to the State of Kansas, I became the very thing I grew up hating.

So, to all the leaders and top people of the BSA, I wish to say "**shame on you** – thanks to you, I grew up all messed up – addicted to pornography, labeled not only as a sexual offender, but also a sexual predator". I do have religious beliefs and I know if I let Jesus into my life, ask for forgiveness from the harm I have caused, he will do so. I have done just that very thing. The problem I face every day now, is not being able to forgive myself, constantly asking why? Why would I turn into the very thing I hated the most – also knowing the way things look, I may not ever be released from here. I have thought of suicide many times, but I cannot bring myself to do such a thing. I ask God to walk with me and as he has done so, I cannot do such a thing as in ending my own life, so I live on till he decides to take me out of this world.

I now feel I have become institutionalized and may not be able to function out in the real world very good. If I am released, I would try to do the best I could, but sometimes life has a habit of being in a big hurry and passing some of us right on by.

To those whom were involved back then that are still alive, I would like to say I do forgive you, but I do not forget. I do hope you have changed your ways and have not abused anyone else. Please get some help. Go to meeting where there are offenders, for you just might find yourself face-to-face with one of the very people you abused many years ago, and know just how messed up their lives are. You may think it was no big deal, but it was rather you are a victim or the offender (or both). I have had failed relationships, I am divorced. I have two grown sons whom I do not think really want anything to do with me anymore. I have grandchildren I have never seen. I never abused my sons, but never the less, I was not there for them as they grew up, and I believe they blame me for it. But I will have to live with that. I have no other choice.

I will end this letter. I hope others whom have suffered at the hands of the BSA get the help they need. Some may have already passed on, for I know one of my friends ended his life for he couldn't take the dreams and bad memories anymore, but for those whom are still alive I would like to say I am proud of you for making it this far. Don't keep quiet anymore. Join a support group. Silence can be a deadly thing, or at least ruin your life as it has done mine. To the scouts whom I saw being beaten at Camp Nash, you did the right thing by not doing what they asked you to do. I am sorry you had to go through what you did. I may not know your names, but I see your faces and your tears in my dreams.

It is time for the world to step up and realize the horror we as scouts went through, not only at Camp Nash in Bonner Springs, Kansas but almost everywhere across the nation. To the BSA, the Court and anyone else involved, please step up and admit your failure, change your polices everywhere, or else close your doors, hang your head in shame. My friend died because you failed him. You almost got me too, for you failed me.

[redacted]
Victim of the BSA
While at Bonner Springs, Kansas

LEGAL MAIL

THIS CORRESPONDENCE IS FROM A SECURE FACILITY AND IS UNCENSORED

WICHITA KS 670
11 MAY 2021 PM 2 L

19801-302499

Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801