From: ▮
Too. Your Honor,
Sunday May 9th

Hello Judge, my name is ▮
It's real hard for me to explain where I am
in life, where life went, And the day my
life changed. Even that guy put his hand
in my pants and touched me. I tried to
get his hand out put of course he was
Stronger. He always made me go into
the bathroom so he could "Fix my shirt"
that wasn't tucked in properly. At one
time I will never Forget he ▮
▮ never will I Forget that. I
was a normal Kid in School and at home
Now that I've Looked back at my life
And why I'm severly depressed, an alcoholic
drug addict, suicidul, major anxiety,
went to prison for ten years, divorced,
never maintained a job for more than
a year. Failed as a Father, is because
he changed my life that second he
did that, my mom always tells me
God planned my life. well I believe
that ass whole literaly went behind
Gods back and changed my life

I've been in and out of hospitals for depression, suiside attemps in patient treatment centers, battling with my family and friends, drowning out reality with alcohol and drugs. I don't trust people. I don't interact with society, no real relationships with women. And for most of my life I've been trying to figure out where I went wrong. And I figured out that it wasn't me that went wrong It was him, and boys Scouts of america that changed my life. And boys Scouts of America didnt do shit about it and they still havent. I ask this to judge, wheres your Scouts honor BSA. You know how hard it was to tell my family what he did. do the right thing BSA.

Thank you
Judge

SEATTLE WA 980
10 MAY 2021 PM 7 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St
19801-302499

