## Exhibit B

**Phase 2 Fees and Expense Itemization**



FILE COPY ONLY – BILL
SUBMITTED ELECTRONICALLY
DO NOT SUBMIT TO CLIENT
UNLESS EXPRESSLY
REQUESTED BY CLIENT

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

April 26, 2021

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90416067
Client.Matter #  047657.000013

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through March 31, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ....................................................................................................................................$5,290.00
Expenses.................................................................................................................................$0.00

**Total Due This Bill..........................................................................................................$5,290.00**

|  | Fees | Expenses |
|---|---|---|
| Year-To-Date | $44,120.20 | $22.35 |
| Life-To-Date | $1,746,954.70 | $2,332.93 |

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
04/26/21
Bill No. 90416067
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through March 31, 2021

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/01/21 | BAG | PHASE2 | Work on 4th interim fee application. | 1.50 | 960.00 |
| 03/02/21 | KAD | PHASE2 | Email exchange with Eric Moats regarding budget form for interim fee application. | 0.10 | 19.00 |
| 03/02/21 | KAD | PHASE2 | Email exchange with Kirk May regarding billing instructions and information on J.F.H. lawsuit. | 0.10 | 19.00 |
| 03/02/21 | KAD | PHASE2 | Email exchange with Robyn Jungers and Anna Kutz regarding billing on Arizona lawsuits and noting same in Riskonnect. | 0.10 | 19.00 |
| 03/02/21 | KAD | PHASE2 | Conference call with Ashley Halvorson and Sean Manning regarding Arizona lawsuit billing issues. | 0.30 | 57.00 |
| 03/03/21 | KJM | PHASE2 | Begin review and analysis of all billing entries for inclusion of OD 12th monthly fee application. | 0.70 | 105.00 |
| 03/03/21 | KJM | PHASE2 | Final review and analysis of all billing entries for inclusion of OD 12th monthly fee application email to B. Griggs regarding same. | 0.30 | 45.00 |
| 03/04/21 | BAG | PHASE2 | Review and respond to email from Desiree Vale at Morris Nichols regarding 10th monthly fee application. | 0.20 | 128.00 |
| 03/04/21 | SEM | PHASE2 | Conference call with Robyn Jungers, | 0.40 | 178.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Anna Kutz, Lynn Richardson, Ashley Halvorson, Kelci Davis and Katie Murray regarding Arizona lawsuit billing issues. | | |
| 03/04/21 | KAD | PHASE2 | Review email from Desiree Vale regarding CNO to Ogletree's 10th fee application. | 0.10 | 19.00 |
| 03/04/21 | KAD | PHASE2 | Conference call with Robyn Jungers, Anna Kutz, Lynn Richardson, Ashley Halvorson, Sean Manning and Katie Murray regarding Arizona lawsuit billing issues. | 0.40 | 76.00 |
| 03/04/21 | KJM | PHASE2 | Conference call with Robyn Jungers, Anna Kutz, Lynn Richardson, Ashley Halvorson, Kelci Davis and Sean Manning regarding Arizona lawsuit billing issues. | 0.40 | 60.00 |
| 03/05/21 | KAD | PHASE2 | Review email from Desiree Vale regarding Ogletree's CNO for the 10th fee application. | 0.10 | 19.00 |
| 03/08/21 | KAD | PHASE2 | Email exchange with Yesmy Romero and Robyn Jungers regarding process for handling Wiggin and Dana's invoices that pertain to Chubb matters. | 0.10 | 19.00 |
| 03/08/21 | KJM | PHASE2 | Email exchange with Nicole Capece at Melick & Porter, LLP regarding insurance coverage in the Guy Forman v Seneca Waterways Council (NY) and ebilling question pertaining to same. | 0.10 | 15.00 |
| 03/09/21 | KJM | PHASE2 | Review and submit Epic invoice for processing of payment. | 0.10 | 15.00 |
| 03/10/21 | BAG | PHASE2 | Review/redact February draft invoices for inclusion in monthly fee application. | 1.00 | 640.00 |
| 03/10/21 | BAG | PHASE2 | Complete work on fourth interim fee application. | 1.00 | 640.00 |
| 03/10/21 | KJM | PHASE2 | Finalize 4th Interim Fee Application with Exhibits and email B. Griggs and | 1.00 | 150.00 |



Page 4
04/26/21
Bill No. 90416067
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | K. Davis regarding same. | | |
| 03/10/21 | KJM | PHASE2 | Exchange email with B. Griggs regarding 12th monthly fee application. | 0.10 | 15.00 |
| 03/10/21 | KJM | PHASE2 | Exchange email with B. Griggs regarding 4th interim fee application. | 0.10 | 15.00 |
| 03/10/21 | KJM | PHASE2 | Email to E. Moats and P. Topper regarding OD's 4th interim fee application. | 0.10 | 15.00 |
| 03/10/21 | KJM | PHASE2 | Review email received from B. Griggs regarding 4th interim fee application. | 0.10 | 15.00 |
| 03/10/21 | KJM | PHASE2 | Email exchange with P. Topper regarding 4th interim application. | 0.20 | 30.00 |
| 03/10/21 | KJM | PHASE2 | Prepare Exhibit C to 4th Interim Fee Application. | 0.80 | 120.00 |
| 03/15/21 | BAG | PHASE2 | Review CNO to the 11th monthly fee application received from Desiree Vale. | 0.10 | 64.00 |
| 03/15/21 | KJM | PHASE2 | Begin preparation of 12th monthly fee application , materials and exhibits. | 1.50 | 225.00 |
| 03/16/21 | KJM | PHASE2 | Continue work on OD's 12th monthly fee application. | 0.40 | 60.00 |
| 03/17/21 | BAG | PHASE2 | Work on 12th monthly fee application. | 1.00 | 640.00 |
| 03/17/21 | KJM | PHASE2 | Finalize 12th monthly fee application and send to B. Griggs regarding same. | 0.20 | 30.00 |
| 03/17/21 | KJM | PHASE2 | Email communication to E. Moats and P. Topper regarding OD's 12th monthly fee application. | 0.10 | 15.00 |
| 03/26/21 | BAG | PHASE2 | Review and respond to email from Brendan corneal Lee at Morris, Nichols regarding fourth interim fee application. | 0.20 | 128.00 |
| 03/29/21 | KJM | PHASE2 | Email exchange with Kayron Headley regarding additional information needed for handling billing and | 0.20 | 30.00 |



Page 5
04/26/21
Bill No. 90416067
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | attention to same. | | |
| 03/31/21 | KJM | PHASE2 | Work on LEDES fee and expense detail spreadsheet for Nov-Jan. | 3.00 | 450.00 |
| 03/31/21 | KJM | PHASE2 | Exchange email with J. Rucki regarding LEDES fee and expense detail for Nov-Jan and attention to same. | 0.10 | 15.00 |
| 03/31/21 | KJM | PHASE2 | Prepare Ogletree's expense and fee detail in connection with the 12th monthly fee application. | 1.60 | 240.00 |
| | | | Total Services: | 17.80 | 5,290.00 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 640.00 | 5.00 | 3,200.00 |
| Sean E. Manning | Of Counsel | 445.00 | 0.40 | 178.00 |
| Kelci A. Davis | Paralegal | 190.00 | 1.30 | 247.00 |
| Katie J. Murray | Other | 150.00 | 11.10 | 1,665.00 |

|   |   |
|---|---|
| TOTAL FEES | $5,290.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $5,290.00 |