To: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



FILED
2021 MAY 17 PM 12: 57
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Reference: Case SA - ▮▮▮▮▮

Dear Justice Lauri Selber Silverstein,

I most urgently implore you Madam, to hear this case.

The abuse I suffered in the Boy Scouts of America (BSA) is the foundational reason that changed the trajectory of my life in a negative way, by pre-disposing me to an unreasonably submissive personality tendency, and caused me to allow myself to be taken advantage of – repeatedly (though not specifically sexually) throughout my life;

This made me more accepting of a low self-esteem, less drive to be successful, and noticeably less incentive in school and on any job;

This made me reluctantly more accepting of less achievement, and less income;

This made for an inability to achieve more in school towards a better career job, and also to go for better job interviews, have better jobs, and be a better husband and father;

This all resulted in documented physical damage and emotional/mental/psychological conditions that made it difficult for me to do as well as I could have done without the abuse;

This resulted in a direct and documented loss of income over the years, of approximately $1.5M dollars I could have earned if capable of being on the job continuously, full-time, for just forty years, when I was actually available for about fifty years, earning just what I did on the best job I was capable of handling for only five years, in the _debilitated condition I have been in_.

When I think of all the legitimate lawsuits I've read about over the years, of multi-million dollar settlements, for direct losses plus punitive damages, (not to mention the frivolous ones), I'm astounded. Therefore, I really don't think I'm being unreasonable or vengeful to think I deserve compensation.

I'm really tired of living the role of just -- another -- man abused in the BSA as a pre-teen. I'm certainly more and better than just this, and would like to be known as such.

I ask that you, the Judge overseeing this case, and the rest of the world, understand that this case is about the sexual abuse of minor children and the organization that allowed it to happen. It is not about insurance companies and their unquenchable thirst for profits, or the BSA and their attempt to get out of this bankruptcy as if nothing ever happened.

The BSA keeps saying that they want to do right by me and all other individuals abused in their care, but their actions speak otherwise. In fact, their actions indicate they are doing what they have always done; simply pay lip service to child protection while trying to bury any of their potential exposure. Our claim is worth much more than lip service from the BSA. Our lives are worth much more than a shady back room deal between an organization that has failed so many thousands of children and an insurance company only looking out for their bottom line.

You, the insurance companies, and the BSA *should be morally and legally compelled* to reckon with us claimants, and with our personal accounts, as reality. How would you feel if your son was a claimant? To date, this case has only been about bankruptcy, the BSA, the insurance companies, and the lawyers. Enough.

It's time to change that discussion. It's time to let the world know what happened at these meetings, at these camps, on these outings, and with these Scout leaders. It's time to let the world know about the BSA today, and why their interests should pale in comparison to ours. It's time to tell the world that the organizational sexual abuse of minor children is wrong, it should be over, that we as human beings will not tolerate this behavior any more, and that the sins of BSA's past must be answered for here and now. Compensation is rightfully due us claimants.

**Please hear this case.**

