FILED
2021 MAY 17 PM 3:00
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Judge Lauber,

I am writing to let you know how the BSA put my life on the wrong track when I was young. By being molested by the scout leader, that made me think it was okay, he was older and I was young. I didn't know any better, it caused me to be molested by 2 of my family members until the age of 14 years old, and then when I learned it was wrong it was too late, I couldn't stop them, and I dreaded going to sleep at nite in fear that one of them would climb in to my bed and force me to have oral, anal sex with them.

Once I got to the age of 12, I told people what was happening to me, family, teachers, and police. But again this was back in the 1970-1980's and things like that just didn't happen, it wasn't out in the open as it is now, if any of one of these people would had listened to me, I strongly feel my life would have taken a different path, I would not have rebeled like I did and going to Juvy hall was safe for me, I wasn't being molested by my scout leader and the older kids in my troop. I am 56 years of age now, and by what the BSA did to me for many years, made me seek a way to bury my feelings, the hurt, confusion by using drugs, by the age of 6 I was smoken pot, by the age of 10 I was a full fledge heroin addict. I have since got my self clean, But I am doing a life sentence, I just wanted to let you know what the BSA did to me, and they are not on my very well liked list now.

Thank you very much for hearing my voice on this matter

Sincerely,



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St
Wilmington, DE
19801