

FILED
2021 MAY 17 PM 12: 58
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Justice Lauri Selber Silverstein**

**BSA Bankruptcy Case**
824 Market St. , 6th Fl.
Wilmington, DE. 19801

Your Honor Selber Silverstein,

It is with tears that after all these years it still terrifies me to talk or write about my years as a cub scout/boy scout. Rarely do I talk about those years, 1963-1970 (age 7-14). My older brother was also a cub scout and a boy scout, he was always angry, I didn't understand why at the time, but I do now. He passed many years ago. It was shortly after he passed that I went through all the family albums and removed all of the pictures of either of us as scouts. I burned them. I wanted no memories of that time frame. They were painful, as I was told that a scout is not a "snitch" and that what we do while in our dens, camps, garages (where ever we met), was for our ears, eyes and pleasure. I was told that if I shared our experiences that I would be kicked out of the scouts and my brother too. This was repeatedly told to us by our cub master and later by our scout master.

My first sexual experience was a physical from my cub master and his assistant. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ didn't understand. I cried and I didn't even know why. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Within a few camp meetings, we were told to strip down. I assumed this time it was a group physical, but he ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Because of our age only the cub master and his assitant were able ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Several didn't want to do that including me, so he punished those of us, by making us pu▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

██████████████████████████████████ We adapted to do what we were told to do. Several seemed to enjoy this exercise. We closed every meeting ████████████████████████ This continued for the few years I was in the cub scouts.

Before we could moved into being a boy scout, we were introduced to ████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

Once we were scouts, our scout masters took us on hiking trips where we would sleep in tents in the woods. We were taught again ████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
and said I would be a great scout with more training. Every time he was there, I attempted to find someone to pair up with, but he would seek me out with a grin. I hated him, his name was ████ and he was fat. The only reason I remember his name is because he told me to call him "████████ and I really did have an ██████

Granted, that the cub scouts and boy scouts taught us how to spot posion ivy, tie knots, pitch a tent, make a camp fire , put out a fire, play fair, rope climb, be honorable, help the elderly, make change, how to cook, to do laundry, save money and many other things. But they stole our innocence, they took away our "first time" sexual experiences, They taught us that homosexual experiences were natural and healthy. They forced us to do sexual things that were wrong, that felt wrong, they shamed-based us into doing sexual acts that were not normal for heterosexual boys, They forced us to believe it was normal. They invited some of the dads to participate in robbing us of our virginity, and that I can only assume that those dads were actually someones dad, as I never saw a dad/son participation unless there was no sex involved.

This letter has been extremely hard to put on paper, as I have denied any of these things having happened to me or my brother, for more than 50+ years. My first dozen times having sex, once away from the scouts were homosexual, because that was all I knew. Having sex with girl/females was totally alien to me. I was afraid to do anything because they were different in every way. It was many years before I had full on sexual experience with a woman and it felt as if it was lacking something. I have never married because of what I was taught in the scouts. They jaded me, they robbed me, they raped me of my innnocents. They stole from me my first natural, sexual experience and replaced it over and over with their sick, perverted homosexual experiences. I will never have a healthy normal sex life because of the shame, fear, guilt, doubt, etc.

This lawsuit could never be large enough to cover the medical expense (alone) ,soooo many of those boys, now men are still suffering with/though. I know of at least two, possibly more that have taken their own lives. Maybe, my big brother, too. I pray that those guys, that I was in camps with, find help. That they trust the "System" to do the right thing. I pray that folks nurture these guys, so that they don't attempt suicide to end the painful memories (believe me, I thought about it) . I pray that the courts hold the Boy Scouts of America completely responsible for the damage they have already caused to the boys of my era and those present and/or future.

Blessings to all.

Sincerely,



**P.S. I wasn't sure if you would need my case number, so I included it with my address. Thanks.**