FILED 11, 2021

2021 MAY 17 PM 2: 01

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Honorable Justice Silverstein,

    I am writing to you in the hope that you can have a fuller and more precise understanding of the total, all encompassing effect that the abuse by an adult, trusted roll model had and has on me and others

    I was a 13 year old boy scout that had gone through the cub scout program and was now proud and excited to wear the boy scout uniform. Scouting was part of my family history and upbringing coupled with my Catholic religion and teachings.  I wanted my father to be proud of me.  The scout troop was part of and associated with my families Catholic Church. At the beginning of my involvement my parents, I believe put their trust in the scouting program and the Church.  It wasn't long before the abuser zeroed in on me and others.  The abuse started and I was frightened and scared and I was terrified that somehow it was my fault and I would be blamed.  My parents would be ashamed of me, angry with me and I would be an embarrassment to them.  The church would view me as mortal sinner and if I died without confessing I would go to hell.  I couldn't confess to the priest because the Pastor was a very angry man and he knew my parents.

    If the above wasn't enough, my father had a heart attack and died leaving my Mother with three children, no money and totally lost.  The abuser gave me the idea that he was a father figure and he wanted to help. He told my Mom that he would pay me to clean his apartment so that I could make some  money to help out the family.  The abuse got even worst since I was captive when I would go to clean his place and how could I tell my divested Mother what was going on?

    The above is just the tip of the iceberg- camping trips and a vacation where the abuser and another scout leader took several of us scouts on a trip to the Western section of the United Staes, abusing me and others sometimes in the same motel room. I do believe the other leader was also an abuser but I have no concrete information regarding his involvement.

May 11, 2021

Page #2

    As I got older he must have moved on to others and less me but the damage was done.  I lost my religion, I experimented with drugs, I married early and then divorced. I had very little regard for the opposite sex and even attempted suicide shortly after the death of my Father because I was so lost, ashamed and knew I could tell no one!
    I am now in the twilight of my life and fortunate to have a loving wife and two great sons.  However deep inside I am still that frightened , scared, ashamed , guilt ridden, angry boy with no where to turn.  I could go on about the abuse but to what end?  I hope and pray that through these massive proceedings, finally accountability  and justified recourse will assure that the people and the organization, Boy Scouts of America, that perpetrated such terrible action on innocent children will be stopped and justice will prevail and be served.

Respectfully,

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE 19801

Re: SA-6933

19801-490101

