

**FILED**
2021 MAY 17 PM 1:01
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

5/10/21
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE 19801

Dear Justice Silverstein,

Ref: SA -

As I understand, the BSA sexual abuse hearing will be taking place on May 19th. I wanted to take this opportunity to let the court know what happened to me when I was in the Boy Scouts back in the 1950's. The abuse took place in Chateauroux France. My father was in the Air Force at that time and he was stationed there.

The Scout leader of the Chateauroux Boy Scout Troop was the one that abused me. I don't know how many others but I'm sure that I was not the only one. He was a Warrant Officer in the Air Force. Because all of his victims were children we were not required to testify at his court martial but we were all called in and gave statements to the Military Police on the base.

This experience has taken a serious toll on my emotional life. My parents did what they could in the way of counseling for me, but there was still a strained relationship between my father and myself. I was able to get some additional counseling in the 1980's. In spite of all of that I have never been able to maintain a long term relationship. I was married once, that lasted about 5 years. That was probably the longest relationship I've been able to maintain. I feel that the experience that I had while in the Boy Scouts in the 50's has done emotional harm to me that has lasted a lifetime and I will never get over.

I have tried to keep this letter brief and to the point so let me end with this. I believe that mismanagement and total disregard shown by the Boy Scout management for the welfare of the children in their care is criminal. Unfortunately, there is no way for the people responsible to be punished for what they did. Lifetime prison sentences or capital punishment are not an option. The only option we have is to make them pay financially. It should cost them dearly. As dearly as it has price I've had to pay.

Sincerely,