Dear Justice Lauri Selber Slivestein

I am sending this matter regarding the latest decision concerning my lawsuit with the recent B.A.S Bankruptcy case. I want you to know I have carried and suffer the last 50+ years at what took place as a child with the Boy Scout of America, when I joined them as a young man I can honestly say I was proud to be a part of this orginazation, but as time went on a the stuff that happen to me I can say it was the worst part of my life as a young man, the mental and phycial emtions that left on me is completly in describe, I don't every believe that the stuff I suffer at the hands of our leader that I

trusted can ever put a dollar amount on what I have endured all these years later I am hoping that you find them responsable for all the damaged that incorded to me and millions of other young men You you'd never put a $ amount on the suffer that I and others endure, I ask that you hold them respond in all that i suffered and well as the other young's men please your honor make them liable to their action.

Sincerly █████

a true victim of the
Boy Scouts of America

Victim Clai████

Case 20-10343-LSS    Doc 4275    Filed 05/17/21    Page 3 of 3

Justice Lauri Selber Silverstein
B.S.A. Bankruptcy Case
824 Market St. 6th Floor
Wilmington, De 9/801