

FILED

SA █████

██ MAY 17 PM 1:01

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein:

BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801

To whom it may concern:

I am writing to further enlighten and explain to you the consequences I have suffered at the hands of the BSA as a result of their abuse.

At the age of nine my father moved our family across country from Detroit MI to Albuquerque NM. We took up residence in a neighborhood hostile to a white boy from a Midwest city. I was not accepted racially nor culturally. Only a year later my father suffered a fatal heart attack in front of me!

The shock and pain were unbearable. I was confused, bewildered, depressed and in great emotional pain. Thankfully my mother had insight enough to send me to a therapist. I was by nature a sensitive child and particularly vulnerable after suffering traumatic loss of a parent and undergoing racial and cultural rejection and displacement.

I was referred to the Boys Scouts in hopes of attaining adult male guidance, positive activities, meet friends and be helped to sort out all the pain, confusion and to ultimately grow and move forward in life with a positive outlook.

I thought the BSA was well recognized and trustworthy going to help form a young man. I became a believer.

I feel the fool! Duped, angry, betrayed and cheated of a life I might have had. Unaware of what normal is or is not. Years of psychotherapy have helped me to better understand what happened to me during my stolen childhood. Yet today I know and feel the consequences of my abuse. I cry, I am too slow to trust, especially adults. I am angry and suspicious of authority. I think people's motives are suspect with or without reason. My personal relationships have suffered. I have no male friends.

Through it all I have done my best to follow the scout oath and law. The BSA should stand up for the abuse that occurred to me and others. I want the BSA to adhere to the scout oath and law as I have and do the right thing.

Sincerely,

