THIS IS IN REPONSE TO YOUR LETTER DATED 4-6-21

SIR:

I JOINED THE BOY SCOUTS WHEN I WAS 12 YEARS OLD, IN FALLS CHURCH, VA., TROOP 178 I BELIEVE. IT WAS OVER THE NEXT 2 YEARS THE ACTS OF MOLESTATIONS TOOK PLACE. BEING TOO SCARED AND ASHAMED, I DID NOT REPORT IT AT THAT TIME.

IT IS VERY HARD TO PIN POINT THE DIFFERENT WAYS affected MY LIFE, IN ONE WAY I GREW UP WITH AN EXTREMELY AGGRESIVE NATURE. AFTER VIETNAM I CHOOSE A CAREER IN LAW ENFORCEMENT WHICH ALLOWED ME TO EXERCISE MY AGGRESIVENESS. I HAVE LIVED MY LIFE IN FEAR SOMEONE WOULD FIND OUT AND THEN EVERYONE WOULD KNOW. THIS FEAR WOULD SURFACE ALMOST DAILY. IT GOVERNED MY LIFE TO THE POINT I WOULD EXPERIENCE BOUTS WITH DEPRESSION WITCH WITCH IN ITSELF WAS CRIPPLING.

IT IS MY STRONG OPINION THAT IT IS SOULY THE RESPOSABILITY OF THE BSA TO INITIATE MORE STRUCTERED GUIDE LINES ON THIER BACKGROUND CHECKS AND BE HELD ACCOUNTABLE FOR THE BEHAVIOR OF ALL SCOUT LEADERS. IF THIS CANNOT BE DONE, FOR ANY REASON, THEN THE BOY SCOUTS OF AMERICA SHOULD BE DISBANDED.

IN CONCLUSION, WHEN I REFLECT ON MY LIFE, THE TWO WORST EXPERIENCES OF MY LIFE ARE THE VIETNAM WAR AND MY ASSOCIATION WITH THE BSA.

5-10-21

Claim # 5A-

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801