**FILED**

**2021 MAY 17 PM 2:08**

Stolen innocence! It is difficult to even write those words and accept the fact that I am a victim of stolen innocence. It has controlled my life by filling me with fear of many close relationships and doubt of my own self-worth. I keep asking myself why me? I came from a lower, middle class family of a father, mother, older brother and younger sister. I was small for my age so everyone always questioned me about my size and age. When I was 11 years old my father sustained a serious injury and was out of work for just over a year. Times were difficult but we received help from many caring people. My Cub Scout Den Mother, ▓▓▓▓ personally brought food to our house almost every month. My brother's Scout Master, ▓▓▓▓ and the Assistant Scout Master, ▓▓▓▓ came by and brought food. My mother would thank them and cry. These people were very caring and attuned to our situation.

I was in a bicycle accident and needed to go to the hospital. My mother called ▓▓▓ so he came by and took me to the hospital emergency room where I was treated for a possible rupture and severe bruising on my right inner thigh. I was treated by a nurse and it was very embarrassing for me. I was given something for pain, an icepack, and bed rest for 3 days. ▓▓▓ stayed with me the whole time and asked the nurse a lot of questions about long term effects from the injury. I didn't understand everything but ▓▓▓ told my mother everything when we got home. On the way home ▓▓▓ talked about the Boy Scouts and all of the camping trips and encouraged me to join after my birthday. When we got to home ▓▓▓ picked me up and carried me in. He set me down and gave me a big hug and told my mother that I was a real trooper.

Several months later I joined the Boy Scouts. I outlined the abuse that occurred in my initial letter. I am appalled at what happened to me. I look back at my life and ask myself why I did certain things and didn't do others and it all boils down to a fear of being "Exposed"! It took me years to accept the fact that I am a victim. I was a child who was molested by my Boy Scout Master for his gratifications. Being overpowered, threatened, abused and humiliated just crushed my self-esteem and filled me with doubt. I read in the news report that the 'Boy Scouts Sexual Abuse Claims Threaten Financial Havoc For Insurance Companies.' Well my Boy Scout Master ▓▓▓▓▓▓▓▓▓▓▓▓ racked Havoc on my life. I am appalled that the Boy Scouts did nothing about this wide spread problem for so many years. The Boy Scouts put emphasis on building leadership, trust and responsibility. Where was their leadership, their trust and their responsibility? It is time for the Boy Scouts of America to step up and accept responsibility for their inaction and gross abuse of power, negligence duties and the enormous damages they inflicted and perpetrated on innocent youth.

Sincerely, ▓▓▓▓▓▓▓



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801