Sent to me Ap 26, 2021
I then decided to write this,
AIS Abused in Scouting
From: ███████████████████

███████████████████████████

my Claim # SA-████████
Justice Lauri Selber Silverstein
BSA Bankruptcy Case.
824 Market Street -
6 th Floor
Wilmington, DE 19801

1 million
650 Deal with BSA &
The Hartford,
Hartfords exposure
is 8 Billion $.

Plan insufficient.

2021 MAY 7 PM 12:47
FILED
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK

Dear Justice Silverstein,
It was an amazing day for me back
in 2020 when I saw the Television
commercials urging Abused in Scouting
survivors to come forward and speak out
about there abused in Scouting accounts.

It took several more months of seeing these
commercials on TV that I finally made
that call... my Claim # with AIS is
# SA-████████. That was the very first
time I spoke to anyone... yes anyone
about my sexual abuse in Scouting.
You see I kept silent for 55 yrs, yes
55 years because I felt so ashamed, guilty,

(Plus my dad was a
WWII Veteran.)

confused and alone, plus along with
that my wonderful, wonderful father was
a troop leader in the Troop # 1629 in
Royal Oak Michigan. I would not tell
anyone, especially my dad, I had my
reasons, and a lot of them, plus the male
person who abused me and actually
kidnapped me, took me down a hall at

[redacted]

large man, dressed in Eagle ~~~~~ Scout
attire with ~~~~ all of his Eagle Scout
achievement Badges on full display.
Without even thinking I did what he said,
& I didn't know I could have said No!
Later he would lured me to his home
to try a sexual assult again when I saw
him lying in a bed with underware on
only and I ran out of the home & never
seeing him again.
    I was 10 years old in 1965, the youngest
of 3 and I kept wondering what and why
did this happen to me; I could never come
up with an answer.

I felt the best thing I could do was to say nothing, nothing at all. I struggled and struggled with this looking for months and months and wanted to lash out, but instead had horrible nightmares especially about him in underware in his bed where I again ran from him. The nightmares continued and I started to find a way to lash out in reality and finally said to myself what I was thinking would be against the law and would probably land me in Jail. I was 10 yrs old.

I stopped the nightmares knowing I can't go on thinking the way I was and made a conscience discussion to stop. Yes stop, stop... So I did. There was nothing I could do, except keep silent and say nothing to NO ONE! Not my older brother or sister, not my mom or dad NO ONE. Would those thoughts come back,,, yes! Would they go away,,, no. I suppressed those thoughts, suppressed and suppressed them. They never went away, not then and not now. How in the world could anyone forget such a herendence experience at such a young age of 10.

I had to stop writing here before I make my final thoughts. I broke out crying again.

To this day Judge, I haven't bought one box of Boy Scout Cookies, and when they are selling those cookies outside a Meijer Super store, a Walmart or Krogers I avoid them like the plague. I think to myself... how or if these kids too have been abused?

What has the BSA done to assure this does not happen to any other kids. Are they training there Troop Leaders in what to watch for? What policies do they have in place now... if any. Do they have counseling

The abuse in this country and around the world is only getting worse. Who is here to help curb or stop the abuse... & the sexual abuse. It has to be us... the one's actually abused. We must train our youngest to speak out, and step up when it happens. Don't wait,

Please stop the nonsence of The Hartford and BSA comming up with there own deal, The only way to make this right, is to make them pay so much it stuns them, America and the World. Make them pay, My fight will not end here, I will continue, My civil rights have to be heard. Sincerely

GRAND RAPIDS MI 493

11 MAY 2021 PM 4 L



My Claim # SA-

i9601-302499

Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE. 19801