To: Justice Lauri Selber Silverstein

I am claimant # ███████  I am writing to let you know about my experience in BSA. When I started Cub Scouts I had fun with my first Soap Box Derby and started earning my patches/"badges". After 2 months my den leader said it was time for me to earn another badge in a room in his basement alone and ████████████████████

He asked my mom to pick me up at 4:30 when everyone was gone. After that I told my mom to be there early. One Sunday she was late and he came outside and started pulling to the house when my mom pulled up. She asked me what was going on but I didn't tell her the truth I said I did something that upset him. She was never late again. He continued this every Sunday to no avail. The next year I became a Webelow and were encouraged to have a Boy Scout or Eagle Scout to spend the day and night with us. I looked up to one of the ~~eagle~~

PG #1

Eagle Scouts and asked if he would be my mentor and he said ok. Saturday was fun we went to the woods and I learned about trees, animal tracks, plants, ect... That night ▮▮▮▮ my will and I never told anyone. Back to the den master still every Sunday he wanted me to earn my badge. Then another Denmaster came to the basement and alone one by one took us in a vacant room in the basemet where he preformed "Physicals" ▮▮▮▮ That was enough for me and I quite. My mom was upset because she didn't want to raise a quitter. So I said I want take Judo and Karate witch I did. I got good grew up and started lifting weights when I turned 18 I was lean musclluar and knew MMA. I wanted to make my abusers pay for what they did to me but I moved from Northern

Pg #2

MICHIGAN TO SOUTHERN MICHIGAN TO PURSUE WORK WITH MY GIRLFIEND. I NEVER TOLD ANYBODY ABOUT WHAT HAPPED TO ME UNTIL I FILED THIS CLAIM. I TOLD MY MOM, SON, DAUGHTER AND TOLD THEM EVERYTHING IS FINE BUT YOU CAN'T MAKE THE MEMORIZE GO AWAY.

SINCERLY



PG #3



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE. 19801