5/5/2021

Claim # ▮

Dear Justice Silverstein,

Everything I told to these laywers is true. I would swear to my story under oath in a court of law.

FILED
2021 MAY 17 PM 2: 08
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St
6TH Flr
Wilmington, DE 19801

19801-302499