To the honorable Lauri Selber Silverstein.
Hello, my name is ■■■■■■■■■■■■ and I am writing you in regards to the claim against the Boy Scouts of America. Claimant # SA-■■■■

I would like to share my story with you, in hopes that I can help you understand why it is so critical that the Boy Scouts of America are punished for the amount of pain and suffering which they have caused to thousand of families.

I ask; How can any little boy who has been raped of his innocence, grow up in a normal manner? I was only 5 years old when I was raped, and because of it. I can't trust anyone, I can't hold a long term relationship with my partner, I can't sleep, I can't stop being angry.

Every second of my life has been a struggle. A struggle with my self-esteem, with my sexual life, and with my own demons. Demons which can only seem to go away through self medication. (Drugs & Alcohol)

thanks to this abuse, I have lived a troubled life. Always wondering if I can be accepted, If I'll ever be good enough, If my life is ever worth living.

this isnt about the money. this is about thousands of kids like myself who trusted the Boy Scouts and their staff to take care of us.

Money will never change that day when my scout leader told me to trust him, That soon the pain will go away and I would feel warm inside. How do you think I felt when I became of age, and and understood what that warm feeling inside of me that day was? Do you have any Idea what its like to not feel like a piece of shit right before Im done having sex.

Money will never change the past or any-one else's. I want justice, I want peace of mind, I want closure.

5-7-21



THIS WAS MAILED BY AN INCARCERATED INDIVIDUAL CONFINED AT A WASHINGTON STATE DEPARTMENT OF CORRECTIONS FACILITY. ITS CONTENTS MAY BE UNCENSORED.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801