May 10, 2021

Claim no. ███████████

FILED
2021 MAY 17 PM 2:05
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein

When I was about twelve years old I was ███████████████████████ with my boy scout leader when he sexually assaulted me. I told my fellow scouts about the assault and they told me to say nothing to anyone about it. I never did tell anyone till years later when I saw the court action announced on T.V. I can't tell you what relief this has given me.

Within months of the assault I started drinking alcohol which eventually led to serious trouble with the law. In short, I changed from a church going choir boy and boy scout enthusiast to a very troubled person.

Through the help of a 12 step program and a "shrink" I have recovered but it took many pain filled years.

My message is simple. Please help all those who are still paying the price for crimes of so many.

Sincerely,
█████████████

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market St. 10th Floor
Wilmington, DE 19801

19801-302499