Dear Judge,

I wish that the BSA never existed because is had ruined my life. Even though is had been since I was in ~~the~~ elementary school I know him so well, █████████████████████. Even though he has deceased, he has his toll on us by giving us money. Even though I have 2 kids 40 + 38, I had my lawyers to write ~~me~~ and not ~~at~~ my daughter because I was ~~so~~ ashamed. I had a severe stroke and I'm not able to response as usual. But I think that BSA should never exist because there are a ~~simple~~ ~~because~~ a bunch of criminals. I no kids didn't want to go what I went threw.







Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE, 19801

19801-302499