*Justice Lauri Selber Silverstein*

**BSA Bankruptcy Case**

824 Market Street

6th Floor

Wilmington, DE 19801

**FILED**

2021 MAY 17 PM 12:48

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Claim # SA-** ▇▇▇

## Dear Justice Silverstein

Hello my name is ▇▇▇. 34 years ago I was in the Webelows of the Boy Scouts and this is an account of what happened to me.   I was nine years old when my scoutmaster took advantage of my trust and physically molested me.   The first time it started was when ▇▇▇



areas.   He told me it was ok and that I need to be careful not to leave any chlorine on my skin, that it would burn me.   The next time it happened was when we went out camping.   We were looking for pine cones and other things on a scavenger hunt, after we were done on the hunt we came back to the camp ground to get ready to eat.   When I was in my tent he came to check on me, he told me to take

I remember keeping to myself the next day cause we were going home anyway.   My scoutmaster lived in my neighborhood so I had to get a ride home with him.   I was so nervous on the ride home and he

kept trying to rub my shoulder or neck. I was literally all the way against the door but he still seemed to reach me. He told me everything would be ok but I couldn't tell anyone because no one would understand the feelings he had for me and they wouldn't believe me anyway cause I'm just a kid.   After that I did not want to go back to the scouts.    I even missed out on the finals of the soapbox race, which I was in the top three.   When I did not show up for the finals for the soapbox races he called my mother and told her I had to go, but my mom said no because I said I did not want to go anymore, even though I did want to see all my friends and I had worked so hard on my soapbox car.   There were a few other occasions previously that I was alone with him that he abused me but this was the one that lead me to quit.   I remember how ashamed and dirty I felt.   I experienced something that had changed me in a terrible way.   I did not want be touched by anyone anymore.   I couldn't trust any adults and rebelled against my parents.   I did not want to go to school because I felt different and I thought my friends would be able to tell.   I did not listen to any of my teachers and I got bad grades in school, I did not even graduate high school.   I was angry all the time and as I got older I was bigger than the other kids and they started to bully me and because I didn't like to be touched I would instantly fight back. Because I was the bigger child, I was always the one in trouble even though I didn't start the fights. It was hard for me at home because I used to like going outside to ride my bike around my neighborhood, but because my scoutmaster lived near me I stopped wanting to go outside anymore.   I moved out of my parents' house at the age of 17 because I couldn't take it anymore.    I got into jobs that I was either by myself or I was a bouncer at clubs and could take out my anger on people that tried to fight me.   It became harder for me to find and stay with jobs because of my social dysfunction.   I started doing drugs because I never thought I was worth anything but I was too ashamed to tell my parents or even get therapy as an adult.   I had to deal with nightmares for many years.   I didn't have good relationships with women.   Because It was hard for me to perform sexually I felt lucky to have met my first wife at the age of 21, unfortunately because of my problem she ended up cheating on me the whole time. I met my second wife 6 years later, right after I finally separated from my first wife.   It was rough at first because I now had more trust issues.   I feel blessed that she has stuck with me now for 14 years. She is an abuse victim herself and I was finally able to feel comfortable enough to open up about what had been done to me. But because of the abuse I received we don't have a normal and intimate marriage.   I feel if the BSA had really cared about us boys then I would have become something more, like having the confidence and drive to take over my grandfather's construction business and lived a more productive and substantial life then what I have now.   I feel like a failure to myself and to my wife who stays with me and encourages me every day to get up and live life.   I think a lot more could have been different.   I wish I had the courage when I was a kid to speak up, but that's the point, I was a child, in the care of someone who was supposed to be guiding me and molding me into a healthy, respectful and productive adult.   I've had to deal with this for 34 years.   My life has been mostly miserable and having to write it all over again has been very hard, it makes me sick to my stomach.   The nightmares have come back because I've had to relive again the worst part of my childhood that was stolen from me.   Because of my wife's encouragement and support I called one of the attorney's to help end the BSA and their latent disregard for what should be their main objective, the safety and guidance of the boys under their care. They are trying to hide behind bankruptcy and basically say it's ok what happened to so many of us. They should be shut down permanently and never be allowed to hurt another child. There is no amount of compensation that would be high enough to

repay the scars left permanently on all of us victims, **but they need to pay!** What has been offered is just a slap in our face and making it seem that it doesn't matter what happened to us and how we had to live life in torment and misery. So I ask you to please get justice for us, and prevent any future injustices to happen by the hands of the BSA.   They need to pay the maximum compensation.   I don't care how much land or properties they own, they need to liquidate all their assets and the insurance companies must be required to pay the maximum in compensation to all the victims that have suffered at the hands of the BSA.   They should definitely never be allowed to handle the care of children again. I have suffered for 34 years, the BSA has been around for a long time, so I'm sure there are victims who have suffered longer.   Please think about if this happened to you or someone in your family. You would want the absolute justice and compensation for them.   Thank you for taking the time to read my letter. Please be well and stay safe!

Sincerely,



7020 0090 0001 1106 8209

CERTIFIED MAIL

Justice Lauri Selber Silverstein
BSA, Bankruptcy Case
824 N. Market Street
6th Floor
Wilmington, DE
19801

U.S. POSTAGE PAID
FCM LETTER
GREENACRES, FL
33467
MAY 10, 21
AMOUNT
$4.15
R2305M149420-20