10-30-2020

In the fall of 1972 I, ███ was invited to the ███ put on by the Boy Scouts at ███ where I was asked to join the Boy Scouts.

In the spring of 1973 I went to another Boy Scout meeting at ███ where the Boy Scouts new meeting place was, because Irving school was being tore down.

I was put on a probation trail to see if I liked it.

In May or June I went on an overnight Camping trip where Scout Master ███ trapped me in the back of ███ Someone came on the bus so he stopped. After that I went to meetings and fishing trips with him

FILED 2021 MAY 17 PM 2:06 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

and the Boy Scouts, and at every chance where I was alone on the Bus He seem to be right there blocking my exit, then ████████

████████████████████
████████████████████
████████████████████
████████████████████

After a few time of this I told my Mother and she was afraid of what may happen next so she never let me go back to the Boy Scouts and made me promiss not to tell anyone, most of all my Dad. She was afraid of what my Dad would do about it. I was afraid and didn't under stand This has stopped me from going on in school. I dropped out the next year. Could never keep a job, or Girlfriend. I hope this helps to put a stop to this. Thank you ████



BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, De. 19801