6/11/21

FILED
2021 MAY 17 PM 12:51
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Silverstein:

This letter is about my abuse by the B.S.A. back in my age of 11/12 years old when this happen as follows:

I came back to my tent after swimming in a brook I was meet by two older scouts from a troop #17 in Winsted, Conn to a tent which was a Catholic priest's. They lead me in his tent which I recall had a bunk chair, & a plastic crate with a bottle of wine & some paper cup's on top of the table.

He asked me to sit on the cot & he sat next to me & started to tell me about the "God & Country" award & the B.S.A. has.

2

He had his hand on my leg & arm rubbing it up & down. He then gave me some grape juice he said (wine) & thanked some more about the work to get the award. The next thing I remember was I woke up the next morning in my tent, sick & only in my bathing suit. I know something happen to me but I can not recall any thing from the tent of this to my tent.

I never got to do the award but spent my life with my son & stand son.

I did this to keep my son & other scouts safe & secure.

I feel very violated by what happen to me & the letter this did nothing because he was a priest & to another Troop #17

I spent ½ of my life in coaching soccer, Little League, & JK, coach for Special Olympics & To a commissioner (Housing & Ed) in Conn.

I am now 82 years old & it still is on my mind what happened to me & don't want that to happen to other scouts. But I know it still is going on & something has to be done

"Truth will ultimately prevail where there is pains taken to bring it to light."
— George Washington

Justice Lauri Selber Silverstein
B.S.A. Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

19801$3024



MAY 11

Drug Free USA