to whom it may concern
Your Honor:
I am case number ████████ ae black youth back in the sixties. I were either a litte colored boy, or a little nigger boy. Either way, those were names that I had to tolerate, and accept, because it was little that, me, being so young, could do nothing about. But still wanted to be apart of something, I wanted to grow. and I could be just as good, just as much apart of a boyscout, as any other kid, Regardless of their color, or mine. I thought that was how i was looked upon? But after the indivduals who were suppose to accept me as a little kid? No color involved, no distinguishing factors involved, those that I was suppose to trus? Basically, with my life, my future. my hopes and dreams of equality? those woh took my belief in authorty, in my belif in white people, they destroyed all that in several days of abuse. Phisically, mentally, and Emotionally. I'm writing you to

appeal to your sensability of right, of Justice, and of fairness, to those of us who have lived in shame, of hurt, and distrust in our fellow man, to not let these People go unaccounted for the ugliness that have brought upon, not only me? But others like me? They have made us all one color, and color is ashamed? They ruined our lives, and some? any aspirations, of never having reached our full Potential. So in saying, I and others. Pray that you do the right things?? Its not about the money.. it's about Justice!!!
Thank you..

Sincerely

[signature redacted]

Justice Lauri Selber Silverstein
BSA - Bankruptcy case
824 Market Street
6th Floor
Wilmington, DE 19801