5 May 2021

███████████████████████

To : Justice Lauri Selber Silverstein

**FILED**

**2021 MAY 17 PM 2:09**

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I was a Boy Scout in ████████████████████████████████ My Scoutmaster was ████████ I remember he was also a ██████████ to friend of mine. Around the time I was 12 years old, and continuing on thru around 14 years old, back in the 1950's, ████████ would bring some of us up to his lake house or ████████████████ At times when we were alone ████████████████████████████████ He explained that when somebody likes you this is what they do. ████████████████████████ I didn't understand what was going on at the time.

One time I remember he was naked and the ████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████ It never felt right, but he said its what people did that liked each other.

These events happened on more than these occasions and I eventually quit the Boy Scouts around the age of 14/15 and stopped bothering with him. I have tried to bury these memories, but they have come up from time to time over the years. It's never a good feeling and I hate it! Recently, its happening more with all the allegations regarding the Boy Scouts. At this point I am 76 years old and can't believe I still have to remember these events. It really bothers me! None of this should have ever happened! The last few months have been the worst.

Sincerely,
████████████████████




Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington DE 19801

19801-302499