Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th floor
Wilmington, DE 19801

May 7, 2021

Dear Justice,

I am one of many victims of sexual abuse by my Scout Master. To this very day I still have nightmares about what happened to me, and I ended up becomming a sex offender myself as a direct result of my traumatic experiences. Prior to being sexually assaulted I was a normal, happy go lucky heterosexual teenager. After the assault I was confused about my sexuality, and ashamed about my conflicted thoughts. Today, I am a convicted sex offender at the ▇▇▇▇▇▇▇ serving a one day to natural life civil committment with an uncertain future and it is all due to what happened to me as a young teenager at the hands of my Scout Masters. I have brought shame and embarassment to myself, my family and all who knew me. My entire life is in complete ruin due to these horrendous abuses. It is unknown if I will ever recover and live a normal life once again. Some one must be held accountable for these atrocites.

I am completely disgusted by the Boy Scout's attempts to slide out from under their responsibilities to the victims of their abuses and coverups. It is difficult to put a price on my decades of pain and torment, and a completely shattered life, but the interests of this corrupt organization and their insurance companies should come in a distant second compared to my life of pain and suffering. I fully intend to reject the current settlement offer

It is time to stand up to organizational child sexual abuse and show them that we can't and won't tollerate it any longer I am paying the highest possible price for their abuses. It is time that they paid a painfull price as well. I had to have help in writing and wording this statement because I have had special needs educationally all my life, and that may have played a role in why I was selected for my Scout Masters abuse as well.