CASE NO. ▮▮▮▮    FILED

2021 MAY 17 AM 10:■■  May 9, 2021

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To the Honorable Justice Lauri Selber Silverstein,

My name is ▮▮▮▮▮▮▮▮▮▮ one of the numerous victims of the wake of the Boy Scouts of America.

Before you make your ruling considering the BSA's "reorganization plan". I would like to tell you my story and how the Boy Scouts of American took advantage of me on my first night away from home, on a "Cub Scout" camp out.

It was the summer of 1976, my mother gave the Cub Scouts permission to take me on an over night camping trip. My mother was a single parent and I was an only child living at home. I was ten years old and the Cub Scouts was like a family to me, and my friend ▮▮▮▮ who lived by me

to earn $10. a piece, we both said yes. [redacted] and spread our ass cheeks for 20 seconds. When I did what I was told,

[redacted]

ordeal was over. I received my $20. and I never went back to the Cub Scouts again after school. Within six months I became a rebellious child, I was fighting with everyone and then I was sent away from home because my mother couldn't



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St, 6th Floor
Wilmington, DE 19801