From: ████████

To: Justice Lauri Selber Silverstein

FILED 5-11-21
2021 MAY 17 AM 10:39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

So as hard as it is to talk about this to my Doctor without all the tears and snot running down my face - it is a bit easier to write it down. I'm just going to do this once, and if it's sloppy and has scratch out places, im sorry. My Lawyers said to write, so here it is.

I've blocked out all this my entire life till of late, and looking back and realizing that a little boy shouldn't have had to been treated so horribly. Just the mental abuse after I said no was fricken crazy. I was the butt of all the demeaning remarks, and the fear he put in me still to this day makes me so angry - No wonder I turned out so violent and over protective of my own babies.

This dude had me in his room at the house we had the Meetings in (my own dad left me at my aunts and never came back) ████████

████████ leader, and I remember that I just wanted to make him like me. I'm not going to go on and on about this shit, but the second time he had me there, it was part way into it and I said no, i'm going back to the garage. We had a project going on, making fair stuff to raise money for the Troop. I said something about telling my Aunt. He said Remember my

gain?, If you say anything your Aunt will be hurt. So I continue on with going to meetings, bringing out dues my Aunt provided, and then we went on the big "Jamboree. A huge Boy Scout gathering. For me - it was fricken hell. The troop leader made me feel like I was just a Piece of Trash, mentally messing with me, he made me carry a huge rock around everywhere I went, and even made a little net, and twine rope and tied it around my wrist. It was so bad I almost crawled into his tent one night to let him have his way with me so he would leave me alone.

I was a little boy and scared as hell, im remembering now how bad it was, after the Boy Scout Jamboree I was done - I stopped going, and my aunt didn't understand why - All the money she spent on uniforms, dues ect, and it was like I was ungrateful. Later on I want to live with my Mom because my Aunt found her, And my dad seemed to be never coming back. Between 10-11 years old at the time, and drug use, booze - you name it. I remember sniffing gas - glue anything to black out that experience. I'm 56 years old and Finally I have some people who will listen and see that was some messed up shit. My therapist is very helpful and i've been on every Mental Health Meds you can speak of. But coming to terms with the fact that accountability for the damage done to me is happening, helps. Just some.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, D.E. 19801