Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



FILED
2021 MAY 17 AM 10: 30
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Claim Number</u> ███████

I feel an obligation, after reviewing the update regarding the mediation against the BSA in the US Bankruptcy Court in Wilmington, Delaware falling apart. I strongly feel as a Claimant that it is a travesty of justice that the BSA's stand saying they want to do right by all individuals including men that were used and abused while in their care. This seems totally to be "giving lip service" to child protection.

To get to the "meat of the suit" you must have had the abuse from the leaders to know how devastated you feel against the BSA to have let this occur. Most of the organization today does not realize how it was back in those times. The questions you get - asking why you did not tell your family what happened or what was going on - many families did not want to hear it and many times you were mistreated by these BSA leaders if you did not go along with their obscene desires. No one will ever understand what this did to your life. At 79 years old I still

have scarred memories because of what happened to me. It is in the forefront of my mind and will not go away. I feel you (the courts, should make the BSA and these insurance companies be held accountable. If you don't they <u>will not.</u>

Justice Lauri SElBER Silverstein
BSA BAnkRuptcy Case
824 MARket Street
6th Floor
Wilmington, DE. 19801

