**Dear judge My name is** ████████ **was sexually abused by my Scoutmaster at the age of 13 I am now 61 and still to this day I wonder how my life could have been different if this had not happened to me I would give all the money in the world for it to not have happened and lived my life as I was before this abused happened a happy 13 year old with dreams of becoming a wildlife biologist which was one of the reasons I joined the Boy Scouts. but my world came crashing down on me. I went from riding my banana bike around the neighborhood playing with my**

(BACK)

friends to getting involved with the wrong crowd started drinking at 13 smoking weed and messing up in school. One thing that hurts so much is that my parents weren't rich and I had to convince them to let me join the Boy Scouts and after the abuse happened I couldn't go back to scouting so I told my mom that I had quit and she told me That she knew that I wasn't going to make itThat hurt so much I couldn't tell her what had happened. Didn't tell anyone until I had a mental breakdown at the age of 26 I had to tell my wife what had happened to me as a young child.

I was interned for a week only because that's all the insurance would pay. Since then I have been on medication. My scout master was also my elementary p. e teacher I still remember his name ██████████ I also live with the guilt that I didn't say anything about it and how many more boys lives did he destroy. I still have bad days as my wife can attest to it. As I write this tears well up in my eyes. Theses 15 months have been hard reliving the abuse. I hope the Boy Scouts acknowledges the pain so many went through and do the right thing. Thank you for reading this

[redacted]

FOREVER / USA

Justice Lauri Selber Silverstein
BSA Bankruptcy case # [illegible]93
824 Market Street
6th Floor
Wilmington DE. 19801

U.S.M.S.
X-RAY

19801$3024