SA - 13672

**FILED**

**2021 MAY 17 PM 12: 54**

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein

BSA Bankruptcy Case 20-10343 (LSS)

824 Market Street

6th Floor

Wilmington, DE 19801

Dear Justice Silverstein,

I will make this short as possible. For more than 40 years reccounting the abuse suffered at the hands of our trusted scoutmaster has gotten more and more difficult for me. I don't want to write to you, I don't have any reason to trust you. I don't know if this will help anyone. I think the most important point is the suffering that I have had to endure. In the years that followed the abuse ████████████████████████████████████████████████ (the list that follows is where I sought help);



- ██████████
- ██████████
- ██████████
- ██████████
- ██████████
- ██████████
- ██████████
- ██████████

I have been treated for ;

1



- 
- 
- 
- 
- 
- 
- 

I am 60 years old and I have <u>NO</u> close friends, not even one, except my 4th wife God bless her. I hope this helps you.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case 20-10343 (LSS)
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499

NORTH TEXAS TX P&DC
DALLAS TX 750
11 MAY 2021 PM 5 L

FOREVER / USA


