

May 3, 2021

FILED

2021 MAY 17 AM 10: 27

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

    I AM WRITING THIS TO LET YOU KNOW WHAT MY ABUSE IN THE BSA HAS DAMAGED PART OF MY LIFE FROM WHEN I WAS TEN YEARS OLD I WAS IN TROUBLE IN SCHOOL A LOT. THE LAST TIME I WAS ABUSED I GOT IN TROUBLE WITH MY TEACHER SHE GRABED MY SHOULDERS AND SAID ▮▮▮▮ WHY ARE YOU ACTING LIKE THIS I LOOKED AT HER CRYING AND TOLD HER ABOUT MY SCOUT MASTER ABUSING ME SHE LOOKED AT ME AND SLAPPED MY HANDS WITH A RULER AND TOLD ME NOT TO TELL LIES LIKE THAT OR SHE WOULD SEND ME TO THE PRINCIPAL'S OFFICE. I WAS SO SCARED I NEVER TALKED ABOUT IT AGAIN UNTIL I MOVED TO WHERE I LIVE NOW. THE SECOND TIME I WAS IN TREATMENT FOR CHEMICAL DEPENDENCY WHEN I WAS 13 YEARS OLD, LONG STORY SHORT I HAD TO WRITE A PAPER AND IN THAT PAPER I TALKED ABOUT THE ABUSE, I THOUGHT THE TREATMENT PLACE WOULD TELL MY MOM ABOUT IT, THE FACILITY WAS ▮▮▮▮▮▮▮▮▮▮▮▮ I WAS THERE FOR TWO MONTHS. SO FROM THE TIME OF TEN TO 30 YEARS OLD I WAS IN AND OUT OF TREATMENT AND JAIL FOR DRUGS AND ALCOHOL ABUSE SO I REALLYY DIDN'T GET MY LIFE TOGETHER UNTIL I MEANT MY WIFE AND HAD MY TWO BOYS AND SO I PUT THIS DARK SECRET DEEP IN THE BACK OF MY MIND, UNTIL LAST YEAR WHEN I FILED MY CLAIM. SO I TOLD MY MOM THAT I FILED THINKING SHE KNEW ABOUT THE ABUSE BUT SHE DIDN'T KNOW ANYTHING ABOUT IT. SO WE BOTH CRIED FOR LIKE 20 MINUETS OR SO AND I TOLD HER IT WAS NOT HER FAULT I SHOULD OF NOT BEEN SO SCARED TO TELL HER ABOUT IT WHEN IT HAPPENED. SO THIS IS JUST A LITTLE BIT OF MY LIFE SO I DO MNOT KNOW HOW YOU PUT A DOLLER VALUE ON MY CLAIM THAT'S UP TO YOU, THE COURTS AND LAWYERS. I JUST WANTED TO TELL YOU A LITTLE BIT OF MY LIFE, I COULD WRITE A BOOK.

SINCERELY





Justice Lauri Selber Selverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

19801-302499

S.M.S. X-RAY

