Dear Judge

I have tried to think about what to write. For the most part the week I spent at camp changed my life.

I have been through 3 marriages, used drugs most of my life and never forgot what happened to me.

I just don't want them to get away with this. Make sure you hold them accountable for all the people that where abused. They are trying to hide behind there assets being hold by state groups this is not write.

Women are behived and given big setelments for being abused why should it be different for this. They should have to give up all there assets and they should be given to the victioms.

I have lost everything because of my drug use and am know in prison and I know the start of this was the abuse that the BSA leader inflicted on me.

Please don't let them get away with this

Make Them Pay.

[redacted]



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE
19801

