Dear Justice Silverstein,

My claim # is SA-████████ that my name is ████████████. I am writing to express to you my concerns about the Boy Scouts of America and their attempt to settle the lawsuit with the victims of their sexual abuse by paying only 10% of their liability, which is totally unacceptable.

You see, the pain I have suffered over the years from having flashbacks of being fondled in a bathroom by the pack leader ____ still haunts me every day. I find it hard to trust anyone in authority now and have plenty of pent up anger toward Mr. ____ and the Boy Scouts of America for allowing someone like him to be a leader and caregiver for children.

I am standing firm on the ground that this organization needs to be held responsible to the fullest extent. Please consider my feelings and hardships and not only mine but the thousands of others who have been sexually abused like myself. Thanks for your time and attention. Sincerely,

FILED
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

NASHVILLE TN 370
12 MAY 2021 PM 4 L

19801-493951

Justice Silverstein,
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

