## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2021, I caused copies of the foregoing JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ARCHBISHOP OF AGANA (BANKR. D. GUAM 19-00010) TO THE OBJECTION TORT CLAIMANTS' COMMITTEE to be served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: May 17, 2021
      Wilmington, Delaware

/s/ Adam Hiller
Adam Hiller (DE No. 4105)
HILLER LAW, LLC
1500 North French Street
Wilmington, Delaware 19801
(302) 442-7677 telephone

*Attorney for the Official Committee of Unsecured Creditors in the chapter 11 bankruptcy case of the Archbishop of Agana (Bankr. D. Guam 19-00010)*