White & Case LLP
Jessica C. Lauria, Esq.
1221 Avenue of the Americas
New York, NY 10020

Morris, Nichols, Arsht & Tunnell LLP
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
United States Trustee
  for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801
Attn: David L. Buchbinder, Esq.
Hannah M. McCollum, Esq.

White & Case LLP
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Blair Warner, Esq.
111 South Wacker Drive
Chicago, IL 60606

Pachulski Stang Ziehl & Jones LLP
James I. Stang, Esq.
John A Morris, Esq.
James E. O'Neill, Esq.
919 North Marker Street, 17th Floor
Wilmington, DE 19801

Norton Rose Fulbright US LLP
Louis R. Strubeck, Esq.
Kristian W. Gluck, Esq.
2200 Ross Avenue
Dallas, TX 75201-7932

Young Conaway Stargatt & Taylor
Rodney Square, 1000 North King St
Wilmington, DE 19801
Attn: Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Sharon M. Zieg, Esq.

Kramer Levin Naftalis & Frankel LLP
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, NY 10036