

**FILED**

2021 MAY 17 PM 2:37

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May-8-2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
842 Market Street 6th Floor
Wilmington,DE.19801

Judge Silverstein:

My name is ███████, I am one of the many faceless ███████████████████████████████

My mother put her trust in the local boys scouts leader in our community, I was to young to know what ███████ was, I was raised to respect, and trust my elders.

Well my trust has given me a life long road of hurt, pain, and disappointment, the ███████ by my boys scouts leader did to me, ███████ have had me in, and out of prison all my childhood, and adult life.

I was made to no longer trust anyone, in my mind I was a unseen person aways trying to find away to fit in as well as please everyone, it has taken me many years of treatment to start loving myself.

Mentally I still have resevation even about life, to this day it's still hard to think or talk about the things my boys scouts leader did to me ███████████████████████ I have been ███████████████████████████████████████████████

I no longer want to hurt mentally anymore but I know thats not going to happen, <u>MY BOYS LEADER GAVE ME A LIFE SENTENCE OF MENTAL PAIN!</u>

Judge Silverstein, there are lives waiting to see, and feel again, I know I'm finding it hard to move forward.

Thank you for your time in this matter.

Sincerely,

