FILED
2021 MAY 17 PM 2:38
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Silverstein

I am writing to voice my concern in the interest of what I think should be a fair and honest conclusion to the wrong done to me and all the others. Not that any monetary amount will undo a life of shame and guilt because of the acts committed on me and the others.

I know it would be impossible to get a verbal apology. But I think a letter of apology would be deserved and appreciated. I also feel that the BSA should accept what have taken place. And do what they can to make things correct and in this case they should paid all they can. Even if it means going in debt for the next twenty years.

It would be a small price for what we been though I have suffer emotionally and had to deal with people finding out and had to hide it all my life. It have made some bad choice because of the action of another.

I hope this letter will be of some little way make what should be done easyer.

Thank you for your help and consideration

Sincerely

[redacted]



[redacted]

SHREVEPORT LA 710
10 MAY 2021 PM 3 L

FOREVER / USA

SA-[redacted]
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801

19801-302499