

FILED 05/04/2021

2021 MAY 17 PM 2: 39

CLERK
US. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Attn;
Honorable Judge
Laurie Selber Silverstein

I am contacting you in regards to claim number ▇▇▇▇ What I and other scouts went through as we were kids as scouts with the BSA. It has left me messed up and bitter with the BSA
I would like to say to you that this organization did not choose to protect us the kids. Instead this organization chose to sweep it under the rug and now that dog has woke up and is not happy.

Its been a long time coming what I and other victims went through and what the BSA and their insurance company brought to the table is a slap in our face and is not acceptable.

Thank you