To Justin FILED Ari Selber

FILED
2021 MAY 17 PM 2:29
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case # ████████

IM writeing this letter in hopes that you read & hope that you truely look past the insurence companys and the Boy Scouts and hold them truly accountable what these people are offering is a compleat joke and in all trueth if this happend to there children they would be up there crying for for even more than any thing posible but because they are rich and powerful they belive in there heart that nothing can tuch themie or there loved ones, this company has messed me up so bad as a child that to this day it still efects my life and the people in my life, because of this I can't hold a relation ship, look people in the eyes or even feel comfrable around people I can't even take pic's with people because inside I feel uncomfrable this has realy traumatized me as a child and im glad

Some thing is happening but in trueth nothing is happening to theme ir the ~~people prepose~~ people that aloud this to happen and the only reason why is because they have money and people in politics and law. This is a ~~B~~ clear form of injusitce it give people a free card to became rapest and murders just because they have money and friends that have power and I know and bet that If you gave theme the choice between makeing this right or giveing there children up to a grupe of rapest they would be happy to make it right inless they were also invalved in this and in that case im not so shure

and if you as a judge let theme move forward with this it truely does show that all the justice cares about is protecting the people that have power, money and influance in this world and if you truely belive this is fare the next time you have a rape case that inters your court room just fine him a $100.00 and that should be fare and just right

Please do what right and help us be hurd and help us because what they are offering is not fare or right

Thank you