TO:
Honorable Justice Lauri Silverstein
824 Market Street 6TH Floor
Wilmington 19801

FILED
2021 MAY 17 PM 2:41
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

MAY 10 2021

* IN-Re: ▮▮▮▮ B.S.A. bankruptcy Case *

"Dear Justice Silverstein,"

Your Honor, Its come to my attention, that this entire Case, against the B.S.A., has gone compleatly off track, and is now all about: Insurance Companies, Bankruptcy Court & Lawers.

As its time to let the people know, what happened and took place at these Meeting places, The Events and at these Campgrounds that this Scout-Master with the ▮▮▮▮▮▮▮▮▮▮ was intrusted with my well-being.

When infact what the B.S.A. subjected me to was A Continued ▮▮▮▮▮▮ – ▮▮▮▮▮▮▮▮▮, as well as some things I wouldnt even know how to spell, when ever I was left with the Above mentioned: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ of the ▮▮▮▮▮▮▮▮▮▮▮ of the ▮▮▮▮▮▮▮▮▮▮.

"As A Child, I was threatened with (Bad-Things) happening to my Sibling(s) and My Single-Parent, If I were to mention any of what had transpired to me, to anyone of athority.

But Now as an Adult Your Honor and with Girls now being brought up threw the Ranks of the B.S.A., Its my obligation to make the people, the courts, and the parents aware of whom they are intrusting their children.

The Recent Laws passed against-Limitation(s) is why Im Now more at Liberty to Step forward & tell my story: (To Follow) to the Court & the People And if by chance this goes to A vote, on the May 19TH Hearing Date, My Vote will be "NO" Your Honor, As Mentioned: The People need to be made aware of ▮▮▮▮▮▮▮▮, and ▮▮▮▮▮▮▮▮ to which I was Subjected to by the Boy Scouts of America & the ▮▮▮▮▮▮▮▮▮▮▮▮

Sincerely: ▮▮▮▮▮▮▮