

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

RE: Scout Abuse
   Claim Number: SA-

Dear Justice Lauri Selber Silverstein:
   In June of 1982, I was ▓▓▓▓ by a scout working for the Boy Scouts of America (BSA). I was a good kid with good grades who rarely caused problems. After this incident, I alienated my family, my grades plummeted, and I tried to destroy everything I touched, even myself.
   As I aged, things only became worse. I hated my parents for being concerned for me and trying to fix me. The only friends that I made were the kind who took advantage of me or vise-versa. By the time I became a teenager, I was a ▓▓▓▓ At fifteen, I was using my body as a ▓▓▓▓ I entered a severely abusive relationship which ended in the murder of a store clerk for drug money.
   When I started seeing advertisements for the BSA lawsuit, the shame hit me, again. Not the same shame I felt after the molestation. No, the shame came from how I let my life spiral out of control because of a sick pervert. I clenched up and lost moments when these commercials were on the air.
   I am the end product of a ▓▓▓▓ I weep for that boy who accepted the blame for what happened. I came forward to hold these people responsible. That took courage. What I fear is the boys and men who are too afraid or ashamed of exposure to step forward and point a finger. BSA knowingly employed these people and hid the truth. How many ticking bombs like me are scattered throughout our society by the systematic abuse they not only kept hidden but facilitated? There are more children out there like me. I pray they will be alright, but we know they won't be.

   I am being held accountable for my crime. Please hold them to the same standard. Thank you for your time.

   Sincerely,

LEGAL MAIL PROVIDED TO
NEW RIVER C.I.

MAY 10 2021

FOR MAILING
INITIALS