Dear Justice Laurie Selbr Silverstein,

Your Honor, as a child I was in the boy scouts. I started as a webelos (8) and made it to Cub scout by age (10). I loved the Boy Scouts and I was very good at it. I did all my tasks and earned every badge I could.

I loved it until I was sexually abused by my scout Leaders [REDACTED]

It was and will always be the most horrible thing to happen to me. Both of them were arrested in March of 1978. I had to tell my story of what happened to me and so DID all the other boys that they hurt. I was the youngest one. They went to jail and served time in prison but that didn't make it go away. Nothing does.

Before they hurt me, I was a straight A student. always had great marks in school and I was a really good kid. But that all changed after they hurt me.

I started getting in trouble in school. I got in trouble at home. I got into fights. stopped learning. I got kicked out of 2 schools and got sent to a boys home. Then I started doing drugs.

I continued to get into trouble as an adult.

In all of my life since this

happened to me. I never ever ever talked about it after I had to tell the detectives and police and court when I was 10.

It took most of my adult life and I'm still not past it. Thank God I met a person who was able to help me deal with it a little bit.

I know there are so many of us and we are all suffering. Please don't let them get away with this and ruin anymore children.

I've included the articles I have from when the leaders were arrested.

By the way, my wife is writing this for me as I tell her what to say. I really can't spell very good and want to make sure you can read this.

Thank you for taking the time to read my letter.

P.S. You can find all the court records from my case in Worcester, MA court house








Plaintiff's Exhibit 1207
Page 6 of 7

Case 20-10343-LSS    Doc 4335    Filed 05/17/21    Page 7 of 8





Plaintiff's Exhibit 1207
Page 6 of 7

