FILED
2021 MAY 17 PM 2:48
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 10, 2021

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
Case #: SA-▇▇▇▇▇
824 Market St.
6th Floor
Wilmington, DE
19801

A letter to the Honorable Lauri Selber Silverstein

Your Honor,
My name is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. I am one of the many abuse victims from the 1970's against the BSA. I truly believe that the BSA and their insurance company are trying to down play the abuse that happened to many of us. We suffered abuse by leaders in the BSA. These were leaders whom we, as well as our parents trusted completely. I personally find it appauling. How can the BSA and insurance company want a mynimule payout to so many who suffered the abuse? They simply don't take into consideration how much we suffered

throughout our lives. It changed many of us forever. I know it changed mine for the worse.

My abuse started in 1974. I left the Boy Scout Troop 52 in Worcester, MA to join the newly formed Post 52, an Explorer's group. They also were sponsored by the same church that Boy Scout Troop 52 was. That was St. Bernard's Church. I joined Post 52 with many other former Troop 52 scouts in hopes of bettering myself. The Post leader, █████, seemed to be a great guy and trustworthy. He took a special interest in me. Little did I know what was in store for me.

Mr. █████ always found ways to be alone with me. I was given alcohol, cigarettes, and excuses to have me out late to my parents. Being 14 years old, I rather enjoyed the extra attention. That's until I had my first encounter of abuse. He ████████████████████████████████████████. I didn't like it, but he said it was normal. He bought my silence every time it happened.

For two years, Mr. █████ found many ways and many places to abuse

me. I was forced to hav[REDACTED] [REDACTED] I could never tell anyone because I felt like a dirty individual. I also felt that no one would ever believe me. Mr. [REDACTED] had other people join in. His brother [REDACTED] and [REDACTED] got in on the act. Each would abuse me in remote locations. I was again told not to say anything. They'd all be sure to get me in a hurtful way. Being scared, I said nothing to anyone.

The abuse stopped when I quit Post 52 in 1976. I became an outcast after that. I was a teenaged alcoholic and a very disoriented person. Mr. [REDACTED] showed up on occasion, knowing I hung around younger boys. He was caught as a pedofile and spent many years in prison. My life was never the same after that.

I just never adapted to life after that. I never graduated from high school, but did get a GED. I tried to make a normal life, but it never happened for me. I went through dozens of jobs, alcoholism, drug use, homelessness, failed

relationships, a marriage, and failing health. The thoughts of all that happened to me, live in my mind forever.

I'm asking your Honor to find it, within the legal system, to deny the BSA and insurance company to just pass this off. They should be held responsible for what happened to me and many others. Their lack of care shouldn't sway things. I wouldn't want this to happen to any youth again. I'm 61 years old. To this day, it still haunts me.

Thank you your Honor for taking the time to read this. I felt it was important to relay this story! The BSA and insurance company should do the right thing and compansate all who have been affected. Please don't let them down play their responsibility.

With respect,