May 1, 2021

FILED
2021 MAY 17 AM 10: 26
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Judge Silverstein I'm writing this letter today to help you better understand the pain and agony I've experienced due to my being molested while in the Boy Scouts.

I started scouting as an Indian Guide with my father when I was very young. I enjoyed the activities and being with other boys my age. I progressed to the Cub Scouts, Weblos then the Boy Scouts.

As a young boy I had troubles finding friends and being able to relate to them. I entrusted the B.S.A. in fulfilling this. It was fun and I learned a lot as I continued thruout the years.

I was at Boy Scout camp that summer, when my Scout master took it upon himself to molest me. I was in the tent by myself that night when he pulled ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I did nothing to encourage this behavior. It was all against my will. My life since then has been

a nightmare to say the least.

I've been in therapy for most of my life, except here in prison. I have trust issues with people in authority. I've been manipulated and lied to for far to long. I'm presently on medication for anxiety and other issues. I've dealt with anger issues, lost jobs, insecurity of relationships, suicide attempts, long term drug and alcohol abuse.

I've managed to get my drug and alcohol problem under control since February 6, 1992. I've managed to deal with the emotional scars the best way I know how. I pray to the God of my understanding.

Due to being molested and having unhealthy relationships with sister I turned to pornography to let my pain go. I'm currently serving a 17½ year sentence for child pornography. How will I deal with this when I get out? I don't really know. The pedophile that was hired on by the BSA should be made to go thru the same things I am. Why didn't the Federal judge: "Judge Steele" want to hear about my background before sentencing?

what is your court going to do to ~~punish~~ these pedophiles? money doesn't heal the wounds. money doesn't replace the 15 years of my life ruined by another pedofile.

I ask you to come down hard on these people. If you need some guide lines look at how hard the Feds come down on sex offenders. State time is to soft and easy for these people. Perhaps 25-30 years, away from their cushy lives and loved ones. Nothing will replace the hurt caused by my scout master.

Sincerely,

█████████



Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE, 19801

MIAMI FL 330
11 MAY 2021 PM 5 L

19801-499351