FILED
2021 MAY 17 AM 10:25
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Hello, My name is ███████████
Claim number is SA██████

At a young age I was victimized by one of my scout leaders when I was placed into Cub Scouting.

What he did to me and had me do was mortally wrong. My innocence was stolen from me.

What I thought was okay, really wasn't. All I ever wanted to do was be the best scouts member I possibly could be while earning additional badges.

During this time I've done horrible things and once I realized what he made me do was wrong, I became a confused person.

I thought I was supposed to have sex with men and have them do things to me that I was taught to do sexually. I thought it was the right thing to do because I never thought a grown up (adult) would steer me wrong. I trusted him.

Once I found what he did to me was wrong I begin to act out as I became confused. Things in my head got so bad that I was forced to see a therapist. Therapy helped a little, but it couldn't give me back what was taken from

me.

Afterwards, I wasn't able to trust any adults. Not even my own father.

What I thought was right was wrong, and I carried that weight with me even to this day as I am a confused person on my sexually orientation.

I began lashing out, with no one to trust or feel as if I was alone. I ended up seriously hurting someone who at the time I thought was trying to hurt me, but he was only trying to help.

I thought I had finally left all of the abuse behind me, but by them (the Boys Scouts of America) acting as if we are liars or trying to protect the ones who inflicted this pain upon us only brought back up alot of pain and suffering I had endured during this time in Scouting.

It is sickening to see them fighting us, knowing they are protecting the organization who placed these Scouting leaders there and tried protecting their brand after knowing that we were being abused.

My heart is hurting as I remembered being taken avantaged of. The Boys Scouts of America should be held accountable for the

abuse I suffered by being a member of Scouting. They should be held accountable for many before, during, and after me ~~as~~ who was abused in Scouting as well.

Enclosing I believe that the reorganization plan is insufficient.

METROPLEX MI 480
12 MAY 2021 PM 2 L

Justice Lauren Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

U.S.M.S.
'X-RAY'

19801-493951

