FILED

2021 MAY 17 AM 10:26

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 6, 2021

To: Justice Laurie Selber Silverstein
BSA Bankruptcy CASE
824 Market Street 6th Floor
Wilmington, DE 19801

Ref: Claim Number SA-█████

Your Honor, when my attornies presented me with the initial $6,000.00 offer, it made me feel like I was being victimized again. The following is a summary of the reasons I believe that the BSA has caused me personally more harm and suffering than a small sum could cover.

The Scout Master's name was ████ ████. I was 12 years old when he first abused me. This occured in multiple instances before, during, and outside of BSA official troop meetings. My brother & I were both invited to a campout at his home as per his position as our scout leader under the assumption more of the other scouts would attend as well. However, that was not the case as only my brother and I showed up.

Sparing graphic details, he began ████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

he made sure to tell us not to tell anyone else

as it would "ruin our fun."

When we went on BSA related camping trips he would enter my tent I shared with my brother and would ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ arrested for sexual abuse of minors. The whole BSA troop was subpoenaed to court to testify. It never went to that phase as he had pled guilty the first day of the trial.

I blocked out these traumatizing memories for so long. When I turned 29, I walked in on my wife ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ When I saw this, it wasn't her I saw. Due to post-traumatic-stress from my abuser, I saw him abusing my son. This led to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I had been married to her 11 wonderful years. 36 years plus locked up for that crime now, for something that made me lose control.

In the 36 years that I've been in prison, I have never assaulted anyone. I have been assaulted. This has been from Staff and Adults in Custody both physically and sexually. I believe this time I have done is simply because of the Boy Scouts of America.

For 16 years I had forgotten even ▮▮▮▮▮ During the time I was remembering, I was placed in prison with my abuser. DOC separated us when they became aware. Now I am in an institution with a Staff member that looks exactly like my molester. Every time I see him it causes anxiety and I begin

to shake. This is still torturing me even now. This is all the BSA's fault for not protecting us.

Just now I am finally receiving some treatment for PTSD, limited in here due to DOC restraints/costs/etc. The small sum that was presented to me amounts to less than pennies a day for the suffering and anxiety I continually have suffered most of my life. I believe, in addition to financial restitution, the BSA should be liable for my mental health treatment in the form of a licensed psychiatrist from outside of DOC.

The BSA are also responsible for the assaults upon my person, as I would not have been in prison to be assaulted had their Scout Leader not molested me. I feel they should be held accountable for this as well.

Your Honor, I hope and pray that you can understand my situation and rightfully serve justice for the victims of the BSA. Howard Lean was enabled in his victimization of myself and others by the BSA. Their inaction and irresponsibility changed my life forever. Please see to it that they pay for this. Thank you and God Bless.

ps I am going Blind.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

