Subject: JUSTICE

TO: Justice Lauri Selber Silverstein
BSA Bankruptcy Case



Justice. I see this in your title. I'm seeking justice while not expecting much after reading what my attorneys say about proceedings lately.
Seems like those responsible for making things right are kicking the can down the road so they can limit damages to their executive biggies, implant legal motions, play lawyer games of mumbo-jumbo instead of fussing up to where the rubber grips the road.
They're playing a pretty good game so far, and playing you and my lawyers on their grand ride. So, let's imagine a fly on the wall in their war rooms. The last thing we'll hear is any kind of real justice evidenced by the behavior already exhibited. Let's also imagine how creative they can be bilking billable hours to their clients through their games that my lawyers have to answer to and bill me for as I remember signing away expenses for my legal team to fight for me in case there's a settlement for me. Can you fine those big shot lawyers for delaying our process? Spank them !
I signed on over a year and a half ago and little to nothing has been accomplished. They are winning.
I don't know you or how or why you think what you do to make justice happen and who gets happy and who becomes dismal over what you find righteous.
I might ask you to imagine; (God Forbid) if these unspeakable acts occurred to your 11 year old child. That it happened on your watch by simply sending him-her to a scout meeting where you think there is safety and wonderful learnings amongst fair, honest, educated masters. Too many turned a blind eye and others got paid to look away. THEY KNEW. How would you want these usurpers of innocence to compensate your child after 60 years of denial. Think of the fork in the road such a burden re-directs a person's life and then the obverse of what would have; should have been all the more and better for your child.
These are nightmares that linger all these years, simmering, making for lack of self confidence and confusion for proper romance and peace in life amongst more.
I would suggest you send a very strong message to the Boy Scouts and any care givers of youth. Show them their legal games don't account against nasty deeds. Hit them hard in the rendering of justice so examples are set to minimize future perversions out of real fear of consequences ready for leveling in our new world of accountability...finally.
I would want for your child to recover $300,000 X 3 for each incident similar to my experiences being relived thousands of times over may years to ease their sufferings while sending the message: No one does these terrible things any more as the cost is too high.
THE MONIES ARE THERE; SPEND MONIES FOR <u>INNOCENT VICTIMS</u> OF FOUL DEEDS.
Are you going soft on the BSA and let them slip through the jaws of justice? Wouldn't that message interpret that same-same works for those who snub the courts in these type cases while their lawyers toast victories and glorify their newest sins?
Send the message of justice for all; and all for justice, like it should be....... Sleep Better !
Safeguard our future kids, take charge of these game playing lawyers, get it done for all of us; once and for all. HELP US, before any more die off of aging. I'm 71 years old.
No more wimpy offers designed to delay and deflect. Let's get r done right.
Count my vote as a big 'NO'. May 19th is your turn to act.
Thanks for being there. You are our super hero, and all we and the future will get.
Be our justice.

To the reader of many things,
And much hangs in the balance.....

Sincerely,





JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET ST. 6TH FLOOR
WILMINGTON, DE 19801