

FILED
2021 MAY 17 AM 10: 23
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Testimonial of** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2 messages

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Thu, Apr 29, 2021 at 12:00 AM
To: support@ava.law

I am not too sure how to begin this.
So I guess I will begin at the beginning.
I was a boy scout for a very short time with the Mormon church based scout troop located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ During the time I was in 6th grade by the way I am 41 now born oct 22 1979 . I think it was troop 460 or maybe 380 ? or 486 i can't remember it was a long time ago and the memories are ones i wish i could erase.
The night before I was to leave for a boy scout summer camp at brian Head mountain.
My father along with several of the other boys' fathers took us to the scout masters house. I can't remember the exact address but it was near another local mormon church near the 95 freeway and Rancho Drive in Las vegas. My father worked nights as a stage hand and would not be able to bring me in the morning to leave when the bus was scheduled to leave for camp.
He left me at the scout masters house. I cannot remember his name. But I remember what happened that night myself and the other boys, some of whose names were ▮▮▮▮▮▮▮▮ another was ▮▮▮▮▮▮▮▮▮▮ another was ▮▮▮▮▮▮▮▮ and another was ▮▮▮▮▮▮▮▮▮▮▮▮▮ They were my fellow scouts, neighborhood friends and members of the church as well as my classmates at Howard wasden elementary school.
Well that night we were all in sleeping bags just kind of talking about what camp was going to be like, how much fun we were going to have, what badges we were going to get . and it was getting late and one by one they guys were falling asleep except me and ▮▮▮▮▮▮▮▮▮▮ were still up. That was when the scout master asked us if we would like to watch a movie in his room so as to not wake the other boys well. That sounded great to us kids . kids love movies right ? ........
well when we got into his room he asked us what kind of movies we liked. I think I said I like chucky movies and he kinda laughed and asked if we would like to see a new kind of movie we had never seen before.  almost in unison we responded with YES!!! .
but that was where all fun stopped at least for us .....he put a Vhs tape into a player and hit play .
The movie started in the middle of what i first thought to be a fight or somthing Maby WWF but it was in fact gay male on male pornograhy movie . I Didn't even know what that was at the time but i immediately knew something was very wrong and i was instantly terrifided  after a short time the man our (scout leader ) begian to ask us questions like " have you ever tried this or that " kind of questions i couldn't really answer cause i was very confused about what i was seeing at that point in my life i had maybe seen a playboy mag or something but never anything like this i had never even been presented with the idea that men did things like that with and to each other after maby a half hour or so of the continued odd questions and him ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ when none of us answered he began asking us if we would also take off our cloths but none of us did he got kinda angry and took us back to the front room with the other boys and that was that the next morning we left for camp witch now seemed like jail or some kind of hell i was terrified every secconed after that because they dident have cell phones like we do now its not like you can google shit or reach out for help instanly ....... the only phones  at the camp where down by the communial showers and they where pay phones and there was always a seinoir scout or " adult scout master or watcher or what ever their was always one of them their watching the phones and we where in another state on a mountian in the middle of nowhere as far as i was concerned so i was scared for my life i dared not try to call my dadf or anyone to say anything and the way some of the leeaders and other boys would look at me was just creepy it was like some of therm all knew somthing or where watching me i dunno but it fucked with my head really bad so after three weeks of camp i was estatic to return home . when i got home i was differant i now had a secret a dark secret that i was unable to tell anyone about the other two boys that where in the room with me that night distanceanced themselfs from me at school i never went back to thescouts again but i never told anyone eathier ....... many many years later and after a life of shane and substance abuse and jails and prisions i entered councling and my theripist convenced me to tell her the truth and she helped me identifi this as a key moment in my life that started me on a path to ruin . it was barfly six months after this event that i entered hyde patrk jr high shcool . it was within my first month as a student there that i began expermenting with marajauna and meth started ditching school dropped out or G.A.T.E as well as Orchestra and jazz bad ... ( i was in all three ) in 6th grade before this event ..... i never made the connection but my theripiest did and she also helped me realize that i veary likley  may not have ended up on drugs acting as a crimanal to support a drug habbit that i was unchonshinsley using to mask my shame and hide from the world and from myself and faimley . not saying my choices in life are all the fault of the bsa but they are responsible for the events that pushed out of my privgladged normal life and opend up some veary dark paths that i dident know existid moast likley would have NEVER known existed untill adulthood and prepaird to deal with .

The Event traumatized me and mentaly damaged me in ways i am only now beginning to understand my life sits in shambles to this very day i have been diagnosed as having 'Paranoid-Schizophrenia " Bi-Polar disorder Schizo-effictive disorder  Manic depression Severe anxiety disorder andSomnambulistic "  i have been in and out of jail and prision and mental institutions my entire life since thees events and untrusting of anyone or anything i did not realize it untill like i said LOTS of therapy but thees monsters ruind my whole ▮▮▮▮ life please i beg of you make them PAY and do somthing to unsure no other children ever have to endure this kind of mental tourture or pysical abuse again .

Thu, Apr 29, 2021 at 12:02 AM

[Quoted text hidden]



Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street
6th Floor Wilmington, DE 19801