FILED

2021 MAY 17 AM 10: 22

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: Whom it may concern & Your Honor

From: ███████

RE: BSA Response

Date: 5/9/2021

I am now 72 Years old, In the late 50's I was ████████████████████████████ which is out of ███████████████

███████████████████████ By my Scout leader.

████████████████████████████████████████████████████████████

I understand the lawyers for BSA want to settle with the Boy Scouts of America for $6,000.

This is unacceptable, ███████████████████████████████████████

This settlement ruling for the priests should be set for the ruling on the Boy Scout Leaders.

It appears like the system, Senators & Politian's support molestation of minority children.

I believe we should be awarded a similar settlement as the Molested children of the Catholic Boarding schools.

I am writing this on behalf of Myself and many Boy Scouts that earned their Merritt Badges by being ██████████████████████ we need closure and close this chapter in our lives





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE
19801



