To:
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE, 19801




FILED 05/02/2021

2021 MAY 17  AM 10: 22

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

From:
Victim S.A. - ▮

Your Honer, it has been suggested that I write to you in an attempt to let you know how I have been affected by the Scout Master of my Troop.

I was in Scouting from 1964 till 1967. The Scout Master gave me rides to and from our weekly meeting and to any special events - camping, hiking, and field trips.

He also, reportedly was teaching me to drive. So after meeting or other events there was a time window when I was not expected home. Also there were weekends were "we" would drive up to his cabin. Spend the night and drive back the next day.

His abuse started with "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ over one to one and a half years.

His abuse ended when my father started driving me to all events. To the point me father was going on the hikes and camp out. Even missing work to go with me. Nothing was ever said, my father just cut the access that the Scout Master had with me along.

At this point in time I cant give you date. I can tell you it happened in his car, a green Nash Rambler, with fold down front seats, and a large red Devils head, with gem in the right eye hanging from the rear view mirror . Also at his log home, his log cabin, camping trips, and other outings.

Every day for the last 65 years I have felt less than NORMAL. Dirty and not worthy of being around normal people.

As an example of how this effected the whole life I would share the following:
In 1975 I tried to full fill a long-standing ambition of joining the local Police Dept. I past the physical, I passed the background, on the side I was told I was in. Then came the polygraph. NO! I was later told it was the question on homosexuality that although I had told the truth, it disqualified me.

I later joined the State Trooper. But they paid about half of what the city paid. They stated in one town - building equity in there homes, sending there kids to better

schools, and living a higher standard of family life. With the State I moved ten times. Loosing money every time. Some places my kids could not live and places wife's would not live. The city retirement is twice that of the States.

When a chance for promotion to Investor can along, I had to turn it down because of my prejudices on the subject of child abuse .

I have been married three times. I have been divorced three times. My kids have lived with others from time to time.

I have been to two different counselors, have no trust in anyone. I have never socialize. Can't be in large crowds.

I think I will always blame myself, what did I do? What could I have done?


This program and the Scouts Master had a large negative effect on my whole life. Three wife's, two kids without both parents. All connected, according to the shrink. Always building walls, trying to prove to myself that I'm OK.

This is something you do not get over. Something you do not recover from. The best you can do is try to live with it. But you will always remember it. Whenever people look at you , you ask yourself if they can tell.

Thank you for you valuable time.

JUSTICE Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street
6th floor
Wilmington, DE 19801

LAS VEGAS NV 890
7 MAY 2021 PM 3 L

