May 11, 2021

To: Justice Lauri Selber Silverstein

From: ███████████████

Case # SA-█████

FILED
2021 MAY 17 PM 2:28
CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

I am writing the hardest letter of my life. My abuse started in 1984, when I was 12, and ended in 1987, when he (my Scout Master/Abuser) was arrested for the abuse of myself and another scout from my troop.

The Abuse the Scout Master put me thru for those 3 years was re-lentless Couldn't pass a merit badge without having to "sleep" with him, couldn't go on Scouting trips without having sex first. I couldn't get away.

The day he was arrested, I thought that it was finally over, I thought that he could never hurt another child, I thought that I could start to heal. I was wrong, wrong on all acounts, he was let go on a technicality, he moved to another state and became a Scout Master again. The B.S.A. was fully aware of my case and my scout mate, and still let him back in as a leader. I was devastated. The B.S.A. was supposed to protect us,

Next ⇒

to teach us, to bring us boys into this world as strong men, Not to abuse us, Not to throw us aside.

10 years had gone by and I got a phone call from a Detective Stating that the same Scout Master that abused myself, had been charged with it again, only this time it was with multiple boy's.

I Lost my mind, how, how could the B.S.A. let him back in Knowing full well of his past. I felt destroyed, I did everything I could do to stop it. And the B.S.A did NOT care. They let him back in to Destroy more lives.

If the B.S.A. wants to change They would step up and do whats right. No more boys should have to pay for their sins

Thank you

Justice Lauri Selber Silverstein
SA 03354
824 market St
6th floor
Wilmington, DE
19801