To: Justice Lauri Selber Silverstein

RE: ▮

DISTRICT OF DELAWARE

05-10-2021

Dear Justice Lauri S. Silverstein, I Am Writing to You because I wish to Express the Feeling of humiliation I Feel As I'm informed of, The BSA's Failure to Properly & humanely Recognize the terrible Pain & Suffering that has been Caused to Me & those victims of ▮ ▮ who Experienced, like Me ▮ For Months & even years. I was ▮ by A Boys Scout Leader For Months. And he even traded me to Another Abuser, So he too, Would Abuse Me Sexually. For Months I suffered this Abuse Not by one but, by ▮ one of which was A boys scout leader. Due to being A teenager I had No idea on how to Extricate myself From this Problem that was having A terrible effect in my Psyche. Unbeknownst to Me. As A Result. Of that Particular horrible Experience of ▮ I went through at the hands of The Boys Scout Leader

[REDACTED]

I Was 18 yrs. old at that time & this is what being Raped by A Boy Scout Leader has done to me. My Life was Effectively Ruined As A Teenager by the Sexual Abuse Perpetrated by the Boy Scout Leader, And his Accomplice.

I Respectfully Ask your Honor to Please Consider the Totality of the damage Caused by BSA & its Employees who, rather than Protect the children's Well Being, they hid it, like A Corrupt Criminal Organization Would. They deemed their Reputation, Such As it Was, More Important than the Safety of the Children in their Care And in doing So Ruined it themselves.

I Ask your Honor to Use, Not only your Common Sense but, your Conscience Also in Approving Reorganization Plans For a "Compensation" that is Making A Mockery of the Victims, Persons, human Beings, who Were Raped by Boy Scouts Leaders For Months & years like I Was. Their Actions Shock the Conscience of Any human being who is Sensitive & has Empathy - For Children who Were Raped by Boy Scout Leaders. I Ask The Court to Ensure Accountability before The Eyes of The Law, For BSA, To Safeguard the Rights of those of Us who've been Sexually Abused by BSA Boy Scout Leaders. And to Move this Case

in A Forward Direction to Put it to Rest For ever, And Us, the Victims, Can begin Our healing Process. The BSA Claims it Cares For the Victims of Sexual Abuse in their Care, but their Actions Are Antithetical to their Words, which Are empty Words, general platitudes & Cliches, All Meaningless in Contrast to the Actions of The BSA & its Insurers. They have Once again betrayed the Victims, talking out of both sides of their Mouths they have Put their Profits before the humanity of their Victims, the Pain & Suffering of their Victims, & Want wholeheartedly to Shirk their Responsibility. IF Any Unsatisfactory Compensatory Plan is Put Forth by BSA, I Shall Vote <u>NO</u> on it, do Not Waste The Court's Time BSA, Nor Mine, Nor the time of the thousands of Sexual Abuse Victims that You, the BSA, Contributed to Perpetrating For Many decades. The BSA Stole my belief in humanity, Stole my Peace of mind, My Sanity, my youth & my Freedom, it is because of what BSA Boy Scout Leader Paul did to me, that I made one decision that Cost A man's life & my Freedom in An Effort to Not Allow another Man to Rape Me ever again. For These Reasons I Ask the Court Protect & Safeguard Our Rights & Reject the petty Change that BSA Wants to give its Sexual Abuse Victims & Survivors. Thank you your Honor, Sincerely & With Much Respect,