MAY 12 2021

SA-███

Justice Lauri Selber Silverstei███
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801

Your Honor:

I am ███
When I joined the Boy Scouts with
tan shirt and yellow neckerchief.
They planned an outing &
no other boys went. I was
the only one that went.
There were other troops but I
ended up the only one from
our troop.
 The first 2 days we set up tents
gathered wood, hiked for ½ day
to get wilderness badge. It was
fun, I got my fire starter.
The third day was wilderness
clean up of garbage left by people.
That night everything went to shit.

When we went to bed the counceler came in

[redacted]

after I went out and stayed by the fire.
the next morning I found a family going back to twin to go home.
When I got home I burned the uniform and anything from the Scouts. I never went back. I was so ashamed and confused I couldn't tell my Mom or Dad.
I have had this nightmare my whole life.
I know the Scouts failed me and are responsible.

[redacted]