O5-0FHCED

2021 MAY 17 PM 2:49

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear, Honorable Justice

   I am writing in regards to my AIS case. Representing is Attorney ███████ ███████ Please acknowledge my very serious claims against The Boy Scouts of America. All of my statements and claims are absolutely true and not fabricated or exaggerated in any way.

   Scoutmaster ███████ is a horrible horrible Monster! He raped me and stole my childhood innocence at age twelve. He lied to me and said he would show me how to become a man someday. He always had pornographic magazines with him. He told me looking at them would help me get ready to have sex with my girlfriend someday. He said I had to get ███████

   The first time he violated me was one night at BSA ███████ He got in my tent and told me we could be best friends if I would trust him, and I did. At the time, to me it seemed right and felt good. I thought the Scoutmaster really liked me. He said to me you will be a good man someday trust me. (I was twelve)

███████ were in tents. ███████ had a van with a bed in the back. It was super cool, everyone loved it. He said lets get in my van where its dry. ███████

   I have a thirty year old son, whom I am very proud of. When he was young he wanted to join the scouts. I said absolutely not! He did not understand. I was mad and sad.
   I am fifty six years old now, I have never spoken a word about my metal destruction by this obviously sick man. You are the very first people to hear about this horrible experience. I have lived for decades keeping it deep in my mind. I truly hope you will treat this matter with the respect and dignity.

                                        Sincerely,