

Justice Lauri Selber Silverstein
SA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

FILED
2021 MAY 17 PM 2: 48
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

The Honorable Lauri Selber Silverstein;

My name is ███████████. I a writing to tell you my story of abuse by a Boy Scout scoutmaster in ███████ in 1968.  My abuser was ███ ███ manager of the ███████████████████████ was married and had two young sons.  He was the scoutmaster for Troop ███ which met at the ███████████████████████.

I had participated in Cub Scouts with ███████████████ ███████████████.  There I earned my Weblos under the tutelage of ███████████.  Between ages 11 and 12, I was welcomed into ████████ BSA as a wet-behind-the-ears, pubescent pre-teen.  The first year was amazing.  Our scoutmaster's name was ██████, just a great guy and role model for a youngster whose father was always working and had little time for me.

Unfortunately, ██████ left the Troop a year later and Roy Jones came on board.  ██████ presented himself as warm and caring, sometimes treating me as special.  As least that's what it seemed to me.  I had earned a chevron as an assistant patrol leader.

The first abuse occurred on an overnight camping trip. It started out as a great day. As evening approached, ███ announced that, as the senior scout present, I would be in his tent during the night. It seemed like an award. He was a good conversationalist and showed a keen interest in me. Then he turned out lantern and began question me about girlfriends and such. I was a junior high 7th grader with raging hormones. As I told him about a particular girl that caught my eye, he asked if I ever had "naughty thoughts" about her. It was spring of 1968, I was 12 years old, and this adult conversation took me by surprise. I noticed his silhouette ███████████████████████ I was terrified. Too terrified to speak or cry out. ██████████████████████████████████████ He ██████████████████████████████████████████████████ and he left me alone the rest of the weekend. That was the first incident.

I said nothing to anyone. First, I didn't think anyone would take my word over his. It was 1968. Men and boys just didn't speak of such abuse. Second, telling my father would have led to ███ death. As busy and 'absentee' as he was, he was still my father. His parenting philosophy was "provide and protect." If had spoken of it, he would have killed Roy and he would have gone to prison. Third, it was just humiliating. I didn't want anyone to know, especially my peers. So, I let it slide.

Life in scouting was good for three or four months. I actually became a patrol leader and member of the leadership team. Late summer, we had a team meeting at the scout hut near the fairgrounds and little baseball fields. I was visiting a girl who lived behind the ball fields. When it was time to go to the meeting, I left her house to walk across the fields to the hut. A cloudburst left me soaking wet by the time I arrived. ███ insisted that I needed to get out of the wet clothes. He left another adult with the other scouts and took me to a room where we had stored clothing from a clothing drive. ████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ meeting. That was the last time I attended a scout meeting.

At the time of my departure, I was a First-Class scout working toward my Star and Life achievements. I loved scouting, but I hated the abuse. ████████ robbed me of my innocence (I was a virgin), my love for

scouting, and my mental health. I spent years trying to conceal this secret and it was burdensome to say the least. During my mid and later teen years, I participated in some self-destructive behavior (alcohol), had some suicide ideation, and took advantage of a few young ladies only to prove that I was 100% heterosexual. Honestly, I was a disgusting teenager and I now count it a blessing that I survived those years.

I will be 67 yoa next month. I function well, but this abuse scarred me. The only positive about it is that now, over 50 years later, I speak of it to help those who might need help coping with their own abuse. I do think BSA has been reticent to admit that the oversight nationally and locally of those working with impressionable young men was poor at best. But we are the victims. Not the BSA. I know that you will probably receive hundreds if not thousands of letters like this. Some experiences will be far worse than mine. But we were all victimized by very flawed system. They should be held responsible.

