MICHIGAN DEPARTMENT OF CORRECTIONS
PRISONER STATIONERY

TO: Honorable Judge (BSA Bankruptcy Case)
NAME: Justice Lauri Selber Silverstein
NO. AND STREET or R.R.: 824 Market Street 6th Floor
CITY: Wilmington    STATE: Deleware    ZIP: 19801

FROM: Victim
FILED 2021 MAY 17 PM 2:27
US BANKRUPTCY COURT DISTRICT OF DELAWARE
DATE: 5-10-21

IN CORRESPONDENCE, USE NAME AND NUMBER ON YOUR LETTER AND ENVELOPE

Dear Justice Lauri Selber Silverstein I hope this letter reaches you in the best of health and God's care during this pandemic. I am writing you concerning case reference number (SA-█████). I am a victim of child sexual abuse by the Boy Scouts of America and their co-conspirators. I want you to know that this is very very painful for me to write because I never shared my ████ sexual abuse story with anyone outside of my attorney Andrew Van Arsdale. The BSA should no longer be in existence, their financial co-conspirators which are insurance companies and Hartford and many more. Should not only be punished severely financially, but should be prosecuted criminally, and persecuted morally and spiritually. I was raped by a grown man. I was forced to have a grown man ████████████████████████ over a 3 year period. These people were supposed to be role models, and I blamed my family for sending me there and myself for years. Justice Silversteien I know you heard the saying that "hurt people, hurt people" the hurt I suffered has me hurting others in the same way I was sexually assaulted and the sexual abuse also

#2) contributed to my criminal lifestyle and my sexuality. I even was made at God because it occurred threw Churches as well where some meetings were held. The settlement should be in the Billions if not Trillions because they have generational wealth and that generational wealth needs to be given to the victims who the sexual abuse of the BSA effected for generations even to this day. We will not be silent, we will not allow some corporate dollars or corporations to keep us silent. Think about the victims that are dead, or my have killed others due to the sexual assault by the BSA. I am taking mental Health medication for my suicidal depression. I have tried to kill myself multiple times due to my sexual abuse by the BSA. Just place yourself or your children in our shoes and you'll see that everyone needs to be held accountable to the fullest they need to be shut down & their financial backers. God Bless M.



Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801