ITD-404   3-87   STANDARD COMPUTATION SHEET

Description_____
Location_____   Sheet____

FILED
May 10 2021 MAY 17 PM 2 29
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Whom It May Concern:

A simplified version of my story of the abuse of counselors in the Boy Scouts of America movement.

This is <u>NOT</u> a story I wish to share with anyone, the shame and humiliation I have kept to myself for 78 years may help another young man in some way, Heaven help them + make BSA pay for allowing.

Myself born in 1930, coal country in So Utah, the depression of the thirties was devastating to the coal industry. With the completion of the American Falls Dam and Reservoir, in So Idaho, as a family of six we packed up and moved, Dad found work breaking new ground for farming. We did not prosper, we survived on $20.00 per month and our milk. Then World War 2 - Rationing even with money did not make a difference

With the war, dad found work building the new Naval Ordnance Plant in Pocatello Id.

Computed by_____ Date_____ Project No._____
Checked by_____ Date_____ File or Book No._____
Bridge Drawing No._____

ITD-404    3-87                    STANDARD COMPUTATION SHEET               

Description _____

Location _____                                     Sheet ____ of ____

THE NEW JOB MEANT WE MOVED INTO TOWN, INTO A HOUSE w/ELECTRICITY, FIRST TIME EVER STILL HAD THE PATH BUT WITH THAT SINGLE LIGHT BULB, NO MORE COAL OIL LAMPS.

   THAT LITTLE TOWN WAS VERY LDS (MORMON) THERE IS NOTHING AGAINST THE RELIGION, WE ATTENDED REGULARY. THE CHURCH SUPPORTED THE BOY SCOUTS OF AMERICA AND RECOMMENDED THE YOUNG MEN JOIN. WHICH I DID w/ONE OLDER BRO.

   SUMMER CAMP, 1942, WHEN (I WAS ELEVEN) WAS HELD OUTSIDE OF POCATELO (MINK CREEK ENCAMPMENT). WE WERE BUSED THERE FRIDAY AM. SET UP CAMP ETC TENTS WERE SMALL, FOUR BOYS AND ONE COUNSELAR. FRIDAY WAS OK EVERY ONE TIRED. SATURDAY WOULD BE DIFFERANT, THAT EVENING OUR COUNSELAR SUGGESTED "SPIN THE BOTTLE", WHEN THE BOTTLE NECK POINTED IN YOUR AREA, ONE ITEM OF YOUR CLOTHING CAME OFF. AFTER THE GAME OFF TO BED. SOMETIME DURING THE NIGHT I AWOKE WITH THAT COUNSELOR ███████████████████████████████ ███████████████████████████ AND A THREAT IF I EVER TOLD ANYONE I WOULD BE SORRY.

Computed by _____ Date _____ Project No. _____
Checked by _____ Date _____ File or Book No. _____
Bridge Drawing No. _____

ITD-404  3-87        STANDARD COMPUTATION SHEET
Description _____
Location _____                        Sheet ____ of ____

Upon our return home, I quit the BSA, gave my mom a feeble excuse and a lie.

I changed, I could not trust any older men. In school, thank goodness my teachers were female, made it through Jr High, grades 7 & 8. In the fall of 1944 going into High School, subject selection. I chose Seminary period <u>five</u> and PE period <u>six</u>.

First day of school, the first four periods were OK. Period <u>Five</u> Seminary = the teacher that creep [REDACTED] I about died, all the memories came back. I had a problem, I made the decision not to attend that class, tried to change, denied. In Idaho during potatoe harvest, school is let out for two weeks, for harvest. I just did not return to school, a drop out.

I started hanging out w/like boys, mostly trouble, jobs were scarce, for 13·14·15 year olds non existant. One of the boy's "[REDACTED]" talked me into running away with him, we did, until Dillon Montana, hitched a ride

Computed by _____ Date _____ Project No. _____
Checked by _____ Date _____ File or Book No. _____
Bridge Drawing No. _____

ITD-404  3-87       STANDARD COMPUTATION SHEET       

Description _____
Location _____               Sheet ____ of ____

didn't know it was a deputy sheriff, a ride to jail. Only time in my life. I knew I had to do something. Started working on Mom to let me join the military. Us four older boys did not have birth certs. <u>Midwife</u> - She relented after talking to Judge Cory. Both parents signed a certificate making me <u>17</u> instead of <u>15</u>.

I signed, and became a member of the United States Marine Corp. All 5'4" and 118 lbs - At the end of Boot Camp 5'8½ and 160 lbs. A few months later I met a young lady, She convinced me to go back to school off hours, Vallejo Calif. Jr College, received my high school diploma and associate degree in Accounting. Later a BA, Business Adm Idaho State University. The young lady June 7, 1947 in Reno Nevada she became my wife, her 17 me 16. Married at <u>16</u> a father at <u>18</u> - That son - 2 yrs Cornell Univ 2 yrs BYU a masters degree and a doctorate Univ of Minnesota.

Computed by _____ Date _____ Project No. _____
Checked by _____ Date _____ File or Book No. _____
Bridge Drawing No. _____

ITD-404  3-87    STANDARD COMPUTATION SHEET    

Description _____

Location _____    Sheet ____ of ____

So what did the BSA do to affect my life. They took away my teen age years High school prom's etc school day's and Basketball, boxing team and dating the girls you sorta had a crush on. I hated that person with a passion. Sometimes I think I have forgiven him, but I really don't know. Our Lord wants me to forgive, I have taught our children forgiveness.

The Ruling you will hand down on this case is <u>MONEY</u> for BSA and corp America or justice for the many (like me) they deserve to pay for their misdeeds, looking the other way when they knew.

I am certainly glad it is not me that has to make that decision.

Thank you - Respectfully submitted

[signature redacted]

Computed by _____ Date _____ Project No. _____
Checked by _____ Date _____ File or Book No. _____
Bridge Drawing No. _____