FILED
MAY 17 PM 2:58
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

As A Young Boy in scouting I Liked it very much camping learning skills Being with Freinds But on A Night that we were sent to our tents to go to sleep
I woke up AND was Not feeling good so I went to were my Scout MASTER were to find them drincking Beer P.B.R. AND Smoking ciggerets
I told them ABout MY PRoblem they gave Me A Pill AND told Me to go BAck To Bed I woke up to

I did Not sleep the Rest of the Night I WAS So upset
the next day I HAd to do MY Mile Swim I ALMOST drowned
AFTeR That I did Not care much ABout Scouting ANY more So on threw school I had Problems with
OVER

MY MALE Teachers and Football coach Becase I did NOT trush them or MY own FATher.
I ALSO WAS Bothered By A EAGLE Scout that Should HAVE not Been with us younger Boys AT A meeting parking lot
His FAther was A scout master ALSO
I finally Quit school IN 8th grade To go To work cutting trees
I Feel that this ruined my learnig Prossese AND Life MY Scout MASTERS NAME war ███████
I hope that this Neaver happens to ANYONE AGAIN

███████