Justice: Lauri Silverstein

FILED
2021 MAY 17 PM 2:56
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I hope That I can put into words
The way I felt as a 12 year old
as a Boy I enjoyed The challenge of
learing new Things and accomplishing
new opportunities as a BoyScout. I was
Learing how to be a better person and starting
my Life in a positive way

The incident happen in my home.
He came To my front Door and I invited
him into The living Room and we sat Down
on The couch. he sat Down next to me
we were talking about me becoming a Eagle
scout. He was a Eagle scout. and I respected
That. He offered To help me to become a Eagle
scoot. After talking for a while. Then he put

outside and he left and I never when Back
To The Boy scouts.

What I remember I was a boy scout
For approximately Two years, I had worked my
way To one step from being a Eagle scout.
Not being a Eagle scout Has cost me money
and Respect. In The Army The First Day Ask
for Eagle scouts and They were promoted.
Over The last 60 plus years I have friends
That Are Eagle scout I feel Like I Did
The work and Didn't get The Reward



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE 19801

19801-302499