April 30, 2021

FILED
2021 MAY 17 PM 2:30
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein,

My name is ███████████, claim #SA-████ and I write to you as a victim of sexual assault by my scoutmaster when I was 12 years old.

The scoutmaster, ███████████, was a highly decorated WWII Navy fighter pilot and considered a local hero. ██ was finally caught molesting a young boy in St. Petersburg, Florida about 18 months after he molested me and committed suicide while out on bail.

My life has been a series of failures as I struggled to handle sexuality. My wedding night (1961) was an awkward disaster as I had never experienced

sexual intercourse and the memories of the sexual assault flooded back. My wife and I stayed together 19 years but she and I had both been robbed of the joy of marital sex.

Flashbacks of the scoutmaster assault has often interrupted my studies and work habits.

I finally was able to tell my current, patient wife of 37 years and my former wife about my childhood experience in 2019 and express my regret for failing to disclose this problem long before.

I am now 82 years old and still ~~hm~~ hurt.

Thank you for taking on this difficult ~~case~~ case and I trust that justice will prevail

