5-14-21

FILED

TO: Justice Lauri Selber Silverstein
My Claim number is SA-[REDACTED]
Here is my True Story. The Story is sad and it takes place when I was 10 when I join the B.S.A. I was with a troop in Arkansas. I don't remember his name that was 52 years ago but happen for 5 years. I when camping on the weekend and one night the Asst. Scout-master came in my tent and placed his hand over my mouth he told me to be quiet don't scream or tell anyone or he hurt me and my family so I kept my mouth shut. He put his [REDACTED]



[REDACTED]

secret between me and him and we will play this game alot. He also told me he was going to show me what he done to a woman. He

[REDACTED]

me I was very good and when he came to me I would let him do it again. So we did this alot I can tell you how many time. Even at Camp Tula for

Two weeks he came to me every night for 2 weeks. This happen from 10-15.

Justice Silverstein the B.S.A. wants to paid pennies on the dollar. I believe I should be paid from $500,000. to $2.8 million dollars for the pain and suffering and I still dream about it to this day. The sins of the B.S.A. must be answered for now. What they did to me as a human being will not be tolerate no more. The reason I have hurt 3 young boys myself. I believe if this didn't happen to me. I would not have done that too. Sorry but this is still very hard for me. Please make them paid for what they did for me. I should get closuers and $2.8 million dollars myself.

Sincerely your,

# SA- ███████

Please stop my hurting. Don't let them get away with this make them paid. And they should not never reopen and hurt other little boys. God bless you.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6Th Floor
Wilmington, DE

19801-302495

TAMPA FL 335
SAINT PETERSBURG, FL
12 MAY 2021 PM 4 L