FILED
2021 MAY 17 PM 2:48
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My life has been I can't remember many things too no the scouts but when I look back this thing has stuck with me. When we went on are outing with the scouts to Lake ~~Taho Taho~~ Taho there were plenty of snow all the scouts got fix up in the motel and we went out to the snow in my rubber boots we went to the skiing place we drove there I was to cold my feet were freezing my man say you need your boots go under the boots so the scout leader drove me back to the motel he opened the room. and got my boots I sat down and was taking off my rubber boots when I noticed

HE WAS STANDING RIGHT IN

[redacted]

I was a chubby boy of seven or eight years old I have FAITH in all my relationships I'm not like that or am I

SA -
Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street 6th Floor
Wilmington DE 19801

19801-302499