Claim # ☐ SA ▮▮▮▮   5/6/01

FILED
2021 MAY 17 PM 2:38
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern,

▮▮▮▮▮▮▮▮ is ▮▮▮▮▮ this letter to address a situation that took place in the year of 1965 thru 1969, The Boys Scout of America troop 440. Director name Mr. ▮▮▮▮, he sexually assaulted me by touching me in a inproriate way and had me to proceed the same to him. The place where the incident took place was on Webb St and Linwood at Roosevelt Elementary School, also on Camping trips he would sexually assault me and other members in the Boys Scout Camp. I did not understand what was going on at first at such a young age, but now I know his actions was wrong. I'm writing this letter to the Judge to explain all that took place in my life at a young age and to try to make sure that what happen to me doesn't happen to any other child.

Sincerely
▮▮▮▮▮▮



Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street 6th Floor
Wilmington DE 19801

METROPLEX MI 480
12 MAY 2021 PM 15 L

19801-302499