CLAIM SA-[redacted]

**FILED**  May 11, 2021

2021 MAY 17 PM 2:33

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My Name is [redacted], I Am a client of the AVA Law group and A survivor of sexual abuse while I was a Boy Scout in Troop #108 in Daytona Beach FL. At Memorial United Methodist Church.

My abusers Name is [redacted] I was approximately 11 yrs old at the time my abuse started. I was forced to [redacted]

[redacted]

absolutely No compassion for me as I cried while fulfilling his sick fantasy. When I cried, which was Almost everytime, he would threaten me w/ physical violence or tell me that he would tell my mom that I was misbehaving in the program so that I would be spanked by my mom. This Abuse went on the entire time I was in the Boy Scouts of America

and even continued a couple months after I was out of the Boy Scouts. He would troll my neighborhood and demand I get into the car, for almost 2 yrs I was afraid to go out and play, for fear he would see me and demand I get into his car. I felt dirty, disgusted, embarrassed and I suffered in silence until I was 24 yrs old and I told my mom about it.

I questioned my sexuallity at times, I blamed myself for what happened to me, I lost all respect for anyone in a position of Authority (Police, Doctors, teachers ETC.) As a result I was in and out of jail and prison. I battled drugs for over 20 yrs. I battled Alcoholism, I attempted suicide several times (2) of which are Documented, I was Baker Acted, I have been diagnosed with P.T.S.D, Anxiety and Depression, I've been in several Mental Health Programs over the years (Henderson Mental Health, Stewart Marchman ETC.)

This letter is very difficult for me but I feel I need to follow it through. I have been denied justice for over forty (40) yrs. Now. My life has been destroyed on so many levels, I dreamed of going to the military w/ my brother. He went and was confused as to why I changed my mind about going. I couldn't bring myself to tell him the truth and the real reason. It was because I would be yelled at (like my abuser did) I would be cussed at (like my abuser did) I would be threatened (like my abuser did.

I'm thankful that God has delivered me from the drugs. Almost 20 yrs now.

No amount of money will ever replace what has been taken away from me. I continue to suffer, just not in silence as I had before. Even now, I continue to need the therapy that I was never able to afford. It's what I want and need.

Respectfully Submitted,

# SA-





Justice Laurie Silverstein
BSA Bankruptcy case
824 Market St
6th floor
Wilmington Delaware