FILED
2021 MAY 17 PM 2:54
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Justice Lauri Selber Silverstein, BSA Bankruptcy Case

I Live in ▮

My name is ▮ And this is my story.

In 1978-1979, I was introduced to Boy Scouts ▮ by a friend who I only remember him as ▮ my age. My ▮ lived in his neiborhood. My house off ▮ was about 1 mile away from club house whitch was in my Aunt's neighborhood. We my family lived in And as I still am here. ▮ ▮ Across the street.

I'm 50-51 now And I've always remember this. I got a boy scouts Handbook and was excited about joining. I was allowed to go on a 1-2 day camping trip even though I had no uniform. I packed a bag. There were 10-25 About other boys. Night was coming up And older man said I was to sleep in his Tent with a 2? something yr. old.

I wondered why but didn't Argue Some time during night

[redacted]

On the next Morning I barly spoke but on bus or VAN Home I Awaited to tell my Family. I Told my Aunt, mom, DAd my mom told A Lawyer who Died 2 monthes Ago.

I've Always Had Hard time with intamacy. I SAw Ad on T.V. So I Told Someone.
    Thanks For Listening.
      Sincerley
        [redacted]

[envelope addressed to:]

BSA BANKruptcy CASE
824 MArket Street 6th Floor
Wilmington, DE 19801

[return address partially visible: ...verstein]

19801-302499