Dear Honorable Judge Silverstein

My name is ▓▓▓▓▓▓ writing to tell you how being sexually assaulted by a scout director affected me. It drastically affected me in many ways.

First I still suffer flashbacks and emotional trauma. Second it has made it (up to this day) impossiable for me to have a healthy normal relationship with others. Exspecialy with other men. I have major trust issues. Third it's made it hard for me to maintian a job. The fact is I have suffered a great amount of emotional, mental, social, and relational turmiol because of the abuse. Even to this day I suffered nightmares that force me to relive the abuse I suffered.

If you wish to know more here is my claim number: SA-▓▓▓▓▓▓

It is truly hurtting me how the Boy Scouts are getting away violating me a second time. I want you to know that I believe that the Boy Scouts of America can do alott better at makeing a serious admends for thier sinns they committed agints me; and all the others that suffered. So I am begging you to do what is right and hold them accountable for all thier crimes and sinns. I thank you for your time and effort reguarding this issue.

Sincerly
▓▓▓▓▓▓