Your Honor,

FILED 11th 21
MAY 17 PM 2:55
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My name is ▇▇▇▇▇▇
I would like ▇▇▇▇▇▇▇▇▇▇ myself.
I am a sexual abuse survivor of a troop leader, of the Boy Scouts of America.
This happened in the early 80's
I was 10-11 years old then. I was ▇▇▇
at that time.

My brother Rob was in the Boy Scouts. He had a troop leader named ▇▇▇▇ lived around the block from us. ▇▇▇▇ told my brother ▇▇▇▇ that he could get extra credit toward badges, if he came over & brought friends to work on extra projects.

At first it was fun doing things. It was me, ▇▇▇ my other brother ▇▇▇, my friend David, ▇▇▇
One day things ▇▇▇ changed!
▇▇▇ pulled out a gun & threatened us all. ▇▇▇ were to do what he wanted. If not he would kill us & our family's.
We were very scared!
He had us pose for pictures naked, girls with girls - boys with boys. Doing things to each other.
He also molested us as well
His wife was also involved in this.
He told us if we did not come back again he would kill us & our family's
This went on for sometime
I can't remember how long.

I have tryed to forget alot of this.
But one day ▓ had enough.
He told our parents.
Police were called.
Reports taken.
When they raided ▓ apartment.
They found the guns ▓ pictures.
Where we told them they were.
This was a big case ▓
Our names were not released.
We were underage.
But we all testified at trial.
Jerry was convicted.
He went to prison for alongtime.
So was his wife.
About 2 1/2 years ago.
I recived a letter from the ▓
Parole Board.
Jerry was up for parole.
I pladed to be there that day,
to object.
But my ride had a family emergany,
that day.
I should have wrote a letter as well.
I do not know if he did get parole.
I'm still afraid to find out.
But I know I need to for me.
I do not talk to my family,
have not for over 12 years.
For other reasons.

I do Know & Remember
the Boy Scouts Never gave a Apology,
or any Attempt to contact us.
they wanted to forget it, walk away.
This affected me in so many ways.
I have had Relationship problems.
Trust Issues.
I have had Anxeity - Depression
been on medication on & off for years.
I have Nightmares
What the Boy Scouts of America
has done.
Has left me & many other with
Scares & Fears.
I have Never let any of my children
Join the Boyscouts or Girl Scouts!
My children say I'm to protective.
But this is what All this has done
to Me.
My Nightmares are of what happened
Back then.
And said if I would see Jerry on
the streets again.
What in my minds eye what he
would look like now.
We need to hold the Boy Scouts
of America
more accountable.
This plan coming Before you,
is not enough.

I do Not agree with it.
They are trying to get out OF this
with As little Damage to themselfs,
As possible
Again Covering their own ass.

They need to Be held
Accountable
Not Slapped on the wrist &
say its ok!

Please For All of the Survivors
Do Not accept this plan
hold them accountable
thank you
Sincerly



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

19801-302499