May 9th 2021

FILE ███████

Dear Justice Lauri Selber Silverstein my name is ███████ and the first thing I want to say to you is happy belated Mothers Day and my lawyers asked me to ██████ and tell you how I feel about BSA, so bear with me because the things That happen to me still affects me & makes me angry...
So I will try to keep it short as possible.
So I think its time to dismantle them and make them pay for everything they put me threw & the things I'm still going threw now as an ████ grown man. anyways when I was in the scouts

████████████████████████████████████████

By my scout master & his helper at late meetings & mostly while out at camping sites when we stay overnite or longer; my abuse happen over an period of an few months until I got enough Heart to quit. I was young, scared, ashamed & hurt in more ways then one I didn't really know what was happening then. But I felt bad and was forced By threats not to say anything So I didn't, But I wished I did all them years Back Because It messed my life up I can't trust anyone espeaically athority figures which I get very desenceive around which ends up with me In trouble & prison Because In my mind I think they are trying to hurt me or abuse me. And when I try to talk to people about my issues most of the time, them same people use my pain agaist me or go Behind my Back and tell everyone trying to Be funny which in turn messed my mental Heath all up so I had to take meds. for an large period of my life and I end up in Jail

Because I will defend myself from Being ~~physical~~ Bullied. My abuse in BSA not only cost me my childHood it cost me my adult Hood, relationships, Jobs and an large part of my ~~freedom~~ Freedom... I don't think its right for the BSA to treat this as an Joke and sweep it under a rug like they are tring To do, ~~scratched~~ None of us asked to Be part of an Oganized sexual abuse ring. BSA was supposed to teach me how to Be an leader instead I got this and have to go threw and live with an abused Body & soul I deserved an Better life and I deserve Justice and I prey that what we all get. do I think the reorganization plan BSA is trying to put threw on the May 19th Hearing is insufficient!



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801

19801-302499

