Justice Lauri Selber Silverstein

FILED
2021 MAY 17 PM 2:34
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I'm one of the victims of BSA, what happened to me ruined my life, it confused me to the point I was convinced that my sole worth in life was to be people sexual release, I didn't know if I was gay - straight - or bi-sexual - I was a virgin until I went to a Jamboree, that night changed everything about me, This was in 1971 & I never recovered, and now the BSA want to move on like nothing happened, That's what Big Corporation's do, Use - Abuse & Run Over little people, what happened to me not only affected me - it affect other people that I came in contact with, It gave me a messed up concept of what love & sex & life were all about, I was 12 when this happened, I'm 62 now and can say my life has been a waste, never been married, never had a relationship on the streets that lasted more than six months - I've been in prison 2/3'ds of my life, tried to kill myself in and out of prison, I've searched for love in all the wrong places & never found it, I never thought about there being a way to make someone pay for the event's that ruined my life - this paring suit won't change my life, no amount of money can take me back to my worst day of my life, hell the people that actually raped me are probably long dead by now, but the

#2

..organization should still be held accountable
..Because when they found out what was happening to
..us they chose to cover it up instead of making
..examples of the predators in their ranks, had
..they been proactive. It might not have happened to me
..and thousands of others just like me, so your Honor
..please hold the organization accountable for all the lives
..it allowed to be ruined after knowing what was going
..on, the cover up is almost as bad as the crimes,
..and in a way are worse because that's what allowed
..it to continue all those decades, I'm still suffering
..and will until the day I die

Respectfully