**RE: BOYS SCOUTS OF AMERICA**

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

FILED
2021 MAY 17 PM 2:35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 11 2021

My name is ▮▮▮▮▮ and this outfit ruined me as in me growing older I never made any friend

Because of this crap and torcher that was done to me, I was raped by a boy a man when I was about 8years old he made ▮▮▮▮▮ with the threat of being killed it was a every time a camp meeting he would ▮▮▮▮▮ me and he did this to most of the venerable, I never spoke of this until I got fed updwelling on the matter. ▮▮▮ was the leader and this took place in Manchester NH

I believe for living with this for 63 years is worth them being held accountable because

How many others are screwed up like myself. I have been scared for life


Thanks

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19898-1100

U.S.M.S. X-RAY

TAMPA FL
SAINT PETERSBURG
12 MAY 2021 PM

FOREVER / USA