May 11 2021

To: Honorable Justice Lauri Selber Silverstein
BSA. Bankruptcy Case           #SA-████
824 Market Street 6th Floor
Wilmington, DE 19801

    I was sexually abused while participating in the Boy Scout Program in my most important formative years beginning at Age 7 and up. I have had to live with these experiences during my 81 years on this earth. (81 − 7 = 74 yrs) As a Christian, I have had to fight these un-natural urges that continually haunt me on a daily basis's; God help me is my daily Plea & Prayer.

    My experience as a United States Marine in VietNam (1965) was a cake-walk compared to my Boy Scout abuse that happened to me and I'm sure it will continue into the future (as with the Catholic Church cases) if it is not stopped in it's tracks now — It is more important for it to be stopped now, than ever before. —

    I will vote no on the May 19th hearing for sure.
Thank you for your extra efforts in this case

                        Sincerely, Thanks for your Consideration!

FILED 2021 MAY 17 PM 2:49 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE




To: Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

19801-302499