5-10-21

**FILED**

2021 MAY 17 PM 2:36

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

SA - ▮

Justice Lauri Selber Silverstein;

   I've just been notified that the mediation in the Boy Scouts of America has fallen apart, and I'm a bit perplexed with this matter.
   I was born ▮▮▮ I was adopted into the ▮▮ family on 11-12-70 in San Mateo Ca.
   I met a man at one of the scout meetings, and he questioned me about other boys in the CUB scouts. He told me that men fall in love with boys my age, and that touching each other is natural and is nothing to be ashamed of. He said that men have sertain wants and desires and ▮▮▮
▮▮▮
We then left the garage and the meeting was soon over. I met this man on several occasions at San Bruno recreational park, each time he gave me a dollar. I'm from a poor family, and a dollar was a big deal when you are only 8 or nine.
   I find it very disheartingly that these proceedings have broken down. I would like to be compensated for the abuse that was perpitrated upon me. These years have been rough on me. The scouts ABUSED ME. They have shapped my life into one that never should have been the Man I am now. I have three failed marriages, four children that don't know there father, I've six grandchidren who've never seen me, and all this is caused by the twisted thinking with the Cub Scouts. I pray that you will not let these predit ores get away with messing up my future and life. I have to put MOST of the things that happened on the shoulders of the scouts.

Thank you for taking the time to hear me out.

