CASE # ▓▓▓▓▓▓▓▓▓▓

Mrs Laurie Silverstein

FILED
2021 MAY 17 PM 2:34
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I am writing to the court today to say that its time for the B.S.A. to stop with all the lip service. And start thinking about the thousands of us children that was harmed under the B.S.A's Protection. I was an 8 year old Boy 1973 when this happend to me. Noone was there to Protect me from that Monster. Now its time to stop talking about it and liesion. I think the only way to heal me is to MAKE EM PAY Because that only way the B.S.A and all those ↓

~~other~~ People who are in this. Will lessen. I can't help but think ~~o~~ that my life would be in better shape if this horrible thing hadn't happen to me. So all people involved can stop talking and do something to help all the people was harmed under the B.S.A.'s Protection.

Sincerely yours



P.S. I TIME TO BE HEARD

Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market ST 6Th floor
Wilmington DE 1901
19801-302499




SHREVEPORT LA 710
10 MAY 2021 PM 2 L

U.S.M. X-RAY

FOREVER / USA