FILED
2021 MAY 17 PM 2:48
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case

Your Honor,

The abuse I suffered in the mid 1980's in scouting played a role in shaping my development into adulthood. I had a single mother and scouting seemed a good fit with male role models as my father wasn't in the picture. It was! I enjoyed it tremendously until the abuse happened. My Scout Leader, was convicted and only sentenced to ONE YEAR! For years when I saw the same make and model van he drove I shook in fear.

As a teenager I was rebellious, into drugs, and was sent into an adolescent psychiatric facility. When I started college without any financial support I decided to enlist in the Marines and take advantage of the GI bill. I was denied because of the stint in the psychiatric facility as a 16yr old. Luckily through therapy, a relationship with Christ and hard work I have rebounded and enjoyed a great career so far, thanks to my education. I still owe over $20,000, if anything is awarded from this lawsuit it will go to pay for my college expenses as this is what I lost when I was denied military service.

BSA knew this was happening and insurance companies took the risk of providing coverage. I don't feel sorry for either entity. Getting started emotionally and financially in life wouldn't have been such a struggle if this skeleton hadn't been in the closet.

Regards





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE 19801

19801-302499