Dear Justice Lauri Selber Silverstein

May 17, 2021

FILED
2021 MAY 17 PM 2:48
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I'm writing because I would like you to understand my point of view of this matter about being molested by the authority that was suppose to protect and Guide me. I was Just a Boy that wanted to fit in and be part of Something that was Great. However my Confidence and self esteem was shatter the first time I was persuaded to be part of something I knew wasn't right but I was scared to tell my parents feeling ashamed. Being abuse on a repeated basis was Hard for me to comprehend as young boy. I Just want you to know Judge Lauri that experience still haunts me and even though I'm in the Mental Health program to help me with my depression from my childhood dilemma it still confusing to why the Boys Scout of America is making light of my situation disregarding of what they took from me and what they have put me through Concerning my Mental state. Judge I understand about forgiveness but I also understand about Accountability. A Lot of my suffering has been on account of them taking advantage of me when I was just a child.

P.S. I Hope you help us in a way that would relieve some of the pain that plague me and other victims.

[redacted]

Selber Silverstein
ry Case
reet 6th floor
Wilmington, DE 19801