5·11·21

My name is [redacted] and I was abuse as a boyscout when I was young. I believe child welfare and safty should be a priority in everybodies life parent or not. When I was a kid I looked to the boy scouts for safty. For what the BSA did I hold them responsible for my mental health as an adult. And the BSA should take responsibilty for their actions, and for that I 'vote No to the BSA's proposed reorganization plan.

Thank you

enclose:

FILED 2021 MAY 17 PM 2:48 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE



Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street 6th Floor
Wilmington, De 19801

19801-302499



