SA - ▇▇▇

FILED
2021 MAY 17 PM 2:43
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

My story takes place in the same neighborhood and same church no place as ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The JC's or ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ That ▇▇▇▇▇▇▇▇▇▇▇ vice president of. - I ▇▇▇▇▇▇▇▇ once at a BSA Troop meeting, while our Scout master gathered camping equipment for him.

Nobody on this Earth can tell me there's <u>no connection</u> between a pediphile Scoutmaster and pediphile serial killer, Both leading youth groups out of the same church, They had to to know or be involved together yet the FBI dosent belive my latest Tip, thinking Im crazy! But theyve closed the case years ago! There is <u>one</u> person still alive who knows where the other bodies are buried and he is old and could die any day. At least questioning him, is owed to the victims families.

I Dont know where To Begin this Letter But I Think I Can say That The Boys of BSA Are Innocent wholesome young children, who have Bought Into An Idealism of a time honored Tradition.

I Belive That The Boys of BSA If fully Informed of The Boyscouts of yesteryear, who were groomed By scout Leaders To Be Used As Sex Toys, By Homosexual Scout Masters, who Did Not have The Manhood and guts to find Woman As Mates, But Instead used young Innocent Scouts As sex Toys.
I Belive If Todays Scouts Had That knowledge of how other Scouts suffered with Their Lives Ruined, They Would Want Every single penny of BSA Tresuary And Assets Used To Help The Boys Who sufford. Because Thats who And what Boy scouts Are, Caring, Humane giving Loyal youth of America. Not These Corporate Leaders without Honor, playing A Game of Smoke And Mirrors

The Boys of BSA Know The Diffrence Between Right And Wrong. Unfortunatly The Board Members who Lead Lavish Life styles Donot. The Assets of BSA Belong To The Boys of Today And yesteryear, There Membership fees Invested. And The Boys Do Not have Access To The Monies or Chattles There Money was spent on. And The Leaders failed Them And There Organization, And Protected Filth, To protect There good Name I Belive The Boyscout members of Today, should Have A vote As To Distributing All Assetts To The Scouts of yesteryear There forfathers, Who Suffured At the Hands of BSA MAnagment

If In fact Todays Boy scouts Are True To Their pledge And Oath And There Code of Honor They would Want All Assetts Distributed.
Do The Right Thing

There Are no stock Holders, no share Holders No Investors. only Assetts Horded By MANAgment so They Can Continue There Lavish Lifestyles

My personal experience, after being molested so many times raised questions in my own mind about my own sexual orientation. And the shame I felt about having had sex with a male. This man [REDACTED] a dog a collie named [REDACTED] and when I would go to his house his dog would hump my leg. In front of the scout master and his family. He would tell the dog NO! once or twice but not firmly enough to make the dog stop. And I didn't like it. But got the feeling that [REDACTED] the scout master did E[REDACTED] watching his dog trying to have sex with me and was turned on. And thought it good traing for me. I was the sex toy for his dog too! Oh my god. Later around the age of 18 yrs old I discovered I could talk to girls and not to be afraid of them. And I became a sex addict with any woman I could find. I married a alcoholic 9 yrs older than me which was a disaster. And I cheated on her constantly with anyone I could find one night stands. And that dystroyed my marriage

I Dropped out of High School Twice Due To Emmotional And Drug Problems. I Later Educated myself Every way I could But continued to fail At The Jobs I Had Trained for I WAS SMART Enough, But My Confidence WAS Lacking And To This Day cannot TAKe constructive Critism, It Breaks me.

As A child I became Everyones victim, to Afraid To Resist When Bullied or facing A fight, Exactly Like The first Time I wAs/molested Terrorized And Petrified unable to Move or sAy Any Thing, To stop what WAS being Done to me. And Later In Adulthood. UnAble To hold A Job And Maintain A decent lifestyle And At The Age of 59 years old never having owened a House and family My Life long dream, Some stability IN My Life. This MAN scout master ▇▇▇▇▇ is still Alive And At Large. My Mother Reported The Abuse To scouting when I was A child with Promise This would never happen Again. In year 2011 I went To District 16 police And filed a Report, only To Be Told ▇▇▇ never had so much As a Parking Ticket

That They could Not violate The MANs Civil Rights, Questioning him. There were No Records Because BSA had Swept It under The Carpet, And Covered His Records of Abuse up. So A Pediphile walked The Streets of Chicagos ▇▇▇▇▇▇ NeighBoorhood operating oppotating out of The ▇▇▇▇ ▇▇▇▇ Church ▇▇▇▇▇

▇▇▇▇ o. Youth group.
IN April 2021 I called The FBI ANd filed A Report That Scout MAster ▇▇▇▇ MAY HAve Been An Acressory To ▇▇▇▇ ▇▇▇▇ Living only ▇▇▇▇ Apart Both Pediphiles, Both Running Youth groups Just A few Miles from There Homes

THE FBI I Belive Discounted My Report, Because They HAD No previous Knowledge of this When will The LAW Enforcement TAKe All These Things Serious.



BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington Delaware 19801