Honorable Justice Silverstein,

I'm writing you in regards to the BSA Bankruptcy Case Claim # ███████

My Name is ███████ and I'm a Survivor of The Boy Scouts of America. I Spent Close to 10 years in the Boy Scouts and over about 5 years I had a Number of abusers that made me to feel as it was my fualt that this happened to me.

For decades the BSA Councils knew of the Abuse that was happening to Countless thousands of Children and did nothing but sweep it under proverbial rug. Now the BSA Attempts to put forth a plan that gives little to No Compensation for the Damage they Did to our lifes. The BSA forfeited their right to Control the bankruptcy process when they Allowed for this Abuse to go on and do nothing. Although the BSA is in Bankruptcy this is not a matter bankruptcy this is a matter of Sexual abuse of minor Children and the Organization that let it happen in their Care and finding Justice for us Survivors.

I pray that this Court Doesn't let a plan go forth that will Do little but insult and Allow the BSA off for pennies on the dollar.

Address 2500 Westgate
City Pendleton    State OR   Zip 97801

O.M.S.
X-RAY.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801

PORTLAND OR 972

19801-302499