[REDACTED]

Justice Lauri Selber Silverstein,

**FILED**

2021 MAY 17 PM 2:41

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

    I am writing to you to explain how the sexual abuse from the Boy Scouts of America has affected me. When the abuse happened, I was very young and did not know what was happening or even how to explain it to anyone. I was scared and terrified of what my abuser might do to me if I told anyone. He literally lived in the same neighborhood that I did. To say that this has profoundly affected me is an understatement. I have lived with this for over fifty years and it has affected every relationship that I have had in my life. I have suffered alone for so many years and I have never been able to talk about the abuse until recently.

    It is important to me that the Boy Scouts of America be held accountable for their actions and that no other person ever has to go through this type of abuse. There are so many people that are suffering from the abuse that they endured through the Boy Scouts of America and it is not right. When I was younger, every boy that I knew was involved with The Boy Scouts of America and I was excited and proud to join. I never knew that excitement would turn to pure terror and embarrassment.

    With writing to you, I hope that you can see this is more than just a bankruptcy case and that it is about the destruction of a child's youth and how sexual abuse from a trusted member of the Boy Scout's of America can be detrimental to someone's life. I hope that by giving you a brief look at how this abuse has caused me pain and anguish, that you can help hold The Boy Scout's of America accountable for their actions.

Sincerely,

[REDACTED]





Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 14th Floor
Wilmington, DE 19801



