RE: CLAIM ███████ 

FILED 2021
2021 MAY 17 PM 2:40
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

DEAR JUSTICE SILVERSTEIN,

IT WAS NEARLY 70 YEARS AGO THAT I WAS ABUSED BY A SCOUT LEADER, A PERSON WHOM I TRUSTED. AS A 14 YEAR OLD, I NEVER HEARD OF SEXUAL ABUSE, I WAS NAIVE.

OVER ALL THESE YEARS, I NEVER TOLD ANYONE, NOT EVEN MY WIFE OF 60 YEARS. WHEN OUR 2 BOYS WANTED TO JOIN SCOUTS, I TALKED THEM OUT OF IT. INSTEAD THEY GOT INVOLVED WITH CHURCH YOUTH ACTIVITIES. ADULTS WORKING WITH YOUNG PEOPLE HAD TO GET BACKGROUND CHECKS, I LIKED THAT! TO THIS DAY WHEN I SEE A SCOUTMASTER, I'M WARY OF THIS PERSON AND HIS DOINGS.

THERE ARE PREDITORS EVERYWHERE IN OUR SOCIETY AND THAT IS TO INCLUDE PRIESTS AND POPES IN THE CATHOLIC CHURCHES.

IT MATTERS NOT IF ITS RELIGION OR BSA ABUSE, IT IS ABUSE AND HURTS THE ABUSED FOR LIFE.

IF THIS ABUSE CASE IS NOT RESOLVED IN A REASONABLE TIME PERIOD AND FOR SUBSTANTIAL ASSETS, PAYABLE IN REAL MONEY DAMAGES, THEN IS THIS ALL FOR NAUGHT?

THANKS FOR YOUR TIME.



19801-302499

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE. 19801

