5/12/21

FILED
2021 MAY 18 AM 9:19
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor!

My name is ▮▮▮▮▮▮▮ and I'm writing to you and the court in hopes that some of the many victims involved nationwide wrong doing by adults can give some closure to some of us.

To make a long story short: My bad dreams started when I was 9 or 10 years old.

We lived in Center Valley PA. off Route 309 south of Bethlehem PA. A very small community. I was in grade school at Southern Lehigh School District. I joined the Cub Scouts there in a small troop of 2 other boys and me. I think the one boys mother was our leader. We had meetings in a small church along with a BSA troop and a assistant BS master who

1

OFFERED TO HELP TRAIN US TO BECOME BS.
WE HELD MEETING AT A CAMPSITE OUTSIDE OUR COMMUNITY.
WE WERE SWORN TO AN OATH FROM OUR LEADER THAT THIS TRAINING WAS TO BECOME GOOD BS'S.
IT STARTED WITH PORN MAGS, PICTURES, PAPERS, ETC.
THEN THE MOLESTATION ETC. STARTED
IT WAS A TOTAL SHOCK AND WE WERE SCARED AND CONFUSED ABOUT IT.
THIS WENT ON FOR UP TO 9 MONTHS OR MORE AND I TOLD MY MOTHER WHAT WAS HAPPENING. SHE WENT TO THE BETHLEHEM POLICE AND TOLD THEM, THEY SAID IT WOULD BE LOOKED INTO.
NO FORMAL POLICE REPORT WAS EVER FILED.

2

THIS ALL TOOK PLACE DURING THE MID/LATE 1940'S. WE WERE JUST KIDS WHO DIDN'T REALLY KNOW ANYTHING ABOUT SEX AND THE ONLY HELP I GOT WAS FROM A CATHOLIC PRIEST. NO OTHER HELP WAS AVAILABLE BACK THEN.

FINALLY MY PARENTS DECIDED TO MOVE AWAY & I QUIT THE CUB SCOUTS.

BEFORE WE MOVED MY MOM WENT BACK TO THE POLICE. THEY NEVER CONTACTED HER FROM THE FIRST VISIT. WHEN SHE WENT THERE ALL THE POLICE OFFICERS HAD BEEN CHANGED AND THEY CLAIMED TO HAVE NO IDEA OR INFO ON MY MOM'S REPORT. PROBLY A COVER-UP OR WOULDN'T GET INVOLVED.

THIS HAS HAUNTED ME MY WHOLE LIFE AND I KNOW I CAN'T CHANGE WHAT HAS HAPPENED TO ME AND MANY OTHERS. I NEVER REALIZED THE MAGNITUDE AND

3 —

4

AND THE AMOUNT OF ADULTS TURNING A BLIND EYE TO THIS DESTRUCTION OF CHILDREN.

I RESPECTFULLY REQUEST YOU NOT TO LET THE BSA TURN THERE CHEEK ON OUR YOUTH AND OUR NATION! THEY SHOULD STEP-UP TO THE PLATE!

RESPECTFULLY
THANK YOU

CASE #
SA-

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE,

HARRISBURG PA 171
13 MAY 2021 PM 3 L