May 13, 2021

FILED
2021 MAY 18 AM 9:20
CLERK
U.S. BANKRUPTCY COURT

Dear Justice Silverstein,

I received a email from my attorney ▮▮▮▮▮▮▮▮▮▮ on April 26, 2021, stating I should write you a letter about what happened to me as a Boy Scout when I was 8 years old at summer camp @ Camp Mountain Run in Pennfield Pa.

Well its been 60 years this month that I have been thinking about what happened to me for 7 nights. People call it sexual Abuse, I call it molestation.

You should have a copy of my statement or be able to reference it to my name through my attorney or the docket no. I'll put below.

I don't want to rehash my statement when you can read it. What I want to do is not talk or write about what happened to me as a little boy, but tell you how it has affected me through my life.

As a teenager I had issuse showering with other boys after physed.

As a Army veteran I had issues with being around naked people showering for three years 1971-1974

As a adult every time I see a sexual abuse arrest on t.u. news programs. Driving Down the road in a car and seeing a young man walking, wondering if his is going to get home O.K.

I think you see or understand what I mean, there hasn't been a day go by in 60 years that I don't think about it. It takes hardly nothing to trigger those thought of those seven nights.

I don't care about the Ins. Comps' the Lawyers or the money. The only way this is going to go away is when I pass.

The money what a laugh, how to you compasate a man that has 60 years of thinking about, what happened to him when he was 8 years old.

The last 3 or 4 months has been extremely hard on me with the emails and such, Som times I wished I wouldn't pursued this. I just want it to end.

SA- ███

███                    ███

May 13, 2021

please don't publish my name.