Dear Justice Selber Silverstein,

My name is ███████, I am writing you in regards to the Boy Scouts Sexual Abuse Claim. My claim # is: SA-██████. It is my understanding that the BSA is trying to minimize its obligations to us sexual abuse survivors. I know to the lawyers and the insurance companies this case is about money. And maybe that's the case with most of the sexual abuse victims. Well, it's not about money to me. What happened to me changed my life and no amount of money can ever make that right. I think these people need to be punished and I guess the only way to do that is to hit them where it hurts: the pocketbook. So that's why I'm doing this, not to get rich. But to make them take responsibility for what they've done.

See my situation is probably worse than others. I was touched by someone affiliated with the Boy Scouts when I was very young and it haunted me my whole life. It affected every relationship I ever had. Relationships with my family, friends, and partners. I couldn't live a normal life. I tried, I honestly did. Then when I was 25 I was drinking and doing drugs to numb the pain I always felt. An older man tried to do sexual things to me. I snapped and I hurt him real bad. I was sentenced to 15 years in prison. I have a year and a half left. So it's almost over. But, I lost one of the people who really cared about me, while I was in here, my Father. It's been a nightmare but I'm not saying the BSA is totally to blame. I've deffinetly made some poor decisions. I just keep going back to that day and wondering if it wouldn't have all been different if that man wouldn't have done those things to me. I obviously don't know you and don't know what kind of things you've went through

in your life, but what would you do if you were in my shoes? Wouldn't you want to see the BSA answer for these crimes? I was a kid, an innocent child. It's not right, don't I deserve some sort of justice?

I'm hoping that by expressing these feelings to you that you'll see me as a human being and not just a number in some report. There's much more at stake here than money. I hope you can see that. Thank your for listening.

Sincerely,

