

FILED
2021 MAY 18 AM 9:22
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 10, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th Floor
Wilmington DE 19801

Re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear Justice Lauri Selber Silverstein
This is regarding the sexual abuse done by the BSA. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 47 years ago. The BSA has allowed the systematic sexual abuse of hundreds of thousands of children.

Well over 90,000 claim filed across the United States shows how rampant child abuse was in the BSA committed by an institution that allowed abuse to happen for over a century. I am fed up with BSA modus operandi for 100 years, to blame the victims and cover things up. It's time for the BSA to be helded accountable for the sexual abuse.

(1)

The proposed reorganization compensation plan for 650 million dollars is a insult from someone who is a survivor of sexual abuse by the hands of the BSA. Is this what a young boy innocents is worth 650 million, divided into over 90,000 survivor of sexual abuse. This is pennies on the dollar I will vote NO

The BSA should be offering billions for compensation money damages to the survivors. There are a lot of insurance policies that cover the BSA and the local councils over the past century. In fact their actions indicate that are doing what they have always done; simple lip service to child protection while trying to bury any of their potential exposure. Our claims is worth much more then lip service I would like to see the BSA to step up and show the survivors of sexual abuse that they mean business and come up with a compensation plan in the billions.

I will not vote yes on the 650 million. No amount of money will ever right the wrongs, that the BSA allowed to happen to me and the young boys in the boy scouts (most of all me) The BSA needs to do much better if they want to stay out of chapter 7 liquidation