Dear Honorable Judge Silverstein,

FILED
2021 MAY 18 AM 9:02
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I write this letter respectfully and with concern of how the Court will regard and interpret the the Boy Scouts of America.

This is far more than a simple case of bankruptcy. It is far more than the unprofessional behavior of a company's administration or the mistreatment of employees that a company might have the misfortune of dealing with.

This case is about how myself and thousands of others were deliberately and forcibly exploited sexually by the predatory leaders of the Boy Scouts of America. These were our scout leaders and we were entrusted into the care and direction of them as young boys. The atrocities I was subjected to by the Leaders of the B.S.A. took place at the regular meetings as well as the weekend outings, at which we were particularly vulnerable. Sometimes these leaders would be aided in their perversions by the older Boy Scouts in the troops who they were able to induce or recruit.

I understand that the Court is only looking at this case as a proposed reorganization working with the B.S.A.'s lawyers and insurance companies. I beg the Court to consider all the facts in this case and why it has come to be heard in your Honorable Court in the first place.

This is why it is with great shame and humiliation I feel compelled to share with your Honor a couple of my personal degrading and traumatic experiences while I was part of the Boy Scouts of America.

1 of 7

At one of my first meetings after joining the B.S.A., a Scout Leader informed me that one of my duties was to help clean-up after our meetings. During the clean-up the Scout Leader told me to come with him and I followed him into the hallway off the main room. He stopped in the hallway and started asking me questions like, how old I was, what I liked to do for fun ect. Then he said he noticed how I didn't have a uniform shirt and that he could help me get one. This was a small community and it was common knowledge that my Dad wasn't around much and my Mother struggled with myself and my brother, as far as money went. The Scout Leader instructed me to take off my shirt so he could measure me. Trusting in him, I did so. █████████

███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████

stayed after the meeting to help clean-up. The older scout told me our Scout Leader wanted to see me in the chair room down the hallway. As I walked I noticed the older scout take a position at the doorway of the hall which led into the main room. The

███████████████████████████
███████████████████████████
███████████████████████████

and struggling with him. I finally broke away from him but when I reached the end of the hall, the older scout grabbed me. I struggled to break free from the older scout and when I did, I ran up the stairs and out the front door. The older scout was chasing after me and he tackled me out on the practice field at my school. He got on top of me slapping my face saying that I better not tell anyone what happened, slapping me, punching me in the chest. The older scout ████████████ made me say that I wouldn't say anything. He told me if I did, he'd hurt me real bad and when he let me up, he kicked at my legs and pushed me while I walked home. When I got home my Mom gave me the uniform shirt of the B.S.A. which she had sewn on all the insignias of our troop. I wanted to quit the B.S.A. so bad after that but I was ashamed to tell Mom what had happened and now, especially didn't want to disappoint her after she had somehow saved enough to get me that shirt. I never stayed after to help clean-up again, even when the other Scout Leaders would tell me it's my turn. I remember them talking to me of my duties and responsibilities but, I wasn't going to stay after ever again, if I could help it.

Another incident occured at one of the weekend outings. The first night (Friday) was uneventful, even though we had been split into teams for the activities of the weekend. The older scout ████████████ who had hurt and threatened me was on my team. The first morning (Saturday)

3 of 7

After we had eaten breakfast, the Troop leaders asked for a volunteer to stay in camp to square it away and to "stand post". This is usually a two man position and the older scout ████████ volunteered himself as well as me. I objected to this as well as a ten year old boy could but, once again found myself being lectured as to my duties and responsibilities. As the other boys left on their hike, my greatest fear became a realization. I was alone with the older scout and the Scout Leader from the hallway. After the troops had been gone for a few minutes the older scout told me I was in trouble and the Scout Leader wanted to see me immediately in the tent. I didn't want to go and argued with him. The older scout was a lot stronger than me and he was grabbing me and pushing me towards the tent. The older scout shoved me in the tent, coming in after me. The Scout Leader was sitting in the middle of the tent without a shirt on and his bottom half was in a sleeping bag. The Scout Leader told me to sit down on his sleeping bag but I wouldn't. The older scout tripped me and shoved me down. The Scout Leader grabbed my wrists to control me saying how he really liked me and that the older scout liked me too. He said that they both wanted to help me be a good boy scout. He had gotten to his

████████

[REDACTED]

woods. I hid in the woods untill dark. The Scout Leader and the older scout had walked past me, looking for me. When I went back to camp, no-one seemed to notice. I had missed supper and was starving but, I was to afraid to say anything. Something must have been said though because not even the boys who were my freinds were talking to me. The next morning (Sunday) we left.

When we arrived in town, both my Mom and my Dad were there. One of the Scout Leaders must have contacted them. The Scout Leader from the hallway wasn't there and neither was the older scout. Another Scout Leader had a discussion with my parents and it was told to me that I wasn't Boy Scout material. After we had gotten home and my Dad had left, I told my

brother what had happened to me at the outing and what had been going on after the meetings. My brother made me tell Mom that night. Shortly thereafter, with no explanation, we actually moved from that town and to another state entirely. We never spoke of it again and I don't think Mom ever told Dad. My relationship with my Mom and my brother would never be the same again. I could still see the love in her smile and in her eyes but as she would look away I would catch glimpses of the shame she felt in them. My brother, almost immediately started distancing himself from me. Eventually we would become estranged from each other. Finally when we were in our teens my brother could no longer even stand being in the same room as me and became hostile towards me if we were ever alone. We haven't spoken in decades.

    I was a very active youngster, I enjoyed participating in almost everything. Even at that young age I was in the school choir, a member of the band learning to play the drums and on the wrestling team and ran in track. All that changed. I quit doing everything. I quit choir, quit the drum lessons. I just couldn't bring myself to go around anyone. I was scared most of the time and constantly felt vulnerable. I was ten (10) years old! I started isolating myself from everyone and everything. When Mom would try to help me, I couldn't explain it to her, I just wasn't the same boy anymore. From then on my Teachers, my peers and society looked upon me as just another "problem child".

Please do not underestimate the damages this has done to me and all the others who were subjected to sexual violence by the leaders of the Boy Scouts of America. It is my opinion, as a victim, that allowing the B.S.A. to reorganize without substantial damages being awarded and showing considerable accountability to their victims, you, the Court, will have failed thousands of children whose lives were destroyed along with their families and still suffer the injuries which were inflicted upon us.

Organizations such as this should not be allowed to continue to exist in our society.

Sincerely

My representatives are

AVA Law Group, Inc.
2718 Montana Ave.
Suite 222
Billings, MT 59102
Case #



Justice Lauri Selber Silverstein
B.S.A. Bankruptsy case
824 Market Street 6th floor
Wilmington, DE. 19801