①

FILED
2021 MAY 18 AM 9: 04
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
06 MA?
2021

THE BOY SCOUTS OF AMERICA,

MY NAME IS ███████████

I AM WRITING THIS LETTER TO TELL THE BOY SCOUTS OF AMERICA, THE ATTORNEYS DEFENDING THE B.S.A., ANY MEDIATORS IN THIS CASE, THE HARTFORD AND ANY OTHER RELATED INSURANCE COMPANIES INVOLVED IN THIS ACTION, AND JUDGE LAURI SELBER SILVERSTEIN HOW BEING A SEX ABUSE VICTIM AT THE HANDS OF THE B.S.A. HAS AFFECTED ME. I AM 59 YEARS OLD AND HAVE NOT TOLD ANYONE OF THIS UNTIL THE LAST 18 MONTHS OR SO. I'VE KEPT ALL OF IT TO MY SELF SINCE THESE CRIMES WERE COMMITTED AGAINST ME FOR A NUMBER OF REASONS. TWO SCOUT LEADERS TOLD ME THEY WOULD KILL ME IF I TOLD ANYONE, THEY SAID THEY WOULD GET MY FATHER FIRED FROM BEING A POLICE OFFICER, THEY SAID IT WAS O.K. BECAUSE MY FRIENDS LIKED THE SEX AND I WOULD TOO EVENTUALLY, THEY TOLD ME IT WAS NORMAL AND THEY WOULD TEACH THE BOYS WHAT OUR PARENTS WOULD NOT ABOUT SEX, WHICH I NOW KNOW WAS ABUSE IN ITS LOWEST FORM.

② I WAS PERSONALLY ABUSED A FEW TIMES BY ANOTHER SCOUT LEADER AT COMBINED EVENTS, CAMPOUTS AND MEETINGS. MY REGULAR SCOUT LEADER ABUSED ME MORE THAN 50 (FIFTY) TIMES.

THE SCOUT LEADER FROM ANOTHER TROOP, ███████████ FORCED ME TO GIVE

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

ONE WEEKEND CAMPOUT WHEN HE AND MY REGULAR SCOUT LEADER HAD A BUNCH OF BOYS GO TO THE OTHER CAMPSITES FOR A DAY OR NIGHT.

MY REGULAR SCOUT LEADER, ██████ ████████ ABUSED/MOLESTED ME AT LEAST 50 (FIFTY) TIMES. IM SURE IT WAS AT LEAST 50 AND PROBABLY MORE, BECAUSE WHEN I DIDNT ATTEND MEETINGS AND TRIED TO

③ QUIT, ▮ WOULD TELL MY FATHER I WAS NOT DOING MY WORK, NOT PROGRESSING, ANYTHING TO KEEP MY DAD SENDING ME TO MEETINGS, I DID A ROUGH COUNT OF EVENTS, MEETINGS, AND IT WAS AT LEAST 50 TIMES. ▮ KEPT ME SCARED TO TELL ANYONE, SCARED TO TELL MY DAD BECAUSE OF HIS THREATS TO HAVE MY FATHER FIRED, SCARED TO EVEN TALK OR ASK OTHER SCOUTS IF THEY WERE DOING WHAT ▮ WAS DOING WITH ME. ▮ ▮

▮

WHERE NO ONE COULD SEE DURING MEETINGS. ▮ MOLESTED ME AT ALMOST EVERY MEETING, EVENT, CAMPOUT, ETC. SOME OF OUR MEETINGS WERE AT HIS

▮

MAD AND PHYSICALLY ASSAULT ME IF I DIDNT DO THINGS RIGHT OR WHEN HE WANTED ME. TOO ▮ ALSO HAD A

④ BOAT AND WOULD TAKE SCOUTS ON IT.
HE WOULD ONLY TAKE TWO OF US
AT A TIME. WHILE WE WERE ON THE
BOAT, ONE OF US WOULD TRY TO SKI
OR SWIM WHILE THE OTHER BOY WOULD
STAY ON BOAT AND WATCH THE SKIER
OR DRIVE THE BOAT. HE MADE US
SIT ON HIS LAP TO DRIVE AND HE

[redacted]

FROM VIEW WHILE HE DROVE THE BOAT.

[redacted]

TO DO BOAT TIME FOR WATER/SPORTS
RELATED BADGES, AWARDS. I KNOW THAT
WHEN WE WENT ON THE BOAT, IT WAS
ALWAYS THE SAME TWO BOYS AT A
TIME. THE BOY I WENT ON BOAT WITH
WAS [redacted] [redacted] DIED
IN HIS GARAGE DURING HIGH SCHOOL
1975-1976 ?? THEY SAID IT WAS FROM
CARBON MONOXIDE POISONING WORKING ON
A CAR, BUT [redacted] DAD WAS A

⑤

MECHANIC AND ███████ KNEW ALOT ABOUT CARS AT A YOUNGER AGE FROM HELPING HIS FATHER, ████████ DIED ALONE IN HIS GARAGE WHILE HIS FATHER WAS AT WORK, MY FATHER WAS ON THE CALL AND WHEN HE CAME HOME, HE ASKED ME ABOUT SCOUTS BECAUSE ██████ DAD SAID TO MY FATHER THAT ███████ TOLD HIM ABOUT THE SCOUT LEADER ██████ I WAS TERRIFIED TO ANSWER MY FATHER AND TOLD HIM THAT ████████ WAS WEIRD AND THAT NOTHING HAPPENED THAT I KNEW OF. I REGRET NOT SAYING ANYTHING THAT DAY AND I VISIT ████████ GRAVE SITE REGULARLY TO THIS DAY. I LIED ABOUT A FRIEND TO WHAT I THOUGHT WOULD GET ME KILLED, MY FATHER FIRED IF I TOLD HIM WHAT WAS HAPPENING BACK IN SCOUTS. ██████ GOT OUT A COUPLE YEARS BEFORE I DID. MY FATHER STILL DOES NOT KNOW WHAT HAPPENED TO ME.

