CASE # 20-10343                                   5/2/21

FILED
2021 MAY 18 AM 9:07
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

TO WHOM IT MAY CONCERN,                           ①

MY NAME IS ███████████ I WAS
YRS OLD, WHEN I WAS MOLESTED AT
A CUBSCOUT MEETING, GIVING OUT MERIT
BADGES ETC... I WASN'T IN THE CUBSCOUTS
LONG (MAYBE 3-4 WKS). THIS HAPPENED
AT THE MEDFORD NJ. COMMUNITY CENTER.
IF MEMORY SERVES THIS WAS IN NOV. 1962.
I WAS DROPPED OFF BY MY MOTHER, I BELIEVE
ABOUT 7:00 PM., TO BE PICKED-UP AT
8:00. I WASN'T GETTING ANY MERIT BADGE
BUT, I DID GET MY CUBSCOUT PIN.
(I WAS OFFICIAL!) I WAS APPROACHED
ABOUT 20-30 MINS. INTO THE MEETING
BY A MR. ███████████
I DON'T REMEMBER? EXACTLY! BUT,
HE ASKED ME TO COME WITH HIM INTO
ANOTHER ROOM. HE SAID TO ME "LET'S
SEE IF YOU HAVE WHAT IT TAKES TO BE
A SCOUT!? I WONDERED IF I HAD DONE
SOMETHING? HE TOOK ME INTO A BACK ROOM
LIKE A KITCHEN/CAFETERIA. PULLED UP A CHAIR

(2)

ASKED ME TOO HIM, SAT DOWN IN FRONT OF ME, AND SAID "YOU LIKE THE SCOUTS? I SAID "YES". HE THEN SAID "LETS SEE IF YOU'VE GOT WHAT IT TAKES!"

[redacted]

IT FELT LIKE FOREVER!!. BUT, WAS REALLY PROBABLY ABOUT 15-20 SECONDS?. (MAYBE LONGER, I DON'T REMEMBER). I DIDN'T KNOW IF THIS WAS REQUIRED!? OR WHAT!. BUT, MY HEART WAS POUNDING! HE JUST STARRED AT ME!? HE HAD GLASSES ON! I FELT LIKE I WAS GOING TO START CRYING!. BUT, I WAS AFRAID TO DO THAT! I THINK HE SAID THAT AND [redacted]

I WAS SO SCARED AND EMBARRESSED, AND FELT SO BAD!, LIKE I HAD DONE SOMETHING WRONG!!. HE SAID TO ME "GO ON GET OUT OF HERE, TAKE YOUR SEAT! I WENT BACK OUT

(3)

I WENT BACK OUT AND TOOK MY SEAT, SCARED & FRIGHTENED!! HE CAME OUT ABOUT A MINUTE LATER AND SAT DOWN. I NEVER EVER TOLD ANYONE!!— FOR FEAR OF GETTING IN TROUBLE!. I COULD NEVER SHAKE THAT FEAR!! I EVEN FELT GUILTY. LIKE I HAD DONE SOMETHING BAD? I LIVED WITH THIS GUILT AND FEAR FOR YEARS? I FELT ASHAMED OF MYSELF, FOR WHAT HE DID!?!. I NEVER EVER LOOKED AT A GROWN MAN THE SAME AGAIN! IT LEFT ME WITH A DISTRUST OF MEN FOR MANY, MANY YEARS,!! I STILL CARRY THE GUILT AROUND, FOR SOMETHING I DIDN'T DO!! I WAS DEEPLY EMOTIONALLY SCARRED FOR YEARS. I STAYED IN THE SCOUTS FOR A FEW MORE MONTHS. I SAW HIM ONE MORE TIME AFTER THAT, BUT, HE NEVER EVEN LOOKED AT ME. (LIKE I WASN'T THERE!) I STAYED IN MAINLY BECAUSE MY FATHER GOT INVOLVED HELPING TO BUILD FLOATS, FOR THE PARADES THE SCOUTS

(4)

WOULD BE IN. BUT, I NEVER ENJOYED A SCOUT MEETING AFTER THAT! ALWAYS WONDERING IF SOMEBODY ELSE FOUND OUT! I ALWAYS WENT WITH TREPIDATION AND FEELING SCARED! I NEVER EVEN EARNED A MERIT BADGE! INSIDE, I JUST WANTED OUT!! THE SCOUT MOTTO!? BECAME A VERY QUESTIONABLE ISSUE TO ME. I DON'T KNOW HOW MANY OTHER BOYS WENT THROUGH THIS? I MAY NOT HAVE BEEN SODOMIZED OR RAPED! BUT, I WAS DEFINATELY PSYCHOLOGICALLY RAPED! THAT 30 SECS. OR SO DEEPLY AFFECTED ME FOR YEARS! TO THIS DAY I DEAL WITH A VERY IRRATIONAL GUILT! I DON'T KNOW HOW MANY OTHER BOYS WENT THROUGH ANYTHING LIKE THIS. I KNOW VERY WELL WHAT I WENT THROUGH! PS, → TO THOSE ADULTS WHO WOULD BETRAY THE TRUST OF CHILDREN!? WHO LOOK TO YOU FOR GUIDANCE AND EXAMPLES, HOW DO YOU SLEEP AT NIGHT???



How You've Gotten Away with this for so long? I will never know or understand! You have certainly betrayed the Boyscout Motto!! May you read what you sow!! I really don't know what kind of compansation can repay all the shams and years of built fear can repay for what I had to deal with!!?

"A LITTLE PERSONAL HISTORY" 

AS I SAID: MY NAME IS ▮▮▮▮▮▮▮▮▮▮. I AM ONE OF FIVE SIBLINGS ONE (OLDEST) SISTER, ONE OLDER BROTHER, I AM THE MIDDLE CHILD, WITH TWO YOUNGER BROTHERS. AS A FAMILY WE WERE RELATIVELY CLOSE. I WAS ALWAYS CLOSEST TOO MY SISTER. MY MOTHER & FATHER WERE AS HAPPY AS A MIDDLE CLASS FAMILY COULD BE, I SUPPOSE. MY FATHER WAS A GOOD MAN, ALTHOUGH, HE WAS NEVER REALLY A CLOSE FATHER TOO US, HIS CHILDREN. HIS PROFESSION WAS A COMMERCIAL ARTIST. MY MOTHER WAS AN R.N. THOUGH SHE WORKED A LOT. SHE WAS THE ONE WHO REALLY RAISED US _ SHE WAS ALWAYS THERE FOR US. MY GRANDFATHER (HER FATHER) WAS A BOY SCOUT & AN EAGLE SCOUT, SHE THOUGHT THE SCOUTS WERE A GREAT WAY FOR BOYS TO GROW UP IN, TO LEARN HOW TO GROW UP. I WANTED TO JOIN VERY MUCH! TO MAKE HER PROUD. I THOUGHT "HOW COOL TO BE A SCOUT"!



Justice Laurie Silverstein
824 ▓▓ Market St. 6th Fl.
Wilmington, Del. 19801