Justice Lauri Selber Silverstein
BSA Bankruptcy Case
814 Market Street
6th Floor
Wilmington, DE 19801
Claim No. SA - ███████

FILED
2021 MAY 18  AM 9: 23
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein,

It is very hard to write this letter, mainly because it brings back many disturbing memories and bad feelings. A few of my feelings were of joy, while others are of sadness, disappointment, guilt and anger. In writing this letter, I realize now so many things that I did not understand when I was younger. I learned early that there were people who I could trust, look up to, and admire. I felt I could trust them because they were leaders. In my case, the boy scout master was a teacher from my school. He was a special-education teacher since I was a special ed student in 1965 - 66. He was a kind teacher, and he would invite the boys over to his house after school. He gave us donuts and other treats to encourage us to stay longer. I was a child and I enjoyed the treats. Later, I joined the Boy Scouts, and that same teacher became my boy scout master at 66th Street Elementary School. I was very fond of him and I trusted him. I was also very naive and trusting and did not know that he was a predator and a child molester. I did not know he was using treats to gain my trust, and that it would eventually involve sexual favors. Another other older boy scout whom I admired, had all the attention of the boy scout master. I didn't know at the time that they were having sex in the tent while on camping trips. That older boy ended up drinking himself to death as an adult.

[redacted]

At his house where, a lot of these encounters and experiences happened. Other times, this happened on camping trips where he would show me naked men in magazines after giving me drinks of wine.

For years, I had to try and bury those thoughts and horrible feelings of shame. For many, many years, I've buried the shame and guilt. I only wanted to be a good boy scout. I only wanted to be a good man. I did not want to become someone's sexual desire. I did not understand why this was happening to me. To this day, I still feel ashamed. I cannot go on with this letter since it still hurts so much. The person I trusted, my teacher, my Boy Scout Master, caused me to have deep emotional pain and sorrow. I resent him for causing me to be unable to express my emotions. Instead, he caused me to cover up and hide my feelings. I ended up on drugs for many years and lost so much in my life. I feel my life would have been different, better, if I had not endured those horrible experiences as a child.

Thank you for your time.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801
Claim No. SA-