FILED
2021 MAY 18 AM 9:10
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Lauri Selber Silverstein,

My name is ████████

claim #: n/a

I am writing to you to explain what I went through due to the abuse I endured in the Boy Scouts when I was a minor.
Please note, this is very hard for me to do, especially due to my extenuating living situations.

I'll start off about 12 years ago when I purchased my home. The neighbors invited me over for supper. It was then that I learned that the neighbor was best friends with my abuser unbeknown by me. They grew up together & were in Scouts together, so off & on I would see my abuser at their get-togethers, all the while I would have to put on a straight face as usual and act as if nothing ever happened.
Well about 5 or 6 years ago I had a mental break down and I decided to tell the authorities & my family what had happened. The sherriff's office had me go under wire & set up a meeting with my abuser. It was successful as in I recieved a confession & my abuser even gave me nude photo's of my self, that he had taken, which I turned into the authorities.

(1.)

A couple of months later, on edge the whole time they finally did a search of his home. He was not there, but recieved word from a family member. My Abuser was on the lamb for a couple days. I was scared out of my mind that he was going to kill me.

Well he ended up killing himself, which left me in even more of a terrible spot. I felt responsible for his death for awhile.

I have been Abusing Alcohol & marijuana off & on since the abuse happened, but even more so the last couple of years, trying to kill the pain. There isn't enough Alcohol to kill this pain.

Since then I haven't felt comfortable at my own home due to the fact of my neighbor & their suspicions & my abusers family and their suspicions. I have distanced myself greatly from them. I would like to move elsewhere but right now I am not in a position to do that, which makes me more depressed.

I learned since then that I have major depression, Anxiety & PTSD. I always thought something might be wrong with me all along, but repressing memories can play tricks on the mind.

If I didn't have these symptoms, I feel like my life would be alot different & that I would have been able to accomplish alot more or be able to do things that I would like to do.

I attempted suicide once & almost another time. I have had many nervous breakdowns, I even joined the military in hopes that I would die in combat.

②

Just knowing my story, I can't imagine what other Scouts went through. Maybe worse.

I don't know what the Boy scouts should do. I am upset that they refuse to aknowledge these hundreds upon thousands of claims. I am even more upset with the insurance companies that are in Bed with the BSA.

There is alot of lip service, but no action + not even "I am sorry this has happened to you!" because that would mean they would have to acknowledge all these claims.

The insurance companies collected all these years (70) in case anything like this ever Happened, now are back pedaling + deny that amount of claims.

If they continue down this path then I don't care what happens to them.

They would have to agree to do extensive background checks on all the leaders + even the parents that volenteer on a yearly basis, along with mandatory classes pertaining to this, also on a yearly basis, with documentation, at the very least.

As far as bankruptcy or reorganization I would have to say bankruptcy if the continue like this.

What a disgrase to a good program!

All I know is our inner childs are still hurting! Thank you for your consideration!
Sincerely [redacted]

(3)