# **<u>EXHIBIT B</u>**

26437925.12

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: May 11, 2021
Invoice Number: 50024176
Matter Number: 077494.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/01/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/01/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/01/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/01/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/02/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/02/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/02/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 03/02/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/02/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/02/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/02/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/02/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/02/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/03/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/03/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 03/03/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/03/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/03/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/04/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/04/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/04/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/04/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/04/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/04/21 | Docket Retrieval / Search | 15.00 | 1.50 |
| 03/04/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/04/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/05/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/05/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/05/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/05/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/05/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/05/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/05/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/05/21 | Docket Retrieval / Search | 1.00 | 0.10 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: May 11, 2021
Invoice Number: 50024176
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/08/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/08/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/08/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/08/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/08/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/08/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/08/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/08/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/08/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/09/21 | Docket Retrieval / Search | 17.00 | 1.70 |
| 03/09/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/09/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/09/21 | Docket Retrieval / Search | 12.00 | 1.20 |
| 03/09/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/10/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/10/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/11/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/11/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/11/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/11/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/11/21 | Docket Retrieval / Search | 13.00 | 1.30 |
| 03/12/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/15/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/15/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/15/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/15/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/15/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/15/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/15/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/15/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/15/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/15/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 03/15/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/16/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/16/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/16/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/16/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/16/21 | Docket Retrieval / Search | 1.00 | 0.10 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: May 11, 2021  
Invoice Number: 50024176  
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/16/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/17/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/17/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/17/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/17/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/17/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/17/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/17/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/17/21 | Docket Retrieval / Search | 14.00 | 1.40 |
| 03/17/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/18/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/18/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/18/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/19/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/19/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/19/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/19/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/19/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/19/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/22/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/22/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/22/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/22/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/22/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/22/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/22/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/22/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/22/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/23/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/23/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/24/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/24/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/25/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 4.61 |
| 03/25/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/25/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/26/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/26/21 | Docket Retrieval / Search | 1.00 | 0.10 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: May 11, 2021
Invoice Number: 50024176
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/26/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/26/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/26/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/29/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 2.22 |
| 03/29/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/29/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/29/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/29/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/29/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/29/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/29/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/29/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/30/21 | Docket Retrieval / Search | 22.00 | 2.20 |
| 03/30/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/30/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/30/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/30/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/30/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/30/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/30/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/30/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/30/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/31/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/31/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/31/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/31/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/31/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/31/21 | Docket Retrieval / Search | 14.00 | 1.40 |
