May. 7 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

FILED
2021 MAY 18 AM 9:24
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Claim Number SA - [redacted]

Your Honor,
  I am writing you in regards to the BSA bankruptcy case
my name is [redacted] I am a 59 year old white male living in Kansas.

It was suggested by [redacted] that I write this letter

  I am not going into the specific details of my abuse, however, what I do hope to accomplish is to put in perspective how the abuse effected me as a person.

The abuse started when I was 12 and continued until I was 15 that is when I left scouting to stop the abuse I was a member of the boy scouts in the 70s it was a different time back then, in the 70s sex was a subject that was not discussed around children it [redacted]

  I never told anyone what happened. instead I held the dirty little secret inside me for over forty years, I would have nightmares and breakdowns always wondering what was wrong with me. wondering if I was gay. wondering if it was my fault. Blaming myself I became withdrawn lost interest in school my grades suffered. It became hard for me to make friends. Difficult to trust people I would have uncontrollable outbursts of anger. These outburst caused problems with my family friends coworkers neighbors and even relationships, I have had 2 divorces. I had a very spotty work history these outbursts of anger ended my military career cost me time in jail and cost me money for property damage I have had suicidal thoughts on numerous occasions contemplated suicide a few times and been hospitalized 4 times I have been in and out of therapy am currently seeing a therapist and on medication I am disabled and now receiving social security it wasn't until abut 2 to 3 years ago I was diagnosed with Intermittent explosive disorder, and PTSD and social anxiety

*I lost all respect for authority and any one in leadership positions especially anyone in a uniform my friends and family and coworkers were afraid to be around me for fear I may go off I would use alcohol and drugs to try to numb the pain*

*Childhood is a very important time in our development. It's when we learn about interpersonal relationships and how to effectively manage our emotions. Develop or identity of who we are as a person. Many of us looked up to our scoutmasters as friends mentors teachers and in some cases father figures or grandfather figures but ended up damaged for life by pedophiles perverts child predators and child molesters disguised in a scoutmasters uniform so they could achieve sexual gratification we put our trust and respect in these men only to become hurt and scarred forever I will never get back what was taken from me at the hand of my assistant scout master*

*This is not a bankruptcy case. This is a case about sex crimes committed against children; thousands of children. actual people not case numbers on a piece of paper. that have been wronged by a large organization. A wealthy organization, an organization that was founded to teach boys trust loyalty honor pride and respect but instead had our innocence ripped from us leaving us scarred for life these scars cannot be seen these scars are on the inside these wounds are on our hearts minds souls and memories these are wounds and scars we will have to live with forever.*

*when considering monetary compensation, take into consideration how much a child's innocence is worth. how much is a mans dignity is worth? how much should someone get paid for life time of low self esteem and self worth? how much is pride and morality going for now days? Then take those figures add them together then add 2 more zeros before the decimal and multiply that number by the amount of victims in this case and that should be the very minimum amount the BSA should have to pay.*

*Many of us victims are now in the age of retirement I ask you to make the bsa accountable for failing to protecting us and help us live out our retirement with the satisfaction of knowing that a wrong was made right the BSA needs to be made accountable, and pay for the suffering we have endured*

thank you judge for taking time to read my letter

Respectfully submitted

