## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | Objection Deadline:  **June 1, 2021 @ 4:00 PM** |
| | Hearing Date:  Only if an objection is filed |

**TWELFTH MONTHLY FEE APPLICATION OF GILBERT LLP AS INSURANCE COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES <u>FOR THE PERIOD APRIL 1, 2021 THROUGH APRIL 30, 2021</u>**

| | |
|---|---|
| Name of Applicants: | Gilbert LLP |
| Authorized to Provide Professional Services as: | Insurance Counsel to the Future Claimants' Representative |
| Date of Retention: | *Nunc Pro Tunc* to March 19, 2020 |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2021 through April 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $212,421.60 (80% of $265,527.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $498.49 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## SUMMARY OF PRIOR FEE STATEMENTS

| Date Filed | Period Covered | Fees Requested | Expenses Requested |
|---|---|---|---|
| 06/23/2020 | March 19, 2020 – May 31, 2020 | $99,231.00 | $2,693.40 |
| 07/20/2020 | June 1, 2020 – June 30, 2020 | $23,276.50 | $384.20 |
| 08/20/2020 | July 1, 2020 – July 31, 2020 | $16,399.00 | $176.25 |
| 09/21/2020 | August 1, 2020 – August 31, 2020 | $32,402.50 | $272.92 |
| 10/21/2020 | September 1, 2020 – September 30, 2020 | $52,689.00 | $369.89 |
| 11/20/2020 | October 1, 2020 – October 31, 2020 | $78,615.50 | $359.07 |
| 12/18/2020 | November 1, 2020 – November 3, 2020 | $93,288.00 | $398.85 |
| 01/20/2021 | December 1, 2020 – December 31, 2020 | $196,432.50 | $763.32 |
| 02/22/2021 | January 1, 2021 – January 31, 2021 | $393,740.50 | $1,765.38 |
| 03/22/2021 | February 1, 2021 – February 28, 2021 | $441,963.50 | $1,428.12 |
| 04/20/2021 | March 1, 2021 – March 31, 2021 | $386,505.00 | $2,463.37 |
| | | **$1,814,543.00** | **$11,074.77** |

## COMPENSATION BY PROFESSIONAL

| Professional | Position | Hourly Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Kami E. Quinn | Partner | $1,100.00<br>$550.00[2] | 58.2<br>4.8 | $64,020.00<br>$2,640.00 |
| Emily Grim | Partner | $700.00 | 31.7 | $22,190.00 |
| Meredith Neely | Associate | $625.00 | 39.1 | $24,437.50 |
| Sarah Sraders | Associate | $575.00 | 12.7 | $7,302.50 |
| Kyle Dechant | Associate | $425.00 | 56.1 | $23,842.50 |
| Janet Sanchez | Associate | $375.00 | 5.0 | $1,875.00 |
| Rachel Jennings | Associate | $425.00 | 21.7 | $9,222.50 |
| Marnie Glaeberman | Attorney | $300.00 | 124.8 | $37,440.00 |
| Tarsha Jones | Attorney | $300.00 | 126.0 | $37,800.00 |
| Stephanie Colcock | Paralegal | $330.00 | 84.0 | $27,720.00 |
| Patrick McGlinchey | Project Assistant | $195.00 | 35.6 | $6,942.00 |
| Mary Carter Hudgins | Billing Specialist | $190.00 | 0.5 | $95.00 |
| | **Totals** | | **600.2** | **$265,527.00** |
| | **Blended Rate** | **$442.40** | | |

---

[2] Non-working travel is billed at 50%.

### COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Fees |
|---|---:|---:|
| Insurance Analysis & Recovery | 491.3 | $190,801.00 |
| Retention / Fee Application (Gilbert LLP) | 0.5 | $95.00 |
| Motions for Relief from Automatic Stay | 3.2 | $2,177.50 |
| Non-Working Travel (Billed @ 50%) | 4.8 | $2,640.00 |
| Plan of Reorganization / Disclosure Statement | 100.4 | $69,813.50 |
| | **600.2** | **$265,527.00** |

### SUMMARY OF EXPENSES

| Description | Total Expenses for Period |
|---|---:|
| Westlaw | $152.99 |
| PACER | $42.50 |
| Travel – Lodging | $275.00 |
| Travel – Internet | $10.00 |
| Travel – Meals | $18.00 |
| | **$498.49** |

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Objection Deadline: **June 1, 2021 @ 4:00 PM**<br>Hearing Date: Only if an objection is filed |

