# EXHIBIT A



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

May 18, 2021

James Patton, Jr.
Future Claimants' Representative for
Boy Scouts of America
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Invoice Number:    11323046
Client Number:        1613

---

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2021

**Re: James Patton, Jr.**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Insurance Analysis & Recovery | 190,801.00 | 195.49 | 190,996.49 |
| Retention / Fee Application | 95.00 | .00 | 95.00 |
| Motions for Relief from Automatic Stay | 2,177.50 | .00 | 2,177.50 |
| Non-Working Travel (Billed @ 50%) | 2,640.00 | 303.00 | 2,943.00 |
| Plan of Reorganization / Disclosure Statement | 69,813.50 | .00 | 69,813.50 |
| **Total** | **265,527.00** | **498.49** | **266,025.49** |

|  |  |
|---|---|
| TOTAL FEES | $ 265,527.00 |
| TOTAL EXPENSES | $ 498.49 |
| **TOTAL FEES AND EXPENSES** | **$ 266,025.49** |



FOR PROFESSIONAL SERVICES RENDERED through April 30, 2021

**Insurance Analysis & Recovery**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/01/21 | Quinn, K. | Participate in mediation. | 4.00 | 4,400.00 |
| 4/01/21 | Glaeberman, M. | Email T. Jones re analysis of follow form policy language. | .30 | 90.00 |
| 4/01/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.00 | 2,100.00 |
| 4/01/21 | Jones, T. | Review 7 BSA national program policies for follow-form and defense obligation provisions. | 7.50 | 2,250.00 |
| 4/01/21 | McGlinchey, P. | Continue revising master policy listing spreadsheet to add policies assumed by BSA analysis. | 4.00 | 780.00 |
| 4/01/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 4/01/21 | Dechant, K. | Revise memoranda re INA fronting program and allocation analysis. | 2.80 | 1,190.00 |
| 4/01/21 | Dechant, K. | Email Coalition counsel and experts re Coalition/FCR strategy call and Miami mediation update. | .20 | 85.00 |
| 4/01/21 | Dechant, K. | Revise coverage analysis and strategy outlines for Universal, Markel, Great American, Zurich, and W.R. Berkley. | 3.80 | 1,615.00 |
| 4/02/21 | Quinn, K. | Confer with M. Neely, E. Grim, K. Dechant and R. Jennings re mediation. | .80 | 880.00 |
| 4/02/21 | Quinn, K. | Email H. Junnell re request re Hartford negotiation point. | .20 | 220.00 |
| 4/02/21 | Quinn, K. | Confer with H. Junnell and J. Ruggeri re settlement issues (1.2), and email client re same (0.3). | 1.50 | 1,650.00 |
| 4/02/21 | Neely, M. | Confer with K. Quinn, E. Grim, K. Dechant, and R. Jennings re mediation. | .80 | 500.00 |
| 4/02/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.80 | 2,340.00 |
| 4/02/21 | Grim, E. | Confer with K. Quinn, M. Neely, K. Dechant and R. Jennings re mediation. | .80 | 560.00 |
| 4/02/21 | Jones, T. | Review 6 BSA national program policies for follow-form and defense obligation provisions. | 7.70 | 2,310.00 |
| 4/02/21 | McGlinchey, P. | Continue revision of master policy listing spreadsheet to add policies assumed by BSA analysis. | 5.50 | 1,072.50 |

Invoice Number: 11323046
May 18, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/02/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .60 | 117.00 |
| 4/02/21 | Dechant, K. | Revise coverage analysis and strategy outlines for Argo, Travelers, Navigators, Mercer, London, and Altegrity. | 3.50 | 1,487.50 |
| 4/02/21 | Dechant, K. | Confer with Coalition and K. Quinn re strategy. | .60 | 255.00 |
| 4/02/21 | Dechant, K. | Confer with K. Quinn, E. Grim, M. Neely, and R. Jennings re mediation. | .80 | 340.00 |
| 4/02/21 | Dechant, K. | Email M. Neely re Coalition/FCR strategy call. | .10 | 42.50 |
| 4/02/21 | Jennings, R. | Confer with K. Quinn, M. Neely, K. Dechant and E. Grim re mediation. | .80 | 340.00 |
| 4/03/21 | Quinn, K. | Correspond with Coalition and client re potential for further mediation. | 1.20 | 1,320.00 |
| 4/03/21 | Jones, T. | Review 2 BSA national program policies for follow-form and defense obligation provisions. | 1.00 | 300.00 |
| 4/04/21 | Quinn, K. | Review email from D. Molton re settlement status. | .20 | 220.00 |
| 4/04/21 | Quinn, K. | Confer with Coalition team re next steps in negotiations. | .80 | 880.00 |
| 4/04/21 | Grim, E. | Confer with Coalition re developments in negotiations with insurers and Debtors (partial). | .40 | 280.00 |
| 4/05/21 | Quinn, K. | Confer with M. Neely, E. Grim, K. Dechant and S. Colcock re status and strategy. | .40 | 440.00 |
| 4/05/21 | Quinn, K. | Confer with YCST re status of negotiations. | .50 | 550.00 |
| 4/05/21 | Quinn, K. | Participate in mediation session. | 1.00 | 1,100.00 |
| 4/05/21 | Quinn, K. | Email YCST team re status of negotiations and mediation. | .30 | 330.00 |
| 4/05/21 | Neely, M. | Confer with K. Quinn, E. Grim, K. Dechant, and S. Colcock re status and strategy. | .40 | 250.00 |
| 4/05/21 | Glaeberman, M. | Email M. Neely and T. Jones re analysis of follow form policy language. | .40 | 120.00 |
| 4/05/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.60 | 2,280.00 |
| 4/05/21 | Grim, E. | Confer with K. Quinn, M. Neely, K. Dechant and S. Colcock re status and strategy. | .40 | 280.00 |
| 4/05/21 | Jones, T. | Review 7 BSA national program policies for follow-form and defense obligation provisions. | 8.00 | 2,400.00 |
| 4/05/21 | Colcock, S. | Confer with K. Quinn, E. Grim, M. Neely and K. Dechant re status and strategy. | .40 | 132.00 |
| 4/05/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | 1.20 | 396.00 |
| 4/05/21 | Colcock, S. | Begin review of AIG local policies for evidence of BSA-listed local council policies. | 4.70 | 1,551.00 |

