# EXHIBIT B

**EXPENSES**
**April 1, 2021 - April 30, 2021**

| Date | Description | Amount |
|---|---|---|
| 4/1/2021 | Travel - Lodging Kami Quinn / Miami FL / Attend Mediation / 3/30-4/1/21 | $275.00 |
| 4/1/2021 | Travel - Internet Kami Quinn / Miami FL / Attend Mediation / 3/30-4/1/21 | $10.00 |
| 4/1/2021 | Travel - Meals Kami Quinn / Miami FL / Attend Mediation / 3/30-4/1/21 | $18.00 |
| 4/30/2021 | Westlaw | $152.99 |
| 4/30/2021 | PACER | $42.50 |
| | | $498.49 |