TO: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801





5/12/2021



Dear Justice Lauri Selber Silverstein,

I'm writing you this letter because I was raped by a Scout leader in 1941 or 1942, at the age of 12 or 13. I am now 91 years old and have suffered all these years with this secret. I still have nightmares and can't sleep some nights because of the trauma that I experienced.

When I was 12 or 13, I was asked to help a cub scout group because the local leader was having heart problems. I was walking home after one of the meetings when I was followed home and raped by the head leader of the county. The leader was a large and strong man. I was less than 5' tall and weighed 98 lbs. There was no way I could get away from this strong man because of his size and strength. He was the head Scout leader, over the entire County in Lake County, Indiana. The rape occurred in Crown Point, Indiana.

It's been very hard on me because I have kept this a secret, not even telling my 96-year-old husband that passed away this year. We were married 70 years. I did not trust men for many years and still do not feel comfortable around big men. Last night I didn't go to sleep until 3AM because I kept reliving what happened to me as a young girl. I hope this letter will help other girls and boys from experiencing something so terrible in their life.

Sincerely,





ORLANDO FL 328
14 MAY 2021 PM

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801