FILED
2021 MAY 18 AM 9:26
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

My ▇▇▇▇▇ is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I am 52 years old, this letter is to explain what I remember about my sexual abuse incident while I was a boy scout.

I was 12 years old living in Azuza, California In the evening we would have our meetings at Azuza Middle School. I remember being on a camping trip at the Edwards Airforce Base on the last night while I was sleeping in ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

The next morning he pulled me out of the breakfast line threw me behind one of the buildings & beat the crap out of me. He punched my face so hard that he broke my nose & I loss vision in my left eye. My ribs were bruised & he told my mom that all this were done by older boy scouts that there were a few boys that jumped me. She believed him so I never talked

about anything to anyone ever. I took 40 years to be able to say that I was raped by a Boy Scout Leader.

I have gone through life since then never really trusting people fully or benefited from therapy because I couldn't talk about what happened to me that night.

I was told that because I was a kid & he was someone important that nobody would care about what really happened. I believed that to be true when my mom really believed that I was jumped & beaten up by a bunch of Boy Scouts so I never talked about it.

Thank you for taking the time to finally hear my side.