May 11, 2021

FILED

2021 MAY 18 AM 9: 18

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

███████████

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Justice Silverstein;

    I apologized that it has taken me some time to write this letter to you concerning the BSA Bankruptcy case. It is something that is tough to write about. But, I most certainly must do. My story is from many years ago in the summer of 1964 when I was 13 years of age. My father wanted me to be involved in scouting and there was a neighborhood father that was a scout leader. He came to our house and told my parents that scouting would be good for me and he would take care of me.

    This man would end up raping me every weekend. He would pick me up at my home and drive me in the opposite direction of the meetings. He began telling me that I was big enough to drive a car and asked me if I had ever driven a vehicle. He pulled the station wagon over and had me in the drivers seat. I began to drive and as I did he placed

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

    Every weekend he would do the same thing to me over and over again. All the time my parents thought I was at a Boy Scout Meeting. This man was a scout master. On one weekend he told me that he needed to attend a camp outing with the other scouts in his troupe and he would take me along. He did where we stayed only a short time. He placed me in a tent where the other scouts were and then came and got me. After that he took me to another location where once again he raped me. This continued the entire summer of 1964.

    I wanted to tell my parents but I was scared. My father was a mean man and I was afraid if he found out he would kill this scout master. My mother did not work and I was afraid for her as to what would happen to her. So, I never told anyone. These incidents only occurred that year because I was able to get out of scouting once school started.

    I do not want any money, to me it is blood money. I wish I had never joined in this suit because I now have those memories once again haunting me. I was happy that this happen to me instead of someone else so that they would not go through what I did. If awarded I will have all moneys donated to a childrens camp that I have volunteered at. I did learn that the individual who raped me was caught by the police a few years later and then the Boy Scout Association had him removed.

I am certain there are many stories like mine, my heart truly feels for them. But what has happen to everyone of us, should never have happen. One thing that I have learned in life is justice. And justice is what the judge says it is.

Thank you for this opportunity to publicly inform the court my story.

Respectful;

