FILED

2021 MAY 18 AM 9: 27

U.S. BA[N]
DISTRI[CT]

5-13-21

IN RE: ███████████████████████
█████████████████████████████

TO WHOM THIS MAY CONCERN,

GREETINGS, MY NAME IS ████████████
███████████████████

AND I AM A SURVIVOR OF CHILD SEXUAL

ABUSE WHILE IN THE BSofA.

FOR 35 YRS. I HAVE CARRIED THIS

PAIN QUIETLY AS I HAVE HAD NO

OTHER OUTLET. THIS PAIN MANIFESTED

ITSELF INTO ANGER AND DESPERATION

IN WHICH I COMMITTED A HORRENDOUS

ACT THAT HAS RESULTED IN A PERMANENT

LIFE TERM IN PRISON. I HAVE BEEN

INCARCERATION FOR 25 YRS AND THERE

IS NO VIABLE RELEASE DATE

I WAS A VICTIM IN MY CHILDHOOD

THAN THREE TIMES. ALL OF THESE

EVENTS OCCURED WHILE ATTENDING

BSOSA FUNCTIONS.

THE FIRST TWO TIMES I WAS SENT

TO TWO MEN WHO USED ME FOR THIER

SEXUAL GRATIFICATION WHILE ATTENDING

SUMMER CAMP. THE REAL KICKER WAS

MY GRANDFATHER WAS THE PERSON

RESPONSIBLE FOR SENDING ME TO SEE

THESE MEN I WAS TOLD TO DO WAS

ASKED OF ME NO QUESTIONS ASKED. I

MET WITH THESE MEN AND THEY DRUGGED

ME BEFORE COMMITTING THIER ACTS UPON

MY BODY.

THE THIRD TIME I WAS ATTENDING

YET ANOTHE BSOSA FUNCTION. IT WAS

PART OF AN ORDER OF THE ARROW

SELECTION CEREMONY AT ANOTHER

CAMPGROUND THAT WAS USED FOR THIS

EVEN THIS TIME I WAS STRUCK UNCONSCIOUS

STRUCK ~~UNCONS~~ UNCONSCIOUS AGAIN

ONLY TO WAKE UP IN THE MIDDLE

OF A FIELD JUST OUTSIDE WHERE

ALL OF OUR TENTS WERE SET UP.

   I BEGAN TO DEVELOP EMOTIONAL

DISORDERS THAT PREVENTED ME FROM

PROGRESSING IN THE SCOUTS. I STARTED

USING DRUGS AND SEEKING OUT DEVIANT

SEXUAL PARTNERS. I AM NOW SEXUALLY

AMBIGUOUS AND DESIRE MISTREATMENT

BY MALE PARTNERS. MY ABILITY TO

SOCIALIZE IS LIMITED TO THESE ROLES

AND AS A PRISONER THERE ARE NO

MEDICAL PROFESSIONALS ADEQUATELY

EQUIPED TO HANDLE MY ISSUES. OR

THEY JUST DON'T CARE. REGARDLESS

THIS IS MY TRAUMA AND I WORK EVERY

DAY TO TAKE RESPONSIBILITY FOR MY

ACTIONS.

ACCOUNTABILITY IS THE ISSUE AT

HAND. AND THE BSOFA SHOULD BE

HELD ACCOUNTABLE. AS SUCH THE ENTIRE

ORGANIZATION SHOULD BE LIQUIDATED.

IF THESE MONSTERS ARE ALLOWED TO

CONTINUE THIER OPERATIONS AS THEY

ARE NOW THEN THIS PROBLEM WILL CONTINUE TO DESTROY FUTURE CHILDREN WHO DEPEND ON ADULTS TO TEACH THEM HOW TO BE GOOD PEOPLE. OTHERWISE, I HAVE NO DOUBT THERE WILL BE MORE KIDS THAT GROW UP LIKE I DID.

THANK YOU FOR YOUR TIME