

FILED
2021 MAY 18 AM 9: 15
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

Reference: Claim number ███

Your Honor:

I would like to address the court directly, to enable Your Honor to understand the results of the abuse I was subjected to as a member of the Boy Scouts of America. I understand that you have heard from attorneys representing the BSA and insurance companies; as well as the attorneys representing the many boys who were abused. However, I would like you to understand the impact has had upon my personal life – and to add a face/voice to one of the many victims.

The abuse I experienced is documented in the claim that I have submitted to my attorney; therefore, I will not go into details of the abuse I suffered through as a child but will concentrate on the results.

I left home at 17 years of age after persuading my mother to sign the documents which allowed me to enter the military. I was at a place in my life where I was unable to talk about what was happening and out of shame and feeling that the only way out was to leave my family and home to escape the situation. I enlisted in the military and was sent to South East Asia right after training. It was during this tour that I was exposed to Agent Orange. Fast forward to present, I am battling Leukemia from the exposure and have fought to stay as healthy as I can for as long as I can. My battle is not for myself, but for our little boy, ███ who has just turned 6 years old. I live in constant fear of not knowing how many years I will be here for him.

I do hold the BSA responsible for the exposure to Agent Orange and the resulting disease of Leukemia. I argue this point base on cause and effect. The sexual abuse caused me to leave my home and family at a young age and enter the military – the effect was contracting Hairy Cell Leukemia, which will shorten my life span and deprive my little boy of having his father around for many years. The abuse that I suffered at the hands of someone I was supposed to trust has caused me to fail in so many relationships throughout my life because of lack of trust in others and the feelings of overwhelming pain and shame at the thought of someone finding out. There has always been a paralyzing fear of being judged; or even having the information used against me as if I had done something wrong. I was just a child – a child of a military father, who raised his children that we would respect out elders. In those days, telling someone about this type of abuse was not heard of because children were required to respect adults. We did as we were told

and were not permitted to ask questions. I feel it is imperative that the BSA should be held accountable to all the boys who were victimized by those who were supposed to protect us and lead us to become responsible and hardworking young men, but for now, I am concerned with what will become of my wife and 6-year-old son.

Respectfully Submitted,