①

Honorable Judge,

FILED
5-10-21
2021 MAY 18 AM 9:30
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Claim SA-███ Against Boy Scouts of America

Hello Your Honor, because I am not in a permenant or even a semi permenant (I am currently in transit) my correspondence & abilities are limited right now, but I at least wanted to do whatever I could to voice my concerns and bring to light what this case means to me and probably others involved. I am sure that you have most likely been inundated with letters, so I will try to be as brief as possible. Your Honor, in 1987 thru 1988 (aprox) when I was 7 and 8 years old I was molested by my scout leader and his son on multiple occasions (names + details provided in my claim). All of these instances were done under the guise of it being regular Boy Scouts training and activities. I was a little boy, my parents trusted these people and I come from a very good Christian family, and so there was no reason when my parents left me under the scout leaders care, that I should not trust them (scout leader) as well. I honestly truely believed that what we were doing was acctually what it was protrayed to be. But the extreme sexual nature of these activities created something like a void inside of me (only way I can describe it) similar to drug addiction. Of course at the time I did not know this or understand it. Shortly after my life started to change, I experienced deep dark depression, my eating became out of control (became obese up to almost 300 pounds), I started acting out in school (behavior problems), I became socially withdrawn (had trouble making friends), my grades in school started to decline, I lost intrest in most extra cinicular activitys and all in all a very happy boy became very sad. There was really no other reason for any of this stuff to happen, as stated earlier, I came from a very loving family. Also around this time (adolescence) my intrest in sex became almost an obsession. This went on untill I was 15, at 15 I tried drugs for the first time (LSD-25) and finally after 7 years I finally felt a bit of hapiness. Other drugs and sex came shortly after. It wasnt untill I was 21 when I met a 40 year old woman who I had a sexual relationship with who happened to be a ~~████~~ psychiatrist, that I was made aware that I was molested



For a 21 year old young man to discover this was and still is very embarassing. I didnt want anyone to find out because it was embarassing and I didnt want to have some handicap, so I kept it a secret even from my mother and father. Throughout my adult life I have been heavily involved with drugs and the sex industry. I have been a prostitute and I have appeared in adult XXX films (porn), all in my quest to try to fill that void that was created when I was just a little boy. This behavior has lead me to criminal activity that has landed me in prison for many years of my life, and the thing is, is that I am just trying to find hapiness. Your Honor my case is just me, who knows what kind of sick things these people did and what havoc they have caused in peoples lives. Because of the case I felt that it was time to tell my parents and I did. They are devastated of course and how can they not be. Alot of questions were answered that they had always been asking themselves, on how I ended up the way I did. These people need to be held accountable Your Honor! Thousands of families trusted them with their children! There is no doubt in my mind that this sexual abuse lead to my downfall in a sense my adult life was ruined before it began. And how much is a life worth? Can you imagine if they (the BSA) were to say "Sorry about ruining your life, heres $1,000, hope it makes you feel better" that would be a slap in the face! Better just to keep my secret and do my best to continue on with whatever life I have left. No if these people have the ability to help us make up for this tragedy then they need to. I cant even believe they are trying to negotiate a "bottom line" thats just as sick as the abuse itself! Thank you for your time Your Honor.

Sincerely