May 11, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Court
824 Market Street - 6th floors
Wilmington, DE 19801

Subject: Claim agonist the Boy Scouts of America

Dear Justice Silverstein,

    Thank you for your time and effort in bringing this matter regarding the Boy Scouts of America's abuse of scouts to the rightful conclusion.
    If you, a close family member or friend has been the subject of sexual abuses, I'm certain you understand the continuing impact that experience stays with the individual and affects their life forever, especially if the event occurred when they were very young.
    My case occurred when I was about the age of seven or eight. Today after eighty years, the thoughts comes clear in my mind from time to time reminding me of the stark experience'
    I urge you to uses your position in this matter to bring his matter to the rightful and proper conclusion as soon as potable.

Yours t rely,



FILED
2021 MAY 18 AM 9: 18
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE