FILED
2021 MAY 18 AM 9:14
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE US DISTRICT COURT
DeleWARE

IN RE: BOY SCOUTS OF AMERICA -
# 20-10343(LSS)

[redacted]

NOTICE OF related ACTION/request TO JOIN/relate

TO THE HONORABLE COURTS,
see attached (2) pgs. - I Filed THAT action via pro-per so that I could meet the 11-16-20 Deadline. & I did. I Filed it IN time, even though it WAS DISMISSED DUE TO MY INDIGENCY. I want the court to recognize my timelyness & I WANT to JOIN/relate it to this CASE.

[redacted]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



BOY SCOUTSW OF AMERICA, et al., :
:
Defendants. :

**ORDER**

At Wilmington this 21st day of April, 2021,

IT IS ORDERED that:

On March 15, 2021, the Court denied Plaintiff's motion for reconsideration of the denial of his application to proceed without prepayment of fees and ordered Plaintiff to pay the filing fee on or before April 19, 2021 or the case would be dismissed. (D.I. 7). The time has lapsed and there has been no compliance with the March 15, 2021 order.

The Complaint is **DISMISSED** without prejudice and the case is **CLOSED**.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE

-plaintiff also has a USDC central CA & (2) omni Agent filed claims also & timely

(An appeal would be Futile)

2 of 3

**Other Orders/Judgments**
[redacted]
Boy Scouts of America et al

PRO-SE

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered on 4/21/2021 at 4:32 PM EDT and filed on 4/21/2021
**Case Name:** [redacted]
**Case Number:**
**Filer:**
**WARNING: CASE CLOSED on 04/21/2021**
**Document Number:** 9

**Docket Text:**
**ORDER: The Complaint is DISMISSED without prejudice and the case is CLOSED (***Civil Case Terminated). Signed by [redacted] on 4/21/2021. (nms)**

**1:21-cv-00147-RGA Notice has been electronically mailed to:**

**1:21-cv-00147-RGA Filer will deliver document by other means to:**

[redacted]

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
[redacted]

3 of 3

