Justice Lauri Selber Silverstein
BSA Bankruptcy case SA-█████
824 market street
6th floor
Wilmington, DE 19801



FILED
2021 MAY 18 AM 9:17
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein:

I feel the BSA blames us and tells us to get over it; ask them how you suppress a memory? Ask them how you put a positive spin on an event that changed your life and destroyed your childhood and killed your heart and spirit? Ask them how you can expect me and others to be alright with something they would not be ok with if it happened to them or their children? Ask them if they ask God every night to end their lives? Ask them if they have to think of a reason to stay alive every day? Ask them if they have to question their sexuality and prove to themselves they are not homosexual because a man had sexually stimulated them? Then ask them if what they are proposing is enough to come close to a fraction of what should be compensated for the suffering and shame I have gone and still going through? Then ask if they feel this is an acceptable apology or just a slap in the face and revictimizing me? I am sorry I can not accept their inadequate apology; a genuine apology would be, take that 6000 dollars and times that by a billion, that would be a real heartfelt and acceptable apology.

I lock my apartment door; I sit with my head in my hands; only these walls understand. This sort of emptiness holding the key I'm trying to breathe. Taught a perfect that was taken away from me and never known. It's the loneliness of being alone; will this heaviness swallow my fight? It just might. It's a different kind of hurt, and it's a different kind of lonely. It's a deeper kind of pain. They can't act like they know this cause what nobody sees is buried inside me; all these crys always try to disappear; these are different kind of tears.

