
FILED

2021 MAY 18 AM 9: 17

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 7, 2021

To the Honorable Judge Lauri Selber Silverstein,

My name is ▮ I was with the Boy scouts when I lived in ▮ with my Aunt ▮ My parents had left me, and I was so very vonurable. My Aunt ran a bar, I would say this was 1982/83. She appreciated my boys out leader because he volunteered to watch me when she wasn't around in the afternoon after school. He had no issue with watching me for free because after scouts he would take me to his apartment and would tell me how what we would do would be as if I was his boy.

▮

Pleaae show these so called leaders that it's my turn, the scout next to me, it his time, to punish, "this will "hurt us more than it will hurt them " it is hard to forgive when it brews animosity and hatred that He got away with what he did to me. There's hour of babysitting that I both remember and don't remember that I could share it definitely is no picnic and I'm good. I rather not share anymore.

I don't want any boy to have to ensure 1 minute of my Hell. It's not fair and now that I'm 50 as if the 1 of this month, I have lived with and so has my wife the damage he caused me.

Forever , but a Surviver,

▮