FILED

Claim ███

21 MAY 18 AM 9:51
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My name is ███████████ I believe that ██████ everyone else needs to know this.

I'm a human being that has feelings, friends, family etc... Heck I could be your brother, cousin, dad... what I'm saying is any of us could be a part of your family.

I've heard that people are sorry and want to help, but I've seen nothing. The B.S.A. is saying that the things that us victims have been saying for years is true! But they act that the whole thing is hard on them! What about us? WE ARE THE VICTIMS!! Not them!

I started the B.S.A. to learn things to help me be a better person... learn stuff I could use in life. Unfortinally it wasn't to happen. I was learning to swim which escalated to skinny dipping, then touching unappropriatly...

My grandpa had a heart attack in front of me - the Paramedic that showed up was my Scout Master. See he's in the airforce and also a volunteer firefighter... He saved my Grandpas life... the cost was my innocence & virginity? Said that I owed him!! So I became a special friend. ████████████████████
████████████████████ I learned that crying or screaming didn't help... He thought that was funny... ████████████
████████████████████████████

To this day I don't like the Holiday

Then off to Summer Camp Jamboree @ ███████: (Did you know that is the PERFECT PLACE FOR PEOPLE OF HIS ILK & BENT MINDS GET TOGETHER) I DO! He had a few friends that he invited over. Got us kids drunk and passed us around. I know that I will never forget it. ████████████████████ At 15 yrs of age - 2 yrs after didn't heal right had to be cauterized to get undr control.

I went to my Parents - they didn't belive me... even after I hung myself... got my but kicked for pulling the fan & light out of the ceiling!

I left home at the age of thirteen and have been on my own ever since. Ran drugs from Mexico and was a drug dealer from 13-15 yrs old.

Drugs helped me forget for a little while. The nightmare never stop. I am the only male child that hasn't gone into the Military for 5 generations. I can't be around a male naked! I can't even pee at the bathroom if someone is next to me! Sports - anything that results in someone touching me - No Way...

I've toned this letter down to hopefully get peoples attention. I DID NOTHING WRONG!

I was a child! People I'm supposed to trust stole my innocence, my first kiss, my first well everything. What is that worth?

Judge Lorri Selbersilvestein          May 10, 2021

I wake my husband several times a night, because of nightmares from his boy scout abuse.

We have been married 34 years and happily at that. ▆▆▆ married me with 3 childern from a previous marriage. 2 boys + 1 girl ages 3 to 8 months That itself takes a special man.

It took several years for ▆▆▆ to talk to me about the boy scouts. I wanted the boys to join scouts and he would not let them go. Then I knew why. I am grateful to him for keeping our boys safe.

Our marriage is strong but our bedroom life is nonexistent. I would love him for him to make love + hold me close. I know he tryes but boy scouts is always in his mind. ▆▆▆ does suffer with silf worth issues, he gets depressed and at times I do worry about suicide.

About 5 years ago he did have a problem with addiction, he went to treatment and has done well

but the worry of relapse is there. He was in out patient treatment for over 2 years, he did find a therapist to talk to also.

The boy scouts have not only ruined his life but has also robbed me of my husband. He is not the man I married so many years ago. He was the life of the party now he is withdrawn.

Please don't let the BSA get away with all the lives they have ruined. Help these men get some dignity back.




Justice Lauri Selver Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington DE. 19801

U.S.M.S. X-RAY

19801-302499