**FILED**

May 11, 2021

**2021 MAY 18 AM 9: 12**

To: Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 North Market Street
6th Floor
Wilmington, DE 19801

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Please post without redactions

Regarding Case Number SA - 5473

Dear Justice Laurie Selber Silverstein,

My name is Kevin Fitzgerald. I am a survivor of Boy Scout sexual abuse and involved in the bankruptcy case against the Boy Scouts. Andrew Van Arsdale, my lawyer, requested I write to you and provide you with the following narrative of how I was sexually abused by David Rankin, Scoutmaster of Troop 740. The guilt of Rankin was established in a Maryland court of law in 1987. The Boy Scout files contain many newspaper articles that document the trial in 1987 against Rankin. The trial resulted in Rankin being sentenced to 15 years. The judge found the "offenses that were committed with these young boys absolutely incredible," saying it "cries out for punishment...deterrence." Some of this narrative will touch upon BSA organizational negligence that allowed the sexual abuse to occur, essentially providing a platform for sexual predators to cruise unsuspecting boys. I will also describe the negative effect the sexual abuse continues to have on me.

I joined the Boy Scouts from Cub Scouts. Before leaving the Scouts as a result of the sexual abuse I attained the rank of Life Scout. I joined the Boy Scouts because I sought leadership opportunities. In school and in Cub Scouts I'd run for president and won a couple of mock elections where I was required to give a speech and stage a campaign. As a boy growing up in the suburbs of Washington D.C. in a family with a long-standing tradition of service in the federal government, I aspired to run for political office and serve, like my father and grandfathers, in the government. In 1985 I took a Toastmaster course on public speaking offered through my local troop, Troop 1033. In 1986, Troop 1033 gave me the opportunity to join the elite Scouting organization known as the Order of the Arrow. I pursued the Order of the Arrow for additional leadership opportunities. It was through this pursuit of leadership opportunities that I met David Rankin. Rankin

exploited my interest in leadership for his sexual gratification, offering me opportunities as a form of grooming. Later he made it clear I would keep the leadership roles only if I belonged to a gang he created called the Rowdies. Rankin required me to perform sexual acts progressing from mutual masturbation to fellatio and sodomy as part of membership in the Rowdies. At the time I was also interested in military service as a prelude to public office, similar to my forbearer John Fitzgerald Kennedy. Rankin's service with the Marines impressed me initially, before I got to know him. He also took advantage of my interest in and respect for military service and veterans for his personal sexual gratification.

Through Rankin's encouragement and the promise of a leadership opportunity I transferred from Troop 1033 to Troop 740, the troop where Rankin served as Scout Master. Rankin encouraged me to transfer as part of the grooming process before the sexual abuse happened. Through Rankin's help I also became the leader of the Dance Team, which Rankin oversaw, in the local Order of the Arrow chapter. I had a natural interest in Native American culture. I attended several pow wows where I led a Dance Team performance in partial regalia. The Order of the Arrow makes use of Native American-like rituals as part of initiation into its ranks. There is a level of secrecy. Rankin exploited this normalization of secrecy and rituals by copying the Order of the Arrow and using the tactics for his sexual gratification. The military-style uniforms and ranks of the Boy Scouts as well as scouting culture promotes military-like obedience to leaders much like a soldier would obey a commander, without hesitation or questioning. Like any boy who wanted to succeed in the world, I learned to obey those in authority. Rankin took advantage of my obedience and expectation for secrecy during the grooming process, which lasted approximately four months from early spring into the summer of 1986.

