To Justice Lauri Selber Silverstein,
I was molested at ▮▮▮
and also in the Hot Springs of Nevada
by my Scout leader. His name is ▮▮▮
The first time was at the Hot Springs.
I was held ~~down~~ from behind by my Scout leader

▮▮▮

next day, ▮▮▮ my Boy Scout leader
also molested ▮ in a tent at ▮▮▮
It was supposed to be a fishing trip. I was

▮▮▮

These are my experiances with the Boy
Scouts of America.
I have lived with this my entire life and
it still effects ~~▮▮▮~~ me now.
I am paranoid schizophrenic, and the memory
of these expieriences triggers schizophrenic
episodes and anxiety attacks. I wish I could not
remember.

▮▮▮

FILED 2021 MAY 18 AM 9:18 U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE