FILED
2021 MAY 18 AM 9:52
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Sunday, May 9, 21

To the Honorable Judge Silverstein,

I am respectfully writing to you to share my story with you regarding the Boy Scouts of America.

I grew up in a small copper mining town, ▮▮▮▮▮. My father worked in the mine & my mother worked at the movie theater in town. There was not a great deal for children to do, so from a young age I was involved in sports. Eventually my mother suggested I get into the cub scouts which led me to boy scouts. I was about 9 or 10 when we began to actually start doing things as a troop. I was raised to always respect my elders & follow directions of all adults.

Being a small town all of us kids knew each pretty good, so I guess you could say we all had a unspoken level of trust.

As you know, in order to progress in scouts you must earn merit badges, which is where all of this began for me, I was asked to stay late at a troop meeting to work on a particular merit badge having to do with first aid and

#2

anatomy. My scout master was going over things with me after everyone had gone home. So he & I were alone at his personal residence. At some point I was instructed to remove my uniform so he could more accurately point out organ location etc. On this night my life was forever altered, my childhood innocence gone in a instant. When this man was done hurting me, and hurt me he did, I was told to go and take a shower.

Afterwards, he sat down across from me and informed me that I was never to speak of this to anyone because everyone would see me as a bad boy. He also told me that should I ever speak of this he would make certain that my father would lose his job & be forced to move out of town. I was a very scared child with not a clue what to do, so as a result I remained silent. This physical pain & fear continued over a period of about 2 years or so, at his residence, Fairlands middle school, camping trips thru the Grand Canyon, other hiking trips, cutting christmas trees in New Mexico etc. This man hurt me a total of 21 seperate times.

When my Father finally retired from the mine, I finally got away from this evil

#3

man. I finally felt somewhat safe, yet I was always in fear. We moved about 1 hour away from ▇▇▇▇ to a ever smaller town.

As a result of all I had gone thru I began to lash out, started running away & getting into trouble. The respect I was raised to always have for adults had gone out the window. I trusted no one

The small town of ▇▇▇▇▇ where we now lived had a majority Moman population, so one of the kids who lived nearby asked me to go to church with him. After not to long, a leader of the church was talking to me & said he knew I was new to town & was told I had been in th Boy scouts. Being a kid, I really didn't put the pieces together right away. When he tried to get me alone, and he did, he tried to put his hands on me and all of my fear and anger surfaced. I managed to get away & ran home. I snuck one of my fathers pistols out of the house & found him sitting in his truck. I pointed the gun at him & told him to never come near me again. He made up a story that I had broken into one of his cars & as a result I was placed into a house for troubled youth.

My life began to spiral out of control,

#4

I began to use drugs, became more violent & did not grasp why. I had absolutely no respect for any authority and adults as a whole.

All of the things I went thru at the hands of the Boy Scouts, Scout master fully destroyed my life. To this very day I see or hear things that for some reason trigger all of these memories. In 1991 while in prison in Florence Az, I happened to over hear a man bragging about his sexual conquest of a young boy, I snapped & beat him almost to death, causing me to get new charges.

This is some of my story, These people have covered up there abuse for decades, while destroying endless lives. This can not continue. These people & orginazation must be held accountable for all of the lives they have destroyed. It seems like our lives mean nothing to the BSA so Im pleading with you to hold them accountable to the fullest extent of your power as a Federal Judge. Please do not allow the abuse to continue. I thank you for taking the time to listen to my personal story, Just one of thousands. I allowed them to control my life out of fear & shame for far to many years. I will be silent no longer. The time has come for the BSA to be fully exposed, put on display for the world to see & put in

a position where no more children can be put into harm way.

With all of my Respect
Thank You

Justice Lauri Selber Silverstein
824 Market Street, 6th Floor
B.S.A. Bankruptcy Case
Wilmington, DE.
19801