Case File No.
SA- ███

Justice Lauri Selber Silverstein
BSA Bankruptcy Court
824 Market Street, 7th Floor
Wilmington, DE, 19801

FILED
2021 MAY 18 AM 10:06
U.S. BANKRUPTCY CLERK
DISTRICT OF DELAWARE

The meeting was at carondlet school. Address is ███████████████ which is closed now.

BAr S+F Scout Ranch off 67 Highway in MO. Camping was held here. This is where the Abuse took Place.

I was in my tent. When he came in where I was sleeping. Thats when he sodomized me.
I was only 8 or 9yrs old. I can't Remember the Scout's Master's name. But he would have to be in his 100's or deceased by now.

After this I quit the Scouts. I was Ashamed + scare to tell anyone even my parent's. I told my wife after we were married about 5yrs + my kids don't know + I don't want Them to know.

As for the Scout's today. I would not send my son or daughters. They are talking about the scout's putting the Boy's & Girls together. That is All wrong.

I still don't want anyone to know about this. I had a fear of writting this letter.

