To: The Honorable Justice Lauri Selber Silverstein

Reference Claim Number SA-███



FILED
2021 MAY 18 AM 9:32
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IMPACT AND MAGNITUDE STATEMENT

My name is ███████████████, I am currently serving a 15 to life term of imprisonment for aggravated sexual assault of a child under 14 years of age.

When I was in the BSA I was exposed daily to pornography by my Scout Master/Leader who was my dad, he plastered our garage walls with centerfolds from Playboys, Penthouses,& Hustler magazines. Our garage was used to store BSA camping equipment and the meeting place for preparing for many scouting events

I was a child I didn't have a choice, I was powerless, and I had no voice, I was a victim of continuous sexual child abuse viewing these images everyday which affected me emotionally and psychologically as a result of being exposed to graphic sexual images, I learned and believed that females are to be viewed and treated as sexual objects for my wants and needs.

With this distorted belief system I began sexually assaulting my sister's friend, sister, step-sisters, half-sisters, wife, and three teenaged daughters The exposure to sexually explicit materal and my actions has affected three generations, myself, my daughters and my grandchildren.

If the mere exposure to sexually graphic material affected me to the point I wouild sexually abuse my own family members. I can only imagine the traumatic sexual abuse young boys endured at the hands of their Scout Masters and/or Leaders and how it affected them physically, emotionally and psychologically questioning and blaming themselves for the sexual abuse questioning their sexuality, orientation, suffering from depression, imprisoned for a sexual crime, alcoholism, drug abuse or worse committing suicide.

Then the BSA organization chooses to re-victimize their victims by trying to settle for pennies on the dollar during the Covid-19 pandemic, knowing individuals are desperate for any financial relief, only rubs salt in the wounds of us victims. These actions demonstrates the BSA does not have any empathy for the victims, they are more interested in their financial future.

Since the BSA organization chose to cover-up and not report the sexual abuses that were disclosed to BSA to law enforcement for prosecution, the BSA organization is just as culpable for the sexual abuses as the offenders, your complanency in allowing the sexual abuse of children to continue is despicable.

The BSA expected their scouts to live up to the Boy Scout Motto, yet when we the victims of sexual abuse stand up and demand the BSA to step-up and act in accordance to their own Motto, you don't even come close in honoring those words.

I hope and pray the BSA is held financially accountable and ordered by the court to liquidate all their holding, properties, asses and anything of value for compensation to the victims of child sexual abuse.

I will not be silent anymore, my silence has caused me nothing but harm and heartach to myself, my family, my victims and the community. Sexual abuse afects every aspect of one's life, for the rest of their lives, it is a soul murder, you and your Scout Masters/Leaders committed a murder of the soul, you changed a child from who they were, to who they are today a sexual abuse victim.

Thank You