To Justice Silverstein,

Why is it so hard for some people to "own-up" when they know they've done wrong?

My own experience has left me scarred and confused my whole life. Now that I am on my 12th year of seeing proffessional help, along with the medications to assist me through all this, I am actually no closer to normality than I was before. My own concerns involve distrust, alcoholism, strained marriage relations, as well as doubting my own abilities to raise my children. For the BSA to not completely address the severity of their position, is insulting and demeaning.

My own emotional situation seems to center on depression and anxiety. After many years of Psychological Therapy, the V.A. hospital has formally and permanently declared me as "disabled."

Please, do not let the BSA get away with all this.

Sincerely,

[redacted]



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, De.
19801

GULFPORT MS 395
10 MAY 2021 PM 2 T

19801+3024