FILED
2021 MAY 18 AM 10: 12
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Justice Silverstein,

I have been asked by my attorney to personally write you a letter and describe my experience of sexual and mental abuse by my Scout Master, [redacted] during the summer of 1975. My attorney, Andrew Van Arsdale, has indicated that this case may be losing sight of the of the real extent of physical and mental harm done to many young scouts who were innocent victims of predatory sexual abuse by "trusted" adult scout leaders, pedophiles.

I met [redacted] when I was about eight years old and my brother was a member of Paoli Troop 1, Chester County Council, and he was the rare adult who took notice of me and would talk to me when he saw me. To me [redacted] was an amazing man, larger than life. By the time I was about 10 I was allowed go on rock climbing trips and ride in his truck on work weekends to deliver firewood. Before I was a member of the troop I was one of his favorites. [redacted] had been to the base camp of Mount Everest, taught canoeing and rock climbing, and was the leader of the troop that everyone wanted to be a part of.

I joined the troop in 1973, my parents has recently divorced and my Dad had become best friends with [redacted] In the summer of 1975 I was at [redacted] apartment with my Dad ([redacted] and brother [redacted] to help plan that summers canoe trip to the Abitibi River in Canada. After we were finished for the night [redacted] asked me if I wanted to sleep over and told my Dad that he would bring me to the Troop workday the next morning. I was ecstatic to finally be invited to a sleepover and could not wait until my friends found out. Other boys often slept at [redacted] and many of us had our first beer there.

It was pretty late when my Dad and brother left so we got undressed to our underwear and got into bed. This all seemed normal to me because I had slept with my Dad before and [redacted] felt almost like my Dad. He began telling me that he was glad that I was there and began hugging and kind of wrestling, while telling I was there because I "was [redacted] boy". [redacted] I thought this was weird but is also felt good and frankly I felt honored just to be there.

[redacted] This is when I started to get scared and was not sure what to do. [redacted]

coming apart. I elbowed him as hard as I could and hit him in the neck/head. I jumped out of his bed and went out into the dark living room, naked. A minute or so later came into the living room, naked, and asked me if I was sure that I wanted to be out there, I said yes. He went into the bedroom and got my clothes and tossed them onto the couch without a word and closed the bedroom door. I got dressed and sat on the couch for the rest of a very long night thinking about what had just happened and being angry at myself, my Dad and my brother. I knew something terrible had happened but what should I do? Did I just make a huge mistake? What happens next?

The next morning came out of his room dressed and ready to go to the Troop workday, we went out to his truck and drove to the scout cabin without a word. From that morning on, for the next 4 years, I became target of ongoing attacks of verbal and mental abuse. Some of this abuse was in private and a lot of it was in front or my Troop superiors, peers and subordinates alike. He would ridicule me, call me names and curse at me in front of groups of other boys and men during almost every Troop event, to the point where people would ask what was his problem and would tell them that I was "a total fuck-up and should quit the Troop." This was often well within earshot of many people, and me. I did tell my Father about the sex abuse about a year after that night in apartment but he told me it was probably just wrestling and giving me a "wedgie". My brother also confronted me about it and told me that he was going to talk to before he decided what was true, we have never talked about it again.

There are times during advancement on the way to the rank of Eagle that a scout must meet with the scoutmaster one-on-one to discuss how that things are going and to assess how you are doing within the troop. These meetings happen at the completion of each rank that is achieved: Tenderfoot, First Class, Second Class , Star, Life and Eagle. I was Second Class when abused me that night in his apartment and so I needed three more personal meetings with in order to obtain Eagle. These three meetings were held at his apartment. With the almost constant criticism, cursing and berating directed at me all the time, this was a very scary place for me to be.

