Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street, 6th Floor

Wilmington, DE 19801



May 12, 2021

Dear Honorable Judge Selber Silverstein:

The rape I suffered at the hands of a Boy Scout staff when I was a child has affected my mental health, physical health, and relationship throughout my entire life. When I was young, I thought I was being punished. The trauma I suffered has had lasting affects on my mental health. I have suffered symptoms of depression, anxiety, and post traumatic stress. This has resulted in relationship issues, safety issues, mental health hospitalizations, and suicide risk. I have been unable to develop long-term trusting relationships because of these events and use cigarettes and alcohol as coping strategies. The cigarette use has resulted in COPD requiring the constant use of oxygen. I cannot express strongly enough how much pain and suffering these events have caused.



Claim number :

requested a letter be sent on his behalf. Mr.

has been forough repaired