FILED
2021 MAY 18 AM 10:13
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I am somebody, and I am not the person as I used to be who I had to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I was told that if I told my mother would become very sick and she would die, so I kept it quiet. I was screamed at and was told that I was not ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and those times when I did do it right I was ~~Prenct I~~ Praised. All I could think about my ~~mother~~ mother would die if I told. I started stuttering during those times, I tried real hard to speak clearly but I couldn't without stuttering, why?

because I felt scared scared all the time and my self esteem was very low and I felt felt that my voice could not be heard so like a ~~worth~~ weekly in and as a depressed child I struggled to make my voice heared, as a child I was very insecured, fear and depression made me studer I felt worthless. You are trying very very hard to not give us survivors a proper monitary settlement you go home eat, sleep and carry on your life with no guilt to what was done to so many boys, and right now money is your GOD and you are protecting it as if your life will end, you have lost your Concience, you have none when it comes to us, God don't like ugly

nd the way I see it, you can not escape and you will not escape your punishment for the way you are so desperetly trying to having this settlement and with us getting nothing of what we so deserve deserve, I dont forgive the preditor or the Lawyers, but what I do pray for is for all of you who is involved and do not want to do the right thing I hope that all of you die with cancer etc something which causes exruciating pain I hope in the futcher futcher you all who do this hanis crim should get a place on death row. You should be casterated

Please notify me that you reeceved this letter — Lou Tek

▮▮▮ notify me if you get this letter, I want you to have a copy. Please get this letter to the judge and there Lawyers who are trying to set off free of wrong doing of the BSA, I have nothing to hide give this copy to the president of the Boy scouts of america tell him to please call me at ▮▮▮

wants to talk to me about what happened to me feel free to contact me. you people go home sleep well, eat well and live your daily life well. where is your concience? what would you do if it was your child?

Andre this is my new phone number that I gave out ▮▮▮



HARRISBURG PA 171
15 MAY 2021 PM 2 L

Justice Lauri Selber
Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801