To Judge Lauri Selber-Silverstein     5-9-21

FILED
I am writing to you about case # 20-10343 US Boyscouts being Molested and Abused. We all were Taken advantage of. Scout Leaders abused there powers to have there way with me I was so proud to earn my badges and move higher up into the Ranks. A certain Scout leader I remember vagely that he used to Tell me he wouldn't Sign off on certain Ranks & badges

[redacted]

Deserve some Sort of compensation. Even since Some Kids probably are homeless now with Large Therapy bills. Please Take in concideration our compensation claims. Thank you for your time.
           Sincerly
           [redacted]



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 16th Floor
Wilmington, DE 19801

19801-302499

