

Justice Shuenstein

Please help us. The Boy Scouts temporarily stripped me of my dignity. Twice they molested me in my 11th-12th year.

They really need to be punished! Please your Honor - don't let them get away with it.

They were really culpable! "Momzers"



