FILED
2021 MAY 18 AM 10: 19
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Laura Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear Justice Silverstein,

It's like this. It is hard to quantify years of therapy since age 17, ▇▇▇ numerous medications for relentless depression, numerous friends and family driven away, or almost away, they could tell you. Or numerous lost jobs, lost education, lost opportunities, lost time before I learned what time really was. And how much of it all do I blame on the scandal, the one that damaged my father, the one that destroyed a 5 generation Presbyterian Church ( now schismed out elsewhere into new digs.) How much of my misspent life and relational dysfunctions and repulsive depression, with repulsive scars do I blame on 15 innocent campouts and 3 or 4 others? How much is mitigated because I wanted friendship that desperately? Or is that just more pathetique? Am I that pathetic? So maybe it's not depression? Maybe it's just fact? So there. It's like that.

Now. There Must be room for redemption, on the other side. But I have done enough. It is now up to y'all to wok this out, I guess. I feel for my abuser, albeit with detached ambivalence. It has been so long, yet is an ever-present monster, like a suicide, or a deceased child. Only it is your inner child I guess. Some said I have been, they would say, destroyed. I would rather say something there is not an English word for, that I know of. But if there were, it would be a kind of blending of the words "clean" and "acceptable" and "o k". I am working on it. You must understand it was a mental illness, being gay until that time, approx. according to the MHMR I was sent to. That's when it all changed. But ▇▇▇ was several years behind on many issues. I was to learn. I took it to our minister ▇▇▇ the beginning of a great unraveling, a time of shame and upheaval in our family and in the church. Of course he left immediately. I withdrew, a disaster unfolded. Many were affected. My whole family, in some ways, till today, I aver.

Real life? I could really use some (for me) expensive dental work, before I lose my teeth. I need periodontal care badly. I am 64 now, on disability doing hospice work, doing it well, when I do it. Might have to sell my mobile home, and nomad it, but would rather not. Whatever paltry sum comes to me, ultimately, I hope it doesn't feel like a slap in the face. But I don't see how it won't. Good luck with your deciding.

Very truly yours,

▇▇▇▇▇▇▇