To the Honorable Judge
Lauri Selber Silverstein

FILED
2021 MAY 18 AM 9:53

[redacted]

Judge Silverstein;

I am one of the many thousands of boys who were sexually abused during their time in the Boy Scouts. These acts were perpetrated by the very men to whom parents had entrusted their son's safety and well being to. Scout leaders are supposed to be responsible and shining examples of men that young boys could look up to. As scouting leaders, these deviants are in a perfect place where they can pick and choose their next victim. I was such a victim.

My abuse started when I was

about 10 yrs old. I came from a dysfuntional family with virtually no interaction w/ my father. He beat me w/ a smile & smile while he beat me... I forget. I honestly cannot remember one single time my father hugged me, kissed me or said a simple "I love you". We never spent any time together unless you call me watching him drink at the local bar "quality father & son time".

Terrorized
Traumatized
Terrified

He never took interest in anything I did whether it be in music, good grades & anything at school... he just didn't care.

I mention this because multiple things (conditions) combined to make me an "easy target" for a seasoned sexual predator. I had a father but no father figures. I was needy. I wanted a friend. Someone I could trust. As one of 5 kids, God Bless my Mother for always doing the very best she could but I was still craving attention.

I fell into my abuser's well-made web of lies, deceptions & lures, fear and manipulation. I could not resist. I was caught in his trap.

At first, even before any inappropriate behavior had started, my "grooming" began. I use the term "grooming" to mean deliberate steps taken to befriend me, pay a little attention to me here or there, to draw me in. Then it was buying me little things like fast food or ice cream. (Anything to make me feel special as my trust in him grew.

He had a fast cool-looking sports car, a hot motorcycle and had rocketry, model trains and wooden ship building as his hobbies. What kid would not want to be included in these activities? He took me to his house at first - everything was aboveboard at first, but it took only a couple of visits before "playtime" became "play w/me time". Quickly during our "relationship", things turned to sex. Needing my silence more & more, I next was "graduated" to mowing his lawn, after I got paid $5, a huge amount for me. I guess this was time "hus

money". But the more "visits" I made, the more sexual encounters I had to endure, the more fear that was ingrained, the more guilt I harbored, the more self-hate I carried with me. It got to the point where it was abuse occurring each time he picked me up from my house to "go have some fun" as he put it to my mother.

I will not go into details about the abuse I suffered. It included bizarre and perverse acts. Suffice it to say that after the 1st time being abused something happened to me and I no longer was a child. I was something else, and I didn't know how to define it.

Changes in my behavior started the same day as the abuse did. I began to isolate, lie, steal. I was numb to most of my feelings. I began drinking alcohol. Food flavorings used in baking can have up to 40% alcohol, cough syrup contained codeine, purchased w/out prescription req'd. I knew where my father hid a bottle of brandy, which I started sipping from on a regular basis, eventually getting busted, then beaten for drinking too much from the bottle, replacing it w/ water. When I

when I was caught. Needless to say that didn't work out so well. I paid dearly for that lapse of judgement, but in my defense... I was ONLY 10 yrs old!

My abuse lasted @ 2½ yrs. If you saw the (outer me) over this time period you might say that I seemed like a bright kid, attached to no particular "clique". Poor but not particularly noticeable. Quiet, respectful, talented in music and writing. Friendly to everyone, a friend to none. All throughout my life and including up till today I harbored and hid this dark side of myself. It's where all the feelings about my abuse/abuser. This part of me eventually grew and grew until it became an outward part of my personality. Not one single teacher, counselor, clergy, parent, sibling or classmate ever seemed to notice anything different in me — or maybe it was just that they didn't care to hear my silent screams for help. I had only a few friends. I told no one about anything that was happening to me.

The more I was abused, the more of myself that I kept sequistered deep into myself

VI

The frequency of the attacks and types of abuse suffered increased, to include

[redacted]

AGAIN!! Noone seemed to notice any changes in me, or at least they never let on that they did.

But, the scoutmaster himself knew that something "funny" was ongoing in his troop, something about abuse maybe. Something about the possible assailant's identity.

There alleviated all doubt to the rumors when I came forward and "blew the whistle" on the abuser's identification. It was none other than the Asst Scoutmaster! The Scoutmaster's response to me was, "yeah, I maybe heard a little bit from another boy(s) but I took it as just talk or boyish teasing. It was quickly

I was way too scared to try to go to someone else for help, when I.

perfectly clear that "serious" consequences would follow. I thought that I would get in trouble if this all came out. I was told I would be sent to a foster home and never be able to see my mother again. So I went on, day by day, week by week, month by month and yes! year by year...

Things started to change as I was nearing my 13th b-day. He said that he wouldn't be coming around anymore and that he had someone else to mow his lawn and to work on his modelling projects. Plus he told me that "you are getting too old for me to be interested in anymore" "you are starting to get pubic hair, arm & leg hair ... and he didn't like that in his "buddies."

So finally it ended, he was finally gone.

Just like that!

I quit scouts

I had to

But in doing so, I ended my chances of succeeding in a quest I had started years before. I always wanted to ...

highest honor - that of Eagle Scout. I was one step away from attaining that lofty goal. Years of merit badges, learned outdoor skills, understanding what a good citizen looks like, etc. I loved scouting on so many levels. It was a huge part of my life then.

High school
Air Force
College

I carried my scars throughout my entire life, including now. I still was a dichotomy of personality. Bad behavior patterns developed, sometimes deadly.

Suffice it to say that I left a trail of destruction (self and otherwise) wherever I went. There was drugs, alcohol, drunk driving, disorderly conduct, disorderly conduct, obstructing an officer, thievery, risky behavior (sleeping w/ strangers, riding my motorcycle @ 140 mph - ).

There always been those 2 sides to me. The quasi-normal person on the outside and a much darker soul inside, that I have never been able to exorcise.

Trying to unchain my past so I might begin to heal in earnest.

It got bad for me.

I entered treatment a number of times throughout my life in part in an attempt to alleviate some of my feelings placed deeply in my soul.

I took a huge step in my being admitted to a VA hospital for suicidal tendencies, alcoholism and drug abuse.

My stay went from a few days to months as I learned to accept what happened to me and that my childhood abuse could very well be the "seed" that later, lifelong behavior stemmed from.

3x suicide attempts

Chameleon-like personality
 – change at the drop of a hat / flipped switch

I got into trouble quite often. Possession and a wide asst of criminal charges.

Currently, I am under the care of a Physiologist, Pharmacist, RN, NP, Social Worker at an Outpatient Mental Health clinic at a VA located close by.

These professionals are helping to build my self esteem and work through my abuse issues that still haunt me today, decades later.

In closing, I would say that in my life, my experiences in Scouting served to tear down, tear apart one young boy.

How many tens of thousands of (innocent) boy's lives have been destroyed by the actions caused by one single trusted community leader.

How many abused scouts never came forward to tell their stories and as such, never received the proper care needed?

How much is one child's life worth?

X1

Thanks for allowing to tell a portion of who, what, when, how, where my abuse while in the BSA occurred.

Some Say   I'M NOT A VICTIM
               I'M A SURVIVOR

I say. I still live my life in pain.

REGARDS



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St
6th Fl
Wilmington DE
19801