**FILED**

Justice Lauri Selber Silverstein  
BSA Bankruptcy Case  
824 Market Street 6th Floor  
Wilmington, DE 19801

2021 MAY 18 AM 9:34
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Claim Number SA-███

May 10, 2021

Hello Justice Silverstein;

As noted, this is in reference to BSA Bankruptcy Case. My Claim Number being SA-███.

It really irks me that the BSA and Hartford Insurance tried to backdoor my claim. This only goes to show BSA isn't really trying to take responsibility for their neglect and transgressions toward myself and many more young people. They need to own up to their fault and put forward a helping hand to see that we as people/scouts get a very good result.

I am choosing to let you know of the abuse I went through and how it affected me for the rest of my life, including this present prison sentence.

I've been through psychiatric treatment and sex offender treatment for several years and come to grips with so much in my life, including how I suffered from a Dissociative Identity Disorder as a

- page 1 -

direct result of what my Scout Leader did to me and put me through.

I got into Cub Scouts in 1965 when I was 9 years ███████████████

was. She took me into the woods to help gather leaves, plants, etc. for a project. When I had to pee, she told me to let her help me. She pulled my pants all the ███████████████

To me, the only time you put something in your mouth was to eat it. So, I thought my penis was ███████████████

moaning. We just layed there still and quiet, me trying ███████████████

- page 2

didn't tell anyone we could keep doing this and I would get special priveledges (scout badges, honors, prizes, etc.).

I didn't know why we had to keep things a secret, but I did and for almost a year ever chance she got to get me alone these sexual thing[s]

[REDACTED]

And I was no longer in scouts, but this abuse stayed with me causing alot of trouble in my personal relationships. I'd get anxious and have performance anxiety. I felt I was entitled to sex from girls/women.

The disassociation kept coming up. I turned to drugs and alcohol for comfort and to forget. I went through years of treatments and jails leading me to this 31st year of a prison sentence, all beginning with that very first sexual assault by my scout leader in the woods.

Tho I've come to grips with everything, I feel BSA owes me and others the respect of taking responsibility and giving us something in payment to help make our lives a little bit easier. Do not let them get out of this in any kind of cheap way. Hold them accountable, as we've all been accountable for what we've done

-page 3-

As a Result of their Abuse upon us.
   Thank you for taking the time to Read this, And I'm sorry if I've offended or Embarassed you in Any way.
   Kind Regards and best to you...

                          Sincerely
                           [redacted]