

U.S. Bankruptcy Courthouse
Justice Lauri Selber-Silverstein
824 Market Street 6th Fl.
Wilmington, DE. 19801

FILED

2021 MAY 18 AM 10: 19

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 11, 2021

Re: ▮▮▮▮▮

Dear Justice Selber-Silverstein,

    This is a difficult letter to write. Though I have been able from time to time throughout my life to suppress the painful memories of being brutally raped as a child, each time I receive a letter in the mail from ▮▮▮▮▮▮▮▮▮(which represents me in this matter), I again become physically ill with nausea and the emotional torment previously suppressed rises again as I once again am forced to re-live the painful events of my "childhood." Once again, I can hear the animalistic voice of the perpetrator of this crime tell me how his horrific act will "make [me] big and strong", a phrase one might hear often said around young boys growing up, but with a totally different, cruel, gut-wrenching meaning to me, each and every time I now hear it innocuously said by an adult to a child.

    This has been a process repeated thousands of times since I was a young boy. It has consummed my life. As a result, I have never had a "normal" sexual partner or normal sexual experiences. Everything in my life has been "dirty" and "wrong" in my mind since the abuse inflicted upon me by the Boy Scouts Of America. This person ruined my life and continues to do so each and every day. Only in death will this torment end.

    I am writing directly to Your Honor to ask that you give due consideration of the effects of this animal's acts on my life in your decision in this bankruptcy case. Also, I know that I am entitled to have my name and personal information "redacted" from the record to "hide" my identity. However, that is not necessary if it will help to "out" the horrific acts perpetuated by the BSA, the Scout Leaders and the members of the BSA that have ruined my life and the lives of other children for years under their cloak of an altruistic pretense. I don't feel the need to "hide" from the truth, in fact, I want to stand at the top of the Empire State building and shout their names out one-by-one to let all the world hear the truty and to beware of them.

I write to ask that you ORDER the perpetrators of these horrific crimes to do the same. To stand up and admit their wrongs and not "hide" behind a pittance offering of a settlement, a settlement that would in all liklihood not effect the organization to the point that they would certainly ensure that these acts could never happen again. Rather, the BSA should be ordered to make a settlement offer that would equate to them standing next to us all at the top of the Empire State Building and screaming to their scout leaders, "we were wrong, we were evil, but we will never allow this to happen again. Anything less would simply be another "sweeping-under-the-rug" of the truth of these horrific acts as was done by the Catholic Church for centuries.

I thank you for any consideration that you may extend to us all in this matter.



cc: AVA Law Group
  : file