SS Doc 4497 Filed
READY
MAY 18 AM 10:21
FILED
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor:

Missor Mr. Silverstein:

MY Life took change, cause of what happened as a kid. MY Scoutmaster ▮ would get me to drink OLD Crow & to look at DRit books & don't tell anyone & it often 3 to 4 yrs. I become Alcohic, As i got older i become a full Alcohic, i got around 5 to 6 or more D.U.I. D.W.I. lost CARS & Court cost, took years to pay off, become Homeless for yrs. Your Honor, You CAN MAKE History like the Colored women, who took down the K.K.K. And the B.S.A. has 8-Billion Dollars & Norman Rockwell pictures, wouN'd mind haveing one. So, PLEASE Your Honor, TAKE them down to there last penny! for us ~~Hoste~~ Honsry people. GOD be with You As you help us. Thank-You

MY ATT. ▮