pg. 1

May 13, 2021

Re: Claim # ███████████████

**FILED**
███████ 10:21
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case

Your honor Silber Silverstein,
I am writing regarding the abused in scouting case, number above. I have been advised by council to send this letter to state the proposed bankruptcy deal by BSA is unacceptable. As an abused victim, I have suffered over fifty years of anguish, guilt and shame for what was done to me in the early 1970's as a boy scout. I loved the cub scouts and boy scouts, learning many very useful skills via merit badges and outdoor adventures and lessons in scouts. This changed after sexual predators took away my innocence at 12 and 13 years of age. I repeat my story below and respectfully ask my name be redacted from court documents.
I was a member of ████████████ ████████████████████████ in 1970, and went to ████████████████████████ in summer of 1970 thru 1972. At ████████████████████, while swimming at Goshe lake, a man named ████████ approached me while I was wearing a speedo bathing suit.

Claim # ███████

███████

..recall 50 years later pulling away from him
..and continuing my day. That evening while
..showering in the bath house/gang showers.

███████

..I was afraid and confused and ashamed. I
..told no one. A day later, ███████ summoned me
..to his cabin/tent. He began his abuse again.

███████

Claim # ▮▮▮▮▮

...and continued molesting me. These two men made me ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Five decades later I recall the Instamatic camera they used to take pictures of me, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. When they were finally done, I ran to my tent and cried. I cried myself to sleep, and my tent mate asked what was wrong, ▮▮▮▮ assumed I was home sick. The following day I asked my scout leader, ▮▮▮▮▮▮ to go home. He told me it was normal to be home sick, that it would pass. I never told ▮▮▮▮▮▮ the abuses that occurred for fear of retribution by ▮▮▮▮▮ and his cohort. A couple days later, one of the camp bullies, ▮▮▮▮ came into my tent, threatened me with a staff, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the bully persued this for days. (The camp was a two week long camp). I wanted to go home.

pg 4

Claim # ███████████████

Finally the camp ended, and I went home, only after multiple "visits" to ███████ tent and his cohort.
The following summer 1971, At ███████ again, ███████ sought me out, and the abuse of me as a minor continued. ███████ seemed to be stalking me. I was afraid, but he threatened me with physical violence, again telling me to tell no one. Eventually, ███████ approved a few of the merit badges I was pursuing, like swimming, first aid, fire starting, totenship (handling of axe and knife). Fifty years later I see he was persuing me as a sexual predator, as was his unnamed cohort. ███████ appeared at a Scouting Jamboree in ███████ in Spring of 1971 and 1972. He crawled into my tent, and continued his abuses on my

███████████████████████████

At the age of 14, at the end of 8th grade I quit the Boy Scouts. I

Claim # ███████ pg 5

always dreamed of being an Eagle Scout, and going to survival training camp in Philmore, New Mexico. This dream was crushed by ███ as I was afraid of seeing him again.

I had fond memories of BSA at the beginning, but these memories turned to nightmares, I have, fifty years later, nightmares, reliving the events, I fealt shame, guilt, fear of older men through my life who resembled Mr. Will, reliving the repeated abuses he bestowed upon me. I confessed these acts to the priests at my church, ████████████████████ I was given contrition by saying Hail Mary's. Years later in college I went to counseling at University of Maryland at the Student Health Center.

At age of 14, I began smoking Pot and drinking Alcohol to numb the pain. I always fealt ashamed, humiliation, guilt, anxiety. As well, over the years following, I had back pain as a result of being slammed into a door knob by ███ on the first encounter. At age 59, I went through two spinal surgeries, I will always

Claim # ▮

.. wonder were these spinal surgeries
a result of the physical abuse by ▮
of slamming me into a door knob that
first fateful day.

.. I implore you to not let BSA
interests reduce the sexual abuses
suffered by me, and apparently many
others, and the just compensations we
deserve. For me, 50 years later, I still
suffer from PTSD, and even sought
counseling in fall of 2020 with a LCSW
(licensed Clinical Social Worker) ▮
▮ She recreated the traumas I
suffered, and caused me to experience
nightmares of these abuses. She drew
from my memory these abuses and horrible
memories of these abuses.

.. Respectfully submitted per request
from my legal council, AVA law

Pg 7

Claim # ███████████

P.S. Due to my name ████ I was teased throughout my life of having a girls name. This teasing continued at ████████ even ████████ alluded to me "pretty girl". Decades later, I have grown accustomed to people teasing me, and shrug it off. My thoughts always go back to that first abusive encounter, and triggered violent outbursts by me. I was in multiple fights, fist fights and physical altercations as I grew to be a man. I questioned my sexual orientation from this. The shame I still suffer has endured. After 36 years of marriage, I have never told my wife. We have two grown children, they too do not know.

CC: AVA law Group