Re: Boy Scouts Bankruptcy.

Honorable Silverstein

I am writing this letter to voice my dissatisfaction about the way the BSA (Boy Scouts Bankruptcy) is attempting to side step their responsibility for those under their guise of leadership, who caused so much pain and sufferage to those they were supposed to protect.

I grew up in a very violent home with a town drunk as a father. I was physically beaten often, so my grandmother thought that by putting me in the Cub Scouts I would be able to escape the daily abuse, if even for a short while during our meetings. She wanted me to see that there was good in the world, other than what I was living. I had even on occasions, when I would show up with bruises and black eyes, told my Den Mother ▇▇▇ what was happening and not only did she not report it as a good citizen should have, but I believe she used my fear of my father to keep me silenced after she abused me.

The BSA organization wants the world to believe that children are safe and encouraged to grow into bright, smart, honest young people. That they teach the youth to help others, servive multiple situations and reward them with badges of merit for skills that they learn. They pride themselves in being "wholesome, honest and true", and maybe that is so in some situations, but as in mine ▇▇▇ and thousands of others where are our merit badges in the fact that we had to servive the abuse? I am 48 years old and I can still see and feel the pain just as if I was still that little boy. No child should have to endure being molested, threatened, and mentally abused by someone whos supposed to protect and teach them about how good life should be. The things that have been done to me and all the others is just plain discusting and no one has the right to do that to any child much less get away with it as the BSA is attempting to do. Its a organization that

employees preditors and it has to stop. and they must be held accountable.

Your honor I don't know if you have children or not. If you do I pray they never have to experience what I and my fellow victims have gone through what Not to mention the ones who weren't strong enough to be here to see the outcome of this movement for justice. I ask you now to hold these preditors and the ones who think that we are not entitled to closure accountable, and insurance only care about their money and assetts and the possibility to continue "buissness" as usual". Our pain and suffering and the mental torment that we have curried with us for all these years is not so easy to just relieve any culpability that the law requires. They only want to pay the bare minimum they have to say so they can get out of this bankruptsy so they can cary on again just as they have with their stuffed pockets and their concrouse clear

Please don't let this happen. They must be held accountable to the fullest and I and those who stand with me ask for the maximum allowance in this situation, even though the maximum still isn't enough to fix the damaged soul of a child.

Thank you very much for your time and concideration



California Dept. Of Corrections
and Rehabilitation

**INDIGENT MAIL**

ADDRESS TO:
P.O. Box 3030 / All Mail To Inmates
P.O. Box 270249 / Money Orders Only



U.S. POSTAGE >> PITNEY BOWES
ZIP 96130
02 1W
0001389468 MAY 11 2021
$ 000.51⁰



1980133024 0012

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE 19801

