Dear Honorable Justice Lauri Selber Silverstein

Here i write this letter to the Court to express my disappointment towards the Boy Scouts of America. I'm not surprised that between them (BSA) & their insurance proprietors, that they are more concerned about their bottom lines. Well what about ours or should i say "My bottom" (or ASS) that their trusted Troop leader, decided he wanted to look out for. During My Camp fire initiation. Ironically the game was called "The Truth". Hmph the truth is i and many others have been abused and whether it be 4 or 40 years ago i am severely scarred for life. Being that i have lived

FILED 2021 MAY 18 AM 10:22 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

with this Shame for 40 years now and the B.S.A. has prospered on the back of such abuses and clearly they are liable. I just ask that you do what or something that carries a statement to Conscious person, to say that shit wasn't right and No amount of Money can heal the Scars, but Something reasonable. Should Scar them just as it has me for over 40 years and here i sit at 52 years old liuing the nightmare all over again. Just

Do the next right thing, by helping my decision to Vote yes and not have to keep draggin' this 40 year problem on.

Sincerely