FILED

2021 MAY 18  AM 10: 23

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein

May 12, 2021

BSA Bankruptcy Case



Dear Justice Silverstein,

I am writing this letter to you on my own behalf and for the many of us who might not know how to articulate our common sense of betrayal by the boy scouts of America.  My name is ███████████ and I will turn 71 years of age in a few months.  I have carried the trauma of my molestation since age 11-12.  It was perpetrated by my scout leader ████████████ ████████████████

████████████████████████████████████████████████████████████████

My father had died the year before.  If he had known of this-he would have turned violent.  I was in the basement of ██████████████████████████with one of my friends. I was an altar boy and was showing him where we had the cassocks and surplices.  When████came down the stairs (near where we called 'the tunnel') my friend left.  It was raining.  ████

████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████ I did not know what to do.  After what seemed a long time he let go and repeated the same thought, "so glad you are in the troop. "Then we lined up for the meeting. I felt sick.

This happened two more times.  Once in the basement again…then at camp ████████ remember the name because there was a flag in the church basement that shared the name. I pushed him away at camp.  He came into my tent.  I hated him…later quit the Boys Scouts and my life would turn.

I have thought about that man my entire life.

I suffered from alcoholism, Intimacy problems, anger, rage, anxiety etc.  As a teen I became a petty thief, did horrible in school, fainted often when I would be in church, and was a loner.

I became a RC Priest, quit and spent much of my life with a death wish. I volunteered to go to El Salvador during the war years hoping I would be killed.  Spent time in Chile under the



2

Dictator 'Pinochet' hoping to die on the streets of Santiago. I thought of taking my life many times but something would always get in the way.

I got married 3 years after leaving the priesthood but would break into rages that nearly broke the marriage many times over. My sex life suffered from this man.  I sought and am receiving help now as an old man. Without my wife I would be dead. I finally told her.

I just wanted you to know this.  Thank you for your time.

Respectfully,

