

May 12, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

RE: ███████████████

Judge Silverstein,

On a camping outing in October 1951 the Junior Assistant Scoutmaster enticed me and another Scout to join in ████████████████████████████████████████████████████████████████████████████████████████████████

I am dishearten that the BSA and their Insurance Companies are trying to settle for pennies on the dollar.

After the emotional anguish and sociological damage that I have suffered the rest of my life, I feel that there should be more restitution than that. I had a favorable impression of the BSA at that time and was disappointed when this incident occurred. Also, I was hesitant to participate in other scout activities. I have kept this a secret all my life. I have felt so ashamed that I have told no one about this incident, not even my mother, my wife, or my children. To this day I feel uncomfortable when a man puts his hand on my shoulder in a gesture of good will.  This is the first time I have recounted this incident because I have repressed it and didn't want to think about it.

Thank you for your attention to this matter.

