FILED

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Claim #

To the Honorable Silverstein:

I want to share some of my story and show you why their interests of the Boy Scouts should pale in comparison to survivors like myself.

Here is an overview of my story, which I'm willing to come testify publicly if needed. You may have read parts of it already as I have been featured on the front page of the Denver Post, October 2019, interviewed by the Washington Post and Fox News seeking justice on behalf of those of us sexually abused in scouting.

I was a member of ▮▮▮ I was 13 years old. Our Scout master was ▮▮▮ building nuclear submarines. He drove a brown Toyota corolla. Single. He went to Catholic prep school.

Between the fall of 1981 through the late fall/early winter of 1983/84, ▮▮▮

He had asked me to help crew on his sailboat for a fall racing series in New London, Ct, based out of the New London Yacht Club ▮▮▮

This pattern continued every few weeks. I remember waking up from drinking blackout with no clothes on and ▮▮▮ on top of me. ▮▮▮ I had no safety at home. I had no place to go. No one to call for help.

At one point I called the Boy Scouts national office and asked for help. They told me to call their lawyer and hung the phone up on me.

The final breaking point where I feel I lost my mind was when he forced another scout, ▮▮▮ to rape me on a winter campout in December of 1983 or January of 1984.

I quit scouting. I did more running. I did more drugs. I carried this secret with me until I entered drug and alcohol rehab for the second time in 1987. Only then did I mention it on my intake interview when I was alone with the nurse.

In my 20's I did some counseling. I talked to my AA sponsor. At the time I felt some relief. But having to raise myself once I was sober was incredibly difficult. The longer I stayed sober the easier life became for me.

However, reliving the experiences of being brutally raped so many times as a real adult in my 40's/50's, I see the devastating toll this has carried through my life.

I do not trust people. I cannot deal well with authority. I'm unemployable in a real career. I find it impossible to talk openly about sex.

I once again have nightmares about being raped. I can't sleep. Despite my willingness to come forward publicly, I have been unable to read anything written about me. I'm afraid of being called out. It's a huge burden that has, at times, made me immobile. I have daily fits of rage that I try to contain by exercise. It often colors other interactions I have with people.

My life today is burdened by working 80-100 per week at two self employed jobs. I do this to take care of family. I have no social life. I rarely have a day off. I feel destroyed inside while trying to raise my two children. I won't let them go to public school.

I am a devastated human being.

I want to be able to gain some portion of my life back. I want every dollar the Boy Scouts have, and have access too, to go back to making us whole.

Justice Silverstein only you can make this happen.

Respectfully,

