Claim Number
SA ████████

Your Honor
Justice - Lauri Selber Silverstein

First let me say I'm sorry for my sloppy handwriting, over the years lots of nerve damage. Anyway, I'm told by my lawyers to explain best I can about what happened to me in the B.S.A. It's sad to say but just like it happened yesterday.

Summertime school was over, 1968, just completed the third grade. I joined the Boy Scouts around midseason of the third grade. I worked after school hours for Krispy Kreme Donuts, Winston Salem N.C. I stood in front of Krispy Kreme and sold dozen packs glazed donuts for 1.00 dollar a dozen. Every dozen I sold I made 10 cents worthless pay. My mom had me and my baby sister to care for. So I made own money to pay for everything concerning the Boy Scouts. Anyway my scout troop best I can remember was located in Walkertown N.C. meetings were at a methodist church. Weekley dues was 25 cents. Our first camping trip was my last. For reasons I do not know, around 2 months after our camping trip. Our troop was disbanned.

Anyway I remember we went to a camping site located in Yadkinville, NC. Left that Saturday morning, until Sunday evening, after we got our tents, fire pits dug and latrines fixed. Saturday was over with. Every kid had there own private tents and so on since I was the biggest, except for this one fellow he was an Eagle Scout, he was Scout Master ▮▮▮▮ son. Anyway that Saturday night, I had to pee, so I got up in my tighty whiteys and after I pee pee, I heard ▮▮▮▮ come here I need your help. Scout Master ▮▮▮▮ was in the woods. I went to see what he wanted and he tried to grab me, I jerked away from him and I fell down a big slop into I believe it was the Yadkin river. It was in a very rough part of the river, Rapids, Big Rocks, I just was learning to swim. Anyway Scout Master ▮▮▮▮ left me. Didn't try to help me. Did nothing. I only know that seemed forever. I was finally able to grab a tree branch, pulled myself out of the river. I was scratched and beat up pretty bad. All I know is I was supposed to go to the right to get back to where I was at. Seemed forever. Cold, wet, beat up, nothing but my underwear on. I went to my tent, did not say anything to anybody about what happened.

The next morning at bugle call, everybody except Scout Master ▇▇▇ and his son, was ▇▇ what happened to you. I told everybody my fault I fell into river. I even told my mom that. I reckon because I was so ashamed. Anyway we got back to ▇▇ church in Walkertown. My mom and baby sister was there along with the other parents. The next day I put all my Boy Scout equipment in the trash dumpster at a local store. Uniform, handbook, tent, sleeping bag, duffle bag, cooking utensils. Everything. And I went to my grandparents in Summerfield NC on their farm for rest of the summer. The main reason I took job from paper ship was to save money to help pay for my school supplies the following year. Instead I worked in tobacco fields rest of the summer to help my mom. I don't know and I don't care what happened to any of my other troop members or Scout Master ▇▇▇ and his son. I'm going to turn 61 this coming June 29th. Everyday since that awful weekend I have this on my mind. I'm always looking to see if I happen to cross Scout Master ▇▇▇. I'll be honest about this. I really hope he had a long and miserable life. I have, if I ever was to cross paths with him.

R would have no problem pulling my pocket knife out and stab him in the head. While I'm cutting his throat, I would be reminding him who I was and why I'm killing him. Your Honor I would have no problem cut his head off and put it on the hood of my car with a sign saying this man ruined my trust, ruined my life. I've been in and out of trouble ever since. Been married 3 times. Last marriage lasted for 27 years, ▇▇▇ she passed away. I have a wonderful 20 year old son. When I wasn't in jail or prison I was there for my wife Sue and my son ▇▇▇. I finally gave up Drugs and alcohol my last birthday. I still have a lot of hate in my heart. I love my 2 dog my 4 cats my son. Everybody else I care less about them. My family all gone. Passed away so I'm a loner. Thankfully I haven't gone to jail or prison been 5 years now. Don't want to go back again. But my temper is very bad. My Grandmother passed away Sept. 9th 1985. this lady showed me all the love and care anybody could ever wish for. And I showed her the same love and care.

I was fortunate to be there in her last hours. One thing she said to me that has always been in my head. She said Monty Jo whatever happened to you when you was a child, let it go. It will drag you rest of your life. My Roommate her Name is ████████████ I never told not one soul about what happened but she knew something bad happened to me and she was so correct about what she said. Now here it's 2021. 68 years of my life in this hateful evil place and whatever time I have left all because of Scout Master ████ and the Boy Scouts of America. For all the others that had things happen to them because of the awful people in the Boy Scouts of America. I'm sorry for their pain should not have ever happened. Now there is talk about the Girl Scout and Boy scouts joining together. They got to be stupid, crazy anyway. For even considering ████ like that.

Your Honor thank you for your time. Please ~~try~~ do something about that.

████████████

Again Thank you



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
wilmington De 19801

