Lauri Selber Silverstein

Hello maam. I'm writing to you today in hopes of getting this BSA case over w/ASAP (seems like its never gonna end) BTW for some of us,, it isnt.

FILED
2021 MAY 18 AM 10:29
U.S. BANKRUPTCY COURT
CLERK
DISTRICT OF DELAWARE

I was in Cub scouts, dont remember my age and was only a Weblow for 1 or 3 meetings but my mind relives the sexual assaults daily. Guy in green boy scouts uniform ignored me like the plague around ppl but

[REDACTED]

I realized (this isnt right! something had to be done) I quit and never returned, never said anything to my alcoholic father bcuz hed of beat me w/in an inch of my life for doing that, but I was taught to do as I was told by my Eldurs. So "fear" is why I just sat there and took it. I can go into detail if anyone care to hear it. I ate a whole bottle of Bayer asprin when I was 12yrs old [Hospitalized 5A] And have never been able to hold a steady job or stay in a long term relationship. I dont believe anyone, I dont trust anyone and I absolutly dispise gay ppl. I do not think a Billion dollars would correct any of this. I also think the BSA should be banned in Every Country. I'm taking 900 to 1,200mgs of Lithium Every day bcuz my mind wont stop reliving those few short months when I was a child trying to fit in someplace. Since those molestings have occured I've done nothing but ruin my life! I was normal w/a long decent carreer ahead of me bfor joining the boy scouts! No one in my family or relatives has any issues w/the Law, psychologists, holding a job or relationships Ecept [REDACTED] and it all started when I joined the boy scouts and was molested by another man!

[REDACTED]

You have my permission to show this to Anyone it may help

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington De. 19801

19801-302499

