

**FILED**
2021 MAY 18 AM 9:42
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Silber Silverstein
BSA Bankcrupty Case
824 Market Street 6th Floor
Wilmingtin, DE 19801

Dear Ms. Silverstein:

    I was a boy Scout. On a macpout I was sexually attacked by one of the Scout Masters.

    The experience was so terrible that I reguritated. I didn't tell anyone. I found out in conversation with two other guys that I shoulden,t be alone with that man. We told some of the other guys to watch out too.

    I WANTED TO BE AN Eagle Scout. I went home from camp and threw my uniform into the trash.

    I became shy and withdrawn through junior high and high school. It was only when I went into the Army that I was strong.

    They knew things were going on buy did nothing about it. They should pay for that error in judgement. Now I UNDERSTNAD that many other guys must have had the same experience.

    They should pay for what they did and be more careful when they look for Scout Masters.

    Thank you for your attention to this correspondence.

                      Very Truly Yours,

