① 05-13-21

Honorable Judge: Lauri. S Silverstein
Boy Scouts + Cub Scouts of America Claim:
SA- ▮▮▮▮▮▮▮

I truly Apologize for 2 letters, it's impossible to turn on your memory and emotions, then Lock the bad away again. I'm like dad a fighter, it was extremely wrong for Former Mayor of Chicago, ▮▮▮▮▮▮▮ to abuse his Respect and Authority, Preying on me, He called me a "LOCK" child, "Nobody will care what I do to you" His photo was that in the Mid 60's his son was around 23-25, in 1964' 1 year After JFK died cubscouts betrayed me with Fear, Abuse, torture to my Privates, whips slaps and Threats. As a five year old Child, you do and obey.

cubscout 64-67 ✓

[drawings labeled:]
Tracker CSA
Bear Cub — Eagle Scout BSA
Wolf — Tenderfoot BSA

My Mother was A Poet & Artist, Dad Retired he started to write books & screenplays, he had 6-yrs Literture College so I write only Non-Fiction Poetry, to tell the truth by words, Judge I'll tell it only the way I experenced it only I won't let diabolical Polititions & cops hurt children or anyone and do nothing about it.

I told alot of lawyers in Chicago Refused, I told law officers denied, I wrote newspapers, never published my story, my understanding of BSA I was still a Child of God, but I was ternfyd of them, they said If I don't obey our Command we will hurt your Sisters, do you want that? I later realized Cubscouts are Animals I'm the Prey, to devour and 50 others, over and over each week each camp time every Special volunteer that donated $ to Cubscouts & Boyscouts, enjoyed to do anything to us, more money or favors more sex we must let be done to us! I can't enjoy Popsycles any more or Blow pops the Red White & Blue, or Chocolate Fudge cycles, in my Childhood I began pukeing up alot at home. when

I'd scream out loud At the site of Hot dogs with mayo and ketchup. I started shakeing, my mother began to cry "why is my child doing this? what is the problem" Its my fault I know it, because I was told that for 10 years, the guilt hurts Im 62 and crying because Judge I put my mom in hell, she had no clue what hell I was swollowing what color it was, Terror Judge Bed wetting alot every time after I came home from Cubscout meetings my Bluepants was urinated in.

This is the first time someone wants to Read or hear what hell a 60s child & 70s Preteen went threw, My Parents took me to doctors, I Froze up thinking just what my Team Leader told me! my mom had to chop up Polish sausages, or Hotdogs. My Parents never suspected fowl play back then, I was and still is Shamed, Im in boy scouts 1967 until 1973 went to Starved Rock, I wont visit that place no more in my Adult life, the teacher was my team leader, he kissed me, I said get away sick ████ ████ ██ ██ He said NO MEDAL!" my friend

moved away, ▇▇▇ was sexually abused when he committed suicide he told me ("I can't live like this ▇▇ there creeps the team scout master got in me he hurt me, I bleed, it still hurts, don't hate me.") ▇▇ your my best friend like my brother, ▇▇ too. he moved far away with his mom + dad, I hope he's happy? ▇▇ How do you do it? I see them I know it hurts you, I'm scared ▇▇ I say anything, they'll hurt my sisters or maybe my mom. lets get 714's And 151. ▇▇ took Ludes And Yellow pills Black pills and Vals the blue ones. I took Pheno barbs the Black bands, ▇▇ Asked whats them A Chicago Cop Hit me, last year with a Blackjack, he's a close friend of ▇▇ Cops Name is ▇▇? ▇▇ died he committed suicide because of ▇▇▇▇▇▇▇▇▇▇ Epilepsy from ▇▇ friend hitting me, in 1971 scoutmaster gave me Hickies on my Body, when we Returned to Cedar Lake, in Indiana, fell me to touch his (you know masterbate it as it spit in my face,) in 1973 I overdosed on Phenobarbs, 714's Vals 10mg, a bottle of old crow I was 15, my mom was yelling + crying

man pulled my body to the cement basement sink, fill with cold water, dipping my face in it, + do CPR on me, mom said "DON'T DIE ON ME ▮▮▮▮▮▮▮▮▮ I DIDN'T MAKE YOU, TO DIE ON ME" went to Hospital she dialed O, operator, EMT took me to St. James Hospital gave me charcoal + upchucked, mom ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to 1973, who ▮▮▮▮▮ who done that to you? Cubscouts + Boyscouts And ▮▮▮▮▮ the dad + son, drugs like Acid, drinking, ciggs, Pot, I quit BSA, they stolen my childhood + teenlife made me the Whore, cops branded me + Beat me to keep silent to protect mayor Daley the 42nd of Chicago, the last trip with BSA was in Summer 1974 we went to Grand Tetons in Wyoming ScoutMaster was ▮▮▮▮ like the ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Jacksonhole WY one Afternoon ▮▮▮▮ told me I want your A Now, he'd smack me around, push me down, take em

