5.11.21

HIGH DESERT STATE PRISON

To the Honorable Justice Lori Silverstein. thank you for your Time. your Action, thanks for your platform on which I can have my voice heard. I am writing this letter about the "Boy Scouts of America". all I hear about is Bankruptsy insurance this, and insurance companies that. what I don't hear is what happened to us. what the B.S.A let happen to me. let happen to alot of Boys, and young men. I think the B.S.A are cowards! I think the insurance companies are cowards as well. My life has been hell because of the B.S.A. I joined Scouting as a Teenager. So I can learn cool stuff, and be adventeras. not to be victimized, lured in with fake manipulations, and mental head games. I was a foster kid. the child of drug addict parents who couldn't take care of themselves, let alone me. I trusted my abuser like a futher figure. cause I didn't have that as A kid. My abuser did things to me that I honestly don't like to talk about. It's too hard to describe what the pain is like. to be violated

[redacted]

Told anyone he would kill me and nobody would ever find me. I tried to reach out to a camp counselor at "Camp Baker" in oregon which my troop went to for merit badge advancement courses. I wasn't believed. Told to not say things like that. this was a part of my life which I should have been playing sports, going to prom. etc. I started running away because of →

over →

the Abuse. 4 Times they put me back into that foster family - My Troop was mostly Mormons, and the gatherings

████████████████████

on running away. Not knowing how to find my voice I acted out in ways that ruined my life. I went to Juvinile hall, and felt safe there. So I kept coming back, to not go back to that foster family. I want you to know that I found my voice now. I have problems. Trusting people though. I tried to commit Suicide because of what happened to me. I am in prison cause it's a pattern I Developed. One of a wierd safety thing. I hope you will help me. help all of us. please help me get my life back. dont let the B.S.A get away with what they did. My life has been hell because of them. they want to disrespect me with a offer of nothing. they cant continue to get away with this. I am lost. please help me. dont let them exit this mess w/out making them lose everything. I lost everything because of them.

this was so hard to write.
it came from the soul.

I know my future has meaning.

please redact my name & adress.

California Dept. Of Corrections and Rehabilitation

**INDIGENT MAIL**

Confidential legal Mail

1980183024 C012



A1
Justice lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street 6th flr
Wilmington, DE U.S.Mail
X-RAY