Judge Silverstein/Court,                                    May 11th, 2021

**FILED**
2021 MAY 18 AM 9:51
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

First of all thank you kindly for taking the time to read this. Secondly, I want you to take a second and imagine your own children being sexually abused by someone who has the power and resources to go into a courtroom and get probation walking out the court house smiling from ear to ear knowing that he has the power to determine his own fate. That's basically what's happening now in this court hearing before you if you think about it but "YOU" can take their power away, not me.

I'm the victim and for the last 15 or so months it's been about how they will recover (BSA), how much they will set aside to pay out to victims, what will be fair "in their eyes". Uh... I didn't know their opinions mattered. If it were up to them we wouldn't get anything. They want a slap on the wrist when they deserve jail time. Same scenario... they expect to pay victims pennies to end it all when insurance companies are in business to endure the brunt of it all so now they are in collusion with the BSA to protect their assets as well... what about the children they were supposed to protect?

What about our assets growing up... our innocence, our stability, our courage, our childhoods, our sense of belonging in a normal state of mind? They took that, and I think its only right you take as much from them as physically possible to the point that they are forced to hurt as all of us children hurt where they might not be able to recover from this. Bill Cosby won't recover and neither will Harvey Weinstein. Ever. You think anyone had their well being in mind during sentencing? Nope. What side of history will you be on in this matter? The judge that let these slimy low lifes smile at the end of the day or the judge and courtroom that left them in shambles, a shocking result that reverberated nationwide to any other entity who doesn't have our children/our futures best interest at heart to let them know... the BSA and insurance companies now feel your pain, your depression, your anxiety, your loneliness... they now feel like they don't belong.

I'm simply asking... the children may be grown now but I'm still a child at heart longing for justice. I still want to believe justice will be served because the system


works. Its not about money Judge Silverstein... its about jail time we can not give them so they made it about money to make this go away. Now... since money is the only sense of relief we can possibly recieve grab a calculator for me please. This will only take a second. If one billion was the payout to these 90,000 children then that means its a little over $11,000. 40% goes to our attorneys as you know so each victim ends up with about $6,600. Would you hand your child off to the BSA and say its okay to sexual abuse/ rape my child for $6,600? Nobody would. Its not right by any means.

Ive been to mental institution Warren Mental Health in Vicksburg, Mississippi for this exact problem. Check my medical files. I've become a addict to ease the pain. Ive become reclusive. Lived with trust issues for the simple fact you hear, "I'm the adult... I'm right your wrong." We all know that's not the case. Relationships crumble at the slightest sign of trouble we could easily work through... but its easier to be alone because we've lived in shame for years. I get myself.

Time is limited Judge Silverstein... the lawyers they've retained are paid millions to represent them in this case. Millions... money that should be paid out to their victims yet its spent defending these cowards they know they are guilty of. Better yet... how many scout leaders havent been outted yet and simply hate the fact they cannot do this type of thing anymore? Think about all the victims who didn't come forward. I didn't see the lawsuit on regular t.v. or newspaper, I seen it on digital t.v.; go figure...... what I'm trying to say is there are so many more who don't even know about the case moving forward in their 9 to 5 lives. Do this for them and the future of children who will go to the BSA in the next couple of decades never even knowing any of this took place, protect their innocence.

Since its not about jail time... make them pay for their past crimes. A down payment on a car isn't going to seem like justice to the victims since we are speaking in terms of dollars. Let us put our kids through college or buy a vehicle to be able to smile about it..... we know who won't be smiling at the end of that court case. You do the math. God bless.

"Respectfully Written"



19801-302499

Judge
Justice Lauri Selberstein
BSA Bankruptcy Case SA-34186
824 Market Street 6th Floor
Wilmington, DE. 19801



