FILED
2021 MAY 18 AM 10:20
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I was sexually abused by my boy scout leader when I was barrelly 10 yrs. old he g[REDACTED] and took me to his [REDACTED] just seemed like part of being a boy scout and in the long run it has effected me phisically and emotionally. I turned to drinking and drugs when I was just 12½ and continued for most of my life. I am on alot of psycotropic meds for deppresion, anxiety PTSD and am paranoid schizophrenic. I go to a PTSD program and am trying to get my life back. I never told anyone about this abuse because I was afraid of getting kicked out of the boy scouts and making my Dad

ashamed of me and also I was afraid for me and my familys life, I didn't want to go to a foster home, I was adopted and I was happy with my life with my family. I am still afraid that someone will get me for telling and I watch my back and look around corners as a daily routine, the boy scouts are powerful and can hurt me and they are probably hurting kids still. I wouldn't let my kids join the boy scouts, I took them fishing and camping myself to make sure that they didn't go through what I did and still am. I hope the boy scouts have to pay dearly for what they did to me and all the other little boys they abused. This is a terrible thing that we all have had to and still go through in life and I just want to live a normal life again after all these years, I am 62 years old and still afraid.

Thank you

Return address (sender):
INMATE MAIL
Chillicothe Correctional Institute
P.O. BOX 5500
Chillicothe, Oh 45601

Addressee (handwritten):
Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th floor
Wilmington, DE 19801

Postmark: 19801$4939 C012


