To: Honorable Justice Lauri Selber Silverstein

From: SA-███

FILED
2021 MAY 18 AM 10: 27
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: BSA Bankruptcy Case

I am writing this letter in hopes of being able to emplore to you the human aspect of this court. I am a victim of the sexual/emotional abuse at the hands of members under the control of the B.S.A. My abuse began in 1974-75 and continued for many years, the leader in charge prayed upon my vulnerability. I do not think that the BSA should have any further control in this matter, I ask you help us victims re-gain our control back and not allow them to simply victimize me again by letting them control the outcome of this case.

Please hear the voice of myself at the age of 11 and had no one to turn to out of fear. I don't want to go through the re-living this time in my life if it's the BSA still abusing me.

Respectfully
SA-███

"LEGAL MAIL"

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE. 19801

LAS VEGAS NV 890
13 MAY 2021 PM 3 L

