To Whom This Concerns

I am writing this with a lot of stress but I know I am doing the right thing. While I was in the Boy Scouts at age 11 or 12 [REDACTED]

I felt very ashamed of this for many years. I feared that I was homosexual for doing this. I've avoided ever talking about this as I knew it wasn't right. To this day I can't even go near the spot this happened which was in [REDACTED]. I'd like to forget this but the memory raises it's ugly head. I felt very ashamed for many years. I should have never never been treated like this. It is my hope and pray that someday this memory will be gone. Thank you for listening to me.

Sincerly [REDACTED]

FILED 2021 MAY 18 AM 9:30 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE



Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market St, 6th Floor
Wilmington, DE 19801