FILED 5-10-2021

2021 MAY 18 AM 10:28

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Silverstein

I write this letter begging for justice.
Justice for the child who never got to be.
Justice the criminal courts will never be able to provide.
I ask that you hold the BSA to their powerful promises to make an abused child as whole as they can.
To not let this moment in time pass without account.
To protect all children from suffering like I am.
To stop the painful memories of the terrible abuse suffered at the hands of someone I was supposed to be able to trust and respect.
Please Help the abused children's voices be heard loud and clear.
Make them show us the merit that we were striving for to begin with.
I've had enough of BSA's broken promises and shattered dreams!
Can the abuse end now?

Respectfully
Abused Scout
████████████

Justice Silverstein

I feel its important for you to know about my personal story. Hopefully it will aid you in bringing B.S.A to real account.

I joined Scouting to be a part of something. I grew up in a home with my mom and four sisters. It was a abusive home. I wanted excape from it.

I was so proud to be in the Boy Scouts, I wanted to be the best. But I didn't get that

Instead I got a Scout Leader that took a perverted intrest in me.

What was supposed to be "extra work" and "more merit badges" turned into rape. Me having to please this grown man in every sick way.

After a summer of Hell, My life forever changed.

He gave me a STD that I've had to live with all these years. Imagine a 7-8 year old child with ████

A shame so great nobody would ever know until he seeks justice at age 43. The self mutilation I had to endure to keep it from spreading to the front, so my secret would remain. The constant pain and discomfort, the smell. The shame that was brought on to me.

Or the Vice Principal who all but ignored my private plea to be removed. The janitor who walked out as my abuser was doing his thing in the restroom at school. My cries bringing him but not keeping him. Horrible nights at his house. A horrible life since my innocense was stolen from me. Please help me get Justice. Its time B.S.A pays.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE. 19801 U.S.M.S.
X-RAY

