①

FILED
2021 MAY 18 AM 9:59
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor,

Hello, my name is [redacted]. I am writting for your help. Please hold the Boy Scouts of America responsible for all the evil abuses they Committed against us when we were kids.

I was adopted when I was 5 years old. Then about 6 years later when I was around 11 years old, my adopted parents gave me up.

The Foster home I was in decided to place me in the Scouts. They told me that the Scouts would help me.

But they were wrong. What happened to me in those years has affected me negitivly through out my whole life.

It has affected me in Multiple ways. Here is Just some.

It has affected my Mental Health realy bad. I have had to be hospitalized Multiple times.

I have been diagnosed with Schizophrenia, Depression, Anxiety.

I have tried to Kill myself Multiple times. I have been on Medication for the Majority of my life.

It has ruined my relationships. I was on Drugs for alot of my life. I have been Clean now for over 10 years, but everyday is a struggle.

I did not have a relationship with my son when he was growing up. Everytime I saw him, I saw myself, and it always reminded me about what happened to me. And it scared me so bad, and the pain was so bad, I Couldnt go around my son.

I missed out on So much of his life.

What happened to me Just didnt affect me. It affected all those around me alot to.

I Just Started having a Meaningful relationship with my Ex - and my Son, and my Granddaughter.

The pain I have had my whole life, from what they did to me, is a real pain. Just becouse it is Mental and Emotional, doesnt mean I Cant feel it, and it doesnt hurt. This pain hurts me alot. And the pain is still here, Everyday I feel it. I asked myself if it will ever go away. But I Know the truth, It will never go away.

I use to Cover this pain up with drugs. But now that I am Clean, I live with this pain everyday.

I was in group and the Instructor asked us a question. Where did you learn about sex.

One person said, he had the talk with his dad, another said from the T.V, another said from the Internet.

As I sat there listening to everyone, I began to feel ashamed. Were did I lean about sex, I learned about sex from my abusers. From some evil people who thought only about Themselves and there wants. And not about how this would affect me in my life.

When this evil stuff was happening to me, I didnt feel like a Kid, I didnt even feel human, I felt like trash.

I have been told that time heals pain. I hate to say this, but this pain will never heal. It will be with me until I die.

I hate what happened to me, I hate what they did to me, I hate the Boy Scouts for allowing it to happen. But to tell you the truth. I hate myself. I let that evilness Control my life, It still haunts me everyday.

The Boy Scouts keep saying that they want to do right and help all of us who were hurt by them. But there actions speak otherwise,

③

In fact, their actions show us that they are doing what they have always done, they want to bury it. They say they want to help us and protect Children while trying to bury any / all of there potential exposure.

Please do not let the Boy Scouts, the Mediators and Hartford Throw us under a bus, and try to bury us with the Horrible agreement that they are trying to push forward.

Your Honor, The Boy Scouts reorganization plan is insufficient, it is a non-starter. The Boy Scouts Can do better.

There abuses have forfeited them its right to Continue to Control the bankruptcy process.

Your Honor, Please dont let The Boy Scouts abuse us again and then bury us.

Please put a Stop to The Boy Scouts, The Mediators and Hartfords reorganization plan.

Please help us. Thank you.

[REDACTED]

WA 983
OLYMPIA WA
12 MAY 2021

EarthDay
April 22nd 2021
US POSTAGE
$ 00.50
Mailed From 98326
07/27/2020
81417

U.S.M.S.
X-RAY

Your Honor
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-493951