FILED
2021 MAY 18 AM 10: 33
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Whom it may Concern:

I am writing this letter to help those who wish to know what suffering I have delt with for the past thirty years due to being a member of the B.S.A. I was abused, humiliated, insulted, made to feel inferior, molested, and morally eskewed. At the time I was confused, angry, sad, and my already fragile self-esteem was in jeapordy. I was a very small child, being only 4'11" when I got my drivers license at 16 years old. So I was only 4'5" at twelve. I believe this was when I was in scouts, for obvious reasons. My memory is foggy from eleven thru to sixteen. So, being a small, blonde haired, blue eyed kid was already hard enough with out having to expose myself in front of the adults

[redacted]

I rebeled, causing me to get into trouble at school, at home, wherever I was really. And that led up to drinking alcohol, doing drugs. Completely flunking my freshman year of high school. So bad when I got to my senior year, nothing I could do would allow me to graduate. In fact, if I went to Estrella Mountain Community College in the "AIMS" program I would get my diploma after 2½ years of the program. But yes I wasn't going to go to that

much more schooling, under the scrutiny of the type of men that I wanted nothing to do with. Besides, not wanting to be judged again, I skipped the S.A.T.'s eliminating any hope of a scholarship, and I the desire to. Of course I didn't, more judging, rediculous schooling. No thanks. So cut through a slew of jobs from driver at an auto auction, heavy equipment operator, even working on a fishing boat in the Bering Sea. None of them lasted long, always with me self sabotaging my employment, to getting into physical altercations with my employers. I finally did manage to go get some higher learning (My Associates Degree in Science for Computer Programming & Internet Technologies. Ya see, I'm in the well above average intelligence. When I was young and my authority issues caused/concerned parents to have me tested by a psychiatrist (shrink). I'm going to stop real quick and apologize for my messy hand writing and substandard spelling. I'm a numbers guy. So I knew back when I was 13 or 14 that my I.Q. was over 135. Also when I took the P.S.A.T. I scored a 1490 which was 110 off from a perfect score. So I'm confident I could have got a scholorship to any college I applied to. But, thanks to the B.S.A.'s non-existant background checks, abuse reporting and follow up to complaints, and total disregard for us members, who joined in good faith that we were learning to be good, honest, upstanding citizens. EXACTLY what the scout masters, eagle scouts were supposed to be and teach. Now 30 years later my distrust of the "leaders" of society to not trusting anyone.

1

I'm self employed, divorced, have less than a handful of friends, depressed, longing for death (not suicidal, just impatiently waiting for death to claim me). I know I need therapy, anger management & self esteem counseling, and more I'm sure I'm not aware of. I do know that I self sabotage aspects of my life, I think I don't want success as that might get me noticed by the authorities that be in power. And that I have avoided since the B.S.A. showed me the way. I've included some documents to help paint this picture, but I end by asking you this question: what is thirty years of lamenting on abuse, sabotaging your own success to AVOID another situation of abuse, loss of your career, future, and parts of yourself, your core being, worth? How much does an industrial engineer make a year? Or a theoretical physicist? Or a doctor? 50 ... 60k a year ..... over thirty years ..... 1.8 million! At present, I'm happy if I can make over 25k in a year, and ~~~~~ a landscape architect is labor intensive work that I can already tell is taking serious tolls on my body. Anything the B.S.A. offers that is less than 200 thousand, which is still very insulting and very much in line with how they (BSA) would brush us abused aside, twisting things around to make us victims US! Little boys who only wanted to be the best of society, NOT THE WORST! and that is what we got. By the number of us, we get the worst of the worst for decades, and those at the top got fat pockets at the expense of children; Childrens Futures! My god, the B.S.A. should be disbanded, liquidated, and forced to register as sex offenders just for allowing

their members to suffer. Over and over, time and time again. Of course I need/deserve monetary compensation for what I've endured, but the extinction of the B.S.A. so it can never, will never happen again. AND, the heads of the B.S.A. should all publically exposed for what they did to SO MANY american children. This was torture, for us victims. Mental, Spiritual, emotional torture. And how many victims didn't make it? Those who decided to end it rather than continue suffering? B.S.A. has been tourchering and killing its paying members without any compassion, kindness consideration. No! What if it were you children? Grandchildren? Exposed to adult pornography, sexual abuse, Rape? What if then you children were ridiculed for it. Told it was their fault for the abuse. That they invited this upon themselves. Underage Minors! I know what I would do now. But I'm not going to fill pages with curse words, hate, anger. No. I'm going to do what's right, even after being taught wrong. I'm going to trust you, a judge for America. Here to protect Americans from injustices, whether from foreign entities as well as domestic ones. A body of people who attack the american population who no business being here. Prey ing on children, who cannot fight for themselves, then accusing them of wrong doing, is the lowest of the low in society. I thank you for you time and for your just unbiased view and ruling on this most delicate matter.

# WARNING!

The content beyond this page is deemed unsuitable for minors, and the weak of heart! Many curse words, derogatory verbage. Any claims to hurt, destroy, kill or any other ~~bad~~ minors words are for the venting of anger and rage. NOT to be interpreted as actual plans of actions, or direction of others to carry out actions. Taken from journals, notebooks, graph books, etc. Over a twenty year period for the sole purpose of establishing a "Proof of Pain" Timeline for an abused soul. This abuse was at the hands of the B.S.A. and should ~~be~~ NOT be shared, copied, passed around etc. For the presiding Judge ONLY!!



Summer 2016



















