FILED

5-10-21

C/O Justice ~~2021 MAY 18 AM 10:25~~ Silverstein

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I wanted to write and tell my story.

I was in the Scouts and my Scout leader would take me to a side room in his house After the ███████████████ I remember running outside because I was embarassed Thankfully he never told anyone at school but I believe this is what led myself to sex addiction my whole life eventually I told my mom about what happened And I remember my step father yelling And he left then a little while later he came back and my mom told me to just keep it a secret and I can't go back to Scouts, I ended up realizing why I had to keep it a secret my step father was selling drugs And he didn't want the police involved, His sister my step Aunt found out and tricked me into showing her what he did to me And ended up turning into her touching me but I thought it was ok because it felt good my whole life evolved around Sex It's all I could

think about I could'nt consentrate in School I got All F's ont my report cards but instead of helping me they Just kept passing me to the next grade eventually the school did something which made my mom send me to a counseler and I told her about my scout leader and my aunt She told my mom and when we got home my step father beat me with a belt I had cuts all over my butt and back I never realized how wrong it was for the scout leader and my aunt to touch me and have them having me touch them until I came to prison. I always thought it was normal but Since I been here I've got my G.E.D and been through alot of programs to help me understand All this but Now its to late I'll die in prison for doing what I though was'nt a very big deal My scout leader ruined my life And I don't even think he's going to be held responsible How is it fair for me to spend the rest of my life in here stuck in protective Custody And him to be out enjoying life. My children are now without a father, Since I came to prison. I've been Sexually Assaulted, beaten, robbed All because of what I thought wasn't Such a big deal, I'm asking you please see that I'm not the only one who probbley has the same Story And Nobody will help

there was so much more that has happened to me due to what my Scout leader did to me His name is ▇▇▇ from what I've heard he was running Camp ▇▇▇ Which is where the Scouts Camp every Summer So I sure I'm not the only one who went through So please see my Side of this I don't know who else to ask for help to have him help responsible for what he put me through I believe if I never went to Scouts I would'nt be where I am today And wouldn't be needing to ask you for help

Thank you for taking the time to read my letter If you have Anything you need to ask me feel free to do So

▇▇▇▇▇▇▇▇▇▇▇▇

Case 20-10343-LSS   Doc 4538   Filed 05/18/21

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

legal mail
US POSTAGE $000.51 — FIRST-CLASS MAIL — 05/12/2021