5/10/2021

Case No. 20-10343 (LSS)

(1)

Dear Justice Silverstein,

FILED
2021 MAY 18 AM 10: 48
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I am writing this letter on behalf of my husband. He is in a lawsuit w/ BSA.

In 1958, he was just a young boy when he was molested by an 18 yr. old scout master.

This is very hard for me to explain.

His whole life was ruined by that molestation. His two marriages and any relationship he had with anybody from 1958 on was a disaster. A good man that he had become was tainted by the experience he had. I won't go into details. But I have names and etc. for proof of what happened. He could never have a healthy sexual relationship after what was done to him.

I can only tell you he suffered immensely after that.

Please excuse my penmanship in this letter. I just had surgery on my shoulder and it's hard for me to use my right hand.

What I can't understand is why the abuse wasn't stopped all those years ago. The BSA let it go on so long. All those innocent (minors) children had to suffer for so long. The sins of the BSA must be reckoned with soon or God Almighty will be the one they'll

have to reckon with. After all is said and done. There will be a day of reckoning. I'm quite sure of that, for all the suffering that happened for all those years. They should have to answer for their sins here and now.

Thank you.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499