Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

FILED
2021 MAY 18 AM 10:30
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 10, 2021

Re: [REDACTED]   Victim Statement

Dear Justice Silverstein:

   I am [REDACTED], a victim of the Boy Scouts of America (BSA). On behalf of myself I'm sending you this letter to express my voice in this matter before you.

   I am 57 years old now and lived with torment from my youth as a result of being subjected to sexual abuse by members representing the BSA in the years 1973-1975, while I was a Cub Scout.

   The nature of the sexual abuse is mentally disturbing but I am and will testify under oath in an open court to the details of my encounters involving the [REDACTED] with other Scouts and den father, including leaders as detailed in my claim.

   For many years I developed psychological disorders, and lived a troubled and violent life while mental images played over and over in my mind leaving me angry and lashing out at my family, friends, my wife. I became physically abusive, mentally manipulative as a result of Scout leaders grooming me for perversion.

   I cannot begin to state the injustices I now feel

1.

about being cheated and having my life destroyed before I even had a choice for my future dreams of joining the Armed Forces. Dreams of being a Pilot, a father, a good husband, and more importantly a responsible member of Society.

I submitted my Claim seeking Justice - NOT for monetary compensation. My dreams and freedoms were taken away from me by the BSA whose motto served as a stepping stone into all America stands for, as endorsed by the former United States Presidents, (eg. Gerald Ford, J. Carter).

The BSA allowed my abuse to occur and gave sanctuary to my abusers. Now I am abused again by their paid representatives taking their turn through the Justice System; and minimised what was done to me like a debauchee. Who will be next? Women have a voice in the "Me Too" movement. My voice is the legal voice of this Court.

Please Your Justice, I never want any child hurt the way I was hurt, nor any woman abused. Hear my voice. Let the BSA pay for their sins against me because I need Justice and Closure.

Orig: Justice Silverstein
  CC: Record

2.

DECLARATION OF ███████

I, ███████ hereby declare as follows:

1. In the years between 1973-1975, I was a Cub Scout of the Boy Scouts of America (BSA) in St. Charles, Illinois.

2. While in the Cub Scouts I was sexually abused by an adult Scout leader when I was ten (10) years old, over what started out as a game memorizing the "Scout Oath" and "Scout Law." As such this became a manipulation of words regarding my sworn duty to 'help' others.

3. I was isolated at first and led into the woods where in Valley View I was subjected to be touched by the Scout leader ███████

6. I was invited to the Den Father's house on South ███████ where I was first sexually penetrated during the time Evil Knievel attempted the jump on a rocket bike over the Snake River. I was laying on ███████

1 of 2

7. The Scouting events in ▮▮▮▮ competed against other Troops in ▮▮▮▮, and at such large events called the ▮▮▮▮, near a large lake.

8. While at these events the Scout Leader ▮▮▮▮

9. Many times we (other Scouts) talked about the things that happened to us with the Den Fathers or Scout Leaders as the Secret Pack involved us, eventually some of us moved away.

10. I do suffer from the memories and Social problems I did experience around authority figures. There are anxiety attacks, nightmares, built up hatred, and hopelessness. Depression and thoughts of suicide to end the sickness inside of me of why I can't keep a relationship, or feelings of whether I am homosexual over my experiences.

11. I believe my life is over and the dreams I had to be something more in life was taken away from me because of the trust I had in the BSA to guide me and prepare me for the career I wanted in the military. I feel betrayed and victimized by the BSA and deeply regret the only dreams and choice I had to join the Scouts.

I do make these statements under the penalty of perjury and I do declare the statements to be truthful and fact for the record. Execute ▮▮▮▮



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, Delaware