**FILED**
MAY 18 AM 10:48
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Lauri Selber Silverstein    5·10·2021

I, ███████ am writing in regards to the BSA case.

This is very complicated for me.. I have really suffered severely from the circumstances of my past encounters with being a Boyscouts along with the damaged caused from Boy Scouts. I feel betrayed and used sexually and no amount of money would ever compensate for that, but I do feel that its very important to hold these people accountable for there actions, Why and how did so many people or kids get taken advantage of? in a situation where scouts honor and a sense of trust was highly emphasized?

I've suffered with my sexuality. and I know that I've sinned its hurtful the nightmares are so real.

I just pray that justice will prevail I don't care they need to be held accountable.

Thank you very much & May GOD Bless.

Sincerely


In Re: ███████

P.S   please contact if any necessary questions

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th Floor
Wilmington, DE 19801

