FILED
2021 MAY 18 AM 10: 02
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

My name is [redacted]. I was abuse by a [redacted] leader Name [redacted] in Phoenix, AZ at a camp Name [redacted].

[redacted] would do things to me that till this day I never had help with been cause, but my life is hell. Cause of what I went through as a child.

[redacted] would make me do things that "as a kid", I didn't know, what I was doing? or what all that meant, I was a kid I don't know that stuff. As I got older I Never said anything about anything. I was in a dark life confuse with no help. always in pain about what I went through —

███████ did hurt me, my life and took alot away from me as a kid. If you to run a N.C.I.C. on me you'll see how my life sucks and how sad it is. Till this day I don't know to live or have a life I'm very confuse.

████████████████████████
████████████████████████
████████████████████████
████████████████████████

He hurt me real bad my mind and heart will never be the same. Till this day I still suffer

③

You know I would act up in front of other parents, and hit there kids or do whatever I could to get kick off the baseball team and Scotts, but NO ▇ would walk around the yard and tell me to calm down or else?

This abuse went on for about 2 years and I just never went back to the place were we were all at.

I still suffer from all-this and I am a drank world. Right Now.

Thank you

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Willington, DE 19801

19801-302499

