Justice Lauri Selber Silverstein

FILED 5-9-2021

[REDACTED]

I am writing in regards to the BSA Bankruptcy Case that is before you. My name is [REDACTED] & I am from [REDACTED]. @ the age of 8-9 years old I was a Cub Scout & upon joining I was assaulted. Now & since then I have a drug problem, PCP & joined a street gang @ the age of 11 years old to deal with the PTSD I now fight due to the Boys Scouts of America. I use substances to get my mind off of the disgusting past I endured by the "Scouts Leaders". Your Honor I am pleading with you to hold the BSA accountable @ all costs so that they're sanctioned for their actions. Please feel all of our pain & not let the BSA off without putting their actions under a strict microscope...

Sincerely
[REDACTED]

Reference Claim
[REDACTED]

BSA Banknruptcey Case
824 Market Street 6th Floore
Wilmington, DE
19801