FILED 5-11-21

To: Judge Lauri S████████

Ref: ████████

My testimony.

I've been notified by my attorney that the court has an interest in understanding, how the abuse affected my life. I could write a book about it.

When I exited my Scout Masters car. My life spiraled downward. Children were to be seen not heard in those days. There was no refuge.

Here's what played out. I quit scouts right then and there. Started drinking. Drugs at age 14. Quit school age 16. Prison at age 21. Married at age 26, divorced within 2 yrs. No children. I would never bring a child into this world. No relationships, No family. Yes children are extremly volnerable.

Glad to hear some one is giving us a voice.

PS.
I'll testify in ████ stomache for it.

P.S.S.
As an afterthought.

The T.V. commercials, All the ADDS, The money spent on that. Will never come close to compensating one of us.

Judge L. Silverstein
824 Market St,
6TH Floor
Wilmington De, 19801

