Justice Silverstein,

It is with a heavy heart that I write to you. Over the last 50 yrs. I have tried to forget the BSA. I beleive that the victims should be compensated. Any Abuse is Abuse.

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

2021 MAY 18 AM 10: 44

FILED



Justice L. S. Silverstein
BSA. Bankruptcy Case
824 Market St.
6th Floor
Wilmington, Delaware
19801

