To the Honorable Justice Lauri Selbel Silverstein,
My name is ███████ I ██ part of the BSA Bancrupcy victum. My case number is SA-███. When I was part of Boy Scouts of America around 86'87. I was a victum of rape by a Boy Scout leader. After the rape, I reported it but nobody did anything about it and then for 15 years of my life. I struggle to find answers to why this happened and spent 3 years incarcerated because I became very angry. I spent 15 years in councilling. Carrying along alot of animosity and the anger and pain from being raped leed me down a long path of drugs and alcohol when I was clearly a straight A student. And it is the pain I endured the 12 worse years of my life coming from being homeless to finding my way to become a man, not resorting to drugs and alcohol and letting go of what the Boy scouts of America did to me. I am now a happily married man with a beautiful family. And I find it to be a disgrace that the BSA is not even considering the pain and suffering that they have caused me and it truly shows that they are willing to take their profits over compensating me over the dispicable, disgusting and very hurtful rape that they put me through and I ███████ am not willing

FILED
2021 MAY 18 AM 10:45
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK

to settle for nothing less than One million dollars. The length of time of counciling and incarceration they have caused me should be highly considered in the amount of settlement that should be given to me and this organization, who announced that they are worth $1 billion in assetts. I find it awfully disgraceful that they would rather sweep this under the carpet again then to truly take into consideration that I am one of so some thousand people, and you want to try to settle your case to get out of the courts and to continue to blaitintly disrespect me by not making a fair and just offer in settlement. I also find it even more to a smack to my face, when I go to a grocery store and still finding them collecting donations. And to still be able to operate without presenting a reorganization plan without making a settlement with me or making a reorganization plan. And you as an organization, how do you plan to protect the children of today and the future from this heinous behavior that you forced on me. And I do not wish to see another scout or leader collecting donations until a new reorganization plan is put forth.

And in closing, I would like to take the time to thank my lawyer, Eisenburg Rothweiler and all attorneys involved and I especially thank you Justice Lauri Selber Silverstein for taking the time to read this letter and I hope to see it posted on BSA webpage in response to the BSA neglect to a settlement.

Thank you,

Justice Laurie Selber Silverstein,
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

WEST PALM BCH FL 334
10 MAY 2021 PM 1 L

U.S.M.S.
X-RAY

