FILED
2021 MAY 18 AM 10:48
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Over the years the name of their organization tells it all in two words, "BOY SCOUTS"...Their purpose is to scout out boys , mainly from broken homes, only one parent, barely making ends meet,, that they can tell that woman while her son is among kids his own age, he'll have a chance to learn skills of learning how to exist in nature with others many older, but have been hired to teach their sons the coping skills in education to maybe one day become one of them..a organization of petafiles. Young men groomed for the purpose of continuing to molest other young boys.. the problem was that some had violent behavior ideas from years of abuse in homes where no care or love exists so themselves taking in these broken boys with their own agenda where violent sexual abuse was breaking many of these boys instead of giving them a chance,, a REAL CHANCE of becoming w h o they wanted to be, me being one of many of those little boys who unknowing parent who say when the boy scout leader could hear, " now you do everything you are told to do and I do not ever want to here that you are not obeying or causing any trouble, if he says you are a problem, then you will know how mad im am from how I discipline in the pass, with violence that lift marks visible an unvisible.. Those were what put more fear in me than what the man was doing to me at the beginning.. But they became more painful and more an often I couldn't even sit down ,..I started hating begin a boy scout but was so afraid not only how much money was wasted on me becoming a boy scout that I had to find a way out without getting in to much trouble but scouting had warped many thought patterns and the violent times with these perverts in the boy scout leadership more an more of found we were better off in Juvie was we were safe from those who got away with causing more damaged young men within the boy scout to further their distortion upon the public an hiring big companies to protect their power that the men boy scouts were protecting, the abusive leaders who were bringing more unwanted attention from people an these big business men just paid off pennies to the boys to shut them up while both them and the boy scouts grew more powerful an untouchable while destroying more an more boys into men to the point that sucside was better than living with many of us these so called public leaders who the courts were giving protection to it seems.. now its time for this court to take control and show the world it stops now, that big business (the insurance companies) who rather make money than even take a stand to stop those who control the boy scout organization ..This court has too put an end to the business of molesting boys into men , its become a violent mean organization molesting and causing more pain in so many people that its allowed to never once paid for what they want to do.. end this sexual abuse that is running out of control and

spilling over into other forms of abuse not ever even considered trafficking, even murder, it all ties in together, your honor must now stop this before its too late..they must never be able to start up again, never..



BILLINGS MT 591
12 MAY 2021 PM 1
FIRST-CLASS
US POSTAGE
$ 000.51⁰
02 7H
0001255363 MAY 11 2021
MAILED FROM ZIP CODE 59101

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

U.S.M.S.