①

[redacted]

To Judge Lauri Selber Silverstein

This is [redacted] I am wrighting you about the BSA case at first I was wanting to save them but they really don't care about the victims they seem to be worried about there Rockwell paintings The BSA said they couldn't blame there were this many claims I think theres more than that a lot of us have passed away and a lot did not come forth with there claims They also said there Enrollment is Down. I am 65 yrs old now I had two boys ones 35 now and the other is 40 and after what happened to me in there at 8 years old Did BSA Really think I wanted my two boys to get the same abuse I don't think so. So I would like you to ask BSA why do u think the Enrollments are down its there own fault Since they Don't want to do the Right thing I would rather u have them get rid of all there assets

②

all and donate to a childrens Org Because the BSA will never change This is Been going on for 100 yrs Dont u think it a little late for them 1millions not Enough for what Ive Went thoough They arent Helping Little Kid at all I Really CAnt Believe They CAn find as many Evil people to Employ as they Have well I could go on and on But I Know u HAve other things To deal with Thanks for you Time

yours Torelly

████████████████████

my phone # ie u need

████████████████████



Justice Laura Selber Selverstein
B.S.A. Bankruptcy Case
824 market Street 6th floor
Wilmington DE 19801

