Hello ..I am writing this letter to try to explain to a judge or jury how this event or events has effected me thru my life . while i was in the boyscouts in south florida ..the troop set up camping trips as a catch 22 for us kids ..meaning if we needed a swimming badge the scout master would schedule a place for us to spend the weekend swimming and have all the kids at the pool and after that the leaders would stay in the showers while we would take our showers and try to help us wash and at that age you didnt think anything and a couple camping trips we would have a camp fire and then everyone would have to be in there tent at a set time ...and i was in my tent and the scout master got in my tent and said he was sleeping in my tent tonight ..and

[redacted]

and i kept pushing him away and he kept saying be quiet everyone is trying to sleep ! This went on for two nights .when i got home i told my dad and mom what happened and they both called the scout master and the whole thing was denied as it never happened ...this same senario

[redacted]

wanted out of the boy scouts and that event has been stuck in my head ever since ...and when my son ask me as dad ....hey dad can i join the boy scouts ? I was stunned and said no..and to this day have not been able to explain to him why i said no ...so this experience has effected my quality of life trying to raise my kids properly and when i think about BSA ..i start to cry ..just hoping this never happen to my kids ! The BSA should be held accountable for every one of there action to there fullest exstent.my name is [redacted] and here are some of my badges !

SA - [redacted]

FILED 2021 MAY 18 AM 10:49 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE









Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801



BILLINGS MT 591
12 MAY 2021 PM
FIRST-CLASS

02 7H
0001255363
MAY 11 2021
MAILED FROM ZIP CODE 59101
$ 000.51⁰
US POSTAGE