From: ▮▮▮

Page 1

11/05/1967

To: Ohnerable Justice ~~Judge~~ Silverstien
B.S.A. Bankruptcy Court

FILED 2021 MAY 18 AM 10:46 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

Dear Judge

I'm Not gona drag this letter out ~~the way~~ the B.S.A. has dragged there feet in doing the Right thing.

I Never ever thought I'd be talking about this, let alone to a Federal Judge. It's unconsionable.

I Come from an exceptionoly good Family. My mom + Dad Divorced - but I had the best of both worlds. And my Dad and grandparents were the best of best.

Small town, upstate ▮▮▮. I lived with my mom. I was 8 or 10 years old, born ▮▮▮ 1967 - So this took place in the 70's, all 3 incidents under, under the BSA supervision.

My first incident was with one of their Volunteers. He was swimming with me in a secluded cove, he wanted to just look ▮▮▮ I did tell but Nobody believed and they made fun of me.

Another incident was at an after school hours assembly for BSA + Cub Scouts meeting. That took place in bathroom.

But this next incident is one that I have kept buried deep. I promise you to Jesus I never told a soul, in 40 years I've Never told anyone. Not even my Lawyer ▮▮▮ and ▮▮▮ (they are Top Notch Awsome!!!)

So I'm 8 or 9, 10, I'm waiting for my ride to take me to our Cub Scout meeting, games, competitions - for what ever reason my mom left. And when the BSA guy arrived he came upstairs in (he picked me up before - several of us - (She must have trusted him)

He comes upstairs plays with me and my Toys. Then he talks me into a secret takes me into a cubby hole which is our Attic. He told I wouldn't be able to play in the games if I didn't do what he wanted, He wouldn't be my friend.

He went down on me to show me what he expected then He ████████████████████████████████████████ seemed like an eternity in that dark attic.

You are the first person I've ever spoke a word of this to. I felt so humiliated, Embarrised. I didn't want no one to know especially my Dad. I felt like I was ½ a man my manhood took. It was such guilt that NO little boy should ever have to experience. I felt inferior —

[margin note: Alot of counsilors have asked but I never told]

This happened at 8-10. When I turned 13-14 I had tried to commit suicide by taking pills from my grandparents I had already been kicked out of school, repeatedly (once in a wheel chair) So I had my stomach pumped at Massena Central Hospital. My Dad found me passed out foaming at the mouth turning blue He then Committed me to a psych Center in ~~████~~ oops in Ogdensburg N.Y. It was a scary crazy place.

I felt even more guilty for tarnishing my Dads image in a small town — So drink-drugs at 16 ████████████ My Dad God Bless him put me in a ████████████ in ████████████ then Come Jail then Prison and Prison again.

And they all kept asking me why why are you doing this And I as a child or young man never thought it was because of the Rape. I just it was a Suicide Demon.

In 40 Years I never thought thats why I tried to kill my self. Until Now the Revelation of this letter. No little boy should "EVER" have to endure such evil.

I believe the lowest thing on earth is a child molester and that there is a ONE shot cure for them - A 30.06 or Firing Squad. It is the most vile acts against mankind + GOD.

Jesus said Mat 18:6

If anyone causes one of these little ones - to stumble it would be better for them to have a large millstone hung around his neck to be drowned in the depths of the sea.

Judge You are the champion in all of this. Writing this letter is Like staring down the barrel of 45 or staring down a cliff. I hate that this happened. Yet in my 50 Years I never Realized that my acting out and suicide attempts were connected to this. It was hard to write this but I did Reveal some things and you know I did it for the $. But more then any of that is I don't want this to happen to another child.

They tried to hide the most vile acts ever committed to children. This BSA institution needs to be held accountable so it that it Never happens to another child. They need to pay and be accountable. There a symbol of Evil and Vile horrendous acts —

As a child I felt in school like I was No good - So ashamed I was still 40 Years later embarressed to tell my lawyer Jeremy.

I hope Your Judgement is Fire and Brimstone and Swift.

Sorry if I went on to much

    God Bless you Your Honor

Thursday
5-13-2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE