**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Creditor DAVID L. LYNCH, Claim No. SA5423, an attorney licensed in the State of California and admitted to the United States Districts Courts for the Central, Southern, and Norther Districts of California appearing in propria persona appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> THE LAW OFFICE OF DAVID L. LYNCH, PC
> David L. Lynch, Esq.
> 72877 Dinah Shore Drive, Suite 103-126
> Rancho Mirage, CA 92270
> Telephone:	(760) 270-9285
> Facsimile:	(760) 270-9847
> Email:	dlynch@desertelderlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code sections and rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, order, reply, answer, schedules of assets and liabilities and statement of financial affairs, operating report, plan of reorganization or

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

liquidation, pleading or request filed in connection with the above-referenced case or any proceedings therein, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight express, electronic mail, hand deliver, telephone, telegraph, facsimile or otherwise.

**PLEASE TAKE FURTHER NOTICE** that DAVID L. LYNCH does not consent to or waive any rights through this Notice Of Appearance And Request For Special Notice with respect to jurisdiction under Title 11 of the United States Code, and strictly reserves such rights, including (1) the right to trial by jury in any proceeding triable in this case or any case, controversy or proceeding related to this case, (2) the right to have final orders in noncore matters entered only with *de novo* review by the District Court, and (3) the right to seek to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

DATED: May 18, 2021

        THE LAW OFFICE OF DAVID L. LYNCH, PC

By:   /s/ David L. Lynch
      David L. Lynch, Esq., CA Bar No. 180031
      72877 Dinah Shore Drive, Suite 103-126
      Rancho Mirage, CA 92270
      Telephone: (760) 270-9285
      Facsimile: (760) 270-9847

      Creditor appearing in pro per

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2021, I electronically filed the foregoing Notice of Appearance on this Court's CM/ECF filing system. Notice of this filing will be sent to all known counsel of records by operation of the court's CM/ECF system.

        /s/ David L. Lynch
        David L. Lynch, Esq., CA Bar No. 180031
        72877 Dinah Shore Drive, Suite 103-126
        Rancho Mirage, CA 92270
        Telephone:   (760) 270-9285
        Facsimile:    (760) 270-9847