**FILED**
2021 MAY 18 AM 10:04
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: Justic Lari Selber Silverstein
Ref: SA - ▇▇▇▇

We are the parents of ▇▇▇▇ ▇▇▇▇ has not been the same since this happen. He was a loving - smart - bright child. He was very happy child. He was in the ~~the 2nd grade~~ first grade. And he was (6) six yeres old, he would always run and hug us when he came home from school. He made all S in school. He wrote to the President of the United States. We told him we thought he be something with a P meaning PREACHER. He has a sister 3 years older than him. He ask us to writen this letter because he is in prison and it would not get out in time. He got a bath the night it happen and went to bed. He woke up around (1) o'clock in the morning crying hard. He told me that when he was at scout the scout leader hurt him dad, and some of the other boys too. He said the scout leader grab his (gruddie) penic and hurt it dad

He was crying so much he could hardly talk. We went to the police and so did some of the other parents. I got him up the next morning to go to baby sitter. I am a nurse and my husband works for the VA Hospital and is in the National Guard. We waited on the police to get back to us. "They never did." I have a picture of our son and some of the other boys that was in that group. The police shut down the Salvation Army and then moved to another town. The whole thing was dropped. When we got to the baby sitter she asked us if anything happen to ▇▇▇. We said we was not sure. She said something did because he not the same boy. He was acting real strange. He started stealing small things & stories, he had never done anything like this before. He would not get along with the kids at church.

So we had to leave that church. Some of the boys at church was with him when this happen. He was just not happy any more. He keep stealing and not getting along with any body. He would not behave and dishonest all the time. He has been in and out of Jail since he was 12. He started smoking dope and running away from home. To this Day it breaks our hearts. He has just not been the same since this happen.



Justice Laurie Selber Silverstein
USA Bankruptcy Case
824 Market J.S.M.S.
6th Floor X-RAY
Wilmington, DE
Ref: SA

SAINT LOUIS MO 630
14 MAY 2021 PM 5 L

19801-302499