**VICTIM IMPACT STATEMENT**                                         3/21/21

I'm writing my victim impact statement in a manner that will not revictimize or reveal who my victims were for their protection. While I was in the BSA in the early 70's my Scout Master/leader was my father. He intentionally exposed me and other scouts to sexually explicit material, by walpapering our garage walls (where he stored BSA camping equipment, gear, items and supplies) with centerfolds from Playboy, Penthouse and Hustler magazines the troop would meet and gather in our garage in preparation for camping trips and jamborees. I felt very ashamed, uncomfortable, embarrassed and humiliated during these gatherings, especially when other scouts and neighborhood boys would make snide and sexual remarks, this affected my self-worth and esteem. Since this was our garage I was subjected to being exposed daily to graphic sexual images for years. I also observed and heard my dad treat his wife and other females, this included my sisters as property and sexual objects. This did not help my negative internal dialog. As a child I had no say, no voice, I was powerless and felt worthless. At that time I didn't know or understand this was sexual abuse of a child or how this would affect my life or the lives of others.

**IMPACT AND MAGNITUDE**



Over the next several years my sexual addiction to pornography and masturbation escalated. My attitude towards women were flippent I view them as property and sexual objects. I was eventually reunited with my daughters who were young teenagers. Shortly after their arrival, I began

until I was reported and arrested. I was sentenced to 15 years to life in prison and ordered to pay restitution of $10,000. My family ostracized me. Upon being found suitable for parole and released, I will have to register as a sex offender, wear a GPS, attend mandatory sex offender classes and get professional therapy with a qualified therapist who's trained sex related behaviors. I will be responsible with the costs of these programs, in addition I will have extreme difficulty finding adequate employment if possible and housing as a result of the sex crimes I committed on my innocent children, all in attempt to deal with my negative internal dialog and devastating harmful emotional and psychological rape that I endured as a young boy while in the BSA being exposed to sexually explicit material by my Scout Master.

The result of the insidious, dark emotional and psychological long term trauma has had a multigenerational affect on my family, my sister is addicted to drugs and homeless, my stepsister was charged with involuntary manslaughter for DUI killing her best friend in her early teenage years, my children have been in several sexually abusive relationships, after my arrest one child was sexually molested by an adult family member was impregnated twice by him, another child had four children and was unable to care for them. This This traumatic emotional pain and suffering will have a perpetual affect

on their children. When I sexually abused my victims I essentially sentenced them to an indeterminate life term of feeling betrayed, abused, violated, shame and embarrassment which affects every aspect of their lives; I know this first hand, because the sexual abuse I endured has affected every aspect of my life and the lives of my family. As a result of my sexual abuse as a child, I was a victim, who became a sexual predator/abuser and now a survivor. I have a very unique perspective, seeing and experiencing the insidious emotional and psychological harm first hand from all aspects.

Being notified of a possible paltary $6,000 settlement is insult to injury to any victim of sexual abuse, yet this is an acknowledgement and minimization of the long term emotional and psychological harm you've caused. $6,000 will not even come close or compensate the incured costs of any therapy a sexual assault/abused victim needs in order to transcend the trauma they endured, so they can at least try to enjoy the rest of their lives with some resolution. Furthermore, your paltary offer comes at a time when families are at their most vulnerable time financially, during the Covid-19 pandemic when they have lost jobs, can't support their families are very desperate for any financial relief, you should be absolutely ashamed of yourselfs in an attempt to victimize us once again.

I am further appalled the BSA attempted to shift blame to the victims for the sexual abuse they suffered, children should never be blamed, children cannot legally give consent, their brains are not cognitively developed enough to sort through the emotional complexity that is connected with any sexual behavior. Children are powerless and helpless, we trusted you as our Scout Masters/leaders, you **BETRAYED US.**

I ask all pertinent individuals, President, Vice-President, Chairpersons, Board Members, CEO, CFO, shareholders and all others in charge of the BSA organization this question; If you or your child was sexually abused by anyone in the BSA or anyone period, would you consider a minuscule $6,000 a significant compensatory for any emotional, psychological and/or physical trauma you or your child would have endured satisfactory? If you answer no, then you understand my position. I encourage you to do the right thing, have compassion for the victims, liquidate all BSA assets, stocks, bonds, investments, endownments, gas and oil holdings, real estate, all tangable property including all art collections, BSA insurance policies and anything of value, thus allowing your victims be properly and substantially compensated for years of silent devastating emotional, psychological pain who suffered from the sexual abuse they endured, thus having the BSA organization step up and live up to the Boy Scout's Motto, that BSA organization touted and encoujraged us Boy Scouts to live up to for so many years.

You will not silence me any longer, I am taking my voice and power back, I am not going away, I am not going to be a victim any longer, I am a survivor, I have a voice and I will be heard.

Imagine how the sexual abuse negatively impacted the lives of those victims who were raped and sodimized at the hands of their Scout Leader(s)/Abuser(s)? I strongly encourage all victims who endured any sexual abuse while in the BSA write a victim impact statement to be read and heard posting it on Facebook .com/AbusedinScouting. Lets send a message "We won't be silenced."


by: AIS Victim



3/29/21

I am submitting my victim impact statment, I wrote it in a manner that would protect my victims and not revictimize them.

I would like you to present this letter to all parties involved; Judges, Attornies, Plaintiff's & Defendants and anyone who is a party to this class action suit, and have this read at a court preceeding and/or negotiations.

Could you please post this on Facebook.Com/AbusedinScouting since I don't have computer or internet access at this time.


Thank You


Sincerely,



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

U.S.M.S. X-RAY

