5-14-2021

To The Honorable Judge Silverstein,

FILED
2021 MAY 18 AM 10:50
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Hi, My Name is ▓▓▓▓▓ ▓▓ yr old Male. I live and have lived in ▓▓▓▓▓ area. I was sexually assaulted when I was 10 yrs old by a Scout Master in The B.S.A. This happened on two different occasions. It may as well have happened a million times though because in my mind it continues to happen day after day night after night. I continue to relive it either through nightmares or some other memory will bring it back to the forfront of my mind. This is not exaggerating when I say I dont think a whole day has ever gone by where in some way I am reminded of the Evil way This Monster changed and altered my life stole my innocence for his moment of pleasure. I started using drugs and alcohol at a very early age 11-12 yrs old & used until I was 40 yrs. I now believe I was self medicating trying to drown out the ugly memories from the sexual assults. The shame I've felt for so long cannot be put into words

I often as I'm growing old now cont help but stop & wonder what my life may have been if this unforgivable thing had not ever happened to me. Your Honor, please don't allow BSA to walk off into the sunset with just a small financial slap on the wrist It's like salt in the wounds of us that are victims. I believe God has you on this very sensitive case to hit them hard in there pocket books the only place that seems to make them understand There for Fathers ruined us a whole generation they have ruined in this way please make a landmark ruling in favor of us victims that all people everywhere when they look they will see that what they did was Evil & wrong & for that Judge Silverstien made a good exsponle of them! Thank you for allowing me to share.



Justice Lauby Felber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington DE 19801


