Your honor

FILED
2021 MAY 18 AM 10: 48
U.S. BANKRUPTCY
CLERK
DISTRICT OF DELAWARE

My name is [REDACTED] and a victim sexual abuse from a scout leader. If you would just for a moment look at the list of individuals who are claiming that they have been also sexually abused take in consideration each and every case that is before you not as a whole but as a part of a whole each person has their own story to tell each person lives with the past of the abuse that was performed on them. If you were to take the suggested amount and divided between all the individuals who were abused that is before you and divided up amongst those and see what the total is you might be surprised what would be even more surprising is in every case as you know lawyers get a piece as well. Granted there really isn't a number that can actually take away the pain or the memories but there is something that feels like there has been some kind of justice served
.
If I may I would like to tell you my story. At that time I was 12 and 13 years old and I had been in scouting just a few short months when I was invited. My home was broken, my parents divorced and I was being shuffled between parents. I joined the scouting to feel accepted and to be a part of something, and then I get invited to a scouting Jamboree while at the Jamboree since I didn't have very many people that I knew I could not find a tent to stay in so I was invited by my scoutmaster to stay in the ScoutMasters Tent. I felt that this was an honor. During the night while everybody including myself was asleep [REDACTED] not remember any events that happened on that weekend. however later on the scoutmaster kept showing me attention taking me out to eat, take me for a ride in his car, took me to his house several times [REDACTED] One night there was an stay over at his house with several other Scouts like myself. I was woke up in the middle of the night again with him [REDACTED] mothers house where she was staying not knowing what was going on, he just knew that something was wrong with me and that I had been acting differently he did not question it nor did I say anything because I was afraid that he wouldn't love me any more. I had also really begun to fail my classes.

For a long time after these events I questioned my sexuality because I knew that I like girls and why was it that I couldn't find a girl to like me, there must be something wrong with me, that the girls I showed interest in must know that something happened to me.

I am pretty certain that you will see that there are other stories just like mine. I was just like for you to take a moment and take all that into consideration before you make your final judgement.

Respectfully yours,



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801


