**FILED**
2021 MAY 18 AM 10:51
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE



I'm writing this letter on the case of the "Boy Scout of America" in 1982 I was 9 years old, Scout Leader ▮▮▮▮ did a very horrible thing to me, I still have dreams and bad thoughts about this "Now"!!, I'am almost 50 years old now and I still think about the horrible thing that monster did to me, I was taught to not hate anyone, but I have dreams about this monster doing this unexcepted this to me, he made me feel like my life didn't belong in this world, I thought about killing myself at one point, But I just left it in Gods hand, But his day will come in Hell!....



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington, DE 19801