\* REGARDING CLAIM NO

SA - ███

I AM COMPELLED TO WRITE THIS FOR MORE REASONS THAN I CAN EXPRESS IN THESE PAGES. THE THINGS I CAN RELATE ARE PROBABLY JUST A FEW THAT I THINK MAY HELP JUSTIFY WHY I THINK "BSA" SHOULD BE HELD RESPONSIBLE FOR MY PERSONAL EXPERIENCES AND THE LIMITS, THAT I NOW KNOW AFTER YEARS OF REPRESSION, WHY I MADE CHOICES THAT I DID FROM GRADE SCHOOL TO HIGH SCHOOL THROUGH EMPLOYMENT AND MARRIAGE, AND 8 YEARS OF NATIONAL GAURD.

THIS ENTIRE EXPERIENCE SINCE MY REALIZATION OF MY ABUSE AFTER YEARS OF REPRESSION HAS BEEN PAINFUL! I KNOW - AFTER THESE TIMES WHY SO MANY CHOICES I'VE MADE WERE AT THE TIME SO CONFUSING TO ME!

I HAVE ALWAYS DONE LESS THAN I KNEW OR EXPECTED MYSELF TO DO. I HAD ALWAYS FELT A FEELING OF BEING NOT AS GOOD AS OTHERS AROUND ME - ESPECIALLY IN MY YOUNG LIFE AND SCHOOL YEARS.

I BLAME "BSA" NOW, AFTER YEARS OF REPRESSION FOR MY PERSONAL MISUNDERSTOOD LACK OF SELF-ESTEEM AND SELF-CONFIDENCE.

It boggles my mind how much more I believe I could have achieved had I not been abused so severly multiple times in one evening during a overnight camp out sponsered by "BSA".

I excelled in sports from 7th grade throughout highschool, making every 1st team starter and traveling squad in every sport I pursued. My senior year I quit all my school sports.

I was always a better than B student. I was Student Council Pres. Freshman year and Class President Sophmore - Junior and Senior year, but did not pursue colledge.

I was in the National Gaurd for 8 years becomming Staff Sargent Section Chief just before becomming 1st Sargent my next advancement - I quit the National Gaurd.

Do you see a pattern here. I also advanced to Shift Supervisor of my department in a paper mill being employed there for 24 years but not pursuing a supervisory role for the 1st 15 years doing so only after encouragement from other supervisors.

I NOW KNOW MY LACK OF SELF-ESTEEM AND CONFIDENCE WAS DUE TO MY ABUSE BY A BSA LEADER WHEN I WAS A VERY TENDER AND IMPRESSIONABLE TIME IN MY YOUNG LIFE.

YES, I DID ACHIEVE MANY THINGS AND HAD MANY ACCOMPLISHMENTS THROUGHOUT MY LIFE, MANY MORE THAN MANY OTHERS.

BUT WHAT COULD I HAVE ACHIEVED? WHO COULD I HAVE BEEN? HOW MUCH MORE COULD I HAVE DONE THROUGHOUT MY LIFE FOR MYSELF AND OTHERS?

FOR THESE THINGS I HAVE EXPRESSED HERE I WANT "BSA" TO PAY - NOT ONLY FINANCIALLY - BUT TO PREVENT THEM FROM DOING THE SAME THING TO OTHERS AS WAS DONE TO ME.

I FEEL THEY STOLE PART OF MY LIFE, MY POTENTIAL GROWING UP. WHAT THEY TOOK FROM ME, CANNOT, IN ANY WAY, BE REPAID.

CLAIM NO. SA- ███

U.S.M.S. X-RAY

MILWAUKEE WI 530
13 MAY 2021 PM 7 L

19801-302499

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET 6TH FLOOR
WILMINGTON, DE 19801