Judge Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801

FILED
2021 MAY 18 AM 10:50
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Claim # S/ ▇▇▇▇

Your Honor:

I am writing you to request that you reject the plan that the Boy Scouts of America (BSA) is submitting to you as their bankruptcy plan.

This plan is an insult to all victims of childhood sexual abuse.

We were victimized by their representatives, in many cases we (and our families) were threatened and/or coerced to drop the accusations. When we did go to lawyers (myself in 1991) we were told things like — The BSA is a wonderful organization and we don't want to harm them — or — men very seldom win sex abuse cases and it would be a waste of time.

Now, after all these years, we finally are able to get some justice and closure and find we are being victimized again. We have media saying we are money hungry; are making things up, are trying to harm the insurance companies and other disgusting comments like these.

Now we allow females into the BSA. If they are not held accountable now, what message does it send.

My next point is: If this were gymnists, Me Too, or the many other cases brought out by female victims would what the media, BSA & Insurance companies ~~be~~ be saying be accepted by the public. It is even hard to get any media to talk to us victims.

Last - if there were people watching out and protecting us like they are BSA and insurance companies WE would not be victims.

I, for one, will be voting to turn down the proposal and believe most will. To put this proposal forward would be a waste of time and money.

Please, stand up for us and reject their proposal. They can do much better by us.



Legal Mail

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801

SANTA CLARITA CA 913
6 MAY 2021 PM 2 L

15801-302499





RETURN FOR POSTAGE

U.S. X-RAY

Legal Mail