Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE
19801

Your Honor:

I was sexually abused in scouting. As horrific as that was, the real shame was that the BSA knew about what was going on but decided that they did not care.
After reviewing the settlement that the BSA. , their lawyers and the insurance companies are proposing, it's obvious that they still don't care about what was done to myself and others and would prefer to continue the abuse.
Their proposal is not a settlement but is an insult.

Claimant





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE