Hello to whom it may concern, Starting around 61 years ago now I'm 67 years old. So for the time this happend to me. I have always wondered about other boys in ▓▓▓▓▓ wondering what they have been experiencing like I did I was placed at ▓▓▓▓▓▓▓▓▓▓▓▓ in Tx run by Men i was scared ▓▓▓▓▓▓▓▓ years I was scared espeially when i slept. I didnt forget what happened to me. a mans

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

when we were all sleeping. at 6 years old not knowing what was happening to me. today its got a. name Sex abuse. I did tell my older brother about this he didn't say much, but he did quit BSA. he was killed in Vietnam 18. I hope this case with AIS - case ▓▓▓▓ will help stop this abuse and satisfy all of us was involved. Please help ▓▓▓▓▓▓▓▓

Mr. S. ?

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington, DE
19801

OKLAHOMA CITY OK 730
7 MAY 2021 PM 7 L

FOREVER USA
Barn Swallow

15801-302499