Dear Judge,

FILED 2021 MAY 18 AM 10:56 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

5-12-21

At this time I like to ask you to take the time and just sit, think of what children have to deal with on a daily basis.

My Claim # is SA-███████

Sorry to get ahead of my self.

It's none of my business but if you have children then just imagine if what I'm about to tell you was to happin to them. And they didn't tell you because being in Boy Scouts they thought it was ok for it to happin because it's suppose to be something safe. The only reason I feel safe at this time is because my abuseor is in prison for a long time for this exact thing, but only later when he got caught. I learned of that after I had become a man. The only reason I have come foward with my story is because this is what my father wanted me to do years ago. As a guy it's not something you want other men to know happined to you. But I lost my father last August, and I feel it's the only last thing I can do. I not only want to do it for him but all the other abused kids in America. After what happened to all of us as kids and some of the issues were covered up Boy Scouts should never be able to opperate again This is not about any money for me. It's more than that. See I was ~~accepted~~ tricked into doing things not only with my scout leader but

Page 2.

with his daughter that was 3 years younger than I while he watched and took photos.
I'm not sure if you know much about the Boy Scouts but at one of the meetings we got the oppertunity to buy a kit that would be **forged** into a car, a race car. We would have to carve it out of wood and put wheels on them to be raced at a later date.
My leader had one already built for us to see. I remember because I just lived accross the tracks from their and I hung out with my leaders son who was the same age. After everyone left once the meeting was over ▇ said: Do you want to see my race car? I said yes can I play with it? We both played with it. ▇
▇
so grafic but I just want to paint you a picture of what happined to me as a child. He tryed to ▇ fingers. He would get angury and yell at me. Tell ▇
▇▇▇▇▇ Most of the after school meetings were inside. But outside they had a big 2 room tent set up along with a fire pit where we would go sometimes and roast things over the open fire. Their was a big event where we was gonna march in a parade for the vets, 21 gun salute and some other

other things. I was early to get at the meeting spot which was at the ▮▮▮▮ house. I arrived and the only person around was my Scout Leader. He asked me if I wanted to see inside the tent how to make my bed up for a camp. Once inside his yungst daughter was inside. He told me she liked me and I should kiss her. Their was 2 cots inside with a table in between. He told his daughter to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ several times and she would make him leave. you know maybe I was wrong for not coming faward before. I didn't want people to know that a grown man had his way with me as a kid. The thought of this going on with other kids is just not right. My life was ruined by what happined to me. It's not about no amount of money. The BSA Should not ever be able to be anything. They should be shut down so kids are not abused. The BSA is completly responsable for what happined to us kids and now they want to give us money to shut us up. Then what? they keep doing what they have been. It's not my fault I was forced to do things with another child while molested by my Scout leader who was suppose to protect me keep me safe. Now the organization that allowed it to happen is trying to get

away with it like nothing ever happined.

Judge with all due respect this issue is not right by any means. But if you let them get away with this you are not right. They are trying to settle for a deal for less than 10% of the $8 billion dollars of their total liability.

IF something is not done then kids will continue to be sexualy abused by the Boy Scouts and covered up. At this time I as an abused child ask you to keep in mind when your decisions are made what will continue to happin if the right things are not done with this on going issue thanks for your time

Sincerly

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

Justice Laur. Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801


