Case # SA ███████

FILED
2021 MAY 18 AM 11:05
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

The feeling I had when the scout leader touched me. It scared me, it embarrassed me, I couldn't tell anybody because at 10 or eleven years old I didn't want my friends or my family to think that I was a queer so I held it back from everyone. I couldn't take a shower at school unless I was one of the last boys to get in the shower. It's bothered me all my life. I won't let anyone see me naked cause it's uncomfortabl for me. I only answered the add for abused children, because I thought it would give me closer from those past years. But I don't know if it will! or if it will brink back the emotional stress that I had hidden from that time. I'm confused about what to do. I just want to live the rest of my life with out remembering that day. Sorry it still sticks in my mind.

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6Th. floor
Wilmington, DE
19801

