FILED
2021 MAY 18 AM 10: 52
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 06, 2021

To Whom It may concern:

My name is ■■■ at the time of the incident I was living at ■■■

■■■ (Scout Master) lived at his family home. I remember the house well. My only responsibility on Friday evening was to go to the ■■■ home and knock on the door and let ■■■ know that I would be going in the backyard to get her trash can to set on curb for Saturday morning trash pick up.

I attended the ■■■ around the corner from our home. My mother was a very active member of the church and school. ■■■ was in a wheelchair I would often see him sitting on the porch in the evenings. I thought helping the neighbors made sense to me. I was in the 4th grade when the boy scout had a registration at our community center. My father took me and my two brothers to the community center one evening. I am sure this had to be 1972. I have never be able to remove the date from my mind. We were denied joining the boy scout because the Den Mother for my class did not want children of my race in her home.

That Saturday morning I took the trash cans back into the backyard where ■■■ was at the back door and ask me to come into the basement. I don't remember exactly what made me say okay but he said he wanted to show me a trick and he promised I wouldn't be hurt. ■■■

stayed in the backyard what seemed like forever, when I came back into my house my mother was concerned about where I had been and I made up some excuse as to where I had been I can't remember what I told her at this age.

The only person I ever mentioned this to was my therapist after my discharge from the military. My heart is feeling heavy at this moment by reliving this abuse.

Sincerely





SAINT LOUIS MO 630
12 MAY 2021 PM 4 L

19801-302499

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th floor
Wilmington DE
19801



Gwen Ifill
usa forev