May 12, 2021

I am ▓▓▓▓▓▓▓

I appreciate everything yall have done and everything yall are doing on this case not only for me but others as well who have suffered through this same ordeal and situation I've been though. There are so many people who never report this or it goes unjustified or many cases unknown.

I want to say God bless everyone who this sort of situation and give them and myself a little of peace of mind. I've suffered many years due to this abuse and it has not been easy as im sure understood. I thank God for his comfort he's provided and once again I thank you.

I am hoping and praying that the judge and whomever else that is a part in handling this situation could be fair and put theirself in our situation will be fair in this final judgement and case.

FILED
MAY 18 AM 10: 58
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE



19801-302499

Justice Lauri Selber
Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE
19801


