**FILED**

2021 MAY 18  AM 10: 54

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

8/10/21

my [REDACTED] [REDACTED] you asked me to write a letter to [REDACTED] myself

concerned about my moletion in th BOA. It was o.k. to talk to someone about my case.

[REDACTED] was a troop lead leader and he had had a lot a power. Before he acually molested me, I form oned. I was full of fear and it was was alif it happed

[REDACTED]

Finally I quit the BSA, becabe I becamed dicussed at the abuse I ued to be a nappy fun loving kid, but afterward I became full of fear

U.S.A

return selbert silverstine

BSA Bankruptcy Case:
824 Market Street, 10th floor
Wilmington Delaware
19801.

LOS ANGELE
14 MAY 202