Dear Justice S[...]

I am writting you to tell you my story of how I was abused by a scout leader, when I was 13 years old, I am now 78 so some things are hard to remember. It happened while at camp a week. [REDACTED] who was a respected policeman in the church neighborhood was the abuser. While at camp he was asked by my father to wake me e night to go outside during the n[ight] [...] was a bed wetter. Th[...] [REDACTED] untill my father came to camp

for [...] my Dad confronted Mr. [REDACTED] and he left and I never seen or heard from him again. Back then this was never recorded or discussed like now. I thought about it a lot it bothered me. I disapointed that a policeman could do such a terrible thing. I had a older sister that had been murdered by her X husband a few years earlier that plus this abusement at camp really affected me, caused problems in school and in my life for years, I don't think about it any more as I have gotten older, but I wish it had never happened. I wonder if Mr. [REDACTED] abused other boys.

Sincerely

[REDACTED]



SAINT LOUIS MO 630
12 MAY 2021 PM 10 L

Justice Lauri Silverstein
US A Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE.
19801

19801-302499