FILED 5-3-2021

2021 MAY 18 AM 10:18
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear,

Justice Laurie Selber Silverstein,

My name is ▮▮▮▮▮ i only have this to say to you right now for myself, and others like me we need the BSA to be held accountable for what they have allowed to happened to us. was ungodly, and lifetime of pain and suffering mentally and physically. The BSA must be held accountable for the atrocity they let happen to children that were intrusted in their care from our parents.

I ask you this Justice Laura Selber Silverstein, what would you want and how would you feel if it happened you or your children?

Thank you for your time,

Sincerely ▮▮▮

PS.

Justice Silverstein Please give us Justice



To:
Justice Lauri S.M. Silverstein
BSA Bankruptcy X-RAY
824 Market Street
6th Floor
Wilmington DC 19801

