Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

Claim Number
SA - ███

FILED
2021 MAY 18 AM 10:50
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I was a new to B.S. and very proud. Mom signed me up for BS summer camp. It was in June 1946 or 1947. I'm old now and don't have those dates. But I do have a good memory.

My parents drove me to the camp, Wood Lake, North Dakota. On a Sunday. Camp started Monday. They looked it over, met the leaders, hugged me, + left.

One of the leaders showed me my pup tent. The tents were spaced-far apart on a ridge. There were tree's behind. One scout per tent. Now I know why!

On Monday, the head leader was very friendly and told me about the the highlights of the camp which was the canoe's. They were locked in a restricted area and the scouts could only go in a small section of the lake. He said he had his own canoe, at his cabin, and he could teach me how to paddle and how to be safe. We could take the canoe to anyplace on the lake.

I was quiet and wanted to go. This man bothered me. I wanted to be with the other scouts. I said I had to go + thanked him.

There was a large stage set up for Monday Eve. Very impressive show for a young Scout. A lot of fire (pits & torches) and great drums. The main Leader, the man who I knew, gave a very good presentation on scouting. He was very impressive. I sat close and took it all in. It was very well done.

I awoke Tues. AM, well before sunrise. I was alarmed! There was a man in the opening to the tent. It was not a pitch black night. I could tell it was him! He didn't say a word and I was to scared to talk. He came down after me and I remember ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ very aggressive and big. I was small but wirey. (I liked to wrestle with my friends) I could take most of them. I got free of my sleeping bag. I twisted & turned & fought him. It was hard for him to get a good hold on me because I was small and quick and he was too big for the tent. It was a great fight. I wasn't crying or calling out. He was quiet.

He kept trying to get hold of me. I was able to get around to his backside and kept moving. I remember he was winded and moving slower. Pre-dawn was setting in and he left. I remember that I was throwing up and crying. I didn't know what I could do or should do. So I did nothing. No cell phones back then. I knew then that they were all in on it. My troop was very small and I was the youngest. My troop leader did not come to the camp. I stayed around other scouts for the remainder of the week. I was ashamed and didn't tell any other scouts. I stayed in the tent and didn't swim or canoe.

When I was home, I of course dropped out of BSA. I never told my parents why. I could never tell such a repulsive story to them. My mom kept asking me what was wrong with me. I said nothing. My parents were quiet, hardworking, rural N.D. people. They wouldn't know who to turn to. I was embarrassed. I don't like writing this letter. It makes me angry + sad. It is hard to grasp just how evil these camps were and how it was all planned out. The insurance company's were negligent or they should of had Loss control in place. They collected premiums and paid out nothing or very little.

It was all planned, all staged, all contrived. It was a criminal assault of young innocent boys. And they have gotten by with it until now.

The BSA and the Hartford would be very wise to pay all the claims now because they know they are guilty and once this story gets out there it will get much worse. Hollywood, (ie The Cohn Bros. & others) won't pass this one over.

The BSA was a very profitable account for the Hartford or they would not have retained it. Now it's time to pay up. We need to see all the claims paid and all the premiums.

I doubt the reorganization plan would include any substantial money damages for th organized sexual abuse of minor boys. The sexual nature of this case makes it paramount that the abused young children be compensated before any reorganization plan goes forward. Otherwise there will not be any real damages paid to the abused scouts.

I don't feel sorry for the BSA, they were extremely negligent and now they must pay. That's the law as I understand it to be. The Hartford should have known. Where was Loss Control?

Sincerely,
[redacted]



U.S.M.S. X-RAY

JUSTICE LAURI SELBER
SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET ST, 6TH FLOOR
WILMINGTON, DE 19801

