Dear: Honorable Judge Justice Lauri Selber Silverstein

FILED 2021 MAY 18 AM 11:06 CLERK U.S BANKRUPTCY COURT DISTRICT OF DELAWARE

I'm writing concern about my case, Abused in Boy Scouts, my whole life has changed due to what happend to me and other boy's my age we were mistreated, and misguided, Due to I was so young, I didn't understand, Anything I just thought, to make my Troop Master happy was for the best, but I was wrong" Now that I look Back at that Now, because it Really Did mess up my life, I Did everything to get into trouble, so that I didn't have to go to the scout meetings or be out camping, thats where it was real bad for us boys, to this Day I still have Bad Dream's, AND I'm on Mental health medication Due to how I was mistreated by Our scout leader, I do Remember A few times I tried to Kill myself, I just can't look at myself in the mirror

My young life was tooken away from me!! That's when I didn't want to be on this earth anymore, my innocent was tooken away, and to this day I can never forget!! I was raped, and it destroyed my life, and I hope that the BSA, know's that they have changed alot of us young boy's our live's to this day has never been the same! Please my Honorable Justice Lauri, make them be accountable for there action's. Thank you so very much for your time I do appreciated alot..

Sincerely,

Case SA-



Legal MAIL

Prison Generated Mail
CSP-SACRAMENTO

RECEIVED
MAY 14 2021
CSP-SAC MAILROOM

Justice: Lauri Selber Silverstein
BSA. Bankruptcy Case
SA-
824 Market Street 6th Floor
Wilmington, DE
19801