CLAIM NUMBER

FILED ▓▓-▓▓ SA-████

DECKER

2021 MAY 18 AM 10:59

JUSTICE LAURI SELBER SILVERSTIEN I AM ████
████ I AM WRIGHTING YOU CONCERNING THE
LAWSUIT WITH BSA & SO THAT tHE COURTS CAN
CAN PUBLISH MY LETTER IN THE DOCKET SO IT CAN
BE PUBLISHED SO THAT YOU THE INSURENCE COMPANIES
& THE BSA COULD SEE MY STORY SOMTHING REAL & UP
2 DATE. I WILL TRY TO KEEP IT SHORT I AM SURE
YOU ARE ALL BUSY, BUT I DONT WANT THE BSA &
INSURENCE COMPANY TO GETAWAY WITH PAYING LESS THEN
10% OF THERE TOTAL LIABILITY TO THE VICTIMS OF
BSA.

MY STORY
WHEN I WAS A YOUNG BOY IN THE BOYSCOUT ME &
MY BEST FRIEND ████████████ WE SURE LIKED
BOY SCOUTS UNTIL ONE CAMPING OUTING. IT WAS

THREE

WITH ME & IT SCARED ALL 3 OF US BOYS. THEN

[redacted]

I TOOK that OPERTUNITY TO ESCAPE I GRABED MY TOWEL & CLOSE & RAN BACK TO MY BEDING AREA NAKED WITH MY CLOSE IN MY HAND. I QUICKLY DRIED OFF GOT DRESSED & WENT OUTSIDE & THREW UP AGAIN, RAN BACK INSIDE MY BED PULLED THE COVERS OVER MY HEAD, I WAS COLD, SCARED, & IN FEAR OF MY LIFE. (TO THIS DAY I STILL SLEEP WITH THE COVERS OVER MY HEAD) LATER ON THAT NIGHT ME & THE BOYS IN MY BED AREA WOKE UP TO MY FREIND [redacted] SCREAMING "ARE BOY SCOUT LEADER IS GAY HE JUST TRYED TO MOLEST ME". THATS WHAT I REMEMBER I DON'T REMEMBER HOW I GOT HOME, BUT WHEN I DID I DIDINT tell MY MOM WHAT HAPPEND BUT I TOLD HER I

NEVER WANTED TO GO BACK TO BOYSCOUTS AGAIN, & SHE SAID OK HONEY YOU DON'T HAVE TO GO BACK. SO ME & MY FRIEND ███ NEVER WENT BACK AGAIN. I NEVER TOLD HIM WHAT HAPPEND TO ME, BUT HE TOLD HIS FAMILEY WHAT HAPPEND TO HIM & THEY PRESSED CHARGES, THE PEDIFILE WAS FOUND GUILTY & THEY WON A LAWSUIT AGAINST THE BSA.

THE FACT THAT THE BSA IS ONLY TRYING TO PAY 10% OF WHAT THEY SHOULD. IT'S A INSULT & MAKES ME SAD THAT JUSTICE ISN'T BEING SERVED. PLEASE HOLD THEM ACCOUNTABLE FOR WHAT THEY DID TO ME & THOUSANDS OF OTHERS. I STILL SLEEP WITH MY BLANKET OVER MY HEAD AT 45 YEARS OLD. IT DESTROYED MY TRUST IN ADULTS, I REBELED DROPED OUT OF SCHOOL FOUND DRUGS TO HELP WITH THE PAIN, IVE NEVER BEEN MARRIED OR HAD CHILDREN DUE TO SEXUAL INSECURITYS & UNCONFERTABILITY. I AM CURRENTLY SERVING A JAIL SENTENCE OF 5 YEARS FOR STOPING A RAPEIST FROM BEATING AND RAPING MY BEST FRIEND. I AM BARLY DEALING WITH THE FULL SPECTRUM OF HOW MUCH THIS TRULY HAS EFFECTED MY LIFE IN SUCH A NAGATIVE, DESTRUCTIVE, & EMOTIONAL WAY. I COULD NEVER HURT A CHILD OR WOMEN, BUT I HAVE LITTLE CONTROLL OF TRYING TO PROTECT SOMEONE ONE WHO IS BEING ABUSED, IF I SEE IT OR KNOW ITS HAPININGS I WILL STOP IT OR CALL THE POLICE ON ANY

.. BODY WHOS HURTING SOMEONE ELSE.
.. THANK YOU FOR TAKING THE TIME TO READ &
.. POBLISH MY LETTER, AND PLEASE NO MATTER WHAT
.. DON'T LET THEM GET AWAY WITH THIS ABUSE IN
.. THE PAST, PRESENT OR FUTER. MY LIFE IS PRICELESS
.. & IS WORTH MORE THEN 3,000 DOLLERS. THAT CAN'T
.. EVEN COVER THE THERAPY OR RECOVERY OF ME.
.. I KNOW ONE THING FOR SURE & THATS THAT I
.. WILL BE DEDICATING MY LIFE TO COUNSOLING OTHER
.. ABUSE MEMBERS.

.. P.S. MY WHOLE LIFE I HAVE FELT ~~GITY~~ GUILTY
.. FOR LEAVING THE OTHER TWO BOYS IN THE SHOWER
.. WITH THE SCOUT LEADER. BUT THERES NOTHING I COULD
.. OF DONE.

C.R.C.
STATE PRISON

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801

LEGAL
MAIL

SANTA ANA CA 926
13 MAY 2021 PM 7