Judge Silverstein

12 MAY 2021
FILED
2021 MAY 18 AM 11:08
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Ma'am,

    I have enclose an in-depth letter I had written back in October, 2020.
    Please read it.
    Thank you in advance for taking the time to read it.

                        Sincerely,

                            Mitchell Meier
                            B.S.A. Claim # 50688

# DO NOT REDACT

To the Honorable Judge Silverstein,

My name is Mitchell Meier.
(My B.S.A. Claim # is: 50688)

I want to sincerely thank you in advance for taking time from your very exhaustive schedule to read my letter.

This is a markedly difficult letter to write, as it is like ripping a scab off an old painful wound.

My life has been derailed since that horrific day back in 1983 when I was 10 yrs old.

I was a carefree, happy boy until that pedophilic monster took my innocence and shattered it into a million tiny sharp slivers of glass each penetrating my heart & soul.

The sexual assault thrusted upon me by Joseph Fauth III, my Troop Leader, Pack #680, Houston, TX / Sam Houston Area Council, at his home 38 years ago destroyed my life since then up to the present.

I have struggle severely with depression, panic attacks, and substance abuse since I was a teenager.

**DO NOT REDACT**

    I was hospitalized for the 1st time in 1988 for 93 days.

    I have subsequently hospitalized 3 times more.

    I couldn't stand the pain of what he did to me.

    I trusted him.

    I admired him.

    I believed him.

I am a broken 48 yr old man on 3 psych meds to this day.

I can't hold a relationship, nor trust anyone.

I hate myself.

I hate the world.

The <u>only</u> closure I can be ~~given~~ given is by the B.S.A. tossing a couple of shillings at my feet? Sad.

The B.S.A. keeps saying that they want to do right by me and all the others abused in their care, but their actions speak otherwise. In fact, their actions indicate they are doing what they have <u>always</u> done; simply pay lip service to child protection while trying to bury any of their potential exposure.

    Judge Silverstein, I want you to try to imagine if I was your son, an innocent 10 yr old, a minor child, and the organization you entrusted to protect me under their watch allowed a full-grown man to ejaculate in my mouth! What would you do?

# DO NOT REDACT

This historic case took decades to come to light — but it has come. The B.S.A. should be so damn ashamed of themselves!

This case is not about insurance companies and their unquenquable thirst for profits, or the B.S.A. and their attempt to get out of this bankruptcy as if nothing <u>ever</u> happened!

My sexual assault done to me as a vulnerable innocent 10 yr-old young boy is worth so much more than lip service from the B.S.A. and their high-power lawyers. My life is worth more than a shady back room deal between an organization that <u>failed thousands</u> of young children and an insurance company only looking out for their bottom line!

I demand accountability!
I dersere it!
I will not be a victim anymore!

I have been trying so hard to repair my train-wreck of a life.

I have 7 months & 6 days <u>clean and sober</u>!

I will close with this your Honor, May God shine His light upon you and may His grace fill your heart.

Help us victims get the word out what the B.S.A. did.

Sincerely,
Mitchell Meier
B.S.A. Claim # 50688

Mitchell Meier



---------- Forwarded message ---------
From: **Mitch Meier** <mitchmeier8@gmail.com>
Date: Sat, Oct 17, 2020, 5:12 PM
Subject: Mitchell Meier; BSA Sexual Assault
To: Christina Brown <cbrown@reichandbinstock.com>

