**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 2651, 2740** |

**CERTIFICATION OF NO OBJECTION REGARDING SIXTH
MONTHLY (COMBINED) APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS
INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE
FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021
(NO ORDER REQUIRED)**

On April 21, 2021, Pasich LLP ("Pasich"), insurance counsel for the Tort Claimants' Committee, in the above-referenced cases, filed its *Sixth Monthly (Combined) Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from March 1, 2021 through March 31, 2021* (the "Application") [Docket No. 2651]. On April 30, 2021, at the request of the United States Trustee, Pasich filed the *Notice of Filing of Revised Exhibit A to Sixth Monthly (Combined) Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from March 1, 2021 through March 31, 2021* (the "Revised Exhibit A") [Docket No. 2740].

        The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the Application or Revised Exhibit A. The

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application or Revised Exhibit A appears thereon.  Pursuant to the notice attached to the Revised Exhibit A, objections to the Application were to be filed and served no later than May 14, 2021 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] entered on April 6, 2020, the Debtors are authorized to pay Pasich LLP $129,971.60 which represents 80% of the fees ($162,464.50) and $0.00 which represents 100% of the expenses requested in the Application, for the period from March 1, 2021 through March 31, 2021, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:  May 18, 2021                  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  jstang@pszjlaw.com
        rorgel@pszjlaw.com
        joneill@pszjlaw.com
        jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*