Claim # SA ▮▮▮▮   May. 10-21

To The: Judge

FILED
2021 MAY 18 AM 11:08
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Sexual abuse of a child, That would let a organication like The B.S.A. leaders Do what they Did Do To minors.

In my early years I Thought That Boy Scouting was going To Be good. I was about 7 or 8 years old. It started To go good, the leaders made it Sound like fun. Then we Started To go on camping trips, the leader would take me out away from ever one. He Said I was To get Badges and move up. Then ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ about ever mounth for about a year. It was the Same header. The name ??. Right after a year we moved out of State.

When I got to H.S. in sports I was always shy away from taking a Shower, around The other Boys.

my life went and in the.
Back off my mind, IT was a night
mare over + over ogin. IT Takes
a one Hell of a toll on your
Life.

I got married in 1975 and
to the Day I Heared on TV
That B.S.A. was under Sexual
aDouse of a minor I Looket in
TO IT.

now I am in my Late 60s
and on a fifet income, Disalilepy.

I Hope you can Help me
in the time of my Need
for Help.

-So Please Do Some
Ting about This. I am
Preying Some thing is
going to come out of This

Please Judge Help me

C.M ███

Thank you very much



PHOENIX AZ 852
11 MAY 2021 PM 8 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 market Street 6th floor
Wilmington, DE 19801

19801-302499