

FILED May 13, 2021

2021 MAY 18 AM 11:12

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Claim Against the Boy Scouts of America
ID No. #SA-[REDACTED]

Dear Judge,

I am one of hundreds of thousands of children that was abused in Scouting. this abuse started when i was just 11 yrs. old everyday that i woke up i have to re-live the terrible events that the Boy Scouts put me through Nightmare after Nightmare is something i have to deal with almost every single night. We the victims Continue to watch the Boy Scouts avoid responsibility for what they did to so many children. Since this has happen to me i have never been the same and the Courts keep allowing the Boy Scouts to pro long our case by letting them Continue to file Bankruptcy, My life will never be Normal again because what they did to me. your Honor please pretty please hold them accountable for Sexually abusing Minor children. The Money to Compensate Survivors is a very very small price to pay to so many people that has and will be affected for the rest of their life. The Boy Scouts of america is one of

the biggest organizations in the world and for them to want to protect there money but refused to protect Children Shows exactly what type of organization they really are. I have mental health issues that require Counseling for the rest of my life Not to Intention the Major depression disorder i Suffer from. your Honor thank you for taking the time to read our letters and See how every one of us is affected differently.



Prison Generated Mail
CSP-SACRAMENTO
MAY 14 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case,
824 Market Street 6th Floor
Wilmington, DE 19801



ZIP 95630
$ 000.51°
U.S. POSTAGE >> PITNEY BOWES