SA-███

FILED
2021 MAY 18 AM 11:10
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern
I'm just a old country boy that when I was young ~~trusted~~ people because that was the way I was raised by my parents. Its hard to talk about things that happen to me from hands of the person that done the things that was done to me. It really change my life growing up in a small town where everybody knows everybody. I hated gay people crossdresser and thing to do crimes against children. I didn't trust anybody after what happen to me and to think that the people responsible for touching childrens after parents trust B.S.A. Its made my life a living hell. I had night mares most of my life and still think about it every day. It cost me three marriages because I thought it was dirty to touch and fill a perfectly beautiful women. It ruined my life and I still fill dirty because of the man that

done this to me. Done oF my
children ~~and~~ never joined B.S.A
because, I still don't trust Them.
I told my kids when they got grown
what had ~~[redacted]~~

It took a lot To set down
and write this because of bad
memories.
I take medication to ~~go~~ sleep.



LEXINGTON KY 405
13 MAY 2021 PM 3 L



19801-302495



Justic Lauri Selber Silver St
BSA Bankruptcy Case
824 Market Street 6TH Floor
Wilmington DE, 19801 SA-