CASE # SA-███

To who it may concern,

I am writing this as a survivor of child sexual abuse from a Boy Scout of America adult leader. This person, I will not call him a man, was my neighbor as a child. He was trusted by my parents because he was a BSA leader and "did so much" for the organization and children. His name is ███████████ and he now sits in prison for child pornography since 2019. I was abused at age 11, 42 years ago. How many children were abused by this one person because the BSA was more interested in their image and hiding predators then protecting the children entrusted to them. My childhood was destroyed by these actions. I had anger issues in life, dealt with drug and alcohol abuse, had relationship problems and questioned the man that I am and my self worth. Good thing God made me a strong man and I can say I am a survivor.

I have been waiting over 40 years for my voice to be heard, for the neglect and abuse of children by the hands BSA staff to be exposed. Now the BSA and their lawyers and insurance companies want to act as nothing happened, do better next time, no accountability. I have had to live with all the emotional scarring most of my life. I have had to overcome so

many bad feeling of myself and self destruction from the pain I have inside of me from the abuse. It is time for the BSA to be held accountable for their role in the abuse of children for so many years.

I an only one voice of so many. I am a strong man, thanks to God being part of my life. I ask you to try and see the child I was, the innocent child that changed because of one person that the BSA protected. Shouldn't all the children been the ones being protected?



Justice Lauri Selber Silvistein
BSA Bankruptcy Case
824 Market St
6th Floor
Wilmington, DE 19801