FILED
2021 MAY 18 AM 11:18
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 14, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear Justice Silverstein,

My name is ▮▮▮▮▮ and I am affiliated as a claimant with the current Abused in Scouting litigation.

I have followed the court proceedings closely and am familiar with the latest developments the case.

One of the more interesting trends I have observed, is a push to minimize liability on the part of the Boy Scouts of America without full consideration of the victims.

While I can only speak for myself, the consequences of my abuse have been difficult to deal with during my life and sometimes debilitating. Approximately ten years following the abuse, I found myself experiencing irrational fear and paranoia in both my personal and academic life. I experienced a variety of symptoms such as chronic nausea, vomiting, hand tremors, and insomnia. I could write 50 pages providing details and examples of how all of this affected me and sometimes made it impossible to function. Fortunately, I had resources available at the University I was attending and was treated with kindness in our counseling services. I was in therapy for approximately five years, two of which were group therapy for sexual abuse survivors. This is all well documented in my medical records, along with a letter of reference from my therapist, which I submitted as evidence in my claim.

Problems of abuse within the Boy Scouts are not isolated. Ironically, one of the members in my survivors' therapy group in college was also a former Scout. He spoke at length to us about a years-long romantic and sexual relationship with his scoutmaster, starting when he was 12 years old. At the time of the abuse, he truly believed he was in love with this older man.

There are plenty of other stories in the media of abuse by scoutmasters, easily located through a quick internet search.

I think what I learned through my years of therapy was that these predators felt they could act without any fear of consequences. They took advantage of young boys who in many cases could not defend themselves.

I would encourage you to please take into consideration the victims of abuse as we move forward.

I wish to remain anonymous, please redact any identifying information.

Sincerely,



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801330824 C012


FOREVER / USA