FILED 5-12-21

2021 MAY 18 AM 11:08

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUSTICE SILVERSTEIN,

MY STATEMENT WAS MADE TO AVA AS CLAIM # SA-█████ DETAILING AN INCIDENT OF SEXUAL ABUSE OF A CHILD.

BSA WAS RESPONSIBLE FOR MY CARE AND SAFETY.

IT WAS NEVER REPORTED FOR FEAR OF DISBELIEF. IN 1961 THERE WERE NO ADVOCACY GROUPS FOR VICTIMS.

SCOUTING DISAPPEARED.

A CONFUSED 9 YEAR OLD SUFFERED THE EMOTIONAL TRAUMAS OF DECLINING GRADES, FIGHTING, SHOPLIFTING, SMOKING, NAIL BITING, BED WETTING, AND OTHER.

DUE TO THE EFFORTS OF █████ AND AFTER 60 YEARS OF CONFUSION AND FEELINGS OF BETRAYAL, WITH NO VOICE, MY ONLY RECOURSE IS TO EXPOSE BSA.

THEIR ATTORNEYS WERE NOT PRESENT. IT DIDN'T HAPPEN TO THEM. THE SYSTEMIC BSA DENIAL AND COVERUP MUST BE ADDRESSED.

THIS IS NOT A MATTER OF SUPPRESSED MEMORY. MY STATEMENTS WILL NOT BE REFUTED NOR MY RECOLLECTION CHALLENGED.

HAVING SUFFERED ABUSE AT THE HANDS OF BSA,

IT WILL NOT HAPPEN AGAIN AT THE HANDS OF THEIR ATTORNEYS.

CHILD MOLESTERS AND THEIR ENABLERS MUST BE HELD ACCOUNTABLE, AND JUDICIAL INTEGRITY EXCERCISED.

SINCERELY
AND
EARNESTLY,

CLAIM ███████

19801-302499

JUSTICE LAURI SELBER SILVERSTEIN
BSA Bankruptcy Case
824 MARKET STREET
WILMINGTON, DE 19801

12 MAY 2021 PM 8 L
PHOENIX AZ 852