Wednesday, May 12th, 2021

BSA Bankruptcy Case
824 Market Street (6th Floor)
Wilmington, DE 19801

SA-


FILED
2021 MAY 18 AM 11: 16
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Justice Lauri Selber Silverstein,

    Your Honor, my name is _____ I am a victim/plaintiff in this matter. I have been monitoring this case from the start. Knowing to some degree what to expect due to the thorough communication from my Counsel, I am still left astounded at the blatant waste of resources by an organization that has failed hundreds of thousands of children across the U.S. and an insurance company interested only in protecting their assets. With new legislation designed to empower victims of child sexual abuse and hold perpetrators accountable, I was hopeful that the business-as-usual stall tactics and complete lack of compassion for victims by the organization and their insurance companies would not be so overt and accepted. I believed the organizational sexual abuse of minor children was over. I expected the Court to agree that their interests should pale in comparison to mine. Has there not been enough cases of this kind to prove beyond any doubt the long-lasting, deep-rooted trauma caused by these predators?

    Are there not enough volumes of psychiatric documentation linking suicides, drug and alcohol abuse, incarceration, victims becoming sexual abusers, dysfunctional families, broken marriages and failed employment histories to substantiate the extent of damage caused by these predators?

    The BSA's sins of the past must be answered for. Accountability, once evasive to the courts, has now been firmly placed within the courts arsenal to end this systematic sexual abuse of minor children.

    In short, the reorganization plan is insufficient. A non-starter! Before the court permits the waste of valuable time and resources on a vote that will take months, only to be voted down, please consider that the BSA can do much better. Clearly, with such a slap-in-the-face plan, the BSA has forfeited its right to continue to control the Bankruptcy process.

    I have suffered GREATLY throughout my life as a direct result of the sexual abuse forced upon me as a child in the Cub Scouts. The culture of cover-up, victim blaming, wielding shame to intimidate victims into silence and isolating victims from their peers has affected every aspect

of my life for decades. The damage I have done to myself and others, the pain, the loss, the shame, is incalculable.

We placed our trust in the BSA. Our families placed their trust in the BSA. They abused our trust and used it as a tool of manipulation and deviate sexual abuse. These are the most loathsome of sexual predator, and to allow them to prolong their accountability and skip around that which is due victims who have suffered and struggled for so long is an outrage.
It is you, your Honor, that we place our hope in. It is you, your Honor that we look to for Justice. If we cannot place absolute faith in your ability to serve as our voice and deliver the Justice we deserve, then what recourse is available to us?

We need your strength. We need your experience. We need your expertise in the process of Law. We need your courage. And we need you to understand the scope of suffering hundreds of thousands of children experienced then and experience today as adults. There are many no longer with us because the burden was too much to bear. Their families continue to suffer. And for what? The deviate sexual desires of a pedophile, a predator.

Please end this Your Honor. Please use the tools the legislators provided. Please deliver the loudest, most effective statement to date that child sexual abuse ends NOW.
Thank you for your time and attention.



SAN JOSE CA 950
13 MAY 2021 PM 3 L

Justice Lauri Selber Silverstein
c/o BSA Bankruptcy Case
824 Market St. (6th Floor)
Wilmington, DE 19801
USA

19801-302499