Claim No █████

5-11-2021

To Justice Silverstein
BSA Bankruptcy Case

FILED
2021 MAY 18 AM 11:[?]
CLERK
US BANKRUPTCY
DISTRICT OF DELAWARE

Youre Honor, it has taken me a number of days to collect all my Thoughts and emotions and tell you of the horrific things I endured for 5 years in Troop ███ in ██████████.

Boy Scouts was my whole world and I truly loved it for 18 months until an assistant Scout Master named ██████ turned my world upside down.

It all started on a Camp out in 1971 in ██████ Boy Scout Camp. Several young men got chiggers from the Brush at that campout so when he called me into his Tent he told me to pull my pants and underwear down

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

He says that what he was doing was normal and to stop whining. I turned around after re dressing and ran out of the tent. I didn't tell my fellow Scouters about it cause i was so mortified. Also i did not tell my Parents either. 2 weeks later i had to go down to his home which was about 100 yds from my parents home, to test for one of my 25 merit Badges i earned while in Scouting. I thought surely

He would not do anything again, wrong. He did, soon as i got there we went back to he and his wifes bedroom. Locked the door and told me he had to do a follow up on his boot daggers check. I said no and he said if i didnt do it i would be kicked out of scouts. I was so Horrified at the thought of not being in something i loved! I pulled my

[REDACTED]

out of the room and home. I showed my mom + Dad who said i was lying. She told me i was lying. I showed Rerike som and she said it was a acil stain. In the next 3 years he raped me 6 times. I called the police But they said i was lying. He Raped his 2 sons repeatedly. I got cut out of BSA the next year. I have told no one of this since it happened. I was too ashamed. This experience has turned my life upside to say the least. I have been to prison 7 times and have done 23 yrs in prison and i dont know if ill ever be the same mentally ever again. Youre Honor. Please dont let these monsters get away with this wrong.

[REDACTED]



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, Delaware 19801-3024

NORTH TEXAS TX 750
12 MAY 2021 PM 3 L





925701215133419