Dear Justice:

My name is [REDACTED]

I am writing in request of the ALS Lawsuit.

I just turned 70 yrs old, 60 yrs younger brother & joined the Cub Scouts, Wacvalous Chapter #322. Meetings were held in the basement of St. Mary's Catholic Church west Kelso Washington. After several fondlings and one OARAL event. I asked questions in the confessional. Father [REDACTED] said "don't worry about it, Roman Senators all had love affairs with young boys, at the time it was normal."

Years later my wife asked me why I had intimacy & relationship problems. When I explained she left me. Her mormon bishop spent one hour explaining
over

how the mormon Church could not condone any maritial affiliations with someone molested by a catolic Priest.

Shortly after my confessional father ▮▮▮▮ left the Church and the Priesthood for parts unknown, and the troup was disbanded. my brother & I spend hundreds of hours in meetings to nurture the inner child

Very few days for 60 yrs have past where shame guilt and anger adversly affected my life.
Thank God for the people I can share the rough spots, but it never really goes away. How can anyone justify such perversion.

thank you



Justice Lauri Selber Silverstien
BSA Bankruptcy Case
824 market st. 6th floor
Wilmington DE. 19801

MAy 11-21