My name is [REDACTED]
[REDACTED] my claim number
is SA-[REDACTED] SA [REDACTED]

FILED
2021 MAY 18 AM 11:03
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

▮▮▮

they ▮▮▮ same town I did ▮▮▮ a Bloc away from where I did the sexual abuze, happed ▮▮▮ ▮▮▮ I'm still been sexvaly abused by the B.S.A. today and fear for my country I feel I see them turning on America and the sexval ABuse can not be Tolerated ~~stood~~ for. I'm in fear for my life. I'm in fear for my country I've ~~been~~ attacked ~~By~~ the B.S.A. Long enough

I have been nothing but sexual abused since I reported my sexceal Buise I Blaim my adult sexceal Abuse on the B.S.A. today from 1993 to 2021 how "old" are they today 35 to 55 65 the dates most my reason for writing this letter and my reason for writing this letter I Blaim Rowe County Sheriff Morgan County Sheriff the stock Medical Center.

I've been traumatized long enough.

My name is ▮▮▮▮ ▮▮▮▮ I am writing you because, I have been in pain since ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ molested me, ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Remember the fear and my not going to know what is going to happen next in my life. I fear for my life. I fear if I don't win this case the B.S.A. will never learn the path to help children and the country. It's not just for me, this is for the country and world. Let them know the B.S.A. has turned a blind eye at the sexual abuse of me ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and thousands of other long enough. I want you to know I have been in severe pain

tax evasion
I want you to know I can't walk down the street today Because of the B.S.A. and not fear for my safety the safety of Children and the safety for my Life since I've Been under Attac By the B.S.A. I have suffered a Brain injury more Sexual abuse and have Been Held Back since I was Sexual abused by the ████████

to press exual ABuse Charges against all ~~no~~ of the ones I am reporting I was sexualy abused at ████████ the year 1991 1992 1993 and still to today am



Justice Lauri Selber
Silverstein BSA
Bankruptcy Case
824 Market St. 6th Floor
Wilmington DE 19801

Knoxville TN 377
May 2021 PM 1 L