Justice Lauri Selber Silverstein

**FILED**

I am writing to you about the Boy Scouts sexual ~~assault~~ ~~~~ on me. In the begining I was a Special Kid. I was Retared. I was in Special Ed. all my life. The Doctors said I was ADD and Hyperctive and I didn't know anything about life. I couldn't get along with anyone. I was an outcast. My Dad had a friend ~~~~ who was head of the Boy Scouts, troup of American. My Dad made me go Back to the camping grounds. Said his friend wouldn't Do the Sexual Abuse. I ran away ~~~~ after school. I packed a bag + Started Down the Highway. My Dad was coming home from work saw me walking Down the Highway. My Dad told me I had to go back. I said no. My Dad beat me cause I wouldn't go back. When my Dad found out about his friend + what he did to me, My Dad quit ~~~~ the Boy Scouts of america. He was helping them. My Dad had to ~~~~ go to work (Air Force) the night the sexual abuse happened. ~~~~ ~~~~. My Dad ~~wanting~~ had wanted to Do Something we could together. ~~~~ When the ~~~~ guy told me I could share his Tent all the ~~~~ other boys started to laugh. They knew what was going to happen.

See BACK

I TALK TO my SISTER
AND SHE WROTE THE LETER

I STEEL DO NOTT UNDER STAYD
LegLe StuFF

I HADE TO LIVE
WITH THIS ~~HEFER~~ SO YEARS
AND STILL HATE TO



Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street, 6th Floor
Wilmington DE 19801

