FILED
21 MAY 18 AM 11:18
CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 11, 2021

Claim Against the Boy Scouts of America

Claim # SA ▇▇▇▇

To: Justice Lauri Selber Silverstein

To who it may concern:

I still think about what happen to me everyday while with the Boy Scouts. Please consider the pain I went through + continue to. I'm 70 years old + this happent to me between the ages of 11-15.

For many years after I left the Scouts, I would run into my old Scout
(over)

leader while in high school, college & into my 30's. Each time he would start to cry, because of what he did to me. I think he wanted to apologize to me, but he never did. I think it affected him too.

Thanks for your understanding of this matter.

Sincerely,





Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street 6th Floor
Wilmington, DE 19801

NORTH TEXAS TX P&DC
DALLAS TX 750
12 MAY 2021 PM 4 L

19801-302499