Justice Lauri Selber Silverton

I was atleast Ten years old if not younger when I was molested at a Jubilee. I Trusted and Beleived the adults where there to teach me. How wrong I was Because of what I was Taught that Day it hurt me Physicly, Mentaly, and emotionly. I lost all trust I was told if I ever said anything I would be treated as a liar. And nobody would Beleave me! it was many years later when I finialy told some one. I only said something Because I Did not want the same to happen to my little Brother. I never told anyone else. I held it in the rest of my life and have ruined Relationships and my life Because of it. I have Trusted no one. Because of what was Done to me I was of the Beleif that it was okay. I have lost years in Prison and Rebelled against every thing that had even a little Bit of athourity in my life. now I'm a Transgender male that feels like this is what the Boyscouts Did to me.

My case number is ▓▓▓▓▓▓▓▓▓▓▓▓ I will never be Right again it will take years of Treatment and therapy To Deal with all this ▓▓▓▓▓ and mentaly Try to get Right!

Re Claim

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

Legal Mail

1960133024 0012

NORTH TEXAS TX P&DC
DALLAS TX 750
12 MAY 2021 PM 5 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington De 19801

