May 12, 2021

FILED

**2021 MAY 18 AM 11: 19**

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE 19801

Case ███████

Dear Honorable Justice Selber Silverstein,

I am writing this letter to you to inform you that the Boy Scouts of America sexual abuse cases are real and that abuse did take place by Boy Scout Leaders all over this great country. My brother and I were both members of Troop ███ which was part of the █████████████████

It was during the summer of 1972 when the abuse took place and it is well documented that our Scoutmaster ██████████ was the main culprit. My brother was molested by this Scoutmaster in his cabin on the lake and I was forced to play strip poker with other young boys while the Scoutmaster and other parents stood around and observed each of us do things to our private parts. I was 11 years old and my brother was 13. ██████████ was using his position as a Scout Leader to prey on young boys for sex and other things. It was only after he abused my brother on multiple occasions that my brother finally went to my Mother to complain. You see, my father had recently died on a motorcycle leaving my Mother with Eight Children. This is what prompted ██████████ to pray on my brother and myself since we did not have a Father figure in our life to protect us from our Scout Leader.

Please do not let the Boy Scouts of America (BSA) get away with these crimes and hold them accountable for their actions. They secretly covered these crimes up and protected the abusers. I am turning 60 year old this year and time is not on our side. Some of the victims are in their 70s now and need closure. Please use all of your judicial power you can to hold the BSA accountable for the full amount possible and give closure to so may BSA victims that have had to live with this almost their *whole life*.

Very Respectfully,

███████████████████

ATLANTA METRO 301

13 MAY 2021 PM 7 L

FOREVER / USA

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Steet
6TH Floor
Wilmington, DE 19801

19801-3024

