

May 6, 2021

Dear Justice Silverstein:

Thank you very much for hearing the case regarding the Boy Scouts of America and the sexual abuse of their Scoutmasters. I am however disappointed that this case, like so many, is more focused on the bankruptcy, insurance companies, and a quick settlement vs the sexual abuse of minor children.

You have no idea how difficult it can be for a young boy, who looks up to his trusted Scoutmaster as a leader, mentor, and role model, only to witness firsthand that Scoutmaster use his position to sexually abuse young scouts. I am one of those abused scout and I have suffered traumatically from this abuse. [redacted] He was a bad man, and the BSA should have never turned a blind eye to his and similar Scoutmasters actions. Why didn't I come forward earlier, I was not even a teenager and had no proof. Who would believe me versus a respected man in the community?

This incident caused me to begin mistrusting leaders, teachers and upstanding community mentors and that was unfortunate. My grades slipped, I questioned my own sexuality, and it took quite a while to gain back my true self.

Please don't allow the BSA to get off the hook easily. Many young men have been impacted over the years and the organization needs to be held accountable. Thank you for reading this letter and for your support.

Sincerely,

[redacted]

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Flr
Wilmington, DE 19801

19801-302499

