FILED
2021 MAY 18 AM 11: 22
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 12, 2021

Claim ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Dear Honorable Justice Silverstein,

Imagine an 11-year-old boy following in the footsteps of his older brother and attending his first scouting trip. A first time away from the safety of home and parents, a new dimension of life to unfold over the course of summer camp while entrusted into the care of Boy Scout ▮▮▮▮▮▮ Imagine being looked after and guided by your assistant scout master and coaxed into his personal tent as the older scouts, including my own brother, chose to bunk with their established friends. Imagine ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrong. Imagine it again, and then again and the paralysis and shame (shame that cannot even be quantified at that age.) Imagine becoming a young man and following the tenets of the Boy Scout Oath, to be trustworthy, loyal, obedient…BRAVE…and one day at age 16 you recognize the identical scenario that you were once in being repeated with a new tiny ▮▮▮▮▮▮▮▮▮▮

Imagine finding the courage, excuse me, bravery, at age 16 and in the sole company of men to report what had happened to a parent chaperone and then going to the Scoutmaster with your story. Imagine the call that was made to my parents several days later by the Troop elders and the trauma and confusion and anger they experienced. Imagine explaining how to find the courage to address the shame – now public, as the information spreads like wildfire amongst the parents in the know and the scarlet letter is emblazoned on my uniform. Try to imagine proceeding with your Eagle Scout badge, college applications and your senior year of high school while the drama playing out in my personal life was ripping my family apart.  Imagine having filed a report with the Boy Scout Headquarters and having your parents have to weigh an expiring statute of limitations against the unknown expense of legal fees and public ignominy during a time when my 50 year old father was currently attending law school. Imagine sitting in the private company of a judge as he weighed the merits of my Eagle Scout Application, whilst my own father blamed me and my troubles for his inability to pass his exams. Imagine the bravery it took to live through that period and earn my Eagle Scout badge and move on from Scouting only to discover that ▮▮▮▮▮▮ welcomed back the accused Assistant Scoutmaster after my departure from the troop. Imagine learning from your mother that he had been arrested again for lewd and lascivious acts with a minor and was now on Megan's List. Imagine the anger at having been denied justice and the guilt of knowing that my bravery was for nothing, that at least one other young boy had been forever soiled at the knowing hands of the Scouting organization, as though my claim was really nothing of merit or note.

Ms. Silverstein, you don't have to imagine it. I am still living it. I am still trying to repair the damage done to my family. I'm continually learning of the damage it did to me. The anger is immense now as the Boy Scouts once again try to shirk their duty to those thousands of young men who grew up with distorted perspectives on normal human sexuality. I consider myself fortunate, with no lack of appreciation to the Boy Scouts of America for helping to shape the man that I have become in many positive ways, but that man wants to sit in front of a judge and jury with any cameras rolling and tell my story, with no shame an no lack of detail or documentation, in order to reveal in a voice with a face and a name how the Boy Scouts failed me, and failed little ▇▇▇ and failed so many other boys in a systematized and knowing way. I carry a lifetime of anger, dysfunction and disappointment and am still discovering that it is an unsettled issue. Resolution must come and no amount of money can make what I've suffered through my entire life go away, and any amount of money is still not going to be enough. If they must, the Boy Scouts need to lose everything, and start from scratch if need be, in order to right the wrongs they knowingly perpetrated since founding their organization in this country. Given the vast numbers of victims, to have any meaningful resolution it must come at a significant price, and those who insured the Scouts, and the properties that they own, and the income streams that they depend upon need to be redirected towards those they have damaged. A token settlement will not do. It will leave an already unreliable organization operating in the same way, but exposed and vulnerable to more of the same. The Boy Scouts don't need a Chapter 11 reorganization, they need a ground up shake out, a complete socio-ethical reorganization, and that can only happen by resolving this matter in an equitable way to all involved.

I respectfully implore you to hear my voice and to know this is real, and just as young girls fall victim to abuse of this type, so too do young boys. It is no less graphic, gruesome or disgusting. Please remember that this isn't only about settlement money, it is about making a statement and taking action to heal some small part of thousands and thousands and thousands of young men who unknowingly entered a factory of sexual abuse and that sexual abuse factory did nothing to protect the rights of the children.

From my aching heart,





To: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499

SANTA CLARITA CA 913
13 MAY 2021 PM 5 L

