



May 17, 2021

**Judge Lauri Selber Silverstein**
BSA Bankruptcy Case 824 Market Street
6th Floor
Wilmington, DE 19801

**Case Number:** ███████

Dear Judge Selber Silverstein:

My name is ██████████ I am writing this letter on ██████████ behalf because he is no longer able to write due to paralysis. ██████████ is in extremely poor health. He has had multiple incidents that have led to his current state of health. He became Human Immunodeficiency Virus (HIV) positive in his youth as a result of being sexually abused by a Catholic priest while participating in a program sponsored by the Boy Scouts of America. As a result of the sexual abuse, ██████████ suffers from depression and Post-Traumatic Stress Disorder (PTSD). His HIV status has resulted in the shutdown of some of his organs. His health issues were exacerbated when he was involved in a major car accident where the car that he was a passenger in rolled over five times. ██████████ broke his neck and was paralyzed. He is in constant pain.

██████████ has already lived beyond the life expectancy that was suggested to him by his doctors. He has been hospitalized on numerous occasions yearly and given Last Rites by hospital priests almost as often. He needs around the clock healthcare providers for him to function. Due to his health condition, he depends exclusively on his Supplemental Security Income and the healthcare benefits that come along with it to pay for the numerous medications, doctor visits, lab work and hospitalizations that are required to keep him alive.

I have summarized the history of his abuse below.

1. **Background Information on the Sexual Abuse**

   ██████████████ was sexually abused repeatedly by Josephite priest ████████████████████ while he was a scout in the Boy Scouts of America. As a consequence of the abuse, he has experienced lifelong emotional and physical health problems.

██████████████████████ became acquainted with ████████ while pursuing the Boy Scouts of America's Catholic Medal. As one of two Catholics in Troupe ████ it was recommended to him that he pursue the Boy Scout's Catholic Medal. The staff at ████████████████████████████████████████████ assist ██████████ with his pursuit of the medal. Part of the requirements for the medal included the involvement of a Boy Scout troupe, the scout's church, his parents and whoever was the church councilor.

St. Mary's referred █████████████████████████████████ who was the chaplain for the ████████████████████████████ at the time. ████████████ reported directly to St. Mary's. ████████████ was a member of the ██████████████████████████ The order of priests is also known as the Josephites. He was in his forties at the time that he and ████████ became acquainted.

Catholic boys were strongly encouraged to become either priests or to get married and raise large Catholic families. ████████ and his neighbor were the only two Catholic boys in the Troupe ████ Both boys were pursuing the Catholic Medal at the same time. They felt the pressure to be "good Catholics" and receive the Catholic Medal. █████████████████████████ was working with both boys to help them reach that goal.

████████████████ molested and raped ████████ and the other Catholic scout during the time that he spent working with and mentoring them. The priest took turns abusing the boys over a period of years. Their commitment to the church, their faith and the Boy Scouts of America as well as their trust in adult male authority figures made them candidates for the abuse. ████████ has only revealed the full details of the abuse during a deposition in 2002.

████████ used drugs to keep the boys suggestible. The substance given to the boys was amyl nitrite which was part of a group of drugs referred to on the streets as "poppers." The drug is a carcinogen originally created to treat angina and is sometimes used by doctors in cases involving cyanide poisoning. In the late seventies and the early eighties, the substance was used a popular recreational drug in larger gay communities. They became popular as a recreational drug because they induce a sense of euphoria, increase libido and relax the involuntary muscles of the anus and the vagina. The muscles in the

blood vessels are relaxed as well increasing blood flow. Poppers are an inhalant. The high from the poppers lasted less than five minutes per sniff which gave ████ enough time to do what he intended to do with the boys. ████ believes that his exposure to poppers led to his eventual drug addiction.

It is believed that there is a link between poppers and HIV/AIDs. If unprotected anal sexual activity takes place in conjunction with the use of poppers, the risk for infections of all types is double in the receptive partner due to the increased blood flow caused by the poppers. ████ was HIV positive and ████ became HIV positive as well. ████ found out at age thirty-six that he was HIV positive. ████ is believed to have infected many young people.

████ ater learned of at least one other person that that was sexually abused by ████ ████ stopped abusing ████ when he became interested in other boys. It is unknown, how many children in the Houston area were sexually abused by ████ The priest worked in close proximity to several organizations that were children oriented. The YMCA across the street from the Texas Southern University campus is an example.

## 2. Settlement with the Josephites (2005)

████ spent 2003, 2004 and 2005 negotiating with the Society of St. Joseph of the Sacred Heart also known as "The Josephites" over the acknowledgement and compensation for sexual abuse inflicted by its priest ████ ████ a member of their order. By this time there was not only oral reports from across the country, but written documentation as well against the Catholic Church regarding sexual abuse by various members of the clergy and religious life. Priests were being transferred from church to church across the country/world or sent to some sort of rehabilitation facility to keep the accusations of abuse concealed.

