To: Justice Lauri Selber Silverstein
From: ██████████
Date: May 9, 2021
Re: BSA Bankruptcy case

FILED
2021 MAY 18 AM 11:25
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Your Honor,

    Thank you for taking the time out of your schedule to read this letter. Your have before you a great responsibility in deciding the bankruptcy case for the Boy Scout of America. I pray that you realize the adverse affect this abuse has had on society as a whole, because aside from the many survivors that came forth like myself there still exist those who did not come forward, those that are no longer with us, and those who have been adversely affected due to relationship or lack thereof to the victims of these criminal acts.

    My story begins much like that of many others who have survived this victimization.... I wanted to be a Boy Scout, I wanted to learn all of the cool skills and be among the fraternity of young men who can say "Scouts Honor". Instead I was forced to a life of debauchery and made to be a sex slave by those who I and my family trusted to protect and nurish my innocence while preparing me for the next plateau in life.

    The acts committed against me have caused me irreprable mental anguish insomuch that I have often questioned my sexuality, explored homosexuality, justified negative and illegal behavior, I have never been in a healthy romantic relationship with a woman my age, I have difficulty performing traditional sexual acts and find myself aroused by extreme, kinky, and off color intercourse.

    Since my survival of these criminal acts I myself have had several encounters with law enforcement, and as a result have served a combined time of over 20 yrs incarcerated. Throughout my life I have been subjected to a myriad of counseling and prescribed mood altering medications to help me cope with my reality. I have also sustained physical damages which adversely affects my self esteem

-1-

I find it extremely audacious and insulting that the BSA would minimize the damages caused by the people whom they put in positions where trust is implicit and who violated that very trust by raping, fondling, and forcing children including myself to be "sex slaves". Honestly, there is no amount of money that can correct the damage done in my life, but since their actions have already permanently altered the course of my life, I feel like the punishment of financial compensation should also be significant enough to permanently alter my life as well.

So you can better understand how my life was permanently altered let me tell you a story about a young man full of life, promise, and hope who was taken advantage of by a married couple... Adults entrusted with his care and protection who violated him repeatedly.

A number of years passed that I unwillingly suffered through physical, emotional, and psychological abuse at the hands of a married couple who were both affiliated with the Boy Scouts of America as the roles of "Scout Master" and "Den Mother" the abuse was progressive and became more frequent with time and my availability.

When I initially became a member of the Cub Scouts things seemed innocent enough as the touching mostly consisted of holding hands, hugging, and rubbing (back or head) over my clothes and it took

[redacted]

speak to me when people were around. She encouraged me constantly to keep it "our secret" and I did so knowing it was wrong, but she was very attractive to me and she made me feel complex emotions of fear of people discovering it and weirdly she made me feel special like I was different/better than other children to be chose by her.

-2-

After our Cub Scout meetings I would often spend the night over ▓▓▓▓▓▓▓▓ my friends house so my mother could pick up extra shifts at work, but in their home is where the most extensive sexual abuse occurred. I can recall several instances that were very inappropiate, such as our "Den Mother" ▓▓▓▓▓▓ just walking in the bathroom on me while I was using it and making sexual comments or offering to help me when I was clearly old enough to do it myself. She stood ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ made to feel very uncomfortable in her presence.

If wasn't until I got into trouble for throwing firecrackers at their dog that things really took a turn for the worse. first ▓▓▓▓▓▓ scolded and punished her son then she made me wait in her bedroom while she changed clothes to take me home. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ scenario but my body responded to the sexual stimulation as if I enjoyed it, which made me feel like I was doing something wrong. These things would happen almost everytime I was at ▓▓▓▓▓▓ house, it happened one night while we were on a field trip to Washington D.C. at a hotel, it has happened several times in a car/van when I was being driven home by ▓▓▓▓▓▓, there were no limits to their debauchery if there were no other adults present.

To assist in keeping me quiet many times I was offered toys/gifts (action figures, video games, candy, clothes) taken on excursions to places like Chuck E. Cheeses, Arcades, Movies, and Go Kart racing which was essentially leverage to continue the abuse.

Every sexual first I've ever had in my life was a result of sexual abuse. Once I became a Boy Scout ▓▓▓▓▓▓ would always make comments on how handsome I am, and how good I looked

-3-

in my uniform. This was the day I lost my virginity and subsequently the last days of the abuse ▇▇▇ and I returned from one of our first Boy Scout meetings and his parents drove us to their home where we hung out and the plan was for me to spend the night so we could go together to Northland Skating Rink for a Birthday Party the next day for a girl in our class named ▇▇▇. That night we were playing the Playstation and ended up falling asleep still dressed in our uniforms. Later that night ▇▇▇ came down in the basement and woke me and ushered me upstairs to her bedroom where ▇▇▇ was laying on the bed in briefs only watching a video of me and his wife that he previously recorded

to my friends and parents, but never did. I told my mother and other adults at this point but no one believed me.

Your Honor, please don't allow the suffering and abuse that I survived go without equal and fitting punishment. These people refuse to accept responsibility for the negative impact they've had on the lives of their victims. You ultimately have the authority to hold them accountable and I pray that you exercise this power.

Respectfully Submitted,

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, Delaware 19801

KINGSFORD MI 498
10 MAY 2022 PM 1 L

