Judge Silverstein,

I am writing to express my true disappointment with the Boy Scouts of America. Being an abuse survivor, I am truly appalled that the Boy Scouts are showing very little, if any, true remorse for their actions on child sexual abuse. I would like to explain using their own Scout Laws and how they violated each law.



FILED

2021 MAY 18 AM 11:26

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Being a judge, you help to uphold our laws to their highest extent. That is not the case with the Boy Scouts of America. They truly did not follow their own laws, that they expected scouts to live by. Let us examine each one:

1) A scout is trustworthy. The BSA has no trust because they allowed a leader to sexually abuse me, an innocent boy trying to transition to manhood. No trust when you are offered gifts in exchange for sexual gratification for the predator.
2) A scout is loyal. The BSA is not loyal because they allowed an abuser to instill fear and confusion in me, by allowing my abuser to threaten me, if any truth was spoken.
3) A scout is helpful. The BSA caused me to feel helpless. My abuser "helped" himself to sexual gratification while I was trying to become a better scout.
4) A scout is friendly. How can the BSA even be considered friendly when they allowed me to be abused multiple times over multiple years? The abuser was "friendly" to get his sexual desires met.
5) A scout is courteous. There is nothing courteous about being physically molested by a supposed "leader."
6) A scout is kind. How can the BSA be considered kind when they allowed me to be exposed and abused by a predator of their own organization? There is no kindness when the BSA let their leader prey on an innocent boy.
7) A scout is obedient. To this day I have trouble taking tests because part of my sexual abuse occurred during my merit badge checks. I was being obedient by doing my merit badge exams, but was horrified because they happened alone with the predator in his basement. Each rank had a severe emotional scar attached to it- I was abused as part of it.
8) A scout is cheerful. There is nothing cheerful about being sexually violated and for the predator to act as if nothing has happened.
9) A scout is thrifty. The BSA is far from thrifty, even corrupt. The abuser would use funds to take me on trips, buy me things in exchange for sexual gratification. Even to this day, hotel rooms are a dark reminder of scouting sexual abuse.
10) A scout is clean. I was a clean Boy Scout on the exterior, but inside I felt filthy dirty. There is nothing clean about the Boy Scouts letting my abuser expose himself to me and touching me in "unclean" ways. I mean how dirty can you get for an organization? How can they still be in existence today?
11) A scout is brave. I think I am showing you how truly brave I am by writing you about my atrocity caused by the BSA. There is nothing brave about a scout leader getting sexual gratification from a young boy. There is no bravery in emotionally scarring a man for life, when he could have been so much more confident and trusting. My abuse stole my confidence and trust. The Boy Scouts allowed this!
12) A scout is reverent. I thank God for His Mercy and Grace to help me through this. The sexual abuse that occurred to me is pure evil there is no reverence, whatsoever when it comes to the Boy Scouts having sexual predators in their organization.

Maybe the Boy Scouts should write a new addition to their laws:

"We care more about our organization than the actual scouts. If you do decide to join, be aware that your child may be molested and we will compensate very little for any abuse that could occur."

The BSA needs to compensate each survivor to the full extent! The insurance companies, local councils and all parties involved are guilty of allowing sexual predators in their organization.

I was sexually abused, emotionally scarred, and could not have the life I wanted to because of the BSA.



0.2 LBS LTR    1 OF 1

SHIP TO:
JUSTICE LAURI SELBER SILVERSTEIN
B8A BANKRUPCY CASE
6TH FLOOR
824 N MARKET ST
WILMINGTON DE 19801-3024

DE 197 9-25



UPS NEXT DAY AIR    1

TRACKING #: 1Z 69E 4F5 01 1849 5143



BILLING: P/P

XOL 21.05.03    NV45 45.0A 04/2021

