① of 4

May 16, 2021

FILED
2021 MAY 18 AM 11:28
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: Justice Laurie Silberstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, Delaware 19801

Re: Case ███████

The proposed plan put forward by Hartford Insurance is a farce. Let me tell you my story.

My name is ███████ I am now 77 years old. I was, as well as I can recall, 7 to 9 years old when I was a member of, I believe, Troop ███ out of ███████████████████████ my story is very troubling to me, as I have repressed it all these years and is still very difficult to talk about. The incidents happened when we went on 3 to 4 different scout outings where we went camping with the scout masters. I don't recall where the camping trips were, other than we slept in pup tents and had a campfire. During the days we played games and worked on getting patches. At night we went on "snipe hunts". We went out into the woods with the Scout masters

(over)

and a paper bag which we would open up, place near the ground, and snap our fingers — hoping to catch a Snipe. I think it was supposed to be a bird that ran around in the night, and by snapping our fingers near the bag, the bird would run into the bag. No one ever caught a Snipe. It was scary in the woods, as you couldn't really see anything. We were instructed not to go into the woods at night without a scout master. If we needed to go to the bathroom, we needed one of them with us. I remember the first incident where I had to pee and was accompanied by a man whose name I can't recall (after 70 years).

[redacted]

other scout masters. This incident was troubling to me. The next day, when I had to poo, we went to an area where a hole had been dug and the scout master just watched me. At night, as I went into the woods to

[redacted]

(next page)

This same type of scenario occurred once more with a different scout master at another camping trip to, I believe, in Michigan with several other troops. I avoided going to the bathroom with anyone — I snuck off by myself. After this, at troop meetings at church, I remember the scout master who did this to me would always find me and rub my back — I was very uncomfortable. I told my mother at home what had happened and she was furious, but said we can't tell my father. The next week, after church, my mother confronted the priest and told him what had happened — he said he'd take care of it. I quit scouting. I never did tell my dad, who is deceased. These incidents were always in the back of my mind, and years later, my younger brother, ▮▮▮▮ was brought home by Chicago Police Detectives ▮▮▮▮ telling my father that they caught ▮▮▮▮ in a sexual act with a man. That's when we found out that my brother was gay.          (over)

I remember my father yelling, and calling him a "homo" and verbally disowning him as his son. I blamed myself (maybe at age 17 or so) at that time for ████ "condition" and thought that maybe if I played baseball with him, or let him hang out with me and my friends, he wouldn't be this way. Looking back, I remember ████ always hanging around ████ after school and he now admits to being abused by ████ years ago, he was exposed as a sexual predator. I don't recall any names that were involved with my incidents as my memory is beginning to fade.

    I ask you to please hold the BSA accountable for letting this go on so long.

                      Thank you, Judge

P.S. I am not gay. I am a happily married man with 1 daughter, 2 step-daughters and 6 grandchildren. And until the AIS was brought to light, it was buried in my mind.