

FILED
2021 MAY 18 AM 11:33
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 15, 2021

SA - ▓▓▓▓▓

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Justice Silverstein:

If you have not experienced abuse, it is hard to understand the long-term impact it has on your life. As a society, we call it abuse. But, in reality, it is rape. Society does not call it that because it is different in its consequences. A woman raped generally does not rape another. A man, sexually abused, lives with the fear that he can become an abuser. Below is a testament I recently wrote to provide you an understanding of why I fear to touch my grandchildren, as I feared to touch my children.

Did He Get You?

In hindsight, I think she knew. Maybe it was the look on her face; maybe it was the way she just turned away to face the kitchen sink and gaze out the window to the backyard. But, in hindsight, I think she knew.

It started, at the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Every month, the Troop went on a campout or a hike. The campouts took place during the warmer months, except for July and August. In July, we went to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ for two weeks. August was for families on vacation, so no events were held that month. But during the spring and fall we went once a month on an overnight. Out Friday night, back home Sunday. During the winter months, we went on day hikes on Saturday, even in the coldest months.

At the ▓▓▓▓▓▓▓▓▓▓ we camped on the side of the dunes away from the lake, with the high dunes protecting the campsite from the winds of Lake Michigan merely hundreds of feet away. And we all climbed the dunes. And we all ran down the dunes. Many of us fell, helter-skelter. Your legs gave out from under you, you fell back, and you rolled down the dune. You fell forward onto your shoulder, and you rolled down the dune. But I didn't do either. At full run,

almost all the way down the one hundred plus foot dune, I full face forward, belly flopped onto the dune, and went literally head over heel, landing flat on my back, completely knocking the wind out of me. I couldn't breathe. And when I could, I thought I would throw up. Helped back to my tent by my fellow Scouts, I laid on my sleeping bag in my tent, trying to keep down my lunch. Soon after, most of the troop left on a hike. I had permission to stay back to recover.

I was alone, laying in my tent, when the Scoutmaster came to check on me. I was still relatively new to the Troop, it had been a little over a year since I had joined, though I had been a long time Cub Scout in a Pack that was sponsored by the same church, the church to which my family belonged. And the Scoutmaster was a big deal. Everyone knew him, he had been Scoutmaster for a well over a decade by this time, he sang in the church choir (the same church that sponsored both the Troop and the Pack), and he was well respected among the Scouting community for having trained so many Eagle Scouts. He had even received the Silver Beaver Award, the highest award in Scouting.

So, when the Scoutmaster came to my tent to check on me, it was quite the honor. After all, there were probably eight patrols or more with nearly 100 Scouts in the Troop. He invited me to his tent. He wanted to show me something. That something was pictures of naked women, ███████████████████████████████████████████████████████████████████████████ confused and upset. Eventually, I left. I don't remember how. And didn't tell anyone.

Fast forward a few months. In order to be able to attend Scout summer camp, you needed to have a physician's note of approval following a physical. In the 1960s, my parents had what they called "hospitalization" insurance. They paid out of pocket for doctor's visits. So when the Troop was told that you could get a physical for a flat fee (I remember $5) by going to the Scoutmaster's house on a Saturday a few weeks before camp, it saved both time and money. Much of the Troop was there. You stood in line, handed your paperwork to the Scoutmaster, who sat next to the physician, and submitted to the physical. Open your mouth, follow my finger without moving your head, and then drop your trousers, turn your head and cough. All for the physician and in front of the Scoutmaster. Only in reflection years later did I figure out this is how the Scoutmaster decided who to approach. I know because he said to me at one point a year or more later, "did you see the size of the cock on _____?"

But, before that question, the question that got my attention, that helped me confront what was really happening, the question that made me nauseous, there were at least two "tutoring lessons" at the Scoutmaster's house, in his attic study. Tutoring sessions to help me with merit badges so I could advance through the ranks. To one day achieve the highest rank, Eagle. I was maybe a Second Class Scout at the time.

Both times his wife was home. And we walked past her to the door to his attic study, which he

Why did I allow this to happen? Why did I go back a second time? I have no clue. I do know that at 12 and 13, the pictures and movies of naked women and naked men and women having sex were terribly exciting.

And then the question either at or shortly after the physician checkup before Scout Camp. I had just graduated middle school and would be entering 9th grade in the fall. That meant that I could serve as a Senior Scout and therefore a camp counselor during the two-week summer camp. And since we were a large Troop, camp counselors were also merit badge counselors as the Troop engaged in lone troop camping. No other troops were within miles of our camp.

In our lone troop summer camp, campers slept together by patrol, two campers to a tent. Senior Scouts, the camp counselors, slept apart from the patrols, in large wall tents with mosquito netting, at least four or maybe six in bunk beds to a tent. That summer before entering high school, the Troop was off doing something and I was alone in my bunk in the afternoon with what I later learned would be the first of a lifetime of migraine headaches. I was in my sleeping bag, trying to sleep, trying to make the pain stop. I heard and then saw the Scoutmaster and the Assistant Scoutmaster walk from their tent to mine. They asked how I was doing. And they started to unzip my sleeping bag. Summoning all my courage, I grabbed the inside tab of the zipper and yanked it shut. They looked at me, at each other, and left.

It was over. I never told anyone. Then, my first wife and I were divorcing and state law required going to counseling. I took several additional sessions to talk through all of this, including the long years wondering whether I was gay, the fear that I was. I talked about the dozens of women with whom I slept to prove to myself that I was straight.

When I married my second and current wife, she already had a son from her first marriage. Two years old. He is now 41 with an 8-year-old daughter and a 5-year-old son. I hug them all as well as my 37-year-old biological son with my second wife. But each and every time I do, I worry. Will I do something like was done to me? Will I touch them wrong? Have I done something that I shouldn't? To this day, I live in fear that someday I will become a newspaper headline; that 70-year-old grandfather, the one that everyone thought was a great guy, who molested his grandchildren.

There is more I could tell: about my brother doing what I could not, telling my parents, only to be told that he was lying; about the questions among the Senior Scouts, "did ▮▮▮ get you?" But this is enough. I need not remember; I need to forget. I need a drink.

Please contact me if you have any questions or require additional information.

Sincerely,

