FILED
2021 MAY 18 AM 9:3
CLERK
U.S. BANKRUPTCY COUR
DISTRICT OF DELAWAR



May 9, 2021

Honorable Judge Lauri Selber Silverstein:
824 Market Street 6th Floor
Wilmington DE 19801

RE: BSA Bankruptcy Case
Claim # ▮

Greating Honorable Judge Silverstein:

I ▮, am a survivor of a Horrendous Experience. As an adolescent, I was subject to Malicious Manipulation at the hands of a BSA Employee which resulted into me being sexually abused by that employee, ▮ while at Oakley Training School.

IT's Terrifying to think that our children of today are being subjected to such Malicious Episodes do to the Failure of bringing those responsible to just accountability, words can not explain the dark and gloomy feeling I have to live with as a result of the repulsive conduct of ▮ but I can say that his hideous activities has up settled my life in the worst way. it has left me so hurt and confused, My ability to maintain a stable and productive lifestyle has been at a all time low. Why me?

BSA BankRupTcy Case
page 2.

Whom Employ such predators and turn a blind eye to there repulsive appitites, there by Condoning there nastiness.
I understand that the defendants in this case are intending to sway this count to pardon there accountability by slapping them on the wrist, your honor, myself and too many others have had our lives devasted by these monsters in your hand is the hammer of Justice, I respectfully ask that you not let them simply hear it, but Feel it in a way that will insure petriuution For there Failure to Keep me and all other similar situated ones From the abuse abuse and life long trauma we live with. Thank you.

Respectfully

█████████████████████