# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I hereby certify that on May 18, 2021, a true and accurate copy of Chubb Group Holdings Inc.'s Responses and Objections to the Subpoena *Duces Tecum* Dated May 11, 2021 Served by the Coalition of Abused Scouts for Justice was served in the manner indicated on the parties identified below.

<u>Via Email</u>

Rachel B. Mersky
Monzack Mersky and Browder, P.A.
1201 North Orange Street Suite 400
Wilmington, Delaware 19801
rmersky@monlaw.com

Eric R. Goodman
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
egoodman@brownrudnick.com

Dated:  May 18, 2021                                        Respectfully Submitted,


                                                            By:  *Stamatios Stamoulis*_____
                                                                 Stamatios Stamoulis (#4606)

                                                            STAMOULIS & WEINBLATT LLC
                                                            800 N. West Street
                                                            Third Floor
                                                            Wilmington, Delaware  19801
                                                            Telephone:    302 999 1540
                                                            Facsimile:    302 762 1688

                                                            O'MELVENY & MYERS LLP
                                                            Tancred Schiavoni (*pro hac vice*)
                                                            Janine Panchok-Berry (*pro hac vice*)
                                                            Times Square Tower
                                                            7 Times Square
                                                            New York, New York  10036-6537
                                                            Telephone:    212 326 2000
                                                            Facsimile:    212 326 2061

                                                            *Counsel for Columbia Casualty Company, Continental Casualty Company, the Continental Insurance Company, as successor to CNA Casualty of California and as successor in interest to certain insurance policies issued by Harbor Insurance Company, Lamorak Insurance Company (formerly known as OneBeacon America Insurance Company), as successor to Employers' Surplus Lines Insurance Company, Stonewall Insurance Company (now known as Berkshire Hathaway Specialty Insurance Company), National Union Fire Insurance Company of Pittsburgh PA, and Lexington Insurance Company to the extent that they issued policies to Cyprus Mines Corporation prior to 1981.*