# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re D.I. 1429, 1510, 1572, 1599, 1996** |

## SUPPLEMENT TO THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal rules of Bankruptcy Procedure, amended as of December 1, 2011 ("Rule 2019"), the Coalition of Abused Scouts for Justice (the "Coalition"), by its undersigned counsel, hereby submits this supplement to its third amended verified statement (the "Supplement") in the Chapter 11 cases of the above-captioned debtors (collectively, the "Debtors" and the "Bankruptcy Cases").

On October 7, 2020, the Coalition filed its *Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019* [D.I. 1429], followed on October 13, 2020 by the *Supplement to Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019* [D.I. 1510] (together, the "Second Rule 2019 Statement"). Following a hearing on October 14, 2020, the Court entered its *Order Approving the Adequacy and Sufficiency of the Amended Verified Rule 2019 Statement Filed by the Coalition for* [sic] *Abused Scouts for Justice* [Docket No. 1572] (the "Sufficiency Order"), approving the sufficiency of the Coalition's Second Rule 2019 Statement and observing the Coalition's continuing obligation to supplement its disclosures. On January 29, 2019, the

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Coalition filed its *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019* [Docket No. 1996] (the "Third Rule 2019 Statement").

This Supplement provides an update to the Third Rule 2019 Statement, in accordance with the Sufficiency Order. The disclosures and attachments provided in the Third Rule 2019 Statement are incorporated by reference except to the extent contradicted or supplemented herein.

In further support of this Statement, the Coalition states:

1. As a result of increasing membership interest, the Coalition is today comprised of more than 18,000 Sexual Abuse Survivors (collectively, the "Coalition Members"). Each Coalition Member is a Sexual Abuse Survivor as defined in the Debtors' bar date order [D.I. 695] (the "Bar Date Order"). As a result of the Members' status as Sexual Abuse Survivors, the identity of each Coalition Member is highly confidential.

2. A full list of the Coalition Members including each Member's name and contact information (collectively, "Personally Identifiable Information") will be filed separately and contemporaneously with this Statement as **Exhibit A-1** hereto.

3. Effective February 26, 2021, the Coalition engaged Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP ("Robbins Russell") as special litigation counsel.[2]

4. The Coalition's engagement letter with Robbins Russell (the "RR Letter") has been filed on the public docket in the attached Exhibit A. *See* **Exhibit A-2**; *see also* FED. R.

---

[2] On April 30, 2021, Robbins Russell announced the departure of partner Dick Sauber due to U.S. Senate confirmation to a position in the federal government. Robbins Russell has thereafter changed its name to Robbins, Russell, Englert, Orseck & Untereiner LLP.

BANK. P. 2019(c)(4) ("a copy of the instrument, if any, authorizing the entity, group, or committee to act on behalf of creditors. . .").[3]

## I. Verifications

5. Attached as Exhibit B are Declarations by the State Court Counsel verifying that the documents set forth in Exhibit A-2 to this Verified Statement are true and correct copies of the documents.

6. Nothing contained in this Supplement should be construed as (i) a waiver or release of any claims filed or to be filed against, or interests in, the Debtors held by any Coalition Member, or (ii) a limitation upon, or waiver of, any Coalition Member's rights to assert, file and/or amend its claim in accordance with applicable law and any orders entered in these cases establishing procedures for filing proofs of claim.

7. Other than disclosed herein, the Coalition Counsel does not represent or purport to represent any other entities with respect to the Bankruptcy Cases. In addition, the Coalition Members do not purport to act, represent, or speak on behalf of any other entities in connection with the Bankruptcy Cases.

8. From time to time, additional State Court Counsel may seek to have their clients join the Coalition, additional Sexual Abuse Victims may become Coalition Members and certain Coalition Members may cease to be members in the future. Coalition Counsel reserves the right to amend or supplement this Supplement or the Third Rule 2019 Statement as necessary for that, or any other, reason in accordance with Rule 2019.

---

[3] The RR Letter has been executed by a subset of State Court Counsel empowered to do so by the Coalition's bylaws. The declarations submitted by State Court Counsel at Exhibit B to this Supplement and the Third Rule 2019 Statement confirm that the various documents submitted at Exhibit A (including by joinder agreements and reference to the Coalition bylaws) reflect each State Court Counsel's agreement to the Coalition's retention of each of its respective professionals.

9. The information contained herein is intended only to comply with Rule 2019 and is not intended for any other use or purpose.

10. As directed at the hearings on September 9, 2020 and October 14, 2020, the Coalition shall, upon request, provide copies of the Personally Identifiable Information to Permitted Parties (as defined in the Bar Date Order) entitled to receive personally identifiable information thereunder and subject to the confidentiality restrictions set forth in the Bar Date Order; provided, further, however, that the Coalition is permitted, but not required, in its sole and absolute discretion, to provide access to Personally Identifiable Information to a party to the Protective Order, *Order Approving Confidentiality and Protective Order* [D.I. 799] (the "Protective Order"), so long as such access to Personally Identifiable Information is subject to designation as "Committee Advisor Only" pursuant to the terms of the Protective Order.

| | |
|---|---|
| Dated: May 18, 2021<br>Wilmington, Delaware | **MONZACK MERSKY & BROWDER, P.A.**<br><br>*/s/ Rachel B. Mersky*<br>Rachel Mersky (DE No. 2049)<br>1201 N. Orange Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 656-8162<br>Facsimile:    (302) 656-2769<br>E-mail:       rmersky@monlaw.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esquire<br>Eric R. Goodman<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>E-mail: dmolton@brownrudnick.com<br>E-mail: egoodman@brownrudick.com<br><br>-and- |

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

64074692 v1-WorkSiteUS-036293/0001