# EXHIBIT A - 2



Lawrence S. Robbins  
202.775.4501  
lrobbins@robbinsrussell.com

**PRIVILEGED AND CONFIDENTIAL**

April 14, 2021

Slater Slater Schulman LLP
Attn: Adam P. Slater
488 Madison Avenue, 20th Floor
New York, NY 10022
aslater@sssfirm.com

ASK LLP
Attn: Joseph L. Steinfeld, Jr.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
jsteinfeld@askllp.com

Andrews & Thornton, Attorneys at Law,
A Law Corporation
Attn: Anne Andrews
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
aa@andrewsthornton.com

Junell & Associates PLLC
Attn: Harris Junell
3737 Buffalo Speedway Ste. 1850
Houston, TX 77098
hjunell@junell-law.com

Eisenberg, Rothweiler, Winkler, Eisenberg &
Jeck, P.C.
Attn: Stewart J. Eisenberg
1634 Spruce Street
Philadelphia, PA 19103
stewart@erlegal.com

Krause & Kinsman Law Firm
Attn: Adam Krause
4717 Grand Ave., #300
Kansas City, MO 64112
adam@krauseandkinsman.com

Re: Representation in connection with estimation proceedings

Ladies and Gentlemen:

The purpose of this letter is to set forth the basis on which Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP (the "Firm") has provided and will continue to provide legal services to the ad hoc Coalition of Abused Scouts for Justice (the "Coalition"), which is composed of certain clients (each a "Law Firm Client" and, collectively, the "Law Firm Clients") represented by those law firms that have agreed to be bound by the Coalition's bylaws (the "Law Firms"),

which presently include but are not limited to the Law Firms identified above (the "Initial Paying Law Firms").

1.     Legal Services Provided: Effective February 26, 2021, the Coalition engaged the Firm as special litigation counsel to represent it in connection with estimation proceedings arising in *In re Boy Scouts of America*, No. 20-10343 (LSS) (Bankr. D. Del.). If at any time you have questions, concerns, or criticisms, please feel free to call me at (202) 775-4501 or send me an email at lrobbins@robbinsrussell.com.

2.     Client: For purposes of this engagement, the Firm shall represent the Coalition as a group and not any individual Law Firm or Law Firm Client. This engagement letter is addressed to the Initial Paying Law Firms in their capacities as participants in the Coalition, and the Firm's engagement has been and will continue to be with the Coalition as constituted from time to time. This engagement letter and the Firm's engagement by the Coalition do not create an attorney-client relationship between the Firm, on the one hand, and any individual Law Firm or Law Firm Client, on the other.

3.     Fees: The Firm will charge a flat rate of $1,000 per hour for each lawyer assigned to the matter. The work of any paraprofessionals who assist with the matter will be charged on an hourly basis according to the Firm's schedule of hourly rates, which is based on years of experience and level of professional attainment.

4.     Costs: It is sometimes necessary for the Firm to incur other charges for items such as travel, lodging, meals, and messengers. Similarly, some matters require ancillary services such as photocopying. In order to allocate these charges fairly and keep billable rates as low as possible for those matters which do not involve such expenditures, these items are separately itemized on our statements. It is the Firm's policy to maintain the costs of these items at reasonable levels.

5.     Retainer: For the work yet to be performed by the Firm on behalf of the Coalition, this engagement letter shall not become effective unless and until the Initial Paying Law Firms deliver to the Firm a one-time retainer of $300,000 (the "Retainer"). The Retainer will be held in the Firm's client trust account. The Firm will apply funds in the Retainer to pay the fees and other charges incurred by the Coalition to date, with the balance to be billed pursuant to this letter until such time as this letter is superseded by a subsequently negotiated and fully executed engagement letter.

6.     Payment Terms: Bills will be sent to the Initial Paying Law Firms, with each Initial Paying Law Firm being billed as follows: Slater Slater Schulman LLP ("SSS"), Andrews & Thornton ("A&T"), ASK LLP ("ASK"), and Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. ("ER") ███ each, Krause & Kinsman Law Firm ("KK") ███ and Junell & Associates PLLC ("Junell") ███.

