# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
|  | **Re D.I. 1996** |

## DECLARATION OF ADAM SLATER REGARDING DOCUMENTS FILED IN CONNECTION WITH SUPPLEMENT TO THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

I, Adam Slater, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Slater Slater Schulman LLP, located at 488 Madison Avenue, 20th Fl., New York, NY 10022. I am a member in good standing of the bar of the State of New York.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Supplement to Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Supplement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Supplement are true and correct copies of the following:

   a. Documents stating the name, address, and incident data related to abuse suffered by each of my clients who is a Member of the Coalition (each, a "Member Client").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  A copy of an engagement letter with a professional firm retained by the Coalition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated: May 18, 2021
     New York, New York

64074706 v1-WorkSiteUS-036293/0001

_____
        Adam Slater

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

|  |  |
|---|---|
| In re: | : Chapter 11 |
| | : |
| BOY SCOUTS OF AMERICA AND | : Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : |
| | : (Jointly Administered) |
| Debtors.[1] | : |
| | : **Re D.I. 1996** |

---

**DECLARATION OF JOSEPH L. STEINFELD, JR. REGARDING DOCUMENTS FILED
IN CONNECTION WITH SUPPLEMENT TO THIRD AMENDED VERIFIED
STATEMENT <u>OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO
BANKRUPTCY RULE 2019</u>**

I, Joseph L. Steinfeld, Jr. hereby declare under penalty of perjury:

1.   I am a partner at the law firm of ASK LLP, located at 2600 Eagan Woods Dr., Ste. 400, St. Paul, MN 55121.   I am a member in good standing of the bars of the State of Minnesota, Commonwealth of Virginia and the District of Columbia.

2.   I represent certain individuals who are members of the Coalition of Abused Scouts for Justice.   I submit this declaration in connection with the *Supplement to Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "<u>Supplement</u>" filed by the "<u>Coalition</u>").   I have personal knowledge of the facts stated herein.   If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.   Attached at <u>Exhibit A</u> to the Supplement are true and correct copies of the following:

     a.   Documents stating the name, address, and incident data related to abuse suffered by each of my clients who is a Member of the Coalition (each, a "<u>Member Client</u>").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

    b.   A copy of an engagement letter with a professional firm retained by the Coalition.

       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated: May 18, 2021
      St. Paul, MN                              Joseph L. Steinfeld, Jr.

64074709 v1-WorkSiteUS-036293/0001

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------

|  | : |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : |  |
|  | : | (Jointly Administered) |
| Debtors.[1] | : |  |
|  | : | **Re D.I. 1996** |
|  | : |  |

------------------------------------------------------------------------

### DECLARATION OF ANNE ANDREWS REGARDING DOCUMENTS FILED IN CONNECTION WITH SUPPLEMENT TO THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

I, Anne Andrews, hereby declare under penalty of perjury:

1.  I am a partner at the law firm of Andrews & Thornton, located at 4701 Von Karman Ave., Ste. 300, Newport Beach, CA 92660. I am a member in good standing of the bar of the State of California.

2.  I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Supplement to Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Supplement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.  Attached at Exhibit A to the Supplement are true and correct copies of the following:

     a.  Documents stating the name, address, and incident data related to abuse suffered by each of my clients who is a Member of the Coalition (each, a "Member Client").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

    b.  A copy of an engagement letter with a professional firm retained by the Coalition.

