# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I Rachel B. Mersky, hereby certify that on May 18, 2021, I served or caused to be served a copy of the foregoing pleading via email or first class mail upon all parties on the attached service list, and by CM/ECF upon those parties registered to received such electronic notifications in this case.

Dated: May 18, 2021　　　　　　　　　　**MONZACK MERSKY & BROWDER, P.A.**
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　*/s/ Rachel B. Mersky*
　　　　　　　　　　　　　　　　　　　　Rachel Mersky (DE No. 2049)
　　　　　　　　　　　　　　　　　　　　1201 N. Orange Street, Suite 400
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone:　(302) 656-8162
　　　　　　　　　　　　　　　　　　　　Facsimile:　(302) 656-2769
　　　　　　　　　　　　　　　　　　　　E-mail:　　rmersky@monlaw.com

　　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　**BROWN RUDNICK LLP**
　　　　　　　　　　　　　　　　　　　　David J. Molton, Esquire
　　　　　　　　　　　　　　　　　　　　Eric R. Goodman
　　　　　　　　　　　　　　　　　　　　Seven Times Square
　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 209-4800
　　　　　　　　　　　　　　　　　　　　E-mail: dmolton@brownrudnick.com
　　　　　　　　　　　　　　　　　　　　E-mail: egoodman@brownrudick.com

-and-

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Phone | FAX | Email | Attention | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons | Attn: Larry R. Boyd | Attn: Emily M. Hahn | 1700 Redbud Blvd, Ste 300 | McKinney, TX 75069 | 214-544-4000 | 214-544-4040 | ctimmons@abernathylaw.com | Chad Timmons | *NOA - Counsel to Collin County Tax Assessor/Collector |
| Abernathy, Roeder, Boyd & Hullett, P.C. | | | | | | | | bankruptcy@abernathylaw.com | Larry R. Boyd | *NOA - Counsel to Collin County Tax Assessor/Collector |
| Abernathy, Roeder, Boyd & Hullett, P.C. | | | | | | | | ehahn@abernathy-law.com | Emily M. Hahn | *NOA - Counsel to Collin County Tax Assessor/Collector |
| Adams and Reese LLP | Attn: Henry C. Shelton, III | 6075 Poplar Ave, Ste 700 | Memphis, TN 38119 | | | 901-525-3234 | | Henry.Shelton@arlaw.com | Henry C. Shelton, III | *NOA - Counsel to Chickasaw Council, Boy Scouts of America, Inc. |
| Ashby & Geddes, PA | Attn: Bill Bowden | 500 Delaware Ave, 8th Fl | P.O. Box 1150 | Wilmington, DE 19899-1150 | | 302-654-1888 | 302-654-2067 | wbowden@ashbygeddes.com | Bill Bowden | *NOA - Counsel for Del-Mar-Va Council, Inc, Boy Scouts of Am |
| Baird Mandalas Brockstedt, LLC | Attn: Stephen W. Spence | 1413 Savannah Rd, Ste 1 | Lewes, DE 19958 | | | 302-645-2262 | 302-644-0306 | sws@bmbde.com | Stephen W. Spence | *NOA - Counsel to several sexual abuse survivor claimants |
| Baker Manock & Jensen, PC | Attn: Jan T. Perkins | 5260 N Palm Ave, Ste 421 | Fresno, CA 93704 | | | | | jperkins@bakermanock.com | Jan T. Perkins | *NOA - Counsel for Sequoia Counsel of Boy Scouts, Inc. |
| Bayard, PA | Attn: Erin Fay/ Gregory Flasser | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | 302-655-5000 | | efay@bayardlaw.com | Erin R. Fay | *NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| Bayard, PA | | | | | | 302-655-5000 | | gflasser@bayardlaw.com | Gregory J. Flasser | *NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| Bielli & Klauder, LLC | Attn: David M Klauder | 1204 N King St | Wilmington, DE 19801 | | | 302-397-4600 | 302-397-2557 | dklauder@bk-legal.com | David M. Klauder | *NOA - Counsel for Various Tort Claimants |
| Bielli & Klauder, LLC | Attn: David M. Klauder | 1204 N King St | Wilmington, DE 19801 | | | 302-803-4600 | 302-397-2557 | tbielli@bk-legal.com | David M. Klauder | *NOA - Counsel to Certain Tort Claimants |
| Bodell Bove, LLC | Attn: Bruce W. McCullough | 1225 N King St, Ste 1000 | Wilmington, DE 19801 | | | 302-655-6749 | 302-655-6827 | bmccullough@bodellbove.com | Bruce W. McCullough | *NOA - Counsel for Agricultural Insurance Company |
| Bradley Riley Jacobs PC | Attn: Todd C. Jacobs | 320 W Ohio St, Ste 3W | Chicago, IL 60654 | | | 312-281-0295 | | tjacobs@bradleyriley.com | Todd C. Jacobs | *NOA - Counsel for the National Surety Corporation |
| Brown Rudnick LLP | Attn: David J. Molton | 7 Times Square | New York, NY 10036 | | | 212-209-4800 | | DMolton@brownrudnick.com | David J. Molton | *NOA - Counsel to the Coalition of Abused Scouts for Justice |
| Brown Rudnick LLP | Attn: Sunni P. Beville | Attn: Tristan G. Axelrod | 1 Financial Ctr | Boston, MA 02111 | | 617-856-8200 | | sbeville@brownrudnick.com | Sunni P. Beville | *NOA - Counsel to the Coalition of Abused Scouts for Justice |
| Brown Rudnick LLP | | | | | | | | taxelrod@brownrudnick.com | Tristan G. Axelrod | *NOA - Counsel to the Coalition of Abused Scouts for Justice |
| Brown Rudnick LLP | | | | | | | | EGoodman@brownrudnick.com | Eric Goodman | *NOA - Counsel to the Coalition of Abused Scouts for Justice |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second St, 17th Fl | San Francisco, CA 94105-3493 | | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Shawn M. Christianson | *NOA - Counsel for Oracle America, Inc. |
| Butler Snow LP | Attn: Daniel W. Van Horn | P.O. Box 171443 | Memphis, TN 38187-1443 | | | | | Danny.VanHorn@butlersnow.com | Daniel W. Van Horn | *NOA - Counsel for Chickasw Council, BSA, Inc. |
| Carruthers & Roth, PA | Attn: Britton C Lewis | 235 N Edgeworth St | P.O. Box 540 | Greensboro, NC 27401 | | 336-478-1146 | 336-478-1145 | bcl@crlaw.com | Britton C. Lewis | *NOA - Counsel for Arrowood Indemnity Company |
| Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | | 302-295-0191 | 302-295-0199 | desgross@chipmanbrown.com | Mark L. Desgrosseilliers | *NOA - Counsel for Jane Doe, Party in Interest |
| Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Attn: Jonathan D. Marshall | Attn: Michael J. Foley, Jr | Two International Place | Boston, MA 02110 | 617- 248-5000 | 617-248-4000 | dgooding@choate.com | Douglas R. Gooding | *NOA - Counsel for Liberty Mutual Insurance Company |
| Choate, Hall & Stewart LLP | | | | | | 617-248-5000 | 617-248-4000 | jmarshall@choate.com | Jonathan D. Marshal | *NOA - Counsel for Liberty Mutual Insurance Company |
| Choate, Hall & Stewart LLP | | | | | | 617-248-5000 | 617-248-4000 | mjfoley@choate.com | Michael J. Foley | *NOA - Counsel for Liberty Mutual Insurance Company |

| # | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Commonwealth of Pennsylvania | Dept of Labor & Industry | Attn: Deb Secrest/Collections Support Unit | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us | Deb Secrest | *NOA - Authorized Agent for the Commonwealth of Pennsylvania |
| 27 | Connolly Gallagher, LLP | Attn: Karen C. Bifferato | Attn: Kelly M. Conlan | 1201 N Market St, 20th Fl | Wilmington, DE 19801 | | 302-757-7300 | | kbifferato@connollygallagher.com | Karen C. Bifferato | *NOA - Counsel for IRC Burnsville Crossing, LLC (Landlord) |
| 28 | Connolly Gallagher, LLP | | | | | | 302-757-7300 | | kconlan@connollygallagher.com | Kelly M. Conlan | *NOA - Counsel for IRC Burnsville Crossing, LLC (Landlord) |
| 29 | Coughlin Duffy, LLP | Attn: Kevin Coughlin/Lorraine Armenti | Attn: Michael Hrinewski | 350 Mt Kemble Ave | P.O. Box 1917 | Morristown, NJ 07960 | 973-267-0058 | 973-267-6442 | kcoughlin@coughlinduffy.com | Kevin Coughlin | *NOA - Counsel for Arrowood Indemnity Company |
| 30 | Coughlin Duffy, LLP | | | | | | 973-267-0058 | 973-267-6442 | larmenti@coughlinduffy.com | Lorraine Armenti | *NOA - Counsel for Arrowood Indemnity Company |
| 31 | Coughlin Duffy, LLP | | | | | | 973-267-0058 | 973-267-6442 | mhrinewski@coughlinduffy.com | Michael Hrinewski | *NOA - Counsel for Arrowood Indemnity Company |
| 32 | Crew Janci LLP | Attn: Stephen Crew | Attn: Peter Janci | 1200 NW Naito Pkwy, Ste 500 | Portland, OR 97209 | | 888-407-0224 | | steve@crewjanci.com | Stephen Crew | *NOA - Counsel to Abuse Victims |
| 33 | Crew Janci LLP | | | | | | | | peter@crewjanci.com | Peter Janci | *NOA - Counsel to Abuse Victims |
| 34 | Cross & Simon, LLC | Attn: Christopher Simon | Attn: Kevin Mann | 1105 N Market St, Ste 901 | Wilmington, DE 19801 | | 302-777-4200 | 302-777-4224 | csimon@crosslaw.com | Christopher P. Simon | *NOA - Counsel to Appellee Sidley Austin LLP |
| 35 | Cross & Simon, LLC | | | | | | 302-777-4200 | 302-777-4224 | kmann@crosslaw.com | Kevin S. Mann | *NOA - Counsel to Appellee Sidley Austin LLP |
| 36 | Crowell & Moring LLP | Attn: Mark D. Plevin | Attn: Austin J. Sutta | 3 Embarcadero Center, 26th Fl | San Francisco, CA 94111 | | 415-986-2800 | 415-986-2827 | mplevin@crowell.com | Mark D. Plevin | *NOA - Counsel to American Zurich Insurance Company |
| 37 | Crowell & Moring LLP | Attn: Austin J. Sutta | | | | | | | asutta@crowell.com | Austin J. Sutta | *NOA - Counsel to American Zurich Insurance Company |
| 38 | Crowell & Moring LLP | Attn: Tacie H. Yoon | 1001 Pennsylvania Ave, NW | Washington, D.C. 20004 | | | 202-624-2500 | 202-628-5116 | tyoon@crowell.com | Tacie H. Yoon | *NOA - Counsel to American Zurich Insurance Company |
| 39 | Davies Hood PLLC | Attn: Jason P. Hood | 22 N Front St, Ste 620 | Memphis, TN 38103-2100 | | | 901-730-6910 | | Jason.Hood@davieshood.com | Jason P. Hood | *NOA - Counsel for Chickasaw Council, BSA, Inc. |
| 40 | Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel | Attn: Alessandra Glorioso | 300 Delaware Ave, Ste 1010 | Wilmington, DE 19801 | | 302-425-7171 | | schnabel.eric@dorsey.com | Eric Lopez Schnabel | *NOA - Counsel for Girl Scouts of the United States of Ameri |
| 41 | Dorsey & Whitney LLP | | | | | | 302-425-7171 | | glorioso.alessandra@dorsey.com | Alessandra Glorioso | *NOA - Counsel for Girl Scouts of the United States of Ameri |
| 42 | Dorsey & Whitney LLP | Attn: Bruce R. Ewing/E. Schnabel | 51 W 52nd St | New York, NY 10019 | | | | | ewing.bruce@dorsey.com | Bruce R. Ewing | *NOA - Counsel for Girl Scouts of the United States of Ameri |
| 43 | Doshi Legal Group, P.C. | Attn: Amish R. Doshi | 1979 Marcus Ave, Ste 210E | Lake Success, NY 11042 | | | 516-622-2335 | | amish@doshilegal.com | Amish R. Doshi | *NOA - Counsel to Oracle America, Inc. |
| 44 | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | | 302-467-4200 | 302-467-4201 | patrick.jackson@faegredrinker.com | Patrick A. Johnson | *NOA - Counsel for Weaver Fundraising, LLC d/b/a Trail's End |
| 45 | Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe | 600 E. 96th St, Ste 600 | Indianapolis, IN 46240 | | | 317-569-9600 | 317-569-4800 | jay.jaffe@faegredrinker.com | Jay Jaffe | *NOA - Counsel for Weaver Fundraising, LLC d/b/a Trail's End |
| 46 | Faegre Drinker Biddle & Reath LLP | | | | | | 302-467-4200 | 302-467-4201 | kaitlin.mackenzie@faegredrinker.com | Kaitlin W. MacKenzie | *NOA - Counsel for The Roman Catholic Diocese of Brooklyn, N |
