# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 17, 2021, The Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, caused true and correct copies of the following documents to be served upon the individual listed on Exhibit A in the manner indicated:

- *The Church of Jesus Christ of Latter-Day Saints' First Set of Requests for Admission*

- *The Church of Jesus Christ of Latter-Day Saints' First Set of Requests for the Production of Documents to BSA*

- *The Church of Jesus Christ of Latter-Day Saints' First Set of Interrogatories to BSA*

 /s/ Michael J. Merchant
 Michael J. Merchant (No. 3854)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 25333600v.1

# EXHIBIT A

**Via Email**
Jessica C. Lauria (Boelter)
Matthew E. Linder
Michael C. Andolina
Laura E. Baccash
Blair Warner
White & Case LLP
jessica.lauria@whitecase.com
mlinder@whitecase.com
mandolina@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com