# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 17, 2021, The Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, caused true and correct copies of the following documents to be served upon the individual listed on <u>Exhibit A</u> in the manner indicated:

- *The Church of Jesus Christ of Latter-Day Saints' First Set of Requests for Admission*

- *The Church of Jesus Christ of Latter-Day Saints' First Set of Requests for the Production of Documents*

- *The Church of Jesus Christ of Latter-Day Saints' First Set of Interrogatories to Certain Insurers*

*/s/ Michael J. Merchant*
Michael J. Merchant (No. 3854)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 25333622v.1

## **EXHIBIT A**

**Via Email**
Erin R. Fay
Gregory J. Flasser
Bayard, P.A
efay@bayardlaw.com
GFlasser@bayardlaw.com

James P. Ruggeri
Joshua D. Weinberg
Abigail W. Williams
Eric S. Goldstein
Shipman & Goodwin LLP
jruggeri@goodwin.com
jweinberg@goodwin.com
awilliams@goodwin.com
egoldstein@goodwin.com