IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA<br>and DELAWARE BSA, LLC,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Rachel Jennings of Gilbert LLP to represent the Future Claimants' Representative as special insurance counsel.

Dated: May 14, 2021         /s/ *Sharon M. Zieg*_____
                            Sharon M. Zieg (No. 4196)
                            YOUNG CONAWAY
                            STARGATT & TAYLOR, LLP
                            Rodney Square
                            1000 North King Street
                            Wilmington, Delaware 19801
                            (302) 571-6600
                            szieg@ycst.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: May 14, 2021         /s/ *Rachel Jennings*_____
                            Rachel Jennings
                            GILBERT LLP
                            700 Pennsylvania Avenue, SE, Suite 400
                            Washington, DC 20003
                            (202) 772-2200
                            jenningsr@gilbertlegal.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: May 19th, 2021**                             LAURIE SELBER SILVERSTEIN
**Wilmington, Delaware**                              UNITED STATES BANKRUPTCY JUDGE