# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 9010 and the below certification, counsel moves for the admission *pro hac vice* of Bryan G. Smith, Esq. of Tamaki Law to represent the claimants listed on Schedule A hereto in the above- captioned cases.

Dated: May 17, 2021

*/s/ Daniel K. Astin*
Daniel K. Astin, Esq. (No. 4068)
CIARDI CIARDI & ASTIN
1204 North King Street
Wilmington, Delaware 19801
Telephone: 302-384-9542
Email: dastin@ciardilaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bars of Washington, Oregon, and Idaho and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: May 5 , 2021

*Bryan Smith*
_____
Bryan G. Smith, Esq.
TAMAKI LAW
1340 N. 16th Ave., Suite C
Yakima, WA 98902
Tel.: (509) 992-1624
Email: bsmith@tamakilaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: May 19th, 2021
Wilmington, Delaware

*Laurie Selber Silverstein*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**