UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                  Chapter __11__

Case No. __20__ - __10343__ ( __LSS__ )

Debtor: __Boy Scouts of America and Delaware BSA, LLC__

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __George R. Calhoun__ to represent __Argonaut Insurance Company and Colony Insurance Company__ in this action.

s/Paul Logan

Firm Name: Post & Schell, P.C.
Address: 300 Delaware Avenue - Suite 1380
Wilmington, DE 19801
Phone: (302) 251-8856
Email: plogan@postschell.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __D. of Columbia__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

s/George R. Calhoun

Firm Name: Ifrah Law
Address: 1717 Pennsylvania Ave., N.W.
Washington, DC 20006
Phone: (202) 840-8758
Email: george@ifrahlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

*[signature]*

Dated: May 19th, 2021
Wilmington, Delaware

Local Form 105