UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                     Chapter  11

Case No.  20 - 10343  ( LSS )

Debtor:  Boy Scouts of America and Delaware BSA, LLC

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Kathleen K. Kerns

to represent  Argonaut Insurance Company and Colony Insurance Company

in this action.

                                          s/Paul Logan

Firm Name: Post & Schell, P.C.
Address: 300 Delaware Avenue - Suite 1380
Wilmington, DE  19801
Phone: (302) 251-8856
Email: plogan@postschell.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Pennsylvania   and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                          s/Kathleen K. Kerns

Firm Name: Post & Schell, P.C.
Address: Four Penn Center - 13th Fl.
Philadelphia, PA  19103
Phone: (215) 587-1000
Email: kkerns@postschell.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

*[signature]*

Dated: May 19th, 2021
Wilmington, Delaware

Local Form 105