THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 20-10343 (LSS), *et al.*<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of **Andrew J. Glasnovich, Esquire** to represent **Official Committee of Unsecured Creditors in the Chapter 11 bankruptcy case of the Archbishop of Agana (Bankr. D. Guam 19-00010)** in this action.

　　　　　　　　　　　　　　　　　　　　**/s/ Adam Hiller (DE Bar No. 4105)**
　　　　　　　　　　　　Firm Name:　HILLER LAW, LLC
　　　　　　　　　　　　Address:　　1500 North French Street
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　Phone:　　　(302) 442-7677
　　　　　　　　　　　　Email:　　　ahiller@adamhillerlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　　　　　*/s/ Andrew J. Glasnovich*
　　　　　　　　　　　　Firm Name:　Stinson LLP
　　　　　　　　　　　　Address:　　50 South Sixth Street, Suite 2600
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　Phone:　　　612.335.1500
　　　　　　　　　　　　Email:　　　drew.glasnovich@stinson.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: May 19th, 2021**　　　　　　　　　　**LAURIE SELBER SILVERSTEIN**
**Wilmington, Delaware**　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**

Local Form 105