To: U.S. Bankruptcy Court,
Wilmington, Delaware 19801
824 Market Street, 6th Floor

Care of: The Honorable Justice
Lauri Selber Silverstein

Pertaining to: Boy Scouts of America
Bankruptcy Case

Claim #: ████

[DUE BY MAY 18]

FILED
2021 MAY 18 AM 11:36
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Justice Lauri Selber Silverstein, Abused in Scouting & CSA Survivor Attourneys, Representatives for BSA and their Insurers & Stake Holders: Good Day, & Thank you all for this opportunity to offer personal testimony; to date that has not been allowed, except as a compelled witness; thus this will be my first opportunity to offer the court & its representatives those personal details otherwise supressed by prior processes and proceedings.

Following will be a number of previously unheard testimonies which include both personal and observed experiences. This testimony will include those periods from 1979 to 1992 and from 1996 to present; reason for the break in witness has to do with active military service over seas and those restrictions which apply, please do not interpret this as a time without witness but rather as a period for which nessecary witness would require associated orders.

Please also forgive the hand written format of this testimony as events over recent years has restricted available resources to type and spellcheck these documents; the font also is a necessity of disability as hand reconstruction & other physical limitations tend to make other formats more difficult to render in reasonably readable detail.

For Introduction:
- Highest Level of Scouting;
  ○ 631 Explorer Scouts
  ○ Multnomah County Sheriffs Department Deputised Search and Rescue Unit plus Crowd Controle & Investigations
  ▪ Personal duties and opportunities included all basic duties of a Boy Scout of America and that of an Assistant Deputy Sheriff; Advanced First Aid & Beginning EMT; Assault Survivor Interview procedures; Suicide Prevention Crisis Counceling procedures; Offender Interview & Arrest procedures including Miranda Rights notification & limitations; Advanced Evidence procedures including photo analysis classes; etc
  ▪ Special Assignments included; additional Boy Scout Training associated with those duties and badges of a Sheriff Deputised Search and Rescue Boy Scout; Additional Sheriff sponsored classes for those areas of demonstrated aptitudes including Advanced Medical Training and opportunity to join Sheriff Detective Training classes held both at the (122nd st & Alisan st Hazelwood Department) (later identified as only scout ever to earn this destinction); also the US Army Air National Guard Scout Training Liason for Oregon & SW Washington with official designation as US Army Scout, which included US Army Reconnisance and Tracking Training, as well as Joint Forces Deployment & Integration classes for civilian to military forces deployment interaction classes, these duties included a higher security rating than most active duty military or police & security procedures which may not be discussed in court without spicific orders.
  ▪ Any Special Training and most opportunities had associated merit badges identified and signed for at the end of successful training completion, however those destinctions will be discussed later as a part of regular & ongoing abuse associated with personal childhood sexual assaults which (I) endured at hands of; scouts, scout leaders, regional scouting authorities, and their guests.

✱→ Because many of these details may unmask (me) in court, not only as a childhood sexual assault survivor but also as an identified human trafficing survivor of these scout leaders, I would appreciate all due care be taken with this testimony, and yes case numbers exist if nessary.

**Oaths:** ASSOCIATES; ARE FOUNDED AND PRESENTED BY THOSE PUBLIC AND PRIVATE OATHS THEIR INSTITUTIONS COMPELL ALL PARTICIPANTS TO TAKE BEFORE GOD & EACHOTHER. THIS WEAIGHT OF FELLOWSHIP IS IMPRESSED UPON EVERY SCOUT BY EVERY SCOUT LEADER; NOTHING IS MORE SACRED OR MORE BROKEN BY THAT INSTITUTION THAN THESE OATHS WHEN; THEY SEEM TO COVER UP AND MAINTAIN CONTINUED CONDITIONS OF ABUSE; WHETHER SEXUAL OR RACIAL IN INTENT OR ACTION. THIS ISSUE OF RACE MUST BE STATED AS A DIRECT ISSUE BECAUSE; CERTAIN MINORITIES WERE REGULARLY INDOCTRINATED INTO CUB SCOUTS THROUGH EVERY LEVEL UPTO HIGHEST LEVELS OF BOYSCOUTS & EXPLORER SCOUTS; AS A LESSOR GROUP DIRECTLY EXPOSED TO THOSE MOST INTERESTED IN ABUSING THESE CHILDREN ACROSS DISTRICTS/STATES/NATIONS. IF A SCOUT WAS POOR & THUS FINANCIALLY SPONSORED THIS ITSELF WAS ONE CONDITION WHICH INCREASED THAT LIKILIHOOD OF PHYSICAL SEXUAL ABUSE. AS RACIAL MINORITIES TENDED TO BE POORER; OR IN OTHER WAYS LES ABLE TO OBTAIN OR MAINTAIN LEGAL DEFENCE IN CIVIL OR CRIMINAL COURT; EVEN ACTIONS OF SELF DEFENCE WERE OFTEN JUDGED AGAINST MINORITY SCOUTS AT BOTH HIGHER RATES & HIGHER THREATS BY THOSE SCOUT LEADERS WHO MANAGED THESE SITUATIONS. FURTHER AS WITH THOSE CHURCH SPONSORS WHICH HAVE BEEN FOUND TO PUT THE MOST ABUSIVE RELIGIOUS LEADERS INTO SCOUT LEADERSHIP & POSITIONS OF BASE JUDGEMENT; SO TO HAS IT BEEN WITHIN SCOUT LEADERSHIP. SUCH CONDITIONS ESSENTIALLY ENSURED BOTH THOSE WELL DOCUMENTED CONDITIONS OF ABUSE AND A STABLE NETWORK OF INFORMATION ACROSS CHURCH LINES THROUGH BSA INSTITUTIONAL SYSTEMS AS TO FURTHER OBSCURE THAT ENORMATY & SEVERITY OF THESE SITUATIONS LEADING UPTO THIS PRESENT SERIES OF LAWSUITS; AND ULTIMATELY BREAKING EVERY SUBSTANTIAL OATH INVOLVED IN CAUSING THIS ABHORANT ONGOING SITUATION.

**Promises:** AFFILIATES; ARE FOUNDED UPON PROMISES; BOTH SPECIFIC AND IMPLIED; AS INSTITUTIONS INVOLVED IN THE CARE & EDUCATION OF YOUTH. AS SUCH PARENTS & SCOUTS ARE PROMISED BOTH IN WRITING AND IMPLIED BY LEADERS; OF A MINIMUM PUBLICALLY ACCEPTABLE STANDARD OF INSTITUTIONAL GUARANTEES; TO THAT PURPOSE OF PHYSICAL WELLBEING AND POSITIVE RESULT OF EDUCATION; AN END OF WHICH OCCURS WHEN THOSE GUARANTEES OF OATHS AND PROMISES ARE KNOWINGLY BROKEN BY MAINTAINING OF RECCORDS AND PERSONELL AS LEADERS WHO ARE OR WERE FOR GENERATIONS SEXUAL ABUSERS OF THOSE VERY CHILDREN WHO WERE REPEATEDLY PROMISED OTHERWISE. SUCH WELL DOCUMENTED SITUATIONS BROKE BOTH WRITTEN AND IMPLIED PROMISES; NOT ONLY TO PARANTS AND SCOUTS BUT ALSO TO THOSE COMMUNITIES AND COURTS INSURED BY FALSE OATHS AND SAID WRITTEN AND IMPLIED PROMISES OF CONDITIONS WHICH ALL TOO OFTEN NEVER EXISTED MAKING SAID PROMISES NOTHING MORE THAN AGREEGIOUS LIES TO OBTAIN MONIES & JEOPARDISE CHILDREN'S PHYSICAL & SOCIAL WELLBEINGS. FURTHER THOSE PROMISES BOTH WRITTEN AND IMPLIED WHICH HAD TO DO WITH EDUCATION AND RECORDS THERE OF WERE OF DIRECT USE IN CONDITIONS WHERE SCOUTS THEMSELVES WERE COMPELLED TO EITHER COMPLY WITH THESE PREVIOUSLY DOCUMENTED PHYSICAL AND SOCIAL ABUSES SUCH THAT THOSE TARGETED BY ABUSE DID NOT OBTAIN REWARDS OF EDUCATIONAL OPPORTUNITIES OR ACCOLADES & RECCORDS THERE OF AS PROMISED IN WRITING AND BY IMPLIED SPOKEN STANDARDS OF THE BOYSCOUTS THUS BREAKING THESE PROMISES EITHER BY UNEARNED PROGRESS OR BY LACK OF MERRIT FOR ACTUAL WORK OF SCOUTING AND THUS FURTHERING SOCIAL ABUSES THROUGH INSTITUTIONAL BULLYING AS PROMOTED BY THESE SAME ABUSERS BOTH DURING AND AFTER A SCOUT'S TIME IN SERVICE AS A SCOUT, THUS AGREGIOUSLY BREAKING EDUCATIONAL PROMISES AS WELL.

**Guarantees:** AFFILIATES; ARE FOUNDED UPON GUARANTEES; BOTH SPECIFIC AND IMPLIED; AS INSTITUTIONS INVOLVED IN THE CARE, EDUCATION AND RECOGNITION OF YOUTH; BOYSCOUTS FROM TOP NATIONAL AUTHORITY TO LOCAL TROOP SCOUTS AND SCOUT LEADERS; GUARANTEE BY SPOKEN OATHS AND WRITTEN PROMICES; THAT NO SCOUT WILL BE HARMED IN ANY SUBSTANTIAL WAY, EXCEPT BY ACCITENTS (WITHOUT INTENT BY ANY OTHER SCOUT OR CAUSE OF ANY SCOUT LEADER); AND THAT PARTICIPATION WILL RESULT IN PUBLIC RECORDED RECOGNITION FOR A MINIMUM COMMON STANDARD (KNOWN AS MERIT BADGES AND TROPHIES IN ADDITION TO SPECIAL OPPORTUNITIES AND RANK/LEVEL WITHIN THE ORGANIZATION): AND WHILE EVERY SCOUTING DISTRICT DOWN TO LOCAL TROOPS MAY HAVE SOME VARIATION OR SPECIFIC SPECIAL ADDITIONS (SUCH AS UNIQUE AWARTS, TROPHIES, MERIT BADGES); THAT MINIMUM STANDARD OF RECOGNITION FOR STANDARD RECOGNISED SAFE PARTICIPATION IS AMONG SCOUTING'S HIGHEST GUARANTEES FROM CUBSCOUTS THROUGH BOYSCOUTS AND EXPLORER SCOUTS. IT HAS BEEN WELL DOCUMENTED THAT THESE STANDARDS HAVE BEEN FULLY ESTABLISHED SINCE BEFORE 1970; AND THAT ESPECIALLY IN SOME AREAS THE BOYSCOUTS AND AFFILIATED LOCAL JOURISDICTIONS DOWN TO LOCAL TROOPS, CAMPS AND FUNCTIONS HAVE GROSELY FAILED TO KEEP THESE GUARANTEED MINIMUM STANDARDS UNDER FULL KNOWLEGE AND DIRECTION OF HIGHER REGIONAL AND NATIONAL AUTHORITY: AND THAT SURVIVORS OF SCOUT ASSOCIATED SEXUAL ASSAULT WERE OFTEN MISTREATED & EITHER PROMOTED OR DENIED RECOGNITION REGARDLESS OF PARTICIPATION ALONG ECONOMIC & RACIAL LINES; SUCH THAT MINORITIES INCLUDING RATIAL - RELIGIOUS - LGBTQ ETC. WERE TREATED WORSE IN GENERAL AND FAR WORSE SPECIFICALLY WHEN THE REFUSED TO DO AS SEXUAL ABUSERS DEMANDED. RANGES OF BOYSCOUTS AND THEIR AFFILIATES INCLUDED BUT WERE NOT LIMITED TO; IGNORING BASIC PHYSICAL SAFETY & WELLBEING; PLACEMENT & RETENTION OF KNOWN & BOYSCOUTS RECORDED SEXUAL ABUSERS IN POSITIONS & NETWORKS OF AUTHORITY OVER (MEMBER SCOUTS - SCOUT FAMILIES - GUESTS - OBSERVERS - [PUBLIC FUNCTION PARTICIPANTS OF EVENTS TROOPS PARTICIPATED IN]); REMOVAL OF EARNED (AWARDS - MERIT BADGES - PRIVELAGES - RANK - MEMBERSHIP) AND ANY RECORDS THEREOF; UPTO AND INCLUDING ENCITEMENT OF BULLYING AND SCOUT TO SCOUT ABUSES BY SCOUT LEADERS AGAINST THOSE SCOUTS WHO REFUSED TO PARTICIPATE IN ABUSE BY THOSE WHO CHOSE KNOWINGLY OR UNKNOWINGLY TO PARTICIPATE IN SUCH ANTISOCIAL ABUSES: AS COMPLETE OPPOSITE OF GUARANTEES.

## Leadership:

SCOUTING IS PRESENTED AS LEADERSHIP TRAINING, AND WITHOUT EXCEPTION THAT IS EXACTLY WHAT SCOUTING IS; AN EXTENSIVE LONG TERM GENERATIONAL EXPERIENCE IN MENTORSHIP BASED LEADERSHIP TRAINING; SO WHAT KIND OF LEADERS ARE BEING TRAINED AND GROOMED WHEN SO VERY MANY KNOWINGLY RETAINED SCOUT LEADERS ARE KNOWN AND EVEN CONVICTED CHILD SEXUAL OFFENDERS; INCLUDING THOSE WHO PROFIT FROM THE CONTENT CREATION AND DISTRIBUTION OF CHILD SEXUAL ABUSE PORNOGRAPHY AND/OR ABUSE SOUVANEERS? THE ANSWER IS THAT KIND OF LEADERSHIP WHICH DRIVES (NOT ONLY THE BOYSCOUTS OF AMERICA) (BUT THOSE WHO SUPPORT THIS KIND OF CONSISTENT LONG TERM ABUSES) INTO SIGNIFICANT PUBLIC DISREPUTE & FINANCIAL RUIN. THIS IS SAID AS BSA ITSELF HAS TAUGHT ITS SCOUTS THAT WITH LEADERSHIP IS ASSIGNED RESPONCIBILITY FOR NOT ONLY ONE'S OWN ACTIONS BUT ALSO THOSE ACTIONS OF THOSE BEING LEAD.

BSA'S CHURCH SPONSORS HAVE LONG ACTED WITHIN AND THROUGH BOY SCOUTS TO TEACH A DOUBLE STANDARD, ONE IS WHAT IS PRESENTED TO POTENTIAL SCOUTS AND THEIR FAMILIES, THE OTHER STANDARD HAS BEEN TO A LARGE DEGREE A LEADERSHIP INTO HORRENDOUS ABUSE.

THIS STANDARD OF ABUSIVE LEADERSHIP WAS UNVEILED WHEN BSA'S OWN RECCORDS OF TRACKING ABUSIVE SCOUT LEADERS WAS MADE PUBLIC THROUGH OTHER LAWSUITS. THE REASON SCOUTS KNEW TO ASK FOR SUCH RECORDS IS THAT DESPITE SUCH INSTITUTIONALISED ABUSE MANY PRIOR SCOUTS WHO HAD BEEN ABUSED BECAME SCOUT LEADERS OF SIFICIENT RANK TO FIND OUT ABOUT THOSE RECCORDS & TO DEMAND THAT THAT POLICY OF DEFENDING ABUSERS TO DETROMENT OF THE ABUSED BE MADE PUBLIC. WE AS SCOUTS HAVE HAD SOME SCOUT LEADERS WHO TAUGHT US TO LEAD BY A BETER EXAMPLE, BUT ALL TO OFTEN THOSE WERE DRIVEN OUT.

## Silence:

SILENCE HAS NEVER BEEN ONE OF A SCOUT'S PUBLIC OATHS, THOUGH IT HAS BECOME OBVIOUS THROUGH MANY COURT CASES THAT SILENCE IS AT THE HEART OF THIS PRESENT BANKRUPSY DECISION BY THE BOYSCOUTS OF AMERICA. BEYOND ANY MATTER OF MONEY IS THAT MATTER OF WHO HAS THE RIGHT OF LEADERSHIP TO SPEAK TO THAT REALITY OF SCOUTING WHICH BOTH BSA AND ITS SPONSORS AND THEIR INSURERS AND THEIR LAWYERS, HAVE ALL SAUGHT TO RESTRICT SURVIVORS FREEDOM OF SPEACH WITH STRINGENT COURT ENFORCED ORDERS OF SILENCE. MOST OFTEN WHEN ONE BRAVE LEADER HAS STOOD UPTO THIS EFFORT TO SILENCE ALL WHO KNEW, EVEN WITHOUT ANY PAYMENT FOR SUFFERING TO ANYONE, SCOUTING AUTHORITIES FROM HIGHEST LEVELS DOWN HAVE SAUGHT TO ENFORCE TOTAL SILENCE OF FACTS BOTH GRUSOME AND HARMFUL IN THE EXTREEM. THESE INSTITUTIONS WHICH HAVE TRAFFICED IN CHILDREN'S VERY LIVES HAVE GANGED UP AGAINST SURVIVORS TO ENFORCE THEIR EVENTUAL SILENCE EVEN TO THAT COST OF SCOUTING'S SEXUAL ASSAULT SURVIVOR'S VERY LIVES. THIS IS SAID WITH RESPECT TO THOSE SCOUTS WHO TOOK THEIR OWN LIVES UNDER WEIGHT OF INSTITUTIONALLY INFORCED SILENCE AND OF THOSE WHO LOST THEIR LIVES DIRECTLY TO ABUSERS OR TO THAT MARCH OF TIME AFTER DECADES OF INCREASED STRESS AND HARDSHIPS CAUSED INTENTIONALLY TO BRING ABOUT THEIR COMPLETE SILENCE EVEN LONG AFTER THEY WERE NO LONGER INVOLVED WITH SCOUTING.

