May 11, 2021

Dear Sirs:

When I was approximately 5 years old, we lived in Sacramento, California. At that time both of my parents ███████████████████████████ were both Scout Leaders in the Latter-Day Saints Church.

On the various outings there was the times when my Father ███████████████ would single me out ██████████████████████████████████ After which he would proceed to catch up with the rest of the Boy Scout grouping. Also, some of the Scout Leaders would take turns taking me to ██████████████████████ This was an everyday occurrence, therefore, becoming a brainwashing situation along with a quote ritualization!! This abuse, trauma continued until around 13 years of age. At that time, I was allowed to spend the night at friend's homes.

The "Boy Scouts of America" totally need to be tried and punished and held accountable for their vicious, evil, demonic behavior and the permanent damage and trauma to my MENTAL, SPIRITUAL and PHYSICAL health has caused me so much pain and suffering throughout my entire life!!!!

Looking forward to hearing from you, thanking you for your immediate attention to this matter.

Sincerely,

███████

DISTRICT OF DELAWARE
U.S. BANKRUPTCY COURT
CLERK

2021 MAY 18 PH 3:51

FILED



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801