BSA Bankruptcy Case

824 Market Street, 6th Floor

Wilmington, DE 19801


Dear Honorable Justice Lauri Selber Silverstein,


I'm compelled to write you this letter due to the decades of emotional trauma which I have had to endure. I'm not a proficient writer, however I feel this correspondence is of the upmost importance. This is about the magnitude and impact of the sexual abuse which I have carried with me for decades. I will attempt to give you a brief history of how this trauma has haunted and affected me for my entire life.

Like many other children raised in the United States, I've sadly had a tumultuous upbringing. Mine was filled with divorce, abandonment, alcoholism and abuse, both emotional and physical. I felt trapped in a life which left me with a lot of emotional scars and hurt. I remember watching different television programs wishing that one of those television Dads could be mine.

Finally, I was given the opportunity to join the Boys Scouts. I began as a Weblo and soon aged up into the Boy Scouts of America. I really enjoyed and loved the Weblos. Besides the camaraderie of my fellow Scouts, the crafts and outings, I finally felt I had adults in my life that actually cared about my welfare. Unfortunately, it was but a short lived illusion.

I remember being both excited and proud to join the BSA. I felt this would successfully propel me into a honorable and successful adult. I proudly put on my green Boy Scout uniform, in which I earned and displayed the many badges I have earned. The first true accolade/recognition I had ever received for my hard work and efforts. I was on top of the world, I had purpose and felt like I mattered.

Not long after joining the BSA my troop went out on an overnight outing of camping and hiking and this is when the series of events starting happening. The troop hastily erected the tent which it ended up collapsing, I was tired and scared and felt very vulnerable. I tried hiding out in my sleeping bag from the frigid winds whipping around and refused to go outside and fix the crumpled tent. Finally the Scout Master invited me into his to warm up. I had no idea he was a predator and was completely unprepared for the events that happen next. At first

[redacted]

at his touch. I started crying even harder and that seemed to upset him further and he got madder. He called me a baby and sissy as (my Dad used to do). Then

[redacted]

anyone after that for a very long time and to this day I still have trust issues. I left the scouts shortly after that and my life began quickly spinning out of control. I began sneaking booze from my father's liquor cabinet and openly disobeying him. He would beat me and started feeling I deserve it. This began several years of bouncing back and forth between my parents.

One hundred and seventeen days after my 18th birthday I sexually assaulted a neighborhood girl I was acquainted with and ended going to prison and going back and forth for the rest of my life. That one incident changed my outlook towards humanity for decades, I dared not tell anyone because I couldn't deal with the humility and criticism. I have spent 40 years living with this and it has affected me and everyone I loved. Nobody ever understood why I had gone so wayward.

Today I still struggling with those memories but I have learned many coping skills, which eleviate those traumas. As a sex-offender ( 43 years ago) and am forced to register as a sex offender with many restrictions. I'm not a child molester and am very angry that I was a victim of that crime and he has gotten away with it.

Case 20-10343-LSS    Doc 4682    Filed 05/18/21    Page 3 of 4

Thank you for taking the time to hear my story. I know how many other people like me have suffered and many experienced worse fates. But it just never goes away. It stays with you your entire life. It has affected everyone around me and is partly responsible for my past poor decision. Please your Honor, give us justice.

Sincerely, 

FILED
2021 MAY 18 PM 3:51
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Express

FedEx Express

ATTN: HONORABLE LAURI SILVERSTEIN
824 MARKET ST
6TH FLOOR
WILMINGTON DE 19801

TRK# 7872 6974 7349
0201

XB ZWIA

TUE - 18 MAY 4:30P
STANDARD OVERNIGHT

19801
DE-US PHL

SHIP DATE: 17MAY21
ACTWGT: 0.15 LB
CAD: 6991592/SSF02201

BILL CREDIT CARD