Justis Laue Selber Silverstein

824 Market Street, 6th Floor
Wilington, Deleware

My Claim ID number of my case File is SA ████

In a few days, I will become 89 years old, Please bear with me.
while try to tell my story - 1930ˢ I grew up wonderful Cominity just
3½ block north of the John Hoskin Hospital, Our family consist of my
ony Grandad, my Grodmother, father & mother, Me and 2 younger brothers.
my father's Dad was the assistant Pastor of the Wayland Baptish church,
Our family were very serivce about living true Chrisen life!
    In our cominity we had store and all kind of bureanes on almost
every corner. most all of the store were own by recent immigrants
whot lived above thier store. thier children were our ploymates,
Down town Baltemore was very different.
we the children were taught to be respectful to all adults., we were children
was to be seen be not head.
    There were all kind of parades for all kind of cause, Doing well
was II at the theater, money was collected for red Cross, USO Cutte,
As a child our family love going up in the montains to camp seeing
wild life The Boy scout seen to be on target, while I was in 101
Elementary school, on Caroline and Jefferson Street, I constanly ast my Dad
please talk to that Church so I could become Club-scout. Atlast
my father allowe me to join, Not long we were told our troop was
going to Camp marie located at Mozgen College in their Foot ball
stadiem. After we arrived, I remember how worn and sunny it
was, I begin to walking around looking and seeing how every thing
was going. I passed a group who were horse ploying, using foul
language, There were no one with authority - I continue walk
around camp marie until I arrived ttt rear east side of foot ball
field. As I came close to a few large tents.

as I came near to those tents, ███████ come on a tent
He motion to me to come in there where there other men standing
around talking. I had never seen them before, The where I
entered were straw up, I quest to ███ in coloraair, mr.
█████ said that would me to participate a illustration
called artifical restperation, He instructed me to laid on
the floor, One of the men put my arms under my head
with my face looking away from where ██████ ███

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

I holler no! after ███ ██ ██ ████ when I left that tent I was so confused, I felt lost. I was
too afrared to said anything to any body - Finally at home, I
was broiken. I did not want to live. I went to bathroon. I
took out some medere become very sick. My took me to
John Hostins. I could not let anybody know what happen did. I could not say
anything I rather die than to let some body know what
happen. I lost wieght so much I was denote with
Tuberculodis. When I got close to syteen. I begin to kemorsh
my parent found me a bed at Baltimore City hospital.
They put people me sanitoraum, The place now name
Bay View John Hockin Hospital. I went there, I was 16 years old
I was diecharge in 1951. I was able to vaulanter for the draft.
1957 after my basic Traing I married the love of my life. She live
with me while I seve my country was given Honnable Discharge

my wife was bless with one son, who attended Morgan, now married to his child hood friend. His receive Schol ship for college. 2 daughter both well educated. My oldest daughter married 3 sons each well educated, their children home school bieging their home youngest daughter married 3 daughter 2 married the youngest University of new york.

Meg is retered, taugh Freak, Spanish and English in Japen 1991 to 1992.

I worked 25 years Bethleham Steel Mills, be come an active due won a classaction suit oginst the stal mills after Presiden came in to office

I pray to Our Heveraly Father
He will justic to all who suffer at the
hands of those petifils.

— Thank you

my parents help me by hearing
Rudyard Kipling poem which was writing in 1910
( If )

It gave me power to keep loving and forgiving
many, Thank you.

PRESS FIRMLY TO SEAL

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2



← PEEL FROM THIS CORNER

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, MARCH 2019




UNITED STATES POSTAL SERVICE®



PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE

U.S. POSTAGE PAID
PME
BALTIMORE, MD
21218
MAY 15, 21
AMOUNT
$26.35
R2305K14901Aon

$26.35

EJ 460 975 592 US

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE

**PAYMENT BY ACCOUNT** (if applicable)

USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code — 21216

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

Scheduled Delivery Date (MM/DD/YY) — 05-17-21

Postage — $26.35

Date Accepted (MM/DD/YY) — 05/15/21

Scheduled Delivery Time
☐ 10:30 AM ☐ 3:00 PM
☐ 12 NOON

Insurance Fee — $

COD Fee

Time Accepted
☑ AM  ☐ PM

10:30 AM Delivery Fee — $

Return Receipt Fee — $

Special Handling/Fragile — $

Sunday/Holiday Premium Fee — $

Live Animal Transportation Fee

Total Postage & Fees — $ 26.35

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature

Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature

PSN 7690-02-000-9996

**TO:** (please print)

Justice Eye Silber
824 Market St. #1
Wilmington, DE
19801

**PHONE** (                )