Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

# FILED

To the Honorable Justice Lauri Selber Silverman;

My name is ▓▓▓▓▓▓ I live at ▓▓▓▓▓▓▓▓▓▓▓▓ Claim # SA – ▓▓▓▓ I am the father of 7 beautiful children and the Grandfather (Papa) of 23 wonderful GRANDbabies.  54 years ago I was sexually abused by a scout leader at Camp La-No-Che Florida. A man that had "befriended" me and gained my trust took advantage of me; a 12 your old boy. For several weeks he used his position of influence and authority over me to indulge and gratify his sexual perversion and forever affect my life. The guilt, shame and self-loathing I have lived with since those nights have caused more pain and struggle in my personal relationships, sexual identity, self-esteem, morality and trust of others (particularly men) than I could begin to convey in this short letter.

I joined the ABUSED IN SCOUTING law suit because of the the children and grandchildren I mentioned previously AND for the benefit of thousands of future little boys that MAY want to enjoy scouting, not for money that I may or may not receive from a potential settlement with BSA. I want to ensure that NO LITTLE BOY has to live through sexual abuse like what happened to me or live with the years of pain and turmoil that sexual abuse causes.

I understand the BSA and Hartford, one of its insurers, is bringing forward a proposed plan or agreement that amounts to little more than a "wink and a nod" to the thousands of us that were abused while under their care..."WHILE UNDER THEIR CARE"; I emphasize that phrase because you see the BSA has for decades fostered an atmosphere that not only allowed abuse, it protected it! Now the BSA wants to nod and wink at my....at our pain and suffering?! No, a thousand times "NO" Please your Honor, do not accept this proposal.

No amount of money can ever un-do the hurt and damage done to me and thousands more "little boys" like me, but the BSA must be held accountable! They must not be allowed to skate off with a "slap on the wrist" and be allowed to continue doing business as usual. The Boy Scouts Of America and its insurers should have to go through the pain of dealing with the affect; the after-math of the abuse carried out under its roof so it realizes IT HAS TO CHANGE the way it watches over and protects those entrusted to its care! I don't want to see the BSA destroyed; there is a lot of good; an awful lot of positive to the scouting life.  However, there must be real change; there must be real accountability and the BSA must go through real pain to arrive at whatever solutions it takes to protect the future generations of scouts, if there are to be any.

Respectfully yours,



Galatians 2:20

1

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON, DE 19801