**FILED**

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

2021 MAY 19 AM 10: 45

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case # ▮

Dear Judge Selber Silverstein,

At the age of 14-15 I was looking forward to going to Boy Scout Camp at Ten Mile River. However, that changed after the second day that I was there. One of the Senior Scouts told me one of the chores I would have to do was to clean the outhouse where everyone went to the bathroom. He said that I would be given a waterproof suit to go down the outhouse to clean it. This was a horrible chore, and I was not looking forward to completing this. That night after dinner he said there was a way to get out of those chores.

This is when my camp experience took a turn for the worse and changed my life forever. He told me that if I did certain things to him that I would be excused from doing all the chores. The next night he called me to his sleeping quarters and gave me some scotch. After that ▮▮▮ This continued on for 2 weeks.

My parents came up on the middle weekend to visit me, but I was afraid to tell my dad. My Dad, who was a Boy Scout and member of the Order of the Arrow probably would have tried to kill the guy and I did not want my Dad to get in trouble.

To this day I have nightmares about THOSE HORRIBLE DAYS WITH THE BOY SCOUTS. They cannot get away with what happened.

Sincerely,

▮



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.