CASE # SA [REDACTED]

YOUR HONOR

2021 MAY 20 AM 8:46
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

THIS IS ONE OF THE HARDEST THING A YOUNG MAN OR AN ADULT WILL EVER HAVE TO LIVE WITH OR ADMITE TO ANYONE FOR 45 YEARS OF MY LIFE IV HAS TO LIVE WITH THE FACT OF LIFE THAT AT THE AGE OF 13 I WAS SEXUALLY MOLESTED BY AN ORGANIZATION THAT IS SUPPOSED TO TAKE YOUNG MEN AND SHOW THEM HOW TO BECOME A MAN AN ORGANIZATION THAT AMERICA HAS TRUSTED WITH THERE CHILDREN FOR OVER 100 YEARS I HAVE KEPT WHAT HAPPEN TO ME FOR TO MANY YEARS TIME FOR THE WORLD TO KNOW AND PARENTS THE MESTA NOBODY KNOWS WHAT HAPPEN TO ME BUT MY ATTONEY MY PSYCHIATRIST AND YOU YOUR HONOR

MY PARENTS OR ANYONE ELSE IN MY LIFE'S KNOWS MY FATHER WENT TO HIS GRAVE NOT KNOWING AND SO WILL MY MOTHER I WAS A CUB SCOUT BEFORE I BECAME A BOY SCOUT I ENJOYED IT UNTIL WHAT HAPPEN TO ME WE WAS OUT CAMPING JAMBORY MY SCOUT LEADER ASK ME IF I WOULD GO WITH HIM TO GET MORE FIREWOOD I SAID SURE IT WAS NIGHT AND WE WAS GETTING ALONG WAY FROM CAMP I WAS GETTING SCARED I SAID I WANTED TO GO BACK HE TOLD ME DON'T WORRY WE WILL IN A LITTLE WHILE A FEW MINUTES LATER I

FIGHTING HAS HARD HAS I COULD BUT BEING 13 AND WHAT 70POUNDS YOU DON'T HAVE A LOT OF FIGHT AGAINTS A GROWN MAN HE TOOK



ME. MY FATHER WAS ON THIS TRIP HE TOLD ME IF I TOLD MY FATHER WHAT HAPPEN HE WOULD MAKE SURE TO RUIN MY FATHERS MILITARY CAREER THE MAN THAT RAPED ME

WAS IN THE MILITARY WITH MY FATHER BUT OUT RANKED HIM SO I NEVER TOLD MY FATHER I DIDN'T KNOW WHAT TO DO RUIN MY FATHERS LIFE AND CAREER IF I WOULD HAVE TOLD MY FATHER AND HE TOLD MY MOTHER SHE WOULD BLAME IT ALL ON MY FATHER AND THERE GOES A HAPPY FAMILY AND THE MAN THAT SUPPORTED US

    YOUR HONOR FOR ANYONE TO ALLOW AN ORGANIZATION TO KEEP OPERATING AFTER ALL THE SEXUAL ABUSE CLAIMS IS AN OPEN DOOR FOR THEM TO DO IT AGAIN IF THEY GET AWAY WITH IT ONCE THEY WILL JUST THINK THEY CAN DO IT AGAIN IT'S TELLING PARENTS BRING US YOUR CHILDREN SO WE CAN TAKE THERE LIFE AWAY

I DON'T KNOW IF YOU'LL READ THIS BUT I HOPE YOU DO IVE HELD THIS INSIDE FOR SO LONG I'M READY TO TELL TO WORLD STILL TO THIS DAY I STILL HAVE NIGHTMARES ANXIETY DEPRESSION

THANK YOU FOR READING AND HOPE YOU UNDERSTAND

# PRIORITY MAIL EXPRESS

OUR FASTEST SERVICE IN THE U.S.

**TO:** JUSTIS
LOURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
BOX
824 MARKET ST. 6TH FLOOR
WILMINGTON DE
ZIP+4 (U.S. ADDRESSES ONLY) 19801

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 43046
Date Accepted (MM/DD/YY): 5-17-21
Time Accepted: 10:43 AM
Scheduled Delivery Date: 5-18-21
Scheduled Delivery Time: 3:00 PM
Postage: $26.35
Total Postage & Fees: $26.35

EJ 085 390 560 US

U.S. POSTAGE PAID
PME 1-Day
MILLERSPORT, OH 43046
MAY 17, 21
AMOUNT $26.35
R2305M145689-10

EP13F July 2013 OD: 12.5 x 9.5
PS 10001000006