CLAIM # SA-█████

FILED
███ MAY 20 AM 8:50
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein; My name is ███████ and I'm writing to give my statement of abuse when I was a scout. Our troop #113 had a good group of boys some younger some older than me. The older boys wanted to do more exploring and camping so our scout master invited an assistant scout leader named ███████ to help with teaching and training. ███████ seemed nice at first, but then he started being overly strict and if you didn't do things his way, his anger would come out. He was very manipulative and he would keep his eyes open to determin what boys he could control. Like my friend ███ who was a troubled teen. ███████ would let ███ drive his new Pontiac sports car and helped ███ get his drivers permit. ███████ also gave ███ gifts like a new watch ect. I didn't know what ███ was going through or what he had to endure because he never told anybody. My episode started when I was swimming in the local farm pond and my friends ███████ came walking out of the woods with ███████ They had been crow hunting with him. When they saw me at the pond, ███████ wanted to go swimming. So ███ asked if I wanted to go hunting while ███████ went for a swim. So I borrowed ███ gun and went hunting with ███████. We found a good spot behind some brush, suddenly about ten crows landed right in front of us. I pulled up to shoot but ███████ said Drop Your Gun ███ I tried to diffuse the situation by saying come on ███ lets shoot these crows. But then I heard him say don't make me shoot you ███ drop your gun now. He had his gun stuck in my ribs, so I did what he told me to do. At that moment, I felt a huge wave of fear and helplessness come over me that I've never felt before. Thoughts were racing through my head, should I scream do I fight? But ███████ was very strong and he ████████████████████████████████████████████████████████████ the swimming pond, my friends could tell there was something wrong. We all said goodbye and that night I called ███ nd told him what had happened. ███ got very angry and said he also was having problems with ███████ told me he was going to do something about it but didn't tell me. So ███ called the Norton police dept. and told them everything ███████ was doing. The police hid in ███ house and when ███████ came over and started sexually harassing ███ the police jumped out and arrested ███████ for his actions. We were all so glad when he got arrested it was like a dark cloud of evil had been lifted and now ███████ would get his punishment for all the misery he caused. But to our surprise, all they did to ███████ was kick him out of Ohio without any charges. The police never interviewed me to get my story. I felt like I went through this horrific ordeal and never got counceling or closure. I never told my parents about what happened because I felt ashamed and there were six kids in my family and my parents already had their hands full and I didn't want to burden them with this. Although I tried to put it out of my mind, it was always there. Our troop disbanded after that and everyone got on with life. I felt like ███████ got away with everything. I started drinking, smoking and being promiscuous, causing me and my relationships many problems. One regret that I have is not following up on were ███████ went. How many other lives did he ruin after he left Ohio. I wondered if they let him continue his leadership role in scouting somewhere else. I wish someone could find out where this monster lives and what Hell has he put others through there. If ███████ could hold a gun on a kid, threatening to shoot, just how far would he go to get his way? Would he kill a child and maybe call it a hunting accident? Justice Silverstein I hope this letter gives you an idea of what kids and some scouts have gone through and the aftermath of physical and emotional problems that may affect their lives forever. Thank you Justice Silverstein for considering my story of abuse and for all those kids who's stories never get told.

*Thank you*

███████



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE: 19801

