TO: Justice Laurie Selber Silverstein 5-13-2021
BSA Bankruptcy case
824 Market Street 5th floor
Wilmington, D.E. 19801

FILED
2021 MAY 20 AM 11:21
U.S. CLERK

From: ▇▇▇▇  claim # ▇▇▇▇

Your Honor:
 I am a 55 year old man, born with Spina Bifada, no feeling from the waist down, never been able to walk.
 When I joined the Boy Scouts I never thought my Boy Scout leader, Mr ▇▇▇, would have done what he did to me & others!
 He would ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ me also. He threatened me and said if I told anyone I would be in a lot of trouble. Some of the other boys he did it to also.
(over)

page 2    5-13-21

So not only have I had to be in a wheelchair all my life, I've had to be on antidepressants and anxiety all my life. I've never been able to be intimate with anyone because of this ordeal with m. ▇▇▇▇▇ Boy Scouts of America Leader.

Please Judge Silverstein make them pay for what they allowed to happen to so many of us young, vulnerable little boys.

Thank you Judge!

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

# PRIORITY MAIL EXPRESS

**UNITED STATES POSTAL SERVICE**

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

⇩ PEEL FROM THIS CORNER

**DELIVERY OPTIONS** (Customer Use Only)
- ☐ SIGNATURE REQUIRED
- ☐ No Saturday Delivery
- ☐ Sunday/Holiday Delivery Required
- ☐ 10:30 AM Delivery Required

**TO:** (please print)
Justice L.S. Silverstein
500 Market Street - 5th Floor
Wilmington, D.E. 19801

**PHONE** ( )

**ZIP + 4®** (U.S. ADDRESSES ONLY)
1 9 8 0 1 -

- ■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- ■ $100.00 insurance included.

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | ☐ 1-Day | ☐ 2-Day | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|---|---|
| 39111 | | | 5-18-24 | $26.35 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 5-17-24 | ☐ 10:30 AM ☐ 12 NOON ☒ 3:00 PM | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 10:47 ☐ AM ☒ PM | $ | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 26.35 |

| Weight | ☒ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| lbs. oz. | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MARCH 2019       PSN 7690-02-000-9996

EJ 628 489 877 US

$26.35


