May 15, 2021

FILED

**2021 MAY 20 AM 11: 23**

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein,

I'm writing to you about SA 13580, Claim Against the Boy Scouts of America. As one of the many people that were sexually abused by leaders of the Boy Scouts I'm asking for a moment of your time to explain my personal experience.

As a child of immigrants, I was encouraged to join Boy Scouts to meet friends and to help me become integrated in American culture. One of my earliest memories of scouts was working at the firework stand to help raise money for the troop. I was 11 years old and very excited to help out. The first morning I got dressed in my new uniform and my mother drove me to the stand where I was introduced to everyone. I learned how to handle and sell fireworks, use the till, and make change. I felt like I was treated as an adult and not a child like my parents did.

Towards the end of my shift there were not many customers so one of the adult leaders took the other boys to get ice cream for everyone. When they were gone the scoutmaster ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ felt very confused and uncomfortable but didn't tell anyone.

Over the next seven years I was molested numerous times, which included ▓▓▓▓▓▓▓▓ ▓▓ This happened on campouts and after meetings. Alcohol was frequently ▓▓▓▓▓▓▓▓▓

Despite these experiences I stayed with scouting and managed to achieve the rank of Eagle Scout, something I valued more than my high school diploma. I believed in the Scout Oath and Law and it became part of my moral compass. A scout should be honest, always tell the truth and be obedient - always following the scout rules and the laws of our community and country. That is what the Boy Scouts teach but that is not what they do. When I found out about the perversion files I was shocked to learn that the Boy Scouts had been covering up and lying about the sexual abuse for decades. They decided to protect the adult leaders but not the children.

I have a son who wanted to join Boy Scouts but I couldn't bring myself to allow it. I never told him why for the same reasons I never told anyone else. I felt shame and embarrassment and guilt for what happened.

Someday I will tell him and I sincerely hope the story ends with the Boy Scouts doing the right thing. That they followed their own teachings and fessed up to their crimes and made things right for all the boys that they harmed. That they eventually put the children before the adults.

Thank you for your time.

Respectfully,

