# Exhibit A

## Summary of Services

| Task | Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|---|
| Allocations | 2/1/2021 | Hanke, Elizabeth | Email communications with D. Evans of Bates White re claims valuation (.1); email communications with A. Azer and M. Andolina re allocation to coverage (.1); discuss allocation status with A. Azer (.3). | 0.5 | $300.00 |
| Allocations | 2/1/2021 | Klauck, Sheila | Review and update pre-1986 limit information for allocation. | 1.7 | $680.00 |
| Allocations | 2/2/2021 | Klauck, Sheila | Review and update post-1986 limit information for allocation. | 2.2 | $880.00 |
| Allocations | 2/3/2021 | Hanke, Elizabeth | Call with N. Sochurek and S. Klauck re allocation assumptions (attended part of the call). | 0.5 | $300.00 |
| Allocations | 2/3/2021 | Sochurek, Nicholas | Call with S. Klauck and E. Hanke re allocation assumptions. | 1.1 | $660.00 |
| Allocations | 2/3/2021 | Klauck, Sheila | Call with N. Sochurek and E. Hanke re allocation assumptions. | 1.1 | $440.00 |
| Allocations | 2/5/2021 | Hanke, Elizabeth | Call with S. Klauck re allocation assumptions (.6); draft and send email summarizing allocation runs to A. Azer (.2). | 0.8 | $480.00 |
| Allocations | 2/5/2021 | Klauck, Sheila | Call with E. Hanke re allocation assumptions (.6); review and update coverage assumptions for allocation (1.1). | 1.7 | $680.00 |
| Allocations | 2/7/2021 | Klauck, Sheila | Create occurrences and run claims data allocation to national and local council coverage. | 1.8 | $720.00 |
| Allocations | 2/8/2021 | Sochurek, Nicholas | Review and revise aggregate limit coding for allocations (.3); discuss allocation code with E. Hanke (.3); emails with E. Hanke re allocation code (.3); emails with A. Azer and C. Green re insurer triggered policies analyses (.3). | 1.2 | $720.00 |
| Allocations | 2/8/2021 | Crook, Christopher | Call to review allocation code performance options including reducing SQL calls and moving to VB.Net with E. Hanke, C. Young, and S. Klauck (1.1); call with S. Klauck to debug allocation code in VB.Net (.6); | 1.7 | $612.00 |
| Allocations | 2/8/2021 | Young, Christopher | Call to review allocation code performance options including reducing SQL calls and moving to VB.Net with E. Hanke, C. Crook, and S. Klauck. | 1.1 | $363.00 |
| Allocations | 2/8/2021 | Klauck, Sheila | Call to review allocation code performance options including reducing SQL calls and moving to VB.Net with E. Hanke, C. Crook, and C. Young (1.1); call with C. Crook to debug allocation code in VB.Net (.6); discuss allocation code and run-time with E. Hanke (.3); run trigger allocation for specific carrier (.6); review and update allocation code in VB.net (.4); call with E. Hanke re allocation length and next steps (.5). | 3.5 | $1,400.00 |
| Allocations | 2/8/2021 | Hanke, Elizabeth | Discuss allocation code and run-time with S. Klauck (.3); review allocation code in detail to speed up calculations (.7); discuss allocation code with N. Sochurek (.3); call to review allocation code performance options including reducing SQL calls and moving to VB.Net with C. Crook, C. Young, and S. Klauck (1.1); email exchange with C. Green re specific carrier allocations (.1); call with S. Klauck re allocation length and next steps (.5). | 3 | $1,800.00 |
| Allocations | 2/9/2021 | Hanke, Elizabeth | Call with S. Klauck re allocation status and next steps. | 0.5 | $300.00 |
| Allocations | 2/9/2021 | Sochurek, Nicholas | Review insurer group coverage and potential impact of allocation re same. | 0.2 | $120.00 |
| Allocations | 2/9/2021 | Klauck, Sheila | Call with E. Hanke re allocation length and next steps (.5); debug and update allocation model in VB.net (4.9). | 5.4 | $2,160.00 |
| Allocations | 2/10/2021 | Sochurek, Nicholas | Call with A. Azer, C. Green, M. Stoner, E. Hanke, V. Taylor, and S. Klauck re allocation and exhaustion status (.6); call with E. Hanke and V. Taylor re next steps re same (.3). | 0.9 | $540.00 |
| Allocations | 2/10/2021 | Grehan, Julia | Call with S. Klauck and K. Monroe re exhaustion and local council coverage overlap for allocation. | 0.5 | $125.00 |

| | | | | | |
|---|---|---|---|---|---|
| Allocations | 2/10/2021 | Taylor, Victor | Call with A. Azer, C. Green, M. Stoner, E. Hanke, N. Sochurek, and S. Klauck re allocation and exhaustion status (.6); call with E. Hanke and N. Sochurek re next steps re same (.3). | 0.9 | $387.00 |
| Allocations | 2/10/2021 | Hanke, Elizabeth | Call with S. Klauck re allocation status and next steps (.5); call with A. Azer, C. Green, M. Stoner, N. Sochurek, V. Taylor, and S. Klauck re allocation and exhaustion status (.6); call with N. Sochurek and V. Taylor re next steps re same (.3); call with S. Klauck re allocation to excess coverage for specific insurer (.5). | 1.9 | $1,140.00 |
| Allocations | 2/10/2021 | Monroe, Kelly | Call with J. Grehan and S. Klauck re exhaustion and local council coverage overlap for allocation (.5); review local council coverage for allocation setups (3.1). | 3.6 | $720.00 |
| Allocations | 2/10/2021 | Klauck, Sheila | Call with A. Azer, C. Green, M. Stoner, E. Hanke, V. Taylor, and N. Sochurek re allocation and exhaustion status (.6); call with E. Hanke re allocation status and next steps (.5); call with J. Grehan and K. Monroe re exhaustion and local council coverage overlap for allocation (.5); call with E. Hanke re allocation to excess coverage for specific insurer (.5); update allocation to specific insurer and analyze claims to excess coverage (2.6). | 4.7 | $1,880.00 |
| Allocations | 2/11/2021 | Young, Christopher | Call with S. Klauck re impact of allocation run on database. | 0.2 | $66.00 |
| Allocations | 2/11/2021 | Grehan, Julia | Meet with K. Monroe re local council coverage overlap analysis (.4); call with K. Monroe and S. Klauck re local council overlapping coverage for allocation (in part) (1.0). | 1.4 | $350.00 |
| Allocations | 2/11/2021 | Klauck, Sheila | Call with C. Young re impact of allocation run on database (.2); call with K. Monroe and J. Grehan re local council overlapping coverage for allocation (1.7); create reduced occurrence group for allocation to improve speed (.8); debug allocation code to improve speed (1.3). | 4 | $1,600.00 |
| Allocations | 2/11/2021 | Monroe, Kelly | Meet with J. Grehan re local council coverage overlap analysis (.4); call with S. Klauck and J. Grehan re local council overlapping coverage for allocation (1.7); review local council coverage overlap issues (3.3). | 5.4 | $1,080.00 |
| Allocations | 2/12/2021 | Hashemi, Kathrin | Call with E. Hanke to discuss allocation assumptions and improvements for runtime (.4); call with E. Hanke, N. Sochurek, S. Klauck, V. Taylor, J. Grehan and K. Monroe to discuss next steps for allocation set-up (.6); call with N. Sochurek and J. Grehan re grouping post 1983 occurrences for allocation run (.4); call with J. Grehan re post-1983 national allocation (.4). | 1.8 | $828.00 |
| Allocations | 2/12/2021 | Sochurek, Nicholas | Call with A. Azer, M. Stoner, E. Hanke and S. Klauck (.4); discuss detailed allocation assumptions and modeling with E. Hanke and S. Klauck (.7); call with E. Hanke, K, Hashemi, V. Taylor, S. Klauck, J. Grehan and K. Monroe to discuss next steps for allocation set-up (.6); call with J. Grehan and K. Hashemi re grouping post 1983 occurrences for allocation run (.4). | 2.1 | $1,260.00 |
| Allocations | 2/12/2021 | Hanke, Elizabeth | Call with A. Azer, M. Stoner, N. Sochurek and S. Klauck (.4); discuss detailed allocation assumptions and modeling with N. Sochurek and S. Klauck (.7); call with K. Hashemi to discuss allocation assumptions and improvements for runtime (.4); call with N. Sochurek, K. Hashemi, V. Taylor, S. Klauck, J. Grehan and K. Monroe to discuss next steps for allocation set-up (.6); review prior allocation code for quota share adjustments needed (1.4). | 3.5 | $2,100.00 |
