# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | |

### NOTICE OF ORAL DEPOSITION PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)

**TO:** ANDREW R. EVANS, Bates White, LLC, 2001 K Street NW, North Building, Suite 500, Washington, DC 20006 — andrew.evans@bateswhite.com

**TAKE NOTICE** that Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century"), pursuant to Fed. R. Civ. P. 30 made applicable to this proceeding pursuant to Federal Rules of Bankruptcy 7030 and 9014, will take the deposition upon oral examination of Andrew R. Evans of Bates White, LLC, Abuse Claims Consultant And Advisor For The Debtors And Debtors In Possession, in connection with (i) the *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* (the "Disclosure Statement and Solicitation Procedures Motion") [Docket No. 2295], (ii) the *Motion of the Future Claimants'*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), (I) Authorizing an Estimation of Current and Future Abuse Claims and (II) Establishing Procedures* (the "Estimation Motion") [Docket No. 2391], and (iii) the *Debtors' Motion For Entry Of Order (I) Scheduling Certain Dates And Deadlines In Connection With Confirmation Of The Debtors' Plan Of Reorganization, (II) Establishing Certain Protocols, And (III) Granting Related Relief* (the "Scheduling Motion") [Docket No. 2618] and any proceedings arising therefrom or related to estimation issues in any forum in connection with the above-captioned Chapter 11 Cases.

The deposition will be held on **May 21, 2021 at 1:00 pm Eastern Time**. The deposition will be taken under oath before a notary public or other person authorized by law to administer oaths. The deposition will be conducted by Zoom remote video conferencing, and may be recorded by stenographic, audiographic and videotaped means. You are invited to attend and examine. The deposition shall continue from day-to-day (Saturdays, Sundays, and holidays excluded), or as otherwise agreed by the parties, until completed.

**PLEASE TAKE FURTHER NOTICE** that:

1. The deposition will be conducted remotely, using Zoom's audio-visual conference technology;

2. The court reporter will report the deposition from a location separate from the witness and will administer the oath to the witness remotely;

3. Counsel for the parties and their clients will be participating from various, separate locations;

4. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

5. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

2

OMM_US:79915494.1

6. All exhibits will be provided simultaneously and electronically to the witness and all participants;

7. The court reporter will record the testimony;

8. The deposition may be recorded electronically and visually; and

9. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this manner of deposition; and

    b. Their waiver of any objection to this manner of taking the deposition, including any objection to the admissibility at trial of this testimony based on this manner of remote deposition taking.

Century reserves the right to utilize instant visual display technology such that the court reporter's transcription of the proceeding will be displayed simultaneously to any laptop, iPad, tablet, or other type of display device connected to the court reporter.

**PLEASE TAKE FURTHER NOTICE** that the witness is required to produce at the deposition the witness's statistical model or other model employed to develop his estimation protocols, which will serve, in part, as the basis for the witness's testimony on May 24.

Dated: May 20, 2021  /s/ Stamatios Stamoulis

STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

O'MELVENY & MYERS LLP
Tancred Schiavoni  (*pro hac vice*)
Gary Svirsky (*pro hac vice*)
Andrew Kirschenbaum (*pro hac vice*)
Times Square Tower, 7 Times Square
New York, New York  10036-6537
Telephone:      +1 212 326 2000
Facsimile:      +1 212 326 2061
tschiavoni@omm.com
gsvirsky@omm.com
akirschenbaum@omm.com

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

4