# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC[1],<br><br>                         Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that Gilbert LLP as Special Insurance Counsel files this Notice of Appearance and Request for Service of Notices on behalf of the Future Claimants' Representative and hereby requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

| | |
|---|---|
| Rachel Jennings, Esq.<br>**GILBERT LLP**<br>700 Pennsylvania Avenue, SE,<br>Suite 400<br>Washington, DC 20003<br>Telephone: 202.772.2250<br>Email: jenningsr@gilbertlegal.com | Kyle Dechant, Esq.<br>**GILBERT LLP**<br>700 Pennsylvania Avenue, SE,<br>Suite 400<br>Washington, DC 20003<br>Telephone: 202.772.2255<br>Email: dechantk@gilbertlegal.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, the foregoing request includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, disclosure statements and motions to approve same, complaints or demands, whether formal or informal, written or oral, and whether served by mail, telephone, telecopier or otherwise, in this case and any proceedings therein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Neither this Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Special Insurance Counsel to the Future Claimants' Representative's: (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which Special Insurance Counsel to the Future Claimants' Representative is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: May 20, 2021

Respectfully Submitted,

SPECIAL INSURANCE COUNSEL TO THE FUTURE CLAIMANTS' REPRESENTATIVE

By its counsel,

/s/ Rachel Jennings
Kami Quinn, admitted *pro hac vice*
Emily Grim, admitted *pro hac vice*
Meredith Neely, admitted *pro hac vice*
Rachel Jennings, admitted *pro hac vice*
Kyle Dechant, admitted *pro hac vice*
GILBERT LLP
700 Pennsylvania Avenue, SE,
Suite 400
Washington, DC 20003
Telephone: 202.772.2250
Email: JenningsR@gilbertlegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 20, 2021, the foregoing document was filed with the United States Bankruptcy Court – District of Delaware and served upon all parties entitled to receive notice of filings in the above-captioned case via the Bankruptcy Court's Electronic Case Filing (ECF) system.

        By: /s/ Rachel Jennings
             Rachel Jennings, Esq.