

Stamatios Stamoulis
stamoulis@swdelaw.com

May 20, 2021

The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

      Re:    <u>**In re Boy Scouts of America and Delaware BSA, LLC**</u>, **Case No. 20-10343**

Dear Judge Silverstein:

    We write the Court to respectfully seek relief with respect to an issue with regard to the May 24 hearing.

    At the May 19, 2021 omnibus hearing, in connection with the Debtors' scheduling motion and estimation proposal [D.I. 2618], counsel for the Debtors told the Court that the Debtors would likely submit an expert declaration prior to the hearing on Monday, May 24, 2021.

    The Debtors did not identify their potential declarant, disclose his expert opinions or the bases for his opinions in the Amended Notice of Agenda of Matters Scheduled for Hearing [D.I. 4703] filed earlier today or in the notice of Agenda for the May 19 hearing after writing all other parties that they must do so. This leaves the parties in the untenable position of going into a hearing on Monday with no disclosure of what expert the Debtors may put on, or what opinions that expert may offer or there basis. Century noticed the deposition of the witness, [D.I. 4707] but the Debtors declined to make him available before the hearing. Debtors have stated that Century and Debtors should discuss this issue on Friday but by delaying until then, Century will be left without an opportunity to inquire.

    We respectfully request that the court order the Debtors to either produce their expert and make him available for deposition Friday afternoon, or otherwise be precluded from offering a new expert witness at the hearing on Monday.

                                   Respectfully,

                                   Stamatios Stamoulis
                                   *Counsel for Plaintiffs*