# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors | |

## NOTICE OF SUBPOENA OF BROWN RUDNICK LLP TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 34 AND 45

**TO:** Brown, Rudnick, Freed & Gesmer, LLP c/o The Corporation Trust Company Corporation Trust Center 1209 Orange St. Wilmington, DE 19801

**TAKE NOTICE** that Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), pursuant to Federal Rules of Civil Procedure 34 and 45 made applicable to this proceeding pursuant to Federal Rules of Bankruptcy 7034 and 9016, served a subpoena on May 14, 2021 to produce documents upon Brown, Rudnick, Freed & Gesmer, LLP ("Brown Rudnick") in the form attached hereto. Brown Rudnick was requested to produce electronically or at Stamoulis & Weinblatt LLC, 800 N. West Street, Third Floor Wilmington, DE 19801, by May 18, 2021 at 5:00 pm Eastern, all documents as described in Exhibit 1.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: May 20, 2021 | */s/ Stamatios Stamoulis*<br>Stamatios Stamoulis (#4606)<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street<br>Third Floor<br>Wilmington, Delaware 19801<br>Telephone:   302 999 1540<br>Facsimile:   302 762 1688<br><br>O'MELVENY & MYERS LLP<br>Tancred Schiavoni (*pro hac vice*)<br>Gary Svirsky (*pro hac vice*)<br>Andrew Kirschenbaum (*pro hac vice*)<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036-6537<br>Telephone:   212 326 2000<br>Facsimile:   212 326 2061<br><br>*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America* |