# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Derek C. Abbott**
(302) 351-9357
(302) 425-4664 FAX
dabbott@mnat.com

May 21, 2021

**BY E-FILING**

The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

      Re: *In re Boy Scouts of America and Delaware BSA, LLC*,
           Case No. 20-10343 (Jointly Administered)

Dear Judge Silverstein:

      The Debtors submit this letter in response to the letter [D.I. 4713] filed last night on behalf of Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century"). Century filed that letter on the docket hours after filing a Notice of Deposition [D.I. 4707] of Andrew R. Evans of Bates White, which seeks to depose Mr. Evans today.

      The Notice of Deposition is styled as pertaining to the Disclosure Statement and Solicitation Procedures Motion [D.I. 2295], the Estimation Motion [D.I. 2391], and the Scheduling Motion [D.I. 2618] (each as further defined therein). Century filed the Notice of Deposition after discussion on issues at the May 19th hearing before this Court, unilaterally and without prior outreach to the Debtors, seeking to depose Mr. Evans on those three matters, on approximately 22 hours' notice. This was despite the fact that the Debtors conferred extensively with Century's counsel following the hearing.

      Upon receiving the Notice of Deposition, the Debtors immediately notified Century's counsel that the witness was not available, scheduled a meet-and-confer, and had numerous phone conversations and emails with Century's counsel.

      No intervention of the Court is required, as in the event they seek to elicit testimony at the continued hearing set for May 24th, the Debtors have agreed to make any

witness available for deposition over the weekend and Century has agreed to re-notice the deposition accordingly.

                                              Respectfully,

                                              */s/ Derek C. Abbott*

                                              Derek C. Abbott

DCA/mch
cc:     Stamatios Stamoulis, Esq. (By CM/ECF)
         Tancred Schiavoni, Esq. (By CM/ECF)