# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE THAT WITNESS WILL NOT APPEAR

**TAKE NOTICE** that Century has been advised that no witness will be present for the deposition noticed for Friday, May 21, 2021 at 1:00 p.m.  Accordingly, the deposition previously noticed for Friday, May 21, 2021 at 1:00 pm will not go forward.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: May 21, 2021 */s/ Stamatios Stamoulis*

STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

O'MELVENY & MYERS LLP
Tancred Schiavoni  (*pro hac vice*)
Gary Svirsky (*pro hac vice*)
Andrew Kirschenbaum (*pro hac vice*)
Times Square Tower, 7 Times Square
New York, New York  10036-6537
Telephone:     +1 212 326 2000
Facsimile:     +1 212 326 2061
tschiavoni@omm.com
gsvirsky@omm.com
akirschenbaum@omm.com

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*