Your Honor,

Today I am writing this letter to try and close a chapter in my life that has deeply affected my entire existence. I have felt unbearable pain and shame that I carry with me every day of my life.

Growing up I was an adventurous kid. My parents always tried to feed that need for adventure. Starting with Cub Scouts and later advancing to Boy Scouts also helped to fill that adventurous spirit and help me learn to serve my community. Learning life skills, going to council activities, working on service projects and attending Summer camps filled my dreams at night. Learning the Scout motto had meaning

Looking back as an adult, the very first rule was broken by my abuser.

—TRUSTWORTHY— My abuser took advantage of my innocence. My childhood!

As children we depend on adults for security. My abuser was my Scout leader. That leader who my parents trusted me with, gained favor with myself and other Scouts with his kindness and affection.

My abuser, overtime, created a relationship with myself and my parents. My parents trusted him enough to let me go to his house and work on merit badge requirements with other Scouts. He even took me on an overnight trip out of town to one of his family members' wedding. My abuser sexually assaulted me at his house on one of those nights that I stayed there. I was paralyzed with fear as he sodomized me. In a moment he destroyed part of a child and part of me.

All these years I have carried a horrible weight, believing what my abuser did was my fault. I hate myself for what happened, it destroyed my youth and continues to destroy my adulthood. I live with this pain, guilt and shame every day. It changed me as a person for the worse. The abuse led me to quit Scouting, tell lies to make myself feel or look better. I quit school and never wanted to cross the finish line to succeed in something better. I have suffered from anger issues and depression that continue to this day.

One of the worst things that my abuser took from me is knowing what a normal relationship is. Being around other children caused me to be afraid. I never wanted to hug or show affection because I never ever wanted to be accused of abuse. Even my own children! I hated the feeling that it was normal and acceptable to all men to have sexual contact with children. For this reason, I have always distanced myself or felt very awkward being around children. I was not going to let this happen to me and in doing so it destroyed my ability to show affection. The guilt, the disgust and the shame were so paralyzing that I kept my mouth shut bearing all of the blame.

My abuser continued on in Scouting through the Catholic organization for many years after I quit and for that I will always feel guilty for other children that might have had their innocence stolen too. All these years I have destroyed relationship while suffering in silence. Although I can never get back what I have lost, I feel the Boy Scouts have known about the abuses for many years and have tried to sweep it under the rug. For me the Boy Scouts should have a settlement that is so large that they will finally wake up and start vetting and doing background checks on all leaders and anyone that helps out. And for all abusers to be held accountable now and in the future.

Respectfully,



TRoop 484 Westminster Colo

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801