To the Honorable Judge Lauri Selber Silverstein,

The intention of this letter is to give you some idea of the impact this sexual abuse incident has had on me during the last 56+ years.

First, I must mention that I never believed this day would come. To realize the utter pervasiveness of the abuse represented by these 95,000+ cases is totally overwhelming. If this issue does come to a vote on or after May 19, 2021, I will join the chorus of survivors and vote: NO!

In my case I have suffered from depression, suicidal thoughts, and panic attacks on numerous occasions; too many to count really.

For most of my teenage years I self medicated with alcohol and drugs. I suffered anxiety from not being able to disclose this abuse to anyone for fear of not being believed. My main coping mechanism was to try to block out my memories of this summer camping trip. I believe it would have been easier to cope with the situation if I had known or identified my perpetrator. He became an anonymous blur or shadowy figure in my memory.

At the time of the abuse I was plied with alcohol to dampen my resistance. Though I don't remember it, I must have passed out. What happened after that, only the perpetrator knows. My attempts to recall this incident of abuse during the proof of claims process caused me to actually relive it once more after all these years. As a consequence, I experienced nightmares and night sweats. I had believed that I was pretty much "untouchable", but this proved not to be the case. Reliving my sexual abuse has stirred up many deep-seated emotions.

I was raised Catholic, but I didn't dare mention this abuse to anyone in the church. I did not know who I could trust so I trusted no one. This was the safest position to take. It was common knowledge among my peers that Father so-and-so was to be avoided.

Physically, I recall that I often suffered from migraine headaches and nosebleeds. I also started sleepwalking according to my sisters' recollections.

Later in life when I mustered the courage to mention my PTSD episodes it was widely believed by many people to be a condition suffered exclusively by veterans if it was recognized at all. I would argue that sexual abuse perpetrated by a pedophile in childhood is much more devastating to deal with due to the age of the victims.

Even now, I have trouble sleeping at night. Through ongoing therapy including medication over the last 25+ years, I was able to somehow cope with these memories.

Fortunately in recent years there has been much more research done in the treatment of PTSD and the development of innovative therapies.

I have had thoughts of suicide many times over the years. Whenever I was asked to fill out a questionnaire concerning my mental health, my most common response was "I'm fine......".

This attempt at denial of my mental and emotional condition was one of my strongest defense mechanisms. I also continued to self medicate.

Reliving my sexual abuse through bouts of PTSD, has affected every aspect of my life.

My wife of 36+ years and I have one son together. I was hyper-vigilant with his care. We never once trusted anyone to babysit him when he was young.

I made a purposeful move to live outside of the United States for more than 18 years after I graduated university. This experience has changed my worldview and aided in my continuing recovery.

Thank you very much Judge Silverstein for giving me the opportunity to express myself through this survivors impact statement.



USPS Priority Mail label

TO:
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801