**FILED**

**2021 MAY 21  AM 9: 49**

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: Whom this May Concern

I SA-[redacted] my brother and I went camping. It was my first camping trip. I was excited about the trip. We sat around the camp fire roasting marshmellows, drinking kool-aid and singing. The next day when, I awoke i was [redacted]

[redacted]

I was about nine or ten years old, at the time of the incident. I told my brother, and he said not to say anything because our mother would not allow us to ever come back. After that I had nightmares. I started sucking my two middle fingers on my left hand

and with my right hand i started inserting my middle finger into my rectum to smell it. I was acting out for years, having nightmares. I was afraid and embassed to tell anybody. So, I stayed silent and continued to have bad nightmares my parents sent my brother and I to camp to have fun. Instead, I was sexually abused by the people my parents trusted. It ruined my life for years, I couldn't stay in a relationship. I felt ashame and disguised about what happened to me and many other children being taken advantage of by adults that our parents trusted. Please seek justice for me and every child that was abused and taken advantage of. I pray this never happens to any other child. I had children but I wouldn't allow them to go camping or spend the night over anyone's house due to my experience.      Thank you SA-



Justice Laurei Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801

