FILED

May 11, 2021

2021 MAY 21 AM 9:47

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE 19801

**RE: Claim Number SA** ▉▉▉▉▉

Your Honor, I would respectfully ask that you do not accept the current proposed reorganization plan offered by the BSA as it is insufficient. I would ask that you determine that the BSA has failed every member of the BSA, by not protecting its young and naive members. *To do my duty to God and my country and to obey the Scout Law; To help other people at all times; To keep myself physically strong, mentally awake and morally straight*, this is the oath given to each member of BSA and in every aspect of that oath it has failed.

Being the son of a single mother living in the local housing projects with ten other siblings in a small town, having even a toy was hard to come by. So, when I was asked to join the scouts, I was very excited. The scout leader had these small tanks, which I had never seen they were amazing and this influenced my interests in joining. Since my mother did not have a car the scout leader would gladly pick up and drop us off at home after our meetings. One evening after having a wonderful meeting and enjoyable playtime it was time to go home. As always, I was the last to get dropped off as I lived quite further than the other boys did. I remember it was late and it was getting dark I was very tired and must have fallen asleep.

As a young boy I was very trusting just thinking to myself everything is okay and how fortunate I was to be getting a ride and not having to walk or worse unable to attend BSA meetings or worse not be a scout of the BSA. I usually rode in the front passenger seat of the scout leader's car, on this particular night the scout leader took a different than normal route to my home, before I knew it, we were driving on the highway again. I felt groggy and not fully awake and noticed that I was no longer on the passenger side of the vehicle rather I was next to the scout leader and ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ became fearful because I knew this was not right but my body was responding to his manipulation.

This confused me I couldn't make sense due to the fear of not knowing where we were nor what was really going on. I did not know why this was happening to me nor did I know what to do or what to say. The scout leader continued ▉▉▉▉▉▉▉▉▉▉▉ after I was awake and looking at him like what the hell are you doing but I was unable to find my words, perhaps out of shear fear. It seemed like forever that we were driving and because it was so dark, I had no idea where I was or what to do. I was confused and scared I said to the leader "I think I better get home my mom is going to be mad."

The leader said "Okay I will take you home but you have to promise that you won't say anything to anyone about what just happened cause if you do you won't be able to be a scout anymore nor will you be able to play with the tanks you love so much." I agreed feeling unsure and confused. He zipped my pants up I buttoned as we pulled near my home. I never said anything to anyone as I was feeling ashamed, guilty and dirty that I succumbed to ▮▮▮▮▮▮▮▮▮▮▮▮ never went back to the BSA and I kept my BSA scout leader's secret.

I never realized how this affected me until I was in high school. During high school was the time when I became active in sports. I noticed that I was experiencing serious fear and inability to trust. I began having a problem with authority figures, fearful that one of my coaches or counselors would once again take advantage. Throughout my life I have never felt safe around other men, this event which happened when I was very young continues to affect my life as an adult.

I would ask you to assure all of the BSA victims that you are looking out for **our** best interests rather than those of the BSA who failed to protect us. The lifelong traumatic event we all were exposed to through no fault of our own continues, more than 50 years later, to negatively affect our daily lives. Your assistance in this matter is greatly appreciated and much needed.

Respectfully,



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801