SA-██

Dear, Justice Lauri Selber Silverstein

I am writing you because I am

FILED
2021 MAY 21 AM 9:48
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

sixty Seven years ago something that happened over fifty years ago is still haunting me and the brother one year younger than myself went through while on a Boy Scout Camparee in ohio, the scout leader was in the process of leading a group of scouts on bikes from Akron ohio to Sharon city Texas, Bicycle road trip and came through our home town in arkanbas. Where my family and the Scout leader in charge met. I have four Brothers and no sisters, we all participate in scouting. one of my brothers and myself ended up going back to ohio whith the Scout leader to attend a Scouting camparee. While we were in his care the sexual abuse started

SA-███

Each night it would be myself or my brother until I said enough, and with my brother confronted the Scout leader, and he didnt remember anything about what we were talking about. But turned real scared acting like he was trying to decide on what to do with us. When he finally let us call our parents, I said only we were home sick and wanted to come home. He started being real nice to my brother, and talked him in to staying and me flying home. The last thing he said to me, before boarding the plane was if I got home and started telling storys. I would never see my brother again, so when I saw a phone number to contact I did. Told story.

SA-

Your Honor

my brother and I are doing
as well as to be expected
were still together, and I'm
still looking out for him
and for that I am so grateful
and we both agree, we would
do anything to make sure
nothing like what happened to
us could ever happen to
anyone else in the world.
I'd like to say thank you for
your time, and service, and
listening, and I pray something
good could come to light.

yours truly

PRESS FIRMLY TO SEAL

FLAT RATE ENVELOPE
POSTAGE REQUIRED

'D STATES
L SERVICE ®

# PRIORITY® MAIL

## PRIORITY ★ MAIL ★

UNITED STATES
POSTAL SERVICE ®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

TO: JUSTICE LAURA STUARTON
BSA BANKRUPTCY CASE
824 MARKET ST. 6th FLOOR
WILMINGTON DE. 19801



STAGE PAID

Origin: 72450
05/13/21
0467410450-99

Retail

se.

Insurance (restrictions apply).*
y international destinations.

n form is required.

claims exclusions see the

ability and limitations of coverage.

.95

L 3-DAY®

0 Lb 1.80 Oz          1006

C012

24

05/17/21

ING® #

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

133 1778 92

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.