Claim # SA- ███

FILED

Dear Justice Lauren Silverstein,

My name is ███████████ 02 I am 56 yrs old I went to Boy Scouts in Johnson City Tennessee. My parents wanted me to made with my older brother who is 4 yrs older then me. I was only 8yrs old at the time. And at first enjoyed the meetings. On our first weekend camp out we went camping at a park called Buffalo Mountain Park. My Troop leader's name was ███ AKA ███ After we got our camp site ready I was told to go with ███ to get fire wood for our campfire several groups of two each went looking for wood in different directions. As ███ and I were getting wood he started talking about men being hairy and I would grow hair when I got older. I was not sure what he was talking about at the time I was only 8 yrs. old. We took some wood back to the camp and went to get more. When we got a long way into woods he stopped and told me to sit down and rest a few. He was standing in

[redacted]

our way back to our camp site he told me if I told anyone he would kill my brother and parents. he told me I better not quit coming to Boy Scouts because my parents would ask questions. so I did not stop going for fear of what he would do to my family. At almost every meeting we would have he would always get me by myself and

[redacted]

on our 2nd campout it got worse. This is very hard for me to write. but you need to know the truth. on this campout he took me in to the woods and was forcing me

[redacted]

of curse, I did Not listen. This lasted over 20 minutes. When

[redacted]

This went on for almost 3 yrs. Sometimes it would get very violent. I could tell you a lot. When my Brother was 15 yrs old he decided he was too old to be in the Scouts and got out. I begged my parents to let me stop also using my brother as an excuse saying I didn't want to go without him and it worked. The abuse did not stop. he would try to catch me after school and most the time he would catch me. He had moved in with 1 of my friends mother [redacted] was his name and was doing the same thing to [redacted] and made [redacted] and me do sexual stuff to each other. About a year after this started he got caught molesting a boy in a bathroom in a restaurant on Walnut St. He went to jail then to prison. I was around 13 yrs old at that time

Me and ▇▇▇ was friends untill he passed away 3 yrs ago from brain cancer. We never told anyone about what he did to us. When I was 14 yrs old I was a total wreck. I started smoking pot doing pills and drinking pretty bad. My parents could not control me at all and had me put on probation. When I was 16 yrs old I ran away from home and quit school never to go back. I left home and never went back also. I have never gotten married or had a family. This man messed up my whole life. Both my parents have passed away and I never told them why I was the way I was. I never told my brother untill about 6 months ago what happen to me. He was pretty upset about what happen. Today I would not send a boy to the boy scouts for anything. I talked a few of my friend out of sending there sons there. I am pretty sure I was not the only boy there going through this sexual abuse. If ▇▇▇ was living today he would be doing the same thing.

Trying to stop the sexual abuse in the Boy Scouts. When I was in my teens I tryed to kill myself 4 times. When I hit the age of 20yrs old I knew there was nothing I could do to change what happen to me as a young boy. There is a lot more I could write about what happen to me bye ▇▇▇▇. I am 56yrs old now and have spent my whole life bymyself. I have dreams about this stuff all the time. I stay depressed and was diagnosed manic depressant and also have a genetic form of glaucoma. If there is anymore info you would need from me. please don't hesitate to contact me anytime.

Thank you for reading my story

Claim # SA-▇▇▇▇