Justice Lauri Selber Silverstein  
BSA Bankruptcy Case  
824 Market St  
6th floor  
Wilmington, DE 19801

May 7, 2021

FILED
2021 MAY 21 AM 10:01
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Judge Selber Silverstein,

I appreciate your attention to this matter on my behalf and that of thousands of other former scouts.

As I write this, a wave of unpleasant emotion rises, as I have tried to put this matter to rest in my mind hundreds of times. I am 77 years old now and these events took place between the ages of ten and fifteen. For 62 years the emotional turmoil has been with me influencing my relationships with men and women as follows:

. Confusion caused by the excitement, secrecy, shame, and fear over events I could not understand

. Fear of any close friendship with men

. Hyper sexual behavior for my lifetime without any understanding of a healthy emotional aspect of a loving connection with women

. Needing to be drunk to sexually function much of the time and to try over and over to understand the emotions involved in intimacy

. Addiction to pornography that influenced all my relationships with women.

. Needing one sexual partner after another with no healthy connection with any

. 3 divorces partially due to my jaundiced view of where sex fits in a relationship; always making it the number one factor

. Alcoholism and drug abuse

I have been sober now for 36 years, through therapy 3 times, free from viewing pornography 6 years, yet the memory of each victimization in detail is still with me. I know longer am afraid of close friendships with men, Have a healthy non sexual relationship with a woman.

The sexual abuse in the scouting group I was in was rampant. Not only was it by the scout leader [also a youth pastor in the church we met in] but between the scouts on most outings and gatherings. This is what he taught us. The older scouts passed it on to the younger. I left scouting only to be abused again by former older scouts.

There were 6 boys within a block of my house who were all in scouting, and our neighborhood sleepovers would include sexual activity. One perpetrator was my best childhood friend.

After college I went into social work. I had many hours of training in sexual health and abuse. I had caseloads with both victims and perpetrators I was expected to counsel. It was a reminder of how the damage is done, how victims can become abusers. I tiptoed up to that line in shame but thank the Lord never crossed it. I suffered in shame an attraction to children I never acted on.

The money in this is no relief for the distortion in my life. I ask that you use your power to make this organization aware of and accountable for their decades of secrecy and discounting the damage done.

Sincerely



Case #