

May 9, 2021

RE: SA –

Your Honor,

　I was a child battling cancer, when it finally went into remission, my Mom was trying to do what she could to normalize my childhood. My Mom as a single parent, always did all she could do in her power to comfort me and make feel secure. In order to build up my confidence, she told me that she was going to sign me up to become a Cub Scout. She said they will make me strong and teach me how to survive in the wilderness, and how it would be such fun and good for me to get out and be around kids my age. She had no ideal that she was placing into the hands of predators. Grown men and older boys, who would strip me of every ounce of my childhood, that survive the threat of cancer.  I was sexually tortured, and told that this was being done, in order to make me a man, so one day I will be strong, proud and maybe an eagle scout. For some unknown reason I could not tell my Mother what I was happening to me, I knew it was not right, I still have nightmares from when I told her, and beg by her not tell on me. I can still remember the look on her face, as the tears trickle down her cheeks.

　I believed no one could ever understand how that experience, with both the Cub and Boy Scout cause me too throw away by life.

　　　　　　　　Respectfully submitted,

*I VOTE NO AS THE Plan STANDS oN May 19TH*

