

FILED
2021 MAY 21 AM 10:02
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 1980[1]

May 13, 2021

Dear Justice Silverstein,

    I am writing this letter to you to encourage you to find justice for all of the children and youth who were abused in scouting. No matter what monetary compensation you grant to the victims of abuse, it cannot erase their experience, but it will send a message to all the organizations who work with kids that abuse is not excusable and will not be ignored.

Please allow me to briefly share my own story and the awful consequences:

When I was 13 and 14 years old I was the most enthusiastic member of a Scout Explorers group that focused on music. The leader's name was ███████. He was a percussion instructor at the University of Nebraska at Omaha. He was always very nice to me. He sometimes provided transportation for me to and from meetings and events because my parents were busy. He made friends with my mom and found my family had some bad issues. He seemed to really care about those problems and about me. After a particular event that he had taken me to, he took me to a hotel on 72nd St and had sex with me, before he took me home. He made me feel like I owed it to him because he cared about me. I guess he knew he didn't need to threaten me not to tell because I was afraid of

my parents who were sometimes violent. After that, I didn't go back to any more meetings. I told my parents and my friend who was in the group that it was because school was starting and I needed to study. I was a virgin when Mr. █████ raped me. I didn't even have a boyfriend. My parents would not have allowed it.

    My experience was a huge factor in the failure of my first marriage. Even though I loved my husband, I avoided having sex, and when we did have sex, I wasn't able to relax or enjoy it. I began faking that it was fine because I didn't want my husband to be disappointed. I felt used. I never was able to tell him what was wrong because I was so ashamed and afraid of rejection. It was "only" ten years later that I was able to overcome this problem with

the kindness and patience of my second husband.

I know that even though my situation was unusual because I was a girl, and that others who were abused much worse than myself. I wanted you to read this because I'm sure there were other girls who were dammaged too.

Please do not let the Boy Scouts off the hook easily.

Thanks you.

Sincerely,