

## VICTIMS IMPACT STATEMENT FOR ASSAULTED IN SCOUTING
### Case # SA-▇▇▇▇

Your Honor , If it is all right, I would respectfully request to address the Court and The Boy Scouts Organization itself.

You don't know me, But you have allowed me to be abused sexually and physically by you organization.

Between 1974 and 1976 I was repeatedly sexually abused by two of your Scout Masters, who are also Decorated Police Officers. The assaults took place at Camp Yawgoo in Rockville Rhode Island and several times in the basement of the Immaculate Conception Church and in a room at the Franklin Gardens Motel..

I trusted these two individuals, Two trusted Leaders. Especially because they were also Police Officers, Detectives with numerous Commendations for The westerly Police Department in Westerly R.I.

The first assault occured while on a nature walk at Camp Yawgoo and continued for awhile after. I trusted ▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇ beacuse they were community leaders and senior Scout Leaders.

I remember ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I remember the blod and severe pains, And 46+ years later I am forced to recall the trauma when I hear stories from other survivors.

I notified several people over the years and to date no one has been held accountable for any abuse. Further to be told that this was "Bull shit" that these are good men and law enforcement officers.

I informed Eagle Scout ▇▇▇▇▇▇▇ and Scout Masters ▇▇▇▇▇▇▇ As well as Chief of Police ▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Sex offender Therapists
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

(2)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

In the updates from my attorney, I am being informed that theBoy Scouts of america want to settle for pennies on the dollar. I personally find this not only unacceptable , but also disrespectful and insulting to all parties involved.

Sexual assault survivors are given $25,000.00 by the state after a defendant is convicted in court for a single assault. I was raped repeatedly over a two year span and they had immunity and ascended the ranks.

I SIT UNDER OATH TODAY AND TELL YOU THIS WITH A HEAVY HEART.

I did not agree to be permanently scarred and permanently damagaed, sexually violated with objects and/or publically embarassed by them or any other entity everytime I hear thier names or what they represent.

Just because these individuals were considered responsible adults and police officersw does not mean that they are exempt or responsible for the damage they caused.

The defendants in this case have attempted to minimalize the case comparison to other cases , It must be serious if 190,000 men ahve come forward ex pressing concerns to what has occured. Or better yet, has been occuring since the 1960s.

Law enforcement who are scout leaders does not excuse  or lessen the severity of what happened to me and others. It should not weaken this closure , or the severity of the penalty, punishment or restitution.

If someone like myself from a middle class family was accused of these felonies and displayed no remorse or accountability other than  concealment with a job. The punishment would be $25,000.00 to the victim and 10-50 years for the defendant. Not to mention a life long registration as a sex offender.

The fact that these two were poliee officers, scout leaders should not be a reason for leniency or excuse.

(3)

What has been done in the last 46+ years, does this warrant immunity or leniency ? Or that they were promoted andgiven a pension and quietly dismissed?

To conclude I want to respectfully Thank you , the support group and my fellow survivors who have had the courage to come forward and hold these perpetrators responsible. I would like to thank the medical personnel who treat these victims and the mental health workers who counsel the survivors. The Therapists who offer treatment for the offender and the ones who assist us in never offending anyone else.

I want to recognize my parents, family and the thousands of survivors hwo came forward. I stand shoulder to shoulder with them and let them know that they are not alone.

I PRAY that writing this  to you will address the fact that even though the rapes occured decades ago, I still suffer today, 46 years later.

Please allow Justice to prevail and that this cover up  be finally justified. Order the parties responsible to step up and take an accountability for their actions.

Thank yo for your time in this matter.

CC:filex2

