



May 13, 2021

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market St, 6th Floor

Wilmington, DE 19801

Re: SA-▮▮▮

Your Honor,

The Boy Scout meetings were held in a building adjacent to the American Legion building. During the meetings, the leaders would point at me, then point at other Boy Scout leader and in hushed tones, say "We will get him". I did not know what they meant but it made me very uncomfortable.

I was only 10 or 12 years old. I was being watched constantly at these meetings.

When my brother took me to one of the leader's homes to pick up banty hens and a rooster, this leader answered the door in his bathrobe and then flashed us and tried to reach for us. We had to go more than once and sometimes he was in his underwear. He was never properly dressed. I did share this with my parents, but they did not take me seriously. I was told they did not want to hear it and to not tell this to anyone. I stopped going to this leader's home. My parents punished me by sending me to my room without supper. I then stopped going to meetings and would go to a friend's house instead. My parents found out but did nothing to try to understand.

BSA Bankruptcy Case SA███

This led me to not wanting to go to school because the boys were pressing me to always go back to the meetings. I never went back to the meeting and my schoolwork slipped because I felt lost and had lost interest in things.

To this day, this nightmare has followed me and affected everything I do. I have never found a way to deal with it.

Very truly yours,

