[REDACTED]

May 10' 2021

BSA Claim # SA-[REDACTED]

Justice Lauri Serber Silverstein
BSA Bankruptsy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear your Honorable Justice
   I am reaching out to you in regards to BSA Claim # SA-[REDACTED] I'm currently 49 years old. To the most unfortune I was sexually assaulted on many occasions by several Scout Masters between the years 1982-1984. I was only a child looking for someone to look up too, something to belong too. I put my

trust in these men "Cus they would say "On a Scout's honour", and they deceived me, lied to me, and made me feel as though it was all my fault.

They made me feel as though I deserved what they was doing to me because I had been a bad boy. Your honor these men took my life away from me, before I ever had a chance to live or enjoy those early on years of my life.

Since this all occured, the past 38 years of my life have been in true distress. I've attended counseling at Meridian Behavioral Healthcare- Gainesville Office, Mental Health Center, and have suffered from depression and anxiety throughout my life.

These Scout Masters abuse ranged from threats of violence, fondling, groping, oral sex, and even penetration. I've attempted to forget

this part of my life, but to no avail.

Your honor the BSA was aware that these monsters existed, and instead of helping myself and the other victims they all covered for each other. and continued the abusive activity amongst many other kids.

As I reflect back on my life today, I wish I had the courage to say something in 1982 in my defense as well as others, which could have perhaps stopped the abuse from continuously happening to others.

The courst must hold the BSA accountable for the countless lives they have effected.

Sincerely,

[redacted]