Dear Justice Silverstein,   Claim Number: SA █████

FILED
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

My name is ███████████ and I'm from Illinois. I just want to write and tell you what effects the Boy Scouts of America has had on my life. As a young boy growing up without a dad my mother thought it would do me good to have a male role model in my life. I loved my mother dearly I'm just glad she has passed away before the truth came out about the BSA and what happened to me at the hands of the BSA. I was living in Peoria, IL. And going to the church on the corner of Madison and Mary St. I only lived a half block away so I would show up early and leave late. During this time I was told by my scout leader to touch him in ways no kid should be told to touch adults then I was told to relax and let him do things to me that no adult should do to children. I then moved to our new house and started going to the BSA at the church on the corner of Atlantic and Republic Street. The Scout leader told me from the first place where to go for Scouts at the second place. I also believe he told what he was doing to me because no sooner than I got there both scout leaders there started doing sexual things to me all the way up to when I finally stopped going. I remember the first names of my rapists ███████ and ███████. As a result of my being sexual abuse I ended up sexually assaulting my cousin. I thought

①

THAT WAS WHAT WAS supposed To Happen. I found out in a Hurry THAT iTS NoT. My Cousin Told And I WAS Sentenced To prison For 6 years. I Took Counselling And learnt THAT I should of Told someone And THAT iT WAS wrong. I wish The people who Abused me would Have To go Through wHAT I Have To. I Now Have To register For life, can't go Around Any place Kids Are, can't Find Jobs, or Housing. But Because THey Have Money And Are Backed By A Large company BSA THey get To give us victims penny's For our pain And suffering THAT we Have To live with The rest of our lives its Not

Fair

regretfully,

CLAIM Number: SA-████

P.S. DonT Let BSA OFF THAT EASY

②