This letter is in regards to the BSA. My name is ███████████ was born in Chicago, Illinois January 5th 1952. I attended St. John De La Salle catholic grade school. This has gone on long enough with the BSA, I have dealt with this for 59 years. I believe after what I and others have gone through that the BSA should be terminated, because they had no control over their scout masters who parents in good faith let their young boys join BSA not knowing the end results. Therefore I feel that the termination of the BSA will end young sheep going to slaughter.



May 12, 2021

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street

6th floor

Wilmington, DE 19801

What happened to me changed the course of my life. I had begged my parents to let me be a Boy Scout. Finally, they agreed, even though we had trouble affording the extra money it would cost. The meetings took place at St. John De La Salle's Church basement in Chicago, Illinois.

The leader said we would have an overnight. It was after Christmas and happened to be on my 10th birthday January 5th. Two buildings were used for the event. The building we were assigned had three rooms. A center room with a potbellied stove that was used for meetings and two sleeping rooms, one for the scouts and one for the staff on either side of the meeting room. It was very cold. Each Scout had a bunk. I remember I went to sleep wearing underpants and a t-shirt in a sleeping bag. I had no socks on.

It was not long before I was awakened by the scoutmaster, ███ ███ (not sure about spelling), he shook me and told me to come with him into his room and stand very straight in front of him. The lighting is dim and I am not understanding what is happening. He told

███ He told me I was being initiated. ███

told me to stand in front of him and he threatened me and my parents with excommunication. I was scared to death! He then said he knew Monsignor ███ and that my mother was the president of the Alter and Rosary Society and we would all be put out of the church if I ever told anybody.

He then told me to put on my clothes and go back to bed.

I needed HELP!, but there was NO HELP!. I couldn't tell my mother; I couldn't tell my father! I had to bear it all myself and I was TEN. After the molestation, things began to fall apart. I felt dirty, frightened, nervous, attacked. I began pacing and bouncing my heels. My grades went down. I began wetting the bed and did so until I was Fourteen. I didn't turn out to be a bad kid; I didn't beat up other kids. I beat myself up and still do, being worried, nervous and pacing all the time. I couldn't concentrate or focus. I always wonder if I would have been smarter, calmer, more on target in my life or bigger, stronger….if this had not happened

