Judge Laurie Silverstein

U.S. Bankruptcy Court District of Delaware

Bankruptcy Petition #: 20-10343-LSS

824 N Market St # 500, Wilmington, DE 19801

FILED

2021 MAY 21  AM 10: 07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

You're Honor,

    I can imagine the letters arriving daily from abroad. I will not reveal any explicit descriptions in this letter. Suicide attempts, drug and alcohol abuse, difficult holding employment, maintaining relationships unable to trust anyone... even loved ones. I have been away from my hometown for 25 Years and I am prepared to leave yet another relationship. I hope that there is some kind of resolution to stop the pain and suffering.

    You have a lot of weight on your shoulders and I hope to get help soon. I wish you a fair trial.

Victim:

[redacted]

PITTSBURGH PA 150
15 MAY 2021 PM 8 L



Judge Laurie Silverstein
U.S. Bankruptcy Court District of Delaware
Bankruptcy petition #: 20-10343-LSS
824 N. Market Street
Wilmington, DE 19801