

21 AM 10: 10

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 2, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE 19801

Re: Claim Number SA - ▮

Dear Honorable Justice Silverstein;

I am ▮ a psychologist licensed in the state of Hawaii. I am also a member of the class-action lawsuit against the BSA. It was emotionally difficult for me to initiate a claim with this suit and I didn't contact the attorneys until late October of last year. It was psychologically taxing to recount my story which triggered a challenging two-plus months for me and my family which coincided with the holidays. I was initially reluctant to write this letter to the court knowing that it would again cause disturbance in my life-it has. Yet I do want to put closure on, and see justice served in, this matter. No doubt, there are many other claimants who, true to the diagnosis of PTSD, will not be writing to you to avoid the memories and emotional fallout of their trauma. This avoidance is one of the criteria for the diagnosis.

I was a naive twelve-year-old boy when the assistant scoutmaster of my troop, ▮ targeted me and eventually sodomized me after plying me with a large amount of alcohol (I had never been drunk before in my life) and in the process made me violently ill. I'd like to share with the court the nefarious and despicable manner by which Mr. ▮ did this and the consequences that unfolded for me over the ensuing decades as well as my actions to warn the BSA and, in an inept and fumbling manner, my efforts to get some sort of closure and apologies or acceptance of responsibility in this matter.

I was eleven-years-old when I, with the help of my parents, found Troop Two which met on the compound of the Lutheran church in Middletown, Connecticut-the town where I was born and raised. I very much enjoyed scouting and had advanced quickly through the ranks of tenderfoot, second and then first class scout. I'm not sure exactly when ▮ joined as an assistant scoutmaster of Troop Two but it coincided with my efforts to advance in the areas where merit badges were needed in scouting. I was attempting to become a Star Scout and hoped I would eventually become a Life and then an Eagle Scout -the highest achievable rank. I was the troop leader of my troop by

that time and I was a relatively happy young boy. He befriended me and I relished the attention he gave me-perhaps because my father was strict, cold and distant and often busy as I had three older brothers and a sister to be cared for. Mr. ▓▓▓ was an advisor who could assist me with and sign off on the first aid merit badge which was required, I believe, to be a Star Scout.

He brought me to my home after a Troop meeting one night as he had told me that he wanted to take me camping that weekend. I was elated as I really enjoyed camping. He was standing in the hallway of my parent's home in his full Assistant Scoutmaster uniform (and I was in my Scout uniform) when he told my parents of the plan and they (unknowingly and naively) agreed. They did not think it was strange that a Scout leader would be taking an individual scout on a camping trip. They trusted him and the BSA as did I. Though the camping trip was not until the next day he said I should stay over his place so that we could get an early start the next day.

He also told me when we got to his home - a dingy apartment in a house on Long Hill Road in Middletown, Connecticut - that we could work on the First Aid merit badge that night. He had me ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ paid for the food with food stamps - I had never seen these before. I understood later on that he was on some kind of disability. We then went to pick up another boy named ▓▓▓▓▓▓▓▓▓▓▓ house and went to this "camping" trip which was actually some kind of CB (citizen band radio) gathering/ "jamboree" he called it. We pitched our tent on the grounds there and in the middle of the night it rained so hard that we had to pull up our tent and leave. We ended up going back to ▓▓▓▓ apartment and slept there until the morning.

That next morning I remember ▓▓▓ going into his bedroom with ▓▓▓ and closing the door. I don't know what happened there but when ▓▓▓ came out he was in tears and ▓▓▓ said he was going to bring him home and I was to wait for ▓▓▓ to get back, which I did.

That evening ▓▓▓ showed me a bottle of vodka and encouraged me to drink. I don't know how many glasses he gave me but I remember becoming very sick and puking that whole night and well into the next day. That next morning he asked me if I ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. He also told me that he was concerned about me that night as my eyes had dilated. That was

the last time I spent the night in his place. He got what he wanted and then he introduced me to his friend ▇▇▇ the next day who wanted to be with me and told me that he would buy me a CB radio. I thought ▇▇▇ was creepy and told ▇▇▇ that I wanted to go home and he brought me home.

Since that time I struggled to understand what happened and how it affected me. For many years I struggled with my sexual orientation and believed that the abuse was the cause of my confusion. I dated women and dated men and didn't have any meaningful romantic relationship until I was 28 years old. That didn't last long and neither did the following three relationships. I finally met someone I could marry in 2014 at the age of fifty-four. It's not the happiest of marriages but it's good enough and we have a one-year-old son and another on the way. I was in therapy for about fifteen years. I abused alcohol, marijuana, and other drugs for many years, especially in high school and college and I am lucky to be alive as I engaged in a lot of reckless behavior over the years and considered suicide many times.

I was very ashamed of what happened and didn't tell anybody for a long time. I left the BSA within the year. I got as far away as I could from Middletown and after college joined the Peace Corps. Somewhere between 1984 and 1985 when I was overseas living in Japan I wrote a letter to the Long River Council of the BSA in Middletown, CT which was the Council to which my troop belonged. It was a lengthy letter detailing the abuse as I was concerned that ▇▇▇ might be still abusing other children. I never got a response from them. I also phoned the Middletown, CT police department in 1990 to tell them about what happened. I returned to the US in 1989 after having been away for eight years having lived and worked oversees until 1989. They told me that I should seek therapy which I had already started in 1989. Other than that they said they could not help me.

Sometime in 1995 or so I was in therapy and my therapist thought it would be a good idea to forgive ▇▇▇ so I wrote a letter to him doing that. I regret that. That letter ended up with his son of the same name (I guess he was a junior). His son told me that when he opened my letter he immediately knew what it was about as he knew that ▇▇▇ had done this sort of thing to other boys. He sent it along to his father and called me to inform me of this and his correct address and, I believe, phone number. I called ▇▇▇ three times over the course of the next few years. I really wanted an apology and a full accounting of what he did to me that night as I had blacked out for part of the incident. ▇▇▇ was no help. He said it was a long time ago and he did not remember. He denied doing anything improper.

He also said that he started a new family and wanted to leave the past behind. I would love to leave the past behind but it still plagues me and I have nothing but hatred and rage for ▇▇▇ and what he did to me. I also despise the BSA for their complicity in his crimes. My pleasant memories of my childhood in that small New England town are forever tainted by the memories of the trauma. ▇▇▇ the child rapist - has

since deceased never having been held accountable for his crimes. The BSA is also trying to shirk their responsibility it seems.

My understanding of trauma is that significant healing can take place if the traumatized individual can tell their story to the party or parties that traumatized them and be heard. I was never heard by ███ or the BSA even though I made many attempts. I have to accept this state of affairs. I will never know what my life would have been like if this never happened to me but I do want justice served.

Thank you for your time and understanding in this matter.

Respectfully,

