Reference

Dear Members of the Court:

The sexual assault by my Scoutmaster whom I trusted and looked up to, should never have happened to any Boy Scout. While stationed in Rotterdam The Netherlands My Father loaned the use of his Rambler Station Wagon to take our troop across the channel to a Jamboree. While there I was forcibly assaulted sexually so intense that it affected my life permanently. This caused a problem with intimacy in two failed marriages. As a child I couldn't share the attack with my parents as we were a military family with pride and strick rules. My Father Lt.C. [redacted] has since passed on as has his wife, my mother. This was a heavy burden to carry emotionally and also affected me physically. I did not know the scope of the abuse in scouting as a whole. I am glad to be speaking up Now.

Yours Truly