To the Court Magistrate and all involved in the Proceedings:

FILED
2021 MAY 21 AM 10:28
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

It's been a long time since I've written a letter, that is going to be as important as this one is going to be.

Maybe it will help to give an Image of what kind of child I was. I come from a poor family. We were never allowed to do what other children did, that was considered average or normal. So it came as a great surprise that my father allowed me to become a Scout. I think it was because the Scout leader was a friend of his, that worked on the Railroad gang with him and he was also the Deacon of the Church that our family went too.

I not only wanted my father to be proud of me, but I also wanted earn the respect of our Scout leader, who often led us in Sunday School Classes. I really didn't think that when camporee came along, that I would be allow to go, because it was over-night. Well as it turned out, the Scout leader convinced my mother & father that

there was nothing to worry about. They were told that the camp was secure and I would be as safe as if I were in my own home. I guess what was not realized by the Leaders or my parents or even the whole Boy Scout System was the attitude of all the individual Scouts and their leaders.

When we first arrived at the camp, We were not allow to Pitch our tents Where the white Scouts were and our recreational area was a pond where the farmers animal used. It was in this pond, on the first evening, that I almost lost my life. In those days a kid never admitted that "they couldn't Swim. I was one of those Kids. It was from those many Saturday mornings, Watching Tarzan on T.V. that I learned to hold my breath and copy Tarzan, swimming under water. The older boys would not allow the younger and the ones from a certain area of the town or strange acting. I was one of those kids. My father had what was like a farm within the city limits.
This was the basis for Which Each Kid was chosen to stay in a tent, overnight. So I ended up staying all night in a tent with a bully and a transexual.

I went over 60 years, not telling anyone in my life about what took place in that tent that night and probably would have went too my grave with the knowledge of it, if it had not been for the commercial on T.V., which brought the memory of it all back.

I'm 76 now and the affect of what happened that night has already taken its toll. I just think of the young boys now, who might go into the Scouts now, with their head in the clouds and running into more agressive boys and young men, who are not concern about anyone, but themselves, and the possible influence they may have on the ones just entering the organization. There is noone or nothing there too protect their innocence.

Respectfully Yours

███████████████

Claim No. ███████

CHAMPAIGN IL 618
15 MAY 2021 PM 5 L

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th floor
Wilmington, DE 19801

19801-302499