We all should
Be ashamed of ourse[lves]...

AVA Law Group
Claim # SA-[REDACTED]

To: Justice Lauri Selber Silverstein

My name is [REDACTED] and I am writing to you today to let you know my objection to the ReOrgazation Plan Put Forward By the B.S.A. and if it comes to a vote I'll vote that it is not Sufficient. I Feel that the B.S.A. did not do enough to protect the young children who were trusted to its care and ignored or even covered up the abuse when it was reported in order to protect themselves from liability or even Prosecution and they did this knowingly and Purposely.

I joined the BSA when I was 12 years old and was abused By my scout leader and his wife as well as Several older scouts unwillingly and even forcibly, I am now 62 years old and am still suffering from the stigmatism caused By this and am introverted and ashamed Because of it.

I was never able to have a normal relationship with a woman and had a hard time trusting people until in my late 30s I also have had Problems with alcohol & drug abuse Since I was 13 or 14 yrs old. I had a hard time being around other People, dropped out of Highschool at 15 was kicked out of my home & Joined Job Corps got my G.E.D. with the second Highest Score in the state of OR. was offered a full Scholarship to any College or University in the State but turned it down because I couldn't stand Being around People, I feel that the abuse and Shame I suffered was the biggest Part of my (over)

Failure in all aspects of my life and that it still affects me 50 years later

Why Should the B.S.A. be allowed to keep denieing + acting like they werent a part of this and get away without compensating us who were wronged By them and their refusal to accept responsibility for trying to cover up this abuse for decades. because they knew about it since the early 50s and did nothing to stop it. which is the same as condoning it or even promoting it

P.S.

if they are not Held accountable then you are just as bad as the Pedophiles that they Protected and the People that should have Protected us But did not care enough to stop the abuse and who now are trying to say that it isn't their fault that it Happend even though they knew about it for over Half a century! they allowed it too!

P.C.

this is simular to the catholic church and their Pedophile Priests that they Protected too!