Justice Lauri Selber Silverstein

BSA Bankruptcy case

824 Market Street Sixth Floor

Wilmington, DE 19801

FILED
2021 MAY 21 AM 10:06
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

Friday, May 14, 2021

To The honorable Justice Lauri Selber Silverstein

I was a cub scout for awhile in the 80's. I really enjoyed it until the last camping trip. My father was an alcoholic and never around. So, the grownup men/scot leaders, and masters, really made it feel as though I did have father figures around that cared about me.

But then came my last camping trip. I was around 8 years old and the first day was fun and filled with activities. There was a lot of kids there from different packs and troops and age groups Then night rolled around, and it was time for bed. Every cabin of about 8 to 10 of us boys was accompanied by a scout master to stay the night with us. I remember it was loud and horseplay everywhere in that cabin. Along with our Scout leader or master, he also played along and I though he was so cool, but didn't recognized him, he was not from our pack. As we settled into bed, I distinctly remember him telling us to all go down to our underwear to sleep in. Because our body will warm up the sleeping bag better with no clothes then with clothes on. Not sure why that still resonates with me so strongly. Then I remember being woken



dumb and scared not to say anything, because he never told me to keep it a secret and he acted like it was normal, and nothing happened. I remember feeling for so long that it was me who was weird and wrong This night as we went to our beds for sleep, I laid there never meeting the cabin leaders' eyes or getting close to him. I was so scared it was going to happen to me again. But I am not sure when, but this night about two bunks behind mine, I could here him waking up another boy. And I watched as a

red-haired boy walked bare foot across to that guy's bed. At some point I finally crashed and slept. That was the last night at that camp.

A bus took us back to our meeting house where we came 2 a couple times a month as a pack. My mother was there waiting to pick me up. I didn't say nothing to her or anyone. I don't know the other boys name that got molested the second night, or if he said anything. Or if anyone said anything from our cabin that night. I remember throwing a fit about how I hate it there. and my mom said I did not have to go back there anymore.

I am 41 now, with 2 kids (my wife/their mother died of cancer this year). Threw life this has affected me in many ways. Marriage problems, erection problems making friends was and is really difficult. To this day I never leave my children alone with another male adult. Even if they were family or friends. Or if they want to go to our neighbor's house and play with there kids. I still would not let them go without me because I was worried what their dad would do, even though their mom was home too.  Spent many nights feeling like something is wrong with me and horrible daydreams about this.

I only recently about a year or so, have I opened about this. Once I learned I was not alone. Most of my psychiatric and phycology appointments, even now are about combat related issues. I was an army combat medic for 6 years. So, I only go to the VA hospital and threw their programs. I always thought that I should keep my health problems directed solely at the times I was in combat.

Please do not let the BSA get away with this. They have damaged so many of our childhood and adult lives.

Respectfully,



Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market St, Sixth Floor
Wilmington, DE 19801

U.S.M.S
X-RAYS

19801-302499

RALEIGH NC 275
Research Triangle Region
17 MAY 2021 PM 3 L

