# AIS

ABUSED IN SCOUTING

EISENBERG ROTHWEILER
PHILADELPHIA, PA

KOSNOFF LAW
SAN JUAN, PR

AVA LAW GROUP, INC.
SAN DIEGO, CA

2021 MAY 21 AM 10: 05
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

CASE # SA-17361

To justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801

Dear justice Lauri Selber Silverstein,

My name is ▮▮▮▮▮ and i am 72 years old and here to say yes i was molested by a Scoutmaster back in 1960, in Flint, Michigan. It was a one time weird experience for a 12 year old kid. I remember there were other boys there by the pool and down in the basement where there where a lot of toys and things to play with. The boys in the pool were all skinnydiping. Only in the basement i ended up naked like the other boys. I don't like to talk about this it brings back bad memorys. He gave me a hand held Game to play with and ▮▮▮▮▮▮▮▮▮▮

So when that happened i backed away put my Clothes on and spilt ran out of there took the bus home. My mother asked me if i was going to join the scouts i said heck no!!! (OK she said) I just couldn't tell my parents my dad would have gone over there and beat that Guy in the head and my mother well she would have freaked out!! So i just buried it back in my mind. Thank you your Honor for Listening.

Sincerely,
▮▮▮▮▮

888-99-SCOUT | 3667 VOLTAIRE STREET SAN DIEGO, CA 92106
ABUSEDINSCOUTING.COM

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St, 6th Floor
Wilmington, DE 19801





BILLINGS MT 591
12 MAY 2022 PM 1 L