

FILED

21 AM 10: 07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 13, 2021

Claim Number SA

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

Dear Judge Selber Silverstein:

Please do not let the Boy Scouts of America (BSA) off the hook so easily for what they did to me. When I was a young boy at their camp in Central Florida, they held a race through the woods that I participated in. When I was deep in the woods one of the counselors ▮▮▮ ▮▮▮ I have not been the same since. I suffer with insomnia, guilt, self-hate, and inferiority complex.

I have enclosed a photo of me, my brother, and a friend when we were scouts. It was supposed to be a happy memory of my childhood- but is now just a source of nightmares and sleeplessness.

Sincerely,

5/13/2021
Date