From: ▮▮▮▮▮▮▮▮▮▮

FILED May 16, 2021
2021 MAY 21 AM 10: 03
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: BSA

This started when I was very young at olivevet. I live three Blocks away so for fun we go around the block to play at the center that is what we called it. We played all kind of games their so they started a Boy Scouts and we want on a trip to the Chesapeake Bridge and the woods. It was about twelve of us and it was very cold so the Scout Master put all us in a van and off we went into the woods of the chesapeake looking for this cobin in the woods after a mile we found it. Some of are friend got losted so the scout master told me and a to get small pieces of wood for the fire so we could keep warm in the cobin he started the fire and he said ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

will be very hungry so we ran until we could not any more ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ Alcohol Anonymous showed me how to deal with all my feelings from this Boy Scouts sexual abuse.
Not enough time.

PHILADELPHIA PA 190

17 MAY 2021 PM 7 L

19801-302499

Justice Lauri Selber Silverstein
BSA Bankruptcy CASE
824 Market Street 6th Floor
Wilmington DE. 19801