May 9, 2021
Justice Lauri Selber Silverstein
824 Market Street-6th Floor
Wilmington, DE 19801

RE: Claim Number SA-███

Dear Judge Silverstein:

Thank you for taking the time to read my letter. My abuse happened over 30 years ago. It has been very painful to live all these years with the abuse that I suffered. The abuse from my scout leader stole my innocence as a child. I was scared by the threats made by my scout leader and ashamed to tell anyone. To be honest, it has affected my entire life. It doesn't just all go away once you are an adult. The abuse haunts you forever. It never goes away.

My parents were going through a divorce. My mother, my siblings and I moved to Illinois. My father stayed in Missouri. It was a horrible time in my life. We barely got to see my dad once we moved. My mom was doing everything she could for us. She was working as much as she possibly could to take care of us kids. I was the oldest child out of 5. My mom put me into boy scouts. She really thought it would help me. Since we were new to the area, she hoped it would help me make new friends and that I could learn a few things since my dad wasn't really around to send time with me. The meetings took place at a church in town. She never had any reason to worry about me going to boy scouts. Why should? These meetings were taking place at a church with boy scout leaders that had been checked out and deemed good people.

Now that I am an adult, I can look back and I realize that my boy scout leader knew exactly what he was doing. He needed a child like me to abuse. A little boy that just moved to a new place, that had just watched his parents go through a divorce and a child that didn't have a dad around anymore. He started by gaining my trust. He made me feel like I was important to him. That I was smart. I thought this was great at first. I thought in my little innocent mind, that I was doing really good in my scouts and that I was going to do something big in my life. He started off slow. Once we went out of town to go out and eat. On our way we saw a car accident. We had to pull over. I didn't really do anything to help. But my troop leader gave me an award. It was a plaque that had my name on it and everything. Looking back now, I realize that I didn't really do anything to deserve an award. This was just another part of his grooming me. Eventually, the troop leader invited me to come out to his house to shoot guns. He had a cool climbing tower, he said that I could just come out and spend the day. I was excited because it sounded like a lot of fun. It also made me feel special because to my knowledge other boys from my troop weren't being asked to go. I went and it was fun. I felt like he was teaching me how to shoot guns and spending time with me, like I wish my dad would have done with me at the time. Looking back, I now realize how hard my troop leader worked to gain my trust. He was also gaining my moms trust. She thought it was great that this trusted man was spending time with me, knowing what all I was going through with my parents divorce and my dad being out of my life.

After some time, the visits to his house turned into asking me to spend the night. He said we would watch movies and hang out doing guy stuff. He had me mentally trained to think that

he was a good person and that I could trust him. At this point I looked up to him. He knew this. He had been grooming me for some time. This is when the sexual abuse started. The first time I spent the night there, we started watching movies. He wanted me to lay in the bed with him to watch the movie. I didn't think too much about it until the movie was over and he wanted me to sleep in the bed with him too. At my age at the time, I didn't think too much about it but did feel it was a little uncomfortable. His wife was not home that night. I believe she was a truck driver or did some kind of work that she wasn't always home. ████████████████████████████

████████████████████████████

told me that I shouldn't tell my mom or anyone because this is just for us boys to know about. He also said that if I could keep our secret that he would let me shoot guns the next day. Each time I spent the night after that, it got worse. He would tell me stories about what grown up boys do and how it makes them feel so good. He said ████████████████████████████

████████████████████████████

out to eat that he knew I would not tell anyone what he had done. He said he was sorry if he made me uncomfortable in any way and that he never wanted me to feel that way around him. He said that I could always trust him and that we were friends. The next time I went to his house, he asked me if I had been practicing what he taught me. It all started out the same way it had before but this time, ████████████████████████████

████████████████████████████

that I trusted, in this man that I thought cared about me. He was like a different person now. He threatened that if I told anyone ever that he would kill me and my mom. It was horrible. I was a little boy. I didn't want my mom to be hurt or murdered. I didn't want to be hurt. I was just devastated by everything that had happened. I didn't go back to his house anymore. I also quit the boy scouts.

    My life started to crumble after this. I was put into special ed classes at school because I started having behavior problems and failing my classes. I really was acting out a lot. I didn't know how to express or tell anyone what had happened to me. All I knew was it was very bad and that I could never tell anyone or something bad would happen to me and my mom. In the 8th grade, I had to be put in the hospital because I made a suicide attempt. My little life was spiraling out of control and no one could figure out why. I wanted someone to just figure it out for me. I wanted someone to save me and take away the pain and fear I was feeling. I thought maybe if someone could just figure it out without me telling anyone that me and my mom would still be safe.

My troubles followed me through high school. I did graduate high school but was in and out of trouble. I remained in special ed classes. In my adult life, it still followed me. I have had trouble in my relationships. Trouble letting it go. Trouble trying to forget it.

He stole my innocents. He stole my childhood. How am I, 30 some years later, still controlled by him? He still has control over me, still feeling ashamed for what HE did and that it still pops up in my mind all the time. It still at times affects my relationship. As an adult and father now, it scares me to think of the ways he groomed me and tricked me into keeping quiet. I have held my own children back from certain activities or groups because I don't trust anyone.

███████████████ boy scout troop leader for troop #262 in Salem, Illinois. In Marion County. That was my abuser. He is the monster that did this to me. He is the one that has controlled my life since I was a little boy. He is the one that took my childhood from me. His home that he would take me to was in Kell, Illinois. I have found out that there was another little boy that he was actually convicted of sexually abusing. He was also a suspect in a murder trial of a his own granddaughter, though he was not found guilty. I feel somewhat guilty for not speaking up and telling what he did to me because maybe the other boy wouldn't have gone through what I did with him. But I was just a little boy myself.

This has opened up a lot of emotions and memories that I would rather not have to face. But I am also grateful for the courage to finally stand up to my abuser. The Boy Scouts of America need to be held responsible for what I have gone through. My childhood is something I can never get back. The pain and emotions I have dealt with my entire adult life. This all because I was left in the hands of someone that should have been trustworthy. Someone that the Boy Scouts of America should have made sure was trustworthy! I thank you for your time and I pray that you will not just read, but hear my story.

Thank you

███████████



SAINT LOUIS MO 630
10 MAY 2021 PM 10 L

Justice Lauri Selber Silverstein
824 Market Street - 6th Floor
Wilmington, DE 19801

19801-302499