① Claim Number — (SA - ███)

I have found it very hard to start a letter that recalls events of Sexual abuse ~~trauma~~ that changed the entire corse of my life. Yet somehow it is important to bring to like the trauma. I would endure as a child. This is extremely difficult to ~~talk~~ about and found it even harder to write about, yet I feel it's necessary to bring it to the attention of the justice system to help with moral support not only for myself but so many others just like myself that have suffered in silence, at the young age of 10, I was introduced to scouting. in school they talked to us about what fun it would be yet challenging, to test our abilities we would learn about being good citizens, about taking car of ourself, character also fitness, how to become a leader. You know all those important things that, seemed they were missing in my home life, I couldn't wait to do exactly all of the above. A young boy who Loved his parents yet felt it a bit difficult at home Dad, had one Love cars! it was cool but to a 10 year old who had ADD / attention deficit disorder, I needed more. Anyway I joined the Boy Scouts. (PRepare Young People to make ethical and moral Choices over their life time ! Wow Some how things got really messed up.... in my association with Boy Scout's, you see that is where my young life was forever changed. I cant sugar coat the things that happend to me. I can only be outfront with what happend. Because It makes me extreamly angry & sad to bring forth the memories of Scouting

(2) I have. I can tell you quite honestly I did not learn about anything the Boy Scouts stand for. I was touched, in many places on my body that I could have never prepared for. My head was so confused bewildered. just didnt understand what was going on. I was a child now feeling like a grown up. I guess, telling was not an option. This man that stood for everything good in the eyes of the "Boy Scouts of America" was a "Law abiding Citizen" Some one who people Look up to Someone who is good, you know this is unreal" this Leader is in charge of me wow. Let me tell you like this forced sexual experience, this is the nice way of wording what happend to me just think of the next words I have to talk about are like this. a grown man has an average length of penis is approxmently 5 in a young extremly small child, being sexualy assaulted by this so called "Leader" now your feeling some what uncomfortable hearing me talk about this well just emagine what my young mind was thinking. 10 years old, yes guess what I would go back for the next 3 years into the arms of this Predator. why humm. well its called Fear" apprehensivness Apprehensiveness dismay horror terror all the effects you feel when this trama has been put on your young mind. exactly what he was doing every time

what he wanted, he young life. dont worry, I was well compensated for the enjuries, I was given "badges" they were called merit badges, the merit badge plays a major role in the scouting advancement program your first one is "participation" as soon as a scout registers with a troop. SA

③ At this point I was looking forward to becoming a boy scout Looking forward to all the fun activities that we to come. Unfortunately this would some how change, after meeting Mr ████████ he was a discusting predator that Knew exactly why he was where he was he placed himself into the boy scouts so he could freely get away with the sickening behavior he was capable of. Sexually molesting young boy's how many I am not fully aware of but I am quite certain I was not the only one.

You see Mr ████████ also went on to merry my mom's best friend who lived 3 doors down from me. She had 3 boy's from another marriage. Of wich he was found guilty of molesting all 3 of her Boy's. Later in my life I also found out My young brother ████ who was one of the 3 boy's bestfriend my brother was also a victim of "████████" my brother was never a boy scout but ████████ was. his wife Caught him molesting the Boys he was sent to serve time in a correctional Facility, I do not Know where but I later found out he died thair. Now as a man I have been Left to deal with All the emotional painfull scars of my past. I am asking that this cort see fit to charge the boy scouts for thair, Neglect Letting Predators be Left to take care of Children, Never Checking if these Men were capable of doing the discusting things that were dunn to me and so many others

I can no Longer talk about this my anger is making this end here. Yet I feel I must say if the boy scouts Knew about any of the discusting behavior and did nothing to protect.

Claim # SA- ███ ③

They must be held responsable for something they knew about and could have put in place better practices to protect children from this.

███

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6 Floor Wilmington, DE 19801