FILED
2021 MAY 21 AM 10: 07
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 11, 2021

Claim # ███████
Honorable Justice Lauri Selber Silverstein
824 Market st.
6th floor
Wilmington DE 19801

Honorable Judge Silverstein:

My name is ███████ ███████ I am a 57 years old African American male. I'm writing you at this time to simply express what I'm going through at this time. As I read and listen to several articles about the BSA plan of reorganization it deeply saddeneds me. Your Honor what was done to me as a child by people that my parents and I completely trusted was life changing. At that time my older brother ███████ was living and when I told him about what was done to me, to my surprise he reveald what was done to him. At that time I lived in Brookly N.Y. and attended the Salvation Army after school program. This was a facility that I really loved attending.

I was a cub scout, then weblo scout, then Boy Scout. I NEVER told my dad because the Center Director and Head Scout Master Mr. ████ always said if I told anyone He could have me kicked out the afterschool program. The other reason I lived with this secret is because I knew my father would have hurt Mr. ████ and gone to Jail. Fast forward to the present. I delayed in contacting an attorney because #1 Shame #2 Who would listen and care and #3 Who would believe a child over Mr. ████. Telling my story reopened personal wounds I hide for awhile. My reason for telling my truth is PREVENT this from happening to another child. As I listening to this proceeding it is clear that the BSA ON WANT to sweep this under the rug. Money isn't the solution, for me it is that the BSA admitt allowing and covering up this behavior from Supervisors is awful. I refuse to say Boy Scouts of America Because this Behavior isn't the American way. What happened to me can't be changed be it is imperative that BSA prevent this from happening to Another Boy.

Your Honor Being touched, held, licked on was not what a young boy should of had to go through. You are the only one that can hear our truths and ensure BSA is held accountable. Thank you in advance for your time concerning this matter. This should not be allowed to be swept under the Rug.

Respectfully