Hon: Justice Laure
Selber Silverstein

FILED
2021 MAY 24 AM 10:05
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I'm writing to this conference of BSA Bankruptcy Case
Claim # SA-▮▮▮▮

I think it is awful that the BSA Had Known about so many complaints that they had recieved on sexual abuse for so many Years and disregarded them Without concience of What was going on at these Comps. And I think That the offer they Made is redicalously LOW. Considering all THE young lives They Have affected.

**Photo Enclosed**

Justice Lauri
Selber Silverstein
BSA Bankruptcy Case
824 market Street
6th Floor
Wilmington, DE
19801
Claim #
SA

