The contents of this letter is True and correct by the penalty of perjury of the State of California to Delaware.

Dated: May 12, 2021

Name Print: ███████

Signature: ███████

This is an actual and painful and emotion statement that I have carried inside now 57 years. To Allow Brutal Preditors to mislead children is horrible. I was victimized By Cubscouts From 1964 to 1967 then exceled into Boy Scouts From 1969 unto 1973, I said 1969, But it hurts to go back to recall how much I suffered, I Received my Lawyers letter on May 04 2021 it took me 8 days to convence myself I must take that chance to tell you whom is Responsible what I endured painfully

Remember Judge, i was just 5 years old New to Society a WWI + WW II veterans only son my fathers legacy - which was LT. COL. ▮, my Mentor. BSA destroyed my pops legacy, destroyed my childhood, gave me a Sexual Virus for a life time at 5 years old.

You know, Judge if I'm a bad man to snitch out All which hurt me, Photographed me, Stolen my happiness from me as they got Sexual gradification out of watching me cry,

As God has written these words on a stone tablet,

"Thou Shalt not bear false witness against thy neighbour"

This long letter: "Do I ▮ ▮, swear to tell the truth, and nothing but the truth so help me God,,,, I DO"

This is A Legal Document

I Lived at ███████████
████████████████████
our phone Number was ███
I was born ██████████

my parents are ███████████
Born ████████████ my dad died
████████████

my mother was ████████
Born ████████████████ She was
Killed in a fatal accident 12-01-1994.

during the time of 1964 my
mother devorced my father, remarri-
ed ████████████████ (Step dad)
he was dad during cub scouts &
Boy scouts memberships.

I was signed up into the Cub
Scouts in 1964, I wore a dark
Blue uniform with a Bandana
Dark Blue stripes & Gold
on the Brouch/or this
ingraved cub bear,
Shoulder Patch is the
unit NUMber 153
stiching was in Red

Initiation As the CubScoutMaster told All of us, "You must complete ALL tests, to get your First Patch you will be constantly tested, — Are you a CubScout or girl scout"?

I am a boy Not a girl, Sir we were all seperated

"First you will learn the taste of food Blindfolded understand cubby's? (Yes)!" our hat → [drawing of hat] [drawings of hats] ← Like the VFW Hats

"open your mouths—don't chew, this is a Sausage lick the Mayo — off" (but it was his he inserted in my little boys mouth) (At First I couldn't see what it was, but it was

- Hot dogs
- Sausages
- Popsycles

ok, the Blindfold came off, And he told me take off my pants & underwear now. or No medal, so off came my pants + undy were, in front of a old man, "well look what

[redacted]

said my tummy hurts, then I liquidly [redacted] then it stopped

Judge I have a photo of me age 5 with my step dad + mom + siblings at home, but its my only one, I'd send it, but I'll never get it back, it tears me apart to see me then and flashbacks start to happen.

There was a Old white man a Special Political visitor who selected boys to Be with him especially at camp during the Spring vacations + Summer. Summer camp was at Cedar lake in Indiana, team leader had A Name GERMAN? Not sure, At the lake Alot of touching me happened

At age 6½ over 20 men done me, what a childhood in scouting.

I took off my shorts, he got behind me and push in the water, ████ I yelp the scout stood ed he pushed my head in the behind me, "Here water it was in me I felt ████

████

me towards him he said "You say a word ████

████

pin for your shirt" "The more you OBEY me and others the more rewards you'll get" "So it hurts you, don't you want to be a boy scout in 2 years?" ████

"I know someone that will like you a lot, make him happy, He can get you in to Boyscouts" he ████

████

be talking" "Oh— okay" "Les what now le½" "Next year Boyscouts" "Yeah I can't wait" "Off to the Bathroom, to shower" "we will wash you

