LETTER TO THE COURT        5-7-21

RE: BOY SCOUTS OF AMERICA SEXUAL ABUSE BANKRUPTCY CASE.

2021 MAY 21 AM 10:00
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

TO JUSTICE LAURI SELBER SILVERSTIEN:

I WAS ASKED TO WRITE A LETTER TO THE COURT BY ATTORNEY ANDREW VAN ARSDALE ESQ. REGARDING THE SEXUAL ABUSE THAT WAS INFLICTED TO ME WHILE I WAS IN THE BOY SCOUTS OF AMERICA.

I REMEMBER I WAS IN FIFTH GRADE, AND WE JUST MOVED TO THOUSAND OAKS CALIFORNIA. MY FATHER BOUGHT A HOUSE AT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. MY FATHER STARTED TELLING ME STORIES ABOUT THE GOOD TIMES HE HAD WHEN HE WAS A MEMBER OF B.S.A., AS A BOY IN NORTH DAKOTA. SO I JOINED THE CUB SCOUTS FIRST, I GUESS BECAUSE I WAS TO YOUNG TO JOIN THE BOY SCOUTS.

AFTER A COUPLE OF YEARS I JOINED THE B.S.A. ORGANIZATION ONCE A MONTH OUR TROOP 799

would go on weekend overnight camping, and backpacking trips, and once a year we would go on a week long summer camp trip. Also once a year we would attend a two day Indian Jamboree overnight camping trip. I enjoyed learning about how to survive outdoors, and about Indian traditions.

In fact my best friend and I had just discovered real Indian caves and artifacts that I would tell a college professor about when I was in high school which lead to a real Indian museum in Thousand Oaks called the "Chumash Indian Museum".

When I was twelve years old on a weekend overnight camping trip we were sitting around the camp fire roasting hot dogs and marshmellows, while the scout master and assistant scout master was telling stories. I remember it was a couple hours after sunset

ALL THE OTHER BOY SCOUTS HAD GONE TO BED IN THIER TENTS WHEN THE ASSISTANT SCOUT MASTER INVITED ME BACK TO HIS TENT TO SHOW ME SOME ARROW HEADS HE HAD FOUND. AFTER SHOWING ME THE ARROW HEADS HE STARTED TELLING ME THE STORY ABOUT WHEN HE FOUND THEM. THEN HE ASKED IF I WAS THIRSTY, AND I SAID YES. HE GAVE ME A DRINK IN A CLEAR CUP THAT LOOKED LIKE GRAPE JUICE, BUT NOW I KNOW IT WAS RED WINE.

   AFTER TWENTY MINUTES OR SO HE STARTED TELLING ME ABOUT HOW ANIMALS REPRODUCE AND HOW BABIES ARE MADE. HE SAID IN ORDER TO BECOME A MAN YOU HAD TO BE READY WHEN THE TIME COMES TO MATE, AND THAT IT WAS IMPORTANT TO PRACTICE.

   BY THIS TIME HE HAD TAKEN OFF HIS SHIRT AND WAS ONLY WEARING VERY SHORT SHORTS. HE STARTED

[redacted]

I WANTED TO ACT LIKE AN ADULT SO I TOLD HIM OF COURSE I DID. THEN HE SAID IT WAS THE BEST WAY TO END A HARD DAY, AND THAT MOST NORMAL MEN AND WOMEN PLAY WITH THEMSELF TWO TO THREE TIMES A DAY.

AFTER A MINUTE [redacted]

[redacted] SO WHEN HE SAW THAT HE PULLED HIS SHORT UP AND TO THE SIDE

[redacted]

AFTER WE GOT CLEANED UP WITH SOME WET TOWELS HE TOLD ME NOT TO TELL ANY FRIENDS OR FAMILY, AND THAT IT WAS OUR SECRET.

HE ALSO SAID I DID A GOOD JOB AND THAT WE SHOULD PRACTICE MORE IN THE FUTURE.

SO FOR THE NEXT YEAR OR SO WHEN HE WENT ON OVERNIGHT CAMPING TRIPS

I NEVER TOLD ANYONE ABOUT THIS UNTIL ONE DAY I SAW AN AD ON THE TELEVISION ABOUT A LAWSUIT AGAINST THE B.S.A.

INVOLVING SEXUAL ABUSE AGAINST CHILDREN THAT WERE IN THE B.S.A. ORGANIZATION. SO I CALLED THE PHONE NUMBER TO JOIN THE LAWSUIT NOT FOR FINANCIAL GAIN, BUT TO HOPEFULLY PREVENT THIS FROM HAPPEN IN THE FUTURE TO OTHER MINORS. I DO FEEL THAT THOSE INCIDENCES OF SEXUAL ABUSE HAD SEVERAL NEGATIVE ON MY LIFE. FIRST OF ALL I WAS WRESTLING AROUND WITH A YOUNGER NEXT DOOR NEIGHBOR BOY AND I GOT A ERECTION SO I WAS ON TOP OF HIM WITH HIS FACE DOWN AND I PULLED HIS SHORTS DOWN AND STARTED HUMPING HIM, AND AT NIGHT I WOULD SNEEK AROUND THE NEIGHBORHOOD AND LOOK IN WINDOWS AND MASTERBATE WHILE WATCHING PEOPLE. ALSO MY FIRST MARRIAGE ENDED AFTER ONE BECAUSE MY WIFE CAUGHT ME MASTERBATING WHILE I WAS WATCHING GAY PORN. I HOPE THE B.S.A. IS HELD ACCOUNTABLE

JUSTICE LAURI SELBER SILVERSTEIN
B.S.A. BANKRUPTCY CASE
824 MARKET ST. 6TH FLOOR
WILMINGTON, DE'S
19801

