From: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

To: BSA Court and Judges

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street-6th Floor

Wilmington, DE 19801



Re: BSA Case of Sexual Misconduct with children

Growing up, I really look forward to being a part of the Boy Scouts of America, and I liked the activities that were presented to me during this time in my childhood. I did not realize that I had been taken advantage of when the Scout leaders, who were men and women that played games with me by pulling down my pants, touching my private parts and doing other things to my body that makes me upset to even mention. I was very uncomfortable and felt belittled by their actions.

I was manipulated by their words not to tell anyone. I did not want to be blamed for something that was out of my control as a child, and the BSA scout leaders made me feel like this was a game we were playing, the things that were done to me continued to bother me and began to affect my everyday life. These incidents have affected my entire existence. I was put in a mental institution at the age of nine years old due to this sexual abuse by the BSA. I was on medication to control my depression and anger. I was not able to attend a regular school and stayed in a mental institution from the age of nine until I was eighteen years of age. My entire development as a person has been tainted by these incidents of childhood sexual abuse and molestation by the BSA leadership.

I continue to have problems in my relationship with others and have questioned by sexual orientation due to this childhood sexual abuse by this organization, which is the Boy Scouts of America.

I would like the court and judge to take my experience into consideration when you decide on the outcome of this case. I am in a lot of mental pain and none of these memories can be erased from my mind. I think that it is only fair and just to hold this organization and its Scout leaders accountable for their actions.

Sincerely,

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Claimant with BSA

Attn: Justice Lauri Selber Silberstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801

BALTIMORE MD 212
17 MAY 2021 PM 9 L