CASE SA- ███

Justice Lauri Selber Silverstein

I was-am a victim of abuse in Scouting. I trusted an Adult Leader. I was about 12 yrs. old. He touched me. I was forced to touch him, I was forced to ███ and he did the same to me. He must of planned it he had some kind of ███ ███ He said not to say anything, he knew where I lived and where my sister went to school. I didn't return to Scouting. I begin to studder, had trouble in school didn't trust anyone in uniform, had very few friends, didn't get married until 30 yrs old. I am 69 yrs old now. It has affected me all my life. In relationships, jobs — didn't feel I was normal, it was always on my mind.

I'm sure that many have been abused and never reported

I hope you make the right decision on the case

US BANKRUPTCY COURT
CLERK
DISTRICT OF DELAWARE
2021 MAY 21 AM 10:03

FILED

Justice Lauri Selbar Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE. 19801

NASHVILLE TN 370
13 MAY 2021 PM 6 L

19801-302499

