Justice Lauri Selber Silverstein

I am writing this letter not to talk about the assault that happened to me in 1974. I am writing to talk about something I did not get a chance to before. My Dad was a Master Sargent in the Air Force. I was very proud of my Dad and I was proud to be a Boy Scout. My dream was to be an Eagle Scout. When I graduate from High School I was going to join the Air Force and go back to England and become a Scout Master. Two months before my family left England, ▅▅▅ my Scout Master, he ended my dream. I want to thank the AVA Law Group, Inc. for standing beside me.

Respectfully, ▅▅▅

FILED 2021 MAY 21 AM 10:01 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE



LITTLE ROCK AR 720
8 MAY 2021 PM 4 L

Justice Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801

19801-302499



U.S.M.S.
X-RAY