1/3

SA-███

2021 MAY 21 AM 10:01
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

5/7/2021

"Justice" Silverstein,

Hoping that "Justice" is for the victims, that the Court does not protect the Corporation as Delaware is known to do.

Which should mean more the profits of companies or the lives they destroy?

My lost life, as a child I scored off the charts as far as intelligence, I could over hear something being taught and ace the exam. I was an active member of DARE. In High School I was on the Student Taskforce, Student Governance Representative to the City Council.

I am now over 40 and have never had a relationship, All my friendships are tainted by my past abuse as I can not get out of my mind the other peoples ulterior motives. I have been in and out and into prison for the last 20 years.

I look at the potential of what

SA - ███

I was on the road to becoming. What was DESTROYED by the Boy Scouts

☒ The Sexual relationships I had in Scouts taught me that my only worth to others was in how I could Service them — when I meet a new potential friend I can not help but wonder if ████████████████ will make him to like me more

When I am talking to a Woman who I like, I can not help but wonder if she can tell I am tainted that I have been soiled

Though I am in no way attracted to children I am afraid because it is said those abused become abusers

I have been in and out of Prison 9 times (for petty drug related charges) for trying to escape memories of Molestation

My innocence was stolen from me, my potential was invalidated, My chance at a meaningful relationship toppled and the possibility of raising my own children

S.A-███

with the fear in my mind that I would turn out just like my abuser even if I didn't destroy their lives through sexual depravity, think how they would grow up with a father afraid to show affection, to hug, or be alone with them.

When I seed the ads about the Scouts being forced to admit their wrongs my heart felt a little gladness that their wrongs would be exposed that maybe myself and other victims would be vindicated in some way there is no way to quantify all that my abuse robbed of me

but as the attorneys present what is being offered as recompense I feel like I am being ███ again — that the life I lost is viewed as so little

I wonder if my abusers are still working for BSA how much Morally corrupt money they stuffed their pockets with this year.

LITTLE ROCK AR 720 NEOPOST
8 MAY 2021 PM 4 L
US POSTAGE 05/08/2021

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE,
19801

19801-302499