May 13, 2021.

Dear Sir:

FILED

I have a letter in my

2021 MAY 21  AM 10: 07

hands. Will right the best

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

The BSA wasn't right in

his matter at hand. This is wrong way

to go.

Today is another day.

Of the insurers. For they don't

want to pay out. That's all I will

say at this time

Sincerely,

███████████████████

