RE: SA-▮▮▮▮▮                                        05/16/21

Dear Justice Silverstein:

I have been advised by ▮▮▮▮▮ that there is to be a hearing on the BSA Bankruptcy Case on May 19th. I would like to make a victim statement in that case.

I was abused as a 10-year-old boy by the acting den leader through 1953. ▮▮▮▮▮
▮▮▮▮▮, all while telling me I was special. I was vulnerable as my father was manic depressive and while he was a warm, loving dad when he was alright, when he was either manic or depressed, he beat me senseless unjustly. The Priest who took over as den leader treated me nice, telling me I was special and smart. He always complemented me on my scouting activities, telling me he was proud of me. I never once heard my father say he was proud of me or that I had done good. I craved that kind of external acknowledgement and acceptance.

Because of what my den leader did to me caused me to never trust anybody with my feelings and emotions. My thinking became so distorted I believed that by molesting a child it wouldn't harm him/her, after all, I had been molested and raped, and I wasn't harmed, therefore it couldn't possibly harm someone else. Well, your Honor, I was harmed and I'm serving life in prison, in part, because of that harm. I cannot speak for anybody else, but I, for one, need to

know that the child molesting has to stop, NOW! The BSA organization has to be told most sternly that this behavior will not be tolerated any more.

In 1953 normal people didn't believe us kids when we told them what was happening to us. We were called a liar by our parents and friends. Well, it did happen and it screwed my life up totally. I had night terrors for over 50 years, I failed in the Navy, I failed at holding a job, I failed in my first marriage as an abusive husband. Only through the intensive sex offender treatment I have done for the past 6 years has made it possible for me to admit to have been raped and to have raped another. I now can trust others with my feelings and emotions, something I never before could do because of the pain caused by the brutality of my den leader's behavior. I loved that man as a father and mentor. He betrayed that love and turned it into a dirty little secret.

For all the above, please do not accept the relatively small settlement the BSA is offering.

Thank you,