5/10/21

Justice Lauri Selber Silverstein.    SA-███

I was one of the many children who were sexually abused while in the Boy Scouts + it has haunted me + destroyed my life. I am incapable to this day of having a normal relationship of any kind because of the depravity forced upon me.
I grew up ashamed + wanting to hide in a world of my own. I was unable to function in school, I was unable to hold a job.
I was fondled + made to do things no one should. I was forced to sleep in the scout leaders tent during outings + by the time I realized the other scouts knew what was going on, the rumors had already reached my family + friends, I was forced to withdraw + hide from the shame I felt. those same rumors still follow me today in my hometown + now I'm having to relive that shame be trying to explain to my children why I am in this law suit. now it's time for those who make lite of the depravity + shame myself + many others had to endure all these years, to feel ashamed. we deserve closure + compensation for all those years of suffering. we deserve to be heard...

Sincerely
███



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th floor
Wilmington DE 19801



SAINT PAUL MN 550
14 MAY 2021 PM 3 L



FOREVER / USA