FILED
2021 MAY 21 AM 10: 06
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 11, 2021



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Claim No: 

Dear Justice Lauri Selber Silverstein,

When I was thirteen years old I was sexually abused during an overnight camping trip. There was a campfire surround by about 35 Boy Scouts and the Scoutmaster. I was told that I was selected to be initiated into the "Indian Running Through the Woods". A blanket was placed over me. I was told to chant to the great Indian chief OWANTANASIAM. I chanted over and over until I realized I was saying, "oh what an ass I am". That didn't bother me too much but what followed has haunted and followed me all my life. I was told it was raining and that I had to pass an article of clothing to the person reaching under the blanket. I was told it is raining harder and told to give up more clothes...boots, socks, pants, shirt, undershirt. When I was left with only my underwear, I was terrified that I would be ordered to surrender my underpants. I was ordered to pass out my underpants. I was shivering bare naked when the blanket was yanked off me. There I stood, bare naked like a deer caught in headlights. I was frozen with fear, terrorized with desperation and humiliation. Everyone around the campfire were yelling, hooting and hollering..." little penis, little penis, baby dick, baby dick, baby dick". The sexual abuse has haunted and followed me all my life with fear of inadequacy and shame. My whole life changed that night around a campfire...feelings of dread, anxiety, fear, and inadequacy.

My entire life was terribly affected by this. My four siblings all have PhDs and highly successful. I barely graduated from High School and did not get a college degree or training. I felt inadequate in all I did. My parents sent me to a phycologist for about

a year. I could never discuss what happened to me in the BSA for fear of my family and friends finding out. I was medicated with Zoloft for about a year for depression. Throughout my life, I have had numerous panic attacks. I had drug issues but managed to overcome them.

Now at 68 years old, I am still suffering from that fateful night. When I go outside, I still fear someone will recognize me. The shame and humiliation will not leave me alone.

Your Honor, my case against the BSA and insurance companies is not about money but about being recognized for the trauma I have had to cope with all my life.

I am not satisfied with the settlement offer proposed by the BSA and the insurance companies. They are not being fair. I am all about fairness and I want to be treated fairly.

The abuse and suffering I have lived with for 55 years is beyond description. I deserve some fairness.

Thank you for your kind consideration.

Sincerely,

