FILED
2021 MAY 21 AM 10: 01
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Thank you much for keeping me & others updated on abuse in Scouting. I am very anxious to hear the outcome of May 19th. Please keep me informed on the outcome of this. This abuse was so traumatic to me I was in [and] Hosp. for about (six 6) months. Still have bad anxiety.

Thank you so very much for all the help to me & others.

Looking forward to hearing from you

[redacted]

my claim number is
Sa- [redacted]

BSA Bankruptcy Case
Jami Seller Silverstein
824 Market Street 1st Floor
Wilmington, DE
19801

NASHVILLE TN 370
11 MAY 2021 PM 5 L

19801-500408