

RE:

FILED

2021 MAY 21  AM 10: 09

Dear your honor, *I'm writing to you for something I thought I would ever have to replay or discuss with anyone. Something that hurts so much that I hid it in the furthest of my memory never to dig up and open. And surly I never thought I would have to relive it again or talk about it but, my attorneys fill it is important for your honor to hear it from me. So here I am, and if I had known I was going to have to do this I never would of signed up for it, But it is real, and if telling my side will help stop this then I guess ill stick with it.*

*Your honor I'm not going to go into details of what occurred and I know what occurred, but to write it down hurts way to much. I'm the kind of person that never believed you had to find yourself in life, well I was never lost so I thought, little did I know just how much it affected me in my life from then to now. Your honor I hope you can hear me when I say, "no child should ever be subjected to go through what all I went through" while trusting other adults to watch over your child. It is because of what I went through that my son was never a boy scout. I wouldn't trust those sick bastards with my dog to be honest let alone my child. And my grandchildren.*

*I dont know what else to say without going into details but im here to say it was real, and it messed me up my whole life. I'm not a pedifile nor do I have to register as a sex offender, But it has affected me in other ways. I often think of what life would have been like without all this shit weighing me down. How my sex life would have been different, it probably would have been normal but then I ask what is normal? Ill never know, my scout master seen to that.*

*I'm sorry I cant go into much detail but, I want you to know that it was real, it has affected me my hole life, and I dont ever want to think about it anymore. As it is the nightmares are coming back and not allowing me to sleep. If I sleep I dream bad things so I try not to sleep long periods of time.*

*Thank you for your time and sincerely*

5/10/2021

CC. Attorney Andrew VanArsdale



U.S. POSTAGE PAID
FCM LETTER
FRESNO, CA
93701
MAY 12, 21
AMOUNT

**$3.60**

R2305M145727-25

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE 19801

FRESNO CA 936

MAY 2021 PM 2 L

U.S.
EX-F.