(Sir Sid God Bless)

# Your Honorable Justice L.S.S. Silverstein — ＬＳＡ ████ #

Thankyou - your honor, for reviewing these injustices brought about by dishonorable person's, as such are! ▪ My Scout-Leaders & the likes of their friends & troops.

My mother calls me by "████████████████" & being my last name is ████ : says it all, especially, on Mothersday.

I have kept my silence; all my life, about my abuse...

I have only told my counselor Psychiatrist about it all. ▪ M.H.M.R. TRC.

I've been seeing Dr. Cox; whom, works under Doctor Phil, TV guy. worked

My wife & I were going to N.T.S.U. Denton, Tx. Psychology clinic. I'm still ▪ Soul-Mate ♥

████████ passed away Aug. 2019 from Overdose of Meds ▪ Fentanyl although she had Breast Cancer, Lymphomae & Cardiac too. #20yrs #10yrs #5yrs

I'm trying not to make an "Emotional Appeal"; but, I still do cry; about all I'd & I've been - going, through healing. Amen (my nightmares since 13yrs old)

I'd finally learned to confess & cry like a (human) should do. (sexual)

Always; feeling immortal, due to my lifes experiences. When + inexperiences -

+ Where + How God has blest me in past + future; while in him, daily. I pray I stay the course + don't repeat failings. try to remind myself - Jesus can't help me do it.

I do have a condition; I call Alexathemia; forgetfullness @ F? probably misspelt

shortsidedness + irresponsible + quicktempered. My father - called it the "Sickness" + [he will grow out of it, he'd say.] (Sin) Experimention-Sex-Partners

Not; till Recidivism became the [new term] he'll never learn. (Curse of Sin) Predidation Prohibited

My Dad calls me "just ████" + my friends ████████ is go-to. Section 8#

Anyway; they say, I'm Schizophrenic + Manic Depressive + Bipolar + Ausperger's Syndrome ect. ect. due to all the Doctors in the military. Dad being U.S.A.F. + me U.S.C.G. Military Sea lift Vietnam Vet. SAC. Pentagon - Lt. Colonel   Sec. Spec. 2nd Operation Eagle Claw

Command. 3 C-130 Air Transport Crashed + 4 buddys Ammo-Bomb Jim Carter Adm.   Deterate Munition Eng. Fire, Hypoxia Black Out   Sub lost + S+R Team Down Zip

caused my T.B.I.'s + so called P.T.S.D. + 35 ECT's 300 volts - 5 seconds.

Andrews + Bolling Anacosta AF Bases, Highland Hospital N.C. Mellaril, Thorazine Washington D.C. DSM 1,2,3,4 Brain study   #8 months Electric Shock

Stellazine, Haldol, Lithium, All in All $111,000 in care $648,000 treatments health - medical



Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, Delaware 19801

FP US POSTAGE
$004.11
First-Class
05/10/2021
036E 0011813843