1

Justice Lauri [redacted]

To whom it may concern,    SA- [redacted]

I am writing this testimony, true and accurate to the best of my ability, as to what took place in my early childhood.

In 1976, I joined the Boy Scouts of America, Cub Scouts. I remember I was so excited. Sadly that all changed and my innocence was taken.

The first few months were great. Approximately 8-10 months in the sexual abuse started. At first it was touching in inappropriate places. It quickly escalated, from the persons I was supposed to trust, that my mother entrusted with her son. [redacted] took my innocence and changed my entire life.

[redacted]

To my recollection, I remember performing [redacted]

SA- ▇

I had no idea what was going on.

▇

In 1977 we moved from Plainville, Ks to Liberal Ks. I left the Cub Scouts. I never told my mother what happened. How could I? I thought this was normal. I just knew whatever I did it felt good. They took my innocence! They opened pleasure centers that should have never been touched. I was confused.

As I got older I continued to play with myself and put objects up my anus. Through puberty is when I realized that the things that happened to me and the things I was made to do were wrong and not normal. Shame, disgust, regret, fear and other emotions flooded me. I started skipping school, and experimenting with alcohol. It helped take my mind to a different place.

At age 18, I joined the marines in hopes of helping get my life together. I still experimented with anal pleasure and really needed oral or some sort of gratification. I met my first wife at 18 as well. Although I would like to say things got better they didn't. When we started having intercourse it was OK @ first but I never got the gratification that

SA: ▓▓▓▓

I thought I needed. The mental gratification. I tried anal with her and it didn't work. I would sneak around and insert things into my anus trying to feel good. I loved my wife and I so badly wanted her to be able to give me what I needed but between the self-destructive behavior and drinking, our marriage ended in ~~1995~~ 2007.

In 2007 I had a mental breakdown. I had been sober and I started drinking again, having multiple promiscuous relations with women still hoping they would give me the gratification that I felt so many years ago. I was eventually admitted into Larned Kansas mental facility two times and even there I was continually masturbating and trying to please myself. Over the next year I met my second wife. Things were better but I still constantly masturbated.

In 2012 my brother died followed by my mother passing 7 months later on Feburary 5, 2013. We moved to Antlers OK in 2013 and my alcoholism increased to a 30 pack a day. I went to Dallas TX, to a mental health facility for my drinking and out of control sexual urges, and my declining health.

I met Dr. ▓▓▓▓ at the VA and she was the first person that I was able to talk to about everything that had happened to me as a child. She really

SA-█████

tried helping me but she left the facility in 2019. She took care of my mental health from 2017-2019 and she was the only person that I was able to open up to in 40+ years. I kept this secret for so long. I've lost more than I have gained, and I'm still losing. My marriage has ended and I am going through my second divorce. The alcoholism, child sexual abuse, and child abuse that I had to endure at such a young age have taken a toll on my life.

████████████████████████████████ took my innocence, my childhood, and my mental health from me.


Thank you for taking time to read my concerns and my story. Sexual abuse is real. It happens. But it has to stop. Thank you again for hearing my story.

Sincerely,

