From:

Dear Judge: (or To whom it may concern.)
My life has been changed because when I was [redacted] yrs. old all I ever wanted to be was a boy scout, because I always wanted to be part of something. When a scout leader was being super nice to me, I did not know his intentions were basically beyond what my young mind could comprehend. I believed he was a good friend. I came up in a family of 7 children, we did not have much. He noticed my shoes were worn out, and bought me a new pair, I was so very happy. The Scout had planned on going to ky. lake on the weekend, they were gona show us how to light a fire without matches. We had groups going to find wood, all of the sudden he wanted me only to go with him, I did not think anything about it. He said he needed to use the bathroom to relieve himself. So I relieve myself also, he said

this I started heading back to camp. He stopped me and told me, I'm your friend and no one should know about this. He told me if I just relax and do what he asked I will buy you more clothes + anything you want. By me being available ??? when he tried to ask

[redacted]

The night went on, I never said anything. The next day, we were heading home, I stayed away from him, when we got back to town, I got the shoes he had bought me and returned them to him. He told me I could keep them if I never told anyone what he did. I was 11 years old and he really screwed my mind up. And right today I hate queers in a really bad way. I'm sorry to say that I hate, but thats what boy scouts did to me, I'm sorry that I have this anger in me for so many years, that's what I have to say.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801