FILED    SA-████ Claim #

2021 ▅▅ AM 10:08
███████████

My name is ████████████ im 43. I started in the boyscout when I was 5 years old. I use to like being in the boyscout because we (my brothers) never went anywhere but church and school. My friend who was already a boyscout told me they have a lot of fun. So I talked my moma into signing me up. She did and we would be away from home on the weekends and go on trips. My troop leader liked me, so he would buy me toys and clothes. I really liked that, because my moma did what she could. That made me really like the boyscout. When I was 7 we went on a camping trip. I was the troop leader helper, something I took pride in until he touch me on that very trip. I was the first time, but it wasn't the last time. Over the next 4 years he would ████████████████

████████████████████████████

should tell anyone, because he told me not to. Plus I was at the age where I was shame of it all. Because boys don't do this with other boys. I've only had two girlfriends in my life. Maybe because by this time alcohol was my girlfriend. Alcohol was the only thing that took the pain and memories away. I started drinking when I was 10 years old. Where I lived there was a man that sold beer, moonshine, and cigaretts. My moma would send me there for her sometimes.

I started stealing change or using the money someone had give me to buy alcohol. I would go to the shot house and buy 2 beers. I would say my mom had sent me. I did this all the time. When I was about 15 he would just sell it to me, ~~some~~ for me. Then I start drinking moonshine. I never told anyone what happened. But many family members has often asked why I drink like I do. I never told them the reason I started. When I was about 29/30 my mom told me I had to get out her house, because she couldn't take me and my drunken behavior anymore. Because I had no where to go, I finally told her what happen when I was in the boyscout and this why I start drinking. She tried to get me some help, but I would not go to the appointments she made for me. For 32 years I been a fall down, wake up drunk until 2 weeks ago. Like always I came home drunk and fell over the living room table and my mom told me you will not live to see the summer if you continue like this. This was the first time I really heard her. I felt like she was telling me the truth and it scared me. I stop drinking cold turkey and about the 2nd day I began to have all kind of withdrawls symtoms. My sister and mom took me to the E.R. where they gave me some medication to help.

My sister took me to another doctor that after to get the medication that they gave me at the E.R. She gave me several perscriptions. My sister tried to get me into some facilities, but there was a warting list. But they did tell her that a person that has been drinking everyday for 30 years needs to be watch closely. So for 2½ weeks I've been sober and my sister takes me home with her everyday until my mother get off. For the first time since I was 11 I feel good about life and want to really live. While sitting at my sisters house during the day she encourages me to take one day at at time and I have. She's helped me get food assistance and an up come Job interview. I'm learning that what happen to me as a boy wasn't my fault. In many way i'm still that little boy, i'm just coping sober. I know it want be easy, but i'm trying to enjoy my sober life. With Prayer, family, and some counseling i'll make it. Being Molested as a child really destroyed me and took my childhood. Someone needs to be held responsible and im glad its looking like someone will





MONTGOMERY AL 360
14 MAY 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington, DE 19801