SA ▮▮▮▮▮▮                                                FILED

Dear Justice Silverstein My name is ▮▮▮▮▮▮
I was in the Cub Scouts ▮▮▮▮▮▮. I want
you to know I was Abused in the Boy Scouts By a
older Boy who was our Den Leader He was a
Friend of mines brother. He would ▮▮▮▮▮▮
▮▮▮▮▮▮. This Happen to a lot
of Boys I knew when we camped over night in
Tents. I Think the BSA should Be Heald accountable
For what went on. I have had Trouble with Drugs and
Drinking for many years. I Don't know what caused
This But being in The Boy Scouts Did Not Help

Thanks For You Time

▮▮▮▮▮▮

2021 MAY 21 AM 10: 12
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



ORLANDO FL 328
17 MAY 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE. 19801

19801-302499