TO: Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street 6th Floor

Wilmington, DE 19801

FILED

2021 MAY 21   AM 10: 12

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Cc: AVA Law Group, Inc

2718 Montana Ave

Suite 218

Billings, MT 59101

RE: SA – 

## SUMMERY:

Greetings! I am respectfully-writing to all whom this document might concern…

To let you know my opinions about the BSA today. About my damaged-self due to the abuse I endured as a young adolescent in the care and responsibility of my troop/scout leaders. (BSA) I was abused and damaged while attending these camps, outings and meetings. The sexual and physical abuse was disgusting, humiliating and improper. The lifelong mental and physiological scaring and trauma that I am and have endured. The inconvenience of having to depart from my elementary school in Saint Paul Mn. (Randolph Heights) because of that abuse and the connection. The many, many years of counseling and physic-tropic medications I was prescribed and the numerous diagnosis' FROM THE **Wilder Foundation of Minnesota.** The costs of my abuse that the BSA had a responsibility of inflicting on me is no petty matter. The inner pain and rejection from others as an outcast that I have felt and do currently feel about that abuse is all too **real** and vivid when I reminisce.

My claim/life is worth more than a few or several thousand dollars. Respectfully, that petty amount doesn't compare or even to the compensation others and myself genuinely feel we deserve. That doesn't compensate for the **costly years** of ongoing counseling and phycology costs with the **Wilder Foundation** of Minnesota. Or the cost of the different medications they thought I NEEDED. Too fix an abused and scarred-issue/problem. On final thought, moving forward, *please* approve the plan going out for vote on May 19th. I vote **No**. The BSA and their affiliates should be held accountable.

Respectfully █████████████████████



19801-302499

SAINT PAUL MN 550

Attn: Justice ~~~~
BSA Bankr~~
824 Market Street 6Th Floor
Wilmington, DE 19801

U.S.M.S.
X-RAY

ZIP 55003 $ 000.51°
02 4S 0001396993 MAY 14 2021