Judge Laurie Silberstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington Del 19801

May 13, 2021

FILED
2021 MAY 21 AM 10:12
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor,

I'm writing to you regarding BSA complaint case regarding sexual abuse in scouting.

As a 11-12 year old boy in scouting I was abused by my scout master Walter ▮▮▮▮ 1947-48 Troop 89 Hoboken NJ.

The episodes involved my ignorance of his motives in abusing me via oral sex attempts & nudity.

This has changed me and stayed with me all these years.

He took away my innocence & warped my sexual perceptions.

I hope this case is resolved so that BSA will no longer tolerate then kindle behavior.

Sincerely
▮▮▮▮▮▮▮▮▮▮

Justice Laurí Selber Silverstein
BSA Bankruptcy Case
824 Market St., 8th floor
Wilmington, Del 19801

JACKSONVILLE FL 320
14 MAY 2021 PM 3 L

19801-302499

