FILED
2021 MAY 21 AM 10: 11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

ATTENION
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6Th Floor.
Wilmington DE 19801

My Name is [REDACTED] I am 74 years old.
Before I get started I want to apoligise for my writing & diction. I've had Cancer, open heart surgry, Aortic Anurisum, PTSD, Cpod, and a ~~Stok~~ stroke.

Parents inrded me into Cubscout I graduated to Weblows Than to Boy scout. At that Time I was Lenrning life conduct + Values. My Goal was To be A good Scout.

My first Scout Leader Scared me he Broke A Clipboard over his Sons head doring A meeting. We were Told he was Sick. He was Replaced.

The next Leader was A Neighbor he had 2 Boys about My age. My family would have parties. I hnve 2 sister 1 Brother the were atleast 5 years older The famlies Became close. My Father was A Boat Builder/ Carpenter. Because of That we were giving Acess To A Remote Cabin in The Mountains for carpenter work.

One day I was invited To Scout Master house. I was Told To go pclubhouse in The Back yard. I went in [REDACTED]

One night the scout master came to pick me up to go to a scout meeting his boys weren't their. I remember before we got there the car stoped ~~[redacted]~~ I don't remember what happend after that. We did go to the meeting!

After that I started ditching school I think it was 8th grade I started acting out. I got disruptive I got hit by a teacher that drew blood. It was a class they called mently chalanged.

At school I was bulling, Harassed!

Sometime after my experience the scout master was caught with another boy. After that (they) my parents some other offical (woman) asked me I said yes! They didn't ask me when, where, or what? I heard he was sick and had to go to the hospital. I felt it was my falt he had to go to the hospital. I was told not to talk about it.

High school I started getting migrain with depression. Also found different drugs that helped. My parent talk me into joing seascout. I went for a few months. The sons of the molester were there. I felt very unconftroble so I quit.

After high school I joined the army. In basic training I devlope pain in my hip + leg I could not run. I was made example. I was beat, torchard at night. My drill sargent call me a traitor had me use training equipment that was defaltly I was injered. In my mind I quit.

The rest is original wrighting I'm trying to forget and leave it in the past.

When I was released from military service I became homeless depressed. I turned to drugs again. "oh yes" in the military, I was given an assortment of psycotic drugs.

Depressed, feeling worthless, I decided suicide was left. Before that happened I was introduce to a religion that made sence to me. Nichren Buddisum. I became obsessed to fanatic. It was like going to church on sunday after sining all week. But Sunday was everyday, every moment. It helped. The practice is based on observing your own mind. As time went on I deuloped a group of young followers. Most of us had some problem. We became protective of each other. Late 4 night one night a member was sapose to call us and let us know he got home ok. One of my group member opt to go look for him. I couldnt stop him so I went with him. ▮ was going to get married the next week to his girl friend who was pregnant.

I woke up in the hospital hearing sombody screaming in pain. As I (came to) more, I relized it was me. ▮ didnot wake up

I can't explain the guilt

Two years later I married her + her son. Six  years later my son was moifsted by my Bos, friend, Buddist practioner. It wasn't till 30 years later that it came out. The signs were there! At that time my wife took our 2 girls and son too her parents in Calif. from Oregon. Took me 2 years to get family back 3 years To picide to go back to Oregon. My son hard the plan. Ran away His abuser was in Oregon.

My awakening cames from seeing "Abused in Boy Scout" Add. All corporation, boyscouts, religions organization government need to protect partisapants

When I was told My abuser went to the hospital. I was made to feel it was my falt.

After 20 years we devorced. Then I marries again she had 3 kids and I had 3 kids from the first marrige the point is out of 2 wives 6 children 2 had not been abused and have normal lives the others have been self distructive and violent

Some People dont Know they been Abused EPSON illness That will Effect Desision Sometime Violently Boyscout has been one of biggest Breading grounds far. Example need to be made.

Depending how Long This Takes Depends on how much Time I will Have To Enjoy life. Believing That All I did wasn't All My Fault is a start

How much The Boyscouts Feels They Wronged us will Depend on There Contribution To The Trust fund. Change only Happens when It Hurts

The Molester Name was ███

Troop 666 in Orange Co California

I lived in Costa Mesa

███





7020 0090 0001 4541 5468

Justice Lauri Selber Silverstein
BSA Bankruptcy case SA-14314
824 Market Street 6th Floor
Wilmington, DE 19801

CERTIFIED MAIL

MAY 2021

U.S. POSTAGE PAID
FCM LETTER
PACIFIC CITY, OR
97135
MAY 13, 21
AMOUNT
$4.15
R2304H108553-11

19801-302499