May 11, 2021

SA ███████████

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



To Whom It May Concern:

I am writing to you regarding the current sexual abuse case against the Boy Scouts of America.

I was a pre-teen when I joined the scouts. The scout master soon paid extra attention to me, inviting me on ski trips and extra camping trips with a couple of other kids at first, and then just with me. After being abused several times by him, not understanding what or why it was happening, I began to change as a person.

A part of me was missing. My confidence and passion for life was gone and I didn't know what to do about it. Through my teens and early twenties I went down hill fast. I struggled in school and began to drink and drug heavily, resulting in may legal problems. Relationships were difficult. It is hard to care about others when you don't care or like yourself. I affected so many lives through my pain.

We the abused need and deserve a great deal of compensation. We also need to know that scouting will change a great deal, or if my dream comes true, disband.

I'm in a good place now, loving wife and family. But they missed out on a lot of me. I will never be whole again and the pain will remain.

Monsters do exist. Please help stop the horrendous abuse that the Boy Scouts of America has hidden and allowed for decades.

Sincerely,
███████████



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE 19801