


FILED
2021 MAY 21 AM 10: 10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 11, 2021

SA - [redacted]

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

To whom it may concern:

One of the most difficult days in my life was the day when my [redacted] to write out the details of being sexually assaulted by his Boy Scout leader [redacted] of North Andover, MA. My husband had told me of the trauma, but when he handed me the paper, written in the familiar handwriting that had written wonderful words before, I read the words that nauseated me and made me cry. Watching him recall the horror of what happened to him, watching him write, I knew what he was writing was going to be awful to read, but there is no way to be prepared to read that kind of horror.

It is horrible to know that m y husband, then a little boy, was entrusted by his family into the overnight care of his Boy Scout leader, and this grown man [redacted] – and the horror of the little boy at what was happening. And this happened more than one time on more than one night. And there were times in between, reminding the little boy of what could happen to him again at any time.

I looked up [redacted] on the Internet and found that he was kicked out of the Boy Scouts of America. There was knowledge on the part of the Organization that things weren't right with this monster, and yet he continued on until the Boy Scouts of America finally had to kick him out. How many other little boys were assaulted during that time? How many more lives were ruined in that time?

Through his pre-teen and teen years, and into adulthood my husbandhas carried this horror with him as part of his every day, eventually numbing it and other resulting problems with drugs, alcohol, and violence. He managed to pull his life together, but he continues to beat himself up emotionally, doubt himself, and look back and wonder "if only."

When my husband took the very brave and emotional steps to begin to report what happened to him, to join forces with the *thousands* of other men who have suffered similar trauma at the hands of grown men and an Organization that enabled – yes enabled – these grown men and basically fed their pedophilia with their choice to brush information under the rug and hide information in files, protect peoples' reputations and protect the Organization - when my husband took those first steps, we were both hopeful that the Boy Scouts of America would

acknowledge the trauma it has caused and work with the victims of abuse to compensate them for the sexual crimes committed and lifetimes ruined.

The repercussions of the years and years of sexual abuse and trauma has impacted not only the boys, but the families, spouses, children, and grandchildren. The trauma of sexual abuse set a trajectory for thousands of young boys' lives. The Boy Scouts of America allowed this to happen. As we can see from their bankruptcy details, the BSA has acquired sizable assets and has worked very hard to maintain a reputation that encourages many to continue to donate and support the Organization. It's a business, and PR matters. When accusations came in about pedophiles in the ranks, that was bad PR – bad for the Organization's reputation, bad for business, bad for donor relations, bad for the BSA stores that sell an exorbitant amount of BSA emblemed clothing, equipment, and other items.

Attached with my letter is a copy of the document I found on the Internet kicking my husband's abuser out of the Boy Scouts of America – too little too late for how many boys?

The Boy Scouts of America is responsible for decades of pain and suffering, and the actions of covering up and protecting reputations of grown men, rather than protecting the lives of young boys, is criminal.

The Boy Scouts of America had opportunities to intervene over the years, and they chose not to.

Sincerely,




PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE
CERTIFIED MAIL
7020 1810 0000 8677 2043
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE 19801
1000
19801
U.S. POSTAGE PAID
FCM LETTER
FRAMINGHAM, MA
01701
MAY 14, 21
AMOUNT
$7.00
R2304E106454-81