FILED
2021 MAY 21  AM 10: 10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Claim # SA███████    Justice Lori Silverstein, my name is ███████. I am writing you this letter about the BSA and the abuse I suffered for 3 years as a child, this occurred several times a week. From late 1962 to 1965 I suffered abuse from a cub scout leader at a military base Fort Richardson in Anchorage Alaska. This had a devastating and everlasting effect in my life as I was never able to tell anyone until I wrote to my brother and told him in 2016 as I had to tell someone before I went out of my mind. Until I got old enough to understand what had happened I had a problem with authority figures which my parents could never quite understand nor could I. And to this day I still have a problem with authority figures. I never told my parents and they passed away without ever knowing what had happened to me in those years as I did not want to burden them with something they had no control over. I spent a lot of years doing lots of drugs, getting in fights and getting into trouble but could never get rid of the visuals and emotional pain that I have suffered over 59 years. And to this day I still have nightmares. I could never have a deep meaningful relationship with a woman, as I've had three marriages, and had an unknown number of girlfriends. Those three years have devastated my entire life, as so I had to raised four boys on my own, I had to be both mother and father to my sons which was not fair to them. I've always had trust issues especially with authoritative figures in school and out of school. But never figured this out till later in life that that was the reason why. What money I am asking for from these horrific people could not even come close to the pain, suffering, emotional stress, duress, anguish and the devastation this has caused me through my life. Keeping that secret inside myself for 59 years has taken its toll on me mentally, emotionally and financially. As I could not be 100% emotionally there for those who needed me and depended on me as my parents and my past wives, and any other relationship I might have had. My feelings on the BSA is that they should be totally liquidated and the assets given between all the injured parties, as they should never be allowed to operate again in this world. I don't care how much they have to pay as I cannot speak for anyone else only for myself what they owe me and others money could never wash away or make anyone feel whole again. They should have to liquidate all their oil assets mineral rights and their vast collection of artworks. Those that are still alive as my abuser has been dead I'm sure for many years should

also go to jail. No mediator has the right to tell me what my pain and suffering is worth no one can say that but me. What I'm asking is a small fraction. I could ask for 10 million a year for 59 years plus my attorney fees that would still not be enough for my pain and suffering. What I'm asking for is non-negotiable and tax-free ,that's my final word. They should never be allowed to reopen their doors to any children ever as they are despicable people with no morals and no shame. I just wanted to write and give you my opinion about this undescribable corrupt child molesting organization, as those in the higher positions ought to be held criminally liable and their subordinates for what they have done to thousands of children. As they had full knowledge and tried to conceal this . There is no excuse for what they have done to me and others especially trying to cover it up. They must pay Civilly and criminally . I greatly appreciate you taking the time to read this. This is a statement of first-hand knowledge and truth of facts. Again thank you for your time.







7020 1810 0001 2757 1642

CERTIFIED MAIL

Justice Luri Selber Silverstine
B.S.A. Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE. 19801

U.S. POSTAGE PAID
FCM LETTER
NEW KINGSTOWN, PA
17072
MAY 15, 21
AMOUNT
$6.45
R2308M153766-19

19801

FOREVER / USA

U.S. MAIL
X-RAY