5/13/2021

Dear Judge Silverstein:

FILED
2021 MAY 21 AM 10: 10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I am writing to you concerning the BSA Bankruptcy. My name is ▉▉▉▉▉▉▉▉
I am 68 yrs old, so this happened many years ago to me. I lived with this my whole life. Back when it happened to me there was no help for anything like that. I became an alcholic, married, divorced and haven't seen my daughter since she was 9 yrs old.

In 1987 I married again and my wife wouldn't put up with my drinking and if I wanted her it would stop I've been dry ever since. I am a Viet Nam era vetran.

I my opinion what I am entilled to is $300,000. I have lived with this all my life.

To me over the years the BSA has tried to totally cover this up.

and should be ordered to sell all their holdings and divide between all of those who have been abused.

I know the atty's have alot of time and money on this suit, but don't think they should be entitled to a cent. from each person. You should set an amount they are allowed to have. I my experience in class action suits the attys get all the money and claimants get very little.

Thank-you for your Consideration

Judge Laurie Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, Delaware 19801

7019 1640 0002 0962 3839

U.S. POSTAGE PAID
FCM LETTER
CRAIG, CO
81625
MAY 13, 21
AMOUNT
$7.00
R2305K142138-5

1023
19801

198013024