

FILED
2021 MAY 21 AM 10:09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street 6th floor
Wilmington, DE 19801

Claim number: SA-▮▮▮▮

    I am writing you to try express what I went through and what I still go through to this day. As a kid I didn't have a real male role model so at first I was happy to have a scout leader in my life. But as time went on I was asked to do things that no kid should do. Not once but like all the time. I was told not to say anything and afterwards I would be givin some food to take home to eat with my mother and sister because we didn't have a lot of food or money and my scout leader knew that and took advantage of that. But the sad thing is that I wasn't the first person it happend to or was I the last. To be sexually abused is a nasty thing the pain I was put through as a kid by someone I thought I could trust is crazy. But it's not the physical pain that I carry today it's the mental and emotional pain that sticks with me. Growing up I never understood if what he did to me made me gay or not. I wish I can say more but something inside me won't let me open up 100% but thank you for reading this.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

U.S.M.S. X-RAY