05/03/2021

SA███



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

FILED
2021 MAY 21 AM 10: 08
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein,

    To be honest I am not sure what I am going to write so please bear with me, I am 58 years old, I served in the Air Force and I've been in prison, what I am saying is that I've been through hell more than once in this life time and I've seen and experienced things that no one should ever have too, and because of all that I have been diagnosed with post-traumatic stress disorder (PTSD) I have talked with my counselor about what I have experienced while serving my country as well as what I experienced while I was in prison, but I really haven't said much about my experience in the Cub Scouts for several reasons, one key one is that whenever I start to bring it up I am taken back to being a 9 year old boy who didn't understand what was going on and well I still get scared, I know that sounds stupid I'm a grown man who starts to cry whenever he starts to talk about it. I will admit that I didn't tell the lawyers everything that happened basically because I am ashamed of what happened I still feel that I should have done something, or that I did something and deserved it, I don't know if that makes any sense. I did finally tell my mom and she removed me from the program, but at that time people didn't talk about this stuff and especially not when you're a boy, so it was swept under the rug and no one ever talked about it again, until this all started.

    So, what can I say, I was sexually molested by someone I trusted and a person my father said was going to help me become a man, what he did was give me 40 years of nightmares. This person ███████ ████████████████████████████████████████████████████████████ while I do not remember his name I will always remember his face and what I experienced, I could go on as there is more to my two year experience in Scouting but I have now told you more than I have any other living soul and I honestly can barely handle telling someone this much. Let's just say that at least once a week I wake up because of a nightmare, basically I get to relive what was done to me over and over again and while I would never take my own life, I do at times seriously consider it, because that man destroyed me, most won't understand what I mean by that, but it's true.

    Sorry I didn't mean to dump all that on you, I don't know if this is what I was supposed to write or not but its 3 in the morning and that lovely person woke me up again and I had to say something otherwise he wins. Thank you for your time and kind consideration of the above.

Respectfully,

███████

PORTLAND OR 972
4 MAY 2021 PM 6 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

19801-302499



U.S.M.S.
IX-RAY

