CLAIM #: SA-██████

14 May 2021

Dear Honourable Justice Laurie Selber Silverstein,

You might not like what I say or how I say what I need to communicate, but one thing about me is that I always speak my mind!

I will be 54 years old on June 1st, and when ██████ of Attleborough, Massachusetts sexually assaulted me, I was about 10-12 years old. It is getting really close to a half a century and still I haven't received any justice!

I was at a summer camp in Plymouth, Massachusetts when the assault happened. It was called a "Jamboree", when Boy Scout troops from all over the state converge in on this one location and for many weeks the different troops compete in many competitions to earn all different kinds of merit badges. I LIVED for this! Canoeing, archery, craft making, swimming, hiking, and on and on. And each merit badge earned is just one more step closer to earning the next level up to your road to Eagle Scout, the ultimate prize, the ultimate level of accomplishment.

→

Growing up I wanted to be just like my Pa, to join the Air Force and become a combat fighter pilot... to fly my favourite fighter jet, the F-15C & F-15E Strike Eagle... Now, 30+ years later in prison, for a murder I committed, the only "Eagle" I have to show for it, is a single book on the American Bald Eagle.

Soon after the assault happened, my little brother wanted to join the Scouts... Well, I did EVERYTHING in my power to discourage him from joining, and, soon, I succeeded. Soon after that, I ended up quitting the Scouts myself, my dream of earning Eagle Scout rank shattering.

About 2 to 2½ decades later, well into serving my murder conviction, my little sister pursued her dream of becoming an F.B.I. Special Agent, following the steps of her mentor and one of the first females to ever become an Special Agent in the history of this country (our cousin ███████ [LAST NAME OMITTED]); my sister was at the top of her class at Quantico, but in the end, when her superiors asked about her older brother ███████ she told them that, yes, indeed, her older brother was

SERVING A LIFE SENTENCE IN PRISON FOR MURDER. THAT WAS ENOUGH TO HAVE HER DISMISSED... ANOTHER INNOCENT CAREER DREAM SHATTERED.

COUPLE YEARS AFTER MY ASSAULT, I STARTED COMMITTING AWEFUL CRIMES. I BEAT UP A COUPLE OF MY BEST FRIENDS, AND STARTED KILLING MY NEIGHBOURS PETS (CATS). MY PA STARTING TO SEE MY ESCALATION IN VIOLENCE MADE ME START SEEING PSYCHIATRIC HELP ONCE IN A WHILE AFTER SCHOOL. HE KNEW THIS WAS A RESULT OF SOME FORM OF CONSEQUENCES FROM THE SCOUTS. IT NEVER STOPPED... BUT IT KEPT ESCALATING. I'VE ROBBED PEOPLE, COMMITTED UNSPEAKABLE CRIMES ON PEOPLE, SHOOTINGS, STABBINGS, STRANGULATIONS, TORTURES, I'VE KILLED, AND IT NEVER ENDED... UNTIL ONE DAY, IT DID.

AND ALL ALONG I KEPT HAVING NIGHTMARES, COLD SWEATS, PANIC ATTACKS!!! IT NEVER STOPS... THE ASSAULT FROM THIS CHILD RAPIST SCUMBAG COWARD!

WHEN I CAME TO PRISON ON THIS LIFE SENTENCE FOR MURDER, STILL IT DIDN'T STOP, I BUTCHERED AN INMATE WITH A KNIFE, I'VE BEATEN PRISON GUARDS, SLICED PRISON GUARDS WITH RAZORS, I'VE DONE HORRID THINGS



EVEN IN PRISON. EVENTUALLY, I WAS PLACED IN THE STATE'S HIGHEST SECURED SUPER-MAX KNOWN AS THE D.D.U. (DEPT. DISCIPLINARY UNIT). DO YOU KNOW HOW MANY YEARS I DID IN THAT UNIT, YOUR HONOUR? NEARLY 20 YRS..! I STILL HOLD THE RECORD. AROUND 1997, THE N.Y. TIMES MAGAZINE DID A STORY ON ME AND I WAS ALSO FEATURED IN "ABC 20/20" WITH BARBERA WALTER AND DIANE SAWYER AND INTERVIEWED BY CHRIS WALLACE. THE MASS. COMMISSIONER OF CORRECTIONS STATED ON AIR THAT "▬▬▬▬▬▬▬▬▬ IS ONE THE MOST DANGEROUS INMATES IN THE MASSACHUSETTS PRISON SYSTEM..". I FINALLY GOT RELEASED OUT OF THE D.D.U. IN APRIL 2012.

