May 5, 2021

Re: Boy Scouts of America Sexual Abuse
Claimant # SA-███████  SA-███████

## Pleading

"We hold these truths to be self evident, that all men are created equal, that they are endowed by thier creator with certain unalienable rights, that among these are life, liberty, and the pursuit of happiness"

As Boy Scouts we were required to take the following oath: On my <u>honor</u>, I will do my best to do my duty to <u>God</u> and my country, and to obey the scout <u>Law</u>. To help other people at all times, to keep myself physical strong, mentally awake, and <u>morally straight</u>. - - - -

The Boy Scouts of America have not only comitted crimes of a sexual nature against the childen entrusted to them, they violated the very code of conduct which they created. We plead you honor, that you would hold the Boy Scouts of America accountable and provide just and fair relief to the victims. We seek to be made whole!

And forever we pr██████
██████████████████████

Heading
Enclosed
BSA CASE

Justice Lauri S. Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

SAINT PAUL MN
10 MAY 2021 PM 1 L

U.S.M.S. X-RAY