May 12, 2021

I ████████████████ 
address this letter to the Court
SA-████ Justice Lauri Selber Silverstein
BSA Bankruptcy Case

As an adult now, it is very disturbing to have to relive what has happen in my childhood, I writing because of the hundred of Thousand Children effected by this wicked act of BSA. in hopes that this will never happen to any other child. It is and insult to even suggest pennies or millions of dollars to someone who has live thought this kind of torment for about 52 years now. I am just one, What about the hundred of thousands of Children other than me. That are effected by this Wicked Act of the BSA.

Thank You
Justice Lauri Selber Silverstein

FILED 2021 MAY 24 AM 9:58 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

To: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

2100 #2002108E!
RICHMOND VA 230
13 MAY 2021 PM 6 L

U.S.M.S. X-RAY

USPS RICHMOND, VA. 23236
MAY 13 2021
CREEK BRANCH



Drug Free USA