Subj: B.S.A.

Date: 5-16-21

R.E. SA- ▮▮▮▮▮

FILED
2021 MAY 24  AM 9:56
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Your Honorable Justice:
Lauri Selber Silverstein

My name is ▮▮▮▮▮. I am writing in the regards of the B.S.A. to let society know how the B.S.A. lies corrupt my life.

I believed in a organization that was to taught me how to be a man in society to survive in the tough of time of life through wilderness. I come to believe that there was no wrong my Scout Master and Post Masters could not teach me wrong. Well as my advent we went on I started to learn how much mentally and physical abuse I went through becoming a man and to learn that it's okay too have a nother

man in a relationship.

Until my Junior schooling and High School that's wasn't not a part of society. I mentally abuse, physically abuse, by people that look at me as a outsider not excepted. Made fun of, beat up, not trust not man..

Or the Female side because I got physically abuse by them and their male friends. To believe that it was okay to have sex with one another and that how it goes in this world. As long as I would let it happen

My life was destroyed no friends, no one to trust, no one to believe in me..

No Respect for Authority Something I was taught at a very young age by my parents..

And lost it all,. Now I'm all alone in society

not understanding why, I thought I was being taught right. No-one to look up to because I hide in a shadow, that's not real. And is very lost and ashamed of.

I could go on for days, years, and losing my parents as to no one to talk too..

Thank you, for their time

Respectfully Submitted,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

as I'an known..



Justice Laurie Selber Silverstein,
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington, DE 19801.

SALT LAKE CITY UT 840
17 MAY 2021 PM 3 L