①

Claim # ▮▮▮▮▮

FILED
2021 MAY 24 AM 9: 55
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it must concern,

This is pretty hard for me to Replay this in my head, But they need to be hold acountable for not what they DID to me but to how many others (KIDS) they had DID this to.

I beloved I was about 12 going on 13 year's of age. The boy's Scotts of America use to come to the nieghborhood and pick up kids that wanted to be a boy scouts bcst cause parent were working or didn't have time to take us. I remember we had to go away for a camping trip, and most of the kid that had got pick up Every tuseday were poor and Really did't have any camping gear. are leader at the time I believe his name is ▮▮▮▮▮ he had spear tent's, for Some Reasons he had all the kids pear up and sleep in one

tent. for Somme Reason I had no tent for me So you he to me your fine you can Bunk up with me ███ I Really did'nt think nothing of it. Til we all had went to bed that night, I remember Him waking me up and wispering in my Ears telling me he had somthing for me, to give him my hand, I pulled out my hand under the

███

me do I like but I didn't response cause I was in shock and scared.

███

tell anyone this is are sacrt. I never went Back to boy scouts and went on with my life.



what hurts be deep inside is I have a son, and he has friends. that I'm friends with the parent's as well, very good friends. and every time he ask to sleep over I always say no cause what had happen to me. and I feel like I'm robbying him from being a kids! cause I don't trust the world. I don't even Let him sleep over his cousins house cause what happen to me. I want them to pay for this!!! please if your Reading this pleace understand these people need to pay for this Thank you.

SEATTLE WA 980
17 MAY 2021 PM 7 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

