Justice Lauri Selber Silverstin,

I Am writting you About the Abused in Scouting. I was in The boy Scouts in 1981 & 1982. And was takeing Advantage of on many ocasions, when we would go out on Scouts And outings. my Leader would take me in the wood And make me touch him.
I have been trying to put this out of my mind All my life. But now I have to bring it All back up.
It messed my Child Hood up. I Did not want to be-around other boys. Cuase I was ashamed. I was to imbresed to tell my parents About it.

SA-████

Thank you
████




Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801