To whom it may concern:

In the early 80's, racism was knowingly alive in my small town. This contributed to my abuse, being a young African American becoming a boy scout. As a child, I looked up to boy scouts. i always thought that it would be amazing to have the opportunity to become a boy scout, but never thought that BSA would be a dangerous place for me and many other boys. Being the only African American boy, you think nothing bad is going to happen to you, especially being sexually violated at such a young age on multiple occasions. This organization that I aspired to be apart, took a turn in a way that I have to take antidepressants for the rest of my life. Everyday, I try to stay positive and smile through the trauma I've been through. I can understand how many victims of this abuse have developed PTSD and other medical conditions. This abuse has also affected my parenting, it has affected me in a way in which I have become more controlling and aggressive towards my family. I don't want to be an aggressive person. That's not who I am, so I got therapy. It took years of therapy to speak about me and my story. After 41 years, I have built up the courage to speak about my story. This matter shouldn't be swept under the rug. This organization should be held accountable and should not be given the opportunity to reorganize and reestablish. The abusers shouldn't get a slap on the wrist for the mental and physical pain they have caused me and other boys. This matter should be taken seriously. Many other victims should have the opportunity to speak up and not be threatened for speaking up, and sharing their story. Thank you for giving me the opportunity to share my story.

Kindest regards,



FILED 2021 MAY 24 AM 9:53 US BANKRUPTCY COURT DISTRICT OF DELAWARE CLERK



1980184909 C012

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801



FOREVER / USA