Dear Justice Lauri Selber Silverstein,

My name is ▮▮▮▮▮▮. I am writing you in regards to our claim against the Boy Scouts of America.

My parents, ▮▮▮▮▮▮ are immigrants from Italy. They loved this country more than you can imagine. They did everything that they could do to have their children fit into the American culture. Unfortunately one of those things was to join the Boy Scouts. It was 1970 and I was 12 years old. It was in Ardsley, New York, a suburb of Westchester County. We would have our meetings at (OLPH) Our Lady of Perpetual Help and also at the church down the street. My abuse started on my second visit, when the scout leader told me that my uniform was not put on correctly. He took me in one of the private rooms and started to undress my pants and showed me how to tuck my shirt in properly.

▮▮▮▮▮▮

shock but felt helpless. My understanding of the English language was not that good and he had a very domineering personality. Eventually I was also being ~~molested~~ molested by the second in charge who was an Eagle Scout. He was probably



18 years old at the time. He would abuse me when we went on camping trips. He would make sure that I slept with him in his tent. I won't even describe what he did to me. The sad part about this was that I tried to not go back but my parents forced me to go. Of course they had no idea what was going on. My father had a violent temper and I am sure if I told him he would of killed both of them. And what would he think of me? Probably weak for allowing the abuse to go on. I eventually ran away from home. The people that abused me are probably gone but I have had to live with this my whole life. I also came to the conclusion that the scout leader also turned the Eagle Scout into a abuser. God knows how many boys they destroyed over the years.
The only reason I feel I have survived is because of my children and grandchildren. I would never leave this planet and leave them to fend for themselves.
Thank you for your time, and I pray to God that those bastards pay for what they

Aid to All of us.

Sinc[REDACTED]

FILED
2021 MAY 24  AM 9:48
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801-3024999