Justice Silverstein, Thank you for allowing me to have input, Claim Against the Boy Scouts of America and this case is about the sexual abuse of minor Children and the organization that allowed it to happened. The Boy Scouts of America is supose to help and teach child how to survive in life as well in the wilderness but I assure you, it's quite the opposet. The Boy Scout leaders are wolves dressed in sheep clothing. Why do I say that, is because during a meeting

[redacted]

Justice Silverstein, I want you to know this as well as the world. This abuse that had happened to me sexually was caused by the Boy Scouts of America and the Boy Scout leaders, none of the sexual abuse would have never happened to me if I were not in the Boy Scouts of America. I blame this organization and is the core reason I've been in trouble most of my life. This organization is the mane reason I have mental problems and to this day I battle with what those two Scout leaders had done to me. I have severe trust issues with people of loot to marriedes because of this organization. I have night mares three or four times a week

Justice Silverstein,
Please do not trust them none of them know what I went through nor for as the others that went through the sexual abuse. This organization, Boy Scouts of America needs to be shut down, the organization can no longer be trusted. I was a child when this had happened to me, how many after me and how many more is going on now?

Justice Silverstein, thank you again

FILED 2021 MAY 24 AM 11:46 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

INMATE MAIL
Chillicothe Correctional Institute
P.O. BOX 5500
Chillicothe, Oh 45601



Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 2th Floor
Wilmington, DE
-19801-