PLEASE EXCUSE
MY SPELLING.

Dear Sr.                          May, 17, 21,

I was asked to write to the court to try to make the court understand the hurt and problems that come from being molested. It is hard to talk or write about this for me. I am ashamed of what went on. I do not know how to put it in a letter.

My name is ███████████████ I am 79 years old. My parents are gone now, and never knew any thing about this. I was about 11 years old, and lived in a row house in Phila. Pa. We did not have a car till 1953. I loved the outdoors, and the boy scouts was my way to get to it. My father worked two jobs and my mother worked part time.

This man ███████████ made friends with my parents. He was in charge of training us for our badges, and desided who got them. The badges were a big thing in the boy scouts. He started to take me to the woods and fishing. After a while he started to touch me. I was afraid to

I do not know what will become of this, and money is not why I got involved. I am angry about this and ashamed to be part of it. I did not know what sex was at that age. I did not know how large of a problem this was.

I do beleave the boy Scouts should pay for this horrable thing. The leader ship had to know what was going on. Some boys were really efected by this and had a lot more done to them than I did.

I hope the court will not let this be pushed under the rug.

Thank You

FILED 2021 MAY 24 AM 9:46 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th. Floor
Wilmington De.
19801