FILED

2021 MAY 24 AM 9: 48

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 14, 2021

To whom it may concern:

███████████████████ is under my psychiatric medical care for the treatment of long-standing depression requiring medications. He reports being very troubled and affected by being molested at night by a scout leader in his teens. He told no one not even his family because of shame. His depression began after that. It interfered with his schooling resulting in him dropping out. He had difficulty keeping jobs. He reports poor self esteem and food issues resulting in morbid obesity because of the molestation. He finds it difficult to trust people and has had poor interpersonal relationships. He does not have flashbacks or nightmares but tends to ruminate about the abuse constantly. He has chronic sleep problems.

Mr ███ requested this letter and it has been faxed to him.

Very truly yours,









HARTFORD CT 060
19 MAY 2021 PM 6 L

19601-302499

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th floor
Wilmington, DE 19801
TX-flook