Sunday, May 16, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE 19801

FILED
2021 MAY 24 AM 9:45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re:    Claim Against Boy Scouts of America
       Claim #Sa-███

Justice Lauri Selber Silverstein:

When I was a young boy the Boy Scouts of America was the organization to join for boys.

I had no idea about the abuse that would eventually happen to me and many others as a Boy Scout.

There were Eagle Scouts that would assist the leaders in my group. One of the Eagle Scouts would pick ████████████████████████████████████████████████████████████████████████████████████████

I did not say anything to anyone, as I was too embarrassed, as these issues were not spoken about at that time. I wish I would have said something because what happened to me did affect me as time went on.

As a grown man I am very disappointed in the Boy Scouts of America and believe they need to compensate all the innocent children that have been abused. This needs to stop. Parents trusted the Leaders to guide their children, not abuse their children. It is sad that an organization you thought your children would be safe in turned out to be the total opposite.

I am just recovering from neck and spine surgery and who is not to say that being lifted by my head and being hit with a book on my bare butt did not play a role in some of the damage. I have a long recovery ahead of me and hopefully all the occupational and physical therapy will help correct my walking issues.

Thank you for reading my letter. Please let the correct decision be made to compensate those that lost their dignity.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington DE 19801

S SUBURBAN IL 604
17 MAY 2021 PM 5 L

U.S.M.S

