CLAIM # SA- ████

My name is ████ I'm 46 yrs old. I was a scout at age 8-10 yrs old. My Mother signed me up shortly after my father was murdered. She thought it would give her some Serenity as well as teach me some Basic skills in life but what she didn't know was the danger and life long mental scars that the abuse gave me and as a young Boy that just lost his father and didn't want to put my mother thru no more pain or tradgey. she would drop me off and after I would Be brought home by my abuser, his son was also in my troop. I would go to Bathroom and he would corner me in ████████

████████ I really don't feel comfortable talking about it after all these years. I've lived a life of Self sedation trying to Block my memories and in that I've spent several yrs in Prison and jail because of drug possession and dwi'ing. I later in life told my Mom and she really took it hard she actually passed shortly after. I don't think that was Because of it But it certainly did put a Bad thoughts in her mind that she put me in that danger and that I as a child held that secret from her for all those years. Now that I'm older I realize that was very wrong and knew it then just not the Serenity of life loss or trauma it endured on me and scars it left in my life. I knew it was wrong in many ways and sorry I didn't speak my mind many yrs ago. It not only


drove me to self sedation and a life of paranoia but also denyed me of my faith. I held in the pain and abuse for many reasons also from the embarrasment of the reality of what happened. My Mother actually became pretty good friends and grew trust and fell for the likable personality of my abuser. He didnt seem like a sick perverted POS he was very charming and conniving and I was also just a scared little child. My thoughts of the BSA is I was taught life long survival skills but also haunts me of being sexually abused denied me of any trust skills and paranoia that men are all not to be trusted. I often wonder where I'd be in life had I not had to hide the scars back and dive in a world of pent up abuse and anger as a result of it I now live a life of endless PTSD and Paranoia and my trust issues have completely been demolished. I can't keep a straight focus on my real true self/life. I'm recently opened my mind up and come to conclusion of its not my fault. only reason I hid my emotions and truth of what happend was to 1 Not be picked on no more and 2 so my Mom didn't hurt no more then already. I feel as though as a child we are very suceptable to predators and if we are placed in an orginization where complete strangers are around that they should be screened and regulated

Predators should not be aloud to be around children let alone to be able to take us around or left alone with a child as I was multiple times and Even in a church of all places. I was young and vulnerable and an easy target I guess and I'm pretty sure I was not alone in my trap because of my past few years by joining the Scouts I was easily manipulated and felt my duty as a son and survivor of other trauma that I didn't matter and was just supposed to be strong and just not expose the situation for multiple Reasons alot was the pain it would cause my Mother. If I could take back what I tught away for years IDK where I'd be in life now, its caused me to live a shy sheltered life and belittled me and my youth. My Self esteem my courage as a young man was crushed and I Remained a Shy Quiet drug abuser as young as 13-14 yrs old and it molded me into a hard core abuser of Sedatives and illicit escapes but in Reality it only made me a complete Mental Head Case. A life of sheltered fear and shame my life was taken from me my Pride was Empty throughout most of my life until I hit rock Bottom and Counseling for yrs. I've come to conclusion its not my fault and that the Scouts had as trusted by my Mother Put me in a very Scary place yet in my Eyes started my life of confusion and dissassociation with Reality. I'm Really a Open Book as I cant hold my pain or regret Non myself or Mother accountable. It was the Sick Perverted Scout

father that acted like a sheep then Became a Wolf behind doors and away from Crowd of rest of troops. Had the System were to screen the Adults Present I don't Believe the trauma of Sexual abuse would have happened. I've lived a life of shame and regret and guilt for too long. I don't and wouldn't want this to happen to no one else and thinks if just 1 more rock to the pile of shit to Be thrown toward the BSA for lack of Screening. This is not just a small deal it's a stew of chain of Events of action reaction it's take on in my life. had I not carried all the guilt or shame thought of when would I Be now. for an organization to be run that way is just a mystery to me. I pray this End and not wish this life of mine on anyone. And had I not Been in such a dimmer past few years IDK if I'd have let the abuse happen But How do I know, I've only been showed and manipulated into thinking it's ok it will help me to do my Survival Skills Easier if I let someone return me Before Session its Crap I'm grown man and no matter what I'll speak my situation till I Die cause my Pride is Valuable I Now Have Self worth and realize its not my fault. I'm not Gay and it psychologically mentally corrupts ones mind for life as it has

destroyed me. Children are Easily manipulated Especially in times of tragedy and in search of attention, regardless if its a bad or good intentions its attention Period and to be coaxed into sexual situations by someone I looked up to as a Mentor or Adult that should only teach me or set me a good Example is very sad and unacceptable in any Eyes case physical Pain can heal over time But these Emotional scars left Burnt into my Mind has caused a very Sedated miserable life for me. I often think my life has been a wasted and I'm nobody Because of my faith the humiliation and shame I've Endured No A money can replace my mental state it's has Put me thru. I'd rather be dead than to live on this with all this Pain I've Kept bottled up for years I really just like to say it was wrong in Many levels and it needs to change or the world can be a disgusty Place if it keeps letting this Behavior go on We put trust and Security into these People Just to ruin the youth of Many children. I hope they take accountability for the Pain they have to ever Caused By letting abusers around children Period. there is no $ amount that can value the pain and disgust my life has dealt with Since my Scout Experience Just Hope my Voice is Heard and actions are made and this abuse Stops. My life is almost to End and my I wish is

that my Nieces & Nephews and their kids don't and Wont Ever have to deal with anything like this and an End will Be. youth is what makes us Nature into what and who we are and mine was ripped and taken from me. Please I Beg you to Not Let this abuse happen No more. I'm not a child No more I don't hate no one. But it's taken my whole life to accept the fact that sick People live in this World and its not my fault most of all. I hope yall can read my Writing and all of our Voices are Heard and action are taken to Prevent any further abuse on any one Reward Respect. And again No It can It replace my youth that was taken from me or any other Survivors. Who knows where I'd be in life Had I not suffered all these years. I'm an advocate for abused children now as my Brother Who was abused in foster care he was older at time and Put an End to at Early Stage and wish I'would Have Also the Abuse

FILED 2021 MAY 24 AM 9:49
CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE



Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington, DE.