FILED
2021 MAY 24 AM 9:45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein

Your honor Thank you for giving me the opertunity to tell you what my concerns are with abuse that has exsisted in the BSA for many years. I myself has had many issues that has occured due to the abuse i endured in the BSA for my Leader. But my reason for my case SA-[redacted] is that I have always felt the BSA got a pass on this issue for many years. I am now concerned for my grandchilder and their children. I would not let my 2 Boy Join the Scout for fear something would happen to them. I have told my children my story. I also told them of all the GREAT times I had as a boy Scout I Loved it After years of therapy I have decided to make the decision that I would give my Grand Kid my blessing to Join the Scout, I had such a great time and Learned so much about Life its self from camphing to communication with others. But Judge the BSA has never been held accountbulty for the crimes that they allowed to happen to me and thoused others. I beleive its time that they are held accountfe for what they Let happen to thousand of Scout who alot of them are no longer with. us. they Deserve Justice Just as I do. Thank you your Honor for this opertunity to express myself



KANSAS CITY 640
14 MAY 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 MARKET Street 6th Floor
Wilmington, DE 19801

19801-302499



