IN THE U.S. District Court
District of Delaware

███████████████

IN RE: BSA
CASE # 20-10343 (LSS)

GENERAL NOTICE-

B███████████████

███████████████

5-10-2021

1

JWL

**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

85353/002

Given
5-10-21
almost
30 DAYS

APR 21 2021



US POSTAGE $001.40
ZIP 94111
02 4W
0000341257 APR 16 2021

# CERTIFIED TRANSCRIPT

*Handwritten annotations:*
- Direct + CT copy of
- AVA Claimants
- Omni Statement
- Didn't get Disclosure or Stments from... thus still semi pro-s
- 3

## BOY SCOUTS OF AMERICA
## OFFICIAL TORT CLAIMANTS COMMITTEE TOWN HALL
## APRIL 08, 2021



**Court Reporting • Video**

310.230.9700 • els@elitigationservices.com
www.elitigationservices.com



BOY SCOUTS OF AMERICA
OFFICIAL TORT CLAIMANTS COMMITTEE TOWN HALL | APRIL 08, 2021

1

2   I hereby certify that the foregoing is a true and correct transcription of the audiotape labeled
3   GMT20210409-000012_Recording_1538x992 - 25.

4
5
6
7
8   04/16/2021                                              Jo Norris

9      Date                                                Printed Name

10

11

12                                                    _____

13                                                         Signature

14

15

16

BSOA | OFFICIAL TORT CLAIMANTS COMMITTEE TOWN HALL | eLitigation Services, Inc.   27
www.elitigationservices.com
310.230.9700 • els@elitigationservices.com

5

I recieved this notice/transcript from the Tort Claims Town Hall today. It gave me an understanding of chapter 11 & I agree with Judge Ms. Silverstein: No doubt that the BSA must survive this and must continue, therefore chapter 11 makes sense (from my understanding of what I read) From what I understand: Chapter 11 allows BSA to continue, but it assesses its assets & organizes them in a way according to Town Hall: IE: Appraised oil/gas royalties, a Norman Rockwell painting, insurance, $300 mil in cash & plenty of (extra?) campgrounds. up to $480,000,000.00 in items laying around which is nothing to them. And still function as a entity after these proceedings with camps/counsels & income to fund them not affected by this proceedings.

I do know Chapter 7 does

6

destroy them & liquidate assets, so it makes sense to me.

#2 I have not seen or recieved the disclosure statement as I explained in my previous objection. I've asked for it & I'm a prisoner & in the county jail & am not allowed to access any form of law library/internet. As I previously stated & am trying my best.

All I say is this- I did sign & mail 2 questionaires & retainer agreements to [REDACTED]

&[REDACTED]

However... I have not heard anything from them after mailing those to them. so, I assume they're my attorneys but I'm not 100% sure. I want them & authorize them to be on my behalf. However... & adopt their filings

7

Just in case I have filed & continue to file pro-per filings/co counsel filings I want this court & related actions to file, recognize & send me notices too.

#3 It takes up to 30-45 days sometimes for me to recieve mail (covid lack of staff) so bear that in mine.

#4 I also adopt pachulski. stang ziehl & their official tort claimants townhall, their filings, & advocacy I want the court to recognize. It is obvious that they advocate on behalf of us & me, including their disclosure objection.

It appears to me their objection is based on they know the value & appraisal of all BSA property AND the proposal $ is too low. Especially to a survivor like me of all forms of abuse & claims & I'd have to agree.   Respectfully

LEGAL MAIL
5-10-21

To: US Bankruptcy Court
824 N. Market St.
Wilmington, Delaware
Case No. 20-10343-LSS   19801


