FILED
2021 MAY 24 AM 9:44
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

5-13-21

In Re: SA-███

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801

Dear Justice Lauri Selber Silverstein,

I am a member of the Class Action Case against the BSA in your court. My Claim # is SA-

I am writing to tell you and the people of the BSA my story of abuse that I went through at the hands of my troop leader ███.

I grew up in the Mormon Church where I met ███ as a child. I didn't know him much until I joined the BSA and he become my troop leader.

It seems to me as soon as I can remember after I joined ███ gave me a Penthouse Mag.

#2

I thought it was cool at first because as a strict Mormon family I'd never even seen a movie with womens ~~breasts~~ breasts in it before let alone a fully nude Mag.

Soon after the first Mag. ▇▇▇ had me stay at his house where he showed me my first porn movie. We layed on the couch together where ▇▇▇ layed behind me and my back was against his chest.

As we watched the movie ▇▇▇ reached over

[redacted]

"a couple weeks later ▇▇▇ had me stay at his house again. He would tell my parents it was for the BSA.

[redacted]

#3

of a sudden he got up and put on another movie.

[redacted]

After that [redacted] had me stay at his house almost every weekend or at least every other weekend.

[redacted]

He said he would tell my parents that I wasn't doing as he told me. That my parents would punish me.

[redacted]

By this time [redacted] had started to tell me that he was in love with me and I was never to tell anyone what happened. That no one would believe me plus what we did was special and only for us to know about.

#4

After about a year our whole relationship was sexual. We would go camping and ▮ would have me sleep in his tent so we could have sex. He would give me porn mags all the time. He treated me different than all the other guys.

When I was 15 I was arrested for sexually abusing my own nephews. I was put into group homes where I acted out sexually. I went from group home to group home where I got kicked out for my sexual agressions.

Now I am in prison for having sex with my 13 year old step daughter. And sexually asulting my 11 year old step daughter.

The BSA and ▮ should be held responsable for what ▮ did to me and for the BSA for allowing it to happen.

Now I'm in prison for the next 26.5 + life because I was ▮ up in the head as a child.

I never ment to hurt anyone but I don't know how to get the help that I need.

Please hold the BSA Responsable for what they allowed to happen to me and the thousands of other kids.

Thank you for your time

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INDIGENT INMATE MAIL**

Facility Post Office Boxes
Facility A - P.O. Box 4430
Facility B - P.O. Box 4490
Facility C - P.O. Box 4610
Facility D - P.O. Box 4670
Minimum (MSF) 4730
Legal Mail - P.O. Box 8457
Money Orders - P.O. Box 8487

SANTA CLARITA CA 913
17 MAY 2021 PM 3
CDCR STATE PRISON

LEGAL MAIL

Justice Lauri Silber Silverstein
BSA Bankruptcy Case
824 Market St, 6th Floor
Wilmington, DE 19801