To:                                  From

JUSTICE LAURI SELBER SILVERSTEIN

BSA BANKRUPTCY CASE

824 MARKET STREET, 6TH FLOOR

WILMINGTON DE,  19801


RE: SA███████

YOUR HONOR,

I AM WRITING YOU AT THE BEHEST OF ABUSED IN SCOUTING A DIVISION OF
AVA LAW GROUP, OR SO I AM TOLD.

MY APOLOGIES FOR THE HANDWRITTEN LETTER. THE PRISON HAS SHUT DOWN ALL
OF ITS LIBRARIES DUE TO THE PANDEMIC SO I DO NOT HAVE READY ACCESS TO A
COMPUTER. I DO, HOWEVER, HAVE ACCESS TO AN EMAIL KIOSK. SO IF YOU
LOOK ME UP ON JPAY.COM I CAN FURNISH YOU WITH A TEXT VERSION OF
THIS SAME LETTER WHICH MAY BE EASIER TO READ FOR FILING PURPOSES.


EVEN THOUGH MY CLAIM IS LEGITIMATE, I AM CONCERNED THAT I WAS NEVER
INTERVIEWED, MY COMPLAINTS WERE NEVER VERIFIED OR INVESTIGATED. ALL I HAD
TO DO WAS FILL OUT A FORM TO GET MONEY, AND EVEN THEN, WHEN I GOT
MY COPY IN RETURN THE ATTORNEYS INVOLVED CHANGED ALL MY ANSWERS
TO MAKE THINGS SOUND WORSE THAN THEY ACTUALLY WERE.


THIS LEADS ME TO ASK, IF IT'S THIS EASY FOR ME TO GET PAID, HOW EASY IS IT
FOR ANYONE ELSE? ARE THESE CLASS ACTIONS REALLY ABOUT PREVENTING
ABUSE, LIKE THE ADS SAY OR ARE THEY ABOUT MAKING MONEY? HOW
MUCH OF THIS REALLY HAS TO DO WITH JUSTICE?

of THE $1.5 BILLION THAT THE BSA HAS SET ASIDE FOR VICTIMS COMPENSATION, THE LAWYERS GET TO KEEP 40% (THATS $600 MILLION, IF MY MATH IS RIGHT) MONEY THAT WILL LATER BE USED, IM SURE, TO RUN FOR OFFICE ON CERTAIN "HARD ON CRIME" TICKETS AND/OR GET INTO ANOTHER FIRM. YET NONE OF IT WILL GO INTO ~~ACTUALLY~~ PREVENTING ABUSE.

AND THEY CALL ME A CRIMINAL...

LET ME JUST SAY HERE AND NOW THAT I HAVE NO INTEREST IN CASH SETTLEMENTS. I WOULD GIVE IT UP IF I THOUGHT IT WOULD DO ANY GOOD, AND IF I DO GET ANY MONEY OFF OF THIS, ITS GOING TOWARDS MY OWN NONPROFIT SO THAT I CAN PURSUE ON MY OWN WHAT I DESCRIBE HERE.

I HAVE ALZHEIMERS DISEASE AND WILL DIE IN PRISON, I HAVE ACCEPTED THIS AS MY FATE, SO ANY AMOUNT OF MONEY WOULDN'T DO ME ANY GOOD.. YOU CAN KEEP IT. (EVEN THOUGH A LITTLE EXTRA CASH TO SPEND IN MY FINAL DAYS WOULD BE NICE...)

IF IT COMES DOWN TO MONEY, I WOULD RATHER SEE SOME OF THAT RELIEF FUND GO TOWARDS A RESEARCH GRANT THAT ENCOURAGES THESE PEOPLE TO COME FORWARD AND OUT OF HIDING BEFORE THEY DO ANY FURTHER DAMAGE, TAKE IT OUT OF THE 40% THAT THESE LAWYERS ARE EARNING AND NOT THE VICTIMS SINCE THEY'RE THE ONES ADVERTISING THAT THIS LAW SUIT IS ABOUT "PREVENTION".

