Justice Lauri Selber Silverstein,   May 16th 2021

On Weds. May 12th I read a story in usa today paper. It was yet another story in yet another paper that only served as a painful reminder of a wound that day after day, month after month I wished I had left covered.

I don't intend on writing you a letter filled with repulsive details & descriptions of what happened to me. As I can only imagine the overwhelming amount of letters containing such horrors that your already recieving. I know that for many of the other victims involved It in a way, -its own way- is theraputic. In my paticular case its just the opposite. If I'm to be completely honest. Until reading about the court case, in multiple publications I had done my best to bury as deep as I could. I had absolutely no idea of the emotional flood gates I was opening by finally telling my story.

2.

I had no idea ~~the~~ just how much trauma, just how much damage and scars its caused me.

You, just like most anyone can understand the anger and the frustration I experienced after reading stories/articles like the ones in USA today and the Wall Street Journal. I can only imagine that the people contributing to these stories have no clue of the depths of the damage caused by the BSA, and its sponsors and now its lawyers and insurers.

You may have noticed that this correspondence was sent to you from a County jail. One that I'm currently being housed at while awaiting court on federal drug charges. I cant with a clear concious sit here and claim that all of my lifes problems stem from the abuse I suffered in the scouts. Although I often wounder how drastically differently my life would've ended up had I'd been free of my fear. Free of my anxiety & panic attacks. Free of my night terrors and night-

M.

-mares. or free to be a normal safe kid. One that was free to attend sleep overs at friends houses cause I was free of the fear of wetting the bed there. The embarrassment of waking up before sunrise to attempt to hide my accident from the other kids & their parents. As you can imagine how horrible it would be being scared of everything. especially the dark. but also being alone. Going to sleep (because of the nightterrors/mares) or always being on the sidelines of virtually all organized activities. Sports and groups. The Scouts took that from me. Then replaced them with self doubt, fear, insecurity, shame, uncertainty, Anxiety and low self worth.

looking back now I realize how much the BSA took from me and I wonder how my life would've went had I not been abused then shamed then had my entire life essentially taken from me. How different would things be if I could've trusted an adult? Because not

4.

only was I abused but my abuser also convinced my family and the scouts and the church that I was a liar and a thief. That because I was a thief that I could not be trusted. So on top of the shame and confusion I faced alone I was robbed of by the scouts that up until the time of my abuse I loved more than anything. The weekly meetings in the church basement for snacks & activities.

I have an 11 year old son. To think for a second, to just imagine that at 7-8 years old the things I suffered. I take comfort knowing my son will never experience these things.

To sum it up a bit. I came from a home with a single mother. We had very little. Often times barely enough food. But my mother did the best she could and worked none stop to keep a roof over our head. The scouts started as an escape for me. A family. Something brite and warm. Comforting... then it became a men

preying on me, and probably countless others. It became a man taking me to a closet or sometimes an empty room in the basement of a church. So he could ▌[redacted]

he left me confused and so ashamed that even at the age of 7 I prayed that God killed me. I actually begged God to please kill me. I often cried quietly in the dark while my mom slept. While I was scared to sleep. While most children were safe and sound and slept peacefully I begged God to kill me.

I've lived a long hard life. I've known unimaginable amounts of sadness, pain, anguish. I've struggled with alcohol addiction then perscription pills then eventually meth. I've spent the majority of my life in and out of jail and prison. I've never felt good enough no matter

how much job training, school or education I gain. I couldn't even begin to list the ways the Bsa has negatively affected my life. And now after all these years I thought they would finally be held accountable. Finally have to pay for what they've done. They've literally Destroyed thousands upon thousands of lives and families and still have yet to be held accountable. Every day that passes is yet another day they get to inflict abuse. I know that there are other victims out there that have suffered from abuse and assaults and pains I couldn't even begin to comprehend. I'm not doing this for money. I'm doing this to stop them. To maybe prevent some other little boy from being raped. From being abused. From being broken.

Please! Please Justice Lauri Selber Silverstein, Please stop these people. Please hold them accountable. Please stop them from ever raping another child ever again.

I know that you are in a posistion where your actions will carry with them events that may very well change the course of history. Please make history by making an example out men and orginizations whom condone child rape. Save any other victims from these men.

Sincerely



FILED 2021 MAY 24 AM 9:43 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE



INMATE CORRESPONDENCE
DATE: 5/16/21

Legal Mail

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801