MAY 17-2021

Dear Justice Silverstein or whom it may concern I'm writing to let you know the effects of child abuse I got when i was a young boy its effected my growth from a little boy to becoming a man this was done in Boyscotts as a kid by someone i trusted a boy scott leader who ruined my growth as a boy to man, it took me years years and lot of pain to come to know that it was not right or normal Justice Silverstein please help me and others kids get back what Boyscouts took from us please who else is going to help not boyscouts for sure

Thank you

Case # SA-
SA-
SA-

FILED 2021 MAY 24 AM 9:43 US BANKRUPTCY COURT DISTRICT OF DELAWARE



Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801

PHOENIX AZ 852
7 MAY 2021 PM 11 L