(478) 363-1403

Claim #'s SA-
              SA -

10 May 2021

Justice Lauri Selber Silverstein,

The actions of BSA in it's negligence during my childhood that led to a life of pain and suffering continues today. It's failure to take responsibility and use jurisprudent wrangling to shirk it's obligations is amoral.

Allowing them to pay less than 10% of their liability is a travesty. I pray you exercise a more stout and fair stance. Thousands of lives are in play, versus a soul-less corporation. The law is on our side, and your enforcement of their liability <u>is</u> the hand of justice.

"I deserve fair & equitable recourse. What's currently on the table is just another form of rape.





Justice Lauri Selber-Silverstein
BSA Bankruptcy Case
824 Market St., 6th Floor
Wilmington, DE 19801



U.S.M.S
X-RAY



Inmate
Correspond
RICI