PROVIDED TO GREENLOCK CORRECTIONAL INSTITUTION ON 5-14-21 FOR MAILING BY [signature]

FILED
2021 MAY 24 AM 9:42
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 14, 2021

Honorable L. S. Silverstein,

Your Honor my name is [redacted], born and raised in New York City. I was eleven years old when I became interested in the Boy Scouts and my father thought it would be a good idea for me to go camping and experience the other activities The Boy Scouts of America were known for. A few months after joining at one of the camp outings I was approached by one man who brought me to another man. This was early in the morning before most of us were up. I was taken somewhere in the woods and threatened that I would not see my parents or family again. I was told they would leave me there if I yelled or told anyone. I was terrified at the thought of being left by myself. I was eleven, didn't have a clue about life or the evil in the minds of men. I eventually gave in to their demands and was abused at the hands of these two demented criminals who forced me to do horrible things. I was forced to perform acts that even at my age are too horrific to mention.

Your Honor, I've had my bouts with drugs, alcohol, and other destructive behavior over the years. Three failed marriages and I've lost many jobs along the way. I was shell shocked at the tender age of eleven and many problems surfaced along the way. I even contemplated suicide at one point in my life and was homeless. Your Honor, this is a life long ordeal I've had to deal with. The weight of it all was a burden, not once did I tell anyone about my grueling sexual abuse while in the Boy Scouts. That is until everything hit the fan and I retained the services of an attorney who is representing me now. These attorneys have forwarded me your address because

I am appalled and very concerned, that an organization which families trusted, the Boy Scouts of America, failed me, threatened and abused me sexually as a child, and now with their attorneys and insurance companies - think they can buy me for pennies on the dollar. I am beside myself, Your Honor, I'm a survivor of heinous sexual abuse at the age of eleven and these people have to be held accountable. This happened more than fifty years ago and I'm still feeling the effects of it all.

You can make this right, Your Honor, I look up to you because I was harmed by an organization that we all trusted, there's no amount of money that can make it go away but at least I can move on and pay for much needed counseling. My life was derailed a long time ago help me get back on track. I will be sixty-three in July and for over fifty years I've tried to bury the painful memories, the horrific memories that took place while in The Boy Scouts of America - I thank you for your time, Honorable Silverstein, I hope you understand the depth of my pain and suffering, even if for a fraction. I'd like to see real accountability towards this organization, The BSA, who many trusted, who I trusted but never again. I've been scarred for life.

Sincerely Yours,

[redacted]



MAILED FROM
OKEECHOBEE CORRECTIONAL
INSTITUTION

LEGAL MAIL

Justice Lauri S. Silverman
BSA Bankruptcy Case
824 Market ST - 6th FL
Wilmington, DE 19801

19801-302499

WEST PALM BCH FL 334
17 MAY 2021 PM 4 L



