MAY 11, 2021

(1)

FILED
2021 MAY 24  AM 9:41
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Lauri S. Silverstein

SA- ███████

This paper is in reference to my incident, at the Boy Scout camp Located outside Charlottsville, VA at the miller School.

This paper is in reference to what happened. I was given a bunk bed, at the school. My bed was at the bottom of the bunk bed, Located at a Cabin, at the shool.

I would like to say first, that this incident, was so horrific, that I have thought of it for decades. I have had dreams, of the incident, horrible nightmare's, waking up in a total sweat, from the incident.    Next page

SA [redacted]

2

May 11th 2021

I was awakened by a supervisor?? who b[redacted] me. [redacted]

that I actually went into shock, and laid back. I cannot remember the total experience, but it was terrible. After this I just laid in this bunk bed, and stayed awake till morning.

At the time I woke up I immediately called my mother from a phone there. I told her, that I was sick, and wanted to go back home right away. She then came to pick me up.

This incident has affected my entire life thereafter.

next page →

SA ▇▇▇

3

May 11th 2021

My speech was already bad. (stutterer)

I never at the time told anyone about what had happened. I was totally embarrashed and ashammed.

I did tell my future wife, ▇▇▇ about the incident. When I first laid eyes on her, she started saying "you were molested as a child." I was totally in shock, that she said that. 4 years later we got married. I met her Dec 2nd of 1994. 27 yrs ago. We'd divorced in aug 2004.

This event totattaly ruined my life. I was always, full of anger and hate, and disrespect for my self, till this day.

→

SA[redacted]

May 11th 4)

I would like my case to be heard publicly, and parents and kids, won't be tortured in there life. "So let it be written, so let it be done"

Respectfully Submitted,

[redacted]

May 11th 2021

Tuesday –

Thank you, your honor, for reading this horrific incident.

DCS
PSS
Boy Scout motto
"Always expect the unexpected" the insight

5/

SA ▮▮▮▮▮

RSS

Dear Justice Laari S. Silverstein

It you want see a movie, to me personally, "ONE Flew over the Cuckoo's nest" 11-19-1975 Jack Nickolson

The movie deals with a sanatorium, with ill people.
The young youth who had horrific speech difficulty, reminded me of my self and the Catholic School for seven years.

Respectfully submitted
▮▮▮▮▮
May 11th 2021

SA- ▮▮▮▮▮

May 11, 2021           ⑥

PSSSS

   I got married February 14, 1997.

   On July 5th 2017 in Goochland county, VA, I was involved in a horrific car accident. A car rear ended me, and I was ejected from my 1987 mustang convertible. My car was cut in half, and looked like a sardine can. I woke up in the highway 60 ft from my car.
   I received 388 stitches in my face, and neck, I was almost decapitated. I almost lost my right leg. My shin bone was almost cut off. I went through 16 surgeries just for my mouth and teeth. I lost 15 teeth from this wreck.

continue please →

May 11th 2021 ⑦

They called med-flight but due to July 4th weekend, they were tied up. Going to the hospital, I died, but the ambulance people saved my life. I spent 2 days in the emergency room, and another 9 day in ICU, at the medical college of Virginia.

A Catholic priest, came to my room at ICU to give me my last rites. At this time, I went off at him. Again I was fighting for my life. I screamed out that I was assaulted at the school, (Catholic) Holy comforter. My wife ████ was present and asked him to leave. Other emergency personal, were present in the room.

next page please →

SA [REDACTED]

8,

My wife Lotter had a <u>total</u> historectomy.

This surgery caused a Lot of problems, Later in out marriage.

The doctors convinced myself and her to have the surgery. I have called her numerous times and totally apologized to her having the surgery. The surgery was in the spring of 2004. It was not nessesary due to the fact, she had not cancer, or any other signs, to have the surgery. So I have always blamed myself for this surgery. Thank you for your time, in the, thme, that you have read my Letter.

Sincerely yours,

SA-

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market street, 6th floor
Wilmington, DE
19801

