In Re: Claim No:
SA-█████

(Boy Scout Bankruptcy Case)

FILED
2021 MAY 24 AM 9:56
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Selber Silverstein,

I am a former Boy Scout who was abused sexually in Troop 1112, Dearborn Michigan. I had friends who have also come to prison, committed suicide, and other detrimental effects due to our being molested & made to molest eachother.

The sneaky, underhanded way BSA & the insurance companies are trying to settle financially with one another is just to make the case go away, save money & try to start up all over again.

I hope thousands of others, will, like ME, vote against the current WEAK deal. With over 8 Billion dollars to liquidate they want to mete out a mere 650 million, left our attornies out of the planning and have never EVER contacted me to ask what I'd accept "out of court" or if I am okay after their staff raped & abused me as a trusting youth.

Please don't let them manipulate your court, the system OR US any further. By law WE are the Creditors, and BSA & its Insurance Agent(s) have NOT DONE ENOUGH to satisfy their debt to us.

①

(Cont'd)

Please Do Not waste time/resources on a corruptly contrived settlement or the vote that's going to be pointless since there NO WAY we would agree to such a deal.

BSA filed bankruptcy because they could not afford to pay their creditors, and the criminal liability of their actions caused a reputation which cannot be recovered from, THUS, BSA couldn't re-organize to get More Money & Assets.

Now, instead of liquidating EVERYTHING to fully pay us creditors (the <u>did file</u> Bankruptcy!) they want you to help them keep back some of OUR money & assets, AND to let them have Billions more back to, so they say, reorganize. "Re-organize," for BSA, means to be allowed to suck & fuck little boys some more. Pardon my candor, but I should know... I AM ONE OF 'EM!

②

(Cont'd)

Even the costs of fighting our claims, postage for these "votes" & all of BSA hierarchy costs, lunches, lawyers, travel, hotels, etc. is being drained from what is already legally (supposedly) OUR, the creditors, assets which BSA refuses to let loose.

Please don't waste OUR funds on behalf of BSA's continual abuse. Let us heal... Let us have all of our funds to do so, too.

I was a teen when I was raped. I'm 54 now. Call it 40 years ago. My Dad died at 92 yrs old, so maybe I have 38 more years to go. 40+38 is 78 years of dysfunctional life BSA owes me for. Now, my annual financial needs/budget is $60,000.ºº per year. $60.K × 78 years = 4,680,000. Call it 5 Million. That, is my number Judge. I'm owed, personally, 5 Million Dollars. ③ We each deserve that number.

(Cont'd)

And it's a reasonable one.

I pray this gives you some sort of understanding to help your wisdom in deciding just how much to let BSA get away with — which ought to be ZERO.

They've already gotten away with, sickeningly, WAY/FAR too much.

Thank You.

Very Truly Yours

BSA Creditor: