LIBERTY CI

MAY 1 7 2021   DK

FOR MAILING

Dear Justice Lauri Selber-Silverstein (Wednesday) 5-12-21

FILED

2021 MAY 24  AM 9: 38

NKRUPTCY COURT
RICT OF DELAWARE

I am writing in regards to the BSA bankruptcy
case. My claim number is   SA- ▮▮▮▮▮

I am totally devastated with the BSA's
handling of these cases. The sexual, mental,
and emotional abuse that I have sustained
by one of their members has affected
all aspects of my life: my employment,
relationships, and mental well-being. The Sodomy
I suffered made me believe I was permanently
stripped of my manhood. I falsely believed I had
had been permanently turned gay, that no women,
women would ever want me, and I could never
have a wife and children like a normal man.

It took many years of biblical and spiritual
guidance for me to be able to reject the
lies of the abuse that were inflicted upon my
mind, body, and spirit. I now know I am a
victim of a dastardly and manipulative organization,
that the multiple times I was viciously sodomized
can never make me less of a man, and that I
can have a wife that loves and accepts me
and children that respect me.

After overcoming the multitude of violations
by the BSA, I thought this lawsuit would
bring closure and peace of mind and spirit.
However, after the BSA's shady actions, their
lack of accountability, and their pitifully low
settlement offer, that is a slap in the face to all
of us victims, my psychological and emotional
trauma that I sustained has once again risen to
the surface, and I am being victimized once
again. It feels as if I am being raped now

all over again, but in a completely different way.
It is not fair that the BSA is trying to
exit bankruptcy with such a slap on the wrist.
Please don't let us all be victimized all over again.
When I was younger my abuser told me that
no one would believe me or care about
what he did to me. I was told I didn't have
a voice and no one would listen. Please don't
affirm his statements by allowing us victims to
receive meaningful compensation/closure.
   Thank you for your time and patience.

Mailed from
Liberty Correctional institution



US POSTAGE >> PITNEY BOWES

ZIP 32321
02 4W
0000375313

$ 000.51⁰

MAY 17 2021

Legal and/or Privileged Mail
Mailed From
Liberty Correctional Institution

Justice Lauri Selber Silverstein
BSA Bancruptcy Case
824 Market st. 6th floor
Wilmington, DE 19801

U.S.M.S.
X-RAY

