

```
FILED
2021 MAY 24  AM 9:48
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
```

SA - ▮

May 14, 2021

Hello Ms. Silverstein,

How're you doing? I'm writing you this letter so i can express to you my feelings for joining this suit against the Boy Scouts.

I've seen the T.V. commercials and news paper articles talking about how to file a claim against the B.S.A. for many months before i filed my claim. At first when the commercials came on i'd just walk away from the T.V. because i'd get mad because of the memories of abuse that happened to me in B.S.A.

When the Legal forms came to me instructing me to report about what type of abuse happened to me when i was a Boy Scout, i broke down and cried because of the

Sexual abuse that happened to me under the care of the B.S.A.

At that time, i was a child, not even older than 13 years old. I was suppose to be able to run to the person who abused me for protection, leadership and guidence because that was the purpose of me joining the B.S.A. in the first place, but instead i was sexually molested by a B.S.A. employee who used his position inorder to advance his perverted sexual fantasies on helpless children.

The B.S.A. employee who sexually abused me when i was a helpless child, stole my innocence and left me with years of paranoia and emotional distress.

2