1. ████████ ██████ ████ 5-10-21

I don't like to talk about this ████ Bad time in my life. ████████ is dead now ████████ to. He was Scout Master with us. ████ help with us, he is the one. ████ know; he was like this. No one thought much of it back than. this is in my head all the time ████ told me he would give me that model car.

████████████████████████
████████████████████████
████████████████████████

████ talking to us like that. You have know idear

2. I hate this and ever thing about it I don't know where to startee so I tell you some of it He toll me he would give me a modie car if I would ███████████ him.

He was ███████ ███████

He whelp w~~ith~~ ys all he did was said a lot of things to us. ~~tusth as look at us no and said thing~~

3.

████████████ s the one that done this to me And I know one other. ████████████ he is still Alive now. I dont know where he lives now. ████████████ is the one who done this to me. he ofter me a modile car to ████ him in the

████████████████████████
████████████████████████
████████████████████████

take a shower. we shower outside At Camp old Indian

4.

this went on for two years

they rean he ▮ off.
They know the hole ▮ time

this was ▮

its wrong

Think g me as your son

wrong

FILED 2021 MAY 24 AM 9:38 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
B.S.A. Bankruptcy Case
824 Market Street 6th Floor
Wilmington, D.E. 19801

GREENVILLE SC 296
17 MAY 2021 PM 4 L

U.S.M.S.
X-RAY

19801-301027