May 17, 2021





FILED
2021 MAY 24  AM 9: 48
US BANKRUPTCY COURT
CLERK
DISTRICT OF DELAWARE

Honorable Judge Laurie Selber Silverstein
824 N. Market St., 6th Floor, Courtroom No. 2
Wilmington, DE 19801

RE: Boy Scouts of America Chapter 11 Case No. 20-10343
    Complaint against Omni Agent Solutions, Solicitation Agent, and the firm of Pachulski, Stang,
    Ziehl & Jones, counsel to the Tort Claims Committee

Dear Honorable Judge Silverstein:

I am one of the sexual abuse survivors with an interest in the BSA proceedings. I filed my proof of claim prior to last year's deadline. I am late in joining the BSA case as the abuse I suffered occurred about fifty years ago when I was in Cub Scouts, and it did not occur to me until I saw a notice in a magazine last year that I had a claim against the Boy Scouts today over what happened to me.

My complaint is against Omni and Pachulski for their lack of cooperation with information I requested from them. I was hoping to be dealt with in good faith by parties involved with the proceedings, but that does not seem to be happening.

To their credit, they both sent me documents in March that included the Solicitation Procedures and a Disclosure Statement. I requested them from both after I realized our prison mailroom could not guarantee I would receive them from Omni in a private manner, or even receive them at all.

Since that time, however, neither one has cooperated with sending me information I requested in follow-up to the documents.

On March 23, in response to a cordial cover letter ▇▇▇▇▇▇▇▇ of Pachulski sent me with the documents, where he told me to not "hesitate to reach out to him with any further questions," I sent him four questions. (See attachment.) After he did not respond, I followed up on April 15 and narrowed my request to the last question about attorneys in South Texas, which Omni has a list of according to the Solicitation Procedures, again with no response.

I also wrote Omni themselves on April 12 with the same question,* also with no response.

My request of you is simply that you please instruct those parties to be more cooperative in dealing with abuse survivors seeking information.



Thank you.

*On April 17 I also asked Omni for contact information for the Coalition of Abused Scouts that is mentioned in the Disclosure Statement. (No response.)

cc: Omni Agent Solutions and Pachulski, Stang, Ziehl & Jones (Los Angeles office)

Enc.  3/23 letter to Mr. Saunders at Pachulski, et al (Los Angeles)
      4/17 letter to Omni

DUPLICATE 3/23/21

Dear ▮▮▮▮▮▮▮

I received your 3/18/21 letter and the documents I requested re. the BSA bankruptcy proceeding. Thank you for sending them so promptly.

I recognize that your firm is counsel to the Committee of Tort Claimants and not the counsel for any individual abuse survivors. I hope, however, you can answer some general questions I have. Thank you for whatever extent you can.

- If abuse survivors did not seek monetary damages when filing our Sexual Abuse Survivor proof of claim, are we excluded from obtaining such compensation? Or must we petition for a specific compensation amount?

- With respect to Solicitating Procedures and balloting in the reorganization plan, which I don't understand and I doubt many survivors will, must survivors vote/cast a ballot to be able to obtain compensation for damages?

- Pg 10 of the Debtors' Motion states that procedures will be established by the Settlement Trust Fund for assessing the value of abuse claims. Can I be informed of what their methodology will be once it is established?

- Page 6 of the Solicitation Procedures indicates the Solicitation Agent has the names of attorneys representing abuse survivors. Can I get some names of those in SOUTH TEXAS whom I may contact if it becomes prudent for me to do so? ie San Antonio or Corpus Christi or Houston

Thank you for the time of you and/or your assistant who responds to my questions!

Sincerely,



4/17/21

Dear Omni, DUPLICATE                                    RM

I am one of the abuse survivors involved in the Boy Scout bankruptcy proceedings, having filed my claim before the deadline last year. Can someone tell me how I can join the "Coalition of Abused Scouts for Justice" group that is mentioned on page 44 of the BSA Disclosure Statement y'all sent me recently at my request?

Thank you.

