MAY 18 2021

MY NAME IS ▇▇▇▇▇▇▇▇▇▇

I'M WRITING THIS LETTER SO I CAN TELL MY STORY AND RELIEVE SOME ANGER AND FRUSTRATION. I WAS 10 YRS. OLD, MY BEST FRIEND WAS A SCOUT, SO HIS TROOP LEADER INVITED ME TO A WEEKEND RETREAT TO SEE IF I WANTED TO BECOME A SCOUT. IT WAS A FRIDAY NIGHT I WAS IN MY BUNK, I WAS ON THE TOP MY FRIEND WAS ON THE BOTTOM. I WAS ALMOST ASLEEP WHEN THE TROOP LEADER CAME IN HE WAS WITH ANOTHER MAN, THE TROOP LEADERS NAME I'M PRETTY SURE IT WAS ▇▇▇▇ ▇▇▇▇▇▇▇▇. SO HE CAME TO MY BED AN TOLD ME TO WATCH OUT FOR SNAKE'S. HE SAID THEY WOULD GET IN YOUR BED. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I DIDN'T KNOW WHAT TO DO AT THE TIME, I THOUGHT IT WAS SOMETHING I DID. THE OTHER GUY HE JUST WATCHED. SO THE NEXT NIGHT ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ WHEN WE GOT BACK FROM THE TRIP I WENT TO GET MY STUFF, AND HE WOULDN'T LET ME HAVE

MAY-18-2021

IT, HE SAID I NEEDED TO COME BACK, BUT I NEVER WENT BACK. MY DAD TIRED TO GET MY STUFF BUT THEY SAID THEY LOST IT. AT THAT TIME I LOST ALL RESPECT FOR AUTHORITY FIGURES. I STARTED HAVING TROUBLE IN SCHOOL, I WOULDN'T RESPECT THE TEACHERS, MY GRADES WENT TO D's & F's. THAT CARRIED OVER TO MY TEENAGE YRS. I STAYED IN TROUBLE, I HAD NO RESPECT FOR AUTHORITY AT WORK I LOST ALOT OF JOBS. A LOT OF JOBS I DROPPED OUT OF SCHOOL IN THE 9TH GRADE BECAUSE I COULDN'T GET ALONG WITH THE TEACHERS OR PRINCIPAL. IT PRETTY MUCH DESTROYED MY CHILD HOOD, IT DESTROYED ME, TO THIS DAY I STILL DON'T TRUST AUTHORITY I HAVE TROUBLE TALKING TO WOMEN. TO THIS DAY I HAVE ONLY TOLD 3 PEOPLE COUNTING THIS LETTER. I HAVE BEEN IN AND OUT OF MENTAL INSTITUTIONS OVER 10 TIMES, I'M STILL ASHAMD TO TALK ABOUT WHAT HAPPEN TO ME, THEY HAD TO KNOW WHAT WAS GOING ON. THERE IS NO TELLING HOW MANY KID'S THEY WHERE BEFORE ME OR AFTER ME. SO THE BOY SCOUTS NEED TO PAY FOR WHAT THEY LET HAPPEN TO ME. I HOPE THIS LETTER HELPS SOMEBODY. IT HELPED ME TO WRITE IT.
I'M 58 YRS OLD NOW LONELY MAN FULL OF ANGER.