To Whom it may concern,
This is the hard copy of the letter I emailed to the courts email address. Thank you, Jerry

SA-████

The Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Justice Silverstein,

I began this letter four times in the last three weeks each time to hit the delete button on my laptop and subsequently telling myself each time that this nightmare has literally had a role in somewhat destroying my life so why in God's name would I want to once again relive this horror. But your honor, after years and years of therapy, I reminded myself that a victim of sexual abuse stays a victim and continues to suffer. But Your Honor I am no longer a victim of horrific sexual and physical abuse, after over fifty years I can proudly state I am now a survivor. Justice Silverstein, my name is ████ and I am now sixty four years old and in three short months I will turn 65 years of age. I do not care if you publish this letter or redact parts of it. That Your Honor is your choice. For today the evil power that two sick, depraved,

①

men held over me has long since been broken. But for over thirty years I suffered horrific nightmares where I would wake up drenched in sweat screaming at the top of my lungs. But Judge Silverstein, I lived this ongoing nightmare in total secrecy for nearly thirty five years.... suffering in silence alone because I felt I was totally unlovable... "half a man"... "disgusting"... But today thankfully, after years and years now of counseling and therapy, I have healed to the point where I recently did a podcast "telling my story" with my dear friend ▓▓▓▓▓▓▓▓ the CEO of Endcan, the National Organization to end child abuse and neglect. Today Judge Silverstein I no longer cower in shame and disgust in the deep recesses of my own mind, but I now do my utmost to help others who likewise have suffered at the hands of evil people. My abusers died many, many, years ago. So my doing this is not about gaining revenge obviously and truthfully it is far more than any financial gain I might eventually receive. I would not be truthful if I didn't admit as a retired man on basically social security. But financial gain is certainly not solely what this is about. Your Honor, this certainly about closure for me, and

(2)

closure is something that we all need when we suffer loss. My loss Judge Silverstein is that of my childhood now almost sixty some years ago now. I will not go into great detail about the horrific and degrading abuse both myself and my then best friend suffered at the hands of his father, our Scoutmaster, and this evil man's "business partner" a Scoutmaster from Chicago who used to travel the 180 miles from Chicago to my hometown of Indianapolis, Indiana. It began for me at the age of eight whereby I joined the Cub Scouts in Indianapolis where I was invited to join by my friend from school. His father was our Scoutmaster. Many years later I would learn that my Scoutmaster was a sick perverted, child pornographer. His "business partner" was another Scoutmaster from Chicago, Illinois named ▮▮▮▮▮▮▮▮ who just one year ago I learned was a "member" of the sick "Perversion Files" that the BSA kept on those in leadership in scouting for many, many years. But Your Honor the BSA had no idea how sick ▮▮▮▮▮▮▮ actually was. For they quickly saw I was a loner as an eight year old boy who craved the

③

love of my father. But my own father had been horribly physically abused by his alcoholic uncle because he never knew his biological father because his fourteen year old mother abandoned my father shortly after his birth. My father was never shown love himself so he had no way to show me love. He died ten years ago without ever once being able to tell me that he loved me. My Scoutmaster saw my pain and started the "grooming process" to gain my trust and that of his son. As I said it all began at the age of eight for me and his own son. After Scout meetings he had me stay afterwards where he showered praise on both of us telling us how much he loved us both. Those were the exact words that I had longed to hear my entire life. He lavished candy and presents on both of us and one day he asked us both if we wanted..."to learn how to become men"... In my heart I felt it I "became a man" that perhaps my father would eventually learn to love me. That is how it all began Judge Silverstein. He started by wanting to take photographs of us nude. He quickly added sexual poses for us. What I would eventually

④

learn is that my Scoutmaster was a vile, child, predator that had a lucrative business along with his partner from Chicago ▮▮▮▮ selling and distributing child pornography from Chicago to New York and Los Angeles. Tragically though that was just the beginning. The photographs and videos became more and more perverse and we were both eventually used as sexual toys for two adult men while being photographed and video'd. Judge Silverstein, I will refrain from going into graphic detail but I was raped, tortured, and mutilated hundreds of times over a five year period of time. Some of these rapes occurred right at Camp Belzer in Indianapolis as well as at another BSA event in Bloomington, Indiana at the University of Indiana. These were sanctioned BSA events as well as being on their camp property on several camping events at Camp Belzer. It all ended a few years later ▮▮▮▮ physical injuries were so severe that I

(5.)

had to be taken to the hospital. They repeatedly asked me at the hospital if anyone had hurt me but under the threat of my life and that of my family I was told to say I fell through a glass table while wearing only swim trunks. I knew the doctors and nurses knew the truth but this was 1968. Things were different then. I kept to my story and nothing happened. I spent nine days in the hospital and suffered severe rectal bleeding for years to come. But it was the physical and emotional trauma that basically lasted a lifetime. My friend and I kept our horribly dark secret for years and years without telling a single soul. My nightmares began soon after that last attack. My friend had huge anger issues that only got worse when his father died of a massive heart attack while we were both in high school. We began using drugs and drinking very heavily. My friend was expelled for fighting several times and eventually both of us were incarcerated at different times. This nightmare affected both of our lives in a detrimental way for years and years

6.

Judge Silverstein, I am well aware the horrific abuse that we went through, certainly didn't make either of us abuse drugs and alcohol, nor did it cause either of us to not only break societal rules but also laws. I accept full responsibility today for all of my poor choices and decisions. But all of that said after years and years of therapy I do know my abuse certainly affected how I thought at times. In closing Judge Silverstein, I am doing this now for several reasons. Healing and closure for me obviously, but I also do this for my friend from over fifty years ago now. He sadly cannot fight for himself. For his pain finally caught up with him as he never sought therapy or counseling. Tragically Judge Silverstein my friend eventually went to prison for murder and he was executed in 2007. Judge Silverstein... I am fighting for justice for both of us.

Respectfully,

████████████

Claim number - SA-████



