May 15, 2021





FILED
2021 MAY 24  AM 9: 48
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: BSA Bankruptcy case claim # SA-▮▮▮▮

Dear Honorable Justice Lauri Selber Silverstein,

I am writing to you to inform you of the devastating impact the abuse committed against during my tenure in the scouts has caused me. I received the rank of Eagle Scout when I was 13 in 1976. I earned this honor despite the abuse that had occured. Prior to what Scoutmaster ▮▮▮▮ did to me, I was a straight 'A' student. Because my mother and scouting administration wanted to silence my reporting of the abuse at the time I never received any counseling or treatment. My mother feared and I agreed that if my father had become aware of what ▮▮▮▮ had done to me along with his ▮▮▮▮ , he would have likely taken the law into his own hands, leaving my family with a father in prison. I never realized how much the lack of treatment was effecting me. I grew angry all the time and was unable to really emotionally bond with anyone despite being married.

At the age of 18 I also was diagnosed with Hodgkins Lymphoma, Stage 3b. I was told by doctors that I had 3-5 years to live with treatment. However, I was enrolled in an experimental treatment protocol. I eventually left the treatment and refused any further follow-up. I lived my life expecting to die at any moment.

At the age of 39, my wife started using drugs and begain a series of infidelities. I also learned that she ahd committed arson and was responsible for burning down the family home, in an attempt to commit insurance fraud. I lost my life savings, my business and quite frankly my sanity.

Over the next couple of years I engaged in extremely reckless behavior and acted out the fantasies and nightmares I lived with. As you are porbably aware, those who were abused as children

1.

often repeat the cycle of abuse.I am currently serving 2 consecutive 20 year sentences because of the abuse I committed.While I don't totally place the blame and responsibility on the Boy Scouts,,there role was significant.Even before my trial I was unwilling to tell my lawyer that I had been abused.while the prison provides no formal treatment,I have met and talked to numerous offenders and due to their support and shared experiences I have come to realize what the impact of my childhood abuse had on my life.

Whatever financial settlement that is reached can never return my life to me.I will likely die in prison.I have lost my family and friends.That being said,I do not wish to see the Boy Scout orginization destroyed,nor do I wish to see the insurance companies manipulate a settlement.During my time in scouting I enjoyed numerous lifetime experiences.Met President Ford,toured the eastcoast for the 1976 National Jamborie,was awarded my eaglescout honors by none other than president Regean in Ojai California.Of course he was only an ex - governor at the time.I hope and pray that scouts in the future can experience similar things,without being subjected to the abuse and lack of oversite I was subjected to.

In closing I want you to consider what 17 years of incarceration is worth, with another 10 left to serve for even eligibility for parole.I also want you to consider what my victims suffered,because they would not have likely been abused had I not suffered abuse. I have at least apologized to my victims,and accepted responsibility I can only wish the Boy Scouts and their insurers accept theirs.

2.