MAY 5, 2021

YOUR HONORABLE JUDGE SILVERSTEIN,

FILED
2021 MAY 24  AM 9:59
CLARA
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I JOINED THE SCOUTS AT A YOUNG BOY BECAUSE I HAD 4 SISTERS AND 2 BROTHERS AND I WAS THE YOUNGEST AND MY MOM WANTED ME TO HAVE AN EXTRA CURRICLAR ACTIVITY WITH OTHER YOUNG BOYS.

EVERYTHING WENT WELL FOR THE FIRST 6-8 WEEKS. WE MET A THE TROOP LEADERS HOUSE ABOUT ONCE A WEEK AND STARTED EACH MEETING UPSTAIRS IN HER KITCHEN AND LIVING ROOM AND FINISH DOWNSTAIRS IN A HALF-FINISHED SOMEWHAT DIRTY AND SCARY BASEMENT. AS I SAID IT BEGAN WELL AND I FELT PROUD TO WEAR MY SCOUT UNIFORM ONCE A WEEK TO SCHOOL AND PROUD TO BE A SCOUT.

MY SCOUT LEADER WAS A BIT LAZY AND HAD SOME PROBLEMS AND ACTED UNENTHUSED AND VERY TIRED. ONE OF HER FAMILY MEMBERS WOULD BE AROUND AND IT BECAME MORE THE NORM THAT WE WOULD GO DOWN TO THE BASEMENT FOR THE ENTIRE TIME AND JUST PLAY WHILE SHE STAYED UPSTAIRS STARTING HER FAMILY'S DINNER AND EVEN TAKING A NAP ON HER COUCH THAT I SAW MORE OFTEN WHEN I WENT UPSTAIRS TO USE THE BATHROOM. AND HER FAMILY MEMBER STARTED COMING DOWN MORE AND MORE. BECAUSE OF OUR LEADER'S LESS INVOLVED ATTITUDE AND BEHAVIOR WE WOULD ONLY HAVE VERY FEW SCOUTS SHOWING UP MOST OF THE TIME IT GOT DOWN TO 3 OR 4 SCOUTS.

THIS IS VERY PAINFUL YOUR HONOR SO I WILL DO MY BEST TO INFORM YOUR WHAT ABUSE

I STARTED TO SUFFER AT THE HANDS OF MY SCOUT LEADER'S FAMILY MEMBER. AT FIRST IT

[REDACTED]

NEXT FEW WEEKS I WOULD TRY TO SKIP THE MEETINGS BY TELLING MY MOM THEY WERE CANCLED BUT I KNEW I COULD NOT KEEP MISSING FROM MY MOM, I JUST FELT SO ASHAMED AND EMBARRASSED AND SCARED AND I DID NOT WANT ANYONE TO FIND OUT. I WENT BACK AND THOUGHT I COULD HAND AROUND THE SCOUT LEADER MORE BUT SHE DID NOT WANT US UPSTAIRS AND IT WAS ONLY A MATTER OF A SHORT TIME BEFORE I HAD TO GO BACK TO THE BASEMENT. WHEN I DID IT GOT WORSE IT TURNED TO BRUTAL PUNCHING AND

[REDACTED]

INUE TO PUNCH ME IN THE BACK OF THE HEAD SO HARD I WOULD GET DIZZY. THIS WAS SO BAD AFTER A COUPLE MORE WEEKS I WAS READY TO QUIT AT HALLOWEEN I WAS THE ONLY ONE

[REDACTED]

LEADER CAUGHT HIM AND SHE RAN BACK UPSTAIRS AND HE GOT SO MAD HE RAN UP AFTER HER AND TOLD ME TO GET DRESSED AND LEAVE. MY SCOUT LEADER WAS CRYING AT THE KITCHEN TABLE AND TOLD ME TO LEAVE AND NOT TELL ANYONE. I WAS IN THE PROCESS OF QUITTING AND AFTER ABOUT 3 WEEKS MY SCOUT LEADER'S HUSBAND A VERY BIG SCARY GUY MAYBE TALLEST MAN I EVER SAW THEN AND HE HAD SEEN AT OUR CHURCH AND CAUGHT ME ALONE AND TOLD ME I HAD BETTER NOT TALK ABOUT ANYTHING THAT HAPPENS AT HIS HOUSE TO ANYONE. I REALLY COULD AND DID LOVE THE SCOUTS UNTIL THIS ALL STARTED BUT I WAS SUCH A RELIEF TO QUIT AND THE ABUSE IS WITH ME ALL THE TIME. WHAT HAPPENED TO ME IN THE SCOUTS IS UNFORGIVABLE AND EFFECTED MY LIFE HORRIBLY IN SO MANY MANY WAYS. PLEASE YOUR HONOR

FORGIVE BUT I REALLY CAN'T GO ON AND THIS IS THE BEST I CAN DO FOR YOU TO ACQUAINT YOURSELF WITH WHAT HAPPENED TO ME AS A SCOUT. ITS JUST THIS LETTER AND THE MEMORIES MAKE ME A BASKETCASE IF I LET TO MUCH COME BACK I HOPE THIS LETTER HELPS YOU AND YOUR COURT TO HAVE AN IDEA WHAT I WENT THROUGH AND HOW IT HAS RUINED MY LIFE TO THIS DAY. THANK YOU FOR YOUR THOROUGH CONCERN            SINCERELY