

Case 20-10343-LSS  Doc 4903  Filed 05/24/21  Page 1 of 3

FILED
2021 MAY 24  AM 9: 43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

16th May 2021

Justice Lauri Selbar Silverstein

BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

Claim # SA-▮▮▮▮

Honorable Judge Silverstein,

    Your Honor my name is ▮▮▮▮ I am 64 years old. When I was 13 years old and in Boy Scout Camp. I met a leader named ▮▮▮▮ He is shorter than me and 20 lbs. lighter. When he asked me to grab his wrist.. When I did he used his martial art skills to put me down. He told me he has a black belt in Jujitsu. If I wanted to learn some of those skills he would teach me. We met in a camp meeting room. He showed me some moves and put me in a hold I could not get out of. One of the moves is called a Full Nelson, with his feet. After about 30 minutes I was about to leave, he put me in a hold I ▮▮▮▮ some issues but I can tell you this. The effects on me were life long. I never told anyone. I am married and have a family. 50 years went by. While watching the news, a report of a man committed suide in jail by hanging himself. Named ▮▮▮▮ Two kids in his neighborhood acussed him of sexual abuse. I heard this and I told my wife. They finally caught him and I wonder how many kids had been assaulted over the years. She asked what that was all about. I told her and my two daughters. The sick thing a man with that name has done to me. This lawsuit was 10 to 15 years later. I began to look for this man. I guessed his age and found some important men with similar names. There is no way to find him dead or alive except with pictures and personal information. Attached is a list of some men that I found. He was a Boy Scout leader and this happened at Boyscout Camp. I still live in the same town.

      This case is something to set a president about sexual abuse that is kept hidden. I believe hiding that hiding that information was wrong. Many kids were ashamed like me and told no one. The shame you know is terrible.

Sincerely,

██████

List of names:

