May 17, 2021

Justice Laurie S. Silverstein
BSA Bankruptsy Case
824 Market Street,
6thy Floor
Wilmington, Delaware 19801

SA-

FILED
2021 MAY 24  AM 9:42
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor,

Last week I sent you/The Court what happened to me as a little boy as a Cub Scout. I was so upset with

the memories, I neglected to give you my contact info.

Email:

(All lower case)

Emergency phone:

I do not have a Cell Phone.

Sincerely,