Justice Lauri Selber Silverstein,    Monday, May 17TH 2021

   To express my feelings about what happened to me when I was a boy is not realistic here on paper. The effects of what happened to me in the care of the boyscouts at Camp Tomahawk haunt me to this very day. I have trust issues and problems with authority. I am angry and I feel as if I have a hole in my soul. I have spent years trying to self medicate my pain, confusion, and self-loathing. Doing this has caused numerous problems in my life with my family, friends, and intimate relationships. I thought I was alone my entire life, I never thought so many people experienced the same thing I did. This breaks my heart and saddens my soul.

   I feel like I have allowed my experience to define so many aspects of my life. I am writing to you today as one of many steps in the right direction towards taking control of my life. I am more than a case number, I am a person with a story. Thank you for taking time to read this.

                               Sincerely,

                               [REDACTED]

                               Brother,
                               Father,
                               Son,
                               Friend,
                               Felon,
                               Victim,
                               <u>Survivor.</u>

[REDACTED]

       C.C.
       File
       Justice Silverstein
       A.V.A. Law Group

FILED 2021 MAY 24 AM 9:41 — CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE