TO: Justice of The Peace
Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

From: [redacted]

Dear mr Justice of the Peace, greetings,
My Name is ▓▓▓▓▓▓▓▓▓▓, born and raised in the Projects of San Antonio, Tx. Westside. Tough Neabor hood. Being raised correctly by two parents that was under educated father was a vet, Disable vet paid for my Dues Entry Fee, Because we had to pay for everything protaining to BSA, to Join.

Trying to live Right, grow up right I Need something positive in my life to teach and guide me in the right Direction that my parents set for me. they allowed me to Join BSA thought it would be good for me and it was, it was great until a year later when that scout master, leader or who ever he where ask me, A Kid if I like to have fun this was a closing time alone with another white, hispanic or what I don't Remember the little Boy Rase but his face told me that I was in some trouble.

I was sexually assualted I was shoched embarased ashamed guilty confued assualted, insualted, exc., I don't know. What I did wrong to deserve that but if the court system known then about the allegation and didn't shut The BSA Down Their at fualt and condone the BSA action and should pay Damages also

2 of 3

The law is set to protect not turne the other page just because of more money. Where is the honor in that to serve and protect our children, that's condoning BSA action.

Being sexually abuse by grown-ups is devastating for a child and you, the law, court system fail them all because of greed. Why I had to fall for the white men predatorial ways. BSA, Catholic Prest, etc., they'er not being made accountable for there predatorial organization by letting them off by paying $650 m. for there action. I vote NO sire to their proposal, it's not about the money or their image. it's about that little boys scared face his life menly hood, mine being taken by a (Predatorial system put in place legally to prea pred on children) to molest me and others. What if it was your kids What if I was your child and was molested by BSA system.

Thank you!



FILED 2021 MAY 24 AM 9:41 US BANKRUPTCY COURT CLERK DISTRICT OF DELAWARE