(I)

claim number

SA ▮▮▮▮▮▮▮▮

Filled 11-9-20

Hello Justice Silverstein Frist off, alot to say I don't like what the B̶S̶ SA are doing to myself and others in our case, I ~~thought~~ couldn't Belive they were cheating everyone They need to BE held accountable as soon as possible I am really sick But iam hanging in

②

There, I want to tell you what to me in my own words, my family moved around a lot. In 1967-1970 we lived in a trailer park in Mason, Ohio at the end of 1967 the summer 1968 my Brother and I joined the Boy Scouts in 1967, we had just came back from a state wied camp out it was a Big deal anyway we put everything the vans and everyone left But me and the Scout master ████ ████ me and put everything away and when I sat in the living room he had drinks and sat down next to me on the Big chair, →

(3)

- it held three people next thing I know he's got

[REDACTED]

shouldn't have said it like that. But in my own word is the only i know.

- I tryed real hard to get away. But I couldn't

[REDACTED]

afried i didn't know what to do i waited until

i could, then i ran like hell to my mom and told her what happened. Right away she called Dad at work, all i can remember the law taking Dad away. We didn't see Dad for about a week, thats how he was in jail for beating ███████ up. I would like to say again, The BSA

5

needs to Be held accountable for there actions.

Thank you very much I hope you can understand everything I did my Best