Jacksonville, FL, 05-06-2021

**FILED**

**2021 MAY 24  AM 10: 52**

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

▮

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801
Re: my experience the Boy Scouts, and its impact on my life:

Your Honor:

  My name is ▮ I am a 76 years old retired law professor emeritus, from Quinnipiac University school of Law.  My experience with the Boy Scouts preceded my law school studies and teaching by over decades. But that experience has followed me like a dark cloud all this time. Upon graduation , from Temple Law School, I clerked for the ▮ E.D.PA., then I counsel in a hospital and ended gaining my graduated studies at Yale University and finally teaching at Quinnipiac until I retired. I continue teaching students to pass the Bar examination.

Writing this letter has been one of the most difficult things for me to do ever! I am experiencing flash backs and feeling anxious just thinking about what had happened not only to me, but to other kids while we were at that Summer camp under the care of the Boy Scouts of America. One late night I and other 9 or 10 kids were ready to go to sleep in a tent. ▮

▮ such embarrassment, guilt and so powerless, that I just wiped off my memories as these had never happened. I cannot remember exactly how old. I was.  And my family records are no longer available since both of my parents are already dead. I have only recently being able to discuss some of these events, but not fully disclosure, with my wife who is a very sensitive therapist only after taking with my representative counselor at the AIS.

  My life went wrong. This experience cost me to turn in on myself and to kept me from being involve in dating when most of my classmates were in doing so. I was so self conscious when dating was embarrassing and memories of being sexually forced leaded to confusion about my body , difficulty in building personal relationships, low self esteem, trouble maintaining a relationship, always looking for real love and care, but being so depressed I couldn't hold my marriages. I have been suffering from depression and anxiety since that summer camp. On 1985, I lost a full year of work going through a major Depressive Disorder, just watching tv, not able to relate to life, or to my family, or my former wife. I have always feel sexually unfit, uncomfortable, anxious, with a sense of trauma about my genitalia. I went through therapy for a

year, but I couldn't talk about this humiliating traumatic experience, I have been taking antidepressants and anxiolitics for several decades at least since the 1980's. Before that my depression and anxiety were there, but untreated. Nights were full of nervousness and anxiety. Emotional trauma has devastated my personal life, my relationships, my sense of a whole self, ending all my relationships in painful divorces. Now I am happily married to a therapist and mental health counselor, however, not even with her I was able to disclosed all that I had witnessed and suffered myself during that sexual assault in that summer camp at the Boy Scouts of America, until very recently when the AIS contacted me, no body ever knew!

I had always tried to forget about this traumatic experience and what a horrifying sexual initiation I had feeling inadequate and totally embarrassed, until I was contacted by the counselors at AIS, that I started to think that the Boy Scouts of America took a precious valued innocent life away, stealing for ever my precious life! While their duty was by the contrary help kids to get adjusted , but they failed in providing supervision and care to those thousands of kids and families who trusted them. After what happened to me and other children in that summer camp I quit, I never went back, but the damaged was done and the perpetrators had already taken my dignity.

I appreciate that the counselors from AIS have taken these multiple cases from thousands of kids who had suffered the same or even more than I have had. I am writing this letter and I am just having all these flash back memories making me feel very anxious, I am telling my wife and she wants me to talk about them so I can release all this anxiety and tension, but I cannot do it! It is so shameful and so undignifying that I cannot expose myself to get another major depressive episode.

Your honor, I am grateful for your time readying my letter,

