Dear Honorable Judge Silverstien,

①

I am writing to you so that you may hear from the side of a victim as I am sure you have heard from the sides of the Lawyers and three Ins Copanys. of the B.S.A.

It has been very hard to relive the past as I have buried it for the last 50+ years .... so as a 12 yr old boy in the sixties the level of innocence was a lot diffrent than this day and age, most of us young boys did not have a clue as to what lay in store for some of us..... As for myself I am the oldest, I had five brothers & two sisters. I have two brothers left of my family. We grew up very poor. When I got envolved in the scouts our leader █████████ would bring lots of food and check on us kids. Mom was pleased.    We then started on over nite camping trips then to weekend trips.

I did not have a sleeping bag my Mom made a bed roll out of 3 blankets. On the third trip it happened when he finally took his hand off my mouth

②

after scaring me to death with threats to my little brothers and my Mom he left me to cry alone scared to tell any one for fear of him. I was so scared I never wanted to go again, but my little brothers who just joined scouts wanted to go. I had to tell my mom, she did not want... or to believe me, how could that man who is so kind to us do such a thing? over that what she said nonsense and not another word about it. My Alcohdic father was no where to be found let alone to talk to. I feared for my brother so I had to go. Some how he always made sure to find me done my heart would stop in fear I just wanted it over he was just way to strong to fight.

Who could I tell who would believe a 12-13 yrold boy over a leading member of our church & community and the scouts? The shame I was made to feel was like I was dirty but could not clean the humiliation and pain from the inside where it hurt the most. What could I say as a young boy to have some one listen let alone believe me?

③

The BSA was like a church to some people how could I dare say those things.

So not knowing what to do I just made sure my little brothers were safe, he eventually got to my littlest when I could not go because of a broken foot. After a year + a half we moved thank The Lord my prayers were heard.

And now after years of pain and bottled up emotions once again to relive the nightmares that hurt me so bad inside and out. To face the same BSA institution only this time they are way more powerful than before in the sixtys and me?

I'm a 66 year old Grandpa retired with a bad back from years of heavy construction.

So to the point your Honor, once again who can hear the cries of a young boy in the night? Compared to the Large Ins. Co and the Large Lawyers Co. Hopefully you can tip the scales of justice towards the victims and hold the BSA accountable for the suffering and life time pain they have caused and known about for years,

(4)

and did nothing at all.

And now after 50+ yrs it reares its ugly head again . . . As a grown strong man it still strikes fear in my heart.

I pray your Honor you can look past the Sawyers and Ins co. and imagine the fear and look in a young boys eyes when no one can hear the cries in the night even 50 yrs later it still hunts.

Sincerly ████████

God Bless You

P.S. THIS LETTER TOOK
10 days TO WRITE . . .

FILED
2021 MAY 24  AM 9:58
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK