FILED
May 17, 2021
2021 MAY 24 AM 9:58
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

The Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801   USA

Your Honor, If I Please:

It was as to third or fourth grade to our moms came in to the Greenfield Elementary School in Wethersfield Connecticut. Was for an evening meeting to hear as a sales pitch of to why their young sons should join the Cub Scouts for to help show to that they support to help show some community spirit and support in the towns like all the other elementary school male children of the spirit minded school and town to become involved in.

And then the following week us new members of the Boy Scouts of America's Cub Scouts to begin to learn of civic responsibility and to earn merit badges to as build social interactions of life skill.

It began as to like most of the new recruits we had to purchase everything of the Cub Scouts dress code learned from the Scouting manual. Our uniforms could only be purchased from one a singular clothing store with a price on all its patches for our town name, Pack number, Den, an American Flag and the name of our association BSA on a special blue shirt to

make it offical and complete for the next month's evening Pack meeting, a blue cap, ballcap style with yellow lines coming down from the button in the top center. With a yellow and blue lettered bandana and a separate goldish color ends holder clasp, like a tie clip. And all the way home in the car to hear as to how unexpectedly expensive that they had just experienced.

Mother told me that my allowance it will take me until I start high school to pay it off. And to how my Grandmother had to pay some for some of the parts to make up two thirds of my uniform. And to Grammie to sew on all my patches as to a former seamtress at Bigelow Textiles by next month's meeting. This was an unexpected expense for a single parent family.

Come the following monthly meeting most of us new recruits would sit with our assigned Den mother and fellow scouts. It was a great surprise to learn as to we all were beginners in this newly created den their was also the youngest sons of the Pack Leader and Den mother, they already had four other boys in various higher stages of scouting. Then it all begins as to our moms sit someplace outside of the Pack meeting in the school's auditorium / Gym. The new recruits would first come up on stage to be introduced to their den and the pack, (Also to the Adults of the pack who enjoy boys). There be as to as levels of the recruits would be dressed as to how their family could afford the items for a complete school years uniforms as to the family's funds allowed. And we were lined-up as to the amounts of the uniforms we had only a couple boys in school had complete uniforms at the beginning nobody had just a cap but some shirts were without patches yet. By how we looked it was not hard to see who was of a single parent family of the mother, of the single parent

family, of the father, or of as both parents and grand-parents to how complete the uniform was. One our den was even to brag of having brand new underwear our under their uniform and boots. Of our ten boys den with boys in uncomplete uniforms was myself, [redacted] (our only black boy) [redacted], he too was the shortest. Then there they had an adult roll call of the adult men and women for to whom would help us to grow in scouting and their position.

Our Den mothers were first and their assistants some stay at home mother, then to all the men beside the fathers of these were part of their family, then to males who had specic duties.

There were other assistant Pack leaders for each school in town, thier were meetings helpers, there were summer events helpers, their were camping helpers, Hiking guides and a photographer with an assistant of all men. It was make clear for all of the boys to without a father figure to these men were for us to seek out if we had some problems. The Photographer will be always around to be there to record our growth and discovery.

Our first Den meeting was the next wednesday afternoon after school. Us boys would bring a snack (cookies) one week as to share the cost for to provide to others for was fair to our Den mother would provide drinks. We would do crafts or learning as something for to work together. We were lucky as to knew each other from school and Class rooms. Not like to some dens to that were mixed for were smaller groups. In October we made masks on week, the others we learn to stand, dress properly and our oath. November were history of thanksgiving and pictures of turkey's colages and for December to make toy bird feeders to hang on the christmas trees at our homes. During

our Christmas vacation our Pack dens went to the Boy's club in the City of Hartford next to Wethersfield to the north for to go swimming. For to by our mother's allowance as to we could go in our birthday suits for to many felt to that our last season suits were given away or to small or not able to find them it be easier. Our Den mothers, couple life gaurds a couple mothers to help and ▮▮▮ was there with his cameras for to our ages there was no real embarrassment for as to most of at first maybe one or two had to be coaxed into the water. The mothers who aided had other older boys in scouts to also just come allong. Den mother in suits would help those who struggled to swim the others did laps to recieve a merit Badge completion. The life gaurds taught those who were not versed in diving to do better for that merit Badge. We used both male and female changing rooms to undress and dress after showers to rinse us off. And to make sure to we were dry so not to catch colds we got to hang out some and horse around with our towels. It was after this event to we learned as to be in scouting was a weekly expense to our families. The business of scouting would effect those who remained in the scouts. It was surprising to that mother had some pictures of me, nothing showing but was close enough to Grammies dislike of it.

