**FILED**
2021 MAY 24 AM 9:58
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankrupcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



RE: Case Number: SA-

Dear Judge Silverstein,

I am a survivor of sexual abuse at the hands of a Boy Scout leader entrusted with my well being.

My particular experience occurred during summer camp at Camp Tuckaho in Pennsylvania when I was about 13 years old.

From what I remember my victimization was at the hands of the camp director. I felt powerless to stop what was

happening, and afterwards too ashamed and embarrassed to come forward.

I imagine I was not this man's first victim, nor his last. Apparently this has been a systemic problem within the Boy Scouts organization for decades.

I am currently incarcerated in a federal prison on a charge of enticement. The psychologist with whom I spoke upon my arrest believes this incident helped put me on a path to where I am now.

We cannot allow this organization to get off lightly for the abuses they have inflicted upon so many children for so many years. They need to be made to accept the responsibility for what they have allowed to occur within their ranks, and set things right for the victims.

Thank you for your time and your consideration.

Sincerely,