# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I hereby certify that on May 24, 2021, a true and accurate copy of (1) Century Indemnity Company's Responses to the Coalition of Abuse Scouts for Justice, the Official Committee of Tort Claimants to Boy Scouts of America and the Future Claims Representative's First Set of Requests for Admission and (2) Century Indemnity Company's Response to the Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC and the Future Claims Representatives' First Requests for the Production of Documents to Century Indemnity Company were served in the manner indicated on the parties identified below.

Via Email
James I. Stang
Malhar S. Pagay
James E. O'Neill
John W. Lucas
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
jstang@pszjlaw.com
mpagay@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com

Via Email
Rachel B. Mersky
Monzack Mersky and Browder, P.A.
1201 North Orange Street Suite 400
Wilmington, Delaware 19801
rmersky@monlaw.com

Via Email
David J. Molton
Eric R. Goodman
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
dmolton@brownrudnick.com
egoodman@brownrudnick.com

OMM_US:77572191.2

Via Email
Sunni P. Beville
Tristan G. Axelrod
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
sbeville@brownrudnick.com
taxelrod@brownrudnick.com

Via Email
Lawrence S. Robbins
Ariel N. Lavinbuk
William J. Trunk
Joshua S. Bolian
Robbins, Russell, Englert, Orseck, & Untereiner LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
lrobbins@robbinsrussell.com
alavinbuk@robbinsrussell.com
wtrunk@robbinsrussell.com
jbolian@robbinsrussell.com

Via Email
Robert S. Brady
Edwin J. Harron
Sharon M. Zieg
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com

I hereby certify that on May 24, 2021, a true and accurate copy of (1) Century Indemnity Company's Responses to the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Interrogatories was served in the manner indicated on the parties identified below.

Via Email
James I. Stang
Malhar S. Pagay
James E. O'Neill
John W. Lucas
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
jstang@pszjlaw.com
mpagay@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com

Dated: May 24, 2021

Respectfully Submitted,

By: *Stamatios Stamoulis*_____
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:   302 999 1540
Facsimile:   302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:   212 326 2000
Facsimile:   212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*