TO: Justice Lauri S. Silverstein
From: Boy Scout [REDACTED]

Re: BSA Bankruptcy Case
824 Market St. 6th floor
Wilmington DE 19801

RECEIVED 2021 MAY 24 AM 9:55 US BANKRUPTCY CLERK DISTRICT OF DELAWARE

Your Honor,

First of all let me address the BSA. What was done to us as children was wrong. Words cannot quantify the damage that was done. Rape is ugly. Victims of Rape Never Recover. Life just does NOT "go on". At 10 + 11 years old I and many other scout's were abused Sexually + physically. My attacker's were Head Scout [REDACTED] of Ridgecrest Calif. + [REDACTED] a fellow scout, also of Ridgecrest Calif. The Mormon Church Sponsor of our Troop was a conduit for these criminals. I am suffering today from P.T.S.D. + Don't feel BSA is derserving of "a break". Use your Authority to hammer these people. Make Sure These crimes are prevented in the future. For all of →

US. The unheard scouts.
Because you know millions of Scouts were to Traumatized and or ashamed to come forward.

I am not.

I speak for thousands of victims of BSA. I will spare you of the Gory Details of my Rape. But Rest assured your Court is Compelled to TAKE decisive action. BSA shall Not escape Justice, Not Today or Ever. All we can do is pray for some small way to avenge our suffering.

Sincerely