

JUDGE LAURI SELBER SILVERSTEIN
U.S. BANKRUPTCY COURT
BSA BANKRUPTCY CASE — RE: SA # [redacted]
824 MARKET STREET, 6TH FLOOR
WILMINGTON, DE 19801

16 MAY 2021

DEAR JUDGE SILVERSTEIN,

I AM WRITING TO CONVEY MY DISMAY AT MEDIA REPORTS OF A "DEAL" BETWEEN BSA AND HARTFORD IN MID-APRIL, AS WELL AS AN ARTICLE PUBLISHED IN THE WALL STREET JOURNAL RECENTLY.

ITS AMAZING TO ME HOW AN ORGANIZATION (BSA), WHO SYSTEMATICALLY COVERED UP THE SEXUAL ABUSE OF TENS OF THOUSANDS OF CHILDREN FOR DECADES, ARE ABLE TO MANIPULATE THE JUSTICE SYSTEM ONCE AGAIN? THIS TIME BY ANNOUNCING "DEALS" AND/OR "SETTLEMENTS" NOT APPROVED BY THIS VERY BANKRUPTCY COURT, ALL IN AN ATTEMPT TO UNDERMINE THE CONFIDENCE OF THOSE OF US WHO CAME FORWARD TO REPORT THE ABUSE WE SUFFERED AT THE HANDS OF THE BSA AND ITS EMPLOYEES.

I FEEL LIKE I AM BEING ABUSED ALL OVER AGAIN! FIRST I'M SUPPOSED TO BELIEVE THAT THE BSA WILL BE HELD ACCOUNTABLE, AND DO THE RIGHT THING BY ITS VICTIMS, ONLY TO READ THEY UNDERMINED THE BANKRUPTCY COURT BY COMMITTING TO A BACK-ROOM "DEAL" WITH THE INSURANCE COMPANY, AND PUBLISHING IT FOR ALL OF US TO READ? AMAZING!!

IF MY ABUSE IS JUST GOING TO BE MARGINALIZED AND MANIPULATED BY THOSE THAT SEEK TO PROTECT PROFITS AND BOTTOM LINES, OVER HUMAN BEINGS, THEN THERE IS TRULY NO SUCH THING AS "JUSTICE" ANYMORE IN THIS COUNTRY!

I DIDN'T FACE MY DEMONS, INADEQUATE FEELINGS, FEARS, AND REGRETS ABOUT COMING FORWARD IN THIS LAWSUIT ONLY TO BE TREATED NOTHING MORE THAN A CHEAP COMMODITY

(OVER)

that can be bought and sold for a few lousy dollars! I'm currently paying for my indiscretions (crimes) with years + years of my life because of my drug addiction, that I embraced at all costs, to drown the painful emotions of my abuse at the hands of the BSA. My life is ruined as a result of my past traumas! Yet I'm supposed to pretend a few thousand dollars will make it all right again? Not likely!

The BSA should cease as an organization after what they allowed to happen under their watch! They should be forced to liquidate any and all assets to compensate their/its victims, especially in light of the fact that none of the actual abusers will ever be arrested or tried for their abuses of children, since it was maliciously covered up and kept hidden for decades!

I will not stand by and watch as people condone and support child sex abuse, by undermining the process of accountability, and seeking to minimize our collective abuse/trauma by degrading the monetary penalty sought, to nothing more than pennies!

I vote "NO" on any proposal or deal that does not adequately compensate the victims of the BSA, with enough to actually help us, and hurt the BSA substantially where it counts, their pocketbook!

So in closing, I ask your honor to hold the BSA accountable, decline these back room deals, and force them to pony up their properties in North Carolina and Texas, oil and gas rights in multiple states, the insurance policies, and Norman Rockwell art collection. This is the very least they can do in an attempt to make right their liability of the vast abuses that went on in the BSA.

Thank you for your time and consideration Judge Silverstein.

Respectfully,

LEGAL
MAIL

U.S.M.S.
X-RAY



DENVER CO 802
19 MAY 2021 PM 6 L

15801-302499

JUDGE LAURI SELBER SILVERSTEIN
U.S. BANKRUPTCY COURT
BSA BANKRUPTCY CASE — RE: SA-
824 MARKET STREET, 6TH FLOOR
WILMINGTON, DE. 19801