My name is ▇▇▇ and I am ▇▇▇ wife. I've been debating on writing this letter for a while, but knew I must when I found out the insurance company is trying to horns waggle as insurance companies do.

When ▇ was a little boy, his father committed suicide right at Christmas. His mother looked towards that vile pedophile ( I refuse to say his name )and the Boy Scouts to help fill a void, be a positive male role model to help instill good values, learn, and form friendships and be another tool of healing for ▇ We all know how that turned out! Instead of goodness, fun and friendships, it was a molestation nightmare!

My husband has been scarred for life. He's been to therapy countless times, he turned to alcohol to try and forget, to suppress the pain, he suffers from anxiety and depression, trust and self esteem issues and much more because of the Boy Scouts. He's almost 57 years old and he shakes, stutters and cries like a tiny boy when he speaks to me about how he was violated. He has gone through hell, the shame he feels, no matter how many times he's told by a therapist, or by all of us who love him, that it was not his fault. It's one thing for him to reason with it, to believe it was not his fault, but it's a whole other thing to actually believe it. He is on three anxiety and depression medications, and still it's a real tough daily struggle he suffers.

His violator is in prison, but ▇ is in prison too, this is a life long punishment through no fault of his own, and the insurance company, Boy Scouts, Judge, and everyone else involved with this needs to know that. This heinous crime committed against ▇ changed him from who he was, who that little boy would become, and continues to violate his life, my life, his mother's life, his daughter's, the entire family's lives, and will do so until we die! ▇ has a life sentence trying to cope with this, and so do we.

I'm sad and angry, we feel for the other victims and their families, because we know what hell this is to live through. How it is to have your innocence stolen, body violated and be threatened by that sick disgusting predator time and again, then, even after it stops physically, have it infiltrate every aspect of your life, for life, and that insurance company needs to understand ▇ is a person, not just a number, all the victims are real, how devastating this is for them, and every single person that loves them.

Do you know that ▇ wakes up in the middle of the night to read the newspaper clippings of that bastard pedophile's court cases? He's even printed it out as well. He doesn't sleep well, he has violent nightmares, not just since he joined this firm to get some justice, long before, for years and years. He also repeatedly checks to make sure that waste of skin is still in jail. That's just how horribly and deep this cuts. ▇ s a big man, and this brings him to his knees. A puddle of emotion, sobbing and gagging to catch his breath, with little or nothing I can do to console him. So please, I'm begging you on ▇ behalf, my behalf, and on the behalf of all the victims, do not let the insurance company, the Boy Scouts or anyone else get away with minimizing the absolute devastation their organization has caused. This is life long misery and pain for us all, and it's not going away.

Thank you for your time,

[signature redacted]

FILED
2021 MAY 25 AM 8:49
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



Justice Lauri Selber Silverstein
824 Market Street
6th Floor
Wilmington, DE 19801



