

FILED

2021 MAY 25  AM 8:49

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

5/19/2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801


Re: Boy Scout Sexual Abuse case number **SA-**███ **!!**

To the Honorable Justice Lauri Selber Silverstein,

I, ████████ matriculated from Cub Scouts to Boy Scouts originally to go on camping trips monthly, however learned so much more earning the title of Life Scout, became a patrol leader then was elected Senior Patrol Leader, while in Troop 18 in North Hollywood.  I got a heck of a lot from my experiences as a scout AND MUCH MORE UNITENDED SEXUAL ABUSE.

All that came to a screeching halt, approximately when I after turned 16, and. during a 2 week camping trip in the High Sierra's, I was sexually assaulted twice (by the same person ████████ nd then again when he told ████████ (when he came to me after and said "I heard how much you screamed during ████████████████ during the outing.

What Happened: ████████ one afternoon while in the Sierra Mountain Range took me aside and said "███ we're going on a special hike".  We then proceeded up the mountain side for a half a mile and told me

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████

1

After a while we proceeded to hike in silence. He saw a cave and said "there must be animals in the cave, let's go chase the out". When we got to the entrance there were no animals and he said "let's go in". He then proceeded to take my shorts all the way off; I asked why he was doing that?

proceeded to join the others for a lecture on Nature, which the scout master ████████████ was relating all kinds of things. One of my friends asked where I had been and just brushed him off. Later that night ████████ the scoutmasters son, approached me and said '████ told me what happened, so I'm going to leave you alone". As far as I'm concerned that was another sexual assault! Making a total of 3 separate occurrences!

I quit scouting after my father stepped down as Awards Chair. I was 4 merit badges away from Eagle Scout.

**I kept in touch with a few guys after quitting, 6 months later was told ████████████████████████████████ died from a heroin overdose.**

Those actions of that day had a profound negative impact on my life!!! I began to rebel against authority figures to the point of quitting high school at 16 years of age. My mother forced me to meet with a therapist once a week, which was a waste of time, due to my refusal to participate. Began to hang out with other rebellious types, began to smoke cigarettes & marijuana. The rest was downhill from then on.

I took a variety of jobs, warehouse type jobs such as Shipping clerk, fry cook at Kentucky Fried Chicken, various jobs at warehouses, delivery driver for a beauty supply store, a party supply rental store, a shoes & boot sales person at a surplus store, etc. etc. I became good at getting let go without terminations. The Employment Development Department provided income every 2 weeks in cash for 6 month periods so I would take a job get let go every 6 months. **Continued effects of my authority figure complex.**

I took a job at a lumber yard & mill, one of my friends told me about. After 6 months, due to my doing various duties, which I weren't assigned the owner called me in his office and asked; "Son, where do you want to be in the next 5 years. I replied "The chair you're sitting in, sir". Then promoted me to Manager, which I had 45 people under my supervision including my friend who got me that job. The owner was a general contractor who constructed condominiums.

**The only career advice my father could give was to pick a trade, become the best at it. Is why I quit high school, 1 year before graduation? That and the only advice from my father were to pick a trade and become the best at the one chosen.**

A month went by and I asked my Mother if I could re-start by seeing a psychiatrist. **Effects of my authority figure complex continued, so I began seeing a psychiatrist, with my Mothers' blessing** She was overjoyed to the point of asking "which do I prefer a man or woman?" I chose to see a female psychiatrist.

**When we met, I released the plethora of resentments, rage anger and tears. I opened up the floodgates due to my assumption that spilling my guts to a woman may make her more understanding of the severity of my inner thoughts, which had been eating me alive for years. So much so, that she told her assistant to call and reschedule her next appointment. It was as if I was going through all 5 stages of grief simultaneously!**

Around 1980 I took a test for a city job and was chosen to work for the Department of Water & Power. I enjoyed that because I was trained in all facets of electrical work. A couple of years went by and I began to snort cocaine. I borrowed one of their trucks to go pick up the drug in Playa Vista, a beach community suburb of Los Angeles. By the way I didn't have a car at the time. When I got back to the San Fernando Valley was arrested for taking a vehicle without permission and was sentenced to 6 months in jail. **Further effects of my authority figure complex.**

During that stint I took the General Education Diploma test, scored in the high 90's and debated with the proctor as to my score not being higher due to cultural misinterpretations. He gave me a revised score, which was more to my liking. Then, I got a job with an aerospace company after being released from jail, working in Government Stores warehouse. It sounds more impressive than the job was.

I earned an Associate of Arts degree at Valley College in Economics and minored in philosophy, I got a job as a Chauffer at Prestige Limousine part time on weekends and during the evenings during the week. That lasted a couple of years and then worked for AAA Limousine for over 8 years. After graduating I went to Loyola Marymount University. Kept working for the limo service, due to it permitted me to do my school homework in the downtime, while waiting for the clients to come from a restaurant, concert, etc. I kept a tray in the trunk with a bag of schoolbooks. The tray was to write on, the type you'd have breakfast in bed.

Although I went to a psychiatrist, shortly after quitting scouting and a few months off and on, too finally dealt with the demon's of sexual abuse from being in BSA off and on many years, the abuse affected a plethora of aspects in my life, including relationships with friends, love life also was affected. I was always trying for a decent relationship with women (married in 1983, divorced in 1985ish).

**For everything mentioned in the preceding paragraphs ARE COMPLETELY TRUE & Factual, also the ongoing needs for my psychiatrist IS STILL NEEDED AND I REQUIRE COMPENSENTION FOR HER PRIOR FEES (WHICH WERE IN EXCESS OF $50,000, PAIN & SUFFERING OF $50,000 TO COMPENSTE ME FOR HOW 3 EVENTS CMPLETELY IMPACTED & EFFECTED MY ENTIRE LIFE AND LEGAL FEES, WHATEVER THEY MAY BE.**

Ever so sincerely, honest and a tad mistrusting still,