FILED
2021 MAY 25  AM 8:46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear your Honor Silverstein,

I would first like to thank you for taking the time to hear my case and read my letter as I will never have my voice heard in court to tell you and my Abusers the pain, the terror, the humility, the Aloneness I have felt in this life that I feel was stolen from me at such a young age. I probably would have ended my life if it weren't for drugs, doctors, and my fiance and children. What happened to me has made me live a false life hiding from everyone trusting No One. Having my life turning away from ones who Actually did try to listen or help, then One day after hiding all these years losing anything and everything I've ever loved or cared about due to the pain of being Aso touched Abused, hurt, vide taped, confused, Embarrassed I saw a ray of hope, I saw an infamercial of other people feeling what I have, living title me. But Now You, You would hear our story

of the lives we have lived due to the men that the Boy Scouts said was there to protect me and show me the way to grow up and become a man stole my innocense and childhood, education, manlyhood, who hurt and stole everything By creating scenerios where their own sick and twisted fantasies of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to stop being told I would understand to grow certain thing must happen NO their wrong you were gonna tell them its wrong It wasnt Harmless It wasn't right. It couldve been prevented If the Boy Scouts wouldve done the right thing my life would be different they dent Allow this to happen and then say It wasnt us. I'd give anything to Confront the scouts that hurt me and Abused and ruined me that its wrong and this should never happen to Anyone else the things they did I wouldn't wish on Anyone. I feel they should be held Accountable all the way up the ladder to the ones that said ya He can work for the scouts.

their good men they can lead these Boys on Becoming men. I checked em out their good guys. Even the insurance people who said we will do right in the event Anything goes wrong. And Now Everyone is Basically saying No that was right I'm not part of those scouts hurting them Boys. Now I pray and hope you will tell them all it was wrong It hurt I'm in pain and living in hell Because of what Nasty hurtful Embarrassing Actions that are forever Burnt in my Brain and heart will One day Be held Accountable Because your there to stop it. Even though you couldn't help my pain we as a whole can make sure It Never happens again to Anyone. We must do the right thing. I was so scared to Even write this But I mustard up the courage to tell my story about how I was raped, sodomized, hurt, Basically completely destroyed then you can make them Add Accountedle where its due. please don't Bury it

like I have for so many years. Change the future so every child can join a program that can help them succeed in life. And Not Be hurt and fail where they know they are protected. I thank you for allowing my voice to be heard in your court and maybe just maybe this will give me a little closure for this horrible nightmare to maybe start to heal. And I want Everyone to know this All could have been prevented. ~~Aces pays Father~~

thank you sincerely,

███████████

P.S I Also want You to Know I am Now Drug Free, have a full time Job, And Am Becoming a great man and Father with No help from Anyone As I have No Family Because my Father was one of my Abusers And Since my moms death I have Been Able to Not see him and relive these Nightmares as I had for so long. And you give me Hope