

FILED
2021 MAY 25 AM 8: 45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Honorable Judge Lauri Selber Silverstein, I am writing to you today With all Sincerity and Honesty with gratitude in my heart for you taking the time to read my letter and allowing me to share with you a part of my life that has been locked away for so many years, I would have to say probably the hardest letter i have ever written . This is being written with tears in my eyes and tears running down my face from the emotional pain and the scar that can never be undone from being raped and molested by my scoutmaster 2 times by the same man On 2 different occasions and two different locations in Artesia New Mexico. I just want to share with you what happened to me as a child so many years ago and what this did to me and the impact that it has had on my life as it is today. My Name is ▇▇▇▇▇▇▇▇▇▇▇▇ and. I am writing this letter to you today on my behalf wondering if it will even be read or if it will make any difference in the outcome of this organization that has caused so many children, so many innocent kids to have to live thru a lifetime of pain and misery that i have had to deal with my whole life the PTSD I Have had now for over 34 years. Your honor I was a kid that was raised right my mom and dad have never shown me anything but unconditional love . I am just going to tell you that i do take responsibility for my Actions 100 % and i am not blaming anyone for the way my life has turned out But it is a proven fact that kids who are abused as children before their minds are developed they Have problems usually there whole life dealing with Addiction, Alcohol, Problems with the law, Problems in General just dealing with life emotionally ruined never knowing really what love is the effects that have been with me my

whole life. There is not a day that goes by i don't remember being Raped and molested as a child as a young innocent kid by the same man both times a a man that i thought i could trust and a man that a lot of people trusted my cub scout leader, a man that was responsible for leaving such a negative impact on my life that I still have to live with still to this day. I don't know how to deal with all of these emotions that run thru my mind when I have to relive this memory that I have lived with so many years, I have always just put it into the back of my mind pretending that it never happened when it did happen when it has literally ruined my life because i am a poster child when it comes

to What happens to a child that was thrown to the ground and raped from, behind violently abused and violated and stripped of my whole existence as a human being on this earth. I was a Honor roll student a smart kid that overnight became a child that would not do anything but go to school and put his head down on his desk and cry ,A kid that that was ████ up in the head this abuse totally ruined my emotional state of mind as a child after this happened to me 2 times by the same man i never have been able to deal with this issue of mine because i just put it in the back of my mind pretending that it never happened not telling a soul that walked this earth my mom and dad still to this day don't know what happened to there little boy that was on the honor roll there happy child that loved life there kid they raised showing me nothing but respect and how to give respect to all people to everyone equally.I never even had a chance to live a life free from this bondage of pain i have had to deal with and still to this day i have tears running down my face because of what i went thru as a child after this incident the next school year i had straight Fs on my report card i went to school and did nothing at all i didn't care anymore part of my soul was taken from me part of me was gone and i didnt care about anything anymore i was totally destroyed mentaly devastated. I rebelled so much getting into fights and looking for trouble and believe me I found it. So I looked for ways to cope with the pain eventually turning to Alcohol to numb the pain trying to wash away the memory of being raped and molested as a child by my scout leader. My reason for coming to you with this letter is Hoping and praying that you will not allow these Demons to operate any longer this whole boy scout Organization needs to show accountability for their actions and just maybe i can prevent a child from having to go thru this pain and trauma i have had to endure my whole life This man stole a part of me i can never get back that innocence that he has taken away from me causing me to have i do believe PTSD from emotional pain that mentally is still there to this day i tried for so many years to hide it in the back of my brain and just pretend that it never happened but it only got stronger the feeling of guilt and Shame for some reason thinking it was my fault not Never telling a soul and trying to deal with the problem i just ran from it and never faceing my demon head on the feelings of shame and guilt that is placed upon you is nothing other than Satan himself,trying to steal everything

away from you and causing a lifetime of pain and suffering that has impacted my life as it is today.. I never for one sec would have thought my life would turn out the way it has and to show you how drastically this changed me. I never had a chance to have a normal childhood. I have the best parents in the world that always and showed me respect and teaching me how to be the best person I could possibly be and still to this day have supported everything I have ever done, Always by my side even when I was making bad choices, and not thinking clearly. I pretty much was a poster child of what you wanted your kid to be like saying Yes Sir, No sir, Always to every adult I

talked to Always being taught right from wrong, A kid that was on High Honor roll my 1st and second Grades of elementary school with loving kind parents that would do anything in this world to give me anything that I wanted in life if it was in their control. Until one day my life was wrecked when the nightmare No child should ever have to go thru, A horrible life changing experience that would take away my identity of who I was and also my dignity as a person that was a child trusting everyone not knowing what was happening to me Not knowing that I was about to become a child that would never trust a soul again a child that was looked at as prey for a sick twisted demented pervert Bastard that used the BSA as a cover for Rape, Molestation of innocent children and I was about to be added to the list of kids that were just doing what any child would at that age loving everything all outdoor activities with other kids was something all children look forward to learning how to be a Good person with honor and dignity a person that respected the country we live in today God Bless the good old USA . Your honor i am trying in my heart to forgive this Man that has impacted my life in so many ways as God has commanded me to do forgive so i will be forgiven I just want this to End i want all of this to be done with, I Pray in faith for closure of this chapter of My life is over and I also pray for all of the kids that have suffered any kind of abuse and I just want The bsa to show accountability for what they have allowed to go on for so many years. I have said enough there are not any words that I could say to really make you understand how this impacted me. This is just a brief description on my behalf. This letter was written with all Honesty from the heart so help me God. Sincerely ███