Hey, To whome it may concern.

This is what the ~~US BANKRUPTCY COURT~~ Scouts Did To me. I was with them for awhile. At first it was fun we did projects, got our badges and had fun.

I was with the Greebies, my boy ~~scout~~ scoutie ~~rouster~~. I won the Pinewood Derby first place. anyway..

Things were ok for awhile. But ~~I~~ was chosen a few of the pack were, So we were Shown ████████
████████████████████

That went on for awhile. Then they brought over girls, our Scout leader ~~masters~~ did not know what was going on. It was ok for awhile. We did not think we were doing any thing wrong. But we had to keep it a secret.

████████████████ .. Yea it was fun but we didn't know it was wrong.

About that Time my mom was sick and in the hospital, and my sis was pregnant. At 14, I was the man of the house then.

But she died at Kaiser hospital in San Mateo.

All she could do was send me to camp, while she tryed to get well.

But camp was a joke, even a few of the campers had to go back, some girls - some boys.

I was sent to my ~~stepparents~~ Step moms house for the summer. Things went haywire after that. I had sex with my stepsister. Thats when I was sent back to my Dads house.

But he did'nt want me so he gave me to the state of Calif.

I was made into a ward of the courts. I was put into fosterhomes then. 7 fosterhomes in a year & a half's time.

Finally my sister turned 18 she got me out of ~~fosterhomes~~

From There I worked my ass off To better myself. I was in school in redwood city, I had a job also.

But all The hell I went Through to get That way, Was hard, I've been drinking and Smoking Since I was 9 yrs old, and yes The Boyscouts Taught us to do That also,

I hope all This is good enough,

Check my police record when I was a ward of The Courts,



SALT LAKE CITY UT 840
19 MAY 2021 PM 2 L

Justice Laurie
Selber Silverstien
BSA Bankruptcy 824 market st
6th floor
Wilmington
19801



19801-302499

FOREVER USA