May 19, 2021

FILED
2021 MAY 25 AM 8:35
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Justin Rubenstein Selber Silverstein,

Please, excuse my writing as my printing is more legable. It always has been.

In reference to the BSA case of sexual abuse, I & several others in troop 18 in the early 60's were involved with abuse by our troop leader. After about a year, none of the boys I was associated with in this troop were still in the BSA.

I know there are some good testimonies from some young men that had a life changing experience in the BSA. & it made them a better person for it.

This is not the case in many others who went then what I did.

I know of one boy in our troop. that after that abuse he became gay for the rest of his life until he died of aides at midlife.

This is proof of how this abuse can be life changing.

I thought for severable weeks before I decided to become part of this abuse claim against the BSA.

OVER

Do I believe this abuse is still going on? I do. Do I know of any young man that is being abused at this time? No.

Abuse is not confined to just the BSA but has been proven to be in many other organizations, even in religions. I believe it goes back long before the modern world existed.

Until a serious action is taken to rid the world of this type of abuse, it will continue.

As the united states has shown in recent years, our morrows have relaxed in a less than exceepable way.

As a Christian & follower of our savior "Jesus Christ", I know that these down turn of our morrows was prophetside.

Is a monetary penalty the answer? I don't know, what other recourse do we have, considering all the abuse that is taking place. Incarceration is the other penalty that probably makes it worse.

I will pray the Lord gives you wisdom for the decisions before you.

Sincerely