Case # SA ▮▮▮▮

FILED
2021 MAY 25 AM 8:52
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein,

My name is ▮▮▮▮ from Duluth, Mn. I am writing this as a small window of my experience with B.S.A.

I was in cub scouts as a young boy and then into B.S.A. as a 6-7th grader in Billings, Mont. We lived only a block from ~~two~~ Troop #4 hdqts. As one of 7 boys + 5 girls in ~~our~~ family, I was # 6 of 12.

My folks wanted an outlet for me and my brother.

So we were at a day camp that was a ways away from town and when we got back to town, that nite the asst scoutmaster said "Let's go down by yellowstone River and full moon" ▮▮▮ so we did. Only what happened changed ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
before ▮▮▮▮

I never went back to scouting. ~~And~~ I would never let my son be a scout. Please make these predators of young men pay dearly for their actions. This has been a long time coming. Many nights as a young man relived that night, too many times before I could fall asleep.

Please Ms Silverstein help these injured souls.

Sincerly
▮▮▮▮



Justice Lauri Selber Silverstein
B.SA. Bankruptcy Case
824 MARKET Str. 6th Flr.
Wilmington, DE 19801

SAINT PAUL MN 550
12 MAY 2021 PM 5 L

19801-302499