Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 North Market Street
6th Floor
Wilmington, DE 19801
(302) 252-2925

FILED
2021 MAY 25  AM 8: 35
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Bankruptcy Court Claim #: SA - ▆▆▆▆

Dear Justice Silverstein,

    I decided to write you a personal communication about my experience with the Boy Scouts in south-central Kansas in the late 1950's to early-to-mid 1960's. Additionally, my story has a bit of a back story, that others in the Boy Scouts most likely do not have. The fact that someone was finally taking the Boy Scouts to task was both a shock and a welcome surprise, that was over 50 years in the making, for me.

    My story began in 1958 when I was in Cub Scouts, and I was hit at the base of my skull with a baseball bat. This event changed my life, from being an active little boy, to a little boy who was in and out of hospitals for many years and now had physical limitations. The final diagnosis was a damaged Pituitary with a hypo-Thalamic lesion. I stopped growing for six years, until I was briefly placed on an experimental drug. I ultimately grew to the height of five feet and six inches in High School, yet every male in my family was over six feet in height. With this brain injury I was to be, by far, the shortest person in my extended family, and the only one not able to take part in sports. It was during this time, that my only relief from school and the mundane, was my being able to take part in the Boy Scouts. I could not take the rigors of track, basketball, or even baseball, so scouting was my release in a now difficult childhood.

    I was already in Cub Scouts when my head injury occurred at age eight. Our Cub Scout leaders were the mothers of two of my fellow Cub Scouts. Everyone in the "den" knew of my injury and hospital stays and to my young mind there was no problem. It was just a brief time before I "graduated" into the Boy Scouts, with a wonderful Scout Master named ▆▆▆▆. My dad was also allowed to be ▆▆▆ assistant at the meetings held in our church's basement. I was a part of the night hikes, a "snipe hunt," and camping at our city lake in Augusta, Kansas. Life seemed to be somewhat normal again and I progressed through the different levels of scouting and accrued merit badges that I could accomplish. Though I still had not grown and was just four foot nine inches tall, I had become a teenager. I was finishing my "God and Country" Badge that Spring and, after the Summer campout at the Quiverra Scout Ranch near Sedan, Kansas, I was to start my final badge in scouting, the Eagle Scout.

About this same time there was a tragic death in Scout Master ███ family and he resigned as Scout Master. This left a void in our troop for several months, that was filled by the fathers of different boys at our meetings in the local First Christian Church basement. It was turning Summer and the Quiverra Ranch campout was to come about soon, yet we still did not have a leader to take the place of Scout Master ███. Then, one meeting before our Quiverra Scout Ranch trip, a new leader was announced at the First Christian Church meeting. His name was Scout Master ███. In just days we were on to Sedan, Kansas and the yearly, week long, campout. I was in a tent with ███ and we were both finishing our God and Country Badge, readying to place limestone rocks with out names and date carved into them in a wall at the Quiverra Ranch, as well as receiving our "Indian Name" at a ceremony, on the last night of the campout. This was a ceremony that had happened for decades at Quiverra Scout Ranch and marked the beginning of our Eagle Scout Badge. This years campout began with a march to an area where we selected our 10+ pound limestone rock and carried it back to our tents. Over the next four to five days, we were to carve into the rocks our names and the date. We also had to carry these ten pound plus rocks with us wherever we went, otherwise they could be hidden from us by our Scout Leader. Additionally, during these same days we could choose merit badges to work and qualify for. I chose to get my canoe merit badge, a strenuous badge to try for since I was a short fat kid.

I had been walking to the river, carrying my rock, in addition to doing all of the water activities involved with getting one's canoeing merit badge. After three or four days, I was exhausted and it was the day before the final ceremony. The last day came about and I had to go the the river to do a pre-test to qualify for the full canoe merit badge test. Instead of carrying my carved rock, I decided to hide it. Speaking with ███ my tent mate, we untied a corner of our tent and buried our rocks under out cots and under the tent. On the way to the river, I encountered Scout Master ███ who asked why I did not have my rock. Before I could give any type of answer he told me that when he found it I would wait another year for the Indian Naming Ceremony and another year before I could begin my Eagle Scout. All I could do for the moment was to go on to the canoe pre-test. Exhausted, I returned to our campsite to find Scout Master ███ in a rage as he also realized that ███ had also hidden his rock. ███ and I were ordered to do a series of punishments, running-in-place, sit-ups, jumping jacks, etc ███ had all of the other scouts in our troop searching for our two rocks, with the Senior Scout, ███ talking to all of our fellow scouts about where our two rocks were hidden. This went of for what seemed like an eternity, but was closer to an hour. There was nothing in the scouting "rules" about hiding our rocks, but ███ and I had obviously infuriated our new Scout Master. ███ the short skinny kid and I, the short fat kid were verbally demeaned to the point that ███ started crying and I could barely stand up. This seemed to slow down ███ rage, so ███ and I went into our tent and lay on our cots.

