-Justice Lauri Selber Silverstein-

FILED
May 17-2021
Monday

Your Honor:

I heartly appreciate this time you are giving me. I never thought that the B.S.A. would be held accountable for all the pain/sexual abuse, mental anguish/abuse, which was bestowed upon me, I was sexually-mentally abused back in 1970/71. I had trust in my scout master, as I had in my very own father. But how foolish I allowed my young unexperienced mind and heart to trust him. I never understood why my scout master targeted me. I was truly dedicated with all my being to serve and honor the Boy Scouts. I tried to join the Arm Forces- Army or Marines in "1978" But I had a felony on my Juvinille record. Which I was told by both, Army/Marines I needed to make or the court to make it go away. As I was talking it over with my family. I decided against it- Because of me putting back on a uniform- It would had reminded me of my scout master. I was to embarashed to tell my family about my ordeal. They would not had understood it. My father would had probrably shot my scout master. I could not bear losing

-1-

my father to the prison system. For that reason I remain silent, and kept it to myself. If it was not for Andrew Van Arsdale, Esq., I would have died with this horrible secret. As I try to write this letter now, I am crying — the pain and abuse I suffered from my scoutmaster, I would not wish upon no human being. For the BSA to offer us pennies on the dollars, is truly a disrespect to not only the BSA abused scouts, but also to the courts.

Justice Laurie Selber Silverstein,
   I appreciate your time your honor, I respect your judgement in what ever your decision may be.
                    Sincerely



This mailing does not meet the criteria for confidential mail per CCR, Title 15, Section 3142 and/or 3143 and is subject to being opened and inspected in its entirety.

SACRAMENTO CA 957 neopost
05/19/2021
19 MAY 2021 PM 7 L  US POSTAGE $000.51⁹
FIRST-CLASS MAIL
ZIP 95215
041L12203723

CDC
CALIFORNIA DEPARTMENT
OF CORRECTIONS
AND REHABILITATION

U.S.M.S.
X-RAY

5A-

Justice Lauri Selber Silverstein
BSA Bankruptcy case
824- Market Street 6th Floor
Wilmington, De- 19801-