Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, De 19801

FILED
2021 MAY 25 AM 8:36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: SA-███

Dear Justice Lauri Selber Silverstein,

My life was forever destroyed and changed by the sexual abuse that I was the victim of in 1965 & 66 at Troop 6, in El Paso, Texas. The Boy Scouts of America did not show due diligence in vetting the credentials of a two time felon ███████████████ This person had two previous Felony Criminal convictions and should never have been allowed by The Boy Scouts of America to be allowed to lead and be around children.

The Boy Scouts of America are responsible for the abuse that ruined my attitude and life.

As a child I decided that I was damaged and I would never have children. **I never had children because of the abuse.**

I would never put another child through the pain and private anguish that I had been put through. I hated adults because they lied and told me to lie. I struggled in school, all relationships and later work. I believe that I was suffering from some PTSD type of injury due to this abuse and was never offered anything other than being told "do not talk about this again" by my father and the military police. No Counseling was ever received.

I have not discussed this with anyone in 53+ years. I never finished school and have bounced from job to job. I have had one divorce, no children, no degrees and two bankruptcies. I believe that all the instabilities in my life can be pinpointed to this abuse. The places where the abuse occurred was at Ft Bliss, Troop 6, El Paso, Texas and Zach White Boy Scout Camp in El Paso, Texas.

The abuse was sexual and lewd acts on my body with the intent of gratifying his desire. ███████████████ that forever changed me. Then I was interrogated by the Military Police in an interrogation room.

████████ was Dishonorably Discharged from the US Army and Served 5 Years in Leavenworth Kansas Military Prison for the abuse on me. He was arrested years later for lewd acts on a minor in El Paso, Texas.

The Boy Scouts taught me how to do everything except how not to be a victim and how to recover from being a victim. I am still angry.

Thank you

RE: SA



PHOENIX AZ 852
19 MAY 2021 PM 9 L

19601-302499

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE
19801

