I believe at the time around 7th or 8th grade I joined the Boy Scouts, I did enjoy it and we went on camping trips and I did enjoy being with other kids my age. Then when we went to High School in 10th grade the older scouts that were older than us told us we could go to becoming Explorer Scouts myself and my friend who was one year younger than me, joined. We went to several meetings after school. We were to compete in various stages to become a full time Explorer

So the Scoutmaster who also was an avid fisherman, took us to an area near Camp Conestoga for a camping trip. So ▇▇▇ (my friend) and I got to go on the trip. There were several older Explorer that went with us. We took tents, sleeping bags etc. in two vehicles. First night went well we sat around studing to become Explorers. Second night was quite different. We went to sleep around midnite 2 or 3 people came into our tent ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

around the campfire. The older scouts were laughing at us. I can remember the scout-master saying to us, you got thru it real good

rest of the weekend the older scouts laught at us constantly.

When I got home I didnt tell my parents nothing for fear they would make me quit.

After I graduated I went to join the Army. I got rejected because their was something wrong with my testicules. I never did anything at the time. When I got married we didnt have any children, whether that had anything to do with it.

I never told anybody about this until I filed this case. I guess I was too ashamed.

My freiend ███ went on to become a minister.

We kinda kept it a secret between us. He passed on later and took his secret to the grave

I often think about this and how it affected my life.

May 20, 2021

FILED 2021 MAY 25 AM 8:37 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Case 20-10343-LSS    Doc 4949    Filed 05/25/21    Page 2 of 3

Case 20-10343-LSS   Doc 4949   Filed 05/25/21   Page 3 of 3

Justice Lauri Selber Silverstien
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, De 19801

19801-302499

PITTSBURGH PA 150
20 MAY 2021 PM 8 L

U.S.M.S. X-RAY

