Claim Number S█████

**FILED**

2021 MAY 25  AM 8:37

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

When considering what the Boy Scouts of America stands for, the unwritten rule to do the right thing at this point rings hollow. The BSA was granted a kind of trust from families that words cannot fully divulge. My family is shielded by the truth of what happened to me, in part from the shame and anxiety that comes with being molested and not wanting anyone to know. Being molested at such a young age & linking everything together has been a lifelong process (one example would be of how I avoided playing highschool sports beyond being a freshman because in the following years JV and varsity take community showers) and I developed all of this anxiety that did end up being to powerful to understand/overcome and I stopped out of fear of showering with other peers, and the possibility of a coach showering was just too much, but I never made the connection maybe it was too traumatizing. It simply took years to get to the point where I could talk about this. I was just so young I did not know any better. This is embarrassing what I am about to write, but for several years of my youth I developed this fear of taking bowel movements it would hurt very bad to the point I would try and not take bowel movements for long periods of time. But I never made the connection until years later as I grew into an adult. Having truant officers try and force me into classrooms for school (2nd grade twice 2 different schools) when the source of all that anxiety was due to this fear of being left with adults, repeatedly year after year; it was traumatizing to say the least. At Summerfield elementary, I remember trying to escape out of the window in the classroom in the middle of class in 2nd grade, but never making the connection back then as a child to what had occurred to me (molestation) was where this fear emanated from. Why didn't I make that connection back then, that kind of embarrasses me.

As an adult going through coming forward with what happened to me at times has been empowering, and at the same time beyond exhausting just to have these memories at the front of my focus, thoughts, etc. Which leads to the BSA. I can speak for myself only, I don't want the Boy Scouts of America to go away, they need to thrive if they can get to the fundamentals of scouting which certainly should not include molestation. I am no lawperson but anyone who read what they have proposed can use the phrase "Pencil whipped" they haven't even remotely taken this seriously.

The experience of being molested by the BSA has shaped my life in ways that never should have. Kids should not grow up scared to take a bowel movement or be terrified of schoolteachers to the point of needing to be physically pushed into classrooms, or to try and jump out of a classroom window. Having night sweats & nightmares of flashback dreams (which continue to this day); I know the rest of my life will continue with the night sweats & nightmares, the random memories that surface (even certain orange smells for whatever reason sparks memories.) This will never go away, neither will the anxiety I still get when I am around grown men. Matter a fact, I had a nightmare & night sweats last night about 4 hours of sleep at best. With raw fresh memories of what I have endured and then to see this lackadaisical approach from the BSA is something that's very sad.

Claim Number SA-████

I suppose one way to look at the BSA's current posture goes as such-

Me being molested & all of the other people by the tens of thousands that were molested by the BSA never had a choice, the BSA choose what to do with my body, with the tens of thousands of other children's bodies and apparently the BSA is operating as if they can still dominate us like that.

The BSA should be ashamed of themselves far beyond what they enabled as a molestation cult & a cover-up of their molestation cult.

I am stunned, does the BSA even have empathy in their ranks to do what is right and not what is easy!

5/19/2021

BSA Survivor

Claim Number # SA-████

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

METROPLEX MI 480
20 MAY 2021 PM 16 L

U.S.M.S.
X-RAY


