Claim # SA-████

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor Wilmington, DE. 19801

05/19/21

FILED
2021 MAY 25 AM 8:37

I am writing this Letter in ████████. It brings back memories of over a year and a half of ████████

████████

have a hard time telling anyone. I went to the Scouts and my parents and told them what was happening. I was told they couldn't do anything without proof. For approximiatly a year, I tried to get him caught in the act. He would always manage to leave before my mom could get home. We finally moved to a different town, and out in the Country. Sure enough, he showed up at our new home, where he became more brazen and aggressive. After about six months, I was finally able to reach my mom in time.

He was arrested and hauled off. He had over 200 films, that he took, as well as boxes and boxes of pictures. I had to take the officers to his car. The trunk was stuffed as well as the seats. He had professinal cameras and posed as a movie director. There was never any follow up by BSA, the law, no one. ████████ Lived in Fear"

PHOENIX AZ 852
21 MAY 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE.
19801

U.S.M.S.