Date 05/18/21

FILED
2021 MAY 25 AM 8:40
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: Justice Lauri Selber Silverstein

Inre: SA-[redacted]

Case Name: [redacted], BSA Bank

Hello these prayers of mines go up for you and your staff members during this pandimic. The purpose of my letter is to respond to the latest decision by the BSA and Hartford.

This entire matter is not easy for me to open up about. However; I have to express my concerns that what happened to me was and still continues to be very painful for me. I was an innocent Child that was taken advantage of by Someone I trusted.

I have found the courage to Speak up and say my little words for the hurt little boy that did not understand how to Speak up then. I dont want to let what was done to me be drowned out by politics and petty talks about money. No amount of money can replace my innocense. Holding the BSA accountable for the treatment of myself and others means everything to me. I can only hope that you will be fair in your decision. Although I am now a 42 year old man that little boy cries for help in Silence within me.

Thank you for your time and reading of this letter.

Respectfully



SANTA CLARITA CA 913
21 MAY 2021PM 5 L

Hasler
05/20/2021
US POSTAGE $000.51[0]
FIRST-CLASS MAIL
ZIP 93536
011D11654181

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ~~INDIGENT~~ INMATE MAIL**

Facility Post Office Boxes
Facility A - P.O. Box 4430
Facility B - P.O. Box 4490
Facility C - P.O. Box 4610
Facility D - P.O. Box 4670
Minimum (MSF) 4730
Legal Mail - P.O. Box 8457

A-1
STATE PRISON
GENERATED MAIL

Justice Lauri S. Silverstein
BSA Bankruptcy case
824 Market Street 6th floor
Wilmington, DE 19801

U.S.M.S.
X-RAY

19801-302499