May 1, 2021

COVER LETTER ONLY

Justice Lauri
Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

CASE # SA-[REDACTED]
20-10343 (LSS)

FILED 2021 MAY 25 AM 8:48 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Your Honor,

My name is [REDACTED]

After viewing the BSA Update 4.26.21, I called [REDACTED]. He explained that it was important for the individual scouts to write/email a response to Justice Lauri Selber Silverstein. I explained that I didn't feel that an easy email response would convey the same level of connection with the Judge as a personally written letter. So, I'm submitting this rough draft of the letter I want to send to the Judge. It was suggested that I send this rough draft to you so you could advise me of any correction or omissions. Please review. Once you concur, I'll correct the obvious spelling, punctuation errors, etc. I'll rewrite this rough draft prior to sending it to the Judge.

I understand that my letter must be received by May 19th. I don't want to be late. I'll rewrite this letter as soon as I hear from you.

Where do I begin?... When I saw an ad on T.V., I realized that society was actually attempting to address what had happened not only to me, but to other children. I had just left elementary school. As a child I was sick a lot. I almost had to have one kidney removed (my parents told me later). If there was a virus around, I caught it, except polio. Being ill most of the time, I was unable to play the normal sports: baseball, basketball, touch football. I had very little contact with other children. Therefore, I didn't learn the rules for playing any of these sports and very limited "social dialogue or physical interaction with my school mates. My outings were: Going to the Church of Christ every Sunday morning, Sunday evening and Wednesday evening, with an occasional visit with my cousins. I enjoyed arithmetic, geography, and spelling. I couldn't play any sports.... So I studied, read the Bible and children's books. I wasn't dumb. I was "sheltered" because of health conditions... So I suppose I was "naive."
I remember reading in the Bible about how bad it was to "spill your seed upon the ground." I use to help my grandmother plant seed in her gardens (flowers and vegetable). So it made sense to me. I had no idea what the Biblical verses really meant. I had no reason to ask what it meant. My grandmother wasn't happy when corn or bean seed onto the ground. She was totally unhappy when I'd spill an entire package of some flower seeds that looked like flakes of black pepper.

I was an only child. I never saw a woman that looked like she'd swallowed a basketball. TV shows never showed them. There were no babies in our home. We didn't have one. I never really thought about where babies came from.

I had a birthday celebration every year. All that meant to me was that I'd have a cake with candles and I would get gifts and presents. I didn't know where I came from.... I was just "there". A happy and content boy.

When I entered Junior High, my health suddenly improved. I felt so much better. I could finally go out at recess and play with all the kids. My health was better but I didn't know any of the "rules" of how you play any of the sports. When a game was to be played, two boys were selected to "pick" from all the remaining boys. I got chosen for a team "once." The other members of my team soon learned that I not only didn't know any of the rules, I had no skills needed to "swing a bat, run bases, make two points, do a "hook-shot". Participating in a "football hudl". One boy telling the rest of us, what each of us was supposed to do. I was "lost" not knowing what was really expected of me. So, of course I did the wrong thing. In the one football game in which I played, I accidently caught the football. All I heard was, "RUN, RUN, RUN." So I did. I made a touchdown for our opposing team. Immediately, I'm on the bench. Game over. I was never chosen again.

I told my Mother and Dad about what happened. I had great parents. They suggested that I should join the Boy Scouts. New group (boys), new rules, but I would be going "in" on the ground floor. I could socialize, learn the rules from the meeting and the Boy Scout book. Everything I need to know was in the Boy Scout book, reviewed in our B.S. meetings. Plus I could earn merit badges and get promotions. Hopefully, all the

