Justice Lauri Selber Silverstein,

    The sexual abuse that I went through at age 11 (perpetrated by representatives of Boy Scouts of America) was devastating in my life. I became a stutterer at age 11 because of it. I was a stutterer until I was 21 yrs. old. I didn't talk. I didn't participate in school. I made failing grades. I was made fun of. I had no friends. I was a stuttering freak. At times I didn't care if I lived or died.

    Later I smoked "pot" looking for a personality change. Then I added alcohol. Then I started stealing. Trouble with law enforcement. Trouble in society. Trouble with people. I was in and out of trouble all up into my 40's. Drugs – Drinking – Stealing!

    Now I'm thinking about it again! History! Help get us past all this Judge!!



FILED 2021 MAY 25 AM 8:43 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

~~First of~~

The words I use now to explain things that happened when I was a kid was not known to me when I was a kid (11-13 yrs. old)

My mother passed away when I was 8 yrs old. We were 14 kids and I was third from youngest. My Dad was ~~an~~ alcoholic and didn't ~~the~~ take care of us as he should have. At age 9 my two brothers and I were sent to Methodist Childrens Home; located in Ruston, La. We lived in a house seperately with 12
→ other boys all near the same age. (6yrs - 11 yrs) When I went into

the 7th grade. I was moved to another cottage (mouse). 7th grad to 8th grad 12 yrs old - 13 yrs old.

I was a boy scout at 11 yrs old ~~# Precaution recent reason in memory~~. I remember having meetings regularly, and studing the handbook; making progress on as a Tenderfoot. All in all the time came for camping as a part of learning survival and saftey in the woods. We prepared and did ~~go camping~~ camping, starting with a long hike. About a mile I guess. All this was taking ~~put~~ place on MCH ~~past~~ property. We



had around 200 acres ~~property~~.
50 acres contained the campus and the rest was wooded. I remember some of the hike. Warnings; about bears, panthers, bobcats, opposs~~ums~~, ect. I remember warnings about poison Ivy and buckeye (posionous) a plant At the end of the hike we came to a parapet of ~~shot~~ spots (24' x 30'). Had open sides ~~F~~ and tin roof. ~~▇~~ ▇▇▇▇ told us that some of the older boys (high school) ~~had~~ boys, had bailt it; and if it rained we would move in under the shelter. So we set up camp with pallets and quitts (blankets). A campfire



was built and banked with stones (red iron oreish rocks). Scary stories were told; I remember being scared at bedtime. Scared of bears and people (crazy people) lurking in woods outside the firelight. Something made noises in the woods (rustleing). Someone said "bear". Someone said it was ▬▬▬▬ scaring us. Finally we slept. I slept. I was awakened by someone

crying. I guess he left me alone. I do not remember anymore about it.

I ~~remembe~~ remember becomeing really shy after this; and I became a stutterer. I stuttered the rest of my school days. Through the 12th grade and into service of the U.S. Air Force. Because of the stuttering

a^d being made fun of; I learned that if I didn't participate by not ~~do~~ doing assignments then I wouldn't have to participate in class the next day, ~~in school~~. When asked why I didn't do the assignment I would just say "I don't know! just didn't." These actions brought me failing grades. I flunked 9th grade. The only subject I passed was P.E. that year (9th grade). With D's and E's I was passed through the next 4 years. I had no friends. A girl ▓▓▓ fell in love with ▓▓▓ (my brother).

