May 15, 2021



SA-█████

FILED
2021 MAY 25  AM 8:44
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

Dear Justice Lauri Selber Silverstein,

    I am writing to you to respectfully ask your help with not allowing the Boy Scouts to sweep this matter under the carpet so to say with their insurance companies. I was a Boy Scout for several years; an Eagle Scout. I suffered a sexual assault at the hands of a "professional" employee of the Boy Scouts of America named ███████. I trusted ███ and admired him as a "Professional Scout" as did the other boys and parents. Little did I know or anyone else that he was a **pedofile** and used his position as a disguise to practice his perversion upon me. He used classic grooming methods such as pornography and alcohol to make me feel "grown up" before he "pounced" with his perversion and deviant criminal behavior ████████████████████ Enclosed is an affidavit from my mother attesting to this.

    I am currently serving a life sentence for killing a man, a pedofile that had practiced this same kind of behavior against 6 members on the other side of my family. As with myself, nothing was done about what

—1—

they suffered just as I had suffered and nothing was done about it.

So Judge I'm asking you to do something about it, no amount of money can make this right, but a chintzy back room deal where they throw a little money at us while some "News" agencies ridicule us is unacceptable. I do not think that ▓▓▓▓▓▓▓▓▓▓ the founder of the Boy Scouts envisioned anything like this happening. On the contrary I imagine him as a man that protected youth while striving to give them proper moral training to become men and good citizens. The "Boy Scouts of America" has lost their way and perhaps sadly it is time for their existence to come to an end.

I know that the term "holding their feet to the fire" is not a legal term but I'm sure you understand what I mean Judge. Please "try" to put yourself in our shoes, what would you think was right? Please don't be like so many others in "authority" that let these kinds of people off from accountability and responsibility. Thank you.

Respectfully


P.S. Sorry my handwriting and spelling aren't so good.

-2-

STATE OF OHIO )
COMMON PLEAS COURT )
) SS:
COUNTY OF Montgomery )

I, ███████████████████, Affiant having been duly sworn does hereby state and deposes that the following statements are true and correct to the best of my knowledge. To Wit:

On or about the summer of 1971, my son ███████, spent the night at an adult Scout Leaders home, who was employed by the Boy Scouts of America. When he (my son) returned home, he reported to his father ███████ now deceased, and myself the details of a sexual assault, plus that he had been provided alcohol to drink at the Scout Leaders home that night, prior to the sexual assault taking place upon him.

Subscribed and sworn to before me this 21st day of January 2005

NOTARY PUBLIC-STATE AT LA███

MY COMMISSION EXPIRES: August 31, 2006

PE-2



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

LOUISVILLE KY
17 MAY 2021 PM 2 L
NEOPOST 05/17/2021
US POSTAGE $00
ZIP 40032
041M11457337

LAGRANGE, KY 40032
INMATE MAIL
NOT RESPONSIBLE FOR CONTENTS
U.S.M.S. X-RAY

1.9801-302499

