FILED
2021 MAY 25 AM 8:48
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: whom it may concern

Thank you for letting me tell my story

      I was a victim of sexual abuse in the Boy Scouts; this is only the 2rd time I have ever told anyone. I will skip the ugliness and concentrate on the results.

Being born in 1961. I grew up in a modest home loving parents, as I got older I learned what it meant to be a man. During that time. A man doesn't have problems, and if he did he keeps it to himself. He doesn't show fear, rejection, and for Gods sakes never cry.

The Boy Scouts of America seemed to be a great place to teach values. I joined. Went on several weekend camping trips, made many friends. Learned many things. Then summer camp came along, all of that was erased by PURE EVIL, and ugliness.

After I was abused in the showers. I never wanted to take a shower again, the other scouts used to roll me in the sand, "calling it Chicken fry" forcing me to bathe. I was so afraid to go back in there, where the sexual abuse happened. I would often stay up late at night to shower, or go to the lake and bathe there.

I was told that adults don't believe children and to keep my mouth shut. I was also told about many scouts that never returned from summer camp, and they hope it doesn't happen to me… YES I WAS THREATNED!!!

After returning home, I was a different person. Scared, Confused, and ashamed. I felt as if I caused this to happen. Trying to be a man. I keep it to myself. I also thought people would hate me. I wanted so desperately to quit the scouts. Mom used to have to whoop me, to make me go to the Tuesday night meetings.

Things drastically changed from that point on. When I was at the meetings the two men that abused me, would walk by me and make a gun with there fingers and say pop.
I finely put my foot down and would never go back to scouts. Dad took his belt to me as I sat on the couch; he whipped me several times as I sat there and took it.

The lashings on my legs made whelps, and some bleed. Tears built up in my eyes. But I knew MEN don't CRY. Mom couldn't take it anymore and told him to stop.
I was NOT EVER GOING BACK! Regardless.

This entire abuse set in motion a very strange, life for me… it had many downs. I rebelled, shortly after this. I refuse to go to school

I didn't understand what was happening to me, the "flashbacks" would come and go. During high school they returned. I quit in the 10th grade to go into my depression. I returned to be advanced to the 11th grade, then I quit again. Never to return.

I had a Very rough time during this period of my life, no friends, no hope, only depression. I started drinking. I had no where to go, nothing to do. So I would just drive around drinking. This lead too many DWI'S. So I turned to drugs. This opened Pandora's Box.

I became an alcoholic, drug addict; Depression would creep in and out of this period of my life. Sending me to bed for weeks, months, and even a year. I would not even get out of bed. To celebrate Christmas with my family.

Relations with women was pretty much out of the question.
After I was sent to prison. Texas ▮▮▮▮ 'I will never forget that number" I had to take a good hard look at myself. When I returned home it was time to do something. I got a steady job and I held it for over a year. This was huge for me… I thought I really put the sexual abuse behind me. So I started going to College. I got a better job, one with in my field of studies, and then I got married. Bought a house, it looked like I was going to make it.

Then it happened again…. I don't know why the nightmares start up, I don't know why the feelings come, I just don't understand. Along with this, comes the drinking, Drinking seemed to help me forget, it made me a different person. With the drinking comes trouble. Again in trouble with the police. Back to Prison I go. ▮▮▮▮

It seemed it was a double sided sword. I would Drink to forget, No one knows when the feelings will come back, no one knows when the nightmares will return, no one knows when the depression hits. NOT even me…alone with this ugliness comes me trying to escape myself.

Divorce comes too soon. Again I am alone, scared, and confused. And now I am angry at myself. I want to die. I attempted many times. But I was scared. I finely got over these feelings. I again learned to Stuff my feelings. A MAN can't show NO type of weakness!

I wanted so much to talk to a stranger about what happened, seek professional help; I attended AA meetings, and thought that was the place to let it all out. However I learned there, why I drank, why I did Drugs. So again Stuff the REAL REASON…

I was searching for something that wasn't there. How do I cope with life, my feelings, and my issues? HOW???

Ok. Life goes on. I met another woman, Got married, and attended Church for many years.
Being unemployable I started a landscaping company.

But never told anyone. It looked like life was going to be ok.
My wife got cancer and died. The Church turned its back on us.

I had to leave her house. I burred myself in work. Bought a house. And was alone again. Here come the feelings, here come the drinking. Here comes the drugs! WHY?

I would LOVE for someone to tell me why?

When I seen the TV ads of being abused in Scouting, all the feelings came back. I hated those ads on TV. HATED THEM. I refused to watch TV.

The 1st time I ever told anyone what happened to me. Was the attorneys, I had to Re-live that horrible time. It felt good to get it out, but I was Very afraid! I was afraid someone may come and this time use a real gun on me.

I didn't sleep for several days after I filed. I would hear noised and think there coming for me. It's been Very difficult, doing this. Today I am NOT drinking, or using drugs. I think that part of my life is over. "Or I pray it is"

Let this letter serve as the 2nd time I have ever told anyone what happened. It does feel good to get it out. And I have learned to cry. Everything makes perfect sense to me now, my life. My troubles. And I suppose I got my answers as to why so much ugliness has happened in my life.

Everything that the boy Scouts have done to me. Was take my life. They took it from me. Only to leave me with pain, Heartbreak, and Fear. There is NO way I will ever get over this. I will never know how to love; I may never know how to live.
I have stopped blaming myself; I have stopped telling myself why I didn't fight back,
I still know NOT to tell anyone. I will never get over this.

Learning about the law suite, I have felt much anger. I learned of the 6,000.00 they offered. Many things come to mind. Mainly a slap in the face. YES they are still hurting me! The scares I see every day in the mirror. Now I have another one….

The Boy Scouts of America MUST be abolished I wouldn't wish my life on anyone!

We are starting a new generation, there are many things going on in the world. There is much beauty, but there is so much ugliness. I beg of you. PLEASE don't let the boy scouts hurt another child! PLEASE don't let them….







Justice Lauri Selber Silverstein
824 Market Street
6th Floor
Wilmington, DE 19801