(1)

To whom this may concern

FILED
2021 MAY 25 AM 8:44
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My incident happened in the Cub Scouts, every Friday I was groped by my Den Mother ███████████.

The incident happened in 1968, and to this day I still remember..... like it was yesterday.

Every Friday I would report for the meeting and during inspection of the uniform she would check my hat, tie, then she would make it a point to

███████████

[REDACTED] This was uncomfortable, humiliating, demoralizing, and scared me to this day. I still remember and will never forget!

As for me being a boy scout the thought was always no! The scout leader of the boy scouts was a man, and his actions were questenable. So I told my mom I wanted to quit, even today I look at scout leaders and can only wonder, is this still going on? Are kids still getting scared for life? Humileated, like I was. I'm 61 years old and still can't forget. I was just an 8 year

OLD BOY. JUST THINK ABOUT THAT FOR A SECOND, IF YOU HAVE A NEPHEW, NIECE, SON, DAUGHTER, WHO IS 8 LOOK AT THEM ONE DAY AND THINK OF SOMEONE YOU TRUST, GYMNASTICS, CUB SCOUTS, DANCE CLASS, ECT. "LEADERS" FONDLING THEM EVERY FRIDAY AND THEM HATING IT!

# VERY VERY VERY WRONG!

AND IMMORAL

THANKS FOR YOUR CONCERN

# SA 



Justice – Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th Floor
Wilmington, DE 19801