Case 20-10343-LSS    Doc 4969    Filed 05/25/21    Page 1 of 2

Hello my name is █████████

I wanted to write you for two reasons the first to give some insight into how this has affected my life.

The second to ask you if it is in your power to never give this organization the oportunity to watch over another child.

I was in the cubscouts then the boyscouts for 4 years and ██████████████████████████████████████████

I was told that this was my fault made to believe that if anyone ever found out my loved ones would be hurt or killed.

I am now a recovering addict convicted felon and a small piece of what i could have been. I have within the last five years started to get some sort of quality to my life.

Ihave a beautiful wife and three kids who i will protect with every fiber of my being. You see i was supposed to be protected thats what my parents were led to believe that the people who were looking over us were protecting us. I am hereto tell you this isnt the case.

Because of these people i have lost my chance to support my family very well. I have lost my chanc e to give them the ease in life to know the bills are paid. I have to work 3 times harder and miss time with them.

because as a child i was given the burden of pain that noone should ever feel but i was protected by no one. the pain i felt toreat my heart day and night. i ran to every chemical i could to try not to feel this.

In doing so i have overdosed 4 times. The last time my 4 year old daughter at the time found me not breathing. So now she has some of my pain because of that. So its not just us they hurt it bleeds on.

Icant count the hours i have spent hospitalized in institutions. The time with therapists. The joy that was stolen from my life as a kid when i was supposed to be happy.

The boy scouts and the insurance companies want to make it about their wallets. How can they even begin to repay this wrong. I would give all the money in the world not to go through what i went through what i have put my family through.

Please if you have the power never let them hurt another child again it doesnt stop hurting it keeps hurting so far past the initial act or acts.

I have alot to live for today and im happy that all this truth is coming to light it helps my recovery thank you for your time

█████████████████



Justice Lauri Selber Silverstein
824 Market Street
6th Floor
Wilmington, DE 19801




FIRST-CLASS


US POSTAGE
$ 000.51
MAY 19 2021
MAILED FROM ZIP CODE 59101