"The Honorable Justice Lauri Selber Silverstein"

May 11th, 2021

CLAIM # SA-[redacted]

**AIS** — ABUSED IN SCOUTING
EISENBERG ROTHWEILER — PHILADELPHIA, PA
KOSNOFF LAW — SAN JUAN, PR
AVA LAW GROUP, INC — SAN DIEGO, CA

FILED 2021 MAY 25 AM 8:55
CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Cub Scout Rape

In 1963 at 10 yrs. has affected me & caused me many psychological problems; nightmares, PTSD, problems at School which lead me to being sent away in late 1964 to Happy Acres, then Franklin Village OHIO till I was kicked out at 18teen by Law! 1971.

Cub/Boy Scout Leader & organizer was very hands on. HE had every Cub-Boy Scout Patch to give as reward. He used Patches & Uniforms & 1st time in 1963 took me to his home from Westerville Ohio [redacted]

The sexual abuse caused me many health problems with my RECTUM, STOMACH, Mouth Cold Sores & psychological mental problems which I ended up having Emotional Breakdown in 1979/80 at 26 & I have been imprisoned 41 yrs. now. Justice Lauri Selber Silverstein, at 10 to have this done to me has caused me so much distrust it defined my life in the most crucial & negative way. I allowed these Sexual forced acts to affect those I love (as a child at 10) I could not deal with IT blaming everyone resulting in my adopted parents sending me away because of my outburst. Once that happened I was lost in the system, No Hope, Just another abuse till 18teen. Honorable Judge Selber Silverstein, I am so sorry I could not handle this sexual abuse by Cub Scout Organizer. Most of my family are dead & I am so sorry for how I acted towards them & what got me locked up now.

(MAY 11th, 2021 12:22 AM.) Claim Number # SA-[redacted]

Respectfully,
[redacted]

Personal Letter written For THE Honorable Judge



THE Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

Mailed May 11, 2021  (From PostMark 4-29-2021) Htook
to receive