Justice LS Silverstein,,

My name is ███████████ and I reside in Phoenix, AZ... I'm a homeless, recovering alcoholic, drug addict and I haven't used in 3 years by the grace of God, I'm 54 years old and I'm not going to blow smoke your way, I was given every opportunity to be a productive member of society but I chose otherwise, I'm not making any excuses for my demise but all I'm trying to convey to you that certain men in authority in the BSA, all over our country in certain times were putting their ███████████████████████. I'm one of them! Has science ever concluded what effect this sick traumatization truly does to a young brain? Boy or girl? Probably not! But I can give you a first hand conclusion,, I know their are exceptions to the rule, their are victims of sexual assault that went on to be productive,, but very rare.. here's what I would like you to consider,, are you gonna do what's right and shut the door on the BSA as we know it? So they can start from scratch and get a do over with strict background searching on new scout masters down the road.. I'm not doing this for the money, I'm really not, all my money will go to predator awareness companies that weed out the freaks out their that prey on little innocent kids;... Don't let the kids down your honor, please

God bless

███████████████

5/10/21

FILED 2021 MAY 25 AM 8:49
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



Justice Lauri Selber Silverstein
824 Market Street
6th Floor
Wilmington, DE 19801

FIRST-CLASS



