May 18, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

FILED
2021 MAY 25 AM 8:54
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: Claim Number SA-█████ (Please Redact All Personal Contact Information)

    During my childhood, ever since I can remember, I have been suffering physical abuse from my father, emotional abuse from my mother, and neglect by both. Together with my younger sister, we were a very poor and dysfunctional family.

    My parents were both "starving artists" on the art show circuit. We would camp-out at art-shows hosted by shopping malls. I was about 6 years old and left to my own devices. Free reign of the mall with no food or supervision. I would dig through the McDonald's trash looking for the occassional Monopoly instant-win game pieces. These afforded me a free hamburger or small fries or soda. Any of these were a lifesaver. I was so hungry. I don't know what they (my parents) fed my sister.

    Many of these shows occurred in the winter or at high elevations. Camping in the cold and snow was miserable. Sleeping in the cabover camper was impossible, as the material my father used to build it, being that corrugated fiberglass greenhouse material, did little to insulate from the cold.

    Even when my parents gave up on the art shows, we would still move every 6 months. We lived all over the Greater Sacramento Area. I attended 13 grade schools. School bullies took notice of me. They would pick on me and fight me. In daycare, three of them tackled me, breaking my leg. After moving from school to school and apartment to apartment so much, I stopped making friends because it hurt so bad to leave them. I withdrew from social interaction. My grades suffered and the abusive cycle that was my family got worse and worse.

    When I was almost 8, my parents took my sister and I to a Citrus Heights Community Church (or Carmichael Community Church) where they went to adult worship services, my sister to kids bible class, and sent me to find my age - grade bible class. Instead, I found a large gymnasium-looking room full of rows of Boy Scouts of America (BSA) troops. I had always wanted to be accepted by a group like these; to live a positive life with nurturance... like everyone else seemed to be living. I saw that along with all of the boys who were in uniform, there were a few boys in their regular clothes who lined-up in ranks with them.

An older boy asked me if I wanted to join. I told him that my parents and I didn't have any money. The boy placed me into a line of Scouts that looked to be my age. Two of the other boys were lined up in ranks beside me. An adult male in a Scout Leader uniform asked me about my lack of uniform and what troop I belonged to. I told him that I didn't belong to a troop, that I wanted to, but that my family and I had no money for fees. After a few minutes, he came

[REDACTED]

keep "our" activity secret because "we" would get in trouble. I lost my desire for BSA involvement and never went back. I was also very ashamed and never told anyone what he had done, not even my parents.

This instance of child sexual abuse robbed me of my innocence and the remainder of my childhood. It perverted my thinking to an array of different directions: sexually toward my sister; masturbation; seeking pornography; abusive toward animals; etc.

My parents divorced when I was eleven. My father left my sister and I with my mother. I was getting beat-up and in trouble left and right in school. Then I was out of control at home. My mother sent me to live with my father at his mother's house. My life became a living hell: long walks to school; bullies; physical abuse by my father; starvation; bedwetting; abusing or killing animals; physical or emotional abuse by my grandmother; my grandmother even put a lock and chain on the refrigerator. Oftentimes the only food I had came from an almond tree and the tender shoots of grass.

At age 13, I threw a stapler across the classroom, striking my bully directly in the nose. I went to juvenile hall and was charged with assault with a deadly weapon. Then, disowned by my father and extended family, I was sent to a group home for boys, full of more bullies. After 18 months, I ran away. The court allowed me to live with my mother and sister. A short time later, I hit my sister, violating probation, and was sent back into the group home and foster home circuit.

At age 16, I became sexually promiscuous with dozens of girls; many of which must have been abused as children, for they were promiscuous themselves. From age 16 to 19 it was easy to smoke tobacco, drink alcohol, smoke marijuana, drop LSD, snort or smoke crank or crystal methamphetamine. I shoplifted, broke into cars, stole, joyrode, sold drugs, snuck into movie theatres, dined and dashed, and dumpster-dived, just to name a few. I was a hellion.

When I was 19, I had an ounce of crystal meth, which fueled a 2-week long party. During this time I formed a relationship with a 13 year old latina named ▇▇▇▇. She was the most beautiful, most sexually developed, voracious and voluptuous woman I had ever met. I fell hard for her. After a month, she was gone - off to other conquests. I could never find her again and no other woman since has taken her place.

Many years later, at age 38, I had an inappropriate relationship with my 36 year old girlfriend's 15 year old daughter. I believe that my faulty boundary issue here, leading to my 32 year prison conviction, is a result of cascading and compiling issues experienced during my childhood. My physical abuse at the hands of my father, emotional abuse by my mother, neglect and abandonment by both, constant physical and mental abuse by bullies, only added to the sexual abuse trauma that I experienced by the BSA troop leader at 8. Had the BSA molest never occurred, the subsequent negative events in my life may never have had a sexual component to them.

I may not have become sexually active at 16. I likely would not have been with those dozens of promiscuous girls. I wouln'd have met ▇▇▇▇ I wouldn't have developed boundary issues that resulted in my current prison sentence and cold shoulders from all of my relatives. I can attribute all of the sexual components that fracture my life to the BSA troop leader who thought it was appropriate to "take care of my fees" in that way.

I firmly agree with my representatives, the AVA Law Group, Inc., et al. that the BSA reorganization plan is insufficient. It is a non-starter, the BSA can do better, and the BSA has forfeited its right to continue to control the bankruptcy process. Nearly 100,000 victims have come forward in claim against the BSA. It is time to properly compensate us for our victimization over these decades of sexual abuse. I pray the Court awards significant damages from the BSA, its holdings, facilities, and insurers. Thank you.

Respectfully Submitted
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