TO WHOM THIS STATEMENT CONCERNS:
My case # SA-███████
I, ████████████████████████, WAS MOLESTED BY TWO BOYSCOUT LEADERS. WE LIVED IN GAINSVILLE, FLORIDA WHEN THE FIRST BOYSCOUT LEADER STARTED MOLESTING ME AT THE AGE OF TEN. ~~WHEN I GOT UP THE COURAGE TO TELL MY MOTHER, SHE MOVED US TO OR.~~

AFTER I WAS ABLE TO TELL MY MOTER, SHE MOVED US TO ORLANDO, FLORIDA. I GAVE SCOUTS ANOTHER TRY. SOON AFTER STARTING I WAS AGIAN BEING MOLESTED BY MY NEW BOYSCOUT LEADER.

~~I STRUGGLE WITH~~

~~BOTH WERE GOOD AT TRICKING ME INTO THINKING THEY W~~

THEY WERE GOOD AT TRICKING ME INTO GOING OFF WITH THEM. ~~TO TALK. TALKING WASN'T IT NEVER TURN OUT TO BE TALKING TH~~ THEN I WOULD FIND MYSELF IN THE SITUATION AGAIN. I GET ANGRY NOW THINKING.

MY CHILDHOOD WAS TAKING FROM ME. ~~MY TRUST OF ANY PEOPLE~~ I DON'T TRUST PEOPLE TO THIS DAY. I CAN'T SEEM TO NOT GET ANGRY WHEN I THING ABOUT WHAT THEY DID TO ME. THEIR ACTIONS HAVE AFFECTED MY ENTIRE LIFE, CHANGED MY PATH IN LIFE. ~~I HAVE TRY TO~~ I HAVE TRIED MANY WAYS TO FORGET. ~~~~ From DRUGS, TO SUICIDE. MY LIFE ~~WAS DESTROYED~~ WAS ~~~~ NEVER THE SAME. ~~~~ FROM NOT BEING ABLE TO FOCUS IN SCHOOL, TO BEING ANGRY EVERYDAY.

5-20-2021
Refer to case # SA-█████

FILED MAY 25 AM 8:47 CLERK BANKRUPTCY COURT DISTRICT OF DELAWARE



TRAVERSE CITY MI
20 MAY 2021 PM 3 L

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET 6TH FLOOR
WILMINGTON, DE 19801

U.S.M.
X-RAY

19801-302499


