Hello my name is ███████ and I'm writing this in response to the ongoing litigation between myself and the BSA.

I am a 61 yo male that was sexualy abused throughout my childhood having been a cub scout at the time the abuse occurred. My scout pack was located in Dundalk, MD 21222. My pack number was 326 and the meetings were at the Dundalk United Methodist Church. The pastor of the church was ███████ and his son ███████ was the BSA elder. This is the person that sexualy abused me. I honestly can't remember the number of times but what I can say for certain is that the abuse occurred for months. I told my Dundalk Jr. High School counselor ███████ about the entire situation and after having met with ███████ he dismissed me as a homosexual. I am not. What happened was ███████ nvited me to a New Years eve party. Alcohol was in the punch and this was my first introduction to alcohol. I got drunk, passed out and woke up to him ███████ I pretended to be asleep but decided a few days later to address it with him. Things were not going well at home. My father drank and I was bullied at school . So I thought that this was a better, safer place. I hung out at ███████ apartment missing school, church and sneaking out at night with him. I started smoking cigarettes and drinking which he allowed. ███████ used hypnosis repeatedly as a tool to take advantage of the situation. I could go into greater detail if need be but I will continue to go on to tell you the shame and anger, the self destructive behavior that I have experienced throughout my life. I became a heroine addict at seventeen, infecting, an IV drug user. Indeed I'm lucky to survive. I received treatment lol at the sexual disorders clinic at John's Hopkins. I was deeply involved in Survivors of Incest Anonymous a 12 step program for support. I have done radio and public speaking concerning my experience. Thankfully I've never abused anyone. Unfortunately I don't have relationships with anyone. I wanted to get married and have children but this won't happen. I'm on Methadone maintenance my insurance won't pay so I have to pay out of pocket $13.00 a day, every day. Without it , I would relapse. I hope that the BSA is banned from existence as there is no way to monitor what goes on behind closed doors. The predators do not think that they are doing anything wrong. Indeed the BSA should consider themselves fortunate in that criminal proceedings aren't considered . The BSA robbed us of a chance at life and there is a direct correlation between the abuse and the acting out behavior. I am begging you to hear out pleas. There isn't a day that goes by that I don't think about what has happened to me. If need be I would testify in open court as to everything...there is so much more to tell.

Thank-you for taking this opportunity to right the indignation that was done to sexualy abused survivors. ███████



Justice Lauri Selber Silverstein
824 Market Street
6th Floor
Wilmington, DE 19801



FIRST-CLASS

US POSTAGE $000.51
MAY 19 2021
MAILED FROM ZIP CODE 59101