

May 18, 2021

To Whom It May Concern,

When I was a child my friends joined the Boy Scouts. This sounded like an innocent way to have fun with other kids, so I also decided to join. After joining the local troop, I realized how much I enjoyed the camping trips and activities. That is, I enjoyed the trips until a new assistant scoutmaster joined the troup. He instantly began trying to be too close with me. I knew right away something was wrong. But, at the age of nine, I had no idea how to communicate to the adults around me that something wasn't right. As this man, the assistant scout leader, showed more interest in my wellbeing in inappropriate ways, I became embarrassed and was scared to speak up.

It became so unbearable that I had to leave the Boy Scouts. In hopes of getting away from this horrific situation, but still wanting to be able to be a kid, I joined the Sea Scouts. To my absolute dismay, that same assistant troop leader became the leader of the Sea Scouts. The stress of the occurrence began to take a physical toll on my body and mind. I experienced chest pain and stomach issues. At that time the doctor, not knowing what was happening, sent me to counseling. Because of the fear and the fact that this man convinced me it was my fault, I never told anyone what was really wrong.

The abuse this man put me through physically lasted for years and the after effects have lasted my whole life. Even as an adult I would suffer from flashbacks in my sleep. I continued to agonize with ulcers and poor health, now I know that is a direct result of the stress and trauma put upon me by this man.

If someone reads this letter who has not been a victim of abuse, as I have been, it may be hard to understand. I have been forced to have this crime be part of who I am for far too long. It is time for me to stand up, be honest, and let everyone know I did nothing wrong, and that leader committed a crime for which someone must be held accountable.

Sincerely,





BROCKTON MA 023
20 MAY 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St, 6th Floor
Wilmington D.E. 19081



