**FILED**
2021 MAY 25 AM 8:54

SA 

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE   19801

CLERK
US BANKRUPTCY CO[URT]
DISTRICT OF DELAW[ARE]

May 18, 2021

Your Honor,

   I was asked to write this letter to inform you of my case. I was about 12 and went to campout in the neighborhood with friends. One person there was an 18 year old and was a friend of a friend. He was an Eagle scout.

   When it was time for bed this guy takes all his clothes off. He then tells us this is the way they do it, I assumed he meant the BSA. He said we could have a lot of fun.



   I never talked about it to my other friends. I never have spoken to anyone about it. I feel I got over it. I am married with two kids. But when I heard about this lawsuit I got angry. What happened to me was not right. I have little evidence but felt I needed to report it.

   Please let me know if I can help. I trust you to keep all this confidential.

To the Praise of His Glory,