05-15-21

To justice Lauri Selber Siverstien.

I am a survivor from child sex abuse done to me by a Scout master of troop #45 Salinas California from the years 1979 to 1982.

What I went through over that time was horrible acts of child sex abuse. I am seeking your help in fighting for us to give all of us justice that we deserve.

I am tired of hidding my abuse from the Boy Scouts of America and want to take a stand for what is right.

Not only compensation but to finaly close the doors on what happened to me and to other boys that servered in the Scouts. I am asking for your help bringing this to a close and to see that justice is being served.

Thank you.
sincerely
case #

U.S.M.S.
X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th floor
Wilmington, DE 30248980 19801



EUGENE OR 974
19 MAY 2021 PM 3 L

USA FOREVER