FILED
2021 MAY 25  AM 8:53
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



Dt: MAY 12, 2021
BSA CASE # ▮▮▮▮▮▮▮▮▮

Justice Lauri Silverstein,

Hello, I Pray this letter finds you doing well. I am sitting here today thinking about my case now before you. Its ▮▮▮▮▮▮ and is a Boy Scout of America case.

Mam, after hearing about the BSA and their Insurers, attorneys Etc doing their things with the supposed 650 million dollar reorganization plan, it simply made me sick to my stomach. The acts of abuse sexual, Phiscal, and mental they Poured upon me as a mere child and the absolute herrofic damage it caused me, and led my Life to, its simply Unthinkable

for any of them to try and cut down on any Plan to try and Pay for what they did to me, and I can garuntee you that somewhere there's a 8-9 year old little Boy as I was when it started, and he is SO scared and Confused and will grow up not trusting Not only BSA People, but ALL adults. The type of fear it installs into a little Boy can't even be measured and it will stick (as it has for me,) the remainder of their lives. For these People to have the back room strategies with insurers attorneys, Etc in a effort to fool the Court is the reason I am writing you. Mam there is no amount of money that they can come up with to fix me or the thousands of other Children they destroyed. My whole life is and always have been a matter of how can I get over this, and I've never found a way and hence its caused me to make bad decisions my

entire life, I'm currently attempting to write a Book about my life and one would think it would be a Book about the happy times in my life but no matter how hard I try my nightmare of a childhood comes through and I end up writing about the things that were done to me, and even Put on child Pornography 8 mm films. I was literally Rented out as a child for BSA and their secret friends that loved to record the above done to me. They hurt me so bad that when I seen them coming to get me to carry me to some secret destination to be Used once again for their sexual desires, I ran, I ran away from that orphan home and just to show you how scared I was, when the Police located me on a highway, I asked the officer if he could just shoot me and let me die so I could go to be with my Pop-Paw and Jesus in heaven, I had ran away

and I had a Map in my Pocket thinking I could use it to go to Nashville Tennessee and live in the woods by myself, one thing was wrong about my Plan - The Map I had was a Map of Australia I had tore out of a Encyclopedia! I was taken Back and I had to stand and listen to the lies the orphan home staff and the BSA People told the Police, Making me to look like a very Unruly Kid, and they would Promise to Keep me on a Much shorter leash, I kinda just gave up on any thoughts or Plans to go to any Police about the horrific situation I was being forced to live in and the absolutely Painful assaults I was being forced into. The Book I am writing in gives the truest name I could think of, it's called "DON'T TRUST THE ADULTS". I only have the introduction and Chapter 1 wrote so far because of the trouble I have re-visiting these things in my Past, but I think its a Book that needs

to be written, in hopes of giving some other Person some type of closure or help that may have been done the same horrific way that I was by this institution that calls themselves the BSA. They need to be forced to pay the up most amount of money to all their victims and if allowed to continue as a organization, they all should be Placed under CONSTANT scrutinty and Watched 100 Percent of the time wherever they are Placed in Control of ANY children. The damage they cause a child is demonic, Evil, and devistating and some will never get over it. So in Conclusion I Pray that you will let the BSA and all their insuers know that this is america and they will no longer be allowed to use the name BSA and all of its lies to have control over the children without having to pay a severe Penalty for abusing ANY child and doing things that absolutely ruin

and cause a lifetime of Heartache and Pain, that I still have daily and wonder if I'll ever be able to live just one day without the BSA and its atrocities they done to me as a child ruin my life. Please take the strongest stand Possible against them Justice Laurie Silverstein because you are our Protector and you are all the childrens Protector as well and our faces are tilted up looking at you for a Proper decision in this matter. I want to close this out with a Bible Verse of what Jesus Christ said when referring to People who offend children. MATTHEW 18:6 Jesus SAid, But who so shall offend one of these little ones which believe in me, it were better for him That A millstone were hanged About his Neck, And That he were drowned in the depth of The Sea! I believe this one Verse from Jesus shows how serious it is for the BSA to feel they could comitt such horrible acts on the

children and then have their Back room shady meetings trying to figure out ways to fool their creditors and the Court and it also shows the BSA still does not get it, or have any intention of following the Courts directives in their reorganization Plans. Please stand tough for me and all of the BSA Victims by letting them know that the Court will not tolerate any games of trickery and they must fully compensate all they opposed, because I still suffer and Probably will the remainder of my life. I thank you Justice Laurie Silverstein and Place all my trust in your hands. Thank you for your time you are greatly appreciated.

Respectfully