Claim # SA-███

May 15, 2021

Dear Judge Silverstein;

My name is ███

I was asked to write you a letter about what happened to me when I was in the Boy Scout of America. I am a Abused Survivor from the Boy Scout back in 1974, 1975, 1976.

I was molested by my Camp Leader ███ He started out by ███ 1974 on Mt. Mansfield. He would threaten me not to say anything to anyone. But I did tell another leader but nothing was done.

In 1975 when I saw ███ again at camp I got scared. Because I knew it would start up again. We were at Mt. Washington. Again, I told someone and nothing was done.

1976 on Mt. Katona again ███ was still there. And he did it again to me. This time I have had enough. I was older so I dropped out of the Boy Scouts.

I then turned to drugs to numb the pain. Eventually I turned to stealing to support my habit. From the time I was 18 thru 45 I was in and out of Jail. I did try to get counseling over the years but the pain was still there.

I believe the Boys Scout should come forth and pay for their crimes. Because I know I am not the only one. They should publish an apologue to everyone as to what happened and why they covered it up. I know other boys complained to other leaders. And all they did was move people around.

Thank you for taking the time to listen to me. If you have any questions, you may call me at any time. My number is ███



FILED 2021 MAY 25 AM 8:51 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE



Justine Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE, 18901

