May 12th, 2021

To: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

From: 

FILED
2021 MAY 25 AM 8:53
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re:    Boy Scouts of America bankruptcy case

To Justice Silverstein,

I was a scout in ▓▓▓ in Boise Idaho in the early '70s. We held our meetings at the downtown Baptist church. The scoutmaster was ▓▓▓ On a troop camping trip to Idaho City in the summer of 1973 (I was 12), I had no place to sleep, so ▓▓ invited me into a BSA van. In the middle of the night I woke up to find him groping me. He was pretending to be asleep, so I crawled away, but he kept groping. I finally broke out and went into the forest to sleep. In the morning someone took me to a phone and I called my mother. I don't remember much after that, but I do recall going to the BSA HQ afterwards where I sat in the car while my mother went in and talked with someone. Around Christmas of that year, my mother showed me a picture of ▓▓ dressed as Santa in the Idaho Statesman. He had been arrested for molesting a child. That's the last I heard of him.

A while before my incident the Quartermaster for the troop, ▓▓▓ the son of the Idaho Attorney ▓▓▓ died. He was an intelligent and handsome young man with everything going for him. He and his brother got into their father's gun safe and either ▓▓ killed himself or his brother accidently shot him, either way it was entirely out of character for ▓▓ as I saw it.

Why did this happen? I have no idea, but I often wonder if ▓▓ had molested him as well.

My story is not uncommon from what I understand, and was a result of the BSA - over many decades - giving very little weight to the damage pedophiles can do in a culture that allows it by looking away. And *this is why* I believe the BSA should be reprimanded in an emphatic manner, so as to leave no doubt as to their culpability and ensure they are responsible for never letting it happen again in their organization.

Sincerely,