TO
Justice Lauri Selber Silverstein
BSA Bankruptcy Case

SA- ▮
5-17-21

FILED
2021 MAY 25 AM 8:52
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I wanted to write to you and tell my story. I was 12 years old in 1972 when I went to Camp Strake in Conroe, TX before going to jamboree in Pennsylvania. One night I woke ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

When I got back home I told my mom, but not my dad, he was hothead. This incident made me fearfull and distrustfull of adult men. After that I did not want to be in any situation with adult males. I don't trust any large organization where kids go and spend time overnight with grown folk, like BSA, Churchs or others. It has haunted me all my life.
And now they are letting me and every other abused child down by trying to settle for a lesser amount.
Please do not them get away with this.

Sincerly
▮



NORTH HOUSTON TX 773
20 MAY 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE
19801-3024

