May 9, 2021

Honorable Laura Selber Silverstein
Justice, BSA Bankruptcy Case
824 Market St
6th Floor
Wilmington DE 19801

Re: Claim ███████████

Your Honor:

   My name is ███████████ I am an Eagle Scout from the class of 1987. The abuse that I endured in Scouting took place later in 1987. I was a camp counselor at ███████████████████████████. The camp was run by the Theodore Roosevelt Council (became the Grand Canyon Council: covering central and northern Arizona and New Mexico) and the Catalina Council. I was employed as a counselor in the Nature Lodge. Apparently, the Nature lodge and other lodges had a reputation for their hazing of new counselors. A good friend of mine, ███████████ endured several summers of abuse, but felt so shamed he could not bring himself to report it. He had tried to warn me, but avoiding this situation turned out to be impossible, due to my job description. I had to report mine, as my knee was seriously injured.

   My situation is a clear case of what the Council would do to cover up what happened. They lied to us about our options for remedy and pushed us to forego a personal injury claim, since it occurred while we were employed, even as volunteers. The attorney that they "hired" for providing legal advice to us pushed in the direction that BSA chose and re-emphasized the fact that nothing about the sexual abuse issues could ever be raised. As a young man who was an Eagle Scout and believed in the mission of the Boy Scouts, I assumed that they would do the right things. I assumed that they would be honest and deal with us in an honorable fashion. Instead, they lied to our faces, they conspired to cover up the extent of the incidents, and then they turned on us. What their legal counsel did was perpetuate the cover-up and committed, in my opinion, professional malpractice, although that is of little consequence today as those partners have long since retired. When the Abused In Scouting network became public, I inquired about any recourse the Boy Scouts clearly engaged in deceitful tactics and stooped so far as to have their attorneys and the attorney they "retained" for me commit what could be deemed as professional misconduct and definite breaches of ethics. Unfortunately, all of those parties have since retired.

   The offered settlement fund by the BSA is completely inadequate! I am fortunate to have injured my knee, although it will soon require a knee replacement since the reconstruction required those many years ago cause an accelerated degeneration of the joint and my knee is full of arthritis now. It is ironic that such a severe injury made me lucky. I say lucky because I only had to endure that one incident of humiliation. Some of these boys had to endure years of abuse! Their current proposal does not even cover a year of therapy for most of them!!!

   I would like to address several portions of the proposed settlement and make some suggestions of my own. First, the settlement does not have any concrete numbers for monies to be contributed by the local councils. If BSA and the local councils do not come together to solve incidents of past abuse, the litigation will continue for years to come, as the local councils have had suits filed against all of them. Second, the

settlement does not include any concrete figures for monies from the insurance companies. Lastly, the assets offered up by BSA are inadequate and the ones that have been offered up for settlement are perhaps the most offensive offerings and shows that BSA does not have any respect for the traditions of the Scouting program!!! I speak of the Norman Rockwell art collection. These images helped to grow the BSA and embody visions of a simpler time in our nation's history. It is extremely offensive to me that they would attempt to sell that art to a private collector and remove it from the public and boys visiting the BSA National Office. With those thoughts, I would like to offer the following suggestions to aid in this process:

