████████████████████████████████

Dear Members of the Court :

FILED
2021 MAY 25  AM 8: 50
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

The Sexual Assault by my Scoutmaster, whom I trusted and looked up to, should never have happened to me or any Boy Scout. While stationed in Rotterdam, The Netherlands. My Father loaned the use of his Rambler station wagon to take our troop across the Channel to a Jambree in England, While there I was forcibly assaulted sexually so intense that it affected my life permanently.

This caused a problem with intimacy in two failed marriages. As a child I couldn't share the attack with my parents as we were a military family With pride and strick rules. My Father ████████ ████████████ has since passed on as has his wife, my mother. This was a heavy burden to carry emotionally and also affected me physically. I did not know the scope of the abuse in Scouting as a whole. I am glad to be able to speak up now.

                    Yours Truly  ██████████

██████████████████████