

FILED

2021 MAY 25  AM 8: 46

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Represented by: AVA LAW GROUP, San Diego, Ca. ███████████

Dear Judge Lauri Selber Silverstein;

I am currently writing to your honorable court in opposition to the May 19th, 2021 Hearing  to further needless delays regarding the Scouts/attorneys' continuance for  yet another delay from the Bankruptcy.

At each turnstile, their representative haven't failed to raise even yet some tactical poised, and meaninglessattempt to prevent the finality...While we the numerous victims of these sexual assaults continue to suffer, at the actions taken by their aggressors.

My vote is that this needs to be brought to a final conclusion.

Please kindly notify my legal representatives of this entry in my behalf.

May 12th, 2021.