P 1

Hello Justice Silverstein
My name is ▮▮▮▮▮▮▮▮
Former Boy Scout.

FILED
2021 MAY 25 AM 8:52
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor, I would like to tell you a story, of a young Black Girl, About 52-55 yrs ago, named ▮▮▮. You see ▮▮▮ was a 7th grader, who lived in the Midwestern Town of Springfield OHIO, which only had about 80,000 people in it. So In the Summer Time, It wasn't much to do. So ▮▮▮ Best friend, who was About the Same Age as ▮▮▮ About 12 yrs old /ask ▮▮▮ one day if she would like to Join the Girl Scouts, because it would be fun fun, So ▮▮▮ Joined the Girl Scouts And was only one of three Black Girls out of 30 Girl Scouts. So for a whole year nothing much happened In the Church I ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ neither

Though ▮▮▮ didn't like All the unwanted Touching, she put up with it because she thought that was the way About female Scout (white) Masters was showing that they liked her. Even though ▮▮▮ didn't realize, that the two female Scout Masters were Gay. Because they were overly friendly.

Two weeks later, the Girls went on a two week Camping Trip. & [redacted] wasn't expecting anything bad to happen, but it did. They went from Springfield Ohio to Wilmington Ohio which is about 40 miles apart. When they got there, [redacted] went on a nature hike by herself so she could get her merit badge. When she got back after about 2 hrs, was told by one of the other Girl Scouts the two Scoutmasters wanted to see [redacted] in their tent. [redacted] went to the tent and one Scoutmaster was standing with a shopping bag & the other, were sitting at the table with two beers.

The Scoutmaster Standing told [redacted] that she had bought her a uniform & some underware because she knew [redacted] family couldn't afford two uniforms, [redacted] only had one & told [redacted] that she could try the uniform & underware on in the tent. [redacted] turned away & was putting on

[redacted] took all her clothes off

P.3

▮ goes to the table, where the other Scout Master told ▮ that she wanted ▮ to look at some Girl Scout Books. First Book had info on Badges, Trips & Scouting info. The Second Book was opened to pictures of Adult & Children having Sex. All kinds of pictures. The Scout Master Asked ▮ what she thought. ▮ didn't say Anything the first time & And was Asked Again & ▮ Said Nothing. Next the Scout Master Asked ▮ if she would pose nude for $600 & ▮ Said No. Was Asked what she thought About having Sex with an Adult & ▮ Said No. Was Asked if she would have Sex with her ▮ Refused, Was told to get out of the Tent, To give the Uniform Back. ▮ got up, was grabbed by the Arm & was told to find her own way home. Angry crying & Upset, Ran to her Tent.

From there these Series of Events Happen To ▮

① A White Girl However a Bigger than ▮ When though ▮ luggage Took her clothes & hung her underware & Bra up the flag pole. for A Joke & Took the Rest of ▮ Clothes & threw them on the Dirt grow.

P64

② The White girl had the Whole Camp Laughing & Saluting & Making fun of ▮▮▮ By hanging her Underware & Bra up the flag pole

③ ▮▮▮ Crying Hurt frustrated, Asked who went into Her Luggage & Nobody Said Anything

④ While ▮▮▮ when Back to Her Tent Crying Hurt frustrated The White girl Approached her Stood Over her & Said I bet Cyur Wondering who hung your Clothes Up the flag pole & ▮▮▮ Say's Yes the White Girl Says I Did & ▮▮▮ Says Why & the White Girl Says I Don't Like ▮▮▮

⑤ A fight Pursued ▮▮▮ Got her leg Bit
⑥ ▮▮▮ Had to be Rushed to Hospital & Take A Tetna Shot, Was told Another Day & She could Have lost Her life And Died. Blood Poorring out of leg Scoutmaster Came to ▮▮▮ to wrap ▮▮▮ leg & Call Mom & Go Home.

(7) For 52-55 years ▊▊▊ has been suffering from Angre & Depression and it wasn't until ▊▊▊ talked to a Mental Health Person that she realized, that her Angré & Depress is a result of what happen to her In Conclusion within the last 3 yrs ▊uri has been Getting Better, Due to Talking to Mental Health & Med.
Your Honor How do you feel about what Happen to ▊uri it should make you very Angry

THE Reason I'm writing this letter to You

(1) Exchange the little Black Girl Scout Named ▊▊▊ for A little Black Boy Scout Named ▊▊▊ you see your Honor Everything I Just described that happen to ▊▊▊ is what Really Happen to Me In the Boy Scouts

Your Honor The Only thing I'm Asking of you is that you make sure that the playing field is fair & we got A fair Shot for Compensation

this is Davey vs Goliath

Abused          Boy Scout Abuser         thank you
Boy Scouts      Insurance Co
Attorney        & lawyer.



SA-
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801

X-RAY