Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801



FILED
2021 MAY 25 AM 8:46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: Boy Scouts of America Lawsuit

Dear Judge Silverstein,

I wanted to write to you not to try to persuade you to rule in one direction or another but to tell you how this has affected me.

I will not address my case directly with you in hoping that does not have repercussions.

I feel the BSA knew all these years of what happened to so many Boy Scouts and Cub Scouts. I feel they wanted to ignore the situation in hopes that it would go away.

I do feel that rape is an ugly word. I can't truly express how this has really affected me but I know I am not the same person as my high school and college friends. I shut down, I became depressed, and I was never the same after being raped by my scout master multiple times as a 9-10 year old boy. I was there for the taking of some twisted thinking scout master. I won't go into all the details of what happened to me but I know you're aware of what has happened to so many young boys in the 70's and 80's. How they were raped and molested at the hands of the Scout Masters.

I am asking that this case be settled quickly and fairly and my hope is that this does not drag on in court for years and years.

These young children who were victims while in the scouts are now grown adult men. They have struggled in life with alcohol, relationships, drugs and holding down meaningful employment.

The Boy Scouts of America Management and Troop Leaders are all to blame. Please do not allow the BSA attorneys to tear this case apart.

All I ask is if you are able to give us some sense of closure, it will be much appreciated.

Sincerely,

