Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

FILED
2021 MAY 25 AM 8:53
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 7, 2021

Sirs:

I am 73 years old and it has taken me nearly everyone of these years to try to find myself at no fault.

I am still ashamed of what happened although I know I was not at fault. But, it seems there had to be something I could have done to stop what was happening.

I really liked and respected both of my Scout Masters. I have hated them every since and I quit Boy Scouts the next day.

I could not have told my father as he would have been jailed for murder. So I sat back and just thought about everything. My feelings were never again the same.

To this day I have bitter feelings towards scouting. And it would be my preference that the Boy Scouts of America were halted from ever having another child in their presence. Put the Boy Scouts out of business and never let them do harm to any human being ever again.






Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St, 6th Floor
Wilmington, DE
19801