May 21, 2021

[REDACTED]

Honorable Judge Laurie Silverstein
824 N. Market St., 6th Floor, Courtroom No. 2
Wilmington, DE 19801

FILED
2021 MAY 25  AM 8:40
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Boy Scouts of America Chapter 11 Case No. 20-10343
    Statement concerning how I was affected by the sexual abuse I suffered in the Cub Scouts

Dear Honorable Judge Silverstein:

I am one of the sexual abuse survivors with an interest in the BSA proceedings. I filed my proof of claim prior to last year's deadline.

The proof of claim did not give me the opportunity to describe how I was affected by the abuse I suffered. In summary, the abuse involved a male volunteer with my Cub Scout pack who lived in the home of our [REDACTED]. The details are in my proof of claim.

That experience traumatized me in ways I still don't fully understand, and changed the course my life would have taken that ultimately led to me becoming a child sex offender myself who is now serving a 25-year sentence in prison. I accept responsibility for my actions that put me here, but it would not be right to not make the connections between the problems I developed in life and what happened to me in the Cub Scouts when I was seven or eight years old. Somehow that sexual abuse and the mental and emotional problems it caused me played a part in my sexual deviances later.

What is certain is that I ended up being sexually abused many other times in my childhood, and it all began with what happened to me in the Cub Scouts. About a year of me dropping out of the scouts I was being molested and then raped by a much older teenage boy who my family knew. That lasted about three years because I had no way of avoiding contact with him and he was able to take advantage of my vulnerabilities. A couple of years into that period I also started to be abused by two friends of my father who I was also unable to avoid. [STRIKETHROUGH] I don't understand how it started but it involved me getting drunk and abusing drugs. That in fact was also about the time I became a full blown alcoholic and addict, though I have now been sober in A.A. since 1992. That abuse lasted until I was well into my teens.

To say I had self-esteem issues through my childhood and early adult years doesn't even begin to describe what was was going on inside of me. There were other short duration abusive relationships I had in my youth where I was taken advantage of by boys or men older than me that I don't have space to detail here. I also became a sexually active youth with both boys and girls where I was abusive towards them in ways I don't feel I wold have been had I been able to develop normally in a sexual way. Nor do I think I would have been so susceptible to being molested and raped so many times or even at all. But ever since the Cub Scouts I didn't have a chance to develop normally.

Thank you for considering my experience.

[REDACTED]

CC: Omni Agent Solutions to be attached to my proof of claim I filed, though I am doubtful they will make sure it gets done.

5/20/21

Dear Court Clerk,

Could you please date stamp the enclosed letter to Judge Silverstein and return a copy to me?

Thank you.

[personal information redacted]