FILED
2021 MAY 25  AM 8:39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801

re: ▓▓▓▓▓▓▓▓

I apologize for not being able to present a better letter. I have recounted this incident far to many times. As I think back to when I was in the Boy Scout my brother and I recieved our Eagle rank award. For additional scouting activities we joined the Order of the Arrow, all while the troup was sponsored by our church.

While at an Order of the Arrow weekend event we met the leader ▓▓▓▓▓. He took an interest in me, not my brother, fortunately for ▓.

I was fifteen at the time, a young emotional adolescent. ▮▮▮▮▮ for an unknown reason asked me to stay behind from an Order of the Arrow weekend, sending my brother home ahead of us.

This to place at Camp Eagle after everyone had left he started with question that somehow got me upset. I don't remember what about or why, he seemed to know what to say and ask.

He then offered to hold me to comfort me. The next thing ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I realized what had happened. I was devistated, immediately requesting for him to take me home. Writing and recalling is very trying.

We had no communication during the ride home to my parents.

After thinking more about what ▇▇▇ requested. I quit scouting, my church became socially and academically withdrawn. I was ashamed, embarrassed, humiliated. Most of all fearful somebody finding out & taking cheap shots.

To make things worse ▇▇▇ tried calling me, informing no more calls. Then he showed up at my parents home. He made offers of purchasing a car for me, living with him in his Omaha house, and help pay for college.

I wasn't happy he showed up and wouldn't leave as requested. It was getting to be embarrasing. This all took place out in the garage when my Dad came out and asked if everything was OK. I let Dad know ▇▇▇ was leaving. Not before informing me he wanted to stay in touch, which I did not let happen.

I enjoyed being in the Scouts until that weekend at Camp Eagle.

a weekend of betrayal, embarrased, & humility I just could not tell or talk about what happened. Not my parents, nor the minister, most of all the school kids. I never to my wife until after we were married fourty-five years.

Besides being vulnerable I apologize for not speaking up sooner. To help provide protection for other victims. I didn't beleive anyone would listen, let alone believe what happened. I've tried to block it out, being such a depressing thought, it has not been easy.

Here's an example, I worked part time at the local bakery, I took my boss's delivery car for a cruise on a Saturady night without permission. Fortunetly my boss was disappointed, but compassionate. This helped me from thinking about the violation, but it still didn't resolve the problem of informing someone so that it would not continue with someone else.

⑤ 

I was embarrassed, hurt, and ashamed that I let him talk me into laying on him ▓▓▓▓ and then he tried talking me into leaving my family for him and my future.

When I first joined the Boy Scouts Order of the Arrow ▓▓▓▓ did everything he could to make me feel I could trust him, with lots of compliments and praise. The young Scouts appreciate praise and attention, but not to be violated or for the wants of a violator. It is shameful the Boy Scouts won't step up to the plate and be more responsible to provide protection and security from sexual abuses.

This experience distance me from something I enjoyed, but became a fear. My quitting even discouraged my brother without giving him reason as to why I quit the Scouts.


⑥

In conclusion it has been a shameful experience, one I don't want to see continuing for others or myself. I want the Boy Scouts to step up and take the responsibility of making sure this behavior stops. I know they have power and money, if they aren't held accountable they just keep getting things their way, yet forcing those victomized to live in shame.

Boy Scouts face your realities and consequences, and take care of those who have had the same experience. Pennies on the dollar is not the answer.

Thank you