Clerk of Court                    May 16, 2021

US Bankruptcy Court
824 Market Street 6th Floor
Wilmington DE 19801

RE: BSA Bankruptcy Litigation

███████████████████████████

Dear Clerk:
Please file this correspondence in Justice Silverstein's Court for the above described BSA Bankruptcy case. My Creditors claim ████████ Thankyou.

Finest Regards,

████████████████

Justice Lauri Silverstein
BSA Bankruptcy Case
Wilmington DE 19801

May 16, 2021

Honorable Justice Silverstein:

Please accept this correspondence in the spirit it is written, as an honest attempt to express how I became involved in this case, and why the ultimate result is important to me.

As a child in Rockledge, Florida, I had a promising future. Growing up middle class in a beautiful area, I excelled in academics and received top marks in all my classes. I participated in programs for "gifted" students and many other extracurricular activities, including Cub Scouts and Boy Scouts. By far, however, my negative experiences in Boy Scouts had the most dramatic and profound effect upon my life.

I will not here describe the sickening and abominable abuse I suffered at the hand of these predators - my attorneys have the specific details in my file in their possession, and I am certain those details have been disclosed to those who need to know. I do intend to take this opportunity to relate the life-changing damage that abuse had upon my life. I'll be as breif as possible.

As was typical of the time, my parents trusted the Boy Scouts and these Scout Leaders unconditionally, often allowing them to bring me home after weekly "troop meetings", thereby unintentionally facilitating opportunities for ever more abuse. The vast majority of the most serious abuse I suffered happened on "camping trips" and "Jamborees" on Boy Scout properties, and my parents readily signed off on these away trips, thinking it a good, inexpensive way for me to learn valuable lifeskills.

(1)

Instead, because of the negligence and indifference of decision-makers at BSA, I became an abused and broken young man, full of fear, mistrust, and confusion. The negative feelings I had about myself and the Boy Scouts I cannot even begin to describe. My life fell apart.

Years into the future I still blamed my parents for not believing me, having taken the side of the abusers, the well-known and trusted Troop Leaders, when I tried to tell them (with humiliation & embarassment) why I was crying for no apparent reason. I was even paddled and told to "straighten-up." My parents took their own guilt and regret with them to their graves, and I know they would now want me to pursue this claim to the bitter end - if not for myself, but for them. For this reason and more, I can never forgive nor forget the BSA.

When my attorney informed me that my claim for abuse compensation might be swept away for a scintilla in this current reorganization plan, I knew I must write the Court this letter. To me, this case is about the decisions and actions (or inactions) of an organization that left damaged and destroyed lives in its wake.

The wake of my abuse left me to begin smoking before I left 7th grade. I had my first arrest at school in 8th grade. I attempted High School and 9th grade to no avail. I couldn't concentrate - I dropped out. I became drug addicted. I wanted to forget about my past. My hopes for a career in law or medicine were over with the first of numerous arrests and felony

(2)

convictions. Age inappropriate relationships came and went. In and out of jails and jobs, my life was a rollercoaster of bad decisions fueled by self-hate. I loathed myself and was disgusted by my reflection in the mirror. I cut myself and attempted suicide, the last attempt occurring two days after Christmas this past year (2020). I used ever more dangerous and deadly drugs, overdosing and then recovering for brief periods in treatment facilities and jails.

My truth is not a pretty one, but this much I do know: the happiest and most optimistic days of my life ended soon after I put on my ▓▓▓▓ Boy Scout uniform.

I said this letter would be brief. I am in recovery now, yet my hands shake as I write this. I spent many hours deciding what to write, what to leave out. I apologize if too many words came tumbling to this paper tonight. I just thought you should know what this case is really about, to me, and to people just like me. I hope you read it.

Cordially,

(3)