To: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

From: ███████████████

FILED
2021 MAY 25 AM 8:38
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honer: I am contacting you in regards of reference claim ███████ praying that the court will take in consideration the catastrophic harm that I have suffered at the hands of adult Boy Scout Leaders.

After suffering years of abuse I had decided to come forward to bring to light the truth of what was done to myself starting in the 1960s as an active member of the Boy Scouts of America.

I had been living a clean innocent childhood unaware of the life harming actions of sexual predators.

My loving law abiding parents ████████████████ had encouraged me to continue to grow into a moral, hard working young man, and encouraged me to apply for a job working at a Boy Scout summer camp.

My trusting parents helped me contact the Los Angeles Area Counsel to see if I could start working at the age of 13 years old, and due to the fact that I would turn 14 years old in June they assigned me to work at the ████████████████████████████████ as my camp supervisor working on weekends until summer camp started.

So leading up to the start of summer camp each friday night my trusting mother and father would drive me from ██████████████████████ to camp. On sunday night my mother and father would drive back and pick me up wanting to hear what my weekend camp work was like.

I knew that if I told them that on friday and saturday night that I was allowed to go anywhere I wanted with out suppervision my job would be over right then, so I kept my secret.

Page 1 of 3 pages

The older boys encouraged me to not tell anyone that we were free to go into town, and helped me get beer and wine and suffer my first drunk. One of the leaders took us to Ports of Call to the Brookside Winery as he gained my trust, after the older boys went to shore the adult ███████████████████████████████████ good and my inhabitions were lowered by me being drunk.

This became a weekly event each weekend, until summer camp started, then it happened almost every night, the great shame of what I was allowing to be done to me was too much for me to admited to my decent loving mother and father, I was learning to keep secrets of my abuse.

This abuse continued for years as I became both an alcoholic, a sexual adict carrying the life harming shameful guilt, and later drug adiction, from the long term effects of my childhood trauma.

The long term effects have caused me to suffer with poor self-esteem, self-contempt, self-hate, with out self-restraint.

What I learned was my normal was so wrong, I became perverted in my own thinking and actions, I did not know right from wrong.

This <u>catastrophic harm</u> has not only caused me harm, it has caused me to not be able to be trusted by my wife, my business partners, by my friends and clients, it has cost me my honor, my self-esteme, my homes, my pride, everything that I have ever earned, and my freedom for years. I have paid every dime that I was ordered by the court to pay, it has cost me everything, I ask that you make the Boy Scouts of America, and the companies that insure them to do exactly what I have had to do. Become accountable and pay every last dime.

They have high paid attorneys, I had nothing left when I went to court. Please do not allow them to escape justice.

The adult Boy Scout Leader ████████████████ got away with distroying my life, this man never was arrested, yet what ████ taught me to do got me arrested and suffered in so many ways.

I know that I am not the only victume, innocent children both boys and girls have been harmed for life, please do not allow the high priced attorneys to sweep us all under their rugs.

Its time that all the ugly secrets come to light, please make them pay and not escape justice again, there are too many of us victumes.

My shame will never go away, I can not hold my head up with pride, I will forever suffer my shame.

Please know that I need your help, I wait to hear from you.

