**FILED**

Hon. Justice Lauri Selber Silverstein,
824 Market St.  6th Floor
Wilmington, DE  19801

2021 MAY 25  AM 8:38

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



MAY 14, 2021

<u>BSA BANKRUPTCY CASE</u>/ ▮▮▮▮▮

Dear Justice Silverstein,

    I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ am a CLAIMANT in the current B.S.A. litigation. My case number is, ▮▮▮▮▮▮, and I am represented by primarily the, AVA LAW GROUP, of San Diego CA., who recently informed me that the mediation attempts were very unproducted. Therefore I would respectfully ask this Honoable could to accept this letter to be used as you see fit.

    I was sexually abused in 1978 as a 14 year old boy. This horrible thing was done by some kind of a B.S.A. event coordinator, with the help of my own Scout Master. People who had charge over my safety and who were suppose to protect me.

(1)

I was 14 years old. I was an excellent student, actively involved in church, and a boy scout. All in all, I was a good boy. After I was sexually abused, I quit the Scouts, left church, and began to be very rebellious and I lost all respect for authority and did not trust anyone. I was in and out of custody untill I turned 18 and as an adult. I have spent 35 of the last 40 years of my adult life in prison.

I've lived with the bitterness and the shame for over 40 years of being abused like I was. I've made serious mistakes and I've been held accountable to the fullest extent, but that is how Justice works. Now it is time for this same Justice to work in my favor. The BSA and all of their insurance providers are liable now, but they are attempting to try the same old tricks by not being fully accountable and down-playing the key issue, sexual abuse on kids, a horrible crime.

(2)

The insurance providers seem to think they are not actually liable to honor the policies held by the BSA and they are using monetary amounts to over-shadow the entire issue at hand, which is sexual exploitation a kids.

I beg of this Honor Court to hold them all accountable. Force each an every insurer to fully honor the policy they covered for the B.S.A. now. This is not something anyone should ever be allowed any wiggle room in! Please, see to it that Justice prevails. With this I pray the Court will take my comments into consideration and I will gladly do anything I can to help.

Respectfully,

Date:

(3)