

**FILED**

2021 MAY 25  AM 8:38

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 7, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

Re: Boy Scouts of America

Dear Judge:

My name is ▇▇▇▇▇▇▇▇ and I am one of the victims in the pending BSA case in your court. I have been told by my attorneys that BSA is attempting a reorganization in this matter and that they are attempting to continue as an organization while only compensating the victims a pittance compared to the trauma we endured.

I am not an attorney or a professional and could barely read or write until after school. I have a gift for carpentry and earn a living as a laborer. I had to ask a friend to type this letter to you.

However I believe in America and the judicial system and believe the only reasons you put on the black robes each day is to be a voice for forgotten victims like me.

I am one of 5 children of a divorced mother. My alcoholic father provided neither support or his presence. My mother trusted the Boy Scouts to instill American virtues and provide manly values and guidance. I have a high metabolism and was a small child easily manipulated and threatened. I cannot describe the inexplicable horrors I endured as the boy picked out for "extra attention and help" by my scout leader. He systemically abused me for extended closet and overnight sessions and threatened to murder my family if I revealed it.

I cannot describe the continuing nightmares I endure and the terrible detrimental impact the abuse has had on my life. You are my only hope for some acknowledgement and justice. I can only beg you for help, I believe BSA management knew of the abuse and swept it under the rug. I do not know how the system works but I would be happy to talk to you about it.

Please, please do not accept the reorganization proposal and give me some justice. Sorry to bother you judge.

Sincerely,

