From: ▮▮▮▮▮▮▮▮▮▮▮▮

If More Needed Please Let me Know Thank you..

To Whom this May Concern:

Well, I WAS borneD ▮▮▮▮▮▮▮▮ and my mother WAS A WonderFul Person, and my Father WAS A good man, He DiD go through Some Rough Times, He WAS A Printer he WorkeD at a Company BonhoFimine Printing and He Lost his Job Due to eye Issues and He Took it hard and things were not good at home. He DiD Abuse me Really baD Just pshycially Punching and hitting me. SO I WAS

In A Bad Spot At Home. And that was about the years 1978-1981 And that is when I Joined the Boy Scouts and I Really Liked that alot. I Did not have many Freinds and my Sister ▇▇▇ was Really my best Freind. Well, we went through some Rough times our house Caught on Fire ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and we move to A house on Main street and it was A Really nice Place to Live, I Actully had my Very own Room. But there was A Laundry mat Called

Dirty Dans Laundry and I would go down there and play around it and I Also helped the Lady that worked there. Her Name WAS ▉ and she was A very nice Lady. Well, I got to Know her Son and his Name was ▉ and the was a Leader of our Pack and He was a quiet Person. He had A LiL Motor bike it was A honda 70 and it was Gold and He Let me Ride that and man that was so Fun I would Love to Ride that

and we became very freindly and He was older and I Really Liked His Freindship and He helped me with my Pine wood Derby Car my Dad helped me but I Remember ▮▮▮ Put work into it and he even Put lead weights on it. We Went on A boy scout outing 3- DAys at the Camp in ▮▮▮▮▮▮ Down the Road From Memorial Hospital and that

stuff. But when happen I Did not Really Know what I DiD. See at these Times I WAs being beat at home and ███ would be there For me and Him being my PAck Leader I Really Looked up to him. The Room outside of the Multi Purpose building it WAS the Nurses Room and I Remember after the RAce at the Pine wood Derby RAce ███ took me in there and SaiD make me Feel good ███ and I Was gonna hug him I Put my arms out and he WAs unzipping his Pannts and



by that. I Trusted ▇ my Pack
Leader.
Sorry I had to take a break
Man my mom asked me seveal
Times was ▇ being nice to you
and I never told her about ▇
As, I said I went through some
Issues with my Father and I
Was Taking things Really Rough

But I WAS stuck in A Rut I DiD not Want to go home being AbuseD anD I Can't explain how ▮ DiD me. It got so out of hanD with ▮ being Rough on me. IF I WanteD to Ride mini Bike I would have to make Him happy thats what he Called it.

▮

Would be. I still Remember me anD ▮ Would be at his house anD

My mom and Dad would think I was Safe, when I was being Sexually Abused. I Gotta Tell you I Really don't Know what to Say My Life has been A Roller Coaster and me growing up It's Like the People I trusted and Looked up Too the Hurt the Worse.

I was Introduced to DRugs and Booze, and ▮▮▮ drank see He was older than me and he drank Busch beer and I was about 13 years old and that's about the Same Time ▮▮▮ Freind ▮▮▮

Is where it all happened.
I would like to say something
When I joined the Boy Scouts
I never expected to have had
to experince this. Me Growing up
I was scared I was scared of
what my father was going to do
I went through some terrible times
I was taken from my parents, and
I was also caught up with my pack
Leader when I thought he cared
and was helping me and when he
was sexually hurting me and I

Will Never Forget that Part of my Life. I Know it's the chooices of my Life have been Rough on me there but Joining the Boy Scouts was at a very Rough time of my Life with my Father. But ▮ was Put in Charge of being Responsible For the Guys in my Group. I Learned alot in the Boy Scouts and had a good time Also. But there was ▮ and He Hurt me soo bad and I Went thru stuff at School and Camping and His House it was Called make me Happy, Me being A Man Today I am

Hurt, bothered and Really Saddened By me being Abused by my Father, and I Really thought ▮ Caled, But At the end ▮ was Just Like my Father but only Differnt-thing I was Abused By ▮ By Sexual-Abuse!!!

I will and I am Ready to testify if you need me. Any help that I Can help I will..

I Pray today that Kids have the Courage To stand up and let some-one Know what is Really happening. I only wish I would of TOLD My Mother..

Today I Live A Good Life I am Happy I have A Girl Friend and We are happy.

She's seen me Crying and she Knows How good of A Person I am and she's Bothered by Knowing what happened I've shared it with Her and I only wish I Could of Told my Dear Mother about ▓▓▓, she Knew He was Dark she asks me and I Did not Tell her, because ▓▓▓▓▓▓▓▓▓▓▓ Knew ▓▓▓ was Dirty.

Please Let this Letter be Concluded

Here Today.

You can Contact me At

[redacted]

May God Bless you and your Family and Freinds and the World..

Thank you

[redacted]

FILED 2021 MAY 25 AM 8:31 US BANKRUPTCY CLERK DISTRICT OF DELAWARE