Ref ▮▮▮▮▮▮

Your Honor

I am writing to explain how being sexually assaulted has affected me since it happened.

First the confused feelings I had along with being scared and how to stop it before it went futher, and I just simply yelled out "no" because I knew I was in the middle of a bunch of Boy Scouts, that were in the dark all around me.

I worried about if anybody knew what happened a lot, and I was ashamed. I couldn't stop thinking about how ▮▮▮▮▮ was also a friend to my older brother and my family knew him, and that it might happen again.

What was going to happen on the next day or next meeting. When ▮▮▮▮▮ got up so quick and left the looked dark site, the ▮▮▮▮▮ and could kill me.

When I yelled out no, more than one Boy Scout in the dark asked if I was o-k and flash lights came on to see, and all I said was I am now, and had a hard time sleeping. It was my very first over-night camping trip with the Boy Scouts.

I really wanted to stay in scouts, it was important to me to be the best, and be a eagle scout, to me that meant you were the best.

So I kept going and ▮ had quit the scouts in just a short time, and I was relieved but, my older brother ▮ ▮ had not, ▮ my brother had bullied me a lot, and would put me in full nelson holds and try to break my neck more than once.

Then on the way to another camping trip, while riding in the dark, up in the top bunk, my brother ▮ laid on top of me and push

▮

▮ It was on Hwy 395 Hwy near Ridgecrest in and close to the Mohavie desert and still remember exactly to this day the High way signs, and his breathing in my left ear, I told my family and some friends and you know what my family said to me. Don't say anything to anybody it will hurt the family. Especially my oldest ▮ brother ▮ He did not want me to tell.

my brother ███ pumps on me so hard he actually poinered the camper front off top of the bed of the truck and the driver pulled over off to the side of the highway to see what was going on in back of the camper and thats why my brother ███ who lives right now in Moreno Valley Riter side, Cal had to stop what he was doing to me. The drivers were my parents and took me up front crying with them. I was told not to talk about it now. I hated my brother ███ and wanted to kill him many hundreds of times and for years I have kepted this secret until the 1990's I was so upset about it, I started talking about it and I had mixed reactions from family and others.

So you ask me how it has affected me.
OK.
I have had emotional problem tracable thou all my twelve years of school, I went thru a period of doing alot of drugs and was suicidal off and on thru life, I would stick up for myself and fight anybody and got in legal trouble from drugs and Fighting with neighbores never starting it but just not backing down, and I always seem to get the worst end of it. Even in my marrige it had a great affect when I told my wife, she changed towards me Oer relationship was never the same, she could not stand me touching her anymore, I was a big mistake. Devorse & I have been alone 25 yrs now, I have been in and out of crisest Lassen Mental health in groupes and theripists for years. And I have had enough of spelling my guts out to everyone. My kids don't want to see me. That hurts, I have been all alone for many years and I truely believe I suffer from Post tramatic stess syndrome, and I can't stop it. I can't be around people because I don't want them to see me →



Their is so much more that happened
so much more I went thru
ite unfair for anyone to go ~~thru~~ thru
life thrying to fight aganist wrong
and the constant mind reminding
you.
I fight everyday aganist night and
day sinaire os of battels new ones, ~~made~~
made up and old ones, everyday

Fighting with myself.