**EXHIBIT A**

**COMPENSATION BY PROJECT CATEGORY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**March 1, 2021 through March 31, 2021**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 2.90 | 1,665.00 |
| Creditor Communications and Meetings | 0.90 | 591.50 |
| Fee Applications (MNAT - Filing) | 9.00 | 3,912.00 |
| Fee Applications (Others - Filing) | 23.40 | 10,579.50 |
| Other Contested Matters | 18.90 | 12,923.00 |
| Court Hearings | 19.20 | 12,990.50 |
| Claims Objections and Administration | 20.50 | 12,689.50 |
| Plan and Disclosure Statement | 23.20 | 14,155.50 |
| Litigation/Adversary Proceedings | 18.10 | 11,287.50 |
| Professional Retention (MNAT - Filing) | 0.30 | 206.50 |
| Professional Retention (Others - Filing) | 0.40 | 259.00 |
| Schedules/SOFA/U.S. Trustee Reports | 0.60 | 343.00 |
| **TOTAL** | **137.40** | **$81,602.50** |

**Time Detail**

**Task Code:**     B110     Case Administration

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 03/01/21 | Topper, Paige | Review PI adversary proceeding for service questions and email to E. Rosenberg re: same. | 0.1 | 56.00 |
| 03/02/21 | Abbott, Derek C. | Confer with P. Topper re: service of disclosure statement notice | 0.1 | 99.50 |
| 03/02/21 | Topper, Paige | Emails with E. Rosenberg and Omni re: service of motion to extend termination date for PI adversary. | 0.2 | 112.00 |
| 03/02/21 | Topper, Paige | Call with B. Warner and Omni re: service of disclosure statement notice (.2); review rules re: same and confer with M. Harvey re: same (.2); confer with D. Abbott re: same (.1). | 0.5 | 280.00 |
| 03/03/21 | Remming, Andrew | review email from ECCF re inquiry; review email from PNT re same | 0.1 | 87.50 |
| 03/03/21 | Poland, Byron | Review and complete e-mail request from attorney/paralegal- provide technical support, prep selected documents and files for further processing as per attorney/paralegal instructions. | 0.1 | 35.00 |
| 03/03/21 | Topper, Paige | Email from ECCF re: service of documents (.1); emails to Omni, B. Warner and E. Moats re: same (.1). | 0.2 | 112.00 |
| 03/03/21 | Topper, Paige | Draft email to chambers re: outstanding orders. | 0.3 | 168.00 |
| 03/03/21 | Topper, Paige | Emails with chambers re: plan and disclosure statement requests (.2); call with M. Leyh re: same (.2); and prepare documents re: same (.1). | 0.5 | 280.00 |
| 03/04/21 | Remming, Andrew | review email from T. Pullan re filing | 0.2 | 175.00 |
| 03/08/21 | Leyh, Meghan | upload order for Third Omnibus CoC | 0.1 | 34.50 |
| 03/18/21 | Remming, Andrew | review email from D. Lambert re consent order | 0.1 | 87.50 |
| 03/24/21 | Leyh, Meghan | review and respond to email from P. Topper re: standing motion; draft Agenda for April 15 hearing | 0.4 | 138.00 |

|  |  | **Total** | **2.9** | **1,665.00** |
|---|---|---|---|---|

**Task Code:**     B150     Creditor Communications and Meetings

2

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/05/21 | Remming, Andrew | review notice re TCC town meeting | 0.1 | 87.50 |
| 03/05/21 | Remming, Andrew | review letter from survivor | 0.1 | 87.50 |
| 03/08/21 | Moats, Eric | Phone call w/ creditor re: status of case. | 0.2 | 119.00 |
| 03/15/21 | Moats, Eric | Email M. Leyh and team re: handling of abuse claimant letters and discussion w/ Omni re: same. | 0.2 | 119.00 |
| 03/15/21 | Moats, Eric | Email exchange w/ B. Warner re: letters from abuse claimants and handling of same. | 0.2 | 119.00 |
| 03/18/21 | Moats, Eric | Email exchange w/ Ogletree team re: creditor inquiry on abuse claim case number. | 0.1 | 59.50 |
| | | **Total** | **0.9** | **591.50** |

**Task Code:** B160     Fee Applications (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/02/21 | Vale, Desiree | E-file CNO to Morris Nichols Eleventh Fee Application (.1); e-mail to Alvarez Marsal re same (.1) | 0.2 | 69.00 |
| 03/02/21 | Vale, Desiree | Draft CNO to Morris Nichols December Fee Application (.2); update and e- file same (.2); communication with Alvarez Marsal re processing (.1) | 0.5 | 172.50 |
| 03/02/21 | Topper, Paige | Review and revise CNO re: Morris Nichols December fee application. | 0.1 | 56.00 |
| 03/05/21 | O'Neill, Vicki | Draft CNO re Morris Nichols Twelfth Fee Application. | 0.2 | 69.00 |
| 03/07/21 | Vale, Desiree | Draft Morris Nichols Fourth Fee Application | 1.5 | 517.50 |
| 03/08/21 | Vale, Desiree | Draft Morris Nichols Fourth Interim Fee Application | 2.5 | 862.50 |
| 03/08/21 | Topper, Paige | Review CNO re: Morris Nichols monthly fee application. | 0.1 | 56.00 |
| 03/08/21 | O'Neill, Vicki | File CNO re Twelfth Fee Application | 0.3 | 103.50 |
| 03/09/21 | Topper, Paige | Review Morris Nichols fee applications and relevant fee orders. | 0.4 | 224.00 |
| 03/09/21 | Topper, Paige | office conf. w/ A. Remming and D. Vale re MNAT fee app status | 0.1 | 56.00 |
| 03/09/21 | Remming, Andrew | office conf. w/ P. Topper and D. Vale re MNAT fee app status | 0.1 | 87.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/09/21 | Topper, Paige | Call with E. Moats re: third omnibus fee order and Morris Nichols fee application. | 0.3 | 168.00 |
| 03/09/21 | Moats, Eric | Call w/ P. Topper re: Morris Nichols fee application and third omnibus order. | 0.3 | 178.50 |
| 03/10/21 | Vale, Desiree | Review and respond e-mail from A. Remming re Morris Nichols fee applications and fee orders | 0.2 | 69.00 |
| 03/25/21 | Topper, Paige | Review and revise fourth interim fee application. | 0.6 | 336.00 |
| 03/25/21 | Topper, Paige | Call with E. Moats re: Morris Nichols fourth interim fee application and abuse claimants letters to court. | 0.4 | 224.00 |
| 03/25/21 | Remming, Andrew | review email from P. Topper re MNAT fee app | 0.1 | 87.50 |
| 03/25/21 | Moats, Eric | Phone call w/ P. Topper re: MNAT 4th interim fee app and abuse claimants letters to court. | 0.4 | 238.00 |
| 03/26/21 | Remming, Andrew | review email from P. Topper re fee app question | 0.1 | 87.50 |
| 03/29/21 | Topper, Paige | Finalize Morris Nichols' fourth interim fee application for filing. | 0.2 | 112.00 |
| 03/29/21 | Leyh, Meghan | file Fourth Interim Fee App of Morris Nichols (.3); send to Omni for service (.1) | 0.4 | 138.00 |
| | | **Total** | **9.0** | **3,912.00** |

