**EXHIBIT B**

**EXPENSE SUMMARY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**March 1, 2021 through March 31, 2021**

| Expense Category | Total Expenses |
|---|---:|
| Pacer | 274.50 |
| In-House Printing - black & white | 269.30 |
| Messenger Service | 5.00 |
| Conference Calls | 176.00 |
| Photos/Art/Spec Duplicating-Out of Office | 699.31 |
| Transcripts | 464.00 |
| Courier/Delivery Service | 54.84 |
| **Grand Total Expenses** | **$1,942.95** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 03/01/21 | Pacer | 120.0 | 12.00 |
| 03/02/21 | Pacer | 163.0 | 16.30 |
| 03/02/21 | In-House Printing - black & white | 1,896.0 | 189.60 |
| 03/03/21 | In-House Printing - black & white | 748.0 | 74.80 |
| 03/03/21 | Photos/Art/Spec Duplicating-Out of Office | 2.0 | 614.06 |
| 03/03/21 | Courier/Delivery Service - FEDEX | 1.0 | 54.84 |
| 03/03/21 | Pacer | 26.0 | 2.60 |
| 03/04/21 | Pacer | 110.0 | 11.00 |
| 03/05/21 | Pacer | 83.0 | 8.30 |
| 03/08/21 | Pacer | 171.0 | 17.10 |
| 03/09/21 | Pacer | 102.0 | 10.20 |
| 03/10/21 | Pacer | 241.0 | 24.10 |
| 03/11/21 | Pacer | 143.0 | 14.30 |
| 03/12/21 | In-House Printing - black & white | 47.0 | 4.70 |
| 03/12/21 | Pacer | 90.0 | 9.00 |
| 03/15/21 | Photos/Art/Spec Duplicating-Out of Office - Print from CM/ECF, digital printing BW, tabs pre-printed, 1" binder, hand delivery - 03/15/2021 | 1.0 | 85.25 |
| 03/15/21 | Pacer | 62.0 | 6.20 |
| 03/16/21 | Pacer | 100.0 | 10.00 |
| 03/16/21 | In-House Printing - black & white | 2.0 | 0.20 |
| 03/17/21 | Pacer | 184.0 | 18.40 |
| 03/17/21 | Conference Calls | 2.0 | 176.00 |
| 03/17/21 | Transcripts - Hourly transcript - 03/17/2021 | 1.0 | 464.00 |
| 03/19/21 | Pacer | 8.0 | 0.80 |
| 03/22/21 | Pacer | 10.0 | 1.00 |
| 03/23/21 | Pacer | 241.0 | 24.10 |
| 03/23/21 | Messenger Service - U.S BANKRUPTCY - 3/23/2021 | 1.0 | 5.00 |
| 03/24/21 | Pacer | 44.0 | 4.40 |
| 03/25/21 | Pacer | 149.0 | 14.90 |
| 03/26/21 | Pacer | 123.0 | 12.30 |
| 03/29/21 | Pacer | 144.0 | 14.40 |
| 03/30/21 | Pacer | 243.0 | 24.30 |
| 03/31/21 | Pacer | 188.0 | 18.80 |
| | **Total** | | **$1,942.95** |