# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 2364** |

### CERTIFICATION OF COUNSEL REGARDING JOINT MOTION OF THE OFFICIAL TORT CLAIMANTS' COMMITTEE AND FUTURE CLAIMANTS' REPRESENTATIVE FOR ENTRY OF AN ORDER GRANTING STANDING AND AUTHORIZING THE PROSECUTION OF CERTAIN CHALLENGE CLAIMS ON BEHALF OF THE BANKRUPTCY ESTATES

The undersigned hereby certifies that:

1.　On March 12, 2021, the Official Tort Claimants' Committee (the "Tort Committee"), and James L. Patton Jr., as Legal Representative for Future Claimants (the "FCR" and together with the Tort Committee, the "Challenge Parties"), in the chapter 11 cases commenced by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Joint Motion of the Official Tort Claimants' Committee and Future Claimants' Representative for Entry of an Order Granting Standing and Authorizing the Prosecution of Certain Challenge Claims on Behalf of the Bankruptcy Estates* (the "Motion") [Docket No. 2364].

2.　The deadline to object to the Motion was March 26, 2021 at 4:00 p.m. Eastern Time (the "Objection Deadline"). The Objection Deadline was extended to April 29, 2021 for the Debtors and JPMorgan Chase Bank, National Association ("JPM").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3. On April 29, 2021, the Debtors [Docket No. 2733] and JPM [Docket No. 2732] filed objections to the motion. On April 29, 2021, the Official Committee of Unsecured Creditors (the "Creditors Committee") filed a response and limited joinder [Docket No. 2737] to the Motion.

4. On May 14, 2021, the Challenge Parties filed an omnibus reply [Docket No. 4079] in support of the Motion.

5. A hearing on the Motion was held on May 19, 2021 (the "Hearing").

6. Attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Order") that reflects the ruling at the Hearing.

7. The Proposed Order has been circulated to the Debtors, JPM, and the Creditors Committee and those parties approved the form of the Proposed Order.

8. Accordingly, the Challenge Parties request entry of the Proposed Order at the Court's earliest convenience.

Dated:  May 25, 2021               PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
James E. O'Neill (DE Bar No. 4042)
Maxim B. Litvak (CA Bar No. 215852)
John W. Lucas (CA Bar No. 271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  jstang@pszjlaw.com
          joneill@pszjlaw.com
          mlitvak@pszjlaw.com
          jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

| | |
|---|---|
| Dated: May 25, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | */s/ Robert S. Brady* |
| | Robert S. Brady (DE Bar No. 2847) |
| | Edwin J. Harron (DE Bar No. 3396) |
| | Sharon M. Zieg (DE Bar No. 4196) |
| | Sara Beth A.R. Kohut (DE Bar No. 4137) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, DE  19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile:  (302) 571-1253 |
| | Email:  rbrady@ycst.com |
| | eharron@ycst.com |
| | szieg@ycst.com |
| | skohut@ycst.com |
| | |
| | *Counsel for the Future Claimants' Representative* |