Case 20-10343-LSS Doc 5037 Filed 05/26/21

Claim # SA- ▮▮▮ SA-▮▮▮

FILED
2021 MAY 26 AM 8:50
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern

I am writing this letter to let you know how what happened to me when I was in the boy scouts and how it has affected my life. I am 71 years old and I still haven't been able to forget about what happened to me. When I was a young boy I was excited to be going into the boy scouts they told me I would learn alot and it would be fun. Only to find out that I would be sexually abused by someone that I was suppose to trust my scout master. As a father of 6 boys Because of what happened to me as a child in the care of the boy scouts I would never let them join in the scouts because of fears that what happened to me would happened to my children. I was just a little boy that had unexcusable sexually abuse happen to me and for years I thought that I had done something wrong and as I got older I realized that I was a victim taken advantage of by someone that was suppose to be helping to protect me. I hope this never happens to any child ever again. I hope that everyone can see from us victims point that this is not what any child should ever have to go through and that the adults in charge of being someone that children are suppose to learn from and trust dont do this to anyone ever again. Keep our children safe. I hope my letter is one step closer to helping every victim of the BSA.

Sincerely,

1



ORLANDO FL 328
[M]AY 2021 PM 2 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DC 19801

U.S.M.S. X-RAY

19801-302458