Justice
Lauri Selber Skuerstein
BSA Bankruptsey Case

FILED 2021 MAY 26 AM 8:49 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

Your Honor

please excuse this letter being written in pensil and printed, I am 81 and my hand jerkss sometime so if I write in ink it gets really messy.

What I say to you I have never told anyone untill, I told the Layers I wouldnt have said anything until I saw all the other men coming out I would like the BSA know how much young men can be affeced, I was 9 when a scoutmaster ▮▮▮▮▮ ▮▮▮▮ (the whole story is in y file) so after that happened, I could never play sports in school, I saw the coach's pat the players on the butt so I couldnt be around them my family is military proud, each young

2

must serve mostly in the Army
so after school I joined the Army.
I served 2 enlistments doing
everything my country ask of me
what hurt so bad was, you get so
close to the ones you serve with
(like brothers) then when we were
seperated, I could not hug my
friends, all the others could hug
not me, the memory of the
BSA was burned into my brain
so after my service I got
married and had a family, I
could never hug my sons, the
demon was still in my brian
it was when my son had his first
child that I beat that deamon
I hugged my son for the first time
he could not understand why a
tough man like his father would
cry over a hug
  your honor I had always thought

3

I had done something to make that scoutmaster do that to me, so for about 50 years I lost the close contact with my friends and family that loss is still hard to bear

Your Honor please do not let the BSA act like this is a small deal

Your HONOR I love my country and I believe in the courts

I often wonder at the courage judges must have to decide life altering case's

I wish for you and your family to be healthy and happy

ps. Again I am sorry this letter is so poorly written but it comes from the heart.

Case 20-10343-LSS    Doc 5039    Filed 05/26/21    Page 4 of 4



Justice Lauri Selber Skuerstein
824 Market St. 6th Floor
Wilmington, De. 19801

BSA. Bankruptcy Case
19801-302499

