May 1, 2021



FILED
2021 MAY 26 AM 8:49
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

RE: Claim Number: SA – ▮

Dear Judge Silverstein:

For many young boys across this country, the Boys Scouts of America represented an organization to be revered and cherished, and desired. To another group of young boys, The Boys Scouts of America represents an organization of guilt and shame, bad memories, sexual abuse and trauma, because it hired men who preyed on the innocence of young boys. Now, we know that this organization knowingly harbored many of these predators and refused to do anything about it. Thus, the lives of tens of thousands of boys has been negatively impacted and affected for decades, of which I am one.

For most of my life I have maintained secrecy about what happened to me during several of our Boys Scouts outings. Secrets of sexual violence and molestation that for many years, I held deep within my subconscious, in an effort to avoid the feelings of guilt and shame. I felt guilty because after several sexual encounters with my scout leader, I began to look forward to those dirty sex acts. As a result, I've struggled with those memories, and wrestled with my sexual identity for most of my life. My marriage suffered and I am single today, because of internal struggles of sexual identity because of my abuse. I am thankful that this legal complaint against BSA has allowed me the opportunity to find some solace and has now given me a chance to finally speak about something that has haunted me for so long.

I am writing this letter to add my voice with the tens of thousands of others who I now know share my distress from similar traumatic experiences with BSA. I believe that our suffering and pain deserves to be compensated. I believe that justice needs to be served against the BSA for not putting in safeguards to protect us from known predatory harm. Harm that went on for so long, against innocent children at the hands of BSA staff members. The Boys Scouts of America can begin to cleanse its tarnished past by acknowledging its wrong, adequately compensating its victims, implementing new safeguards and policies that protect against known offenders being hired, and implementing procedures to quickly prosecute those who are found to be guilty of preying on its most valuable asset, its children! They must not be allowed to get by with a slap on the wrist. They must be made to make substantial reparations to us for their atrocities over these many years. I hope that true justice can happen!

Sincerely,



Survivor



Justice Laurei Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor

METROPLEX MI 480
3 MAY 2021 PM 10 L

RE: SA-