To Whom it may Concern;
(SA ███████)

FILED
2021 MAY 26 AM 8:48
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Unfortunately, in this age of the "Me too Movement" I ███████████ am a Victim! My innocense was taken from me in the 50's by my scout master ███████████ at St. John Missionary Baptist Church in West Palm Beach, Florida. To this day I still do not like to be touched by anyone.

I beg the Court to Please hold The Boy Scouts of America responsible for the actions of their Scout Masters.

Respectfully,

███████████

SA- ███████