

**FILED**

2021 MAY 26  AM 8:48

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 10, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Re: Case SA – ▇

To whom it may Concern:

I am writing to implore that the Courts and all Parties involved take a careful reconsideration about doing whatever you can to restore some of what was taken from me. As a 50+ year old man, I am only recently coming to grip with the totality of what I lost, let me rephrase what was taken from me as a young boy.

The sexual abuse along with the shame and guilt that was imposed on me had and continues to have taken a devastating toll on my very existence. I spent most of my formative years questioning my sexuality, feeling ashamed, and guilty for allowing the abuse to occur. I thought I was less than because I did not put an end to it immediately. I am not sure if you and the courts really understand how this type of abuse affects an individual's self-worth and their ability to navigate through adolescence when the very fabric of your identity has been destroyed. My abusers started molesting me when I was in the 4th grade. By the time I reached Middle School, I was so angry and full of self-hate that I began to lash out and hurt my peers. I was not able to have a quote unquote normal discovery of sexuality nor understand what it was like to be in a relationship with a girl my age. After I finally confessed to my parents what happened to me at Camp Seoul and the prior years of abuse, I still felt ashamed and guilty. I believe that shortly after my mother confronted one of my abusers we shortly thereafter moved to Houston, TX in order to avoid having me ridiculed by my peers at our church and school.

Although, I was considered above average academically, I repeated the sixth grade twice, due to my emotional instability. Later I found myself struggling to fit into normal social circles and before you knew it, I was into alcohol and drugs. Needless to say, the addictions only masked the issues and eventually destroyed my marriage and sullied my relationship with my son.

Unfortunately, I grew up in an era where mental health was not addressed in African American families. This subject was taboo in our household and I went many decades attempting to suppress my feelings and disassociate myself from those horrible memories. It was not until my

late forties that I found a group to discuss what happened to me and really start addressing my feelings and the self-destructive behavior that was associated with my abuse.

No one can give me my youth back, no one can make that pain that I felt and still feel go away. No one can make the destroyed relationships whole. No one can remove the criminal record nor restore the career track that I set for myself as a teen to join the Marines and later pursue a career with the FBI. No one can give me a stable career with all the trappings of a retirement nest egg, and other investments. No one can erase the evictions and the bad credit.

I had to finally restore my confidence in myself. I had to forgive my abusers for what they did to me and for what they took away from me. I believe with my heart of hearts that MY LIFE would have been drastically different if my innocence had stayed intact. I believe that MY FUTURE would be a lot brighter had I not wallowed in guilt and shame and had a more positive view of who I was. I thought the Boy Scouts would be the beginning of how 8-year-old ▮ envisioned the future of working for the Bureau.

I am so glad today that we live in a world were as the stigma that used to be associated with male victims of abuse does not prevent men from coming forward and letting the world know that even though this happened to me, it does not define me.

Do not allow the BSA to continue to ignore the countless victims that have suffered abuse from their supposed trusted leaders. Think of all the victims, not just the ones that are coming forward in this suit, but the ones that did not make it to see the action brought forward. Think of the victims that took their own lives because they could never figure out how to deal with what happened, the ones lost to addiction, and the ones that are still too ashamed to admit what happened to them.

Make sure that BSA and the Insurance companies affiliated with this agency contribute their portion of liability to this class action. This is the least that can be done, to give some restoration of Justice and worth to all of the victims.

