Dear Lauri Selber Silverstein,

I was an 11 year old boy in the Boy Scouts. It was my first year at Scout Camp when I was dragged off to a big camp fire with the other scouts. We were standing around when I saw an older scout talking with the Scout

[REDACTED]

Arrow boys and the Scout Master started to laugh at me. I was looking for my Scout Master I could hear him but could not see him. The Scout Master

[REDACTED]

The next day I was taking a shower at camp slipped and fell hitting my head. This incident was a big disappointment to me that changed my views of scouting which stopped me from achieving my Eagle rank. I remember that my Scout Master came to our home and my mother confronted him. Nothing was done to the older scouts or Scout Master that I recall.

I asked my wife what she would have done or said if this would have happened to our two sons or Grandsons. She was very upset about the situation I had to go thru, and said she would have gone to higher up Scout personnel for disciplinary action.

I myself was a Cub Master for 12 years and I kept my scouts safe from this type of harassment. My youngest son reached his Eagle Rank at 15 years of age and our Grandson (his son) age 16 is about to be presented with his Eagle rank in just a few months. We are so very proud of them and glad they did not have to endure this type of harassment.

To me this incident was humiliating and hurtful to a young boy just beginning his puberty years. I still think of this to this day.

Thank you for your time.

Sincerely yours    SA-[REDACTED]

*Sorry I am so late with this letter*

SA [REDACTED]





Justice Lauri Selber Silverstein
BSA Bankruptcy CASO
824 Market Street 6th Floor
Wilmington DE
19801

MILWAUKEE WI 530
21 MAY 2021 PM 1 L

U.S.M.S. X-RAY