FILED
2021 MAY 26 AM 8:47
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Legal Mail
Received
MAY 14 2021
Dade C.I.

May 13, 2021

Justice Laurie Silberstein
B.S.A. Bankruptcy Case
824 Market St. 6TH. Fl.
Wilmington, Del. 19801

Your Honor:

I pray for your attention in this matter of the sexual abuse I and others have suffered while in the Boyscouts of America.

I won't excuse myself for the things I've done to put me in prison for over 47 years total, But wonder if things might have been different. If I hadn't been a Victim myself.

I will soon be 70 yrs old and Not a day goes by that I wish that I could have had a normal life.

I don't know how many Victims of the Boyscouts there are or how many Victims they have made and how many Victims those Victims have made But I am sure it is astronomical, and continues to grow. Why should a group of people in charge of teaching young people be alowed to go on with impunity and continue to make Victims who make more Victims?

I believe the Boyscouts should be Broken up into county by county arginaystions who each stand accountable for the children under their care. Otherwise they hold Political power to avoid Punishment for their actions of Violating children.

P 1 of 3

I also believe that boyscouts should always be a buddy system where there are always 2 Boyscouts together and Never 1 alone with an adult Period.

One last thing, Why should an orginoyation who has harbored child-molesters and still try to Protect their actions be allowed to continue to Reap Proffits and to enjoy the spoils of these Peoples actions.

This is all I have to say and I doubt that the words of a Nobody like me will have any influence upon anyone with Power, But thank you for hearing me.



DEAR SIRS:

DURING THE SUMER OF 1964-5 I JOINED THE BOYS SCOUTS IN PRINCEVILLE, ILLINOIS. WE WENT ON A JAMBOREE SHORTLY AFTER I JOINED.

WHILE AT THE JAMBOREE THE FIRST DAY WE WER TOLD TO MAKE A BRIDGE ACROSS A CREEK. SO MYSELF & THREE OTHER BOYS ON OUR SQUAD CHOPED DOWN A BIG TREE TO FALL ACCROSS THE CREEK. WHEN THE SCOUT MASTER ▇▇▇▇ SAW THIS HE SINGLED ME OUT. HE SAID MY DAD WOULD HAVE TO PAY $400.00 FOR THE TREE & I WAS OUT OF THE SCOUTS. HE TOLD ME TO GET MY STOUGH HE WAS TAKING ME HOME. ON THE WAY HOME HE STOPPED IN A DRIVEWAY OF A FIELD. HE SAID IF I WOULD DO SOMETHING FOR HIM HE WOULD NOT TELL MY DAD & I COULD STAY IN THE SCOUTS. I WAS AFRAID HE WOULD GET ME IN TROUBLE WITH MY STEP DAD. HE WAS GOOD FRIENDS WITH MY STEP DADS BROTHER ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

LATER HE WAS AT MY UNCLES HOUSE & LEFT BY MY SELF & WALKED ALMOST 5 MILES BACK TO WHER WE WERE LIVING AT THE TIME. & GOT MY DADS SHOT GUN, LOADED IT & WAITED TO SEE IF HE WOULD SHOW UP. IF HE DID I WAS GOING TO SHOOT HIM. I WAS REALLY SCARED. I SAW HIM A COUPLE OF TIMES AFTER THAT AS I GOT OLDER.

THATS ALL. I LEFT ILLINOIS IN NOV. 1970 AND NEVER WENT BACK.
THANK YOU FOR WHAT YOU CAN DO FOR ME

CC: PERSONAL FILE