5/26/21

Justice Lauri Silverstein;

FILED
2021 MAY 26 AM 8:46
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I was incurged to write you by my attorney for my BSA case pending, Dont let these guys off with small payouts, the abuse is still happening and now girls are getting in. Boy scouts are supported by the Catholic Church, and who makes these dicisions pedophiles a whole den full of them.

I grew up in New Orleans Louisiana. My childhood was ruined by these people. Jamburies, closed door counceling to help you get more merrit badges. Walls cant really talk so the ones that got ruined have to talk.

The bod part gay was accepted in New Orleans before the LBGA movement. I am an only child, asked my My why didn't I have any ciblings, well son your dad is gay and, you'll understand some day, we just dont talk about it.

My dads boy fhend was our next door neighbor ▅▅▅▅▅▅ when my dad wasn't

while I was a Boy Scout, both [redacted] and my dad [redacted] met at Boy Scouts. I tried to tell on my Dad but only told the wrong people, well son we'll look into it. My dad was a troop leader. It was something [redacted]

mom had enough. Packed me up moved to Alabama in 1966. I never saw my dad after that. Hurricane Betsy and Camille took care of that. I really got hired, you knew you eat something and you get sick and never want it again. As I grew up I had to discover Girls, I got my ass kicked so many times I was not Gay but came close. Who do you tell now. The Boy Scouts well they might have changed but it wired me almost to where I could not hold my head up. I'm 73 and single was married but had too much Bagage, I guess they got tired of listening to me cry.
     Thanks Judge



Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market St.
6th Floor
Wilmington, DE 19801



BIRMINGHAM AL 350
20 MAY 2021 PM 4 L