BSA claim number: SA - ███

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

FILED
2021 MAY 26 AM 8:45
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Judge Silverstein,

I am writing in the hope that I can help express how my experiences with the Boy Scouts of America have altered my life for over sixty three years.

When I was about twelve years old, I and other local Boy Scouts, attended a Boy Scout ███████████████████████████████████████████████████████████████

much impact on me. It is only now, in my old age, that I realize what impact it really had on me. I never again, joined or participated in, any other organization or groups and have always avoided any close relationships with other males. While I am happy with the choices and directions of my life, I am angered and grieve for the things I have missed.

Please help insure that the Boy Scouts of America take full responsibility for the omissions of the past and their guardianship in the future.

Respectfully yours,

███████████



JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON, DE 19801

BSA CLAIM # SA





CHARLESTON WV 250
22 MAY 2021 PM 1 L

