BSA CLAIM # ███   MAY 20, 21

JUSTICE LAURI- HELLO MA'AM. IM █████ AS I SIT IN PRISON FOR DRUG RELATED CRIMES. IM HIGH ON DRUGS AS I WRITE THIS. ITS 2:── AM SLEEPLESS. THIS IS MY 5TH TIME SERVING PRISON TIME IN FLORIDA AT TOTAL OF 25 YRS. IN ──── THIS TRIP WAS 10 YRS DAY FOR DAY. NO GOOD TIME. IM CURRENTLY ON CLOSE MANAGEMENT FOR BASHING A BOY FOR MAKING A SEXUAL COMMENT TO ME. I USED MY WHEELCHAIR FOOT REST. SMASHED HIS HEAD WIDE OPEN. HE CONVULSED AND ALMOST BLED OUT. HE WAS MEDI-VACED FROM THE PRISON AND SPENT A MONTH IN A COMA. NOW HERE I SIT AT FLORIDA STATE PRISON, ON HIGH SECURITY RIGHT AROUND THE WING THAT HOUSES FLORIDA'S FAMOUS DEATH ROW.

MY LIFE WAS RUINED BY BEING SEXUALLY VIOLATED AND INTRODUCED TO HARD DRUGS, CRACK, HEORIN BY A BOY/CUB SCOUT LEADER AT THE AGE OF 12 IN A BATHROOM AT A CHURCH WHERE WE HELD OUR ████ AND HEROIN. HE TOLD ME IF I EVER SPOKE A WORD HE WOULD KILL MY MOMMY WHO WAS ALSO A TROOP LEADER. ████ BE SEEN OR HEARD FROM AGAIN.

BY 13 I WAS DEPENDENT ON DRUGS. SELLING MYSELF SEXUALLY FOR A FIX. WHILE AT THE SAME TIME COAXING MY FRIENDS TO TRY "H" AND THEN BASICLY RAPE THEM AS I WAS TAUGHT TO DO- THEN ENJOY

BY 17 I WAS IN ADULT PRISON. SPENT MY 18,— 21ST BIRTHDAYS AT A PRISON FOR BOYS UNDER

FILED 2021 MAY 26 AM 8:44 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

(2)

THE AGE OF 24. THE WORST OF THE WORST. I WAS FORCED TO JOIN A GANG AND THE SEXUAL ASSAULTS CONTINUED BY THIS TIME I LIKED IT. ALL THANKS TO MY BOY SCOUT / CUB SCOUT LEADER

25 YRS. LATER IM A PSYCH. PATIENT. ADHA, MANIC DEPRESSANT, BI-POLAR. IM ON MEDS. THAT I SAVE FOR DAYS THEN EAT EM ALL AT ONCE TO GET HIGH. I HAVE GORGEOUS TRACK MARKS UP AND DOWN MY ARMS ALONG WITH SCARS OF ATTEMPTED SUICIDE. 1ST TIME AT AGE 14 AND MANY TO FOLLOW. MOST IN PRISON CAUSE THATS WHERE I GREW UP.
NOW I HAVE HEP C AND THE H.I.V. VIRUS AND

[redacted]

DUE TO FEAR OF HIM HURTING MY MOMMY TOO!
NOW THESE SCUMBAGS WANT TO HAGGLE OVER COMPENSATING ME FOR THE CHILDHOOD AND LIFE TAKEN BY THERE LEADER. RAPING ME AND GIVEN ME HARD DRUGS AT 12 YRS OLD — HERE I SIT. THE OUT COME. CRYING AS I WRITE THESE WORDS TO YOU AS A GROWN MAN BUT INSIDE STILL A DAMAGED LIL' CUB SCOUT.

THANK YOU FOR YOUR CONCERN
P.S. WHERE IS THE BSA      JUSTICE LAURI
HOME OFFICE? SHOULD I      GOD BLESS YOU
JUST GO THERE WHEN I
AM RELEASED TO GET         VERY SINCERELY
WHAT IM OWED?              [redacted]
THESE PEOPLE ARE
EVIL                       FLORIDA PRISONER



LEGAL MAIL *
LEGAL MAIL

Justice Lauri Selber Silverstein
* BSA. Bankruptcy case *
824 Market Street — 6th Floor
Wilmington, DE. 19801