IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: June 9, 2021 at 4:00 p.m. (ET).**
**Hearing Date: June 17, 2021 at 10:00 a.m. (ET)**

# THIRD QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP, LLC, AS FINANCIAL ADVISORS TO THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH OCTOBER 31, 2020

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC |
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective as of March 6, 2020 by order signed on or about April 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2020 through October 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $1,206,072.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $   17,520.78 |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $  964,857.60 |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $   17,520.78 |

This is a(n): ___ monthly    _X_ interim    ___ final application.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

The total time expended for fee application preparation is 94.2 hours and the corresponding compensation requested is approximately $35,289.50, which represents less than 3.0% of total fees.

**PRIOR APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 06/03/20 | 03/06/20 – 03/31/20 | $281,697.00 | $0.00 | $225,357.60 | $0.00 |
| 08/07/20 | 04/01/20/ - 04/30/20 | $390,313.00 | $513.74 | $312,250.40 | $513.74 |
| 10/20/20 | 05/01/20 – 05/31/20 | $398,111.50 | $33.14 | $318,489.20 | $33.14 |
| 11/02/20 | 06/01/20 – 06/30/20 | $300,701.50 | $48.55 | $240,561.20 | $48.55 |
| 11/02/20 | 07/01/20 – 07/31/20 | $359,632.50 | $17.17 | $287,723.17 | $17.17 |
| 03/30/21 | 08/01/20 – 10/31/20 | $1,206,072.00 | $17,520.78 | $964,857.60 | $17,520.78 |

**BRG PROFESSIONALS**

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Of Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 194.1 | $164,985.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 448.3 | 336,225.00 |
| Vernon Calder | Managing Director; Over 37 Years Of Experience; Master Of Accountancy 1983 | 745.00 | 0.3 | 223.50 |
| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 34.7 | 24,810.50 |
| Ozgur Kan | Managing Director, Over 25 Years Of Academic, Financial Services, Credit Analytics and Consulting Experience; Series 50 Municipal Advisor since 2017; | 660.00 | 23.9 | 15,774.00 |

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| | Ph.D in Finance and International Business 2001. | | | |
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 206.3 | 136,158.00 |
| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 462.1 | 288,812.50 |
| Leif Larsen | Associate Director; Over 20 Years Of Experience; Bachelor of Science in Accounting; CPA Since 2006 | 560.00 | 0.6 | 336.00 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 394.8 | 116,466.00 |
| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 464.5 | 111,480.00 |
| Evelyn Perry | Case Assistant; Over 32 Years Of Experience | 185.00 | 53.6 | 9,916.00 |
| Victoria Calder | Case Assistant; Over 4 Years Of Experience | 115.00 | 7.7 | 885.50 |
| | **Blended Rate** | **$526.46** | **2,290.9** | **$1,206,072.00** |

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| **200.10** – Document / Data Analysis (Merrill DatasiteOne) | 70.8 | $22,447.50 |
| **200.30** – Document / Data Analysis (Financial / Accounting) – PeopleSoft Accounting System | 53.2 | 35,193.50 |
| **200.40 –** Document / Data Analysis (Corporate) | 97.1 | 46,644.00 |
| **200.60 –** Document / Data Analysis (Local Councils) | 253.9 | 94,897.00 |
| **221.00 –** Debtor Operations / Monitoring (Cash Flow Reports) | 37.6 | 11,334.50 |

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| **223.00** – Debtor Operations / Monitoring (Cash Management Reports) | 11.6 | 4,022.50 |
| **224.00** – Debtor Operations / Monitoring (Shared Services Reports) | 2.8 | 864.50 |
| **225.00 –** Debtor Operations / Monitoring (Other Reports) | 23.4 | 15,728.50 |
| **300.00** – Asset Analysis (General – Debtors) | 20.7 | 9,620.00 |
| **301.00** – Asset Analysis (General – Debtors Restricted / Identified Assets) | 14.4 | 7,075.00 |
| **303.00** – Asset Analysis (General – Local Councils) | 439.5 | 260,096.00 |
| **303.10 –** Asset Analysis (General – Local Councils / Credit Analysis) | 126.7 | 60,145.00 |
| **310.00** – Asset Analysis (Cash / Bank Accounts - Debtors) | 100.9 | 29,375.00 |
| **313.00 –** Asset Analysis (Cash / Bank Accounts – Local Councils) | 7.6 | 4,750.00 |
| **323.00** – Asset Analysis (Investments / Funds – Local Councils) | 21.5 | 11,637.00 |
| **332.00** – Asset Analysis (Real Property – Related Non-Debtors) | 13.4 | 9,562.50 |
| **333.00** – Asset Analysis (Real Property – Local Councils) | 490.4 | 263,207.50 |
| **350.00 –** Asset Analysis (Insurance – Debtors) | 55.7 | 40,211.00 |
| **500.00** – Viability Analysis | 68.3 | 46,008.50 |
| **600.00** – Claims / Liability Analysis | 11.6 | 7,864.00 |
| **620.00** – Claims / Liability Analysis (Pension) | 17.6 | 12,631.00 |
| **910.00** – Report / Presentation Preparation – Mediation Responses | 144.3 | 98,351.00 |
| **1020.00** – Meeting Preparation & Attendance | 108.5 | 75,717.00 |
| **1030.00 –** Mediation Preparation & Attendance | 5.2 | 3,400.00 |
| **1060.00** – Fee Application Preparation & Hearing | 94.2 | 35,289.50 |
| **Total** | **2,290.9** | **$1,206,072.00** |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (If Applicable)[2] | Total Expenses |
|---|---|---:|
| Subscription Costs | CoStar US Account 34153942 / 1 Year (July 2020 – June 2021) | $17,500.00 |
| Research Services | TLOxp* (tlo.com) | 7.42 |
| Research Services | GuideStar (guidestar.org) | 13.36 |
| **Total** | | **$17,520.78** |

