# **EXHIBIT A**

26806555.7



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 03/19/2021 | CI-029615 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 04/18/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

| Bill To: |
|---|
| Young Conaway Stargatt & Taylor, LLP<br>1100 North Market Street<br>Wilmington, DE 19801<br>United States of America |

| Project Information: | |
|---|---|
| Project Name: | P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings |
| Project Number: | P-001551 |
| PO Number: | |

Professional Services rendered for period ending February 28, 2021.

| | | |
|---|---|---|
| **Net Amount:** | | 108,775.40 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 108,775.40 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

| Remittance Information: |
|---|
| *Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*<br><br>*Please call Philip Irvine at (312) 212-6100 for question or bank wire instructions.*<br><br>*Please make checks/wires payable to 'Ankura Consulting Group, LLC'.* |



|  |  | Project #: | P-001551 |
|---|---|---|---|
|  |  | Invoice Date: | 3/5/2021 |
|  |  | Invoice Number: | CI-029615 |
|  |  | Professional Services Through: | February 2021 |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Thomas Vasquez | Senior Managing Director | 750.00 | 9.0 | $ 6,750.00 |
| Nicholas Deluca | Senior Managing Director | 500.00 | 13.9 | $ 6,950.00 |
| Zsolt Macskasi | Managing Director | 450.00 | 63.0 | $ 28,350.00 |
| Matthew Burkett | Senior Director | 350.00 | 93.6 | $ 32,760.00 |
| Michael Northeim | Director | 294.00 | 1.6 | $ 470.40 |
| Annabel Maschal | Senior Associate | 265.00 | 5.4 | $ 1,431.00 |
| Connor Cosenza | Senior Associate | 265.00 | 71.6 | $ 18,974.00 |
| Autumn McCusker | Associate | 175.00 | 62.2 | $ 10,885.00 |
| Caitlin Zaragosa | Associate | 175.00 | 6.5 | $ 1,137.50 |
| Ellen Davis | Associate | 175.00 | 6.1 | $ 1,067.50 |
| **Total** |  |  | **332.9** | **$ 108,775.40** |



