# **EXHIBIT B**

There were no expenses incurred during the Fee Period.

26806555.7