# **EXHIBIT A**

26806555.7



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 04/27/2021 | CI-031789 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 05/27/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

| Bill To: |
|---|
| Young Conaway Stargatt & Taylor, LLP<br>1100 North Market Street<br>Wilmington, DE 19801<br>United States of America |

| Project Information: | |
|---|---|
| Project Name: | P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings |
| Project Number: | P-001551 |
| PO Number: | |

Professional Services rendered for period ending April 30, 2021.

| | | |
|---|---|---|
| **Net Amount:** | | 80,692.39 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 80,692.39 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

### Remittance Information:

**Remittance Instructions**

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

*Please call Philip Irvine at (312) 212-6100 for question or bank wire instructions.*

*Please make checks/wires payable to 'Ankura Consulting Group, LLC'.*



|  | Project #: | P-001551 |
|---|---|---|
|  | Invoice Date: | 4/27/2021 |
|  | Invoice Number: | CI-031789 |
|  | Professional Services Through: | March 2021 |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Thomas Vasquez | Senior Managing Director | 750.00 | 19.8 | $ 14,850.00 |
| Amy Brockman | Senior Managing Director | 625.00 | 2.8 | $ 1,750.00 |
| Gary Wingo | Senior Managing Director | 625.00 | 0.9 | $ 562.50 |
| Nicholas Deluca | Senior Managing Director | 500.00 | 13.7 | $ 6,850.00 |
| Zsolt Macskasi | Managing Director | 450.00 | 46.7 | $ 21,015.00 |
| Matthew Burkett | Senior Director | 350.00 | 56.7 | $ 19,845.00 |
| Annabel Maschal | Senior Associate | 265.00 | 2.5 | $ 662.50 |
| Connor Cosenza | Senior Associate | 265.00 | 42.0 | $ 11,130.00 |
| Autumn McCusker | Senior Associate | 175.00 | 21.7 | $ 3,797.50 |
| Ellen Davis | Associate | 175.00 | 1.2 | $ 210.00 |
| **Total** |  |  | **208.0** | **$ 80,672.50** |



