# **EXHIBIT B**



|  |  |
|---|---|
| **Project #:** | **P-001551** |
| **Invoice Date:** | **4/27/2021** |
| **Invoice Number:** | **CI-031789** |
| **Professional Services Through:** | **March 2021** |

*Expense Detail by Category*

| Category | Date | Name | Expense Description | Amount |
|---|---|---|---|---|
| Subscriptions | 2/18/2021 | Nicholas Deluca | Research Materials | $ 19.89 |
| **Subscriptions Total** | | | | **$ 19.89** |
| **Grand Total** | | | | **$ 19.89** |