# EXHIBIT A

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

April 30, 2021
Invoice #  14863

In Reference To: Tort Claims--Insurance
Our File No.:    B029.001

**Professional Services**

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **Compensation of Professionals** | | | | |
| 4/8/2021 | JLS | Draft/Revise monthly fee application. | 1.80 | 1,116.00 |
| 4/22/2021 | JLS | Draft/Revise fee application. | 0.60 | 372.00 |
| | **SUBTOTAL:** | | [ 2.40 | 1,488.00] |
| **General Committee** | | | | |
| 4/1/2021 | JLS | Appear for/Attend TCC meeting. | 2.00 | 1,240.00 |
| | KAP | Conference with TCC and State Court Counsel (2.0) | 2.00 | 1,950.00 |
| 4/2/2021 | JLS | Review/Analyze objection to exclusivity motion. | 0.30 | 186.00 |
| 4/5/2021 | JLS | Confer with BSA's counsel regarding insurance issues (.5); and prepare for same (.2); appear for/attend TCC insurance working group meeting (1.0) and prepare for same (.4). | 2.10 | 1,302.00 |
| 4/6/2021 | JLS | Appear for/Attend state court counsel meeting (1.6) and prepare for same (.6). | 2.20 | 1,364.00 |
| | KAP | Conference with state court counsel (1.6) | 1.60 | 1,560.00 |
| 4/7/2021 | JLS | Review/Analyze draft ▉▉▉▉▉▉▉▉▉▉. | 0.50 | 310.00 |
| 4/9/2021 | KAP | Research re ▉▉▉▉▉▉▉▉▉ (0.4); e-mail to Mr. Kennedy re same (0.1); review and revise ▉▉▉▉▉▉▉▉ (0.9) | 1.40 | 1,365.00 |

BSA Tort Claimants         Page   2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/9/2021 | JLS | Review/Analyze plan term sheet and power point presentation of the plan term sheet. | 1.40 | 868.00 |
| 4/12/2021 | JLS | Appear for/Attend insurance working group meeting (1.0); and prepare for same (.3). | 1.30 | 806.00 |
| | JLS | Appear for/Attend court status conference (1.0) and prepare for same (.1); confer with TCC following same (.3). | 1.40 | 868.00 |
| | KAP | Attend status conference with court (1.0); conference with State Court Counsel (1.0)' conference with Mr. Schulman (0.1) | 2.10 | 2,047.50 |
| 4/13/2021 | JLS | Appear for/Attend state court counsel meeting (1.1) and prepare for same (.3); review/analyze BSA response to TCC exclusivity objection (.6). | 2.00 | 1,240.00 |
| | KAP | Conference with State Court Counsel (1.1) | 1.10 | 1,072.50 |
| 4/14/2021 | JLS | Draft/Revise ▮▮▮▮▮▮ (.6); and confer with Mr. Pasich regarding same (.2); confer with state court counsel regarding same (.5). | 1.30 | 806.00 |
| 4/15/2021 | JLS | Appear for/Attend mediator meeting (1); appear for/attend TCC meeting (1.5) and prepare for same (.4). | 2.00 | 1,240.00 |
| 4/19/2021 | JLS | Appear for/Attend meeting ▮▮▮▮▮▮ regarding insurance issues (.4); confer with insurance working group (1.5) and prepare for same (.4); appear for/attend meeting with FCR and Coalition coverage counsel regarding estimation and plan discovery (1); review draft discovery demands in preparation for same (1.1). | 4.40 | 2,728.00 |
| | JLS | Review/Analyze and edit draft discovery demands regarding insurance and estimation. | 0.70 | 434.00 |
| 4/20/2021 | JLS | Appear for/Attend state court counsel meeting (1.2) and prepare for same (.9). | 2.10 | 1,302.00 |
| 4/22/2021 | JLS | Appear for/Attend mediator session (1.1) and confer with Messrs. Pasich and Stang in preparation for same (.6); appear for/attend TCC meeting (2) and prepare for same (.7). | 4.40 | 2,728.00 |
| | KAP | Conference with Mr. Schulman re mediation (0.1); conference with mediators and TCC (1.1); conference with TCC (2.0) | 3.20 | 3,120.00 |
| 4/26/2021 | JLS | Appear for/Attend TCC insurance working group meeting (.8) and prepare for same (.4). | 1.20 | 744.00 |
| 4/27/2021 | JLS | Appear for/Attend state court counsel meeting (1.5) and prepare for same (.8). | 2.30 | 1,426.00 |
| | JLS | Review/Analyze final discovery demands regarding plan solicitation procedures (.5); continued review/analysis of draft trust distribution procedures regarding insurance (2.3)(partial). | 2.80 | 1,736.00 |

