FILED
2021 MAY 27 AM 8:42
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

page 1

May 17, 2021

RE: Claim Against the Boy Scouts of America

To: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th Floor
Wilmington, DE. 19801

Claim Number
: SA ▮▮▮▮

Hello Your Honor, I am grateful and humble for you to allow me the opportunity to personally hear my legal cry for American Justice. Thank You

Page 2

All of my respect goes out to you!
I don't know to begin. It started when I was a child Trusting all adults. They had total control over me.
The two boy scout leaders woke up at night. I was still in my boy scout uniform. The leaders took me into the woods, under the RUSE of learning how to build a fire outside. While I walked thru the woods, I was assaulted by the boy scout leaders. I was faint, I was barely breathing, I saw the white boy scouts ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
It was disgusting. Then the black boy scout leader snachted down my boy scout uniform pants. I was naked from the waste down. The white leader was already ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I was so scared. I thought I was going to die.

Page 3

Then the Black leader hit me in the face very hard. At that time I knew they were true criminals.

The black leader started ▓▓▓▓▓▓▓▓▓▓ over and over and over. He did not stop. Then the white leader ▓▓▓▓▓▓▓▓. I was so weak, from my head to my feet. I wanted to commit suicide.

When I became an adult I Join the Marines to learn how to kill my rapist.

My lawyers advised me to write down to you Everything that has Effective and Infected my life

I beg for your guidence and your help. Your Honor!!!
    Thank You