5-2-2021



FILED
2021 MAY 27 AM 8:41
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
8124 Market Street
6th Floor
Wilmington DE 10001

Justice Silverstein,

I am writing this letter to make you more aware of the issue that brought me into this claim against the Boy Scouts of America.

My abuse happened at scout camps and camping trips in Wisconsin and the upper peninsula of Michigan.

I will be 70 years old this August, and have lived with the shame of what happened to me for all these years. I never told anyone, with the exception of my best friend at the time, what happened to me by our scout leader ▮▮▮▮▮▮ I can't imagine you could understand how a young boy could possibly deal with this type of abuse. I was never able to tell my mother or father. I thought they would somehow look at me differently.

I have been married two times, ten years with my first wife, and 28 years with my second. Never did I mention my abuse to either of them for fear of what they might think of me. I have been together with my current partner now for 10 years. I was finally able to tell ▮▮▮▮ two years ago what happened to me. It was an incredible feeling for someone to understand the pain I have endured for all these years. My regret is that I didn't tell the people that loved me what had been eating away at me for so long.

My hope is that you're able to see, and possibly feel the pain that I have felt for many, many years.

Thank you so much for hearing me out.

Best regards



Justice Lauri Selber Silverstein
8124 Market Street
6th Floor
Wilmington DE. 10001
19801

THIS MAIL DELAYED DUE TO
INCORRECT ZIP CODE ----

