Justice Silverstein,                    May 6, 2021

FILED

2021 MAY 27  AM 8:40

CLERK
US BANKRUPTCY COURT
DISTRICT OF...

Allow me to introduce myself. My name is
██████████. I was in the Boy Scouts from 1975
until 1984. I am an Eagle Scout. I am proud of
that fact. While I did enjoy most of my time in
Scouting; my father made sure of that.

During a weekend camping trip, not long
after entering the Boy Scouts. It was in the
evening that the man who molested me had
asked if I wanted to see Santa Claus. He
managed to get me away from the campsite.
He found this giant tree stump and told
me to lay down on it. Then he said to watch
the sky. He started to undo my pants. I got
a little figety. Moving around and he told
me to be still, everything is fine. Keep watching
the sky. He pulled my pants down to my
knees. and proceeded to.... there's really no
other way to say it .... ████████████
I was really uncomfortable. All this was over
quickly. As we were walking back to the
campsite. he told me not to tell anyone.

My father was also in Scouting. I didn't tell anyone that weekend. My father could tell something was wrong with me. When we got home my dad came into my bedroom and asked me what was wrong. So I told him what happened. After that, I never saw that man again. I never thought about that again.

It wasn't until I was in my mid forties that my dad brought the subject up. He told me that the man came to our troop from another troop. He had been kicked out of that one for molesting another boy. I found out then that I wasn't his first. But I hope that I was his last.

I'm writing this letter to you in the hope that you'll see and understand the grief I've suffered. Through out my life I've had a hard time trusting people. It's been hard to keep a relationship. We need to protect the kids of the future. This can not happen again ever. Thank you for taking the time to read this letter.

Sincerely



NOVA 220
24 MAY 2021PM 2 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE. 19801

U.S.M
X-RAY

1 9801-302499



FOREVER
013591102112916