**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | ) | Case No.: 20-10343 (LSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Relating to Docket No. 2364** |

**ORDER ADJOURNING JOINT MOTION OF THE OFFICIAL TORT CLAIMANTS' COMMITTEE AND FUTURE CLAIMANTS' REPRESENTATIVE FOR ENTRY OF AN ORDER GRANTING STANDING AND AUTHORIZING THE PROSECUTION OF CERTAIN CHALLENGE CLAIMS ON BEHALF OF THE BANKRUPTCY ESTATE**

Upon the motion (the "Standing Motion")[2] of the Official Tort Claimants' Committee (the "Tort Committee"), and James L. Patton Jr., as Legal Representative for Future Claimants (the "FCR" and together with the Tort Committee, the "Challenge Parties"), of the above-referenced Debtors for entry of an order granting standing and authorizing the Challenge Parties to prosecute certain lien challenge claims on behalf of the bankruptcy estates and granting related relief [Docket No. 2364]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having conducted an initial hearing on the Standing Motion on May 19, 2021 and considered the arguments of counsel at such hearing; and for the reasons set forth by the Court on the record at the hearing, it is HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Standing Motion.

1. The Standing Motion is adjourned to the date and time of the hearing to consider confirmation of a chapter 11 plan in these cases, as such hearing may be continued from time to time, and the Standing Motion will be considered on such date following the conclusion of the confirmation hearing. The Standing Motion may be further continued in the discretion of the Court or upon motion of any party in interest.

2. The Challenge Period shall be tolled as to the Challenge Parties as set forth in Paragraph 19(iv) of the Final Cash Collateral Order, and any and all rights of the Challenge Parties, the Debtors, JPM and the Official Committee of Unsecured Creditors with respect to the Standing Motion are expressly preserved.

3. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

**Dated: May 27th, 2021**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**