May 9th 2021

FILED
2021 MAY 27 AM 8:38
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

Re: Abused in Scouting Class Member

Dear Judge Silverstein:

I am writing to the courts to share with you my assessment as to the Trials and Tribulations I've endured in mental anguish, pain and being emotionally damaged due to not being able to trust authority figures starting with the members/leaders of the Boy Scout organization.

I come to you/the courts to reiterate in full detail of my abuse, what I've had to deal with now going on Forty or so years of my life, I'll be 53 years of age come September-26, and I've spent close to 40 years incarcerated. as A child from the time my mother reported the abuse to the officers at the Sacramento Police Dept. and the only outcome was to send me to talk with counselors and psychologist at North Avenue Elementary because I begin to act out was obsurd, and now as an adult I've learned to except full resposibility for my actions, as I mature, I'm still untrust worthy of anyone with A badge though I still believe that the badge is powerful and not all are bad people.

This experience had contribute to me becoming Anti Social, with A Bad case of PTSD, my addictive behaviors led me down A spiraling path that I've never recovered from, it stems from

The abuse I experienced from the adults in which my mother trusted to lead me down a positive path, as a young child I began to act out in ways that was unspeakable, to where I was confused as to my gender, going to school where the abuse continued, being called homosexual, fags & queers, it wasn't just my peers, but the adults as well, with me growing up in Sacramento, CA in a neighborhood that looked like a 3rd world country "the Ghetto" it wasn't for a child of my such likes that was mentally dispatched from society. The BSA robbed me of a nurturing setting my mom attempted to provide me for the sole purpose of becoming positive, when I began scouting I looked forward to detaching myself from the Ghetto experience for a few hours till my mom got home from work. I was told I could trust and depend on the organization leaders, back then I loved being around my peers, being a part of positivity. Till one thing led to other thing that was so inappropriate & a few leader's started showing special intrest in some of the children that was unfortunate to have new school clothes, the latest toys, etc etc, — when the gifts came into play, and the lies began by us children being told by the leaders to ask our moms to spend the night at our friends home or to sign slips to go camping or hiking in which we ended up at the leader's home in bed naked with grown men fondling our bodies I knew then that it wasn't right and told my mom in which she had confronted the organization that was ran through North ave Elementary, and the to the Police when she could never get any straight answers...

Judge Silverstein, right to this very day I use incontinance because the SOB broke something in my body to where it causes me to either pee the bed and two

grown men [REDACTED]
I have no muscle control in my anal cavity, I'm so very embarrassed having to explains myself, as I've mentioned I've spent the majority of my life incarcerated in one county facility to another, in which it againe took place in Warren E Thorton Youth Center, all because I was sexually distant mentally... I can go on & on but I won't unless you have questions,

Therefore I'm begging that you hold the BSA accountable and its Insurerers at blame for their actions and to disapprove any group offers and to compell both or all BSA and any one whom support any of their actions liable. No amount will ever be enough compensation for the life long damages and effects the BSA sexual abuse has caused in our lives!

I thank you for your time Judge Silverstein, it's not just about me but all who have suffered enough!

Sincerely

[REDACTED]



SAN DIEGO CA 920

Hasler 05/17/2021 US POSTAGE $00.51
FIRST-CLASS MAIL
ZIP 92179
011D11648136



✗ Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE-19801-

(Legal Mail)

19801-4965