FILED
2021 MAY 27 AM 8:38
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

REF-SA-█████

Justice Lauri Selbar Silverstein

As a young child growing up in the 80's, we were taught the importants of Stranger Danger. We were taught to turn to people for example Police, Fire Fighter, Preachers, Teachers and yes Scout Leaders as safe places to turn in times of trouble. As for myself and many others we were taken advantage of by members of society that were suppose to be there to protect us. As for today's time more and more kids are also being targeted and enough is enough. I'm begging you to hold the BSA and any other individual that cases you hear, to hold them fully accountable for their actions. There is no amount of money worth the pain and suffering that we have had to live with. I'm asking you to stand for justice on my behalf and the behalf of others, and to pray for the ones that have taken their lives because they felt the couldn't live with this pain. As for myself, I'm finally able to move

past being able to trust people again. I went through life not trusting Anybody And I Always never trusted the Police or Any Authority Figures. This has Cost Me And My Family And loves ones A Life of Pure HELL. IT's Time TO MAKE Examples OF THE ONES That Violate THE TRUST OF THE PEOPLE. It's time STOP Allowing Politc's And Money FAME And Fortune To Allow This Kind OF Behavior From the People OF POWER.

IN closing I'm begging you to be the one that Finally takes A Stand For the victims. PLEASE Don'T settle For pennies on THE Dollars hold these people to the Fullest.

Thank-Ya



Justice Lauri Silverstein
BSA Bankruptcy case
824 Market Street
6th Floor
Wilmington, DE 19801