Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street 6th Floor

Wilmington DE. 19801

FILED
2021 MAY 27 AM 8: 33
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Abused In Scouting

Claim Number SA - ███

I was 5 or 6 years old when I attended Boy Scout camp. I lived in Phoenix Arizona with my grandfather who taught me to interact with other children. And not to be afraid of adults that cared for us, such as teachers, postman, police officers and camp leaders. I remember playing with children in the neighborhood and children in school. There were all nationalities in our neighborhood, my grandfather taught me to play with everyone. My grandfather sent me to summer camp to have fun and enjoy myself. I remember several friends and I attending summer camp, there were about 4 of us in the tent at summer camp and at night the camp leaders would come into our tents. The camp leaders would come into our tents and start fondling with my privates, waking me up. Being so young I was unsure what was going on. I know that nothing like that had never happened before. The camp leaders would rub my chest, legs ███ They would tell me not to say anything to anyone. I am not sure how long we stayed at camp, but these guys would come into our tents every night. I am not sure how long we would stay at camp.

This experience as a boy scout hurt me so bad mentally and physically. And I still have ill feeling toward the Boy Scout organization. As an adult I wonder why we were not protected against these people. I was so confused about what was happening. I started having bad dreams about what had happened. Eventually I told my grandfather what happened to me at the Boy's Scout camp. He noticed that I was not myself. I told him that the guys would come into camp at night fondle me and told me not to say anything. My grandfather wanted to take action against the Boy Scouts leaders but decided not to do anything but take care of me. He talked to me over and over again about staying strong and tried his best to keep me busy not to think about the summer boy scout camp. I never

went back to the Boy Scout camp or anywhere else outside of my grandfather's site except to school.

I continue to this day, to not let what happened to me mess with my head. This experience left me as a loner during my youth.

My grandfather had me focus on work around the house, schoolwork, sports and to do my best at any job I had. Having to relive this experience has brought my horrible encounter back to life. As an adult I wonder why it took so long to hold the Boys Scout organization accountable for their leader's inactions to help those of us that were sexual abused while participating with the Boy Scout organization. Allowing the Boy Scout organization to file bankruptcy at this time is the cowards way out of their problem, not solving our problems and allowing the Boys Scout an easy way out from under a problem they hide and denied for many years. They need to held accountable. We were to learn from the scouts to grow into strong young men not to live this nightmare again.

Sincerely, 

CC: Andrew Van Arsdale, Esq.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE
19801