BSA LETTER CASE NUMBER SA-███

From: ███

To: ███

Date: Sunday, May 23, 2021, 05:17 PM EDT

**FILED**
**2021 MAY 27 AM 8:32**
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

where do i even begin to say what happened to me.and how it's basically ruined my life. it's made question my sexuality.it's made hate the boy scouts something I once loved it gave me a sense of belonging it started when I was 10 years old when I went to a scout meeting at my school to join my parents thought I should there I was put in a troup 210 I believe and I was taken from there two several camping trips with the scouts and at times with just my leader and his two son's he started buy buying my uniforms and books paid for the trips and on and on he gave me attention and after each meeting when we leave he would bring me home and there's where it began he would ███ ███ and then on various trips he would do the same act's when he could get in a private situation. sometimes that was on camping trips where it would be just me and him and his two boys that's when he would climb on top of me after they would go to sleep and some times when they were awake the boys were only 5 years old and two years old he also abused them in my presence he some times waited until he thought I was asleep each week after the meetings he would do the same act's before and after the meeting, it varied, but i never said anything I was scared certainly afraid hell I was 10 I did not any what to do. just before he packed up his family in the middle of the night. there was a male person driving around are neighbourhood picking up little boys and we were told to watch out for strangers that's when he moved in the middle of the night I still have nightmares about all this I cannot put into words what this has done to my life what it has done my two previous marriages. or how much it's affected how I don't care for physical touch from any man I feel weird its made me think too much about my own sexuality he's made me wonder what happened too his two boys what may be my fault because I never said anything too anyone for over at least 20 years then one day I said I had had enough and I went to the headquarters of the BSA in downtown portland Oregon i wnt and told them who what and where it happened and the basically blew me off and simply said oh we no all about it and we're handling it now would you please leave and dump me just left I should have contacted an attorney way back then. but id did not your honour I take some blame here even though I'm told I should not I should have spoken up sooner god knows what happened to his two son's but I was ashamed and somewhat afraid from the times he ███ I would shake and wish it would hurry up and be over yet I never said anything soon enough I'm praying to god when this is over I can somehow put this behind me nothing has helped me do that so far from the divorces to the drinking and drug problems to my everyday life this has greatly affected me and for me to now no how many kids this has affected its mind-blowing to believe they were allowed like USC and my catholic church to get away with this is wow unreal what is wrong with this world how can any parent ever knowing drop their kids off to an organization with this kinda history. there not trying to save the boy scout now way if that were the case they would have stoped this horror years ago there just worried about their pensions and the moneys for retirement plans your honour I deserve a aSOME WHAT normal life and I deserve compensation for what happened to me this had taken that away from me and my family its taken my dignity its caused me shame its cause me sexual companion touching problems I have just in the last few weeks told some family and some friends hoping that would help since this has happened it's coming back to me more and more every day your honor I should not even have this kind of crap in my mind you no life has much nicer things to think about I have had to deal with this for over 50 years now almost daily I need some closer PLEASE PLEASE I'M BEGGING you please do the right thing and close them down and reward usVICTIMS what we rightly deserve are proper compensation your honour again the bsa stold my life I want it back thank you for your hard work on this case I don't envy you at all can I please have my life back instead of thinking about him doing the horrible sex act's he did to me and that other shave had done to them sincerely Mr ███ and god bless you and your court and of course your family again ███



HARTFORD CT 060
24 MAY 2021 PM 6 L

Justice Lauri Silverstein
B.S.A Bankruptcy case 6th floor
824 Market Street
Wilmington DE 19801

19801-302499

