FILED

2021 MAY 27 AM 8:47

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

'SA - ███████

To: Justice Lauri
Selber Silverstein
        Dear your Honor I guess I will
start off First by saying my name is
███████████████████████ I First entered
into the Boy Scouts when I was 11 years
old, so in just about 2 week's May 31. I
will be turning 50 years old. I thought
I would start off by saying that first
because its been a long time ago. I live
in Baltimore, Md and I was instructed
by the Law Firm to just write you a
letter about my story I love being in
the boy scouts when I First got in
there, because there were several boys
From the neighborhood in as well and
I really Felt apart of Something and,
it was fun in the beginning and then
something bad happened, We had to
scoutmaster's One whose name was
Mr ███████████ we called him Mr █ He
gave me my very first test to get
my First Rank, and I believe that →over

He Knew how bad I wanted to
pass that test for Rank, He manipulated
me for the very first by Sexually
abusing me in that back room for
the first but it was not the last
and then it happened again on a
Camping trip. I don't Know if I have
to be very explicit about it because
truly your honor I can if need be,
Its truly somthing that I had would
had never happened to me but
it did. So early in my life I was a
very confused young person, I guess
you can say that I was in denial
until I told my sister that I wanted
to Commit suicide, because of thoughts
that I was having from the sexual
abuse that I had experienced, so my
sister took me to my very first
Psychiatric Ward, Which was
call the Water P. Carter Center.
and that was not my first Psychiatric
ward I been in Several sad to say!

So yes your honor my innocence was taken from me by this scout-master. So I would be reluctant to say that everthing bad that happened in my life stem from this bad thing that happened to me when I was 11 years old I would not say that, but it play a major Part yes I grew up but the thoughts never went away if any way the thoughts got worse. I fought against drug addiction depression generalized anxiety disorder, and homosexicality just to name a few. So your honor I am going to some this letter up by say up Until about a year ago I knew nothing about a class action lawsuit, I just thought that this secret I was going to go to my grave with I was not so much concerned about any money, I was more concerned about Mr. ■ being held accountable for what he did to me

I don't know if he is even still a line. So your Honor thank you for reading about my experience with the BSA to the best of my ability and very truthful. So even thought it happened almost 40 years old ago I will never forget what he did to me. Thank you very much.

Your truly

Justice Lauri Selber Silverstein

BSA Bankruptcy case

824 Market Street

6th floor Wilmington, DE 19801

X-RAY

BALTIMORE MD 212
18 MAY 2021 PM 5 L

