FILED
2021 MAY 27 AM 8:40
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

5-13-21

Your Honor
I know this is a Stressful time for Everybody and I will Not take up too Much of your time, I am a Abuse Survivor I was 8 years old when it Started I was in troop 222 Scout leaders were ▮▮▮▮ to ▮▮▮▮ I was at a Meeting at Hubbard Elementary School at a Meeting ▮▮ Escorted me to the Bathroom & told Me to ▮▮▮▮▮▮, he told me that he would show me Dirty Magazines But I Couldn't tell Nobody, the Next week I was Staying the Night with ▮▮ his Son we were Swimming in the Back yard he said before you come inside take All your Clothes off So I did I was told to take a Bath he would Come in to Watch But he asked me if he could ▮▮▮▮ I Blanked it out Still Never knew how wrong it was until one week I was invited over But ▮▮ didn't get home till later So I was asked to Come to the Shed out Back where he told me to do him I didn't want to But I wanted out of the Shed So I Complied this went on for 5 yrs till i was 12 almost 13 when he got me in the tog shed ▮▮▮▮▮▮▮▮▮▮ much pain I left Quick Never Said a word I know if the truth got out My dad would kill him

literally, I didnt want to lose my dad And I didnt need People at school giving me more crap than I Already got So I Buried it Deep down, I Regret it. I wouldnt Be where I Am If I would just make different choice But I didnt Now I Cant keep a Relationship past a year Cause I Cant Satisfy Sexually, I Shake Constantly Plus the Nightmares, Just let me ask you if I was your Son or Nephew grandson Brother etc. what would you want done please Consider this in your Ruling thank you for your time

Sincerely
[redacted]





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE, 19801