CLAIM # SA-███

CASE# 20-10343-LSS

**FILED**

2021 MAY 27 AM 8:36

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

TO:

Justice Lauri S. Silverstein

My name is ███████ ███████ I'm one of thousands who were taken advantage of by the BSA

I have a story to tell. Over fifty years ago, when I was a young boy about 8 to 10 yrs old, I remember the bus ride from elementry school to a camp the B.S.A. sponsored. I remember I was anxious and afraid going away from what area(s) I was used to. I was having fun learning to fish, light a fire with sticks and building a fire at night and I remember fun games and songs and the like. I cant remember how many days I was there but it was several. I remember the person who molested me but just his face, we talked somewhat and in the middle of the night he had came to my barrak and woke me up and led me alittle ways away and started to touch me. I remember being petrified to a point of numbness. Not going into so much detail, I'll just say we ███████████████. I was simply afraid to run or say no.

When I got home, I told my dad. He stated not to tell my mother or brother and he took me to the school and I remember the man "the principle I guess" he wanted to talk to

(1)

THE PEOPLE IN CHARGE OF THE CAMP ACTING. THATS WHEN I HEARD THE BSA SPONSORED IT. AND, OF COURSE, THE SCHOOL GAVE MY DAD THE RUN AROUND AND AFTER AWHILE, IT FADED.

NOW, MANY YEARS LATER, IM PAYING FOR MY CRIMES WHICH "I DID". IT WAS MY BAD CHOICES THAT LED ME HERE TO PRISON. IVE BEEN IN PRISON GOING ON 22 LONG YEARS.

IVE BEEN IN SERIOUS RECOVERY FOR THE LAST 7 YRS. I DID A COMPLETE BIO ON MY LIFE FIGURING OUT WHERE IT ALL STARTED IN ME BEING A CRIMINAL. I DONT REMEMBER BEING ABNORMAL BEFORE THAT HAPPENING SO MANY YEARS AGO. ONE OF MY ROOT CAUSES FOR MY ANGER WAS THAT ABUSE. MY LACK OF CONFIDENCE AND SELF-ESTEEM WAS WARPED. MY RELATIONSHIPS WERE ABNORMAL AND FRIENDSHIPS SIMPLY WERENT REAL FRIENDSHIPS DUE TO MY PERSONALITY TRAITS.

IM NOT GOING TO INSULT YOUR INTELLECT THAT YOU DIDNT KNOW HOW THINGS GET STARTED. THE POINT IS THEY KNEW FROM THE SCHOOL INQUIRING BEHIND MY FATHERS BACK, THE COMPLAINT AND SWEPT IT UNDER A ROCK. IT IS MY BELIEF THAT OVER THE YEARS IT HAS TURNED INTO A SYSTEM OF MOVING LEADERS AROUND TO AVOID THEIR "SCOUTS HONOR" (TRAITMARK)

(2)

From being stained.

It is in my prayers that this system gets exposed like the catholic church did when the Boston Globe exposed them in 2001 or so. I'm lucky that I've come to terms with it through Recovery groups dealing with my past addictions.

I have a Bottom Line Question: How long will this be tolerated?

It's people like you that can control this important issue. I'm requesting that the BSA answer and not keep hiding under the skirts of the law postponing yr after yr.

Thank you for your time.

Respectfully Yours

DATE: 5-9-21

(3)

— Legal Mail —

19801-302499



SAN DIEGO CA 920

U.S.
X-R



Justice Lauri S. Silverstein
(BSA Bankruptcy case)
824 Market St., #6th Flr
Wilmington, DE.
                    19801