**To whom it may concern but**

**Mostly to who it should concern the bsa**

FILED
2021 MAY 27 AM 8:33
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**My name is** ███████

I was a former boyscout around the late 90;s early 2000's, Growing up i was always so willing to learn and wanted to grow up to be a scout master thats how much i loved being a boy scout i worked harder then anyone else and went above and beyond to earn my badges i felt as if nothing could stop me i knew what i wanted to be when i grew up and was proud of that.untill one weekend at a camp out jamboree me and a couple other scouts had sat down for a knot class it wasnt tell after when one of the scout masters sat down next to me as everyone got up and left he told me if i wanted to make eagle scout that he could make it happen i didnt think much of it till i went to use the portapoty as i walked in and shut the door and began to lock it the door yanked from my hand and he walled in and shut and locked it behind him he started telling me that all i had to do is what he wanted and eagle scout was mine i told him i didnt want to and that i would earn it on my own thats when he told me that he was going to hurt my family if i didnt and thats when he ███████████████████████████████████████████████████████ ████████████ for what felt like hours afterwards  i just went to my tent and stayed there until it was time to go home when i got home i dropped out of boy scouts and never returned i went from knowing who i was and what i wanted to be to completely lost and not wanting to live any more i tried suiside 3 times and if it wasnt for a mothers instinct i wouldnt be here today  as the days went on it  was harder and harder on me i  dont know how i could ever make u feel what iv gone threw and continue to go threw everyday truth be told i hope u never have to know what it is like i wouldnt even wish it on my worst enemy couse of how badly it has mentaly fucked me up i am a high school drop out i turned to drugs  and just wasted my life away if it wasnt for my lil girl being born 2 years ago i would still be where i was. Since my lil one i've learned to live with what happened and not let it stop me from living. I still have nightmares once in a while and as much as i wish they would stop i don't think they ever will .............

**AT the end of the day what do you want BSA to stand for**

**BoyScoutsAamerica or BoysSexualyAssaulted  YOU TELL ME WITCH 1 by SHOWING  your willing or not to do right by all these Victims and i**

Claim # SA-█████
I Just wanted to add that I wasn't going to write This Letter and I Probably never would have but I did as hard as It was to write I Knew that If I didnt write It The BSA would never Know how much of a Big deal this truely IS and how much They failed me They failed all of us I didnt deserve This It took me a long time to Reallise that But I Didn't

▇▇▇▇▇▇▇▇▇▇
to The
Courts and to The BSA



Mailboxes Plus

MAY 17 2021

Grass Valley CA 95945



Justice Lauri selber silverstein
BSA Bankruptcy case
824 Market Street
6th floor
Wilmington, DE 19801



