Honorable Judge Laurie Selber Silverstein
824 North Market Street 6 th Floor,
Courtroom #2 Wilmington, DE 19801
Case 20-10343-LSS

FILED
2021 MAY 27  AM 10: 37

Honorable Judge Laurie Selber Silverstein, I hope that you will be able to read this coming from a victim and a survivor who was brutally raped and tortured as a child. I understand the challenges ahead of you, I know it's not going to be easy. I would like you to please understand that this is the time and place to make a change in our country for the better.

I have seventeen beautiful grandchildren. I have been able to see the innocence of childhood that has been ripped and stolen from me as a child and I can tell you I am so blessed to be able to see through my grandchildren the unconditional love that comes from a child.

It hurts me to see how innocent I was and how that has been torn from me in my childhood. It hurts me to know that things like this continue to happen to children.

I can only now in my life of 49 years try to put into perspective of the terror that has happened to me. I was six years old when my nightmare started and it went on for several years and it still haunts me today. My entire childhood was stolen.

The only advice I can give this court is to look into the eyes of a child so you can see the innocence and maybe have the understanding of what has been taken from me and all of the victims.

It may help put things in perspective of the trauma that we all have suffered and what has been stolen by BSA, all local councils, the companies that insure them, and the sponsor's that sponsor them. They are as guilty as the people that have infiltrated their organization and caused all this to happen.

The years and years of abuse could have been prevented if they would have just taken the time to listen to the young boys and girls that were involved in the BSA organization. As you can see today they're still not listening, they do not care, we are just a number to them. So I'm asking you please, the Honorable Judge Laurie Selber Silverstein, don't let us only be a number, let our voices be heard.

My life now is to protect my family from all evil like what happened to me as a child and that will be one of my courses to closure... I thank God every day for His love and the love from my family that I've been with for the past twenty-two years who has kept me alive.

**Please, Honorable Judge Silverstein, only you can bring us from the dark into the light so the world can see that this can't continue to happen to our young children and youth. You are our voice please let the world hear you. God be with you in this journey to make the right decisions in this case, I pray for you and all that are involved.**

Thank you for your time,