# EXHIBIT B

**Whittman Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF BRIAN WHITTMAN
## IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE, AUTHORIZING THE SALE OF CERTAIN REAL PROPERTY LOCATED IN WESTLAKE, TEXAS

I, Brian Whittman, being duly sworn, state the following under penalty of perjury:

1. I am over twenty-one (21) years of age and fully competent to make this declaration in support of the *Debtors' Motion for Entry of an Order Pursuant to Section 363 of the Bankruptcy Code Authorizing the Sale of Certain Real Property Located in Westlake, Texas* ("Motion"),[2] which is filed concurrently herewith. I am a Managing Director with Alvarez & Marsal North America, LLC ("A&M"), which serves as restructuring advisor to Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"). As the lead Managing Director at A&M responsible for this engagement since August 2019, I have been involved with many aspects of these chapter 11 cases and in doing so have familiarized myself with a range of matters concerning the Debtors, including those described herein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein shall have meanings ascribed to such terms in the Motion.

2. Except as otherwise stated in this declaration, all facts set forth herein are based on my personal knowledge, materials provided by, or my discussions with, members of the Debtors' management team or other advisors or information obtained from my personal review of relevant documents. Additionally, the views asserted in this declaration are based upon my experience and knowledge of the Debtors' operations, financial condition, and liquidity. If called upon to testify, I would competently testify to the facts set forth herein.

3. The Scouting University Property is a nearly 10,000 square foot building located on approximately 1.72 acres of real property in Westlake, Texas. Historically, the Scouting University Property served as a multipurpose facility with traditional offices alongside large training spaces. The Debtors ceased operations at the facility prior to the Petition Date and it has remained vacant since January 3, 2020. The Debtors do not conduct any operations at the Scouting University Property, and they do not anticipate having any need to use the Scouting University Property in the future. Despite the lack of ongoing operations, the Scouting University Property continues to have annual carrying costs. Presently, the Scouting University Property is unencumbered and the Debtors are unaware of any claims that are secured by the property.

4. In October 2019, the Debtors entered into an exclusive sales listing agreement with CBRE, Inc. ("CBRE") to act as their representative with respect to the marketing and sale of the Scouting University Property. Initial marketing efforts began in February 2020, and those marketing efforts lasted for more than a year. CBRE estimates that its marketing efforts resulted in more than 50,000 unique impressions based on its electronic tracking, from local, regional, and national users and investors. I am informed that approximately 750 prospective purchasers reviewed detailed underwriting materials with respect to the Scouting University Property.

5. CBRE also prepared a broker opinion of value for the Scouting University Property as of October 13, 2020 (the "Broker Opinion"), a true and correct copy of which is attached hereto as **Exhibit 1**. I have reviewed the Broker Opinion and am familiar with its contents. CBRE concluded, based in large part on the specialized features and relatively expensive demolition costs of the Scouting University Property, that an "as is" target price of $1,800,000 was in line with market expectations for sale.

6. After considering the Broker Opinion and four (4) qualified offers for the Scouting University Property ranging from $1,700,000 to $2,000,000, the Debtors engaged in arm's-length and good-faith negotiations with certain prospective purchasers. Ultimately, the Debtors determined that the qualified offer of the Purchaser represented the best path forward. The Purchaser's initial offer was $2,000,000, and the Debtors negotiated with the Purchaser to increase the purchase price by $100,000, to $2,100,000. The Debtors have determined that the Purchaser's offer of $2,100,000 is the highest and best offer that the Debtors have received for the Scouting University Property. On May 17, 2021, the Debtors entered into the Sale Agreement with the Purchaser.

7. Based on my review of the Broker Opinion and my discussions with the Debtors' management regarding the marketing process, I believe that further marketing efforts for public sale are unlikely to result in higher or otherwise better offers for the Scouting University Property. The Debtors have consulted with the Tort Claimants' Committee, the Future Claimants' Representative, and the Coalition of Abused Scouts for Justice with respect to the Debtors' proposed Sale.

8. I believe the Sale Agreement is the product of good-faith, arm's-length negotiations between the Debtors and the Purchaser. The Purchaser is not affiliated with, or an insider of, the

Debtors or any related entity. The Sale will yield proceeds of approximately $1,962,000 net of approximately $138,000 of commissions, charges and fees, including a six percent (6%) brokers' fee shared between CBRE and Henry S. Miller Brokerage, LLC. I believe that these commissions, charges, and fees are customary for a transaction of this nature.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: May 27, 2021  ALVAREZ & MARSAL NORTH AMERICA, LLC
Chicago, Illinois

*/s/ Brian Whittman*
Brian Whittman
Managing Director

# EXHIBIT 1

**Broker Opinion**

# BROKER VALUE OPINON



PREPARED FOR: Boy Scouts of America
PREPARED BY: David Glasscock, Office Investments – Dallas, TX -75201

