# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

**PLEASE TAKE NOTICE** that Matthew G. Roberts of TROUTMAN PEPPER HAMILTON SANDERS LLP hereby withdraws as attorney of record for Allianz Global Risks US Insurance Company ("**Allianz**"), National Surety Corporation ("**NSC**"), and Interstate Fire & Casualty Company ("**IFC**"; together with NSC, collectively, the "**NSC/IFC Insurers**") and requests that he be removed from the electronic and paper noticing matrix for the above-referenced case.

**PLEASE TAKE FURTHER NOTICE** that the following attorneys remain as counsel of record for Allianz and/or the NSC/IFC Insurers:[2]

| *Attorneys for Allianz* | *Attorneys for the NSC/IFC Insurers* |
|---|---|
| David M. Fournier<br>Marcy J. McLaughlin Smith<br>Harris B. Winsberg | David M. Fournier<br>Marcy J. McLaughlin Smith<br>Harris B. Winsberg |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| Matthew S. Sorem | Todd C. Jacobs<br>John E. Bucheit |
| NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP | BRADLEY RILEY JACOBS PC |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] For the avoidance of doubt, David M. Fournier and Marcy J. McLaughlin Smith of TROUTMAN PEPPER HAMILTON SANDERS LLP remain as Delaware counsel for Allianz and the IFC/NSC Insurers. *See* Del. Bankr. L.R. 9010-2(b)(i).

#116383900 v3

*Attorneys for Allianz*

Margaret H. Warner
Ryan S. Smethurst

MCDERMOTT WILL & EMERY LLP

Dated:   May 27, 2021
         Wilmington, Delaware

| TROUTMAN PEPPER HAMILTON SANDERS LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|---|---|
| By: */s/ Marcy J. McLaughlin Smith* <br> David M. Fournier (DE No. 2812) <br> Marcy J. McLaughlin Smith (DE No. 6184) <br> Hercules Plaza <br> 1313 Market Street <br> Suite 5100 <br> P.O. Box 1709 <br> Wilmington, DE 19899-1709 <br> Telephone:  302.777.6500 <br> Facsimile:  302.421.8390 <br> -and- <br> Harris B. Winsberg (admitted *pro hac vice*) <br> Matthew G. Roberts (admitted *pro hac vice*) <br> Bank of America Plaza <br> 600 Peachtree Street NE <br> Suite 3000 <br> Atlanta, GA  30308-2216 <br> Telephone:  404.885.3000 <br> Facsimile:  404.885.3900 | By: */s/ Marcy J. McLaughlin Smith* <br> David M. Fournier (DE No. 2812) <br> Marcy J. McLaughlin Smith (DE No. 6184) <br> Hercules Plaza <br> 1313 Market Street <br> Suite 5100 <br> P.O. Box 1709 <br> Wilmington, DE 19899-1709 <br> Telephone:  404.885.3000 <br> Facsimile:  404.885.3900 <br> -and- <br> Harris B. Winsberg (admitted *pro hac vice*) <br> Matthew G. Roberts (admitted *pro hac vice*) <br> Bank of America Plaza <br> 600 Peachtree Street NE <br> Suite 3000 <br> Atlanta, GA  30308-2216 <br> Telephone:  404.885.3000 <br> Facsimile:  404.885.3900 |
| *Attorneys for Allianz Global Risks US Insurance Company* | *Attorneys for National Surety Corporation and Interstate Fire & Casualty Company* |

#116383900 v3