## **CERTIFICATE OF SERVICE**

I, Marcy J. McLaughlin Smith, hereby certify that on the 27th day of May, 2021, I caused foregoing *Notice of Withdrawal of Appearance as Counsel and Request for Removal From Electronic and Paper Noticing Matrix* to be served upon the parties set forth on the attached list, in the manner indicated, and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court.

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE No. 6184)

| Address1 | Address2 | Address3 | Address4 | Address5 | Email | Method of Service |
|---|---|---|---|---|---|---|
| Attn: William Russel Hill | PO Box 800 | Raiford, FL 32083-0800 | | | | 1st class mail |
| Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | | 1st class mail |
| Attn: Phil Martin | 10 S Dearborn St | Mail Code Il1-1415 | Chicago, Il 60603 | | | 1st class mail |
| Attn: Tancred Schiavoni | Times Square Tower | 7 Times Square | New York, NY 10036-6537 | | | 1st class mail |
| Attn: President | P.O. Box 307 | Fayetteville, WV 25840 | | | | 1st class mail |
| c/o Steptoe & Johnson Pllc | Attn: John Stump, Esq | Chase Tower - 8th Fl | 707 Virginia St E. | Charleston, WV 25301 | | 1st class mail |
| 950 Pennsylvania Ave, Nw | Room 2242 | Washington, DC 20530-0001 | | | | 1st class mail |
| Attn: Adam J Goldberg/Robert J Malionek | Attn: Madeleine C Parish/Benjamin A Dozier | 1271 Ave of the Americas | New York, NY 10020-1401 | | adam.goldberg@lw.com | Email |
| c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | PO Box 20207 | Nashville, TN 37202-0207 | | AGBankDelaware@ag.tn.gov | Email |
| Attn: Alan C. Hochheiser | 23611 Chagrin Blvd. Ste 207 | Beachwood, OH 44122 | | | ahochheiser@mauricewutscher.com | Email |
| Attn: Aimee H. Wagstaff | 7171 W Alaska Dr | Lakewood, CO 80226 | | | aimee.wagstaff@andruswagstaff.com | Email |
| Attn: Angela Z Miller | One Canalside | 125 Main St | Buffalo, NY 14203 | | amiller@phillipslytle.com | Email |
| Attn: Amish R. Doshi | 1979 Marcus Ave, Ste 210E | Lake Success, NY 11042 | | | amish@doshilegal.com | Email |
| Attn: Danielle Mason Anderson | 277 S Rose St, Ste 5000 | Kalamazoo, MI 49007 | | | andersond@millercanfield.com | Email |
| Attn: Abigail Williams/ James Ruggeri | Attn: Joshua Weinberg | 1875 K St NW, Ste 600 | Washington, DC 20006-1251 | | awilliams@goodwin.com | Email |
| Attn: Britton C Lewis | 235 N Edgeworth St | P.O. Box 540 | Greensboro, NC 27401 | | bcl@crlaw.com | Email |
| Attn: Brett D. Fallon | Attn: Brya M. Keilson | 500 Delaware Ave, Ste 1500 | P.O. Box 2306 | Wilmington, DE 19899-2306 | bfallon@morrisjames.com | Email |
| Attn: Daniel Straffi, Jr | 670 Commons Way | Toms River, NJ 08755 | | | bkclient@straffilaw.com | Email |
| Attn: Bill Kelleher | 1925 Lovering Ave | Wilmington, DE 19806 | | | BKelleher@gfmlaw.com | Email |
| Attn: Bruce W. Leaverton | 701 5th Ave, Ste 3300 | Seattle, WA 98104 | | | bleaverton@karrtuttle.com | Email |
| Attn: Bruce W. McCullough | 1225 N King St, Ste 1000 | Wilmington, DE 19801 | | | bmccullough@bodellbove.com | Email |
