May 23, 2021

FILED
2021 MAY 28 AM 9: 20
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To the Honorable Justice Lauri Selber Silverstein;

Your Honor, the mail system seems to be a bit slow where I reside these days. The suit against the Boy Scouts of America (BSA) sent me a notice on April 26 — I didn't receive it until May 11. In their letter, they asked me to write and tell you how I felt about what the BSA and their insurance companies are trying to do to all the victims of sexual molestation who have filed against them. I hope I am not too late in sending you this letter. It hurts to have to write about my violation.

Your Honor, a BSA Scoutmaster sexually abused me when I was about thirteen and a half. However, he had started grooming and corrupting me a year earlier when I was twelve. Because I was naive to his subtle brainwashing, and because of his apparent concern and affection for me, I was wide-open to his wiles.

Once the man had used me, he had no more use for me. He got what he wanted and then discarded me like I was a piece of trash. I was grievously hurt mentally and emotionally by this trusted member of the BSA. I was so embarrassed and ashamed. I knew of no one I could talk to about what had happened. Not knowing how to tell of my pain and confusion, I began to act out. I began to molest other youngsters.

It has taken me many, many years (I am seventy-two now) to learn how I was harmed and affected by the Scoutmaster's corrupting ideas and actions. It has not been an easy life for me. My life has been a total waste of time because of that man's influence on my thinking, because of the perverted values he instilled in my young mind, because of what he taught me to do.

Now, after all these years of self-denigration, I have been shown that the BSA wants to "screw" us again! The BSA got what they wanted from us — the fees, the labor, the oaths, the loyalty — and now they want to say we don't matter to them. I am hurt all over once again! I loved being a Scout, but the people responsible for it don't love me (or any of their victims) in return.

I used to hold up my hand and pledge: "On my honor, I will do my duty to God and my Country...." These men who run the BSA today — do they have any honor? Do they swear to do their duty to God and their Country? I am an individual who is part of that whole they have sworn to do their duty to — are they doing their duty to me when they avoid helping me?

Do the BSA want to make amends for all the harm and the damage they have done to tens of thousands of innocent children? If so, then let them own up to the grief they have caused — even if it means giving away everything they possess.

Your Honor, me and so many others were very seriously hurt when we were sexually abused at the hands of BSA members. I hope you are just as concerned about the mental, emotional, physical, and sexual welfare of our youths as we should all be. Please do not let the BSA abuse us again. Please, "squeeze" them until they hurt. Let them know — and share — our pain.

My claim number is SA-████████

Sincerely yours,