FILED
2021 MAY 28 AM 9:09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE 19801

Subject: Claim SA-███

Dear Justice Silverstein:

I am one of the claimants against the Boy Scouts of America.

My background is an electrical engineer (BS-Lafayette College, MS-Fairleigh Dickinson Univ.) working in digital design and computer networking. I am an honorably retired, disabled Army veteran.

My Scouting experience extended through Cub Scouts, Boy Scouts and Explorer Scouts all supported by St. Mary's Roman Catholic Church, Dumont, NJ. This included earning the rank of Eagle Scout.

My abuse by a Scout leader started during a campout and was forced to continue outside of Scouting activities for years.

In short, the after effects of the violations were alcohol abuse, difficulty in relationships and recurring nightmares.

The proposed settlement appears to me as letting the Boy Scouts avoid a just settlement and not providing justice for the victims.

Justice Silverstein, thank you for your time.

Sincerely,