Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilminton, De 19801

FILED
2021 MAY 28  AM 9:09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My name is ▓▓▓▓ and I have a BSA Sexual abuse case SA▓▓▓▓ pending
My story has been documented in the proof of claim form but what I left out is the Abuse that came from my family after I was caught in the barn with my cub scout leader and the significance
that the BSA had on my up bringing and how it affected my life.
I will make this as short as possible, the scout leader would come to my house after school and after a period of time he started to bring an older boy with him. At this time we would meet in our barn where he would pay this boy to do things to him and with praises he did the same.
One day the boy didn't come so he offered me money but he always only had a twenty so he would give me a little change and I would go a little further with him and then he would give me 1 dollar and so on until one day during the summer my older brother jumps out and starts yelling at this scout leader and me that he is going to tell dad and runs to the house.
After that my dad who is a stern man was really mad and mad at me. Once we had our meeting with the school I was always teased and put down about being gay and bi-sexual by both my brother and dad to the point of abuse. This lasted till my dad passed away and my brother has always shunned me and as a consequence I have felt like and outsider in my own family.
I am not gay or bi-sexual but that summer in the barn has ruined my relationship with my family and I was never able to get that back.


My Whole take on this lawsuit against the BSA is 100% justified! People who have suffered like me need the be settled with. We as Americans have established  laws in this country that are in place to protect people, such as "Right to Life, Liberty, Personal Security.
When an organization is charged with the protection of these rights with under aged children such as BSA, it should go with out saying.
It's now out in the open that my case is one of several thousand being defended against the BSA At the least it needs a reorganization away from a predator type of company and knocked down to basic principles while making restitution to its victims. All BSA assets need to be divided amongst those who have suffered the most according to court appointed councilors with a Small percentage going to the Lawyers and expenses.
I don't know what is a good number for a lifetime of shame from ones family is but this is a start in the right direction.
Sincerely

from

Justic Lauri Selbet Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilminton, De 19801

FRESNO CA 936
24 MAY 2021 PM 2 L

U.S.MS X-RAY

19801-302499


