to whom this may concern

my name is ███████

Let me tell you what a camp leader did to me ~~when~~

When I was a little boy he use to take me in the woods and rape me, he made me gay and plus he gave me ~~kids~~ Hids I ~~are~~ now HIV+ I wood like ~~some~~ something did about this

thank you

███████

Case # 19801

FILED 2021 MAY 28 AM 9:09 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE



MEMPHIS TN 380
24 MAY 2021 PM 4 L

19801-302499

Justice Laur Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th
Wilmington, DE 19801