TO WHOM IT MAY CONCERN:

FILED
AM 9:09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Hello my NAME is [redacted], I AM a VICTIM OF SEXUAL ABUSE AT THE HANDS OF my DEN FATHER in The SCOUTS.
I WAS 9 OR 10 YRS OLD When These Things HAPPEND TO ME, HERE I Thought I WAS "SPECIAL" BUT REAlly iT WAS JUST MEANT TO KEEP ME COMPLIANT + So I WOULDEN'T TALK TO ANYONE ABOUT it.
KNOW THAT I THINK THAT The BSA is FUll OF ShiT AND These Lying SONofABitchs ShouID BE IN PRISON FOR COVERING UP All This ShiT.
AS The YEARS GO BY I TRY TO FORGET WhAT hAppEND TO ME A LongTIME Ago - BUT I CANNOT EVERYDAY I AM Reminded OF BEING TOUCHED AND FONDELD BY ThAT SICK DEVENTED ASSHOLE.
HE WOUlD BRING ME WITH him TO HIS FACTORY AND STARTED OUT BUYING ME PIZZA AND CANDY AND GIVING ME MONEY AND ASKING ME ABOUT MY FAMILY - If I WOULD HAVE TOLD MY FAThER MR. [redacted] WOULD HAVE BEEN EXECUTED BY MY DAD - I COUlD NOT TEll MY PARENTS ABOUT ANYThING like This -

The BSA Should not be Able to Ruin A very large part of my Life, However They have Already Done So, & From me I hope That you have A Rotten miserable Pain Filled Life- You Are Real Pieces of Shit And Probably Still Molest young Boys- Who Dont know Any Better Ass Holes-

No ~~ABOUT~~ Amount of money is Going to be Enough- How The Hell Do I Forget What has happend?

Who ever Just lets This Go on And now Try's to Hide The Truth is Just A fucking Scumbag A Scumbag That Allowed me And A Bunch of other Kids to Suffer you Should All Jump off of A Building- Survivor And Victim.

JACKSONVILLE FL 320
24 MAY 2021 PM 4 L

FOREVER USA
PURPLE HEART

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET 6Th FLOOR
Wilmington, DE. 19801
#SA-

19801-302499