ATTN: Justice Selber Silverstein
BSA Bankruptcy Case
824 Market St,
6th Floor
Wilmington DE 19801

Please Read!
Your Honor!!!

MAIL Letter Today

MY # IS ~~[redacted]~~ if you have any questions that I might be able to help answer for you Please Call me Thank You

FILED 2021 MAY 28 AM 9:10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Lauri Selber Silverstein

I 1 of several Thousand men thats had their whole lifes ruined B4 it ever got a chance 2 start off By being molested in 1991 to 1993 by my Scout Leader 2yrs of hell he put me threw N everytime we had a meeting or Event I got Beatally beaten N Fucked And was Gangbanged by him N 2 othr grown men all at one time as I cried Non-Stop! My Family Is very well off and High Society People in this world all DRs in life but me I'm a Recovering Drug addict I've been 2 prison 4 times over the Past 25yrs of life and I blame it all on being abused back then as a Kid! I started shooting Drugs at a Really young age 13yrs old N It was meth I.V. for 20yrs till I was meth N 2sell N working on oil rig when I got hurt Badly on 12-25-08 and had to file workmen Comp on Company witch messed up my chest, Neck, back From getn hit w/ pipe in chest and all the Workman Comp Drs Got me So strungout on Morphine 100mg x 3 day and would call a New scription 4 me Every week 90 pills I think! Thats all of my life story but after haveN my youngest Son in 2008 I did go to prison I lost time N once I got out in 2012 got locked up for 3yrs 2015 when I got out N have been sober since then! And as a teen growing up I didn't No if I was Gay or if I could be w/ a female So I did both till 13yrs old and met w/ being w/ female I've never had any Relationships in life that this hasn't affected even Now that I'm married but she's been in my shoes so she understands my pain!! And their offer to pay all of us $6,000 is a Big Slap in the Face and offensive to me N all the others thats lived what Tortue Life Day by Day Year after Year after Year! I & all the others would Rather Not settle for $6K and make them Litagate the whole BSA to Pay 4 everything they've done all these years like they did and I do believe That they need to disolve the BSA N All Assets cuz It's Ruined my whole life B4 I ever got 2 actually get to start off my life like a Normal kid gets to do! I've only trusted 2 people in my whole life & L Grandpa

Claim# SA ████

that's recently died these past few years while I was in prison for 3 yrs and my wife & son. Those are the only people I've ever trusted in Past & Present and the only People I will ever trust in my life till the day I die literally! That's how messed up it's made me in life. I never trusted my own Dad/mom that had me cuz what they let happen 2 me as a young child in life. Your honor my dream was to be a Lawyer in life. I'm talented at arguing & Debut but never even made it out of HS, B4 dropping out to get my G.E.D! IN school I carried a GPA of 3.8 – 4.0 till I was 16 yrs old and Dropped out my JR year! So Now I'm asking for your help to NOT Allow the BSA to Blindly Get Away with this like they've done for over 50 yrs Now! So let's END the BSA for Good and liquidate every asset till they have Not 1 damn Tent at all 2 sleep into and olds Rember Certain Badges U could only get if u let Scout leader or master molest you! I'm ████████████████ I'm 36 yrs old AND they think $6,000.ºº is compensation for me being Sexually Molested & Abused for several Years long and if that's Not a Big Slap IN my Face to me and to ME That's them sayin heres ur $6000.ºº for our People Ruining ur whole life. I've lived 36 yrs of missery & Hell 24/7/365 my whole life! Thanks for hearing my letter. It's time to Dissolve the BSA Nation wide and liquidate it all! Cuz No human/child should Go threw all this Torture I live w/ Daily! Wished the BSA could spend 1 day walking in my shoes in life! None of them could last the whole Day thats for sure!



ATTN:

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th Floor
Wilmington, DE 19801

TULSA OK 740
24 MAY 2021 PM 3 L

U.S. * R * A * Y *