05/16/2021;

FILED
2021 MAY 28 AM 9:10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern; I am completely surprised and appalled of the BSA. When I was a little boy and in the Cub Scouts, I looked up to the Boy Scouts of America with dignity & respect because, I always thought the BSA stood for pride and integrity. I joined the BSA because I was intrigued by all the different things they had to offer as far as all types of outdoor activities, which sounded fun and exciting for a kid of my personality and stature, I did achieve the high merit of becoming a Eagle Scout, which made my parents so proud. The reason why I keep quiet about the sexual abuse was that I was ashamed and scared of any type of recourse action by the scout master and his assistants.

Sincerely in good faith;






NORTH HOUSTON TX 773
24 MAY 2021 PM 1 L

U.S.M.S.
X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St, 6th Floor
Wilmington, DE 19801

19801-302499

FOREVER
9925102181638848