Claim # SA-███

(1)

The Honorable Justice Lauri Selber Silverstein.

Your Honor, I want to tell you my experience in the Boy Scouts. I'm the only Boy of 5 sister. I'm from the rural Erea of Beauregard Alabama in Opelika AL. I joined the Boy Scouts after my cousin told me that they attended and I thought it would be fun and joined to. However, the only problems came is I'm from a single parent house and I had to relle on my cousin for a ride home. After a few trips there unkle started to complain because I stayed too far out the way. That's when Mr. ███ step in and said that he would take me home. On the way home from the Meeting, I would ask to stop by the store. He saw that I had small change and would give me more money to spend in the store. Ten dollars was alot of money for a poor kid like me back then. But soon after that on our way to my house when he would talk to me he would place his hand on my leg and rubb it. Then it progressed to him fondling me. He would pull over before he reached my house and perform ███ on me and make me do the same to him

I was young ashamed and affraid. It kept Progressing and one day when I refused to take the money he looked at me with a serious look and said "take it." I couldn't sleep and I started acting out in school. Up until this happened I have never been in trouble was the All Star, Star Baseball player. I stop playing. They put me in a Emotional Conflict class where I stayed all day. Not Because I was dumb I was just confussed and I

FILED
2021 MAY 28 AM 9:20
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

(2)

didn't no where to turn. I would be in class and I would start thinking about what I allowed to happen to me and I would pick the desk up and throw it threw the window. From the 5th grade until I graduated I was expelled atleast once, For fighting. I put in my mind that Nobody would ever take advantage of me anymore. I would scream in the tendo fuer cut on myself because I couldn't deal with what was going on inside me. I wanted to talk to somebody but I was to ashame to tell some one that I perform sexual acts with a old white man. The only person that knew was ▓▓▓▓, my best Friend. At 16 I came home and 3 guys were at my house. One guy had his foot in the door. I could see that the door was trying to shut. Only person that could be home is my young sisters. The First thing I did was grabbed a gun and shot one of the guys. I wish that I would have gotten some help then. The case was no bill and I got my gun back.

Before I graduated I went out for baseball. I haven't played seen Middle school. I broke all the records For Hitting and Pitching and was offered 8 scholarship offers. Couldn't believe it because I been distasery and something weed sene middle school. I went to Wallace Community College in Dothan, AL. My Coach ▓▓▓▓▓▓ takes me under his wing because he see that I need help. ▓▓▓▓▓▓ played 11 years with the New York Mets and he would mentor to me and I could relate to the stories that he told me about alcohol and drug use. I still ended up stabbing a basketball player when he attacks me with a knife. It was his knife, I just got it before he did. When we fell

(3)

to the ground fighting, he dropped it on the ground. I grabbed it before he did. An I sink popped him in the side to take the fight out of him. This lead to more drinking and withdrawl. At the banquet at the end of the year I stormed out. Coach ▮ followed me outside. He thought that I was angry because of the bad jokes that the guy on stage told, but it wasn't. It was because when that man stood up there I saw my scout leader up there Mr. ▮.

Coach ▮ told me that he didn't know what was wrong with me but if I went home and didn't continue my education, I would kill some one in 2 years. I could have played in the Braves organization that year, drafted, but coach told me to continue my education, so I went to the University of Mobile, Christian College and I stayed next to a golf course, but I slept with a gun under my pillow. Paranoid and a emotional reck. I had one child and I had to go to child support court. The day before court I got drunk and broke into the Judge, Judge ▮ chamber and hid behind the American Flag in his office. I scared the hell out of him when he came back into his chambers. I told him that I was coming to court tommorrow and I ain't going to jail. He asked me how the hell I got in there and the next day when I came to court they had a new guard and medal detector when you enter the court house.

My mind set was, I will not be denied of anything I want, be a victim, It's me against the world, I'm hated,

(4)

no one could possibly love some one like me, they making fun of me, they taking advantage of me, they trying to kill me. My mother got me a trailer and when I moved in it that's when I develop major complex with locking the doors, windows. I couldn't remember anything. The drugs was now taking affect.

After being caught with girls and some teammates snitching on me for drinking and druging, I left University of Mobile and went to Faulkner University my Senior year. Behavior problems followed. After Faulkner University I went to play minor league baseball for the Jackson Diamond Kats in Jackson Mississippi. After a couple of months I got into a fight with a player in the locker room after he lied on me for something he did.

I came home and landed a job at Wal-mart distrubution center in Opelika. I buried myself in work. However, I couldn't stay in the Aptment with my baby mother. She thought that I was nothing but a cheater, but I was parinoid scared of being around people. After one day I was coming home from work I had a car accident. My insurance company pays me 3500 to get my car fixed. I stopped by this guy house to ask him to help me drive my car back to Opelika for me. He agrees. He said that he had something to show me. He had some puppies in the bathroom. For the favor of him driving my my car back I would buy one of the puppies. When he saw the money that I had he decided to rob me. I hate telling this story because it

(5)

don't end well for bought of us. That was about 20 years ago. I haven't seen the streets sense. I have a life sentence for Murder and Attempted Murder for accidently Shooting in a occupied vehicle. I tred pleading with the guy but when I made a attemp to get out the car he thought that I was reaching for a gun but I wasn't. I Should have kept going and called the police but I allowed him to flash me over. When he made that move I was push into that Fight or Flight mind set and I just reacted. I was sent to Bullock mental Health Facility

During my time in prison I had to fight these mental health problem that I fail to face in my younger years. I had to dig all this garbage out of my soul and spirt that be weightly me down. I had got sent to a Medium Security Facilty St. Clair and I started going to this Church group called the Church of Highland. I got saved and blessly have started to change my life. I've started to learn and know myself and change the things that I can. The only thing that I have is that I let my mother Die without telling her that she was not the reason for my behavior. She was the best Mom that a Child could ask for. I just couldn't get over the hump.

I can't fault Boy Scout for pulling that trigger that got me that life sentence. But I do fault the Boy Scout, well not Boy Scout, But that Motherfucking Mr. Burt. Boy Scout is good. It's just those weak sick predator, impostors that

(6)

case there way into good places and mess things up. Bad intention in good places. Police are not bad, but a few bad apples makes the bunch look bad. I let that ass hole Bart turn me into a peice of shit. I was just a young boy trying to become a man. I trusted the System that was set before me and my eyes was open to something that forever changed my life and countless of people around me.

It was my choice to pull over and ingage with that man about that money. I'm being held accountable for what I did. I accept that. Every man and organization should be held accountability for their action. No one is above the law. I wouldn't wish prison on nobody, but it is a nessary good. Mr. Bart should do his time just like me. I have a witness and I'm willing to go to trail. This letter I do wish to let no one see but the Honorable Laurl Selber Silverstein. After read please throw away. I have no use for money I'm doing this as a healing process. After I caught Covid-19 my health has been fading and now I'm on heart medication Metoprolol. If I don't make it through this Law Suite I wish to allow my children to continue my fight for accountability

Your Honor: The letter I've written you is the truth, the good bad and the ugly. Everybody in life have a story, this just a part of mine. Everything I said is on record. May God Bless

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington, DE 19801

MOBILE AL
10 MAY 2021 PM

