REFERENCE
SA [REDACTED]

JUSTICE SILVERSTEIN

MAY 20 2021

FILED
2021 MAY 28 AM 9:21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

MY NAME IS [REDACTED] 71 Yrs old And I come from A Family of SCOUTING.

MY GRANDFATHER, [REDACTED] WAS A PERSON INVOLVED WITH Bringing SCOUTING TO W.VA, STARTING IN WHG W.VA. HE WAS GIVEN THE SILVER BEAVER AWARD THE HIGHEST AWARD GIVEN TO SCOUTING. HIS CHILDREN, MY FATHER AND MY UNCLE WERE BOTH EAGLE SCOUTS AND THE CABINS THEY BUILT ARE STILL STANDING AT CAMP AGAMING IN MARSHAL COUTY, W.VA.

ME AND MY BROTHERS WERE ALL INVOLVED WITH SCOUTING; I AM THE OLDEST OF THREE BOYS.

I loved SCOUTING BUT AFTER BEING A SCOUT FOR 2 Yrs, AND STILL VERY YOUNG A SCOUTMASTER BEGAN TO ABUSE ME. CAMP AGAMING IS WAY OUT IN THE COUNTRY, WITH ACRES OF WOODS

I WAS TOO EMBARRASED AND FEELING GUILTY SO MUCH SO THAT I NEVE, NEVER Told ANYONE.

A couple of yrs later I dropped out of Scouting which really disapointed my Father + Grandfather.

Instead of going to college I joined the Marine Corps because I wanted to prove my manhood to myself.

It took me many years to finally get rid of my guilt feelings.

When I reported this to Abused in Scouting was the first time I've ever talked about it.

The reason I finally talked about this was because my younger brother told me this year that after I quit Scouting the same person abused him and who knows what else this man did.

Your Honor, This letter isn't about money. It's about putting a stop to this abuse that screwed up a lot of young boys lives.

Good luck your honor. This is a heavy task that has been given to you.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th Floor
Wilmington, DE.
    19801

Reference
SA-

PITTSBURGH PA 150
24 MAY 2021 PM 3 L

