To whom it may concern:

My name is ███████████  I am 59 yrs. old and my claim number is, **SA-**███  I suffered abuse from one of my counselors and I can't even remember his name. But the incident has stayed with me every since. I would have never imagined something that happened to me when I was 11 or 12 yrs. old would affect my life so much. I have vivid nightmares about it till this day and I can't make them go away. I have Prayed the nightmares would go away, but they always seem to come back. I am quite sure there are other kids that have suffered this abuse quietly, as I have. It doesn't Feel good to know someone I was trusted to take care of me, Abused me. I have serious issues Today because of the Sexual Abuse. If I was one of the Boy Scouts Committee Kids, WOULD THERE BE SOMETHING DONE ABOUT MY ABUSE THEN?? I was just a innocent little child, and now I am a messed up grown MAN.

Sincerely yours,

███████████

FILED 2021 MAY 28 AM 9:21 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE



CAROL STREAM IL 601
17 MAY 2021 PM 8 L



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th floor
Wilmington, Delaware 19801

19801-30249