Justice Lari Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 1980l

**FILED**
2021 MAY 28 AM 9: 21
CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE



Claim No. *
SA - 

Dated this : May 15th, 2021

Your, Honor

I am Currently incarcerated in Washington State, I am a 43 year old male Serving a 144 months to LIFE Sentence. I am in the 10th year of my incarceration.

The 'LiFE' Max is Because of my Sex Offense. I am required to Complete a Sex-offender treatment Program (SOTP). Before I Can be Released.

I understand that your Court will redact my name from this letter, but your Honor I am done being ashamed for what was done too Me.

You can Print my name in the Newspaper if it helps other 'children' finally get Justice,

The abuse I Suffered Sent tremendous implecations and character defects into my life.

pg 1

During the time of the abuse one of the "homework" assignments was to make a small (Building) out of common house-hold items and things found in the trash.

Mine and my brothers' (Building) contained several used syringes and brill-o; So the "Scouts" informed my Mother and shortly after Dad was thrown out of the house; and my Life for Ten years. We didn't understand why.

This only led to more time alone with my abuser. Mom worked 13-14 hours a day to pay bills and it seemed to me that drinking beer was the only thing that made her happy. So, of course I started stealing beer from her So that I could fed happy, too.

Happiness never came though; don't know what age I started drinking but I do know that I was smoking crack at 14 yrs. of age, and anything else I could get my hands on.

My life was full of addictions and Violence. I joined a gang early in life so that I could feel protected. Eventually, I was betrayed by them, too. Regrettable, I still bare their mark on my Neck.

My Sex life has always been incomplete and though I have lived with many Woman; Some even for years at a time. All were only "Relationship" in name and appealance. No Amount of lovers could fix my shame; guilt. Hell, for a long time I didn't even know what the problem was.

pg 2

I was shy, unconfident, angry and afraid. I attended the Anger·Rage·Insight program (ARI) Created and ran by ▓▓▓▓▓▓▓▓ in Texas.

I had to attend "Speech classes" for school because of a Sever stutter. I needed Drugs and Alcohol to function around other people; yet still Trusting Nobody.

Now 10yrs clean & Sober in prison and the GoD Damn Stutter is back, because I Can't deal with the Stress of all the feelings; thinking about the (Boy scouts) again.

I have been in 7 prisons for most of my life; being the victim of Countless assaults and 3 (PREA'S) Prisoner Rape Elimination Act.

While Incarcerated my Daughter, Now 12, is not allowed to Visit me Because 'WA.D.O.C. will not allow it. Yet, my Judgement and Sentence (JNS) absolutly does not Say "prohibited". And her Mother was Killed on the Streets about 8 yrs. ago. she is Alone without Me.

I do feel guilt for losing So much time with my family;
I do Regret the pain Inflicted on people over the years;
I am ashamed of Controlling Woman with drugs for Sex;
I Blame my self for the death of my Daughters MoM;
because I should have been home not in Prison.
I Accept Responsibility for Everyone of my Crimes.

pg. 3

I am a 2 Time Sex-offender who may never get out of prison.

I know its a copout to blame all my bad decisions on the Sex abuse I suffered, but truthfully your Honor how different Could my life have been if this abuse would have never Happened? OR (and this is a Big ONE) what if my abuser was "Caught and Arrested?

Would I have had closure and Free Counseling to Understand the abuse was NOT my fault.

Your Honor, this is why I'm asking you to NOT allow The "BSA" to Continue; SHUT THEM DOWN!

They knew who they were Hiring and apparently they even knew about Some of the abuse(?)
These were a people who were trusted with Precious innocent children and who were thought to be molding Boys into Responsible Men; Preparing us for the Ramifications of Adulthood and what Real-Life had in Store US.

Though my Decisions Were my own in life; My Abuser clearly left his 'Mark' on my life and he sure did 'mold' me into his image "A Sexual Monster".

I'm asking for more than Money your honor I Also want the BSA to pay for my: Housing, Counseling as a Victim, and the CBT-Sex class that SOTAP-Won't Release me for Because I Can't pay!

pg4

I understand that I'm asking for alot. But WA. State (ISRB) won't release me until I attend a "CBT" class for 1 (one) year and they will pay for the 2nd year while I'm on the streets.

With the COVID 19 virus the Program has been on an Extended hold. But, is Now openning again, Slowly.

But the program will not be able to Accept Everyone in time for their (ERD) Earned Release Date.

I hope that along with the Money from the "BSA" that a way for me to (Program for SOTP: CBT; Can be made, so that when I see the "Board"; who determines if I'm Releasable, on 12-26-22 I Can show how I Can Attend these classes on the streets and actually Learn how to Succeed in Society; instead of my usual Just trying to Survive until my Next incarceration.

Please, help me to Leave all this anxiety and fear, shame behind me. I have been Sober now 10 yrs. in prison; Please check my file for proof.

This Money and Counseling Requests will not be Lost on Me. You Can be the change I Need to Succeed

Respectfully Submitted

THIS WAS MAILED BY AN INCARCERATED INDIVIDUAL CONFINED AT A WASHINGTON STATE DEPARTMENT OF CORRECTIONS FACILITY. ITS CONTENTS MAY BE UNCENSORED.



SPOKANE WA 990

24 MAY 2021 PM 4 L

USA FOREVER

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street 6th Floor

Wilmington, DE. 19801

19801-302499

