From: 

To: Justice Lauri Selber Silverstein

 BSA Bankruptcy Case
 824 Market Street 6th floor
 Wilmington DE 19801

RE: SA-████

FILED
2021 MAY 28  AM 9:22
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK

1 of 4

May 14, 2021

Dear Justice Lauri Selber Silverstein,

This is regarding The BSA Bankruptcy Case, Claim # SA- ███

I once felt proud to be a Boy scout, of achiving the rank of Egal Scout and all the work and service that went into it. Now I am ashamed to let others know I was ever aggaliated with that Organization. They have abandon many of the principals it was founded on. They are not being loyal to those who were loyal to them. They are dishannoring towards those who were harmed by sexual preditors within their organization.

"A scout is trustworthy, ~~is~~ is this part of their motto meant to mean the deviant leader can trust them to keep the secret.

Loyal, but loyal to who? The Law, the church, or to the abusive leader?

Brave, sure it take bravery to silently endure sexual asults when others are sleeping only feet away. At least that's what my therapists have said in the Past.

2 of 4

Humble, yeah I ~~was~~ was humbled or humiliated by those sexual asults so many years ago.

Clean, well no better motivation for a proud boy scout to wash off in a cold canyon river than to have him feel dirty from ~~homosexual~~ nacternal homosexual asults. Feeling dirty was not just an emotion. I knew the other leaders and scouts ~~they smell~~ would smell the stench of immorality on me.

The next thought I want to share is my opinion that if the victoms in this case were female this case would have been decided over months ago, and the settlements would be providing not just for the egely but pain and suffering. The totals would pay for cars houses and other comforts while the survivors continue to heal. We were children. We did not ask for this sexualization. We did not join the BSA to be preyed upon be our leader. The organization should have proteted us, not its adult leaders.

I want the BSA taken down to the last penny. This should not be a reorganization, it should

be a full liquidication. Then let others form a new a better organization to mentor todays youth.

From the beginning this case has been treated as a bankruptcy with insurance, lawyers and media looking to save a "noble organization" when in reality it should be about the

Victoms

+

Their pain and loss.

Loss of dignaty, loyalty, freindship, trust, bravery, reverance, cleanliness sanity, and even pride. All of which were promoted and promised by BSA membership and participation.

Focus on us. Focus on our broken lives, homes, marages, and all that goes with being victimized.

Thank you for your time and concideration in this matter.

Sincerly



PROVO UT 846

24 MAY 2021 PM 1 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 market Street 6th floor
Wilmington DE 19801


1980183024

