To the Honorable Justice Silverstein:

I am writing you to let you know that I have been a victim of the sexual abuse of a minor child of 10 years of age when the abuse happened.

I was sodomized 2 times at the hands of a scout master in Albuquerque N. M. who supervised the Scout program through a Presbyterian Church there. You cannott imagine how these acts of violence against a young person can affect one's life. There are no words that can describe the pain and the everlasting mental anguish that I have endured.

I would appreciate it if you have the influence to see that all victims of Scout abuse gets the proper and just compensation that they deserve, please do not let the Insurance companies run roughshod over you, and think very very deeply how so many young boys lifes have been shattered by BSA abuse

Respectfully Yours

[redacted]

(P/S - over)

...if you need, I will give you the details of my abuse, so you may let others know.

FILED
2021 MAY 28 AM 9:25
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

SA-

Justice Lauri Selber Silverstein
B.S.A. Bankruptcy Case