
To who it may concern,

    I ▮▮▮▮▮▮ am writing this letter due to Mr. ▮▮▮ molested me when I was 11 yrs. in cub scouts. I have been molested more then one time I didn't know and scared to tell anyone. This happend on camping trips in the woods.

    Thank You
    For you time
    ▮▮▮▮▮▮▮▮▮▮

Case # 20-10343 (LSS)

FILED 2021 MAY 28 AM 9:25 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE



Justice Lauri Selber Silverstico
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

Handle with Care • Prenez soin