# **EXHIBIT 1**



| | | |
|---|---|---|
| O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6537 | T: +1 212 326 2000<br>F: +1 212 326 2061<br>omm.com | File Number:<br>0705810-00073 |

May 26, 2021

**Tancred Schiavoni**
D: +1 212 326 2267
tschiavoni@omm.com

<u>**VIA E-MAIL**</u>

Eric R. Goodman
Brown Rudnick LLP
601 13th St., NW #600
Washington, DC  20005

Re:   <u>*In re Boy Scouts of America*</u>

Dear Eric:

I am writing to follow up on my May 18 letter to you and in response to the emails that Cameron sent on May.18 and 24.  When we spoke on May 18, you acknowledged that a response is not yet due by Century to the Coalition's requests for production and that we had thirty days to respond.  Hence, there was nothing to meet and confer about at that time nor an extension to be granted.  We suggest that we get together after the mediation if any issue remains open.  We served request on Brown Rudnick for the KCIC policy model and modeling results supporting the Hartford settlement that was provided to you.  It would further several goals at once if you could get this to us this week.


Sincerely,


<u>*/s/ Tancred Schiavoni*</u>
Tancred Schiavoni
of O'MELVENY & MYERS LLP




OMM_US:79940749.1