# EXHIBIT 2



**Kosnoff Law**
@SexAbuseAttys

Judge Silverstein's house is on fire. She wants to kick the can down the road once more. Honey, judges judge. Just fucking judge! On behalf of my 17000 clients, let me put it in a song.



"I Can't Go For That"- Daryl Hall, Chromeo Live From Daryl's House www.lfdh.com
🔗 youtube.com

1:21 AM · May 24, 2021 · Twitter Web App

1 Like