# EXHIBIT 4



**Kosnoff Law**
@SexAbuseAttys

Replying to @SexAbuseAttys

What Judge Silverstein did is appalling and unforgivable. She should resign now. I'm sick for all the brave survivors who poured out their souls to her. She is a shill for the Boy Scouts of America. She's draped in a black robe under the authority of the US Constitution. Impeach.

11:20 PM · May 7, 2021 · Twitter for iPhone