FILED
2021 JUN -1 AM 9:02
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Please listen to the story of my boy who struggled through life in many ways, but was not helped by the fact that he was targeted by a predator that saw him as easy prey. The one organization that gave him joy, Boy Scouts, was an entry to his hell. His Boy Scout leader groomed him at the tender age of 12, and then sexually abused him for 5 years. When we suspected what was happening, my son denied the abuse because his abuser had threatened to kill him or his family members. By the time my son could no longer live with the memory of these horrific events, the Statute of Limitations had expired.

The statutes of limitation (SOL) depend on the acts, the timing of the acts and the jurisdiction. For example, in Missouri, the SOL for battery (an offensive, unwanted touching) is two years. The SOL for negligence is five years. Under the current version of the Childhood Sexual Abuse statute, the SOL is age 31, but that statute only pertains to certain types of sexual abuse.

We request the following changes to the Childhood Sexual Abuse statute (and similar statutes in other states): (a) no statute of limitation; (b) more inclusive scope of abuse covered by the statute; and (c) liability not just for perpetrators, but also, for non-perpetrators who are found to be vicariously liable for the perpetrator.

Please consider taking a look at these Statute of Limitation laws and making some much needed changes, these children are not equipped to handle these decisions until well into adulthood. Then as adults they are tortured beyond repair. If an abuser could be brought to justice for these unimaginable terrors, the victim could of found the tools to move on with their life. As in my son's case, he attempted suicide 12 times finally ending his pain on November 14, 2017.

Please contact me if you would like more specific details; or suggestions for me to further the dismantling of the Statue of Limitations laws.

Sincerely,



FILED
2021 JUN -1 AM 9:21
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 24. 2021.

To Laurie Selber. Silverstein

Thankyou for your time, to read my letter. My loss is so great and there are so many others. hurting