May 25, 2021

FILED
2021 JUN -1 AM 10: 35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

RE: SA - ███

Dear Justice Silverstein,

I am writing this letter with some difficulty, regarding something that happened to me as a young boy in the Cub Scouts.

My Cub Scout leader was also my Sunday school teacher, so my parents had no problem with me going with him as he led the pack on an overnight hike to Talafofo Falls. The trip included a hike through the jungle and swimming in the pool below the waterfall. I was seven years old and couldn't swim, but the other boys were in the water, so I was forced to go in, holding on to a bamboo pole. I was terrified because the water was over my head and the boy holding the pole I was holding on to would let me sink up to my chin before pulling me back up.

We set up camp on top of a hill, and that evening, it started raining, so I went under the canopy and lay ███████████████████████████████████████████████████████████

How does a seven year old, who doesn't even understand what's happening, answer a question like that? There are expectations in Cub Scouts... what does my scout leader expect me to do, or say? I didn't know, so I just lay there, and after a short while, he left. He got up and went to meet the vehicle that had come to rescue us from the adverse weather.

The scout leader never spoke to me about what he did, and I never told my parents what had happened.

This event took place many years ago, on the island of Guam, and I have never forgotten it. I can only speculate on the psychological damage caused by this scout leader, and the resulting problems it caused in different areas of my life, but his violation of my family's trust, and his totally inappropriate and perverted actions toward me are sickening.

Sincerely,







Re: SA-

U.S.M.S.
X-RAY

TACOMA WA 983
OLYMPIA WA
25 MAY 2021 PM 2 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

19801-302499