May 24, 2021



TO: The Honorable Justice Lauri Selber-Silverstein :

I am a survivor of Boy Scout Abuse.

I am writing this letter to encourage YOU to prosecute and hold the Boy Scouts of America ACCOUNTABLE for what they did to me, and thousands of others.

Just a brief description of my experience(s) with them. I wasn't even a scout. They just invited me to one of their overnight camp outs. Little did I know that it was going to change my life forever. Almost immediately after I would arrive, they explained what was going to happen. There was

[redacted]

boy. This went on for hours. This went on for a 72 hour period with few breaks. It didn't stop after one camp out. I had to continue going to the local camp outs to keep them from telling what I did. I was even forced to go to the Regional Camps and perform similar acts, with total strangers.

I'm not going in to the rest of the story, it hurts too much, and it would involve multiple pages to tell the entire story.

My deal is, hold those BASTARDS accountable!  Don't cut them any kind of slack....they didn't me.

I have learned to live with the shame of my past.  It makes me feel good that I have made a positive impact on society.  I am a Public School Librarian.

Thank you for your time.





U.S.M.S.
X-RAY

TULSA OK 740
25 MAY 2021 PM 2 L



19801-302499

Justice Lauri Selber-Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE
19801

