To: The Honorable Judge Lauri Selber Silverstein

Ref: BSA Bankruptcy Case# ███



**FILED**
2021 JUN -1 AM 10:50
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor, I wanted to write this letter in regards to the scheduled hearing before your court on May 19th 2021 in the BSA"s Bankruptcy re-organizing petition. I understand that the Hartford Insurance Company has proposed a $650 million settlement for their portion of BSA"s Liability for its decades of allowing child predators to function as Scoutmasters. Your Honor, I urge you to reject this petition as wholly inadequate compensation for the vast pain and suffering that the BSA has inflicted over the last 70 years on tens of thousands of children in their care.

I, ███ am one of those children that suffered repeated molestation and sexual abuse at the hands of my scoutmaster over several months. I was only 12 years old at the time these events happened and thus could never fully comprehend the lasting effect and damage it would have over me for the rest of my lifetime. I grew up not being able to trust any adults other than my parents, have had difficulty in relating to authority figures and it has even affected my daily and sexual relationships in my adult life. It was only when the Catholic Church abuse scandal became public, that those horrible memories at BSA began resurfacing in my mind. Being an adult, I was now fully able to process how wrong those actions/events in 1972 were and how I wish that I had acted to address them differently. But I was a 12 year old at the time and it was incumbent upon the BSA to protect me from a serial child predator and molester as I believe my scoutmaster was. I now remember that other scouts had mentioned his behavior to the BSA heads but no action was ever taken against him.

In closing, a cash settlement is NOT going to bring justice or any closure to the pain that I have suffered at the hands of the BSA. However just like in any other large organization, a very large multi Billion $$ penalty is the only way to hold the BSA accountable for its past egregious behavior and change that behavior going forward. They were entrusted with millions of young children to be molded into responsible adults and they have failed miserably in that mission.









To: Judge Lauri Silverstein
US Bankruptcy Court
824 Market Street 6th floor
Wilmington, DE Zip: 19801

NORTH TEXAS TX P&DC
DALLAS TX 750
28 APR 2021 PM 4 L

U.S.M.S. X-RAY