AIS

FILED
2021 JUN -1  AM 10: 53
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Close # ▇▇▇▇

Dear Justice Laori Selber Silverstein,

Please use your power to make an example of these insurance companies who are trying to get out of paying claims to the many victims (myself included) who have been sexually assaulted by members of the organization known as The Byscouts of America.

My name is ▇▇▇▇▇▇▇▇▇▇ I was a victim who was molested on several occasions and several locations. In the early 1970's when I was in troop 50. At West Minster Presbyterian in West Akron Ohio.

The mans name that did this was ████████████ He passed away early 2000 before being with the BSA for many, many years. Working as a crossing guard for the Akron Public Schools. And in talking with my attorney I have learned that there are two other victims that were molested around the same time by Mr. ████████

Please do not let what happened to us and thousands of others be at the hands of the pedophiles. Please make an example of the insurance companies and the BSA and make them pay for the irreusable harm they have done to us.

As for myself. I was molested while I was sleeping in a one man Pop tent at Leesville Lake in Leesville Ohio. I woke up to Scout Master ▮▮▮▮ ▮▮▮▮▮▮▮▮. On other occasions I was fondled in the coat room and on several outings. I am pleading with you to get as much compensation as possible by law. As to result of this abuse I have endured, I have not been able to keep a relationship for more than five years, and have had many trust issues to this day.

Thank you for reading this letter and hearing my plea.

Thank you,



Justice Lauri Selber
824 Market St 6th Floor
Wilmington DE 19801

"BSA"
SA

CLEVELAND OH 440
25 MAY 2021 PM 6 L

U.S.M.S
X-RAY