CASE # SA-▇▇▇▇

**FILED**
2021 JUN -1  AM 11:00
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Justice Lauri Selber Silverstein

On around the year of 1957, I was camping out on military wooded area where the Army usually do their manuvers.

We set our tents up and started practicing our BSA skills, in order to get promoted to a higher rank.

I this time I was a tenderfoot trying to become a second class scout. I was twelve years old at the time.

There were two or toilets that we could use if we had to go to the bathroom.

I went in a toilet and my scout master

[redacted]

so I did. After that, he told me not to tell anybody what happened so I didnot say a word the rest of my life, until just recently when I seen the bad news on TV that other scouts through the years went through what I did.

I then called the number on television and told them my story when I was in the boyscouts where I lived for three years.

My father was in the army over there until 1959 then we went back to the states to Fort Benning Georgia.

I never went back into the boy scouts again.



ORLANDO FL 328
26 MAY 2021 PM 6 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE. 19801

19801-302499

