10/1/

FILED 5-23-20

FROM: [REDACTED]

TO: JUSTICE LAURI SELBER SILVERSTEIN

CASE # NY: SA- [REDACTED]

I AM WRITING TO LET YOU KNOW THAT I MAY HAVE PUT THE WRONG CONTACT ADDRESS ON THE CIVIL ACTION.

#1. I MAY HAVE PUT [REDACTED] ON THE CIVIL ACTION

#2. THE ADDRESS IS ACTUALLY

[REDACTED]

PLEASE CORRECT THIS IF NECESSARY.

1 of 5

FROM ▮

TO: JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILIMINGTON, DE 19801

CASE NO: ▮

I AM WRITING YOU TO LET YOU KNOW JUST HOW MY SCOUT LEADER AFFECTED MY LIFE IN A NEGATIVE, AND HORAFIEING WAY.

1. HE RAPED ME AND CAUSED ME TO DISTRUST AUTHORITY OF ALL KINDS AND TO DISTRUST SOCIETY
I HAVE BLANK SPOTS IN MY LIFE AND IN MY VIEW OF THINKING THAT I RELATE DIRECTLY TO THE RAPES.
HE DESTROYED MY CHILDHOOD I WAS JUST A LITTLE KID

2 of 3

5-23-21

I CAN RELATE EVERY BAD TIME I HAVE HAD IN MY LIFE TOO WHERE HE RAPED ME.

I HAVE NO EMOTIONS BECAUSE HIS RAPES AGAINST ME.

I HAVE MENTAL/PSYCHOLOGICAL PROBLEMS BECAUSE OF IT.

I HAVE PROBLEMS RELATING TO MY FAMILY BECAUSE OF HIS RAPES AGAINST ME.

I CAN'T SEE THERE EVEN BEING A GOD WHO WOULD ALLOW THAT PERSON TO DO WHAT HE DID TO M.

I FEEL LIKE I'M A HOLLOW BODY AND NUMB BECAUSE OF HIS RAPES AGAINST ME

I CAN HARDLY STAND TO BE TOUCHED BY ANY OTHER PERSON.

I FEEL LIKE TRASH AND ASHAMED SINCE I WAS ABUSED THAT IS A BURDEN I HAVE HAD TO CARRY ALL MY LIFE BECAUSE OF HIS RAPES AGAINST ME.

308

5-23-20

THE WORLD HAS BEEN A COLD, DARK, LONELY PLACE BECAUSE OF HIS RAPES AGAINST ME.

I GET HEADACHES WHEN I THINK ABOUT HIM RAPING ME.

I SEE THE WORLD AS MY ENEMY AND I HAVE NO TRUST LEFT IN ME, BECAUSE HE RAPED ME.

I HAVE HAD TO LIVE WITH THIS PAIN AND AGONY ALL MY LIFE AND IT HAS WEIGHED HEAVY ON ME, THATS 45 TO 50 YEARS I HAVE LIVED WITH THIS ALL BEARING DOWN ON ME.

THE UTTER DISPARE I FEEL BECAUSE OF HIS RAPES AGAINST ME



JUSTICE LAURI
SELBER SILVERSTEIN
824 MARKET ST.
6TH FLOOR
WILMINGTON DE 19801

