To the Honorable Justice Lauri Selber Silverstein,

Psalm 10:17-18 "You hear, O Lord, the desire of the afflicted; you encourage them, and you listen to their cry, defending the fatherless and the oppressed, in order that man, who is of the earth, may terrify no more."

My name is ███████████ and my story is no more worse than all the other victims taking part in this lawsuit. The money is just minimal value compared to the ultimate justice that is sought in this case. As a child I hoped the boy scout organization would save me from what was already happening to me. An organization I thought could save me, protect me from current sexual abuse going on, teach me more respectable life skills from elders that I saw had more knowledge and wisdom and would fight for the right of justice. But it was all worse in the end. The BSA does not do background checks or full interviews of who they let in to be scout leaders, at least at that time. My sexual abuse came from a family member who is now disavowed from my family and is currently serving prison time. Though he is serving time, it took a very long time for justice to be served. Well over a decade it took for that to happen but with that I felt nothing fear, guilt, shame, overwhelming depression and social anxiety for not knowing and understanding of what happened, how to deal with it and what people would

FILED
2021 JUN -1, AM 10: 55
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

really think of who I was and if it was even believable. Not only was he a scout ted leader, he was a school teacher and my uncle. This incident happened in small town in North west Ohio, a place that you probably never heard of and may never sent one foot in, in your lifetime. With a population of maybe 1,000 residents, well word travels, for a little while then no one cares any more. Its always forgotten and never remembered, stories and lessons to be an example of the difference between right and wrong are never noted for people to see to help someone or some child in need. All my young adult life all I knew was fear but no more will I be scared to say what needs to be said because I do care, child abuse is a serious problem not just in the U.S.A. but all over the world. No child should ever go through such trauma when all they know and need is to have fun and taught valuable life skills and lessons to make them better especially in an organization sole purpose is just that. When the interest of money value over takes the core value of being a good role model and honest human being for young children and they have broken the trust and oath they take to protect those that cannot defend themselves then all is lost. I have a 5 year old son, he is my pride and joy and walks in my footsteps. I am very thankful he loves the outdoors. My son loves fishing, he likes to go to

wildlife parks and learning about wildlife. He always wants to help me build stuff and work in our garden. I feel the Boy Scouts would teach him alot but I will not let him join when he comes to age for what happened to me I will not ever let that happen to my son. The sole purpose of the BSA is a fundamental and great organization for kids but they have lost that along the lines somewhere. It seems rather than sharing wisdom and knowledge to teach, they take more concern and pride in what there bank account holds. To me the most asked question people ponder is "What is the purpose of life?". People will think and it becomes quite a selfish thought about themselves and wonder what there purpose is. I think it ~~sho~~ shouldn't be a selfish thought as more of a kind thought. I believe the purpose of life is to help one another, a purpose to what you do to make a difference in someone's life, your communityies, and maybe even the world to keep the evil and darkness at bay and move forward together for a better future.

Psalm 71:20-21

"Though you have made me see ~~bitter~~ troubles, many and bitter, you will restore my life again; from the depths of the earth you will again bring me up. You will increase my honor and comfort me once again."

Sincerely,

COLUMBUS OH   430

26 MAY 2021   PM 6   L



Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE 19801

19801-302499