May 15, 2021



FILED

2021 JUN -1 AM 10: 53

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE 19801



CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Reference: SA-███

Victim Impact Statement:

A crime of sexual assault was committed against me when "he" decided to "abuse his position of trust", when I was about 10 -11 years old. I am now 58 years old and am still experiencing a great deal of invasive, destructive and long term consequences from it. The daily traumatic memories overwhelm and often threaten to overcome me. My physical and mental health, professional and financial lives, personal relationships, and self-esteem, have all been affected by the impacts of this sexual assault. Surviving it seemed unbearable. However, living on after it, and trying to reconstruct your life, are difficult things to do.

Due to this assault having such a profound effect on me, psychologically, I have difficulty in maintaining long term employment. Self-medicating with illegal drugs has me owing above (usually about 4 times more than) my monthly paycheck. This, in turn, has negatively affected my spouse's finances and our relationship. I won't blame my wife for wanting to leave (or leaving), as it is a very heavy and overwhelming issue to deal with, since I am constantly in debt, and have been, every month, for over the last 20 - 40 years

I struggle to find energy and maintain good health, so on many days when life becomes overwhelming, I purposefully seek solitude to recharge, which at times is not a positive thing, because I often feel worthless and contemplate suicide. I have sought mental and drug rehabilitation with temporary positive results. To this day, I am in counseling.

When I don't have the constant reminder of what had happened, I would do a little better. I successfully completed getting a GED. I lost one marriage, but years later, I remarried. However, when my twin died, I got more anxious and more depressed, my life began to crack again and I've returned to former negative feelings, destructive, negative coping actions, and counseling.

Trauma changes you, it's hard to communicate that to those who love you. They want you to 'get over it', to 'move on with your life', to 'not let this dictate the rest of your life'. They don't understand that I'm not in control. No matter how hard I try, or how much I wish it, I cannot make the impacts of sexual assault disappear.

Sexual assault is horrible and leads to confusion, emptiness, and wounds that go deep into every part of you, your life and your relationships. You go over and over the details trying desperately to figure out, "why me?". When that doesn't work, you just say to yourself, "If I keep going like nothing's happened, then maybe no one else will notice." What is really terrible, is that while I struggle with the consequences of "his" actions, "he" has escaped any consequences.

Society must condemn those who commit such behavior; must hold them responsible and make our distaste clear. Violence is never acceptable. We all (young and old) have the right to be treated safely, with dignity and respect. The shame, blame and responsibility of sexual assault, must be put where they belong - with the perpetrator.

Sincerely,
Reference: ███

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE. 19801

19801-302499

RALEIGH NC 275
Research Triangle Region
26 MAY 2021 PM 3 L


