

**FILED**

2021 JUN -1 AM 10: 59

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 25, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

Re: BSA Reorganization

Your Honor,

I too am one of the hapless victims of sexual abuse at the hands of BSA sponsored parties.

I have read some of my fellow victim's letters and cannot hope to better express my feelings and thoughts than them. I identify with their emotional distress for I too have suffered through the same sexual and mental abuse.

I was in fifth grade when I joined the BSA in hopes of adventure and enjoyment, if I had I known what the future would be, I would have steered clear of this evil organization.

For an evil, degenerate and self-serving organization it was and continues to be. Any organization or individual who participates or allows the continuance abuse of children is debased and deserves to be brought to justice and suffer the full consequences of their actions.

My hope is that your Honor, for the sake of future boy scouts, make the BSA make amends for their past actions and put in place checks and conditions in their reorganization plans that no future scouts be at risk to suffer the horrors that past scouts have endured.

Thank you for your time in reading this and the other victim's letters, may God guide your decision.

