FILED

2021 JUN -1 AM 11:03    May 22, 2021

CLERK

Claim No. ~~US~~ ~~DIST~~ ▮▮▮▮▮▮

To: Justice Lauri Selber Silverstein,

Thank you for reading about my sexual abuse in the Boy Scouts of America. It must be a chore much like reliving the incidents is to me.

The night after recounting and writing down some of the abuses, I had cold sweats and night terrors that are characteristic of PTSD. After all the time that has passed the abuse can effect me this way. Going to the Veterans Administration for readjustment counselling related to Viet Nam taught me that PTSD could occur much later at any time, and in my experience, this is the case.

The abuse effected home life for me. My parents took the side of the abusers, accusing me of lying and punishing me.

So, the feelings of love and security that were supposed to be part of home were gone for me. I was depressed and stunned, felt something like a zombie, not having any feeling of ambition because nothing would turn out right for me. Even now it's hard to self-acknowledge how deeply it hurt my psyche.

I remember at 8 years old telling my friend and cousin that I was thinking about committing suicide. That's a hell of a thing for an 8-year-old.

There were pornographic pictures involved that showed up at high school. My grades and social life suffered; I became more withdrawn. Other adults, scouts, and strangers looked at me differently.

Later in life, things like GPA and employment history were really terrible. It's hard to admit this to myself. The manly thing to do would be to get over it, but that hasn't been the reality.

What do I think should happen?

The BSA should pay a very large settlement to the survivors of sexual abuse. Anything less would be a public announcement that they didn't do anything wrong.

Should the BSA be reorganized or still exist at all?

It shouldn't exist at all the way I knew it. Reorganization would absolutely have to prevent the sexual abuse of children. Unless prevented, the pedophiles will go where the children are.

Thank you

U.S.M.S.
X-RAY




Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market St. 6th Floor

Wilmington, Delaware 19801

1980183C284 C012

COVINGTON
300.14
USPS
MAY 24 2021