May 16, 2021

FILED

2021 JUN -1 AM IO: 33

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Silivestein

BSA Bankruptcy Court

824 Market St. 6ᵀᴴ Floor

Wilmington, Delaware 19801

RE: Case # 20-10343-LSS ████████████

Honorable Justice Silivestein,

   My name is ██████████████████ and I am
writing to share my story about the abuse that I
suffered and personal experiences with the BSA in my
youth. For much of my life I didn't want to reflect
upon these memories, and would keep them supressed
and secret from ever sharing them with anyone,
because I perceived it as an embarassing thing that
people would judge and reject me for having experienced
it. This motivated me to hide the thoughts and
feelings this abuse has created for me, and this has
created additional emotional and social problems for
me in life.

   While the abuse through the BSA occurred more
than thirty years ago, I am able to remember
both the uncertaintity and violation I felt when
████████████ and others engaged me in their sexual
activities; but more so the feelings of being isolated
from support as my parents, friends, and church members

all seemed to question my fear and discomfort; and to seek to dissuade me from addressing the abuse (due to community and church concerns and interests). Through this I now realize that the intial trauma created a feeling of insecurity and helplessnes - I didn't believe that I could do anything to stop it, or to ask others to defend me because they didnt want to admit that the abuse was happening.

However, it was these feelings that motivated the more harmful thoughts and behaviors which have been much greater influences in my life; I became a very angry young person, isolating and rejecting my family, scouting friends, and people associated with the church and BSA. I began to stop playing sports, I started doing poorly in school, and I shifted into a much more anti-social personality (responding to disagreements and conflicts with violence).

It was also during this time that I began to use and abuse drugs and alcohol; within six months of the abuse I overdosed on alcohol, and expanded into more significant drug use. In reflecting on my drug history, I can see that the main motive for my use was to escape from my negative feelings, to numb my pain, and to feel like someone other than myself - because I didnt like who I was, or what had happened to me, and I felt betrayed by all

pg. 2

the people that I was supposed to love and trust. I am not blaming the abuse that I suffered through the BSA for all of the problems in my life; but it definate influenced my attitudes and beliefs, which contributed to my drug addictions, anti-social beliefs, criminal behaviors, and the resulting incarcerations that have occurred throughout my life.

It has continued to influence my social and emotional health into the present as well; I have never regained the sense of "self" or a level of personal confidence, which has left me living a substandard life - always accepting less of myself and in life. My family relationships have always been in conflict or at a distance; I have always had trust issues- which have aversely influenced my personal relationships and friendships; and have always been quick to reject social connections and support. All of these things have/can find their root from my sexual abuse in the BSA.

Thank you for allowing me to share my thoughts and feelings about the BSA's abuse and impact on my life, I appreciate your objective outlook and compassionate receptiveness.

Respectfully,



U.S.M.S.

SALT LAKE CITY UT 840
25 MAY 2021 PM 1  L

FOREVER
USA

Barn Swallow

(Privileged Legal Mail)

Justice Lauri Silivestein
BSA Bankruptcy Court
824 Market St. 6TH Floor
Wilmington, Delaware 19801

19801-302499





( Legal Mail )

Utah State Prison

MAY 2 5 2021

Mail/Property

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016

BSA Bankruptcy Court
Ref.: Case # 20-10343-LSS
Doc. #