5/25/2021

Dear Ms. Silverstein,

FILED
2021 JUN -1  AM 11: 02
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I was one of two Boy Scouts abused in my troop in 1975. My friend [redacted] was the other scout. Even though we were friends we never knew what the other had gone through. When it became public what had happened to us I dropped out of school and withdrew, [redacted] took his life. I am crying as I write this letter, I had put this all behind me untill recently. Please hold the BSA accountable for the past. Please hold them accountable for [redacted]

Thank you.



U.S.M.S.
L X-RAY

FT MYERS FL 339
25 MAY 2021 PM 6 L

Judge Laurie S. Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801
302-

19801-302499

