May 16, 2021

**FILED**
2021 JUN -1 AM 10:33
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Silivestein
BSA Bankruptcy Court
824 Market St. 6th Floor
Wilmington, Delaware 19801

RE: Case #20-10343-LSS ███████

Honorable Justice Silivestein,

My name is ███████████████ and I am writing to share my story about the abuse that I suffered and personal experiences with the BSA in my youth. For much of my life I didnt want to reflect upon these memories, and would keep them supressed and secret from ever sharing them with anyone, because I perceived it as an embarassing thing that people would judge and reject me for having experienced it. This motivated me to hide the thoughts and feelings this abuse has created for me, and this has created additional emotional and social problems for me in life.

While the abuse through the BSA occurred more than thirty years ago, I am able to remember both the uncertaintity and violation I felt when ███████ and others engaged me in their sexual activities; but more so the feelings of being isolated from support as my parents, friends, and church members

pg. 1

all seemed to question my fear and discomfort; and to seek to dissuade me from addressing the abuse (due to community and church concerns and interests). Through this I now realize that the intial trauma created a feeling of insecurety and helplessnes - I didn't believe that I could do anything to stop it, or to ask others to defend me because they didn't want to admit that the abuse was happening.

However, it was these feelings that motivated the more harmful thoughts and behaviors which have been much greater influences in my life; I became a very angry young person, isolating and rejecting my family, scouting friends, and people associated with the church and BSA. I began to stop playing sports, I started doing poorly in school, and I shifted into a much more anti-social personality (responding to disagreements and conflicts with violence).

It was also during this time that I began to use and abuse drugs and alcohol; within six months of the abuse I overdosed on alcohol, and expanded into more significant drug use. In reflecting on my drug history, I can see that the main motive for my use was to escape from my negative feelings, to numb my pain, and to feel like someone other than myself - because I didnt like who I was, or what had happened to me, and I felt betrayed by all

pg. 2

the people that I was supposed to love and trust. I am not blaming the abuse that I suffered through the BSA for all of the problems in my life; but it definate influenced my attitudes and beliefs, which contributed to my drug addictions, anti-social beliefs, criminal behaviors, and the resulting incarcerations that have occurred throughout my life.

It has continued to influence my social and emotional health into the present as well; I have never regained the sense of "self" or a level of personal confidence, which has left me living a substandard life - always accepting less of myself and in life. My family relationships have always been in conflict or at a distance; I have always had trust issues- which have aversely influenced my personal relationships and friendships; and have always been quick to reject social connections and support. All of these things have/can find their root from my sexual abuse in the BSA.

Thank you for allowing me to share my thoughts and feelings about the BSA's abuse and impact on my life, I appreciate your objective outlook and compassionate receptiveness.

Respectfully,

pg. 3




Justice Lauri Silivestein
BSA Bankruptcy Court
824 Market St. 6TH Floor
Wilmington, Delaware 19801

19801-302499

(Privilaged Legal Mail)

