5/25/21

Justice Silverstein,

    I am enclosing a picture of myself and West Day in August of 1960 at Owasippi Boy Scout Camp in Michigan. I am on the upper right row, wearing an Order of the Arrow sash. My good friend ████████ ████████████ is immediately in front of me. I was the only scout in this picture who was in the Order of the Arrow. This was Troop #1, Camp West. I was 14. I'll explain the picture in a little bit.

    I was a good scout and had many merit badges and was Senior Patrol Leader of the Troop. My father had taken me to a seminary to see about studying for the priesthood.

    I was molested at Camp West by the assistant Director ████████████████████████████ on 3 occasions; once in the latrine, once in the shower, and once in his cabin. I never told anyone. My trusts and beliefs were shattered. After those experiences at camp, I changed.

    I became a thief, and began to drink and smoke. I also sniffed airplane glue. (MODEL GLUE) I lied about a lot of things to my parents, hung out with a bad crowd, and got into trouble with the police. I also became a cutter and have various scars to show for it. I did many things I would come to be ashamed of. I graduated from high school 159th in my class of 160. I just didn't care about school. I spent my nights out on the streets in Chicago. I did many foolish things.



I eventually ended up in Our Lady of Mercy hospital in Dyer, Indiana. A mental health facility, with the diagnosis of "acute anxiety and depression". I was on a drug regiment and had several series of double E CT'S. (SHOCK TREATMENTS) Many of my memories were erased, thank God. It took many years for me to feel almost "normal". As for the picture, my friend ███████ would go home and commit suicide.

Now my question is can the Scouts justify and atone for what happened to me and what even happened to Robert? Shame on them! There must be thousands of former scouts all over who also have their own horror stories.

I am 75 years old. I am a grandfather of 5, married 54 years, a retired nurse, a decorated Vietnam Veteran and have 2 college degrees. But, it's' been a hell of a long journey.

Please punish the scouts, as they have been ~~punishing~~ punishing me my whole life! Thank you!

███████████████████████





JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON, DE. 19801