Dear Judge S[REDACTED]

My name is [REDACTED] I am writing this letter in regards to the sexual abuse done to me while on a scout camping trip. Against my will sexual acts were performed on me by the leaders at the time. I've never been the same since this happened to me. It was a [REDACTED] scouting trip. My life has never been the same and will never be the same. It was horrible and I have to live with this day by day. I feel scouting needs to be looked at so no one has to endure what I still live with. The people resposible for this should pay dearly for ruining my life and others lives that went through this.

I ask that you consider this when you make your decision on any recourse or compensation rightly due.

Thank you for your time.

Sincerely,

[REDACTED]

U.S.M.S.
X-RAY

CINCINNATI OH 452
25 MAY 2021 PM 6 L

Justice Lauri Silverstein
B.S.A. Bankruptcy Case
824 Market Street 6th Floor
Wilmington De.
19801-3024 99

