May 12, 2021

FILED
2021 JUN -1 AM 10: 51
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

**RE: Claimant SA-**▮

Dear Justice Selber Silverstein,

I am a Claimant in the BSA Bankruptcy Case currently before your court.

I was married for 29 years, raised two grown daughters and have two grandchildren. I am a successful professional, have served as a former college dean and provost of a major university.

I am also an Eagle Scout and a Brotherhood member of the Order of the Arrow, the national brotherhood of scout honor campers.

I am a straight male.

I have read the Defendants proposed Plan of Bankruptcy /Distribution filing and the description of the Settlement with Hartford Insurance.

I write to oppose the Boy Scout's efforts to convince the court to accept their plan of Bankruptcy.

I write for four very simple, non legal reasons:

1. **Insult** : The plan and the proposed settlements are a slap in the face of me as a Claimant;
2. **Ruined Life**: I want this court to understand, in my own language, how the Boy Scouts negligence affected me, my family and my life, personally;
3. **Game of Chess:** I believe the Boy Scouts and their various insurance companies do not understand the damage that has been done to at least 84,000 men. I believe they view this matter as a "Game of Chess", and;
4. **Eyes of a parent of a young man –** The court should view the plan through the eyes of a parent of a young man who has been abused by a scout leader.

To assist the court in understanding what it's like for a victim, below I describe how the Boy Scouts negligence caused havoc and damage throughout my life:

**The Weaponization of Trust** - At a time when a young man should be learning how to develop the ability to trust people, particularly in a sexual context, I, like many others, trusted the scout leader who sexually abused me.

While he abused me, he also took me to Pacific Coast League baseball games, bought me game tickets, hot dogs and cokes, I was flattered.

When he asked me to accompany him and travel around the county to present to various Boy Scout troups, I was flattered.

When he invited me on what he referred to as "special training weekend campouts", I was flattered.

I did not know at the time, that what he was doing was "Grooming" me to trust him.

He was successful, I trusted him.

So when he abused me, I was deeply confused.

Here was a man I looked up to who had, though his words and actions, convinced me to trust him.

He then turned my trust of him into a weapon to be used in satisfying his own sexual desires. The details of his abuse of me is set forth in my claim.

This went on for more than two years.

The net result was that, at a time when I should have been learning how to trust others in sexual situations, my abuser was instead teaching me that it was "normal" and "ok" to trick others into trusting me so that I could secure sexual gratification, just as he had done to me.

He was essentially a "Grooming Role Model".

By the time it came to dating high school girls, I had already learned, first hand, from my abuser, the techniques necessary to seek out vulnerable young women, groom them into believing I could be trusted, and then pressure them for sexual favors.

**It took me years of therapy to realize that this pattern is not normal.** It is wrong on a number of levels. While I do not believe that I ever took advantage of a woman sexually against their will, I did spend a lot of time receiving sexual favors from women whom I had groomed to trust me. The sex was consensual, but essentially these women were consenting to sex with someone who had groomed them into believing I was someone whom I was not.

**The Weaponization of Trust** - At a time when a young man should be learning how to develop the ability to trust people, particularly in a sexual context, I, like many others, trusted the scout leader who sexually abused me.

When my abuser invited me to Pacific Coast League baseball games, bought me game tickets, hot dogs and cokes, I was flattered.

When he asked me to accompany him and travel around the county to present to various Boy Scout troups, I was flattered.

When he invited me on what he referred to as "special training weekend campouts", I was flattered.

I did not know at the time, that what he was doing was "Grooming" me to trust him.

He was successful. I trusted him.

So when he abused me, I was deeply confused.

Here was a man I looked up to who had, though his words and actions, convinced me to trust him.

He then turned my trust of him into a weapon to be used in satisfying his own sexual desires. The details of his abuse of me is set forth in my claim.

This went on for more than two years.

The net result was that, at a time when I should have been learning how to trust others in sexual situations, my abuser was instead teaching me that it was "normal" and "ok" to trick others into trusting me so that I could secure sexual gratification, just as he had done to me.

He was essentially a "Grooming Role Model".

By the time it came to dating high school girls, I had already learned, first hand, from my abuser, the techniques necessary to seek out vulnerable young women, groom them into believing I could be trusted, and then pressure them for sexual favors.

