FILED
2021 JUN -1 AM 11:03
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

MAY-24-2021

To Justice Lauri Selber Silverstein,

My name is [REDACTED]
I am 54 years old, I was in the cub scouts in the late 70's 1977-1978-1979. I was sexually abused by a boy scout troop leader a few times and when I told someone in the Boyscouts on what happened I was sexually abuse by the person I told. This experience that I went through as a child has changed my life and has effected me in a way thats very hurtful and shameful. I've had trust issues all my life, Relationship problems, I also sexually abused someone and learned that, when a person gets sexually abused they tend to repeat the abuse on someone else, I was sentenced to prison

and Required to Register as a sex offender for the rest of my life. Been in and out of prison all my life and used drugs and alcohol. I AM currently incarcerated in South Carolina prison for 20 years.

I filed my claim of sexual abuse with the attorneys that are helping this Bankruptcy against the BSA. But it seems that the attorneys on Both sides are getting payed Money First and the most. And they are not victims of sexual abuse.

You Honor I'm asking you to use your Power and better Judgment that God has Given to you, To Rule for a fair victim's compensation fund for healing, closer, accountability, and for this not to happen again.

God Bless

Respectfully,

U.S.M.S.
X-RAY

19801-3024C99

Legal Mail

GREENVILLE SC 296
25 MAY 2021 PM 4
FOREVER USA
Barn Swallow

Justice Lauri
Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th Floor
Wilmington DE. 19801