To: Justice Lauri Selver Silverstein
Re: BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801



FILED
2021 JUN -1 AM 11:01
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I was first sent to the Beaumont Scout Reservation in Missouri when I was four or five years old. My grandparents had signed me up and I thought I was going for a safe, pleasant weekend. I had no idea what I was in for.

The most traumatizing experience I've had was during the first outing. We had a six mile hike. I have never done anything that physical. I was so worn out at the end, I came back and passed out in the tent.

The next thing I knew, there were guys standing over me yelling and screaming. They told me ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I was so tired from walking, I was helpless. I was yelling, screaming, and trying to fight back ; but there were too many.

What had happened to me "got around" and I was ostracized for being "different". A lot of people who were in the scouts, knew me from school. They knew I was "different" due to my speech impairment. They bullied me because I stuttered when I talked. Everyone started to try to "do things" to me. I was "different", but not "different" enough to be raped during my time in the Boy Scouts.

After what happened, it had followed me for years. Other scouts would come up to me and try to engage in sexual activity. They even tried to bring my friends into it. It had gotten to a point where I no longer wanted to live.

I recall there was one time where they brought one of my best friends' sisters into it. The two camp counselors raped her. They made us all do it as well. They told us that if we did not, we would get beat up. I remember their names, it was ▮▮▮▮▮▮ and his sister ▮▮. What was so bad, is that after the incident, she was taken away to what I understand is a Psychiatric hospital. She is stuck there for the rest of her life, no justice was served; all because of Boy Scouts.

These guys were unreal, like monsters. They kept saying they were going to kill all of us if we did not participate in their activities. I never wanted to hurt anyone , no woman, no man, no children. I felt like I had no control over my life. They were running everything. I had two


other female cousins in girl scouts. These " controlling" guys would try to rape my cousins. If they could not get my cousins, they would come after me.

It just got so crazy, rapings were happening a lot almost everyday. Nobody was doing anything to stop this, neither did we know how. If we said anything, we would be killed. I felt trapped and helpless.

Today, I wouldn't even send a Rat to Boy Scouts. Today, I am living in a homeless shelter with a variety of mental health issues including PTSD. It affected me for the rest of my life. I had trouble keeping a job, I was scared to go out on the streets and even learned Martial Arts to help protect me. I have a bad temper, because I am so angry with what happened to me.

Till this day, I still live with the terror that the Boy Scouts have inflicted on me. What kept me alive is God. If I hadn't found God and continued going to Church , I would have gotten rid of myself. Being as young as I was, it's something that nobody should go through.

I hope nobody will have to go through what I had to endure during my times in the BSA.



Justice Lauri Selver Silverstein
Re: BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801

