**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 2592, 2594, and 3154** |

**SUPPLEMENT TO OBJECTION TO THE ADEQUACY OF DEBTORS' DISCLOSURE STATEMENT IN SUPPORT OF SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION:**

**LETTER TO COURT FROM SURVIVOR CLAIMANT #29655**

**INTRODUCTION**

On May 5, 2021, all Claimants represented by Dumas & Vaughn, LLC (the "D & V Claimants") filed a timely objection to the sufficiency and adequacy of Debtors' Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC ("the Disclosure Statement") (Dkt. No. 2594). *See* Dkt. No. 3154 ("Objection"). The undersigned counsel now file a Supplement to that Objection on behalf of Survivor Claimant #29655, which consists of a handwritten letter drafted by the Survivor on May 25, 2021, directed to Judge Silverstein, and objecting to Debtors' Disclosure Statement. A true copy of that letter is attached hereto as Exhibit A. The Survivor has used his real name in the letter and requests that this Court not redact his name from the filing.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **BIELLI & KLAUDER, LLC** |
| Dated: June 1, 2021 | */s/ David M. Klauder* |
|  | David M. Klauder, Esq. (No. 5769) |
|  | 1204 N. King St. |
|  | Wilmington, DE 19801 |
|  | Phone: 302-803-4600 |
|  | Fax: 302-397-2557 |
|  | Email: dklauder@bk-legal.com |

- and -

**DUMAS & VAUGHN, LLC**

Ashley L. Vaughn, Esq., a*dmitted pro hac vice*
3835 NE Hancock St., Ste. GL-B
Portland, OR 97212
Phone: 503-616-5007
Fax: 503-616-5007
Email: ashley@dumasandvaughn.com

*Counsel to the D & V Claimants*