# EXHIBIT A



5/25/21

Dear Judge Silverstien,

My name is Michael Hicks. I was sexully abused by my boy scout master, James Taff. from the ages 11 to 15 years of age.

My parents were never married, and seperated when I was 1 or 2 years of age. My mom enrolled me in the scouts so I could have a positive male role model in my life

In the spring of 1980, Jim started to pay special attention to me. I embraced it with both hands. I would've done anything at all to be loved. I felt like an outcast in my family.

He soon started to take me to his house occasonally on weekends. He had me sleep in the bed with him. He started to fondel me. He took our clothes off and started to mastubcte me, and had me mastubcte him. we also performed oral sex on each other.

(2)

Starting in the summer of 1980, Jim started to take me to his cabin in Frazier Park, CA. for long weekends, where we would perform the same sex acts with each other.

That same year when Jim and I were at his cabin, two of his friends Mel and Rick would arrive at his cabin. Thats when all three men would take turns molesting me. Other time we would have a foursome.

Over the four years, I was molested over 100 times. He molested me at his house, his cabin at scout sanctioned scout camping trips. And a two week motorcycle trip, that included a trip to Yellowstone national park.

The abuse has had a tremendous negative impact on my life. To this day I've never been married, or have had a romantic relationship.

③

I do not like to be touched. If someone touches me, it disgustes me. I suffer from depression, P.S.T.D. and Anxiety attacks. I've also have had severe Flashbacks of the Abuse.

Even to this day "trust" is a stranger to me. I find it difficult to impossible to trust people. The first principle in the Scout law is "Trustworty". I do not trust the Boy Scouts.

Today I am working on healing the little boy who live in me. I call him "little man".

Everthing I do, I do to help "little man" heal. It is a debt I owe him. If it wasn't for his strength and his curage "we" would not be here today.

(4)

Your Honor, I ask that you would please hold the Boy Scouts accountable for the abuse that we suffered under their watch. It would be a first step in our road to recovery.

Sincerely, Michael Hicks



Mr. Michael Hicks
7521 Whitney Dr.
Riverside, CA 92509-5431

SN BERNARDINO CA 923

25 MAY 2021 PM 6 L



DUMAS AND VAUGHN
3835 NE HAncock St, Suite GL-B
PortLand, OR 97212

Attn Gilin Dumas

97212-531974