From: █████████
Subject: BSA
Date: May 15, 2021 at 7:28:24 PM
To: █████████

FILED
2021 JUN -1  AM 10: 54
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

TO: Justice Laurie Selber Silverstein
BSA Bankruptcy Case #SA-█████
874 Market Street
Wilmington, DE 19801

Greetings:

My name is █████████ I am 67-year-old man married with three children. I spent three years in the United States Army military police corps 1972-1975, 14 months working for the Middlesex County sheriffs department as a correctional officer and 35 years as a Lowell MA police officer. Currently I am retired and I am a child and family therapist MSW, Licensed alcohol drug counselor in private practice for 20-years.

I grew up in the city of Lowell and in 1966 I joined the Boy Scouts Of America, troop number 10, Saint Annes church, Merrimack St. Lowell. My scout masters were ████████ ( do not know his first name) and █████████
I remember the pride I had buying my handbook, neckerchief and Boy Scout uniform hat included. I spent my money at Bon, Marche in Lowell.
I went to several nightly meetings at Saint Anne's with approximately 15 other boys. Our first overnight camping trip was at camp Wedimu Westford MA. It was a winter event and we all stayed in a cabin on the lake. It was extremely cold and the lake was frozen over. ( our local news paper Lowell Sun write an article about troop 10 camping out under such cold conditions) On our first night all that Tenderfoot scouts We're told to takeoff all our clothes and be inspected by Mr. ████████████████████ They had rulers and sticks and they █████████ ████████ They made comments as they probed us individually. At the time I honestly did not think that I was being molested I thought it was part of being a Boy Scout. Our next camping trip was in the summer at the same lake. On our first night again all the tenderfoot scouts We're told we had to go through the woods to the lake, dip our elbows in the lake

that was a part of being a Boy Scout. I was brought up in a Catholic home with wonderful parents my older brother was special needs and I have three sisters. As a family we went to church on Sundays and confession on Saturday night. I confessed these actions to our priest.   As a therapist I have worked with men and women who were abused sexually by Catholic priests. I have been a therapist working for the archdiocese of Boston for the past 19 years. The prior actions I have described definitely altered my life. My father-in-law and both my brother-in-laws were all Eagle Scouts. I never discussed any of these incidents with them. But when my son wanted to be a Boy Scout, I agreed that he could join but I would not let him go on camping trip or spend time alone with scout  masters. I also believe that the sexual abuse I encountered made me hyper sexual and very confused about intimate relationships. I write this letter to the best of my recollection thank you for Your time with this important matter. If you have any questions or if I can get any help please feel free to contact me.



Sent from my iPhone



Justice Laurie Selber Silverstein
BSA Bankruptcy Case #SA[...]
874 Market Street
Wilmington, DE. 19801



BOSTON MA 021
24 MAY 2021 PM 2 L