May 27, 2021





**RE: Boy Scouts of America Bankruptcy Petition / Claim # SA**████████

Dear Justice Lauri Selber Silverstein:

I am writing this 2nd letter as I have been unable to get my original letter of May 2, 2021, uploaded into the court's docket. My tracking information from United Parcel Service shows it was delivered on May 10, 2021, at 10:37AM to the bankruptcy court. As of today, I cannot locate my letter via the court docket online search provided by Omni Agent Solutions.

Thank you for your time,



The UPS Store #4675
2220 County Road 210 W Ste 108
Jacksonville, FL    32259-4360
904-417-2951

Terminal....:  POS45758          Date.:        21
Employee....:  120556            Time.:   4:.:

ITEM NAME                 Q.. PRICE      TOTAL
--------------------------------------------------
Ground Commercial                        $12.05
                          1 @   $12.05
                                          $0.00
Tax

MHMF62947E50C
Tracking Number - 1Z6FC39E0384120677
ST. #2- 8.5x12 Bubble Mailer             $1.49
                          1 @   $1.49
                                          $0.10
Tax
--------------------------------------------------
Subtotal                                 $13.54
  Shipping,Other Charges                  $0.00
  Total tax                               $0.10
                                -----------------
Total                                    $13.64

Cards                                    $13.64
           ==========================
         Items Designated NR are NOT eligi!
          for Returns, Refunds or Exchange

      US Postal Retes Are Subject to Surchar.


           1 2 1 0 5  6 4 5 ,  4   4 5 1 1

        View The UPS Store, Inc.'s Privacy notice at
        https://www.theupsstore.com/privacy-policy

VISA  **  ****9641 165602
05/06/202\                       01:00 PM
RID                              757785440001
                  Purchase
VISA DEBIT                       XXXXXXXXXXXX9641
ENTRY METHOD                     CHIP
CVM                              SIGN
Invoice                          0C10003862
Clerk                            12055
Response                         APPROVED
Auth Code                        16560?
                  EMV DETAILS
MODE                             CHIP
AID                              A0000000031010
TVR                              8080008000
IAD                              06010A3. J000
TSI                              6800
ARC                              Z3
Amount                           USD $13.64
COLL/ANTHONY ?
              *** CUSTOMER COPY ***

May 2, 2021

**RE: Boy Scouts of America Bankruptcy Petition / Claim # SA ██████**

Dear Justice Lauri Selber Silverstein:

It is with a heavy heart that I am writing this letter to you today regarding my pending claim in the Boy Scouts of America ("BSA") bankruptcy petition that sits before you. It's a beautiful sunny Sunday morning here but my spirit is low. I don't want to write this letter but I am compelled to due to so as a result of BSA's minimal effort to "equitably" compensate scouting survivors of sexual abuse. There are some (perhaps many) of us who are not here today because they took their own life, others like myself are fortunate enough to have somehow made it this far. Because of this, I believed the BSA would back its commitment of support with great deeds, instead sexual abuse survivors are only getting lip service.

My perpetrator ██████████████ began grooming me while I was in the 6th grade (1981 – 1982) attending St. Joan of Arc Catholic School located in West Los Angeles, CA. I was 11 – 12 years old and very eager to fit in with my classmates and friends. My school sponsored BSA Troop # 82 and my close friends were signing up. Not wanting to miss out on the outdoor camping trips and comradery, I enrolled in Troop # 82 too. This troop was led by ██████ who was very charismatic and well respected by the church parish including many school families. You see, ██████ ore many hats, he was one of my teachers at school, he was the coach of the afterschool boy's youth sports teams, in which I participated in flag football, and was an umpire for various youth league baseball teams. Little did I know at the time, ██████ was a wolf disguised in sheep's clothing and I would become one of his *victims*.

