

FILED

2021 JUN -1 PM 12: 13

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Judge Silverstein

PLEASE READ FIRST

Honorable Justice Lauri Sellert Silverstein

My Name is [REDACTED] Case

Case Reference: SA-[REDACTED]

BSA Molestation of Children Case:

I Took the Time to research the Archives of The Annie Lytle Elementary School #4 (Duval county, Florida) Records.

I wanted to show How my grades Plimeted and I was forced to repeat the 3RD Grade Because of Personal trauma + psychological issues brought about By the Constant Agressive, sexual Molestation by the BSA Supervisor.

The Duval county Board of education Had my mother to visit me in my 4th Grade Class so she could Personally observe my lack of

understanding and the Non-ability
to concentrate on 4th grade
level studies.

Teacher took me by the hand and
walked me down the hall to
3rd grade class room forcing
me to repeat that year again
my mother cried as I cried
of embarassment.

School Board recommended to
my mother. <u>That she should get
me ▮▮▮ Some Professional
(Psychological) Medical help!</u>
That there was some serious
trauma in my life That the
untrained Persons knew nothing
about.
Please review the certified
records of ▮▮▮▮▮ attached.
Thank You.

5-28-

ANNIE LYTLE ELEMENTARY

#1

TRANSFER

MALE _____
FEMALE NO. F

SCHOOL #F

DATE OF BIRTH _____

ADDRESS _____

DATE ENTERED (DATE) Sept. 9, 1943 FROM Home

PARENT OR GUARDIAN _____

GRADE 1 B

PHONE NO. _____

| SCHOOL YEAR | GRADE ENTERED | DAYS PRESENT | SCHOLARSHIP | DEPORTMENT | CAUSE | PROMOTED TO GRADE | DATE | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 1943-44 | 1B | 78 | S | S | | 1A | 1-25-44 | |
| 1944 | 1A | 89 | S | S | | 2B | 5-31-44 | |
| 1944-45 | 2B | 83 | S | S | | 2A | 1-24-45 | |
| 1945 | 2A | 83 | Leow | D (on trial) | | 3B | 5-21-45 | Bodget |
| F.1945 | 2A | 66 | C | C | | 3B | 1-23-46 | Martin |
| S.1944 | 3B | 85 | C | C - | | 3A | 5-31-46 | Martin |
| F.1946 | 3a | 88 | D | C | | 4B | 9-32-46 | Allaway |
| S.1947 | 4B | 78 | Retained | Withdrew Nov. 19, 1947 | | 4B | 7-29-47 | Allaway |
| 47-48 | 4B | 47 | Withdrawn | D | | | | C. Humphries |

NAME _____
FORM A-38---IBM---DRUMMOND PRESS

ADDRESS _____

PHONE NO. _____

BECAUSE OF EMOTIONAL/PSYCHOLOGICAL/FEAR ISSUES
WAS RETAINED IN 3RD GRADE TO REPEAT AGAIN.
COULD NOT CONCENTRATE + HANDLE 4TH GRADE LEVEL WORK!

WAS TAKEN FROM 4TH GRADE AND RETURNED TO 3RD GRADE

REPEAT

CONDUCT

Days Enrolled

Days Absent

Times Tardy

| | 1 | 2 | 3 | Total | | | 1 | 2 | 3 | Total | | | 1 | 2 | 3 | Total | | | 1 | 2 | 3 | Total | | | 1 | 2 | 3 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C | | | | | | 30 | 30 | 31 | 91 | | | | | | | | | 30 | 30 | 30 | 90 | | | | | | |
| | 30 | 30 | 29 | 89 | | | 7 | 2 | 7 | 16 | | | | | | | | | 3 | 4 | 9 | 16 | | | | | | |
| | 2 | 1 | 4 | 8 | | | 0 | 0 | 0 | 0 | | | | | | | | | 0 | 0 | 3 | 3 | | | | | | |
| | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | | | | |

Date of entrance ___9/5/52___   School last attended ___Spring Grove___

Assignment to Grade ___7___   Section ___6A___   Adviser ___White '52___

Date of Birth ___June 29, 1937___   Place of Birth ___Jacksonville___

Parent's Name ___Atlantic Coast Line___   Residence ___

Parent's Occupation ___Atlantic Coast Line + Telephone Operator___   Residence Phone ___

