# EXHIBIT A

## Consulting Agreement

## CONSULTING SERVICES AGREEMENT

This Consulting Services Agreement is entered into as of April 28, 2021, by and between **CBRE, INC.**, a Delaware corporation, having an office at 2100 McKinney Avenue, Suite 900, Dallas, Texas 75201 ("CBRE"), and the Official Tort Claimants' Committee ("Client") appointed in the chapter 11 case of the Boy Scouts of America pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The following terms and conditions, together with each scope of work for the consulting services described therein (the "Services") that may be attached hereto from time to time (each, an "SOW"), are referred to collectively as this "Agreement."

### TERMS AND CONDITIONS

In consideration of the mutual covenants and agreements contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, CBRE and Client agree as follows:

1. <u>Term</u>. Client hereby engages CBRE as a consultant to perform the Services on the terms and conditions set forth in this Agreement, and CBRE hereby accepts such engagement. The term of this Agreement will commence on April 15, 2021 and expire sixty (60) days thereafter, unless extended by mutual agreement of the parties. Either party may terminate this Agreement or an SOW (a) for breach (that is not cured within thirty (30) days following written notice thereof) or (b) for convenience upon sixty (60) days written notice to the other party.

2. <u>Compensation</u>. The fees and reimbursement amounts payable to CBRE for the Services will be set forth in each SOW. The initial SOW is attached hereto as <u>Appendix "A"</u>. CBRE will invoice Client for all amounts owed hereunder and Client will pay such amounts to CBRE after CBRE submits a fee application with the Bankruptcy Court and such application is approved by the Bankruptcy Court.

3. <u>Intellectual Property</u>. Nothing contained in this Agreement is intended to confer upon Client any right, claim, title or interest in or to any of CBRE's intellectual property including, without limitation, CBRE's methodologies, systems, procedures, management tools, workshops, software, concepts, ideas, inventions, know-how and other intellectual property. Nothing contained herein will preclude CBRE from providing to third parties services similar to the Services. This Section will survive the expiration or termination of this Agreement.

4. <u>Status</u>. CBRE's status under this Agreement will be that of an independent contractor of Client.

5. <u>CBRE's Liability</u>. CBRE will provide the Services in good faith but will only be liable to Client to the extent of CBRE's gross negligence or willful misconduct. CBRE will not be liable for any loss, damage or claim arising out of any erroneous or incomplete data provided by Client or any third party or otherwise contained in Client's databases. Client acknowledges and agrees that Client will decide whether or not to implement any recommendations or advice given by CBRE as part of the Services and CBRE will not be liable for any such decision. Notwithstanding any provision hereof to the contrary, neither party will be liable for any lost or prospective profits or any other indirect, consequential, special, incidental, punitive, or other exemplary losses or damages, whether based in contract, warranty, indemnity, negligence, strict liability or other tort or otherwise, regardless of the foreseeability or the cause thereof. In addition, in no event will CBRE incur liability under this Agreement or otherwise relating to the Services beyond the amount of fees actually received by CBRE hereunder. This Section will survive the expiration or termination of this Agreement.

6. <u>No Tax, Accounting or Legal Advice</u>. Client acknowledges and agrees that CBRE will not be responsible for Client's tax, accounting or legal treatment of any transactions or matters contemplated hereby. Client will seek any such advice from its own tax, accounting and legal advisors.

7. <u>Assignment</u>. This Agreement is a contract for Services and may not be assigned to any third party without the prior written consent of the other party, except that the Services may be performed by employees of CBRE, or its affiliates or subcontractors approved by Client.

8. <u>Entire Agreement</u>. This Agreement, together with each SOW, sets forth the entire understanding between the parties with respect to the subject matter hereof and supersedes all prior agreements, whether oral or written, with respect thereto. This Agreement may not be modified or amended except by the mutual written agreement of the parties.

©2016 CBRE, Inc.

-2-

9.    <u>Governing Law</u>. This Agreement will be governed by, and construed and enforced in accordance with, the laws of the State of Delaware.

**IN WITNESS WHEREOF,** the undersigned parties have executed this Agreement as of the first date forth above.

By: _____
Name: John Humphrey
Title: In his capacity as Chairperson of the Tort
      Claimants' Committee

**CBRE, INC.**

By: _____
Name: Lloyd Allen
Title: Managing Director & Principal Broker

**APPENDIX "A"**

**SCOPE OF WORK AND COMPENSATION**

Scope of Work:

CBRE will create an interactive online map using CBRE Dimension ("Dimension") to help Client visualize the impact of potential real estate decisions by combining valuation, demographic, and Client internal data.  Online access to Dimension will be provided to those designated by Client.

|   | Activity Description | Cost |
|---|---|---|
| 1 | Research and organize estimated latitude and longitude coordinates for each property record provided by Client for the purpose of mapping the entire portfolio. | $7,500 |
| 2 | Create layers for Dimension overlay beyond base CBRE demographic data layers including, but not limited to:  BSA membership data, property information, drive time calculations, and associated data filters.  Format adjustments to improve usability for Client. | $3,500 per month<br>- April 15 – May 14 2021<br>- May 15 – June 14 2021<br>- Additional months as agreed |
| Note | A minimum fee of $14,500 applies based off of services provided through June 14, 2021.  Additional periods of thirty (30) days will be agreed by mutual consent of Client and CBRE | |

Access to CBRE's proprietary Dimension technology will be provided via on-line link.  This link is for use by Pachulski Stang Ziehl & Jones LLP and Berkeley Research Group in the Bankruptcy proceedings for the Boy Scouts of America and they shall have the right to utilize the Dimension technology in their Bankruptcy proceeding work including the right to display the technology and the imagery provided therefrom.  Pachulski Stang Ziehl & Jones LLP and Berkeley Research Group may not otherwise transfer, adapt, modify or distribute the link or the technology, and shall not reverse assemble, reverse compile or otherwise translate the link or the technology in the link, or sublicense, assign, or lease the link or the technology therein.