IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**DECLARATION OF THOMAS BAROCH IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE OFFICIAL TORT CLAIMANTS' COMMITTEE TO EXPAND THE SCOPE OF THE RETENTION OF CBRE, INC., EFFECTIVE AS OF APRIL 15, 2021**

I, Thomas Baroch, declare under penalty of perjury as follows:

1. I am a Managing Director of the Valuation and Advisory Services division at CBRE, Inc. ("CBRE" or the "Firm") with offices located at throughout the United States. CBRE and its affiliates offer a broad range of integrated services, including facilities, transaction and project management; property management; appraisal and valuation; property leasing; strategic consulting; and property sales. My work focuses on the preparation of real estate appraisals, feasibility studies, rent analyses, and market studies of a wide variety of property types.

2. This declaration (the "Declaration") is submitted in support of the *Application for Entry of an Order Authorizing the Official Tort Claimants' Committee to Expand*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*the Scope of the Retention of CBRE Inc., Effective as of April 15, 2021* (the "Application") and is intended to supplement my earlier filed declaration at Docket No. 1785 and my supplemental declarations filed at Docket Nos. 1832 and 2261 (collectively, the "Declarations")[2].

### The Consulting Agreement

3. CBRE has agreed that paragraph 5 of the Consulting Agreement regarding the limitation of liability shall be of no force and effect.

### Disclosure of Connections

4. Based upon the information available to me from the search procedure described in the Declarations, as well as my discussions with the CBRE personnel who have been and will continue to work on providing services to TCC, except as otherwise provided herein or in the Declarations:

(i) CBRE does not hold or represent any interest adverse to the TCC in the matters upon which CBRE is to be employed, and

(ii) CBRE is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code.

5. Further, except as set forth in the Declarations:

(a) Other than as described in the Declarations, CBRE has no connection with Debtors, the Interested Parties (including the Local Councils), the U.S. Trustee, and any person employed in the office of the U.S. Trustee,

---

[2] Terms used but not defined herein have the meanings given to them in the Declarations.

3

(b) CBRE is not a creditor, equity security holder or insider of the Debtors,

(c) CBRE is not and was not, since at least January 1, 2017, a director, officer or employee of the Debtors and

(d) CBRE does not have an interest materially adverse to the TCC.

6. CBRE has approximately 100,000 employees across the globe. It is possible that certain employees of CBRE may have business associations with any of the Interested Parties.

**Continued Diligence and Statement of Disinterestedness**

7. If CBRE becomes aware of a connection to one of the persons or entities listed in Schedule 1 that has not been previously disclosed, CBRE shall make disclosures as may be appropriate at that time.

8. CBRE and certain of its employees may have represented, represent, or in the future may represent, creditors of the Debtors in connection with matters unrelated to the Debtors and these Cases. If CBRE identifies any such representations, CBRE shall make disclosures as may be appropriate at that time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 1, 2021         */s/ Thomas Baroch*
                            Thomas Baroch, as Agent for CBRE, Inc.