SA - ███████

I ████████████

FILED

███ 9:19

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Attended The 19.7 CLERK National
Boy Scout Jamboree. The first day
I was there I went to Use
The Latrine, And There Was The
Troopmaster one spot over
   He showed me The back of
the Latrine and opened up the Lid
That they pump the waste out of
██████████████████████████

He was a fat guy with a
mousetache every time a went
it seemed he was ALWAY'S
There. In 1977 you didn't dare
tell anyone or you would be
labled a Homo, Which would
be with you the rest of your life
He would catch me at least
once a day Sometimes twice
or more. I don't have scars
inside my head only open
Wounds. I've Sent you Proof I was
There Incuding a Photo of Ms. Scout
One cannot imagine what I Keep
Reliving EVERY DAY. Please Help Me.

U.S.M.S.

X-RAY

COLUMBUS OH 432

29 MAY 2021 PM 2 L

CLEVELAND OH 440

i9801-302499

Justin James Selen Silvester
BSA Bankruptcy Case SA-5996
824 Market St 6th floor
Wilmington, DE   19801