FILED
2021 JUN -2 AM 9:21
CLERK
██████ COURT
DISTRICT OF DEL███

5·25·21

Your Honor,

Please Do Forgive Me For Being Late, But I Only Just Received My Attorney's Letter.

I Write To You In Regards To The Boy Scouts Of America (BSA), Spesifically Reference Claim SA- ████ The Class Action Law Suit Against The BSA.

Ma'am, Please Do Understand That I've Hated Myself For These Past Actions That Have Ruined My Life. All My Father Wanted Was For Me To Become An Eagle Scout. For This, I Was Pushed Into A Life Of Sex For Old Men And Young Alike, Not Being Able To Say Or Do Anything About It, To Be So Alone Within Myself, To Devalue And De-Humanize Me...

Your Honor, I Ask That You Do The Right Thing And Hold This Organization Responsible, And To Please Amend Our Pain And Suffer-ing... The BSA Has Vast Holdings... Why Should They Not Suffer, Too?

Thank You For Your Time.

Sincerely