J. Lauri Selber Silverstien
B.S.A. Bankruptcy case
824 market st. 6th fl,
wilmington DE. 19801

FILED
2021 JUN -2 AM 9: 23
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 8th, 2021

RE: SA - ▮▮▮▮▮  SA - ▮▮▮▮

Dear Honorable Justice Lauri Silverstien,

I am writing to you & the world to let you know what I had to endure as a 9 yr. old CUB SCOUT at the hands of a scout master almost 50 yrs ago in the summer of 1972, although there were many assaults this one has haunted me the most over the decade's. I had no parents & I was in foster care and pending adoption from the ▮▮▮▮

family at 10 moulton St. peabody ma. ███████ was a Den mom for the local troop she had some errand's to run and trusted my care to one of the many B.S.A. scoutmasters who said he was taking me out for a ice cream at the local Dairy Queen I jumped in the car & off we went we were both in our Boy Scout atire I ordered a vinilla twist on a cone he came out w/ vinilla twist in a cup with a spoon no big deal it

I was terrified & crying, every 20 seconds. he would make me stop

[redacted]

home was 10 mins but seemed like hrs. he made threats that if I told any one I would be taken from my brother & placed in a new home, I just stared out the window the long ride home then ran up my drive way into my bed room where I stayed for the rest of theo day trying to make sense out of what had just happened to me!

[signature]

I went on to marry my buetiful wife ███ had 2 boys ███ owned a very successful moving company. built a home for my family. but the trama was always there * I killed the pain with alcohol & drugs. over the years we had a Dairy Queen in our town & my sons would always want to stop there for ice cream, DAD, DAD DAIRY Queen! Can we stop? I would tell them NO! I know a place that serve's better ice cream, I would even detor my route so that

I would not even have to see that RED D.Q. "sign"! I often wonder how my life might be today if the BSA. had not done what they did to me? Would I have done the last 17 yrs in prison? away from my family? This is NOT about the money I want them held accountable so they don't hurt more inocent children! in 2023 I will be home with my wife & I have 4 new grandchildren & I will Never take them to D.Q. for ice cream! We are deprived alot in prison and I can

honestly say I've been incarcerated since July 12, 2005 and in all them yrs I haven't had any ice cream (NO ice cream in prison) at all & I don't miss it in the past when I treat myself to ice cream I ALWAYS think back to that HOT Summer Day in 1972.

Sincerely,

[redacted]