FILED
2021 JUN -2 AM 9:25
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To the Honorable Justice Lauri Selber Silverstein,

I thank you for all the time and effort you are putting into the BSA Bankruptcy Case. My claim number is SA-[redacted] I'm writing to let it be known that the BSA's plan does very little to compensate those of us whom suffered from sexual abuse under their care and it's entirely unacceptable. It's like a slap in the face. It took a great deal of courage to come forward. What I went through was degrading and shameful. I am still deeply affected by it.

I believe the results of this case will set a precedent for other institutions with children they are responsible for. It will show the world what America thinks of our children. A harsh punishment is the only answer and will certainly help prevent many lives from being ruined in the future.

I have faith in you and our judicial system to do what's right by me and everyone else that's been abused under BSA's care.

Sincerely

5-24-2021

my address →

To the Honorable [illegible]

I [illegible] thank you [illegible] getting [illegible] [illegible] that [illegible] compensation [illegible] and the entire [illegible] [illegible] depressing and alcoholism. I am still deeply [illegible]

I [illegible] the [illegible] [illegible] also [illegible] [illegible]

I [illegible]

Sincerely,

[illegible]