==Claim ID Number: SA-▮▮▮▮==

Dear Judge Silverstein thank you for hearing this case. It's been many years since the abuse happened to me and I never thought it would come forward and brought to light. I'll be 67 on June 16, 2021. I was a young teenager when I was shocked from the incident. You cannot help to reflect on it throughout your life. So happy to see there is going to be some closure and justice toward the BSA.
   Thank you so much for your time

Wish you the Best!
Sincerely,





LAS VEGAS NV 890
26 MAY 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801