The Honorable Justice: Lauri Selber Silverstein

CLAIM # SA-[REDACTED]

Cub Scout Rape          May 11, 2021

In 1963 at 10 yrs. has affected me & caused me many Psychological problems: nightmares, PTSD, problems at school, which lead me to being sent away in Late 1964 to Happy Ackers, Then Franklin Village, Ohio till I was kicked out at 18 teen by Law! 1971!

Cub/Boy Scout Leader & organizer was very hands on. He had every Cub-Boy Scout Scout Patch to give as reward.

He used Patches & Uniforms & 1st time in 1963 took me to his home from Westerville Ohio Park. Had me try on Cub Scout Uniform & this was 1st time he [REDACTED] me. It progressed to other locations & [REDACTED] park home.

For over a year it went from [REDACTED]. The sexual abuse caused me many health problems with my Rectum, Stomach, Mouth Cold Sores & psychological mental Problems which I ended up having an Emotional Breakdown in 1979-80 at 26 and I have been imprisoned 41 yrs. now. Judge Lauri Selber Silverstein at ten to have this done to me has caused me so much distrust it defined my life in the most crucial & negative way. I allowed these sexual forced acts to affect those I love (as a child at 10) I could not deal with IT blaming everyone resulting in my Adopted parents sending me away because of my out-burst. Once that happened I was lost in the System. NO HOPE. Just another abuse till 18 teen.

Justice Selber Silverstein, I am so sorry I could not handle this sexual abuse by Cub Scout Oranizer.

Most of my family are dead & I am so sorry for how I acted towards them & what got me locked up now.

May 11th, 2021                         Claim # SA-[REDACTED]
Robert Hiller [REDACTED]
[REDACTED]

AVA - I used your back blank sheet with Letter head (AIS) to abused in scouting send a letter to the Judge Personally.

This is EXALTY what I said!

Your Letter Post Marked April 29, 2021 took me 12 days to receive. LOCI it takes them a while for any of us to get legal Mail.

Respectfully,

[REDACTED]

Claim ID# SA-[REDACTED]