FILED
2021 JUN -2 AM 9:30
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: JUSTICE LAURI SELBER SILVERSTEIN    5·25·21
RE: BOY SCOUTS OF AMERICA BANKRUPTCY CASE.
   824 MARKET ST. 6th FLOOR
   WILMINGTON, DE 19801
CLAIM # SA [redacted]

DEAR JUDGE,
   I AM CONCERNED THAT THE BSA WILL GET AWAY WITH HURTING ME AND A LOT OF YOUNG BOYS NOW ALL GROWN WITH HORRIBLE MEMORIES. I FEEL NO AMOUNT OF MONEY WILL BE ENOUGH, BUT I AM AFRAID IF THEY (BSA) ARE LET OFF EASILY, IT WILL SEND A MESSAGE THAT THEY ARE ABOVE THE LAW. I KNOW FOR SURE I AM THE RESULT OF THE ABUSE THAT HAPPENED TO ME. I NEVER HAD A CHANCE UNTIL THIS LAST PRISON TERM TO INVENTORY MY LIFE. MY PAST IS FILLED WITH ONE WRONG DECISION AFTER ANOTHER. AFTER EACH MISTAKE WOULD COME THE NEXT. LIKE CHAIN SMOKING MY WHOLE LIFE AWAY. THEN BY THE GRACE OF GOD MY LIFE WAS SPARED. DURING A DESPERATE ATTEMPT TO COMMIT SUICIDE BY COP, THE BULLETS MISSED MY FACE BY INCHES. I ATTRIBUTE THE EVENT IN JAN. OF 2015 TO THE MANY EVENTS OF MY LIFE IN WHICH I CHOSE TO LIVE RECKLESSLY SINCE MY CHILDHOOD. SINCE I WAS TAKEN FROM MY INNOCENSE I HAVE MADE MISTAKES I REGRET. I HAVE ALWAYS HARBORED DISTRUST FOR ADULTS, AND AUTHORITY. I TRUSTED MY SCOUT MASTER. HE FORCED [redacted] EVER THOUGHT OF DOING TO ANOTHER HUMAN BEING

OVER

WHAT HE DID TO ME. SO I CAN'T EMPATHIZE WITH HIM OR ANY OF THE MANY HORRIBLE PEOPLE WHO USE THEIR POSITIONS OF AUTHORITY, EITHER IN UNIFORM, CLERGY, OR FAMILY. ITS ALL ALIEN TO ME EXCEPT THE DAMAGE DONE TO MY LIFE THAT I HAVE <u>ALMOST</u> COMPLETELY GIVEN AWAY, TO DRUGS AND ALCOHOL. I KNOW AFTER THE 40% THE ATTORNEYS WILL TAKE FROM ANY SETTLEMENT I RECEIVE AMONG THE MANY THOUSANDS OF VICTIMS WILL BE MINIMAL. BUT I CAN NOT PASS UP ANY CHANCE TO SPEAK ON THE DISGUSTING, DEMORALIZING, DEVASTATING CRIME COMMITTED AGAINST ME. I AM A 10 TIME DUI OFFENDER. I HAVE A RESIDENTIAL BURGLARY, I HAVE 3 ASSAULT ON A PEACE OFFICER. MY CRIMES ARE BAD TOO. I CAN WALK IN TO A STORE AND PUT SOMETHING INTO MY POCKET THAT DOES NOT BELONG TO ME, (IN FACT THATS WHEN I STARTED STEALING, AFTER I WAS ASSAULTED, MOLESTED, RAPED BY MY SCOUTMASTER) BUT I COULD NEVER, EVER, PUT MY HANDS ON SOMEONE UNINVITED, LET ALONE MY PRIVATE PARTS FORCED ON SOMEONE. THAT IS NOT WHO I AM. I AM A DRUG ADDICT. MY FIRST DRINK WAS THE WEEK AFTER I WAS RAPED. AND IT WAS JACK DANIELS. I SNEEKED IT INTO MY ROOM OUT OF MY PARENTS LIQUOR CABINET. I TOOK A SIP AND IT WAS STRIKINGLY WARM AND AFTER THE INITIAL SHOCK OF THAT FIRST DRINK I WAS AN ALCOHOLIC. I LOVED THE WAY I NEVER HAD TO DEAL WITH WHAT JUST HAPPENED. I AM IN PRISON NOW AND I HAVE 6½ YEARS IN ON A 44 YEAR SENTENCE. I HAVE 6 YEARS 144 DAYS TO BE EXACT. AND

OVER

Those are clean days as well. Jan 5th 2015 was the last day I used meth, had alcohol, or any substance. I have finally forgiven myself for all the pain I have caused myself. I chose to drink the first part of my life away.

Anyway I am grateful to be able to express myself to the judge on this important case. I can't imagine but the worst possible case scenario for any insurance company associated with the likes of this organization. To the point that no one would think of insuring them again leaving them (BSA) unable to operate.

Thank you