# EXHIBIT A

## Goodman, Eric R.

| | |
|---|---|
| **From:** | Goodman, Eric R. |
| **Sent:** | Monday, May 17, 2021 6:37 PM |
| **To:** | 'Schiavoni, Tancred' |
| **Cc:** | Moxley, D. Cameron |
| **Subject:** | RE: Meet and Confer re Century Discovery |

Mr. Schiavoni,

I understand that you are not available tomorrow at 2:00PM, Eastern Time for a meet and confer, but that you are available at **10:00AM, Eastern Time**. I will plan on circulating a dial in for the meet and confer later this evening.

Best Regards,
Eric

**brownrudnick**

**Eric R. Goodman**
Partner

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
T: 202.536.1740
M: 216.235.4242
egoodman@brownrudnick.com
www.brownrudnick.com

---

**From:** Goodman, Eric R.
**Sent:** Monday, May 17, 2021 5:01 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>
**Subject:** RE: Meet and Confer re Century Discovery

I hope this is helpful. We have confirmed that the other parties are available at 2PM tomorrow.

**brownrudnick**

**Eric R. Goodman**
Partner

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
T: 202.536.1740
M: 216.235.4242
egoodman@brownrudnick.com
www.brownrudnick.com

---

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Monday, May 17, 2021 4:56 PM
**To:** Goodman, Eric R. <EGoodman@brownrudnick.com>
**Cc:** Schiavoni, Tancred <tschiavoni@omm.com>
**Subject:** RE: Meet and Confer re Century Discovery

| **CAUTION: External E-mail. Use caution accessing links or attachments.** |
|---|

1

Dear Eric

What discovery requests are you referring to?

**From:** Goodman, Eric R. <EGoodman@brownrudnick.com>
**Sent:** Monday, May 17, 2021 4:45 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; Elias, Brad <belias@omm.com>; Zaslavsky, Sergei <szaslavsky@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'stamoulis@swdelaw.com' <stamoulis@swdelaw.com>; 'weinblatt@swdelaw.com' <weinblatt@swdelaw.com>
**Cc:** Molton, David J. <DMolton@brownrudnick.com>; 'Ruggeri, James P.' <JRuggeri@goodwin.com>; 'mandolina@whitecase.com' <mandolina@whitecase.com>; 'jstang@pszjlaw.com' <jstang@pszjlaw.com>; 'jlucas@pszjlaw.com' <jlucas@pszjlaw.com>; Kami Quinn <quinnk@gilbertlegal.com>; Emily Grim <grime@gilbertlegal.com>; Harron, Edwin <eharron@ycst.com>; Brady, Robert <RBRADY@ycst.com>; Iain Nasatir <inasatir@pszjlaw.com>; Jeffrey Schulman <jschulman@pasichllp.com>; Rachel B Mersky <rmersky@monlaw.com>; Moxley, D. Cameron <DMoxley@brownrudnick.com>; Beville, Sunni P. <SBeville@brownrudnick.com>; Axelrod, Tristan G. <TAxelrod@brownrudnick.com>; Gabriel LeChevallier <gLeChevallier@pfglaw.com>
**Subject:** Meet and Confer re Century Discovery

[EXTERNAL MESSAGE]

Mr. Schiavoni,

Century has not produced, among other things, documents and information pertaining to the 1995 and 1996 transactions by which certain INA policies were allegedly ascribed to Century. Please let us know if you or someone else from your Firm is available for a meet and confer on **Tuesday (5/18) at 2:00PM, Eastern Time** regarding this matter and the discovery we served on Century on April 23, 2021.

Best Regards,
Eric

**brown**rudnick

**Eric R. Goodman**
Partner

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
T: 202.536.1740
M: 216.235.4242
egoodman@brownrudnick.com
www.brownrudnick.com

******************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown

Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

***********************************************************************