# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343-LSS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for admission *pro hac vice* of Frank V. Floriani, Esquire, of Sullivan Papain Block McGrath Coffinas & Cannavo, PC, 120 Broadway, 27th Floor, New York, NY 10271, to represent C.G. in the above-captioned cases.

Dated: June 2, 2021

By: /s/ Elaina L. Holmes, Esquire
Elaina L. Holmes, Esquire
Doroshow, Pasquale, Krawitz, & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
*elainaholmes@dplaw.com*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparations or course of this action. I also certify that I am generally familiar with this

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (9300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

Court's Local Rules and with Standing Order for District Court Fund revised 8/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

| | | |
|---|---|---|
| Dated: June 2, 2021 | By: | /s/ Frank V. Floriani |
| | | Frank V. Floriani |
| | | Sullivan Papain Block McGrath |
| | | Coffinas & Cannavo PC, |
| | | 120 Broadway, 27th Floor |
| | | New York, NY 10271 |
| | | (212) 732-9000 |
| | | *FFloriana@triallaw1.com* |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that the counsel's motion for admission *pro hac vice* is granted.