**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2135321-1 |
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/15/21 | DM | BSA engagement planning, strategy and staffing | 0.60 |
| 04/28/21 | KM | Call with R. Winning (AlixPartners) to discuss case issues and next steps | 0.50 |
| 04/28/21 | RBW | Call with K. McGlynn (AlixPartners) to discuss case issues and next steps | 0.50 |
| | | **Total** | **1.60** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2135321-1 |
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Robert B Winning | 0.50 | 935.00 | 467.50 |
| Kathryn McGlynn | 0.50 | 1,055.00 | 527.50 |
| David MacGreevey | 0.60 | 1,185.00 | 711.00 |
| **Total Hours & Fees** | **1.60** | | **1,706.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2135321-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/05/21 | KM | Revise weekly Committee update presentation | 0.60 |
| 04/12/21 | DM | Participate in conference call with the BSA Committee Members, D. MacGreevey, I. Ibanga, K. McGlynn, R. Winning and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: BSA liquidity and general case updates | 0.50 |
| 04/12/21 | KM | Participate in conference call with the BSA Committee Members, D. MacGreevey, I. Ibanga, K. McGlynn, R. Winning and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: BSA liquidity and general case updates | 0.50 |
| 04/12/21 | KM | Prepare for weekly presentation to the Committee | 0.40 |
| 04/12/21 | KM | Review and revise weekly Committee update presentation | 0.60 |
| 04/12/21 | RBW | Participate in conference call with the BSA Committee Members, D. MacGreevey, I. Ibanga, K. McGlynn, R. Winning and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: BSA liquidity and general case updates | 0.50 |
| 04/12/21 | INI | Participate in conference call with the BSA Committee Members, D. MacGreevey, I. Ibanga, K. McGlynn, R. Winning and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: BSA liquidity and general case updates | 0.50 |
| 04/12/21 | SW | Participate in conference call with the BSA Committee Members, D. MacGreevey, I. Ibanga, K. McGlynn, R. Winning and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: BSA liquidity and general case updates | 0.50 |
| 04/13/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.60 |
| 04/19/21 | RC | Participate in call with Committee advisors including D. MacGreevey, R. Winning, K. McGlynn, J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin) re: general case updates | 0.20 |
| 04/19/21 | RC | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn, R. Collura, R. Winning, I. Ibanga, and S. Weiner (all AlixPartners), R. | 0.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2135321-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Ringer, M. Wasson, Z. Essner (all Kramer Levin) re: general case updates (left meeting early) | |
| 04/19/21 | SW | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn, R. Collura, R. Winning, I. Ibanga, and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, Z. Essner (all Kramer Levin) re: general case updates (left meeting early) | 0.60 |
| 04/19/21 | INI | Participate in call with Committee advisors including D. MacGreevey, R. Collura, K. McGlynn, R. Winning (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin) re: general case updates | 0.20 |
| 04/19/21 | INI | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn, R. Collura, R. Winning, I. Ibanga, and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, Z. Essner (all Kramer Levin) re: general case updates | 0.70 |
| 04/19/21 | KM | Review and revise weekly Committee update presentation | 0.70 |
| 04/19/21 | KM | Participate in call with Committee advisors including D. MacGreevey, R. Winning, R. Collura, J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin) re: general case updates | 0.20 |
| 04/19/21 | KM | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn, R. Collura, R. Winning, I. Ibanga, and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, Z. Essner (all Kramer Levin) re: general case updates | 0.70 |
| 04/19/21 | DM | Review BSA UCC update deck | 0.40 |
