## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No.: 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. Nos. 2594, 3478 |

## JOINDER OF ARROWOOD INDEMNITY COMPANY TO ZURICH INSURERS' OBJECTIONS TO THE DISCLOSURE STATEMENT FOR DEBTORS' SECOND AMENDED PLAN

Arrowood Indemnity Company ("Arrowood") hereby submits the following joinder (the "Joinder") in support of Zurich Insurers' Objections to the Disclosure Statement for Debtors' Second Amended Plan [D.I. 3478] (the "Objection") and states as follows:

### JOINDER

1. On May 10, 2021, the Zurich Insurers filed the Objection. Arrowood hereby joins in the arguments made in the Objection and the relief sought therein, to the extent applicable to Arrowood Indemnity Company, and subject to the limitations set forth in this joinder.

2. Arrowood reserves all rights to amend, modify and/or supplement this Joinder, and further reserves all its rights with respect to the Court's consideration of the Debtors' Disclosure Statement.

### CONCLUSION

WHEREFORE, Arrowood respectfully requests that the Court enter an order (i) granting the relief requested in the Objection [D.I. 3478], subject to the above Joinder, and (ii) granting such other and further relief as is just and proper.

[*Signature Page to Follow*]

Dated: June 2, 2021

   */s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

Lorraine Armenti, Esquire (*Pro Hac Vice*)
Michael Hrinewski, Esquire (*Pro Hac Vice*)
**COUGHLIN MIDLIGE & GARLAND, LLP**
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law

-and-

Britton C. Lewis, Esquire (*Pro Hac Vice*)
**CARRUTHERS & ROTH, P.A.**
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC  27401
(336) 478-1146 (Telephone)
(336) 478-1145 (Facsimile)
bcl@crlaw.com

*Counsel to Arrowood Indemnity Company*