<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2021, I caused a true and correct copy of the foregoing *Joinder of Arrowood Indemnity Company to Zurich Insurers' Objections to the Disclosure Statement for Debtors' Second Amended Plan* to be electronically filed the with the Clerk of Court using CM/ECF which will electronically transmit notification of such filing to CM/ECF participants in the above referenced case in accordance with Del. Bankr. L. R. 9036-1.

                                                     */s/ Michael Joyce*
                                                     Michael J. Joyce