# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby respectfully withdraws the appearance of Brad Elias as counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, in the above captioned cases.

**PLEASE TAKE FURTHER NOTICE** that the undersigned further requests that Brad Elias be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

**PLEASE TAKE FURTHER NOTICE** that the appearances by other attorneys at Stamoulis & Weinblatt LLC and O'Melveny & Myers LLP are unaffected by this request.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311).

Dated: June 2, 2021

Respectfully Submitted,

By: /s/Stamatios Stamoulis
    Stamatios Stamoulis (No. 4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688

O'MELVENY & MYERS LLP
Brad Elias
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212-326-2000

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*