

FILED
2021 JUN -3 AM 8:57
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 26th, 2021
Wednesday p.m.

Judge Laurie Selber Silverstein

There is so much I can write here to you about the years of abuse I endured. But what I want to share with you on this letter is what BSA attempted to do after I reported the sexual abuse to the police. They tried to take back my Eagle Scout. They said that some Merit Badge or something like that was not done — or something to that effect. So this would be years & years after I had received my Eagle Scout that they now were saying it's not mine anymore — In the suit it

says How important to keep BSA solvent etc etc. I finally through years of therapy report, ███████ Then what I receive in return is the retaliation of The Boy Scouts of America saying I'm no longer an Eagle Scout.

Best

▇▇▇▇▇▇▇▇▇▇ born in 1974, is a third generation Houstonian and fifth generation Texan. He is most proud of earning the distinguished Eagle Scout in 1991. Palmer began painting full-time after the tragic loss of his father in 1998. After first humbly showing his paintings at Houston-area bars and restaurants, his artist career has taken a meteoric rise to international acclaim. Palmer has self-published six books: *Deliverance & More than Words* (2003), *Escapism* (2004), *Seven Years* (2005), *Jane & Co.* (2010), *Faces* (2012) and *The 52 Project* (2015). His critically acclaimed, professionally-published book, *The Art of Meaningful Living* (2009) with author Christopher Brown, made its debut at the Book Expo America in New York City in May 2009 and was available in bookstores nationwide. Palmer has created dynamic art series all over the globe, including: Barcelona, Florence, Buenos Aires, Skopelos Island (Greece), Vienna, Cape Town, Tokyo, Berlin, Dublin, Jerusalem, São Paulo, Nice, Port of Spain, Havana, Auckland, Bogota and most recently Hoi An (Vietnam). The elite group of patrons that support his international travel, known as The First Class Club, celebrated their 10th Anniversary in 2019. ▇▇▇▇ is the Founder of the Art Movement of Escapism. His Escapist Mentorship Program, founded in 2009, furthers his mission to forever destroy the stereotype of the struggling artist. Annually it has applicants from around the world. He owns the chic and contemporary John Palmer Art Gallery & Studio, a massive compound in the heart of Houston's Historic Heights.

For his dedication to the Space City, the GHCVB selected ▇▇▇▇ as a member of the *My Houston* Campaign along with notable Houstonians including Beyoncé Knowles, Clay Walker, Hilary Duff and George & Barbara Bush. The artist's online presence is colossal with hundreds of thousands of followers on Facebook, Twitter and Instagram. His artwork is in the private collections of President George H. W. Bush, President George W. Bush, his Holiness the 14th Dalai Lama, American filmmaker John Waters, the late, famed comedienne Joan Rivers, Trinidad & Tobago's Prime Minister Kamla Persad-Bissessar and the Crown Prince of Saudi Arabia, Mohammad bin Salman bin Abdulaziz Al Saud. Palmer is a lively lecturer, having made speeches around the USA about his Art Movement of Escapism, including a feature presentation at President Bush 41's 20th Anniversary Points of Light Conference. In 2013, Palmer was honored as one of the few living artists with a page on Wikipedia. That same year ▇▇▇▇ launched the massive Refuse to Struggle® Campaign—a groundbreaking endeavor to construct an Escapist Gallery & Studios for the free use of his "Escapist Artists." Palmer raised all building funds in only 46 days through a combination of private donors and a public crowd-funding operation on Indiegogo. The innovative "Chrysalis" training center that includes gallery space, artist studios and a visiting artist residence was completed in 2014. ▇▇▇▇ commitment to volunteering has been recognized by his receipt of both the League of Women Voter's President's Medal and the Greater Houston Service Award. October 19, 2013 was proclaimed to be ▇▇▇▇▇▇▇▇ in the City of Houston by Mayor Annise D. Parker. He is known worldwide as the Hardest Working Man in the Art Business ®. In 2016, Palmer founded and now serves as the Chairman of the Board of Directors for the 501(c)(3) nonprofit Art Launch that manages and funds his mentorship program. Art Launch has raised hundreds of thousands of dollars to improve artist entrepreneurial programs and maintain the Chrysalis. 2018 marked the 20th Anniversary of Palmer's career as a professional artist and the occasion was distinguished by a five-day Retrospective highlighting his service, mentoring and most notable paintings. Joining the likes of Queen Elizabeth II and President Barack Obama, in January of 2019 Palmer laid a wreath at the Tomb of the Unknowns at Arlington National Cemetery. That same year, Palmer completed the third and final phase of his legacy series, *Satori*, by placing all eighteen paintings in private collection prior to the public unveiling. ▇▇▇▇ married his husband ▇▇▇▇ in 2007 and they have two English Pointers, Bobby and Nancy.

[Handwritten annotation in left margin: "including a current Bio."]