# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 4434

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the *Combined Thirteenth Monthly Application of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From April 1, 2021 Through April 30, 2021* [Docket No. 4434] (the "Application"), filed on May 18, 2021, has been received.[2] The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than June 1, 2021 at 4:00 p.m. (ET).

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341], the Debtors are

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Young Conaway Stargatt & Taylor, LLP ("YCST") received informal comments from the United States Trustee and has agreed to a voluntary reduction of $136.52 in expenses. YCST has also agreed to temporarily withhold from applying $3,521.84 in additional expenses at this time. The amount of requested expenses ($1,246.96) reflects the reduced/withheld amount ($3,658.36).

26613663.13

now authorized to pay 80% ($300,306.00) of requested fees ($375,382.50) and 100% of requested expenses ($1,246.96) on an interim basis without further order of the Court.

Dated: June 3, 2021                                       YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jared W. Kochenash*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
          eharron@ycst.com
          szieg@ycst.com
          jkochenash@ycst.com

*Counsel to the Future Claimants' Representative*