# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

## THIRD MEDIATORS' REPORT

On Thursday, June 3, 2021, the Mediation Parties concluded a fourth in-person and virtual mediation session in Chicago, which included the Debtors, the Ad Hoc Committee of Local Councils, the Tort Claimants' Committee, the Future Claimants' Representative, the Coalition, the Insurance Companies, and one of the Chartered Organizations.

Although the Mediation Parties have yet to reach a formal settlement and key issues remain open, substantial progress towards a comprehensive settlement has been made. Both formal and informal mediation remains ongoing. Consequently, the Mediators are advised that the Debtors have requested that all matters scheduled for hearing on Friday, June 4, 2021 be adjourned to Friday, June 11, 2021 to permit time for discussions to continue. The Mediators are further advised that the Tort Claimants' Committee, the Coalition, and the Ad Hoc Committee of Local Councils have consented to such adjournment. The Mediators will reconvene in-person and virtual mediation in New York City beginning on Monday, June 7, 2021.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated:  June 3, 2021
                        */s/ Kevin J. Carey*
                        Hon. Kevin J. Carey (Ret.), Mediator


                        */s/ Paul A. Finn*
                        Paul A. Finn, Mediator


                        */s/ Timothy V.P. Gallagher*
                        Timothy V.P. Gallagher, Mediator