**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------- X
                                                            :
In re:                                                      :     Chapter 11
                                                            :
Boy Scouts of America and                                   :     Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]                                        :
                                                            :     (Jointly Administered)
                            Debtors.                        :     **Objection Deadline: June 17, 2021 at 4:00 pm (ET)**
                                                            :     **Hearing Date: Only if Objections are Filed**
----------------------------------------------------------- X

**SUMMARY COVER SHEET TO THE FOURTEENTH MONTHLY FEE**
**APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

| | |
|---|---|
| Name of Applicant: | Kramer Levin Naftalis & Frankel LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to March 4, 2020 |
| Period for which compensation and reimbursement is sought: | April 1, 2021 through April 30, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $101,480.00 (80% of which is $81,184.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $325.59 |

This is a: **X** monthly      ___ interim      ___ final application.

**Prior Applications: Yes.**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

KL2 3232766.4

**Prior Statements:**

| Date Filed/ Docket No. | Filing Period | Requested | | Approved | | Court Order/ CNO Filed |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 6/9/2020 D.I. 813 | 3/4/2020 – 3/31/2020 | $581,149.50 | $13,885.41 | $464,919.60 | $13,885.41 | D.I. 892 |
| 6/24/2020 D.I. 899 | 4/1/2020 – 4/30/2020 | $501,179.00 | $13,507.13 | $400,943.20 | $13,507.13 | D.I. 1000 |
| 7/27/2020 D.I. 1048 | 5/1/2020 – 5/31/2020 | $447,050.00 | $7,289.52 | $357,640.00 | $7,289.52 | D.I. 1097 |
| 8/21/2020 D.I. 1134 | 6/1/2020 – 6/30/2020 | $508,293.50 | $12,667.35 | $406,634.80 | $12,667.35 | D.I. 1317 |
| 9/1/2020 D.I. 1212 | 7/1/2020 – 7/31/2020 | $371,567.00 | $4,527.33 | $297,253.60 | $4,527.33 | D.I. 1332 |
| 10/15/2020 D.I. 1526 | 8/1/2020 – 8/31/2020 | $429,082.00 | $5,920.52 | $343,265.60 | $5,920.52 | D.I. 1607 |
| 10/30/2020 D.I. 1610 | 9/1/2020 – 9/30/2020 | $253,297.00 | $1,372.19 | $202,637.60 | $1,372.19 | D.I. 1690 |
| 11/25/2020 D.I. 1738 | 10/1/2020 – 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | D.I. 1856 |
| 2/9/2021 D.I. 2123 | 11/1/2020 – 11/30/2020 | $215,956.00 | $1,218.41 | $172,764.80 | $1,218.41 | D.I. 2263 |
| 3/30/2021 D.I. 2486 | 12/1/2020 – 12/31/2020 | $130,991.00 | $442.89 | $104,792.80 | $442.89 | D.I. 2602 |
| 4/2/2021 D.I. 2528 | 1/1/2021 – 1/31/2021 | $265,561.00 | $2,091.59 | $212,448.80 | $2,091.59 | D.I. 2634 |
| 5/5/2021 D.I. 3145 | 2/1/2021 – 2/28/2021 | $213,649.50 | $1,648.44 | $170,919.60 | $1,648.44 | D.I. 4710 |
| 5/20/2021 D.I. 3152 | 3/1/2021 – 3/31/2021 | $125,688.50 | $162.39 | $100,550.80 | $162.39 | D.I. 4711 |
| **SUBTOTAL** | | **$4,299,125.50** | **$64,733.17** | **$3,439,300.40** | **$64,733.17** | |
| First and Second Interim Reduction[2] | | ($39,270.50) | ($807.49) | ($39,270.50) | ($807.49) | |
| Third Interim Reduction[3] | | ($13,229.75) | | ($13,229.75) | | |
| **TOTAL** | | **$4,246,625.25** | **$63,925.68** | **$3,386,800.15** | **$63,925.68** | |

---

[2] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $39,270.50 in fees and $807.49 in expenses during the First and Second Interim Application Periods.

