EXHIBIT A

Compensation Summary

**EXHIBIT A**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Case Administration (00001) | 2.90 | $1,986.00 |
| Committee Meetings and Communications (00002) | 28.60 | $25,396.50 |
| Adversary Proceedings and Bankruptcy Litigation (00006) | 5.30 | $5,129.00 |
| Plan/Disclosure Statement Issues (00007) | 24.20 | $22,103.50 |
| Creditor Communications (00011) | 0.10 | $71.50 |
| Employee and Labor Issues (00013) | 0.60 | $720.00 |
| Fee Statements and Applications (00017) | 27.00 | $15,186.50 |
| Cash Collateral (00018) | 15.40 | $15,591.50 |
| Committee Investigation (00020) | 4.40 | $2,143.00 |
| Hearings and Court Matters (00021) | 6.60 | $6,271.00 |
| Insurance Issues (00022) | 1.80 | $1,287.00 |
| Professional Retention (00025) | 1.00 | $832.00 |
| Communication with Debtors (00029) | 4.50 | $4,762.50 |
| **TOTAL** | **122.40** | **$101,480.00** |

---

[1] Total compensation requested reflects a voluntary reduction of $1,339.00 in fees.

KL2 3232766.4

# Kramer Levin



May 28, 2021

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 824942
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through April 30, 2021.**

| | |
|---|---|
| Fees | $101,480.00 |
| Disbursements and Other Charges | 325.59 |
| **TOTAL BALANCE DUE** | **$101,805.59** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000

KL2 3230869.7



May 28, 2021
Invoice #: 824942
073427
Page 2

**MATTER SUMMARY**

**For professional services rendered through April 30, 2021 in connection with the following matters:**

| Matter | Matter Name | Total |
|---|---|---|
| 073427-00001 | Case Administration | $1,986.00 |
| 073427-00002 | Committee Meetings and Communications | $25,396.50 |
| 073427-00006 | Adversary Proceedings and Bankruptcy Litigation | $5,129.00 |
| 073427-00007 | Plan/Disclosure Statement Issues | $22,103.50 |
| 073427-00011 | Creditor Communications | $71.50 |
| 073427-00013 | Employee and Labor Issues | $720.00 |
| 073427-00017 | Fee Statements and Applications | $15,186.50 |
| 073427-00018 | Cash Collateral | $15,591.50 |
| 073427-00020 | Committee Investigation | $2,143.00 |
| 073427-00021 | Hearings and Court Matters | $6,271.00 |
| 073427-00022 | Insurance Issues | $1,287.00 |
| 073427-00025 | Professional Retention | $832.00 |
| 073427-00029 | Communications with Debtors | $4,762.50 |
| **Total Fees** | | **$101,480.00** |
| Disbursements and Other Charges | | **$325.59** |
| **TOTAL CURRENT INVOICES** | | **$101,805.59** |



May 28, 2021
Invoice #: 824942
073427
Page 3

### Professional Services Summary

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Rabinowitz, Daniel A. | Partner | Corporate | 1995 | $1,300.00 | 0.50 | $650.00 |
| Holob, Marissa J. | Partner | Employee Benefits | 2001 | $1,200.00 | 1.70 | $2,040.00 |
| Ringer, Rachael L. | Partner | Creditors' Rights | 2011 | $1,200.00 | 11.60 | $13,920.00 |
| Hamerman, Natan | Counsel | Litigation | 2002 | $1,130.00 | 13.40 | $15,142.00 |
| Cahn, Avram | Spec Counsel | Employee Benefits | 1988 | $1,105.00 | 2.00 | $2,210.00 |
| Sharret, Jennifer | Spec Counsel | Creditors' Rights | 2008 | $1,105.00 | 1.20 | $1,326.00 |
| Wasson, Megan | Associate | Creditors' Rights | 2017 | $950.00 | 28.20 | $26,790.00 |
| Essner, Zoe | Associate | Creditors' Rights | 2021 | $715.00 | 41.20 | $29,458.00 |
| Beck, Samuel | Paralegal | Creditors' Rights | N/A | $440.00 | 22.60 | $9,944.00 |
| **TOTAL FEES** | | | | | **122.40** | **$101,480.00** |

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Pacer Online Research | $25.80 |
| Telecommunication Charges | 255.39 |
| Transcript Fees | 44.40 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$325.59** |



