EXHIBIT B

Expense Summary

KL2 3232766.4

## EXHIBIT B

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Pacer Online Research | Pacer | $25.80 |
| Telecommunication Charges | LoopUp | $255.39 |
| Transcript Fees | Reliable | $44.40 |
| **TOTAL** | | **$325.59** |

---

[5] Kramer Levin reduced its expenses by $840.50 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.