## Exhibit A

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**February 1, 2021 through February 28, 2021**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 36.6 | $23,132.50 |
| Cash | 70.4 | $44,367.50 |
| Claims | 222.8 | $119,607.50 |
| Contracts | 0.6 | $415.00 |
| Court | 5.5 | $4,287.50 |
| Employee | 2.4 | $1,580.00 |
| Fee Applications | 3.0 | $1,562.50 |
| Financial Analysis | 665.4 | $384,690.00 |
| Info Req | 95.6 | $69,125.00 |
| Litigation | 39.8 | $37,000.00 |
| MOR | 7.5 | $4,520.00 |
| Motions/Orders | 4.3 | $2,905.00 |
| Plan DS | 266.8 | $192,670.00 |
| Retention | 2.3 | $2,105.00 |
| Status Meeting | 71.5 | $64,995.00 |
| Vendor Management | 2.4 | $1,837.50 |
| **Subtotal** | **1,496.9** | **$954,800.00** |
| **Voluntary Reduction - General** | **-18.9** | **-$9,963.00** |
| **Total** | **1,478.0** | **$944,837.00** |