## Exhibit B

**Summary of Time Detail by Professional**

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### February 1, 2021 through February 28, 2021

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,075.00 | 169.7 | $182,427.50 |
| Erin McKeighan | Managing Director | $900.00 | 31.1 | $27,990.00 |
| Trevor Phillips | Managing Director | $725.00 | 0.3 | $217.50 |
| Carl Binggeli | Director | $750.00 | 215.9 | $161,925.00 |
| Mark Zeiss | Director | $675.00 | 2.4 | $1,620.00 |
| Robert Edgecombe | Director | $525.00 | 47.7 | $25,042.50 |
| Scott Blasingame | Manager | $475.00 | 0.3 | $142.50 |
| Ryan Walsh | Senior Associate | $675.00 | 206.7 | $139,522.50 |
| Tim Deters | Senior Associate | $650.00 | 184.0 | $119,600.00 |
| Christian Schoerner | Associate | $375.00 | 30.8 | $11,550.00 |
| Trevor DiNatale | Consultant | $575.00 | 10.9 | $6,267.50 |
| Gerard Gigante | Consultant | $525.00 | 56.3 | $29,557.50 |
| Davis Jochim | Analyst | $475.00 | 192.0 | $91,200.00 |
| Lewis Kordupel | Analyst | $475.00 | 242.9 | $115,377.50 |
| Cally McGee | Analyst | $400.00 | 105.9 | $42,360.00 |
| | | *Subtotal* | 1,496.9 | $954,800.00 |
| | | *Voluntary Reduction - General* | -18.9 | -$9,963.00 |
| | | *Total* | 1,478.0 | $944,837.00 |