## Exhibit E

**Summary of Expense Detail by Category**

*Exhibit E*

***Boy Scouts of America and Delaware BSA, LLC***
***Summary of Expense Detail by Category***
***February 1, 2021 through February 28, 2021***

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Miscellaneous | $695.07 |
| ***Total*** | **$695.07** |