**Exhibit F**

**Expense Detail by Category Professional**

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### February 1, 2021 through February 28, 2021

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Walsh | 2/1/2021 | $6.52 | WebEx Charges. |
| Erin McKeighan | 2/28/2021 | $688.55 | CMS Monthly Data Storage Fee. |
| **Expense Category Total** | | **$695.07** | |
| *Grand Total* | | **$695.07** | |