

FILED
2021 JUN -4  AM 9:23
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor,

I feel a bit uncomfortable with discussing this issue however, someone has to. Just imagine what a world this would be without women and men of bravery, courage, and fortitude. men and women like yourselves have to make some very important decisions for us all. You have a very hard job where you sit, literally. I know that your position places you right in the middle of some very serious issues and some very serious "politics"!

I'm asking that you please put all your prejudices aside to listen to a few short words of mine. Now, I know that I'm a nobody, from no particular agency, association, or wealthy family for you to have to pay attention. No, I'm just a born and raised American citizen. I might add that being an American, to me anyway, is a blessing! That alone makes a huge difference in this world, being born here. Well, it used to be much more but now, I feel that we have lost some of that good old USA reputation. Just my opinion. My family came from Italy, both my Mom's side and my Fathers side. I know from my family that things weren't so easy for them when my family arrived here. They were the ▮▮▮▮▮ back then. However, they heard of the "streets of gold" back in Italy and decided this, the USA was where they were going to come and start over, build a new life for themselves, their children, and they did! It didn't matter that they were the immigrants or that they were subject to prejudices, all the more they made a success out of a hurtful welcoming. We all know that this was and still is a country "blessed" by God Himself!

They made it through those times and became very successful, both sides of my family. Through the fighting for civil rights and the laws of this great nation, they were eventually seen differently. My grandfather was a military man in Quonset Point, RI., and fought in WWII. He had to go through NE Africa and Italy to fight his own people to help the USA defeat tyranny and genocide. The great things about this country are the reasons he fought. He wanted to help protect the liberties and freedoms that we have and represent to the whole world. That's exactly what this is about as well. Affording the protections of those laws to its people and especially its future, its CHILDREN! Not for the streets of gold but, for the Constitution, its justice system, and the government that upholds it. The Bill of Rights is a blessing and I thank God our forefathers had the fortitude and courage to create it. All of our freedoms are sometimes taken for granted and, sometimes completely forgotten by those who choose to break our moral laws. One of the best parts about our country is just that, the ability to set things right! No matter what the situation, if there's an injustice, it can and usually is corrected. Thank God for the Supreme Court, right?! I'm asking you your Honors' to look at this case with your clear eyes, not the blindfolded ones that lady liberty has. The eyes of Justice! Eyes that can see that this case has become a farce, it is no longer about those of us who have been violated, or about the future protection of our precious children! It's now about insurance companies, corporations, and not about the real issue! The issue of CHILDREN! Children like myself that have a piece of them taken, forever. Robbed and tainted for the rest of our lives! When you see the numbers in this

case it's astonishing. The abused and affected is just sickening! What could have become of all of those children, of us had this not have happened? Presidents, Senators, Judges, Astronauts, ...etc. Make no mistake your Honor's, this truly affects whomever it touches. There is no remedy and your childhood can never be replaced. There's no pill, medicine, therapy, and no amount of money that changes what that does to you.

Someone IS responsible, and it's the BSA. There is only one topic here, ABUSE! CHILD ABUSE!

Please do as our forefathers did. Look at your heart and see through these tactics and protect your fellow Americans and the future of this country. Our future children have every right to be protected as anyone, and this will help stop those who are responsible. Your decision says it all to those predators out there and also to those who allow this type of behavior! Imagine one of your children is abused, how would you feel, what would you want to be done? Please use the power you've been given to help us and all those future kids. Don't let the corporations dictate this outcome! Make this wrong right for all of the Father's and Mother's who set out to make a better life for their kids! Those who fled and traveled thousands of miles for a better life, to a better country, full of better men and women. Your Honors' please help stop this abuse forever by saying NO, you can't make billions of dollars here and destroy our youth. Our children are not yours to destroy!

Make a stand for generations to come! This is in your hands, in your direct view without a blindfold. Your eyes see these tactics, and they see the injustice, please help those who couldn't and cannot help themselves.

You have the power, use it! Please help us all your Honors', I'm speaking for all of us affected and those that need your protection now. My family and all the other families need you. I can't even imagine having that power, the powers you have to make such an impact now and for years to come. Having all these permanently scarred people depending on you for justice and for their family's protection.

Well, I see it this way your Honors', your names will forever be remembered as the judges who stood for justice! Case law with your name written in history and not for prideful selfish reasons, for JUSTICE, for doing the RIGHT thing! Your colleagues, friends, family, all of us, including the children of today and tomorrow, will all be forever thankful to you! This is where you change things. Where your decision starts a new beginning and the scars of the past can begin to heal. Being a father myself was torture. I didn't leave my son anywhere! Watching every move, every adult's smile, handshake, or particular interest in my child, sent me through thoughts I don't care to remember. That's debilitating! You have the ability to change people's lives! Fathers will no, longer have those feelings I had. You can do this! I don't know about your beliefs, if you're religious at all so, I'll simply say this, by changing all the lives you're about to change, you WILL be rewarded and blessed for the Kingdom is of children! I have Faith, I believe, and I believe in you!

[signature redacted]

LAS VEGAS NV 890
29 MAY 2021 PM 3 L

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

