

Good day Justice [REDACTED], May 2021

FILED
2021 JUN -4 AM 9:16
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I hope this letter finds you well. This month I received a letter requesting that I should write to you to tell you what happened to me.

In 1977, Boy Scout leader [REDACTED] (of Bayonne, NJ) did corner me in his basement at a BS/GS Halloween party at their residence [REDACTED]

He was dressed as Uncle Fester. I told my mother but she said I must have been confused, No one believed me.

About a few years later [REDACTED] (his son) did kill him for beating his wheel chair bound mother Mrs. [REDACTED]

Mrs. [REDACTED] was a very wonderful Girl Scout leader, but her husband had beat her and the children and no one knew.

It was very h[REDACTED]

Thank you for Reading this letter. Please Know that I was called a LIAR and that I made up stories most of my childhood because \* I tried to Report what happened. It was very scary and disgusting. ▮ was a very very bad man and should have never been allowed to be a Boy Scout Leader.

Thank you,

▮

Hect SA-▮