**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al.*, | Case No. 20-10343 (LSS) |
| Debtors.[1] | Jointly Administered |
| | **Objection Deadline:** <br> **June 18, 2021 at 4:00 p.m. (ET)** |

**NOTICE OF TWELFTH MONTHLY FEE APPLICATION OF KCIC, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2021 TO AND INCLUDING APRIL 30, 2021**

PLEASE TAKE NOTICE that today, KCIC, LLC, as insurance and valuation consultant to the Debtors in the above-captioned cases, filed the attached **Twelfth Monthly Fee Application of KCIC, LLC, for Allowance of Compensation and for Reimbursement of Expenses for the Period From April 1, 2021 to and Including April 30, 2021** (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application, must be: (a) filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, by **June 18, 2021 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (b) served so as to be received on or before the Objection Deadline by:

  i. the Applicant: KCIC, LLC, 1401 I Street, NW, Suite 1200, Washington, DC 20005, Attn: Elizabeth Hanke, hankee@kcic.com;

  ii. the Debtors: Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan, steve.mcgowan@scouting.org;

  iii. counsel to the Debtors: White & Case LLP, 111 South Wacker Drive, Chicago, Illinois 60606, Attn: Matthew E. Linder, mlinder@whitecase.com;

  iv. co-counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, Delaware 19801, Attn: Derek C. Abbott, dabbott@morrisnichols.com;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

v.     the Office of the United States Trustee: J. Caleb Boggs Federal Building, Room 2207, 844 N. King Street, Wilmington, Delaware 19801, Attn: David Buchbinder, david.l.buchbinder@usdoj.gov; and Hannah M. McCollum, hannah.mccollum@usdoj.gov;

vi.     counsel to the Creditors' Committee: Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Rachael Ringer, rringer@kramerlevin.com and Megan M. Wasson, mwasson@kramerlevin.com;

vii.     counsel to the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067, Attn: James I. Stang, jstang@pszjlaw.com;

viii.     counsel to the Future Claimants' Representative: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady, rbrady@ycst.com and Edwin J. Harron, eharron@ycst.com;

ix.     counsel to the Ad Hoc Committee of Local Councils: Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason, rgmason@wlrk.com and Joseph C. Celentino, jccenlentino@wlrk.com;

x.     counsel to JPMorgan Chase Bank, National Association: Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck, louis.strubeck@nortonrosefullbright.com and Kristian W. Gluck, kristian.gluck@nortonrosefullbright.com;

xi.     counsel to the County Commission of Fayette County (West Virginia): Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump; and

xii.     Rucki Fee Review, LLC: 1111 Windon Drive, Wilmington, Delaware 19803, Attn: Justin Rucki, justinrucki@ruckifeereview.com.

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated:  June 4, 2021<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4664<br>Email:  dabbott@morrisnichols.com<br>       aremming@morrisnichols.com<br>       emoats@morrisnichols.com<br>       ptopper@morrisnichols.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice)*<br>Blair M. Warner (admitted *pro hac vice)*<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>       mlinder@whitecase.com<br>       laura.baccash@whitecase.com<br>       blair.warner@whitecase.com<br><br>*Attorneys for the Debtors and Debtors in Possession* |