## Exhibit A

## Summary of Services

| Task Category | Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|---|
| LC Notice | 4/1/2021 | Taylor, Victor | Investigate correspondence review question. | 0.4 | $172.00 |
| LC Notice | 4/1/2021 | Hanke, Elizabeth | Call with L. Butterworth to discuss notice for specific carrier (.3); call with carrier re notice for specific council (.4); review inbox correspondence (.5). | 1.2 | $720.00 |
| LC Notice | 4/1/2021 | Butterworth, Luke | Prepare specific council notice letters to be sent (.5); review new contact listing for new notice letter batch (.2); draft emails to specific carriers (.6); phone call with insurance rep from specific carrier (.2); call with E. Hanke to discuss notice for specific carrier (.3); code correspondence in database (.3); address and organize email inbox (.1); prepare scripts for evidence production inserts (.4). | 2.6 | $650.00 |
| LC Notice | 4/1/2021 | Klauck, Sheila | Finalize correspondence coding process plan (.4); review correspondence notice records for councils with manual requests or comments (2.5); insert new local council contact information into database (.6); review contact information for batch of 111 notice emails (.7). | 4.2 | $1,680.00 |
| LC Notice | 4/2/2021 | Hanke, Elizabeth | Review list of local council-only carriers from L. Butterworth. | 0.1 | $60.00 |
| LC Notice | 4/2/2021 | Klauck, Sheila | Review notice emails receipts and update correspondence statuses (.3); call with L. Butterworth re local council-only carriers (.4). | 0.7 | $280.00 |
| LC Notice | 4/2/2021 | Taylor, Victor | Review notice email send for issues. | 0.2 | $86.00 |
| LC Notice | 4/2/2021 | Minter, Matthew | Review and confirm files and directories for next batch of notice emails (1.0); review and confirm notice flow results (.4). | 1.4 | $280.00 |
| LC Notice | 4/2/2021 | Butterworth, Luke | Call with S. Klauck re local council-only carriers (.4); create SQL script to generate listing for local council-only carriers, associated local councils, and additional information to send to B. Warner (2.6); search for and upload authorization letter for specific local council (.3); Teams messages with M. Minter re status of notice email batch delivery (.1); address and organize BSA email inbox (.2). | 3.6 | $900.00 |
| LC Notice | 4/5/2021 | Monroe, Kelly | Review correspondence tracking process notes. | 0.7 | $140.00 |
| LC Notice | 4/5/2021 | Butterworth, Luke | Review additional notice correspondence (.4); Teams messages with E. Hanke re outstanding notice correspondence issues (.2); call with S. Klauck re carrier claim counts (.2). | 0.8 | $200.00 |
| LC Notice | 4/5/2021 | Klauck, Sheila | Call with L. Butterworth re carrier claim counts. | 0.2 | $80.00 |
| LC Notice | 4/5/2021 | Hanke, Elizabeth | Team chats with L. Butterworth re status (.1); review local council only policies (.6); draft email with questions for S. Klauck and L. Butterworth same (.3). | 1 | $600.00 |
| LC Notice | 4/6/2021 | Butterworth, Luke | Update local council notice confirmation tracker with new responses and "notice sent" statuses (.5); update authorization letter for specific council (.1); address and organize emails from specific councils (.3); address and organize emails from specific carriers (.4); prepare agenda for notice status meeting (.5)." | 1.8 | $450.00 |
| LC Notice | 4/7/2021 | Minter, Matthew | Code notice correspondence. | 0.9 | $180.00 |
| LC Notice | 4/7/2021 | Klauck, Sheila | Teams messages with L. Butterworth re status meeting agenda (.1); review and import automated notice email responses into database (.9). | 1 | $400.00 |

| | | | | | |
|---|---|---|---|---|---|
| LC Notice | 4/7/2021 | Butterworth, Luke | Finalize agenda for status meeting (.5); Teams messages with S. Klauck re status meeting agenda (.1); update authorization confirmation tracker with new statuses for local councils (.3); research insurance evidence in regards to proper notice for specific council (.6); review and organize BSA notice inbox (.2); review inbox and code new correspondence records in database for new emails (.6). | 2.3 | $575.00 |
| LC Notice | 4/8/2021 | Hanke, Elizabeth | Discuss outstanding notice issues with S. Klauck, L. Butterworth, V. Taylor and N. Sochurek (in part .4); email correspondence with councils re various notice responses (.2). | 0.6 | $360.00 |
| LC Notice | 4/8/2021 | Sochurek, Nicholas | Discuss outstanding notice issues with S. Klauck, L. Butterworth and V. Taylor and in part with E. Hanke. | 0.4 | $240.00 |
| LC Notice | 4/8/2021 | Butterworth, Luke | Teams messages with S. Klauck re deadline for coding backlog correspondence (.1); reach out to specific carrier to try and obtain contact information (.2); discuss outstanding notice issues with S. Klauck, V. Taylor, E. Hanke and N. Sochurek (.8). | 1.1 | $275.00 |
| LC Notice | 4/8/2021 | Minter, Matthew | Notice correspondence coding (.3); discuss correspondence coding process and troubleshoot pain points with K. Monroe, S. Klauck, V. Taylor, L. Butterworth (.7). | 1 | $200.00 |
| LC Notice | 4/8/2021 | Taylor, Victor | Discuss outstanding notice issues with E. Hanke, L. Butterworth, S. Klauck and N. Sochurek (.8); discuss correspondence coding process and troubleshoot pain points with M. Minter, K. Monroe, S. Klauck, and L. Butterworth (.7). | 1.5 | $645.00 |
