## **Exhibit B**

### **Expense Detail**

| Date | Name | Expense Category | Expense Description | Total |
|------|------|------------------|---------------------|-------|
| 4/26/2021 | Sochurek, Nicholas | Research: Online Research | Insurer financial report for J. Terrell's financial analysis presentation | $13.00 |
| | | | **Total:** | **$13.00** |