Judge Silverstien

A monster came into our lifes. He was a boy scout leader. He was at that at that point different. He had adopted a young boy for his sexual pleasure. He would take us camping. Then he would get us d[REDACTED]

[REDACTED] the time started grooming me. Every time I did something wrong he would hit me. Then it was my turn. Since then my life has been screwed. Nothing was ever right after that. For 40 yrs my life has been a nightmare. the nightmare still contendes today. Do you have and idea how a large man can hurt a little boy. I am glad he is dead. My health is screwed from the trauma i suffered. Blood preasure, heart attack, strokes, Bypass, kidney failure

[REDACTED]





(UPS shipping label, oriented upside-down)

BILLING: P/P

TRACKING #: 1Z 550 AA6 03 2755 9690
UPS GROUND

DE 197 9-25
WILMINGTON DE 19801
842 MARKET
6TH FLOOR
TO: JUDGE LAURI SILVERSTEIN
SHIP BSA BANKRUPT COURT

1 LBS    1 OF 1
SHP WT: 1 LBS
DATE: 02 JUN 2021

ISH 13.00F 22P 450 45.5A 04/2021