## Exhibit A

### Service List

**BY ELECTRONIC MAIL**

**Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North American**

**Stamoulis & Weinblatt LLC**
Stamatios Stamoulis
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
Email: stamoulis@swdelaw.com

**O'Melveny & Myers LLP**
Tancred Schiavoni
Gary Svirsky
Andrew Kirschenbaum
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Email:  tschiavoni@omm.com
        gsvirsky@omm.com
        akirschenbaum@omm.com