Your Honorable Justice Silverstein,

FILED May 31st, 2021
2021 JUN -7 AM 8:50
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I am respectfully composing this missive today so the people of America can hear my story about the Boy Scouts of America (BSA). This is an entrusted and highly esteemed organization which ruined my character, overall destroying my life. Currently, I am serving a natural life sentence in the Arizona Department of Corrections, Rehabilitation and Re-entry (ADCRR) matrix. Despite this circumstance under alternative measures, my appeal to you would be for statutorial leniency. Instead, today I am sincerely requesting your ability to show human compassion holding accountable an institution which ripped apart countless lives. Telling my story is difficult but like numerous others I want my voice to be heard. My name is ████████████ and I'm involved with: SIA ████

Some time during the year of 1995, while residing in a small country town located in Middletown, Maryland I joined the Boy Scouts of America. As a precocious teenager I was full of hope, ambition, and the thirst for companionship. I dreamed of becoming a doctor with the desire to help people. This is one of the reasons I participated in the Boy Scouts believing it would be fun, exciting, and educationally insightful. Unfortunately I was proven wrong.

From the nascence of my sexual molestation by my scout leader, my body was developing going through puberty creating a monumental state of confusion as I was beginning to understand myself. It was during this period a Boy Scout leader took advantage of my vulnerability a situation which subsequently made me feel ashamed and disgusted of myself. Eventually these internal feelings of conflict caused me to become anti-social and distrustful of those around me — especially my family. Thinking back, as I exhaust hindsight, I was so terrified of what they would think of me feeling used, ruined, and discarded like unwanted trash. Of course as a child our innocence forms a prevalence of trust when fidelity is established by the standards

May 31st 2021

entrusted adults expose us to. My young youthful mind couldn't rationalize that this grown understanding adult man was doing to me was inappropriately wrong. After the initial incident occurred, the following ones were difficult to stop as the momentum of the fear of exposure grew. Conceiving this my Scout leader assured me everyone - including my family - would disown me if anyone knew our secrets. No child should endure confusion or mistrust when they depend on unconditional nurture and recognition from any adult. In turn it decimates any appreciation of trust, the integral necessity for any child to substantiate any semblance of reasoning.

Until now I have lived with the shame of that secret and the destructive force it has had on my life. The things that occurred created an angry, spiteful and introversive person, which because I believe, lead an inevitable path to my current unfortunate circumstance for the poor decisions I once made. There was a period in my life I wanted to save lives and help people. Instead I ended up destroying too many.

This goes well beyond any financial principle or monetary compensation. The truth needs to be exposed so that no poor unsuspecting child is violated and deprived of their youth. I need people to know they should never allow any child to join a predatory group or organization akin to the Boy Scouts of America. Please do the right thing holding the evil doers accountable possibly saving countless lives. Re-living these horrendous memories provides the hope that no child will ever have to do the same especially at the hands of a once venerated organization such as the Boy Scouts of America. Thank you for granting me this epic opportunity to share my story. It gives me hope no child shall endure what I did.

Respectfully,

Honorable Justice Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, Delaware 19801