Attn: Honorable Justice Lauri Selber Silverstein

BSA Bankruptcy

824 Market St. 6th Floor

Wilmington, Delaware 19801

FILED

2021 JUN -7 AM 8:51

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern,

I, ▮▮▮▮▮ want to provide a statement of the abuse that I faced at the hands of an organization that this country has trusted for decades. I know there will never be full justice because, honestly my life has been destroyed. When I was younger, I dreamed to be a police officer but since the torture I encountered from the Boys Scouts of America, my only dream is to be able to recover from the abuse that I encountered. I do appreciate you listening to my story because I think that it is time that it is told.

Like most 8-year-old boys, I was excited to become a part of the boy scouts and join through the RLDS Church, however, the excitement changed about a year after starting the scouts. I will never forget the first time I was violated at the age of 9 years old while at a boy scout outing in Osceola, Missouri, it started that day and continued consistently over the next 7 years where I was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Not only was I violated sexually, but I also learned to never trust others. These events haunt me still today. The effects have shattered my life leading to destructive ways of coping such as substance use, gang related issues, suicide attempts, incarceration, dangerous relationships, inability to trust. I have needed constant therapy and support to learn coping and processing to address my post-traumatic stress disorder, major depression and generalized anxiety that stemmed from the boy scouts. To this day I am still in therapy struggling with substance use, daily triggers that lead to nightmares, and flashbacks. I constantly need reassurance from others when I must complete triggering events such as showering or going into public places. Relationships with my children, previous wives and friendships have been damaged and ruined at times.

I know I will never get the justice I deserve but I do not understand why the BSA feels that the sexual abuse of boys in their camps by elders is ok and 6,000 dollars can cover the damage that has been caused to us victims. Can you imagine if this happened to your child, what compensation would you consider fair? I have been hurt physically, emotionally, mentally by the leaders of Pack 334 at Camp Osceola and other camps. I have been scarred the last 40 years trying to get justice and I don't think 6,000 dollars is going to compensate for all the damage that has been caused and if this occurred to your child, do you think you would either.

I left out details of all the abuse I faced to spare you the trauma of the events that destroyed my life because no one should have to hear that. Thank you for listening and for your time and I hope you reconsider the compensation.

Sincerely yours

Attn. Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy
824 Market St. 6th Floor
Wilmington, Delaware
19801

KANSAS CITY 640
1 JUN 2021 PM 3 L

