To Whom this may concern,                                    may 29,2021

    My name is ███████████████████████, was in boy scouts troop 130 marion ny 14505 I filed a claim on line and needed to write to you, how much longer, your honor till this case or law suit get , over and done with, you see your honor, i was sexually molester , by my scoutmaster, named ███████ boy scout troop 130 marion ny 14505 .. sexually molested 102 times, and that man destroyed my whole life, your honor i was in so much pain, alot of hate towards the law, courts, for what happend to me , it caused me , alot of pain suffering , that i broke the law, yes your honor , I am sorry , your honor , i only wanted a normal life, to be a child, to make my dad my mom and my family very proud of me , the minute ████████ sexually molested me , by ████████████████████████████████████████ ████████████████████████████████ my life, your honor i was just a little boy , period. ████████ your honor way before i was born was charged with sexually abuseing a child from rochester ny and convicted, and boyscouts of america knew about it and allowed ████████████ to be a scoutmaster, just plain wrong your honor , if he ████████ was never allowed to be scout master , i would of have never been sexually molested , i was a victim , ████ ████ destroyed my whole life, i had big dreams , your honor , and it all went out the door forever, i wanted to be a sheriff or firman , or just a person to say there goes a nice man , named ████████████████ , to make my family proud, but in stead turned to life of crime , hateing the law for not protecting me as a boy, im 52 but still seems like yesterday to me i am a victim , just one of over thousands of victims , boy scouts of america needs to settle with victims , and pay , instead there useing the law to file bankruptcy its not fear your honor, which they all had perfect life etc etc , your honor i am begging court to settle this or many claims to settle, money wont take away the pain or suffering, it will always be there , but it will help, your honor i cant work , due to mental suffering , from being sexually molested, it tramatized me awfull, people say past is past , wrong your honor just wrong, its like getting a tatoo you can never remove it or forget it, period, please judge i am begging you the courts , help me your honor , make them pay , boy scouts of america please , dont let it go on for years , please dont judge help me and victims

from ████████████████████████████ may 29,2021
my email is ████████████████████████████
can you please reply to me there asap

████████████████████████





# Scout leader charged

Marion man faces count of sodomy in 1982 incident





Judge Laurie selber Silverstein
824 N market street 6th floor
Wilmington, DE 19801