RE: SA-[redacted]

5/31/21   YOUR HONOR,

DENIAL AND SUPPRESION OF ANXIETY AND DEPRESSION FOR A LIFETIME HAS TAKEN A TOLL ON ME AND MY FAMILY. LIKE "THE MANCHURIAN CANDIDATE" CERTAIN EVENTS TRIGGER THESE MEMORIES? I OFTEN WONDERED WHY PEOPLE COMMIT SUICIDE. NOW I KNOW. I COULD HAVE BEEN MORE SUCCESFUL AS A HUSBAND, PARENT, AND INDIVIDUAL. MOST IMPORTANTLY I COULD HAVE HAD HAPPINESS IN MORE OF MY LIFE. TRIED EVERYTHING. FAITH AND MY FAMILY HAVE KEPT ME ALIVE. RESPECTFULY, S[redacted]

Case 20-10...

FILED
2021 JUN -7 AM 8:53
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE





JACKSONVILLE FL 320
1 JUN 2021 PM 3 L

JUSTICE LAURI SELBER
SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET ST. N ST
6TH FLOOR
WILMINGTON DE 19801