Dear Justice Lauri Selber Silverstein,

My name is ████████████ and
writing to you in hopes of shedding a
light on the trauma so many kids went
through at the hands of the Boy Scouts
of America.

I was a member of the "cub scouts"
in 1980-81, I was 9 years old.
My grand parents signed both my
brother + I up so we could try to make
friends, we were in foster care at their
house because my parents did not
want us.

During a camping trip with the cub
scouts, I was having an exciting time
when I accidentally stepped on a bear
track everyone was looking at and the
other guys' kids started hitting me.

The counciler allowed this to happen.
Later that day there was a hike
sceduled and I was told that I was
not allowed to go because I was being
bud so I stayed in my tent alone.
After everyone left, the counciler
came and took me to his tent

FILED
2021 JUN -7 AM 8:53
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

and ████████████████████████████
████████████████████████████████
to me. I could not stop crying and I just stayed in my tent for the rest of the trip.

When I got home I told my grandmother and she called me a liar, I was crushed.

I felt like if the only grown-up I loved and that cared for me did not believe me then nobody would.

I harbored that secret and that pain inside for 40 years, it caused me to not trust people, treat people that got close to me badly and I have suffered from mental illness all my life.

This lawyer at the A.V.A. law group has given me another chance to hold the Boy Scouts accountable.

Thank you for your time, and for listening to me.

████████████████████████████

CLAIM 10# 5A-██████         Respectfully,

                            ████████████████



BROCKTON MA 023
1 JUN 2021    PM 3    L



JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET 6TH FLOOR
WILMINGTON, DE
                    19801

19801-302499