Dear court,  SA [redacted]

BOY SCOUTS of AMERICA

They took my youth and my personal problems at home to do all the things they did to me. I took it as some kind of love. I did Not get At Home. sexual abuse was not the way to help me. What they did to me was Realy Bad

[redacted]

North Port, Fl

PS Call me And i well tell you what they did to me 60 some years ago

FILED 2021 JUN -7 AM 8:54 US BANKRUPTCY COURT CLERK DISTRICT OF DELAWARE



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

TAMPA FL 335
SAINT PETERSBURG FL
01 JUN 2021 PM 10 L