To: The Honorable Judge Lauri Selber Silverstein

Ref:  Boy Scouts of America Bankruptcy

Individual Case#  SA-███



FILED

2021 JUN -7  AM 8: 53

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor, I wanted to write this letter in regards to the scheduled hearing before your court on June 4th 2021 in the BSA"s Bankruptcy re-organizing petition. I understand that the Hartford Insurance Company has proposed a $650 million settlement for their portion of BSA"s Liability for its decades of allowing child predators to function as Scoutmasters. Your Honor, I urge you to reject this petition as wholly inadequate compensation for the vast pain and suffering that the BSA has inflicted over the last 70 years on tens of thousands of children in their care. Also the local councils who were fully aware of this predatory behavior and did nothing to stop it, now want to pay Nothing towards their failures to protect the children in their care.

Judge, the BSA has done **Nothing** but drag this case out since Feb 2000 with NO sincere intent to settle this matter and truly compensate the victims of their abuse. Judge you have allowed them to perpetrate this abuse for 16 months further by **NOT setting any timeline goals for resolution** of each matter before you. You continue to allow them further and further continuances instead of issuing rulings that make them want to settle this matter. You alone are the **sole arbitrator** of this matter and can definitely move this process much further along, but for some reason which I cannot understand you have dragged your feet and capitulated to the BSA and its litany of Insurance company Lawyers. For God"s sake madam, make some decisions and issue some final rulings in this case. Otherwise you are simply allowing the BSA and its lawyers to make a **Mockery of you,  your Courtroom** and **the Judicial process**.

In closing, a cash settlement is NOT going to bring justice or any closure to the pain that I have suffered at the hands of the BSA. However just like in any other large organization, **a very large multi Billion $$$$$ penalty** is the only way to hold the

**BSA and its Insurers accountable** for its past egregious behavior and change that behavior going forward. They were entrusted with millions of young children to be molded into responsible adults and they have **failed miserably in that mission**. And now they claim that their obligation is to the current 700,000 members to keep it going as an Organization. **Give me a friggin break**.

Sincerely,



Alumni, Texas Tech University

BSA Case#  SA-