

FILED
2021 JUN -7 AM 8:52
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern:

My name is ▮▮▮▮▮ I am writing this letter today May 27th, 2021 to give a wide eye view of what happened to me with the Boy Scouts of America.

Late 90's was a fun time if you were a kid. In the 70's, 80's, and 90's was the last time of some free-time things kids don't really do too much anymore. The bikes, the swimming, the hanging out and the Boy Scouts. For the kids in the Boy Scouts it was like all the other kids wanted to get in there. We did so much and would always talk when we hung out, the stories we had and all the experiences. Well at least the good experiences you could and were willing to share with your friends. I had 3 years in the Boy Scouts, numerous badges and learned things that have saved me in times when no one else knew what to do. Whenever I was asked how did I know? I'd always say, "Yeah them Boy Scouts." Never have I felt as if the Boy Scouts as an organization was horrible, but as I will soon explain my position there's always one question that remains in my head and that is, "Who is to blame?"

This is where it gets tough please excuse my language from this point on; I have never told really anyone this information and definitely would never put it on paper. As we progress through my story there may be words and moments of passion and anger. Just please bear with me. My first year of the Boy Scouts was a good experience, I had a great set of memorable times as being in my 40's now I still hold some of the same relationships with those people today. But roughly towards the end of that year we had gotten a new leader by the name of Mr. ▮▮▮ Now Mr. ▮▮▮ was a very tall man and very mean. Being older now and looking back he was also a very slender man. Mr. ▮▮▮ sent the group out one meeting night but held me back. Mr. ▮▮▮ tells me he needs help lifting somethings in this huge closet that was in this barracks of a sort. He said "Cause you're a fat kid, and I like fat kids." I'm only 10 year's old so no big deal. I actually remember laughing about it. I'm a kid no big deal, we get to the closet and he grabbed me and told me if I screamed he would choke me and kill me. I will never forget this – J▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was so scared he told me not to be – and that we were going to be good friends. We had meetings 2 times a week, Wednesday and Fridays, so this was happening every time there was a meeting. I was so very scared of Mr. ▮▮▮ I just couldn't even tell my mom about although over time I believe she knew I was being touched. During my second year, Mr. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Now times were different cause in this day and age with how I was, someone's going to jail. When asked about it by my mom I just lied and said I don't know or understand it. As it stands now, I still bleed to this day and all I can do is nurse it when it comes out – Yes, comes out. The third year I was so bad my mom couldn't prove it but she knew I was being touched. I was coming home after meetings and was all sorts of beat up from behind. So my mom took me out of the Boy Scouts and I never returned.

Three years of molestation and rape is tough on a 10 year old kid. So I'd like to express to the courts that I understand this is a process and the Boy Scouts wants to do what they can to make things right. But some of these situations cannot be taken back. A simple I'm sorry is not enough for some of us, the ones who have lived with this a whole life time with life time affects. There are different levels of molestation and rape. Some of us were put through both. It's not a legal thing to do to a child or an adult. This is a huge case and again I will ask: Who's to blame?

It's tough to know that this was going on for years throughout the Boy Scouts and it was just covered up and put away. Countless of boys and girls, again: Who's to blame? We're now at a compensation point where at the very least someone can make a decision on how to or should we say be fair to all the victims? It's heartbreaking to see, read, and hear that compensation would be around the $6000 marker for the victim in a billion dollar law suit. While you take the money and try to develop a new system for the Boy Scouts. That's' a yes and a no. Yes to trying to develop a new system that works but camp leaders need to be treated like teacher and a certain amount of college credits especially ECE training with an extensive background check. Supervised training for the safety of the children would be great as well. Now all of this could be an excellent start to rebuild an organization. And if I read it and see those things happening I would gladly sign my son up. But this should not come at the expense of the law suit. The Boy Scouts of America filed for bankruptcy! Their plan of action cannot and should not be allowed to sit in front of victims of molestation and rape who have lived in fear until you were big enough to fight your own fight. So there's no protection? None from the Boy Scouts? None from the courts? As the Boy Scouts are being allowed to swindle their way through with this "New plan of action". Where's the accountability? Except the fact that they're in court for the actions that have traumatized a lot of kids. This is a tragedy. Who's to blame?

I hope this gets read because this is a huge tragedy. I hope you as the judge and overseer of this case looks at this situation and feels for the victims because we're just that and have been for years. I have phobias and I will not allow my children to do certain things because of this. I absolutely don't have an open mind about things with my kids – and that's not fair to them that I am like this.

My hope though this letter is to allow you a view in what I have gone through and will continue to go through for the rest of my life. Please all I am asking for is fairness to the victims. We deserve to be compensated for all they've done to us mentally, physically, and emotionally. Perhaps some more than others. That's not my call or decision but with how vast this is for any of the victims to get anything under the low 6 figures would be an offense. We lived this out. They should have to pay. I'm not looking for a life pay-out but what's right is right and what's wrong is wrong.

I would like to thank you for your time and thank you for giving me an opportunity to write this down and tell someone what happened to me and why I will never be the same.

All the best,

