SA - 

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801



FILED
2021 JUN -7  AM 8:49
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



May 24, 2021

Dear Honorable judge Silverstein,

When I was around 11 years old, I was sexually abused repeatedly for at least 4 years, every two weeks, during camping trips the scoutmaster, my brother-in-law, organized. The family did not learn until much later that he was discharged from the military because of homosexual activity. I grew up being raised by a single mother until my mother remarried: a double wedding along with my sister.

My stepfather was an alcoholic with a mean spirit. I never bonded with him. My brother-in-law was young just out of the Marines. It was easy to relate to him as we became friends.

I never did well in school. Failed third grade. In hindsight, I had a learning disability, but at the time my family believed that I was mentally retarded and treated me as such.

When my brother-in-law started the Boy Scout Troop 828, later changed to 829, I was elated.

It was paramilitary back then. Sleeping quarters were assigned and I was assigned to be in the same tent as the adult leaders. I was told that I could not wear clothes to bed because they were most likely damp and quickly was told to zip the sleeping bags together with my brother-in-law. Then it started. The other(s) adults in the tent must have been very sound sleepers.

████████████████████████████████████████████████████ I still cringe at the memories. I guess that I was easy because ████████████████ I remember the blood. I told him about the blood, but It did not stop him.

I had no where to turn; mother thought was retarded; school thought that I was stupid. I lived in a rural area.

Every day of my life I live with the fear. Every day I I tell myself that somehow, I should have did something. Every day, at the age of 71, I force myself to look into a mirror. I can't begin to explain how hard it is to look into a mirror.

This is my third attempt and countless hours of fearfully thinking of what to write. I'm 71 years old, and at times I feel like a scared, frighten young boy. Yea, I can man up, but I have to push that little boy inside of me down. He is always there.

I have thought about what I actually wanted from this lawsuit. I started asking myself questions about the BSA what policies they have and how effective they were. I will probably never know. I do know that I do not want any other young boy to experience what I went through. I'd rather see the organization disbanded then continue having children sexually abused.

Sincerely,

███████████████