To Justice Lauri Selber Silverstein
B.S.A Bankruptcy case
824 Market St. 6th Floor
Wilmington, DE 19801

FILED
2021 JUN -7 AM 8:54
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 20th 2021

From: ███████

Claim - Case NO: SA-███

Hi my name is ███
I am 35 years old. I was in Milwaukee Wisconsin when I joined the Boy Scouts and what ended it was many issues.
I was asked write you. Now mentally I had pull my self together. I was forced to do acts like photo's sexually with another kid at Washington Gard School in west Allis Milwaukee. I was sexually abused by my Scout leader name was ███████. I in 2001 had very bad head injury.
It started out just touching and Groping "Alonetime" When he would ███

[REDACTED] I was in Boy scouts. I was in it 1994 or so 1992 Area. This was 1990s when

Well As I was trying write This many times as Lawyer's asked me. I mentally had Break Down. As many Thing's escalated into oral sex, he would [REDACTED]

[REDACTED] anyone I'd get in trouble and not allowed Back. my parent's would never let me go to as another camp or play any more games or sell popcorn such. I was placed into a Privetived School called Gow School. I was afraid of getting in trouble I didn't want to disappoint my family.

I didn't like what I was doing but I trusted him and my innocence was betrayed. West Allis Police wouldn't do anything cause The school and Boy Scouts Let him go.

I was Scarred go to park where he worked which was accross from our school. my parent sold our house moved

to another district. I went to the Boarding school called The Gow school For Boy's after in South wales new york. My parents Thought be better Safer. This Scarred me, I've carried This For 20 some years in my head. Like what happen photo's Taps he took, What did ███ Feel ███ two the other Boy's had This happen to with me. Why he get away with This.

I've Been Held in prison in my mind with This. I don't like talk any one over it, it Rips me up. Because I didn't want to be a victim anyone. I don't know how my Family Looks at me because They are very much Religious This caused me so many issues in life. I so much have been in pain and anguished it's caused me to have Suicidal Thoughts and attempts there many Records of This.

I Been to prison over sexual case with my own Kids mom over it in wisconsin. I was never going to say anything and take to my

Graye But had out Burst I've tried talk once to an Sexual anonymous Hot line one They Reassured me talk to police again and again. I did in 1997 Why again. So I want my Story heard Noticed by you.

Please send me Notice your Received This Factual Story of mine and send me Notice it is Filed with you safely. Please mail me Notice.

Sincerely

▮▮▮▮▮

May 25, 2021

P.S.
It's was hard put wrap my mind on This pass sorry took me two weeks write This for you.