(1)                                                            June 1ˢᵗ 2021

Dearest Justice Silverstein
    Hello, My Name is ▮
I'm a Survivor of Sexual Abuse, by a
    Scout Leader while I was in the
Boyscouts. First off, This is More then
    Monetary damages to Me, We Must Protect
the Next Generation of "Children" Whom
    want to Become Boyscouts. The Abuse
that I Suffered by the Hands of a very
    deranged Monster, Noone should be Put through
What I went through. I'm a 55 years old
Man, I've been in and out of Prison My
    Whole Adult life. I was a Boyscout From
the Age of 10 + 12 years old. I was a Cub Scout
first Then Moved up to Boyscout. I started
using heroin at the age of 13 years old.
    I'm damaged, but I'm currently getting
Treatment while I'm in Prison. I've Been
diagnose With P.T.S.D. from My time
while I was in the Boyscouts. This is the
    first time I've ever sought treatment,
I have Nightmare's Almost everynight.
This Monster put Me through Unthinkable
Stuff, He had a adult Son Whom had
    down's Syndrome, Whom (He) the Scout
leader Whould make Me ▮
                                                              →

███████████ There is So Much unimanable things (He) Made Me do: Sometimes, it's Weird Because I can Somehow Still Smell the Monster or hear Something and it takes Me Back in TIME! The Boyscouts of AMERICA Should put SOME Kinda TRAINING Put Forth And Classes And Back ground Checks Before Becoming a Scout Leader; That's just My Opinon, which dosn't hold No weight. But I'm a "Survivor"

Sincerelly Your ███████

PS: If You OR Need My Testimony Feel free To write Me;

███████████