Highly Respectable and Honorable Judge- That Holds the office of The Boyscouts of America, that overseeing Chapter 7 of overseeing The Boyscouts of America My name is ███████.

During The 1970's my Husband and his brother were Scouts belonging to The Optimum Club in Howell, New Jersey.

They were on a Jamboree in Turkey Hill State Park. During that time, my Husband was eyewitnessed by his brother, by the Scoutmaster, that was putting his hands on his buttucks and genetalia.

Memo: The restructuring of The Boyscouts of America doing this to avoid a mass action civil suit that's put against them by The predators of the boyscouts. That they new because they had an advertisement on TV that they new who the Predators were.

Because they advertise on TV that they have a list of all the Serial deviants. So if they new who those deviants were just as guilty.

I look for a speedy resolution, please respond to me by correspondence or phone call.

Phone # ████████

████████████ to my Husband ████████████. Thank you and God Bless you in the proper adjudication of this God send sentence that your judgement against The Boyscouts of America.