AIS -

The Scout Leader that "Abused" me was also my sixth grade teacher and the coach of our basketball team, he used all three positions to create opportunities to get to me.

If you required two leaders to be present in all situations, never just one, that would prevent further opportunities for further potential perps.

The ripple effect of what happened to me has gone on over 40 years

If I could'a any money & still intend to use it for therapy



FILED
2021 JUN -8 AM 10:09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE