CASE SA- ███
ATTN: THE HONORABLE JUSTICE
LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH. FLOOR
WILMINGTON, DELAWARE
19801

FILED
2021 JUN -8 AM 10: 09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

███

MONDAY
APRIL 26, 2021

DEAR JUSTICE SILVERSTEIN:
FROM 1970-1974 AGES 10-14 I WAS

███

YEARS. ███ WEIGHED MORE THAN
I DID AND THEY TOLD ME NOT TO TELL MY
MOM OR THEIR MOM ███ BECAUSE IT
WOULD HURT BOTH MOTHERS. I LOVED MY
MOM, WE WERE SO CLOSE SO I PROTECTED HER

I DID NOT TELL MY MOM. ALSO ███ AND ███ THREATENED ME EVERY WEEKEND THAT THEY WOULD BEAT ME UP.

WHEN I SAW THE BSA OFF 300 MILLION TO ALL OF US VICTIMS I WAS SO ANGRY FOR THIS REASON ALONE 300 MILLION ÷ 83,000 VICTIMS = ONLY $3,614.46 FOR EACH OF OUR CLAIMS

(AND EXPENSES) FOR 4 LONG YEARS I BELIEVE THE COURT SHOULD AWARD MY CASE $100,000.00  $25,000 FOR MY CASE AND OTHERS. SO $3,614.46 FOR MY CASE ALONE IS NO!!!

THEN RECENTLY "THE HARTFORD" DECIDED THAT 650 MILLION WOULD BE ENOUGH FOR COMPENSATING US 83,000 VICTIMS.

650 MILLION ÷ 83,000 VICTIMS = ONLY $7,831.33. IS THIS A INSULT YES A COMPLETE JOKE. 4 YEARS OF NIGHTMARE SODOMY AND RAPE WITH WOOD TREE BRANCHES, STICKS MY ANSWER NO!!!

THE BSA ONLY WANTS TO SAVE THEIR OWN REPUTATION, THEY DO NOT CARE ABOUT US VICTIMS.

RESPECTFULLY ███   P.S. I NEED AT LEAST $100,000 AFTER MY LEGAL FEES & COSTS