Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

FILED

2021 JUN -8 AM 10: 07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: Claim SA-███████

Dear Honorable Judge Silverstein,

I originally mailed this letter to you a month ago but it never made it on
the court docket. I'll keep it brief.

I was abused by a Scout Leader in 1983 when I was 8. We had just
moved to a new town and a new school. My mom was on her third
marriage and she was struggling with substance abuse,
unemployment and mental health issues. School was a respite from
the chaos at home.

I was shy and having difficulties meeting new friends- my teacher
recommended that I start going to Troop meetings after school. I
recall, it seemed to be a safe place with positive and friendly people.

The first act of abuse happened after school when I asked a leader if I
could use the restroom. He said he had to go with me to make sure I
didn't go to smoke cigarettes. I remember a group of people around us
laughed at his "joke" as we walked off.

There were a few times my mom didn't pick me up after the Troop
meet because of her personal issues mentioned above. Scout Leader
███████ started driving me home because it was on his way. By the
second ride home, he gave me a drink spiked with alcohol, showed
me porn, and things progressed horribly from there. I was made to

believe that he knew my parents and "how my family was", and didn't want me to get in trouble at school, at the Scouts or at home.

I failed the third grade during my time in the Scouts. A group of Scout Leaders talked with my mom and basically told me not to come back because of behavioral issues, which was untrue. I tried to tell people what really happened but it was difficult for me to express and comprehend.

At age 45, I am both a survivor and victim of sexual abuse. I've been in therapy for years, alcohol treatment centers, active in 12 step programs, have a college degree and am currently pursuing a Masters' degree. By this point I should be able to understand all these horrible memories, emotions and feelings that are re-surfacing as I write this. It hasn't gone away.

I don't think the Boy Scouts deserve the benefit of the doubt anymore- I'm convinced the organisation did more to cover up the abuse than to prevent it.

I understand Chapter 11 is a business and the BSA are not people, they're a corporation. Please consider ending the Boy Scouts exclusivity period and allow the TCC/FCR/Coalition plan to be submitted and voted on.

I have faith that your decisions are fair and from a place of compassion for us.

Sincerely,



6-3.21