Date: June 3, 2021

FILED
2021 JUN -8 AM 10:09
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: The Honorable Justice Lauri S. Silverstein.

My name is ████████████ claim number: SA-████

I write this letter, Your Honor, to express the impact of this traumatic experience I suffered as a child, while I was in the Boy Scouts.

I remember as a child, I was confused and afraid. I tried to tell other adults, even my guardiant at the time and I was not tooken serias and I was threatened that I would be relocated to another place, if I ever mentioned this again. Because of the sexual abuse and not being acknoweledged, I acted out in many negative ways. I could never trust people and I attempted suicide at an early age.

I became rebellars, deprived myself of love (because I felt no one would want me) and I'm a loner.

Still at the age of 39 yrs old, I'm still feeling the effects as being sexually violated as a child.

I'm currently in an outpatient program because of suicidal ideations and impulsivity. Also, I'm being treated for Major Depressive Disorder.

Thank you for reading my letter and it's my hopes the BSA will take responsibility for their actions.

Sinc[erely]

— Legal mail —



Prison Generated Mail
CSP-SACRAMENTO

Justice Lauri S. Silverstein
BSA Bankruptcy case
824 Market Street. 6th floor.
Wilmington, DE-19801.



