To: The Honorable Justice Lauri Selber Silverstein
From: [redacted]
Date: June 1st, 2021
In Re: SA-[redacted]

FILED
2021 JUN -8 AM 10:13
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I was sexually abused at a young age by a Scout master who was suppose to be a trusted Mentor/Employee of the Boy Scouts of America. My parents let me attend a Camping trip sponsered by the BSA and that was when I was [redacted] I was able to call my father the morning after I was abused and he came and packed me up/rescued me. I told him what had happend and he told me to not talk about it because of our race & religion. ½ Native American / Wiccan.
I lost any and all trust of everyone, especially anyone of authority. My parents sheltered me after the abuse and this caused me to lose out on my childhood/young adult because my parents keep me so close to home - to keep me safe.
Prior to my sexual abuse I had a very close relationship with my father and it was very apparent that once I told him what had happend to me our relationship had changed. At this time my mother and I became very close and I would ask her why my father acted the way he did towards me. He seemed to act like he was ashamed of me, she would tell me that he loved me and always would no matter what. That he felt like he had failed me as a father because he was not able to protect me from what had happend to me.
It was after I was abused that I guess you could say I started having behavioral issues at home & school.
This also led to my criminal thinking & behavior an led me to theraphy with [redacted]
Theraphy never seemed to work, it just made me more angry and have violent tendacies towards authority figures.
This in turn also led to unstable relationships and ultimatly

not being a good father to my children, because I was not around ~ (being in jail) like a responsible father should be. I always felt like I was not worth being loved or being able to love myself.

I have always felt ashamed at what happend to me, embarassed, always asking "why me?", "what did I do to deserve this?".

Since the last time I met with ▉▉▉▉▉▉ approx. 13 yrs. ago I have not spoke to anyone about what happend to me during that camping trip until I learned of the lawsuit against the BSA. Even then it took alot of sleepless nights debating whether I should try to reach out about what happend to me. For so many years I have seen all the cover ups of the abuse by members of the catholic church, never accepting responsibility making victims have to testify and relive the abuse that happend to them no matter how great the evidance against them was and even after they are found guilty, no one ever getting an apology or taking serious steps to make sexual abuse never happen again within the Church.

Seeing television shows, late night late shows, comedians. and movies all making jokes about sexual abuse by the Church and now the BSA, I do not want to be made fun of because of the abuse that I endured during that camping trip.

I decided no matter how difficult this is to talk about my abuse and how that it changed my parents, family, and most importantly myself, I need to tell my story and help in anyway all the other people who had trusted the BSA to try to help heal them in any way I can.

I take responsibility for the things that I have done that put me in prison, being a convicted felon.
I would like to blame the BSA for everything bad that I have done since I was abused by the BSA, but I made the choices and decissions that led to whom I'am today.
Even with that said, the abuse that I suffered at no fault of mine definatly contributed to an eternity of suffering for my family and how I developed into the person I am today.
I thank you for your time reading this your honor.

Sincerily, 

CC
L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

19801-302499

U.S.M.S. X-RAY



JACKSON MS 390
3 JUN 2021 PM 2 L

