FILED
2021 JUN -8 AM 10:43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: Letter to Court.

Hello and good day, excuse this interuption.

My name is ████████████ IN 1977-78, I was part of PACK 411 — as a cubscout, located in San Jose, California.

The experience, I endured as a child —— at the hands of BoyScouts of America — members — and under their control ... have forever haunted me... I became angry, sullen — withdrawn... — and as I grew in age, I became a product of the judicial system — as my behavior, resulted in violations of the Law.

Were, I, not abused — by B.S.A. And it's affiliated members — I know for a fact my life — would of progressed in a "normal" fashion —— but, instead... I was explosive, ashamed and

fearful — within my soul and spirit.

The monetary "gain" — from the ensuing lawsuit — as represented by AVA Law Group, is to make B.S.A. accountable for their cupability and "blind eye" — We live in an age of responsibility and those who have been "asleep" to their pain — in which they have inflicted upon others — is now to be atoned.

The financial burden BSA is to bare — is to make this organization — realize — their — Role in the thousands upon thousands of lives they destroyed — by — NOT stopping the abuse — the BSA — were fully knowledgeable of.

The attempt of BSA and Insurance Companies to pay pennys on the dollar — is a proverbial — 'slap in the face' — to the living victims of BSA's knowledgeable pattern of abuse endured — by children, who are now "damaged" adults — is appalling and typical — of abusers — to mitigate their responsibilty — there exist — no 'Time machine' to turn back the clock — to stop the abuse — Something all abuse victims would prefer... So, it's monetary value in a Capitalist society that is, what makes one stand up and notice — And be aware

of their responsibility to the world and their behavior.

Easily BSA could of stopped this abuse — and preserved and saved the integrity of a once great organization — which now is sullied with shame — Because of what BSA allowed to transpire — Abuse to children

The current compensation is laughable compared to the financial holdings — BSA — controls. It's almost a form of a abuse — all over again — BSA — would rather exit bankruptcy Richer — and the victims — "poorer" — in relations to what is "fair" — when it comes to financially rectifying a wrong with a monetary settlement.

I implore the court — to stop the BSA and Insurance companys from this settlement that is geared towards their Bottom dollar — versus to that, what is fair for an abused victim of BSA.

Thank you for your Time

Sincerely
[redacted]

FN:
In a just world B.S.A - would pay a financial penalty - to the victims -
-And- Additionally all cost of theraphy - to each BSA abuse survivor





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801