Case number
#20-10343(LSS)

This is Love

#1

5:37

< Notes    To whom this ma

To whom this may concern. My name is ▮▮▮▮ ▮▮▮▮. I joined a Boy Scouts roughly when I was 13 years old. During the years I was there, I was sexually abuse by my scoutmaster. He also got me drinking alcohol. That

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

excepted that I thought I was gay. Because When I was around 15. I started understanding a little bit about gay life, witch made me believe maybe that's the way I was, because what was happening. And I did not know how to stop it anyway. He was older than me and I was too young to really know how to say no to him. And when I got 18 he passed away. I think he had a heart attack. So I became an Eagle Scout with two palms. Then after that I lived a gay life for a while, because that's what I thought it was. The whole time I was in and out of that lifestyle. I was always confused what type of life I should be living. I seek help when I was 17, because I was suicidal. I attempted to jump

5:37

< Notes    To whom this ma

when I was 17, because I was suicidal. I attempted to jump off a bridge, and my mother ended up stopping me. I pretended I had to throw up and wanted her to pull over immediately. She stopped on a bridge I got out the car and I was ready to jump. She was coming around to check me out to see if I was OK and when I was about to jump she grab me. Took me immediately to the hospital got me some therapy with ▓▓▓▓ saw her as my therapist for about a year. She help me at that time to realize I was still worth something, but the whole time the sexual acts were still going on. So when I was 18 my scoutmaster passed away. Then I ended up moving to Louisiana. To live with my aunt ▓▓▓▓ My mothers sister. She was trying to help me pull my life together. So when I became 25 years old. I met my wife. We've been together 36 years now. But during this time her and I have had a lot a problems with my sexual identity. Even though she knows I love her with all my heart. I still struggle with the homosexual lifestyle. Which has made me many times over wanting to die. But my family keeps me reasonably together. I still need therapy lots of it. I live in Tennessee now with my family. I have seen therapist here, but they never stay with me long enough to get to the root of it all because I cannot financially afford it. My insurance only paid for a certain amount of time. Then

5:38

< Notes    To whom this ma

insurance only paid for a certain amount of time. Then again I'm left on my own to deal with it. Many times I have prayed to God why did he make me this way, why did he allow things to happen to me like this. I have also asked my wife over many times in our lifetime, to forgive me for the way I am. She loves me thank God for unconditional love, and always by my side. No matter what happens even though I've had men in my life. I do everything I can to stay away from that lifestyle because I'm so confused. I wish I had the mental health that I need. I cannot tell you how devastating this has been for me. Or really know how to put this into words the right way. To help you unders The pain and suffering I have gone through, and to this day still dealing with. I don't think it will ever end until I'm dead. Sometimes I wish it was sooner. I've often thought of taking my life. Most the time my family never knows what's in my head I don't normally ever talk about this to anyone. Because I'm ashamed and embarrassed of it all. I just want to run and hide but I feel there's nowhere to go. I always wanted to be a good man to my wife and children. And I have always tried my best. But deep down I have so much confusion. I guess if you were here with me in person and I was able to really express myself more in depth on the things that happened. It would probably break me into

\# 4

5:38

< Notes    To whom this ma

things that happened. It would probably break me into tears and tear me apart. And you will see the real suffering in pain I've been through. Doing this letter it's difficult. I never want to expose myself to anyone over this out right. It took a long time for me to decide to reach out to this organization to assist me on this lawsuit. I saw their ad for months but was afraid to open up. Because I did not want to be exposed like some kind a demented person. But they insured me this would be private. And by all means I hope so. I have enough stress anxiety in me. I have a little bipolar. It runs in my family also schizophrenia. I probably need medication for it but I can't afford that either. I know the people that put me in this position will never be prosecuted or held accountable for their actions. Because none of them are around today, they have all passed away. But they left me with the scars. I don't know if this letter is enough to help you understand were I really am coming from. But I would not be afraid to testify in person if necessary. As long as it's a private situation. I just don't want to be publicly exposed. I wish somebody was there to protect me when I was young. Someone who would've guided me in the right direction. I came from such a dysfunctional family. That I could not go to anyone there and really open up my heart. Because they would not have


#5

5:38

< Notes    To whom this ma

insured me this would be private. And by all means I hope so. I have enough stress anxiety in me. I have a little bipolar. It runs in my family also schizophrenia. I probably need medication for it but I can't afford that either. I know the people that put me in this position will never be prosecuted or held accountable for their actions. Because none of them are around today, they have all passed away. But they left me with the scars. I don't know if this letter is enough to help you understand were I really am coming from. But I would not be afraid to testify in person if necessary. As long as it's a private situation. I just don't want to be publicly exposed. I wish somebody was there to protect me when I was young. Someone who would've guided me in the right direction. I came from such a dysfunctional family. That I could not go to anyone there and really open up my heart. Because they would not have cared how I really felt. Well that's all for now because I'm emotionally getting upset. And it is bringing back a lot of bad feelings, and I hope I don't go through all this for nothing, because y'all have opened up a can of worms, and I keep trying to bury.

I Talk to Text. Had to print This out. Due to my Reading and Spelling disability. Thank you for handling This.

