Dear Justice Silverstein.          Fri MAY 14 21

I'm writing to u today to tell u my story of what Troop Master ███████ of the B.S.A. And Also Pastor of the church where we had our weekly meeting's at. I was 10 year's old when this child rapest starting forcebly started raping me every chance he got. it Dident matter if I was at his church after our troop meeting or on a weekend troop camp out In the near by Mountain's or even at a Boy Scouts church camp retreat. I Dident know at the time that what he was doing to me would effect me in such a negative way for the rest of my life. I am 56 yr old today. Still having many mental health issues. Snice what that child Rapping Bastard Did to me. I cant remember having one good day snice 1976. I have lived with shame, gilt Guilt, In silance up untill my daughter put my 8 yr old Grandson In cub scouts. I could not live In silance nor Allow my grandson to go thrw what I am still 40 plus years later, going thrw. So I told my daughter of my shame. tried to explane to her my mental health. Now my family knows why Iv been so hurtfull towards myself. the Drug and Alcohol Abuse. The suicide (many) Attempes. She and my family was and is horrified to know that the higher up's In The B.S.A. has and alloewed these undercover preDartors to Rape and molest all of us. the many young Boy's this all happend to. And they are all even more horrified to know now they all Intend to hide behind Lady Justice if allowed. And its went on

# II

way too long. And she pulled my grandson out right away. Today I am a Drunk, Drug Addict, A cutter. I am stiv to this day being treated with heavy doses of powfull pshy med's. Still living in shame. I have attempted suici suicide just last Aug 2020. I have lived with this way to long. And your Honor if you Allow the B.S.A. To continue to not be held Acountable. I will continue to Live with All that he did to me And other young Boys. At this point I can't wait to draw my last Breath. Because I choose out of fear to live with And Keep silance. please ur Honor Allow me to live out the rest of my life in peace. And hold the B.S.A. Libale -P- there Actions. We aist Put in my head that All young Boyscouts are supose to Tend To Troop leader's And Church leader's Sexull need's And Demands. he gave me An After school Job At the Church. I was forced to Do And Be A part of things adults should Not even Do let Alone A 10 Year old child. I hope he And All the other B.S.A. leader's know what Await's them in thier next life. he Also Put in My Head That if I spoke to Anyone Besides God About what was happening Then God would send me to hell. or worst he would remove me from the B.S.A. I can't tell-u-wich one I was Afraid of the most. So ur honor I'll close this letter For Now. But Just want to ask And Beg You. Don't Allow The B.S.A. To Get Away with this life long Abuse At thier Hired Child Rapest. HAND'S I'm not the only young man that has sufferd this in just. And life Destroyed By the P.T.S.D.

## III

AND All the other MentAl Illness, RApes, ABuse, let America Know Young Kids lifes mAtter too. And TAke the Power from the B.S.A. to continue the shame And Abuse. Let them know what They Did was truely A sick And Perverted life style. And the harm we All (Kids) have went thou And Going thou. The B.S.A. As A whole AN ORGANIZATiON that knew AND conDoned the Actions oF these child Rapest. with this I close. THANK-u so vary much 4 taking Time to REAd what Iv Been wAnting To Express 4 A vary long Time. And THANK-u-P- Your Time in this MAtter. HAve A SAFe And Blessfull week God Bless u And Yours.

Respectfully

[redacted]

! THANK-you !





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

FIRST-CLASS

02 7H
0001255363
MAILED FROM ZIP CODE
MAY 20
$00.