# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## FOURTH MEDIATORS' REPORT

The Mediation Parties are currently engaged in ongoing in-person and virtual mediation sessions in New York City, which sessions have included the Debtors, the Ad Hoc Committee of Local Councils, the Tort Claimants' Committee, the Coalition, the Future Claimants' Representative, and the Insurance Companies.

The Debtors have requested that, in light of the Mediation Parties' settlement discussions, all matters scheduled for hearing on Friday, June 11, 2021 be adjourned to a date to be determined and that the June 11, 2021 hearing be treated as a status conference. The Mediators support the Debtors' request.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: June 9, 2021  /s/ *Kevin J. Carey*  
Hon. Kevin J. Carey (Ret.), Mediator

/s/ *Timothy V.P. Gallagher*  
Timothy V.P. Gallagher, Mediator[2]

---

[2] Due to a previously scheduled conflict, Mr. Paul A. Finn was unable to attend today's mediation sessions.