**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| OFFICIAL TORT CLAIMANTS'<br>COMMITTEE OF BOY SCOUTS OF<br>AMERICA AND DELAWARE BSA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Defendants. | Adv. Pro. No. 21-50032 (LSS) |

NOTICE OF STATUS CONFERENCE AND ADJOURNMENT OF
HEARING ORIGINALLY SCHEDULED ON JUNE 11, 2021, AT 10:00 A.M. (ET)

**This remote status conference will be conducted entirely over Zoom and requires all participants to register in advance. Please register by June 11, 2021, at 8:30 a.m. Eastern Time**

**COURTCALL WILL NOT BE USED FOR THIS STATUS CONFERENCE.**

**Please use the following link to register for this status conference:**

**https://debuscourts.zoomgov.com/meeting/register/vJItcOigqjkqE4A8IM6Je054jCgt-qXGQgY**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the status conference.**

Topic: Boy Scouts of America

**Time: June 11, 2021, at 10:00 a.m. Eastern Time (US and Canada)**

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

<u>STATUS CONFERENCE</u>

<u>Status</u>: Please take notice that at the direction of the Court, the hearing originally scheduled for June 11, 2021, has been adjourned, and will go forward only as a status conference.

| | |
|---|---|
| Dated: June 9, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>    aremming@morrisnichols.com<br>    emoats@morrisnichols.com<br>    ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>    mlinder@whitecase.com<br>    laura.baccash@whitecase.com<br>    blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |