IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I Rachel B. Mersky, hereby certify that on June 9, 2021, a copy of *Brown Rudnick LLP's Responses And Objections To Century Indemnity Company's Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Bankruptcy Case (Or Adversary Proceeding)* was served upon the following parties via Email:

O'Melveny & Myers LLP
Tancred Schiavoni
Gary Svirsky
Andrew Kirschenbaum
Salvatore J. Cocchiaro
Times Square Tower
7 Times Square
New York, New York 10036
Email: tschiavoni@omm.com
gsvirsky@omm.com
akirschenbaum@omm.com
scocchiaro@omm.com

Stamoulis & Weinblatt LLC
Stamatios Stamoulis
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Email: stamoulis@swdelaw.com

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00224500-1}

Dated: June 9, 2021
Wilmington, Delaware

MONZACK MERSKY AND BROWDER, P.A.

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE No. 2049)
1201 North Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
E-mail: rmersky@monlaw.com

-and-

BROWN RUDNICK LLP
David J. Molton, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@BrownRudnick.com

and

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com