## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## FIFTH MEDIATORS' REPORT

The Mediators, having conferred today with certain of the Mediation Parties, including the Debtors, the Ad Hoc Committee of Local Councils, the Tort Claimants' Committee, the Coalition, the Future Claimants' Representative and insurers, suggest that the status conference scheduled for Friday, June 11, 2021, be cancelled to permit discussions among the Mediation Parties to continue without interruption.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated:  June 10, 2021

/s/ Kevin J. Carey
Hon. Kevin J. Carey (Ret.), Mediator


/s/ Paul A. Finn
Paul A. Finn, Mediator


/s/ Timothy V.P. Gallagher
Timothy V.P. Gallagher, Mediator