# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br>Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |
| OFFICIAL TORT CLAIMANTS' COMMITTEE OF BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br>Plaintiff,<br>v.<br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br>Defendants. | Adv. Pro. No. 21-50032 (LSS) |

**AMENDED**[2] NOTICE OF STATUS CONFERENCE AND ADJOURNMENT OF HEARING ORIGINALLY SCHEDULED ON JUNE 11, 2021, AT 10:00 A.M. (ET)

**AT THE DIRECTION OF THE COURT, THIS STATUS CONFERENCE IS CANCELLED.**

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

STATUS CONFERENCE

Status: Please take notice that at the direction of the Court, the hearing originally scheduled for June 11, 2021, has been adjourned, and will go forward only as a status conference.

| | |
|---|---|
| Dated: June **10**, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
   aremming@morrisnichols.com
   emoats@morrisnichols.com
   ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
   mlinder@whitecase.com
   laura.baccash@whitecase.com
   blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION