# **EXHIBIT A**

26806555.10



**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 05/26/2021 | CI-033673 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 06/25/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

| Bill To: | Project Information: |
|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>1100 North Market Street<br>Wilmington, DE 19801<br>United States of America | Project Name: P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings<br>Project Number: P-001551<br>PO Number: |

Professional Services rendered for period ending April 30, 2021.

| | |
|---|---|
| **Net Amount:** | 73,903.90 |
| **Tax:** | |
| **Total Invoice Amount:** | USD 73,903.90 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

*Please call Philip Irvine at (312) 212-6100 for question or bank wire instructions.*

*Please make checks/wires payable to 'Ankura Consulting Group, LLC'.*

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



|  |  | Project #: | P-001551 |
|---|---|---|---|
|  |  | Invoice Date: | 5/26/2021 |
|  |  | Invoice Number: | CI-033673 |
|  |  | Professional Services Through: | April 2021 |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| Thomas Vasquez | Senior Managing Director | 750.00 | 25.8 | $ 19,350.00 |
| Amy Brockman | Senior Managing Director | 625.00 | 4.4 | $ 2,750.00 |
| Nicholas Deluca | Senior Managing Director | 500.00 | 13.5 | $ 6,750.00 |
| Zsolt Macskasi | Managing Director | 450.00 | 40.7 | $ 18,315.00 |
| Michael Northeim | Director | 294.00 | 18.1 | $ 5,321.40 |
| Connor Cosenza | Senior Associate | 265.00 | 65.5 | $ 17,357.50 |
| Autumn McCusker | Senior Associate | 175.00 | 23.2 | $ 4,060.00 |
| **Total** |  |  | **191.2** | **$ 73,903.90** |



|  |  | Project #: | P-001551 |
|---|---|---|---|
|  |  | Invoice Date: | 5/26/2021 |
|  |  | Invoice Number: | CI-033673 |
|  |  | Professional Services Through: | April 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | FCR Meetings/ Calls | 4/23/2021 | Michael Northeim | Analysis of future claims forecast methodology. | 294.00 | 0.7 | $ 205.80 |
|  | **FCR Meetings/ Calls Total** |  |  |  |  | **0.7** | **$ 205.80** |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/6/2021 | Amy Brockman | Review of forecast scenarios. | 625.00 | 1.1 | $ 687.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/6/2021 | Nicholas Deluca | Claims forecast | 500.00 | 2.5 | $ 1,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/6/2021 | Zsolt Macskasi | Forecast future claims | 450.00 | 6.0 | $ 2,700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/6/2021 | Michael Northeim | Analysis of future claims forecast methodology. | 294.00 | 1.2 | $ 352.80 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/6/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 3.4 | $ 901.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/6/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/7/2021 | Thomas Vasquez | Analyze trends in abuse and claims. | 750.00 | 4.5 | $ 3,375.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/7/2021 | Amy Brockman | Review of updates to forecast and assumptions. | 625.00 | 1.5 | $ 937.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/7/2021 | Nicholas Deluca | Analysis of POC claims | 500.00 | 1.5 | $ 750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/7/2021 | Michael Northeim | Analysis of future claims forecast methodology. | 294.00 | 2.5 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/7/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 7.3 | $ 1,934.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/7/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 3.0 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/8/2021 | Thomas Vasquez | Analyze trends in abuse and claims. | 750.00 | 2.0 | $ 1,500.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/8/2021 | Michael Northeim | Analysis of future claims forecast methodology. | 294.00 | 1.6 | $ 470.40 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/8/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 4.8 | $ 1,272.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/8/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.7 | $ 297.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/9/2021 | Thomas Vasquez | Analyze trends in abuse and claims. | 750.00 | 2.5 | $ 1,875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/9/2021 | Nicholas Deluca | Analysis of  POC claims | 500.00 | 2.4 | $ 1,200.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/9/2021 | Zsolt Macskasi | Develop future claims forecast | 450.00 | 2.0 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/9/2021 | Michael Northeim | Analysis of future claims forecast methodology. | 294.00 | 2.0 | $ 588.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/9/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 6.6 | $ 1,749.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/9/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/11/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 2.9 | $ 768.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/12/2021 | Nicholas Deluca | Analysis of sample design | 500.00 | 0.9 | $ 450.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/12/2021 | Zsolt Macskasi | Future claims forecast | 450.00 | 3.0 | $ 1,350.00 |



