# **EXHIBIT B**

Ankura did not incur any expenses during the Fee Period.