6-2-21                                    SA-████



Dear Judge Silverstein

My name is ████. My ████ happened many years ago. In the late 60's. I was in 4th-5th grade. It took place at Camp Makualla in Southern Ore. My dad was the camp director @ that time. My younger sister (by 3 years) and I would go to camp in the summer. My mom also volunteerd at the first aid station. (She was an RN). Sister ████ and I were pretty much left to our own devices. We would hunt for arrow heads, catch frogs, swim in Cresent Lake and attend camp fire on Fri nights with the scouts. I even helped out in the kitchen. We always had fun. On the other hand, there was a scout leader who would take us in his truck to his trailer. I still remember the inside of that trailer. ████ and I took turns sitting

████████████████████████████

know about those things. Then, the reward... CANDY! We always knew there would be candy. I almost can smell & taste him! My sister doesn't remember, but years later when I would describe his kisses, she would "kinda" remember.

We never told anyone because we didn't know it was wrong, we just didn't like it. Back then I'm not sure what the "punishment" would have been.

Don't know why I didn't think of telling Dad, since I've been an adult. I wish he and mom were alive to talk about it. Dad would be furious. Not sure if he would've had any info about this man. He's probably dead, but I kind of wish he wasn't. (He seemed old in the late 60's.) I would love for him to answer for his abuse. Did he do the same or worse to anyone else? Are there people who look for these abusers? Have any abusers been arrested, gone to jail, or on trial?

My sister and I have driven to Camp Makualla, on a day trip, a few times. She and I did have fun there, and being taken to his trailer was just the down side. We were so naive and just didn't know, we knew we would get candy after. What grade school child wouldn't want candy?

Sincerely

████████



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington, DE

PORTLAND OR 972
4 JUN 2021 PM 6 L