June 4th, 2021

Dear Andrew,

CLAIM #SA-[REDACTED]

I joined the Boy Scouts at 13 years of age. I enjoyed the Boy Scouts the first year and made lots of trips to the mountains, and learned a lot about being outdoors. I also made new friends.

When I was 14 I continued on in the Boy Scouts and my Scout Master, [REDACTED] continued to lead our troop. On more than one trip to the mountains he supplied us with alcohol and cigarettes. It was during these outings that he sought me out and started a sexual relationship with me. I was so scared of him that I didn't know what else to do other than to comply. The alcohol was always available and shared each time.

This went on until I was sixteen. I remember that there was another boy that he approached the same way, but I'm not sure of all of his details.

Later on in life, I learned through one of my childhood friends that a Boy Scout turned [REDACTED] in and I think he went to prison. I believe he passed away several years ago.

This experience took me a lot of years before I was able to talk to a professional about it. I carried this very heavy burden and have endured many emotional scars.

I find peace in knowing that sharing this with you will bring justice to myself and others that have suffered the same way.

Respectfully,

[REDACTED]

FILED 2021 JUN 10 AM 9:17 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE