Jun 4, 2021



FILED

2021 JUN 10 AM 9: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE 19801

Re: SA-███████

Honorable Judge Silverstein,

I am writing to you today to share my experience as a Boy Scout Sexual Abuse Survivor. I am presently 78 years old and living in Galveston, Texas. At the age of 11 or 12 I was in the Boy Scouts in my church (from 1953 to 1957). I no longer remember the Troop number but it was sponsored by First Evangelical Lutheran Church in Galveston, Texas. I was abused by my Scout Master, ███████████ The abuse occurred over a four-year period and included ███████████████████ He threatened me with being imprisoned if anyone ever knew. I told no one at the time. I did finally tell my mother (now deceased), in 1961. She told our Pastor ███████ at First Lutheran but she did not tell me what happened. I only knew that a big argument occurred but nothing ever came of it. I have been in therapy most of my adult life and on medications for chronic depression and anxiety. I struggled for many years with alcohol and drug abuse. This abuse impacted my life in multiple ways (physically, emotionally, sexually). I continue to see a psychiatrist to this day and am on medications. My claim form has more details but I wanted to personally reach out to you and let you know how I have suffered over the past 60+ years of my life because of the abuse I endured while a Boy Scout. Thank you for your time and attention.

Sincerely yours,