# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br>　　　　　　　　Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered <br><br> **RE: D.I. 4706** |

## CERTIFICATE OF NO OBJECTION REGARDING THE TENTH MONTHLY FEE APPLICATION OF KCIC, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2021 TO AND INCLUDING FEBRUARY 28, 2021

The undersigned hereby certifies that, as of the date hereof, KCIC, LLC ("KCIC") has received no answer, objection or other responsive pleading to the **Tenth Monthly Fee Application of KCIC, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2021 to and Including February 28, 2021** (the "Application") (D.I. 4706), filed on May 20, 2021.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than June 3, 2021 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $187,683.00 | $0.00 | $150,146.40 | $150,146.40 |

WHEREFORE, KCIC respectfully requests that the Application be approved.

Dated: June 10, 2021
      Washington, DC

KCIC, LLC

*/s/ Elizabeth Hanke*
Elizabeth Hanke
1401 I Street, NW, Suite 1200
Washington, DC 20005
Telephone: (202) 650-0503
Facsimile: (202) 650-0651
E-mail: hankee@kcic.com

INSURANCE AND VALUATION
CONSULTANT TO THE DEBTORS AND
DEBTORS IN POSSESSION