**Exhibit A**

**Service List**

**BY ELECTRONIC MAIL**

**Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North American**

**Stamoulis & Weinblatt LLC**
Stamatios Stamoulis
Elisha A. Calhoon, ACP
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
Email: stamoulis@swdelaw.com
　　　　Calhoon@swdelaw.com