You're Honor Silverstein,

It all started in the summer of 1975 the touching at soap derby race, this were we made small wooden cars to race at the main scout building 700 Wyman Park. These incidents continued to happen whenever we would have a scout meeting. This were I noticed other boys taken into a different area of the building. I was told this was my grooming phase more or less. But as time went on, we started going camping overnight and they would have a couple of us boys sleep in the same sleeping bags. And have others take turn sleeping in the same sleeping bags with the scout leaders and these were the times I ▇▇▇▇▇▇▇▇▇ I remember having bad nightmares. I told my mother about what had happened and she immediately remove me form the scout she could not believe that the Catholic Church was allowing this to happen. She move the family to different part of the city. In doing so this made me a loner and I would isolate myself from others, however this made her keep closer to her. I wasn't allowed to do a lot of normal things boys my age were doing. I found comfort in reading books. I always felt alone until my mother start taking me to church, this allowed me to find comfort in my faith and overcome the shame and guilt that I felt. This also helped me to know it was not my fault. So I was glad when it wasn't only happing to me and it was our time to share what had happened to us as children. This personal experience is just one out of many stories that should be heard. I believe that those responsible should be the organization who was to protect us. The Boys Scout of America should be held accountable for what happen to me/us as a young person, which in my belief change the trajectory of my life. Yes today I believe that I'm a good man due to my faith in God and through Jesus his son, however those actions of my past, still need to be answered for today.

Respectfully Yours,

