Individual case # ███

I am a victim of sex abuse by boy scouts of america in Bremerton WA. I was a scout at forest Ridge Scouts. I was at a camp out. And me and two other boys were talking and telling stories with the Scout leader.

███

and I faked being sick so he would take me home. I got home and told my mother what happend and she freaked out wrote a bunch of people and the next thing I knew the scout leader was fired from his position. I left boy scouts after that and I started running away from home. ending up in juvinile hall about 80 times or more. I hated adault after that expecialy Adults in power. I talked to cansolers about this and finnally worked it out to where I wasn't going to jail or prison any more. Started a family of my own and I wasn't there like I should have for my children but I keeped them away from boy scouts and I feel

that they missed out on some great leasons people need to Survive in life. please for all victims of Sexual abuse Do not ignore.

Thank you for letting me Say my peace!



FILED 2021 JUN 14 AM 8:54 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington, DE 19801

TACOMA WA 983
OLYMPIA WA
8 JUN 2021 PM 4 L

19801-302499