I COULD AVOID DAVE AFTER A FEW TIMES, BUT I COULD NOT GET AWAY FROM ████████ I JOINED SPORTS TEAMS IN HIGH SCHOOL AND CONVINCED MY FATHER THAT SCOUTING WAS OLDER AND TOO MUCH TO KEEP GOING. MY FATHER WANTED ME

⑥ TO TRY TO BE AN EAGLE SCOUT.
<u>WOW</u> I DON'T BELIEVE I COULD HAVE
GONE ON WITH SCOUTING OR I FEAR I
WOULD HAVE TRIED TO KILL MYSELF LIKE
I BELIEVE ███ DID.
    MY TIME IN THE B.S.A. CHANGED
ME PERMANENTLY. IT HAS AFFECTED
EVERY RELATIONSHIP I'VE EVER HAD, IT
HAS SKEWED HOW I USED TO LOOK
AT PEOPLE, GAYS, WOMEN AND
CHILDREN. I THOUGHT I WAS GOING TO
BE GAY WHEN I GOT OLDER, I WAS
AFRAID I WOULD POSSIBLY DO WHAT THEY
DID. I WAS FORTUNATE THAT I DID NOT
HAVE THE SAME URGES TO MOLEST
BOYS AS ███ AND ███ DID.
    I WENT THROUGH SEVERAL YEARS,
ABOUT 40 SESSIONS OF THERAPY IN MY
LIFE FOR THIS ABUSE. I'M OK, I GUESS
BUT I CANNOT SEE A BOY SCOUT WITHOUT
THINKING OF ALL THE ABUSE, I CAN'T EVEN
BUY DAMN GIRL SCOUT COOKIES? I DON'T
DO ANYTHING THAT IS CONNECTED TO BOY
SCOUTS. THIS CAUSED A HUGE PROBLEM
WHEN MY GRANDSON JOINED THE B.S.A,
I FOUGHT WITH MY DAUGHTER AND WIFE
BUT COULDN'T TELL THEM WHY I DIDN'T
WANT HIM IN THE BOY SCOUTS.



FORTUNATELY, HE DIDNT LIKE SCOUTING AND ONLY REMAINED OVER JUST A YEAR. IVE HAD NIGHTMARES HE WAS MOLESTED BY HIS SCOUT LEADERS. I COULDNT EVEN DROP OR PICK HIM UP FOR MEETINGS. I HAD NOTHING TO DO WITH MY GRANDSONS SCOUTING.

I HOPE THE ATTORNEYS, MEDIATORS THE INSURANCE COMPANY REPRESENTATIVES ALL HEAR THIS AND I HOPE YOU ALL, JUST FOR A FEW SECONDS IMAGINE YOUR SONS WENT THROUGH WHAT I AND OTHER MOLESTED, ABUSED SCOUTS WENT THROUGH. WHILE YOUR LITTLE BOYS WERE WITH THEIR SCOUT LEADERS.

ITS A HELL OF A BURDEN TO LIVE WITH THIS ISSUE AND MEMORIES, FOR 50 + YEARS. I HOPE IVE PUT A VISUAL OF YOUR SONS IN YOUR HEADS OF WHAT I WENT THROUGH AND UNDOUBTADLY MORE SCOUTS HAVE AND WILL ENDURE. QUIT PROTECTING THE B.S.A'S REPUTATION, FINANCES, BOTTOM LINES AS YOU SAY.

Do THE RIGHT THING AND CORRECT, HOLD THE B.S.A. RESPONSIBLE FOR THEIR CRIMES AND HIDING THEM



CRIMES OF SEXUAL MOLESTATION
AND ABUSE AGAINST MINOR CHILDREN
MAKE THIS A CASE OF CRIMINAL
ILLEGAL SEXUAL ABUSE., NOT A
CASE OF BANKRUPTCY OR NEGOTIATIONS
IN BACK ROOMS OR SAVING REPUTATIONS
OR SILENCING THE ASTOUNDING NUMBER
OF US THAT WERE FOREVER AFFECTED
BY SEXUAL PREDATORS WHILE BEING
PROTECTED BY THE BOY SCOUTS OF
AMERICA ADMINSTRATORS. I PRAY THAT
YOUR SONS DON'T GO THROUGH WHAT
I DID

CLAIM #
SA

I APOLOGIZE FOR MY HANDWRITING GETTING
WORSE AS THE LETTER WENT ON. I HAVE
DUPUYTRENS CONTRACTURE IN MY HANDS.



X-RAY

PRIORITY *MAIL* TRACKED INSURED
UNITED STATES POSTAL SERVICE.
For Domestic and International Use    Label 107R, May 2014

JUSTICE LAURI SELBER
SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6th FLOOR
WILMINGTON, DE 19801



9505 5120 1853 1



1004

19801



EXPECTED DELIVE
USPS TRAC
UNITED STATES POSTAL SERVICE®