| 03/31/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/31/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/31/21 | Docket Retrieval / Search | 19.00 | 1.90 |
| 03/31/21 | Docket Retrieval / Search | 22.00 | 2.20 |
| 04/01/21 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 04/01/21 | Photocopy Charges Duplication BW | 273.00 | 27.30 |
| 04/01/21 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 04/01/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 04/01/21 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 04/01/21 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 04/01/21 | Photocopy Charges Duplication BW | 9.00 | 0.90 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: May 11, 2021
Invoice Number: 50024176
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 04/01/21 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 04/01/21 | Photocopy Charges Duplication BW | 33.00 | 3.30 |
| 04/01/21 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 04/01/21 | Photocopy Charges Duplication BW | 63.00 | 6.30 |
| 04/01/21 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 04/01/21 | Photocopy Charges Duplication BW | 29.00 | 2.90 |
| 04/01/21 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 04/01/21 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 04/01/21 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 04/01/21 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 04/01/21 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 04/01/21 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 04/01/21 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 04/01/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 04/01/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 04/01/21 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 04/01/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 04/01/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/01/21 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 04/01/21 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 04/02/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/06/21 | Postage | 1.00 | 0.51 |
| 04/06/21 | Federal Express Corporation – Michael R. Spengler, Los Angeles, CA | 1.00 | 19.49 |
| 04/06/21 | Transcript of 3/17/21 hearing | 1.00 | 76.80 |
| 04/06/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 04/07/21 | Postage | 1.00 | 1.00 |
| 04/07/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/07/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 04/08/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/08/21 | Postage | 1.00 | 1.40 |
| 04/09/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/09/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/12/21 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 04/12/21 | Photocopy Charges Duplication BW | 27.00 | 2.70 |
| 04/12/21 | Photocopy Charges Duplication BW | 27.00 | 2.70 |
| 04/14/21 | Photocopy Charges Duplication BW | 27.00 | 2.70 |
| 04/14/21 | Color Photocopy Charges Duplication Color | 265.00 | 212.00 |
| 04/14/21 | Photocopy Charges Duplication BW | 84.00 | 8.40 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: May 11, 2021
Invoice Number: 50024176
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/15/21 | Photocopy Charges Duplication BW | 33.00 | 3.30 |
| 04/15/21 | Photocopy Charges Duplication BW | 34.00 | 3.40 |
| 04/15/21 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 04/15/21 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 04/16/21 | Photocopy Charges Duplication BW | 26.00 | 2.60 |
| 04/16/21 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 04/16/21 | Photocopy Charges Duplication BW | 21.00 | 2.10 |
| 04/16/21 | Transcript of 8/31/20 hearing | 1.00 | 82.80 |
| 04/16/21 | Photocopy Charges Duplication BW | 26.00 | 2.60 |
| 04/16/21 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 04/16/21 | Photocopy Charges Duplication BW | 34.00 | 3.40 |
| 04/16/21 | Photocopy Charges Duplication BW | 48.00 | 4.80 |
| 04/16/21 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 04/16/21 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 04/16/21 | Photocopy Charges Duplication BW | 33.00 | 3.30 |
| 04/16/21 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 04/16/21 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 04/16/21 | Photocopy Charges Duplication BW | 21.00 | 2.10 |
| 04/16/21 | Photocopy Charges Duplication BW | 27.00 | 2.70 |
| 04/16/21 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 04/20/21 | Postage | 1.00 | 1.60 |
| 04/20/21 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 04/20/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 04/20/21 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 04/20/21 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 04/20/21 | Photocopy Charges Duplication BW | 388.00 | 38.80 |
| 04/20/21 | Postage | 8.00 | 8.00 |
| 04/20/21 | Postage | 2.00 | 15.90 |
| 04/20/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 04/20/21 | Photocopy Charges Duplication BW | 158.00 | 15.80 |
| 04/20/21 | Photocopy Charges Duplication BW | 22.00 | 2.20 |
| 04/20/21 | Photocopy Charges Duplication BW | 96.00 | 9.60 |
| 04/20/21 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 04/20/21 | Photocopy Charges Duplication BW | 96.00 | 9.60 |
| 04/20/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 04/20/21 | Photocopy Charges Duplication BW | 24.00 | 2.40 |
| 04/21/21 | Scanning Charges | 4.00 | 0.40 |
| 04/21/21 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 04/22/21 | Photocopy Charges Duplication BW | 48.00 | 4.80 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: May 11, 2021
Invoice Number: 50024176
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/22/21 | Postage | 8.00 | 8.00 |
| 04/22/21 | Postage | 1.00 | 1.80 |
| 04/22/21 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 04/22/21 | Color Photocopy Charges Duplication Color | 1.00 | 0.80 |
| 04/22/21 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 04/23/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/25/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/26/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/26/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/27/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 04/27/21 | Postage | 1.00 | 8.80 |
| 04/27/21 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 04/27/21 | Photocopy Charges Duplication BW | 24.00 | 2.40 |
| 04/27/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/27/21 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 04/27/21 | Photocopy Charges Duplication BW | 139.00 | 13.90 |
| 04/27/21 | Postage | 1.00 | 0.71 |
| 04/27/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/27/21 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 04/27/21 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 04/28/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/28/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/28/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/29/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/29/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/29/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/30/21 | Computerized Legal Research | 1.00 | 0.00 |
| 04/30/21 | Hotel/Lodging (2 nights each, Intercontinental Hotel, Miami, FL) for J. Patton and R. Brady re: 3/30 - 4/1/21 mediation | 1.00 | 3,521.84 |
| 04/30/21 | Breakfast (Intercontinental Hotel, Miami, FL) on 3/31 and 4/1/21 for J. Patton, R. Brady, and K. Quinn re: 3/30 - 4/1/21 mediation | 1.00 | 286.52 |
| 04/30/21 | Car/Bus/Subway Travel - Transportation (round trip) for J. Patton and R. Brady to airport re: 3/30 - 4/1/21 mediation in Miami, FL | 1.00 | 337.12 |
| 04/30/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 04/30/21 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| | **Total** | | **$4,905.32** |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: May 11, 2021
Invoice Number: 50024176
Matter Number: 077494.1001

**Cost Summary**

| Description | Amount |
|---|---:|
| Car/Bus/Subway Travel | 337.12 |
| Computerized Legal Research | 0.00 |
| Deposition/Transcript | 159.60 |
| Docket Retrieval / Search | 69.30 |
| Federal Express | 19.49 |
| Hotel/Lodging | 3,521.84 |
| Postage | 47.72 |
| Reproduction Charges | 456.90 |
| Teleconference / Video Conference | 6.83 |
| Travel Meals | 286.52 |
| **Total** | **$4,905.32** |