**TWELFTH MONTHLY FEE APPLICATION OF GILBERT LLP AS INSURANCE
COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD APRIL 1, 2021 THROUGH APRIL 30, 2021**

Pursuant to sections 330 and 331 of title 11 of the United States code (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and this Court's April 6, 2020, *Order (I) Approving Procedures for (A) Interim Compensation for Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Administrative Fee Order"), Gilbert LLP ("Applicant"), insurance counsel for the legal representative for future claimants (the "Future Claimants' Representative" or "FCR"), hereby submits its twelfth monthly fee application for allowance of compensation for services rendered during the period from April 1, 2021 through and including April 30, 2021 (the "Fee Period") in the amount of $265,527.00 and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

reimbursement for actual and necessary expenses incurred in the amount of $498.49.  In support

of this application, Applicant respectfully represent as follows:

1.      James L. Patton, Jr. was appointed to serve as the Future Claimants'

Representative *nunc pro tunc* to February 18, 2020 pursuant to an order entered by this Court on

April 24, 2020 [Docket No. 486].

2.      Gilbert LLP was employed *nunc pro tunc* to March 19, 2020 to serve as insurance

counsel to the Future Claimants' Representative pursuant to an order entered by this Court on

May 23, 2020 [Docket No. 690].  The order authorized the Applicant to be compensated on an

hourly basis and to be reimbursed for actual and necessary expenses.

3.      All services for which compensation is requested by Gilbert LLP was performed

for or on behalf of the Future Claimants' Representative.

## SUMMARY OF SERVICES RENDERED

4.      Attached hereto as <u>Exhibit A</u> is a detailed statement of services provided and fees

sought during the Fee Period in the amount of $265,527.00.

5.      The services rendered by the Applicant during the Fee Period are grouped into the

categories as set forth in <u>Exhibit A</u>.  The professionals who rendered services relating to each

category are identified, along with the number of hours for each professional, and the total

compensation sought for each category are reflected in <u>Exhibit A</u>.

## DISBURSEMENTS

6.       Attached hereto as <u>Exhibit B</u> is a breakdown of costs and expenses incurred

during the Fee Period in the amount of $498.49.  Costs and expenses are broken down into

categories of charges, including, among other things, conference calls and computerized

research.  Applicant bills clients for costs and expenses at the rate we are charged; no additional

fees or charges are added to the amounts billed.  A complete list by category of the expenses incurred during the Fee Period may be found in <u>Exhibit B</u> attached hereto.

## <u>VALUATION OF SERVICES</u>

7.    Gilbert LLP expended a total of 600.2 hours in connection with this representation during the Fee Period.

8.    The amount of time spent by the Applicant during the Fee Period is fully set forth in <u>Exhibit A</u> attached hereto.  The hourly rates set forth therein are the Applicant's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by Gilbert LLP during the Fee Period is $265,527.00.

9.    Applicant believes that the time and expenses reflect in <u>Exhibit A</u> and <u>Exhibit B</u> are in compliance with the requirements of Del. Bankr. LR 2016-2.

10.    In accordance with the factors enumerated in § 330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature of and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11.    This Application covers the period from April 1, 2021 through and including April 30, 2021.

WHEREFORE, Gilbert LLP respectfully requests that allowance be made in the sum of $265,527.00 as compensation for necessary professional services rendered and the sum of

$498.49 for reimbursement of actual and necessary costs and expenses during the Fee Period.

Applicant further requests such other and further relief as this Court may deem just and proper.

Dated:  May 18, 2021
      Washington, DC

**GILBERT LLP**

*/s/ Kami E. Quinn*
Kami E. Quinn (Admitted *Pro Hac Vice)*
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
quinnk@gilbertlegal.com

*Special Insurance Counsel to the*
*Future Claimants' Representative*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Objection Deadline: **June 1, 2021 @ 4:00 PM**<br>Hearing Date: Only if an objection is filed |

## <u>CERTIFICATION OF KAMI E. QUINN</u>

I, Kami E. Quinn, certify as follows:

1.      I am a partner of the law firm of Gilbert LLP and have been admitted to the bar in the District of Columbia since 2006.

2.      I have personally performed many of the legal services rendered by Gilbert LLP as insurance counsel to the Future Claimants' Representative and am thoroughly familiar with all other work performed on behalf of the Future Claimants' Representative by the lawyers and paraprofessionals in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Dated:  May 18, 2021

By:      _/s/  Kami E. Quinn_____
          Kami E. Quinn (Admitted _pro hac vice_)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.