Invoice Number: 11323046
May 18, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/05/21 | McGlinchey, P. | Continue revising master policy listing spreadsheet to add policies assumed by BSA analysis. | .20 | 39.00 |
| 4/05/21 | McGlinchey, P. | Review local council secondary policy evidence to update master policy listing spreadsheet. | 4.90 | 955.50 |
| 4/05/21 | Dechant, K. | Confer with K. Quinn, E. Grim, M. Neely and S. Colcock re status and strategy. | .40 | 170.00 |
| 4/06/21 | Quinn, K. | Confer with M. Andolina re case status. | .80 | 880.00 |
| 4/06/21 | Quinn, K. | Confer with Coalition re negotiations. | 1.00 | 1,100.00 |
| 4/06/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 6.00 | 1,800.00 |
| 4/06/21 | Glaeberman, M. | Email M. Neely re analysis of follow form policy language. | .20 | 60.00 |
| 4/06/21 | Jones, T. | Review 7 BSA national program policies for follow-form and defense obligation provisions. | 8.00 | 2,400.00 |
| 4/06/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | 6.80 | 2,244.00 |
| 4/06/21 | McGlinchey, P. | Continue review of local council secondary policy evidence to update master policy listing spreadsheet. | 5.30 | 1,033.50 |
| 4/06/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 4/06/21 | Dechant, K. | Review Coalition and FCR demand figures spreadsheet in preparation for Coalition/FCR strategy call. | .60 | 255.00 |
| 4/07/21 | Quinn, K. | Confer with G. Le Chevallier, M. Atkinson, M. Neely and K. Dechant re insurer demands and settlement targets. | 1.00 | 1,100.00 |
| 4/07/21 | Neely, M. | Analyze defense cost obligation language. | .50 | 312.50 |
| 4/07/21 | Neely, M. | Email G. Le Chevallier, I. Nasatir and K. Quinn re insurance recovery strategy. | .80 | 500.00 |
| 4/07/21 | Neely, M. | Confer with G. Le Chevallier, M. Atkinson, K. Quinn, and K. Dechant re insurer demands and settlement targets. | 1.00 | 625.00 |
| 4/07/21 | Neely, M. | Confer with K. Dechant re insurer demand letters. | .60 | 375.00 |
| 4/07/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 6.50 | 1,950.00 |
| 4/07/21 | Jones, T. | Review 8 BSA national program policies for follow-form and defense obligation provisions. | 7.00 | 2,100.00 |
| 4/07/21 | Colcock, S. | Continue revising national policy information in master policy tracking spreadsheet. | 1.40 | 462.00 |
| 4/07/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | 4.10 | 1,353.00 |

Invoice Number: 11323046
May 18, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/07/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 4/07/21 | McGlinchey, P. | Continue reviewing local council secondary policy evidence to update master policy listing spreadsheet. | 5.50 | 1,072.50 |
| 4/07/21 | Dechant, K. | Confer with M. Atkinson, G. Le Chevallier, K. Quinn, and M. Neely re insurer demands and settlement targets. | 1.00 | 425.00 |
| 4/07/21 | Dechant, K. | Begin drafting second set of insurer demand letters (1.2); confer with M. Neely re same (0.6). | 2.80 | 1,190.00 |
| 4/08/21 | Neely, M. | Email K. Dechant re insurer demand letters. | .30 | 187.50 |
| 4/08/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 6.00 | 1,800.00 |
| 4/08/21 | Glaeberman, M. | Email M. Neely re analysis of follow form policy language. | .20 | 60.00 |
| 4/08/21 | Jones, T. | Review 8 BSA national program policies for follow-form and defense obligation provisions. | 7.50 | 2,250.00 |
| 4/08/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | 6.30 | 2,079.00 |
| 4/08/21 | McGlinchey, P. | Complete review of local council secondary policy evidence to update master policy listing spreadsheet. | .50 | 97.50 |
| 4/08/21 | Dechant, K. | Continue drafting second set of insurer demand letters (7.1); draft summary re same (0.7); email M. Neely re same (0.3). | 8.10 | 3,442.50 |
| 4/09/21 | Quinn, K. | Confer with Coalition counsel re mediation issues. | 1.00 | 1,100.00 |
| 4/09/21 | Neely, M. | Confer with J. Sanchez re local council coverage. | .40 | 250.00 |
| 4/09/21 | Neely, M. | Email T. Jones re self-insured retention endorsement. | .20 | 125.00 |
| 4/09/21 | Glaeberman, M. | Email T. Jones re analysis of follow form policy language. | .40 | 120.00 |
| 4/09/21 | Glaeberman, M. | Continue analyzing follow form and defense costs policy language. | 5.50 | 1,650.00 |
| 4/09/21 | Jones, T. | Review 8 BSA national program policies for follow-form and defense obligation provisions. | 8.00 | 2,400.00 |
| 4/09/21 | Sanchez, J. | Review non-CGL policies with potential coverage for bodily injury claims (2.8); confer with M. Neely re same (0.4). | 3.20 | 1,200.00 |
| 4/09/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | 6.40 | 2,112.00 |
| 4/09/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .50 | 97.50 |