At age 14, I was in transition between 8th and 9th grade, from a public middle school to a Catholic high school. Like most boys my age, I was interested in belonging to a larger entity. Perhaps I sought a measure of power beyond my individual power, which seemed rather insignificant at the time. Rankin took advantage of my natural desire to belong to

the group as a leader. Being a leader meant acting more like an adult, including handling pain, keeping secrets out of loyalty and doing things I didn't want to do (sex) to maintain my position in the hierarchy. Rankin also got me to recruit my best friend, Doug, to join the Dance Team during the grooming process before the sexual abuse happened. When Rankin told us about the Rowdies, he introduced it with great secrecy. I did not want to get involved in the gang, but I was forced to. Rankin made me Senior Patrol Leader, the highest rank in a troop, part of troop leadership. I was expected to lead a portion of the meeting and set a good example. Rankin made it clear through threats that I couldn't keep my position in the troop without also participating in the Rowdies, which meant subjecting myself to sex with Rankin.

When I was graduating from 8th grade in early June of 1986, Rankin offered to buy me a case of beer and deliver it to us waiting in the woods near the Recreation Center and Little Paint Branch. Rankin brought the beer as he said he would, and left us to drink it in the woods. Through this Rankin began to take control of me, I realize in hindsight. Soon I felt caught. I couldn't tell my parents on Rankin in part because he'd aided me in underage drinking, and I didn't want to get caught. Rankin was in his late 20s but acted in public as a big brother, not as a mature adult leader. After drinking beer in the woods I went to a friend's house for a party. I called home around midnight and said I wasn't coming home. My mother was furious. For the rest of the summer my only permitted social outlet was Boy Scouts. I was barred from spending time with friends. Rankin tricked my parents into thinking he cared about me as a mentor. I was the oldest of 5, so my parents thought Rankin was helpful in providing an educational and healthy social outlet. Several times after the abuse started to happen I asked to not go to a scouting event, but my parents believed that once you committed to something, you needed to follow through, and even when I protested, I was forced to go. They were trusting and did not see the signs. I was naïve and did not understand what was happening. Scouting became my only social outlet that summer due to being grounded. This made it easier for Rankin to groom and brainwash me.

I still feel immense shame over my weakness. I blame myself even though Rankin

sexually abused nearly half the troop, some very severely. My best friend was anally raped with a broomstick. A psychologist in my mid-twenties helped me see that I am also a survivor of a cult. On top of trauma from sexual abuse, I suffer emotionally from being brainwashed and tricked into a gang that was likely imaginary. The Rowdies served as a pretext for Rankin's sexual abuse. Rankin, like a typical cult leader, took normal emotions and twisted and reversed those emotions. Now I'm often tripped up over normal displays of loyalty and affiliation. I was fooled into the silence of victims. I did not want to tell my parents from the shame of revealing the sexual abuse. Even after Rankin was caught, I continued to believe the Rowdies existed; it only recently dawned on me that the Rowdies were imaginary. The way Rankin described the gang made it exist in the imagination of a 14 year old. However, I never met anyone he mentioned or received any tangible proof the gang existed.

I was likely abused about 50 to 70 times over about nine months starting during the summer 1986 and ending in April or May of 1987. It began with what Rankin called an initiation into the Rowdies. This happened at night during a campout. Rankin was the only adult present, which was typical in Troop 740 and Order of the Arrow Dance Team events. Late at night when the others had gone to sleep we went to a place away from the campsite. I had to masturbate in front of him and touch his penis and shake hands with semen. It was with another boy present, my best friend Doug. It must have been a campout related to the Dance Team because Doug was there. I felt great revulsion, repulsed by the situation and the idea. I did not want to do what Rankin wanted and tried to leave. But I was forced to take part. I was told to obey and not presented with much choice. When I hesitated, Rankin taunted me, telling me that I was scared and not tough, implying I was not man enough. I was badgered and manipulated into participating, and as soon I was involved, I was threatened with death if I ever told anyone. Through a combination of being coerced psychological and forced to obey, often physically, the abuse progressed to fellatio. In late fall or winter Rankin tried to anally rape me, forcing me to disrobe and lubricate myself and his penis, and submit to him against my will and repeated protestations against participating. Rankin sexually abused me through presenting the sex acts as rituals required for advancement in the Rowdies hierarchy. The