The meetings would begin with him laughing because I still came around and the only reason he did not just just kick me out of the troop was because of my dad and brother. He would tell me that I was not worth anything to the Troop and that my friends did not like me and that I should quit. would often yell and curse as I just sat looking at the floor occasionally saying "yes, sir." There was a section in my advancement booklet called "Personal Growth Agreement Conference" that needed to sign and at each of these meetings he would cross out the word "Achievement" before he would sign. I also remember being elected, along with my friends, to participate the prestigious Order of the Arrow weekend ceremony. During a Troop meeting publically removed me from the elected group, saying I was not deserving of the honor.

I could not quit the Troop. All of my best friends were there, and we were all legacy members with older brothers who had achieved Eagle and we needed to also. My friends would ask what was going on with and I would tell that I didn't know, but everyone saw the change that one weekend when I went from riding in front seat to not being allowed in his truck at all. I did achieve Eagle with my

friends in 1977, led the Eagle Patrol for a year and then became a Troop staff member. My friends were all assigned the role of Assistant Scout Master but only I was assigned a new role called Junior Assistant Scout Master. I stayed with the Troop for one more year and then stopped going, it was my senior year in high school and there was plenty of other things to do.

Around 1980 another boy informed someone on the Troop Committee that [REDACTED] has sexually abused him. The Troop Committee Chairman, myself, the other boy, my father, and another senior Troop member talked about what happened to both of us and the Chairman was going to talk to [REDACTED] I thought that this was it, that [REDACTED] would now pay for doing this to me. Two days later we heard [REDACTED] had flown to California and the next day he had flown Bangkok, Thailand. He never returned to the States and nobody seemed to ask why. He died in Bangkok several years ago and his adopted son sent a request to the Troop that [REDACTED] shes be spread on the Troops property. When I heard about the request I quickly sent an email to the Troop Committee and the current Scoutmaster that this could not be allowed and explained why. They acknowledged what had happened and did not allow his ashes to be spread.

The effect that those few years have had on me has been a constant negative influence in my life and the memories of shame and embarrassment have never been far from my mind. I cannot begin to imagine the hours of lost sleep over the last 45 years. Reliving that night over and over , thousands of times. What should I have done? What should my dad have done. I told the people who knew me, and were supposed to protect me but they did nothing. Now it is left up to people who have never met me to come to my defense. And they are defending me against the BSA, an institution that knew what was happening all along to the very children they had promised to protect and teach how to be men!

Back then I developed a system of protection that let me publicly ignore the terrible thing that had happened, to look like everything was normal while actually not never trusting or believing anyone. I have now been married for 30 years to an incredible woman that I think was sent to save me and keep me away from the "abyss". I have not been able to completely share myself with her throughout our marriage and she did not know what the problem was until I told her about [REDACTED]

Now I have three children of my own (28, 25, 21 yrs) and I have watched them grow up with the "normal" challenges of figuring what life is all about. Then I compare that to the impossible heaviness, doubt and fear that I dealt with for years by myself, alone. I think about the men that control the BSA and how they each made a conscious, personal, decision to sacrifice the well-being of thousands and thousands of children so that an image would not be tarnished. An image whose very foundation is built from the promise of young lives.

The real question is what happens now. The bottom line is that the BSA is a horribly failed organization, period and must be dismantled and dissolved. There literally was specific management infrastructure created within the BSA whose sole purpose was to prevent the release of information that identified thousands of child sex abuse criminals, pedophiles. It is naive to think that is does not continue to this

day. Now that all of this information is known, how can the BSA be considered organization that should be entrusted with young children.

These are the words that were ingrained into us, please read them and see if you think the BSA is worthy of its own teachings.

**Scout Laws – "A scout is trustworthy, loyal, helpful, friendly, courteous, kind, obedient, cheerful, thrifty, brave clean and reverent."**

**Scout Oath – "On my honor, I will do my best, to do my duty to God and his country, to obey the scout laws, and keep myself physically strong, mentally awake and morally straight."**

**Scout Motto – "Be Prepared"**

Sincerely






TALLAHASSEE FL 323
14 MAY 2021 PM 2 L




Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington, DE 19801

19801-302499