[redacted]

6 to 8 boyscouts were with me there we all got done, (my late father once told me "This we'll Defend" is the Army, mom once told me God loves you, his son Jesus was Nailed to a cross, yeah mom but Jesus had a good childhood & teen life, Nobody done him like they done me. my smiles left, Laughter gone, No sex, its Nasty, No dateing, Not trustworthy, never toke my clothes off, No swimming, I dropped out of Highschool, No emotions. BSA has stolen every hope I had left just to protect [redacted] so I ran away 1977 to Calif, until 1984 I Returned home, I went to see who is the mayor, [redacted] died on the Job, I said DAMIT, No Justice, his son was Prosecutor of Chicago IN 1984. Boy Scouts of America Gave me HSV-1 & HSV-2 for life,

see Nobody can say they understand unless they lived the Hell I did. No Love life, because ▇ gave me Herpies No gal will kiss me or get envolved with a STD, I was told I got PTSD do to Trumma I experenced as child. I cant keep work, do to trust, Im not socialable do to BSA I have INSOMIA because I cant sleep, lately on commercials on TV, you see BSA on TV. Like the law can see the effect of it when I hear it, I get Angrey upset, I hide under 2 blankets 6 sheets, Im in a single mens cell, because I told them I was Sexually assolted in BSA, that Brand always will Remind me. IF I had enough money to live on All my life, Id get All scars + Brands Removed, Repare teeth join a college to get a degree in ministry or Evangelism, to share my long suffering + Pain + Abuse, I work for God, Id Like to write a book on Boyscouts Sex Abuse I have a title "VICTIMIZED" by Boy Scouts of AMERICA"

8

I wrote a Poem about BSA And maybe one day, I'll walk out of here free! 10 years now Judge I've been in this County Jail, un-charged, since the call to the Mayor of Chicago ▅▅▅▅▅▅▅▅▅▅

I was told "IF ▅▅▅▅▅ is Released He can cause Alot of trouble for me, over something happened 45 years ago", unquoted by 54th mayor of chicago,

So BSA wins Locked me up for ever uncharged unarrested Because I can I.D. the creep which Abused me, & Photo shot me AS A NAKED Child in bed with Adults?
▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅
when I was in BSA, there gone.

married & Devorced because I cant inpregnate her And NO ERECTIONS, its the same size as I was at 8 years old.
✓ I never owned a Automobile — I'd Like to someday
✓ I never HAD A WIFE Honestly love

9              Please help me!

✓ me, (Because Trust - Right) I' never owned my own Home with a fireplace & large Back yard ever, I'd like too,

✓ I never had a real wedding But I'd like too

✓ I dont have a High school diploma I'd like one

✓ I'd like to move dad to VA Someday soon,

✓ I'd like to open a VFW post in my fathers name Someday

✓ I'd like to get out of here, Since I discharged off parole on 10-04-2013 I should be free

✓ I'd Like to buy a Big boat and go fishing for Tuna,

✓ I'd like to get counseling For what BSA did to me,

✓ I'd like to sleep in my own

- Bad A freeman in my home in Ohio, or Michigan, somewhere
- ✓ I'd like to grow my own garden, so I can help poor families
- ✓✓ my therapy would be to help a family by paying all medical Bills of the one Child with cancer!
- ✓ Another one to buy a couple of full hand arm shoulder Robotic Prostetic Body part

there is light, after darkness
I paid 57 years to BSA,
when will I get paid?
where's my justice.

thank you Judge
god bless you
Philippeans, 4:13
Like on envelope or
First letter.

ORANGE COUNTY JA[IL]
[IN]MATE CORRESPONDENCE

To: Honorable Judge 'Lauri. S. Sliv[er]s[tein]
(BSA Bankruptcy Case)
824, market Street, 6th floor
Wilmington, DE, 19801

Sylve[r]s.
X-R[a]in

LEGAL MAIL

SANTA ANA CA 926[xx]
14 MAY 2021 PM 5 L

US POSTAGE ›› PITNEY BOWES
ZIP 92703 $ 000.51°
02 4W
0000353441 MAY 14 2021

1980183024