Dear Reader,
My name is Mitchell Meier and
I am 47 years-old.
I am presently a client in a men's alcohol & drug recovery facility in LaMarque, TX called Pathway to Recovery.
It's a 30/45/60/or 90 day program - and it's my second time here on the 90/day program in 2020.
I earnestly hope and pray that sharing my very personal tragic experience with you, that it may assist in releasing the tremendously toxic mental stranglehold it's had on me since it happened.
This is by far the hardest thing I've ever done in my life, but I need to do this.
To speak up and get it out.
I will be candid & transparent with the you, the Reader, because my future sobriety depends on it.
The year was 1983.
I was 10 yrs-old and in 5th grade at ARLENE S. WEBER ELEMENTARY SCHOOL in Houston, Texas.
A friend of mine, also in the 5th grade, BUSTER FAUTH, was in the Boy Scouts and he would come to school telling thrilling stories about what he did in the Scouts.
How he'd went fishing, hiking, canoeing, learned to tie neat knots, etc., at CAMP STRAKE that weekend and other various exciting places.
So one day after another one of BUSTER'S terrific stories about his Scouting outing...
I was completely hooked!!
I remember just begging him if I could join too. He said he'd ask his dad after school and let me know the next day.
(Buster's dad was the Scoutmaster or Troop Leader, I forgot his 'official' title, but I easily remember he was the 'top' man in charge).
The next day BUSTER returned to school and said I had to get a parent's permission to join and handed me some form. I rushed home after school and waited for my mom to get home from work and excitedly asked and begged if I could join up too!
She said "...ok, or fine, or whatever" and signed it.
I was so excited!!
His stories from school now coupled with my own thoughts & dreams about being a real Boy Scout, well, let me just tell you that that was the single greatest thing in the world to me, a 10 yr-old boy being raised by a single-mom with 3 kids without a father. (He walked out when I was 3.)
I immediately returned it to BUSTER the following morning at school. He said his dad would be calling my mom to tell her when/where the Scout meetings were held, uniform cost, etc., and so that was that.
The Scout meetings were held in the M.U.D. Building (Municipal Utility District) adjacent to our neighborhood swimming pool & neighborhood park.
My first meeting was awesome because I got to see a couple of friends from my school, after school in their Boy Scout uniforms and not in corduroys and tshirts.
They were real Boy Scouts!!
2 of my close friends from 5th grade sat next to me that night I remember to this day.
Jason Rodriguez &
Jon Dale Posey.
Remember it like yesterday even after 37 years later.
The following week, my second meeting, is when I got my uniform - and let me tell ya' - I was literally on Cloud 9!!

I rushed home after the meeting and put on my new khaki shorts, then my belt, and then my new navy blue shirt and when then the yellow bandana - well, it was simply "magical".
I finally belonged to something.
I finally felt liked.
I finally felt accepted.
I finally felt pride.
I remember only wishing for one thing that night....
For my dad to come back home.
My third meeting was the following week at the same time in the evening as usual.
What was different about that night was that BUSTER invited me to spend the night after the meeting so we could play on his new Atari (a video gaming system) at his house because there's no school on Saturdays. I called my mom and she said she didn't care. So off to BUSTER'S I went.
Upon arriving and still in our Boy Scout uniforms, of course -  were boys - and because they made us look & feel so "cool" we never wanted to take them off until absolutely necessary, like at bedtime for example.
After a period of time went by, I was getting hungry and thirsty so I went downstairs to their kitchen to get something to eat or drink.
I remember BUSTER'S dad  sitting in a recliner watching TV and asking me what I was doing. I said BUSTER had fallen asleep and I was hungry/thirsty so I came down myself to get something. He said to come on the couch at eat.
I did.
He asked me all sorts of questions about school, if I liked the Scouts so far, about my family, etc., as I ate my Fruit Roll-Up. Still remember eating that Fruit Roll-Up snack because my mom never bought us stuff like that and I always wanted one.
After talking a bit, I asked his dad if I could play pool on the pool table they had in the gameroom. He said sure. He asked if I'd ever been taught to play and I said no. But I played it at the skating rink a couple of times before on BLACKHAWK Blvd. just down the road a couple of miles from out neighborhood.
After missing a few shots, I remember his dad came up and put his left hand over my left hand and his right hand over my right hand and slid the pool stick back and forth to aim a shot. He the white ball and then repeated the process over several times, until after one shot he started kissing and sucking on my neck.
I completely froze.
I was in absolute shock!!
MR. FAUTH then took the pool stick out of my hand and put it flat on the table and spun me around.
I was now standing parallel between the long part of the pool table and a wall.
Standing frozen in total shock.
I remember how my legs were locked at the knees and my heart was pounding.
MR. FAUTH then kneeled down, pushed my back flat against the wall, and whispered "This us perfectly natural between men and boys. Its OK. Just breathe. It's perfectly OK." He whispered this over repeatedly while loosening my belt and sliding my shorts and Under-roos down to my ankles. He then started sucking and sucking and sucking and sucking and sucking on my penis. I stood there frozen in fear with tears welling up in my eyes wishing I was just home. Wishing my dad would have just come home.
MR. FAUTH'S black facial hair was so course, that it left red scratches & streaks inside my thighs up to my very lower abdomen. He also bit me repeatedly inside my thighs and testicle area while maturbating himself until he climaxed in my mouth down my throat, gagging me and making me swallow it.
He raped me.
I swore to myself when I saw my dad again, that I'd tell him and he'd beat up BUSTER'S dad.
I never saw my dad again until I was 26.
AndI never told him.
And I never saw my dad again.
When MR. FAUTH was done with me, I remember him staring me dead in my wet eyes and saying that if I EVER fucking tell someone they'll NEVER believe a dumb poor boy without a dad over a rich man and that I'd also be in huge trouble for doing it.
But I did. 2 years later.
My mom scoffed at me and dismissed it. I was stunned.
My teenage sister didn't know what to do either, especially since mom had 'spoken'.
MR. FAUTH violently & callously ripped my innocence from me.
I was just 10.
A skinny, lonely, ugly little boy. He destroyed my short-lived happiness about becoming an Eagle Scout someday because I immediately quit Scouting and by 13 was smoking pot, drinking alcohol, killing animals, vandalizing cars, graffiti on water towers, and cutting my arms with a razor blade.
Betrayed by a trusted adult who raped me.
In my uniform and he in his with his BSA shirt unbuttoned.
Still see it with such clarity that it no amount of alcohol or drugs can make it disappear.
God knows I've tried.
But by staying on my medication and in therapy, I refuse to hide in shame, guilt, and remorse for another day!
I have finally mustered up the courage after multiple years of intensive inpatient therapy, psychotherapy, numerous psychiatric hospitalizations for suicide attempts, and a plethora of Outpatient & inpatient  CBT Programs, I feel brave