The Josephites are based in Baltimore, Maryland. The mission statement of the Josephites states, *"The Society of St. Joseph of the Sacred Heart, The Josephites, a religious community of Catholic Priests and Brothers, is committed to serving the African American community through the proclamation of the Gospel and our personal witness. Our commitment is expressed through sacramental, educational and pastoral ministry, service to those in need, and working for social justice."* The Josephites are the only order of men in the American Catholic Church that is engaged exclusively in the

ministry of serving the African American community. ███████ was defrocked by the order in 1993 after his second criminal offense conviction. ███████ had been charged and convicted in Houston in 1979 for indecency with a child for an incident that took place in 1978. He was convicted a second time in 1993 in Washington, D.C. for committing an indecent act on a minor for an incident that took place earlier that year.

███████ was assisted by two attorneys, retired Judge Dwight Jefferson and Ray Shackelford. There was enough evidence to warrant a hearing. Representatives of the Josephites came to Houston in 2005. Their law firm and the people involved in these investigations offered ███████ a settlement. It was dated November 3, 2004. ███████ contends that he contracted HIV from the priest. The Josephites do not claim or deny that they were aware of ███████ HIV status. It made an impression on the representatives that as a publisher of a newspaper that ███████ never published an article about ███████ An article about ███████ transgressions was later published in the newspaper formerly owned by ███████ several years after he left the paper. ███████ was not the author of the article.

In 2005, ███████ was awarded $75,000 of which $25,000 went to his attorneys for their legal fees. The remaining $50,000 was placed in a special needs trust. This was his first trust established based on the abuse. He did not have access to the trust funds until 2006. The money did not last long due to poor management based on financial request from family members and others.

### 3. Settlement with the Archdiocese of Galveston-Houston (2016)

In 2002, the discovery of the widespread sexual abuse of children perpetrated by priest in the Unites States dominated the newspaper headlines. The stories not only addressed allegations in past individual cases, but also the elaborate efforts that had been used by the church to cover up the scandal. This led to the increase in flashbacks for so many people that had buried these experiences in their subconscious. Some of the abused were not able to handle the memories and took their lives. Other victims were impaired in a variety of ways. ███████ started having flashbacks while he was in the Harris County jail. While in jail, he went to confession. The priest receiving confessions that day, just happened to be a Monsignor who was the chancellor of the Galveston-Houston archdiocese. The person in the position of chancellor serves as the head administrator of the archdiocese. During his confession, ███████ disclosed that in 1999, while having a meal at a local restaurant, he had told ███████ who was the

Auxiliary Bishop of the Archdiocese of Galveston-Houston at the time that he believed that he was sexually abused by ███████████ as a teenager. ███ ██████████ had already been defrocked by the time of the meeting and was living in Maine. ████████ s currently the ███████████████████ ███████████ had recently recalled this meeting during the time that he was experiencing flashbacks. He believes that even though the discussion was privileged by the seal of the confessional, the monsignor told someone about his conversation with ███████

████████ was awarded a lump sum of $7,500 plus $300/month for life in a settlement with the Archdiocese of Galveston-Houston on October 28, 2016. From the $7,500, a sum of $2,500 was for legal fees. His desire was to receive a settlement that would cover the bare minimum of the cost of his care. The funds were placed in a special needs trust on his behalf. The trust funds are kept at the Arc of Texas in Austin which is a pool of special needs trusts. This was his second special needs trust. Although ████████ had sought a much larger amount, the mere fact that a settlement was agreed upon signifies that the archdiocese acknowledged wrongdoing took place.

The settlement document with the Archdiocese of Galveston-Houston uses the term "The Incident" as a reference to the sexually abusive conduct of ████ ████████ perpetrated upon ████████ as was set forth in the settlement agreement between ████████ and the Josephites. The settlement with the archdiocese is not to be construed as an admission of guilt or liability. The agreement with the archdiocese states that ████████ does not come under their purview. It also states that the settlement was issued out of compassion for ████████ and that they are not responsible for ████████

## 4. Efforts to Reach a New Settlement with Archdiocese and the Josephites (2019 - 2020)

████████ has tried to reach a new settlement with the Josephites because he has lived much longer than projected timeframe that the settlement was based on using actuarial tables. The settlement was based on him living only twelve more years after the 2005 settlement. He believes that he should be awarded additional compensation to cover his medical and other living expenses based on the additional years he has lived and future years of his life. ████████ is willing to accept compensation in the form of cash and/or real estate.

The Archdiocese of Houston, Galveston, Texas had been providing therapy sessions to ███████ through one of their providers. ███████ at some point asked if he could switch therapist to a Black psychologist that he knew. The change was approved. He is currently seeking payment for those therapy sessions with the psychologist. He is also seeking payment for future therapy sessions. The Archdiocese has requested that Josephites take over the payments for ███████ therapy past and future. He stopped therapy in 2018. He was triggered in 2019 and feels that he needs to continue his therapy.

███████ efforts to get additional compensation from the Josephite's and the Archdiocese of Houston, Galveston, Texas have not been successful.