The Initial Paying Law Firms shall be severally responsible for paying their respective liabilities to the Firm. Each Initial Paying Law Firm is expected to pay its share of fees and costs upon the due date specified in the next section. To the extent that any Initial Paying Law Firm fails to pay its share of fees and costs within thirty (30) days of said due date (each, a "Defaulting

Law Firm" and an "Unpaid Principal Amount"), each Defaulting Law Firm agrees to pay the Unpaid Principal Amount plus a penalty of twenty-five percent (25%) of such amount (collectively, the "Aggregate Unpaid Amount"). All Aggregate Unpaid Amounts shall bear interest at the rate of ten percent (10%) per year, compounded annually, until the Aggregate Unpaid Amount shall have been paid.

It is understood and agreed by the Firm that additional law firms may be added to the Initial Paying Law Firms (the "Additional Paying Law Firms") and that the apportionment of the Initial Paying Law Firms' share of fees and costs will be adjusted to reflect the share to be paid by the Additional Paying Law Firms. Also, it is understood and agreed by the Firm that in the event litigation financing is obtained by one or more of the Initial and/or Additional Paying Law Firms (collectively the "Paying Law Firms"), the Firm will agree to bill the litigation financing entity and, upon payment by the financing entity, credit the account of the applicable Paying Law Firm.

To secure ultimate payment of any Aggregate Unpaid Amount, each Defaulting Law Firm agrees to grant the Firm a lien on all sums that such Defaulting Law Firm is entitled to receive from whatever source (by agreement, settlement, judgment, or any other manner) in connection with its representation of claimants in the Boy Scouts of America bankruptcy cases. This lien shall rank *pari passu* with any other lien on such recoveries unless any such other prior liens are contractually required to be senior. The Initial Paying Law Firms understand these terms on which the Firm may acquire liens, and the Initial Paying Law Firms agree that these terms are fair, reasonable, and fully disclosed. The Initial Paying Law Firms understand that it is desirable to seek independent legal advice about this provision and agree that they have had a reasonable opportunity to do so.

7. <u>Payment Due Date</u>: The Firm's bills generally will be prepared and sent via email during the month following the month in which services are rendered and costs advanced. Sixty percent (60%) of the fees and costs billed shall be paid to the Firm within thirty (30) days after each bill is received (the "Receipt Date"). Forty percent (40%) of the fees and costs billed shall be due for payment within thirty (30) days of the earliest of (i) a final order determining the aggregate liability of Boy Scouts of America for sexual abuse claims; (ii) a final order approving a settlement that establishes the aggregate liability of Boy Scouts of America for sexual abuse claims; (iii) a final order denying any motion for estimation under 11 U.S.C. § 502(c), which motion is either signed by the Firm or joined by the Coalition in a document signed by the Firm; or (iv) the date that is six (6) months after (x) a plan is confirmed by final order in the Boy Scouts of America bankruptcy case or (y) that case is dismissed or converted to another chapter of the Bankruptcy Code. Should the earliest of the events in the preceding sentence occur later than eighteen (18) months after the Receipt Date of a given statement, then, beginning eighteen (18) months after the Receipt Date, the deferred fees and costs in that statement shall accrue interest at six percent (6%) per year, compounded annually, until the date on which the fees and costs become due for payment. As used in this paragraph, "final order" means a final, non-appealable order by a court of competent jurisdiction.

8. <u>Group Decisions</u>: The Firm shall not act on behalf of the Coalition in a manner that is contrary to any direction the Firm receives from the following Initial Paying Law Firms: ASK, A&T, SSS, and ER, together with Reich and Binstock LLP (the "Estimation Subcommittee"). The

Initial Paying Law Firms represent and warrant that the Coalition has authorized the Estimation Subcommittee (as a whole) to direct the Firm regarding the subject matter of this letter.

      9.     <u>Confidentiality and Privilege</u>: Any confidential information provided by any Law Firm to the Firm shall remain confidential and shall not be shared with any other Law Firm. Each Law Firm waives any obligation of the Firm to disclose to it any information of another Law Firm. Each Law Firm and Law Firm Client acknowledges and agrees that it shares a common interest privilege with other Law Firms, other Law Firm Clients, and the Coalition in connection with this engagement. Such privilege cannot be waived without the express written consent of the Coalition.