       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2021

      Newport Beach, CA

Anne Andrews

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                                                          |     |                          |
|----------------------------------------------------------|-----|--------------------------|
| In re:                                                   | :   | Chapter 11               |
|                                                          | :   |                          |
| BOY SCOUTS OF AMERICA AND                                | :   | Case No. 20-10343 (LSS)  |
| DELAWARE BSA, LLC                                        | :   |                          |
|                                                          | :   | (Jointly Administered)   |
| Debtors.[1]                                              | :   |                          |
|                                                          | :   | **Re D.I. 1996**         |

## DECLARATION OF STEWART J. EISENBERG REGARDING DOCUMENTS FILED IN CONNECTION WITH SUPPLEMENT TO THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

I, Stewart J. Eisenberg, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., located at 1634 Spruce Street, Philadelphia, PA 19103. I am a member in good standing of the bar of the State of Pennsylvania.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Supplement to Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Supplement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Supplement are true and correct copies of the following:

   a. Documents stating the name, address, and incident data related to abuse suffered by each of my clients who is a Member of the Coalition (each, a "Member Client").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  A copy of an engagement letter with a professional firm retained by the Coalition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated: May 18, 2021
      Philadelphia, PA
64074716 v1-WorkSiteUS-036293/0001

                    Stewart J. Eisenberg

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC

                   Debtors.[1]

------------------------------------------------------------------------

:
:
:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)

**Re D.I. 1996**

**DECLARATION OF ADAM W. KRAUSE REGARDING DOCUMENTS FILED IN
CONNECTION WITH SUPPLEMENT TO THIRD AMENDED VERIFIED STATEMENT
OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019**

I, Adam W. Krause, hereby declare under penalty of perjury:

1. I am a partner at the Krause & Kinsman Law Firm, located at 4717 Grand Avenue #300, Kansas City, MO 64112. I am a member in good standing of the bar of the State of Missouri.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Supplement to Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Supplement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Supplement are true and correct copies of the following:

    a. Documents stating the name, address, and incident data related to abuse suffered by each of my clients who is a Member of the Coalition (each, a "Member Client").

    b. A copy of an engagement letter with a professional firm retained by the Coalition.

------------------------------------------------------------------------

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2021
      Kansas City, MO

64074717 v1-WorkSiteUS-036293/0001

Adam W. Krause

|  |  |
|---|---|
| In re: | : |
|  | : Chapter 11 |
| BOY SCOUTS OF AMERICA AND | : Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : |
|  | : (Jointly Administered) |
| Debtors.[1] | : |
|  | : **Re D.I. 1996** |

**DECLARATION OF DEBORAH LEVY REGARDING DOCUMENTS FILED IN
CONNECTION WITH SUPPLEMENT TO THIRD AMENDED VERIFIED STATEMENT
OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019**

I, Deborah Levy, hereby declare under penalty of perjury:

1.  I am a partner at the law firm of Junell & Associates, PLLC, located at 3737 Buffalo Speedway Ste. 1850, Houston TX 77098. I am a member in good standing of the bar of the State of Texas.

2.  I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Supplement to Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Supplement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.  Attached at Exhibit A to the Supplement are true and correct copies of the following:

    a.  Documents stating the name, address, and incident data related to abuse suffered by each of my clients who is a Member of the Coalition (each, a "Member Client").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  A copy of an engagement letter with a professional firm retained by the Coalition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2021
      Houston, TX
64074715 v1-WorkSiteUS-036293/0001

Deborah Levy

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | :   Chapter 11 |
| | : |
| BOY SCOUTS OF AMERICA AND | :   Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : |
| | :   (Jointly Administered) |
| Debtors.[1] | : |
| | :   **Re D.I. 1996** |
| | : |

---

### DECLARATION OF DENNIS C. REICH REGARDING DOCUMENTS FILED IN CONNECTION WITH SUPPLEMENT TO THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

I, Dennis C. Reich, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Reich & Binstock LLP, located at 4265 San Felipe St. #1000, Houston, TX 77027. I am a member in good standing of the bar of the State of Texas.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Supplement to Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Supplement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Supplement are true and correct copies of the following:

     a. Documents stating the name, address, and incident data related to abuse suffered by each of my clients who is a Member of the Coalition (each, a "Member Client").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  A copy of an engagement letter with a professional firm retained by the Coalition, and my firm's joinder to such letter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2021
       Houston, TX

_____
           Dennis C. Reich