| 47 | Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo | 1177 Ave of the Americas, 41st Fl | New York, NY 10036-2714 | | | 212-248-3140 | 212-248-3141 | michael.pompeo@faegredrinker.com | Michael P. Pompeo | *NOA - Counsel for The Roman Catholic Diocese of Brooklyn, N |
| 48 | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | Attn: Kaitlin W. MacKenzie | 222 Delaware Ave., Suite 1410 | Wilmington, DE 19801-1621 | | 302-467-4200 | 302-467-4201 | Patrick.Jackson@faegredrinker.com | Patrick A. Jackson | *NOA - Counsel for The Roman Catholic Diocese of Brooklyn, N |
| 49 | Fineman Krekstein & Harris, PC | Attn: Dierdre M Richards | 1300 N King St | Wilmington, DE 19801 | | | 302-538-8331 | 302-394-9228 | drichards@finemanlawfirm.com | Dierdre M Richards | *NOA - Counsel for National Union Fire Insurance Co of PA, A |
| 50 | Flordia M. Henderson | P.O. Box 30604 | Memphis, TN 38130-0604 | | | | 901-348-4406 | 901-348-4409 | flordia@fhendersonlaw.net | Flordia M. Henderson | *NOA - Counsel for Trennie L. Williams and Kiwayna H. Williams, jointly as Parents, |
| 51 | Foley & Lardner LLP | Attn: Richard J Bernard | 90 Park Ave | New York, NY 10016 | | | 212-682-7474 | 212-687-2329 | rbernard@foley.com | Richard J. Bernard | *NOA - Counsel for Boys Scouts of |
| 52 | Foley & Lardner LLP | Attn: Victor Vilaplana | 3579 Valley Centre Dr, Ste 300 | San Diego, CA 92130 | | | 858-847-6759 | 858-792-6773 | vavilaplana@foley.com | Victor Vilaplana | *NOA - Counsel for Boys Scouts of |
| 53 | Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow | Attn: Igor Shleypak | 222 N LaSalle St, Ste 1400 | Chicago, IL 60614 | | 312-863-5000 | 312-863-5000 | sgummow@fgppr.com | Susan N K Gummow | *NOA - Counsel for National Union Fire Insurance Co of PA, A |
| 54 | Foran Glennon Planadech Ponzi & Rudloff, P.C. | | | | | | 312-863-5000 | 312-863-5000 | ishleypak@fgppr.com | Igor Shleypak | *NOA - Counsel for National Union Fire Insurance Co of PA, A |
| 55 | Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson | 200 W Madison St, Ste 3000 | Chicago, IL 60606 | | | 312-224-1224 | 312-224-1201 | panderson@foxswibel.com | Margaret M. Anderson | *NOA - Counsel for Old Republic |
| 56 | Gilbert LLP | Attn: Kami Quinn / Attn: Meredith Neely | Attn: Emily Grim / Attn: Jasmine Chalashtori | 700 Pennsylvania Ave, SE Ste 400 | Washington, DC 20003 | | 202-772-2285 | | quinnk@gilbertlegal.com | Kami Quinn | *NOA - Counsel to Future Claimants' Representative |

| # | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | Gilbert LLP | | | | | | | | neelym@gilbertlegal.com | Meredith Neely | *NOA - Counsel to Future Claimants' |
| 58 | Gilbert LLP | | | | | | | | grime@gilbertlegal.com | Emily Grim | *NOA - Counsel to Future Claimants' |
| 59 | Gilbert LLP | | | | | | | | chalashtorij@gilbertlegal.com | Jasmine Chalashtori | *NOA - Counsel to Future Claimants' |
| 60 | Internal Revenue Service | Centralized Insolvency | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | 800-973-0424 | 855-235-6787 | | | Core Parties |
| 61 | Jacobs & Crumplar, PA | Attn: Raeann Warner/Thomas Crumplar | 750 Shipyard Dr, Ste 200 | Wilmington, DE 19801 | | | 302-656-5445 | 302-656-5875 | Raeann@jcdelaw.com | Raeann Warner | *NOA - Counsel for Claimants, John Doe, and other Claimants |
| 62 | Jacobs & Crumplar, PA | | | | | | 302-656-5445 | 302-656-5875 | tom@jcdelaw.com | Thomas C. Crumplar | *NOA - Counsel for John Doe#1, John Doe#2, John Doe#3 |
| 63 | James, Vernon & Weeks, P.A. | Attn: Leander L. James | Attn: Craig K. Vernon | Attn: R. Charlie Beckett | 1626 Lincoln Wy | Coeur d'Alene, ID 83815 | 208-667-0683 | 208-664-1684 | ljames@jvwlaw.net | Leander L. James | *NOA - Counsel to Certain Tort Claimants |
| 64 | James, Vernon & Weeks, P.A. | | | | | | | | cvernon@jvwlaw.net | Craig K. Vernon | *NOA - Counsel to Certain Tort Claimants |
| 65 | James, Vernon & Weeks, P.A. | | | | | | | | rbeckett@jvwlaw.net | R. Charlie Beckett | *NOA - Counsel to Certain Tort Claimants |
| 66 | Janet, Janet & Scuggs, LLC | Attn: Gerald D Jowers, Jr | 500 Taylor St, Ste 301 | Columbia, SC 29201 | | | 803-726-0050 | 803-727-1059 | GJowers@JJSJustice.com | Gerald D. Jowers, Jr. | *NOA - Counsel to Claimant J.M. as party in interest |
| 67 | JPMorgan Chase Bank, NA | Attn: Phil Martin | 10 S Dearborn St | Mail Code Il1-1415 | Chicago, Il 60603 | | 312-732-4728 | | | | Bank Debt |
| 68 | Jpmorgan Chase Bank, NA | c/o Norton Rose Fulbright US LLP | Attn: Louis R. Strubeck, Jr | 1301 Ave of the Americas | New York, NY 10019-6022 | | 212-318-3159 | | louis.strubeck@nortonrosefulbright.com | Louis R. Strubeck, Jr | *NOA - Counsel for JPMorgan Chase Bank, National Association |
| 69 | Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton | 701 5th Ave, Ste 3300 | Seattle, WA 98104 | | | 206-223-1313 | 206-682-7100 | bleaverton@karrtuttle.com | Bruce W. Leaverton | *NOA - Counsel for Chief Seattle Council, Boy Scouts of Amer |
| 70 | Kelly, Morgan, Dennis, Corzine & Hansen, P.C. | Attn: Michael G. Kelly | P.O. Box 1311 | Odessa, TX 79760-1311 | | | 432-367-7271 | 432-363-9121 | mkelly@kmdfirm.com | Michael G. Kelly | *NOA - Counsel to Buffalo Trail Council, Inc. |
| 71 | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 Market St, Ste 1000 | Wilmington, DE 19801 | | | 302-552-5511 | | dpacitti@klehr.com | Domenic E. Pacitti | *NOA - Counsel to Abuse Victims |