POLICE INVESTIGATING THOSE CASES SURROUNDING SOME OF THE WORST CASES OF SCOUT ABUSE HAVE OFTEN BEEN SURBRISED TO DISCOVER GAG ORDERS SO STRONG THAT IT TAKES MULTIPLE LEGAL ACTIONS TO EVEN OPEN A SINGLE SURVIVOR'S INDIVIDUAL CASE FILE ENOUGH TO SEE HOW MANY INSTITUTIONS ARE PARTICIPATING IN UTTERLY SILENCING ASSAULTED SCOUTS. EVEN WITH DUE CAUSE ON THEIR SIDE SUCH MEASURES SUPPORT ABUSERS NOT LAW ENFORCEMENT OR ASSAULT SURVIVORS.

## Merits:

WHEN PEOPLE THINK OF SCOUTING ONE OF THOSE THINGS THEY IMAGINE ARE A SCOUT'S SASH OF MERIT BADGES, BUT WHAT THEY DON'T OFTEN CONNECT WITH BEYOND THIS WORD AS A NOUN IS IT'S VERB MEANING WHICH INCLUDES; TO "MERIT" PUNISHMENT. WHEN SCOUTS STRIVE FOR RECOGNISED AWARDS THEY MAY ALSO BE STRIVING TO AVOID MORE UNPLEASANT EVENTS. BSA HAS A LONG HISTORY OF MARKITING THIS TO INNER CITY YOUTH AND THEIR FAMILIES; A SORT OF (JOIN SCOUTING TO AVOID STREET GANGS) AND (GAIN UPSTANDING MEMBERS OF SOCIETY SOCIETY AS MENTORS WHO CAN HELP PREPAIR YOUTH TO BE PRODUCTIVE MEMBERS OF SOCIETY); MISSIONS WHICH ONE MUST CONCEDE THEY'VE LIVED UPTO, AT LEAST IN PART; BUT AT WHAT COST?... ARE COSTS SUCH AS IMPLICITIT OR IMPLIED RACISM TOO HIGH WHEN COMPARED TO THOSE MANY WHO MAKE UP A COLLECTIVE MAJORITY?... ARE SUCH COSTS TOO HIGH WHEN WEAGHED AGAINST THAT CIVIL COST OF ADDRESSING THOSE NEEDS OF SEXUAL ASSAULT SURVIVORS WHO WERE OTHERWISE SILENCE OR WHO HAD NO MEANS TO ADDRESS THESE CRIMES DUE TO INSTITUTIONAL SUPPORT FOR ABUSERS OVER VICTIMS?... IS IT NOT A MATTER OF WHO MERITS WHAT KIND OF RECOGNITION?

EVEN NOW WE HEAR THAT BSA WANTS TO MOVE ON ESSENTIALLY AS NORMAL WITHOUT SIGNIFICANT MERIT FOR THEIR CONSISTANT ACTIONS OVER TIME. WHILE SOME RANKING PEOPLE HAVE SUGGESTED THAT FORMER VICTIMS OF ATTROCITIES SHOULD JUST "FORGIVE-FORGET" & "MOVE ON", IS IT NOT THE POSITION OF THE UNREPENTANT ABUSER TO SO TRIVIALIZE THEIR VICTIMS MERIT WHILE AVOIDING THAT MERIT OF BEING KNOWN & ADDRESSED AS THE VILLIANS THEY ARE?

SURVIVORS OF BOY SCOUTS' SEXUAL ASSAULT HAVE NOT MERELY BEEN SILENT, WE WERE ACTIVELY SILENCED BY EVERY MEANS AVAILABLE TO BSA AS AN INSTITUTION; DOES NOT THAT MERIT SOMETHING?

# General Testimony: THE COST IN TIME

A COUPLE OF YEARS BACK, I WAS CALLED AS A WITNESS IN ANOTHER CASE IN WHICH I WAS MADE AVAILABLE TO THE COURT AND TO BOTH PARTIES OF LAWYERS; FOR THE FIRST TIME IN MANY YEARS I GOT EXASORBATED AT THE VERY PROCESS OF WITNESS TESTIMONY AND TOOK A MOMENT TO THINK TO MYSELF, IGNORING THREATS OF CONTEMPT OF COURT IF I DIDN'T DIRECTLY ANSWERE A RATHER PERSONALLY INVASIVE AND DEROGETORY QUESTION (WHICH SHOULD PROBABLY HAVE BEEN CALLED FOR LEADING THE WITNESS); WHEN I RESPONDED TO THE LAWYER FOR THE DEFENCE, I ASKED TO BE CORRECTED 'IF I WAS WRONG', BUT THAT 'IF MEMORY SERVED' I HAD BEEN TESTIFYING (BY COMPULTION) FOR ABOUT 40 YEARS. THE COURT PAUSED A MOMENT WHILE THAT DEFENCE LAWER LOOKED UP THE FIRST IN AN OVERWHELMING AMOUNT OF DOCUMENTS IDENTIFYING MY PERSONAL PARTICIPATION AND THAT LAWYER SAID, "OH MY GOD, YOU'RE RIGHT!" TO BE SPECIFIC UPTO THESE PRESENT PROCEEDINGS I HAVE EITHER CHOSEN WILLINGLY OR BY DIRECT COURT ORDER TO BEAR DIRECT WITNESS TO MATTERS OF SEXUAL ASSAULT OF MINORS (EVERY YEAR) FOR MORE THAN 4 DECADES AND IN THE 2018-2019 SCHOOL YEAR I PERSONALLY HAD TO BREAK AWAY FROM MY SCHOLASTIC COHORT JUST TO ATTEND TO MY ONGOING DUTIES AS A BOY SCOUT (WITNESS & SURVIVOR) DUE TO THE OVERWHELMING ONGOING DUTIES AND HARRASSMENT OF BEING A WITNESS FOR SO MANY YEARS IN SO MANY OVERLAPPING CASES, THAT TO ATTEND TO ANY ONE MEANT MISSING ANOTHER.

IN THOSE 4 DECADES OF YEARLY WITNESS I HAD NEVER PERSONALLY BEEN ALLOWED INDIVIDUAL OR CLASS ACTION LEGAL REPRESENTATION, NOT ONCE UNTIL THIS PRESENT CASE AGAINST BOY SCOUTS OF AMERICA.

## COST IN RECOORDS!

BECAUSE ALL TOO OFTEN MATTERS OF SEXUAL ASSAULT AGAINST CHILDREN ARE COURT SEALED BEYOND REACH OF ANY EXCEPT THOSE LAWYERS WHO CAN "PROVE" DUE CAUSE TO UNSEAL THOSE RECORDS, OTHER RECORDS LIKE SCOLASTIC ACHIEVEMENT AND SCOUT MERITS CAN BE PUT BEHIND THOSE BARRIERS AND SEALED AWAY, SUPOSIDELY TO PROTECT THESE CHILDREN, BUT ALL TO OFTEN TO PUNISH HONEST WITNESSES AGAINST BOY SCOUT LEADERS, WHO WERE OFTEN RETURNED IMEDIATELY TO SCOUTING OFTEN STILL IN AUTHORITY OVER THOSE SCOUTS WHO WITNESSED AGAINST THEM.

WHEN THOSE VERY RECORDS A SCOUT HAS EARNED BECOME FORFIT IT BECOMES A VERY POWERFUL PUBLIC MOTIVATOR FOR CHILDREN IN PARTICULAR AND OFTEN FOR ASSOCIATED ADULTS AS WELL TO BECOME AND MAINTAIN SILENCE, SUPOSIDLY TO PROTECT CHILDREN, BUT IN REALITY SO AS NOT TO SUFFER THAT PUNISHMENT AS WELL.

THE FIRST TIME MY SASH OF MERIT BADGES WERE REMOVED FROM ME WAS AT A CUBSCOUT JAMBOREE IN MY FIRST YEAR OF SCOUTING. THE REASON GIVEN PUBICALLY WAS THAT I HAD "NOT EARNED THEM", WHEN IN FACT I HAD DONE EVERYTHING REQUIRED AS EVERYONE ELSE HAD; THE ONE DIFFERENCE WAS WHEN MY LAST NAME WAS CALLED AND IT WAS (DETERMINED) THAT I WAS NATIVE AMERICAN BECAUSE OF MY DISTINCTIVELY FRENCH AMERICAN NAME, I WAS TRANSFERED TO A "SPECIAL WORTHINESS INTERVIEW" IN WHICH THE COST OF KEEPING MY RECORD OF MERIT WAS TO DISROBE AND BE PHOTOGRAPHED WITH SCANTLY CLAD MEN. EVERY TIME I REFUSED TO DISROBE FOR "INSPECTION" OR TO DO OTHER THINGS ASKED OF ME, MY MERIT BADGES AND RECCORDS OF THEM WERE REMOVED. WE DIDN'T HAVE THE LANGUAGE THEN TO EXPLAIN TO RESPONCABLE ADULTS WHAT WAS GOING ON IN THOSE "WORTHINESS INTERVIEWS" SO NO ONE QUESTIONED OUR LOSS OF MERIT. SO IT ALL CONTINUED TO ESCALATE OVER TIME, BUT THEN WE WERE JUST CUBSCOUTS, HOW COULD WE UNDERSTAND WHAT WAS REALLY GOING ON WAS GROOMING?

## COST OF SPONSORSHIP

AS A MILITARY DEPENDENT OF A DIVORCED FAMILY WHO WAS IN PRIVATE CATHOLIC GRADESCHOOL TO AVOID BEING SENT TO THE STATE NATIVE SCHOOL I WAS ALREADY "ON SPONSORSHIP" FOR ACHIEVEMENT STANDARDS; ONE OF WHICH BECAME THAT OF BOYSCOUT APPLICATION TO CUBSCOUTS. WHILE MY DANISH GRANDFATHER WAS WILLING TO PAY MY FIRST YEAR MEMBERSHIP DUES & SPONSOR ME HIMSELF, IT WAS DETERMINED TO BE BETTER FOR THIS ONE KNOWN BENEFACTOR TO BECOME MY SPONSOR AND FOR MY GRANDFATHER TO COVER UNIFORM EXPENSES, (GRANDPA WAS LUTHERAN). IT TOOK A LOT OF DIGGING BY A NUMBER OF PEOPLE TO CONNECT THIS SPONSOR TO A GROUP OF PEOPLE WHO INCLUDED ████ INNER CIRCLE OF KNOWN OFFENDERS; WHILE THAT GOES PARTIALLY OUTSIDE OF THIS PRESENT SCOPE OF HEARINGS, IT IS DIRECTLY RELATED TO MY OWN INDIVIDUAL CUBSCOUT SPONSORSHIP AND EVENTS WHICH FOLLOWED INCLUDING EVENTUAL RECOGNITION AS A HUMAN TRAFFICING SURVIVOR WITH CASE NUMBER CONSCERNING IN PART THIS PERIOD OF TIME. WHILE I DON'T REMEMBER ████ ████ BEING PRESENT AT ANY OF MY CUBSCOUT FUNCTIONS, SOME OF HIS "FRIENDS" WERE, AND OTHERS WERE IN LEADERSHIP OVER LATER BOYSCOUT TROOPS WHERE INSTANCES OF ASSAULT WERE A PART OF WHAT WE ENDURRED; IN PARTICULAR TWO OF HIS DRIVERS WHO HE SAID KNEW WHAT HE WAS DOING WERE IN CHARGE OF SCOUTS IN MY EXPLORER SCOUT UNIT & SEXUALLY ABUSED CHILDREN OR COVERED IT UP THERE; INCLUDING REMOVAL OF POLICE RECCORDS AND SCOUTING HARRASSMENT. WORST THING ABOUT BEING SPONSORED BY SUCH PEOPLE IS HOW THEY TRADED CUBSCOUT VULNERABILITY WITH THOSE WHO WOULD DIRECTLY SEXUALLY ABUSE US, PHOTOGRAPH THAT ABUSE AND USE THOSE MATERIALS FOR REVENUE AS WELL AS KEEP RECORDS OF SUCH ABUSE FOR LATER HARRASSMENT, COURT LEVERAGE, AND PUBLIC SHAMING OF ANY WHO SPOKE UP.

KNOWN CONDITIONS WERE SO SEVERE THAT WHEN USCCB FIRST INVESTIGATED A NUMBER OF RANKING BISHOPS OVERSAW INVESTIGATION AND RESULTING COVERUPS OF SPONSORED SCOUT TROOP SEXUAL ASSAULTS, INCLUDING EXCOMMUNICATION & RECORD DESTRUCTION.

# General Testimony:

## COST OF INTERDENOMINATION CHURCH INTERACTIONS

FOR THE MOST PART, PEOPLE DONT CONNECT HOW CHURCH INVOLVEMENT WORKED ACROSS BOYSCOUTS OF AMERICA OR HOW THOSE OFTEN CONTRACTUAL INTERACTIONS OF VERBAL AND WRITTEN AGREEMENTS AIDED IN SPREAD OF CHILD SEXUAL ABUSE BETWEEN CHURCH GROUPS AS DIFFERENT AS (ROMAN CATHOLIC CHURCH) AND (CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS "LDS"); YET THESE INTERACTIONS ACROSS SCOUTING HAS HAD MANY DOCUMENTED RESULTS INTERNATIONALLY WHICH HISTORIANS HAVE ONLY BARELY BEGUN TO INVESTIGATE.

THE GREATEST COST TO CHILDREN THAT I AM PERSONALLY AWARE OF IS THAT LAYER OF CONFUSION WHICH COURTS & INVESTIGATORS HAVE TO GET FAMILIAR WITH BEFORE THAT GREATER ISSUE OF (BSA RESPONSIBILITY) CAN BE FULLY EXAMINED; BANKRUPSY HOWEVER REMOVES SOME OF THIS BURDEN ON THE COURT AS THE QUESTION OF INTERDENOMINATIONAL INTERACTIONS GETS HIDDEN BEHIND REORGANIZATION; AND BECAUSE THE (LDS CHURCH) HAS CHOSEN TO PULL OUT OF HELPING REORGANIZE OR COMPENSATE ANY MORE THAN WHAT THEY ARE FORCED BY A COURT TO ADDRESS. IT IS HOWEVER INTERESTING THAT THE (LDS CHURCH) PULLED THEIR MASSIVE ASSETS OUT OF THIS DISCUSSION JUST BEFORE THESE MATTERS WENT INTO BANKRUPTSY; IT'S ALSO OF INTEREST HOW THOSE CHURCHES WITH GREATEST SPONSORED INVOLVEMENT IN SCOUTING HAVE USED THEIR PULPITS TO DISUADE CHILD SEXUAL ASSAULT SURVIVORS FROM SEEKING ANY JUSTICE OR COMPENSATION IN COURTS.

WHEN 2 OF THIS WORLD'S LARGEST & ARGUABLY MOST WELL FUNDED CHURCHES MAKE THIS UNIFIED PUBLIC COALITION OF RHETORIC FROM THEIR PULPITS AND THROUGH COURTROOMS, IT IS A DAUNTING PROCESS FOR EVEN SMALL GROUPS OF FORMER SCOUTS TO FACE THE BSA AND THESE COMBINED CHURCH INSTITUTIONS IN ANY MEANINGFUL WAY.