| Allocations | 2/12/2021 | Taylor, Victor | Call with E. Hanke, N. Sochurek, K, Hashemi, S. Klauck, J. Grehan and K. Monroe to discuss next steps for allocation set-up (.6); call with S. Klauck and K. Monroe re overlapping coverage for allocation (.5); work on reviewing policy overlap issues (2.3). | 3.4 | $1,462.00 |

| | | | | | |
|---|---|---|---|---|---|
| Allocations | 2/12/2021 | Grehan, Julia | Review overlap allocation issues and potential solutions (.7); call with E. Hanke, N. Sochurek, K, Hashemi, V. Taylor, S. Klauck and K. Monroe to discuss next steps for allocation set-up (.6); call with N. Sochurek and K, Hashemi re grouping post 1983 occurrences for allocation run (.4); call with K. Hashemi re post-1983 national allocation (.4); calls with S. Klauck re post-1983 national allocation (.3); create occurrences and update provisions for post-1983 national allocation (3.0). | 5.4 | $1,350.00 |
| Allocations | 2/12/2021 | Klauck, Sheila | Call with A. Azer, M. Stoner, N. Sochurek and E. Hanke (.4); discuss detailed allocation assumptions and modeling with N. Sochurek and E. Hanke (.7); prepare deliverable version of trigger allocation for specific insurer (.9); review summary of local council coverage overlap issues for allocation (.2); call with E. Hanke, N. Sochurek, K, Hashemi, V. Taylor, J. Grehan and K. Monroe to discuss next steps for allocation set-up (.6); calls with J. Grehan re post-1983 national allocation (.3); call with K. Monroe and V. Taylor re overlapping coverage for allocation (.5); create SQL all-sums allocation code (3.9). | 7.5 | $3,000.00 |
| Allocations | 2/12/2021 | Monroe, Kelly | Call with E. Hanke, N. Sochurek, K, Hashemi, V. Taylor, J. Grehan and S. Klauck to discuss next steps for allocation set-up (.6); review local council coverage overlap issues (4.3); call with S. Klauck and V. Taylor re overlapping coverage for allocation (.5); call with V. Taylor re overlapping coverage for allocation (.2); draft email re local council coverage overlap issues (2.6). | 8.2 | $1,640.00 |
| Allocations | 2/13/2021 | Klauck, Sheila | Call with V. Taylor re national and local council overlap issues for allocations. | 1.8 | $720.00 |
| Allocations | 2/13/2021 | Taylor, Victor | Call with S. Klauck re national and local council overlap issues for allocations (1.8); update overlap issues summary (1.2). | 3 | $1,290.00 |
| Allocations | 2/14/2021 | Taylor, Victor | Revise and send out policy overlap summary. | 0.3 | $129.00 |
| Allocations | 2/14/2021 | Sochurek, Nicholas | Review allocation policy questions (.4); emails with S. Klauck and V. Taylor re same (.3). | 0.7 | $420.00 |
| Allocations | 2/15/2021 | Klauck, Sheila | Continue building SQL all-sums allocation code for claims allocation. | 4.8 | $1,920.00 |
| Allocations | 2/16/2021 | Young, Christopher | Call with S. Klauck to review SQL allocation code. | 0.8 | $264.00 |
| Allocations | 2/16/2021 | Hashemi, Kathrin | Call with S. Klauck re post-1980 allocation. | 0.3 | $138.00 |
| Allocations | 2/16/2021 | Klauck, Sheila | Call with K. Hashemi re post-1980 allocation (.3); call with C. Young to review SQL allocation code (.8); continue building SQL all-sums allocation code for claims allocation (2.0). | 3.1 | $1,240.00 |
| Allocations | 2/17/2021 | Young, Christopher | Call with S. Klauck and D. Snyder re SQL allocation planning. | 0.4 | $132.00 |
| Allocations | 2/17/2021 | Grehan, Julia | Call with S. Klauck re annualization for exhaustion allocation. | 0.6 | $150.00 |
| Allocations | 2/17/2021 | Snyder, Daniel | Call with C. Young and S. Klauck re SQL allocation planning. | 0.4 | $150.00 |
| Allocations | 2/17/2021 | Klauck, Sheila | Call with J. Grehan re annualization for exhaustion allocation (.4); update annualization for allocation (.3); review allocation results for SQL all-sums code (.4); call with C. Young and D. Snyder re SQL allocation planning (.4). | 1.5 | $600.00 |
| Allocations | 2/18/2021 | Hanke, Elizabeth | Emails and chats with S. Klauck and D. Evans re valuations for allocation (.1); review Bates White power point re same (.2). | 0.3 | $180.00 |
| Allocations | 2/18/2021 | Sochurek, Nicholas | Review valuation scenarios from Bates White. | 0.2 | $120.00 |
| Allocations | 2/18/2021 | Klauck, Sheila | Review and update SQL all-sums allocation code for claims allocation. | 3.5 | $1,400.00 |
| Allocations | 2/19/2021 | Hanke, Elizabeth | Electronic chats in Teams re data from Bates White (.1); call with S. Klauck re SQL allocation code (.5). | 0.6 | $360.00 |
| Allocations | 2/19/2021 | Sochurek, Nicholas | Teams chat communications with S. Klauck re allocation modeling with value scenarios. | 0.2 | $120.00 |
| Allocations | 2/19/2021 | Taylor, Victor | Emails with A. Azer and C. Green re policy overlap issues. | 0.2 | $86.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Allocations | 2/19/2021 | Klauck, Sheila | | Call with E. Hanke re SQL allocation code (.5); review allocation results and update SQL code (4.6). | 5.1 | $2,040.00 |
| Allocations | 2/21/2021 | Klauck, Sheila | | Troubleshoot SQL allocation code re aggregate limits (2.1); review dataset received from Bates White (.2). | 2.3 | $920.00 |
| Allocations | 2/22/2021 | Sochurek, Nicholas | | Teams chat communications with S. Klauck re status of allocations. | 0.2 | $120.00 |
| Allocations | 2/22/2021 | Hanke, Elizabeth | | Electronic communication with S. Klauck and A. Azer re updated Bates White data (.1); step through SQL allocation code and discuss allocation assumptions in detail with S. Klauck (1.6); team chats with N. Sochurek and S. Klauck re agg assumptions (.1); respond to question via email from M. Stoner (.1). | 1.9 | $1,140.00 |
| Allocations | 2/22/2021 | Klauck, Sheila | | Step through SQL allocation code and discuss allocation assumptions in detail with E. Hanke (1.6); import and standardize updated Tranche IV claims data (2.1). | 3.7 | $1,480.00 |
| Allocations | 2/23/2021 | Hanke, Elizabeth | | Call with S. Klauck to discuss allocation summaries. | 0.2 | $120.00 |
| Allocations | 2/23/2021 | Sochurek, Nicholas | | Investigate aggregate limit coding for allocation. | 0.2 | $120.00 |
| Allocations | 2/23/2021 | Klauck, Sheila | | Call with E. Hanke re allocation summaries (.2); review local council aggregate limits for allocation (.8); match new and updated claims data to local council history (2.7); create occurrences for updated claims data (.7); run updated claims allocation for scenario 1 (.2). | 4.6 | $1,840.00 |
| Allocations | 2/24/2021 | Taylor, Victor | | Call with A. Azer, C. Green, M. Stoner, E. Hanke, N. Sochurek, and S. Klauck re draft allocation results and next steps. | 1 | $430.00 |
| Allocations | 2/24/2021 | Sochurek, Nicholas | | Call with A. Azer, C. Green, M. Stoner, E. Hanke, V. Taylor, and S. Klauck re draft allocation results and next steps (1.0); review draft allocation results (.2). | 1.2 | $720.00 |
| Allocations | 2/24/2021 | Hanke, Elizabeth | | Email communication with A. Azer re allocation assumptions (.4); call with A. Azer, C. Green, M. Stoner, N. Sochurek, V. Taylor and S. Klauck draft allocation results and next steps (1.0); team chats with S. Klauck re status of allocation (.1); revise and send PowerPoint to A. Azer (.8). | 2.3 | $1,380.00 |
| Allocations | 2/24/2021 | Klauck, Sheila | | Review allocation results for scenario 1 (2.7); create updated deliverables for scenario 1 results (.4); draft allocation assumptions and summary email (.5); call with A. Azer, C. Green, M. Stoner, E. Hanke, V. Taylor, and N. Sochurek re draft allocation results and next steps (1.0). | 4.6 | $1,840.00 |