Leader [drawing] Leader

I was maybe 4'5" tall, ▮▮▮

▮▮▮ time to do this," "Not here, out in the forest then. "good idea" ▮▮▮ time to learn Tracking." "I know the right place" – "there you'll learn to be a cubby bear on all fours" (the other man was a teacher at school Special Education in Palos Hills, IL) (we arrived to his special location Spread blanket on ground," ▮▮▮ Are you tired" / "yes sir, "take a nap then" (olc sir) (I was groggy, in front of my face was the other man naked he pushed his ▮▮▮ All my clothes were off me, Older man ▮▮▮

"You can't say a word now," little ▮▮▮ porgy put in your pie, ▮▮▮ And Now you cry." Ha Ha. ▮▮▮ over + over, for hours, crying in silence ▮▮▮

8 of

▮ "No courage to yell any more," "Its your fault ▮," "you are born to make us happy," "See how God made us with bigger ones then yours," "and how I ▮. Its magic," "Now you see it," "Now you don't." (So the other man (team leader) stopped got up, stood behind me.)(old man said) "See its ▮

▮

▮ man said you think I could?)(older one said yes) (I hate this judge, I hate to remember its ugly gross nightmares, if you can see these tears on my face Judge you just may feel the pain. God help me! the old MAN I heard was ▮ a political visitor ▮ molested me ▮ in Cub scouts his son took photos of sex acts with others, my step dad confronted him in his office but told to leave, In Boyscouts 1969

He took a cigar and burnt my neck with it, his son ███████████
███████████████████████████
███████████████████████████
ward Scouts is they Scooted on us, as their pleasures

I took my 57 years to tell the truth, it hurts a hell of a lot, to be in jail because I can point my finger to People Responsible for Child Sex Abuse

From 1964 to 1973 to be honest, I caught Herpes in my mouth & Butt for life, I'm not Gay Judge Just a Survivor when will I have the chance to be happy? I lost my childhood, my Pre teens over BSA, dignity, Self Respect, Threats by mayors that put there ?, in me & Laughed at us.

"Who's gonna believe you, I'm the Mayor who cares — Nobody cares you'll see how Powerful I am!"
quotation by ███████████████ then

his son seen me spitting on his dad's grave in 1976 ███████████
told me, say anything about me or what happened I'll bury you so deep

in the System, you'll die trying to get out, I will not go to Prison, do you understand?

(You + your Father + Boy Scouts are Predents you belong in Prison

(▇▇▇▇▇▇▇▇▇▇ committed Suicide Because he was not strong enough to Survive the Sex abuse you and your dad did to him, I was there I seen you!)

▇▇ I Stand for my friends ▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

me in BSA at the camps I was a Tenderfoot, and the more leaders had there way with me, with me at 12 yrs old, oral sex anytime, Being ▇▇▇▇▇▇ over + over Just destroyed Love, girlfriends self confidence, I was a Loner, I solated myself, it's my foulth that all I heard I'm gonna whip your A___ ▇▇ (not with a belt) with ▇▇▇ sex is gross, I don't show my body to No one, I'm ugly, BSA did something to my P__ it's not growing




Legacy
In popular culture
See also
References
Further reading
  Biographies
  Academic studies
External links

# Early life

▓▓▓▓▓▓▓▓▓▓ was born in neighborhood ▓▓▓▓▓▓▓▓.[2] He was ▓▓▓▓▓▓▓▓▓▓▓ whose famil Old Parish area, near Dungarvan during the Great Famine.[3] Ric▓

He Knows I'm A live the loose end to I.D. him as the on Photo taking of his dad & me of ▓▓▓▓▓▓▓▓▓▓▓ in 1964 You want Evidence here it is, he burnt my Right Forearm in 1968 with his Cigarette

ORANGE COUNTY JAIL
INMATE CORRESPONDENCE

LEGAL MAIL

Justice: Lauri Selber-Silverstein,
(B.S.A. Bankruptcy Case)
824. Market Street, 6th floor,
Wilmington, DE, 19801-RAY

19801:3024 C012

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 92703
02 4W
0000353441 MAY 13 2021
$ 000.51⁰