I HAVE BEEN OUT IN GEN. POP. FOR 9 YRS. NOW AND I HAVED STABBED, SLICED OR STRANGULATED ANYONE SINCE MY RELEASE. I'VE BEAT THE CRAP OUT OF A FEW INMATES BUT THAT'S IT. I CURRENTLY SEE MENTAL HEALTH FOR MY "ISSUES" EVERY 2 WEEKS.

I CAN'T EVEN COUNT HOW MANY PEOPLES LIVES I'VE DESTROYED... ALL STEMMING FROM THIS PIECE OF SCUM SHIT RAPIST! YOUR HONOUR, I'VE WAITED IN PRISON FOR THIS SCUM TO SHOW UP SO I CAN GET HIM INTO A PRISON CELL, LOCK THE DOOR AND KILL HIM,

AND FLUSH HIM DOWN THE TOILET, PIECE BY FILTHY PIECE, BUT IT NEVER HAPPENED BECAUSE HE ENDED UP DYING ON THE STREET, SO, AGAIN, I GOT ROBBED! I WAS DENIED!

MOVING FORWARD TO JANUARY OF 2021... A RULING CAME DOWN FROM THE STATES HIGHEST COURT, THE MASS. SUPREME JUDICIAL COURT (S.J.C.), AND RULED IN ███████ V. MASS. PAROLE BOARD. MY ON-AND-AFTERS ARE NOW AGGREGATED AND I'M WAITING FOR A DECISION ON MY 2ND DEGREE PAROLE RULING. JUST A FEW MONTHS AGO, I THOUGHT I WAS GOING TO DIE SOMEDAY IN PRISON, BUT NOW, I COULD BE ON THE STREET AT ANY TIME NOW.----

I AM SO SICK AND TIRED OF PEOPLE DEFENDING FILTHY CHILD RAPISTS AND MOLESTORS WHO DESTROY HUNDREDS OF THOUSANDS OF INNOCENT LIVES. ALL YOU HAVE TO DO IS LOOK WHAT HAPPENED TO ME, AND, IN TURN, WHAT I DID TO OTHER PEOPLE AS A RESULT OF WHAT THIS ONE COWARD SCUMBAG DID TO ME. SOME PEOPLE COMMIT SUICIDE, AND PEOPLE ACTUALLY DO GOOD IN LIFE... THEN THERE'S SOMEONE LIKE ME, WHO TAKES ALL OF MY HATRED OUT ON OTHER INNOCENT PEOPLE. I'M A MONSTER, I KNOW IT, BUT I'M TRYING TO CHANGE.

SO WHEN AM I GOING TO GET MY JUSTICE YOUR HONOUR? I'M GOING ON 54 AND I'M STILL

WAITING!

Do you know what I want to do when I get out of prison someday soon? I want to build my own horse ranch and rescue abused horses and let them live happy and in peace and comfort for the rest of their lives. I can help horses, I love horses! Horses are fragile creatures, but they are authentic and never fooled by fake smiles or false bravado, they force us to encounter our inner selves with more clarity and honesty that can only be faced with out compromising our principles. First time I ever rode a horse, I was around 5 yrs. old. Horses can relieve you of depression and pain with their emotional ability to connect with our deepest core. As I am healing the horses, they can help heal me. But I can't do this if I don't have help... and I really really need help... but the lawyers and rape protecters aren't helping none. Please tell them to grow up cause they're dealing with me now.

Thank you for your most valuable time and attention to this very important matter. Please have a nice day!

Sincerely

<5>


<5>FILED
2021 MAY 21 AM 10:08
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE</5>



Justice Lauri Selber Silverstein
B.S.A. Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE, 19801

BOSTON MA 021
15 MAY 2021 PM 2 L

19801-302499