JUSTICE, FOR ME, IS SIMPLE: ALL I ASK IS A DEFINITIVE DECISION BY YOUR COURT AS TO THE ROOT CAUSE OF PEDOPHILIA:

A) IS IT SOCIOPATHIC?: MEANING THAT IT IS THE PRODUCT OF ABUSE, AS SOCIETY NOW FEELS, IN WHICH CASE MY OWN GUILT (AND THAT OF EVERY OTHER INCARCERATED PEDOPHILE) IS EVIDENCE OF SOMEONE ELSE'S CRIME, WHICH MEANS THAT WE HAVE A CASE AGAINST WHOEVER "MADE" OR "INFECTED" US WITH THIS CONTAGIOUS VIRTUE, (AND WITH NO STATUTE OF LIMITATIONS ON SEX CRIMES, A MORAL OBLIGATION TO YOU, TO PURSUE)

B) IS IT PSYCHOPATHIC? : THAT IS A PRESUMPTION OF AN ALREADY DAMAGED MIND, A MENTAL ILLNESS, AND THEREFORE A MASS DELUSION THAT CAUSES PEDOPHILES TO BELIEVE THAT CHILDREN CAN CONSENT AND THEN BE ATTRACTED TO THEM.

THIS WOULD MAKE IT COMPARABLE TO PASSIVE SCHIZOPHRENIA, CRIMINAL PSYCHOSIS OR EVEN STOCKHOLM SYNDROME -- WHERE THE UNDER DEVELOPED PERSONALITY ENDS UP IDENTIFYING WITH THE ABUSER -- OR WITH HIMSELF AS A PEDOPHILE AND GROWING UP FROM THERE.

IF THIS IS THE CASE, EVEN STILL PEDOPHILES CANNOT BE HELD ACCOUNTABLE FOR THEIR ACTIONS SINCE THEY ARE BEING LEFT TO SELF-TREAT AND SEEK DIAGNOSIS. THEY ARE WITHOUT HELP AND ARE BEING DENIED ETHICAL TREATMENT. THEY [WE] ARE ENTITLED TO EQUAL PROTECTION OF THE LAW, TO TREATMENT INSTEAD OF PUNISHMENT JUST AS CHEMICAL ADDICTION HAS BEEN DIAGNOSED AS A MENTAL ILLNESS AND THEREFORE WORTHY OF THE SAME.

C) IS IT A SEXUAL ORIENTATION? NO DIFFERENT FROM BEING STRAIGHT OR GAY, IN WHICH CASE PEDOPHILES SHOULD BE FREE FROM DISCRIMINATION AND GIVEN FAIR AND EQUAL PROTECTION UNDER THE EQUAL RIGHTS AMENDMENT. WE ARE IN FACT A PERSECUTED MINORITY SINCE WE'VE BEEN DENIED OUR RIGHTS TO A FAIR TRIAL AND THERE ARE LAWS THAT APPLY ONLY TO US -- NAMELY THE SEX OFFENDERS REGISTRY WHICH IS COMPARABLE TO THE JIM CROWE LAWS OF THE SOUTH.

D) OR IS IT A BELIEF SYSTEM? THAT WOULD MAKE IT COMPARABLE TO, SAY, JUDAISM WHICH CLASSIFIES ADULTHOOD AT THE AGE OF THIRTEEN, OR EVEN CATHOLICISM WHICH PLACES IT AT SIXTEEN. IT'S UP TO RELIGION WHAT CONSTITUTES AN ADULT AND NOT ANY SECULAR OR ARBITRARY LEGAL DEFINITION. THAT MAKES IT THE PROVINCE OF CHURCH AND STATE SEPERATION.

This last is what I believe, and at this point I would like to point out that where religious practice conflicts with law enforcement such actions are given a certain measure of leeway. As such, any pedophile who comes forward truthfully and faithfully to live a life free of shame as an act of ministry, would be protected by the freedom of speech, freedom of religion, and the right to free assembly.

As a matter of constitutional right, pedophiles are entitled to their own places of worship if no one else will have them. No one wants to hear that fact, but they are entitled to it. Such is the price of a free country, and because they are being denied these rights they turn invisible, and in turn infest organizations like the Boy Scouts.