January, Pack meeting was canceled to a major snow storm, but we were to do something to help someone with cleaning their sidewalk and or driveways for free, if were were given something we were to donate it to our Den mother for to given to the Pack.

We would for other den meetings learn of the risks of snow, Ice and cold, we have a meeting in the school to learn to trust one and another for to be blindfolded asto be

led around by some one of the den to avoid problems and to better communicate to reach a common goal. We do learn of woodworking to make blocks of wood into race cars for the soap box derby against other. The Pack Leader ███ our Den mother's husband and their older sons helped us to shape with woodworking tool in their Garage as to most of us had no skilled adult to teach us of tools. But do to bad weather we not had the chance to race. April came around we learned of spring and with snow boots we went for our first hike in the woods down the street at the ends of the payement. May brought warmth and by its end we could wear our scouting shorts or some dark blue ones. We were instructed of to how to go to the bathroom out in the woods, To dig holes to bury our solids and to get over our modesty doing so. ███ was always around. We didn't really notice his picture taking as to became normal. And I be surprised to that Mothers oldest nephew some two decades older than me knew ███ For one short day of school afterwards he drove me over to ███ home for some pictures of me as to from my street clothes they call them to be dressed as a Cub scout, this be the first time other than mommy or family to I get undressed to nothing but never with anyone before did I have to model each of the articles of my clothes as was mostly naked. Then done I would ███████████████████████████████████████ as to became tired and called cranky to when gue some piece of some candy and a soda to drink down at one shot as to fully bare so to have some energy and really not care for anything. Once done ███████████████████████████████████████

[redacted] The ride home is uncomfortable to sit on his car seat but at home I will get another beating fer to when Grannie tell mommy to I have a mess in my underwear fer not to clean well, she believes.

I am driven close to her house and have to walk some to keep the secret of this days fun as was told.

We would start going to his house or some home in the wood fer to do more modeling for some ones camera, the first visit was swimming in a tiny barely covers me scouting speedo blue with a logo. At some pool once, a beach, a river, shopping in some stores with the speedo, short shirt and sneakers, some lady's home with her girls, then another store bare but a t-shirt and flops on my feet. Then to have some real fun as got to dress like a cowboy from television with a union suit underwear, wool socks, jeans not broken in yet, a plaide shirt, vest with tassles, cowboy hat with draw strings, a toy tin sherrif's badge, leather gloves, cowboy books with spurs, a belt with a large buckle, two gun belts with cap guns and a lasso rope. We begin with a piece of candy and a soda then start posing to his words for the camera. Then I would remove something of to have on. It would take forever before I am in my union suit, partly unbuttoned and my trap flap down

This would not be as to the only costum for was a firemen, Police men, teacher, business man feetball and baseball players, basketball and soccer a farm boy and a private school boy in an uniform even a school boy in gym clothes before go into a shower with some other boys. On a rainy day ▮▮▮ and a couple friends took us eight to a closed school that has an indoor pool. For to be pictured undressing to nothing, then being so a naked swim team meet and a dive team practice totally naked. Before we finished some

their owns. This was fun as to they swapped among us themselves we could see our fellow scouts taking them as to just took them. In a Van we drove around close to our home to pull on our swim suits only and walk home. Once I got home was tired as to a long day.
Mother talk to me one day as to for scouting called and to that in the next weekend our pack will be going on a three day camping trip at some BoysScoot camp, she will help me to pack for it. she showed me a pair of scout short pants and a speedo suit, to say that for all of us to look impressive as to waiting for our ride and for pictures. I try on the shorts, the tee shirt and the swimsuit. Grammie inspects it as to how it fits she does not like to has an elastice waist band not a drawstring and to no

liner inside, so I ask for why I need one? to be told its like wearing underwear inside your clothes. On the dinning room table I watch and help hold a home made sleeping bag for me, an old wool blanket, a small bed sheet, something to be between them for some warmth and some plastic clothe for the outside to keep it dry. I watch my uncle bend some coat hanger wire into a form of a safety pin to hold two sides together and how to undo them again. For some type of carry all bag came home worn but usefull. Grammie pack me the scouting pants that came from ▓▓▓ friend, like the shorts did, even the suit (at the time nobody had ask why)