A few hours later that day I was to go back to the river for the canoe merit badge test. Totally worn out from the morning pre-test and the physical punishments dished out to ▮▮▮▮ and myself, I knew that I would have trouble walking back to the river, much less be able to do the entire canoe test, which included treading water while emptying and righting a water-filled canoe, then getting into the canoe and paddling back to shore. Reluctantly, I asked a fellow scout who was in the same class to tell the canoe leader that I was not able to make it to the merit badge test and went back to my tent. I knew that later tonight was the Indian Naming Ceremony, and just walking to the bonfire would be tiring for me, after all of the physical exertion involved in our "punishment" by Scout Master ▮▮▮▮.

Less than an hour later, the scout that I asked to deliver my message to the canoe leader was back at my tent saying that the merit badge leader wanted me to come to the test, as he knew that I could pass. I asked him to tell the canoe leader that I was not able to come, and I hoped my fellow scout would also relay some of my physical problems resulting from by head injury at age eight. Less than 30 minutes had passed when Scout Master ▮▮▮▮ was back, in my tent, yelling and berating me for being lazy, worthless, not even a Boy Scout. Without pause ▮▮▮▮ was on my cot, hitting me in the back and head with his fists, yelling that "he was not going to be the one in trouble for scouts like ▮▮▮▮ and myself." Quickly the rage progressed to ▮▮▮▮ being astride me on my cot and hitting me, from one side and then the other repeatedly on the sides of my head while I now lay on my stomach. I could hear ▮▮▮▮ yelling and crying. Just as quick,

[redacted]

they were trying to get in touch with my parents. I just lay there, wondering why all of this happened. What had I done? Everyone in my scout troop knew of my head injury, as well as my physical limitations, so why did ▮▮▮▮ beat me about the sides of my head until I passed out. Was I really that "worthless," so that he wanted to kill me? I was old enough to also know that ▮▮▮▮ had violated me, even though this had not been a topic for family conversation in the 1950s and early 1960s. As I lay there in pain, nauseous to the extreme, wondering why had this happened, with the room moving/spinning around me, my parents walked into the Medical Tent. They had decided to surprise me and attend the Indian Naming ceremony. Instead they walked into a Medical tent where their son had

black eyes, a swollen head and bloodied underwear on the bed by my knees. They wanted to take me home as soon as the "nurse" would let me leave the Medical Tent. However, I protested, I wanted to attend the Indian Naming ceremony. My mom and dad kept trying to convince me to leave for home immediately, but after I kept telling them I wanted to stay for that evening's ceremony they left the Medical Tent with the "nurse" and a few of the other people who had been around me. The resulting decision was that I could go the bonfire and ceremony that evening, but that I could not carry my rock. By that time ▇▇▇▇▇ had retrieved our rocks from their burial/hiding place under our tent and given my rock to my dad. Later, ▇▇▇▇▇ the senior scout in our troop, was told to carry my rock to the bonfire, and when it came time for my Indian Name to be given to me, ▇▇ was to place my rock on the stone wall containing the rocks from numbers of scouts over the past decades.

That evening I stumbled to the bonfire location with my mom and dad on either side of me to be sure that I did not fall. I vividly remember that walk to the bonfire that evening, as I felt like I was waddling instead of walking, due to what ▇▇▇▇▇ had done to me, in addition to his beating/pounding my head. When we got to the bonfire that evening there were probably over a hundred people there, scouts for various badge promotions, as well as many many parents. As we sat on rows of stones placed in concentric circles around the bonfire area we waited for all of the people at the scout Summer campout to arrive, along with the parents. After the bonfire was lighted and grew to a sufficient size, the ceremonies began. To my surprise, I was the first person to be recognized. My name, ▇▇▇▇▇▇▇▇▇▇ was announce and I was asked to bring my rock to the announcer for inspection and then placement on the wall of rocks with names and dates. I knew that I looked a mess with black eyes and a swollen head. To me, my swollen head looked like a human *Q-tip* with black eyes and bruising spreading, but I was determined. ▇▇▇▇▇ carried my rock and I followed. The rock was inspected and ▇▇▇ was told to place it on the wall. Then they announced my Indian Name. First it was read in the Kiowa/Kansa language, and then the name was translated into English. MY Indian Name, as given to me by Scout Master ▇▇▇▇▇▇▇▇ when announced and translated, *I*, was now officially named *Elephant Woman*. Immediately, one could hear a faint snickering throughout the crowd. I looked at ▇▇▇▇▇ as well as ▇▇▇▇▇ who was now sitting down again by ▇▇▇▇▇ They both had their hands over their mouths and were doing all they could to not laugh out loud. I barely remember walking back to and sitting along side of my parents. Much of the remaining ceremony is fuzzy, as I remember wishing that I could just disappear, sink into the dirt, be gone forever. I am sure that we did not stay for the entire bonfire ceremonies, instead we left at some point and one of the people from the Medical Tent led us back along the trail to the main camp. Instead of me sleeping my final night of the campout in my tent, I accompanied my parents to Sedan, Kansas and their Motel room. The next morning we left for home in Augusta, Kansas. Now home, I found out that I was to go for another stay in the hospital where numerous tests had already been scheduled; from simple X-rays, to radioactive dye brain tracing, to enhanced CAT scans. The conclusion was that the doctors did not believe that my previous brain injury