way to becoming an Eagle Scout. Except for a few things, my Scout Master was great. He reviewed my merit badge projects, etc. Then, the troup decided that we wanted to go camping. My parents approved of me going. I packed, reread instructional materials in the Scout Book about creating a stone fire ring, collecting the proper size wood, memorized information about poisonous snakes, poison ivy and oak. How to use a compass, etc. The anticipated date finally arrived. Some scouts rode in the Scout Leader's car. Parents volunteered to provide additional transportation. We all arrived, unloaded from the cars, the parents left. We hiked to our camp site. Setup out tents. Unpacked, gathered wood. The Scout Leader ~~took us to~~ and his assistant, whom I'd never seen before, joined us on our walk to see the lake. It was great. A small beach and the lake water was clear with hardly any stones. We returned to camp, started the campfire, fixed dinner, roasted marshmellows then everyone prepared for bed. We planned on going for a hike around the lake, climb up the mountain, watch for birds and any animals, identify trees and plants. Then return to the lake to have a swim before dinner. That's what everyone did and all was quiet except for some people exchanging comments, jokes, etc. Finally, everything was quiet. I got in my sleeping bag and closed my eyes. The night sounds I heard, I though I knew what they were. I tried to go to sleep. But I was just too excited about all those new and wonderful things I was experiences.

That's when everything I thought I knew about life, right and wrong. I felt guilty. I ~~ke~~ knew I had committed some kind of sin. The Bible said it was wrong. To look upon

OTHER PEOPLE WHEN THEY WERE NAKED. HE HAD LOOKED AT ME

[redacted]

BEEN A NEW AND EXCITING OPPORTUNITY WAS IMMEDIATELY CHANGED TO A EVERLASTING NIGHTMARE FOR ME. I FELT THAT I HAD SINNED. HOW COULD I EVEN TALK TO MY MOTHER AND DAD ABOUT WHAT I HAD

[redacted]

ON AND RAN BACK TO CAMP AND INTO MY TENT. I [redacted] FINALLY, I HEARD SOME SCOUTS GETTING UP. I WAS RELEADED WHEN I HEARD MY SCOUT LEADER. I TOLD HIM I FELT VERY, VERY SICK AND HAD TO GO HOME. I DON'T KNOW HOW HE MADE IT HAPPEN, BUT ABOUT 6 OR 7 HOURS LATER HE WALKED ME TO MEET MY DAD. WE DROVE HOME. HE ASKED WHAT WAS WRONG, WHAT HURT, WAS I NAUSEATED. I DIDN'T KNOW WHAT TO TELL HIM. I LIED. I TOLD HIM I HAD A HEADACHE. MAYBE I WAS CATCHING A COLD. THINGS WERE ONLY GETTING WORSE. NOW I HAD LIED NOT ONLY TO MY SCOUT LEADER, BUT NOW A BIG-TIME LIE TO MY DAD. THE SINS JUST KEPT PILING UP. I DIDN'T WANT TO PLAY OUTSIDE, WATCH TELEVISION, SING SONG WHEN MY GRANDMOTHER PLAYED THE PIANO. I DIDN'T FEEL LIKE EATING, BUT I WENT THROUGH THE MOTIONS. I HAD A HARD TIME EVEN LOOKING MY MOTHER AND DAD DIRECTLY IN THE EYES. AT HOME I COULD AT LEAST STAY IN MY ROOM AND DISTRACT MY MIND BY WORKING ON MY PENNY COLLECTION. BUT SUNDAYS AND WEDNESDAYS WERE NOW

not a place I could enjoy or feel comfortable. How could I sit in God's house and face Jesus knowing what I had done. The preacher started his sermon. I only heard a few word occasionally. Jesus knew I had sinned. When song were sung, I could only mumble a few words. The only good thing that came out of what happened. I'd always read in the Bible and heard the preacher say that the wages of sin was that you went to Hell. I wasn't dead and I was already in Hell. The Bible and preacher were right. My parents and grandmother evidently knew something other than being sick, had to be bothering me. I said "No". Everything was fine. I was just staying in my room working on my coin collection. My dad owned a grocery store. It was on the ground level. We lived down below in our home. It had a walkout exposure at the lower level. My dad came down from the store and asked to come upstairs for a candy bar and coke with a bag of peanuts poured into it after you removed the bottle cap. I couldn't resist. My dad set me up with all the goodies. He waited on customers, bagged the groceries and they finally left. Then he sat beside me. Put his arm around my shoulder and said, "What's wrong? What's bothering you"? I didn't want to commit another lie. It was very difficult, but, I cried and eventually told my father everything that I had done wrong, and how it happened. I told him I didn't even want to go to another Scout Meeting. I didn't want the uniform. I told my dad that I liked the Scout Leader ▮▮▮▮▮▮▮▮▮▮ and the other scouts, but, I never ever wanted to see the assistant again. I told my dad that I didn't want my mother and grandmother to know what had happened. That's when my dad and I had the talk about the "birds and the bees." That talk with my

Dad was both [redacted] knew where babies came from, even though I couldn't believe that boys were suppose to "do" that to girls. I mean men actually did that to their wife. I knew how I came to be. How I was created. And supposedly "doing" that to each other was enjoyable. I thought it seemed messy.