He didn't like/want ~~her~~ her,
so she went after me.
She tricked me into letting
her wear my ring ~~I had~~
After ~~a~~ that we were considered
going steady. I was O.K. with
that; I finally had # one
friend. She didn't tell me
until ~~tell~~ later why she
chose me. (because of wanting
my brother). We ~~were~~ went
steady from 9th thru 10th grade,
that time She told me that she wanted
someone more "happy-go-lucky."
I was derasted.
~~D~~uring this time I was
seduced by an older boy

▮▮▮ to sneak out at night, burgurize and steal. From cars at the hospital and finally business's around town. I finally got caught [(turned in) told on] and was sent to reform school for 7 months. L.T.I. Louisiana Technical Institute in Monroe Louisiana. Now I was all alone. age 14-15

⊙ I cryied myself to sleep for a while. I made it through the 7 months and went back to MCH because of ▮▮▮ age 15 5E Arh repeat grade

They (admintration) didn't really want me back. I had to beg. After ▮▮▮ dumped me in



10th grade I was alone again. I withdrew to myself. In 11th grade English class I was sent to the principles office for non-participation. I refused to read a stanza of a poem In class. I was expelled for 3 days. I tried to explain the stuttering problem but it din't matter. This brought me deeper into a loner position. I remember thinking about just falling dead or sick in the hallway at school and then the people would care about me.

In the 12th grade



I was kicked out of the childrens Home (orphans)(orphanage). A social worker ▮▮▮ privately arranged for me a place to live for 50.00 a month with room and board. This help was all a plan to seduce me. It worked. I was sexually abused through until graduation. After graduation I joined the Air Force. During this time I read a book about mariguana (pot). It said pot was a personality changer. I decided to try the pot for that reason. Somewhere during the next 2 yrs I stuttered less and less. I started drinking



wine with the pot. Finally I was kicked out of the Air Force. At age 20, a pshycologist placed me in 35-99 catagory (person with sooci/ social problems?) and I was discharged halfway through my commitment. After this I moved back to Ruston, La and stayed with my brother ▬ and his family for a couple of months. A woman the neighborhood seduced me and used me; then turned me away. I was devastated and thought about suicide suicide. (walking onto the freeway). Instead I started a crime spree (burglary). I thought that I would would

get caught and be sent to prison/jail (I didn't care).
I didn't get caught. Over a year I commited 19 burglaries. I ~~finally~~ finally turned myself in to the police. I was sentenced to 3yrs hard labor (suspended) and served 1yr in parish prison at hard labor; with 3 yr. ~~probation~~ probation after. After this I went from job to job in oilfield (South Louisiana). This went on for 10 years off and on. All ~~the~~ these yrs I was abusing acchohol & drugs pot, cocaine, amphetamine, pain pills-

At age 36(?) - 40 I met a woman in a bar and finally married her. I remeber thinking she was all I deserved because of my past. The marriage ended after 2 yrs (very badly). We had no children from the marriage. She had 4 boys from a previous marriage. Ages 10 - 14. I went through pure hell for those 2 years. The day my divorce papers came through was on my birthday. My brother and I went out to celebrate. On the way home I made an illegal U turn and was arrested for DUI.

It took me a year to fulfil all my obligations to the courts; the freedom from the divorce was short lived. My life was pretty much turmoil till around 60 yr old I was sent to jail for exibitionism (for 1yr) in Lafayette, La. Several other times I had brushes with police about the same thing. I've had 4 DUIs. Arrested twice ~~once~~ for "pot."

I could write pages and pages how I screwed up my life. Right now I've lived in Calvin, Louisiana for 3 years. Calvin is a community of 340 people. I live in constant constant


14

rumors. A rumor of being arrested for "peeping tom" which is not true, but the rumor persists. Surely this is enough information to show the turmoil in my life.

Sincerely

[redacted]

Into about ~~took~~ alcohol + drug rehab 4 times -
MCH) Ruston ~~for~~ alcoholic until 60 years old.
I tried to get light information about ▓▓▓▓▓ first name and when he left. All was hush-hush.

▓▓▓▓▓ was just gone one day. I don't remember being told anything. No goodbye stuff. Mr. ▓▓▓▓▓ was 0 Superintendant thens. He is ~~past on~~ dead now. ▓▓▓▓▓
▓▓▓▓▓ took over. He is now retired also. Close to 80 yrs. old.

Re: SA-
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th floor
Wilmington, DE. 19801