1. If the current offering is the final put forth before the court, is it allowed under the law to conduct a less formal vote by the claimants? I ask because the time and resources necessary to conduct a formal vote would be a waste, as most parties know that the initial offer will be rejected. If there would be an informal method, such as a secure website vote that could be taken, this would expedite and reduce costs in order to allow everyone to see what most of us know would happen and allow everyone to move forward to see if an agreement that is satisfactory to everyone can be reached, rather than drag this through the end of the summer and past where BSA states it needs to emerge from this process to remain a viable organization.
2. Have the written and electronic correspondence over the years between BSA and their insurers, most particularly Hartford, been divulged or requested by any party and examined to understand the full scope of what the insurers knew when and how much? It appears that Hartford that has an extraordinary effort to reach an agreement with BSA for its contributions to the compensation fund, which only amounts to less than 10% of their total potential liability. Additionally, this has been conducted as a backroom style deal in an effort to circumvent the claimants and the bankruptcy process. If a deal cannot be reached that appeases the court and the claimants, I would recommend that the insurers be allowed to stand alone in liability against legal claims, if allowed by law. Any offering by the insurance companies should be required to be approved by the court, not a behind the scenes deal between BSA and the insurer. The effort to reach a lowball settlement by Hartford suggests that they may have known a long time about the abuse issues and are trying to get out of this process before anyone finds out how complicit they may have been.
3. The BSA and the local councils are asking that local councils be protected from any required compensation requirement, but also want them shielded from any further litigation. They have argued that the local councils are separate entities incorporated separately from BSA. Either they must take a role in the compensation funding or they must face separate litigation, as many have come to realize will occur. If the local councils want shielding from the bankruptcy proceedings, then those local councils must join with the BSA in contributing to the compensation fund and then, and only then, would I concur that they be shielded from further litigation on past incidents. Otherwise, they can stand alone and face the legal ramifications. However, there must be firm commitments from each local council joining this action on the cash and assets that will be contributed before an agreement can be reached. As the current proposal stands, BSA is only promising to make a plea for the councils to join the fund, nothing definitive. To ask for shielding based upon only a request is laughable at best.
4. BSA needs to look at other assets to offer for sale. The 700 acres in Northern New Jersey sit in one of the richest areas in the nation. Estimates for land in that area are listed online at $20K per acre. However, conversations with a couple of people whom I know who work in real estate told me that the BSA may be able to get as much as $50K per acre. The high rise building in Georgia, the oceanfront property on St Croix in the Virgin Islands, and some of the mountain lands in Colorado could also add to the compensation fund. I would like to see the developed camps, such as Philmont,

remain with BSA. I never had the privilege of attending the Philmont camp but know several friends who have and they stated it is an awesome trip. The Virgins Island site seems impractical given the distance and expense to travel. There are also camps that local councils have closed and could be sold to help with the compensation fund.

Your Honor, I would like to thank you for taking the time to read this letter and allowing me to make these suggestions. I hope that they can assist in reaching a resolution to this case in a manner that helps those who were victims of the abuse, such as myself, and allows the BSA to emerge from this process and continue to help our youth grow into citizens are highly respectable. Today, I still comments from my resume about having a note that I am an Eagle Scout and don't regret the time and energy that I put into Scouting. However, BSA made some very serious errors in judgement and betrayed the trust of the Scouts and their families by allowing the abuse to continue and engaging in activities to cover up the actions. I believe that BSA can emerge from this process a much stronger organization, but it is going to take the help of the local councils, many of whom created the cover-ups that have led to this action and the 90K+ cases of sexual abuse noted. The total assets between the local councils involved and the BSA need to be on the table to create a fund that is adequate enough to address these issues. I can only speak for myself, but I am confident that none of the abuse survivors truly want to see BSA have to close down. However, we also refuse to walk away without BSA and the councils not doing everything that they can to make the survivors of the errors in judgement as close as they can to be whole again. I guess the bottom line of whether or not the BSA emerges as a viable organization remains in their hands. Sadly, my fellow survivors and I trusted them to keep us safe over the years. However, they did not do enough to prevent it and they did not admit their mistakes, instead choosing to try to bury them away from the public. I would implore the leaders of BSA and the local councils to not betray the survivors a third by insulting us with such a weak attempt to end this saga and do what is right to fix the past mistakes and try to allow healing to occur and usher in a new era within BSA of strong oversight and efforts to rebuild the public's trust. The survivors and the public are waiting. Will BSA and the local councils live up to the tenets of the Scout Oath and Scout Law by standing up for what is right and being an example or will they continue to show that those immortal words only apply to the Scouts, but not to BSA?

Sincerely,