**Task Code:** B165    Fee Applications (Others - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/02/21 | Moats, Eric | Email exchange w/ K. Davis re: Ogletree interim fee apps and UST guidelines re: same. | 0.2 | 119.00 |
| 03/03/21 | Vale, Desiree | E-file Rucki First Fee Application (.2); coordinate service (.1) | 0.3 | 103.50 |
| 03/03/21 | Vale, Desiree | Draft CNOs to KCIC November and December Fee Applications (.4); communication with professionals re e-filing (.1); e-file same (.2); e-mail to Alvarez Marsal (.1) | 0.8 | 276.00 |
| 03/03/21 | Moats, Eric | Call w/ C. Bingelli re: A&M interim and monthly fee apps. | 0.2 | 119.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/03/21 | Topper, Paige | Finalize first fee application for Rucki Fee Review and emails with D. Vale re: filing and service of same. | 0.2 | 112.00 |
| 03/04/21 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of fee application (.1); prepare & efile Seventh Fee Application of Haynes and Boone, LLP for the Period December 1, 2020 through January 31, 2021 (.5) | 0.6 | 201.00 |
| 03/04/21 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of notice (.1); prepare & efile Notice of Withdrawal of Haynes and Boone, LLP Seventh Fee Application (.2) | 0.3 | 100.50 |
| 03/04/21 | Vale, Desiree | Draft CNO to Ogletree Tenth Fee Application (.1); communication with Ogletree re e-filing (.1); e-file same (.1); e-mail to Alvarez Marsal (.1) | 0.4 | 138.00 |
| 03/04/21 | Topper, Paige | Review Haynes and Boone revised fee application and emails with T. Naimoli re: filing same. | 0.2 | 112.00 |
| 03/04/21 | Topper, Paige | Review notice re: Haynes and Boone 7th monthly fee application and email revisions of same to T. Naimoli. | 0.1 | 56.00 |
| 03/05/21 | Vale, Desiree | Review e-mail from P. Topper re Alvarez Marsal Eighth Fee Application e-filing (.1); draft notice re same (.2); prepare and e-file same (.2); coordinate service (.1) | 0.6 | 207.00 |
| 03/05/21 | Topper, Paige | Review A&M November fee application and emails with C. Binggeli re: same. | 0.4 | 224.00 |
| 03/08/21 | Topper, Paige | Emails with B. Warner, M. Linder, D. Abbott and E. Moats re: OCP payments. | 0.2 | 112.00 |
| 03/09/21 | Vale, Desiree | Draft and e-file Bates White CNO re December Fee Application (.2); e-mail to Alvarez Marsal (.1) | 0.3 | 103.50 |
| 03/10/21 | Topper, Paige | Finalize Sidley fourth interim fee application and email to V. O'Neill and M. Hall re: filing and service of same. | 0.3 | 168.00 |
| 03/10/21 | Topper, Paige | Call with E. Moats re: Ogletree fourth interim fee application. | 0.2 | 112.00 |
| 03/10/21 | Topper, Paige | Email to T. Labuda re: Sidley fourth interim fee application. | 0.1 | 56.00 |
| 03/10/21 | Topper, Paige | Calls (x2) with E. Moats re: interim fee applications. | 0.3 | 168.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/10/21 | Topper, Paige | Review and finalize KCIC fourth interim fee application and email to M. Hall and V. O'Neill re: filing and service of same. | 0.4 | 224.00 |
| 03/10/21 | Moats, Eric | Call with P. Topper re: Ogletree fourth interim fee application. | 0.2 | 119.00 |
| 03/10/21 | Topper, Paige | Review notice of White and Case January fee application and revise same. | 0.1 | 56.00 |
| 03/10/21 | Topper, Paige | Finalize KCIC January fee application (.2); draft notice of fee application (.2); email to T. Naimoli re: filing and service of same (.1). | 0.5 | 280.00 |
| 03/10/21 | Topper, Paige | Review and finalize Ogletree interim fee application and email to Ogletree re: questions to same. | 0.4 | 224.00 |
| 03/10/21 | Topper, Paige | Call with E. Moats re: KCIC January fee application. | 0.1 | 56.00 |
| 03/10/21 | Topper, Paige | Finalize White & Case January fee application and email to T. Naimoli re: filing and service of same. | 0.2 | 112.00 |
| 03/10/21 | O'Neill, Vicki | Filed 4th Interim Fee App for KCIC. | 0.5 | 172.50 |
| 03/10/21 | O'Neill, Vicki | File 4th Interim Fee Application for Sidley. | 0.3 | 103.50 |
| 03/10/21 | Moats, Eric | Call w/ P. Topper re: professional interim fee apps. | 0.3 | 178.50 |
| 03/10/21 | Moats, Eric | Phone call w/ P. Topper re: KCIC fee app. | 0.1 | 59.50 |
| 03/10/21 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of notice (.1); prepare & efile Fourth Monthly Application of White & Case LLP for the Period January 1, 2021 through January 31, 2021 (.4) | 0.5 | 167.50 |
| 03/10/21 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of fee application (.1); prepare & efile Fourth Interim Fee Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., for the Period from November 1, 2020 to and Including January 31, 2021 (.3) | 0.4 | 134.00 |
| 03/11/21 | Topper, Paige | Emails with E. Moats re: PWC combined third fee application. | 0.1 | 56.00 |
| 03/11/21 | Topper, Paige | Review and finalize A&M December fee application and prepare for filing (.3); draft notice re: same (.1). | 0.4 | 224.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/11/21 | Topper, Paige | Review PWC third combined fee application and draft notice re: same. | 0.3 | 168.00 |
| 03/11/21 | Topper, Paige | Review and finalize Bates White January fee application and email to T. Naimoli re: filing and service of same. | 0.5 | 280.00 |
| 03/11/21 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of fee application (.1); prepare & efile Eleventh Monthly Application of Bates White, LLC for the Period January 1, 2021 through January 31, 2021 (.2) | 0.3 | 100.50 |
| 03/11/21 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of fee application (.1); prepare & efile Prepare & efile Third Combined Monthly Fee Application of PricewaterhouseCoopers LLP for the Period November 1, 2020 through January 31, 2021 (.2) | 0.3 | 100.50 |
| 03/11/21 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of fee application (.1); prepare & efile Ninth Monthly Application of Alvarez & Marsal North America, LLC for the Period December 1, 2020 through December 31, 2020 (.4) | 0.5 | 167.50 |
| 03/12/21 | Topper, Paige | Confer with E. Moats re: interim fee application (.1) and email to clerk of court re: same (.1). | 0.2 | 112.00 |
| 03/12/21 | Vale, Desiree | Draft Ogletree CNO re Fee Application | 0.2 | 69.00 |
| 03/12/21 | Moats, Eric | Confer with P. Topper re: interim fee application | 0.1 | 59.50 |
| 03/12/21 | Vale, Desiree | Review and respond e-mail from Bates White re fee applications and CNOs | 0.2 | 69.00 |
| 03/12/21 | O'Neill, Vicki | Draft CNO for Ogletree re Eleventh Monthly Fee Application | 0.2 | 69.00 |
| 03/12/21 | O'Neill, Vicki | Draft CNO for Sidley re Eleventh Monthly Fee Application | 0.2 | 69.00 |
| 03/15/21 | Moats, Eric | Review Haynes and Boone 3rd interim fee app, Email exchange w/ C. Green re: revisions to same, and coordinate for filing and service w/ T. Naimoli. | 0.2 | 119.00 |
| 03/15/21 | Vale, Desiree | Draft CNO re Sidley Fee Application (.1); e-file same (.2); e-mail to Alvarez Marsal (.1) | 0.4 | 138.00 |
| 03/15/21 | O'Neill, Vicki | File CNO for Ogletree re Eleventh Monthly Fee Application | 0.3 | 103.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/15/21 | Moats, Eric | Email J. Rucki re: H&LA expense inquiry. | 0.1 | 59.50 |
| 03/15/21 | Moats, Eric | Review PwC fourth monthly and second interim fee app and coordinate w/ T. Naimoli re: filing and service of same. | 0.3 | 178.50 |
| 03/15/21 | Moats, Eric | Review Bates White 4th interim fee app; email M. Murray re: same; and coordinate w/ T. Naimoli re: filing and service of same. | 0.2 | 119.00 |
| 03/15/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Fourth Interim Fee Application of Haynes and Boone, LLP for the Period November 1, 2020 through January 31, 2021 (.3) | 0.4 | 134.00 |
| 03/15/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Second Interim Fee Application Request of PricewaterhouseCoopers LLP for the Period November 1, 2020 through January 31, 2021 (.2) | 0.3 | 100.50 |
| 03/15/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Fourth Interim Fee Application Request of Bates White, LLC for the Period November 1, 2020 through January 31, 2021 (.3) | 0.4 | 134.00 |
| 03/15/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Fourth Monthly Fee Application of PricewaterhouseCoopers LLP for the Period February 1, 2021 through February 28, 2021 (.2) | 0.3 | 100.50 |
| 03/16/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Second Interim Application of White & Case LLP for the Period November 1, 2020 through January 31, 2021 (.3) | 0.4 | 134.00 |
| 03/16/21 | Moats, Eric | Email exchange w/ K. Murray re: interim fee apps. | 0.1 | 59.50 |
| 03/16/21 | Moats, Eric | Revise CNO re: H&LA final fee app and email exchange w/ J. Rucki re: same. | 0.2 | 119.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 03/16/21 | Moats, Eric | Review W&C second interim fee app and email exchange w/ T. Naimoli re: filing and service of same. | 0.3 | 178.50 |
| 03/16/21 | Moats, Eric | Email exchange w/ D. Vale re: H&LA final fee app order. | 0.1 | 59.50 |
| 03/16/21 | Moats, Eric | Email B. Warner re: H&LA final fee app CNO. | 0.1 | 59.50 |
| 03/17/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Twelfth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for the Period from February 1, 2021 to February 28, 2021 (.4) | 0.5 | 167.50 |
| 03/17/21 | Vale, Desiree | Draft CNO to Quinn Emanuel December Fee Application (.2); communication with professional re same (.1); e-file same (.1); e-mail Alvarez Marsal for processing (.1) | 0.5 | 172.50 |
| 03/17/21 | Moats, Eric | Review Ogletree February fee app and revise same (.3); email exchange w/ K. Murray re: same (.1); and email exchange w/ T. Naimoli re: filing and service of same (.2). | 0.6 | 357.00 |
| 03/17/21 | Moats, Eric | review A&M January fee app (.2); email exchange w/ C. Bingelli re: same (.1); and email exchange w/ T. Naimoli re: filing and service of same (.1). | 0.4 | 238.00 |
| 03/17/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Tenth Monthly Application of Alvarez & Marsal North America, LLC for the Period from January 1, 2021 to and Including January 31, 2021 (.3) | 0.4 | 134.00 |
| 03/22/21 | Moats, Eric | Email exchange w/ B. Cornely re: Rucki first fee app CNO and filing of same. | 0.1 | 59.50 |
| 03/23/21 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of fee application (.1); prepare & efile Fourth Interim Fee Application of Alvarez & Marsal North America, LLC for the Period November 1, 2020 through January 31, 2021 (.4) | 0.5 | 167.50 |
| 03/23/21 | Topper, Paige | Review A&M fourth interim fee application and emails with C. Bingelli re: same. | 0.3 | 168.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/23/21 | Topper, Paige | Review CNO for Haynes and Boone and A&M fee applications and email to B. Cornely re: revisions to same. | 0.2 | 112.00 |
| 03/23/21 | Topper, Paige | Emails with T. Naimoli and E. Moats re: CNO for Haynes and Boone and A&M fee applications. | 0.1 | 56.00 |
| 03/23/21 | Topper, Paige | Finalize A&M fourth interim fee application and emails with T. Naimoli re: filing and service of same. | 0.4 | 224.00 |
| 03/25/21 | Topper, Paige | Review and revise CNO re: White & Case fourth monthly fee application. | 0.1 | 56.00 |
| 03/25/21 | Topper, Paige | Call with E. Moats re: Haynes and Boone fourth interim fee application. | 0.2 | 112.00 |
| 03/25/21 | Moats, Eric | Call with P. Topper re: Haynes and Boone fourth interim fee application. | 0.2 | 119.00 |
| 03/25/21 | Topper, Paige | Revise and finalize Haynes and Boone fourth interim fee application. | 0.2 | 112.00 |
| 03/25/21 | Leyh, Meghan | file Fourth Interim Fee app of Haynes and Boone | 0.3 | 103.50 |
| 03/25/21 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of certificate (.1); prepare & efile Certificate of No Objection Regarding the Fourth Monthly Application of White & Case LLP for the Period January 1, 2021 through January 31, 2021 (.1) | 0.2 | 67.00 |
| 03/29/21 | Topper, Paige | Emails with J. Rucki and E. Moats re: Morris Nichols January fee application and Rucki Fee Review quarterly. | 0.1 | 56.00 |
| 03/30/21 | Topper, Paige | Review and finalize Rucki fee review first interim fee application. | 0.3 | 168.00 |
| 03/30/21 | Topper, Paige | Review and revise CNO for Bates White fourth interim fee application and White & Case second interim fee application. | 0.2 | 112.00 |
| 03/30/21 | Leyh, Meghan | file Rucki Interim Fee App | 0.3 | 103.50 |
| | | **Total** | **23.4** | **10,579.50** |