---

[2] BRG may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: June 9, 2021 at 4:00 p.m. (ET)**
**Hearing Date: June 17, 2021 at 10:00 a.m. (ET)**

# THIRD QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP LLC, AS FINANCIAL ADVISORS TO THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH OCTOBER 31, 2020

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the "Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief," signed on or about April 6, 2020 (the "Administrative Order"), Berkeley Research Group LLC ("BRG" or "Applicant"), Financial Advisors to the Tort Claimants' Committee (the "Committee"), hereby submits its Third Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from August 1, 2020 through October 31, 2020 (the "Third Quarterly Application").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

By this Third Quarterly Application BRG seeks an interim allowance of compensation in the amount of $1,206,072.00 and actual and necessary expenses in the amount of $17,520.78 for a total allowance of $1,223,592.78 and payment of the unpaid amount of such fees and expenses for the period August 1, 2020 through October 31, 2020 (the "Interim Period").  In support of this Third Quarterly Application, BRG respectfully represents as follows:

### Background

1. On February 18, 2020 (the "Petition Date"), the Debtors commenced their Chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in possession of their property and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about April 6, 2020, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein.  The Administrative Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within fourteen (14) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the period ending April 30, 2020 and at three-month intervals thereafter, each of the Professionals

shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4. The retention of BRG, as financial advisors to the Tort Claimants' Committee, was approved effective as of March 6, 2020 by this Court's "Order Authorizing and Approving the Retention of Berkeley Research Group, LLC as Financial Advisors to the Additional Tort Claimants' Committee Effective as of March 6, 2020," signed on or about April 11, 2020 (the "Retention Order"). The Retention Order authorized BRG to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses. The Retention Order further authorized BRG to be reimbursed for Committee Members' expenses that BRG paid directly or reimbursed to Committee Members. BRG is not requesting reimbursement in this Second Quarterly Application for any Committee Members' expenses.

## BRG's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5. A combined monthly fee application for the period August 1, 2020 through October 31, 2020 of BRG has been filed and served pursuant to the Administrative Order.

6. On March 30, 2021, BRG filed its Sixth, Seventh & Eighth Combined Monthly Application for Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC, as Financial Advisors to the Tort Claimants' Committee, for the Period from August 1, 2020 through October 31, 2020 (the "Combined Monthly Fee Application") requesting

3

$1,206,072.00 in fees and $17,520.78 in expenses (Docket 2487). Pursuant to the Administrative Order, BRG has requested payment of $964,857.60 of the fees and $17,520.78 of the expenses requested in the Combined Monthly Fee Application. A true and correct copy of the Combined Monthly Fee Application is attached hereto as <u>Exhibit A</u>.

7. The Combined Monthly Fee Application covered by this Third Quarterly Application contain detailed daily time logs describing the actual and necessary services provided by BRG during the periods covered by such applications as well as other detailed information required to be included in fee applications.

**Requested Relief**

8. By this Third Quarterly Application, BRG requests that the Court approve payment of one hundred percent (100%) of the fees and expenses incurred by BRG during the Interim Period of August 1, 2020 through October 31, 2020.

9. At all relevant times, BRG has not represented any party having an interest adverse to these cases.

10. All services for which BRG requests compensation were performed for or on behalf of the Committee.

11. BRG has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Third Quarterly Application. There is no agreement or understanding between BRG and any other person other than the partners of BRG

for the sharing of compensation to be received for services rendered in these cases. BRG did not receive a retainer in this matter.

12. The professional services and related expenses for which BRG requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of BRG's professional responsibilities as financial advisors for the Committee in these chapter 11 cases. BRG's services have been necessary and beneficial to the Committee, the Debtors and their estates, creditors and other parties in interest.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by BRG is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, BRG has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Third Quarterly Application complies with such Rule and Order.

**WHEREFORE,** BRG respectfully requests that the Court enter an order, in the form attached hereto, providing that an interim allowance be made to BRG in the total amount of $1,223,592.78 for the period from August 1, 2020 through October 31, 2020, including the sum of $1,206,072.00, as compensation for necessary professional services rendered, and the sum of $17,520.78 for reimbursement of actual necessary costs and expenses; that the Debtors be

authorized and directed to pay to BRG the outstanding amount of such sums; and for such other and further relief as may be just and proper.

Dated this 7TH day of May, 2021.

R. Todd Neilson, CPA
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Financial Advisor to the Official Tort Claimants' Committee

6

## VERIFICATION

STATE OF UTAH:

COUNTY OF SALT LAKE:

R. Todd Neilson, after being duly sworn according to law, deposes and says:

a) I am a Certified Public Accountant and am a Managing Director with Berkeley Research Group, LLC ("BRG").

b) I have read the foregoing "*Third Quarterly Application for Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisors to the Tort Creditors' Committee for the Period from August 1, 2020 through October 31, 2020*" (the "Third Quarterly Application") and know the contents thereof. I certify the facts stated therein are true of my own knowledge, except for those stated upon information and belief, which I believe to be true. If called upon I could and would testify completely thereto.

c) I have reviewed Del. Bankr. LR 2016-2 and the Interim Order signed on or about April 6, 2020, and submit that the Third Quarterly Application substantially complies with such Rule and Order.

Dated this 7th day of May, 2021.

R. Todd Neilson

SUBSCRIBED AND SWORN to before me this 7 day of May, 2021.

Notary Public
My Commission Expires: 02-21-2024



ELIZABETH FLOWERS
NOTARY PUBLIC · STATE OF UTAH
COMMISSION# 710676
COMM. EXP. 02-21-2024