|  |  |  | Project #: | P-001551 |
|---|---|---|---|---|
|  |  |  | Invoice Date: | 3/5/2021 |
|  |  |  | Invoice Number: | CI-029615 |
|  |  |  | Professional Services Through: | February 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/1/2021 | Zsolt Macskasi | Conduct background research on abuse patterns (5.0). Develop future claims forecast mode (3.0). | 450.00 | 8.0 | $ 3,600.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/1/2021 | Matthew Burkett | Perform data analysis for future claims forecast. | 350.00 | 4.1 | $ 1,435.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/1/2021 | Connor Cosenza | Conduct background research on abuse patterns. | 265.00 | 8.3 | $ 2,199.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/1/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/1/2021 | Autumn McCusker | Background research on abuse patterns. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/2/2021 | Nicholas Deluca | Review forecast inputs | 500.00 | 1.4 | $ 700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/2/2021 | Zsolt Macskasi | Conduct background research on abuse patterns (4.0). Develop future claims forecast mode and discuss with Cosenza and Burkett (4.0). | 450.00 | 8.0 | $ 3,600.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/2/2021 | Matthew Burkett | Future claim trends analysis(3.5); internal status meeting with N DeLuca, C Cosenza (1.0) , | 350.00 | 4.5 | $ 1,575.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/2/2021 | Michael Northeim | Analysis of future claims forecast. | 294.00 | 1.0 | $ 294.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/2/2021 | Connor Cosenza | Call With N. Deluca M. Burkett M. Northeim A. McCusker Z. Macskasi Re: Model Development | 265.00 | 1.3 | $ 344.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/2/2021 | Connor Cosenza | Development of future claims forecast methodology. | 265.00 | 3.2 | $ 848.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/2/2021 | Autumn McCusker | Background research on abuse patterns. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/3/2021 | Matthew Burkett | Perform data analysis for future claims forecast. | 350.00 | 3.1 | $ 1,085.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/3/2021 | Connor Cosenza | Conduct background research on abuse patterns. | 265.00 | 2.9 | $ 768.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/4/2021 | Matthew Burkett | Development of future claims forecast methodology. | 350.00 | 1.7 | $ 595.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/4/2021 | Connor Cosenza | Call with M. Burkett Re: Model Development | 265.00 | 0.7 | $ 185.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/4/2021 | Connor Cosenza | Create internal workflow documentation. | 265.00 | 4.9 | $ 1,298.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/5/2021 | Matthew Burkett | Perform analysis of POC data for use in future claims forecast. | 350.00 | 2.6 | $ 910.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/5/2021 | Connor Cosenza | Generate and revise model and work streams document | 265.00 | 4.1 | $ 1,086.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/5/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 0.5 | $ 87.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/5/2021 | Caitlin Zaragosa | Analyze abuse patterns to help forecast future claims. | 175.00 | 0.2 | $ 35.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/8/2021 | Matthew Burkett | Perform data analysis for future claims forecast. | 350.00 | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/8/2021 | Connor Cosenza | Development of future claims forecast methodology. | 265.00 | 2.6 | $ 689.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/9/2021 | Thomas Vasquez | Review of future claims forecast. | 750.00 | 3.5 | $ 2,625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/9/2021 | Matthew Burkett | Perform data analysis for future claims forecast. | 350.00 | 2.9 | $ 1,015.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/9/2021 | Connor Cosenza | Development of future claims forecast methodology. | 265.00 | 1.5 | $ 397.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/9/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/9/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/9/2021 | Ellen Davis | Analysis of historical abuse datasets. | 175.00 | 0.5 | $ 87.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/9/2021 | Ellen Davis | Create dataset for analysis of abuse trends. | 175.00 | 0.5 | $ 87.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/9/2021 | Caitlin Zaragosa | Analyze abuse patterns to help forecast future claims. | 175.00 | 4.3 | $ 752.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/10/2021 | Zsolt Macskasi | Review childhood sexual assault statistics (4.0). Develop future claims forecast mode alternative scenarios (1.0). | 450.00 | 5.0 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/10/2021 | Matthew Burkett | Perform data analysis for future claims forecast. | 350.00 | 2.9 | $ 1,015.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/10/2021 | Matthew Burkett | Development of future claims forecast methodology. | 350.00 | 3.3 | $ 1,155.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/10/2021 | Connor Cosenza | Call with Z. Macskasi, M. Burkett re: Model Development | 265.00 | 0.6 | $ 159.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/10/2021 | Connor Cosenza | Development of future claims forecast methodology. | 265.00 | 2.4 | $ 636.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/10/2021 | Autumn McCusker | Background research on abuse patterns. | 175.00 | 0.8 | $ 140.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/10/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/10/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/10/2021 | Caitlin Zaragosa | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/11/2021 | Matthew Burkett | Analyze POC claims to forecast future claims | 350.00 | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/11/2021 | Autumn McCusker | Background research on abuse patterns. | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/11/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/12/2021 | Matthew Burkett | Analysis of patterns of abuse to model future claims forecast. | 350.00 | 2.3 | $ 805.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/12/2021 | Autumn McCusker | Background research on abuse patterns. | 175.00 | 0.8 | $ 140.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/12/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/12/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/15/2021 | Matthew Burkett | Background research into abuse trends for forecast modeling. | 350.00 | 1.9 | $ 665.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/15/2021 | Matthew Burkett | Analyze claims for use in future claims forecast. | 350.00 | 2.6 | $ 910.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/16/2021 | Matthew Burkett | Analyze future claims forecast methodology. | 350.00 | 2.3 | $ 805.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/17/2021 | Nicholas Deluca | Review forecast methodology | 500.00 | 1.0 | $ 500.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/17/2021 | Matthew Burkett | Analysis of abuse trends related to future claims forecast. | 350.00 | 3.1 | $ 1,085.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/17/2021 | Connor Cosenza | Development of future claims forecast methodology. | 265.00 | 0.2 | $ 53.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/18/2021 | Zsolt Macskasi | Development of future claims forecast. | 450.00 | 4.0 | $ 1,800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/18/2021 | Matthew Burkett | Research trends in abuse over time. | 350.00 | 0.5 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/18/2021 | Matthew Burkett | Research abuse trends used in forecast modeling. | 350.00 | 1.6 | $ 560.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/18/2021 | Matthew Burkett | Analyze forecast future claims model methodology. | 350.00 | 2.3 | $ 805.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/18/2021 | Connor Cosenza | Call with T. Vasquez, N. Deluca, M. Burkett, Z. Macskasi Re: Model Development | 265.00 | 2.3 | $ 609.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/18/2021 | Connor Cosenza | Conduct background research on abuse patterns. | 265.00 | 3.4 | $ 901.00 |