|  |  |  |  | Project #: | P-001551 |
|--|--|--|--|--|--|
|  |  |  |  | Invoice Date: | 4/27/2021 |
|  |  |  |  | Invoice Number: | CI-031789 |
|  |  |  |  | Professional Services Through: | March 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Compile database(s) | 3/16/2021 | Annabel Maschal | Conduct research on child sexual abuse trends. | 265.00 | 1.7 | $ 450.50 |
| Actuarial and other Analyses | Compile database(s) | 3/17/2021 | Annabel Maschal | Conduct research on child sexual abuse trends. | 265.00 | 0.8 | $ 212.00 |
|  | **Compile database(s) Total - B007** |  |  |  |  | **2.5** | **$ 662.50** |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/1/2021 | Thomas Vasquez | Claim forecast | 750.00 | 3.0 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/1/2021 | Nicholas Deluca | Review disclosure rates and sampling. | 500.00 | 0.9 | $ 450.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/1/2021 | Zsolt Macskasi | Draft review of Dr. Martin's proposed sampling design | 450.00 | 3.7 | $ 1,665.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/1/2021 | Matthew Burkett | Research into historical abuse trends for use in future claims forecast. | 350.00 | 4.4 | $ 1,540.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/1/2021 | Matthew Burkett | Analysis of future claims forecast model methodology. | 350.00 | 1.6 | $ 560.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/1/2021 | Connor Cosenza | Research historical patterns for use in forecast model | 265.00 | 0.3 | $ 79.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/1/2021 | Autumn McCusker | Review abuse patterns to be used in model parameters. | 175.00 | 3.0 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/1/2021 | Ellen Davis | Reviewed forecasting models. | 175.00 | 1.2 | $ 210.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/2/2021 | Nicholas Deluca | Review supplemental data request. | 500.00 | 0.8 | $ 400.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/2/2021 | Zsolt Macskasi | Drafting information request from BSA | 450.00 | 3.8 | $ 1,710.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/2/2021 | Matthew Burkett | Research into historical abuse trends for use in future claims forecast. | 350.00 | 2.9 | $ 1,015.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/2/2021 | Connor Cosenza | Research appropriate inputs for forecast model | 265.00 | 0.2 | $ 53.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/3/2021 | Gary Wingo | Reviewed insurance block and provided guidance on All Sums Methodology to Z. Mackskasi. | 625.00 | 0.9 | $ 562.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/3/2021 | Nicholas Deluca | Analyze abuse pattern data | 500.00 | 1.6 | $ 800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/3/2021 | Zsolt Macskasi | Design strategy to sample claimants for additional discovery | 450.00 | 3.9 | $ 1,755.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/3/2021 | Zsolt Macskasi | Assist counsel creating discovery requests. | 450.00 | 3.0 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/3/2021 | Matthew Burkett | Preparation of additional data field request to sample POC population. | 350.00 | 1.2 | $ 420.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/3/2021 | Connor Cosenza | Research appropriate inputs for forecast model. | 265.00 | 5.4 | $ 1,431.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/3/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 3.9 | $ 682.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/4/2021 | Thomas Vasquez | Sampling procedures | 750.00 | 3.5 | $ 2,625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/4/2021 | Nicholas Deluca | Review data fields and potential requests. | 500.00 | 2.2 | $ 1,100.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/4/2021 | Zsolt Macskasi | Design strategy to sample claimants for additional discovery | 450.00 | 4.0 | $ 1,800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/4/2021 | Zsolt Macskasi | Assist counsel creating discovery requests. | 450.00 | 3.0 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/4/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 3.6 | $ 1,260.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/4/2021 | Matthew Burkett | Analysis of POC claims database | 350.00 | 1.2 | $ 420.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/4/2021 | Connor Cosenza | Create data set for use in discovery | 265.00 | 5.9 | $ 1,563.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/5/2021 | Thomas Vasquez | Sampling procedures | 750.00 | 3.5 | $ 2,625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/5/2021 | Nicholas Deluca | Review data requests. | 500.00 | 0.8 | $ 400.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/5/2021 | Zsolt Macskasi | Design strategy to sample claimants for additional discovery | 450.00 | 3.7 | $ 1,665.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/5/2021 | Zsolt Macskasi | Assist counsel creating discovery requests. | 450.00 | 1.9 | $ 855.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/5/2021 | Matthew Burkett | Analysis of future claims forecast model methodology. | 350.00 | 3.9 | $ 1,365.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/5/2021 | Matthew Burkett | Research historical trends in abuse for use in modeling. | 350.00 | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/5/2021 | Connor Cosenza | Perform analysis of claims forecast model. | 265.00 | 4.5 | $ 1,192.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/5/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.7 | $ 297.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/6/2021 | Nicholas Deluca | Review data requests. | 500.00 | 0.3 | $ 150.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/8/2021 | Nicholas Deluca | Review POC data. | 500.00 | 1.8 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/8/2021 | Nicholas Deluca | Review estimation procedure | 500.00 | 0.5 | $ 250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/8/2021 | Zsolt Macskasi | Develop a sampling design for POC claimants | 450.00 | 4.8 | $ 2,160.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/8/2021 | Matthew Burkett | Research historical abuse data for forecast modeling | 350.00 | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/8/2021 | Matthew Burkett | Analysis of historical data for claims forecast | 350.00 | 4.6 | $ 1,610.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/8/2021 | Connor Cosenza | Perform analysis of claims forecast model (1.3) Analyze upcoming schedule/generate chart (1.1) | 265.00 | 2.4 | $ 636.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/8/2021 | Autumn McCusker | Perform preliminary data analysis of new data. | 175.00 | 6.9 | $ 1,207.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/9/2021 | Thomas Vasquez | Sampling design/procedures | 750.00 | 2.5 | $ 1,875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/9/2021 | Nicholas Deluca | Assist counsel with issues related to discovery. | 500.00 | 1.1 | $ 550.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/9/2021 | Matthew Burkett | Analysis future forecast modeling methodology | 350.00 | 5.1 | $ 1,785.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/9/2021 | Connor Cosenza | Research historical patterns for use in forecast model | 265.00 | 5.7 | $ 1,510.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/9/2021 | Autumn McCusker | Perform preliminary data analysis of new data. | 175.00 | 6.2 | $ 1,085.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/10/2021 | Thomas Vasquez | Sampling design/procedures | 750.00 | 2.3 | $ 1,725.00 |