BSA Tort Claimants                                                                                                           Page    3

|            |     |                                                                                                                                                                                                                                                                                    | Hours | Amount     |
|------------|-----|--|-------|------------|
| 4/28/2021  | JLS | Appear for/Attend LDS presentation (2.1) and prepare for same (1.6). | 3.70  | 2,294.00   |
| 4/29/2021  | JLS | Appear for/Attend meeting with Century regarding insurance and bankruptcy issues (2.5) and prepare for same (1.7); confer with TCC following same (.2) | 4.40  | 2,728.00   |
|            | JLS | Appear for/Attend mediator meeting (.8); appear for/attend TCC meeting (1.3) and prepare for same (.4). | 2.50  | 1,550.00   |
|            | KAP | Mediation session with Chubb representatives and follow-up conference with Mr. Stang, Mr. Orgel, and Mr. Schulman (2.5); conference with mediators and TCC and conference with TCC re mediation and issues and approach (1.7); further revise analysis re Century-INA (0.4) | 4.60  | 4,485.00   |
| 4/30/2021  | JLS | Review/Analyze current draft of disclosure statement objection (2.8) and review trust distribution procedures and BSA plan in connection with same (1.1). | 3.90  | 2,418.00   |
|            |     | **SUBTOTAL:**                                                                                                                                                                                                                                                                    [ | 64.90 | 45,918.00] |

### Insurance Coverage

|           |     |                                                                                                                                                                                                   | Hours | Amount   |
|-----------|-----|--|-------|----------|
| 4/1/2021  | JLS | Review/Analyze revised plan term sheet (.6); review/analyze estimation motion discovery (.5). | 1.10  | 682.00   |
| 4/2/2021  | JLS | Confer with ████████████████████ (.3) and confer with Mr. Pasich regarding ████████████████████ (.5); review allocation scenarios (.7) and confer with Ms. Whitman regarding same (.2). | 1.70  | 1,054.00 |
|           | KAP | Review demands and communications re same and conference with BSA's coverage counsel and Mr. Schulman (0.7); e-mails with Mr. Stang, Mr. Schulman, and state court counsel re filings and settlement approach (0.6) | 1.30  | 1,267.50 |
|           | MCW | Participate in telephone conference with Mr. Schulman regarding claims information and charts showing ████████████████████ (.2); analyze information and draft chart regarding same (1.5). | 1.70  | 850.00   |
| 4/3/2021  | KAP | Review and revise interrogatories to Century (0.9); Draft/Revise e-mails re same (0.1) | 1.00  | 975.00   |
| 4/5/2021  | KAP | Conference with Insurance Working Group (1.0)                                                                                                                                                     | 1.00  | 975.00   |
| 4/6/2021  | KAP | Review and revise analysis of Liberty years for state court counsel (1.6)                                                                                                                         | 1.60  | 1,560.00 |
| 4/7/2021  | JLS | Draft/revise insurance-related objections to disclosure statement (1.2) and review/Analyze plan and disclosure statement regarding same (2). | 3.20  | 1,984.00 |

BSA Tort Claimants                                                                                                               Page     4