## 1301 Solana Blvd, Building #5, Westlake, TX 76262



### SUBJECT PROPERTY INFORMATION

| | |
|---|---|
| Address: | 1301 Solana Blvd, Building #5, Westlake, TX 76262 |
| Site Acreage: | ±1.64 Acres |
| Building(s) Size (SF): | ±9,827 SF |
| Zoning: | PD 1-1, Planned Development |
| Year Built: | 1990 / Renovated in 2015 |
| Comments: | Comprising ±1.64 acres, the former BSA Training is a single tenant office building totaling approximately ±9,827 SF. It has both office and large training space. Location is within the Westlake City limits, offering convenient access from Hwy 114 and to D/FW Airport. Several large corporate office users surround the Solana Office corridor. The building also sits near several master planned communities.<br><br>The building's former use as a training center will require substantial renovation costs for a new owner user or investor. Updated improvement estimate to ±$80.00 per SF. Several user groups that toured the facility pre-COVID and in early April and May estimated interior construction costs in this range, to accommodate an updated office use per all local building codes. |
| | *Area office building comparables that are currently listed and/or have traded over the past 12 months sales in the area support pricing guidance for the BSA property in the $180.00 to $190.00 per square foot range to the building.* **Our pricing guidance recommendation is ±$1,800,000.00, as is.**<br><br>*There has been owner-user and investment activity, however we have seen pricing 20% to 25% lower after March 2020 in the area of the West DFW/Solana market. Logical buyers could be family offices and or local use. We recommend a marketing period of 6-9 months.* |

# BROKER VALUE OPINION



PREPARED FOR: Boy Scouts of America
PREPARED BY: David Glasscock, Office Investments – Dallas, TX -75201

## 1301 Solana Blvd, Building #5, Westlake, TX 76262

| PROPERTY STRENGTHS | CHALLENGES |
| --- | --- |
| - Corporate offices like Fidelity, Schwab, and upscale residential density surrounding the area development.<br>- Very good highway access (Hwy 114, I-35 W & I-45 all within 4 miles of the property)<br>- Opportunity to control single user building, for safety & security.<br>- Professional Office Building in Solana Office Park ±335 feet of frontage along Solana Parkway | - Specialized building with limited reuse in current state beyond single tenancy without substantial reconfiguration and capital investment<br>- Relatively expensive demolition costs due to nature of construction<br>- Office market: weak small tenant market area metrics in DFW. Demand still has significant room for growth.<br>- Sublease market is increasing |

### SOLANA OFFICE VALUATION SUMMARY (NET PRICING)

| | |
| --- | --- |
| **CEILING PRICE** | $190.00/SF or $1,875,000 |
| | Per Square Foot |
| **TARGET PRICE** | $185.00/SF or $1,820,000 |
| | Per Square Foot |
| **FLOOR PRICE** | $175.00/SF or $1,725,000 |
| | Per Square Foot |

# BROKER VALUE OPINION



PREPARED FOR: Boy Scouts of America
PREPARED BY: David Glasscock, Office Investments – Dallas, TX -75201

## 1301 Solana Blvd, Building #5, Westlake, TX 76262

| BPO (SALE) | | | |
|---|---|---|---|
| Date of BOV: | October 13, 2020 | High BPO: $190.00/SF - Building | $ 1,875,000 |
| Address: | 1301 Solana Drive Westlake, TX 76262 | Low BPO: $175.00/SF - Building | $1,725,000 |

## CONTACTS

**David Glasscock**
Senior Vice President
+1 214 979 6321
David.Glasscock@cbre.com

CBRE © 2020 All Rights Reserved. "This represents an estimated sale price for this property. It is not the same as the opinion of value in an appraisal developed by a licensed appraiser under the Uniform Standards of Professional Appraisal Practice."

All information included in this proposal pertaining to CBRE—including but not limited to its operations, employees, technology and clients—are proprietary and confidential, and are supplied with the understanding that they will be held in confidence and not disclosed to third parties without the prior written consent of CBRE. This letter/proposal is intended solely as a preliminary expression of general intentions and is to be used for discussion purposes only. The parties intend that neither shall have any contractual obligations to the other with respect to the matters referred herein unless and until a definitive agreement has been fully executed and delivered by the parties. The parties agree that this letter/proposal is not intended to create any agreement or obligation by either party to negotiate a definitive lease/purchase and sale agreement and imposes no duty whatsoever on either party to continue negotiations, including without limitation any obligation to negotiate in good faith or in any way other than at arm's length. Prior to delivery of a definitive executed agreement, and without any liability to the other party, either party may (1) propose different terms from those summarized herein, (2) enter into negotiations with other parties and/or (3) unilaterally terminate all negotiations with the other party hereto.

This information has been obtained from sources believed reliable. We have not verified it and make no guarantee, warranty or representation about it. Any projections, opinions, assumptions or estimates used are for example only and do not represent the current or future performance of the property. You and your advisors should conduct a careful, independent investigation of the property to determine to your satisfaction the suitability of the property for your needs.