| Attn: Brian McLaughlin | Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | bmclaughlin@monlaw.com | Email |
| Attn: Bradley L Rice | 103 Eisenhower Pkwy | Roseland, NJ 07068 | | | brice@nagelrice.com | Email |
| Attn: Bruce D. Celebrezze | Four Embarcadero Center, Ste 1350 | San Francisco, CA 94111 | | | bruce.celebrezze@clydeco.us | Email |
| Attn: William D. Sullivan | 919 N Market St, Ste 420 | Wilmington, DE 19801 | | | bsullivan@sha-llc.com | Email |
| Attn: Ian Connor Bifferato | 1007 N Orange ST, 4TH FL | Wilmington, DE 19801 | | | cbifferato@tbf.legal | Email |
| Attn: J. Chad Edwards | 3626 N Hall St (Two Oak Lawn) Ste 610 | Dallas, TX 75219 | | | Chad@IchorConsulting.com | Email |
| Attn: Christopher S Murphy | Attn: Sherri K Simpson | Bankruptcy & Collections Division | P.O. Box 12548 | Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov | Email |
| c/o PRA Receivables Management, LLC | Attn: Valerie Smith | P.O. Box 41021 | Norfolk, VA 23541 | | claims@recoverycorp.com | Email |
| Attn: Cindy L. Robinson | Attn: Doug Mahoney | 1210 Post Rd | Fairfield, CT 06824 | | crobinson@robinsonmahoney.com | Email |
| Attn: Christopher Simon | Attn: Kevin Mann | 1105 N Market St, Ste 901 | Wilmington, DE 19801 | | csimon@crosslaw.com | Email |
| Attn: Chad Timmons | Attn: Larry R. Boyd | Attn: Emily M. Hahn | 1700 Redbud Blvd, Ste 300 | McKinney, TX 75069 | ctimmons@abernathylaw.com | Email |
| Attn: Christopher A. Wadley | 1 N Franklin, Ste 3200 | Chicago, IL 60606 | | | cwadley@walkerwilcox.com | Email |
| Attn: Elizabeth Weller | 2777 N. Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | | | dallas.bankruptcy@publicans.com | Email |
| Attn: Daniel R. Swetnam | Arena District | 250 West St | Columbus, OH 43215 | | daniel.swetnam@icemiller.com | Email |
| Attn: Daniel W. Van Horn | P.O. Box 171443 | Memphis, TN 38187-1443 | | | Danny.VanHorn@butlersnow.com | Email |
| Attn: David Barnes, Jr | 101 Constitution Ave NW, Ste 900 | Washington, DC 20001 | | | david.barnes@nelsonmullins.com | Email |
| Attn: David M. Fournier | Attn: Marcy J. McLaughlin Smith | 1313 Market St, Ste 5100 | P.O. Box 1709 | Wilmington, DE 19899-1709 | david.fournier@troutman.com | Email |
| Attn: David L. Buchbinder | Attn: Hannah M. McCollum | 844 King St, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 | david.l.buchbinder@usdoj.gov | Email |
| Attn: David Christian | 105 W. Madison St., Ste 1400 | Chicago, IL 60602 | | | dchristian@dca.law | Email |
| | | | | | dechantk@gilbertlegal.com | Email |
| Bankruptcy Unit | Attn: Steven A Ginther | P.O. Box 475 | Jefferson City, MO 65105-0475 | | deecf@dor.mo.gov | Email |
| Attn: Mark L. Desgrosseilliers | Hercules Plaza | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | desgross@chipmanbrown.com | Email |
| Attn: Mark Desgrosseilliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | | desgross@chipmanbrown.com | Email |
| Attn: Douglas R. Gooding | Attn: Jonathan D. Marshall | Attn: Michael J. Foley, Jr | Two International Place | Boston, MA 02110 | dgooding@choate.com | Email |