**It took me years of therapy to realize that this pattern is not normal.** It is wrong on a number of levels. While I do not believe that I ever took advantage of a woman sexually against their will, I did spend a lot of time receiving sexual favors from women whom I had groomed to trust me. The sex was consensual, but essentially these women were consenting to sex with someone who had groomed them into believing I was someone whom I was not.

## General Instructions

Section and subtitle A references are to the Internal Revenue Code unless otherwise noted.

### Future Developments

For the latest information about developments related to Form 8948 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form8948.

### What's New

The tax year of the tax return associated with Form 8948 must be entered. The name and preparer tax identification number (PTIN) of the preparer also must be entered on the form.

Forms 1040A and/or 1040EZ are not being revised for tax year 2018. Previous filers for these forms will file Form 1040 for 2018; all references for these forms have been revised accordingly. Use the previous revision (September 2012) for this form to prepare any tax years prior to 2018.

### Purpose of Form

Form 8948 is used only by specified tax return preparers (defined below) to explain why a particular return is being filed on paper. A specified tax return preparer may be required by law to electronically file (e-file) certain covered returns (defined below). There are exceptions to this requirement, and Form 8948 is used by specified tax return preparers to identify returns that meet allowable exceptions.

### When To File

Attach this form to the paper tax return you prepare and furnish to the taxpayer for the taxpayer's signature. File Form 8948 with the tax return that is filed on paper.

Form 8944 and Form 8948. Specified tax return preparers who submitted Form 8944, Preparer e-file Hardship Waiver Request, and received an approval letter, should file Form 8948 with the tax return that is being sent to the IRS.

⚠ **CAUTION**: The taxpayer choice statement, which is described in Regulations section 301.6011-7(a)(4)(ii), is a separate document that should be kept with the preparer's records. Do not attach the taxpayer choice statement to the tax return or otherwise send it to the IRS.

### Specified Tax Return Preparer

A specified tax return preparer is a tax return preparer, as identified in section 7701(a)(36) and Regulations section 301.7701-15, who is a preparer of covered returns and who reasonably expects (if the preparer is a member of a firm, the firm's members in the aggregate reasonably expect) to file 11 or more covered returns during a calendar year.

Aggregate filing of returns. For the e-file requirement, "aggregate" means the total number of covered returns reasonably expected to be filed by the firm as a whole. For example, if a firm has 2 preparers and each preparer in the firm reasonably expects to prepare 6 covered returns, the aggregate for the firm equals 12 covered returns, and each preparer is a specified tax return preparer.

When a return is considered filed by a preparer. For the e-file requirement, a return is considered filed by the preparer if the preparer or any member, employee, or agent of the preparer or the preparer's firm submits the tax return to the IRS on the taxpayer's behalf, either electronically or in paper format. For example, the act of submitting includes having the preparer or a member of the preparer's firm drop the return in a mailbox for the taxpayer. Acts such as providing filing or delivery instructions, an addressed envelope, postage estimates, stamps, or similar acts designed to assist the taxpayer in the taxpayer's efforts to correctly mail or otherwise deliver a paper return to the IRS do not constitute filing by the preparer as long as the taxpayer actually mails or otherwise delivers the return to the IRS.

### Covered Returns

Covered returns include any return of tax imposed by subtitle A on individuals, estates, or trusts.

Covered returns that cannot be filed electronically. Some covered returns are not currently capable of being accepted electronically by the IRS. In certain instances, the IRS has instructed taxpayers not to file some covered returns electronically. Additionally, certain covered returns cannot be e-filed if they have attached forms, schedules, or documents that the IRS does not accept electronically and these forms, schedules, or documents cannot be sent to the IRS separately using Form 8453 or Form 8453-F as a transmittal document. In any of these situations, the preparer does not need to complete and submit Form 8948. However, if the forms, schedules, or documents can be sent to the IRS separately using Form 8453 or Form 8453-F as a transmittal document, the rest of the return must be e-filed. For more information, see Form 8453, Form 8453-F, and Notice 2011-26, 2011-17 I.R.B. 720.

## Specific Instructions

**Names on Tax Return, Tax Year of Return, and Taxpayer's Identifying Number.** Enter the taxpayer's name(s), the tax year, and identifying number (SSN or EIN) that appear on the tax return with which Form 8948 will be filed. If the return is an individual tax return using the Married Filing Jointly filing status, enter the first SSN listed on the tax return.