I began to notice at school and during BSA activities ██████ always had a select group of boys around him. These boys received special privileges and the personal attention from ██████ For example, they always got to ride in his blue van during BSA camping trips. These same boys also got to hang out and sleep i ██████ s van or tent. There was a clear division and hierarchy between those of us who were ██████ boys" than those who were not. Being very naïve and innocent, when ██████ began showing some attention towards me, I ran with it thinking I was special. Ultimately ██████ would end up fooling my own parents with his great façade. He even did landscaping work at my home and my parents would enjoy his company when he stopped by, even un-announced as time wore on. This all of course was designed for his primary purpose, to get access to and use young boys like myself for *self-sexual gratification.*

My sexual abuse from ██████ asted approximately 2-3 years including the grooming period. The first time he sexual abused me was during a BSA scouting trip and I would learn

very soon I was not alone. I had become one of those boys with whom ██████ always seemed to be hovering around. That night, 3 of us went to sleep under the stary night sky. Myself, ██████ ████████████ he has not filed a BSA claim) and ████████ Our sleeping spot had been carefully chosen by ██████ to keep distance and minimize potential prying eyes by the remaining scout

█████████████████████████████████████████████████████████

Sometime in the middle of the night, ██████ awoke every one explaining that due to the rain the scouting trip was cancelled. His concern was that we may get caught in a flash flood or someone would get sick due to the inclement weather. My heart sank instantly as I knew this was all a lie. I knew ██████ sudden announcement was in some way going to result in me, once again, satisfying his sexual needs. I warily got into ██████ van with some other scouts and proceeded to watch him drop every single boy scout back home, except me and one other scout. The other scout, ████████████████████ was unable to get inside his house so ██████ ended up taking both of us back to his 1-bedroom apartment located in West Los Angeles, CA.

█████████████████████████████████████████████████████████

involuntarily be committed at St. John's Hospital in Santa Monica, CA on a 5150. I was deemed

a threat to myself and to others. I had no sense of self-worth or self-respect. In my mind, this was all my fault because I was a bad person. My life simply did not matter.

Some months after my hospital hold in 1996/97, I would suffer another devasting blow. I had a little bit of sobriety and was participating in various treatment programs. I suddenly decided to report my sexual abuse to the Los Angeles Police Department (LAPD) and drove myself to our local police station. I thought I would file a police report and be in and out in a matter of minutes. When I arrived at the station, it was in the afternoon and I when I left it was dark outside. The 2 police detectives who initially took my report had me start from the beginning to the very end when discussing my sexual abuse by ███ They asked very intimate and detailed questions about my relationship with ███ shared things that I had never dreamed I would ever tell another soul and here I was recounting and bringing forth memories that I had tried to forget. When I left and got into my car, I remember thinking to myself what a big piece of excrement I was and I should have never filed the report.

My report eventually landed with a detective from the LAPD Child Sexual Exploitation Unit (CSE). He let me know in a general way that ███ was known in law enforcement circles but due to the statute of limitations there was only so much the CSE could do. I was given a tape-recording device and ███ telephone number in hopes that if I contacted him, ███ would incriminate himself on tape or even confess. When I did contact him, ███ not only denied the sexual abuse, he disavowed any knowledge of me even though I knew some intimate details of his life. The detective then reached out to Pat from my first sexual contact with ███ from the forced sleepover at ███ apartment. ███ was not ready to talk about ███ and I later learned from the CSE that ███ had been killed in a head on collision by a driver under the influence; See attached Corsair news article. I was totally devastated. My selfishness had caused a family to relive the loss of a son and brother. Again, I told myself I should have kept my mouth shut like I had done so for many years prior. In the end all I got from this endeavor was the CSE detective telling me, "At least you scared ███ and he knows someone talked." I felt so letdown and betrayed by our justice system.

Today, I am 51 years old. I still carry with me the sadness, trauma, broken dreams, guilt, and shame due to my sexual abuse when I was involved with BSA. I have done the best I can to integrate this tragedy into my everyday life. The path towards surviving this ordeal is rough, long, and ongoing. I have spent much time getting treatment from various therapists and counselors including individual and group therapy. This also includes participation in 12-step programs for drug and alcohol abuse. I don't believe I will ever fully heal from my sexual abuse and it will haunt me until my dying day. So, Justice Silverstein, it is with utmost sincerity when I write to you that I am lucky to be here. My tumultuous life should have ended many times ago but I find some solace in thinking my story may be finally heard and documented.

There is no amount of money that can compensate anyone who has been a victim of childhood sexual abuse. However, an institution like the BSA should bear the financial burden

and feel the financial strain of ignoring decades of sexual abuse committed by those in its ranks and positions of authority. I was dumbfounded upon learning the BSA kept a file on my perpetrator and that he was banned from scouting due to a report filed by another scout and his parents only a few years after my Troop # 82 was disbanded; See attached ███████ erversion File. That brings the number of ███ sexual abuse survivors to 3; ███ myself, and the boy scout discussed in the BSA's perversion file. I can assuredly tell you, ███ sexually abused more than just the 3 of us young boys. And I might add, this file is one of many thousands that the BSA kept secretly hidden away on its members.