Business Phone ___   Reason ___Tech___

Date of Withdrawal ___2/5/53___   Withdrawn ___

Re-Entry ___

Date of Graduation ___

FORM A-20 3941 TBT

RE THAT
POSTED AT WINNIE LYLE
BOY SCOUT SUPERVISOR

WAS

**Form A-40**

NAME ▮▮▮▮▮

SCHOOL No. 67 ▮▮▮▮▮ Jacksonville, Florida

ADDRESS ▮▮▮▮▮   PHONE ▮▮▮▮▮

*Handwritten note (upper right):* ALL OF GRADES PLUMMETED AFTER HE QUITS / ROOSTED BY BOY SCOUT SUPERVISOR

| Subject | Gr. | Date | Credit | Subject | Gr. | Date | Credit | Subject | Gr. | Date | Credit | Subject | Gr. | Date | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gen. Math. 1 | | | | General Science 1 | | | | Bookkeeping 1 | | | | Music 1 | | | |
| Gen. Math. 2 | | | | General Science 2 | | | | Bookkeeping 2 | | | | Music 2 | | | |
| Algebra 1 | | | | Biology 1 | | | | Bookkeeping 3 | | | | Music 3 | | | |
| Algebra 2 | | | | Biology 2 | | | | Bookkeeping 4 | | | | Music 4 | | | |
| Algebra 3 | | | | Chemistry 1 | | | | Bookkeeping Mech. | | | | Aero 1 | | | |
| Algebra 4 | | | | Chemistry 2 | | | | Typing 1 | E | 6/53 | | Aero 2 | | | |
| Geometry 1 | | | | Physics 1 | | | | Typing 2 | | | | Electricity 1 | | | |
| Geometry 2 | | | | Physics 2 | | | | Typing 3 | | | | Electricity 2 | | | |
| Geometry 3 | | | | French 1 | | | | Typing 4 | | | | Electricity 3 | | | |
| Trigonometry | | | | French 2 | | | | Shorthand 1 | | | | Electricity 4 | | | |
| English 1 | | | | French 3 | | | | Shorthand 2 | | | | Mech. Draw. 1 | | | |
| English 2 | | | | French 4 | | | | Shorthand 3 | | | | Mech. Draw. 2 | | | |
| English 3 DROPPED | ✓54 | | | French 5 | | | | Shorthand 4 | | | | Mech. Draw. 3 | | | |
| English 4 | | | | French 6 | | | | Com. Arith. 1 | | | | Mech. Draw. 4 | | | |
| English 5 | | | | Latin 1 | | | | Com. Arith. 2 | | | | Metal 1 | | | |
| English 6 | | | | Latin 2 | | | | Bus. Econ. 1 | | | | Metal 2 | | | |
| English 7 | | | | Latin 3 | | | | Bus. Law 1 | | | | Metal 3 | | | |
| English 8 | | | | Latin 4 | | | | Salesmanship | | | | Metal 4 | | | |
| Civics 1 | | | | Latin 5 | | | | Ec. Geography 1 | | | | Wood 1 | | | |
| Civics 2 | | | | Latin 6 | | | | Ec. Geography 2 | | | | Wood 2 | | | |
| History 3 World | 10 | 6/53 ½ | | Latin 7 | | | | Office Pr. | | | | Wood 3 | | | |
| History 4 World | | | | Latin 8 | | | | Bus. Corr. | | | | Wood 4 | | | |
| History 5 American | | | | Spanish 1 | | | | Homemaking 1 | | | | Phy. Ed. | | | |
| History 6 American | | | | Spanish 2 | | | | Homemaking 2 | | | | Phy. Ed. | | | |
| A.D. 1 | | | | Spanish 3 | | | | Foods 1 | | | | Phy. Ed. | | | |
| A.D. 2 | | | | Spanish 4 | | | | Foods 2 | E | 1/54 | | Phy. Ed. | | | |
| Lat. Am. Hist. 1 | | | | Spanish 5 | | | | Clothing 1 | | | | Phy. Ed. | | | |
| Lat. Am. Hist. 2 | | | | Spanish 6 | | | | Clothing 2 | | | | Phy. Ed. | | | |
| _(hw)_ I E 1/54 | | | | Speech 1 | OAC. | | | | | | | Auto-Mech E 6/63 | | | |
| | | | | Speech 2 | | | | | | | | | | | |