| 04/19/21 | RBW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Collura, J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin) re: general case updates | 0.20 |
| 04/19/21 | RBW | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn, R. Collura, R. Winning, I. Ibanga, and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, Z. Essner (all Kramer Levin) re: general case updates | 0.70 |
| 04/19/21 | DM | Participate in call with Committee advisors including R. | 0.20 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2135321-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Collura, K. McGlynn, R. Winning, J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin) re: general case updates | |
| 04/19/21 | DM | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn, R. Collura, R. Winning, I. Ibanga, and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, Z. Essner (all Kramer Levin) re: general case updates | 0.70 |
| 04/21/21 | RBW | Participate in call with K. McGlynn, S. Weiner, J. Ibanga (all AlixPartners), M. Wasson, Z. Essner (both Kramer Levin), E. Schnabel (Dorsey & Whitney) discussing the Debtor's business plan (partial attendance) | 0.90 |
| 04/21/21 | KM | Participate in call with R. Winning, S. Weiner, J. Ibanga (all AlixPartners), M. Wasson, Z. Essner (both Kramer Levin), E. Schnabel (Dorsey & Whitney) discussing the Debtor's business plan | 1.20 |
| 04/21/21 | SW | Participate in call with K. McGlynn, R. Winning, J. Ibanga (all AlixPartners), M. Wasson, Z. Essner (both Kramer Levin), E. Schnabel (Dorsey & Whitney)discussing the Debtor's business plan | 1.20 |
| 04/21/21 | INI | Participate in call with K. McGlynn, R. Winning, S. Weiner (all AlixPartners), M. Wasson, Z. Essner (both Kramer Levin), and Committee member discussing the Debtor's business plan | 1.20 |
| 04/22/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.50 |
| 04/26/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.60 |
| 04/27/21 | KM | Revise weekly Committee update presentation | 1.10 |
| 04/28/21 | RBW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, I. Ibanga, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, N. Hamerman (all Kramer Levin), K. Morales (Reed Smith) re: general case updates | 0.30 |
| 04/28/21 | RBW | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn, I. Ibanga, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. | 0.60 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2135321-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Wasson, N. Hamerman (all Kramer Levin) re: revised 13-week cash flow budget, case strategy and Plan updates | |
| 04/28/21 | DM | Review draft presentation for BSA UCC | 0.40 |
| 04/28/21 | INI | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, I. Ibanga, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, N. Hamerman (all Kramer Levin), K. Morales (Reed Smith) re: general case updates | 0.30 |
| 04/28/21 | INI | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn, I. Ibanga, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, N. Hamerman (all Kramer Levin) re: revised 13-week cash flow budget, case strategy and Plan updates | 0.60 |
| 04/28/21 | DM | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, I. Ibanga, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, N. Hamerman (all Kramer Levin), K. Morales (Reed Smith) re: general case updates | 0.30 |
| 04/28/21 | DM | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn, I. Ibanga, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, N. Hamerman (all Kramer Levin) re: revised 13-week cash flow budget, case strategy and Plan updates | 0.60 |
| 04/28/21 | SW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, I. Ibanga, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, N. Hamerman (all Kramer Levin), K. Morales (Reed Smith) re: general case updates | 0.30 |
| 04/28/21 | SW | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn, I. Ibanga, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, N. Hamerman (all Kramer Levin) re: revised 13-week cash flow budget, case strategy and Plan updates | 0.60 |