[3] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $13,229.75 in fees during the Third Interim Application Period.

2

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**SUMMARY OF BILLING BY PROFESSIONAL**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation[5] |
|---|---|---|---|---|---|
| Rabinowitz, Daniel A. | 1995 | **Partner** Corporate (Since 2013) | $1,300.00 | 0.50 | $650.00 |
| Holob Marissa J. | 2001 | **Partner** Employee Benefits Since (2018) | $1,200.00 | 1.70 | $2,040.00 |
| Ringer, Rachael L. | 2011 | **Partner** Creditors' Rights (Since 2019) | $1,200.00 | 11.60 | $13,920.00 |
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,130.00 | 13.40 | $15,142.00 |
| Cahn, Avram | 1988 | **Special Counsel** Employee Benefits (Since 2007) | $1,105.00 | 2.00 | $2,210.00 |
| Sharret, Jennifer | 2008 (NY; NJ) | **Special Counsel** Creditors' Rights (Since 2018) | $1,105.00 | 1.20 | $1,326.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $950.00 | 28.20 | $26,790.00 |
| Essner, Zoe | 2021 | **Associate** Creditors' Rights (Since 2020) | $715.00 | 41.20 | $29,458.00 |
| Beck, Samuel | N/A | **Paralegal** Creditors' Rights (Since 2019) | $440.00 | 22.60 | $9,944.00 |
| **TOTAL** | | | | **122.40** | **$101,480.00** |

Blended Rate:  $902.85

[4] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2021).
[5] Kramer Levin voluntarily reduced its fees by $1,339.00 and expenses by $840.50 during the Application Period.

KL2 3232766.4

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Project Category | Total Hours | Total Fees[6] |
|---|---|---|
| Case Administration (00001) | 2.90 | $1,986.00 |
| Committee Meetings and Communications (00002) | 28.60 | $25,396.50 |
| Adversary Proceedings and Bankruptcy Litigation (00006) | 5.30 | $5,129.00 |
| Plan/Disclosure Statement Issues (00007) | 24.20 | $22,103.50 |
| Creditor Communications (00011) | 0.10 | $71.50 |
| Employee and Labor Issues (00013) | 0.60 | $720.00 |
| Fee Statements and Applications (00017) | 27.00 | $15,186.50 |
| Cash Collateral (00018) | 15.40 | $15,591.50 |
| Committee Investigation (00020) | 4.40 | $2,143.00 |
| Hearings and Court Matters (00021) | 6.60 | $6,271.00 |
| Insurance Issues (00022) | 1.80 | $1,287.00 |
| Professional Retention (00025) | 1.00 | $832.00 |
| Communication with Debtors (00029) | 4.50 | $4,762.50 |
| **TOTAL** | **122.40** | **$101,480.00** |

---

[6] Total compensation requested reflects a voluntary reduction of $1,339.00 in fees.

KL2 3232766.4

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Pacer Online Research | Pacer | $25.80 |
| Telecommunication Charges | LoopUp | $255.39 |
| Transcript Fees | Reliable | $44.40 |
| **TOTAL** | | **$325.59** |

---

[5] Kramer Levin reduced its expenses by $840.50 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
                                                           :
In re:                                                     :      Chapter 11
                                                           :
Boy Scouts of America and                                  :      Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]                                      :
                                                           :      (Jointly Administered)
                                    Debtors.               :      **Objection Deadline: June 17, 2021 at 4:00 pm (ET)**
                                                           :      **Hearing Date: Only if Objections are Filed**
---------------------------------------------------------- X

**FOURTEENTH MONTHLY FEE APPLICATION OF
KRAMER LEVIN NAFTALIS & FRANKEL LLP,
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
APRIL 1, 2021 THROUGH APRIL 30, 2021**

Kramer Levin Naftalis & Frankel (the "**Applicant**" or "**Kramer Levin**"), counsel to the

Official Committee of Unsecured Creditors (the "**Creditors' Committee**") of Boy Scouts of America

and Delaware BSA, LLC and its affiliated debtors and debtors-in-possession (collectively, the