May 28, 2021
Invoice #: 824942
073427-00001
Page 4

**Case Administration**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.50 | $600.00 |
| Essner, Zoe | Associate | 1.20 | 858.00 |
| Beck, Samuel | Paralegal | 1.20 | 528.00 |
| **TOTAL FEES** | | **2.90** | **$1,986.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/5/2021 | Essner, Zoe | Calendar hearings and meetings (0.2); revise WIP list (0.6). | 0.80 | $572.00 |
| 4/5/2021 | Beck, Samuel | Review Court filings for upcoming hearing dates (0.4). | 0.40 | 176.00 |
| 4/12/2021 | Beck, Samuel | Email N. Hamerman re upcoming hearing dates (0.2). | 0.20 | 88.00 |
| 4/22/2021 | Essner, Zoe | Email R. Ringer re open items (0.2). | 0.20 | 143.00 |
| 4/22/2021 | Beck, Samuel | Review Court filings (0.3) and review district court dockets (0.3). | 0.60 | 264.00 |
| 4/23/2021 | Essner, Zoe | Email N. Hamerman re case updates (0.2). | 0.20 | 143.00 |
| 4/27/2021 | Ringer, Rachael L. | Review WIP list (0.2); address open items re same (0.3). | 0.50 | 600.00 |
| **TOTAL** | | | **2.90** | **$1,986.00** |



May 28, 2021
Invoice #: 824942
073427-00002
Page 5

**Committee Meetings and Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 3.20 | $3,840.00 |
| Hamerman, Natan | Counsel | 1.90 | 2,147.00 |
| Sharret, Jennifer | Spec Counsel | 0.90 | 994.50 |
| Essner, Zoe | Associate | 13.00 | 9,295.00 |
| Wasson, Megan | Associate | 9.60 | 9,120.00 |
| **TOTAL FEES** | | **28.60** | **$25,396.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/2/2021 | Wasson, Megan | Review TCC exclusivity objection for UCC update (0.8); comment on draft UCC update email re same (0.2). | 1.00 | $950.00 |
| 4/2/2021 | Essner, Zoe | Draft UCC update re TCC objection to Debtors' exclusivity motion, notice of hearing re estimation motion, disclosure statement objections, monthly operating report (1.1). | 1.10 | 786.50 |
| 4/5/2021 | Essner, Zoe | Emails w/ KL team, UCC member, and UCC professionals re rescheduling UCC meeting (0.4). | 0.40 | 286.00 |
| 4/8/2021 | Essner, Zoe | Draft UCC update email re hearing/meeting reminders (0.2). | 0.20 | 143.00 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP     NEW YORK  |  SILICON VALLEY  |  PARIS

KL2 3230869.7



May 28, 2021
Invoice #: 824942
073427-00002
Page 6

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/9/2021 | Wasson, Megan | Draft UCC update email and review pleadings for same (1.0); correspondence with UCC members re rescheduling UCC call (0.4); draft follow up UCC email (0.2). | 1.60 | 1,520.00 |
| 4/12/2021 | Ringer, Rachael L. | Attend UCC meeting re mediation progress, exclusivity motion (0.5). | 0.50 | 600.00 |
| 4/12/2021 | Hamerman, Natan | Attend Committee call re case updates, exclusivity motion (0.5). | 0.50 | 565.00 |
| 4/12/2021 | Wasson, Megan | Prep for (0.2) and attend weekly UCC call re case updates, exclusivity motion (0.5); review UCC update email (0.2). | 0.90 | 855.00 |
| 4/12/2021 | Essner, Zoe | Attend UCC meeting re case updates, exclusivity motion (0.5); draft minutes re same (0.3); draft Committee update re hearing summary, exclusivity hearing, reply in support of exclusivity motion (0.9). | 1.70 | 1,215.50 |
| 4/13/2021 | Wasson, Megan | Review draft update email re exclusivity motion, changes to second amended plan, disclosure statement hearing, TCC declaratory judgment (0.3). | 0.30 | 285.00 |
| 4/14/2021 | Essner, Zoe | Draft UCC update email re exclusivity motion, changes to second amended plan, disclosure statement hearing, TCC declaratory judgment (1.1). | 1.10 | 786.50 |
| 4/14/2021 | Wasson, Megan | Comment on UCC update email re revised plan and DS (0.3). | 0.30 | 285.00 |