| LC Notice | 4/8/2021 | Monroe, Kelly | Review correspondence coding tables and queue (.7); code correspondence (1.1); discuss correspondence coding process and troubleshoot pain points with M. Minter, S. Klauck, V. Taylor, and L. Butterworth (.7). | 2.5 | $500.00 |
| LC Notice | 4/8/2021 | Klauck, Sheila | Discuss outstanding notice issues with E. Hanke, L. Butterworth, V. Taylor and N. Sochurek (.8); discuss correspondence coding process and troubleshoot pain points with M. Minter, K. Monroe, V. Taylor, and L. Butterworth (.7); update correspondence entry form (2.5). | 4 | $1,600.00 |
| LC Notice | 4/9/2021 | Hanke, Elizabeth | Email exchange with J. Celentino re certain local councils (.2); review local council inbox and related tasks (.3). | 0.5 | $300.00 |
| LC Notice | 4/9/2021 | Taylor, Victor | Review document production for notice procedures. | 0.3 | $129.00 |
| LC Notice | 4/9/2021 | Butterworth, Luke | Respond to specific local council re policies derived from evidence (.4); review and respond to emails from specific carriers (.4); prepare updates to tblEvidenceProduction for evidence sharing with carriers (.3). | 1.1 | $275.00 |
| LC Notice | 4/9/2021 | Klauck, Sheila | Review and code notice correspondence records (3.3); update notice correspondence dashboard and entry form (.8). | 4.1 | $1,640.00 |
| LC Notice | 4/12/2021 | Sochurek, Nicholas | Emails with E. Hanke re responses to insurer questions. | 0.2 | $120.00 |
| LC Notice | 4/12/2021 | Hanke, Elizabeth | Email exchange with N. Sochurek re status of certain council. | 0.1 | $60.00 |
| LC Notice | 4/12/2021 | Klauck, Sheila | Discuss notice review process with V. Taylor (.4); review and code local council notice correspondence records (.5). | 0.9 | $360.00 |
| LC Notice | 4/12/2021 | Monroe, Kelly | Review and code local council correspondence records. | 2.4 | $480.00 |
| LC Notice | 4/12/2021 | Butterworth, Luke | Teams chats with V. Taylor re evidence production for specific insurer (.1); discuss evidence production for specific insurer with V. Taylor (.2); draft generic email to outside council of specific insurer (.5); review evidence production for specific insurer (.4); email communications with E. Hanke and N. Sochurek re email response draft to specific insurer (.1); review and revise listing of local council policies for specific insolvent carrier (.6); code correspondence records in database (.9); reconcile new local council notice authorization letters and update authorization tracker sheet (.7); draft follow up emails to local councils who have not filled out the authorization form (.4). | 3.9 | $975.00 |

| | | | | | |
|---|---|---|---|---|---|
| LC Notice | 4/12/2021 | Taylor, Victor | Put together notice document production queries (2.3); discuss evidence production for specific insurer with L. Butterworth (.2); discuss notice review process with S. Klauck (.4); review notice correspondences (1.2); Teams chats with L. Butterworth re evidence production for specific insurer (.1). | 4.2 | $1,806.00 |
| LC Notice | 4/13/2021 | Butterworth, Luke | Reconcile outstanding Local Councils for notice letters (.5); draft and send Teams message to entire team re status of notice letters (.2); produce evidence for specific carrier (.3); draft and send emails to specific carriers (.8); Teams messages with S. Klauck regarding language in email response (.1). | 1.9 | $475.00 |
| LC Notice | 4/13/2021 | Klauck, Sheila | Call with V. Taylor re correspondence review process (.4); code notice correspondence records (2.5). | 2.9 | $1,160.00 |
| LC Notice | 4/13/2021 | Monroe, Kelly | Review and code local council correspondence records. | 2.4 | $480.00 |
| LC Notice | 4/13/2021 | Taylor, Victor | Review and code correspondence records (2.9); call with S. Klauck re correspondence review process (.4). | 3.3 | $1,419.00 |
| LC Notice | 4/14/2021 | Sochurek, Nicholas | Emails with C. Green re Bedivere policies for local councils. | 0.2 | $120.00 |
| LC Notice | 4/14/2021 | Hanke, Elizabeth | Analyze lists of unique carriers by local council (1.0); draft and send detailed email re same to A. Azer and C. Green (.9); read multiple carrier responses in BSA inbox (1.0). | 2.9 | $1,740.00 |
| LC Notice | 4/14/2021 | Monroe, Kelly | Review and code local council correspondence records. | 2.5 | $500.00 |
| LC Notice | 4/14/2021 | Taylor, Victor | Review correspondence records. | 3.5 | $1,505.00 |
| LC Notice | 4/14/2021 | Klauck, Sheila | Review and code local council notice correspondence records. | 4.7 | $1,880.00 |
| LC Notice | 4/14/2021 | Butterworth, Luke | Research specific carrier corporate history for notice purposes (1.3); call with L. Lieberman to discuss corporate history of specific carrier (.2); plan next steps for updating notice database to account for carrier group change (.4); draft email to S. Klauck and V. Taylor regarding database updates (.2); review and update local council authorization confirmation sheet (.3); respond to specific carrier email (.2); prepare updates to database regarding evidence production to specific carrier (.2); review and code correspondence records in database (3.4). | 6.2 | $1,550.00 |
| LC Notice | 4/15/2021 | Monroe, Kelly | Review and code local council correspondence records (.5); review electronic correspondence from team (.4). | 0.9 | $180.00 |