|  |  | Project #: | P-001551 |
|---|---|---|---|
|  |  | Invoice Date: | 5/26/2021 |
|  |  | Invoice Number: | CI-033673 |
|  |  | Professional Services Through: | April 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/12/2021 | Connor Cosenza | Perform analysis of claims forecast model (1.5) Update Model Outline (4.3) | 265.00 | 5.8 | $ 1,537.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/12/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/13/2021 | Nicholas Deluca | Review forecast methodology | 500.00 | 1.5 | $ 750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/13/2021 | Zsolt Macskasi | Forecasting future claims | 450.00 | 4.5 | $ 2,025.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/13/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 1.5 | $ 397.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/13/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/14/2021 | Michael Northeim | Analysis of future claims forecast methodology. | 294.00 | 1.8 | $ 529.20 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/14/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 2.6 | $ 689.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/15/2021 | Thomas Vasquez | Perform analysis of future claims forecast methodology. | 750.00 | 3.5 | $ 2,625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/15/2021 | Nicholas Deluca | Review RFP/Interrogatories re Estimation Motion | 500.00 | 0.6 | $ 300.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/15/2021 | Michael Northeim | Analysis of future claims forecast methodology. | 294.00 | 3.3 | $ 970.20 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/15/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 3.6 | $ 954.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/15/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/16/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 5.2 | $ 1,378.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/16/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/19/2021 | Thomas Vasquez | Perform analysis of future claims forecast methodology. | 750.00 | 3.5 | $ 2,625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/19/2021 | Zsolt Macskasi | Future claim filings forecast | 450.00 | 6.0 | $ 2,700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/19/2021 | Michael Northeim | Analysis of future claims forecast methodology. | 294.00 | 2.1 | $ 617.40 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/19/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 5.6 | $ 1,484.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/19/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/20/2021 | Thomas Vasquez | Perform analysis of future claims forecast methodology. | 750.00 | 2.5 | $ 1,875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/20/2021 | Nicholas Deluca | Review forecast methodology | 500.00 | 1.3 | $ 650.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/20/2021 | Zsolt Macskasi | Analyze tort claims data | 450.00 | 3.0 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/20/2021 | Zsolt Macskasi | Future claims forecast | 450.00 | 3.0 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/20/2021 | Michael Northeim | Analysis of future claims forecast methodology. | 294.00 | 1.5 | $ 441.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/20/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 4.7 | $ 1,245.50 |



| | | | | Project #: | P-001551 |
| | | | | Invoice Date: | 5/26/2021 |
| | | | | Invoice Number: | CI-033673 |
| | | | | Professional Services Through: | April 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/20/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 3.0 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/21/2021 | Thomas Vasquez | Perform analysis of future claims forecast methodology. | 750.00 | 3.2 | $ 2,400.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/21/2021 | Amy Brockman | Review of updated forecast analysis and assumptions. | 625.00 | 1.8 | $ 1,125.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/21/2021 | Nicholas Deluca | Review of forecast methodology | 500.00 | 1.5 | $ 750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/21/2021 | Zsolt Macskasi | Future claims filing forecast | 450.00 | 4.5 | $ 2,025.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/21/2021 | Michael Northeim | Analysis of future claims forecast methodology. | 294.00 | 1.4 | $ 411.60 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/21/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 1.4 | $ 371.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/21/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/22/2021 | Thomas Vasquez | Perform analysis of future claims forecast methodology. | 750.00 | 4.1 | $ 3,075.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/22/2021 | Zsolt Macskasi | Future claims filing forecast | 450.00 | 5.0 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/22/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 3.7 | $ 980.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/22/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/23/2021 | Zsolt Macskasi | Future claims filing forecast | 450.00 | 3.0 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/23/2021 | Connor Cosenza | New Data Exploration (1.8)<br>Perform analysis of claims forecast model (2.1)<br>Call w/ FCR, YC re: status update on forecast (0.7) | 265.00 | 4.6 | $ 1,219.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/25/2021 | Nicholas Deluca | Claim value analysis | 500.00 | 0.2 | $ 100.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/26/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 1.8 | $ 477.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 4/28/2021 | Nicholas Deluca | Repressed memory analysis | 500.00 | 0.4 | $ 200.00 |
| | **Historical Data Analysis-Model Building Total** | | | | | **189.1** | **$ 73,033.10** |
| **Actuarial and other Analyses Total** - B007 | | | | | | **189.8** | **$ 73,238.90** |
| Administrative/ Attend Calls/ Meetings | FCR Meetings/ Calls | 4/23/2021 | Nicholas Deluca | Call with FCR and YCST re: status update on forecast results | 500.00 | 0.7 | $ 350.00 |
| Administrative/ Attend Calls/ Meetings | FCR Meetings/ Calls | 4/23/2021 | Zsolt Macskasi | Call with FCR and YCST re: status update on forecast results | 450.00 | 0.7 | $ 315.00 |
| | **FCR Meetings/ Calls Total** | | | | | **1.4** | **$ 665.00** |
| **Administrative/ Attend Calls/ Meetings Total** - B008 | | | | | | **1.4** | **$ 665.00** |
| **Grand Total** | | | | | | **191.2** | **$ 73,903.90** |

5