Invoice Number: 11323046
May 18, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/09/21 | Dechant, K. | Research re statute of limitations and sexual abuse claims. | 4.20 | 1,785.00 |
| 4/11/21 | Quinn, K. | Participate in call with K. Carey, D. Molton, and tort counsel re mediation. | 1.80 | 1,980.00 |
| 4/11/21 | Quinn, K. | Confer with E. Goodman re mediation. | .30 | 330.00 |
| 4/11/21 | Quinn, K. | Confer with Coalition and FCR counsel re mediation. | .80 | 880.00 |
| 4/11/21 | Quinn, K. | Confer with A. Azer re non-abuse claims issue. | .30 | 330.00 |
| 4/12/21 | Quinn, K. | Participate in status conference hearing. | 1.00 | 1,100.00 |
| 4/12/21 | Neely, M. | Email K. Quinn open non-abuse lawsuit list. | .10 | 62.50 |
| 4/12/21 | Neely, M. | Attend status conference hearing. | 1.00 | 625.00 |
| 4/12/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.40 | 2,220.00 |
| 4/12/21 | Grim, E. | Attend status conference hearing. | 1.00 | 700.00 |
| 4/12/21 | Jones, T. | Review 7 BSA national program policies for follow-form and defense obligation provisions. | 7.30 | 2,190.00 |
| 4/12/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | 1.10 | 363.00 |
| 4/12/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | 5.50 | 1,815.00 |
| 4/12/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 4/12/21 | Dechant, K. | Review industrial policy re self-insured retention and impact on allocation during policy period. | .40 | 170.00 |
| 4/12/21 | Dechant, K. | Research re loss allocation in bankruptcy. | 2.40 | 1,020.00 |
| 4/12/21 | Dechant, K. | Email M. Neely re insurer demand letters. | .50 | 212.50 |
| 4/13/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.40 | 2,220.00 |
| 4/13/21 | Jones, T. | Review 7 BSA national program policies for follow-form and defense obligation provisions. | 7.50 | 2,250.00 |
| 4/13/21 | Sanchez, J. | Continue reviewing list of non-CGL policies for bodily injury limits. | 1.80 | 675.00 |
| 4/13/21 | Colcock, S. | Finish revising national policy information in master policy tracking spreadsheet. | .80 | 264.00 |
| 4/13/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | .90 | 297.00 |
| 4/13/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 4/14/21 | Quinn, K. | Participate in mediation session. | 2.00 | 2,200.00 |
| 4/14/21 | Neely, M. | Attend mediation session (partial). | 1.40 | 875.00 |

Invoice Number: 11323046
May 18, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/14/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 1.80 | 540.00 |
| 4/14/21 | Jones, T. | Review 7 BSA national program policies for follow-form and defense obligation provisions. | 7.00 | 2,100.00 |
| 4/14/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | 1.90 | 627.00 |
| 4/14/21 | Dechant, K. | Email K. Quinn and M. Neely re BSA open lawsuits. | .30 | 127.50 |
| 4/14/21 | Dechant, K. | Email M. Neely and R. Jennings re memorandum re revised demand/settlement amounts. | .20 | 85.00 |
| 4/15/21 | Quinn, K. | Confer with G. Le Chevallier re preparation for settlement conversation and discovery. | .50 | 550.00 |
| 4/15/21 | Quinn, K. | Confer with D. Molton re Hartford negotiations. | .30 | 330.00 |
| 4/15/21 | Neely, M. | Analyze LDS insured status and indemnification claim. | 4.10 | 2,562.50 |
| 4/15/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.20 | 2,160.00 |
| 4/15/21 | Jones, T. | Review 7 BSA national program policies for follow-form and defense obligation provisions. | 8.00 | 2,400.00 |
| 4/15/21 | Colcock, S. | Analyze named insured and additional insured for primary policies for years 1965-1969. | 2.90 | 957.00 |
| 4/15/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 4/15/21 | McGlinchey, P. | Analyze additional insured language for 1974-1977 primary policies. | 1.60 | 312.00 |
| 4/15/21 | Dechant, K. | Review 1978-1984 primary policies re treatment of sponsoring organizations as insured (1.6); draft summary re same (0.5); email K Quinn, M. Neely, R. Jennings, S. Colcock, and P. McGlinchey re same (0.2). | 2.30 | 977.50 |
| 4/15/21 | Jennings, R. | Review named insured language in primary insurance policies. | 1.40 | 595.00 |
| 4/15/21 | Jennings, R. | Email team re status of settlements. | .50 | 212.50 |
| 4/16/21 | Quinn, K. | Confer with I. Nasatir, J. Schulman, G. Le Chevallier, M. Neely and E. Grim re insurance recovery strategy. | .80 | 880.00 |
| 4/16/21 | Quinn, K. | Review mediator's second report and settlement. | 1.00 | 1,100.00 |
| 4/16/21 | Neely, M. | Confer with G. Le Chevallier re Hartford settlement. | .10 | 62.50 |
| 4/16/21 | Neely, M. | Email K. Quinn re Hartford settlement. | .10 | 62.50 |
| 4/16/21 | Neely, M. | Confer with I. Nasatir, J. Schulman, G. Le Chevallier, K. Quinn and E. Grim re insurance recovery strategy. | .80 | 500.00 |
| 4/16/21 | Neely, M. | Review Hartford settlement agreement. | .90 | 562.50 |