sexual abuse was presented much like the tasks that needed to be completed to earn a merit badge. When Rankin penetrated me, I felt such pain I fought him off. It was the closest I came to physically confronting him; in that moment I would have physically fought back, a 14-year-old who weighted 100 pounds fighting against an ex-Marine manager of a gun shop who was in his late 20s and over 6 feet tall and at least double my weight. Rankin manipulated the situation to maintain his authority and ensure his sexual gratification at my expense; even though he wasn't able to rape me because I shut down and absolutely refused, he continued to threaten me. I had to perform fellatio on him anyway. It was the most disgusting experience I've had in my entire life. It is humiliating to describe the terror I felt. I had to perform the sex acts or I felt I would be physically hurt. All of Rankin's sexual abuse contained an element of torture and punishment. He was a sadist.

The abuse lasted until May of 1987, when Rankin was arrested. Rankin had sexually abused other boys in the troops for years before I joined. He had an ongoing abusive relationship with an older scout, Craig. We looked up to Craig. Rankin targeted popular boys so that he could increase membership in the gang. He used manipulative tactics he had honed on other boys with me. Rankin was a sexual predator. He tricked and entrapped me, then threatened and blackmailed me. I always protested, but it did not matter. Rankin would still force me to go with him into private. He would use his arms to force me to perform fellatio. Sometimes he would bark at me as if in the military. It was difficult for me to resist. After trying and failing to get out of performing a sex act on him, I would try to get it over with as quick as possible. Obviously I was emotionally crushed to submit to such abuse given my otherwise stable background.

Rankin had the ability of a psychopath to lie and fool others into believing he was a good leader who cared for others. I witnessed him present false pretenses and lies to my parents as well as to other scouting leaders. Rankin was a bully. He kept a blackjack in the seat of his truck and liked to bring it around and bean people on the back of the head. He liked to joke around about beating up people in bar fights. He presented himself as masculine; in those Reagan's years when Rambo movies glorified American military

might, he had a captive audience among us boys. Rankin was the manager of a gun shop in Rockville. He had many guns. Once I'd known him a few months, I felt he was crazy enough to kill me. He had little regard for any of his victims, including me. Rankin seemed unaware and incapable of recognizing the harm he caused. Basically, he operated with the mentality of a teenage bully wrongly empowered by an organization that saw him as a model leader.

I joined the Order of the Arrow with my best friend, Doug. Rankin took advantage of our friendship. He played with our emotions, inciting us to seek greater approval from him, then he destroyed our friendship by forcing us to perform fellatio on each other. Since I was the boy leader of the troop and Dance Team, I stayed after meetings often to help Rankin clean up. I would take flags and other Scouting things downstairs for storage in the cellar under the church hall at Holy Redeemer in College Park. Rankin would lock the door and force me to perform fellatio on him. It became a pattern that lasted over months. This cellar was called "the Pit"; in my memory it is the pit of hell, a setting for nightmares and flashbacks of continued sexual abuse. I've tried to forget these details and the sexual abuse for the last 35 years, yet my memory seems imprinted by the trauma against my wishes and conscious will. Once during fellatio Rankin grabbed my head and violently used it to gratify himself. I always felt disgusted by what I was forced to do in the Pit. Afterward Rankin would drop me off at home as arranged with my parents, and I would feel horrible. I began to feel horrible all the time and experience intense self-loathing and the loss of self worth.

Rankin abused many boys. A couple of times he had a group of seven to ten boys all remove their clothing in the same room. He rated and joked about the size of each boy's genitalia. He forced some to perform sex on one another or on him or me. This was all done as part of gang rituals and happened after weekly meetings or during campouts at night. Rankin would give you a triangle and that meant you had to stop everything you were doing, go with him to a remote spot and perform fellatio on him. This could happen any time; for example, Rankin presented a triangle to me secretly before a ceremony in which I received a scouting award related to being Roman Catholic. I was forced to

perform fellatio around the hedge from where my parents sat in attendance with a Catholic priest. This triangle was presented as a test of loyalty, though in hindsight the act involved Rankin's sexual gratification and nothing more.