DO NOT REDACT

enough to stand up and show my face to the world.
I've been prescribed over 15 different medications since I was 15 in 1988 when I was first hospitalized for 93 days until today where I'm still an inpatient because MR. FAUTH can't win.
I still alive MR. FAUTH!
I'm not a Victim -
I'M A VICTOR!!
For over 37 years now, I have been drowning in a mental rip-current. I just exist, not live.
I'm an ultra lonely, terribly insecure man who isolates from everything & everyone. I still avoid all family functions on holidays just like I've been doing for over 3 decades.
My world?
My world??
Since what Mr. FAUTH thrust upon me back and stole from me on that monstrous night in 1983, that pedophilic monster has become the real-life Freddie Kruger of NIGHTMARE on Elm STREET - invading my consciousness and causing me hundreds of reoccurring nightmares.
My world is an inky-black abyss of loneliness and pain.
A persistent, searing depression, heavily peppered with white-knuckle anxiety, and topped with a blue-flame hair-trigger temper that many have unfortunately- and undeservedly - been on the receiving end of.
My world since MR. FAUTH sexually assaulted me that night has been like that of a bus that has lost control of its steering, crashed right through the guardrail, and tumbled end over end until exploding at the bottom.
A "life" chocked full of shattered dreams, shattered promises, and shattered memories.
A truly pathetic existence. One of self-inflicted pain exasperated further by alcohol and drugs to provide just a momentary reprieve from the seething pain inside.
Through my doctors, therapists, counselors, and medications, I have mustered up the courage to finally shout my story out from the rooftop!
I want to thank you from the deepest part of my heart for reading my story. If it helps just one victim of sexual assault come forward, then I'll have accomplished my 2-part mission -- 1) To help release me from my molester's mental grip on me; and to hopefully help another sexual assault victim come forward that had his innocence violently robbed from him by a trusted-adult wearing a BSA uniform.

Sincerely,
Mitchell Meier (B.S.A. CLAIM # 50688)

THIS LETTER IS BEING SUBMITTED BY ME, MITCHELL MEIER, ON 12 MAY 2021

*[signature]*

**DO NOT REDACT**

Mitchell Meier / B.S.A.CL#5068
7820 Seawall Blvd. #330
Galveston, TX 77551

NORTH HOUSTON TX 773
13 MAY 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE 19801

19801-302499



U.S.M.S.
X-RAY