## 5. HIV Medication Lawsuit (2020 - Ongoing)

███████ is participating in a class action lawsuit against Gilead Science, Inc., the drug company that manufactures one of the medications that he takes for his HIV. The drug has had a negative impact on his health. ███████ ███████ infectious disease doctor, prescribed the medicine Truvada as treatment for the HIV. ███████ was one of many doctors that took part in a study of the medication. ███████ and the other doctors later found out about the negative side effect that was widely experienced by patients included in the study. Truvada increases in some people the risk of permanent or fatal damage to their kidneys and/or bones.

Truvada is a combination of emtricitabine and tenofovir disoproxil fumarate (TDF). The drug company withheld from the doctors that tenofovir alafenamide (TAF), the generic version of the medicine, did not have the negative side effects that had afflicted so many of the patients in the study that had been prescribed the brand name medication. It is alleged that Gilead Science withheld the information from doctors so that they could increase their profits from the sale of Truvada and the drugs Viread, Atripla, Complera, and Stribild which also contain TDF.

**Conclusions & Comments on and by ███████**

**The Impact of Sexual Abuse on ███████**

- **Trust Issues** – Since ▮▮▮▮▮▮ had trusted ▮▮▮▮▮▮▮ he became unsure of his ability to know who to trust and ended up trusting people that did not deserve his trust and did not have his best interest at heart.

- **Sexuality Issues** – ▮▮▮▮▮▮ has been uncomfortable with his sexual orientation since his youth. He is unsure if his sexuality was altered by the sexual abuse as a child.

- **Relationship Issues** – His ability to form romantic relationships has been stunted. He has only had one meaningful romantic relationship. The other relationships have been short lived and unsubstantial.

- **Self-sabotaging Behavior** – ▮▮▮▮▮▮ has had the ability to be successful but has been his own worst enemy by derailing his successes. With every success, he has chosen to do something that sabotages that success. A pattern of self-defeating behavior appears when looking back over his life. This self-destructive behavior is likely due to his constant questioning if he truly believed his value and his worth.

- **Drug Abuse** – He was first introduced to drugs as a teen by ▮▮▮▮▮▮▮▮ became addicted to drugs after abusing non-prescription drugs to self-medicate to dull the pain of the sexual abuse he endured as a youth by ▮▮▮▮▮▮▮▮ He was a functioning addict for twenty years.

- **Mental Health Problems** – ▮▮▮▮▮▮ has had and continues to suffer from depression and Post-Traumatic Stress Disorder (PTSD).

- **Physical Health Problems** – ▮▮▮▮▮▮ health has gradually deteriorated over the years due to his Human Immunodeficiency Virus (HIV) status. He was infected by ▮▮▮▮▮▮▮▮▮▮▮▮ organs have begun to fail. He requires around the clock care and is in constant pain.

There are many complications associated with being HIV positive due to the weakening of the immune system. Some of the complications include: (1) opportunistic infections; (2) various cancers; (3) dementia; (4) severe diarrhea and gastrointestinal disorders; (5) meningitis; (6) pneumonia; (7) shingles; (8) severe weight loss; (9) damage to the brain; and (10) autoimmune disease such as lupus, rheumatoid arthritis, multiple sclerosis, diabetes, and myasthenia gravis. Opportunistic infections and Pneumocystis Pneumonia specifically are the leading cause of death in people living with HIV.

███████████ has had multiple lengthy stays in the hospital over the years, ███████████ has received last rites numerous times. In the Catholic Church, the last rites are a set of three sacraments that are administered by a priest and meant to prepare the dying person's soul for death.

- **Anger and Disappointment in the Boy Scouts and the Catholic Church –** ███████ ███████ family never doubted that their son would be well supervised and in good hands under the care of anyone associated with the scouting program. ███████████ was sexually abused by a person that he had every reason to feel safe around and protected by. Because of the abuse inflicted at the hands of ███████████ cannot look back fondly on his memories of the excitement that he felt for pursing the Boy Scouts of America's Catholic Medal and the recognition of achieving the status of an Eagle Scout.

He was not coerced into joining the Boy Scouts nor converting to Catholicism. He believed like his parents that they both were stellar organizations, and he could only benefit was his involvement with each of them. The two organizations that gave him a positive sense of identity, pride and acceptance also took those positive feeling and marred his sense of self. Being betrayed by people and organizations that he held in such high regard caused a more devastating impact on his psyche than if he had been abused by complete strangers.

**███████████ Concerns for His Future**

███████ has several concerns about his future:

A.  ███████ father is near ninety years of age. After his father passes away, ███████ will no longer have any family members left to help him with his daily care. He will become completely dependent upon strangers.

B.  ███████ addiction to drugs and sex led him to the event in 1996 that sent him to prison for the rape of an adult male. He was listed on the sex offender registry for life as part of his sentence.
   o  ███████ has lost numerous opportunities to make money and to serve the community as a volunteer because of his status as a sex offender. He has started projects in which he was considered a valuable part of a team yet asked to resign or disengage once his status was discovered.
   o  ███████ has been falsely accused of sexual misconduct by his employees and threatened with lawsuits. Their knowledge of his status as a sex offender makes him an easy target for this type of abuse. It would be ideal If ███████ could have more than one person with him at any given time so that he would always have a witness to his behavior, however he cannot afford to pay two people to work during the same time shift.