      10.     <u>Disqualification Waiver</u>: Each Law Firm and each Law Firm Client understands and agrees that the Firm's acceptance of this engagement shall not disqualify the Firm from continuing its existing representations of other clients in other matters or from taking on other matters for other clients, provided, however, that during the course of this engagement the Firm will not represent any client or prospective client in matters that are substantially related to the matters for which the Coalition has engaged the Firm. For the avoidance of doubt, this provision allows the Firm to take on matters unrelated to this one, even in circumstances where the Firm's client would be adverse to a Law Firm or Law Firm Client, without further consent of that Law Firm or Law Firm Client.

      11.     <u>A&T/ASK Representation</u>: The Firm represents Andrews & Thornton, Attorneys at Law, and ASK LLP (together, "<u>A&T/ASK</u>") in connection with the *Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* (Dkt. No. 1974) filed in the Boy Scouts of America bankruptcy cases (the "<u>A&T/ASK Representation</u>"). The Firm believes that its work in the A&T/ASK Representation will not hinder its ability to provide competent and diligent representation to the Coalition. By signing this agreement, each Initial Paying Law Firm hereby acknowledges the existence of, and waives any conflict of interest arising from, the A&T/ASK Representation. A&T/ASK represent that they are aware of no conflict of interest between A&T/ASK and the Coalition. A&T/ASK hereby agree that, if they identify facts and circumstances that possibly could give rise to such a conflict, they promptly will so advise the Firm.

      12.     <u>Termination</u>: The Coalition shall have the right to terminate the Firm's representation at any time. The Firm shall have the same right, subject to an obligation to give the Coalition reasonable notice to arrange alternative representation. The Firm shall be relieved of the responsibility of performing further work should any retainer, statement for fees, and/or any other charges be unpaid, unless special arrangements have been agreed upon. Upon written resignation of any Initial Paying Law Firm from the Coalition, such Initial Paying Law Firm shall no longer be party to this engagement letter.

      13.     <u>Records</u>: At the conclusion of this representation, the Firm will close its file. If the Coalition wishes to have any documents delivered to the Coalition at that time, please advise us and we will transfer certain files to the Coalition; those files will not include internal accounting and administrative records or strictly internal communications. The Firm will charge a fee for the search for and retrieval of any electronic records that the Firm provides. If the Coalition does not request transfer, all documents remaining in the Coalition's file will be turned over to the Firm's

records manager. The physical files may be sent to storage off site, and thereafter an administrative cost may be charged for retrieving them from storage. Under the Firm's document retention policy, the Firm normally destroys files six years after a matter is closed, unless other prior arrangements are made.

14. <u>Acceptance of Engagement</u>: Each Initial Paying Law Firm represents and warrants that it has the authority to sign this engagement letter on behalf of its respective Law Firm Clients and to bind the Law Firm Clients and the Coalition to the terms and conditions set forth above.

Please review the foregoing and, if it meets your approval, sign and date a copy of this letter and return it to me, together with the $300,000 retainer. If you have questions, please do not hesitate to contact me.

Sincerely,

*[signature]*

Lawrence S. Robbins

**ACCEPTED AND AGREED:**

_____　　　　_____
Slater Slater Schulman LLP　　　　　　　　ASK LLP

Name: *Jonathan E. Schulman*　　　　　　　Name: _____

Title: *Partner*　　　　　　　　　　　　　Title: _____

Date: *4/15/2021*　　　　　　　　　　　　Date: _____


_____　　　　_____
Andrews & Thornton, Attorneys at Law　　　Junell & Associates PLLC

Name: _____　　　　　　Name: _____

Title: _____　　　　　　Title: _____

Date: _____　　　　　　Date: _____


_____　　　　_____
Eisenberg, Rothweiler, Winkler, Eisenberg &　Krause & Kinsman Law Firm
Jeck, P.C.
Name: _____　　　　　　Name: _____

Title: _____　　　　　　Title: _____

Date: _____　　　　　　Date: _____

**ACCEPTED AND AGREED:**

| | |
|---|---|
| _____ | _____ |
| Slater Slater Schulman LLP | ASK LLP |
| Name: _____ | Name: _Joseph L. Steinfeld, Jr._ |
| Title: _____ | Title: _Managing Partner_____ |
| Date: _____ | Date: _April 15, 2021_____ |
| | |
| _____ | _____ |
| Andrews & Thornton, Attorneys at Law | Junell & Associates PLLC |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |
| | |
| _____ | _____ |
| Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. | Krause & Kinsman Law Firm |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