| 72 | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market St, Ste 1400 | Philadelphia, PA 19103 | | | 215-569-2700 | | mbranzburg@klehr.com | Morton R. Branzburg | *NOA - Counsel to Abuse Victims |
| 73 | Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer/Rachel Ringer | Attn: David E. Blabey Jr./ Jennifer R. Sharret | Attn: Megan M. Wasson | 177 Ave of the Americas | New York, NY 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Thomas Moers Mayer | *NOA - Counsel to the Official Committee of Unsecured Credit |
| 74 | Kramer Levin Naftalis & Frankel LLP | | | | | | 212-715-9100 | 212-715-8000 | rringer@kramerlevin.com | Rachael Ringer | *NOA - Counsel to the Official Committee of Unsecured Credit |
| 75 | Kramer Levin Naftalis & Frankel LLP | | | | | | 212-715-9100 | 212-715-8000 | dblabey@kramerlevin.com | David E. Blabey Jr. | *NOA - Counsel to the Official Committee of Unsecured Credit |
| 76 | Kramer Levin Naftalis & Frankel LLP | | | | | | 212-715-9100 | 212-715-8000 | jsharret@kramerlevin.com | Jennifer R. Sharret | *NOA - Counsel to the Official Committee of Unsecured Credit |
| 77 | Kramer Levin Naftalis & Frankel LLP | | | | | | 212-715-9100 | 212-715-8000 | mwasson@kramerlevin.com | Megan M. Wasson | *NOA - Counsel to the Official Committee of Unsecured Credit |
| 78 | Latham & Watkins LLP | Attn: Jeffrey E Bjork | Attn: Kimberly A Posin | Attn: Nicholas J Messana | 355 S Grand Ave, Ste 100 | Los Angeles, CA 90071-1 | 213-485-1234 | 213-891-8763 | jeff.bjork@lw.com | Jeffrey E. Bjork | *NOA - Counsel for The Church of Jesus |
| 79 | Latham & Watkins LLP | | | | | | 213-485-1234 | 213-891-8763 | kim.posin@lw.com | Kimberly A. Posin | *NOA - Counsel for The Church of Jesus |
| 80 | Latham & Watkins LLP | | | | | | 213-485-1234 | 213-891-8763 | nicholas.messana@lw.com | Nicholas J. Messana | *NOA - Counsel for The Church of Jesus |
| 81 | Latham & Watkins LLP | Attn: Adam J Goldberg | 885 3rd Ave | New York, NY 10022-4834 | | | 212-906-1200 | 212-751-4864 | adam.goldberg@lw.com | Adam J. Goldberg | *NOA - Counsel for The Church of Jesus |
| 82 | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | P.O. Box 3064 | Houston, TX 77253-3064 | | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com | John P. Dillman | *NOA - Counsel for Houston Liens, Fort Bend County, OC, Mont |
| 83 | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com | Elizabeth Weller | *NOA-Dallas County |
| 84 | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com | Don Stecker | *NOA - Counsel to Ector CAD |
| 85 | Maurice Wutscher LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd. Ste 207 | Beachwood, OH 44122 | | | 216-220-1129 | 216-472-8510 | ahochheiser@mauricewutscher.com | Alan C. Hochheiser | *NOA - Counsel for AmTrust North America, Inc. on behalf of |
| 86 | McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | P.O. Box 1269 | Round Rock, TX 78680 | | | 512-323-3200 | 512-323-3205 | tleday@mvbalaw.com | Tara LeDay | *NOA - Counsel for Texas Taxing Authorities |
| 87 | McDermott Will & Emery LLP | Attn: Ryan Smethurst | Attn: Margaret Warner | 500 N Capitol St NW | Washington, DC 20001-1531 | | 202-756-8036 | 202-756-8087 | rsmethurst@mwe.com | Robert S. Smethurst | *NOA - Counsel to Allianz Global Risks US Insurance Company |
| 88 | McDermott Will & Emery LLP | | | | | | 202-756-8228 | 202-756-8087 | mwarner@mwe.com | Margaret H. Warner | *NOA - Counsel to Allianz Global Risks US Insurance Company |
| 89 | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson | 277 S Rose St, Ste 5000 | Kalamazoo, MI 49007 | | | 269-383-5880 | 269-382-0244 | andersond@millercanfield.com | Danielle Mason Anderson | *NOA - Counsel to Stryker Medical |

| # | Firm | Attn 1 | Attn 2 / Address | Address | City/State | City/State 2 | Phone | Fax | Email | Contact | Role |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | Attn: Kim V. Marrkand | Attn: Nancy D. Adams | Attn: Laura Bange Stephens | One Financial Center | Boston, MA 02111 | 617-542-6000 | 617-542-2241 | kmarrkand@mintz.com | Kim V. Marrkand | *NOA - Counsel for Liberty Mutual Insurance Company |
| 91 | Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | | | | | | 617-542-6000 | 617-542-2241 | ndadams@mintz.com | Nancy D. Adams | *NOA - Counsel for Liberty Mutual Insurance Company |
| 92 | Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | | | | | | 617-542-6000 | 617-542-2241 | lbstephens@mintz.com | Laura Bange Stephens | *NOA - Counsel for Liberty Mutual Insurance Company |
| 93 | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey | 100 Front St | Worcester, MA 01608 | | | 508-791-8500 | 508-791-8502 | pcarey@mirickoconnell.com | Paul W. Carey | *NOA - Counsel for Sun Life Assurance Company of Canada |
| 94 | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley | 1800 W Park Dr, Ste 400 | Westborough, MA 01581 | | | 508-898-1501 | 508-898-1502 | kfoley@mirickoconnell.com | Kate P. Foley | *NOA - Counsel for Sun Life Assurance Company of Canada |
| 95 | Missouri Dept of Revenue | Bankruptcy Unit | Attn: Steven A Ginther | P.O. Box 475 | Jefferson City, MO 65105-0475 | | 573-751-5531 | 573-751-7232 | deecf@dor.mo.gov | Steven A Ginther | *NOA - Counsel for the Missouri Dept of Revenue |