## COST OF CHURCH INVOLVEMENT IN BOY SCOUTS OF AMERICA LEGAL DISPUTES

SINCE AT LEAST 2002 US STATE AND FEDERAL INSTITUTIONS HAVE BEEN HAVING TO GRAPPLE WITH THE ENORMITY OF INTERSTATE AND EVEN INTERNATIONAL SEXUAL CRIMES BY CLERGY AND LAY MINISTRY. THIS IS OF DIRECT BARING UPPON THE BOYSCOUT'S BANKRUPTSY CASE BECAUSE THESE CHURCHES OFTEN PLACED KNOWN CHILD SEXUAL OFFENDERS IN AUTHORITY OVER SCOUTS, EITHER DIRECTLY AS SCOUTING ADULT AUTHORITIES FROM SCOUT MASTERS & SCOUT LEADERS UP, OR AS FACILITY PERSONELL & DIRECTORS, OR AS MINISTERS TO SPONSORED SCOUT TROOPS & FUNCTIONS ("GUESTS"). IT HAS BEEN WRITTEN OF IN PAPERS & OTHER PUBLICATIONS NATION WIDE THAT (BISHOPS) AND (AREA AUTHORITIES) DID THIS KNOWINGLY TO DISPELL FAMILY CONSCERNS OVER OTHER INSTANCES OF ABUSE. IN (ROMAN CATHOLIC CHURCH) SEXUAL ABUSE WAS DESCRIBED AS "BOUNDARY ISSUES" AND SO CHURCH SPECIFIC LANGUAGE BECAME A PART OF HOW PROBLEM INDIVIDUALS WERE PLACED IN AUTHORITY OVER SCOUTS WITH FULL FOREKNOWLEDGE OF PRIOR PERVASIVE HISTORIES OF ABUSE. TO SAY THAT BSA KNEW OF THIS MAY SEEM A STRETCH UNTIL ONE CONSIDERS HOW MANY FILES HAVE BEEN UNCOVERED DEMONSTRATING THEIR OWN INTERNAL RECORDING OF SUCH INDIVIDUALS ACROSS SCOUTING. SUCH CONDITIONS & PREVELENCE WERE TOO BIG TO HIDE SO COMPLETELY WITHOUT NETWORKS OF INSTITUTIONS ACROSS (BSA) AND ITS SPONSORS, THIS IS DEMONSTRATED IN PART BY HOW MANY SCOUTS HAVE BECOME A PART OF KNOWN CLASS ACTION PUBLIC LAWSUITS AGAINST THE (BSA) AND ITS AFFILIATES.

THE SIDE OF CHURCH INVOLVEMENT IN (BSA) WHICH IS MORE DIFFICULT TO SHOW OR DEMONSTRATE IS HOW ABUSERS ORGANIZED THROUGH (BSA) TO SHARE TARGETS AND VICTIMS. WHILE THERE ARE DOCUMENTS DISCUSSING HOW THIS WAS DONE WITHIN THE (ROMAN CATHOLIC CHURCH) IT IS BEYOND LABOROUS TO PRODUCE SUCH MATERIALS AS WOULD DEMONSTRATE HOW THIS IS DONE ACROSS INSTITUTIONS; FURTHER SUCH DOCUMENTS ARE OFTEN UNDER RESTRICTED ACCESS AND THOSE SURVIVORS WHO KNOW BEST WHAT TO LOOK FOR ARE OFTEN THE MOST RESTRICTED IN SOCIETY.

## COST OF AVOIDING POSITIVE ACTIONS AGAINST ABUSERS AND BLAMING VICTIMS

IF AT ANY POINT IN TIME THE (BSA) OR ITS SPONSORING CHURCHES OR ITS ASSOCIATED INSTITUTIONS HAD EVER TRULY DONE ANYTHING POSITIVE TOWARD ADDRESSING THESE ISSUES THEN THE (BSA) WOULD NOT BE FACING BANKRUPSY TO LIMIT EXPOSURE TO THE AFFILIATED REGIONAL SCOUTING LEGAL ENTITIES OR ITS SPONSORS AND INSURERS.

IN FACT AND PRACTISE OF LIMITING FINANCIAL EXPOSURE BY VICTIM BLAMING & ABUSER RETENTION SIMILAR TO THOSE CHURCH SPONSORS INVOLVED THE (BSA) DID KNOWINGLY ENSURE THAT THESE ISSUES OF ABUSE WOULD CONTINUE IN CAUSE OF ADDITIONAL NEW AND PROLONGED SUFFERING THROUGH CONTINUED AND REOCCURING COURT AND PUBLIC BATTLES IN WHICH INNOCENT CHILDREN'S REPUTATIONS WERE MALIGNED OVER ABUSES THE (BSA) AND ITS REGIONAL ASSOCIATES IN SCOUTING KNEW AND KEPT RECORDS AS CONTINUING TO HAPPEN BY OFTEN ALREADY DOCUMENTED ABUSERS.

*→ FOR EXAMPLE: ONE SCOUT LEADER OF A PORTLAND AREA CUBSCOUT TROOP, WHILE PARTICIPATING IN A SCOLLARLY PUBLIC EVENT FOR CHILDREN LURED HOSTED BY AN ENTIRELY DIFFERENT ORGANIZATION LOURED A SEVEN YEAR OLD FAMILY MEMBER OF ANOTHER PARTICIPANT (NOT ASSOCIATED WITH SCOUTING) INTO A GIRL'S BATHROOM, BARRED THE DOOR AND PROCEEDED TO RAPE HER; ONE COULD SAY ANY NUMBER OF EXCUSES, EXCEPT THAT THIS SCOUT LEADER WAS WEARING A MONETERING ANKEL CUFF HAD ALREADY BROKEN RESTRAINING ORDERS BY CONTINUING TO WORK WITH CHILDREN AND SCOUTS AND EVEN HAD A PUBLICISED ARREST WARRANT OUT FOR CONTINUING TO HAVE CONTACT WITH PREVIOUS VICTIMS; WITH SUCH ACTIVE ISSUES THE LOCAL SCOUTING AUTHORATIES HAD BEEN WELL INFORMED; THAT WAS LAST DECADE AND ADULTS FROM THIS OTHER ORGANIZATION INCLUDING MYSELF WERE THUROUGHLY HARRASSED TO POINT OF LOOSING JOBS AND ELECTED COMMUNITY POSITIONS BECAUSE (BSA) CHOSE TO COVER THIS AND OTHER GROSS DERELICTIONS OF DUTY WITH TOTAL IGNORANCE OF THEIR OWN OATHS-PROMISESSES-GUARANTEES. THEY BLATANTY DIDNT CARE WHO GOT HURT OR HOW.

RESULTS OF THIS EXAMPLE LEAD INTO BEGINNING OF 2020

# Personal Testimony.

## FIRST THINGS AND INTRODUCTION TO SCOUTING ABUSES

GENERALLY WHEN CUBSCOUTS ARE FIRST INTRODUCED TO SCOUTING IT IS THROUGH A PRESENTATION OR A JAMBOREE. AS MY GROUP OF POTENTIAL SCOUTS WERE THE 01 & 02 CLASSES OF A STARTUP PRIVATE CATHOLIC SCHOOL WE WERE SLATED TO RECIEVE BOTH OPPORTUNITIES. THE VERY FIRST PRESENTATION HAPPENED AT SCHOOL DURRING A SNACK PERIOD (WITH MANY STUDENTS ATTENDING BEFORE AND AFTER SCHOOL DAYCARE WE HAD A RATHER LONG DAY WITH MULTIPLE SMALL MEALS); AT THIS INFORMAL EVENT THERE WERE SEVERAL PAIRS OF SCOUTS RANGING IN AGE FROM JUST A LITTLE OLDER THAN FIRST GRADERS ALL THE WAY UP TO THOSE LEADING THIS PRESENTATION; IT ALL WENT WELL WITH VERY GREGARIOUS INTEREST AMONG OUR CLASSMATES; AFTER PARTICIPATING IN A SHORT EXCERCISE A FRIEND AND I HELD HANDS (AS OUR GROUP HAD SINCE BEFORE PREESCHOOL AT ANOTHER CATHOLIC SCOLASTIC INSTITUTION) AS WE APPROACHED ONE OF THE ATTENDING BOYSCOUTS TO JOIN; WE WERE IMEDIATELY CHIDED FOR HOLDING HANDS AND HE LEFT AS SOON AS WE STOPPED, WE DIDN'T UNDERSTAND SO WE GRABBED A COUPLE OTHERS AND APPROACHED ONE OF THE TEEN AGE SCOUTS MORE RESPECTIVELY TO JOIN AS A GROUP;

## GIRLS DON'T JOIN 'BOY' SCOUTS

IT WAS THEN THAT MY FEMAIL FRIEND WHO'S HAND I HAD BEEN HOLDING AND OTHER GIRLS IN OUR GROUP WERE TOLD THAT "GIRLS CAN'T BE SCOUTS"; MY FRIEND WAS DEVESTATED AND SEVERAL GIRLS WERE CRYING AS THREE OF US JOINED ANOTHER BUNCH ADDRESSING ONE OF THE MUCH OLDER PRESENTERS; THESE GIRLS WERE ANGRY AND AS MUCH FAMILY AS FRIENDS SO THE BOYS WERE DEFENDING THEIR RIGHT TO SPEEK THEIR MINDS IN TO WHAT WAS FOR US OUR HOME CHURCH AND SCHOOL; THEN IN PANDIMONIUM SOMETHING HAPPENED AND THE SCOUTS LEFT, YEARS LATER I WAS TOLD ONE OF THESE SCOUTS HAD FONDLED A MUCH YOUNGER GIRL WHO WAS TOLD SHE "WASN'T WORTHY".

EVEN AT THE TIME OF THAT FIRST EVENT OUR CLASS KNEW SOMETHING HAD HAPPENED (SOMETHING INNAPROPRIATE) WE AS STUDENTS HAD JUST BEEN RUDELY INTRODUCED TO SEXISM AND SEXUAL ASSAULT BETWEEN CHILDREN OF OLDER TO YOUNGER; WE DIDN'T HAVE THE LANGUAGE TO EXPRESS ALL THAT WE SAW OR EXPERIENCED THAT DAY, SO WHEN THINGS HAD BEEN SMOOTHED OVER BETWEEN ADULTS (DON'T KNOW IF PARENTS WERE INVOLVED OUTSIDE OF SCHOOL FOUNDERS), THERE WAS ANOTHER EVENT SCHEDULED, THIS TIME WITH SEPERATE FUNCTIONS FOR BOYS AND GIRLS; THIS WAS A HARD TRANSITION FOR US AS WE COULDN'T FULLY EXPRESS OURSELVES BUT MANY BOYS WHO CONTINUED WITH SCOUTING LOST OUR CLOSE FEMAIL FRIENDSHIPS

## SCOUTING JAMBOREE AND WOMEN'S QUILTING

WHILE THE BOYS GOT A CELEBRATORY STYLE EVENT OF MAKING THINGS AND EARNING OUR FIRST MERIT BADGES, THE GIRLS MET WITH CAMPUS PASTOR AND HAD CONFIRMATION LESSONS; THEN THE BOYS GOT TO STAY LATE ON PLAYGROUND AND HAVE CAMPFIRE STORIES WHILE GIRLS WERE INTRODUCED TO TEA AND SEWING WITH THE GRANDMAS OF A CHURCH QUILTING GROUP. MY PARENTS WERE LATE TO PICK ME UP BOTH TIMES SO I GOT TO SEE WHAT THE GIRLS WERE DOING; I ENJOY QUILTING TO THIS DAY.

## SCOUTING JAMBOREE AND IMPLICIT RACISM

THE JAMBOREE ANYONE WHO SAW WAS PRESENTED LIKE A COMMUNITY FAIR FOR KIDS WITH ALL KINDS OF THINGS FOR KIDS TO GET EXCITED ABOUT; MY BEST FRIEND AT THE TIME "HAD A SLIGHTLY DARKER TAN THAN I DO" AS HIS MOM WAS AFRICAN AMERICAN; WE HAD NO FRAME OF REFFERENCE FOR RACISM SO WE DIDN'T UNDERSTAND WHY WE KEPT BEING TURNED AWAY FROM SEVERAL EVENTS NESESSARY TO EARN OUR FIRST BADGES, BUT THERE WERE MORE THAN ONE GROUP PRESENTING AND WE MANAGED TO GET IT ALL DONE, THEN WHEN I WAS SIGNING FORMS MY MERIT BADGES WERE SNATCHED AWAY AFTER MY NAME WAS RECOGNISED AS FRENCH.

WHILE MY TAN HAS ALWAYS BEEN A LITTLE DARKER THAN MANY, MOST DON'T RECOGNISE ME AS A MINORITY BY MY COMPLECTION, BUT ONE THING SCOUTING IN OREGON TAUGHT ME IS THAT RACISM HAS MANY LAYERS TO IT AND ONLY PART OF THAT IS SKIN COLOR. OUR SCHOOL WAS A GOOD ONE AND THE NUNS DID EVERYTHING THEY COULD TO PREPAIR US TO FACE THE WORLD AS IT IS WHILE WORKING WITH OTHERS FOR CHANGE; (OUR MOTHER SUPERIORS WERE FRIENDS OF MOTHER TERISA OF CALCUTTA AND ONE HAD MET BOTH GHANDI AND DR MARTIN LUTHER KING JR.) THIS IS IMPORTANT BECAUSE IT WAS SCOUTING WHICH BROUGHT DISCRIMINATIO AND THOSE RELATED ABUSES INTO OUR SCHOOL.

## SCOUTING AS LEADERSHIP IN DISCRIMINATION

BEFORE BOYSCOUTS VISITED & BEFORE A CUBSCOUT TROOP WAS FORMED WE HAD MORE AFRICAN AND ASIAN FAMILIES THAN AFTER IT WAS DETERMINED THIS WOULD BE A PART OF THAT SCHOOL, EVENTUALLY WE LOST ALL (AFRICAN-INDIAN-CHINESE-1st NATIO STUDENTS, WE ALSO LOST EVERY STUDENT WHO WAS GAY OR ACCUSED OF SUCH THROUGH SCOUTING RELATED PURGES OF SUCH GROUPS WHICH INCLUDE ENDURRING SEXUAL ABUSES BY OTHER SCOUTS AND SCOUT LEADERS.

## BOYSCOUTS ABUSED WHITE BOYS BUT BLACK AND NATIVE HAD IT WORSE

EVERYTHING IN SCOUTING IS AIMED AT SOME FORM OF GROOMING, WHETHER THAT BE TO MENTOR CHILDREN IN BECOMING CIVIL AUTHORITIES LIKE JUDGES & POLICE OR PROSTITUTES AND ABUSERS; WHERE PROBLEMS OF SEXUAL ABUSE AND HUMAN TRAFFICING IS AS PREVELENT AS IT WAS IN PORTLAND OREGON, ONE MUST PUT MERIT WHERE MERIT IS DUE. WHILE I KNOW FOR HAVING HELPED AN ABUSIVE SCOUT LEADING SCOUT FACE HIS ABUSERS THAT WHITE CHILDREN WITH FULL SASHES & OPPORTUNITIES SUFFERED THEY WEREN'T TRADED-SOLD-PHOTOGRAPHE THE WAY THE AFRICAN & NATIVE AMERICAN CHILDREN WERE IN 1970's-1990's

## BOY SCOUTS TRAFFICED CHILDREN FOR SEX

# Personal Testimony:

**JAMBOREES AND HOW SCOUTS WERE GROOMING OTHER SCOUTS FOR ADULT SEXUAL ABUSE**

WHILE THERE ARE MANY COMMON THREADS ACROSS SCOUTING AND BETWEEN CHILD SEX ABUSERS, THERE ARE ALSO KEY SPECIFIC CHARACTERISTICS WHICH IDENTIFY CERTAIN TIME PERIODS AND CERTAIN REGIONS; SUCH AS WESTERN STATES HAVE HIGHER (CHURCH OF JESUS CHRIST OF LATTERDAY SAINTS) POPULATIONS AND AS A RESULT GREATER INCIDENTS OF ABUSE INVOLVING MEMBERS OF THAT CHURCH OR ITS SPONSORED BOY SCOUT TROOPS; THIS STATEMENT IS ONE OF NUMBERS REGARDLESS OF OVERALL COMMUNITY INTENT; IT'S ALSO A FACTOR IN HOW EVENTS IN MY OWN CUBSCOUT TROOP AND REGIONAL SCOUTING INCIDENTS UNFOLDED. WHILE THE SCHOOL WE ATTENDED WAS ROMAN CATHOLIC, LDS TROOPS WERE QUICKER THAN OTHER LESS SUPPORTED TROOPS TO VOLUNTEER TO HELP SET UP A NEW TROOP LIKE OURS, FOR THE LDS THIS IS TREATED LIKE A RECRUITING TOOL AND AS WITH THOSE INCIDENTS AT OUR FIRST EVENTS A WAY IN WHICH THEY INTRODUCE OTHERS TO THEIR PHILOSOPHIES, EVERY SPONSOR DID THIS, IT JUST HAPPENED THAT THERE WERE FAR MORE (LDS) SCOUTS & TROOPS THAN (ROMAN CATHOLIC) OR (BAPTIST) WHICH WE INTERACTED WITH THE MOST, (LDS) SCOUTING LEADERS AS A RESULT HELD MORE REGIONAL SCOUTING AUTHORITY SEATS AS A RESULT OF THEIR HIGHER NUMBERS OF INVOLVEMENT.

WHILE I CAN'T DESCRIBE ANY OF OUR OWN CUBSCOUT TROOP LEADERS AS "BAD", THEY WERE NEW TO PARENTING THAT AGE OF CHILDREN AND TO SCOUTING LEADERSHIP, SO THEY BOTH MISSED THINGS AND FAILED TO NOTICE OTHERS, AND AT TIMES BLINDLY TRUSTED A SYSTEM WHICH WOULD FAIL THEM AND THEIR CHILDREN.