| Allocations | 2/25/2021 | Hanke, Elizabeth | | Call with N. Sochurek and S. Klauck re claims modeling updates (.4 attended part of meeting); review and respond to email from C. Green re allocation assumptions (.9); electronic Team chats with team re allocation assumptions (.2). | 1.5 | $900.00 |
| Allocations | 2/25/2021 | Klauck, Sheila | | Call with K. Monroe re exhaustion and allocation coverage chart (.4); call with E. Hanke and N. Sochurek re claims modeling updates (.6); review exhaustion and allocation coverage chart updates (.5). | 1.5 | $600.00 |
| Allocations | 2/25/2021 | Sochurek, Nicholas | | Review aggregate limit coding for key policy forms (.6); call with E. Hanke and S. Klauck re claims modeling updates (.6). | 1.2 | $720.00 |
| Allocations | 2/25/2021 | Monroe, Kelly | | Call with S. Klauck re allocation exhaustion charts (.4); prepare exhaustion charts (3.6). | 4 | $800.00 |
| Allocations | 2/26/2021 | Grehan, Julia | | Review allocation model and update occurrences with S. Klauck and K. Monroe (1.4); investigate occurrence updates (.2); update occurrences with K. Monroe (.2). | 1.8 | $450.00 |
| Allocations | 2/26/2021 | Sochurek, Nicholas | | Call with A. Azer, C. Green, D. Evans, M. Murray, E. Hanke, and S. Klauck to discuss modeling assumptions (.6); review exhaustion coding for allocation (.2); call with A. Azer, C. Green, M. Stoner, E. Hanke, and S. Klauck re policy allocation assumptions (1.6); review draft allocation results (.2). | 2.6 | $1,560.00 |

| | | | | | |
|---|---|---|---|---|---|
| Allocations | 2/26/2021 | Monroe, Kelly | Review allocation model and update occurrences with J. Grehan and S. Klauck (1.4); create and update exhaustion charts (1.1). | 2.5 | $500.00 |
| Allocations | 2/26/2021 | Hanke, Elizabeth | Call with A. Azer, C. Green, D. Evans, M. Murray, N. Sochurek, and S. Klauck to discuss modeling assumptions (.6); prepare for call with Haynes and Boone with S. Klauck (.3); call with A. Azer, C. Green, M. Stoner, N. Sochurek and S. Klauck re policy allocation assumptions (1.6); team chats with S. Klauck and N. Sochurek re allocation assumptions (.2). | 2.7 | $1,620.00 |
| Allocations | 2/26/2021 | Klauck, Sheila | Call with A. Azer, C. Green, D. Evans, M. Murray, E. Hanke, and N. Sochurek to discuss modeling assumptions (.6); review allocation model and update occurrences with J. Grehan and K. Monroe (1.4); call with A. Azer, C. Green, M. Stoner, E. Hanke, and N. Sochurek re policy allocation assumptions (1.6); update and run new allocation for scenario 1 (.4); review updated occurrences (.6); troubleshoot allocation model exhaustion (1.9). | 6.5 | $2,600.00 |
| Allocations | 2/27/2021 | Grehan, Julia | Create new limit type for multiple scenarios of allocation run. | 0.7 | $175.00 |
| Allocations | 2/27/2021 | Sochurek, Nicholas | Review and confirm policy limits for allocations (.4); electronic chats with S. Klauck and E. Hanke re updated allocation runs (.3); emails with A. Azer re aggregate limits (.2). | 0.9 | $540.00 |
| Allocations | 2/27/2021 | Hanke, Elizabeth | Electronic chats with S. Klauck and N. Sochurek re updated allocation runs. | 0.2 | $120.00 |
| Allocations | 2/27/2021 | Klauck, Sheila | Electronic chats with E. Hanke and N. Sochurek re updated allocation runs (.2); review new allocation values from Bates White (.5); update allocation summaries for Bates White scenario 1 (2.5). | 3.2 | $1,280.00 |
| Allocations | 2/28/2021 | Monroe, Kelly | Create exhaustion charts. | 1.4 | $280.00 |
| Allocations | 2/28/2021 | Sochurek, Nicholas | Call with E. Martin, A. Azer, C. Green, M. Stoner, E. Hanke, and S. Klauck re allocation models and next steps (1.6); follow up call with S. Klauck and E. Hanke re additional allocations to run (.6); Teams chats with E. Hanke and S. Klauck re allocation updates (.2). | 2.4 | $1,440.00 |
| Allocations | 2/28/2021 | Hanke, Elizabeth | Call with E. Martin, A. Azer, C. Green, M. Stoner, N. Sochurek, and S. Klauck re allocation models and next steps (1.6); follow up call with S. Klauck and N. Sochurek re additional allocations to run (.6); discuss allocation summary categories with S. Klauck (.6). | 2.8 | $1,680.00 |
| Allocations | 2/28/2021 | Klauck, Sheila | Review allocation scenario without fronting policy aggregates (.5); run new allocation with fronting policy aggregates and update allocation summaries (2.1); call with E. Martin, A. Azer, C. Green, M. Stoner, E. Hanke, and N. Sochurek re allocation models and next steps (1.6); follow up call with E. Hanke and N. Sochurek re additional allocations to run (.6); discuss allocation summary categories with E. Hanke (.6); update allocation summaries re categorization of uninsured amounts (1.7). | 7.1 | $2,840.00 |
| Coverage Analysis | 2/1/2021 | Klauck, Sheila | Call with V. Taylor re coverage of scope. | 0.2 | $80.00 |
| Coverage Analysis | 2/1/2021 | Monroe, Kelly | Discuss scope of coverage task with V. Taylor (.5); review Chubb coverage and update policy data (5.2). | 5.7 | $1,140.00 |
| Coverage Analysis | 2/1/2021 | Taylor, Victor | Call with S. Klauck re coverage of scope (.2); discuss scope of coverage task with K. Monroe (.5); work on specific insurer scope of coverage (7.9). | 8.6 | $3,698.00 |
| Coverage Analysis | 2/2/2021 | Hanke, Elizabeth | Discuss status of project with J. Terrell and N. Sochurek (.3); review term sheet from A. Azer (.5). | 0.8 | $480.00 |
| Coverage Analysis | 2/2/2021 | Sochurek, Nicholas | Discuss status of project with E. Hanke and J. Terrell (.3); review term sheet (.4). | 0.7 | $420.00 |
| Coverage Analysis | 2/2/2021 | Monroe, Kelly | Meet with L. Butterworth and V. Taylor to discuss scope of coverage (.3); review Chubb coverage charts and update policy data (2.9); confirm page numbers in policy evidence (2.5). | 5.7 | $1,140.00 |
| Coverage Analysis | 2/2/2021 | Taylor, Victor | Meet with L. Butterworth and K. Monroe to discuss scope of coverage (.3); revise specific insurer scope of coverage (7.5). | 7.8 | $3,354.00 |

| Coverage Analysis | 2/2/2021 | Butterworth, Luke | Meet with V. Taylor and K. Monroe to discuss Scope of Coverage (.3); review and revise policy listing re scope of coverage for specific insurer (6.9). | 7.2 | $1,800.00 |
|---|---|---|---|---|---|
| Coverage Analysis | 2/3/2021 | Butterworth, Luke | Review and update scope of coverage for specific insurer. | 0.5 | $125.00 |
| Coverage Analysis | 2/3/2021 | Klauck, Sheila | Call with A. Azer, C. Green, E. Hanke, N. Sochurek, and V. Taylor re allocations, scope of coverage, and exhaustion. | 1 | $400.00 |
| Coverage Analysis | 2/3/2021 | Hanke, Elizabeth | Discuss policy limits and assumptions with A. Azer, J. Schulman, and N. Sochurek (.9); discuss coverage assumptions with A. Azer, C. Green, N. Sochurek, V. Taylor, and S. Klauck (1.0). | 1.9 | $1,140.00 |
| Coverage Analysis | 2/3/2021 | Sochurek, Nicholas | Discuss policy limits and assumptions with A. Azer, J. Schulman, and E. Hanke (.9); call with A. Azer, C. Green, E. Hanke, V. Taylor, and S. Klauck re allocations, scope of coverage, and exhaustion (1.0); electronic Teams chats with V. Taylor re scope of coverage (.1). | 2 | $1,200.00 |
| Coverage Analysis | 2/3/2021 | Taylor, Victor | Call with A. Azer, C. Green, E. Hanke, N. Sochurek, and S. Klauck re allocations, scope of coverage, and exhaustion (1.0); complete specific insurer scope of coverage analysis (3.7). | 4.7 | $2,021.00 |
| Coverage Analysis | 2/4/2021 | Sochurek, Nicholas | Emails with A. Azer re language report and policy listing (.3); review and revise language report (.5); emails with insurance broker re policy search (.1). | 0.9 | $540.00 |
| Coverage Analysis | 2/4/2021 | Taylor, Victor | Meet with C. Green to discuss specific insurer scope of coverage. | 0.8 | $344.00 |
| Coverage Analysis | 2/4/2021 | Hanke, Elizabeth | Review definition of insured on INA Scout Liability policy. | 0.7 | $420.00 |