Whether I am what I am out of abuse or indoctrination is not up to me to decide because if it is a mental illness I cannot testify on my own behalf. And if it's a belief system I can't be judged on my beliefs, only my actions.

Believing in something is not a crime. But it is impossible, actually, to live according to ones beliefs without appropriate action. I believe that children can consent and therefore treat them as if they can. Thats what makes me a pedophile. I believe in pedophilia as a belief system and therefore I am.

If it's a disease then cure it. If it's a sexual orientation then justify it. And if its a belief system then try to understand it. But what I dont understand is why anyone isnt trying to find a cure for a supposed "disease" that is devouring abusing and converting kids into other pedophiles (Abuse creates abusers... right?)

⑤

ESPECIALLY GIVEN THAT THERE ARE SO MANY PEOPLE OUT THERE WHO SAY THEY WOULD "DO ANYTHING" FOR THE SAKE AND SAFETY OF A CHILD.

- "ANYTHING" THAT LINES THEIR POCKETS WITH CASH AND PAWS THEIR POLITICAL CAREERS, THEY MEAN, AM I RIGHT? BECAUSE IF YOU FIND A CURE FOR PEDOPHILIA, IF YOU FIND A WAY TO PREVENT THE ABUSE LAWYERS CANT MAKE MONEY WHENEVER SOMEBODY GETS CAUGHT. THEY CANT TAKE 40% OUT OF EVERY CLASS ACTION THAT TAKES PLACE.

PREVENTION, TRUE PREVENTION, IS NEVER GOING TO HAPPEN WITHOUT RESEARCH, PEDOPHILES NEED TO FEEL SAFE COMING FORWARD TO SHARE THEIR STORIES WITHOUT SHAME OR STIGMA SO THAT WE CAN COLLECT NONBIASED DATA. WHAT "CAUSES" A PEDOPHILE? WHAT IS IT, EXACTLY?

LIKE ANY OTHER ADDICT OR MENTALLY ILL PERSON THIS NEEDS TO BE UNDERSTOOD BEFORE IT CAN GET BETTER. THIS MUTUAL SILENCE ON BOTH SIDES, THIS EXTREME PREJUDICE FROM ONE SIDE THAT PUSHES THE OTHER INTO INVISIBILITY AND SECLUSION HELPS NO ONE. GIVE THEM JUST A MODICUM OF UNDERSTANDING AND THEY WILL COME FORWARD, THEY'LL STOP DOING WHAT THEY'RE DOING AND IDENTIFY THEMSELVES VOLUNTARILY, WHICH IS A START TO ACTUAL PREVENTION.

OR AM I TALKING TO THE WRONG JUDGE?

I IMPLORE YOU, YOUR HONOR, TO NOT JUST SIT THERE AND ALLOW LAWYERS TO KEEP MAKING MONEY OFF OF WHAT HAPPENS AFTER THE FACT. IF YOU DO, YOU'RE NO BETTER THAN THE PREDATORS THAT ARE OUT THERE DOING THIS IN THE FIRST PLACE.

BREAK THE CYCLE. YOU HAVE YOUR CONCERNS ABOUT CONFLICT OF INTEREST AND I GET THAT. BUT THERE'S NO REASON WHY A DECISION OF THIS NATURE SHOULD HAVE ANYTHING TO DO WITH THE ONGOING CLASS ACTION.



LIKE I SAID, TAKE IT OUT OF THE JOB THE LAWYERS ARE MAKING - IF THEYRE SO CONCERNED ABOUT PREVENTING ABUSE LET THEM PAY FOR IT. ALL I WANT IS FOR A JUDGE TO DEFINE IT ONE WAY OR ANOTHER SO WE CAN PROCEED FROM THERE.

I ANXIOUSLY AWAIT WHATEVER IT IS YOU DECIDE.





TOCI METROPLEX MI 480
INMATE MAIL
17 MAY 2021 PM 14 L

USA FOREVER

JUSTICE (LAURI) SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET, 6TH FLOOR
WILMINGTON, DE 19801

19801-302499