As to father was not directly involved in my life for he had a wife four kids his third a boy was several weeks older than me but he had to remain a secret, never called him dad or such or talk about him for as to know later in life. best not then he was to mother his mistress and was to divorce his first to marry mother for to of all six of us I am the only one to looks like him. He disowned me not mother. He gave me an old scout jack knivef and a compass. For the trip got clothes for three days socks and underwear for six changes, some long johns to sleep in Flip flops and my scouting swimsuit two belts to hold my bedroll. Some snacks, bar of soap and roll of toilet paper Thursday we leave the high school as its convulent for the three school in the Northern section of town Greenfield, ▓▓▓▓▓ and ▓▓▓▓▓ to have near a hundred and fifty new cub scouts mostly. As I remember there were near ten elemaly schools in town in the late 60's and early 70's some senior Eagle scouts came with younger siblings to help as to invited. The ride up to the camp we learned campfire song. Remember Grammie more teary-eyed than mother, so different from the others moms. We drove toward the New York State-Line the north toward Massachusetts

up into a small town with a city inside of it, to a Campgrounds down a side road and a dirt road. We unload into a huge grassy feild found our stuff for our parents label them well, we were assign to some strange tents with short wooden base and walls they tent canvas the rest of the way up. We have something to eat get a tour of the grounds in smaller groups told to for to go pee if can't make it to a bathroom we can go by the tree line or tall grass for we are all guys. We are mixed with other boys from around town. We end up down by the swimming pond. ▓ is there and some helper on a small platform near the water, there are lengths of docks going out into the pond on one side of it are many colored canoes tied up.

The Pack leader with a PA system yell out the rules welcome us to be polite to others and final of the tradition for the first swim of the new Cubs is to wear nothing for our mom's can't see us and they won't know, so everyone is told to get undressed where we are, some boys wait a bit but most of us just stripe this to when most of us learn to our clothes are labeled.

Don't understand as to why I was among the first to go bare running toward ▓ camera first followed be some others until finally we were almost everyone was in the pond. The remaining few were helped out of their clothing and they covered theirs as the came in. Yet after a few hours nobody was modest anymore as to ran around bare as we dried off in the sun, once we were dry and than redressed we were sat down to write out post cards to have mailed home to show of to our good time. They were pictures of others having fun at the scout came of various ages. Once done we were sent into the woods to find small pieces of wood for to start the huge camp fire later on, we were to pick clean the under brush around the camp. As to ensure fire safety

Then for our first time we would hear a bulge to call everyone to the mess halls there were two huge building. There were some people in the kitchens cooking all type of food for us "growing boys"

It was loud inside there as to we ate our fill and then some for to ensure we were full. We had to form a line to hand our meal plates first, then silverware and lastly our plastic cup to the kitchen to be cleaned. We had a hour to unpack our sleeping bags and our clothes and to prepare for our showers. These were very different from even the Boy Club or the local pool during summer as to the showers came down from the cielings with poles for some liquide soap for all over us, we were bumping into each other, and some adults and older boys scouts made sure to our hair was ██████████████████████ was giggling as to some were ██████████████████████ their movement on us. We be handed a white towel to dry ourselves off together we spend time to look over each others bodies as to like tan lines and to whose were uncut and whose were cut as to this was something new to see friends from school and new friends. Also as to how that white boys had tan lines of to from shorts or swimsuits, even a few looked like they almost never go outside. Once were were dry we with towels around us go to our tents for long pants long sleeve shirts, shoes and socks. We walk past the Canteen for an assortment of Ice cream on a stick to eat and head to the open area for the huge camp. There were smaller one also around the edges to help keep the bugs away. We chased fire fly with jars for as our private lights then were explain to how the sing-a-longs would be. It was near nine or nine thirty to we return to our tents, we pee before we go in the tents most of us didn't use the bathroom house. For was so hot still most of us

didn't wear our pajamas to bed but just briefs like at home during the heat. There were many strange noises of bugs and some other noises. I woke to noise in our tent, and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I moans did not understand, as to hear as sound of crying from others. I remember getting up on my knees as to, it was so wonderful to that somebody loves me as to he uses me, feel as to my ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

as to calm him down as to he is crying it hurt to move over to ▮▮ he is crying saying to how it hurts from his size, as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

bodies. Yet come morning we are curled up naked in our sleeping rolls, I smells as to we have gone to the bathroom in bed, the sound of the Bugle for that wake up says, we rush out naked except for ▮▮▮ who in his pajamas untouched, ▮▮▮ moves and starts crying the others of us in the cool damp grass are ~~squat~~ squat down going to the bathroom in the tall grass as to have to, we notice in the morning light of to the pennates of groups were are somewhat together, ▮▮▮ walks out of his tent messy in back with some blood, I had some blood once in the beginning. Our older boys some are naked too help us get cleaned up. We go shower