had been exacerbated. However, the beating around my temples resulted in an almost complete loss of my ability to smell. That new disability resulting from the beating on the sides of my head around the temples.

After coming home from the hospital, I asked my parents if I had to return to scouting. I no longer cared about becoming an Eagle Scout, I just did not want to face anybody in my troop, the Quiverra Scout Ranch, and I especially did not want to ever see Scout Master [redacted] To me the Indian Name of *"Elephant Woman,"* that was given to me at the scout ranch was both a statement to my being fat, as well as a statement that [redacted] had made me a Woman by raping me and beating me into submission. Throughout the nearly 60 years since the Quiverra Ranch Summer campout, my mind still dwells on what was done to *ME* that Summer. Most likely due to "those times," no one ever spoke to me about the sexual assault, not even my parents. [redacted] went on to become a NHRA Drag Racer and a wealthy owner of a nationally recognized engine building shop for NHRA teams. A few years later [redacted] was drafted into the Viet Nam war and was killed. A memorial to [redacted] is the Base and Flag Pole at the current Augusta, Kansas High School with a memorial to him..

[redacted] also quit the scout troop that same Summer. To my knowledge, nothing every happened to [redacted] I heard several times at church that [redacted] served as the troop Scout Master for a few years. As to me, I still have frequent memories of [redacted] and the Boy Scouts. Why did they just throw a young man into the position of Scout Master? There seemed to be no checks, just the need for a warm body to take a troop to the Summer campout at the Quiverra Scout Ranch in Sedan, Kansas. Were the individual scouts a consideration in this decision? From my experience, NO! Before the end of that Summer I was considering suicide, and why not, I never heard from anybody with scouting and I would be going into 9th grade, a High School Freshman with all of the boys who had been at the Summer camp. The long recognized tradition of an Indian Naming and the beginning of becoming an Eagle Scout was dashed. In front of numerous scout troops I was now known as *"Elephant Woman."* That name is also registered with the Quiverra Scout Ranch and my carved stone is somewhere in that wall, noting a scout finishing their "God and Country" badge. Additionally, I had been given an Indian Name that alluded to my being "Fat" (an Elephant), as well as my being the "Woman" of a scout troop and Scout Master. In all my prior years in scouting I had never heard of a scout being referenced to a "woman" in their given/earned Indian Name. For several years I had it all planned out how I was going to use my .22 caliber single-shot rifle to put a bullet through my head. What stopped me in those many planned attempts, only one thing. There was a real chance that a single .22 caliber bullet would not kill me, but instead make me more of a burden than I presently was to my family.

Thank you for taking the time to read my account of abuse in the Boy Scouts. I have told you more than I have ever told anyone. My parents never spoke to me, or talked with me about the sexual abuse done to me by [redacted] After a while I believed that this must be

a fact of the times we were living in, in Kansas in the early 1960s. This has affected my entire life. I never dated anyone in High School, instead I was the introvert in the corner who chose to make few friends. I am married, but I have no kids of my own, something I dearly miss and wanted. However, intimacy is quite difficult for me, so I buried myself in university studies, achieving two Doctoral degrees. I have also never fully disclosed all of this to my wife. She knows of the beating and how it resulted in my near total loss of smell. But that is where the " ▬▬▬▬ information" ends as far as she knows. This has been **my** shame and burden for over one-half of a Century. Even though she does not know everything, Thank God I have a wife who understands my hidden pain.


It has been hard to write this, but now, here it is.





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 North Market Street
6th Floor
Wilmington, DE 19801 U.S.M.S. X-RAY

19801-302499