I told my dad I needed to talk to our preacher... alone... at church. I needed to be forgiven. I met with the preacher in the church office with the door closed. The preacher was very understanding. He said I didn't need to be forgiven, because I hadn't reached the "age-of-accountability" which he said started at the age of 13. While with him, I asked about the text in the bible stating that it was wrong to spill your seed onto the ground. He said that that

[redacted]

when boys started puberty a number of physical changes start to happen. Your private area starts to grow hair, your penis grows longer and that the "sack" under your penis enlarges because my 2 balls would drop into the sack and the fluids that came out of

[redacted]

we'd like each other and date. Someday I'd meet a woman and become very fond of her and would want to spend lots of time together. He said this is what is called "love." Just like me dad and met my mother. They decided to get married. When they married, a husband and wife live together, eat together, shop, go to movies, buy a car, a house and because they are together all the time, they even slept in the same bed. He said I would understand all this

LATER. THE MAIN POINT WAS THAT WHEN A HUSBAND AND WIFE SLEPT TOGETHER, THING BEGAN TO HAPPEN. WIVES WEAR PERFUME AND WEAR SPECIAL NIGHT GOWNS. THEY TACK, TOUCH EACH OTHER AND THEN "NATURE TAKES

[redacted]

I DIDN'T EXPECT IT TO HAPPEN AND I THOUGHT I HAD SINNED.

HE HAD NO RIGHT TO DO THAT TO ME. HE TOLD ME NOT TO MENTION WHAT HE HAD DONE TO HIMSELF OR TO ME BECAUSE ALL THE BOYS HADN'T GONE THRU THIS EXPERIENCE YET. HE SAID I COULD "DO" THIS TO MYSELF ANY TIME I WANTED TO, OR HE WOULD HELP ME.

WHY, WHY, WHY DID HE "DO" THIS TO ME. AFTER YEARS AND YEARS OF TRYING TO RATIONALIZE THIS EVENT, I'VE COME TO THE CONCLUSION THAT DUE TO ME BEING "SHELTERED" BECAUSE OF MY HEALTH AND NO SOCIAL ACTIVITY, HE DECIDED THAT I WOULD BE HIS PRIME TARGET. BECAUSE OF THAT I'VE HAD DIFFICULTY RELATING TO OTHER BOYS/MEN. I'VE HAD COUNTLESS PSYCHIATRIC SECESSIONS RESULTING IN THE USE OF MEDICATION, (ZOLOFT, AMBIEN AND XANAX). MONEY WASTED ON MEDICAL SESSIONS AND MEDICATION.

I HOPE WITH THIS LEGAL ACTION THAT I WILL GET SOME PEACE OF MIND. IT'S DEFINITELY WRONG FOR AN INSTITUTION SUCH AS THE Boy Scouts OF AMERICA TO HAVE KNOW ABOUT THESE HORRIBLE ACTIONS WITHOUT ELIMINATING THESE DEMENTED PERVERTS.

MY HELL ISN'T OVER.... BUT AT LEAST I FEEL THAT THERE IS HOPE THAT THIS CURRENT LEGAL ACTION CAN AND WILL PREVENT ANY MORE "CHILDREN" FROM EXPERIENCING THE SINGULAR EVENT THAT HAS CAUSED ME A LIFE-TIME OF DEPRESSION, COSTS AND REQUIRED MEDICATIONS. I COULD CONTINUE BUT I FEEL I HAVE "BARED MY SOUL" AS MUCH AS I CAN.

YOURS RESPECTFULLY,

[signature redacted]



Justice Lauri Selber Silverstein
824 Market Street
6th Floor
Wilmington, DE 19801