**Task Code:**    B190    Other Contested Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/01/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of report (.1); prepare & efile First Mediator's Report (.2) | 0.3 | 100.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/01/21 | Remming, Andrew | review stip re appeal dismissal | 0.1 | 87.50 |
| 03/01/21 | Moats, Eric | Review mediators report and email exchange w/ T. Naimoli re: filing of same. | 0.1 | 59.50 |
| 03/02/21 | Remming, Andrew | Review FCR joinder to TCC response to mediators report | 0.1 | 87.50 |
| 03/02/21 | Remming, Andrew | review TCC response to mediation report | 0.1 | 87.50 |
| 03/02/21 | Remming, Andrew | review first mediators report | 0.1 | 87.50 |
| 03/02/21 | Topper, Paige | Review TCC response to first mediators' report. | 0.1 | 56.00 |
| 03/04/21 | Remming, Andrew | Review Coalition joinder to TCC/FCR objections to mediators report | 0.2 | 175.00 |
| 03/04/21 | Abbott, Derek C. | call w/Conaway re: depo to perpetuate evidence (.1); call and correspondence to M. Andolina re: same (.1) | 0.2 | 199.00 |
| 03/05/21 | Abbott, Derek C. | correspondence to Andolina re: survivor deposition issue | 0.1 | 99.50 |
| 03/05/21 | Remming, Andrew | review FCR joinder to TCC statement re mediators' report | 0.1 | 87.50 |
| 03/11/21 | Topper, Paige | Emails with S. Stamoulis re: 2019 motions and March 17 hearing. | 0.2 | 112.00 |
| 03/11/21 | Abbott, Derek C. | correspondence to M. Andolina re: depo to perpetuate testimony | 0.1 | 99.50 |
| 03/11/21 | Abbott, Derek C. | review issues re: TCC litigations | 0.2 | 199.00 |
| 03/12/21 | Remming, Andrew | Preliminary review of TCC standing motion | 0.1 | 87.50 |
| 03/14/21 | Remming, Andrew | review and respond to email from E. Moats re intervention | 0.1 | 87.50 |
| 03/15/21 | Topper, Paige | Call with E. Moats re: Century counsel's email re: 2019 motions. | 0.1 | 56.00 |
| 03/15/21 | Moats, Eric | Call with P. Topper re: Century counsel's email re: 2019 motions. | 0.1 | 59.50 |
| 03/15/21 | Remming, Andrew | review FCR and TCC motion for standing | 0.4 | 350.00 |
| 03/15/21 | Remming, Andrew | review FCR and TCC proposed challenge complaint | 0.3 | 262.50 |
| 03/16/21 | Remming, Andrew | review TCC status report | 0.3 | 262.50 |
| 03/17/21 | Remming, Andrew | review TCC, et al motion to withdraw the reference | 0.4 | 350.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 03/18/21 | Moats, Eric | Review district court rules re: withdrawal response deadlines and email M. Linder and W&C team re: same. | 0.2 | 119.00 |
| 03/18/21 | Moats, Eric | Review motion to withdraw reference. | 0.4 | 238.00 |
| 03/18/21 | Remming, Andrew | review email from M. Linder re withdrawal motion questions | 0.1 | 87.50 |
| 03/22/21 | Remming, Andrew | emails w/ M. Linder and E. Moats re response to motion to withdraw reference | 0.1 | 87.50 |
| 03/23/21 | Topper, Paige | Finalize response to TCC emergency motion and emails with C. Hare re: filing and service of same. | 0.4 | 224.00 |
| 03/23/21 | Topper, Paige | Call with E. Moats re: TCC emergency motion, amended DS notice, and notice of status conference. | 0.5 | 280.00 |
| 03/23/21 | Remming, Andrew | emails (4x) w/ P. Topper and B. Warner re filing response to TCC mediation motion | 0.1 | 87.50 |
| 03/23/21 | Topper, Paige | Review local rules and email to E. Rosenberg and E. Moats re: withdrawal of reference. | 0.3 | 168.00 |
| 03/23/21 | Remming, Andrew | review further email from B. Warner re response to TCC mediation motion | 0.1 | 87.50 |
| 03/23/21 | Topper, Paige | Emails with M. Linder, J. Lauria, M. Andolina, L. Baccash, E. Moats and D. Abbott re: standing motion. | 0.1 | 56.00 |
| 03/23/21 | Moats, Eric | Phone call w/ P. Topper re: TCC emergency motion, DS re-noticing, and notice of status conference. | 0.5 | 297.50 |
| 03/23/21 | Moats, Eric | Phone call w/ P. Topper re: standing motion and withdrawal of reference filings. | 0.3 | 178.50 |
| 03/23/21 | Topper, Paige | Call with E. Moats re: withdrawal of reference and standing motion. | 0.3 | 168.00 |
| 03/23/21 | Topper, Paige | Review draft response to TCC mediation motion and related motion to shorten. | 0.2 | 112.00 |
| 03/23/21 | Remming, Andrew | emails (4x) w/ M. Linder and P. Topper re TCC/FCR standing motion | 0.1 | 87.50 |
| 03/23/21 | Topper, Paige | Review TCC motion re: upcoming mediation. | 0.2 | 112.00 |
| 03/23/21 | Moats, Eric | Review TCC mediation motion and accompanying motion to shorten. | 0.3 | 178.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 03/23/21 | Remming, Andrew | review TCC motion to shorten re mediation | 0.1 | 87.50 |
| 03/23/21 | Remming, Andrew | review objection to TCC mediation motion | 0.2 | 175.00 |
| 03/23/21 | Remming, Andrew | review revised version of response to TCC mediation motion | 0.1 | 87.50 |
| 03/23/21 | Remming, Andrew | review TCC motion re mediation | 0.2 | 175.00 |
| 03/23/21 | Leyh, Meghan | email to Court re: objection to TCC mediation motion | 0.2 | 69.00 |
| 03/23/21 | Remming, Andrew | emails w/ B. Warner and E. Moats re response to TCC mediation motion | 0.1 | 87.50 |
| 03/24/21 | Topper, Paige | Email to M. Linder re: motion to withdraw reference and response to same. | 0.2 | 112.00 |
| 03/24/21 | Remming, Andrew | review re-notice of TCC standing motion | 0.1 | 87.50 |
| 03/24/21 | Abbott, Derek C. | Call with P. Topper re: motion to withdraw reference. | 0.1 | 99.50 |
| 03/24/21 | Topper, Paige | Call with E. Moats re: Order denying TCC motion and withdrawal of reference timing re: inquiry from E. Rosenberg. | 0.3 | 168.00 |
| 03/24/21 | Moats, Eric | Phone call w/ P. Topper re: Order denying TCC motion and withdrawal of reference timing re: inquiry from E. Rosenberg. | 0.3 | 178.50 |
| 03/24/21 | Topper, Paige | Call with A. Remming re: withdrawal of reference. | 0.2 | 112.00 |
| 03/24/21 | Topper, Paige | Call with E. Rosenberg re: motion to withdraw reference. | 0.3 | 168.00 |
| 03/24/21 | Topper, Paige | Call with D. Abbott re: motion to withdraw reference. | 0.1 | 56.00 |
| 03/24/21 | Remming, Andrew | tele w/ P. Topper re reference withdrawal | 0.2 | 175.00 |
| 03/26/21 | Topper, Paige | Call with E. Moats re: withdrawal of reference, PWC interim fee application, April omnibus hearing and 2019 motion status. | 0.6 | 336.00 |
| 03/26/21 | Topper, Paige | tele w/ A. Remming re motion to withdraw the reference, motion to estimate | 0.4 | 224.00 |
| 03/26/21 | Remming, Andrew | tele w/ P. Topper re motion to withdraw the reference, motion to estimate | 0.4 | 350.00 |