|  |  |  |  | Project #: | P-001551 |
|---|---|---|---|---|---|
|  |  |  |  | Invoice Date: | 3/5/2021 |
|  |  |  |  | Invoice Number: | CI-029615 |
|  |  |  |  | Professional Services Through: | February 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/18/2021 | Autumn McCusker | Background research on abuse patterns. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/19/2021 | Nicholas Deluca | Review forecast model inputs | 500.00 | 2.6 | $ 1,300.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/19/2021 | Zsolt Macskasi | Analysis of future claims forecast (7.0).  Call re: model with Cosenza, Burkett (1.0). | 450.00 | 8.0 | $ 3,600.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/19/2021 | Matthew Burkett | Development of future claims forecast methodology (3.7); call re: development with C Coszenza, A McCusker Z Macskasi (1.0). | 350.00 | 4.7 | $ 1,645.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/19/2021 | Connor Cosenza | Call with M. Burkett, Z. Macskasi, A. McCusker Re: Model Development | 265.00 | 1.0 | $ 265.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/19/2021 | Connor Cosenza | Development of future claims forecast methodology. | 265.00 | 4.8 | $ 1,272.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/19/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/19/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims (1.0) and call with Burkett, Cosenza, Macskasi(1.0). | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/19/2021 | Autumn McCusker | Background research on abuse patterns. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/20/2021 | Thomas Vasquez | Analysis to determine sample size of claims needed for review. | 750.00 | 4.0 | $ 3,000.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/21/2021 | Thomas Vasquez | Analysis to determine sample size of claims needed for review. | 750.00 | 1.5 | $ 1,125.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/22/2021 | Zsolt Macskasi | Review of data sampling declaration. | 450.00 | 2.0 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/22/2021 | Matthew Burkett | Analysis of historical abuse trends | 350.00 | 1.9 | $ 665.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/22/2021 | Matthew Burkett | Modeling of future claims forecast | 350.00 | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/22/2021 | Connor Cosenza | Perform background research in abuse trends to use in modeling future claims. | 265.00 | 7.4 | $ 1,961.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/22/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.7 | $ 297.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/22/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 4.5 | $ 787.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/23/2021 | Nicholas Deluca | Review forecast methodology. (1.7)  Review sampling methodology. (0.7) | 500.00 | 2.4 | $ 1,200.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/23/2021 | Zsolt Macskasi | Conduct analysis of future claims forecast. | 450.00 | 2.5 | $ 1,125.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/23/2021 | Zsolt Macskasi | Research child abuse trends for use in future claims forecasting | 450.00 | 3.0 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/23/2021 | Matthew Burkett | Analysis of abuse trends for use in modeling future claims. | 350.00 | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/23/2021 | Matthew Burkett | Analysis of future claims forecast modeling | 350.00 | 2.6 | $ 910.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/23/2021 | Michael Northeim | Review of future caim forecast methodology. | 294.00 | 0.6 | $ 176.40 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/23/2021 | Connor Cosenza | Attended time keeping meeting with Nick DeLuca, Matt Burkett, Zsolt Macskasi, Ellen Davis, Connor Cosenza, and Autumn McCusker | 265.00 | 0.4 | $ 106.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/23/2021 | Connor Cosenza | Perform analysis of claims forecast model. | 265.00 | 2.7 | $ 715.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/23/2021 | Connor Cosenza | Perform background research in abuse trends to use in modeling future claims. | 265.00 | 3.2 | $ 848.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/23/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.6 | $ 280.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/23/2021 | Autumn McCusker | Background research on abuse patterns. | 175.00 | 4.8 | $ 840.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/24/2021 | Nicholas Deluca | Review abuse statistics. | 500.00 | 1.3 | $ 650.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/24/2021 | Zsolt Macskasi | Conference call - Bates White presentation to stakeholders | 450.00 | 1.5 | $ 675.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/24/2021 | Zsolt Macskasi | Analysis of data sampling declaration. | 450.00 | 6.0 | $ 2,700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/24/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 1.8 | $ 630.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/24/2021 | Matthew Burkett | Perform literature review of abuse trends. | 350.00 | 3.1 | $ 1,085.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/24/2021 | Connor Cosenza | Perform background research in abuse trends to use in modeling future claims. | 265.00 | 0.2 | $ 53.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/24/2021 | Connor Cosenza | Review / edit Memo regarding claims analysis | 265.00 | 1.2 | $ 318.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/24/2021 | Connor Cosenza | Analyze claims to develop future claims forecast model. | 265.00 | 2.1 | $ 556.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/24/2021 | Autumn McCusker | Review abuse patterns to be used in model parameters. | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/24/2021 | Autumn McCusker | Background research on abuse patterns. | 175.00 | 4.0 | $ 700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/25/2021 | Nicholas Deluca | Review POC update.  (0.8) Review abuse rate research. (0.9) | 500.00 | 1.7 | $ 850.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/25/2021 | Zsolt Macskasi | Research child abuse disclosure rates for use in future claims forecasting | 450.00 | 3.0 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/25/2021 | Zsolt Macskasi | Analysis of data sampling declaration and associated materials. | 450.00 | 5.0 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/25/2021 | Matthew Burkett | Research historical abuse trends for forecast model. | 350.00 | 3.7 | $ 1,295.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/25/2021 | Matthew Burkett | Analysis of future forecast model methodology. | 350.00 | 3.8 | $ 1,330.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/25/2021 | Connor Cosenza | Analyze claims to develop future claims forecast model. | 265.00 | 6.4 | $ 1,696.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/25/2021 | Autumn McCusker | Background research on abuse patterns. | 175.00 | 4.5 | $ 787.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/25/2021 | Ellen Davis | Research of child abuse trends. | 175.00 | 1.4 | $ 245.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/26/2021 | Zsolt Macskasi | Research child abuse disclosure rates for use in future claims forecasting | 450.00 | 2.0 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/26/2021 | Zsolt Macskasi | Analysis of data sampling declaration and associated materials. | 450.00 | 2.0 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/26/2021 | Zsolt Macskasi | Review the transcript of the February 17 hearing | 450.00 | 3.0 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/26/2021 | Matthew Burkett | Analysis of abuse trends for future claims forecast. | 350.00 | 3.1 | $ 1,085.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/26/2021 | Matthew Burkett | Future claims forecast modeling. | 350.00 | 5.2 | $ 1,820.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/26/2021 | Connor Cosenza | Analyze claims to develop future claims forecast model. | 265.00 | 3.8 | $ 1,007.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/26/2021 | Autumn McCusker | Review abuse patterns to be used in model parameters. | 175.00 | 2.0 | $ 350.00 |