|  |  |  |  | Project #: | P-001551 |
|--|--|--|--|--|--|
|  |  |  |  | Invoice Date: | 4/27/2021 |
|  |  |  |  | Invoice Number: | CI-031789 |
|  |  |  |  | Professional Services Through: | March 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/10/2021 | Matthew Burkett | Analysis of future claims forecast | 350.00 | 3.1 | $ 1,085.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/10/2021 | Matthew Burkett | Audit of latest BW data production | 350.00 | 1.1 | $ 385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/10/2021 | Matthew Burkett | Analysis of historical claims data for forecast | 350.00 | 2.4 | $ 840.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/10/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 2.4 | $ 636.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/11/2021 | Amy Brockman | Review information re sampling of claims. | 625.00 | 1.1 | $ 687.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/11/2021 | Nicholas Deluca | Review claim sampling procedure | 500.00 | 1.0 | $ 500.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/11/2021 | Zsolt Macskasi | Develop a design of sampling POC claimants | 450.00 | 4.9 | $ 2,205.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/11/2021 | Matthew Burkett | Analyze future claims forecast | 350.00 | 2.4 | $ 840.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/11/2021 | Connor Cosenza | Analyze historical data for discovery requirements | 265.00 | 1.3 | $ 344.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/11/2021 | Connor Cosenza | Call with T. Vasquez, N. Deluca, Z. Macskasi Re: Sampling | 265.00 | 0.7 | $ 185.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/12/2021 | Zsolt Macskasi | Develop sampling design for POC claimants | 450.00 | 3.0 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/12/2021 | Matthew Burkett | Analysis of historical abuse trends | 350.00 | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/12/2021 | Connor Cosenza | Analyze historical data for discovery requirements | 265.00 | 0.3 | $ 79.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/14/2021 | Thomas Vasquez | Sample design POC | 750.00 | 1.5 | $ 1,125.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/15/2021 | Thomas Vasquez | Sample design POC | 750.00 | 3.5 | $ 2,625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/15/2021 | Amy Brockman | Review POC data and sampling scenarios. | 625.00 | 1.3 | $ 812.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/15/2021 | Nicholas Deluca | Review sampling methodology. | 500.00 | 2.3 | $ 1,150.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/15/2021 | Zsolt Macskasi | Sampling design for analyzing claims | 450.00 | 5.5 | $ 2,475.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/15/2021 | Zsolt Macskasi | Review of SOL rules by jurisdiction | 450.00 | 1.5 | $ 675.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/15/2021 | Matthew Burkett | Analysis of POC claims as part of future claims forecast methodology. | 350.00 | 2.2 | $ 770.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/15/2021 | Connor Cosenza | Analyze historical data for discovery requirements | 265.00 | 3.5 | $ 927.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/16/2021 | Matthew Burkett | Analysis of POC claims as part of future claims forecast methodology. | 350.00 | 1.8 | $ 630.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/16/2021 | Connor Cosenza | Analyze historical data for discovery requirements | 265.00 | 2.1 | $ 556.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/17/2021 | Connor Cosenza | Update Procedure time line | 265.00 | 0.5 | $ 132.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/18/2021 | Matthew Burkett | Perform audit of BW T3 and T4 datasets | 350.00 | 2.2 | $ 770.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/18/2021 | Connor Cosenza | Analyze data to determine progression of claims process | 265.00 | 1.9 | $ 503.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/19/2021 | Connor Cosenza | Review claims data to analyze changes over time. | 265.00 | 4.9 | $ 1,298.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/22/2021 | Matthew Burkett | Analysis of historical claims for use in future claims forecast. | 350.00 | 1.9 | $ 665.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 3/22/2021 | Matthew Burkett | Analysis and audit of BW updated dataset. | 350.00 | 2.1 | $ 735.00 |
| **Historical Data Analysis-Model Building Total  - B007** |  |  |  |  |  | **202.0** | **$ 78,615.00** |
| **Actuarial and other Analyses Total - B007** |  |  |  |  |  | **204.5** | **$ 79,277.50** |
| Administrative/ Attend Calls/ Meetings | Administrative | 3/17/2021 | Matthew Burkett | Fee statement preparation (Feb). | 350.00 | 2.7 | $ 945.00 |
| **Administrative Total - B018** |  |  |  |  |  | **2.7** | **$ 945.00** |
| Administrative/ Attend Calls/ Meetings | FCR Meetings/ Calls | 3/8/2021 | Amy Brockman | Call with FCR and counsel re: future claims, case timeline | 625.00 | 0.4 | $ 250.00 |
| **FCR Meetings/ Calls Total  - B008** |  |  |  |  |  | **0.4** | **$ 250.00** |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 3/8/2021 | Nicholas Deluca | Participate in call with FCR and counsel re: status update of claims forecast | 500.00 | 0.4 | $ 200.00 |
| **Meetings/calls Total  - B008** |  |  |  |  |  | **0.4** | **$ 200.00** |
| **Administrative/ Attend Calls/ Meetings Total  - B008 and B018** |  |  |  |  |  | **3.5** | **$ 1,395.00** |
| **Grand Total** |  |  |  |  |  | **208.0** | **$ 80,672.50** |