|            |     |                                                                                                                                                                                                                                                                                                                    | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 4/7/2021   | JLS | Review/Analyze draft discovery to be propounded on insurers and revise same (1.2); review/analyze current version of plan term sheet response and emails regarding same (.9); review/analyze draft TCC plan of reorganization (.8).                                                                                | 2.90  | 1,798.00 |
|            | KAP | Research and revise insurance insert into status conference report (0.9); e-mails with Mr. Schulman re Century (0.1)                                                                                                                                                                                               | 0.10  | 97.50    |
|            | JLS | Draft/Revise insurance-related report for status conference update.                                                                                                                                                                                                                                                | 1.30  | 806.00   |
| 4/8/2021   | JLS | Draft/Revise insurance objection to plan and disclosure statement (3.2); review plan, disclosure statement, coverage, claims data and coverage action filings regarding same (3)                                                                                                                                   | 6.20  | 3,844.00 |
|            | JLS | Draft/Revise insurer discovery demands.                                                                                                                                                                                                                                                                            | 0.80  | 496.00   |
|            | KAP | Review and revise requests for admission to Century (0.3); review e-mails re status conference (0.1)                                                                                                                                                                                                               | 0.40  | 390.00   |
| 4/9/2021   | JLS | Draft/Revise insurance related objections to plan and disclosure statement.                                                                                                                                                                                                                                        | 1.20  | 744.00   |
| 4/12/2021  | KAP | Conference with Insurance Working Group (1.0)                                                                                                                                                                                                                                                                      | 1.00  | 975.00   |
| 4/14/2021  | JLS | Review/Analyze second amended plan, disclosure statement and trust distribution procedures.                                                                                                                                                                                                                        | 3.80  | 2,356.00 |
|            | KAP | Review 2nd Amended Plan and select and annotate insurance-related provisions (2.6); telephone conference with and e-mails with Mr. Stang re Hartford demand (0.2); telephone conference and e-mails with Mr. Schulman re same (0.2); conference with State Court Counsel re same and draft and revise demand to BSA and Hartford (1.3); e-mails with State Court Counsel re same (0.3) | 4.60  | 4,485.00 |
| 4/15/2021  | JLS | Review/Analyze (con't) of trust distribution procedures and plan documents relative to insurance.                                                                                                                                                                                                                  | 2.20  | 1,364.00 |
|            | CO  | Draft/Revise a coverage chart for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (2); call with Mr. Schulman regarding same (.1).                                                                                                                                                                                    | 2.10  | 546.00   |
| 4/16/2021  | JLS | Appear for/Attend meeting with Coalition and FCR coverage counsel regarding insurance issues.                                                                                                                                                                                                                      | 0.60  | 372.00   |
|            | JLS | Review/Analyze Hartford settlement agreement and mediators' report (1.7); review BSA coverage portfolio regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.8); legal research regarding ▓▓▓▓▓▓▓▓▓▓▓ (2.3).                                                                                                                           | 4.80  | 2,976.00 |
|            | KAP | Review Hartford settlement and e-mails re same (0.4); assess ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (0.7)                                                                                                                                                                                                                         | 1.10  | 1,072.50 |

BSA Tort Claimants                                                                                                                     Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/19/2021 | JLS | Draft/Revise and transmit demand letters ▮ | 0.80 | 496.00 |
|  | KAP | Conference with Insurance Working Group (partial) (1.2); review settlement demands and e-mails with Mr. Schulman re same (0.2); review Hartford agreement and Hartford financial information (1.1) | 2.50 | 2,437.50 |
|  | CO | Telephone conversation with Mr. Schulman regarding Hartford's insurers and additional insurers beginning in 1971 (.1); draft a chart ▮ (3.2). | 3.30 | 858.00 |
| 4/20/2021 | JLS | Research ▮ (2.7); review/analyze ▮ following settlement filing (1.6). | 4.30 | 2,666.00 |
|  | JLS | Review/Analyze Travelers coverage and corresponding claims data. | 3.70 | 2,294.00 |
|  | KAP | E-mails with counsel and Mr. Schulman (0.3); conference with state court counsel (1.2) | 1.50 | 1,462.50 |
| 4/21/2021 | JLS | Draft/Revise Century and Hartford discovery demands (.8) and confer with Mr. Nasatir regarding same (.1). | 0.90 | 558.00 |
| 4/22/2021 | JLS | Confer with Mr. Gallagher regarding mediation status (.2); confer with Coalition coverage counsel regarding Travelers coverage (.2); continued analysis of Travelers coverage and corresponding claims data (3.3). | 3.70 | 2,294.00 |
|  | JLS | Review/Analyze current drafts of discovery demands. | 1.10 | 682.00 |
|  | CO | Draft two charts ▮ (.4); calculate all of the post 1980's coverage (.1). | 0.50 | 130.00 |
|  | JLS | Review/Analyze BSA chart of policies with assumptions and compare to policy charts (1.3); review/analyze Hartford statute of limitations analysis (.7); review/analyze LDS presentations and BSA coverage regarding same (2); review/analyze Coalition objection to exclusivity (.5). | 4.50 | 2,790.00 |
| 4/23/2021 | JLS | Draft/revise discovery demands (.7); review newly uploaded insurance documents to the data room (2.4). | 3.10 | 1,922.00 |
|  | KAP | Review insurance-related discovery and e-mails with Mr. Nasatir re same (0.4) | 0.40 | 390.00 |
|  | JLS | Review/Analyze Travelers coverage and corresponding claims data. | 3.80 | 2,356.00 |
| 4/24/2021 | JLS | Review/Analyze Travelers local council coverage and corresponding claims data. | 4.40 | 2,728.00 |
| 4/25/2021 | JLS | Research ▮ | 2.90 | 1,798.00 |