| Attn: Daniel K. Hogan | Attn: Garvan F. McDaniel | 1311 Delaware Ave | Wilmington, DE 19806 | | dkhogan@dkhogan.com | Email |
| Attn: David M Klauder | 1204 N King St | Wilmington, DE 19801 | | | dklauder@bk-legal.com | Email |
| Attn: Daniel R. Lapinksi | 210 Lake Dr E, Ste 101 | Cherry Hill, NJ 08002 | | | dlapinski@motleyrice.com | Email |
| Attn: David L Lynch | 72877 Dinah Shore Dr, Ste 103-126 | Rancho Mirage, CA 92270 | | | dlynch@desertelderlaw.com | Email |
| Attn: Daniel Miller | 2532 Justin Lane | Wilmington, DE 19810 | | | dmiller@wmhlaw.com | Email |
| Attn: David J. Molton | 7 Times Square | New York, NY 10036 | | | DMolton@brownrudnick.com | Email |
| Attn: David N. Rutt | Attn: Scott G. Wilcox | 122 N Market St | P.O. Box 554 | Georgetown, DE 19947 | dnrutt@mooreandrutt.com | Email |
| Attn: Domenic E. Pacitti | 919 Market St, Ste 1000 | Wilmington, DE 19801 | | | dpacitti@klehr.com | Email |
| Attn: Dierdre M Richards | 1300 N King St | Wilmington, DE 19801 | | | drichards@finemanlawfirm.com | Email |
| Attn: David E. Wilks | 4250 Lancaster Pike, Ste 200 | Wilmington, DE 19805 | | | dwilks@wilks.law | Email |

| | | | | | | |
|---|---|---|---|---|---|---|
| Attn: Everett Cygal | Attn: Joseph Mark Fisher | Attn: Daniel Schufreider/Jin Yan | 233 S Wacker Dr, Ste 7100 | Chicago, IL 60606 | ecygal@schiffhardin.com | Email |
| Attn: Erin Fay/ Gregory Flasser | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | efay@bayardlaw.com | Email |
| Attn: Eric S. Goldstein | 1 Constitution Plz | Hartford, CT 06103-1919 | | | egoldstein@goodwin.com | Email |
| | | | | | emonzo@morrisjames.com | Email |
| Attn: Edwin Rice | Attn: Elizabeth Brusa | 100 N Tampa St, Ste 2200 | Tampa, FL 33602 | | eRice@bradley.com | Email |
| Attn: Erin A. West | 1 E Main St, Ste 500 | P.O. Box 2719 | Madison, WI 53701-2719 | | ewest@gklaw.com | Email |
| Attn: Bruce R. Ewing/E. Schnabel | 51 W 52nd St | New York, NY 10019 | | | ewing.bruce@dorsey.com | Email |
| P.O. Box 30604 | Memphis, TN 38130-0604 | | | | flordia@fhendersonlaw.net | Email |
| | | | | | gfmcdaniel@dkhogan.com | Email |
| Attn: Gerald D Jowers, Jr | 500 Taylor St, Ste 301 | Columbia, SC 29201 | | | GJowers@JJSJustice.com | Email |
| Attn: Harris B. Winsberg | Attn: Matthew G. Roberts | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | harris.winsberg@troutman.com | Email |
| Attn: Henry C. Shelton, III | 6075 Poplar Ave, Ste 700 | Memphis, TN 38119 | | | Henry.Shelton@arlaw.com | Email |
| Attn: James Hill/ Christopher Hawkins | Attn: Kathleen Cashman-Kramer | 600 B St, Ste 1700 | San Diego, CA 92101 | | Hill@SullivanHill.com | Email |
| Attn: Harry Lee | Attn: John O'Connor | Attn: Brett Grindrod | 1330 Connecticut Ave, N.W | Washington, DC 20036 | hlee@steptoe.com | Email |
| Attn: John P. Dillman | P.O. Box 3064 | Houston, TX 77253-3064 | | | houston_bankruptcy@publicans.com | Email |
| Attn: Iain A Macdonald | 221 Sansome St, 3rd FL | San Francisco, CA 94104-2323 | | | imac@macfern.com | Email |