**Name and PTIN of Preparer.** Enter the preparer's name and PTIN. Enter all the numbers of the PTIN.

**Line 1.** Check this box if the taxpayer has chosen to file on paper and the return is prepared by the preparer, but will be submitted by mail by the taxpayer. See Rev. Proc. 2011-25, 2011-17 I.R.B. 725 for information on documenting a taxpayer's choice to file on paper. Form 8948 does not meet the criteria of a taxpayer choice statement as set forth in Rev. Proc. 2011-25.

**Line 2.** Check this box if the preparer applied for and received an approved undue hardship waiver for the calendar year in which the return is being filed. Enter the waiver reference number and date of the approval letter. Do not submit the approval letter with this form.

**Line 3.** Check this box if the preparer is a member of a recognized religious group that is conscientiously opposed to its members using electronic technology, including the filing of income tax returns electronically, and the group has existed continuously since December 31, 1950.

**Line 4.** Check this box if the preparer attempted to e-file this return but was unable to do so because the return was rejected and the reject condition could not be resolved. Enter the reject code and the number of attempts made to resolve the reject.

**Line 5.** Check this box if the preparer attempted to e-file this return but the software package used to e-file did not support one or more of the forms or schedules that are a part of this return. Enter the form and/or schedule numbers the software did not support.

⚠ **CAUTION**: Do not check this box if the reason you could not e-file this return is that the IRS does not electronically accept a form or schedule attached to this return.

**Line 6a.** Check this box if the preparer is a foreign person without a social security number who cannot enroll in IRS e-file and the preparer is not a member of a firm that is eligible to e-file. To qualify to check this box, the preparer must have applied for a PTIN by submitting Form W-7P, PTIN Supplemental Application For Foreign Persons Without a Social Security Number. Do not attach the PTIN application or Form 8946 to the return.

**Line 6b.** Check this box if the preparer is ineligible to e-file due to an IRS sanction. To qualify, the preparer must have received a letter from the IRS enforcing the sanction and the sanction must be in effect for some or all of the calendar year in which the return is being filed. Do not attach the sanction letter to the return. The preparer may check this box until such time as the sanction period ends or the IRS accepts the preparer into the IRS e-file program, whichever occurs first. If the preparer has filed a pending e-file application for the IRS e-file program at the same time the sanction period ends, the preparer may continue to check this box until the IRS makes a decision about the preparer's application.

**Line 6c.** Check the box if the preparer is unable to e-file because of other verifiable and documented technological difficulties experienced by the preparer that are not described elsewhere on this form. Describe the circumstances in the space provided.

**Paperwork Reduction Act Notice.** We ask for the information on these forms to carry out the Internal Revenue laws of the United States. You are required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The time needed to provide this information may vary depending on individual circumstances. The estimated average time is:

Recordkeeping . . . . . . . . . . . . . . . . . . 57 min.

Learning about the law or the form . . . . . . . . . . . . . . . . . . 30 min.

Preparing and sending the form . . . . . . . . . . . . . . . . . . 32 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can send us comments from www.irs.gov/FormComments. Or you can write to the Internal Revenue Service, Tax Forms and Publications Division, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. **Do not send this form to this office. Instead, see When To File, earlier.**

Ultimately I lost the ability to be empathetic, to have deep relationships with women. I was later repeatedly unfaithful to my wife of 29 years. I had numerous affairs with other women and eventually divorced. My family was torn apart while I spent years in therapy to try to reverse this pattern learned from my abuser. Ultimately invasive thoughts related to my abuse began to surface and severely interrupt my ability to practice my profession. It was then that I understood why I drank and was so quick to anger.

These acts have had long term effects on me and my immediate family. Today I live alone, have strained relationships with my two daughters and limited relationships with my grandchildren. Both our daughters, who have been informed of my abuse, have left their Catholic church (which sponsored scouting, as have I, and have vowed NEVER to allow my grandchildren to participate in scouting.

When my ex-wife was informed of my abuse, she said "That was my "ah-ha" moment." The years of lack of empathy and intimacy had finally made sense to this unsuspecting woman who bore our children. She said that I did not have the emotional ability to trust her or be intimate. I learned too late that this lack of ability to trust is a classic symptom of the trauma of sexual abuse.

### Through a different lens.

By advising the court of the effects of my abuse I'm not looking for sympathy.