It is equally disturbing to hear and read, how the BSA is attempting to mitigate its financial role to compensate sexual abuse survivors like myself. In March 2021, the BSA presented a plan that would roughly pay each victim $6,000.00. That amount is a pittance when compared to the amount of money I have spent on therapy, medical bills not including the trauma and suffering I have experienced though these many years. Due to abundant and well-deserved criticism of this plan, the BSA has now made a unilateral deal with one of its insurers to add $650 million dollars to BSA's compensation fund. But there are strings attached and it remains to be seen the actual dollar amount that will be contributed. As such, the amount each victim may receive under this *scheme* is just a fraction above the amount from the original plan. This is why I no longer believe BSA's commitment to create an equitable trust fund to compensate sexual abuse survivors. It is clear, the only thing that really matters to the BSA is their own selfish desire to emerge from this bankruptcy with minimal financial consequences.

Because of this, I am now appealing to you Justice Silverstein to ask the BSA, their attorneys, their insurers, their local councils, in the courtroom: ***How much money they would consider acceptable if their own sons and daughters were being bartered for like cattle, to settle acts of betrayal, rape, and defilement. You ask them to their faces and in their eyes, you will find the real truth.*** It wouldn't even come close to the paltry settlements currently proposed by the BSA to fund its child sexual abuse trust fund.

Thank you for taking the time to read my letter. I hope it serves as a beacon of light on the long road ahead of us. I have watched and listened for long enough. It is now my turn and other survivors like me, to share our personal experiences of surviving childhood sexual abuse while in the care of the BSA. I will not just be a statistic or a case number in this matter. I also do not want to be let down by our justice system again. I hope this open letter to you will make a difference. The BSA's actions must speak much louder than its words.

Respectfully,

███████████████████

# CORSAIR NEWS ARTICLE

## 11-28-1990



# Corsair, Volume 61, Number 12, 28 November 1990

Issue    Article ▾            ← 📄 →

## Trustee's Son Dies In Head-On Collision

 Text

Why may this text contain mistakes?

Trustee's Son Dies In HeadOn Collision

A 30-year old woman has been arrested on suspicion of vehicular homicide in connection with a head-on collision that killed ███████████ he 15-year-old son of SMC Trustee ██████████████ ██████ of Palmdale, is under investigation for drunk driving in connection with the Friday accident, according to a spokesman at the Antelope Valley station of the Los Angeles County Sheriffs Department. ████████████████ vas one of seven occupants of a Toyota Forerunner that was struck head-on by Cobb's 1977 Chevrolet Caprice, deputies said. Five of the seven occupants were ejected from the Toyota, which rolled over several times upon impact. ███████ was pronounced dead at the scene and others were injured, according to authorities. ███████████ was a student at St. Monica's High School, where he had just been promoted from the junior varsity to the varsity football squad. He was the youngest of four children of ███████████████

# BSA Perversion File

# December 22, 1986

Troop # 400



August 18, 1987

████████████████████████

Scout Executive
Western Los Angeles County Council, No. 51

PERSONAL AND CONFIDENTIAL

SUBJECT: ████████████

Dear ██████

Thank you for the detailed information sent concerning the above Scouter.
This case has been reviewed with our attorney and is now on our permanent
Confidential File.

Sincerely,

████████████████████

READY TO FILE

AUG 1 9 1987

ERIN O'RILEY





erving 85th

Los Angeles
County

**Officers**

*President*
Richard H. Breithaupt, Jr.

*Council Commissioner*
Philip H. Boozer

*Treasurer*
Charles Cox

*Immediate Past President*
Michael K. Lanning

*Honorary President*
George M. Pardee, Jr.

*Secretary / Scout Executive*
Wayne L. Julian

*Chairman of the Advisory Board*
Donald W. Douglas, Jr.