Grades in circles from following school —

NAME ▮▮▮▮▮   ADDRESS ▮▮▮▮▮   PHONE ▮▮▮▮▮   COURSE ▮▮▮▮▮   TOTAL CREDITS ▮▮▮▮▮

GRADES CONTINUED TO PERMANENT.

**PERMANENT RECORD CARD**

Junior High School No. ___ — Jacksonville, Florida

FIRST NAME _____  INITIAL _____

| SUBJECT | GRADE 7B | | | | | GRADE 7A P | | | | | GRADE 8B N | | | | | GRADE 8A N | | | | | GRADE 9A S | | | | | GRADE 9A S | | | | | GRADE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Ex | Av | 1 | 2 | 3 | Ex | Av | 1 | 2 | 3 | Ex | Av | 1 | 2 | 3 | Ex | Av | 1 | 2 | 3 | Ex | Av | 1 | 2 | 3 | Ex | Av | 1 | 2 | 3 | Ex | Av |
| | 10.3R. to 10.5.1 | | | | | 10.51. to 10.51. | | | | | 10.51 to 10.52 | | | | | 10.52 to 10.52 | | | | | 10.52 to 10.53 | | | | | 10.53 to 10.53 | | | | | 19 to 19 | | | | |
| English | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Literature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Spelling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Algebra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| General Mathematics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Geography | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| History | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Civics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| General Science | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Health | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Physical Education | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Art | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Music | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Band | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Drawing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aeronautics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wood Work | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Electricity | | | | | | | | | | | | | | | | | | | | | | | | | | | C | D | E | | | | | | | |
| Printing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Metal | | | | | | | | | | | | | | | | | | | | | | | | | | C | D | E | | | | | | | |
| Homemaking I | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Homemaking II | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Latin | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| French | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Spanish | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Jr. Business Tr. Club | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Promoted to 7A — Adviser Norris | Promoted to 8B — Adviser Norris | Promoted to — Adviser Grace | Promoted to — Adviser Grace | Promoted to 9A S — Adviser Kichliter | Promoted to — Adviser Kichliter | Promoted to — Adviser |



DUVAL COUNTY
PUBLIC SCHOOLS

DISTRICT RECORDS OFFICE, ROOM 434
1701 PRUDENTIAL DRIVE, JACKSONVILLE, FLORIDA 32207

34452-644120

JACKSONVILLE FL
25 MAY 2021 PM 2

U.S POSTAGE >>> PITNEY BOWES

HONORABLE JUSTICE LAURI SELBERT SILVERSTEIN:
BSA BANKRUPTCY CASE
824 Market Street
6th Floor
Wilmington, DE  19801

May 1, 2021

RE:  **BSA CASE / ASSIGNED COURT CASE NO. SA-█████**

Justice Silverstein, in all due respect, please allow me to refer to you as "Judge"?
This will make communication run smoother and void chances of error or
communication misunderstanding!

Dear Judge:
I am referred to and assigned my ID of: █████████ on the rolls of the Bankruptcy
Court
My real name and short bio is: ████████████████ I live in Inverness,
(Citrus County) Florida 34452.
I am 83 years of age,  Air Force Veteran with disabilities. My career has for most
part,  been working for law enforcement, investigations, criminal justice and
security.  I am retired now on Social Security with my wife ████████████

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

# *Facts concerning a BSA Administrator's sexual and psychological trauma attacks on me at my age of Ten!*

I was born/raised in Jacksonville, Florida. My birth date
is;  ███████████████  I was registered in 1st grade in: 1943.
In 1947 I was attending the 4th-grade at:  Annie Lytle
Elementary  School #4 in Jacksonville, Florida.