| 04/28/21 | KM | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, I. Ibanga, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, N. Hamerman (all Kramer Levin), K. Morales (Reed Smith) re: general case updates | 0.30 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2135321-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/28/21 | KM | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn, I. Ibanga, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, N. Hamerman (all Kramer Levin) re: revised 13-week cash flow budget, case strategy and Plan updates | 0.60 |
| 04/29/21 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.30 |
| 04/30/21 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.60 |
| | | **Total** | **23.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2135321-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 3.50 | 530.00 | 1,855.00 |
| Scott Weiner | 3.20 | 665.00 | 2,128.00 |
| Robert B Winning | 3.20 | 935.00 | 2,992.00 |
| Kathryn McGlynn | 6.90 | 1,055.00 | 7,279.50 |
| Richard Collura | 0.50 | 1,125.00 | 562.50 |
| David MacGreevey | 5.70 | 1,185.00 | 6,754.50 |
| **Total Hours & Fees** | **23.00** | | **21,571.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2135321-1 |
|---|---|
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/20/21 | SW | Participate in call with C. Binggelil (A&M) re: claims filed against non-debtor entities | 0.10 |
| 04/23/21 | SW | Participate in meeting with M. Andolina, M. Linder, E. Rosenberg, L. Baccash (all White & Case), D. MacGreevey, K. McGlynn, I. Ibanga, S. Weiner (all AlixPartners), R. Ringer, Z. Essner, N. Hamerman (all Kramer Levin), K. Morales (Reed Smith), A. Kirschenbaum (O'Melveny), J. Lucas (Pachulski Stang Ziehl & Jones), E. Martin (Haynes Boone), S. Gummow (Foran Glennon Palandech Ponzi & Rudloff), L. McNally (Loeb & Loeb), K. Krebs (Clyde & Co), Harron, Edwin (Young Conaway) to discuss discovery schedule | 0.50 |
| 04/23/21 | SW | Participate in conference call with C. Binggeli, R. Walsh (both A&M), K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: revised 13-week budget and weekly variance report for the week ended April 16th  (left meeting early) | 1.10 |
| 04/23/21 | INI | Participate in meeting with M. Andolina, M. Linder, E. Rosenberg, L. Baccash (all White & Case), D. MacGreevey, K. McGlynn, I. Ibanga, S. Weiner (all AlixPartners), R. Ringer, Z. Essner, N. Hamerman (all Kramer Levin), K. Morales (Reed Smith), A. Kirschenbaum (O'Melveny), J. Lucas (Pachulski Stang Ziehl & Jones), E. Martin (Haynes Boone), S. Gummow (Foran Glennon Palandech Ponzi & Rudloff), L. McNally (Loeb & Loeb), K. Krebs (Clyde & Co), Harron, Edwin (Young Conaway) to discuss discovery schedule | 0.50 |
| 04/23/21 | INI | Participate in conference call with C. Binggeli, R. Walsh (both A&M), K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: revised 13-week budget and weekly variance report for the week ended April 16th | 1.30 |
| 04/23/21 | KM | Participate in conference call with C. Binggeli, R. Walsh (both A&M), R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: revised 13-week budget and weekly variance report for the week ended April 16th | 1.30 |
| 04/23/21 | KM | Participate in meeting with M. Andolina, M. Linder, E. Rosenberg, L. Baccash (all White & Case), D. MacGreevey, K. McGlynn, I. Ibanga, S. Weiner (all | 0.50 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2135321-1 |
|---|---|
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | AlixPartners), R. Ringer, Z. Essner, N. Hamerman (all Kramer Levin), K. Morales (Reed Smith), A. Kirschenbaum (O'Melveny), J. Lucas (Pachulski Stang Ziehl & Jones), E. Martin (Haynes Boone), S. Gummow (Foran Glennon Palandech Ponzi & Rudloff), L. McNally (Loeb & Loeb), K. Krebs (Clyde & Co), Harron, Edwin (Young Conaway) to discuss discovery schedule | |
| 04/23/21 | DM | Participate in meeting with M. Andolina, M. Linder, E. Rosenberg, L. Baccash (all White & Case), D. MacGreevey, K. McGlynn, I. Ibanga, S. Weiner (all AlixPartners), R. Ringer, Z. Essner, N. Hamerman (all Kramer Levin), K. Morales (Reed Smith), A. Kirschenbaum (O'Melveny), J. Lucas (Pachulski Stang Ziehl & Jones), E. Martin (Haynes Boone), S. Gummow (Foran Glennon Palandech Ponzi & Rudloff), L. McNally (Loeb & Loeb), K. Krebs (Clyde & Co), Harron, Edwin (Young Conaway) to discuss discovery schedule | 0.50 |