"**Debtors**") in the above-captioned chapter 11 cases, hereby applies, pursuant to (i) sections 330 and

331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), (ii) Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), (iii) Rule 2016-2 of

the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "**Local Rules**"), (iv) the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 341] (the

"**Interim Compensation Order**"),[2] and (v) the *Order Appointing Fee Examiner and Establishing*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

KL2 3232766.4

*Related Procedures of the Review of Applications of Retained Professionals* [Docket No. 1342] (the "**Fee Examiner Order**"), for allowance of compensation for services rendered and reimbursement of expenses for the period from April 1, 2021 through April 30, 2021 (the "**Application Period**"), and respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.  Such relief also is warranted under Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

**A.      The Chapter 11 Cases**

3.      On February 18, 2020 (the "**Petition Date**"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

4.      On March 5, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") filed the Notice of Appointment of Committee of Unsecured Trade Creditors [Docket No. 141].  The Creditors' Committee consists of: (i) Pension Benefit Guaranty Corporation (the "**PBGC**"), (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson Education, Inc. and (v) Lion Brothers Company, Inc.

5.      On September 18, 2020, the Court entered the Fee Examiner Order appointing Rucki Fee Review, LLC as the Fee Examiner (the "**Fee Examiner**") to provide assistance to the Court related to professional fee and expense analysis and review.

2

**B.      The Retention of Kramer Levin**

6.      On April 23, 2020, the Creditors' Committee applied to the Court for an order authorizing it to retain and employ Kramer Levin as its counsel, *nunc pro tunc* to March 4, 2020 [Docket No. 481].  On May 11, 2020, the Court entered an order authorizing such retention [Docket No. 607].

**C.      The Interim Compensation Order and the Fee Examiner Order**

7.      The Interim Compensation Order and the Fee Examiner Order (together, the "**Fee Orders**") set forth the procedures for interim compensation and reimbursement of expenses in these Chapter 11 Cases.  Specifically, the Fee Orders provide that a Professional may file no earlier than the fifteenth (15th) day of each month following the month for which compensation is sought, provide to the Fee Examiner, and serve a monthly application for interim allowance of compensation for services rendered and reimbursement of expenses incurred, together with the applicable time entries and itemized expenses (the "**Monthly Fee Application**") on the Notice Parties.  Provided that there are no objections to the Monthly Fee Application filed within fourteen (14) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay such Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in such Monthly Fee Application.  If an objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80% of the fees and 100% of the expenses not subject to an objection.

## RELIEF REQUESTED

8.      Pursuant to the Fee Orders and section 331 of the Bankruptcy Code, Kramer Levin is seeking compensation in the amount of $81,184.00, which is equal to eighty percent (80%) of the $101,480.00 in fees for professional services rendered by Kramer Levin during the Application

3

Period.  This amount is derived solely from the applicable hourly billing rates of Kramer Levin's personnel who rendered such services to the Creditors' Committee.  In addition, Kramer Levin is seeking reimbursement of expenses incurred during the Application Period in the amount of $325.59.

## A.    Compensation Requested

9.    Attached hereto as <u>Exhibit A</u> is a detailed itemization, by project category, of all services performed by Kramer Levin with respect to the Chapter 11 Cases during the Application Period.  This detailed itemization complies with Del. Bankr. L.R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

10.    The attorneys and paraprofessionals who rendered services related to each category are identified in <u>Exhibit A</u>, along with the number of hours for each individual and the total compensation sought for each category.

## B.    Expense Reimbursement

11.    Kramer Levin incurred out-of-pocket expenses during the Application Period in the amount of $325.59.  Attached hereto as <u>Exhibit B</u> is a description of the expenses actually incurred by Kramer Levin in the performance of services rendered as counsel to the Creditors' Committee. The expenses are broken down into categories of charges, including among other things, the following charges: photocopying, scanning and printing, telecopy, filing fees, messenger service, outside printing, computerized legal research, and other non-ordinary expenses.[3]

---

[3] In accordance with Del. Bankr. L.R. 2016-2(e)(iii), Kramer Levin does not charge more than $0.10 per page for photocopies.