May 28, 2021
Invoice #: 824942
073427-00002
Page 7

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/15/2021 | Essner, Zoe | Draft UCC update re estimation objections (0.7). | 0.70 | 500.50 |
| 4/16/2021 | Essner, Zoe | Draft Committee update email re confirmation motion, withdrawal motion objections (0.8); draft second update summarizing Hartford settlement (0.5). | 1.30 | 929.50 |
| 4/18/2021 | Sharret, Jennifer | Review Committee update on settlement (0.1). | 0.10 | 110.50 |
| 4/19/2021 | Ringer, Rachael L. | Attend professionals' call to prep for UCC meeting (0.2); email M. Wasson re: same (0.4); attend UCC call re amended plan, case updates (0.7). | 1.30 | 1,560.00 |
| 4/19/2021 | Hamerman, Natan | Participate majority of Committee meeting re amended plan (0.4). | 0.40 | 452.00 |
| 4/19/2021 | Sharret, Jennifer | Attend majority of Committee call re amended plan (0.5). | 0.50 | 552.50 |
| 4/19/2021 | Wasson, Megan | Prep for (0.7) and attend UCC call re amended plan (0.7); comment on UCC update email (0.2). | 1.60 | 1,520.00 |
| 4/19/2021 | Essner, Zoe | Attend UCC professionals' call re UCC meeting prep (0.2); draft email update re meeting reminder/agenda for UCC (0.2); attend UCC meeting re amended plan (0.7); draft minutes re same (0.3); draft UCC email update re motion to adjourn Confirmation scheduling motion (0.2). | 1.60 | 1,144.00 |



May 28, 2021
Invoice #: 824942
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/20/2021 | Sharret, Jennifer | Review UCC meeting minutes (0.3). | 0.30 | 331.50 |
| 4/20/2021 | Essner, Zoe | Review J. Sharret comments to UCC minutes (0.1); revise minutes re same (0.1). | 0.20 | 143.00 |
| 4/21/2021 | Wasson, Megan | Attend call with UCC member and AlixPartners re business plan issues (1.2). | 1.20 | 1,140.00 |
| 4/21/2021 | Essner, Zoe | Draft UCC update email re minutes, fee apps, Century bar date appeal, Confirmation scheduling motion (1.1). | 1.10 | 786.50 |
| 4/22/2021 | Essner, Zoe | Draft update re exclusivity objection and motion to withdraw reference (1.3); emails w/ Committee member re plan issues (0.3). | 1.60 | 1,144.00 |
| 4/23/2021 | Essner, Zoe | Draft UCC update re meet and confer summary (0.4). | 0.40 | 286.00 |
| 4/26/2021 | Wasson, Megan | Review draft update email re confirmation scheduling motion update, April 29 hearing, TCC declaratory judgment action, order sustaining second omnibus claims objection (0.2). | 0.20 | 190.00 |
| 4/26/2021 | Essner, Zoe | Email w/ KL team, Committee professionals, and Committee re rescheduling meeting (0.3); draft Committee update re confirmation scheduling motion update, April 29 hearing, TCC declaratory judgment action, order sustaining second omnibus claims objection (0.7). | 1.00 | 715.00 |



May 28, 2021
Invoice #: 824942
073427-00002
Page 9

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/27/2021 | Ringer, Rachael L. | Email with Committee member re: case question (0.3). | 0.30 | 360.00 |
| 4/27/2021 | Essner, Zoe | Draft UCC email update re next day UCC meeting and second supplemental disclosure (0.6). | 0.60 | 429.00 |
| 4/28/2021 | Ringer, Rachael L. | Call with UCC professionals re: UCC meeting (0.3); call w/ M. Wasson re prep for UCC meeting (0.2) and attend/lead of UCC call (0.6). | 1.10 | 1,320.00 |
| 4/28/2021 | Hamerman, Natan | Prep for (0.1) and attend UCC professionals' call re preparation for UCC meeting (0.3); participate in weekly Committee call (0.6). | 1.00 | 1,130.00 |
| 4/28/2021 | Wasson, Megan | Attend UCC professionals call (0.3); prep for UCC call (0.5); call with R. Ringer re same (0.2); attend UCC call (0.6); draft UCC update email re PI settlement motion, standing motion joinder (0.5). | 2.10 | 1,995.00 |
| 4/30/2021 | Wasson, Megan | Correspondence with UCC member re plan issues (0.4). | 0.40 | 380.00 |
| **TOTAL** | | | **28.60** | **$25,396.50** |



May 28, 2021
Invoice #: 824942
073427-00006
Page 10

**Adversary Proceedings and Bankruptcy Litigation**

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.80 | $960.00 |
| Hamerman, Natan | Counsel | 1.50 | 1,695.00 |
| Essner, Zoe | Associate | 1.60 | 1,144.00 |
| Wasson, Megan | Associate | 1.40 | 1,330.00 |
| TOTAL FEES | | 5.30 | $5,129.00 |

PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/23/2021 | Essner, Zoe | Review JPM motion to intervene (0.3) and BSA answer (0.3) in TCC adversary; email N. Hamerman and R. Ringer re same (0.2). | 0.80 | $572.00 |
| 4/25/2021 | Hamerman, Natan | Email KL team re intervention in identified property matter (0.1). | 0.10 | 113.00 |
| 4/27/2021 | Ringer, Rachael L. | Call with KL team re: TCC adversary/ discovery (0.8). | 0.80 | 960.00 |
| 4/27/2021 | Hamerman, Natan | Call w/ KL team re discovery and intervention (0.8); confer w/ KL team re same (0.2). | 1.00 | 1,130.00 |
| 4/27/2021 | Essner, Zoe | Attend call w/ M. Wasson, R. Ringer, N. Hamerman re intervention in TCC declaratory judgment action (0.8). | 0.80 | 572.00 |



May 28, 2021
Invoice #: 824942
073427-00006
Page 11

**Adversary Proceedings and Bankruptcy Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/27/2021 | Wasson, Megan | Call with KL team re TCC adversary/ discovery (0.8). | 0.80 | 760.00 |
| 4/28/2021 | Hamerman, Natan | Emails M. Wasson and R. Ringer re UCC intervention in TCC action (0.4). | 0.40 | 452.00 |
| 4/28/2021 | Wasson, Megan | Emails with KL team re intervening in TCC adversary proceeding (0.6). | 0.60 | 570.00 |
| **TOTAL** | | | **5.30** | **$5,129.00** |



May 28, 2021
Invoice #: 824942
073427-00007
Page 12

**Plan/Disclosure Statement Issues**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Holob, Marissa J. | Partner | 1.10 | $1,320.00 |
| Rabinowitz, Daniel A. | Partner | 0.50 | 650.00 |
| Ringer, Rachael L. | Partner | 1.60 | 1,920.00 |
| Hamerman, Natan | Counsel | 2.60 | 2,938.00 |
| Cahn, Avram | Spec Counsel | 2.00 | 2,210.00 |
| Essner, Zoe | Associate | 10.70 | 7,650.50 |
| Wasson, Megan | Associate | 5.70 | 5,415.00 |
| **TOTAL FEES** | | **24.20** | **$22,103.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/5/2021 | Rabinowitz, Daniel A. | Review disclosure statement re insurance issues (0.5). | 0.50 | $650.00 |
| 4/5/2021 | Holob, Marissa J. | Review and comment on disclosure statement (0.3). | 0.30 | 360.00 |
| 4/6/2021 | Cahn, Avram | Review Disclosure Statement re ERISA issues (0.6). | 0.60 | 663.00 |
| 4/7/2021 | Holob, Marissa J. | Comment on DS re ERISA issues (0.8). | 0.80 | 960.00 |
| 4/7/2021 | Cahn, Avram | Review Disclosure Statement re ERISA/tax issues (1.3). | 1.30 | 1,436.50 |



May 28, 2021
Invoice #: 824942
073427-00007
Page 13

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/8/2021 | Wasson, Megan | Review M. Holob comments on disclosure statement and incorporate same (0.5). | 0.50 | 475.00 |
| 4/9/2021 | Cahn, Avram | Further review Disclosure Statement re ERISA issues (0.1). | 0.10 | 110.50 |
| 4/12/2021 | Wasson, Megan | Review and comment on draft joinder to Debtors reply in support of exclusivity (0.4). | 0.40 | 380.00 |
| 4/12/2021 | Essner, Zoe | Summarize precedent plan/DS (0.6); respond to questions re docket summary (0.7). | 1.30 | 929.50 |
| 4/12/2021 | Essner, Zoe | Draft joinder in support for Debtors' reply in support of exclusivity (0.9); review M. Wasson edits to same (0.2); send revised joinder to R. Ringer for review (0.1). | 1.20 | 858.00 |
| 4/13/2021 | Essner, Zoe | Draft pleading re estimation motion (1.1); email re R. Ringer and M. Wasson re same (0.1). | 1.20 | 858.00 |
| 4/14/2021 | Hamerman, Natan | Email with KL and W&C re plan issues (0.2); emails with KL team re Debtors' exclusivity (0.1). | 0.30 | 339.00 |
| 4/14/2021 | Wasson, Megan | Review revised plan and DS (0.9). | 0.90 | 855.00 |
| 4/14/2021 | Essner, Zoe | Review Second Amended Plan (1.3). | 1.30 | 929.50 |
| 4/15/2021 | Essner, Zoe | Revise Plan FAQ re Second Amended Plan (0.7); revise Plan support letter re same (0.4); email re same to M. Wasson (0.2). | 1.30 | 929.50 |