| LC Notice | 4/15/2021 | Sochurek, Nicholas | Review insurer responses. | 0.2 | $120.00 |
| LC Notice | 4/15/2021 | Hanke, Elizabeth | Call with S. Klauck to discuss notice status (.5); draft and send summary of notice status to B. Winston (.6); review letters of response from certain carriers (.3). | 1.4 | $840.00 |
| LC Notice | 4/15/2021 | Taylor, Victor | Review notice correspondence records. | 1.2 | $516.00 |
| LC Notice | 4/15/2021 | Klauck, Sheila | Review and code local council notice correspondence records (2.6); discuss notice status with E. Hanke (.5). | 3.1 | $1,240.00 |
| LC Notice | 4/15/2021 | Butterworth, Luke | Call and correspond with local council offices to confirm contact information and recipients of notice letters (1.2); prepare inserts into tblContact for next batch of notice letters (.4); review local council authorization materials and prepare for sending of next batch of letters (.5); code local council notice correspondence records (1.4); Teams messages with S. Klauck re execution of next batch of notice letters (.1). | 3.6 | $900.00 |
| LC Notice | 4/16/2021 | Hanke, Elizabeth | Discuss notice letter project status, process procedures, responses from specific carriers, and outstanding tasks with S. Klauck and L. Butterworth (1.2); respond to specific carrier call (.2); review correspondence in BSA inbox (.4). | 1.8 | $1,080.00 |
| LC Notice | 4/16/2021 | Klauck, Sheila | Discuss notice letter project status, process procedures, responses from specific carriers, and outstanding tasks with L. Butterworth and E. Hanke. | 1.2 | $480.00 |

| Category | Date | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| LC Notice | 4/16/2021 | Butterworth, Luke | Import and assign new correspondence records to be coded (1.7); discuss notice letter project status, process procedures, responses from specific carriers, and outstanding tasks with S. Klauck and E. Hanke (1.2); respond to specific carrier emails (.4); prepare agenda and topics for meeting with E. Hanke and S. Klauck (.3); code correspondence records in database (.4); update inserts into tblContact for next notice letter batch send (.3). | 4.3 | $1,075.00 |
| LC Notice | 4/19/2021 | Monroe, Kelly | Review and code local counsel correspondence. | 0.3 | $60.00 |
| LC Notice | 4/19/2021 | Taylor, Victor | Review correspondence records. | 1.4 | $602.00 |
| LC Notice | 4/19/2021 | Butterworth, Luke | Code and review notice correspondence records (1.5); emails with specific local councils regarding authorization (.3); draft and send email correspondence to specific carriers (.2); review and assign new correspondence for coding (.6). | 2.6 | $650.00 |
| LC Notice | 4/20/2021 | Sochurek, Nicholas | Review insurer responses and follow up tasks (.2); call with E. Hanke re notice status (.4). | 0.6 | $360.00 |
| LC Notice | 4/20/2021 | Minter, Matthew | Discuss file transfer process using Powershell with L. Butterworth. | 0.2 | $40.00 |
| LC Notice | 4/20/2021 | Monroe, Kelly | Review and code local counsel correspondence. | 2 | $400.00 |
| LC Notice | 4/20/2021 | Hanke, Elizabeth | Discuss coding of carrier responses and related dashboard with S. Klauck (.7); call with N. Sochurek to discuss notice responses (.4); review carrier responses (1.7); begin email draft to summarize same (.6). | 3.4 | $2,040.00 |
| LC Notice | 4/20/2021 | Butterworth, Luke | Update local council tracker sheet (.4); call and email specific local councils for authorization clarification (.5); code correspondence records (1.4); discuss file transfer process using Powershell with M. Minter (.2); organize mass file transfer document for Powershell (.7). | 3.2 | $800.00 |
| LC Notice | 4/20/2021 | Klauck, Sheila | Update notice correspondence dashboard (4.8); call with E. Hanke re local council notice updates (.7); review correspondence for reservation of rights and notice rejection (1.4); review notice correspondence records (.9). | 7.8 | $3,120.00 |
| LC Notice | 4/21/2021 | Sochurek, Nicholas | Review insurer responses (.4); Teams messages with E. Hanke re same (.1). | 0.5 | $300.00 |
| LC Notice | 4/21/2021 | Monroe, Kelly | Call with S. Klauck re coding multiple notice letters from specific insurer (.3); prepare correspondence mass insert script (1.6). | 1.9 | $380.00 |
| LC Notice | 4/21/2021 | Minter, Matthew | Call with L. Butterworth and S. Klauck re notice correspondence status report (1.0); draft script to move insurer notice responses to correct folders (.3). | 1.3 | $260.00 |
| LC Notice | 4/21/2021 | Hanke, Elizabeth | Finish and send email LC notice summary email for Haynes & Boone and WLRK (1.0); call with S. Klauck re specific carrier notice responses (.1); review and respond to carriers and council inquiries (1.2). | 2.3 | $1,380.00 |
| LC Notice | 4/21/2021 | Klauck, Sheila | Call with L. Butterworth and M. Minter re notice correspondence status report (1.0); call with K. Monroe re coding multiple notice letters from specific insurer (.3); call with E. Hanke re specific carrier notice responses (.1); review outstanding councils for notice authorization (.9); create and update correspondence and contact records to send notice (1.5). | 3.8 | $1,520.00 |