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 4/16/21 | Neely, M. | Review Beazley insurance coverage. | .20 | 125.00 |
| 4/16/21 | Glaeberman, M. | Email S. Colcock and P. McGlinchey re policies for review. | .20 | 60.00 |
| 4/16/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.60 | 2,280.00 |
| 4/16/21 | Grim, E. | Confer with I. Nasatir, J. Schulman, G. Le Chevallier, K. Quinn and M. Neely re insurance recovery strategy. | .80 | 560.00 |
| 4/16/21 | Jones, T. | Review 7 BSA national program policies for follow-form and defense obligation provisions. | 7.00 | 2,100.00 |
| 4/16/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | .70 | 231.00 |
| 4/16/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | 6.30 | 2,079.00 |
| 4/16/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .30 | 58.50 |
| 4/16/21 | Dechant, K. | Email K. Quinn and M. Neely re proposed settlements. | .20 | 85.00 |
| 4/17/21 | Quinn, K. | Email team re Hartford settlement agreement. | .20 | 220.00 |
| 4/17/21 | Quinn, K. | Email client re Coalition request. | .10 | 110.00 |
| 4/18/21 | Neely, M. | Draft summary of insurer settlement targets and coverage. | .70 | 437.50 |
| 4/19/21 | Quinn, K. | Review Century motion re scheduling and hearing. | .30 | 330.00 |
| 4/19/21 | Quinn, K. | Confer with M. Neely, E. Grim, R. Jennings, K. Dechant and S. Colcock re status and strategy. | 1.00 | 1,100.00 |
| 4/19/21 | Quinn, K. | Confer with D. Molton, E. Goodman, G. Le Chevallier, E. Grim and M. Neely re insurance recovery strategy. | .70 | 770.00 |
| 4/19/21 | Neely, M. | Analyze Tranche 5 data. | .20 | 125.00 |
| 4/19/21 | Neely, M. | Confer with K. Quinn, E. Grim, R. Jennings, K. Dechant, and S. Colcock re status and strategy. | 1.00 | 625.00 |
| 4/19/21 | Neely, M. | Email client re insurance settlement strategy. | .10 | 62.50 |
| 4/19/21 | Neely, M. | Confer with D. Molton, E. Goodman, G. Le Chevallier, K. Quinn, and E. Grim re insurance recovery strategy. | .70 | 437.50 |
| 4/19/21 | Neely, M. | Email E. Grim re insurance recovery strategy. | .20 | 125.00 |
| 4/19/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 8.00 | 2,400.00 |
| 4/19/21 | Glaeberman, M. | Email M. Neely, S. Colcock and P. McGlinchey re policy language review. | .20 | 60.00 |
| 4/19/21 | Grim, E. | Confer with K. Quinn, M. Neely, R. Jennings, K. Dechant and S. Colcock re status and strategy. | 1.00 | 700.00 |

Invoice Number: 11323046
May 18, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/19/21 | Grim, E. | Confer with D. Molton, E. Goodman, G. Le Chevallier, K. Quinn and E. Grim re insurance recovery strategy. | .70 | 490.00 |
| 4/19/21 | Grim, E. | Review proposed Hartford settlement. | .50 | 350.00 |
| 4/19/21 | Colcock, S. | Confer with K. Quinn, E. Grim, M. Neely, K. Dechant and R. Jennings re status and strategy. | 1.00 | 330.00 |
| 4/19/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | 4.80 | 1,584.00 |
| 4/19/21 | McGlinchey, P. | Revise master policy listing spreadsheet re national CGL policy language. | .60 | 117.00 |
| 4/19/21 | Dechant, K. | Confer with K. Quinn, E. Grim, M. Neely, R. Jennings, and S. Colcock re status and strategy. | 1.00 | 425.00 |
| 4/19/21 | Dechant, K. | Review Century financial statements. | 1.60 | 680.00 |
| 4/19/21 | Jennings, R. | Confer with K. Quinn, M. Neely, E. Grim, K. Dechant and S. Colcock re status and strategy. | 1.00 | 425.00 |
| 4/20/21 | Neely, M. | Confer with G. Le Chevallier re insurance issues and discovery. | .40 | 250.00 |
| 4/20/21 | Neely, M. | Email K. Quinn re insurer solvency analysis. | .10 | 62.50 |
| 4/20/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.00 | 2,100.00 |
| 4/20/21 | Glaeberman, M. | Email M. Neely, S. Colcock and P. McGlinchey re policy language review. | .20 | 60.00 |
| 4/20/21 | Jones, T. | Review 5 BSA national program policies for follow-form and defense obligation provisions. | 4.00 | 1,200.00 |
| 4/20/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | 2.40 | 792.00 |
| 4/20/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | 3.60 | 1,188.00 |
| 4/20/21 | Dechant, K. | Email K. Quinn and M. Neely re expert for evaluation of Century financials. | .30 | 127.50 |
| 4/20/21 | Dechant, K. | Continue review of Century financial statements. | 1.30 | 552.50 |
| 4/21/21 | Quinn, K. | Confer with I. Nasatir, G. Le Chevallier and M. Neely re insurance demand strategy. | .30 | 330.00 |
| 4/21/21 | Neely, M. | Confer with I. Nasatir, G. Le Chevallier, K. Quinn and E. Grim re insurance demand strategy. | .30 | 187.50 |
| 4/21/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 6.00 | 1,800.00 |
| 4/21/21 | Glaeberman, M. | Email M. Neely re follow form language analysis. | .20 | 60.00 |
| 4/21/21 | Jones, T. | Review 6 BSA national program policies for follow-form and defense obligation provisions. | 5.50 | 1,650.00 |
| 4/21/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | 6.90 | 2,277.00 |

Invoice Number: 11323046
May 18, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/21/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 39.00 |
| 4/22/21 | Quinn, K. | Initial review of Tranche 5 data. | .20 | 220.00 |
| 4/22/21 | Neely, M. | Email D. Molton re LDS insured status under BSA policies. | .30 | 187.50 |
| 4/22/21 | Neely, M. | Email G. Le Chevallier re insurer solvency analysis. | .10 | 62.50 |
| 4/22/21 | Neely, M. | Email S. Colcock, R. Jennings, and K. Dechant re LDS mediation presentations. | .10 | 62.50 |
| 4/22/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.60 | 2,280.00 |
| 4/22/21 | Jones, T. | Review 6 BSA national program policies for follow-form and defense obligation provisions. | 7.50 | 2,250.00 |
| 4/22/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | 1.10 | 363.00 |
| 4/22/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | 2.50 | 825.00 |
| 4/22/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 4/22/21 | McGlinchey, P. | Review policies identified as "No Evidence Found" and update master policy listing spreadsheet. | 1.80 | 351.00 |
| 4/22/21 | Dechant, K. | Review emails and presentation materials re LDS/sponsoring organization coverage. | .70 | 297.50 |
| 4/23/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.80 | 2,340.00 |
| 4/23/21 | Jones, T. | Review 7 BSA national program policies for follow-form and defense obligation provisions. | 7.00 | 2,100.00 |
| 4/23/21 | Colcock, S. | Continue reviewing AIG local policies for evidence of BSA-listed local council policies. | 5.60 | 1,848.00 |
| 4/23/21 | McGlinchey, P. | First-pass review of Hartford policies recently uploaded to Datasite for insurance-related information [Indices 7.1.12.3, 7.1.12.4, 7.1.13.3, 7.1.13.4, and 7.1.17.3]. | 1.70 | 331.50 |
| 4/23/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .40 | 78.00 |
| 4/26/21 | Quinn, K. | Revise insurance valuation methodology with Tranche 5 data. | 1.20 | 1,320.00 |
| 4/26/21 | Quinn, K. | Participate in Debtors' presentation re Century issues. | 1.30 | 1,430.00 |
| 4/26/21 | Quinn, K. | Review chartering organization claims normalization information. | .40 | 440.00 |
| 4/26/21 | Quinn, K. | Prepare for call re Century issues. | .80 | 880.00 |