Sometimes Rankin would perform sex on me to try to make me like him more, but not always. This caused and led to further confusion. He did not establish a level playing field. He set himself up as the only gang/cult leader among us. Sex was presented as a punishment or as an act of loyalty to the gang. Sometimes it was presented as a reward for doing something well. For example, when I performed as part of the Dance Team, he initiated sex afterward as a reward for giving a good performance. I didn't like it because I knew he would expect fellatio in return. Being with him always felt dirty. I was uncomfortable in wearing a loincloth as in a traditional Native American costume but Rankin persuaded me. As part of the grooming process, he gave me Native American regalia he purchased using Boy Scout money meant to supply the Dance Team. (Later I burned all of this as well as my uniform, patches and merit badges.) Throughout the sexual abuse, Rankin made it clear that if I didn't perform, I would be replaced and lose out. I would say that's fine with me, not interested in the gang, but I'd be forced to perform sex anyway. It was humiliating beyond description.

Unfortunately Rankin picked me as one of his favorites. I suffered more sexual abuse and brainwashing through greater incidences of proximity. As a result of scouting events during the summer and fall of 1986, I saw Rankin on average several times a week. I would see him at weekly troop meetings, at Dance Team meetings, and during weekend campouts. Unlike other adult leaders, Rankin would call my home on the phone and ask to talk to me. He was persistent and set up extra meetings under the pretext of planning that would turn into another incidence of sexual abuse. I was pursuing Scouting with a dedication I also applied to school, believing it was a means to improve myself. But I would find myself in a compromising situation with Rankin without understanding how it happened.

I was raised Catholic. The abuse happened underneath a Catholic Church. Several times

Rankin forced me to perform the 69 position with him in the middle of the church after a scout meeting, after I helped him clean up and everyone had left. Apparently he did this with at least one other scout as well, Dale. He was seen by the father of this scout, Lester, in the church, which led to the discovery of the sexual abuse. (Lester didn't confront Rankin directly for fear of harm coming to Dale.)

Due to the abuse I have post-traumatic stress disorder (PTSD). I experience unwanted memories that are involuntary flashbacks related to being abused and feeling powerless. I have nightmares and experience difficulties in falling and staying asleep due to these involuntary flashbacks and negative emotional residue from the sexual abuse. I have had a difficult time establishing friendships with males and long-term relationships with women. Due to emotional trauma from the sexual abuse, my first marriage ended in divorce, and another long-term relationship ended.

The memories of the sexual abuse are more insistent during stressful times in my life. When stress occurs, some times I feel "kidnapped" or abducted by negative feelings or flashbacks. I feel doomed and without hope, that I am broken beyond repair, powerless over the past. I understand why so many victims come forward later in life. After it happened I wanted nothing more than to forget and deny – it's likely part of the mind's way of coping and healing. Yet trauma from the abuse didn't allow me to forget. Now that I've reached middle age I realize I've dealt with the demons for 35 years and there're not going away. I've tried to forget through sports, writing, medicine, therapy, spirituality, religion, work, travel, relationships, self-help, etc. but scars from the sexual abuse are open wounds that are part of me. I can't rationalize away what happened by understanding the experiences on a relative scale. What I experienced was terribly abnormal and damaging. The threat of physical violence and death from disobedience motivated compliance with outrageous demands. It forced a kind of utilitarian calculus upon my 14-year-old self where I had to sacrifice my innocence, I felt, to ensure my survival.