**ACCEPTED AND AGREED:**

_____  
Slater Slater Schulman LLP

Name: _____

Title: _____

Date: _____

_____  
ASK LLP

Name: _____

Title: _____

Date: _____

_____  
Andrews & Thornton, Attorneys at Law

Name: *Anne Andrews*

Title: *President*

Date: *4/15/2021*

_____  
Junell & Associates PLLC

Name: _____

Title: _____

Date: _____

_____  
Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.

Name: _____

Title: _____

Date: _____

_____  
Krause & Kinsman Law Firm

Name: _____

Title: _____

Date: _____

**ACCEPTED AND AGREED:**

---

Slater Slater Schulman LLP

Name: _____

Title: _____

Date: _____

---

ASK LLP

Name: _____

Title: _____

Date: _____

---

Andrews & Thornton, Attorneys at Law

Name: _____

Title: _____

Date: _____

---

*[signature: Levy]*

Junell & Associates PLLC

Name: Deborah Levy

Title: Partner

Date: 4/14/21

---

Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.

Name: _____

Title: _____

Date: _____

---

Krause & Kinsman Law Firm

Name: _____

Title: _____

Date: _____

**ACCEPTED AND AGREED:**

| Slater Slater Schulman LLP | ASK LLP |
|---|---|
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

| Andrews & Thornton, Attorneys at Law | Junell & Associates PLLC |
|---|---|
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

| Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. | Krause & Kinsman Law Firm |
|---|---|
| Name: _[signature]_ | Name: _____ |
| Title: President | Title: _____ |
| Date: 4/14/21 | Date: _____ |

**ACCEPTED AND AGREED:**

_____  _____
Slater Slater Schulman LLP  ASK LLP

Name: _____  Name: _____

Title: _____  Title: _____

Date: _____  Date: _____


_____  _____
Andrews & Thornton, Attorneys at Law  Junell & Associates PLLC

Name: _____  Name: _____

Title: _____  Title: _____

Date: _____  Date: _____


_____  _____
Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.  Krause & Kinsman Law Firm

Name: _____  Name: _Adam Krause_____

Title: _____  Title: _Partner_____

Date: _____  Date: _4.27.2021_____

## AMENDMENT AND JOINDER TO ATTORNEY ENGAGEMENT LETTER

The undersigned parties hereby agree that Reich & Binstock LLP, 4265 San Felipe, Suite 1000, Houston, Texas 77027 (the "Joining Law Firm") shall join in and become party to the engagement letter (the "Engagement Letter"), dated April 14, 2021, among Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP (the "Firm") and the Initial Paying Law Firms as defined in the Engagement Letter, as follows:

1. The Firm's bills will be sent to the Paying Law Firms, as defined in the Engagement Letter, as follows (with this allocation to supersede that in paragraph 6 of the Engagement Letter and any previous joinders):

   | | |
   |---|---|
   | Slater Slater Schulman LLP | ■ |
   | Andrews & Thornton, Attorneys at Law, A Law Corporation | ■ |
   | ASK LLP | ■ |
   | Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. | ■ |
   | Krause & Kinsman Law Firm | ■ |
   | Junell & Associates PLLC | ■ |
   | Reich & Binstock LLP | ■ |

2. The Paying Law Firms, including the Joining Law Firm, shall be severally responsible for paying their respective liabilities to the Firm.

3. The Joining Law Firm agrees to assume the obligations of Initial Paying Law Firms specified in paragraph 6 of the Engagement Letter, including but not limited to the obligation to grant the Firm a lien.

4. The Joining Law Firm agrees to be bound by all provisions of the Engagement Letter, including but not limited to paragraphs 9 through 11 concerning privilege, waiver, and conflicts of interest.

5. This joinder shall take effect as of April 1, 2021.

6. Unless expressly stated, nothing herein shall modify the Engagement Letter in any way.

**ACCEPTED AND AGREED:**

_____
Robbins, Russell, Englert, Orseck,
Untereiner & Sauber LLP

Name: Lawrence S. Robbins
Title: Partner
Date: 04/27/21

_____
Reich & Binstock LLP

Name: Dennis C. Reich
Title: partner
Date: 4-20-21