| 96 | Monzack Mersky Browder & Hochman, P.A. | Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | | 302-656-8162 | | rmersky@monlaw.com | Rachel B. Mersky | *NOA - Coalition of Abused Scouts for Justice/Counsel for Waste Management |
| 97 | Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin | Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | 302-656-8162 | 302-656-2769 | bmclaughlin@monlaw.com | Brian J. McLaughlin | *NOA - Counsel for Waste Management |
| 98 | Monzack Mersky McLaughlin & Browder, PA | | | | | | 302-656-8162 | 302-656-2769 | rmersky@monlaw.com | Rachel B. Mersky | *NOA - Counsel for Waste Management |
| 99 | Morris James LLP | Attn: Brett D. Fallon | Attn: Brya M. Keilson | 500 Delaware Ave, Ste 1500 | P.O. Box 2306 | Wilmington, DE 19899-2 | 302-888-6800 | 302-571-1750 | bfallon@morrisjames.com | Brett D. Fallon | *NOA - Counsel for Old Republic Insurance Company |
| 100 | Morris James LLP | | | | | | 302-888-6800 | 302-571-1750 | bkeilson@morrisjames.com | Brya M. Keilson | *NOA - Counsel for Old Republic Insurance Company |
| 101 | Morris James LLP | Attn: Jeffrey Waxman | Attn: Eric J. Monzo | 500 Delaware Avenue, Suite 150 | Wilmington, DE 19801 | | 302-888-6800 | 302-571-1750 | jwaxman@morrisjames.com | Jeffrey Waxman | *NOA - Counsel for Pearson Education, Inc. and NCS Pearson, |
| 102 | Morris James LLP | | | | | | 302-888-6800 | 302-571-1750 | emonzo@morrisjames.com | Eric J. Monzo | *NOA - Counsel for Pearson Education, Inc. and NCS Pearson, |
| 103 | Morris, Nichols, Arsht & Tunnell | Attn: Derek C. Abbott | 1201 N. Market Street | P.O. Box 1347 | Wilmington, DE, 19899 | | | 302-658-7036 | dabbott@mnat.com | Derek C. Abbott | Core Parties |
| 104 | Morris, Nichols, Arsht & Tunnell | Attn: Joseph Charles Barsalona II | | | | | | | barsalona@mnat.com | Joseph Charles Barsalona II | Core Parties |
| 105 | Morris, Nichols, Arsht & Tunnell | Attn: Eric Moats | | | | | | | emoats@mnat.com | Eric Moats | Core Parties |
| 106 | Morris, Nichols, Arsht & Tunnell | Attn: Andrew R. Remming | | | | | | | aremming@mnat.com | Andrew R. Remming | Core Parties |
| 107 | Morris, Nichols, Arsht & Tunnell | Attn: Paige N. Topper | | | | | | | ptopper@mnat.com | Paige N. Topper | Core Parties |
| 108 | Nagel Rice LLP | Attn: Bradley L Rice | 103 Eisenhower Pkwy | Roseland, NJ 07068 | | | 973-618-0400 | 973-618-9194 | brice@nagelrice.com | Bradley L. Rice | *NOA - Counsel for Jack Doe, Creditor and Defendant in Adver |
| 109 | Napoli Shkolnik PLLC | Attn: R. Joseph Hrubiec | 919 N Market St, Ste 1801 | Wilmington, DE 19801 | | | 302-330-8025 | | RHrubiec@NapoliLaw.com | R. Joseph Hrubiec | *NOA - Counsel for Claimant J.M. |
| 110 | Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield | 300 E Esplande Dr, Ste 1170 | Oxnard, CA 93036 | | | 805-604-4106 | 805-604-4150 | wwinfield@calattys.com | William E. Winfield | *NOA - Counsel for Ventura County Council of BSA |
| 111 | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew S. Sorem | 10 S Wacker Dr, 21st Fl | Chicago, IL 60606 | | | 312-585-1433 | 312-585-1401 | msorem@nicolaidesllp.com | Matthew S. Sorem | *NOA - Counsel to Allianz Global Risks US Insurance Company |
| 112 | Norton Rose Fulbright Us LLP | Attn: Louis Strubeck/ Kristian Gluck | Attn: Ryan Manns | 2200 Ross Ave, Suite 3600 | Dallas, TX 75201-7932 | | 214-855-8040 | 214-855-8200 | louis.strubeck@nortonrosefulbright.com | Louis R. Strubeck | *NOA - Counsel for JPMorgan Chase Bank, National Association |
| 113 | Norton Rose Fulbright US LLP | | | | | | 214-855-8000 | 214-855-8200 | kristian.gluck@nortonrosefulbright.com | Kristian W. Gluck | *NOA - Counsel for JPMorgan Chase Bank, National Association |
| 114 | Norton Rose Fulbright US LLP | | | | | | 214-855-8000 | 214-855-8200 | ryan.manns@nortonrosefulbright.com | Ryan E. Manns | *NOA - Counsel for JPMorgan Chase Bank, National Association |
| 115 | Office of the Attorney General | Attn: Christopher S Murphy | Attn: Sherri K Simpson | Bankruptcy & Collections Division | P.O. Box 12548 | Austin, TX 78711-2548 | 512-475-4562 | 512-936-1409 | christopher.murphy@oag.texas.gov | Christopher S. Murphy | *NOA - Counsel for the Texas Workforce Commission |
| 116 | Office of the Attorney General | | | | | | | | sherri.simpson@oag.texas.gov | Sherri K. Simpson | *NOA - Counsel for the Texas Workforce Commission |
| 117 | Office of the U.S. Trustee | | | | | | 302-573-6491 | 302-573-6497 | hannah.mccollum@usdoj.gov | Hannah Mufson McCollum | U.S. Trustee |
| 118 | Office of the United States Trustee | Attn: David L. Buchbinder | Attn: Hannah Mufson McCollum | 844 King St, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 | 302-573-6565 | 302-573-6497 | david.l.buchbinder@usdoj.gov | David L. Buchbinder | Core Parties |
| 119 | Pachulski Stang Ziehl & Jones | Attn: James I. Stang | 10100 Santa Monica Blvd, 13th Fl | Los Angeles, CA 90067-4003 | | | 310-277-6910 | 302-652-4400 | jstang@pszjlaw.com | James Stang | *NOA - Counsel to the Tort Claimants' |
| 120 | Pachulski Stang Ziehl & Jones | | | | | | | | joneill@pszjlaw.com | James E. O'Neill | *NOA - Counsel to the Tort Claimants' Committee |
| 121 | Pachulski Stang Ziehl & Jones | | | | | | | | lcantor@pszjlaw.com | Linda F. Cantor | Core Parties |

| # | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 122 | Pachulski Stang Ziehl & Jones | | | | | | | | rorgel@pszjlaw.com | Robert B. Orgel | *NOA - Counsel to the Tort Claimants' Committee |
| 123 | Pachulski Stang Ziehl & Jones LLP | Attn: James Stang/Robert Orgel | Attn: James O'Neill/John Lucas/ Ilan Scharf | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8 | 302-652-4100 | 302-652-4400 | jlucas@pszjlaw.com | John W. Lucas | *NOA - Counsel to the Tort Claimants' Committee |
| 124 | Pachulski Stang Ziehl & Jones LLP | | | | | | 302-652-4100 | 302-652-4400 | ischarf@pszjlaw.com | Ilan D. Scharf | *NOA - Counsel to the Tort Claimants' Committee |
| 125 | Paul Mones PC | Attn: Paul Mones | 13101 Washington Blvd | Los Angeles, CA 90066 | | | | | paul@paulmones.com | Paul Mones | *NOA - Counsel to Jorge Vega |
| 126 | Pension Benefit Guaranty Corporation | | | | | | 202-229-6778 | 202-326-4112 | burton.cassandra@pbgc.gov | Cassandra Burton | *NOA - Counsel for the Pension Benefit Guaranty Corporation |
| 127 | Pension Benefit Guaranty Corporation | | | | | | 202-229-6778 | 202-326-4112 | fessenden.craig@pbgc.gov | Craig T. Fessenden | *NOA - Counsel for the Pension Benefit Guaranty Corporation |
| 128 | Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO | Attn: C. Burton/ C. Fessenden | 1200 K St NW | Washington, DC 20005 | | 202-229-3033 | 202-326-4112 | Kelly.Patricia@Pbgc.Gov | Patricia Kelly | *NOA - Counsel for the Pension Benefit Guaranty Corporation |
| 129 | Perdue, Brandon, Fielder, Collins & Mot | Attn: John T. Banks | 3301 Northland Dr, Ste 505 | Austin, TX 78731 | | | 512-302-0190 | 512-302-1802 | jbanks@pbfcm.com | John T. Banks | *NOA - Counsel for Burleson County Tax Office, Luling ISD Tax Office, Colorado County Tax Office, Fayette County Tax Office, Milano ISD Tax Office, and Gause ISD Tax Office |
| 130 | Pfau Cochran Vertetis Amala PLLC | Attn: Michael Pfau/Jason Amala | Attn: Vincent Nappo | 403 Columbia St, Ste 500 | Seattle, WA 98104 | | 206-451-8260 | 206-623-3624 | michael@pcvalaw.com | Michael T. Pfau | *NOA - Counsel for Various Tort Claimants |
| 131 | Pfau Cochran Vertetis Amala PLLC | | | | | | 206-451-8260 | 206-623-3624 | jason@pcvalaw.com | Jason P. Amala | *NOA - Counsel for Various Tort Claimants |
| 132 | Pfau Cochran Vertetis Amala PLLC | | | | | | 206-451-8260 | 206-623-3624 | vnappo@pcvalaw.com | Vincent T. Nappo | *NOA - Counsel for Various Tort Claimants |
| 133 | Phillips Lytle LLP | Attn: Angela Z Miller | One Canalside | 125 Main St | Buffalo, NY 14203 | | 716-847-7060 | 716-852-6100 | amiller@phillipslytle.com | Angela Z Miller | *NOA - Counsel for Pearsons Education, Inc. and NSC Pearsons |
| 134 | Raul Diaz | | | | | | | | rauldiaz2503@gmail.com | Raul Diaz | ENR |
| 135 | Reed Smith LLP | Attn: Kurt F. Gwynne | Attn: Katelin A. Morales | 120 N Market St, Ste 1500 | Wilmington, DE 19801 | | 302-778-7500 | 302-778-7575 | kgwynne@reedsmith.com | Kurt F. Gwynne | *NOA - Counsel to the Committee of Unsecured Creditors |
| 136 | Reed Smith LLP | | | | | | 302-778-7500 | 302-778-7575 | kmorales@reedsmith.com | Katelin A. Morales | *NOA - Counsel to the Official Committee of Unsecured Credit |
| 137 | Richards, Layton & Finger, PA | Attn: Michael Merchant/Brett Haywood | One Rodney Square | 920 N King St | Wilmington, DE 19801 | | 302-651-7700 | 302-651-7701 | merchant@rlf.com | Michael J. Merchant | *NOA - Counsel for The Church of Jesus Christ of Latter-day |
| 138 | Richards, Layton & Finger, PA | | | | | | 302-651-7700 | 302-651-7701 | haywood@rlf.com | Brett M. Haywood | *NOA - Counsel for The Church of Jesus Christ of Latter-day |
| 139 | Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy | Attn: Kristi J. Doughty | 824 N Market St, Ste 800 | Wilmington, DE 19801-4939 | | 302-482-4038 | 302-888-1696 | rbarkasy@schnader.com | Richard A. Barkasy | *NOA - Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child, and Stephen Knight as the Personal Representative of the Estate of E.J.K. |
| 140 | Schnader Harrison Segal & Lewis LLP | | | | | | 302-482-4038 | 302-888-1696 | kdoughty@schnader.com | Kristi J. Doughty | *NOA - Counsel for Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child |
| 141 | Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill | 222 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | | | 302-888-0600 | 302-888-0606 | khill@svglaw.com | R. Karl Hill | *NOA - Counsel for Liberty Mutual Company |
| 142 | Sequoia Counsel of Boy Scouts, Inc. | Attn: Michael Marchese | 6005 N Tamera Ave | Fresno, CA 93711 | | | | | michael.marchese@scouting.org | Michael Marchese | *NOA - Counsel for Sequoia Counsel of Boy Scouts, Inc. |
| 143 | Shipman & Goodwin LLP | Attn: Eric S. Goldstein | 1 Constitution Plz | Hartford, CT 06103-1919 | | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com | Eric S. Goldstein | *NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |

| # | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 144 | Shipman & Goodwin LLP | | | | | | 860-251-5000 | 860-251-5218 | bankruptcy@goodwin.com | | NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| 145 | Shipman & Goodwin LLP | | | | | | 860-251-5000 | 860-251-5218 | bankruptcyparalegal@goodwin.com | | NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| 146 | Shipman & Goodwin LLP | Attn: Abigail Williams/ James Ruggeri | Attn: Joshua Weinberg/ Michele B Konigsberg | 1875 K St NW, Ste 600 | Washington, DC 20006-1251 | | 202-469-7750 | 202-469-7751 | awilliams@goodwin.com | Abigail W. Williams | *NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| 147 | Shipman & Goodwin LLP | | | | | | 212-469-7750 | 212-469-7751 | jweinberg@goodwin.com | Joshua D. Weinberg | *NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| 148 | Shipman & Goodwin LLP | | | | | | | | mkonigsberg@goodwin.com | Michele Backus Konigsberg | *NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| 149 | Shipman & Goodwin LLP | | | | | | | | jruggeri@goodwin.com | James P. Ruggeri | *NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| 150 | Sidley Austin LLP | Attn: Blair Warner | One South Dearborn Street | Chicago, IL 60603 | | | | 312-853-7036 | blair.warner@sidley.com | Blair Warner | Core Parties |
| 151 | Sidley Austin LLP | Attn: Matthew Evan Linder | | | | | | | mlinder@sidley.com | Matthew Evan Linder | Core Parties |
| 152 | Sidley Austin LLP | Attn: Thomas A. Labuda, Jr. | | | | | | | tlabuda@sidley.com | Thomas A. Labuda, Jr. | Core Parties |
| 153 | Sidley Austin LLP | Attn: Karim Basaria | | | | | | | kbasaria@sidley.com | Karim Basaria | Core Parties |
| 154 | Sidley Austin LLP | Attn: Jessica C. Boelter | 787 Seventh Avenue | New York, NY 10019 | | | | 212-839-5599 | jboelter@sidley.com | Jessica C. Boelter | Core Parties |
| 155 | Stamoulis & Weinblatt LLC | Attn: Stamatios Stamoulis | Attn: Richard Weinblatt | 800 N West St, Ste 800 | Wilmington, DE 19801 | | 302-999-1540 | | stamoulis@swdelaw.com | Stamatios Stamoulis | *NOA - Counsel to for Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor to Insurance Company of North America, et al. |
| 156 | Stamoulis & Weinblatt LLC | | | | | | 302-999-1540 | | weinblatt@swdelaw.com | Richard C. Weinblatt | *NOA - Counsel to for Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor to Insurance Company of North America, et al. |
| 157 | Stark & Stark, PC | Attn: Joseph H Lemkin | P.O. Box 5315 | Princeton, NJ 08543 | | | 609-791-7022 | 609-896-0629 | jlemkin@stark-stark.com | Joseph H. Lemkin | *NOA - Counsel to R.L. and C.L., Plaintiffs in State Court a |
| 158 | Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | 919 N Market St, Ste 420 | Wilmington, DE 19801 | | | 302-428-8191 | 302-428-8195 | bsullivan@sha-llc.com | William D. Sullivan | *NOA - Counsel to Eric Pai, as administrator of the Estate of J. Pai |
| 159 | Synchrony Bank | c/o PRA Receivables Management, LLC | Attn: Valerie Smith | P.O. Box 41021 | Norfolk, VA 23541 | | 877-885-5919 | 757-351-3257 | claims@recoverycorp.com | Valerie Smith | *NOA - Authorized Agent for Synchrony Bank |
| 160 | The County Commission Of Fayette County | Attn: President | P.O. Box 307 | Fayetteville, WV 25840 | | | 304-574-4290 | | | | Bonds |

| # | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 161 | The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc | Attn: John Stump, Esq | Chase Tower - 8th Fl | 707 Virginia St E. | Charleston, WV 25301 | 304-353-8196 | | | | Bonds |
| 162 | The Law Office of James Tobia, LLC | Attn: James Tobia | 1716 Wawaset St | Wilmington, DE 19806 | | | 302- 655-5303 | 302-656-8053 | jtobia@tobialaw.com | James Tobia | *NOA - Counsel for Nichole Erickson and Mason Gordon, a minor by his mother Nichole Erickson |
| 163 | The Law Offices of Joyce, LLC | Attn: Michael J. Joyce | 1225 King St, Ste 800 | Wilmington, DE 19801 | | | 302-388-1944 | | mjoyce@mjlawoffices.com | Michael J. Joyce | *NOA - Counsel for Arrowood Indemnity |
| 164 | The Neuberger Firm | Attn: Thomas S. Neuberger | Attn: Stephen J. Neuberger | 17 Harlech Dr | Wilmington, DE 19807 | | 302-655-0582 | 302-656-5875 | tsn@neubergerlaw.com | Thomas S. Neuberger | *NOA - Counsel for Claimants, John Doe, and other Claimants |
| 165 | The Neuberger Firm | | | | | | 302-655-0582 | 302-656-5875 | sjn@neubergerlaw.com | Stephen J. Neuberger | *NOA - Counsel for Claimants, John Doe, and other Claimants |
| 166 | The Powell Firm, LLC | Attn: Jason C. Powell | Attn: Thomas Reichert | 1201 N Orange St, Ste 500 | P.O. Box 289 | Wilmington, DE 19899 | 302-650-1572 | | jpowell@delawarefirm.com | Jason C. Powell | *NOA - Counsel for The Waite and Genevieve Phillips Foundation |
| 167 | The Powell Firm, LLC | | | | | | 302-650-1572 | | treichert@delawarefirm.com | Thomas Reichert | *NOA - Counsel for The Waite and Genevieve Phillips Foundation |
| 168 | Thomas Law Office, PLLC | Attn: Tad Thomas/Louis Schneider | 9418 Norton Commons Blvd, Ste 200 | Louisville, KY 40059 | | | 877-736-4963 | 502-785-7257 | tad@thomaslawoffices.com | Tad Thomas | *NOA - Counsel for Certain Claimants |
| 169 | Thomas Law Office, PLLC | | | | | | 502-473-6540 | 877-955-7002 | lou.schneider@thomaslawoffices.com | Louis C. Schneider | *NOA - Counsel for Certain Claimants |
| 170 | TN Dept of Labor - Bureau of Unemployment Insurance | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | PO Box 20207 | Nashville, TN 37202-0207 | | 615-532-8933 | 615-741-3334 | AGBankDelaware@ag.tn.gov | Laura L. McCloud | *NOA - Tennessee Attorney General's Office |
| 171 | Tremont Sheldon Robinson Mahoney PC | Attn: Cindy Robinson | Attn: Doug Mahoney | 64 Lyon Ter | Bridgeport, CT 06604 | | 203-335-5145 | 203-366-8503 | crobinson@tremontsheldon.com | Cindy L. Robinson | *NOA - Counsel for Jane Doe, Party in Interest |