GROOMING FOR MERIT & WHO WOULD RECIEVE IT BEGAN ON THOSE VERY FIRST SCOUTING EVENTS AS DID THAT SYSTEM BY WHICH CERTAIN SCOUTS BE TARGETED FOR PARTICULAR ABUSES, SUCH AS HAVING TO WORK HARDER OR LOOSING MERIT OVER DISCRIMINATION.

THAT IS SCOUTING JAMBOREE WAS EARLY ENOUGH IN THE ACCADEMIC YEAR THAT OUR ASIAN FAMILIES WERE ABLE TO TRANSFER THEIR CHILDREN TO ANOTHER GRADESCHOOL WITHOUT PENALTY & WITHOUT SHOWING IN ANY CLASS PHOTOS. BEING A STARTUP SCHOOL THIS STILL HURT THE SCHOOL IN WAYS I STILL TO THIS DAY FEEL PARTIALLY RESPONSIBLE FOR AS I CONTINUED IN SCOUTING, I FAILED MY EARLY FEMAIL FRIENDS BY NOT STANDING UP STRONGER FOR THEIR GENDER EQUALITY AND I FAILED MY AFRICAN AMERICAN FRIENDS BY STANDING UP FOR THEIR RACIAL EQUALITY TO JOIN SCOUTING,

**STAND UP FOR OTHERS NEVER HELPED IN SCOUTING**

BOTH WERE WRONG DECISSIONS BECAUSE SCOUTING WAS NOT SAFE FOR CHILDREN IN THOSE YEARS.

ULTIMATELY I DIDN'T HAVE A CHOICE EITHER WAY, I WAS A PART OF AN ENLISTED MILITARY FAMILY WHO NEED ME TO BE SOMEWHERE WHILE THEY WORKED AND IT WAS THAT OR NATIVE SCHOOL SO I BECAME A CUBSCOUT REGARDLESS OF DISPUTE. ONE POINT OF PERSONAL GROOMING WAS THAT I SPOKE FOR INTEGRATED SPONSORSHIP OF OUR AFRICAN AMERICAN STUDENTS AND SEEMED TO WIN, I WAS HAPPY ABOUT THAT UNTIL I SAW HOW DEPLORABLY THEY WERE TREATED & I'M TALKING ABOUT SEX ABUSE AND PHOTOGRAPHY OF THAT, THOSE "SPONSORS" INVOLVED DELIGHTED IN TELLING THOSE SCOUTS THAT THEIR ABUSE WAS (MY FAULT) AND (ALL THEY → WERE WORTHY OF, NEVER DID UNDERSTAND THE (LDS) SCOUT LEADER'S FACINATION WITH MY "NEARLY WHITE" COMPLECTION.

**WORTHINESS EXAMINATIONS**

FOR MOST CUBSCOUTS THEIR TROOP INTERVIEWS CONSISTED OF BRIEF MEETINGS WITH SCOUT LEADERS TO DISCUSS THEIR DREAMS AND ASPERATIONS BUT FOR OUR MINORITY SCOUTS WE WERE REQUIRED TO PARTIALLY DISROBE AND LATER BE PHOTOGRAPHED IN SUCH STATES.

**ANAL EXAMINATIONS**

WHATEVER THE PURPOSE THE (LDS) SCOUT LEADERS ASKED ABOUT THINGS LIKE MASTERBATION AND INTEREST IN GIRLS, DIDN'T MAKE MUCH SENSE TO 1ST GRADERS, NOR DID BEING CALLED LIARS AND REQUIRED TO SHOW OUR BUTTS I WOULDN'T SO I WASN'T "WORTHY" 1ST TIME

**USING OLDER SCOUTS TO MAKE THINGS ACCEPTABLE**

WE WERE CATHOLIC STUDENTS BUT AS CUBSCOUTS WE WERE LEAD BY (LDS) CHURCH MEMBERS

ONE THING WHICH THIS MEANT WAS THAT THEY WOULD BRING IN AN OLDER SCOUT TO DEMONSTRAIT OBEDIENCE TO WHAT THEY WERE ASKING OF US, SUCH AS TAKING OFF OUR SHIRTS. THESE SCOUTS EXPLAINED THAT THINGS LIKE ANAL EXAMINATION WAS A THING THEY DID FOR OUR WELLBEING. WHEN I ASKED MY GRANDFATHER ABOUT THAT HE FAILED TO ASK CONTEXT AND EXPLAINED IT AS A PART OF (MEPS) PROCESSING WHERE HE WORKED, SO THE NEXT TIME I WAS SO INSTRUCTED I EAGERLY COMPLIED AND PRESENTED IT TO MY FELLOW CUBSCOUTS AS MY GRANDFATHER HAD EXPLAINED IT... THAT GOT ME MERIT WITH THE ABUSERS AND TEASING FROM THOSE "MORE PRIVELAGED" SCOUTS WHO DIDN'T HAVE SIMILAR EXPERIENCES YET.

**GROOMING IS PART A MISTAKE BY ADULTS WHO MISS CUES OF ABUSE**

I DON'T BLAME OUR TROOP LEADERS OR MY GRANDPA FOR THEIR HONEST MISTAKES IN THIS MATTER, BUT I DO STILL STRUGGLE WITH BLAMING MYSELF FOR NOT SOMEHOW MAKING IT ALL MORE CLEAR TO THEM; I KNOW NOW THAT'S CALLED SURVIVOR GUILT & THAT THIS IS A PART OF PTSD FROM THAT GROOMING AND PERVASIVE ASSAULTS, BUT IT DOESN'T CHANGE THAT FEELING

**PTSD IS ONE MENTAL DISEASE WHICH CAN BE INTENTIONALLY CAUSED & ABUSERS USE THAT FOR VICTIM CONTROL**

JAMBOREES AND OTHER VISITS WHERE REGIONAL SCOUTING AUTHORITIES INTERVIEWED US TO DETERMINE IF WE WOULD OFICIALLY BECOME A NEW SCOUT TROOP WERE WHERE AND WHEN THESE "WORTHINESS" INTERVIEWS WOULD TAKE PLACE PUBICALLY

**HOME VISITS & HOME TEACHERS**

BUT SOMETIMES PEOPLE WOULD BE SENT TO OUR HOMES OSTENCIBLY TO VISIT OR TEACH US BUT ACTUALLY TO CONTINUE AND EXPAND THIS PATTERN OF ABUSE, IN THAT I WAS ESPECIALLY UNLUCKY BECAUSE ONE AUNT WAS AN (LDS) CHURCH MEMBER AND A TEACHER WHO WORKED WITH THEIR SCOUTS SO THESE SCOUT LEADERS HAD MORE ACCESS TO ME AT HOME THROUGH HER AND HER CONVERT HUSBAND.

# Personal Testimony.

WHEN THAT SCOUTING MOVED INTO MY HOME

I HONESTLY DON'T KNOW WHEN THE FIRST SCOUTING OFFICIAL VISITED MY PERSONAL HOME IN A PSUDO OFFICIAL MANNER; BECAUSE I AM TO THIS DAY STILL FINDING NEW INFORMATION ABOUT GUESTS WHO OFTEN CAME WITH MY AUNT OR HER HUSBAND WHO WAS RAISED IN THAT HOUSE; BUT ALSO BECAUSE BOTH CHURCH SPONSORS AND THE (BSA) WHO WERE INVOLVED DID MUCH TO HIDE THESE EVENTS EVEN FROM THE COURT BY MEANS OF SEALED RECORDS AND DESTRUCTION OF RECORDS; TIME ITSELF WOULD SEEM TO HIDE MUCH BUT APPARENTLY NOT ENOUGH TO PREVENT SOME DISCOVERY OF ONGOING OFFENCES BY SAME OFFENDERS.

ROMAN CATHOLIC & LDS CHURCH HOME VISITS INCREASED IN SEVERITY OF ABUSE

I KNOW FOR A FACT THAT BOTH (ROMAN CATHOLIC) PRIESTS AND (LDS) CHURCH OFFICIALS WHO HAD BEEN GUESTS AT OUR SCOUTING EVENTS VISITED ME AT HOME, I KNOW THIS BECAUSE WE WERE INTRODUCED BY THEIR ASSOCIATED SCOUTS OR SCOUT LEADERS, AND BY DIFFERENCES IN THEIR BEHAVIORS. TO BE HONEST I LIKED I LIKED THE (ROMAN CATHOLIC PRIESTS) BETTER BECAUSE THEY MOSTELY JUST SAT ACCROSS FROM ME AND TALKED ABOUT THINGS I LIKED TO TALK ABOUT WHILE OTHERS TOOK POLOROID PICTURES FROM A DOOR WAY (THAT IS AFTER THEY STOPPED JUST TALKING TO ME IN MY OWN OR A NEIGHBORS YARD); THEY KNEW ME AND OTHERS FROM CHURCH AND WERE WITH MINISTERS SO NEIGHBORS NEVER THOUGHT ANYTHING OF IT AFTER A GROUP WAS CHALLENGED THE FIRST TIME OR THREE / THE (LDS) CHURCH OFFICIALS AND THEIR ASSOCIATED SCOUTS OR SCOUT LEADERS ALWAYS HAD A REASON TO ENTER MY HOME AND WERE CONSISTENTLY MORE DEMANDING, USED HARDER PRESSURE TACTICS TO GET THEIR WAY AND TO BE LEFT ALONE TO DO AS THEY PLEASED UNCHALLENGED: I REMEMBER THE POLICE BEING CALLED ONCE BUT THAT TURNED ON THE CHALLENGING FAMILY AND SO NOBODY TRIED THAT AGAIN

POLICE ASSISTANCE OF LDS

LOOKING BACK THE 2 ABUSERS I REMEMBER MOST AS ASSOCIATED WITH SCOUTING UNITS WERE; THE ONE WHO VISITED AS A GUEST PRIEST OF ANOTHER CATHOLIC CUBSCOUT TROOP, WHO LATER VISITED WITH SCOUT AUTHORITIES AT MY HOME; I REMEMBER HIM BECAUSE HE WAS SO VERY NERVOUS THERE THAT HE SEEMED MORE LIKE A SCARED LITTLE CHILD AND BECAUSE WHEN I ASKED ABOUT HIM HE STARTED CRYING AND SAID IT WAS BECAUSE HE WANTED SOMETHING VERY BAD THAT HE COULDN'T ASK FOR, BEING A MILITARY DEPENDENT WITH SOLDIERS ARRIVING HOME FROM VIETNAM I OFFERED HIM A HUG BECAUSE HE WAS CRYING, HE CRIED HARDER AND HUGGED ME A LITTLE TOO FIRMLY, WHICH DIDN'T SEEM THAT ODD, BUT BEING PHOTOGRAPHED LIKE THAT WITH A FLASH ON THE CAMERA WAS VERY UNUSUAL BECAUSE THAT WAS NEVER DONE AROUND THE HOMECOMING SOLDIERS:

MILITARY DEPENDENT OFFERS ABUSIVE PRIEST A HUG BECAUSE THAT WAS WHAT HE WAS TAUGHT TO DO WHEN MEN CRIED.

THERE WERE SO MANY OF THESE TYPES OF HOME VISITS THAT I GOT UNCOMFORTABLE BEING DISTERBED AT HOME, A THING STILL A PART OF MY LIFE TODAY - NEIGHBORS ACCROSS A FENCE IS ONE THING BUT UNNANOUNCED VISITERS TEND TO FEEL UNWELCOME BY MY COLD RESPONCES!

THE OTHER MAN WHOM I REMEMBER FAR MORE FIRST VISITED WITH MY AUNT; HER HUSBAND MY MOM'S BROTHER HAD BEEN IN VIETNAM AT THE END AS MY DAD WAS AND THOSE SOLDIERS WERE MOSTLY HOME DRUNK OR IN A HOSPITAL SOMEWHERE WHEN I WAS IN CUBSCOUTS SO THEY WERENT SEEN EVEN BY FAMILY; AS A RESULT FAMILIES SAUGHT MORE HELP FROM CHURCHES FOR VETERAN DEPENDENTS AND THIS SECOND MAN WAS ANNOUNCED AS A "SPECIAL GUEST" AN (AREA AUTHORITY) THAT I "SHOULD FEEL VERY HONORED" HAD CHOSEN TO VISIT ME (PARTICULARLY) OTHERS HAD BEEN TOO TOUCHY FOR COMFORT OR BEEN TOO PUSHY AND MADE ME UNCOMFORTABLE IN OTHER WAYS BUT HE WAS IN A HURRY;

VIETNAM SOLDIERS COULDN'T HELP THEIR OWN KIDS WERE HARRASSED EVEN BY OTHER VETERANS AS LOOSERS AND TRAITORS IN LATE 1970'S & EARLY 1980'S THIS MADE THEIR CHILDREN EASY TARGETS FOR ABUSE BY MINISTERS AND PRIESTS WHO VISITED MORE FREQUENTLY THEN

EVERYTHING ABOUT THIS VISITING (LDS) "AREA AUTHORITY" WAS PRESENTED WITH AW AS THOUGH PREPARATION WAS NESSCARY TO IMPRESS HIM

UNLIKE EVERY OTHER 'VISITOR' THE "AREA AUTHORITY" WAS ANNOUNCED TO ME AHEAD OF TIME, MAYBE A WEEK AND WITH A LOT OF EXCITEMENT AS THOUGH THE POPE OR SOME SPECIAL CARDINAL WAS VISITING, I WAS WARNED NOT TO SAY ANYTHING ABOUT THE (ROMAN CATHOLIC) CHURCH OR THE SCHOOL I WAS ENROLED IN; THEY EVEN CHANGED THEIR MINDS SEVERAL TIMES ABOUT HAVING ME WEAR MY CUBSCOUT UNIFORM AT THE LAST MINUTE; I MET HIM IN SHORTS AND MY RED WITH 3 WHITE STRIPES ADITIAS TANKTOP; I REMBER THIS BECAUSE IT WAS A FAVORED GIFT; HE WAS DISTURBED THAT I WASN'T IN A SUIT AND LOOKED DISAPPROVINGLY AT HIS HOSTS UNTIL I INFORMED HIM THAT I HAD OUTGROWN THE ONE MY GRANDMA HAD GIVEN ME AND IT DIDN'T FIT THAT DAY, AND THAT THE MALE HOSTS HAD CHOSEN FOR ME NOT TO WEAR MY CUBSCOUT UNIFORM BECAUSE OF THE METAL TIE CLASP AND PINS; HE APPARENTLY THOUGHT THESE WERE APPROPRIATE DECISIONS AND ASKED ABOUT MY FAVORITE SHIRT WITH STITCHED ON WHITE LINES, THE RED AND WHITE STRIPES REMINDED ME OF US FLAG AND MY DAD WHO WAS AWAY IN MILITARY, BUT THE STRIPES WERE EXTRA SPECIAL (FATHER-SON-AND HOLY GHOST), HE WASN'T HAPPY ABOUT THAT OR ITS BRIGHT RED FIELD SO HE INSISTED I REMOVE IT AND TOSS IT ON THE FLOOR, THEN HAD ME STEP ON IT AND KICK IT ASSIDE, THEN APPROACH HIM WHERE HE HELD ME BY MY SHOLDERS WHERE I COULD SMELL HIS BREATH OF STRONG MOUTHWASH AND VALILLA LIKE THE RECRUITERS WHEN THEY WERE TRYING TO HIDE THEY WERE DRINKING ON DUTY, HE WAS LOOSE NOT TIPSY OR DRUNK; THEN HE

THEN

I BIT HIS NOSE UNTIL IT BLEAD

WHEN I CAME TO EVERYONE WAS YELLING.

# Personal Testimony:

As I have no memory for some time after biting the "Area Authority" I can't say what happened after he hit me and the Scout Master picked me up, all I really remember was being assigned to reparative therapy. I don't know if a court handled this or if it was entirely a decision of (BSA) authorities; what I do remember was being picked up at my house by a Scout Master from Scout Troop [redacted] and usually 2 sometimes 3 young men in black suits and white shirts; the boys would sit on either side of me while the scout leader would drive us to "the family center." We took so many different routes that I couldn't tell where this "Family Center" was, and they took pains to keep me from watching where we were going. "This isn't supposed to be fun", "you are in a lot of trouble" they told me. I was a cheery child until then.

At this "Family Center" there was a group of other boys who had also been in trouble in Boy Scouts down to Cubscouts, there were also other scouts in uniform there to "instruct us" as how to act and other boys not in scout uniforms who showed us what those in charge wanted done, only it became obvious quickly that they were a part of the process, some of the older scouts had fun making them go through "physicals" with the rest of us. The "Family Center" was like an office building with a lot of joining rooms and hallways, not like a hospital or a doctor's office. When we were first taken in as a group we were encouraged to sign forms "confessing" something the younger cubscouts and boy scouts didn't understand and most wouldn't sign; "we didn't do anything wrong"; "you will learn to do what you're told"...

Those who wouldn't sign confessions we couldn't read were sent into different rooms in groups and told to strip naked, those who wouldn't comply were forced to do so, or their clothes were taken off for them in front of us, then we got dressed and were generally sent home. Every session would be a little worse and more scarry, there was "individual counseling" but not like a doctor's office or a social worker, but more punitive and aimed at getting us to "confess and you can go home" or to "learn to obey and do as you are told" "without contention".