| Coverage Analysis | 2/4/2021 | Klauck, Sheila | Review and discuss policy language report with L. Gwin (.6); update policy language report (.7). | 1.3 | $520.00 |
| Coverage Analysis | 2/4/2021 | Gwin, J. Lott | Edit policy report access form to pull all coded language (1.5); review and discuss policy language report with S. Klauck (.6); edit policy language stored procedures and access reports to pull attachment provision (.6). | 2.7 | $810.00 |
| Coverage Analysis | 2/5/2021 | Taylor, Victor | Meet with C. Green to discuss specific insurer scope of coverage (1.5); discuss document redactions with K. Monroe (.3); research specific insurer coverage issues (.6). | 2.4 | $1,032.00 |
| Coverage Analysis | 2/5/2021 | Monroe, Kelly | Discuss document redactions with V. Taylor (.3); prepare documents for production (1.0); look into evidence linked to emails from local council (1.6). | 2.9 | $580.00 |
| Coverage Analysis | 2/8/2021 | Sochurek, Nicholas | Review and revise aggregate limits analysis. | 0.4 | $240.00 |
| Coverage Analysis | 2/8/2021 | Taylor, Victor | Meet with C. Green and insurer to discuss specific insurer scope of coverage (1.6); review and process notes from insurer meeting (.8); follow up about document production (.8); review and finalize redactions (.5). | 3.7 | $1,591.00 |
| Coverage Analysis | 2/9/2021 | Sochurek, Nicholas | Discuss aggregate limits with V. Taylor (.2); review policies re same (.4). | 0.6 | $360.00 |
| Coverage Analysis | 2/9/2021 | Taylor, Victor | Review remaining specific insurer scope of coverage follow up tasks (.3); discuss specific insurer scope of coverage follow up tasks with K. Monroe (.2); prepare for mediation meeting with specific insurer (.4); attend mediation meeting with specific insurer (.4); discuss specific insurer aggregate limits with N. Sochurek (.2). | 1.5 | $645.00 |
| Coverage Analysis | 2/9/2021 | Monroe, Kelly | Discuss specific insurer scope of coverage follow up tasks with V. Taylor (.2); review Chubb evidence and look into coverage issues (4.3). | 4.5 | $900.00 |
| Coverage Analysis | 2/10/2021 | Taylor, Victor | Update scope of coverage based on updated information. | 1.4 | $602.00 |
| Coverage Analysis | 2/11/2021 | Taylor, Victor | Continue updates to scope of coverage based on updated information (2.6); review document redaction updates and work on production (1.9). | 4.5 | $1,935.00 |
| Coverage Analysis | 2/12/2021 | Gwin, J. Lott | Pull maintenance of underlying policy provision report. | 0.4 | $120.00 |
| Coverage Analysis | 2/12/2021 | Sochurek, Nicholas | Review and revise policy language report (.3); emails with A. Azer re same (.1). | 0.4 | $240.00 |
| Coverage Analysis | 2/12/2021 | Taylor, Victor | Work on completing document production. | 4 | $1,720.00 |
| Coverage Analysis | 2/16/2021 | Taylor, Victor | Look into remaining issue documents for document production. | 0.8 | $344.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Coverage Analysis | 2/16/2021 | Sochurek, Nicholas | Review insurer responses to notice letters. | | 0.2 | $120.00 |
| Coverage Analysis | 2/17/2021 | Taylor, Victor | Produce evidence documents for insurers and local councils re the data room. | | 2.7 | $1,161.00 |
| Coverage Analysis | 2/18/2021 | Hanke, Elizabeth | Call with A. Azer, M. Stoner, C. Green, N. Sochurek, V. Taylor and S. Klauck re outstanding tasks. | | 0.3 | $180.00 |
| Coverage Analysis | 2/18/2021 | Klauck, Sheila | Call with A. Azer, M. Stoner, E. Hanke, C. Green, N. Sochurek and V. Taylor re outstanding tasks. | | 0.3 | $120.00 |
| Coverage Analysis | 2/18/2021 | Sochurek, Nicholas | Call with A. Azer, C. Green, M. Stoner, E. Hanke, V. Taylor and S. Klauck re outstanding tasks. | | 0.3 | $180.00 |
| Coverage Analysis | 2/18/2021 | Taylor, Victor | Call with A. Azer, M. Stoner, C. Green, E. Hanke, N. Sochurek and S. Klauck re outstanding tasks (.3); review and update specific insurer scope of coverage (1.2). | | 1.5 | $645.00 |
| Coverage Analysis | 2/19/2021 | Klauck, Sheila | Call with V. Taylor and K. Monroe re overlapping coverage (.5); review and answer questions re overlapping coverage (.3). | | 0.8 | $320.00 |
| Coverage Analysis | 2/19/2021 | Monroe, Kelly | Call with V. Taylor re overlapping coverage (.5); call with V. Taylor and S. Klauck re overlapping coverage (.5); review and update policy data to eliminate overlapping coverage (5.1). | | 6.1 | $1,220.00 |
| Coverage Analysis | 2/19/2021 | Taylor, Victor | Call with S. Klauck and K. Monroe re overlapping coverage (.5); call with K. Monroe re overlapping coverage (.5); update overlapping coverage issues (4.5); update specific insurer scope of coverage (3.9). | | 9.4 | $4,042.00 |
| Coverage Analysis | 2/21/2021 | Klauck, Sheila | Review and update coverage limits for allocation. | | 0.7 | $280.00 |
| Coverage Analysis | 2/22/2021 | Gwin, J. Lott | Discuss policy evidence locations with V. Taylor. | | 0.3 | $90.00 |
| Coverage Analysis | 2/22/2021 | Taylor, Victor | Discuss policy evidence locations with L. Gwin (.3); work on updating policy evidence for scope of coverage (1.2); discuss pre-62 coverage chart work with K. Monroe (.5). | | 2 | $860.00 |
| Coverage Analysis | 2/22/2021 | Monroe, Kelly | Meet with V. Taylor re BSA's pre-1962 coverage chart (.5); prepare BSA's pre-1962 coverage chart (2.7). | | 3.2 | $640.00 |
| Coverage Analysis | 2/23/2021 | Sochurek, Nicholas | Review updated coverage charts. | | 0.2 | $120.00 |
| Coverage Analysis | 2/23/2021 | Taylor, Victor | Review and make updates to pre-62 coverage chart (.8); review aggregate questions (.3); discuss post-62 coverage chart updates with K. Monroe (.2). | | 1.3 | $559.00 |
| Coverage Analysis | 2/23/2021 | Monroe, Kelly | Update pre-1962 coverage chart (2.3); discuss post-62 coverage chart updates with V. Taylor (.2); prepare post-62 coverage chart (3.1). | | 5.6 | $1,120.00 |
| Coverage Analysis | 2/24/2021 | Sochurek, Nicholas | Review updated coverage charts (.3); revise evidence provision coding (.2); call with V. Taylor to discuss coverage chart updates (.2); review and confirm carrier limits and attachment points (.3). | | 1 | $600.00 |
| Coverage Analysis | 2/24/2021 | Taylor, Victor | Review coverage chart overlapping policies (.5); call with N. Sochurek to discuss coverage chart updates (.2); put together list of post-78 local council policies (1.1). call with K. Monroe to discuss coverage chart updates (.2); review coverage chart updates (.2). | | 2.2 | $946.00 |
| Coverage Analysis | 2/24/2021 | Monroe, Kelly | Call with V. Taylor to discuss coverage chart updates (.2); prepare post-1962 coverage chart updates (4.9). | | 5.1 | $1,020.00 |
| Coverage Analysis | 2/25/2021 | Sochurek, Nicholas | Review National Council notice correspondence. | | 0.2 | $120.00 |
| Coverage Analysis | 2/25/2021 | Taylor, Victor | Review coverage chart updates (.4); work on document naming issues for scope of coverage (.8). | | 1.2 | $516.00 |
| Coverage Analysis | 2/25/2021 | Monroe, Kelly | Prepare post-1962 coverage chart updates. | | 1.3 | $260.00 |
| Coverage Analysis | 2/26/2021 | Sochurek, Nicholas | Review and revise coverage charts (.3); Teams chat communications with V. Taylor regarding coverage charts (.2). | | 0.5 | $300.00 |
| Coverage Analysis | 2/26/2021 | Monroe, Kelly | Call with V. Taylor re 1962-1980 coverage chart updates (.2); work on 1962-1980 coverage chart updates (1.6). | | 1.8 | $360.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 2/26/2021 | Taylor, Victor | Work on document organization for scope of coverage (2.0); Teams chats with N. Sochurek re 1962-1980 coverage chart updates (.2); call with K. Monroe re 1962-1980 coverage chart updates (.2). | 2.4 | $1,032.00 |
| Coverage Analysis | 2/28/2021 | Monroe, Kelly | Work on 1962-1980 coverage chart updates. | 1.3 | $260.00 |