as to our "accidents" being blamed for camping food, ████ is carried off to his tent then taken by some adult to the nurses station. Our sleeping stuff is taken to some laundry in camp to be cleaned there also more adult men around with morning doing laundry, fixing tables for meals, the showers are offered to us with hot water the furnace is on, but we were told it only ran in the evening. Nobody really talks of to the night before as to remember the the voices our secret right with our names spoken. We have a planned schedule for the entire day a head of lunch, after breakfast we our group of thirty boys have swimming practice to make sure we all can swim out to the two rafts and back without having to rest, or we will have to remain in the docks that go out just so far to the rope with small boys. The water is cold like to as was on the tadpoles swim team at Wilert Pool behind our school. Mother had signed me up but never took me to swim meets in second grade for she had to go to work. Every scout has a light or dark blue speedo on, as the older boys have bright red ones, their things are very showy and the adults have trunks. After the swimming session we are given life jackets and paddles to learn to use the canoes, we stay in our suits in case we tip over. They hold four boys and one adult as to we move off from shore. The morning rushed by and come lunch almost everyone of us cubs have only our suits on. The pale skin boys have gotten some smelly tanning lotion, I don't need it as to am tan already for to wore a speedo all my life. But am made to take notice for my regular suit covered more of me being taller. Putting on our T-shirts that we were give to separate us by their colors to sent us off to different ball fields to play softball, soccer or basketball.

Play in some footwear our bathing suits and shirts was as almost like our clothes was plastered on to each other as to we all could see each others bodies still. Only a few of the boys had Instamatic cameras, unlike ▮▮▮ and some of the counselors and guides as to it seemed. They even had two clothe bags on their belts like ▮▮▮ for expoused and unexpoused film. As to we were constantly told to drink from the fountains or the Igloo water cans in time we had to relieve our collection of fluids so was as most just reveiled thenselves and pose for any camera. Some it just ran down their legs or a slight flow through the material. As to the day moved on some began climbing the trees or jumping off the bleachers even to disappear with a friend with somebody who had a camera. ▮▮▮ somebody name ▮▮▮ and I went with some older guy who was called ▮▮▮ we ended up in a clearing as like directly under the sun, we go naked horsing around in the grass. They laid around even napped as to was I with my father's mediterranean bloodline was not one who had burn from the sun just got darker, but ▮▮▮ where sun not shined before both front and rear were as glowing red by dinner time, ▮▮▮ whose thing was all skin, it looked terrible so red and the counsulor made jokes of him. The both would end up in a bath tub like large pan in cool water for to how bad they were even to just walk, come morning we learned to that for as they didn't follow the rule were taken home. Another boy called ▮▮▮ had tried to climb one of the rope walks supposely without a spotter fell and broke his arm he too went home. After dinner everyone could us the pond for to the heat and humidy some in their horse play ended up skinny dipping some more and nobody got told to dress, a bunch of us so, were playing tackle in the

mud on one side of the pond where the tall grass was for ▇ camera. Those of us who had done so got help in the showers for the grey film was still on us after rinsed off in the pond. This washing seem to last a long time and I remember ▇▇▇▇▇ we seem to as if "loved" as to walk over to have a dessert, ▇ kept saying to counsulor of to his father will hear about this he an important man back home. His father was in the Jewerly business like his grandfather's and uncles. When we run into him later he got beaten up behind the outhouse at end of the tent line, I think to he ▇▇▇▇▇▇▇▇▇▇▇▇▇ for his first time he refuse ony company even to go to the Red Cross Building. Come morning his bedding and pack were gone, ▇▇▇ said some Eagles came for him late last night. When got home try to visit him but his kid brother ▇▇▇ said he sick and can't visit him.

At camp ▇▇▇▇ the smallest kid in our class had a problem during the night of using a friendly frame toilet just past the tents and fell-in, hot shower cleaning and rush to some local hospital. That last day of camp we had a huge crepes breakfast with all kinds of toppings everyone wore a bid so to for the mess, then afterwords in our briefs we had a four color pudding fight on the parade field. Once we were a sloppy mess we gathered together for pictures, then a shower afterwards. Our brief we tossed in a barrel to be cleaned but we all would be missing them and other pairs we wore. None of us at the local pool talked of getting in trouble for not having them. But we all were told to that our bathing suits are just for scouting. And our moms too were advised, ▇▇▇ got in trouble for wearing his to the pool one afternoon and almost expelled from the organization we were told. On the way to summer school one morning Mr M had

stopped to talk to me, said he give me a ride and put my bike in his truck, Had a donut and some milk as we went the long way for by car. He brought me home near mid afternoon told mom to I must of been scared by a car fer was down the back of Beaver-Brook to I missed the barrier on Nott str. I hurt something terrible even inside my dipee, Mom said it was just an accident as to people drive fast some times. A few days later ran into ▓▓▓▓▓ who said to how we all had fun at there house in daddy's room, him, his older brothers and I don't you remember ▓▓▓ I didn't.