13

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/26/21 | Moats, Eric | Phone call w/ P. Topper re: withdrawal of reference, PWC interim fee app, April omnibus hearing, and 2004/2019 status. | 0.6 | 357.00 |
| 03/29/21 | Remming, Andrew | Call with P. Topper and E. Rosenberg re: withdraw of reference proceeding (.2); follow up call with P. Topper re: same (.1). | 0.3 | 262.50 |
| 03/29/21 | Topper, Paige | Review notice re: motion to withdraw the reference (.1); confer with D. Culver re: same (.1); email to D. Abbott, E. Moats and A. Remming re: same (.1). | 0.3 | 168.00 |
| 03/29/21 | Topper, Paige | Email to M. Linder, J. Lauria, M. Andolina, A. Remming, E. Moats, E. Rosenberg and D. Abbott re: motion to withdraw reference proceeding (.2); email to J. Ying and A. Remming re: same (.1). | 0.3 | 168.00 |
| 03/29/21 | Topper, Paige | Call with J. O'Neill re: notice of withdraw of reference. | 0.1 | 56.00 |
| 03/29/21 | Remming, Andrew | tele w/ P. Topper re reference withdrawal | 0.1 | 87.50 |
| 03/29/21 | Topper, Paige | Review notice of hearing on estimation motion (.1) and call with E. Fay re: same and withdrawal of reference motion (.1). | 0.2 | 112.00 |
| 03/29/21 | Remming, Andrew | review email from M. Linder re motion to w/draw reference | 0.1 | 87.50 |
| 03/29/21 | Remming, Andrew | email w/ P. Topper re district court procedures and contact w/ TCC re same; review email from M. Linder re same | 0.1 | 87.50 |
| 03/29/21 | Topper, Paige | Review district court rules re: notice re: withdraw of reference proceeding (.1); confer with M. Harvey re: same (.2); call with A. Remming re: same (.2). | 0.5 | 280.00 |
| 03/29/21 | Remming, Andrew | further tele w/ P. Topper re reference withdrawal | 0.2 | 175.00 |
| 03/29/21 | Topper, Paige | Call with A. Remming and E. Rosenberg re: withdraw of reference proceeding (.2); follow up call with A. Remming re: same (.1). | 0.3 | 168.00 |
| 03/29/21 | Remming, Andrew | emails w/ P. Topper re district court procedure questions | 0.1 | 87.50 |
| 03/29/21 | Remming, Andrew | emails w/ P. Topper and D. Abbott re notice re motion to w/draw reference | 0.1 | 87.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 03/29/21 | Abbott, Derek C. | review motion to withdraw reference | 0.3 | 298.50 |
| 03/29/21 | Harvey, Matthew B. | Confer with PNT re: withdrawal of the reference. | 0.2 | 170.00 |
| 03/29/21 | Remming, Andrew | review order denying TCC mediation motion | 0.1 | 87.50 |
| 03/29/21 | Topper, Paige | Email to M. Linder, E. Rosenberg, D. Abbott and A. Remming re: notice of withdraw of reference. | 0.2 | 112.00 |
| 03/29/21 | Topper, Paige | Call with A. Remming re: withdraw of reference proceeding. | 0.1 | 56.00 |
| 03/30/21 | Remming, Andrew | review email from P. Topper re TCC notice re: motion to withdraw reference | 0.1 | 87.50 |
| 03/30/21 | Remming, Andrew | further emails w/ P. Topper re update re motion to withdraw reference and estimation motion | 0.1 | 87.50 |
| 03/30/21 | Topper, Paige | Call with J. O'Neill re: stipulation for briefing schedule in withdraw of reference (.1); call with A. Remming re: same (.1); draft update email re: same to J. Lauria, M. Andolina, E. Rosenberg, M. Linder, A. Remming, D. Abbott and E. Moats re: same (.2). | 0.4 | 224.00 |
| 03/30/21 | Topper, Paige | further tele w/ A. Remming re objection deadline for motion to withdraw reference | 0.1 | 56.00 |
| 03/30/21 | Topper, Paige | Call with E. Fay re: withdraw of reference proceeding. | 0.1 | 56.00 |
| 03/30/21 | Topper, Paige | Review estimation motion. | 1.1 | 616.00 |
| 03/30/21 | Remming, Andrew | review notice re estimation motion | 0.1 | 87.50 |
| 03/30/21 | Remming, Andrew | review notice re motion to withdraw the reference | 0.1 | 87.50 |
| 03/30/21 | Remming, Andrew | tele w/ PNT re objection deadline for motion to withdraw the reference | 0.1 | 87.50 |
| 03/30/21 | Remming, Andrew | further tele w/ P. Topper re objection deadline for motion to withdraw reference | 0.1 | 87.50 |
| 03/30/21 | Topper, Paige | Emails with J. O'Neill and A. Remming re: withdraw the reference district court proceeding. | 0.1 | 56.00 |
| 03/31/21 | Topper, Paige | Review stipulation re: revised briefing schedule for withdraw of reference proceeding. | 0.2 | 112.00 |