|  |  | Project #: | P-001551 |
|---|---|---|---|
|  |  | Invoice Date: | 3/5/2021 |
|  |  | Invoice Number: | CI-029615 |
|  |  | Professional Services Through: | February 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---:|---:|---:|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/26/2021 | Autumn McCusker | Background research on abuse patterns. | 175.00 | 5.5 | $ 962.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/26/2021 | Ellen Davis | Researched child abuse trends and summarized findings. | 175.00 | 1.2 | $ 210.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 2/26/2021 | Ellen Davis | Researched historical child abuse trends. | 175.00 | 2.1 | $ 367.50 |
|  | **Historical Data Analysis-Model Building Total** - B007 |  |  |  |  | **310.0** | **$ 100,764.40** |
| **Actuarial and other Analyses Total** |  |  |  |  |  | **310.0** | **$ 100,764.40** |
| Administrative/ Attend Calls/ Meetings | Administrative | 2/5/2021 | Annabel Maschal | Review of fee statement data. | 265.00 | 0.8 | $ 212.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 2/9/2021 | Matthew Burkett | Review of billing and budgeting process. | 350.00 | 0.7 | $ 245.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 2/9/2021 | Matthew Burkett | Review and prep of Jan bill | 350.00 | 2.1 | $ 735.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 2/10/2021 | Nicholas Deluca | Fee examiner follow-up | 500.00 | 0.9 | $ 450.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 2/11/2021 | Nicholas Deluca | Review Fee Examiner's Final Report | 500.00 | 0.4 | $ 200.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 2/11/2021 | Matthew Burkett | Creation of documentation to aid monthly billing procedures. | 350.00 | 1.7 | $ 595.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 2/11/2021 | Matthew Burkett | Jan bill preparation | 350.00 | 1.8 | $ 630.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 2/17/2021 | Matthew Burkett | Analysis of engagement fee statements. | 350.00 | 1.6 | $ 560.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 2/19/2021 | Matthew Burkett | Project management and discussion of billing issues | 350.00 | 2.9 | $ 1,015.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 2/22/2021 | Matthew Burkett | Documentation of fee statement preparation and associated tasks | 350.00 | 1.1 | $ 385.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 2/22/2021 | Annabel Maschal | Review of fee statement data. | 265.00 | 1.2 | $ 318.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 2/22/2021 | Annabel Maschal | Analysis of historical fee statements. | 265.00 | 3.4 | $ 901.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 2/24/2021 | Matthew Burkett | Review of fee statement | 350.00 | 1.3 | $ 455.00 |
|  | **Administrative Total** - B018 |  |  |  |  | **19.9** | **$ 6,701.00** |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 2/9/2021 | Nicholas Deluca | Call with Justin Rucki | 500.00 | 0.5 | $ 250.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 2/23/2021 | Matthew Burkett | Attended time keeping meeting with Nick DeLuca, Matt Burkett, Zsolt Macskasi, Ellen Davis, Connor Cosenza, and Autumn McCusker. | 350.00 | 0.4 | $ 140.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 2/23/2021 | Ellen Davis | Attended time keeping meeting with Nick DeLuca, Matt Burkett, Zsolt Macskasi, Ellen Davis, Connor Cosenza, and Autumn McCusker. | 175.00 | 0.4 | $ 70.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 2/24/2021 | Nicholas Deluca | Mediation call re: Bates' valuation model | 500.00 | 1.7 | $ 850.00 |
|  | **Meetings/calls Total** - B008 |  |  |  |  | **3.0** | **1,310.00** |
| **Administrative/ Attend Calls/ Meetings Total** |  |  |  |  |  | **22.9** | **$ 8,011.00** |
| **Grand Total** |  |  |  |  |  | **332.9** | **$ 108,775.40** |