BSA Tort Claimants                                                                                                   Page      6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/26/2021 | JLS | Confer with coverage counsel regarding insurance issues. | 0.40 | 248.00 |
|  | JLS | Appear for/Attend meeting regarding Century (1.2) and prepare for same (2.2) | 3.40 | 2,108.00 |
|  | KAP | Review and analyze Chubb 2020 Annual Report and AMBest assessment and prepare analysis and presentation re ▓▓▓▓ (6.8); attend conference with BSA re its assessment of INA-Chubb-Century ability to pay (1.2); e-mails re same with Mr. Schulman, Ms. Whitman, Mr. Nasatair, and Mr. Stang (0.3) | 8.30 | 8,092.50 |
|  | KAP | Conference with Insurance Working Group re settlement demands, Liberty Mutual, and next steps (0.8) | 0.80 | 780.00 |
|  | MCW | Research ▓▓▓▓ Mr. Pasich (1.9); participate in telephone conference with counsel for TCC and BSA regarding presentation from expert on Century (1.2). | 3.10 | 1,550.00 |
| 4/27/2021 | KAP | Revise Century presentation (0.3); conference with State Court Counsel (partial) (1.0) | 1.30 | 1,267.50 |
| 4/28/2021 | CO | Research ▓▓▓▓ (.7). | 0.70 | 182.00 |
| 4/30/2021 | JLS | Review/Analyze coverage and claims data regarding additional pre-mediation demands (1.7) and confer with Coalition counsel regarding same (.2). | 1.90 | 1,178.00 |
|  | KAP | E-mails with Mr. Schulman re additional offers to insurers (0.3); review insurer financial data in preparation for mediation sessions (0.9) | 1.20 | 1,170.00 |
|  |  | **SUBTOTAL:** | [ 108.20 | 74,107.50] |

| | | |
|---|---|---|
| **Subtotal of charges** | | $121,513.50 |
| **For professional services rendered** | 175.50 | $121,513.50 |
| **Previous balance** | | $534,667.46 |
| **Accounts receivable transactions** | | |
| 4/23/2021 Payment - Thank You. Check No. EFT | | ($106,127.50) |
| **Total payments and adjustments** | | ($106,127.50) |

BSA Tort Claimants                                                                                                       Page   7

|  | Amount |
|---|---:|
| **Balance due** | **$550,053.46** |

| Discount on Rates: | $37,269.00 |
|---|---:|
| **Total Discount:** | **$37,269.00** |

## Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---:|---:|---:|---:|---:|---:|
| Caitlin Oswald | 6.6 | 325 | 260 | 2,145.00 | 1,716.00 | 429.00 |
| Donald K. Piper | 0 | 290 | 260 | 0.00 | 0.00 | 0.00 |
| Jeffrey L. Schulman | 120 | 775 | 620 | 93,000.00 | 74,400.00 | 18,600.00 |
| Kirk A. Pasich | 44.1 | 1,375.00 | 975 | 60,637.50 | 42,997.50 | 17,640.00 |
| Mikaela C. Whitman | 4.8 | 625 | 500 | 3,000.00 | 2,400.00 | 600.00 |
| TOTAL | 175.50 |  |  | $158,782.50 | $121,513.50 | $37,269.00 |