| Attn: Iain Nasatir | 10100 Santa Monica Blvd, 13th Fl | Los Angeles, CA 90067-4003 | | | inasatir@pszjlaw.com | Email |
| Attn: Irwin Zalkin | Attn: Devin Storey | Attn: Kristian Roggendorf | 10590 W Ocean Air Dr. #125 | San Diego, CA 92130 | irwin@zalkin.com | Email |
| Attn: Jason P. Hood | 22 N Front St, Ste 620 | Memphis, TN 38103-2100 | | | Jason.Hood@davieshood.com | Email |
| Attn: John T. Banks | 3301 Northland Dr, Ste 505 | Austin, TX 78731 | | | jbanks@pbfcm.com | Email |
| Attn: Jeffrey E Bjork | Attn: Kimberly A Posin | Attn: Deniz A. Irgi | 355 S Grand Ave, Ste 100 | Los Angeles, CA 90071-1560 | jeff.bjork@lw.com | Email |
| | | | | | jenningsr@gilbertlegal.com | Email |
| Attn: Jessica C.K. Boelter | 1221 Ave of the Americas | New York, NY 10020-1095 | | | jessica.boelter@whitecase.com | Email |
| Attn: Jerrold K. Guben | Makai Tower, Ste 2400 | 733 Bishop St | Honolulu, HI 96813 | | JKG@opgilaw.com | Email |
| Attn: Joseph H Lemkin | P.O. Box 5315 | Princeton, NJ 08543 | | | jlemkin@stark-stark.com | Email |
| Attn: James Stang/Robert Orgel | Attn: James O'Neill/John Lucas/Ilan Scharf | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | jlucas@pszjlaw.com | Email |
| Attn: John D. McLaughlin, Jr. | 824 N Market St, Ste 1000 | Wilmington, DE 19801 | | | jmclaughlin@ferryjoseph.com | Email |
| Joel M. Walker | 1145 Bower Hill Rd, Ste 104 | Pittsburgh, PA 15243 | | | jmwalker@nshmlaw.com | Email |
| Attn: James L. Patton, Jr | Attn: Robert Brady/Edwin Harron | Rodney Square | 1000 N King St | Wilmington, DE 19801 | jpatton@ycst.com | Email |
| Attn: Jan T. Perkins | 5260 N Palm Ave, Ste 421 | Fresno, CA 93704 | | | jperkins@bakermanock.com | Email |
| Attn: Jason C. Powell | Attn: Thomas Reichert | 1201 N Orange St, Ste 500 | P.O. Box 289 | Wilmington, DE 19899 | jpowell@delawarefirm.com | Email |
| Attn: Joseph F. Rice | 28 Bridgeside Blvd | Mt Pleasant, SC 29464 | | | jrice@motleyrice.com | Email |
| Attn: Joseph P. Rusnak | 315 Deaderick St, Ste 1700 | Nashville, TN 37238 | | | Jrusnak@tewlawfirm.com | Email |
| Attn: Jeremy Ryan | Attn: D. Ryan Slaugh | 1313 N Market St, 6th Fl | P.O. Box 951 | Wilmington, DE 19899 | jryan@potteranderson.com | Email |
| | | | | | jsp@dhclegal.com | Email |
| Attn: James I. Stang | 10100 Santa Monica Blvd, 13th Fl | Los Angeles, CA 90067-4003 | | | jstang@pszjlaw.com | Email |
| Attn: John B.. Thomas | Attn: Allison Fisher | 700 Louisiana St., Ste 2300 | Houston, TX 77002 | | jthomas@hicks-thomas.com | Email |
| Attn: James Tobia | 1716 Wawaset St | Wilmington, DE 19806 | | | jtobia@tobialaw.com | Email |
| Attn: Karen C. Bifferato | Attn: Kelly M. Conlan | 1201 N Market St, 20th Fl | Wilmington, DE 19801 | | kbifferato@connollygallagher.com | Email |
| Attn: Kevin Coughlin/Lorraine Armenti | Attn: Michael Hrinewski | 350 Mt Kemble Ave | P.O. Box 1917 | Morristown, NJ 07960 | kcoughlin@coughlinduffy.com | Email |
| Attn: Patricia Kelly, CFO | Attn: Cassandra Burton, Attorney | Attn: Craig Fessenden | 1200 K St NW | Washington, DC 20005 | kelly.patricia@pbgc.Gov | Email |