What I am looking for is that this court attempt to look at the various legal tactics the Boy Scouts are employing through the lens of someone whose life has been turned upside down by their negligence. Traumatized.

Double Trauma – I'm also asking this court to keep in mind that the pain of writing a letter like this to someone I don't even know, as well of the pain of having to file a claim, is a form of "Double Trauma", because I have to deal with describing the horrible effects of what was done to me AGAIN. Reliving those events have again led to sleepless nights, nightmares, anger and frustration.

I don't know what the legal term is for requiring the Boy Scouts to "stop playing around", but I do know that the court can tell the Boy Scouts to honor their own code and be "Trustworthy" in disclosing their assets and making a settlement which compensates the claimants in a manner commensurate with the damage they have caused to me and to 83,999 other claimants.

Think of it this way, if you were the parent of a young man who had been abused by a scout leader, whose life was shattered, whose family was in tatters, would you tell your son to trust or accept the Boy Scout's plan of reorganization and the proposed settlement offer? They can't be trusted. Please end this. Now.

Thank you.    Claimant # S[REDACTED]    *I would sign my Name, but I fear Retaliation.*

# CHASE ○ for BUSINESS®

**PAYCHECK PROTECTION PROGRAM**
**LOAN FORGIVENESS CHECKLIST**

This checklist will help you prepare to request Loan Forgiveness through Chase. We'll email you when you can request Forgiveness. You must request Forgiveness separately for your first and second Paycheck Protection Program (PPP) Loans if you have two.

If requesting Forgiveness for a second PPP Loan of more than $150,000, you must request Forgiveness for your first PPP Loan before or at the same time, even if you're requesting $0 Forgiveness for it. It is your obligation, as the borrower, to understand the Small Business Administration's (SBA) rules.

**Before you request, make sure you:**

☐ **Have spent all of your PPP funds on eligible costs**
   The SBA states that borrowers can request Forgiveness only for PPP funds they've already spent.

☐ **Choose the right SBA Form to use**
   - Form 3508S: For loans of $150,000 or less
   - Form 3508EZ: For loans more than $150,000 when you can check box 1 or 2 on the 3508EZ Instruction Checklist
   - Form 3508: For all other loans

   We will pre-fill these fields on your online Forgiveness request:
   - SBA PPP Loan Number
   - Chase PPP Loan Number
   - Funded PPP Loan Amount
   - PPP Loan Disbursement Date
   - Doing Business As Name (DBA Name)
   - Business Name
   - Tax Identification Number (TIN)
   - North American Industry Classification System (NAICS)

☐ **Review the instructions for your SBA Form**
   - Form 3508S Instructions
   - Form 3508EZ Instructions
   - Form 3508 Instructions

☐ **Select your Covered Period**
   Choose a Covered Period between the minimum of 8 weeks and the maximum of 24 weeks as the time frame for your incurred or paid payroll costs. If you have a first and a second PPP Loan, the Covered Period you choose for each cannot overlap.

☐ **Calculate your eligible payroll costs**
   Regardless of which form you'll use, locate Tables 1 and 2 in the Schedule A Worksheet of Form 3508.
   - **3508S:** Use Tables 1 and 2 (columns 1–3 only) if your loan is $50,000 or less. If your loan is greater than $50,000 or if you and your affiliates received PPP Loans totaling $2 million or more use all columns within Tables 1 and 2.
   - **3508EZ:** Use Tables 1 and 2.
   - **3508:** Complete the entire Schedule A Worksheet, including Tables 1 and 2.

   **For loans more than $50,000:** If your calculated payroll costs, including Salary/Hourly Wage Reduction and FTE information (if applicable), are equal to or greater than your PPP Loan amount, you can request Forgiveness for your full PPP Loan without submitting your non-payroll costs.

   **Keep in mind:** Once we submit your Forgiveness request to the SBA, you might not be able to submit additional supporting payroll or non-payroll costs or documents in support of your request.

☐ **Calculate your eligible non-payroll costs**
   This includes utilities, rent and mortgage interest costs that were established before Feb. 15, 2020 as well as covered: operations expenditures, supplier costs, worker protection expenditures and property damage costs during 2020 not covered by insurance.

*See next page for helpful tips.*

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 1980[1]

U.S.M.S. X-R[...]



SEATTLE 26 MAY 2021