**Vice Presidents**

*Administration*
Dr. Ronald H. Asquith

*Endowment*
Edward C. Story

*Field Operations*
Joseph J. Winston

*Finance*
Jack Wise

*Legal Counsel*
David T. Peterson

*Manpower Resources*
Richard Forstall

*Marketing*
Robert W. Begen

*Program*
Dwight Stuart

*h Representative*
*der of the Arrow Lodge Chief*
Benjamin G. Branin

**Board Members**

Roy A. Anderson
Lawrence E. Avedian
Bert F. Boeckmann II
John M. Bonn
Arnold B. Britton, Jr.
Don A. Burgort
Frank Carlin
Edward L. Clabaugh
Kent S. Colberg
Schriver A. Colberg
Mike Curb
Louis Foster
Philip C. Freeman, Jr.
Daryl F. Gates
Glen N. Gessford
Manny Goldberg
William D. Hanna
Stephen K. Hathaway
David Hender
James Hurt
Allen Hollingsworth
Gary Hollister
Lawrence O. Kitchen
David E. Lindon
Donald E. Lange
Richard Little
Richard Loeffler
Timothy J. McKeon
Richard Nason
Robert M. Neeman
Katherine M. Pardee
Dr. Allen E. Puckett
Jack G. Real
Dr. George A. Roberts
Thomas J. Roeck, Jr.
Paul N. Schwartz
Joseph F. Shankie
Douglas Sklar
George S. Smart
Philip S. Smith
Dr. S. Jerome Tamkin
Michael L. Tenzer
Maj. Gen. William F. Twinting
e D. Villanueva
J. Vois
ob John J. Ward
Donald G. Watt
John W. Wooten
Mel Wynn
Dr. Charles E. Young

January 28, 1987

<u>PERSONAL & CONFIDENTIAL</u>



In re your letter of January 9th concering ▮▮▮▮

▮▮▮▮ date of birth is June 1943.

There have been no formal legal charges filed, and at this time we
have no further information.

E. STARON

FEB 2 1987

CLB:hfb



United Way

January 9, 1987



Thank you for the Confidential Record Sheet which you recently sent for Mr. ▮▮▮▮▮ This will be helpful to us in identifying him should he try to register in some other location. We do note that you indicate he is thirty-five (35) on the Confidential Record Sheet, and yet the letter which was sent indicates that he is forty-three (43). We would like to know his correct age since this will be most helpful to us in identifying him at a later time.

We would also like to know if any legal charges are being submitted against Mr. Miller. This will help to determine whether we can keep him on the file permanently and refuse registration based on only the one incident which has been reported to us.

Let us know if you have any other information which will strengthen our file to protect the youth of America.

Sincerely,



READY FOR FILE

JAN 1 2 1987

November 3, 1986



This is just a follow-up to our letter of September 30 concerning the two individuals listed above. If any more information has become available, we would like to have this to add to our files so that we have more information which will substantiate refusal of registration attempts.

We also sent you Confidential Record Sheets which we would like to have completed on each individual. This will enable us to identify them should they try to register in some other location at any time.

If we may be of further help to you, please do not hesitate to contact us.

Sincerely,

READY FOR FILE

NOV 3 1986

SHIRLEY ME. CH.

September 30, 1986

I recently received fr██████████ he information concerning the above two
individuals. I appreciate the material which you sent, as this will help us in
establishing a file on each individual.

We would like more information concerning █████████    Are there any charges to
be pressed in this matter? Are the █████ going to seek legal action against
Mr. ███████ We would also like to know if any other youth has been involved in
any way with this individual. All of this information will be most helpful to
us as we set up a file and have the necessary information for refusing
registration attempts should they occur.

We would also like more information concerning█████████    The information
that is given here is certainly one person's word against another. It does not
seem that there is much information that is very solid on the action which
supposedly took place.

We would like all of this information, if possible, so that we may have enough
information for refusal of registration should an attempt occur in some other
council.

I am enclosing Confidential Record Sheets which I would like to have completed
on each individual. This will give the necessary personal information for
identification purposes. Please do not hesitate to call me if you wish to
discuss this on the phone.

Sincerely,



READY FOR FI█L

SEP 3 0 1986

█████████████




**SCOUTING/USA**

### WESTERN REGION - BOY SCOUTS OF AMERICA

'25 North Wolfe Road  •  P O. Box 3464  •  Sunnyvale, California 94088-3464  •  (408) 735-1201

September 16, 1986

Thanks, ▉▉▉▉▉ for your letters of September 11 and 11 regarding ▉▉▉▉
▉▉▉▉▉▉▉▉▉▉ I have forwarded the information to our
Legal Counsel, David Park, who will advise Registration of
appropriate action.  In many instances, the actual listing in the
confidential file is after the fact of conviction or confession.