As a child (pre-teen), I was raised under harsh conditions that I did and still believe to have been living in poverty. My father was not a good provider, forcing the family to go to bed hungry many/most times while he spent his income on anything that wore a skirt! My elementary school lunches consisted of "Stewed Tomatoes over two pieces of white bread!" This was because we were on the poverty lunch program. I ate so much stewed-tomato, that after each school meal, I had to run to the rest room to-dispel (vomit) up the tomatoes. Because I complained so much about my available food, I was forced to sit at the teachers table on lunch break, while the teachers encouraged me to eat, or I might be in big trouble with them.

UNDERSTAND:  I IN NO WAY BELIEVE, that the teachers were mean because they made me sit at their table and eat my stewed-tomatoes. It was their concern that my total food intake was not-sufficient for a ten-year old child!  They felt sorry for me, and wanted to be sure that I got some nourishment into my skinny body, even if some was vomited up, there was still traces of nourishment left behind!  Teacher's hands were tied!

My brother ███████ and I were so skinny, we were ashamed to wear shorts, bathing-suits and any shirt that

would show our puny bodies. All of our clothes and shoes were hand-me-downs, horribly worn out, with shoe-soles that slapped when we walked because the soles were all unattached except at the heels.

Because of the lack of food to cook, my mother had nothing to leave the children (5-males and 1-female). When she left for work. **Both my mother and father worked the night shift, so we kids had to survive for ourselves, and do without until they got home about 1:30 A.M.**

**The children** ███████████████ **had no income, no school lunch money, and no allowance! We were so broke that we never got to do or enjoy the things our friends and neighbor children did, such as swimming parties at the lake, city swimming pool fees. Hell we did not even own bathing suits. Movie-theatres and good movies were not financially feasible, never available. Even though matinees on Saturdays were only 9-cents, leaving each of the children one-penny over for a piece of bubble-gum or jaw-breaker candy. Roller Skating Rinks were out of the question. Fairs and carnivals were a no-no. Never visited a circus before in my life.**

**Although we were never sexually abused by any member of the family, but we suffered severe, brutal beatings that in today's time, those parents would serve**

time in jail!   This was weekly and many times daily we were beat unmerciful! After these beatings, we children had to wear long sleeve shirts and long pants to cover our legs, buttocks and back whelps. Our worst beatings came from whippings with handful of steel coat-hangers. Hurt the worst and leave serious whelps of evidence on our bodies of the power of this kind of punishment. We were beat a lot at night when we only had on our oversize (hand me down) underwear and shredded under-shirts! Most of my beatings came after I entered the 4th grade at school, from my failure to do my home-work assignments, failure to understand and communicate with the teachers, failure to comprehend the 4th grade studies/tests and discussions! I became a total wreck in the 4th grade after my encounters with the molester. I felt ashamed, guilty, dirty and a failure to God and my church! Even after reporting the things that the supervisor (molester) was doing to me, to my Troop Leader, my Parents, and the Police. I still was afraid to go back to school, because I knew the molester would hunt me down and demand that I accompany him to the park, the park rest room, or his apartment.

## HOW I MET THE SUPERVISOR/MOLESTER:

I was ten-years old and in 4th grade when I was invited to attend and become a member of the Boy Scouts. I believe we were troop #04 or #0147. We would meet at the Annie Lytle Elementary School, in a corner of the auditorium. The BSA Troop leader (name unknown) but believed to be ███████ had set up folding table and chairs.

We would have our Boy Scout meeting; quote the Boy Scouts Pledge of Honor, and the pledge to the American Flag. We would talk about making things and camping and badges and taking task assignments to completion. IT WAS WONDERFUL TO HAVE A GROUP OF GUYS GATHERED TOGETHER AND TALKING SPORTS, PROJECTS, SURVIVAL TRAINING AND THE LIKES! It was thrilling to finally meet and have some friends my age. Living in poverty, I never had the opportunity to visit and or become a member of such a thing. Since my parents both worked at night, we children could do whatever we wanted after school till about 1:00 A.M. the following morning. This was always the same, day after day! Lonesome, broke and starving for friendship and respect. I was thankful for anything they gave me, like my Boy-Scout Knife that I still own, after more than 60 years.