| 04/23/21 | RBW | Participate in conference call with C. Binggeli, R. Walsh (both A&M), K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: revised 13-week budget and weekly variance report for the week ended April 16th | 1.30 |
| | | **Total** | **7.10** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2135321-1 |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 1.80 | 530.00 | 954.00 |
| Scott Weiner | 1.70 | 665.00 | 1,130.50 |
| Robert B Winning | 1.30 | 935.00 | 1,215.50 |
| Kathryn McGlynn | 1.80 | 1,055.00 | 1,899.00 |
| David MacGreevey | 0.50 | 1,185.00 | 592.50 |
| **Total Hours & Fees** | **7.10** | | **5,791.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2135321-1 |
|---|---|
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/01/21 | RBW | Review liquidity report provided by Debtors | 0.40 |
| 04/02/21 | INI | Prepare weekly cash flow variance report for Committee update | 1.30 |
| 04/02/21 | DM | Review BSA budget package week ended 3.26 | 0.30 |
| 04/05/21 | RBW | Revise weekly liquidity presentation | 0.60 |
| 04/05/21 | INI | Analyze historical performance of high adventure bases relative to prior cash flow budgets | 1.00 |
| 04/05/21 | INI | Revise weekly liquidity report for Committee update | 0.30 |
| 04/05/21 | KM | Analyze Debtors' weekly liquidity updates | 0.60 |
| 04/09/21 | DM | Review BSA budget package week ended 4.02 | 0.30 |
| 04/11/21 | RBW | Revise weekly liquidity update | 0.40 |
| 04/11/21 | INI | Prepare weekly cash flow variance report for Committee update | 1.20 |
| 04/12/21 | INI | Revise weekly cash flow variance report for Committee update | 0.20 |
| 04/12/21 | INI | Analyze registrations performance in comparison to prior 13-week cash flow budgets. | 0.90 |
| 04/12/21 | KM | Analyze Debtors' weekly liquidity updates | 0.70 |
| 04/16/21 | SW | Review weekly variance report | 0.40 |
| 04/19/21 | RC | Review weekly liquidity update and other case related updates in preparation of call with the Committee | 0.20 |
| 04/19/21 | INI | Prepare weekly liquidity update for Committee meeting | 1.00 |
| 04/19/21 | KM | Review and analyze Debtors' weekly liquidity updates | 0.70 |
| 04/19/21 | RBW | Revise weekly liquidity update | 0.70 |
| 04/19/21 | DM | Review BSA budget variance week ended 4.09 | 0.20 |
| 04/21/21 | DM | Review revised BSA 13-week budget package | 0.60 |
| 04/21/21 | INI | Update model for revised 13-week cash flow budget dated April 16th | 0.90 |
| 04/22/21 | SW | Detail review of updated 13 week cash flow budget | 1.40 |
| 04/23/21 | SW | Prepare list of questions for Debtors' advisor related to updated 13 week cash flow budget in advance of conference call | 0.80 |
| 04/23/21 | INI | Prepare weekly cash flow variance report for Committee | 1.30 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2135321-1 | |
| Re: | Analysis of Liquidity and Cash Management | |
| Client/Matter # | 013446.00107 | |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | update. | |
| 04/23/21 | INI | Review revised 13-week cash flow budget dated April 16th | 1.00 |
| 04/23/21 | DM | Review BSA liquidity variance report week ended 4.16 | 0.30 |
| 04/26/21 | SW | Review and provide comments on weekly Committee update | 1.30 |
| 04/26/21 | INI | Revise weekly liquidity slides for Committee update | 0.70 |
| 04/27/21 | KM | Analyze Debtors' updated 13 week cash flow forecast | 1.20 |
| 04/27/21 | KM | Analyze Debtors' weekly cash flow variance report | 0.70 |
| 04/27/21 | INI | Run scenario analysis on Debtors 13-week budget dated April 16 to assess liquidity | 1.20 |
| 04/28/21 | INI | Prepare scenario analysis on Debtors' 13-week budget dated April 16 to assess liquidity in extended case | 0.80 |
| 04/28/21 | SW | Analyze potential extension of 13 week cash flow model | 1.50 |
| 04/30/21 | INI | Prepare weekly cash flow variance report | 1.30 |
| 04/30/21 | DM | Review BSA liquidity variance report week ended 4.23 | 0.30 |