KL2 3232766.4

## ANALYSIS AND NARRATIVE DESCRIPTION OF
## SERVICES RENDERED AND TIME EXPENDED

12.     Kramer Levin sets forth a brief narrative description of the services rendered, for or on behalf of the Creditors' Committee, and the time expended, organized by billing task categories, as follows:

**A.      Case Administration**
        **Kramer Levin Billing Code: 1**
        **(Fees: $1,986.00 / Hours Billed: 2.90)**

13.     During the Application Period, Kramer Levin conducted various administrative tasks, including, *inter alia*: (i) maintaining work-in-progress reports and work streams; (ii) monitoring calendars of critical dates; (iii) preparing materials for internal distribution; (iv) obtaining filed pleadings and maintaining case folders of the same; and (v) routine communications and correspondences.

**B.      Committee Meetings and Communications**
        **Kramer Levin Billing Code: 2**
        **(Fees: $25,396.50 / Hours Billed: 28.60)**

14.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) preparing for and leading weekly conference calls with the Creditors' Committee and its professionals to discuss all pending case matters; (ii) maintaining meeting minutes; (iii) communicating with individual Creditors' Committee members and their advisors; and (iv) providing the Creditors' Committee with near-daily update emails regarding recently filed pleadings, case issues and negotiations, and other items relevant to the Chapter 11 Cases.

KL2 3232766.4

**C.    Adversary Proceedings and Bankruptcy Litigation**
<u>**Kramer Levin Billing Code: 6**</u>
**(Fees: $5,129.00 / Hours Billed: 5.30)**

15.    During the Application Period, Kramer Levin services performed in connection with this category relate to, inter alia, (i) reviewing the filed pleadings in the Tort Claimants' Committee's (the "**<u>TCC</u>**") adversary proceeding regarding the Debtors' identified property [Adv. Pro. 20-50032-LSS]; and (ii) communicating internally and with case professionals concerning the Creditors' Committee's intervention in the aforementioned adversary proceeding, as well as discovery issues.

**D.    Plan/Disclosure Statement Issues**
<u>**Kramer Levin Billing Code: 7**</u>
**(Fees: $22,103.50 / Hours Billed: 24.20)**

16.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) reviewing and providing comments to the Debtors' proposed plan of reorganization and disclosure statement; (ii) revising a draft letter in support of the Debtors' proposed plan of reorganization; (iii) revising a draft "Frequently Asked Questions" document for certain general unsecured creditors regarding the Debtors' proposed plan of reorganization; and (iv) communicating with case professionals regarding discovery issues.

KL2 3232766.4

**E.**   **Creditor Communications**
      **Kramer Levin Billing Code: 11**
      **(Fees: $71.50 / Hours Billed: 0.10)**

17.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*, communicating with creditors regarding their case questions.

**F.**   **Employee and Labor Issues**
      **Kramer Levin Billing Code: 13**
      **(Fees: $720.00 / Hours Billed: 0.60)**

18.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*, reviewing issues in connection with the Boy Scouts of America Retirement Benefit Restoration Plan.

**G.**   **Fee Statements and Applications**
      **Kramer Levin Billing Code: 17**
      **(Fees: $15,186.50 / Hours Billed: 27.00)**

19.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) ensuring that its applications for compensation submitted in these Chapter 11 Cases complied in all respects with local rules and the U.S. Trustee Guidelines; and (ii) ensuring that confidentiality and privilege remained intact in the descriptions of work conducted and that fees remained in line with budget forecasts.

**H.**   **Cash Collateral**
      **Kramer Levin Billing Code: 18**
      **(Fees: $15,591.50 / Hours Billed: 15.40)**

20.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) reviewing the joint motion of the TCC and Future Claimants' Representative for standing to prosecute certain estate claims, as well as related pleadings; (ii) drafting a response and limited joinder to the Debtors' objection to the standing

motion [Dkt. No. 2737]; and (iii) communicating internally and with the Debtors regarding the same.