May 28, 2021
Invoice #: 824942
073427-00007
Page 14

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/15/2021 | Essner, Zoe | Review estimation objections (0.6); revise joinder re same (0.4). | 1.00 | 715.00 |
| 4/16/2021 | Essner, Zoe | Review Hartford settlement (0.6). | 0.60 | 429.00 |
| 4/19/2021 | Hamerman, Natan | Email KL re confirmation-related discovery (0.1). | 0.10 | 113.00 |
| 4/20/2021 | Ringer, Rachael L. | Review plan comments and emails from M. Wasson (0.5). | 0.50 | 600.00 |
| 4/20/2021 | Hamerman, Natan | Participate in portion of call with W&C and KL re plan (0.2). | 0.20 | 226.00 |
| 4/20/2021 | Wasson, Megan | Prep for (0.6) and attend call with WC and KL re plan issues (0.6); follow up emails to KL team re same (0.5). | 1.70 | 1,615.00 |
| 4/20/2021 | Essner, Zoe | Call w/ Debtors, M. Wasson, N. Hamerman re plan comments (0.6). | 0.60 | 429.00 |
| 4/22/2021 | Hamerman, Natan | Email KL team re plan discovery issues (0.2). | 0.20 | 226.00 |
| 4/23/2021 | Ringer, Rachael L. | Prepare for (0.2) and attend plan discovery meeting (0.5); emails with KL team re: same (0.4). | 1.10 | 1,320.00 |
| 4/23/2021 | Hamerman, Natan | Participate in plan discovery meeting (0.5); emails with R. Ringer and Z. Essner re same (0.3); email M. Andolina re same (0.2); review discovery requests to Debtors (0.4). | 1.40 | 1,582.00 |
| 4/23/2021 | Essner, Zoe | Attend meet and confer re case updates hosted by Debtors to record notes for Committee (0.5). | 0.50 | 357.50 |



May 28, 2021
Invoice #: 824942
073427-00007
Page 15

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/26/2021 | Hamerman, Natan | Email KL/W&C team re discovery (0.2). | 0.20 | 226.00 |
| 4/27/2021 | Wasson, Megan | Review and comment on draft plan FAQs (0.6). | 0.60 | 570.00 |
| 4/27/2021 | Essner, Zoe | Review R. Ringer comments to Restoration Plan chapter 11 plan FAQ (0.1); revise accordingly (0.6); email R. Ringer and M. Wasson re same (0.2); draft Trade Creditors Plan FAQ (0.7); email R. Ringer and M. Wasson re same (0.1). | 1.70 | 1,215.50 |
| 4/28/2021 | Hamerman, Natan | Emails with M. Andolina re confirmation related discovery (0.2). | 0.20 | 226.00 |
| 4/28/2021 | Wasson, Megan | Call with Debtors' counsel re case/plan issues (0.3); correspondence with KL team re same (0.3). | 0.60 | 570.00 |
| 4/30/2021 | Wasson, Megan | Review DS objections (1.0). | 1.00 | 950.00 |
| **TOTAL** | | | **24.20** | **$22,103.50** |



May 28, 2021
Invoice #: 824942
073427-00011
Page 16

**Creditor Communications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Essner, Zoe | Associate | 0.10 | $71.50 |
| **TOTAL FEES** | | **0.10** | **$71.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/14/2021 | Essner, Zoe | Call w/ creditor re case questions (0.1). | 0.10 | $71.50 |
| **TOTAL** | | | **0.10** | **$71.50** |



May 28, 2021
Invoice #: 824942
073427-00013
Page 17

**Employee and Labor Issues**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Holob, Marissa J. | Partner | 0.60 | $720.00 |
| **TOTAL FEES** | | **0.60** | **$720.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/9/2021 | Holob, Marissa J. | Review tax issues re restoration plan (0.6). | 0.60 | $720.00 |
| **TOTAL** | | | **0.60** | **$720.00** |



May 28, 2021
Invoice #: 824942
073427-00017
Page 18

**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Essner, Zoe | Associate | 8.50 | $6,077.50 |
| Wasson, Megan | Associate | 1.90 | 1,805.00 |
| Beck, Samuel | Paralegal | 16.60 | 7,304.00 |
| **TOTAL FEES** | | **27.00** | **$15,186.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/2/2021 | Wasson, Megan | Review and comment on draft January fee application (0.3). | 0.30 | $285.00 |
| 4/2/2021 | Essner, Zoe | Review January fee application and prepare same for filing (0.2). | 0.20 | 143.00 |
| 4/2/2021 | Beck, Samuel | Prepare January fee application for filing (1.9) and email KL team re same (0.5). | 2.40 | 1,056.00 |
| 4/4/2021 | Beck, Samuel | Review February fee statement for compliance with local rules and UST guidelines (1.0); prepare chart of expenses in preparation of response to 4th interim fee examiner reports (0.3). | 1.30 | 572.00 |
| 4/6/2021 | Essner, Zoe | Emails w/ UCC professionals re CNOs re fee applications (0.1); review fourth interim fee application revisions by S. Beck (0.1). | 0.20 | 143.00 |