| LC Notice | 4/21/2021 | Butterworth, Luke | Code carrier correspondence into database (1.7); prepare listing of councils who have not contacted KCIC (.4); review meeting agenda email from E. Hanke (.1); Teams chat messages with S. Klauck regarding next batch of notice emails (.1); call with S. Klauck and M. Minter re notice correspondence status report (1.0); organize response letters from specific insurer and upload to individual local council folders (1.2); review and organize emails in BSA inbox (.1); begin preparing notice correspondence summary Access report (.5). | 5.1 | $1,275.00 |
| LC Notice | 4/22/2021 | Monroe, Kelly | Review correspondence mass insert script. | 0.4 | $80.00 |
| LC Notice | 4/22/2021 | Sochurek, Nicholas | Discuss notice responses with E. Hanke. | 0.4 | $240.00 |
| LC Notice | 4/22/2021 | Minter, Matthew | Review files and folders for accuracy for notice batch (.6); troubleshoot notice Flow SQL connections (.6); send batch of notice emails to insurers (.4). | 1.6 | $320.00 |

| | | | | | |
|---|---|---|---|---|---|
| LC Notice | 4/22/2021 | Butterworth, Luke | Review and revise Notice Correspondence MS Access report (2.6); review list of local councils with no KCIC communication (.4); prepare evidence production for specific counsel (.8); review documents in pending local council notice batch (.8); Teams communications with S. Klauck re specific local council revised notice letter (.2); Teams communications with E. Hanke re email from specific local council (.1). | 4.9 | $1,225.00 |
| LC Notice | 4/22/2021 | Hanke, Elizabeth | Discuss notice responses with N. Sochurek (.4); review and respond to carrier and council inquiries re notice (3.6). | 4 | $2,400.00 |
| LC Notice | 4/23/2021 | Minter, Matthew | Troubleshoot field connections for notice report (.5); update notice report access template (.4). | 0.9 | $180.00 |
| LC Notice | 4/23/2021 | Sochurek, Nicholas | Call with J. Celentino, A. Azer, M. Stoner, and E. Hanke re carrier responses to notice letters (.5); call with E. Hanke re same (.2); prepare for call re same (.1). | 0.8 | $480.00 |
| LC Notice | 4/23/2021 | Taylor, Victor | Review documents to send for notice. | 0.3 | $129.00 |
| LC Notice | 4/23/2021 | Hanke, Elizabeth | Call with J. Celentino, A. Azer, M. Stoner, and N.Sochurek re carrier responses to notice letters (.5); call with N. Sochurek re same (.2); review new emails from carriers (.9). | 1.6 | $960.00 |
| LC Notice | 4/26/2021 | Sochurek, Nicholas | Review insurer correspondence. | 0.1 | $60.00 |
| LC Notice | 4/26/2021 | Minter, Matthew | Revise Access notice report (2.6); discuss notice correspondence MS Access report with L. Butterworth (.7). | 3.3 | $660.00 |
| LC Notice | 4/26/2021 | Butterworth, Luke | Configure notice correspondence MS Access report (4.3); Teams communications with M. Minter regarding updating notice correspondence MS Access report (.1); discuss notice correspondence MS Access report with M. Minter (.7); review new carrier emails (.3); update attachment coding for notice correspondence records (.7); prepare and execute inserts into tblEvidenceProduction for evidence sharing to specific local council (.4). | 6.5 | $1,625.00 |
| LC Notice | 4/27/2021 | Hanke, Elizabeth | Review correspondence from carrier re specific council notice. | 0.1 | $60.00 |
| LC Notice | 4/27/2021 | Klauck, Sheila | Call with M. Minter and L. Butterworth re local council correspondence status report (1.0); review correspondence records (.5). | 1.5 | $600.00 |
| LC Notice | 4/27/2021 | Minter, Matthew | Call with S. Klauck and L. Butterworth re local council correspondence status report (1.0); updates to local council correspondence status report (1.4). | 2.4 | $480.00 |
| LC Notice | 4/27/2021 | Butterworth, Luke | Call with M. Minter and S. Klauck re local council correspondence status report (1.0); review and revise notice correspondence MS access report (1.7); code and assign new notice correspondence records (.5). | 3.2 | $800.00 |
| LC Notice | 4/28/2021 | Hanke, Elizabeth | Email exchange with C. Green re specific council notice response (.2); review correspondence and information for same council (.1). | 0.3 | $180.00 |
| LC Notice | 4/28/2021 | Klauck, Sheila | Review and revise notice correspondence MS Access report with L. Butterworth and M. Minter (1.3); review notice correspondence records (.5). | 1.8 | $720.00 |
| LC Notice | 4/28/2021 | Butterworth, Luke | Review and respond to email correspondence from carriers (.4); email communication with E. Hanke regarding carriers only for local councils (.1); review policy evidence for specific local council (.2); Teams messages with S. Klauck re new policy evidence from specific insurer (.1); call with M. Minter regarding local council MS Access correspondence status report (.8); review and revise notice correspondence MS Access report with S. Klauck and M. Minter (1.3); review and code notice correspondence records into database (.8). | 3.7 | $925.00 |
| LC Notice | 4/28/2021 | Minter, Matthew | Notice correspondence coding (1.5); updates to notice correspondence status report (.6); call with L. Butterworth re local council correspondence status report (.8); review and revise notice correspondene MS Access report with L. Butterworth and S. Klauck (1.3). | 4.2 | $840.00 |