Invoice Number: 11323046
May 18, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/26/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.50 | 2,250.00 |
| 4/26/21 | Glaeberman, M. | Email M. Neely and T. Jones re follow form language analysis. | .50 | 150.00 |
| 4/26/21 | Jones, T. | Review 7 BSA national program policies for follow-form and defense obligation provisions. | 8.00 | 2,400.00 |
| 4/26/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | 2.80 | 924.00 |
| 4/26/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | 1.20 | 396.00 |
| 4/26/21 | Jennings, R. | Review materials re upcoming mediation and coverage discussions. | 1.50 | 637.50 |
| 4/27/21 | Neely, M. | Email M. Glaeberman re policy review. | .40 | 250.00 |
| 4/27/21 | Glaeberman, M. | Email M. Neely re follow form language analysis. | .30 | 90.00 |
| 4/27/21 | Jones, T. | Review 3 BSA national program policies for follow-form and defense obligation provisions. | 2.50 | 750.00 |
| 4/27/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 39.00 |
| 4/27/21 | Jennings, R. | Continue reviewing materials re upcoming mediation and coverage discussions. | 2.50 | 1,062.50 |
| 4/28/21 | Quinn, K. | Confer with G. Le Chevallier re status and strategy. | .50 | 550.00 |
| 4/28/21 | Neely, M. | Review updated claims data. | .20 | 125.00 |
| 4/28/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 4/28/21 | Dechant, K. | Email K. Quinn and M. Neely re update of Tranche 5 data. | .10 | 42.50 |
| 4/29/21 | Quinn, K. | Confer with Debtors, Coalition and client re plan negotiations and mediation. | 1.00 | 1,100.00 |
| 4/29/21 | Quinn, K. | Confer with G. Le Chevallier, M. Neely and R. Jennings are settlement issues. | 1.00 | 1,100.00 |
| 4/29/21 | Neely, M. | Analyze proposed Lehr settlement. | .80 | 500.00 |
| 4/29/21 | Neely, M. | Confer with G. Le Chevallier, K. Quinn and R. Jennings re settlement issues. | 1.00 | 625.00 |
| 4/29/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .60 | 117.00 |
| 4/29/21 | Dechant, K. | Email K. Quinn, M. Neely, and R. Jennings re FCR/Coalition call. | .10 | 42.50 |
| 4/29/21 | Jennings, R. | Confer with G. Le Chevallier, K. Quinn and M. Neely re settlement issues. | 1.00 | 425.00 |
| 4/29/21 | Jennings, R. | Analyze proposed settlement unrelated to abuse claims. | .70 | 297.50 |

Invoice Number: 11323046
May 18, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/30/21 | Quinn, K. | Confer with Coalition insurance counsel re insurance settlement opportunities. | 1.00 | 1,100.00 |
| 4/30/21 | Quinn, K. | Confer with Coalition counsel (D. Molton, E. Goodman) and E. Harron re mediation preparation. | 1.00 | 1,100.00 |
| 4/30/21 | Quinn, K. | Review proposed insurer demand list (0.2); email Coalition coverage counsel re same (G. Le Chevallier, M. Atkinson) (0.2). | .40 | 440.00 |
| 4/30/21 | Quinn, K. | Review report from K. Rothweiler. | .10 | 110.00 |
| 4/30/21 | Neely, M. | Confer with Debtors and Coalition counsel re insurance negotiation. | 1.00 | 625.00 |
| 4/30/21 | Grim, E. | Confer with Coalition counsel re insurance issues. | 1.00 | 700.00 |
| 4/30/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .40 | 78.00 |
| 4/30/21 | Dechant, K. | Call with FCR and Coalition counsel re mediation. | 1.00 | 425.00 |
| 4/30/21 | Dechant, K. | Call with FCR, Coalition, and Debtors' insurance counsel re mediation. | 1.00 | 425.00 |
| 4/30/21 | Jennings, R. | Confer with Coalition re upcoming mediation. | 1.00 | 425.00 |
| 4/30/21 | Jennings, R. | Confer with Debtors and Coalition re upcoming mediation. | 1.00 | 425.00 |

**TOTAL CHARGEABLE HOURS**     **491.30**

**TOTAL FEES**                     **$ 190,801.00**

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 35.00 | 1,100.00 | 38,500.00 |
| Neely, M. | 21.30 | 625.00 | 13,312.50 |
| Glaeberman, M. | 124.80 | 300.00 | 37,440.00 |
| Grim, E. | 6.60 | 700.00 | 4,620.00 |
| Jones, T. | 126.00 | 300.00 | 37,800.00 |
| Sanchez, J. | 5.00 | 375.00 | 1,875.00 |
| Colcock, S. | 83.30 | 330.00 | 27,489.00 |
| McGlinchey, P. | 35.60 | 195.00 | 6,942.00 |
| Dechant, K. | 42.30 | 425.00 | 17,977.50 |
| Jennings, R. | 11.40 | 425.00 | 4,845.00 |
| **TOTALS** | **491.30** | | **$ 190,801.00** |