Rankin bought and encouraged consumption of hard liquor (Jack Daniels) during all

camping trips among scouts being abused. He passed around the bottle and acted macho about chugging whisky. I got very drunk many times as a result, as did other scouts. This state made it easier for him to sexually abuse us. We were also scared. Rankin told me that if I told anyone about the gang Butch would hunt me down and kill me. Butch was described as a large man who lived in Michigan. He was apparently the only other adult member of the gang. Butch remained someone we never met or talked to, likely a real person presented in a fictional way. Rankin said the Assistant Scout Master knew about the Rowdies. Rankin said the Assistant Scout Master wasn't a member but he approved of the gang, though we were told not to discuss it with the Assistant Scout Master. Rankin exploited the group secrecy normalized in the Order of the Arrow to prolong the sexual abuse.

Rankin engaged in some physical abuse. He showed us techniques he'd learned from the Marines. He'd brag about how he could pull off someone's ear with his hand. Occasionally he'd smacked me on the back of the head or grab me by the ear roughly, calling me names and acting like a bully. Rankin also manipulated scouts by taking advantage of the structural organization of the Boy Scouts. Scouts are told to follow authority and become involved in overnight campouts where there is a high potential for sexual abuse without any awareness of the threat, without receiving any training about resisting sexual predators. As the Boy Scout "Perversion" files show, the organization has a long-standing problem with sexual abuse that it has ignored. The Boy Scouts empowered Rankin to operate as a sexual predator among easy prey. At the age of 14 my understanding between right and wrong was not fully formed. I was still bullied into doing things against my will through threats. I was several years removed from receiving spankings; it feels the sexual abuse happened through similar psychological and physical techniques. I was accustomed to trusting adults for what is right and doing as they wish to escape greater punishment. Rankin took advantage of my obedience.

It took about eight months of grooming, sexual abuse and repeated evasions about facts related to the gang for me to lose all trust in Rankin and the Scouting organization. My friend and I began to talk in more earnest about how we could get out of the terrible

situation around the time Rankin was caught. I began to remove myself from situations before that. It did not make much difference, unfortunately. Rankin was persistent and would actively pursue situations in which I would have to share a tent with him so he could force me to perform fellatio on him at night. Once he forced me to strip and get into his sleeping bag with him under the pretext of keeping warm during winter camping. I would get myself out of the situations as soon as I could. I did not become a sexual romantic partner, as he seemed to want. The thought never came to me because I was so young and forced to perform sex on an adult. I resented the act as disgusting punishment. He smelled gross, and the Pit where much of the sexual abuse took place also smelled musty and gross.

I try to forgive and forget what happened from my mind, but it is not possible. I cannot revisit those days without an urge to escape, destroy, reset, erase. My symptoms may be managed but never completely relieved. Memory becomes a burden, tormenting. For years when I tried to sleep unwanted memories wracked me to the point where I'd have to get up out of bed. Even today I sleep very little, usually passing out from exhaustion and thereby bypassing a situation in which the bad memories come. I have to act consciously to compensate through relief mechanisms. I'd like to present myself to the world as unaffected, capable of recovery, not a victim. I don't want to give any more power over myself to an abuser. But the reality is the sexual abuse caused me significant irreparable harm.

There isn't a mark on my body from the abuse, but every day I must confront residual trauma from the abuse. I must deal with grief and mourn the loss of function and innocence. I also have to deal with the emotional burden of knowing this wretched state of mind will continue and require great efforts on my part to combat. It is especially difficult now that my oldest son is getting to be the same age I was when I suffered this abuse. Not only am I hypervigilant about lies and being taken advantage of, I'm also hypervigilant about the safety of my sons. It is a myth to think boys are less vulnerable to emotional trauma from sexual abuse than girls. I suffered immensely from confusion because I was forced to engage in sex with an adult male. I always tried to resist and get

away. But I fell into traps I did not understand awaited me, unable to grasp from my limited experience that Rankin's motivation was sexual rather than friendship. I didn't understand an adult in a trusted role like Rankin could live a complete lie, undetected, and hurt so many people. It is still hard to fathom. I know that the Boy Scouts made Rankin's sexual abuse possible, empowering him by giving him authority over us without oversight.