| 172 | Tremont Sheldon Robinson Mahoney PC | | | | | | 203-335-5145 | 203-366-8503 | dmahoney@tremontsheldon.com | Doug Mahoney | *NOA - Counsel for Jane Doe, Party in Interest |
| 173 | Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier | Attn: Marcy J. McLaughlin Smith | 1313 Market St, Ste 5100 | P.O. Box 1709 | Wilmington, DE 19899-1 | 302-777-6500 | 302-421-8390 | david.fournier@troutman.com | David M. Fournier | *NOA - Counsel for the National Surety Corporation |
| 174 | Troutman Pepper Hamilton Sanders LLP | | | | | | 302-777-6500 | 302-421-8390 | marcy.smith@troutman.com | Marcy J. McLaughlin Smith | *NOA - Counsel for the National Surety Corporation |
| 175 | Troutman Pepper Hamilton Sanders LLP | Attn: Harris B. Winsberg | Attn: Matthew G. Roberts | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | 404-885-3348 | 404-885-3900 | harris.winsberg@troutman.com | Harris B. Winsberg | *NOA - Counsel for the National Surety Corporation |
| 176 | Troutman Pepper Hamilton Sanders LLP | | | | | | 404-885-2737 | 404-885-3900 | matthew.roberts2@troutman.com | Matthew G. Roberts | *NOA - Counsel for the National Surety Corporation |
| 177 | Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg | 750 Shipyard Dr, Ste 400 | P.O. Box 2092 | Wilmington, DE 19899-2092 | | 302-658-6901 | 302-658-4018 | sreidenberg@trplaw.com | Seth J. Reidenberg | *NOA - Counsel for American Zurich |
| 178 | United States Dept Of Justice | 950 Pennsylvania Ave, Nw | Room 2242 | Washington, DC 20530-0001 | | | 202-514-2000 | | | | Core Parties |
| 179 | US Attorney For Delaware | Attn: David C Weiss | 1007 Orange St, Ste 700 | P.O. Box 2046 | Wilmington, DE 19899-2046 | | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | | Core Parties |
| 180 | Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason/Douglas Mayer | Attn:Joseph C. Celentino | 51 W 52nd St | New York, NY 10019 | | 212-403-1252 | 212-403-2252 | rgmason@wlrk.com | Richard G. Mason | Core Parties - Counsel for Prepetition Ad Hoc Committee of L |
| 181 | Wachtell, Lipton, Rosen & Katz | | | | | | 212-403-1251 | 212-403-2251 | dkmayer@wlrk.com | Douglas K. Mayer | Core Parties - Counsel for Prepetition Ad Hoc Committee of L |
| 182 | Wachtell, Lipton, Rosen & Katz | | | | | | 212-403-1076 | 212-403-2076 | jccelentino@wlrk.com | Joseph C. Celentino | Core Parties - Counsel for Prepetition Ad Hoc Committee of L |
| 183 | Walker Wilcox Maousek LLP | Attn: Christopher A. Wadley | 1 N Franklin, Ste 3200 | Chicago, IL 60606 | | | 312-244-6717 | | cwadley@walkerwilcox.com | Christopher A. Wadley | *NOA - Counsel to for Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor |
| 184 | Wanger Jones Helsley, PC. | Attn: Riley C. Walter | 265 E River Park Circle, Ste 310 | Fresno, CA 93720 | | | 559-490-0949 | | rwalter@wjhattorneys.com | Riley C. Walter | *NOA - Counsel for Sequoia Counsel of Boy Scouts, Inc. |
| 185 | Ward and Smith, P.A. | Attn: Paul A Fanning | P.O. Box 8088 | Greenville, NC 27835-8088 | | | 252-215-4000 | 252-215-4077 | paf@wardandsmith.com | Paul A Fanning | *NOA - Counsel for East Carolina Council BSA, Inc. |
| 186 | Whiteford, Taylor & Preston LLC | Attn: Richard W Riley | The Renaissance Centre | 405 N King St, Ste 500 | Wilmington, DE 19801 | | 302-353-4144 | | rriley@wtplaw.com | Richard W. Riley | *NOA - Counsel for Baltimore Area Council Boy Scouts of Amer |
| 187 | Whiteford, Taylor & Preston LLP | Attn: Todd M Brooks | 7 St Paul St, 15th Fl | Baltimore, MD 21202-1626 | | | 410-347-9421 | | tbrooks@wtplaw.com | Todd M. Brooks | *NOA - Counsel for Baltimore Area Council Boy Scouts of Amer |
| 188 | Wilks Law, LLC | Attn: David E. Wilks | 4250 Lancaster Pike, Ste 200 | Wilmington, DE 19805 | | | 302-225-0850 | | dwilks@wilks.law | David E. Wilks | *NOA - Counsel for Interested Parties Andrew Van Arsdale and Timothy |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 189 | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Craig Goldblatt | 1875 Pennsylvania Ave NW | Washington, DC 20006 | | | 202-663-6000 | 202-663-6363 | craig.goldblatt@wilmerhale.com | Craig Goldblatt | *NOA - Counsel for the Columbia Casualty Company and The Con |
| 190 | Womble Bond Dickinson (US) LLP | Attn: Matthew Ward/Morgan Patterson | 1313 N Market St, Ste 1200 | Wilmington, DE 19801 | | | 302-252-4320 | 302-252-4330 | matthew.ward@wbd-us.com | Matthew P. Ward | *NOA - Counsel for JPMorgan Chase Bank, National Association |
| 191 | Womble Bond Dickinson (US) LLP | | | | | | 302-252-4320 | 302-252-4330 | morgan.patterson@wbd-us.com | Morgan L. Patterson | *NOA - Counsel for JPMorgan Chase Bank, National Association |
| 192 | Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr | Attn: Robert Brady/Edwin Harron | Rodney Square | 1000 N King St | Wilmington, DE 19801 | 302-571-6684 | 302-576-3325 | jpatton@ycst.com | James L. Patton, Jr | Core Parties - Counsel to the Prepetition Future Claimants' |
| 193 | Young Conaway Stargatt & Taylor | | | | | | 302-571-6690 | 302-576-3283 | rbrady@ycst.com | Robert S. Brady | Core Parties - Counsel to the Prepetition Future Claimants' |
| 194 | Young Conaway Stargatt & Taylor | | | | | | 302-571-6703 | 302-576-3298 | eharron@ycst.com | Edwin J. Harron | Core Parties - Counsel to the Prepetition Future Claimants' |