When my grandpa asked about what was happening as families weren't allowed at this "Family Center" he thought these signed confessions sounded so weird he talked to his brother who also listened to what I had to tell, they weren't as concerned about the physicals as they were about these "confessions" and when they confronted the attending scout leader about it he told them that children had "big imaginations sometimes", but then this scout leader would leave me at the door and pick me up later when he was called back, so he may not have known; also there were different people at different times so I couldn't get to know anyone even among other scouts we would only see eachother a few times before they would break us up into smaller and different groups. Older boys would tell us to do what we were told and to "give them what they want" or "they will make it worse for you". Generally it was all so confusing that boys (mostly catholic) held onto what we knew and for me that was advocacy, I would tell the older boys to think about what they were doing to us, even use those "counselor's" talking points, we had a click and started an organized protest, but that got us called "hot shots" and promised more severe "treatment" which we got.

No more shocking or painful than an electric toy buzzer [redacted] whatever they were was small and cylindrical made a buzzing sound and zapped with a crack like static on a windy day; it was enough to be painful but not so much as to [redacted]; still after the first time [redacted]

I can't say which was worse about this sham for psudo medicine performed by adult "volenteers" or those known and identified scouts and scout leaders participating in every step from delivery of children to secretive locations and actively stripping us and actively holding us down; it was all humiliating and aimed at getting children as young as [redacted] identifying, to sign false confessions indemnifying (BSA) and the church institution involved. Of the men in this psudo clinical charade which said anything about themselves, they admitted to being volenteers "called" to be acting as counselors and doctors by church processes not by profession or by education; this isn't what they were telling families of scouts involved! Even the term "reparative therapy" was misleading to families who consented to their children being there. Both the scouts and scouting authorities involved bear responsibility for their deceptive practices and for all those actions plus labels they placed on these children in process of hiding what was really going on behind closed doors. While I can't claim knowledge of other states, in Portland Oregon this kind of activity was a crime and the efforts they went to hiding it is a direct part of indicating those in charge knew so at that time.

---

**Side notes (boxed):**

- Penalties for assaulting an adult abuser
- Assigned to reparative therapy
- LDS scout leaders tried to keep their locations secret from others
- When all of the cubscouts were gathered we were told we were in a lot of trouble
- Signed confessions or "treatment"
- The process was like court but without judges
- Never before or since have I seen anyone want a signed confession so badly
- Don't sign anything you can't read or don't understand
- Organized protest
- Anal probing and electric shock
- Cruel — humiliating invasive assault done without explanation to a part of body already invaded by others made things worse
- They were "called" counselors and doctors but they were "just volenteers"
- BSA was actively responsable for these children in their custody

## Personal "Testimony": PROGRESSION TO "INDIVIDUAL TREATMENT"

IN THE BEGINNING OF THE POST-SEXUAL ASSAULT "REPARATIVE THERAPY"; PERFORMED UNDER (LDS) CHURCH (BSA) LEADERS IN PORTLAND OREGON; WE WERE TREATED AS IF INSTEAD OF BEING SEXUAL ASSAULT SURVIVORS AS THOUGH WE WERE THE OFFENDERS; AND THOSE ADULTS ORGANIZING SUCH SITUATIONS WERE TREATED AS POOR VICTIMS; ONE WAY THIS WAS ACCOMPLISHED WAS TO LABEL (BSA) SCOUTS WHO SURVIVED SEXUAL ASSAULT BY MEN AS "HOMOSEXUALS" OR "GAY".

CHILDREN AS YOUNG AS FIRST GRADERS WERE TREATED AS OFFENDERS AGAINST THOSE (BSA) ADULTS WHO ASSAULTED THEM

IN MANY PARTS OF THE COUNTRY INCLUDING PORTLAND OREGON IT HAD BEEN MADE LAW FOR A TIME THAT ANY SUCH ACT BETWEEN TWO OR MORE MALES WAS ILLEGAL AND BY "SPINNING IT" THIS WAY THE (BSA) AND SPONSORING CHURCHES WERE USING INSTITUTIONAL MIGHT AGAINST THESE ALREADY VICTIMIZED CHILDREN TO PUT US FURTHER UNDER THEIR CONTROL. FOR THAT SMALL GROUP OF CUBSCOUT PROTESTERS OF THIS FURTHER ABUSES UNDER (BSA) AUTHORITIES, WE WERE TOLD THAT WE WERE ABOUT TO LEARN WHAT BEING A "HOT-SHOT" REALLY MEANT.

THREATENED WITH "THE CHAIR"

THESE SEXUALLY ABUSIVE (BSA) SCOUTING LEADERS WERE SO DESPERATE TO GET VICTIMS TO CHANGE THEIR STORIES AGAINST THEM THAT THE SYSTEM THEY SET UP WAS A PERFECT EXAMPLE OF WHAT WOULD HAPPEN IF MILGRAM EXPERIMENT WERE MIXED WITH STANFORD PRISON EXPERIMENT AND THE MOST ABUSIVE PICKED TO BE GUARDS OVER 5 & 6 YEAR OLD CHILDREN LABLED AS GAY AND "UNDESIRABLES". THIS IS WHERE RACISM REALLY PLAYED IN BECAUSE "BLACKS" WERE "JUST DUMB ANIMALS OF BURDEN" AND "CURS OF CAIN", WHERE NATIVE IDENTIFIED CHILDREN LIKE MYSELF WERE "LESS THAN ANIMALS" AND "ONLY WORTHY" IF WE COULD BE MADE "WHITE AND DELIGHTSOM".

I REMEMBER STINKING OF CHLORINE AND SOLVENTS

[redacted]

NOBODY WHO HAS EVER HEARD EVEN THIS MUCH HAS EVER BEEN ABLE TO JUSTIFY WHAT HAPPENED TO US BUT FEWER STILL WOULD HAVE BELIEVED HAD IT NOT BEEN FOR THE ONGOING REVELATIONS WHICH HAVE BEEN DEMONSTRATED IN RECCORDS AND OTHER TESTIMONIES. YET ONE CANNOT TAKE ONE OUT OF CONTEXT INSTANCE OF ABUSE WITHOUT MISSING THAT GREATER PREVELANCE OF THE SYSTEMATIC RANGE OF INCREASING ASSAULTS.

I HAD NOT BEEN SODOMIZED UNTIL I WAS ASSIGNED TO "REPARATIVE THERIPY", BUT THERE THEY GOT AWAY WITH FAR FAR WORSE

BY BEING LABELED AS "GAY" BY (BSA) OFFICIALS THOSE (BSA) OFFICIALS HANDED THESE SEXUAL OFFENDERS THEY ALREADY KNEW ABOUT A FREE LISENCE TO DO WHATEVER SICK AND DEMENTED THING THEY COULD THINK UP TO US. WHATEVER WAS GOING ON AT (BYU) UNDER [redacted] [redacted] AUTHORITY PLAYED A DIRECT PART IN WHAT WAS DONE TO US AS CUBSCOUTS IN PORTLAND OREGON.

I DONT REMEMBER EVERYTHING THAT WAS SAID OR ALL THOSE NAMES WHICH STOOD OUT ONLY ONCE OR TWICE 4 DECADES AGO BUT I REMEMBER THEY KEPT TALKING ABOUT "[redacted] APROVED IT."

WHEN "INDIVIDUAL THERAPY" REALLY STARTED OUR GROUP OF SCOUTS WHO HAD BEEN THROUGH THE "FAMILY CENTER" WERE SEPARATED TO WARDS ALL OVER PORTLAND METRO AREA. MOST OF MY TIME AFTER WAS SPENT IN A DARKENED SUPPLY ROOM OF THE [redacted] SCOUT TROOP NEAR MY HOME. AT FIRST THREE OF US WENT THERE BUT WITHOUT THE LARGER GROUP ONE BOY MY AGE APOLOGISED AND TOLD ME HE WAS GOING TO SIGN THEIR DOCUMENT AND WAS TOLD TO NAME ME IN SOME CONCOCTED LIE, THAT WAS JUST THE SECOND SESSION.

THATS WHEN THE BLINDFOLDS STARTED

[redacted]

THE SCOUT MASTERS GOT FRUSTRATED WHEN THEIR ELECTRIC GADGET THEY PUT ON MY PENUS WOULDN'T WORK OR STAY ON

THE STUDENT FROM B.Y.U. WAS THERE TO MAINTAIN EQUIPMENT BORROWED FROM THE COLLEGE "CONVERSION THERIPY" PROGRAM AND TO MAKE SURE IT WAS USED PROPERLY, SHE ALSO RAN THE SLIDES; SHE TOLD ME SEVERAL TIMES WHEN ALONE THAT SHE WAS INSTRUCTED NOT TO GIVE ME HER NAME AND THAT SHE WAS SHOCKED THIS TREATMENT WAS BEING DONE ON CHILDREN OUR AGE; SHE HAD NEVER HEARD OF THIS BEFORE; SHE ALSO KEPT SAYING SHE WAS SORRY EVERY TIME SHE HOOKED ME UP TO "THE CHAIR".

CHILDREN OUR AGE NORMALLY WEREN'T PUT THROUGH ADVANCED CONVERSION THERAPY

I CALLED THAT CHAIR "TIGGER" SO I COULD REMEMBER ITS NAME; A VETERAN TAUGHT ME HOW TO DO THIS SO I COULD REPEAT [redacted] MY TIME BUT IT CAME OFF WHEN I JUMPED, SO THE PUT IT ON MY NECK LIKE A COLLER WITH THE BUMPS IN FRONT THEN IN BACK. THE B.Y.U. GIRL SAID THIS WAS WRONG AND THAT SHE WOULD TELL SOMEONE WHEN SHE GOT BACK BUT THEY OVERHEARD AND GOT HER BOSS ON THE TELEPHONE, SHE WAS CRYING WHEN SHE CAME BACK AND SAID SHE WAS SORRY, THEN WAS MEANNER TO ME AFTER THAT.

WHEN THEY SWITCHED FROM SLIDES TO MOTION FILMS OF PEOPLE HAVING SEX THE B.Y.U. GIRL SAID SHE WAS DONE. THE SCOUT MASTER HAD STARTED TOUCHING HER TOO SO BEFORE SHE PACKED UP THE UNIVERSITY BELONGINGS SHE TOLD THE SCOUT MASTER THAT "THIS BOY IS MORE A MAN THAN YOU" THEN KISSED ME LIKE THE "AREA AUTHORITY" HAD AND LEFT. I GET WHAT SHE WAS DOING NOW AFTER YEARS OF COUNSELING BUT THEN SHE JUST DROVE HOME HOW LITTLE I MATTERED TO THESE PEOPLE.


# OAKS

- AFTER INCIDENTS OF SEXUAL ABUSE OF ROMAN CATHOLIC MINORITY STUDENTS IN THEIR FIRST YEAR OF SCOUTING; AS CUB-SCOUTS; BECAME PUBLIC DUE TO INJURIES SUSTAINED BY (CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS) SCOUT LEADERS; MANY OF THESE SCOUTS WERE "ASSIGNED" TO (REPARATIVE THERAPY) UNDER THE DIRECT AUTHORITY OF & GUIDANCE BY REGIONAL (LDS) SCOUT LEADERS.

- THE NAME WE HEARD AS THE APPROVING AUTHORITY FOR EVERY ABUSE WE SUFFERED BY THOSE SCOUT LEADERS WAS THEN (PRESIDENT ▓▓▓▓▓▓▓▓▓▓) OF (BYU); EVEN THOSE PROCEDURES PERFORMED IN BACK ROOMS WITHOUT MEDICAL OVERSIGHT WERE DONE BY SCOUTING OFFICIALS OR IN THE PRESENCE OF SCOUTING OFFICIALS; WHO USED DOCUMENTS ASSOCIATED WITH OR EVEN SIGNED BY ▓▓▓▓▓▓▓▓ REFERRING TO WHAT MEASURES WERE "EXPECTED" IN "REMEDING THIS SITUATION".

- BECAUSE WE WEREN'T ALLOWED TO TAKE NOTES ON WHAT WE WERE EXPERIENCING WE DEVELOPED MNEMONICS AND OTHER WAYS TO REMEMBER IMPORTANT INFORMATION, FOR US (▓▓▓▓▓▓▓▓) BECAME FORESTS OF OAK TREES, OAK LEAVES, POISON OAK, ANYTHING TO REMEMBER THAT NAME FOR LATER; WE EVEN CALLED THOSE SCOUT LEADERS INVOLVED ACORNS TO REMIND THOSE FEW IN THAT COHORT THAT THESE SCOUTS AND SCOUT LEADERS WERE THOSE SPIES AND ABUSERS ASSOCIATED WITH FUNCTIONS APPROVED BY AN RVN UNDER BYU AND ▓▓▓▓▓▓▓▓ DIRECTION. WHILE IT IS CONCEIVABLE THAT (PRESIDENT ▓▓▓▓) MAY NOT HAVE KNOWN OF EVERY SINGLE DETAIL THESE SCOUTS AND SCOUT LEADERS DID IN HIS NAME, MANY RECORDS EXIST AND IT IS WELL DOCUMENTED TO WHAT EXTENT PEOPLE WERE ENCOURAGED TO GO TO MISTREAT THOSE THE LDS CHURCH DETERMINED TO BE GAY OR REQUIRE (REPARATIVE THERAPY).

- CONDITIONS WHICH COULD EARN A SCOUT ADDITIONAL ABUSE AFTER INITIAL SEXUAL ASSAULTS WERE TO RESPOND TO SUCH ABUSE BY: IDENTIFYING ABUSERS (TO OTHER AUTHORITIES OR TO POLICE), TO FIGHT THE ABUSE IN ANY WAY WHICH CAUSED ABUSE TO BE KNOWN, OR TO ORGANIZE SCOUTS AGAINST ABUSE, ETC.

- WHILE I PERSONALLY HAVE NEVER HEARD WHAT ASSOCIATION ▓▓▓▓▓▓ MAY HAVE WITH THE SCOUTS BEYOND ENCOURAGING FURTHER MISTREATMENT OF SURVIVORS, IT IS MY PERSONAL OBSERVATION THAT HE IS MORE AT CAUSE THAN WHAT RECORDS MAY ATTEST.


# PICA

- PICA: WAS THE SHORT NAME FOR ONE VARIETY OF DEVICES SCOUT LEADERS USED AS PART OF (REPARATIVE THERAPY) FOR THOSE CUBSCOUTS ASSAULTED BY (CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS) SCOUT LEADERS BETWEEN MID 1970'S–1980. THOSE DEVICES RANGED FROM MODIFIED FIBERGLASS OR WOOD STICKS TO CLUBS. ALL DEVICES REFERRED TO AS PIMA HAD EXTENSION CORDS TO BATTERY PACKS OR WALL PLUGINS; SOME WERE BRAND MARKED WITH WORDS (HOT SHOT) WHICH GAVE RISE TO PHRASES LIKE "OH YOU THINK YOU'RE A 'HOT SHOT'" OR "WE'LL GIVE YOU THE RED TREATMENT".

- TWO SUCH DEVICES, ONE OF US STOCKYARD VARIETY AND ANOTHER OF CHINESE ORIGIN WERE BROUGHT IN BY (PRIOR LDS MISSIONARIES) WHO CORRECTED THAT THEY GOT THESE DEVICES IN BOLIVIA; THEY USED A WORD WHICH SOUNDED LIKE "PICAN" NUTS, WHICH IS WHY I PERSONALLY STARTED DRAWING PICAN NUTS TO REMEMBER THIS WORD (PICANITA) OR (PICANA). THESE PICAN'S HURT FAR MORE THAN THE ELECTRIC SCREWDRIVER OR MORE COMMON CATTLE PRODS, BUT THE CLUBS WERE ALMOST AS BAD AND LEFT BRUISES I FELT UNTIL NEXT "TREATMENT".

- EXCEPT FOR THE CATTLE PROD AND THE PICA WITH THE SHOULDER BATTERY PACK THE PLUG-IN PICA ALWAYS HAD 2 PEOPLE OPERATING IT, ONE WOULD HAVE THE STICK AND THE OTHER WOULD HAVE THE DIAL; THEY HAD AN OLDER SCOUT RUN THE DIAL UNTIL THEY FOUND OUT HE WAS JUST SETTING IT ALL THE WAY UP AND LAUGHING EVERY TIME ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓


# TIGER

- NOT ALL OF THE CUBSCOUTS WHO WERE ASSIGNED TO (REPARATIVE THERAPY) RECIEVED (ELECTRIC SHOCK THERAPY). THOSE WHO (WERE LDS CHURCH) MEMBERS WERE "ALLOWED" TO "CONFESS" TO WHAT HAPPENED IN FRONT OF THE YOUNGER CUBSCOUTS; THESE WERE OLDER TEEN BOYSCOUTS, WHO WERE THERE TO ENCOURAGE US TO "BE PENITANT" "TO THE CHURCH" AND TO "CONFESS WHAT YOU DID WRONG" "SO IT WILL GO WELL WITH YOU". THE LATTER PHRASE SCARRED THE LDS CUBSCOUTS INTENSLY FOR CULTURAL REASONS, THE SOUTHERN BAPTIST AND ROMAN CATHOLIC CUBSCOUTS WERE INDIGNANT OR ANGRY OVER IT BEING SUGGESTED THAT IT WAS OUR FAULT WE WERE THERE. THOSE WHO WERE MOST RESISTANT WERE CALLED "HOT SHOTS" AND SENT ELSEWHERE FOR "HOTSHOT TREATMENT".