| Exhaustion Analysis | 2/1/2021 | Klauck, Sheila | Call with J. Grehan and L. Gwin re exhaustion allocation results. | 0.9 | $360.00 |
| Exhaustion Analysis | 2/1/2021 | Gwin, J. Lott | Call with J. Grehan and S. Klauck re exhaustion allocation results (.9); call with J. Grehan to discuss 1986-present exhaustion plan (.1); review exhaustion deliverable re 1983 - 1986 allocation (.4). | 1.4 | $420.00 |
| Exhaustion Analysis | 2/1/2021 | Grehan, Julia | Call with S. Klauck and L. Gwin re exhaustion allocation results (.9); update deliverable results for the 83-86 years (.8); call with L. Gwin to discuss 1986-present exhaustion plan (.1); review 1986-2020 transaction data and set up spreadsheet for imports (4.2). | 6 | $1,500.00 |
| Exhaustion Analysis | 2/2/2021 | Klauck, Sheila | Call with L. Gwin and J. Grehan re exhaustion allocation code. | 0.4 | $160.00 |
| Exhaustion Analysis | 2/2/2021 | Gwin, J. Lott | Call with S. Klauck and J. Grehan re exhaustion allocation code (.4); review allocation results re full cost analysis (.7); call with J. Grehan to import transactions and review for accuracy (.9); review imported occurrence listing (.5). | 2.5 | $750.00 |
| Exhaustion Analysis | 2/2/2021 | Grehan, Julia | Update spreadsheet to pull fields needed for transaction imports (2.2); call with L. Gwin to import transactions and review for accuracy (.9); call with L. Gwin to set up exhaustion allocation for 1986-2020 (.3); call with L. Gwin and S. Klauck re exhaustion allocation code (.4); review allocation results for discrepancies (1.4); work on deliverable for 1986-2020 exhaustion results (.3). | 5.5 | $1,375.00 |
| Exhaustion Analysis | 2/3/2021 | Gwin, J. Lott | Call with S. Klauck and J. Grehan re exhaustion allocation results. | 0.5 | $150.00 |
| Exhaustion Analysis | 2/3/2021 | Klauck, Sheila | Call with J. Grehan and L. Gwin re exhaustion allocation results. | 0.5 | $200.00 |
| Exhaustion Analysis | 2/3/2021 | Grehan, Julia | Review allocation results for 1986-2020 exhaustion run (7.6); call with S. Klauck and L. Gwin re exhaustion allocation results (.5). | 8.1 | $2,025.00 |
| Exhaustion Analysis | 2/4/2021 | Klauck, Sheila | Call with J. Grehan re exhaustion allocation update (.2); troubleshoot issues with exhaustion allocation (.5). | 0.7 | $280.00 |
| Exhaustion Analysis | 2/4/2021 | Sochurek, Nicholas | Review 1983-1986 exhaustion report. | 0.2 | $120.00 |
| Exhaustion Analysis | 2/4/2021 | Grehan, Julia | Call with S. Klauck re exhaustion allocation (.2); revise allocation set-ups (.3); review allocation results (1.1); prepare allocation exhaustion reports (2.1). | 3.7 | $925.00 |
| Exhaustion Analysis | 2/5/2021 | Sochurek, Nicholas | Call with J. Grehan re exhaustion analysis (.4); call with M. Stoner and J. Grehan re exhaustion analysis (.5); call with J. Grehan to discuss exhaustion reporting (.4); review updated exhaustion reports by policy (.6). | 1.9 | $1,140.00 |
| Exhaustion Analysis | 2/5/2021 | Grehan, Julia | Call with N. Sochurek re exhaustion analysis (.4); update deliverable reports for exhaustion analysis (.1); call with N. Sochurek and M. Stoner re exhaustion analysis (.5); call with N. Sochurek to discuss exhaustion reporting (.4). | 1.4 | $350.00 |
| Exhaustion Analysis | 2/8/2021 | Sochurek, Nicholas | Call with J. Grehan re exhaustion claimant reports (.2); emails with M. Stoner re same (.1). | 0.3 | $180.00 |
| Exhaustion Analysis | 2/8/2021 | Grehan, Julia | Calls with M. Minter and S. Dettloff re exhaustion claimant reports (.4); call with N. Sochurek re exhaustion claimant reports (.2); review exhaustion claimant reports and make updates (1.1). | 1.7 | $425.00 |
| Exhaustion Analysis | 2/8/2021 | Dettloff, Scott | Call with M. Minter re exhaustion claims report (.3); calls with M. Minter and J. Grehan re exhaustion claims report (.4); perform quality control check on exhaustion claims data (.3). | 1 | $200.00 |

| Category | Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| Exhaustion Analysis | 2/8/2021 | Minter, Matthew | Calls with J. Grehan and S. Dettloff re exhaustion claims report (.4); call with S. Dettloff re exhaustion claims report (.3); produce exhaustion claims report (1.1); reveiew exhaustion by occurrence report for accuracy and completeness (.6). | 2.4 | $480.00 |
| Exhaustion Analysis | 2/9/2021 | Minter, Matthew | Call with J. Grehan and N. Sochurek re exhaustion claims report. | 0.2 | $40.00 |
| Exhaustion Analysis | 2/9/2021 | Grehan, Julia | Call with N. Sochurek and M. Minter re exhaustion claimant reports (.2); update exhaustion claimants report (.7). | 0.9 | $225.00 |
| Exhaustion Analysis | 2/9/2021 | Sochurek, Nicholas | Call with J. Grehan and M. Minter re exhaustion claimant reports (.2); review same (.1). | 0.3 | $180.00 |
| Exhaustion Analysis | 2/10/2021 | Grehan, Julia | Call with M. Stoner and N. Sochurek re exhaustion comparison (.4); calls with N. Sochurek re same (.3). | 0.7 | $175.00 |
| Exhaustion Analysis | 2/10/2021 | Sochurek, Nicholas | Call with M. Stoner and J. Grehan re exhaustion comparison (.4); calls with J. Grehan re same (.3); review exhaustion comparison from M. Stoner (.4); review loss runs and compare to exhaustion analysis (.4). | 1.5 | $900.00 |
| Exhaustion Analysis | 2/11/2021 | Minter, Matthew | Discuss loss runs with N. Sochurek (.2); examine insurer loss runs (.2). | 0.4 | $80.00 |
| Exhaustion Analysis | 2/11/2021 | Sochurek, Nicholas | Discuss loss runs with M. Minter (.2); revise exhaustion by policy by claim report (.3). | 0.5 | $300.00 |
| Exhaustion Analysis | 2/11/2021 | Grehan, Julia | Create report listing exhaustion by policy by claimant. | 1.7 | $425.00 |
| Exhaustion Analysis | 2/16/2021 | Grehan, Julia | Create exhaustion analysis by claimant report for 1983-1986. | 0.7 | $175.00 |
| Exhaustion Analysis | 2/17/2021 | Sochurek, Nicholas | Call with J. Grehan re updated exhaustion calculations (.2); emails with J. Grehan and M. Stoner re updated exhaustion reports (.2). | 0.4 | $240.00 |
| Exhaustion Analysis | 2/17/2021 | Grehan, Julia | Update exhaustion analysis by claimant report for 1983-1986 (.6); review occurrence and aggregate allocations to multi-year policies (.4); re-run exhaustion allocation for 1986-2020 and update reports per request of M. Stoner (1.6); call with N. Sochurek re updated exhaustion calculations (.2). | 2.8 | $700.00 |
| Exhaustion Analysis | 2/18/2021 | Sochurek, Nicholas | Call with J. Grehan and M. Minter re comparison of loss runs to exhaustion analysis. | 0.3 | $180.00 |
| Exhaustion Analysis | 2/18/2021 | Grehan, Julia | Call with N. Sochurek and M. Minter re comparison of loss runs. | 0.3 | $75.00 |
| Exhaustion Analysis | 2/18/2021 | Minter, Matthew | Review insurer loss runs and compare to exhaustion analysis (1.8); call with J. Grehan and N. Sochurek re comparison of loss runs to exhaustion analysis (.3). | 2.1 | $420.00 |
| Exhaustion Analysis | 2/19/2021 | Sochurek, Nicholas | Review updated exhaustion reports (.2); emails with M. Stoner re same (.1); review loss run comparison (.8). | 1.1 | $660.00 |
| Exhaustion Analysis | 2/25/2021 | Klauck, Sheila | Call with J. Grehan re exhaustion updates. | 0.2 | $80.00 |
| Exhaustion Analysis | 2/25/2021 | Sochurek, Nicholas | Call with J. Grehan re exhaustion updates (.3); review exhaustion updates from M. Stoner (.2); emails with M. Stoner re same (.3). | 0.8 | $480.00 |
| Exhaustion Analysis | 2/25/2021 | Grehan, Julia | Call with N. Sochurek re exhaustion updates (.3); call with S. Klauck re exhaustion updates (.2); create exhaustion records for updated exhaustion per request of counsel (.7). | 1.2 | $300.00 |
| Exhaustion Analysis | 2/26/2021 | Sochurek, Nicholas | Review updated exhaustion. | 0.2 | $120.00 |
| Exhaustion Analysis | 2/26/2021 | Grehan, Julia | Review exhaustion results for 1985 tower. | 0.7 | $175.00 |