The second year of school and scouting started, we got as to called shaws was some bright yellow clothe in as a circle like item it rested on our right shoulder went down diagonally across of our chest, belly and zipper of our pants to the opposite side of our body to the outside of our left leg. Our new merrit badges we earned was to be sown on this to show them off moe proudly. ▓▓▓ liked these for we could be naked and our painters be conceal yet show somewhat. I model for the camera now every article including the shaw. ▓▓▓ would also bring me to meet some men in their cars fer me ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ for to be photographed. One day several us boys were over his place told to look at some picture like booklet of naked boys of all ages and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ them at the others truble, it was some terrible torture he put us through in some park nearby, to his place. Remember screaming and

crying for to he forced us to do, two boys scream as to they pulled on each others until one fell to the ground. Then some boys to never seen before were allowed to ▮▮▮▮ he said. Then the worst terror as to one off the boys with a knief, two of us together and his arm drop slicing that straw binds apart our terror screams left us crying. We lay on the ground left to ourselves naked scared we all seem to know how to get home. We were to scared to tell anyone of to of this. As to got to the market at the end of my street lived on, bey the big blue Post Office mail box was a bag with my name on it, was my clothes and a note we don't tell on our friends ▮▮▮ cause of love.

Love was to what ▮▮▮ said that sex we had was not to like the love our moms give us for when we do wrong. For me to as to if Mom come home angry, upset or enraged to after spending time with father she take it out on me. Come as to the candy sale for christmas ▮▮▮ and I were given a list of men to go see for sex with them in exchange to buy our candy as long to we were in uniform. The two of us won top sales prize in the Pack, as to in our Packs some boy done in the Troop. One boy older for had stayed back did not come home one night. There was a huge search remember seeing men with lanterns, flashlights going into the wood and swamps at the end of the streets down from Yale Street looking for him. But not to be found. Come spring in the crotch of two branches of a tree not far from his house they found a skull, two kids found this, the bones were on the ground sattered some. First ▮▮▮ was not around anymore then a Pack meeting was canceled for some reason and we had no local Den meeting

then [REDACTED] mother drove over to the [REDACTED] huge barn like house up on some tree's name street to find it was empty, other of us of the Den went to look for ourselves, all of the walls on the inside of the ground floor were painted white, and as it got nicer out it was repainted some light gray color with as to a yellowish trim and some redish color shutters.

Do to family problems mother got a trailer for us to not have to sleep at Grammies for to her second oldest brother was a terrible drunk, he hated me for to that I carried his fathers name, a bastard child. This trailer was in another town, then he became abusive to my Grandmother his mother and the three of us slept there, I slept in mother's bed as Grammie used my bedroom. In time the family moved out for their family grew and a fat guy in a gray uniform moved in with some name like [REDACTED] It was [REDACTED] and abuse started again as to he knew that what we were living was wrong. Through him I had met others. As to I was growing up mother had to purchase a house for us with three bedrooms for I was a problem it become my fault. I got a paper route to earn money for to purchase my school lunch. That first summer one of my customers stood nude in his side doorway, told me to [REDACTED]
[REDACTED]
[REDACTED]

In middle school was picked on for being a new kid in town. We had a Boy's Health class to learn of too that Pederasty was wrong. I told mother of to this including my older cousin being involved

My mother now deceased some twenty plus years beat the living daylights out of my body for saying such about her dead older sister's only son. (she was killed by her husband who with associates Robbed a foundry in Windsor CT in 1957 He (husband) died in a shoot out in Suffield CT to where Federal, State and local police had a shoot out at some family home. ▬▬▬ has a section of the local Interstate Highway named for him) After Mother died her Oldest brother's wife told me to that ▬▬ was found out of his actions but for to mother did not want to lose her control over me she never told me of this.

From as to could remember to I was terrified of her until the day she had died, March 30, 1998 as to twenty days after her sixtyth birthday. I believe to if she was alive to when I was arrest for sexual assult of a minor to whom called me uncle when she came to visit me to she would have killed me!

Respectfull submitted

▬▬▬▬▬▬▬▬▬▬

Part of the "Connection" Sexual Assault temporary treatment Center to that only provide a Band aid treatment while most need a long term treatment and therapy I am scheduled for to this Center again for June 1, 2021