|  |  | **Total** | **18.9** | **12,923.00** |

**Task Code:**    B300        Court Hearings

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 03/04/21 | Leyh, Meghan | Update Agenda | 0.4 | 138.00 |
| 03/05/21 | Leyh, Meghan | Revise agenda | 0.4 | 138.00 |
| 03/08/21 | Remming, Andrew | review and respond to email from M. Leyh re agenda; review email from P. Topper re same | 0.1 | 87.50 |
| 03/09/21 | Topper, Paige | office conf. w/ A. Remming re agenda for next hearing | 0.1 | 56.00 |
| 03/09/21 | Remming, Andrew | office conf. w/ P. Topper re agenda for next hearing | 0.1 | 87.50 |
| 03/09/21 | Topper, Paige | Call with E. Moats re: hearing agenda and matters going forward (.3); email to chambers re: same (.1). | 0.4 | 224.00 |
| 03/09/21 | Topper, Paige | Call with M. Leyh re: March 17 hearing agenda. | 0.1 | 56.00 |
| 03/09/21 | Moats, Eric | Call w/ P. Topper re: 3.17 hearing agenda and matters going forward. | 0.3 | 178.50 |
| 03/10/21 | Topper, Paige | Call with E. Fay re: March 17 agenda. | 0.1 | 56.00 |
| 03/10/21 | Topper, Paige | Review agenda and email to chambers re: 2019 motions. | 0.2 | 112.00 |
| 03/10/21 | Remming, Andrew | review email from P. Topper re status conference request | 0.1 | 87.50 |
| 03/10/21 | Topper, Paige | Confer with D. Abbott re: March 17 omnibus hearing and interim fee applications. | 0.1 | 56.00 |
| 03/10/21 | Topper, Paige | further office conf. w/ A. Remming re 3/17 hearing | 0.2 | 112.00 |
| 03/10/21 | Topper, Paige | office conf. w/ A. Remming re status conf request from chambers | 0.1 | 56.00 |
| 03/10/21 | Topper, Paige | Emails with chambers re: March 17 hearing agenda (.1); email to B. Warner, M. Linder, M. Andolina and J. Lauria re: status conference requests from chambers (.1); emails to local counsel for Century and Hartford re: hearing agenda (.1). | 0.3 | 168.00 |
| 03/10/21 | Remming, Andrew | further office conf. w/ P. Topper re 3/17 hearing | 0.2 | 175.00 |
| 03/10/21 | Remming, Andrew | office conf. w/ P. Topper re status conf request from chambers | 0.1 | 87.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/10/21 | Abbott, Derek C. | meeting w/P. Topper re: March omnibus hearing and interim fee apps | 0.1 | 99.50 |
| 03/14/21 | Remming, Andrew | review email from D. Abbott re witnesses | 0.1 | 87.50 |
| 03/14/21 | Remming, Andrew | review email from E. Moats re witnesses | 0.1 | 87.50 |
| 03/15/21 | Moats, Eric | Email exchange w/ M. Andolina and M. Linder re: 3.17 agenda and revisions to same. | 0.3 | 178.50 |
| 03/15/21 | Remming, Andrew | review and edit agenda for 3/17 hearing (.1); emails w/ E. Moats re same (.1) | 0.2 | 175.00 |
| 03/15/21 | Topper, Paige | Review and revise 3.17 hearing agenda. | 0.3 | 168.00 |
| 03/15/21 | Moats, Eric | Review 3.17 agenda and revise same. | 0.5 | 297.50 |
| 03/15/21 | Topper, Paige | Emails with E. Rosenberg re: hearing logistics. | 0.1 | 56.00 |
| 03/15/21 | Remming, Andrew | further email w/ E. Moats re 3/17 hearing agenda | 0.2 | 175.00 |
| 03/15/21 | Leyh, Meghan | Update agenda (.3); email to chambers (.1); coordinate service and delivery of hearing binders to chambers (.2) | 0.6 | 207.00 |
| 03/15/21 | Moats, Eric | Email Debtor professionals and client re: 3.17 hearing, agenda for same, and matters to be addressed. | 0.5 | 297.50 |
| 03/15/21 | Moats, Eric | Email exchange w/ counsel for Century re: 3.17 hearing. | 0.2 | 119.00 |
| 03/15/21 | Remming, Andrew | review M. Linder edits to 3/17 agenda | 0.1 | 87.50 |
| 03/15/21 | Remming, Andrew | review further revised version of agenda for 3/17 hearing; review email from E. Moats re same | 0.1 | 87.50 |
| 03/15/21 | Remming, Andrew | review add'l email from E. Moats re edits to agenda; review add'l edits to agenda | 0.1 | 87.50 |
| 03/15/21 | Remming, Andrew | review draft of 3/17 agenda | 0.1 | 87.50 |
| 03/15/21 | Remming, Andrew | emails (17x) w/ M. Andolina, E. Moats, M. Linder, B. Warner and E. Rosenberg re agenda for 3/17 hearing | 0.4 | 350.00 |
| 03/16/21 | Moats, Eric | Review amended agenda (.3) and email exchange w/ M. Leyh re: revisions and filing and service of same (.2). | 0.5 | 297.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/16/21 | Leyh, Meghan | draft Amended Agenda (.4); file Amended Agenda in main case and adversary case (.2); email agenda to Chambers and email Agenda to Omni for service (.1) | 0.7 | 241.50 |
| 03/16/21 | Abbott, Derek C. | call w/E. Moats re: omnibus hearing | 0.2 | 199.00 |
| 03/16/21 | Moats, Eric | tele w/ A. Remming re 3/17 hearing | 0.1 | 59.50 |
| 03/16/21 | Remming, Andrew | tele w/ E. Moats re 3/17 hearing | 0.1 | 87.50 |
| 03/16/21 | Remming, Andrew | review amended agenda for 3/17 hearing | 0.1 | 87.50 |
| 03/16/21 | Moats, Eric | Call w/ D. Abbott re: 3.17 hearing prep. | 0.2 | 119.00 |
| 03/17/21 | Abbott, Derek C. | Attend omnibus hearing | 2.5 | 2,487.50 |
| 03/17/21 | Moats, Eric | Review second amended agenda and email exchange w/ M. Leyh re: filing and service of same. | 0.4 | 238.00 |
| 03/17/21 | Moats, Eric | Phone call w/ L. Baccash re: preparation for 3.17 hearing. | 0.1 | 59.50 |
| 03/17/21 | Leyh, Meghan | file Amended Agenda (.2); email Amended Agenda to Chambers and email to Omni for service (.1) | 0.3 | 103.50 |
| 03/17/21 | Moats, Eric | Prepare for 3.17 hearing. | 0.8 | 476.00 |
| 03/17/21 | Moats, Eric | tele w/ A. Remming re 3/17 hearing | 0.1 | 59.50 |
| 03/17/21 | Remming, Andrew | emails w/ M. Linder and E. Moats re 3/17 hearing transcript | 0.1 | 87.50 |
| 03/17/21 | Remming, Andrew | review second amended agenda for 3/17 hearing | 0.1 | 87.50 |
| 03/17/21 | Remming, Andrew | participate in 3/17 hearing (in part) | 1.8 | 1,575.00 |
| 03/17/21 | Remming, Andrew | tele w/ E. Moats re 3/17 hearing | 0.1 | 87.50 |
| 03/17/21 | Moats, Eric | Attend 3.17 hearing. | 2.1 | 1,249.50 |
| 03/17/21 | Abbott, Derek C. | call w/M. Andolina, M. Linder re: hearing | 0.1 | 99.50 |
| 03/24/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of notice (.1); prepare & efile Notice of Status Conference (.1) | 0.2 | 67.00 |
| 03/24/21 | Remming, Andrew | review notice of status conf | 0.1 | 87.50 |
| 03/24/21 | Topper, Paige | Review notice of status conference and email to E. Moats re: comments to same. | 0.1 | 56.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/24/21 | Moats, Eric | Review and revise notice of status conference (.1); email exchange w/ B. Warner and L. Baccash re: same (.1); and email exchange w/ T. Naimoli re: filing and service of same (.1). | 0.3 | 178.50 |
| 03/26/21 | Moats, Eric | Email exchange w/ Chambers re: DS/omnibus April hearing date (.2); review matters scheduled for same (.1); and email exchange w/ P. Topper re: same (.1). | 0.4 | 238.00 |
| 03/30/21 | Leyh, Meghan | revise agenda for April 15 hearing | 0.4 | 138.00 |
| | | **Total** | **19.2** | 12,990.50 |