| Attn: Kevin D. Swenson | 107 S 1470 E, Ste 201 | St George, UT 84790 | | | Kevin@swensonshelley.com | Email |
| Attn: Kate P Foley | 1800 W Park Dr, Ste 400 | Westborough, MA 01581 | | | kfoley@mirickoconnell.com | Email |
| Attn: Kurt F. Gwynne | Attn: Katelin A. Morales | 120 N Market St, Ste 1500 | Wilmington, DE 19801 | | kgwynne@reedsmith.com | Email |
| Attn: R. Karl Hill | 222 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | | | khill@svglaw.com | Email |
| Attn: Kimberly A. Dougherty | 19 Belmont St | South Easton, MA 02375 | | | kim@justicelc.com | Email |
| Attn: Kim V. Marrkand | Attn: Nancy D. Adams | Attn: Laura Bange Stephens | One Financial Center | Boston, MA 02111 | kmarrkand@mintz.com | Email |
| Attn: Kathleen M Miller | 1000 W St, Ste 1501 | PO Box 410 | Wilmington, DE 19899 | | kmiller@skjlaw.com | Email |
| Attn: Konrad R. Krebs | 200 Campus Dr, Ste 300 | Florham Park, NJ 07932 | | | konrad.krebs@clydeco.us | Email |
| Attn: Steven A. Leyh | Galleria Tower II | 5051 Westheimer Rd, Ste 1200 | Houston, TX 77056 | | leyh@hooverslovacek.com | Email |
| Attn: Lloyd A Gura | One New York Plaza 44th FL | New York, NY 10004 | | | lgura@moundcotton.com | Email |
| Attn: Leander L. James | Attn: Craig K. Vernon | Attn: R. Charlie Beckett | 1626 Lincoln Wy | Coeur d'Alene, ID 83815 | ljames@jvwlaw.net | Email |
| c/o Norton Rose Fulbright US LLP | Attn: Louis R. Strubeck, Jr | 1301 Ave of the Americas | New York, NY 10019-6022 | | louis.strubeck@nortonrosefulbright.com | Email |
| Attn: Louis Strubeck/ Kristian Gluck | Attn: Ryan Manns | 2200 Ross Ave, Suite 3600 | Dallas, TX 75201-7932 | | louis.strubeck@nortonrosefulbright.com | Email |
| Attn: Louis J. Rizzo, Jr | 1521 Concord Pike, Ste 305 | Brandywine Plaza West | Wilmington, DE 19803 | | lrizzo@regerlaw.com | Email |
| Attn: Mark A. Salzberg | 2550 M St, NW | Washington, DC 20037 | | | mark.salzberg@squirepb.com | Email |
| Attn: Matthew Ward/Morgan Patterson | 1313 N Market St, Ste 1200 | Wilmington, DE 19801 | | | matthew.ward@wbd-us.com | Email |
| Attn: Michele M Betti | 30 Wall St, 8th FL | New York, NY 10005 | | | mbettilaw@gmail.com | Email |

| Name | Address 1 | Address 2 | Address 3 | Address 4 | Email | Method |
|---|---|---|---|---|---|---|
| Attn: Morton R. Branzburg | 1835 Market St, Ste 1400 | Philadelphia, PA 19103 | | | mbranzburg@klehr.com | Email |
| Attn: Michael Merchant/Brett Haywood | One Rodney Square | 920 N King St | Wilmington, DE 19801 | | merchant@rlf.com | Email |
| Attn: Michael Marchese | 6005 N Tamera Ave | Fresno, CA 93711 | | | michael.marchese@scouting.org | Email |
| Attn: Michael P. Pompeo | 1177 Ave of the Americas, 41st Fl | New York, NY 10036-2714 | | | michael.pompeo@faegredrinker.com | Email |
| Attn: Michael Pfau/Jason Amala | Attn: Vincent Nappo | 403 Columbia St, Ste 500 | Seattle, WA 98104 | | michael@pcvalaw.com | Email |
| Attn: Michael J. Joyce | 1225 King St, Ste 800 | Wilmington, DE 19801 | | | mjoyce@mjlawoffices.com | Email |
| Attn: Michael G. Kelly | P.O. Box 1311 | Odessa, TX 79760-1311 | | | mkelly@kmdfirm.com | Email |