All the best to you and ▉▉▉▉▉

Regards,

*Counsel has already dropped
I've deleted scouting and B/L.
Credit issued for B/L not received*



BOY SCOUTS OF AMERICA

**Officers**

*President*
Richard H. Breinhaupt. Jr

*Council Commissioner*
Philip H. Boozer

*Treasurer*
Charles Cox

*Immediate Past President*
Michael K. Lanning

*Honorary President*
George M. Pardee, Jr

*Secretary / Scout Executive*
Wayne L. Juhan

*Chairman of the Advisory Board*
Donald W. Douglas, Jr

**Vice Presidents**

*Administration*
Dr. Ronald H. Asquith

*Endowment*
Edward C. Story

*Field Operations*
Joseph O. Winston

*Finance*
Jack Wise

*Legal Counsel*
David F. Peterson

*Manpower Resources*
Richard Forstall

*Marketing*
Robert N. Begen

*Program*
Dwight Stuart

*Youth Representative*
*ster of the Arrow Lodge Chief*
*njamin G. Bramin*

**Board Members**
Roy A. Anderson
Lawrence E. Avidan
Bert F. Boeckmann, II
John M. Bonn
Arnold S. Binton, Jr
Don A. Burord
Arthur Burdorf
Frank Carini
Edward L. Clasaugh
Kent S. Colberg
Schriller A. Colberg
Mike Curb
Louis Foster
Philip C. Freeman, Jr
Daryl F. Gates
Sven H. Gessiord
Manny Goinberg
William O. Hanna
Stephen K. Hathaway
David Hender
James Hurt
Allen Hollingsworth
Gary Hollister
Lawrence O. Kitchen
David E. Landon
Donald E. Lange
Richard Little
Richard Loeffler
Timothy J. McKeon
Richard Nason
Robert M. Nieman
Katherine M. Pardee
Dr. Allen E. Puckett
Jack G. Real
Dr. George A. Roberts
Thomas J. Roeck, Jr
Paul N. Schwartz
Joseph F. Shankie
George S. Smart
Philip S. Smith
Dr. S. Jerome Tamkin
Michael L. Tenzer
Maj. Gen. William T. Twinbing
Daniel O. Villanueva
V J. Voix
ig John J. Ward
id G. Watt
John W. Wooten
Mel Wynn
Dr. Charles E. Young

Serving 55%
of
Los Angeles
County

P.O. Box 4000
........
14150 Ventura Boulevard
Sherman Oaks, CA 91423
818-784-4BSA

September 11, 1986



At the request of ████████████, and
the instructions of ██████████ we are re-
questing that you place ████████, Scout
Master, Troop 400, in Pacific Palisades on the
confidential list.

█████████ is 43 years old.  His current ad-
dress is ████████████████, Los Angeles,
California  90066.

We are not assuming that Mr. ██████ is guilty.
Our request is that he be placed on the confi-
dential list until this matter is cleared up.

We are enclosing a copy of ████████ state-
ment accusing ████████ of sexually molesting
him.  We are also enclosing a copy of ████
mother's letter requesting this action.



Enclosures



United Way

July 26, 1995

Statement made by ██████████████

On the first night at Camp Air Horn everyone slept outside except for ████████ and me. ████████ and I slept inside the van. ████ slept on the first bench, I was on the middle bench and ████ was in the back. I was asleep. ████ woke me up because he wanted to talk, and told me to come over to where he was. He put his hand on ██████████████████████ At first I didn't know what he was doing. He did it again. Then he sent me back to my bench. I slept there the rest of the night.

The second night at Camp Air Horn the sleeping arrangement was the same. He woke me up again and told me to come over. I didn't want to go. He told me that we were friends and that friends can show they like each other. I went over. He took ██████████████████████ I pulled my hand away and as fast as lightening he ████████████████████. Then he sent me back to my bunk. He didn't want me to wake ████████ up.

The next day we went to the Boy Scout camp. The first day at camp I went to the hospital. I wasn't feeling well. What ████ did was on my mind and made me sick. Ken didn't want to take me to the hospital, but ████ could see I wasn't feeling *well* and made ████ take me. ████ stayed with me the whole time at the hospital. I didn't say anything to the people at the hospital. ████ never left me alone.