## *MY FIRST ENCOUNTER WITH PERSON WHO MOLESTED ME:*

Our Troop had a Troop Leader. I believe his name was ████. He was young man about 22 years of age. He had a supervisor who would visit out meeting from time to time. I cannot remember his name, but he was a part of BSA Administration. He was a Central & South Florida Supervisor of all BSA activities. (His name has to be in the BSA Archives because of his high ranking position!) He appeared to be in his fifties, possibly 60 years of age. He/molester would visit each of the BSA Troops assigned to his district of responsibility. He did a visit to our troop meeting one session. This is when he met and took to me on as my fatherly figure. Offering me things, promising me things and patches of BSA achievements and more fun than I have ever had in my life! He said: "I will even make you feel soooooooo good, he would say!"

He (BSA Supervisor) said on his next trip he would bring a surprise gift for the best hand-made project made by any of the scouts in our troop. That he would judge the entries and reward the best of show!

I had never owned or had a bathing suit before in my life and that was going to be the prize. I just had to win that bathing-suit. <u>It meant everything to me.</u> I decided to make a paper-Mache of an animal because I had no money to by nice materials to work with, like many of the other boys in the troop. All I needed to do my project was my hands, a little imagination, sliced up newspaper and a bottle of liquid laundry starch.

I could form the image of an animal with my hands and the hardening starch covering material. Once dried, I would take a little artist brush and some partial paints stored on our back porch, and paint the animal figure as best I could to look realistic.

I knew I had a good chance of winning, because I could see and feel that the supervisor/molester had a liking for my friendship in particular! After school that day, we had our BSA Meeting, where the supervisor/molester was also in attendance. He insisted on sitting in a chair next to mine. I can still remember he would press his knee against mine, making me wonder if I should move over and give him more room, If I slid over, he would slide too! Still keeping his knee pressed tight against my knee.

He (molester) would take me for walks in the park (Riverside Park) and sit on park benches talking about the thrills of sex, which I knew nothing about. How good he could make me feel, if I would walk

I remember one day it started to rain about 4:00 P.M. The molester took me by the hand and we ran to the park public rest room. Nobody around that time of day, and the down pour was tremendous, lightening, thunder as well. There were no lights in the rest room, so I walked over to look out the window at the rain. No chance of anyone walking in on us, and if anyone drove up in a car, the molester would see them in plenty of time to get away from me!

As I stood looking out the window, the molester walked over and leaned his back against the

I became so scared and freaked out, that I ran from the rest-room and tried to make it to my bicycle leaning against a Magnolia Tree where I had left it after school and during our park walk. The molester was too fast and almost caught me, so I climbed to the top of the tree and sat looking down at him. He was unable to climb the tree, so he threatened to destroy my bicycle unless I came down and let him play with me some more! I refused to come down, so the molester stomped my front wheel spokes and slammed the front end against the tree, destroying my bike. He (molester) finally walked off and I could see him make it to his car parked over at the school and drive away.  I carried my bicycle home and was unable to repair it due to serious damage.

Unless the park rest-room has been removed, or his apartment used for sex has been demolished, I can still today, go directly to these spots, including the park-benches he liked to sit at because they were near much shrubbery/bushes.

*****************************************

My problems at home got worse, because my parents could see that something traumatic was hindering my concentration and understanding. I had to be told several time to do something because I could not think of anything but my shame and what I had done. My teachers would write notes to my parents expressing the same. The teachers would talk about little Johnny having psychological / emotional health issues, deep states of depression, anxiety and difficulty managing or feeling emotions, to include anger and attitudes! This was written on my report cards which were all "D" grades and/or failure grades.

## MY MOST EMBARRASING TIME IN MY LIFE:

One afternoon my teacher handed me a sealed envelope to deliver to my mother when I got home.

The note inside read that:  My mother should accompany me ███████ (victim) to class and arrange to take the full day with the class, observing my work and actions.

My mother sat in a chair next to my teacher all day until school let out. I was a total failure that day in my work assignments, making failure grades on everything we did in class that day, and not comprehending what was going on as a 4th grader. My teacher ████████████ told my mother that I could not possibly survive the 4th grade level work, and that she (teacher) was going to put me back from the 4th grade to repeat the 3rd grade.