| | | **Total** | **26.70** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2135321-1 |
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 13.10 | 530.00 | 6,943.00 |
| Scott Weiner | 5.40 | 665.00 | 3,591.00 |
| Robert B Winning | 2.10 | 935.00 | 1,963.50 |
| Kathryn McGlynn | 3.90 | 1,055.00 | 4,114.50 |
| David MacGreevey | 2.00 | 1,185.00 | 2,370.00 |
| Richard Collura | 0.20 | 1,125.00 | 225.00 |
| **Total Hours & Fees** | **26.70** | | **19,207.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2135321-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/12/21 | INI | Compare actual registrations to registrations in business plan | 0.20 |
| 04/20/21 | SW | Review business plan analysis and prepare talking points in advance of follow up discussion with Committee member | 2.50 |
| 04/20/21 | SW | Outline assumptions utilized in five year plan sensitivity analysis in advance of follow up discussion with Committee member | 2.80 |
| 04/20/21 | SW | Begin to outline assumptions utilized in monthly forecast sensitivity analysis in advance of follow up discussion with Committee member | 1.70 |
| 04/21/21 | SW | Complete outlining assumptions utilized in monthly forecast sensitivity analysis in advance of follow up discussion with Committee member | 2.20 |
| 04/28/21 | SW | Compile and finalize details of seasonal liquidity swings in advance of call with Committee | 2.10 |
| 04/29/21 | INI | Participate in internal call with S. Weiner (AlixPartners) re: analysis of Debtors' revised business plan | 0.50 |
| 04/29/21 | SW | Participate in internal call with J. Ibanga (AlixPartners) re: analysis of Debtors' revised business plan | 0.50 |
| 04/29/21 | SW | Derive template for business plan refresh deck in advance of internal discussion | 2.10 |
| 04/30/21 | SW | Research request from Committee member related to year over year renewal revenue | 2.80 |
| | | **Total** | **17.40** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2135321-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 0.70 | 530.00 | 371.00 |
| Scott Weiner | 16.70 | 665.00 | 11,105.50 |
| **Total Hours & Fees** | **17.40** | | **11,476.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2135321-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/01/21 | SW | Detailed review of January 2021 MOR | 1.40 |
| 04/01/21 | SW | Detailed review of February 2021 MOR | 1.50 |
| 04/05/21 | SW | Derive amended template for MOR reporting presentations to the UCC | 2.20 |
| 04/26/21 | RBW | Revise presentation on updated DIP budget and weekly liquidity | 0.90 |
| 04/28/21 | RBW | Prepare for presentation to Committee re: new budget and cash flow projections | 0.60 |
| 04/29/21 | SW | Review standing motion documents provided by Kramer Levin | 0.80 |
| 04/29/21 | KM | Review case updates and next steps from Committee Counsel | 0.90 |
| 04/30/21 | INI | Review list of documents newly posted to data room | 0.10 |
| 04/30/21 | DM | Emails with K. McGlynn and S. Wiener (both AlixPartners) re: BSA membership data | 0.40 |
| | | **Total** | **8.80** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice #         | 2135321-1                     |
|-------------------|-------------------------------|
| Re:               | Financial and Other Diligence |
| Client/Matter #   | 013446.00112                  |

**Fee Recap:**

| Consultant            | Hours    | Rate       | Amount      |
|-----------------------|----------|------------|-------------|
| Joy N Ibanga          | 0.10     | 530.00     | 53.00       |
| Scott Weiner          | 5.90     | 665.00     | 3,923.50    |
| Robert B Winning      | 1.50     | 935.00     | 1,402.50    |
| Kathryn McGlynn       | 0.90     | 1,055.00   | 949.50      |
| David MacGreevey      | 0.40     | 1,185.00   | 474.00      |
| **Total Hours & Fees**| **8.80** |            | **6,802.50**|

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

Invoice #          2135321-1

Re:               Claims Analysis
Client/Matter #   013446.00116

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 04/20/21 | DM | Emails to M. Wasson (Kramer Levin) and S. Wiener (AlixPartners) re: research claims against non-Debtor BSA entities | 0.30 |
| 04/27/21 | DM | Emails to M. Wasson (Kramer Levin) and S. Wiener (AlixPartners) re: claims at non-Debtor BSA entities | 0.30 |
| | | **Total** | **0.60** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2135321-1 |
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| David MacGreevey | 0.60 | 1,185.00 | 711.00 |
| **Total Hours & Fees** | **0.60** | | **711.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2135321-1 |
| --- | --- |
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 04/12/21 | RC | Review information re: revised plan of reorganization, mediation status and other case updates from counsel | 0.40 |
| 04/14/21 | DM | Review second amended BSA POR | 2.70 |
| 04/15/21 | SW | Review redline to plan, disclosure statement, trust procedures and agreement | 2.60 |
| 04/15/21 | SW | Compare financials in amended plan and disclosure statement to previous version | 1.60 |
| 04/15/21 | RC | Review materials re: amended plan of reorganization and the TCC's objections to the plan | 0.30 |
| 04/16/21 | RC | Review information related to BSA's settlement with the Hartford for abuse claims | 0.30 |
| 04/16/21 | RBW | Review second mediation report re: Harford settlement | 0.40 |
| 04/23/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: objections to BSA exclusivity | 0.40 |
| 04/28/21 | RC | Review case updates and UCC Joinder motion re: TCC's standing motion | 0.20 |
| 04/29/21 | RC | Review Debtors' and JPM's standing motion objections and related case updates from counsel | 0.20 |
| | | **Total** | **9.10** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2135321-1 |
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Scott Weiner | 4.20 | 665.00 | 2,793.00 |
| Robert B Winning | 0.40 | 935.00 | 374.00 |
| Richard Collura | 1.40 | 1,125.00 | 1,575.00 |
| David MacGreevey | 3.10 | 1,185.00 | 3,673.50 |
| **Total Hours & Fees** | **9.10** | | **8,415.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2135321-1 |
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/12/21 | DM | Attend BSA status conference re: mediation | 0.90 |
| 04/12/21 | KM | Attend BSA Omnibus Hearing | 1.00 |
| | | **Total** | **1.90** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2135321-1 |
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kathryn McGlynn | 1.00 | 1,055.00 | 1,055.00 |
| David MacGreevey | 0.90 | 1,185.00 | 1,066.50 |
| **Total Hours & Fees** | **1.90** | | **2,121.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2135321-1 |
|---|---|
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/05/21 | KM | Revise February monthly fee application | 1.60 |
| 04/06/21 | KM | Review and revise February fee monthly application | 0.90 |
| 04/06/21 | LMB | Update fee application status chart | 0.20 |
| 04/06/21 | LMB | Prepare 12th monthly fee statement, supporting schedules and exhibits (February 2021) | 2.10 |
| 04/08/21 | DM | Review BSA February fee application | 0.50 |
| 04/12/21 | LMB | Finalize 12th monthly fee statement (February 2021) | 0.30 |
| 04/12/21 | LMB | Email to S. Beck and Z. Essner (both Kramer Levin) attaching 12th monthly fee statement (February 2021) | 0.20 |
| 04/13/21 | LMB | Prepare professional fees for March 2021 monthly fee application | 1.20 |
| 04/29/21 | KM | Review and revise March fee application | 1.30 |
| 04/29/21 | LMB | Prepare professional services for the March 2021 monthly fee application | 0.50 |
| 04/29/21 | LMB | Prepare March 2021 monthly fee application | 2.20 |
| 04/29/21 | LMB | Update fee application status chart | 0.20 |
| 04/29/21 | KAS | Review draft March 2021 fee application | 0.30 |
| | | **Total** | **11.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2135321-1 |
|---|---|
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lisa Marie Bonito | 6.90 | 465.00 | 3,208.50 |
| Kaitlyn A Sundt | 0.30 | 530.00 | 159.00 |
| Kathryn McGlynn | 3.80 | 1,055.00 | 4,009.00 |
| David MacGreevey | 0.50 | 1,185.00 | 592.50 |
| **Total Hours & Fees** | **11.50** | | **7,969.00** |

909 Third Avenue    **T** 212.490.2500
New York, NY 10022    **F** 212.490.1344
                        **alixpartners.com**