**I.      Committee Investigation**
       <u>**Kramer Levin Billing Code: 20**</u>
       **(Fees: $2,143.00 / Hours Billed: 4.40)**

21.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) organizing and reviewing data room documents; and (ii) communicating internally regarding discovery issues.

**M.     Hearing and Court Matters**
       <u>**Kramer Levin Billing Code: 21**</u>
       **(Fees: $6,271.00 / Hours Billed: 6.60)**

22.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) preparing for and attending the status conference on April 12, 2021; and (ii) reviewing agendas for the hearings scheduled for April 15, 2021, April 29, 2021, and May 19, 2021.

**N.     Insurance Issues**
       <u>**Kramer Levin Billing Code: 22**</u>
       **(Fees: $1,287.00 / Hours Billed: 1.80)**

23.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*, reviewing precedent bankruptcy court decisions regarding insurance neutrality.

**O.     Professional Retention**
       <u>**Kramer Levin Billing Code: 25**</u>
       **(Fees: $832.00 / Hours Billed: 1.00)**

24.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*, revising a draft supplemental declaration disclosing additional connections to certain parties-in-interest.

KL2 3232766.4

**P.     Communication with Debtors**
**Kramer Levin Billing Code: 29**
**(Fees: $4,762.50 / Hours Billed: 4.50)**

25.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*, communicating with counsel to the Debtors regarding the status of these Chapter 11 Cases and pending issues, including weekly calls with Debtors' counsel regarding the same.

## VALUATION OF SERVICES

26.     Attorneys and paraprofessionals of Kramer Levin have expended a total of 112.40 hours in connection with this matter during the Application Period.

27.     The amount of time spent by each of the professionals providing services to the Creditors' Committee for the Application Period is set forth in Exhibit A.  The rates are Kramer Levin's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by Kramer Levin for the Application Period as counsel for the Creditors' Committee in these Chapter 11 Cases is $101,480.00.

28.     Kramer Levin believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B attached hereto are in compliance with the requirements of Local Rule 2016-2.

29.     In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## NOTICE

30.     Applicant will provide notice of this Application to: (i) the Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii)

counsel to the Debtors, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Jessica C. Lauria, and White & Case, LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Matthew E. Linder and Michael C. Andolina; (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott; (iv) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David L. Buchbinder and Hannah M. McCollum; (v) counsel to the TCC, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James F. O'Neill; (vi) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron; (vii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason and Joseph C. Celentino; (viii) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and Kristian W. Gluck; (ix) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump; and (x) the Fee Examiner, Justin H. Rucki, Rucki Fee Review, LLC, 1111 Windon Drive, Wilmington, DE 19803.  In light of the nature of the relief requested, Kramer Levin submits that no other or further notice is required.

<u>**NO PRIOR REQUEST**</u>

31.      No prior request for the relief sought in the Application has been made to this or any other court.

KL2 3232766.4

## CERTIFICATE OF COMPLIANCE AND WAIVER

32.    The undersigned representative of Kramer Levin certifies that she has reviewed the requirements of Local Rule 2016-2, and that the Application substantially complies with that Local Rule.  To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, Kramer Levin believes that such deviations are not material and respectfully requests that any such requirements be waived.  A true and correct copy of the Verification of Rachael L. Ringer is attached hereto as Exhibit C.

## CONCLUSION

**WHEREFORE**, Kramer Levin respectfully requests that the Court enter an Order: (i) granting the Application and authorizing (a) allowance of compensation in the amount of $81,184.00 (80% of $101,480.00) for professional services rendered and (b) reimbursement for actual and necessary costs in the amount of $325.59; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

[*Signature Page to Follow*]

11

Dated:   June 3, 2021

/s/ Rachael L. Ringer
**KRAMER LEVIN NAFTALIS &**
**FRANKEL LLP**
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
KRAMER LEVIN NAFTALIS
   & FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of*
*Unsecured Creditors*