May 28, 2021
Invoice #: 824942
073427-00017
Page 19

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/7/2021 | Beck, Samuel | Review and revise fourth interim fee application and exhibits (1.8). | 1.80 | 792.00 |
| 4/9/2021 | Essner, Zoe | Review February fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (2.2); review March fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (1.9). | 4.10 | 2,931.50 |
| 4/9/2021 | Beck, Samuel | Further review fourth interim fee application and exhibits (2.3). | 2.30 | 1,012.00 |
| 4/13/2021 | Beck, Samuel | Review February fee statement for compliance with local rules and UST guidelines (1.0). | 1.00 | 440.00 |
| 4/14/2021 | Essner, Zoe | Email w/ UCC professionals re filing AlixPartners' February fee application (0.1); email S. Beck re KL February and March fee applications (0.1). | 0.20 | 143.00 |
| 4/14/2021 | Beck, Samuel | Review March fee statement for compliance with local rules and UST guidelines (1.0); draft February fee application and exhibits (0.7); draft March fee application and exhibits (0.5); emails to KL team re same (0.2). | 2.40 | 1,056.00 |
| 4/16/2021 | Essner, Zoe | Draft February fee application and exhibits (1.1); draft March fee application and exhibits (0.7). | 1.80 | 1,287.00 |



May 28, 2021
Invoice #: 824942
073427-00017
Page 20

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 4/19/2021 | Essner, Zoe | Draft budget for fourth interim period (0.3); email M. Wasson and R. Ringer re same (0.1); review M. Wasson comments to February fee statement (0.2); review January draft CNO (0.1); email R. Ringer and M. Wasson re fourth interim fee application (0.2). | 0.90 | 643.50 |
| 4/19/2021 | Beck, Samuel | Review February fee statement for compliance with local rules and UST guidelines (0.2) and email KL team re same (0.1). | 0.30 | 132.00 |
| 4/19/2021 | Beck, Samuel | Review fourth interim fee application and exhibits (0.6). | 0.60 | 264.00 |
| 4/20/2021 | Wasson, Megan | Review and comment on March fee application and exhibits (0.4) and review March fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (0.7). | 1.10 | 1,045.00 |
| 4/20/2021 | Essner, Zoe | Prepare fourth interim fee application for filing (0.3); review M. Wasson comments to February and March fee statements (0.2). | 0.50 | 357.50 |
| 4/20/2021 | Beck, Samuel | Review February fee statement for compliance with local rule sand UST guidelines (0.3); review March fee statement for compliance with local rules and UST guidelines (0.3); review LEDES re same files and send to J. Rucki (0.3); prepare fourth interim fee application for filing (0.7). | 1.60 | 704.00 |



May 28, 2021
Invoice #: 824942
073427-00017
Page 21

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 4/21/2021 | Wasson, Megan | Review draft February fee application and exhibits (0.5). | 0.50 | 475.00 |
| 4/21/2021 | Beck, Samuel | Review February and March fee applications and exhibits (1.5); correspondence with KL team re same (0.3). | 1.80 | 792.00 |
| 4/27/2021 | Essner, Zoe | Review R. Ringer comments to February and March fee statements (0.2); revise same accordingly (0.4). | 0.60 | 429.00 |
| 4/27/2021 | Beck, Samuel | Review March and February fee statements for compliance with local rules and UST guidelines (0.6). | 0.60 | 264.00 |
| 4/30/2021 | Beck, Samuel | Review fourth omnibus fee order (0.5). | 0.50 | 220.00 |
| **TOTAL** | | | **27.00** | **$15,186.50** |



May 28, 2021
Invoice #: 824942
073427-00018
Page 22

**Cash Collateral**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 2.00 | $2,400.00 |
| Hamerman, Natan | Counsel | 4.00 | 4,520.00 |
| Essner, Zoe | Associate | 1.10 | 786.50 |
| Wasson, Megan | Associate | 8.30 | 7,885.00 |
| **TOTAL FEES** | | **15.40** | **$15,591.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/26/2021 | Hamerman, Natan | Email KL team re statement re standing motion (0.1). | 0.10 | $113.00 |
| 4/26/2021 | Wasson, Megan | Review JPM pleading re standing motion (0.4) and TCR/FCR/TCC pleadings re standing motion (0.8). | 1.20 | 1,140.00 |
| 4/26/2021 | Essner, Zoe | Draft joinder to standing motion objection (0.8). | 0.80 | 572.00 |
| 4/27/2021 | Essner, Zoe | Review M. Wasson comments to joinder to standing motion objection (0.1); email same to R. Ringer for review (0.2). | 0.30 | 214.50 |
| 4/27/2021 | Wasson, Megan | Review and revise draft joinder to objection to standing motion (0.7). | 0.70 | 665.00 |



May 28, 2021
Invoice #: 824942
073427-00018
Page 23

**Cash Collateral**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/28/2021 | Ringer, Rachael L. | Numerous emails with KL team re: response to standing motion (0.7); further emails with KL team re: same (0.4). | 1.10 | 1,320.00 |
| 4/28/2021 | Hamerman, Natan | Review standing objection by W&C (0.4); emails w/ KL team re same and strategy (0.4); review UCC limited joinder (0.4); emails w/ KL team re edits to same (0.5); edit same (0.4). | 2.10 | 2,373.00 |
| 4/28/2021 | Wasson, Megan | Revise joinder re standing motion objection (1.8) and email KL team re same (0.3); review draft standing motion objections from JPM and Debtors (1.2). | 3.30 | 3,135.00 |
| 4/29/2021 | Ringer, Rachael L. | Review/revise joinder re: standing motion (0.6); emails with KL team re: same (0.3). | 0.90 | 1,080.00 |
| 4/29/2021 | Hamerman, Natan | Numerous emails with R. Ringer and M. Wasson re joinder (0.5); review JPMorgan objection (0.3); comment on edits to Committee's joinder re standing motion (0.3). | 1.10 | 1,243.00 |
| 4/29/2021 | Wasson, Megan | Review draft JPM and BSA standing motion objections (1.2); review filed versions of same (0.7); review and revise UCC standing motion objection joinder (0.8); correspondence with KL team and WC team re same (0.4). | 3.10 | 2,945.00 |



May 28, 2021
Invoice #: 824942
073427-00018
Page 24

**Cash Collateral**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/30/2021 | Hamerman, Natan | Prep for call with BSA/M. Andolina re standing motion (0.2); participate in same (0.3); email summary of same to M. Wasson, R. Ringer, Z. Essner (0.2). | 0.70 | 791.00 |
| **TOTAL** | | | **15.40** | **$15,591.50** |



May 28, 2021
Invoice #: 824942
073427-00020
Page 25

**Committee Investigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 0.30 | $339.00 |
| Beck, Samuel | Paralegal | 4.10 | 1,804.00 |
| **TOTAL FEES** | | **4.40** | **$2,143.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/4/2021 | Beck, Samuel | Review data room documents (0.4). | 0.40 | $176.00 |
| 4/5/2021 | Beck, Samuel | Prepare summary of data room documents for KL team (0.6). | 0.60 | 264.00 |
| 4/9/2021 | Beck, Samuel | Review data room documents (0.4); prepare summary for KL team re same (0.4). | 0.80 | 352.00 |
| 4/12/2021 | Hamerman, Natan | Email KL team re discovery call (0.2). | 0.20 | 226.00 |
| 4/20/2021 | Beck, Samuel | Review data room documents (0.3) and prepare summary for KL team re same (0.3). | 0.60 | 264.00 |
| 4/21/2021 | Hamerman, Natan | Review discovery issues (0.1). | 0.10 | 113.00 |
| 4/23/2021 | Beck, Samuel | Review data room documents (0.4). | 0.40 | 176.00 |
| 4/27/2021 | Beck, Samuel | Review data room documents (1.3). | 1.30 | 572.00 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP     NEW YORK  |  SILICON VALLEY  |  PARIS

KL2 3230869.7



May 28, 2021
Invoice #: 824942
073427-00020
Page 26

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| TOTAL | | | 4.40 | $2,143.00 |



May 28, 2021
Invoice #: 824942
073427-00021
Page 27

**Hearings and Court Matters**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 2.00 | $2,400.00 |
| Hamerman, Natan | Counsel | 1.30 | 1,469.00 |
| Essner, Zoe | Associate | 1.60 | 1,144.00 |
| Wasson, Megan | Associate | 1.00 | 950.00 |
| Beck, Samuel | Paralegal | 0.70 | 308.00 |
| **TOTAL FEES** | | **6.60** | **$6,271.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/12/2021 | Ringer, Rachael L. | Prep for (0.5) and attend status conference re mediation progress, motion to adjourn DS to record summary for Committee (0.9); emails with KL team re: same (0.6). | 2.00 | $2,400.00 |
| 4/12/2021 | Hamerman, Natan | Attend status conference re mediation progress, motion to adjourn DS to record summary for Committee (0.9). | 0.90 | 1,017.00 |
| 4/12/2021 | Wasson, Megan | Prepare for (0.1) and attend status conference re mediation progress, motion to adjourn DS (0.9). | 1.00 | 950.00 |



May 28, 2021
Invoice #: 824942
073427-00021
Page 28

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 4/12/2021 | Essner, Zoe | Attend status conference re mediation progress, motion to adjourn DS to record summary for Committee (0.9). | 0.90 | 643.50 |
| 4/13/2021 | Hamerman, Natan | Review 4/15 hearing agenda (0.2). | 0.20 | 226.00 |
| 4/15/2021 | Hamerman, Natan | Email KL team re status of 4/15 hearing (0.2). | 0.20 | 226.00 |
| 4/26/2021 | Essner, Zoe | Email R. Ringer re pending motion and pleadings scheduled for May 19 hearing (0.7). | 0.70 | 500.50 |
| 4/26/2021 | Beck, Samuel | Prepare list of matters to be heard at upcoming 4/29 omnibus hearing (0.7). | 0.70 | 308.00 |
| **TOTAL** | | | **6.60** | **$6,271.00** |



May 28, 2021
Invoice #: 824942
073427-00022
Page 29

**Insurance Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Essner, Zoe | Associate | 1.80 | $1,287.00 |
| **TOTAL FEES** | | **1.80** | **$1,287.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/22/2021 | Essner, Zoe | Review precedent insurance/bankruptcy decisions (1.5); email R. Ringer re same (0.3). | 1.80 | $1,287.00 |
| **TOTAL** | | | **1.80** | **$1,287.00** |



May 28, 2021
Invoice #: 824942
073427-00025
Page 30

**Professional Retention**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Sharret, Jennifer | Spec Counsel | 0.30 | $331.50 |
| Essner, Zoe | Associate | 0.70 | 500.50 |
| **TOTAL FEES** | | **1.00** | **$832.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/12/2021 | Sharret, Jennifer | Correspondence with R. Ringer re: information for supplemental declaration (0.1). | 0.10 | $110.50 |
| 4/21/2021 | Sharret, Jennifer | Review BSA Retention Application (0.1); correspondence with Z. Essner re: supplemental declaration (0.1). | 0.20 | 221.00 |
| 4/21/2021 | Essner, Zoe | Review correspondence w/ KL team re potential disclosure (0.2); review parties-in-interest list (0.2); email KL team re potential disclosure (0.1). | 0.50 | 357.50 |
| 4/27/2021 | Essner, Zoe | Review R. Ringer comments to draft supplemental declaration (0.1); circulate same to Committee professionals (0.1). | 0.20 | 143.00 |
| **TOTAL** | | | **1.00** | **$832.00** |



May 28, 2021
Invoice #: 824942
073427-00029
Page 31

**Communications with Debtors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.50 | $1,800.00 |
| Hamerman, Natan | Counsel | 1.80 | 2,034.00 |
| Essner, Zoe | Associate | 0.90 | 643.50 |
| Wasson, Megan | Associate | 0.30 | 285.00 |
| **TOTAL FEES** | | **4.50** | **$4,762.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/7/2021 | Ringer, Rachael L. | Attend portion of call with Debtors re: plan updates (0.4). | 0.40 | $480.00 |
| 4/7/2021 | Hamerman, Natan | Attend weekly call with W&C (0.4); email KL and W&C re same (0.1). | 0.50 | 565.00 |
| 4/9/2021 | Hamerman, Natan | Emails w/ Debtors re weekly call (0.1). | 0.10 | 113.00 |
| 4/12/2021 | Ringer, Rachael L. | Attend weekly call with Debtors re: case updates (0.3); emails with KL team re: same (0.2). | 0.50 | 600.00 |
| 4/12/2021 | Hamerman, Natan | Attend weekly call with W&C (0.3); emails re same with R. Ringer (0.1). | 0.40 | 452.00 |
| 4/12/2021 | Essner, Zoe | Attend weekly status call w/ Debtors, M. Wasson, R. Ringer, N. Hamerman (0.3). | 0.30 | 214.50 |



May 28, 2021
Invoice #: 824942
073427-00029
Page 32

**Communications with Debtors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/12/2021 | Wasson, Megan | Weekly call with the Debtors and KL team (0.3). | 0.30 | 285.00 |
| 4/26/2021 | Ringer, Rachael L. | Call with Debtors and KL Team re: case updates (0.6). | 0.60 | 720.00 |
| 4/26/2021 | Hamerman, Natan | Attend weekly call with W&C re case updates (0.6). | 0.60 | 678.00 |
| 4/26/2021 | Essner, Zoe | Call w/ the Debtors and KL team re case update (0.6). | 0.60 | 429.00 |
| 4/28/2021 | Hamerman, Natan | Email R. Ringer, M. Wasson, Z. Essner re communications with Debtor (0.2). | 0.20 | 226.00 |
| **TOTAL** | | | **4.50** | **$4,762.50** |