| LC Notice | 4/29/2021 | Sochurek, Nicholas | Discuss notice correspondence production with L. Butterworth (.2); Teams messages with E. Hanke re council notice correspondence (.2). | 0.4 | $240.00 |

| Category | Date | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| LC Notice | 4/29/2021 | Minter, Matthew | Discuss VBA code for notice correspondence status report in MS Access with L. Butterworth (.6); finalize notice correspondence status report in MS Access with L. Butterworth and S. Klauck (.6); investigate folder sharing automation (.3). | 1.5 | $300.00 |
| LC Notice | 4/29/2021 | Hanke, Elizabeth | Teams messages with N. Sochurek re council notice correspondence (.2); call with L. Butterworth and S. Klauck re notice correspondence status and next steps (attend in part) (.7); draft and send email summarizing notice status for specific council to A. Kutz (1.0). | 1.9 | $1,140.00 |
| LC Notice | 4/29/2021 | Klauck, Sheila | Finalize notice correspondence status report in MS Access with M. Minter and L. Butterworth (.6); call with L. Butterworth and E. Hanke re notice correspondence status and next steps (.9). | 1.5 | $600.00 |
| LC Notice | 4/29/2021 | Butterworth, Luke | Finalize notice correspondence status report in MS Access with M. Minter and S. Klauck (.6); discuss VBA code for notice correspondence status report in MS Access with M. Minter (.6); prepare MS Access form and VBA code for filtering notice report for each local council (1.7); call with S. Klauck and E. Hanke re notice correspondence status and next steps (.9); code correspondence records in database (.6); discuss notice correspondence production with N. Sochurek (.2). | 4.6 | $1,150.00 |
| LC Notice | 4/30/2021 | Minter, Matthew | Code notice correspondence into database. | 0.5 | $100.00 |
| LC Notice | 4/30/2021 | Butterworth, Luke | Code notice correspondence into database (.6); review new emails from specific carriers in BSA inbox (.3); update notice correspondence MS Access form report (.2). | 1.1 | $275.00 |
| Allocations | 4/1/2021 | Hanke, Elizabeth | Call with S. Klauck re claim comparison for specific insurer (1.1); review allocation of particular carrier (.5). | 1.6 | $960.00 |
| Allocations | 4/1/2021 | Klauck, Sheila | Call with E. Hanke re claim comparison for specific insurer. | 1.1 | $440.00 |
| Allocations | 4/2/2021 | Hanke, Elizabeth | Call with A. Azer, M. Stoner, S. Klauck, and V. Taylor re mediation follow-up items (.8); call with S. Klauck re allocation follow-up items and next steps (.9); review email from M. Murray re claims data (.1). | 1.8 | $1,080.00 |
| Allocations | 4/2/2021 | Klauck, Sheila | Call with A. Azer, M. Stoner, E. Hanke, and V. Taylor re mediation follow-up items (.8); call with E. Hanke re allocation follow-up items and next steps (.9). | 1.7 | $680.00 |
| Allocations | 4/2/2021 | Taylor, Victor | Call with A. Azer, M. Stoner, E. Hanke, and S. Klauck re mediation follow-up items (.8); research and respond to question from team and Haynes and Boone re allocations (.7). | 1.5 | $645.00 |
| Allocations | 4/5/2021 | Hanke, Elizabeth | Team chat with S. Klauck re allocation updates and summary (.1); review summary of carrier allocations from M. Stoner (.3). | 0.4 | $240.00 |
| Allocations | 4/5/2021 | Taylor, Victor | Call with S. Klauck re reallocation of claims for scenario 6 (2.1); work on reallocation of claims for scenario 4 (1.9). | 4 | $1,720.00 |
| Allocations | 4/5/2021 | Klauck, Sheila | Call with V. Taylor re reallocation of claims for scenario 6 (2.1); follow-up with Haynes and Boone re allocation priority (.2); update reallocation and self-insured amounts (2.3); create updated summary for scenario 6 allocation results (.8). | 5.4 | $2,160.00 |
| Allocations | 4/6/2021 | Grehan, Julia | Call with S. Klauck and K. Monroe re allocations and summaries. | 0.9 | $225.00 |
| Allocations | 4/6/2021 | Hanke, Elizabeth | Call with S. Klauck to discuss allocations and next steps. | 0.5 | $300.00 |
| Allocations | 4/6/2021 | Taylor, Victor | Call with S. Klauck re updates to uninsured amounts in allocation (1.0); complete reallocation of claims for scenario 4 (.7). | 1.7 | $731.00 |
| Allocations | 4/6/2021 | Monroe, Kelly | Call with J. Grehan and S. Klauck re allocations and summaries (.9); prepare exhaustion analysis coverage chart (1.8). | 2.7 | $540.00 |

6

| | | | | | |
|---|---|---|---|---|---|
| Allocations | 4/6/2021 | Klauck, Sheila | Call with J. Grehan and K. Monroe re allocations and summaries (.9); call with E. Hanke re allocations and next steps (.5); call with V. Taylor re updates to uninsured amounts in allocation (1.0); update allocations re uninsured amounts and limit changes for three scenarios (2.1); create occurrences for bonus scenario 6 allocation (.7); run and review bonus scenario 6 allocation (1.2); follow-up with Bates White re application of bonus (.2); update allocation results for bonus scenario 6 allocation (1.0); prepare summaries for bonus scenario 6 allocation (.6). | 8.2 | $3,280.00 |
| Allocations | 4/7/2021 | Taylor, Victor | Call with C. Green, E. Hanke, and S. Klauck re allocation status and next steps (.4); review overallocation corrections for reporting (.4). | 0.8 | $344.00 |
| Allocations | 4/7/2021 | Hanke, Elizabeth | Call with S. Klauck, J. Grehan and K. Monroe re allocation comparison summaries (.5); call with C. Green, S. Klauck and V. Taylor re allocation status (.4); team chats re status of allocation summaries (.1). | 1 | $600.00 |
| Allocations | 4/7/2021 | Klauck, Sheila | Call with J. Grehan re bonus scenario 6 comparison (.5); call with E. Hanke, J. Grehan and K. Monroe re allocation comparison summaries (.5); call with C. Green, E. Hanke, and V. Taylor re allocation status and next steps (.4); review allocation summaries deliverables (1.1); prepare coverage chart for bonus scenario 6 allocation (.4). | 2.9 | $1,160.00 |
| Allocations | 4/7/2021 | Monroe, Kelly | Call with J. Grehan re explanations for carrier amounts in various scenarios (.6); work on scenario comparison spreadsheet (2.1); call with E. Hanke, J. Grehan and S. Klauck re allocation comparison summaries (.5). | 3.2 | $640.00 |
| Allocations | 4/7/2021 | Grehan, Julia | Call with S. Klauck re bonus scenario 6 comparison (.5); create summary of multiple scenarios and comparison summary (2.3); call with E. Hanke, S. Klauck and K. Monroe re allocation comparison summaries (.5); call with K. Monroe re explanations for carrier amounts in various scenarios (.6). | 3.9 | $975.00 |
| Allocations | 4/8/2021 | Grehan, Julia | Review scenario spreadsheets for carriers for accuracy. | 0.2 | $50.00 |
| Allocations | 4/8/2021 | Monroe, Kelly | Prepare individual insurer spreadsheets. | 1.3 | $260.00 |
| Allocations | 4/8/2021 | Klauck, Sheila | Compare allocation scenario results and draft KCIC comments (2.9); review and send carrier specific deliverables (.8). | 3.7 | $1,480.00 |
| Allocations | 4/9/2021 | Grehan, Julia | Call with E. Hanke, S. Klauck and K. Monroe re allocation comparison and KCIC comments. | 0.4 | $100.00 |
| Allocations | 4/9/2021 | Hanke, Elizabeth | Call with S. Klauck, J. Grehan, and K. Monroe re allocation comparison and KCIC comments (.4); email exchange with C. Green re allocation summaries and next steps (.2). | 0.6 | $360.00 |
| Allocations | 4/9/2021 | Monroe, Kelly | Call with E. Hanke, J. Grehan, and S. Klauck re allocation comparison and KCIC comments (.4); update KCIC comments in allocation comparison (1.3). | 1.7 | $340.00 |
| Allocations | 4/9/2021 | Klauck, Sheila | Prepare additional deliverables for scenario 4 allocation results (.5); call with E. Hanke, J. Grehan, and K. Monroe re allocation comparison and KCIC comments (.4); review allocation scenarios and add comments re differences (1.5). | 2.4 | $960.00 |
| Allocations | 4/14/2021 | Taylor, Victor | Call with M. Stoner, C. Green, E. Hanke, A. Azer, N. Sochurek, and S. Klauck re allocation and next steps (.3); call with M. Stoner, E. Hanke, N. Sochurek, and S. Klauck re exhaustion differences (.2) | 0.5 | $215.00 |
| Allocations | 4/14/2021 | Sochurek, Nicholas | Call with M. Stoner, C. Green, E. Hanke, A. Azer, S. Klauck, and V. Taylor re allocation and next steps. | 0.3 | $180.00 |
| Allocations | 4/14/2021 | Hanke, Elizabeth | Call with M. Stoner, C. Green, S. Klauck, A. Azer, N. Sochurek, and V. Taylor re allocation and next steps (.3); review allocation summary with comments (.1). | 0.4 | $240.00 |
| Allocations | 4/15/2021 | Taylor, Victor | Pull reporting data for client request. | 0.8 | $344.00 |
| Allocations | 4/16/2021 | Hanke, Elizabeth | Email correspondence with C. Green and A. Azer re additional allocation runs (.2); review cost data in response to same (.3). | 0.5 | $300.00 |
| Allocations | 4/16/2021 | Klauck, Sheila | Prepare allocation summary for specific insurer (.4); prepare and send bonus allocation summary and comparison of scenarios (.8). | 1.2 | $480.00 |
| Allocations | 4/19/2021 | Klauck, Sheila | Prepare scenario allocation summaries for specific insurers. | 0.3 | $120.00 |

| | | | | | |
|---|---|---|---|---|---|
| Allocations | 4/21/2021 | Taylor, Victor | Call with A. Azer, C. Green, M. Stoner, E. Hanke and S. Klauck re allocation status and next steps. | 0.5 | $215.00 |
| Allocations | 4/21/2021 | Sochurek, Nicholas | Review allocation summary. | 0.2 | $120.00 |
| Allocations | 4/21/2021 | Klauck, Sheila | Call with A. Azer, C. Green, M. Stoner, E. Hanke and V. Taylor re allocation status and next steps. | 0.5 | $200.00 |
| Allocations | 4/21/2021 | Hanke, Elizabeth | Call with A. Azer, M. Stoner, C. Green, V. Taylor and S. Klauck re allocation status and next steps. | 0.5 | $300.00 |
| Allocations | 4/26/2021 | Hanke, Elizabeth | Respond to questions re allocation to specific carriers from A. Azer. | 1.5 | $900.00 |
| Allocations | 4/26/2021 | Taylor, Victor | Meet with K. Monroe re scenario by claim allocation summary (.9); review scenario summary (.5). | 1.4 | $602.00 |
| Allocations | 4/26/2021 | Monroe, Kelly | Meet with V. Taylor re scenario claim allocation summary (.9); prepare and review scenario by claim allocation summary (.9). | 1.8 | $360.00 |
| Allocations | 4/29/2021 | Hanke, Elizabeth | Discuss allocation assumptions with A. Azer (.3); review summaries in preparation for call (.2). | 0.5 | $300.00 |
| Allocations | 4/30/2021 | Klauck, Sheila | Prepare for call re specific insurer allocation with E. Hanke (.5); attend call with A. Azer, M. Stoner, E. Martin, E. Hanke, FCR and coalition re specific insurer allocation (1.0); discuss tranche 5 allocations with E. Hanke (.7); prepare remaining aggregate summary (1.1); review Bates White Tranche 5 claims data (.4). | 3.7 | $1,480.00 |
| Allocations | 4/30/2021 | Hanke, Elizabeth | Prepare for call re specific insurer allocation with S. Klauck (.5); review prior allocations and assumptions in preparation for call with counsel (.5); discuss tranche 5 allocations with S. Klauck (.7); attend call with A. Azer, M. Stoner, E. Martin, S. Klauck, FCR and Coalition re specific insurer allocation (1.0); review allocations by carrier (2.0); draft and send follow up email to A. Azer and E. Martin re allocations (.5). | 5.2 | $3,120.00 |
| Fee Applications | 4/2/2021 | Butterworth, Luke | Prepare and summarize March time for fee application. | 0.4 | $100.00 |
| Fee Applications | 4/5/2021 | Butterworth, Luke | Review February time and make updates and corrections for fee application purposes. | 0.5 | $125.00 |
| Fee Applications | 4/8/2021 | Butterworth, Luke | Review time entries and make updates and corrections for fee application purposes. | 0.5 | $125.00 |
| Fee Applications | 4/9/2021 | Butterworth, Luke | Email communications with T. Jones Bell re fee application time entries (.1); begin preparing February fee application (.4). | 0.5 | $125.00 |
| Fee Applications | 4/30/2021 | Butterworth, Luke | Prepare time entries and summaries for March fee application. | 0.7 | $175.00 |
| Coverage Analysis | 4/5/2021 | Sochurek, Nicholas | Review insurer attachment point issues (.3); emails with E. Hanke and S. Klauck re same (.2). | 0.5 | $300.00 |
| Coverage Analysis | 4/14/2021 | Sochurek, Nicholas | Review policy listing attachment (.4); discuss same with C. Green (.1); emails with A. Azer and C. Green re same (.1). | 0.6 | $360.00 |
| Coverage Analysis | 4/22/2021 | Taylor, Victor | Call with N. Sochurek re policy documents in dataroom (.2); review listing of policies that should be in the dataroom (.2); review electronic communications from client (.2). | 0.6 | $258.00 |
| Coverage Analysis | 4/22/2021 | Sochurek, Nicholas | Emails with C. Green and A. Azer re missing policy documents (.8); prepare missing policies re same (.2); review and confirm policies in dataroom (.8); call with V. Taylor re policy documents in dataroom (.2). | 2 | $1,200.00 |
| Coverage Analysis | 4/24/2021 | Terrell, Jonathan | Consider and respond to A. Azer re insurer presentation. | 0.3 | $210.00 |
| Coverage Analysis | 4/25/2021 | Terrell, Jonathan | Confirm presentation details with A. Azer. | 0.1 | $70.00 |
| Coverage Analysis | 4/26/2021 | Hanke, Elizabeth | Participate in insurer financials call with TCC, FCR, Haynes and Boone, White and Case, J. Terrell, and N. Sochurek. | 1.1 | $660.00 |
| Coverage Analysis | 4/26/2021 | Grehan, Julia | Calls with J. Terrell re Century Indemnity presentation updates (.2); make updates to Century Indemnity presentation (.7); attend J. Terrell's presentation re Century Indemnity Company (1.0). | 1.9 | $475.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 4/26/2021 | Sochurek, Nicholas | Research updated insurer financials per J. Terrell (.9); investigate attachment point and coverage issue for insurer (.6); Teams messages with V. Taylor re same (.2); participate in insurer financials call with TCC, FCR, Haynes and Boone, White and Case, J. Terrell, and E. Hanke (1.1); call with A. Azer, W. Dutton, and V. Taylor re insurer attachment point and coverage issue (.2). | 3 | $1,800.00 |
| Coverage Analysis | 4/26/2021 | Taylor, Victor | Review national documents produced to the data room for missing policy information (3.0); review Argonaut coverage questions (1.7); call with A. Azer, W. Dutton, and N. Sochurek re insurer attachment point and coverage issue (.2). | 4.9 | $2,107.00 |
| Coverage Analysis | 4/26/2021 | Terrell, Jonathan | Update presentation through analysis of latest financial statements (3.5); participate in insurer financials call with TCC, FCR, Haynes and Boone, White and Case, E. Hanke, and N. Sochurek (1.1). | 4.6 | $3,220.00 |
| Coverage Analysis | 4/27/2021 | Terrell, Jonathan | Emails with N. Sochurek re various points pertaining to the insurer financial analysis presentation. | 0.8 | $560.00 |
| Coverage Analysis | 4/27/2021 | Grehan, Julia | Call with N. Sochurek re follow up from financial analysis presentation. | 0.1 | $25.00 |
| Coverage Analysis | 4/27/2021 | Sochurek, Nicholas | Review insurer financial analysis presentation (.1); emails with J. Terrell re same (.2); call with J. Grehan to follow up re same (.1). | 0.4 | $240.00 |
| Coverage Analysis | 4/28/2021 | Taylor, Victor | Call with C. Green, E. Hanke, N. Sochurek, and S. Klauck re mediation status and notice questions. | 0.6 | $258.00 |
| Coverage Analysis | 4/28/2021 | Hanke, Elizabeth | Call with C. Green, N. Sochurek, V. Taylor, and S. Klauck re mediation status and notice questions. | 0.6 | $360.00 |
| Coverage Analysis | 4/28/2021 | Klauck, Sheila | Call with C. Green, E. Hanke, V. Taylor, and N. Sochurek re mediation status and notice questions. | 0.6 | $240.00 |
| Coverage Analysis | 4/28/2021 | Sochurek, Nicholas | Call with C. Green, E. Hanke, V. Taylor, and S. Klauck re mediation status and notice questions. | 0.6 | $360.00 |
| Coverage Analysis | 4/29/2021 | Sochurek, Nicholas | Review National Council notice correspondence per C. Green request. | 0.6 | $360.00 |
| Coverage Analysis | 4/30/2021 | Sochurek, Nicholas | Review London subscription. | 0.4 | $240.00 |
| Local Council | 4/6/2021 | Hanke, Elizabeth | Call with S. Klauck and L. Butterworth re Local council coverage allocation and claim counts (attended part of call). | 0.6 | $360.00 |
| Local Council | 4/6/2021 | Klauck, Sheila | Call with L. Butterworth and E. Hanke re local council coverage allocation and claim counts (1.0); call with L. Butterworth re claim count summaries (.4). | 1.4 | $560.00 |
| Local Council | 4/6/2021 | Butterworth, Luke | Call with S. Klauck and E. Hanke re local council coverage allocation and claim counts (1.0); call with S. Klauck re claim count summaries (.4); prepare claim count summaries for local council carriers (.6). | 2 | $500.00 |
| Local Council | 4/7/2021 | Butterworth, Luke | Prepare individual trigger allocation summaries for specific carriers issuing coverage only to local councils. | 1.9 | $475.00 |
| Local Council | 4/9/2021 | Klauck, Sheila | Update trigger allocation for carrier specific local council summary. | 0.9 | $360.00 |
| Local Council | 4/9/2021 | Butterworth, Luke | Prepare individual trigger allocation summaries for specific carriers issuing coverage only to local councils. | 1.5 | $375.00 |
| Local Council | 4/12/2021 | Sochurek, Nicholas | Review insurer policy listing (.2); Teams messages with E. Hanke and L. Butterworth re same (.2). | 0.4 | $240.00 |
| Local Council | 4/12/2021 | Butterworth, Luke | Prepare trigger allocation analysis for specific local council carriers. | 1.5 | $375.00 |
| Local Council | 4/12/2021 | Minter, Matthew | Notice correspondence coding. | 2.1 | $420.00 |
| Local Council | 4/13/2021 | Butterworth, Luke | Review and revise listing of local council policies for specific insolvent carrier. | 0.6 | $150.00 |
| Local Council | 4/13/2021 | Minter, Matthew | Upload correspondence documentation to sharepoint folders (.4); notice correspondence coding (.4). | 0.8 | $160.00 |
| Local Council | 4/13/2021 | Klauck, Sheila | Review local council specific carrier claim counts and allocation. | 1.7 | $680.00 |
| Local Council | 4/14/2021 | Klauck, Sheila | Call with M. Stoner, C. Green, E. Hanke, A. Azer, N. Sochurek, and V. Taylor re allocations and next steps. | 0.3 | $120.00 |
| Local Council | 4/14/2021 | Minter, Matthew | Notice correspondence coding. | 0.5 | $100.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 4/14/2021 | Butterworth, Luke | Review listing of local council policies for specific insolvent carrier. | 0.1 | $25.00 |
| Local Council | 4/15/2021 | Klauck, Sheila | Review policy listings for specific insurers. | 0.8 | $320.00 |
| Local Council | 4/15/2021 | Butterworth, Luke | Review email from E. Hanke detailing situation with Local Council - specific carriers. | 0.2 | $50.00 |
| Local Council | 4/16/2021 | Sochurek, Nicholas | Review local council insurance file from BSA. | 0.2 | $120.00 |
| Local Council | 4/16/2021 | Hanke, Elizabeth | Email exchanges with S. Klauck and C. Green re Arizona POC. | 0.5 | $300.00 |
| Local Council | 4/16/2021 | Klauck, Sheila | Review and match Arizona proof of claim listings. | 1.8 | $720.00 |
| Local Council | 4/29/2021 | Klauck, Sheila | Code local council policy evidence. | 0.2 | $80.00 |
| Local Council | 4/29/2021 | Sochurek, Nicholas | Review new policy evidence (.1); emails with S. Klauck re same (.1); emails with C. Green re new insurer local council policy evidence production (.1). | 0.3 | $180.00 |
| Exhaustion Analysis | 4/7/2021 | Sochurek, Nicholas | Review claims spreadsheet (.2); emails with A. Kutz and A. Azer re same (.2). | 0.4 | $240.00 |
| Exhaustion Analysis | 4/8/2021 | Sochurek, Nicholas | Call with A. Kutz, A. Azer, and M. Stoner re exhaustion (.3); call with M. Stoner re same (.1); review exhaustion analyses from A. Kutz (.4). | 0.8 | $480.00 |
| Exhaustion Analysis | 4/8/2021 | Grehan, Julia | Call with M. Minter re insurer exhaustion questions (.1); investigate exhaustion issues and answer questions re same (.4). | 0.5 | $125.00 |
| Exhaustion Analysis | 4/8/2021 | Minter, Matthew | Call with J. Grehan re insurer exhaustion questions (.1); prepare explanation of exhaustion assumptions for insurer (1.1). | 1.2 | $240.00 |
| Exhaustion Analysis | 4/9/2021 | Minter, Matthew | Review occurrence group issues and confirm that occurrences were allocated to the correct policy years. | 1.4 | $280.00 |
| Exhaustion Analysis | 4/9/2021 | Sochurek, Nicholas | Review exhaustion analysis assumptions (.8); emails with J. Grehan and M. Minter re same (.5); emails with A. Kutz re same (.2). | 1.5 | $900.00 |
| Exhaustion Analysis | 4/12/2021 | Sochurek, Nicholas | Review claimant issues from A. Kutz (.6); emails with A. Azer, C. Green, M. Stoner, and A. Kutz re same (.2). | 0.8 | $480.00 |
| Exhaustion Analysis | 4/14/2021 | Klauck, Sheila | Call with M. Stoner, E. Hanke, N. Sochurek, and V. Taylor re exhaustion differences. | 0.2 | $80.00 |
| Exhaustion Analysis | 4/14/2021 | Sochurek, Nicholas | Call with M. Stoner, E. Hanke, S. Klauck, and V. Taylor re exhaustion differences. | 0.2 | $120.00 |
| Exhaustion Analysis | 4/14/2021 | Hanke, Elizabeth | Call with M. Stoner, N. Sochurek, S. Klauck, and V. Taylor re exhaustion differences. | 0.2 | $120.00 |
| Exhaustion Analysis | 4/20/2021 | Sochurek, Nicholas | Emails with M. Stoner re exhaustion analysis. | 0.3 | $180.00 |
| | | | **Total:** | **318.1** | **$118,248.00** |