Invoice Number: 11323046
May 18, 2021

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 4/30/21 | Westlaw | E106 | 152.99 |
| 4/30/21 | PACER | E106 | 42.50 |
| | **TOTAL EXPENSES** | | **$ 195.49** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 190,996.49** |

Invoice Number: 11323046
May 18, 2021

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2021

**Retention / Fee Application**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/15/21 | Hudgins, M.C. | Draft eleventh monthly fee application, notice and exhibits. | .50 | 95.00 |
| | | **TOTAL CHARGEABLE HOURS** | **.50** | |
| | | **TOTAL FEES** | | **$ 95.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Hudgins, M.C. | .50 | 190.00 | 95.00 |
| **TOTALS** | **.50** | | **$ 95.00** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 95.00** |

Invoice Number: 11323046
May 18, 2021

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2021

**Motions for Relief from Automatic Stay**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/02/21 | Neely, M. | Confer with A. Jacobs re insurance impact of Debtors' motion to extend preliminary injunction. | .20 | 125.00 |
| 3/02/21 | Neely, M. | Analyze Debtors' motion to extend preliminary injunction. | .50 | 312.50 |
| 3/04/21 | Quinn, K. | Confer with E. Harron, R. Brady, A. Jacobs, and M. Neely re status and injunction. | .50 | 550.00 |
| 3/04/21 | Neely, M. | Confer with A. Jacobs re motion to extend injunction. | .10 | 62.50 |
| 3/04/21 | Neely, M. | Confer with E. Harron, R. Brady, A. Jacobs, and K. Quinn re motion to extend preliminary injunction. | .50 | 312.50 |
| 4/13/21 | Neely, M. | Analyze Bishoff and Eager claim settlement notices. | .60 | 375.00 |
| 4/14/21 | Neely, M. | Email S. Zieg re Evanston notices of proposed settlements. | .50 | 312.50 |
| 4/29/21 | Dechant, K. | Review Debtors' motion for entry of order approving settlement agreement and modifying automatic stay (0.2); email K. Quinn, M. Neely and R. Jennings re same (0.1). | .30 | 127.50 |
| | | **TOTAL CHARGEABLE HOURS** | **3.20** | |
| | | **TOTAL FEES** | | **$ 2,177.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | .50 | 1,100.00 | 550.00 |
| Neely, M. | 2.40 | 625.00 | 1,500.00 |
| Dechant, K. | .30 | 425.00 | 127.50 |
| **TOTALS** | **3.20** | | **$ 2,177.50** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 2,177.50** |

Invoice Number: 11323046
May 18, 2021

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2021

**Non-Working Travel (Billed @ 50%)**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/01/21 | Quinn, K. | Return travel from mediation in Miami, FL. | 4.80 | 2,640.00 |
| | | **TOTAL CHARGEABLE HOURS** | **4.80** | |
| | | **TOTAL FEES** | | **$ 2,640.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 4.80 | 550.00 | 2,640.00 |
| **TOTALS** | **4.80** | | **$ 2,640.00** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 4/01/21 | Travel - Lodging Kami Quinn / Miami FL / Attend Mediation / 3/30-4/1/21 | E110 | 275.00 |
| 4/01/21 | Travel - Internet Kami Quinn / Miami FL / Attend Mediation / 3/30-4/1/21 | E110 | 10.00 |
| 4/01/21 | Travel - Meals Kami Quinn / Miami FL / Attend Mediation / 3/30-4/1/21 | E110 | 18.00 |
| | **TOTAL EXPENSES** | | **$ 303.00** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 2,943.00** |

Invoice Number: 11323046
May 18, 2021

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2021

**Plan of Reorganization / Disclosure Statement**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/01/21 | Grim, E. | Review mediation updates and analysis of term sheet issues. | .40 | 280.00 |
| 4/02/21 | Quinn, K. | Review Brown Rudnick term sheet revisions. | .50 | 550.00 |
| 4/02/21 | Quinn, K. | Review disclosure statement objection. | .40 | 440.00 |
| 4/02/21 | Quinn, K. | Revise term sheet. | .70 | 770.00 |
| 4/02/21 | Quinn, K. | Review TCC objection to exclusivity. | .30 | 330.00 |
| 4/02/21 | Grim, E. | Revise term sheet. | 2.40 | 1,680.00 |
| 4/02/21 | Grim, E. | Confer with Coalition and FCR re term sheet. | 1.10 | 770.00 |
| 4/03/21 | Quinn, K. | Review FCR term sheet revisions (0.4); confer with client re same (0.2). | .60 | 660.00 |
| 4/04/21 | Quinn, K. | Revise initial TDP draft. | 1.20 | 1,320.00 |
| 4/04/21 | Grim, E. | Review draft TDP. | .30 | 210.00 |
| 4/05/21 | Quinn, K. | Review FCR comments to TDP. | .50 | 550.00 |
| 4/05/21 | Grim, E. | Confer with FCR co-counsel (E. Harron, R Brady) re plan term sheet revisions. | .50 | 350.00 |
| 4/05/21 | Sraders, S. | Revise outline re enforcing settlements against insurers. | 1.50 | 862.50 |
| 4/05/21 | Dechant, K. | Draft plan-related discovery requests (6.8); email M. Neely re same (0.4). | 7.20 | 3,060.00 |
| 4/06/21 | Neely, M. | Review description of insurance program in disclosure statement. | 1.00 | 625.00 |
| 4/06/21 | Neely, M. | Revise discovery requests to Debtors and Century. | 3.50 | 2,187.50 |
| 4/06/21 | Grim, E. | Revise plan discovery. | 1.40 | 980.00 |
| 4/06/21 | Grim, E. | Research issues relating to plan and estimation.. | .40 | 280.00 |
| 4/06/21 | Grim, E. | Confer with Coalition and FCR counsel re term sheet and insurance negotiations. | 1.20 | 840.00 |
| 4/06/21 | Grim, E. | Confer with E. Goodman re plan discovery. | .10 | 70.00 |
| 4/06/21 | Dechant, K. | Revise plan-related discovery requests (2.5); email M. Neely re same (0.4). | 2.90 | 1,232.50 |
| 4/07/21 | Quinn, K. | Review revised draft term sheet. | .60 | 660.00 |
| 4/07/21 | Quinn, K. | Confer with co-counsel re revisions to term sheet. | .40 | 440.00 |
| 4/07/21 | Neely, M. | Revise discovery requests to Century. | .50 | 312.50 |
| 4/07/21 | Grim, E. | Revise plan discovery requests. | 2.20 | 1,540.00 |

Invoice Number: 11323046
May 18, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/07/21 | Grim, E. | Revise term sheet. | .60 | 420.00 |
| 4/07/21 | Grim, E. | Confer with Coalition and client re revisions to term sheet. | .40 | 280.00 |
| 4/07/21 | Dechant, K. | Review edits to plan-related discovery requests. | .70 | 297.50 |
| 4/08/21 | Quinn, K. | Confer with E. Goodman re plan treatment. | .50 | 550.00 |
| 4/08/21 | Neely, M. | Revise discovery requests to Debtors. | .80 | 500.00 |
| 4/08/21 | Dechant, K. | Email M. Neely and E. Grim re plan-related discovery requests. | .10 | 42.50 |
| 4/09/21 | Quinn, K. | Review Debtors' response to plan bullet points. | .30 | 330.00 |
| 4/09/21 | Neely, M. | Review TCC second status report. | .30 | 187.50 |
| 4/09/21 | Grim, E. | Confer with Coalition and FCR re response to term sheet. | .70 | 490.00 |
| 4/09/21 | Grim, E. | Review Debtors' revised term sheet. | .20 | 140.00 |
| 4/10/21 | Quinn, K. | Revise draft term sheet (1.2); email working groups re same (0.3). | 1.50 | 1,650.00 |
| 4/10/21 | Quinn, K. | Confer with Coalition counsel re solution to term sheet issues. | .30 | 330.00 |
| 4/11/21 | Quinn, K. | Review draft TDP. | 1.80 | 1,980.00 |
| 4/11/21 | Quinn, K. | Review revised draft term sheet. | .30 | 330.00 |
| 4/12/21 | Quinn, K. | Review TCC filing re disclosure statement hearing. | .30 | 330.00 |
| 4/12/21 | Quinn, K. | Review draft term sheet from Debtors. | .30 | 330.00 |
| 4/12/21 | Quinn, K. | Confer with Coalition counsel and client re plan term sheet. | 1.00 | 1,100.00 |
| 4/12/21 | Grim, E. | Revise updated term sheet from Debtors. | .80 | 560.00 |
| 4/13/21 | Grim, E. | Revise strategy outline re estimation motion. | 1.80 | 1,260.00 |
| 4/13/21 | Sraders, S. | Revise draft outline re estimation and settlement issues. | 2.80 | 1,610.00 |
| 4/14/21 | Neely, M. | Review TCC discovery re estimation motion. | .70 | 437.50 |
| 4/14/21 | Sraders, S. | Revise draft outline re estimation and settlement issues. | 2.10 | 1,207.50 |
| 4/14/21 | Sraders, S. | Research re binding nature of claims estimation. | .30 | 172.50 |
| 4/15/21 | Quinn, K. | Confer with professionals from Coalition and YCST re plan issues/mediation. | 1.00 | 1,100.00 |
| 4/15/21 | Quinn, K. | Review LDS objection to estimation. | .30 | 330.00 |
| 4/15/21 | Quinn, K. | Analyze objections to estimation. | 1.20 | 1,320.00 |
| 4/15/21 | Neely, M. | Email E. Grim re TCC discovery requests re estimation. | .20 | 125.00 |
| 4/15/21 | Neely, M. | Email K. Quinn re TCC estimation discovery requests. | .20 | 125.00 |
| 4/15/21 | Grim, E. | Revise memorandum re estimation strategy. | .80 | 560.00 |

Invoice Number: 11323046
May 18, 2021

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 4/15/21 | Grim, E. | Review objections to estimation motions. | .20 | 140.00 |
| 4/15/21 | Sraders, S. | Revise draft outline re insurer settlements in connection with a plan of reorganization. | 3.50 | 2,012.50 |
| 4/16/21 | Quinn, K. | Review draft memorandum re binding plan. | .70 | 770.00 |
| 4/16/21 | Neely, M. | Email K. Quinn re draft plan discovery. | .20 | 125.00 |
| 4/16/21 | Grim, E. | Revise strategy memorandum re estimation proceedings. | 1.30 | 910.00 |
| 4/16/21 | Grim, E. | Review objections by Debtors and insurers to estimation motion. | .40 | 280.00 |
| 4/16/21 | Sraders, S. | Research re estimation of third-party claims. | 2.50 | 1,437.50 |
| 4/18/21 | Quinn, K. | Email claimant group re response to plan. | .30 | 330.00 |
| 4/18/21 | Neely, M. | Revise draft discovery. | .40 | 250.00 |
| 4/18/21 | Neely, M. | Coordinate TCC and Coalition call re discovery and estimation motion. | .20 | 125.00 |
| 4/19/21 | Quinn, K. | Confer with J. Patton, E. Harron, R. Brady and M. Neely re proposed interrogatories. | 1.00 | 1,100.00 |
| 4/19/21 | Quinn, K. | Email client re participation in all-claimant discovery. | .20 | 220.00 |
| 4/19/21 | Quinn, K. | Confer with TCC and Coalition counsel re insurance-related discovery. | 1.00 | 1,100.00 |
| 4/19/21 | Neely, M. | Confer with TCC and Coalition counsel re insurance-related discovery. | 1.00 | 625.00 |
| 4/19/21 | Neely, M. | Email TCC and Coalition re proposed discovery. | .30 | 187.50 |
| 4/19/21 | Neely, M. | Confer with J. Patton, E. Harron, R. Brady, and K. Quinn re proposed interrogatories. | 1.00 | 625.00 |
| 4/19/21 | Grim, E. | Confer with Coalition and TCC re insurance-related discovery. | 1.00 | 700.00 |
| 4/19/21 | Grim, E. | Email M. Neely re plan and estimation discovery. | .20 | 140.00 |
| 4/19/21 | Colcock, S. | Research objection deadline to third motion to extend the exclusivity period. | .70 | 231.00 |
| 4/19/21 | Dechant, K. | Confer with Coalition, TCC, and FCR re plan and estimation-related discovery requests. | 1.00 | 425.00 |
| 4/19/21 | Jennings, R. | Confer with Coalition, TCC and FCR re plan and estimation discovery requests. | 1.00 | 425.00 |
| 4/20/21 | Quinn, K. | Email team re discovery joinder. | .30 | 330.00 |
| 4/20/21 | Neely, M. | Analyze TCC revised discovery requests to Debtors re insurance assets. | .30 | 187.50 |
| 4/20/21 | Neely, M. | Email M. Pagay re TCC discovery to Debtors re insurance. | .20 | 125.00 |
| 4/20/21 | Neely, M. | Confer with M. Pagay re discovery requests to Debtors. | .20 | 125.00 |

Invoice Number: 11323046
May 18, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/20/21 | Neely, M. | Email K. Quinn re TCC discovery requests to Debtors. | .20 | 125.00 |
| 4/20/21 | Grim, E. | Confer with E. Goodman re plan discovery. | .10 | 70.00 |
| 4/20/21 | Grim, E. | Revise objection to exclusivity motion. | .40 | 280.00 |
| 4/21/21 | Quinn, K. | Confer with claimant constituencies re discovery requests. | 1.50 | 1,650.00 |
| 4/21/21 | Neely, M. | Initial review of Coalition revised draft discovery. | .30 | 187.50 |
| 4/21/21 | Neely, M. | Confer with TCC and Coalition counsel re discovery requests to Hartford and Century (partial). | .60 | 375.00 |
| 4/21/21 | Grim, E. | Revise plan discovery. | .70 | 490.00 |
| 4/21/21 | Grim, E. | Confer with Coalition and TCC counsel re plan discovery. | 1.50 | 1,050.00 |
| 4/21/21 | Grim, E. | Revise objection to exclusivity motion. | .40 | 280.00 |
| 4/21/21 | Dechant, K. | Email K. Quinn, E. Grim, M. Neely and R. Jennings re plan and estimation-related discovery requests. | .30 | 127.50 |
| 4/21/21 | Dechant, K. | Review objection to Debtors' motion for entry of order extending exclusive period to file chapter 11 plan. | .40 | 170.00 |
| 4/21/21 | Jennings, R. | Analyze discovery materials to identify redundancies and inconsistencies. | 4.00 | 1,700.00 |
| 4/22/21 | Quinn, K. | Email team re discovery status. | .10 | 110.00 |
| 4/22/21 | Quinn, K. | Revise motion re exclusivity. | .50 | 550.00 |
| 4/22/21 | Neely, M. | Email K. Quinn and R. Jennings re Debtor discovery. | .20 | 125.00 |
| 4/22/21 | Grim, E. | Revise objection to exclusivity motion. | 2.20 | 1,540.00 |
| 4/22/21 | Grim, E. | Confer with E. Goodman (Brown Rudnick) re objection to exclusivity motion. | .50 | 350.00 |
| 4/22/21 | Dechant, K. | Review plan and estimation-related discovery requests (0.3); email K. Quinn, E. Grim, M. Neely and R. Jennings re same (0.2). | .50 | 212.50 |
| 4/22/21 | Jennings, R. | Analyze discovery documents. | 2.80 | 1,190.00 |
| 4/22/21 | Jennings, R. | Review materials re status of discovery and negotiations with insurers. | 1.00 | 425.00 |
| 4/23/21 | Quinn, K. | Revise proposed discovery requests. | 2.80 | 3,080.00 |
| 4/23/21 | Neely, M. | Revise Coalition plan discovery to Debtors. | .50 | 312.50 |
| 4/23/21 | Neely, M. | Revise estimation discovery to Debtors. | 2.60 | 1,625.00 |
| 4/23/21 | Grim, E. | Revise plan discovery requests. | .30 | 210.00 |
| 4/23/21 | Dechant, K. | Email K. Quinn, E. Grim, M. Neely, R. Jennings and P. McGlinchey re plan and estimation-related discovery requests. | .40 | 170.00 |
| 4/23/21 | Jennings, R. | Revise discovery requests. | 1.50 | 637.50 |

Invoice Number: 11323046
May 18, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 4/29/21 | Quinn, K. | Review revised plan term sheet. | .30 | 330.00 |
| 4/29/21 | Grim, E. | Revise updated plan proposal. | .40 | 280.00 |
| 4/30/21 | Grim, E. | Revise plan proposal to Debtor. | .20 | 140.00 |
| | | **TOTAL CHARGEABLE HOURS** | **100.40** | |
| | | **TOTAL FEES** | | **$ 69,813.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 22.70 | 1,100.00 | 24,970.00 |
| Neely, M. | 15.40 | 625.00 | 9,625.00 |
| Grim, E. | 25.10 | 700.00 | 17,570.00 |
| Sraders, S. | 12.70 | 575.00 | 7,302.50 |
| Colcock, S. | .70 | 330.00 | 231.00 |
| Dechant, K. | 13.50 | 425.00 | 5,737.50 |
| Jennings, R. | 10.30 | 425.00 | 4,377.50 |
| **TOTALS** | **100.40** | | **$ 69,813.50** |

**TOTAL FEES AND EXPENSES FOR MATTER**        **$ 69,813.50**

**TOTAL FEES AND EXPENSES**        **$ 266,025.49**