I can't simply will away or deny the sexual abuse even though based on the demands of society I must behave mostly as if it never happened. It's a taboo subject that I can't casually discuss just because something has triggered negative emotions from the trauma. The abuse happened thirty-five years ago yet many of the memories remain uncomfortably clear, like jagged broken glass. Some memories have lessened with time but not enough to bring relief. The fifteen years Rankin was sentenced to serve in prison is less than half of the time I've suffered so far.

While Rankin was found guilty on several counts of sexual abuse, the true extent of the abuse has never come to light. More boys were involved, and more incidents of sexual abuse occurred. It wasn't a handful of times. It was a repeated pattern over a couple of years with eight to 10 different scouts, likely more. It's quite possible Rankin abused a scout on average every other day over a couple of years. Rankin had few interests besides Scouting; he devoted almost all of his free time after work and on weekends to Scouting. Rather than eight counts or whatever number he was found guilty of committing, Rankin committed hundreds of acts of sexual abuse on boys. If I personally suffered about 50 to 70 incidents over a 9 month period, based on what I heard from other boys and given that the abuse affected eight to ten boys I'm aware of, with at least 3 of those boys (Dale, Craig, and another boy I never met) suffering through periods of being a favorite, it's possible to estimate the incidents of sexual abuse numbered between 300 and 500 times, maybe more. Society in the late 1980s was perhaps not able to process the magnitude of abuse; perhaps that's why Rankin was never fully charged. As boys, we were sheltered from taking the stand during the trial against Rankin, so the full extent of the abuse never came out. For the safety of my sons I hope society today recognizes that boys are victims

of sexual predators and takes steps to dissolve the Boy Scouts. Another organization should take over in its place. Rankin was a serial offender, undetected and undeterred by the Scouting organization. The Boy Scouts gave Rankin prime targets for sexual abuse and the authority and psychological techniques to carry it out. Given that hundreds of thousands of boys have been abused while participating in the Boy Scouts, this organization should not be allowed to continue to exist.

Just before Rankin was caught, I remember he was excited about getting a big district award of merit. The larger Boy Scout organization viewed him as a model Scout Master; they praised him for his commitment and involvement. The award was a really big deal, but it revealed the rottenness of society to see how Rankin fooled everyone with a double life. Around adult authority, Rankin became your conspirator so that he could subject you more easily to sexual abuse. He maintained elaborate lies. Once we went to a camp in Charles County for the weekend. He said his lady friend would come that night and she would sleep with us because she liked first timers. She never showed. It was a trick to get me into a compromising situation. Rankin orchestrated a situation where I ended up at this camp cabin with him, though he continued to hint his lady friend would show up. Instead he got me drunk, forced me to play strip poker and perform fellatio. Rankin didn't establish a sexual relationship involving mutual consent and concern; it was a one-sided affair where I was tricked or told what to do. I rarely felt I had the power to fight back or ever call him out on his lies. He was the type of person who always had a ready explanation and way of deflecting. The sexual abuse was Rankin's cruel expression of power over me, a continual belittling of my will.

How could this extent of sexual abuse happen over years without anyone saying anything? Simply it happened through a combination of brainwashing and a lack of oversight by the Boy Scouts. Rankin was unmarried and had a visible pattern of becoming close with the scouts in his troop. He had abused several other scouts before me; he had a method that he applied to more scouts until he was caught. I do not feel justice has been served because Rankin was never charged with the full range of his

crimes.

Please understand that it is extremely difficult to adequately and with satisfaction put this sexual abuse behind me as an event that happened in the past without further repercussions. It is also arduous to describe what happened and the toll it's taken on my life. Bringing up past abuse triggers similar feelings of anger and helplessness, of being ruined and beyond help, hopeless, dead inside, misconfigured into someone I didn't want to be against my volition, lost in a thousand-mile stare like a shell-shocked soldier.

To become publically known for this brings renewed shame and trauma. It is further trauma to revisit the abuse when my mind would feel much more at ease if I continued to deny and suppress the memories. I continue to blame myself, partially, though I know it wasn't my fault. I continue to experience great shame. I still feel violated. I've suppressed this narrative in the past over this shame and my feelings of great loss. I continue to grieve over the loss of my innocence. I feel terrible knowing that I was violently sexually abused when coming of age as a young boy entering puberty. So much confusion and doubts come from the sexual abuse, along with a great deal of anger and resentment. Now it doesn't take much to hijack me from the present. Still I retreat inside and block out others. I'm prone to general moodiness and irritability. I feel out of control at times, a slave to overwhelming emotions. I still feel such shame over not being able to protect myself from the sexual abuse, from not being able to protect my best friend and the other scouts. Self-blame still divides my conscience today. It is a daily struggle to overcome numbness to existence and reassure myself that I did not deserve what happened to me. Each day I must again shed my anger and self-recriminations and reassure myself of my self-worth and dignity.

Before and after photos show the emotional toll taken by the sexual abuse. I became sullen and withdrawn in photos afterward, unable to smile for the camera, at times self-conscious. I was no longer comfortable just being a kid among my younger siblings. I couldn't participate because I was no longer a kid; I had too much on my mind, too much dragging me down, no longer ignorant about the harshness of life. When another has used

you over a period of time, you feel used up; you learn to partition your mind to function. Over time I've learned to better deal with my emotions, though I'm still prone to ups and downs and bouts of manic depression. I still have a strong desire for flight or fight.

I've had issues with authority since the Boy Scouts shattered my faith in organizations and accountability. The Boy Scouts are regarded as a pillar of American society. Having experienced the darker side of Scouting, it's hard not to make the leap and see all human organizations as intrinsically corrupt. It's difficult not to feel some ongoing anger and resentment toward those in authority for enabling a sexual predator who stole my youth. I have deep animosity toward the abuser manifested in extreme discomfort around people who look similar or have similar mannerisms. I also feel anger toward the system in which we teach blind loyalty and obedience to authority as a strength when in reality a critical ability to distinguish times for allegiance is key. Since I feel I was groomed into sexual abuse through the promise of advancement of rank within the organization, I also feel unease with basic underlying relationships that inform business organizations. I feel this unease with authority and ranking hierarchies has hindered my career development, limiting my ability to rise through the ranks in corporate culture.

Like other victims of sexual abuse, I need help. I need monetary assistance so that I may devote more time to getting better, truly, rather than simply managing and suffering through incredible lows, where I must overcome suicidal thoughts. I tried to commit suicide once and have taken extreme risks at times. I've had at least two mental breakdowns, both of which involved unplanned visits to mental health professionals or facilities. Both breakdowns were related to the "act" I feel I must maintain to appear "normal." I'm fatigued from carrying this burden for 35 years with few outlets for emotional support. I'm tired from self-recriminations as the body involuntarily becomes excited recalling being molested due to trauma. I'm still particularly sensitive to and live in fear of being called names for something that befell me against my choice. I'm afraid of how I will be perceived.

The Boy Scouts are established as an organization that emphasizes honor. Honor and other moral attributes such as trustworthiness are part of the Boy Scout oath recited at the beginning of each meeting. The Boy Scouts must support survivors to stay true to their basic principles. Otherwise the Boy Scout oath is a fraud.

I don't know how the abuse happened. I had a suburban upbringing and attended Catholic schools. I excelled at sports, had many friends, and earned good grades. My parents were involved in my life. We went to church every Sunday. I was the oldest of 5, so my parents were busy. In hindsight my mom admits to missing the signs, but many did. Rankin hid behind a macho doofus persona where he would laugh loud and ingratiate himself to parents to gain trust. Rankin's action were all very premeditated and carefully executed. Yet at the same time it must have been a more trusting era, where kids were more exposed to the elements of a culture much different than that of their parents. It was a hard time for boys to ask for help. There was no language or filter for me to understand the sexual abuse. I felt abandoned; I still feel that way. It's wrong to think only females or outcast males, children of divorce, suffer from sexual abuse; I'm proof it may affect anyone.

How did Rankin force me to perform sex? It happened though physical force and other terrible manipulative measures. For example, he would threaten to take me to a trucker stop and give me as bait to gay guys who cruise the rest stop if I didn't do what he wanted to do; consequently sex with him wouldn't seem as bad when faced with the alternative. This threat continues to haunt me to this day in public bathrooms.

One of the biggest misperception, I think, about the sexual abuse I suffer is that since it happened in the past, I should be able to recover and move on. Another related misperception is that as a boy you don't register sexual disturbances. Believe me, I want to move on. I've never wanted to be free of something more consistently over the span of my life. *The Body Keeps Score* by Dr. Bessel van der Kolk helped me understand that apart from work done mentally to heal myself, my brain and body are still

responding to the abuse in ongoing trauma. It is the imprint and trace I must deal with the rest of my life. As the mind tries to escape, the body isn't tricked; the trauma remains in wordless feelings and emotions.

How do you recover your dignity and sense of self worth after you were sexualized, objectified, forced to perform sex and brainwashed into a gang when at the age of 14 you only sought a rite of passage into manhood and masculinity? How do you recover your faith in humanity after being victimized by a pedophile psychopath who projected himself as the epitome of American masculinity but took perverse and sadist glee in the destruction of your innocence? How do you separate yourself from bad memories of a sexual abuser who preyed on you and your friends through the use of elaborate lies to gain sexual gratification? How do you rise in rank and lead others in a business organization after you've had such an early negative experience with leadership in a hierarchy? How do you rid your body of negative associations with the male body from sexual abuse? How do you continue to ensure you will not repeat the cycle of abuse by inflicting abuse on others? How would have my life and professional career turned out differently if I didn't suffer sexual abuse and become prone to bouts of despondency and anger? How do I feel any ambition for life when my ambition as a young man to become a leader got me in such trouble?

I need help daily to work through these questions and recover from post-traumatic stress disorder, anxiety, continued confusion and feelings of being exposed and/or victimized. I want to attend intensive therapy to help myself become a more fully engaged parent to my sons and more responsive partner to my wife rather than someone who seems preoccupied and distant, absent, a series of blank stares and empty words. I don't want to feel persecuted, still slighted by society. I want to feel that I, too, matter with rights to safety and reciprocity. I want to have the power to become more emotionally invested in my existence. The imprint of trauma means I'm more likely to overreact in response to a slight infraction. Being ignored by the Boy Scouts means I feel ignored by society.

The few times in the past I've sought and received therapy have resulted in breakthroughs

that allowed me to feel at more peace. I'm asking the court for monetary assistance so that I have the necessary resources to devote to healing, including the use of medicine. I want to be more present to the joy of the moment. I imagine life without the perpetual feeling of some unresolved weight causing me to feel distant from life itself. I hope by breaking my silence these words may help others. I must speak up and condemn the sexual abuse the Boy Scouts permitted or remain complicit in silence. Rankin was someone filled with evil who ruined the lives of many people, stunting all of our potential to develop into emotionally healthy individuals.

The Boy Scouts destroyed my sense of self-worth. They made me think of myself as less than human, and after I thought of myself this way, they chose to ignore me. Dwelling on this much more may be more harmful than helpful. For that reason I ask for a swift resolution of justice. Part of what ails me comes from the emotional effects of shame created by a society that would prefer to ignore these matters. Part of my shame comes from the fact that society is not supportive. It would help me in my personal recovery to have the Boy Scouts recognize the harm I endured and take steps to make amendments and provide support. In our court system and society, a life counts for something; it has a value. My life has value, and I request recognition of this through this process.

Thank you for consideration of this matter.

*K Fitz*

Kevin Fitzgerald
2210 Frederick Rd.
Catonsville, MD 21228
Kevin.s.fitzgerald@gmail.com
(410) 258-4509

PS. Redaction is being silenced!