- ALL OF THE LDS SCOUTS CHOSE TO SIGN PAPERS CONFESSING TO WHATEVER WAS WRITTEN ON THOSE CONTRACTS BEFORE THE CATHOLIC SCOUTS WERE SENT TO "THE CHAIR"; THOSE WHO IDENTIFIED THEMSELVES AS SECURITY MADE IT LIKE THEY WERE ARRESTING THOSE WHO PROTESTED THIS TREATMENT OF OTHER SCOUTS, WHEN THEY WERE BOOKING ME THEY ASKED ME WHY I WAS AMONG THE PROTESTERS AND CALLED MY RESPONSE A "CONFESSION OF GUILT", THEY TOLD ME IF I CONTINUED TO "GET IN TROUBLE" IT WOULD "GO BADLY FOR YOU" AND THAT I MIGHT EVEN "GET THE CHAIR"; EVERYTHING THEY SAID WAS LIKE CODE FOR THREATS, OTHER ADULTS DIDN'T UNDERSTAND.

- BECAUSE THE LDS SCOUT LEADERS DIDN'T WANT US TO TAKE NOTES I TRIED FINDING ACCEPTABLE MNEMONIC DEVICE TO REMEMBER; THEY HAD LOTS OF DISNEY STUFF IN THE CHILDREN'S ROOM AND THE THINGS DONE IN THE CHAIR MADE US JUMP AND POOP SO I SAID (TIGGER & POO HATE ACORNS & PECANS TOO) TO HELP MYSELF REMEMBER THESE WORDS & NAMES.

## Personal Testimony:

**ESCELATING ABUSE BY SCOUT LEADERS**

WHEN THE (BYU.) COLLEGE STUDENT RETURNED TO COLLEGE TO CONTINUE HER EDUCATION & MANDETORY TESTING ASSOCIATED TO HER DEGREE, SHE TOOK MORE THAN THE AVERSION THERIPY LOANED BY (B.Y.U.) TO THE (BSA) FOR "REPARATIVE THERIPY," SHE ALSO TOOK WITH HER ANY GUISE OF MEDICAL PROCEDURES OR OUTSIDE SUPPERVISION. ORDERS SIGNED BY [redacted] WERE ALL THAT REMAINED TO DIRECT HOW 2 REMAINING CUBSCOUTS WERE TO BE TREATED.

> I CANT REMEMBER NOW HOW I FIRST CAME TO RELATE [redacted] TO THE NUMONIC DEVICE [redacted]

THE SCOUT MASTERS WHO WERE IN COMPLETE DIRECT CONTROLL OVER WHAT HAPPENED TO THOSE REMAINING CUBSCOUTS AS OUR NUMBERS DWINDLED FROM (12-5-1) WEREN'T AS BAD WHEN EVERYTHING STARTED AS WHEN THEY ENDED, AND WE WENT THROUGH MANY WHO DECIDED WHAT WAS BEING DONE TO US WAS UNETHICAL IN EXTREME BEFORE WALKING OUT AND LEAVING US TO MEN WHO WERE FAR WORSE WHEN THEY STARTED BECAUSE THEY ACTUALLY LIKED WHAT THEY WERE DOING TO US. ONE IN [redacted]

> SOMEBODY HAD TO KNOW WHAT WAS GOING ON BECAUSE SO MANY LEFT ONLY TO BE REPLACED

[redacted]

WHEN THE SCREW DRIVER KEPT POPPING THE CIRCIT BRAKER THE GUY WITH THE PORN MOVIES WAS REMOVED, I DID SEE HIM AGAIN LATER LEADING THE [redacted] SCOUT TROUP AND REMEMBERED HIS NAME WELL ENOUGH TO ASSOCIATE IT WITH A NEWS ARTICLE I WAS SHOWN ABOUT HIM AND THAT TROOP LATER, THATS HOW I KNOW FOR SURE HE WAS A (BSA) LEADER AND NOT JUST SOME (LDS MEMBER) BUT IT DIDN'T STOP WHAT WAS HAPPENING; AFTER HE LEFT I WAS INTERVIEWED IN "THE CHAIR" BY SOMEONE WHOM I ONLY SAW THE ONCE AND WHOS ONLY CONSCERN WAS THAT "YOU WONT TELL ANYONE," HE DIDN'T LIKE MY ANSWER AND DISCOVERED MY NOTES WRITTEN IN CRAYON ON THE COLORING BOOK THEY HAD LET ME HAVE; AFTER YELLING AT SOME PEOPLE IN THE HALLS AND OTHER ROOMS ABOUT WHAT COULD HAPPEN IF A JUDGE GOT THEIR HANDS ON THE NOTES I HAD BEEN TAKING WITH THE OTHER BOYS HE CAME BACK AN SAID THAT IF I WOULDNT KEEP MY MOUTH SHUT I WAS "ABOUT TO LEARN WHAT THAT CHAIR IS REALLY ABOUT!" & "THE GLOVES ARE COMING OFF"... "DO WHATEVER YOU HAVE TO TO ENSURE" THESE KIDS "DONT TALK".

> I GOT THE IMPRESSION THAT HE WAS THEIR LAWYER AND AUTHORITY

> STANFORD PRISON EXPIRIMENT AND GUANTONOMO PRISON HAD MORE OVERSIGHT THAN WHAT THESE SCOUT AND LDS CHURCH LEADERS WERE SCARED INTO DOING BY OUR ATTEMPTS TO BE HEARD

NEXT THEY BROUGHT IN WHAT LOOKED LIKE AN ANTIQUE REPLICA OF MY DAD'S MP BATON, IT HAD WIRES ON IT AND WAS MADE OF SOME BRITTLE OLD PLASTIC LIKE SUBSTANCE WHICH FRACTURED AND SPLINTERED WHEN THEY TRIED TO HIT US; IT WAS DETERMINED TO BE BROKEN

STINGERS AND MAGIC WANDS WERE SOME OF WHAT WE CALLED THE SHOCK STICKS THEY USED ON US NEXT BECAUSE THEY LOOKED LIKE WANDS THAT SPARKED AND CRACKED IN THE DARK UTILITY ROOM [redacted]

AS A FAMILY FRIEND OF [redacted] APPRENTICESHIP INSTRUCTOR [redacted] I KNEW ENOUGH ABOUT ELECTRICITY TO KNOW IT WAS MORE DANGEROUS AND PAINFUL FOR SMALL CHILDREN AS HE HAD HELPED OVERSEE SOME OF MY MERIT BADGES, I EVEN TRIED TO GET THESE SCOUT LEADERS TO CALL THE UNION TO TALK TO SOMEONE ABOUT WHAT IT COULD DO "YA LIKE WE'RE GOING TO DO THAT!" "YOU'RE JUST GOING TO HAVE TO SUFFER." ONE COULD SAY ITS BURNED INTO MY MEMORY I TRIED SO HARD.

> PEOPLE WILL TELL YOU THEY HAD NO IDEA' WHAT WAS HAPPENING, BUT ADULTS WITH SOMETHING TO LOOSE ARE COWARDS.

WHEN THE SCOUT LEADERS REALIZED THAT BATTERIES WERE LIMITED THEY MOVED ONTO OTHER DEVICES, AND SAUGHT HELP FROM OTHERS WHO BROUGHT OR BUILT WHAT THEY KNEW

ONE MAN WAS A MECHANIC AND BROUGHT A STACK OF RV BATTERIES ON A HAND CART; VOLTAGE AND AMPERAGE CAN VERY A LOT DEPENDING ON HOW A (DEEP CELL) BATTERY IS WIRED IN SERIES AND WHETHER THE SUBJECT IS WET; WITH THE HOT-SHOT THEY WOULD SOMETIMES SPRAY US WITH THE RV BATTERIES THEY USED A BUCKET ALSO BUT THESE TOO WOULD RUN OUT, AND TOOK TOO LONG TO CHARGE BACK UP SO DIDN'T ALWAYS HURT AS MUCH, [redacted] EVEN WITH 6 BATTERIES THATS WHEN THEY BROUGHT IN A MAN AND AN OLDER SCOUT WHO IDENTIFIED AS FATHER AND SON; THE "PICA" OR (PICHANNA) THE BROUGHT TOOK TWO PEOPLE TO OPPERATE AND COULD VERY FROM SHARP STING TO MAKING MUSCLES TWITCH AND BODYPARTS SHAKE OR MOVE PAINFULLY, THEY LEFT BECAUSE THE MAN DIDNT LIKE [redacted]

*→ NEXT A HANDYMAN USED HARDWARE FROM A STORE AND TRANSFORMER FROM RADIOSHACK TO BUILD A THING WITH ALLEGATOR CLIPS FROM CAR JUMPER CABLES, WHEN IT BLEW THE BRAKER HE ADDED A SECOND LINE AND THE TRANSFORMER WHICH THIS GAVE IT 240 VOLT AND UPTO 60 AMPS, THE TRANSFORMER MADE IT SO POWER COULD BE REGULATED TO 2 SEPERATE HOT LINES WITH GROUND ON (TIGGER CHAIR) OR ONE HOT LINE WITH ALL 240 VOLTS AND 60 AMPS "UNMODIFIED" [redacted]

* [illegible] 120V 60 HZ TO EACH TEMPLE GROUND ON CHAIR (OR) 240 V 60HZ DC ACROSS TEMPLES (OR) BACK OF HEAD TO GENITALS

Personal Testimony: COMPARATIVE EQUIPMENT

WHEN SOMEONE COMPAIRS THAT EQUIPMENT BEING USED; THERE WAS ONE PIECE OF (APA) APPROVED MEDICAL EQUIPMENT, HOWEVER BY NOT USING IT IN AN APPROVED BODY LOCATION OR IN APPROVED WAYS ON AN APPROVED AGE GROUP, THAT EQUIPMENT BECAME AN ITEM OF SPECIFIC ABUSE; (AVERSION THERIPY) DEVICES DID NOT FIT THOSE CUBSCOUTS BECAUSE THEY WERE NOT APPROVED FOR USE ON THAT AGE OF CHILDREN AND BECAUSE MOST MEDICAL ELECTRICAL DEVICES NEED TO BE SCALED DOWN BY (WEIGHT OF CHILD TO SAFE SETTING) WHICH THIS WAS NOT; THE THERAPY SLIDES, ESPECIALLY NUDE ONES WERE NOT APPROVED FOR CHILDREN OF OUR AGE; WHEN MEDICAL EQUIPMENT IS MISUSED IN FORMS OF DEFINED ABUSE ESPECIALLY BY UNLISENCED & UNTRAINED ADULTS AGAINST CHILDREN THIS BECOMES BOTH CHILD ABUSE & MALPRACTISE IN STATE OF OREGON.

LDS CHURCH AND CONVERSION THERAPY OR REPARATIVE THERAPY DEVICE PATENTS

WHILE THAT PENIUS SHOCK DEVICE DOES INDEED HAVE A VALID US PATENT WITH UPDATED VERSION AS RECENTLY AS 2010, IT AGAIN WAS NOT USED AS DESIGNED, AND THUS NOT IN THE MANNER APPROVED BY US PATENT OFFICE; FURTHER BEYOND ANY DEBATE ON SUBJECT OF CONVERSION THERAPY, THE VERY NOTION OF SUCH TECHNIQUES AS BEING "REPARATIVE" IS ABSURD ESPECIALLY WHEN BEING ADMINISTERED TO YOUNG CHILDREN BY MEN ALREADY KNOWN TO THE (BSA) & TO (LDS CHURCH) AS PEDOPHILES & ABUSERS.

ECT DESIGNS MAY VERY BUT APPLICATION IS CLEAR IN OREGON

ELECTRO CONVULSIVE THERAPY (ECT) IS A WELL DEFINED & MEDICALLY APPROVED TECHNIQUE WHEN USING "STANDARDIZED" EQUIPMENT UNDER APPROVED MEDICAL GUIDELINES, HOWEVER THIS INCLUDED FULL HOSPITAL SETTING AND MEDICAL ADMINISTERS NOT HAPHAZARD UNSUPERVISED KNOWN CHILD ABUSERS IN A STORAGE ROOM OF A CHURCH WITH OPEN GARBAGE CONTAINERS; THAT DOES NOT MEET MEDICAL GUIDELINES, NORE DOES RANDOM HARDWARE PUT TOGETHER IN HASTE TO BYPASS BUILDING ELECTRICAL SAFETY LIKE CIRCUT BRAKERS; THAT WOULD CONSTITUTE CHILD ABUSE AND MEDICAL MALPRACTISE BY (BSA) SCOUT MASTERS.

NO SIMILAR EQUIPMENT EXISTED IN MEDICAL FIELD THEN OR NOW

RANDOMLY MODIFYING ELECTRICAL EQUIPMENT WITHOUT MEDICAL SUPPERVISION SUCH AS THE (HOT-SHOT) DEVICES IN THE VERY LEAST VIOLATES MANUFACTURER GUIDELINES AND WARRANTEES; FURTHER THESE DEVICES WERE DESIGNED FOR CATTLE WEIGHING ON AVERAGE BETWEEN 1,600-2,400 LBS "NOT" A 5 YEAR OLD CHILD WEIGHING ON AVERAGE 40-45 LBS GROSS MISUSE OF SUCH EQUIPMENT BY SCOUTS AND (BSA) OFFICIALS OF ANY ADULT RANK WOULD CONSTITUTE CHILD ABUSE UNDER OREGON LAW EVEN IN 1970'S.

PEOPLE SOMETIMES DIED

WHEN USING APPROVED MEDICAL EQUIPMENT SUCH AS APPROVED (ECT) DEVICES, ADULTS SOMETIMES DIED IN OREGON, EVEN UNDER CLOSE MEDICAL SUPPERVISION AT A HOSPITAL; THAT IS WHY NO SUCH EQUIPMENT WAS EVER LAWFULLY APPLIED IN A CHURCH STORAGE ROOM. FURTHER FACT THAT NO APPROVED MEDICAL ASSOCIATION EQUIPMENT WAS USED IN THESE PROCEEDINGS MEANS THAT THESE EVENTS DID NOT CONFORM TO OREGON STATE OR US FEDERAL DEFFINITIONS FOR "THERAPY."

IF IT WAS NOT THERAPY UNDER THE LAW THEN ALL APPLICABLE LAWS MUST BE APPLIED TO THESE EVENTS

* CULTURAL SEXUAL ABUSE AND EDUCATIONAL PURGING CONTINUED LONG AFTER PREVIOUS ABUSES ENDED *

HAVING BEEN ASSIGNED BY (BSA) AUTHORITY TO UNDERGO (REPARATIVE THERIPY) CAME WITH THE CULTURAL DEFFINITION OF (HOMOSEXUAL) AND ALL THE ADDITIONAL ABUSES ASSOCIATED; ONE SUCH ABUSE WAS THAT EVERY CHRISTIAN SCHOOL I HAVE ATTEND SINCE HAS BEEN INFORMED OF THESE TREATMENTS AND DEFFINITIONS BY (BSA) RELATED CHURCH STAFF ACROSS DENOMINATIONS; AS A RESULT I AM PRESENTLY IN ARGUMENTS OVER TRANSCRIPTS PARTIALLY OR FULLY EFFECTED BY THESE EVENTS PERPETRATED BY (BSA) OFFICIALS AND INVOLVED SPONSORS AS RECENTLY AS 2019. IN ADDITION EVERY WOMAN AND APPROPRIATE AGE GIRL WAS INFORMED MAKING DATING RATHER DIFFICULT, AND GENERALLY DISSAPPOINTING OVER MY LIFETIME

EVIDENCE OF ABUSE WAS COVERED UP UNDER MULTI JURISDICTIONAL COURT ORDERS THROUGH MULTIPLE STATES

WHILE LOCAL COUNCILES HAD SOME INFORMATION IN LOCAL PERVERSION FILES AS DEMONSTRATED BY LANDMARK CASES IN OREGON, THAT WAS NOT THE ENTIRE CASE EVEN THEN; IN ABOUT 1985 AS PORTLAND GAINED A NEW ARCH BISHOP, THE (USCCB) COMISSIONED A REVIEW WHICH INCLUDED BUT WAS NOT LIMITED TO THE (BSA) SEXUAL ASSAULT SURVIVORS; KEY INDIVIDUALS INVOLVED IN THAT INVESTIGATION WHOM I SPOKE WITH PERSONALLY IN PERSON WERE FATHERS [redacted]

PRIESTS AND LAITY (SUCH AS LOCAL KNIGHTS OF COLUMBUS & BSA OFFICIALS)... AS THOSE PROCEEDINGS WERE CONCLUDED I WAS EFFECTIVELY EXCOMMUNICATED FROM THE ROMAN CATHOLIC CHURCH FOR HAVING SURVIVED.

ALL ASSOCIATED MEDICAL AND POLICE FILES WERE SEALED

COURT ORDERS WERE OBTAINED TO SEAL ALL RECORDS ASSOCIATED TO THESE CASES AND EVEN STATE DA'S COULDN'T BRAKE THOSE SEALS WITHOUT GOING TO COURT WITH ENOUGH EVIDENCE TO PROVE UNUSUALLY HIGH PROBABLE CAUSE TO OPEN ANY PORTION. MOST OF THOSE FILES STAYED SEALED EVEN AFTER 2002 BOSTON GLOBE ARTICLES AND PORTLAND DIOCESE 2004 BANKRUPSEY FOR ITS PART IN THIS AND OTHER CASES; DESPITE THIS AND MANY PROMISES TO CHANGE, THE LATEST CASES I PERSONALLY HAD INCIDENT WITH INVOLVING MORE CHILDREN BEING ASSAULTED BY SAME KNOWN OFFENDERS AS WHEN I WAS STILL A SCOUT WAS BETWEEN 2006 AND 2019. IN 2020 A ORDER PRIEST WHO HAD PREVIOUSLY BEEN A PART OF THESE CHILDHOOD CASES (WHO WAS ALSO OFICIALLY DECEASED) WAS RETURNED TO DUTIES AT THE GROTTO ON SANDY WHERE I VOLUNTEERED FOR OVER 20 YEARS.

THERE IS NO JUSTICE OR HONESTY INVOLVED TO DATE WITH B.S.A

# Personal Testimony.

Due in parts to controversy over how things were run and what happened at each level I was regularly required to repeat levels, which I have to commend our scout master ▓▓▓▓▓ for his exceeding patience and beyond due diligence in helping our scouts through the challenges of that time. I'm certain it couldn't have been any easier for him.

They may have made me back up and redo levels out of spite, but that may have been part of why I took those duties and standards so much to heart, because they were too hard to earn a fifth or 6th time.

It was a (Lion) event, which scout authorities later swore in court must have been a Lions Club event off campus, where I first saw a priest who later got caught using our school to access disabled kids on another floor, can't remember now how he was involved with that event but it eventually lead to separation of that preschool and the Catholic church. I followed what I was taught and reported him when asked at the time. I especially remember how impressed the judge was with a preschooler who had such a firm grasp of basic law & justice by how standards of church teaching.

After the nightmare of the first 6 patches, weebles and arrow "my sun patch" seemed beyond easy, I worked hard & worked ahead for everything but got to keep it the first time. ▓▓▓▓▓ was right about that being a different experience. That's when things changed. Some of the scouts got right down mean and organized in abuse, like kicking "less worthy" boys in the testicles until we couldn't breathe. I came to hate that so much that I would cry & beg my family to leave so it would end, then the (Native Civil Rights Movement) was recognized and I was allowed to go to public school which was better equipped for injuries I sustained in scouting, like partial blindness and dyslexia in my left eye.

was simpler when he found out at the end of my fifth grade final campout that I was leaving the school and his troop, I still remember the school the CD was for me & tell them.

## Scouting Journey Orders of Completion

## Boy Scout Troop Unimpressive

Don't remember much about this troop other than it met at the ▓▓▓▓▓ Sherif Station; meeting times and days changed to coincide with older scout's sports schedule; I went on both survival camps & proved what we learned under ▓▓▓▓▓ was more advanced wilderness training than required of most scouts, so made second class scout at first major ceremony after the scout master had an opportunity to speak with ▓▓▓▓▓, he apparently gave a very good recommendation because it went by fast and without incident. We rebuilt hiking bridges, maintained forest trails and cleaned up major trailheads, something I do to this day. I was more interested in Rocket Club and honestly lost interest in scouting when my Gpaw died when I was 12 (we had been a team and my awards always thrilled him so much nobody else in the family cared, lost my best friend and mentor that year)

one of only a few to enter 631st explorer with advanced scouting history in programmed state including 1st & 2nd position and did 2 years

### Club Day

At Club Day my first week in highschool (631st Explorer Scout) Search and Rescue made a presentation to freshmen & sophmors, they were deputies and did something real so I volunteered on the spot, didn't have to think about it, I was old enough and the sherif already knew me from the scout troop so I was approved by all steps but parent signature which I got after school and dropped off that night with the night watch. The sherifs in charge of (631st Explorer Scouts) at that time believed we needed the skills attributed to (Patrole - Staff - Leader) as minimum standard "and I think they liked seeing the star on our uniforms" so we were "unofficially/officially" required to get that far, besides combined search and rescue and sheriff minimum standard testing pretty much made that a given by the time we completed certification and testing. I had some trouble with radio calls because of my dyslexia injury but the sheriffs liked me and made a rookie game to help out; I think ▓▓▓▓▓ and ▓▓▓▓▓ did more for us than anyone realized. Once the department started to depend on us we all got special training to help out which made getting a full circle easy; last rank I recieved had a hearing on it, I recieved that after completing advanced first aid as others did.

would have to watch out duties to compair how far ▓▓▓▓▓ trained eagle but was most trained ever 631st

Scout / Tender / First Class / Second Class / Star / Life

## Assignment Changes

I don't know how Detective ▓▓▓▓▓ (not sure on spelling) or Sheriff ▓▓▓▓▓ got put in charge over (631st Explorer Scouts); both men were crude surly officers who had no business directing children even those in a sheriff scout unit, that's without knowing where else they were involved, knowing where else they were involved.

▓▓▓▓▓ was caught molesting a (631st Explorer Scout in men's (station bathroom)) and accused of using his position as sheriff detective to repeatedly rape more than one of that troop's scouts at home, this almost destroyed that unit in early 1990's.

▓▓▓▓▓ I knew as a house decon at the chapel where the mid 80's (USCCB) investigation of cubscout trauma had taken place, and as a driver for visiting priests who had been at my house and cubscout events. He was also directly involved at one of my colleges which now has no record of my ever having attended police classes or other general study there. It was through him I was able to name or describe priests and Catholic laity well enough to earn my own human trafficking case number with Portland Arch-Diocese review in 2010 to me he was involved with abuse coverups involving ▓▓▓▓▓ group of child sex offenders who sent me to the (LDS) "reparative therapy" state of Oregon took his badge.

Later I was in college with the daughter of our ▓▓▓▓▓ training officer who kept failing me until I could recite those codes as well as any officer in the station, he too had something to do with (BSA) as a scouting official, while I have evidence his children accused him of abusing them sexually and suspected others which would support statements by one (631st Explorer Scout) of indecent advances by this officer.

These three police officers were each accused of sexual misconduct against scouts or their families under their authority; and suspected of covering that up, 2 were accused of driving ▓▓▓▓▓ to children's homes.

# Personal Testimony.

**MISSING, DISGUISED AND ALTERED DOCUMENTS**

Sometimes wheather a particular document is missing has to do with how much motivation an individual has to find it.

**2020 BACK** In 2020, after the Portland Archdiocese case review on these matters involving (BSA) troops sponsored under their authority had been issued a human trafficing case number; ████████ issued a simple request that my personal baptismal and confirmation records be found; that simple request was far from simple as confirmation reccords from all confirmation were entirely missing. Childhood cases enough evidence existed in oral histories and written documents to indicate files should be present; in 2 cases an empty file folder with my name was located; then after a more intense search my baptismal reccords card was located only instead of the required information all the card contained were several coded entries in mixed date format; what was most important about that information was that these dates didn't correspond with any religious function of batism or confirmation; → what these dates did correspond with were dates of (USCCB) Bishops investigating issues of child sexual trauma in the (BSA); since this started the next series of internal scandals including locating a living pedophile priest who had been officially declared deceased in another settlement process involving (BSA) cases of sexual abuse, I am still without functional record of sacrements of periods 1973-2016 which was last entry located and date of my being perged from Christian university using false documents associated directly to abuse as a cubscout.

**2019 & 2016** In these years I was perged from 2 seperate universities after being "outed" for having undergone (reparative therapy); reccords supplied to universities and students by (KoC) & (LDS/SGMC) "clipping serums"

**2019** While at paid psyciatriatric internship a former scout official with (LDS) was attending an altercation surrounding last request of a patient in an adjoining hospital ward; while looking for the charge nurse he spotted me doing my job as a patient sitter for a psych-hold client who was there for suicide attempt; this individual identified himself as a (BSA) authority "prior authority" and made claims at the top of his lungs which would have gotten me arrested if true; as police were already involved it was a quick matter to dispense with but the entire joined ward area was informed that I had been involved in (BSA) sexual abuse and "treated for homosexuality"; my boss & school supervisors had already been informed but it caused a school investigation which "outed me" to school & students, wasn't long before that lead to my removal from university due to resulting harrasment and hacking.

**2018** I was an (A & B) student even with some levels of digital harrasment but as (LDS) church chose to leave (BSA) one more terrofying thing happened; I recieved an unmarked package from an address in Utah at my campus address which I had never registered as a commuter student, at first opened I just thought it was a text book; excited for an opportunity to get ahead on a big assignment I opened that package on the spot and a bunch of colored triangles spilled everywhere but the rest of the contents were jammed in and mess kept spreading until it made a scene; asside from what I thought at first to be some kind of confetti prank was a page marked copy of (the Book of Mormon) several obviously abusive flyers about "apostates" "homosexuals" "jews" "native-americans" "disabled" "LGBTQ" "African Americans" (I am using kinder language) in short a package full of (hate speech) in a form to get attention on campus; that package was investigated by postmaster who couldn't do anything because it was recieved by a collage campus mail center but they confirmed it was a hate act sent directly from (LDS) processing later materials confirmed association to issues with (BSA) and lawsuits.

Trankle confetti corresponded to Nazi consentration camp symbols worn by those exterminated in death camps flyers indicated that those groups should be hardgred on site as I had to vacate it because of colored !!!

**Investigation of judges between 2016-2020.** Both physical first reclamed and electron in 1980's. **PERIOD 1979 to 2019**

**EVERY YEAR SINCE SEXUAL ASSAULT IN CUBSCOUTS** — Ignore for a moment those missing documents such as transcripts and (BSA) merit & membership reccords & consider what reccords must exist for every year of one's life to be a target of hate crimes associated to those events; all but 2 of my homes have been vandalized with hate speach associated to (BSA) and most often by scouts or former scouts previously uninvolved with original cases, 3 different scouts were caught in the act of arson to a building I was in at the moment, and 2 of those identified as being associated to previously identified (BSA) abusers who were still active with (BSA) years later, where are all those emergency responce reccords? Especially those while I was a deputized explorer scout? One police officer involved told me that because offenders identified me as being "native american" these and other hate crimes couldn't be prosecuted without the involvement of "my tribe" only I am not a registered member of any US treatied nation thus even the notion that I am not a regular citizen is a peculiarity of law those involved with (BSA) are playing on to get away with ongoing stalking and harrasment of scout survivors of sexual assault. One lawyer involved said in 2018 (BSA) case that such intimidation is not unheard of and somewhat common where churches are involved like associated to (BSA) sexual assault cases.

Regularly I have been told by scouting officials or their representatives that supporting documents "will never be found"; that began to change when the perversion files were made public in late 2012; since 2013 to present it has been as though every year got worse in harrasment as more civil lawsuits emerged; the only thing which changed this is that for the first time ever I have been allowed legal representation, and several (BSA) abusers got arrested on other charges.

## Log of Injuries:

KNOWN, SUPPOSED & DIAGNOSED INJURIES ASSOCIATED WITH BSA SEXUAL TRAUMA AND COVERUP

TO PUT IT SIMPLY THESE KNOWN, ORGANIZED SEXUAL OFFENDERS WERE DANGEROUS PEOPLE WHO ACTIVELY SAUGHT TO HARM THOSE SCOUTS UNDER THEIR AUTHORITY.

DIAGNOSED AT TIME OF ASSAULTS OR AT A LATER DATE USING CRYTICAL DATA & SCIENTIFIC METHODS

A) BONE FRACTURES: AS EVIDENT IN X-RAYS OVER LIFE SPAN DEMONSTRATES LONGTERM HEALING OF ABUSE RELATED BONE FRACTURES DATING FROM AGE OF ABOUT 6 YEARS OF AGE; MOST SEVERE INCLUDE SCULL FRACTURE JUST ABOVE C-1 VERTEBRAY, MAJOR FRACTURE ACROSS LEFT TEMPORAL AND PARIETAL REGION; OTHERS TO SCULL, TORSO AND LIMBS WERE LESS SEVERE OR NOT AS WELL DOCUMENTED TO BE ABLE TO ASSOCIATE WITH (BSA) SEXUAL TRAUMA AND COVERUP, BUT STILL ADD TO OVERALL EVIDENCE OF SIVERE SUSTAINED CHILD PHYSICAL ABUSE NEEDING MEDICAL INTROVENTION.

B) BRAIN TRAUMA: CRYTICAL SOURCE INFORMATION SHOWS EVIDENCE OF KNOWN SEVERE BRAIN TRAUMA ASSOCIATED WITH LEFT SIDE TEMPORAL AND PARIETAL REGION SCULL FRACTURE, INCLUDING WITNESS(I) DATA OF MEMORY IMPAREMENT OVER TIME CONSISTENT WITH SEVERE CUNCUSSION TO BOTH HEMISPHERES CONSISTENT WITH THIS KIND OF INJURY (SIVERE MULTIPLE CUNCUSSION) WITH POST INJURY MEMORY LOSS OVER ABOUT 6 MONTHS AND PARTIAL MEMORY IMPAREMENT OVER ADDITIONAL 7 MONTHS INCLUDING EDUCATIONAL DELAYS AND IMPAREMENT

C) SMALL LASSORATIONS, BRUISING AND BURNS WERE DISMISSED AT THE TIME DUE TO (BSA) & (LDS) STATING THESE WERE COMMON TO ASSIGNED "REPARATIVE THERAPY", BUT EVIDENCE OF SUCH REPORTS IS MOSTLY FROM (I) DATA PROVIDED YEARS LATER AND DOESN'T INCLUDE SUSSESSON OF PROCEDURE OR SCULL FRACTURE COMMENTARY

WHILE NOT AN EXHAUSTIVE LIST POLICE AND STATE CHILD WELFARE WERE INVOLVED OVER TIME WITH NUMEROUS INTROVENSIONS TO PROTECT BOTH SCOUTS AND THOSE CHILDREN ASSOCIATED

MENTAL HEALTH DIAGNOSED BASED ON PREVIOUS DATA AND SURVIVOR OBSERVATION IN A CLINICAL SETTING OUT PATIENT SERVICES INCLUDES CBT cPTSD FOR COMPLEX AND ONGOING TRAUMAS ASSOCIATED WITH HUMAN TRAFFICING AND SEVERE SEXUAL & PHYSICAL TRAUMAS ASSOCIATED TO INCIDENTS INVOLVING BSA (LEADERS, ADMINISTRATION, GUEST, ASSOCIATES, SCOUTS) BUT DID NOT INCLUDE STRESSORS FROM POST YOUTH TRAUMAS ASSOCIATED TO COVERUPS OR ONGOING SOCIAL PROBLEMS ASSOCIATED WITH PSUDODIAGNOSES OR PUBLIC DISCLOSURES OF CASE OR SEMI PUBLIC DISCLOSURE OF PATIENT RECCORDS

KNOWN & SUPPOSED INJURIES ASSOCIATED WITH (BSA) SEXUAL ABUSE DID NOT ALWAYS HAVE MEDICAL INTROVENTION, BUT WERE AT TIMES NOTED BY OTHER PROFESSIONALS INVOLVED WITH CHILD CARE INCLUDING FIRST AID TREATMENT OR ADMINISTRATION OBSERVATION OF INTERACTIONS

IT WAS SUPPOSED WITHOUT SPECIFIC EVIDENCE THAT ANAL PENETRATION LIKELY OCCURED, THIS IS EVIDENT BY REPEATED ANAL EXAMS AND NATURE OF "CONVERSION/REPARATIVE THERAPY" FOCUS AND PUBLIC REPORTS LEADING TO DIAGNOSIS OF PROPOSED SODOMY IN ASSOCIATION TO OTHER MORE OBVIOUS ABUSES

MORAL INJURY — WHILE NOT PRESENTLY DEFINED BY APA-DSM

PSYCOLOGISTS INVOLVED HAVE COUNCILED BASED UPON CONDINIONS OF MORAL INJURY TO HELP DEAL WITH SECONDARY ABUSE OF THOSE AIDING PRIMARY ABUSERS LIKE ACTIONS OF SHERIF & SCOUT LEADER [redacted] AND [redacted] AND (LDS) MINISTRY OFFICIALS WHOSE ACTIONS DIRECTLY CONTRIBUTED TO ABUSE ASSOCIATED TO PHYSICAL SEXUAL ASSAULTS AND OTHER SURVIVOR HARRASSMENT OR INTIMIDATION DURRING ASSOCIATED INVESTIGATIONS AND TRIALS PERTAINING TO (BSA) SEXUAL ASSAULTS.

- BECAUSE NOWHERE WAS SAFE FROM WHAT THESE PEOPLE HAVE DONE AFTER PRIMARY SEXUAL ASSAULTS, TRUST ISSUES HAVE BEEN CLINICALLY NOTED.
- SCHOOLING HAS BEEN REGULARLY INTRUPTED EITER DUE TO ABUSE OR LEGAL ACTIONS ASSOCIATED
- STALKING OF SURVIVOR AS A MATERIAL WITNESS HAS BEEN EVIDENT THROUGH LEGALLY NOTED WITNESS INTIMIDATION
- FALSE & MISLEADING STATEMENTS BY (BSA) LEADERS-MEMBERS-ASSOCIATES HAS LEAD TO INCIDENTS OF [SWATTING] POLICE RESPONCE & MEDICAL RESPONCE INCLUDING INVACIVE MEDICAL PROCEDURES OF RESTRAINT UNTIL FACTS COULD BE DETERMINED (EXAMPLE CHEMICAL RESTRAINT AND CALLS TO SUICIDE LINE RESULTING IN POLICE RESPONCE TO FALSE CALL)
- CITIZENSHIP CHALLENGES DURRING PERIOD (LDS) WAS LEAVING SCOUTING WHICH INCLUDED (ICE) RESPONSES AND REQUIRED DATA HELD BY (LDS) TO RESOLVE IN A CIVILIAN MANNER, BUT WAS HANDLED THROUGH VA & MILITARY SECURITY HISTORY INCLUDING 631st

**Personal Testimony:**

WHY SO LITTLE IMPERICALE EVIDENCE?

GREATEST SINGLE REASON FOR LACK OF EVIDENCE IN (BSA) CASES HAS TO DO WITH SPONSOR AND INSURER INVOLVEMENT; FOR INSTANCE (KNIGHTS OF COLUMBUS) DIRECTLY SPONSORED (BSA) TROOPS, WHICH AS AN INSURER GIVES THEM A HIGHER LIABILITY IF PROVEN THEY HAD FORE KNOWLEDGE OF POTENTIAL CASES AND WITNESSES, FURTHER MANY POLIECE INVESTIGATORS WERE ALSO ACTIVE LAITY LIKE HOUSE DEACONS OR SOMETIMES EVEN MONKS; FOR INSTANCE [redacted] WAS ALSO A FOURTH DEGREE (KoC) MEMBER AND [redacted] WAS ON A SHORT LIST FOR US SUPREME COURT JUSTICE AS AN EAGLE SCOUT AND ACTIVE PARTICIPANT IN COVERUP OF FACTS THROUGH PSUDO MEDICAL PROCEDURES. IN OREGON FORMER PORTLAND MAYOR AND LATER GOVENOR GOLDSCHMIDT IMPLICATED A NUMBER OF POLICE WHO DROVE HIM TO VICTIM'S HOMES AND WHOM AT LEAST ONE DIRECTLY USED HIS OFFICE AND (BSA) POSITION TO ASSALT SCOUTS. TOGETHER WITH OTHER FACTORS LIKE

→ BROOM CLOSET SECRET BINDERS AND CODE ALTERED INDIVIDUAL RECCORDS, EVEN THOSE RECORDS WHICH WERE SPECIFIC TO CASES WERE CRAFTILLY HIDDEN WHERE INSTITUTIONS COULD ACCESS THEM FOR WITNESS TAMPERING BUT WHERE LAW ENFORCEMENT WERENT LIKELY TO FIND EVEN WITH TOTAL CEASURE WARRANTS. THEN THERE'S THE "LISTENING COMITTIES" WHERE FAITHFUL CHURCH MEMBERS ARE PRESSURED TO GIVE DIRECT LEADS TO EVIDENCE WHILE ACTIVE INVESTIGATIONS ARE UNDER WAY; IN ONE

→ SUCH EVENT EVERY YEAR BOOK PHOTO OR WALL PORTRATE OF CERTAIN CHILD SEXUAL ASSALT SURVIVORS FROM MY OWN TROOP WENT MISSING, BAPTISMAL AND CONFIRMATION RECCORDS WERE STOLEN OR ALTERED... ON AND ON IN CLEAR PATTERNS OF ABUSE AND DECEIPT.

AS I KNOW A NUMBER OF BOYS AND GIRLS WHO WERE SEXUALLY ASSALTED BY PRIESTS OR NUNS OUTSIDE OF SCOUTING,

→ IT'S CLEAR THAT THIS ISSUE TOOK SPECIAL PRECIDENCE BY MEASURES INVOLVED.

IF ONE FOLLOWS THE TRENDS INTERNATIONALLY. [redacted] WAS ASSIGNED TO VATICAN'S HIGHEST OFFICE OF INVESTIGATION UNDER FORMER WWII ERA SCOUT (POPE BENEDICT XVI) JUST AS THES ISSUES WERE BEGINNING TO BREAK INTO PUBLIC VIEW; WITH MANY BILLIONS IN WORLD COURANCY AND COMPLEX BEHIND THE SCENES DEALS THE (BSA) ISSUE WAS ONE EVERY CHURCH WANTED SILENCED BECAUSE IT COULD DEMONSTRAIT A MUCH GREATER LIABILITY UNDER INTERNATIONAL RACKITEERING LAWS WITH WORLD LEADERS OF MULTIPLE INTERNATIONAL CHURCHES DIRECTLY COINVOLVED; THAT IS A SECRET WORTH A LOT OF BIAS AND FAR WORSE ILLEGAL ACTIONS.

I WILL STOP HERE BECAUSE THIS IS A BANKRUPSEY HEARING AND NOT AN (FBI) INVESTIGATION. HOWEVER MUCH SUCH DETAILS MAY BE OF INTEREST TO ACCADEMIC HISTORIANS THERE IS BUT ONE POINT AT CAUSE AND THAT IS THE OFFICIALS INVOLVED WITH (BSA) DAILY RUNNING UP TO LONG RANGE PLANNING KNEW EVEN MORE ABOUT THESE INDIVIDUAL CASES THAN EVEN THOSE SCOUTS WHO CAME FORWARD OVER TIME TO TESTIFY.

THEY KNEW AND MADE CERTAIN THAT IT ALL CONTINUED INCLUDING ABUSE BY KNOWN DOCUMENTED OFFENDERS

BROKEN BONES AND FRACTURED SCULLS ARE HARDER TO HIDE, BUT THEY DID SO FOR DECADES

AFTER I GOT MY LIFE STABLE ENOUGH TO HAVE A JOB WITH BENIFITS AND COULD AFFORD A DENTAL PLAN I SAUGHT OUT A DENTAL SURGEON WHO COULD FIX A BROKEN TOOTH, WHILE DOING THIS HE NOTICED MY JAW WAS HAVING STRUCTURAL PROBLEMS AND SUGGESTED A FULL HEAD EXRAY FOR PERCISE DIAGNOSIS; NOTICING MORE AND WITH A DUTY TO REPORT HE ORDERED ALL EXRAYSS WHICH AS AN ARMY DEPENDENT WENT BACK TO EARLY CHILDHOOD; WHAT HE REPORTED TO STATE OFFICIALS WERE PERVASIVE EVIDENCE OF CRITICALLY SEVERE SCULL FRACTURES GOING BACK TO EARLY GRADESCHOOL AS EARLIEST FULL SCULL EXRAY DIDN'T SHOW THESE AND THE FIRST DENTAL SURGERY EXRAY FOR AN UNDERBITE SHOWED A HEALING SEVERAL YEAR OLD SERIES OF SEVERE SCULL FRACTURES IN CRYTICAL AREAS,

WHEN COMBINED BETWEEN MEDICAL FIELDS OVER TIME AND OTHER WITNESS STAMENTS WHAT SOUNDS DELUSIONAL BECOMES SCIENTIFIC FACTS

MANY CHURCHES LIKE ROMAN CATHOLIC AND (LDS) WILL DENY SCIENCE WITH LOGICAL FALACIES AND BULK FAKE EXPERTS TO DENY INCONVIENT TRUTHS BUT EVEN IF A CHILD IS CONVINCED TO LIE OR PHYSICALLY INCAPABLE OF ~~REM~~ REMEMBERING LIKE AFTER SIVERE BRAIN TRAUMA, BONES CANT LIE AND SHOW WHAT THEY SHOW AS DO MANY OTHER INJURY BASED DISFUNCTIONS LIKE IMPACT RESULT OCULAR BLINDNESS & PHYSICAL SINGLE EYE DYSLEXIA. EVEN WHEN FLESH HEALS, SOME SCARS LIKE SIVERE BURNS ON GENITALS TEND TO LEAVE REMINDERS AND EVIDENCE AS TO WHAT HAPPENED AND WHEN. IN THAT WAY MY BODY TOLD THE STORY TO DOCTORS THAT MY MIND WAS INCAPABLE OF RELAYING, FIRST DUE TO AGE AND LATER DUE TO THESE BOYSCOUT LEADER INFLICTED WOUNDS. THAT AND WHAT RECORDS STILL EXIST ALLONG WITH WHAT I COULD POINT TOWARDS FOR OTHER EVIDENCE IS WHY PORTLAND ARCH DIOCESE VIA PORTLAND HOSPITAL CHAPLAIN HELPED ME BY OPENING A HUMAN TRAFFICING CASE IN MY NAME FOR MY BENEFIT,

I ALSO HAVE A (COMPLEX PTSD) DIAGNOSIS TO INCLUDE THESE OTHERWISE BIZAR LIFE EXPERIENCES. DURRING MY BRIEF CONVERSATION WITH PENNSYLVANIA STATE (FBI) INVESTIGATOR HE ASSURED ME THAT SOME OF THESE MORE UNCOMMON DETAILS ARE CONSISTENT WITH OTHER HUMAN TRAFFICING LIFETIME CASES SIMILAR TO MY OWN INVOLVING THESE SAME INSTITUTIONS AND SOMETIMES SAME INDIVIDUALS AS WERE ACTIVE IN THAT STATE. IN CIVIL AND CRIMINAL INVESTIGATION SETTINGS SUCH TRENDS CAN ONLY APPEAR ONCE ENOUGH SURVIVORS STEP FORTH; MINE IS BUT ONE IMPERFECT STATEMENT IN THIS ONGOING STRUGGLE FOR JUSTICE.

## In Closing:

WHILE IT WAS MY INTENTION TO PROVIDE THIS COURT A GENERALLY CONCISE POINTED REVIEW; OF ONGOING CONDITIONS OF HARRASSMENT AND ABUSE ASSOCIATED TO BOY SCOUTS OF AMERICA RELATED SEXUAL TRAUMA I AM AWARE OF HOW LIMITATIONS IN TIME AND FORMAT HAS IMPACTED THE QUALITY OF THIS TESTIMONY. NORMALLY I USE DIGITAL DEVICES WHICH CAN HELP WITH SPELLING AND GRAMERICAL ISSUES. HOWEVER WITHOUT SUCH EQUIPMENT AVAILABLE AND AS A BRIEF STATEMENT, I HOPE YOU MAY ALL ACCEPT THIS ATTEMPT AT RELAYING HOW 40+YEARS OF DEALING WITH SUCH ISSUES HAS IMPACTED THIS AND OTHER SCOUT'S LIVES.

UNLESS THESE MATTERS GO TO TRIAL AND AGAIN REQUIRE MY OWN OFFICIAL WITNESS SUBPOENA; I WOULD CARE NOT TO HAVE TO CONTINUE MAKING STATEMENTS TO THIS PERIOD AND THESE ABUSES; BOTH MY DOCTORS AND FAMILY RECCOGNIZE THE UNDUE STRAIN THAT SUCH EFFORTS PUT ON MYSELF AND THOSE CLOSE TO ME.

IF SUCH OPEN COURT TRIALS BECOME NESSICARY AGAIN PLEASE FIRST CONTACT MY LAWYERS TO DETERMINE WHAT QUESTIONS HAVE ALREADY BEEN ANSWERED IN PREVIOUS COURT STATEMENTS AS MOST OF MY PREVIOUS CASE NOTES WERE TURNED OVER TO MULTNOMAH AND CLACKAMAS COURTS PERTAINING TO THESE INCIDENTS AND OFFENDERS.

THOSE NOTES PRODUCED AT TIME OF INCIDENTS IN MY POSESSION HAVE BEEN DESTROYED BY DIRECT AND REPORTED LIVE HACKING. SUCH DOCUMENTS AND PHOTOS NO LONGER EXIST UNLESS SAVED BY THOSE REMOVING THEM REMOTELY INCLUDE THE (BSA) OR THEIR ASSOCIATES OR AFFILIATES, AS SOME NOTES WERE THAT SPECIFICALLY TARGETED OVER TIME. MOST RECENT SUCH INCIDENT; INCLUDING INFORMATION ON & BY ICE OFFICERS WAS 2019; REPAIRS ATTEMPTED BY REBOOT COMPUTER SHOP 384 CENTER ST NE SALEM OREGON & INCLUDED A LIVE HACK OF THEIR SYSTEMS NETWORK, AS REPORTED BY THEIR TECH AND MANAGER AS EXTREMELY RARE, MALWARE INSTALLED DIRECTLY TO AFFECTED SYSTEMS ALLOWED ANYONE WITH PERMISSION FROM SOURCE POINT AFULL ACCESS AROUND SECURITY MEASURES USING (ANYDESK) SOFTWARE.

PLEASE BE MINDFULL OF SURVIVOR MASKING AS DETAILS WITHIN THIS DEPOSITION WOULD IDENTIFY MYSELF AND OTHERS WHO ARE LESS STABLE OR MORE VULNERABLE.

PREVIOUS COURT DETAILS SHARED OUTSIDE OF COURT HAVE LEAD DIRECTLY TO WITNESS AND SEXUAL ASSAULT SURVIVOR HARASSMENT & WORSE SO PLEASE BE MINDFULL ABOUT NESECARY REDACTIONS OR OTHER MEASURES TO PREVENT FURTHER HARMS.

TO PUT IT BLUNTLY; THOSE IN (BSA) ADMINISSRATION HAVE UNKINDLY & DISASTEROUSLY IGNORED & PARTICIPATED TOWARDS CONDITIONS WHICH DIRECTLY INCREASE AND PROLONG SUFFERING; → PLEASE CONSIDER THESE DETAILS AS MODERATE RESULTS AS SOME SCOUTS SUFFERED FAR WORSE UNDER DIRECT AUTHORITY OF (BSA) (LEADERS-GUESTS AND THEIR AFFILIATES).

NO AMOUNT OF CASH SETTLEMENT CAN RESTORE DECADES OF LIVING AND LIVES LOST IN THESE EVENTS LEADING UPTO THIS PRESENT BANKRUPSEY CASE, AND AS THAT SEEMS TO HAVE BEEN A PART OF INTENDED CONTINUED ACTION TO AVOID RESPONCIBILITY & ALL DUE MERIT ONE CAN ONLY HOPE FOR A JUST PATH TOWARDS ACCEPTABLE PEACE BETWEEN ALL LISTED STAKE HOLDERS AND THEIR REPRESENATIVES.

→ THIS AGE OF CONTINUED ABUSES MUST BE BROUGHT TO A REASONABLY JUST END, OR THOSE ACTIONS AGAINST THESE AND FUTURE SURVIVORS WILL CONTINUE UNABATED AS IT HAS TO DATE.

WE WERE SCOUTS; UNTIL THAT, AND SOMETIMES THOSE LIVES WERE TAKEN; TO PROTECT FINANCIAL INTERESTS OF THESE INSTITUTIONS, AND ALLOW KNOWN ABUSERS TO CONTINUE FOR A FALSE GUISE OF GOOD REPUTATION; THOSE NOW RECOGNIZED BY THIS COURT ARE BUT A SAMPLE OF MUCH GREATER SUFFERING; PLEASE HELP US PREVENT FURTHER SIMILAR ACTIONS, AS THOSE WE HAVE ATTESTED TO, FROM INSTITUTIONALLY AFFLICTING ANYONE EVER AGAIN FROM THESE ASSOCIATIONS; PLEASE HELP US TO BE RECOGNISED AS THE SURVIVORS WE HAVE HAD TO BECOME.

BLESSINGS

Align top of FedEx Express® shipping label...

TO JUSTICE L. SELBER SILVERSTEIN
US BANKRUPTCY COURT
824 MARKET ST, 6TH FLR

WILMINGTON DE 19801

(000) 000-0000 REF:
INV:
PO: DEPT:

35 RRDB EXP 04/22

FedEx Express

E

TRK# 0201 7872 6834 8017

TUE - 18 MAY 10:30A
PRIORITY OVERNIGHT

XB ZWIA

19801
DE-US PHL

FedEx Express

RT 747
FZ
1
10:30
D
8017
05.18

U.S.M.S.
X-RAY