| LC Notice | 2/1/2021 | Gwin, J. Lott | Review access report vba to auto-generate policy documents by counsel and carrier (.9); edit notice letter total document count query (.5). | 1.4 | $420.00 |
| LC Notice | 2/1/2021 | Hanke, Elizabeth | Revise draft letters and related attachments (1.5); draft and send email to J. Celentino re same (.5). | 2 | $1,200.00 |
| LC Notice | 2/2/2021 | Hanke, Elizabeth | Call with N. Sochurek and L. Gwin re local council notice process and next steps. | 0.5 | $300.00 |
| LC Notice | 2/2/2021 | Sochurek, Nicholas | Call with E. Hanke and L. Gwin re local council notice process and next steps (.5); Teams communications with L. Gwin re local council list reconciliation (.2). | 0.7 | $420.00 |
| LC Notice | 2/2/2021 | Klauck, Sheila | Call with L. Gwin re local council notice documents. | 1.3 | $520.00 |

| | | | | | |
|---|---|---|---|---|---|
| LC Notice | 2/2/2021 | Gwin, J. Lott | Call with S. Klauck re local council notice documents (1.3); call with E. Hanke and N. Sochurek re local council notice process and next steps (.5); create local counsel mail merge doc for authorization letter (.7); edit auto-generated policy report by counsel (.6); script query for mail merge local counsel listing (.4). | 3.5 | $1,050.00 |
| LC Notice | 2/3/2021 | Hanke, Elizabeth | Call with J. Celentino, D. Mayer, M. Levy, M. Stoner, N. Sochurek, and L. Gwin re notice authorization letters and process. | 0.7 | $420.00 |
| LC Notice | 2/3/2021 | Sochurek, Nicholas | Call with J. Celentino, D. Mayer, M. Levy, M. Stoner, E. Hanke, and L. Gwin re notice authorization letters and process. | 0.7 | $420.00 |
| LC Notice | 2/3/2021 | Gwin, J. Lott | Call with J. Celentino, D. Mayer, M. Levy, M. Stoner, E. Hanke, and N. Sochurek re notice authorization letters and process (.7); debug policy by local council access form (.8). | 1.5 | $450.00 |
| LC Notice | 2/5/2021 | Hanke, Elizabeth | Call to discuss and review notice database table structure and local council notice process with N. Sochurek and L. Gwin (1.3); review letters from J. Celentino (.1); review definition of insured on local council policies (.5). | 1.9 | $1,140.00 |
| LC Notice | 2/5/2021 | Sochurek, Nicholas | Call to discuss and review notice database table structure and local council notice process with E. Hanke and L. Gwin (1.3); review notice table structure re same (.4). | 1.7 | $1,020.00 |
| LC Notice | 2/5/2021 | Gwin, J. Lott | Call to discuss and review notice database table structure and local council notice process with N. Sochurek and E. Hanke (1.3); pull local council insurer carrier group listing (.5) | 1.8 | $540.00 |
| LC Notice | 2/8/2021 | Gwin, J. Lott | Prepare local council carrier listing without national insurance policy issuers. | 0.6 | $180.00 |
| LC Notice | 2/8/2021 | Sochurek, Nicholas | Revise listing of local council-only insurers. | 0.2 | $120.00 |
| LC Notice | 2/9/2021 | Allen, Andrew | Call with D. Snyder, L. Gwin and E. Hanke to review shared folder and MS Form data to collect and document local council notice correspondence. | 0.5 | $165.00 |
| LC Notice | 2/9/2021 | Snyder, Daniel | Call with L. Gwin, A. Allen and E. Hanke to review shared folder and MS Form data to collect and document local council notice correspondence. | 0.5 | $187.50 |
| LC Notice | 2/9/2021 | Sochurek, Nicholas | Emails with E. Hanke re notice instructions for local councils. | 0.3 | $180.00 |
| LC Notice | 2/9/2021 | Gwin, J. Lott | Call with D. Snyder, A. Allen and E. Hanke to review shared folder and MS Form data to collect and document local council notice correspondence (.5); discuss notice letter Access form updates with E. Hanke (.6); update Microsoft form re local council authorization permission (.6); pull carrier listing for national and local council overlap by carrier (.4). | 2.1 | $630.00 |
| LC Notice | 2/9/2021 | Hanke, Elizabeth | Call with D. Snyder, A. Allen, and L. Gwin to review shared folder and MS Form data to collect and document local council notice correspondence (.5); discuss notice letter Access form updates with L. Gwin (.6); revise authorization and notice letters including incorporating J. Celentino's changes (1.0); draft and send detailed email to J. Celentino, et al re notice process and requirements for each local council (2.2). | 4.3 | $2,580.00 |
| LC Notice | 2/10/2021 | Snyder, Daniel | Research data security of possible tool to help automate sharing documents with external users. | 0.5 | $187.50 |
| LC Notice | 2/10/2021 | Klauck, Sheila | Call with L. Gwin re carrier listing for local council notice. | 0.5 | $200.00 |
| LC Notice | 2/10/2021 | Hanke, Elizabeth | Review and respond to email with list of carriers for national and local council policies from L. Gwinn (.2); review process notes and documentation to prepare for next steps (.9). | 1.1 | $660.00 |
| LC Notice | 2/10/2021 | Allen, Andrew | Work on power automate flow for assigning permissions to shared notice folders. | 1.8 | $594.00 |
| LC Notice | 2/10/2021 | Gwin, J. Lott | Call with S. Klauck re carrier listing for local council notice (.5); pull carrier data for notice master listing (.9). | 1.4 | $420.00 |
| LC Notice | 2/11/2021 | Gwin, J. Lott | Finalize carrier listing comparing national and local coverage with all policy types. | 1.8 | $540.00 |

| | | | | | |
|---|---|---|---|---|---|
| LC Notice | 2/12/2021 | Hanke, Elizabeth | Call with L. Gwin to discuss local council policy types (.7); discuss notice process with J. Celentino (.1); Teams chats re emails from local council (.1). | 0.9 | $540.00 |
| LC Notice | 2/12/2021 | Gwin, J. Lott | Confirm local council uploads to shared folder (.4); update correspondence access form entry (.9); call with E. Hanke to discuss local council policy types (.7); research unknown coverage type policies (.6). | 2.6 | $780.00 |
| LC Notice | 2/16/2021 | Sochurek, Nicholas | Review notice authorization responses (.2); Teams chats with E. Hanke re status of local council notice program (.2). | 0.4 | $240.00 |
| LC Notice | 2/16/2021 | Hanke, Elizabeth | Review BSA inbox and reply to questions from council. | 1 | $600.00 |
| LC Notice | 2/16/2021 | Gwin, J. Lott | Compile policy listings for coverage types in question (1.6); edit access form re correspondence entry (1.1). | 2.7 | $810.00 |
| LC Notice | 2/17/2021 | Sochurek, Nicholas | Review and respond to notice authorization questions. | 0.3 | $180.00 |
| LC Notice | 2/17/2021 | Hanke, Elizabeth | Check in with L. Gwin re status via electronic chats. | 0.1 | $60.00 |
| LC Notice | 2/17/2021 | Gwin, J. Lott | Review form responses from local councils and compare to email responses (.5); prepare process documentation for meeting with M. Minter and L. Butterworth (.4); edit policy listing by coverage type (.5). | 1.4 | $420.00 |
| LC Notice | 2/18/2021 | Hanke, Elizabeth | Discuss notice process and status with N. Sochurek (.3); discuss process and status of authorization letters with L. Gwin (.2); review responses in BSA inbox re notice (.1). | 0.6 | $360.00 |
| LC Notice | 2/18/2021 | Minter, Matthew | Review process emails for local council notice project (.3); discuss processes and next steps for local council notice to carriers with L. Gwin and L. Butterworth (.6). | 0.9 | $180.00 |
| LC Notice | 2/18/2021 | Butterworth, Luke | Discuss processes and next steps for local council notice to carriers with L. Gwin and M. Minter. | 0.6 | $150.00 |
| LC Notice | 2/18/2021 | Sochurek, Nicholas | Discuss notice process and status with E. Hanke. | 0.3 | $180.00 |
| LC Notice | 2/18/2021 | Gwin, J. Lott | Discuss processes and next steps for local council notice to carriers with L. Butterworth and M. Minter (.6); add carrier group listing to master council spreadsheet (.6); prepare form response summary (.3); edit access form re correspondence (.9); discuss process and status of authorization letters with E. Hanke (.2). | 2.6 | $780.00 |
| LC Notice | 2/19/2021 | Klauck, Sheila | Call with L. Gwin re notice correspondence Access form. | 1 | $400.00 |
| LC Notice | 2/19/2021 | Butterworth, Luke | Call with E. Hanke, L. Gwin, M. Minter, and N. Sochurek re notice process and next steps. | 1.3 | $325.00 |
| LC Notice | 2/19/2021 | Sochurek, Nicholas | Review notice authorization responses (.2); emails with E. Hanke re same (.2); call with E. Hanke, L. Gwin, M. Minter, L. Butterworth re notice process and next steps (1.3); Teams communications with E. Hanke re project next steps (.3). | 2 | $1,200.00 |
| LC Notice | 2/19/2021 | Hanke, Elizabeth | Call with N. Sochurek, L. Gwin, M. Minter, and L. Butterworth re notice process and next steps (1.3); Teams and email communications with N. Sochurek re project next steps (.5); review questions from local councils in BSA inbox and draft responses re same (.5). | 2.3 | $1,380.00 |
| LC Notice | 2/19/2021 | Gwin, J. Lott | Prepare Excel listing of policy evidence by type (1.1); confirm local council authorization responses (.4); call with E. Hanke, N. Sochurek, M. Minter, and L. Butterworth re notice process and next steps (1.3); call with S. Klauck re notice correspondence Access form (1.0). | 3.8 | $1,140.00 |
| LC Notice | 2/19/2021 | Minter, Matthew | Review folder structure for local council notice files (.3); review carrier contact SQL table structure (.6); call with E. Hanke, L. Gwin, N. Sochurek, and L. Butterworth re notice process and next steps (1.3); investigate file naming conventions for local council notice automations (1.4). | 3.6 | $720.00 |
| LC Notice | 2/22/2021 | Klauck, Sheila | Discuss local council notice process documentation with E. Hanke. | 0.2 | $80.00 |

| Matter | Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| LC Notice | 2/22/2021 | Sochurek, Nicholas | Review policy report footnotes (.1); emails with E. Hanke re policy report footnotes (.1). | 0.2 | $120.00 |
| LC Notice | 2/22/2021 | Minter, Matthew | Meet with L. Gwin re re local council email Flow automation (.3); draft Flow to automate local council notice emails (2.5). | 2.8 | $560.00 |
| LC Notice | 2/22/2021 | Gwin, J. Lott | Discuss policy report and evidence for local councils with E. Hanke (.3); prepare policy listing local council policy folders for E. Hanke call with counsel (1.1); review local council form responses and confirm against emails received (.4); call with M. Minter re local council email Flow automation (.3). | 2.1 | $630.00 |
| LC Notice | 2/22/2021 | Hanke, Elizabeth | Discuss policy report and evidence for local councils with L. Gwin on call (.3); email communications with T. Brooks of Whiteford Taylor Preston re notice process (.2); discuss notice process with C. Tinsley of local council (.3); prepare for call with local council attorneys (.5); call to discuss notice process with L. Butterworth and T. Brooks and G. Duvall of Whiteford, Taylor, Preston (.7); discuss local council notice process documentation with S. Klauck on call (.2). | 2.2 | $1,320.00 |
| LC Notice | 2/22/2021 | Butterworth, Luke | Teams communications with L. Gwin re Local Council edits to notice emails (.2); email correspondence with E. Hanke re local council edits to notice emails (.1); call to discuss notice process with E. Hanke and T. Brooks and G. Duvall of Whiteford, Taylor, Preston (.7); call with E. Hanke to discuss meeting with Duvall of Whiteford, Taylor, Preston (.2); review inbox for local council emails (.5); draft notice letter to be sent to carriers (.4); draft email to be sent to carriers regarding proper way to share files (.4); review listing for count of councils by carrier group (.5). | 3 | $750.00 |
| LC Notice | 2/23/2021 | Allen, Andrew | Call with S. Klauck, L. Gwin, L. Butterworth, M. Minter, and S. Klauck re dynamic notice permissions and emails. | 0.6 | $198.00 |
| LC Notice | 2/23/2021 | Sochurek, Nicholas | Discuss notice update with E. Hanke and S. Klauck. | 0.2 | $120.00 |
| LC Notice | 2/23/2021 | Hanke, Elizabeth | Discuss notice update with N. Sochurek and S. Klauck. | 0.2 | $120.00 |
| LC Notice | 2/23/2021 | Klauck, Sheila | Call with A. Allen, L. Gwin, L. Butterworth, and M. Minter re dynamic notice permissions and emails (.6); discuss notice update with E. Hanke and N. Sochurek (.2). | 0.8 | $320.00 |
| LC Notice | 2/23/2021 | Gwin, J. Lott | Call with A. Allen, L. Butterworth, M. Minter, and S. Klauck re dynamic notice permissions and emails (.6); call with L. Butterworth and M. Minter re local council notice project next steps (.3); reconcile local council emails against form submissions (.9). | 1.8 | $540.00 |
| LC Notice | 2/23/2021 | Minter, Matthew | Call with A. Allen, L. Gwin, L. Butterworth, and S. Klauck re dynamic notice permissions and emails (.6); call with L. Gwin and L. Butterworth re local council notice project next steps (.3); document local council notice project parts (.2). | 1.1 | $220.00 |
| LC Notice | 2/23/2021 | Butterworth, Luke | Draft emails to carriers with numerous notices (2.5); discuss contact listing and questions with L. Gwin (.2); teams chat re email drafts with L. Gwin (.4); Teams chats with L. Gwin and E. Hanke re status of notices (.4); call with L. Gwin and M. Minter re local council notice project next steps (.3); call with A. Allen, L. Gwin, M. Minter, and S. Klauck re dynamic notice permissions and emails (.6); review BSA inbox and organize emails (.4). | 4.8 | $1,200.00 |
| LC Notice | 2/24/2021 | Sochurek, Nicholas | Review carrier contacts (.2); emails with L. Butterworth re carrier contact updates (.1); emails with insurers re notice contacts (.2). | 0.5 | $300.00 |
| LC Notice | 2/24/2021 | Hanke, Elizabeth | Email and chats with L. Gwin, L. Butterworth and S. Klauck re carrier contacts and status of the various steps. | 0.5 | $300.00 |
| LC Notice | 2/24/2021 | Klauck, Sheila | Call with L. Butterworth, L. Gwin, and M. Minter re local council notice next steps (.5); discuss process flows and database set-up with L. Gwin, M. Minter, and L. Butterworth (1.3); update to-do list and assign outstanding tasks (.3). | 2.1 | $840.00 |

| Matter | Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| LC Notice | 2/24/2021 | Butterworth, Luke | Call with L. Gwin, M. Minter, and S. Klauck re local council notice next steps (.5); discuss process flows and database set-up with S. Klauck, L. Gwin, and M. Minter (1.3); draft copies of delivery options emails to carriers (.5); cross reference and confirm contact information for carriers with list provided by M. Stoner (1.0); draft emails to E. Hanke and N. Sochurek regarding carrier contact information confirmation (.4). | 3.7 | $925.00 |
| LC Notice | 2/24/2021 | Gwin, J. Lott | Call with L. Butterworth, M. Minter, and S. Klauck re local council notice next steps (.5); meet with M. Minter re scope of local notice council tracking (.9); discuss process flows and database set-up with S. Klauck, M. Minter, and L. Butterworth (1.3); review policy listings by coverage type (1.1). | 3.8 | $1,140.00 |
| LC Notice | 2/24/2021 | Minter, Matthew | Call with L. Butterworth, L. Gwin, and S. Klauck re local council notice next steps (.5); investigate scope of notice tracking SQL tables (1.0); meet with L. Gwin re scope of local notice council tracking (.9); pull listing of carriers for each local council (.4); create local council notice folder structure (1.4); discuss process flows and database set-up with S. Klauck, L. Gwin, and L. Butterworth (1.3). | 5.5 | $1,100.00 |
| LC Notice | 2/25/2021 | Klauck, Sheila | Call with E. Hanke, N. Sochurek, L. Gwin, L. Butterworth, and M. Minter re notice status and process. | 0.7 | $280.00 |
| LC Notice | 2/25/2021 | Sochurek, Nicholas | Teams communications with L. Butterworth re notice addresses (.2); call with E. Hanke, S. Klauck, L. Gwin, L. Butterworth, and M. Minter re notice status and process (.7). | 0.9 | $540.00 |
| LC Notice | 2/25/2021 | Gwin, J. Lott | Call with E. Hanke, S. Klauck, N. Sochurek, L. Butterworth, and M. Minter re notice status and process (.7); review authorization form with L. Butterworth (.3); document files and upload local documents to SharePoint (.3). | 1.3 | $390.00 |
| LC Notice | 2/25/2021 | Minter, Matthew | Create script to insert and link initial correspondence records (1.5); check for duplicate local council authorization letters (.3); call with E. Hanke, S. Klauck, L. Butterworth, L. Gwin, and N. Sochurek re notice status and process (.7); meet with L. Butterworth to discuss pulling file names from authorization forms (.1). | 2.6 | $520.00 |
| LC Notice | 2/25/2021 | Hanke, Elizabeth | Call with N. Sochurek, S. Klauck, L. Gwin, L. Butterworth, and M. Minter re notice status and process (.7); review and respond to BSA inbox from carriers and electronic chats with Notice team re same (.3); draft and send summary email re progress to J. Celentino (1.0); review responses to KCIC form (.2); check and respond to BSA inbox local council questions (.4). | 2.6 | $1,560.00 |
| LC Notice | 2/25/2021 | Butterworth, Luke | Call with E. Hanke, S. Klauck, L. Gwin, N. Sochurek, and M. Minter re notice status and process (.7); review authorization form with L. Gwin (.3); search for and generate unique folder of local council - carrier policy reports (.8); draft email to local council outside counsel with policy reports attached (.4); revise drafts of initial emails to carriers and send (.5); email correspondence with N. Sochurek re initial emails to carriers (.4); look into number of councils who filled out authorization response form and check for duplicate entries (1.0); meet with M. Minter to discuss pulling file names from authorization forms (.1); review email responses from carriers (.3). | 4.5 | $1,125.00 |
| LC Notice | 2/26/2021 | Gwin, J. Lott | Call with S. Klauck re policy types for local council notice. | 0.5 | $150.00 |
| LC Notice | 2/26/2021 | Klauck, Sheila | Call with L. Gwin re policy types for local council notice. | 0.5 | $200.00 |
| LC Notice | 2/26/2021 | Minter, Matthew | Create Powershell script to prepare files for notice submission. | 1.1 | $220.00 |
| LC Notice | 2/26/2021 | Butterworth, Luke | Draft email to insurer contact re notice receipt options (.5); prepare tracker sheet for insurers with more than ten notices (.4); organize drafts of emails for same group of insurers (.1); address and organize notice correspondence (.2); update tracker sheet of local councils for notice program (.4). | 1.6 | $400.00 |

| Matter | Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| Local Council | 2/1/2021 | Sochurek, Nicholas | Review insurer-produced policy documents. | 2.2 | $1,320.00 |
| Local Council | 2/2/2021 | Sochurek, Nicholas | Review insurer produced documents (.4); emails with C. Green re same (.1). | 0.5 | $300.00 |
| Local Council | 2/4/2021 | Taylor, Victor | Complete preliminary review of evidence redactions (.3); review and assign new evidence documents (.5). | 0.8 | $344.00 |
| Local Council | 2/4/2021 | Sochurek, Nicholas | Emails with local council re insurance question (.2); emails with C. Green re insurer production (.1). | 0.3 | $180.00 |
| Local Council | 2/4/2021 | Monroe, Kelly | Review CNA policies and code policy data into client database (2.4); look into insurer not found in carrier tables (.2). | 2.6 | $520.00 |
| Local Council | 2/8/2021 | Sochurek, Nicholas | Review evidence of local council insurance programs. | 0.4 | $240.00 |
| Local Council | 2/8/2021 | Monroe, Kelly | Review CNA policies and policy data into client database. | 2.2 | $440.00 |
| Local Council | 2/9/2021 | Butterworth, Luke | Discuss local council policy listing with V. Taylor (.3); assemble updated local council policy listing (1.1); investigate policy listing data comparison options (.2). | 1.6 | $400.00 |
| Local Council | 2/9/2021 | Taylor, Victor | Review local counsel policy listing query and production (1.0); discuss local council policy listing with L. Butterworth (.3); review and analyze evidence documents (1.8). | 3.1 | $1,333.00 |
| Local Council | 2/10/2021 | Sochurek, Nicholas | Emails with local council re insurance questions. | 1.2 | $720.00 |
| Local Council | 2/10/2021 | Butterworth, Luke | Compare current local council policy listing to November policy listing (.7); Teams chat messages with V. Taylor regarding success of policy listing comparison (.2); teams chat messages with S. Klauck re local council policy report (.1). | 1 | $250.00 |
| Local Council | 2/11/2021 | Taylor, Victor | Discuss policy comparison report with L. Butterworth and N. Sochurek. | 0.1 | $43.00 |
| Local Council | 2/11/2021 | Butterworth, Luke | Discuss policy comparison report with V. Taylor and N. Sochurek (.1); assemble local council policy comparison report (.6). | 0.7 | $175.00 |
| Local Council | 2/11/2021 | Sochurek, Nicholas | Discuss policy comparison report with V. Taylor and L. Butterworth (.1); discuss same with A. Azer (.2). | 0.3 | $180.00 |
| Local Council | 2/16/2021 | Klauck, Sheila | Update local council history database re NY council merger. | 0.4 | $160.00 |
| Local Council | 2/22/2021 | Sochurek, Nicholas | Review and respond to local council insurance question. | 0.7 | $420.00 |
| Local Council | 2/23/2021 | Sochurek, Nicholas | Update local council insurance data. | 0.6 | $360.00 |
| Local Council | 2/26/2021 | Sochurek, Nicholas | Emails with A. Azer and M. Linder re policy information. | 0.2 | $120.00 |
| Fee Applications | 2/2/2021 | Butterworth, Luke | Review Initial Report from Fee Examiner and draft explanations. | 0.8 | $200.00 |
| Fee Applications | 2/3/2021 | Butterworth, Luke | Review BSA December time. | 0.3 | $75.00 |
| Fee Applications | 2/4/2021 | Butterworth, Luke | Prepare November fee application (2.2); prepare December fee application (1.6). | 3.8 | $950.00 |
| Fee Applications | 2/5/2021 | Butterworth, Luke | Finalize and send November and December fee applications to White Case for review. | 0.4 | $100.00 |
| Fee Applications | 2/5/2021 | Taylor, Victor | Review November and December Fee applications. | 0.4 | $172.00 |
| Fee Applications | 2/8/2021 | Sochurek, Nicholas | Call with J. Rucki, E. Hanke, and L. Butterworth re KCIC fee analysis report. | 0.5 | $300.00 |
| Fee Applications | 2/8/2021 | Hanke, Elizabeth | Call with J. Rucki, N. Sochurek and L. Butterworth re KCIC fee analysis report. | 0.5 | $300.00 |
| Fee Applications | 2/8/2021 | Butterworth, Luke | Call with J. Rucki, E. Hanke, and N. Sochurek re KCIC fee analysis report. | 0.5 | $125.00 |
| Fee Applications | 2/9/2021 | Butterworth, Luke | Revise November and December fee applications per comments from B. Warner. | 0.3 | $75.00 |
| Fee Applications | 2/10/2021 | Butterworth, Luke | Review and revise November and December fee applications (.5); review Fee Examiner's final report (.3); email correspondence with J. Rucki re expense amount on final report (.1). | 0.9 | $225.00 |
| Fee Applications | 2/11/2021 | Butterworth, Luke | Review and update November and December fee applications. | 0.3 | $75.00 |

| Fee Applications | 2/12/2021 | Butterworth, Luke | Finalize fee applications and send to be filed. | 0.5 | $125.00 |
|---|---|---|---|---|---|
| Fee Applications | 2/22/2021 | Butterworth, Luke | Prepare January fee application. | 0.6 | $150.00 |
| Fee Applications | 2/23/2021 | Butterworth, Luke | Finalize and send January fee application. | 1.2 | $300.00 |
| Fee Applications | 2/26/2021 | Butterworth, Luke | Review updates to January fee application from B. Warner. | 0.2 | $50.00 |
| | | | **Total:** | **509.3** | **$187,683.00** |