**Task Code:**    B310    Claims Objections and Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/02/21 | Leyh, Meghan | Prepare Index for First and Second Omnibus Objection Binders (1.2); email to Reliable re: assembly of claims binders, prepare and deliver binders to Chambers (.2) | 1.4 | 483.00 |
| 03/03/21 | Topper, Paige | Call w/ E. Moats re: revisions to omnibus claims objections. | 0.3 | 168.00 |
| 03/03/21 | Moats, Eric | Call w/ P. Topper re: revisions to omnibus claims objections. | 0.3 | 178.50 |
| 03/03/21 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of certification (.1); prepare & efile Certification of Counsel Regarding Debtors' First Omnibus (Non-Substantive) Claims Objection (.6) | 0.7 | 234.50 |
| 03/03/21 | Topper, Paige | Email to C. Tuffey, L. Baccash and E. Moats re: COC re: omnibus claims objections. | 0.1 | 56.00 |
| 03/03/21 | Topper, Paige | Finalize revised omnibus claims orders and prepare for filing under COC. | 0.9 | 504.00 |
| 03/04/21 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of certification (.1); prepare & efile Certification of Counsel Regarding Debtors' Second Omnibus (Substantive) Claims Objection (.6) | 0.7 | 234.50 |
| 03/04/21 | Topper, Paige | Emails with C. Tuffey and E. Moats re: notice of satisfaction of claims. | 0.1 | 56.00 |
| 03/04/21 | Topper, Paige | Email to M. Leyh re: COC for second omnibus claims objection. | 0.1 | 56.00 |
| 03/08/21 | Topper, Paige | Email to B. Warner re: claims question. | 0.2 | 112.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/08/21 | Topper, Paige | Call with B. Warner re: claim issue and solicitation motion. | 0.3 | 168.00 |
| 03/09/21 | Topper, Paige | Confer with D. Abbott re: claims issues, March 17 omnibus hearing and upcoming matters. | 0.2 | 112.00 |
| 03/09/21 | Topper, Paige | Email to B. Warner re: Washington State claims question. | 0.1 | 56.00 |
| 03/09/21 | Abbott, Derek C. | meeting w/Topper re: claims issues, omnibus hearing, and related matters | 0.2 | 199.00 |
| 03/10/21 | Topper, Paige | Call with B. Warner re: second omnibus claims objection. | 0.1 | 56.00 |
| 03/11/21 | Remming, Andrew | review abuse claimant letter re claim | 0.1 | 87.50 |
| 03/12/21 | Topper, Paige | Confer with E. Moats re: omnibus claims objection and review rules re: same. | 0.2 | 112.00 |
| 03/12/21 | Moats, Eric | Review claims objection deadlines and email exchange w/ C. Tuffey re: same. | 0.3 | 178.50 |
| 03/14/21 | Moats, Eric | Email exchange w/ C. Tuffey re: claims objections and deadlines for same. | 0.2 | 119.00 |
| 03/15/21 | Moats, Eric | Email exchange w/ Omni re: communications from claimants and questions from same. | 0.1 | 59.50 |
| 03/15/21 | Remming, Andrew | review letter from claimant re status request | 0.1 | 87.50 |
| 03/16/21 | Moats, Eric | Review 2nd Omnibus Claims objections schedules and email exchange w/ D. Abbott and A. Remming re: same. | 0.5 | 297.50 |
| 03/16/21 | Remming, Andrew | tele w/ E. Moats re claim objections | 0.1 | 87.50 |
| 03/16/21 | Moats, Eric | Email exchange w/ C. Tuffey re: future omnibus claims objections and timing for filing. | 0.1 | 59.50 |
| 03/16/21 | Remming, Andrew | emails w/ E. Moats re omnibus claims objections | 0.1 | 87.50 |
| 03/16/21 | Moats, Eric | Phone call w/ L. Baccash re: second omnibus claims objection status. | 0.1 | 59.50 |
| 03/16/21 | Moats, Eric | Phone call w/ A. Remming re: omnibus claims objections and Silverstein questions re: same. | 0.4 | 238.00 |
| 03/16/21 | Moats, Eric | Follow up phone call w/ A. Remming re: claims objection questions. | 0.1 | 59.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/16/21 | Moats, Eric | Call w/ M. Linder and L. Baccash re: second omnibus claims objection and potential comments from judge. | 0.2 | 119.00 |
| 03/16/21 | Moats, Eric | Further research re: claims objection and precedent for same. | 0.6 | 357.00 |
| 03/16/21 | Moats, Eric | Phone call w/ S. Philipa, B. Warner, L. Baccash, A. Remming, and E. McKeighan re: second omnibus claims objection and preparation for hearing for same. | 0.4 | 238.00 |
| 03/16/21 | Remming, Andrew | tele w/ E. Moats, B. Warner, L. Baccash, E. McKeighan and S. Phillips re omnibus claim objection | 0.4 | 350.00 |
| 03/16/21 | Remming, Andrew | review FCR, TCC and Coalition estimation motion | 0.7 | 612.50 |
| 03/16/21 | Remming, Andrew | further tele w/ E. Moats re claim objections | 0.4 | 350.00 |
| 03/16/21 | Remming, Andrew | prepare for call w/ E. Moats and W&C re omnibus claim objections | 0.5 | 437.50 |
| 03/16/21 | Remming, Andrew | review substantive omnibus claim objection exhibits (.5); review and respond to email from E. Moats re same (.1); review local rules re same (.1) | 0.7 | 612.50 |
| 03/16/21 | Remming, Andrew | emails w/ E. Moats re transcripts re claim objections | 0.1 | 87.50 |
| 03/16/21 | Moats, Eric | Research re: claims objections and substantive requirements. | 0.7 | 416.50 |
| 03/16/21 | Moats, Eric | Review schedules 2 and 3 to second omnibus claims objections and email exchange w/ C. Tuffey re: same. | 0.4 | 238.00 |
| 03/18/21 | Moats, Eric | Phone call w/ C. Tuffey re: revisions to schedules for second omnibus claims objection. | 0.1 | 59.50 |
| 03/18/21 | Moats, Eric | Review revised omnibus claims objection orders re: revisions from B. Warner and M. Linder. | 0.5 | 297.50 |
| 03/18/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Certification of Counsel Regarding Order Sustaining the Debtors' Second Omnibus (Substantive) Objection to Certain (I) No Liability Claims, (II) Misclassified Claims, and (III) Reduce and Allow Claims (Non-Abuse Claims) (.6) | 0.7 | 234.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/18/21 | Moats, Eric | Review COC re: second omnibus claims objection and emails exchange w/ B. Warner and M. Linder re: same. | 0.4 | 238.00 |
| 03/22/21 | Moats, Eric | Review emails from C. Tuffey re: claims objection revisions (.2); emails from A&M re: same (.1); and review Local Rules on objections (.3). | 0.6 | 357.00 |
| 03/22/21 | Remming, Andrew | review and respond to email from E. Moats re claim objections | 0.1 | 87.50 |
| 03/22/21 | Remming, Andrew | emails w/ E. Moats re claim objection | 0.2 | 175.00 |
| 03/24/21 | Moats, Eric | Email exchange w/ C. Tuffey re: supplemental declaration for claims objections. | 0.1 | 59.50 |
| 03/25/21 | Topper, Paige | Review local rules re: claims objection (.1); research re: same (.2). | 0.3 | 168.00 |
| 03/25/21 | Topper, Paige | Call with E. Moats re: claims objections and plan objections. | 0.5 | 280.00 |
| 03/25/21 | Topper, Paige | Call with C. Tuffey re: claims objection (.2); email to C. Tuffey and E. Moats re: same (.1). | 0.3 | 168.00 |
| 03/25/21 | Remming, Andrew | review email from P. Topper re claim objections | 0.1 | 87.50 |
| 03/25/21 | Remming, Andrew | review draft claim objection exhibits | 0.2 | 175.00 |
| 03/25/21 | Remming, Andrew | tele w/ P. Topper re claims objections, estimation motion, motion to withdraw reference | 0.6 | 525.00 |
| 03/25/21 | Abbott, Derek C. | call w/Rosenberg re estimation motion issues | 0.3 | 298.50 |
| 03/25/21 | Moats, Eric | Call w/ P. Topper re: claims objection and plan objections. | 0.5 | 297.50 |
| 03/25/21 | Topper, Paige | Call with A. Remming re: claims objection, estimation motion, and budget. | 0.6 | 336.00 |
| 03/29/21 | Remming, Andrew | emails w/ E. Rosenberg and P. Topper re notice re estimation motion | 0.1 | 87.50 |
| 03/29/21 | Topper, Paige | Review District Court opinion re: bar date order appeal. | 0.5 | 280.00 |
| 03/29/21 | Remming, Andrew | review D. Del opinion re bar date order | 0.2 | 175.00 |
| 03/29/21 | Abbott, Derek C. | review opinion re: dismissal of bar date appeal by Century | 0.1 | 99.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/29/21 | Moats, Eric | Review opinion dismissing bar date appeal. | 0.3 | 178.50 |
| | | **Total** | **20.5** | 12,689.50 |

**Task Code:** B320    Plan and Disclosure Statement

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/01/21 | Remming, Andrew | review email from P. Topper re prep for DS/plan filing | 0.1 | 87.50 |
| 03/01/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of plan (.1); prepare & efile Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (.1) | 0.2 | 67.00 |
| 03/01/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of statement (.1); prepare & efile Disclosure Statement for the Amended Chapter 11 Plan of Reorganization (.1) | 0.2 | 67.00 |
| 03/01/21 | Remming, Andrew | review email from M. Leyh re prep for filing plan and DS | 0.1 | 87.50 |
| 03/01/21 | Moats, Eric | Finalize Plan/DS and coordinate w/ T. Naimoli re: filing of same. | 0.8 | 476.00 |
| 03/01/21 | Moats, Eric | Draft email to Omni re: service of Plan/DS/DS Motion/Notice of DS Hearing and applicable service buckets. | 0.5 | 297.50 |
| 03/01/21 | Moats, Eric | Phone call w/ P. Topper re: plan/DS/solicitation motion. | 0.1 | 59.50 |
| 03/01/21 | Moats, Eric | Review revised Plan/DS and accompanying ballots (.3); email exchange w/ W&C Team re: same (.3); and email exchange w/ P. Topper re: same (.1). | 0.7 | 416.50 |
| 03/01/21 | Moats, Eric | Phone call w/ P. Topper and B. Warner (in part) re: solicitation motion. | 0.5 | 297.50 |
| 03/01/21 | Moats, Eric | Call w/ Omni and P. Topper re: service of solicitation motion, plan and DS. | 0.2 | 119.00 |
| 03/01/21 | Topper, Paige | Call with Omni and E. Moats re: service of solicitation motion, plan and DS. | 0.2 | 112.00 |
| 03/01/21 | Topper, Paige | Call with E. Moats re: plan, DS and solicitation motion | 0.1 | 56.00 |
| 03/01/21 | Topper, Paige | Finalize solicitation motion and exhibits and prepare for filing. | 2.9 | 1,624.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/01/21 | Topper, Paige | Call with E. Moats and B. Warner (in part) re: solicitation motion. | 0.5 | 280.00 |
| 03/01/21 | Topper, Paige | Review mediator report and UCC/JPM settlement term sheet. | 0.8 | 448.00 |
| 03/01/21 | Topper, Paige | Email to M. Linder and E. Moats re: UCC/JPM settlement term sheet. | 0.1 | 56.00 |
| 03/02/21 | Remming, Andrew | review notice of DS hearing | 0.1 | 87.50 |
| 03/02/21 | Moats, Eric | Phone call w/ P. Topper re: DS hearing notice and service of same. | 0.4 | 238.00 |
| 03/02/21 | Leyh, Meghan | File Motion to Approve DS | 0.1 | 34.50 |
| 03/02/21 | Topper, Paige | Update disclosure statement hearing notice and emails with J. Bower re: filing same (.8); call with B. Warner re: same (.1); email to Omni re: service of same (.1). | 1.0 | 560.00 |
| 03/02/21 | Topper, Paige | Call with E. Moats re: disclosure statement hearing notice and service of same. | 0.4 | 224.00 |
| 03/02/21 | Topper, Paige | Emails with B. Warner, E. Moats and L. Baccash re: disclosure statement hearing notice and service of same. | 0.1 | 56.00 |
| 03/03/21 | Leyh, Meghan | Call from P. Topper re: plan and disclosure statement and Court's request re: same | 0.2 | 69.00 |
| 03/03/21 | Topper, Paige | Research re: confirmation discovery scheduling motion (.5); email to E. Rosenberg and E. Moats re: same (.1). | 0.6 | 336.00 |
| 03/03/21 | Topper, Paige | Compile documents for U.S. Trustee requests re: plan and disclosure statement. | 0.3 | 168.00 |
| 03/04/21 | Remming, Andrew | review Century and Hartford statement re chapter 11 plan | 0.1 | 87.50 |
| 03/04/21 | Topper, Paige | Call with B. Warner and L. Baccash re: confirmation hearing (.1); emails with chambers re: same (.1) | 0.2 | 112.00 |
| 03/04/21 | Topper, Paige | Review Century response to plan of reorganization. | 0.1 | 56.00 |
| 03/08/21 | Remming, Andrew | review Allianz joinder re plan and 2004 | 0.1 | 87.50 |
| 03/08/21 | Topper, Paige | Review Allianz joinder to Century and Hartford's statement re: plan of reorganization. | 0.1 | 56.00 |

24

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/08/21 | Topper, Paige | Email to chambers re: confirmation hearing and Powell first and final fee application. | 0.2 | 112.00 |
| 03/09/21 | Remming, Andrew | review email from D. Lambert re DS objection | 0.1 | 87.50 |
| 03/10/21 | Topper, Paige | Email from U.S. Trustee re: comments to plan, DS and solicitation motion. | 0.2 | 112.00 |
| 03/11/21 | Remming, Andrew | review abuse claimant objection to plan/DS | 0.2 | 175.00 |
| 03/17/21 | Moats, Eric | Draft email to W&C Team re: re-noticing of DS hearing. | 0.3 | 178.50 |
| 03/17/21 | Remming, Andrew | review email from M. Linder re scheduling issues/questions; emails (7x) w/ E. Moats, D. Abbott and M. Linder re same | 0.2 | 175.00 |
| 03/17/21 | Moats, Eric | Review email from M. Linder re: DS renotice and research same. | 0.4 | 238.00 |
| 03/18/21 | Moats, Eric | Finalize exclusivity motion (.3) and email exchange w/ M. Leyh re: filing and service of same (.1). | 0.4 | 238.00 |
| 03/18/21 | Leyh, Meghan | draft Notice for Third Exclusivity Motion (.3); file Third Motion to Extend Exclusivity Period (.2) | 0.5 | 172.50 |
| 03/18/21 | Abbott, Derek C. | Review and comment on draft exclusivity motion | 0.2 | 199.00 |
| 03/18/21 | Moats, Eric | Review and comment on exclusivity extension motion. | 0.6 | 357.00 |
| 03/18/21 | Moats, Eric | Draft notice of revised DS hearing. | 0.5 | 297.50 |
| 03/18/21 | Remming, Andrew | review revised DS hearing notice (.1); emails w/ E. Moats, B. Warner and D. Abbott re same (.1) | 0.1 | 87.50 |
| 03/18/21 | Moats, Eric | Email W&C team re: amended DS notice of hearing. | 0.2 | 119.00 |
| 03/18/21 | Remming, Andrew | review email from M. Linder re exclusivity motion | 0.1 | 87.50 |
| 03/18/21 | Topper, Paige | Call with E. Moats re: amended notice of DS hearing, case update, claims objections and withdrawal of reference. | 0.7 | 392.00 |
| 03/18/21 | Moats, Eric | Phone call w/ P. Topper re: amended notice of DS hearing, case update, claims objection update, and withdrawal of reference. | 0.7 | 416.50 |
| 03/18/21 | Moats, Eric | Review rules and local rules re: DS notice and email exchange w/ A. Remming re: same. | 0.3 | 178.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/18/21 | Remming, Andrew | review and respond to email from E. Moats re DS re-notice question | 0.1 | 87.50 |
| 03/18/21 | Remming, Andrew | emails (3x) w/ E. Moats re exclusivity motion, withdrawal motion, PI adversary | 0.1 | 87.50 |
| 03/18/21 | Remming, Andrew | further emails w/ E. Moats and B. Warner re DS re-notice question | 0.1 | 87.50 |
| 03/18/21 | Remming, Andrew | review DS hearing notice (.1); review local rules, federal rules re same (.2) | 0.3 | 262.50 |
| 03/18/21 | Remming, Andrew | review exclusivity motion draft | 0.4 | 350.00 |
| 03/18/21 | Topper, Paige | Review amended notice of disclosure statement hearing and confer with E. Moats re: same. | 0.1 | 56.00 |
| 03/18/21 | Moats, Eric | Phone call w/ B. Warner re: re-notice of DS and timing for same. | 0.2 | 119.00 |
| 03/19/21 | Remming, Andrew | review email from B. Warner re DS notice | 0.1 | 87.50 |
| 03/19/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of notice (.1); prepare & efile Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Amended Chapter 11 Plan of Reorganization (.2) | 0.3 | 100.50 |
| 03/19/21 | Moats, Eric | Further revisions to notices for DS (.3); phone call w/ B. Warner and L. Baccash re: same (.1); and email exchange re: same (.1). | 0.5 | 297.50 |
| 03/19/21 | Moats, Eric | Finalize amended DS notice and coordinate w/ T. Naimoli re: filing of same. | 0.4 | 238.00 |
| 03/19/21 | Remming, Andrew | review revised version of DS notice | 0.1 | 87.50 |
| 03/22/21 | Moats, Eric | Phone call w/ B. Warner re: DS renotice and emergency TCC motion. | 0.2 | 119.00 |
| 03/22/21 | Moats, Eric | Review noticing procedures and AOS re: DS and publication re: same re: prep for renoticing of amended DS date. | 0.5 | 297.50 |
| 03/22/21 | Moats, Eric | Phone call w/ D. Abbott re: TCC emergency motion. | 0.1 | 59.50 |
| 03/22/21 | Abbott, Derek C. | Phone call w/ E. Moats re: TCC emergency motion. | 0.1 | 99.50 |
| 03/23/21 | Moats, Eric | Draft email to Omni re: service and re-noticing of DS hearing. | 0.4 | 238.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/23/21 | Topper, Paige | Email from E. Moats re: amended DS notice service. | 0.1 | 56.00 |
| 03/24/21 | Topper, Paige | Call with B. Warner re: confirmation hearing. | 0.1 | 56.00 |
| 03/25/21 | Remming, Andrew | review objection to DS from Various Claimants | 0.3 | 262.50 |
| 03/26/21 | Remming, Andrew | review email from PNT re comments to plan and DS from UST | 0.1 | 87.50 |
| 03/29/21 | Remming, Andrew | review and respond to email from E. Devan re chartered org | 0.1 | 87.50 |
| 03/30/21 | Topper, Paige | Confer with D. Abbott re: plan and disclosure statement and withdraw of reference proceeding. | 0.3 | 168.00 |
| 03/30/21 | Abbott, Derek C. | meeting w/P. Topper re: plan and disclosure statement and motion to withdraw reference | 0.3 | 298.50 |
| 03/31/21 | Moats, Eric | Email exchange w/ L. Baccash re: post-confirmation strategy | 0.2 | 119.00 |

| | | **Total** | **23.2** | **14,155.50** |
|------|------|-------------|-------|--------|

**Task Code:**     B330     Litigation/Adversary Proceedings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/02/21 | Abbott, Derek C. | Confer with P. Topper re: stipulation for TCC adversary proceeding | 0.1 | 99.50 |
| 03/02/21 | Abbott, Derek C. | Conf with D. Culver re adjournment procedure for pretrial conference | 0.1 | 99.50 |
| 03/02/21 | Abbott, Derek C. | review and respond to correspondence w/Linder and Lucas re: TCC action pretrial | 0.4 | 398.00 |
| 03/02/21 | Culver, Donna L. | Conf with D. Abbott re adjournment procedure for pretrial conference | 0.1 | 90.00 |
| 03/02/21 | Topper, Paige | Confer with D. Abbott re: stipulation for TCC adversary proceeding (.1); email to M. Linder and TCC counsel re: same (.1). | 0.2 | 112.00 |
| 03/03/21 | Leyh, Meghan | file CoC re: Stipulation to Extend Time in Adversary Proceeding; upload order | 0.2 | 69.00 |
| 03/03/21 | Topper, Paige | Finalize COC re: time extensions for TCC adversary proceeding and emails with M. Leyh re: filing of same. | 0.3 | 168.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 03/03/21 | Topper, Paige | Call with M. Linder re: pretrial conference date for TCC adversary proceeding (.1) and further emails with chambers re: same (.2). | 0.3 | 168.00 |
| 03/03/21 | Topper, Paige | Review revised COC and proposed order re: stipulation to extend deadlines in TCC adversary proceeding and email to chambers re: same. | 0.2 | 112.00 |
| 03/04/21 | Moats, Eric | Email exchange w/ P. Topper and E. Rosenberg re: adversary proceeding service and motion to extend time. | 0.4 | 238.00 |
| 03/04/21 | Moats, Eric | Phone call w/ E. Rosenberg and P. Topper re: adversary proceeding plaintiffs and service. | 0.5 | 297.50 |
| 03/04/21 | Moats, Eric | Phone call w/ P. Topper re: parties to schedule 1 and schedule 2 to consent order. | 0.3 | 178.50 |
| 03/04/21 | Moats, Eric | Email Omni re: service lists for adversary proceeding and recent filings. | 0.1 | 59.50 |
| 03/04/21 | Topper, Paige | Call with E. Moats re: parties to schedule 1 and 2 to consent order re: PI adversary. | 0.3 | 168.00 |
| 03/04/21 | Topper, Paige | Review and respond via email to E. Rosenberg and E. Moats re: service of motion to extend termination date of preliminary injunction. | 0.2 | 112.00 |
| 03/04/21 | Topper, Paige | Review affidavit of service and address service questions with respect to PI documents. | 0.3 | 168.00 |
| 03/04/21 | Topper, Paige | Call with E. Moats and E. Rosenberg re: adversary proceeding plaintiffs and service. | 0.5 | 280.00 |
| 03/05/21 | Moats, Eric | Email exchange w/ Ad Hoc Committee of Local Councils re: joinder. | 0.1 | 59.50 |
| 03/05/21 | Moats, Eric | Email K. Davis and S. Manning re: adversary proceeding plaintiffs and service of same. | 0.2 | 119.00 |
| 03/05/21 | Remming, Andrew | review local counsel ad hoc joinder in PI extension motion | 0.1 | 87.50 |
| 03/05/21 | Topper, Paige | Review Ad Hoc Committee of Local Council's joinder to motion to extend termination date. | 0.1 | 56.00 |
| 03/08/21 | Remming, Andrew | review email from P. Topper re PI extension | 0.1 | 87.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/08/21 | Remming, Andrew | office conf. w/ P. Topper re confirmation hearing, extension of PI order, service issues, fee order | 0.6 | 525.00 |
| 03/08/21 | Remming, Andrew | review draft of 4th stipulation re PI | 0.5 | 437.50 |
| 03/08/21 | Remming, Andrew | review revisions to 4th stip re PI | 0.2 | 175.00 |
| 03/08/21 | Remming, Andrew | further office conf. w/ P. Topper re PI extension stip, motion to extend PI | 0.3 | 262.50 |
| 03/08/21 | Remming, Andrew | review motion to extend PI | 0.2 | 175.00 |
| 03/08/21 | Topper, Paige | Confer with A. Remming re: fourth stipulation to extend PI, plan, confirmation hearing and related matters. | 0.6 | 336.00 |
| 03/08/21 | Topper, Paige | Further confer with A. Remming re: fourth stipulation to extend PI. | 0.3 | 168.00 |
| 03/08/21 | Topper, Paige | Call with M. Linder re: notice re: fourth stipulation to extend termination date for PI adversary proceeding. | 0.1 | 56.00 |
| 03/08/21 | Topper, Paige | Emails with S. Manning, K. Davis, and E. Moats re: plaintiff parties to PI adversary proceeding and service matters. | 0.1 | 56.00 |
| 03/08/21 | Topper, Paige | Further call with M. Linder re: fourth stipulation to extend termination date for PI. | 0.1 | 56.00 |
| 03/08/21 | Topper, Paige | Finalize and prepare for filing fourth stipulation to extend termination date for PI. | 0.4 | 224.00 |
| 03/08/21 | Topper, Paige | Call with E. Moats re: fourth stipulation to extend PI termination date and H&LA final fee application. | 0.3 | 168.00 |
| 03/08/21 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of stipulation (.1); prepare & efile Notice of Fourth Stipulation for a Preliminary Injunction and Further Extending the Termination Date of the Standstill Period (.4) | 0.5 | 167.50 |
| 03/08/21 | Moats, Eric | Phone call w/ P. Topper re: stipulation to extend PI and H&LA final fee app. | 0.3 | 178.50 |
| 03/09/21 | Topper, Paige | Review PCVT Claimants joinder to fourth stipulation to extend termination date. | 0.4 | 224.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/10/21 | Topper, Paige | Review and revise notice of rescheduled pretrial conference and email to T. Naimoli re: filing and service of same. | 0.3 | 168.00 |
| 03/10/21 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of notice (.1); prepare & efile Notice of Rescheduled Pretrial Conference (.4) | 0.5 | 167.50 |
| 03/11/21 | Topper, Paige | Call with E. Moats re: PI reply, March 17 agenda and upcoming matters, and Debtors' professionals' fee apps. | 0.5 | 280.00 |
| 03/11/21 | Topper, Paige | call w/D. Abbott re: PI issues | 0.2 | 112.00 |
| 03/11/21 | Culver, Donna L. | Confer with P. Topper re: Century joinder to PI extension motion | 0.1 | 90.00 |
| 03/11/21 | Topper, Paige | Review Century joinder to PI extension motion (.2); confer with D. Culver re: same (.1); email with E. Rosenberg and research re: same (.4). | 0.7 | 392.00 |
| 03/11/21 | Abbott, Derek C. | call w/P. Topper re: PI issues | 0.2 | 199.00 |
| 03/11/21 | Moats, Eric | Phone call w/ PI reply, 3.17 hearing and agenda, and upcoming matters, and professional fee apps. | 0.5 | 297.50 |
| 03/12/21 | Moats, Eric | Email exchange w/ E. Rosenberg re: PI plaintiffs and service of same. | 0.2 | 119.00 |
| 03/14/21 | Moats, Eric | Email exchange w/ E. Rosenberg re: AP hearing and reply for same. | 0.3 | 178.50 |
| 03/15/21 | Moats, Eric | Finalize PI reply and coordinate for filing and service of same w/ M. Leyh. | 0.5 | 297.50 |
| 03/15/21 | Moats, Eric | Research re: intervention requirements in adversary proceeding. | 0.8 | 476.00 |
| 03/15/21 | Moats, Eric | Call with P. Topper re: PI reply, intervener research, 3.17 hearing and agenda. | 0.8 | 476.00 |
| 03/15/21 | Topper, Paige | Call with E. Moats re: PI reply, intervenor research, 3/17 hearing and agenda. | 0.8 | 448.00 |
| 03/15/21 | Leyh, Meghan | File PI reply | 0.2 | 69.00 |
| 03/15/21 | Moats, Eric | Review reply ISO motion to extend PI. | 0.6 | 357.00 |
| 03/15/21 | Topper, Paige | Review Tort Committee joinder to reply in support of fourth PI stipulation. | 0.1 | 56.00 |
| 03/15/21 | Remming, Andrew | review Hartford's joinder/response re motion to extend the PI | 0.1 | 87.50 |
| 03/15/21 | Remming, Andrew | review Century joinder/response re motion to extend the PI | 0.2 | 175.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/15/21 | Remming, Andrew | review draft of reply in support of extension of PI | 0.2 | 175.00 |
| 03/16/21 | Remming, Andrew | review email from claimant re: PI | 0.1 | 87.50 |
| 03/16/21 | Remming, Andrew | review TCC joinder re reply in support of PI extension | 0.1 | 87.50 |
| 03/24/21 | Topper, Paige | Email to Omni re: service of fourth stipulation in PI adversary. | 0.1 | 56.00 |
| | | **Total** | **18.1** | **11,287.50** |

**Task Code:**      B340      Professional Retention (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/12/21 | Remming, Andrew | review 5th Abbott declaration | 0.1 | 87.50 |
| 03/12/21 | Moats, Eric | revise and update supplemental MNAT retention declaration and email D. Abbott and A. Remming re: same. | 0.2 | 119.00 |
| | | **Total** | **0.3** | **206.50** |

**Task Code:**      B360      Professional Retention (Others - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/05/21 | Remming, Andrew | review order dismissing W&C appeal | 0.1 | 87.50 |
| 03/12/21 | Moats, Eric | Phone call w/ C. Bingelli re: additional OCP. | 0.1 | 59.50 |
| 03/25/21 | Topper, Paige | Call with B. Warner re: fee forecast and OCP issues. | 0.2 | 112.00 |
| | | **Total** | **0.4** | **259.00** |

**Task Code:**      B420      Schedules/SOFA/U.S. Trustee Reports

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/02/21 | Moats, Eric | Review January MOR and email exchange w/ J. Bower re: filing and service of same. | 0.2 | 119.00 |
| 03/30/21 | Topper, Paige | Review February MOR (.2); call with C. Bingelli re: same (.1); coordinate filing of same (.1). | 0.4 | 224.00 |
| | | **Total** | **0.6** | **343.00** |