| Attn: Mark D. Plevin | Attn: Austin J. Sutta | 3 Embarcadero Center, 26th Fl | San Francisco, CA 94111 | | mplevin@crowell.com | Email |
| Attn: Matthew S. Sorem | 10 S Wacker Dr, 21st Fl | Chicago, IL 60606 | | | msorem@nicolaidesllp.com | Email |
| Attn: Paul A Fanning | P.O. Box 8088 | Greenville, NC 27835-8088 | | | paf@wardandsmith.com | Email |
| Attn: Margaret M. Anderson | 200 W Madison St, Ste 3000 | Chicago, IL 60606 | | | panderson@foxswibel.com | Email |
| Attn: Patrick A Jackson | Attn: Kaitlin W MacKenzie | Attn: Ian J Bambrick | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | Patrick.Jackson@faegredrinker.com | Email |
| Attn: Paul Mones | 13101 Washington Blvd | Los Angeles, CA 90066 | | | paul@paulmones.com | Email |
| Attn: Paul W Carey | 100 Front St | Worcester, MA 01608 | | | pcarey@mirickoconnell.com | Email |
| Attn: Paul Logan | 300 Delaware Ave, Ste 1380 | Wilmington, DE 19801 | | | plogan@postschell.com | Email |
| Attn: Pamela J Minetto | 30A Vreeland Rd, Ste 210 | Florham Park, NJ 07932 | | | pminetto@moundcotton.com | Email |
| Attn: Kami Quinn / Attn: Meredith Neely/Rachel Jennings | Attn: Emily Grim / Attn: Jasmine Chalashtori/Kyle Dechant | 700 Pennsylvania Ave, SE Ste 400 | Washington, DC 20003 | | quinnk@gilbertlegal.com | Email |
| Attn: Raeann Warner/Thomas Crumplar | 750 Shipyard Dr, Ste 200 | Wilmington, DE 19801 | | | Raeann@jcdelaw.com | Email |
| Dept of Labor & Industry | Attn: Deb Secrest/Collections Support Unit | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | ra-li-ucts-bankrupt@state.pa.us | Email |
| Attn: Richard A. Barkasy | Attn: Kristi J. Doughty | 824 N Market St, Ste 800 | Wilmington, DE 19801-4939 | | rbarkasy@schnader.com | Email |
| Attn: Richard J Bernard | 90 Park Ave | New York, NY 10016 | | | rbernard@foley.com | Email |
| Attn: Robert D. Cecil, Jr. | P.O. Box 2092 | Wilmington, DE 19899-2092 | | | rcecil@trplaw.com | Email |
| Attn: Richard Mason/Douglas Mayer | Attn:Joseph C. Celentino | 51 W 52nd St | New York, NY 10019 | | rgmason@wlrk.com | Email |
| Attn: R. Joseph Hrubiec | 919 N Market St, Ste 1801 | Wilmington, DE 19801 | | | RHrubiec@NapoliLaw.com | Email |
| Attn: Jonathan S. Pasternak | Attn: James B. Glucksman | Attn: Robert L. Rattet | 605 3rd Ave | New York, NY 10158 | rlr@dhclegal.com | Email |
| Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | | rmersky@monlaw.com | Email |
| Attn: Richard W Riley | The Renaissance Centre | 405 N King St, Ste 500 | Wilmington, DE 19801 | | rriley@wtplaw.com | Email |
| Attn: Ryan Smethurst | Attn: Margaret Warner | 500 N Capitol St NW | Washington, DC 20001-1531 | | rsmethurst@mwe.com | Email |
| Attn: Riley C. Walter | 265 E River Park Circle, Ste 310 | Fresno, CA 93720 | | | rwalter@wjhattorneys.com | Email |
| Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | | | sanantonio.bankruptcy@publicans.com | Email |
| Attn: Sunni P. Beville | Attn: Tristan G. Axelrod | 1 Financial Ctr | Boston, MA 02111 | | sbeville@brownrudnick.com | Email |
| Attn: Eric Lopez Schnabel | Attn: Alessandra Glorioso | 300 Delaware Ave, Ste 1010 | Wilmington, DE 19801 | | schnabel.eric@dorsey.com | Email |
| Attn: Shawn M. Christianson | 55 Second St, 17th Fl | San Francisco, CA 94105-3493 | | | schristianson@buchalter.com | Email |
| Attn: Scott D. Cousins | Brandywine Plaza W | 1521 W Concord Pike, Ste 301 | Wilmington, DE 19803 | | scott.cousins@cousins-law.com | Email |
| Attn: Susan N K Gummow | Attn: Igor Shleypak | 222 N LaSalle St, Ste 1400 | Chicago, IL 60614 | | sgummow@fgppr.com | Email |
| Attn: Sommer D. Luther | 7171 W Alaska Dr. | Lakewood, CO 80226 | | | sluther@wagstafflawfirm.com | Email |
| Attn: Stephen M. Miller | Attn: Carl N. Kunz, III | 500 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | | smiller@morrisjames.com | Email |
| Attn: Seth J. Reidenberg | 750 Shipyard Dr, Ste 400 | P.O. Box 2092 | Wilmington, DE 19899-2092 | | sreidenberg@trplaw.com | Email |
| Attn: Stamatios Stamoulis | Attn: Richard Weinblatt | 800 N West St, Ste 800 | Wilmington, DE 19801 | | stamoulis@swdelaw.com | Email |
| Attn: Stephen Crew | Attn: Peter Janci | 1200 NW Naito Pkwy, Ste 500 | Portland, OR 97209 | | steve@crewjanci.com | Email |
| Attn: Matthew G. Summers | Attn: Chantelle D. McClamb | 919 N. Market St, 11th Fl | Wilmington, DE 19801-3034 | | summersm@ballardspahr.com | Email |
| Attn: Stephen W. Spence | 1413 Savannah Rd, Ste 1 | Lewes, DE 19958 | | | sws@bmbde.com | Email |
| Attn: Tad Thomas/Louis Schneider | 9418 Norton Commons Blvd, Ste 200 | Louisville, KY 40059 | | | tad@thomaslawoffices.com | Email |
| Attn: Todd M Brooks | 7 St Paul St, 15th Fl | Baltimore, MD 21202-1626 | | | tbrooks@wtplaw.com | Email |
| Attn: Todd C. Jacobs | 500 W Madison St, Ste 1000 | Chicago, IL 60661 | | | tjacobs@bradleyriley.com | Email |
| Attn: Tara LeDay | P.O. Box 1269 | Round Rock, TX 78680 | | | tleday@mvbalaw.com | Email |
| Attn: Thomas Moers Mayer/Rachel Ringer | Attn: David E. Blabey Jr./Jennifer R. Sharret | Attn: Megan M. Wasson | 177 Ave of the Americas | New York, NY 10036 | tmayer@kramerlevin.com | Email |
| Attn: Timothy F. Nixon | 200 S Washington St, Ste 100 | Green Bay, WI 54301-4298 | | | tnixon@gklaw.com | Email |
| Attn: Travis A. McRoberts | 2000 McKinney Ave, Ste 1700 | Dallas, TX 75201 | | | travis.mcroberts@squirepb.com | Email |
| Attn: Thomas S. Neuberger | Attn: Stephen J. Neuberger | 17 Harlech Dr | Wilmington, DE 19807 | | tsn@neubergerlaw.com | Email |
| Attn: Tacie H. Yoon | 1001 Pennsylvania Ave, NW | Washington, D.C. 20004 | | | tyoon@crowell.com | Email |
| Attn: David C Weiss | 1007 Orange St, Ste 700 | P.O. Box 2046 | Wilmington, DE 19899-2046 | | usade.ecfbankruptcy@usdoj.gov | Email |
| Attn: Victor Vilaplana | 3579 Valley Centre Dr, Ste 300 | San Diego, CA 92130 | | | vavilaplana@foley.com | Email |
| Attn: Bill Bowden | 500 Delaware Ave, 8th Fl | P.O. Box 1150 | Wilmington, DE 19899-1150 | | wbowden@ashbygeddes.com | Email |
| Attn: William E. Winfield | 300 E Esplande Dr, Ste 1170 | Oxnard, CA 93036 | | | wwinfield@calattys.com | Email |