We went back to the Boy Scout camp and set up the tents and did all that stuff. Ken asked me to bring my stuff into his tent. I brought it all in there. We went to bed. I was alone in his tent with him. He asked me to come over here. I said no I didn't feel well. He asked me to tell him why I didn't want to and told me I could sleep in another tent the next night. If I didn't come over to him he told me that our friendship was all over. It was my fault that our friendship was broken up. He blamed me for the friendship breaking up. He told me that he was just showing affection like friends are supposed to do. If I didn't want to show him that I was a friend, it was all over. I spent the rest of the night in his tent, but I had a hard time sleeping.

Most of the next day he didn't talk to me at all. Later he started talking about that friendship stuff again. He wanted to know what was wrong with friends showing that they liked each other.

I moved into a tent by myself the next day. ████ moved in with me. Everything was ok for a while. ████ was pretty hard on me most of the time. He made the trip hell for me. I had to do all the work. Even ████ noticed how hard ████ was on me. ████ helped me a lot. I told him what happened. A few nights later, ████ told me to come into his tent when everyone else was asleep. I didn't go. I was tired. He told me that I always say that. I said fine and walked away.

On Wednesday, (7/22) I told ███████████ ██████. I told him he
asked me back into his tent. On Thursday I told ████████ ██ ███ had
already told him. I told ██████ exactly what happened. He knew ████ had
put ██████████ ██████. He told me if anything else happened to come to
him. After I talked to my mom on Friday I told my instructor, ████████ ████—
a staff—and he told me that if anything else happened I could go to him.
████████ was the instructor of the Fish and Wildlife merit badge. After
the class I went back to █████ for some carving. I watched Doug chop wood.

(Mom: How did you feel about all of this?) I felt sick. It made me miss a
lot in class. I couldn't concentrate. I thought about it all the time. It
made it hard for me to get my merit badges. It made me feel like vomit.
It felt like I was doing something wrong. It made me feel scared. He yelled
a lot at me. He always made me wash the tables and clean the cooking cans.
He really made me feel awful. I really thought I had done something wrong.
The boys, and ████████████████ told me I didn't do anything wrong.

██████ asked me if I had told the truth. (On the last night after I had called
and asked that ████ be separated from ███████████ I told him that I was
definitely telling the truth. I told him that ████ had not let me use the
phone by myself and whenever I tried to call my mom ████ would go with me
and he did most of the talking. He really had me scared.

This is the end of ████████ statement.

I received a collect phone call from ████ the evening he was in the
emergency room. I accepted the call from ████ and ████████████ got on the
line and told me about the ER visit. I talked to ████████ for just a minute.
He quietly told me he didn't want to go to Catalina with ████████.

I received two other calls that week. Each time when I accepted the call
from ██████ would be on the line. ██████ always repeated that he didn't
want to go on more trips with ██████. On 7/26 I received a call from ████
telling me there was something wrong—he would tell me when he got home.
"But ███████ is nothing but a fagot."

I didn't connect with that statement until the next morning. I couldn't
believe that the boy was trying to tell me that. When I called back on
Friday I demanded from ████ he tell me the truth and all of it. He
related the incidents described above.

Something that ████ told me a couple of days later also bothers me. Ken
████████ gave ████ several California Wine Coolers while at camp Air Horn.
He gave ████ 2 wine coolers each day while at that camp.

August 25, 1988

I would like to thank the people involved with the Boy Scouts of America for their support during a very difficult situation. Mr. ████████ Mr. ████████ and Mr. ████████ were extremely helpful and supportive.

I have however, another request for the Boy Scouts. The Scoutmaster, ████████ should be removed as scoutmaster and not ever be allowed to participate with the Boy Scouts of America again. Mr. ████████ as been scoutmaster for the past 2 years of Troop 400 in Pacific Palisades. During the past year he has become a close friend to my son, ████████ During the Hawaii trip Mr. ████████ sexually molested my son. Needless to say my son was shocked and this has been a very difficult situation for him. He feels betrayed by a friend as well as confused that such a thing could happen to him while on a Boy Scout outing.

I am enclosing a statement made by my son the evening he came back from Hawaii. This statement was witnessed by ████████ If you need a statement from ████████ please let me know and I will furnish you with his address and phone number.

I hope that you can prevent Mr. ████████ from ever being associated with the Boy Scouts of America. This man's motives are not compatible with the mission of the Boy Scouts.

Sincerely yours,