I remember that I was crying and embarrassed in front of the other children in my 4th grade class, as my teacher took me by the hand and walked me down the hall to the 3rd grade class room. My teacher introduced me to my new 3rd grade teacher and the 3rd grade class as a new student in the class. There I stayed and had to repeat the 3rd grade over again, losing a full year of my education and life!

I am 83 years of age today, and still this portion in my life remains as vivid as it did when it actually

happened. My adult life has also suffered post traumatic stress as I have been married and divorced three times!

I was able to discard the things he taught me, but I Cannot ever forget the shame it brought into me life. I have never desired to have any sexual type relation with another person of my same sex. I re-live what he did to me often and will die with his horrible molestation memories of my life, until God calls me home!

I know this all happened because the molester could see a great opportunity to inflict his deviate desires on a poor ten-year old child, living in poverty, hungry most of time, no money, no outlet for things he wanted to do as was normal for any young man. That the molester provided all these things I so desired as a poor kid, with no way to obtain them without the financial support of the supervisor/molester.  The molester took advantage of me and used these desirable things into my life, so that he could maintain his certain demands to repay his deviate efforts to have me!

**I am sure that the supervisor and troop leader are passed on by now (has been 70 plus years since this al took place).**
**This still does not relieve or delete the responsibility of what the BSA allowed, especially when I notified my Troop Leader, my parents, the police (Sheriff), all those years ago!**

**Judge (Justice) Silverstein:  Forgive me for some of the graphic explanations used in this letter. I tried to keep some to a minimum, but if told as true and did happen, I had to express my incidents as they happened.**
**Sorry.**

5-11-21

Dear Honorable Judge Silverstein:

I am doing everything I can to locate photos of my brother ████████ and myself from birth through Junior-High School, wearing hand me down shirts, pants and shorts about three sizes too big. Our legs looked like pool-sticks, protruding out of the leg openings.

So far unable to find them due to some sixty year lapse in time. Wanted so bad for you to see our under-nourished poverty riddled bodies as we grew older and had to go to school in deplorable conditions, both in how we had to dress and malnourished as well!

This is picture of me ████████ at age four, living in our poverty stricken house. You can see how undernourished I was even back then. It never got any better, even up to the time I had my first encounter with the BSA supervisor (molester). Every hungry child, (even teen or adult) is easily persuaded to do things that he/she would not normally take part in, if their stomach is always empty and growling for nourishment!

I included this picture so you can see that I was very vulnerable to the free goodies and offers from the BSA Administrator (molester!). He (molester) was also aware that both of my parents worked the night shift and I was alone from 3:00 P.M. (after school) until after midnight every school day. This made me an easy target combined with the free ice-cream, candy, movies, gifts, Boy-Scout Official Knife (I still have it). IN OTHER WORDS, I WAS THE PERFECT TARGET FOR THE MOLESTER, TEMPTED BY THE GOODIES THAT I COULD NEVER AFFORD,

AND THE FACT THAT I HAD ABSOLUTELY NO ADULT SUPERVISION FROM THE TIME SCHOOL LET OUT, UNTIL MIDNIGHT, FOR HIM (MOLESTER) TO DO HIS DIRTY WORK!

Since this all took place back in the 1940s, it is difficult for me to remember everyone's names, times and exact dates of events, but I did my best to be accurate in my descriptions as I remembered them.

SEE MY STORY OF SXUAL ABUSE BY BSA- SUPERVISOR AND HIS MOLESTATION FETISH



UPS GROUND
TRACKING #: 1Z E04 2E4 A8 9278 2739

SHIP TO:
LAURI SELBERT SILVERSTEIN
111111111
HONORABLE JUSTICE
824 MARKET STREET 6TH FLOOR
BSA BANKRUPTCY CASE
WILMINGTON DE 19801

DE 197 9-25

1 LBS
DWT: 14,11,1       1 OF 1

HONORABLE JUSTICE LAURI SELBEF
BSA BANKRUPTCY CASE

FILED
2021 JUN -1 PM 12:
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE