June 7, 2021



To: Justice Lauri Selber Silberstein
   BSA Bankruptcy Case
   824 Market Street
   6th Floor
   Wilmington, DE  19801



Re: Boy Scouts of America Bankruptcy Case, Claimant # SA-

Dear Justice Silberstein,

   My name is ▮▮▮▮▮ I am one of many survivors of sexual abuse at the hands of a scout master. I would like to relay to you my personal experience and the effect that it has had on my life. I joined the lawsuit because I needed to be counted among those who were abused at the hands of a Boy Scout Adult Leader. I continue in therapy to help me deal with the effects of the abuse and the impact of the lawsuit. I feel it is important to speak out so that the Boy Scouts are held accountable. I want to be as healed as I can become and get some sort of closure to the incident that has continued to dog me for the subsequent 59 years since it occurred.

   As a 12 year old boy, in 1961-1963, I was a member of Boy Scouts of America Troop 24 of Dobbs Ferry, NY, part of the Westchester-Putnam Local Council. In July of 1962, I attended Boy Scout Summer Camp with my troop at Camp Reid, Brant Lake, NY. My scout leader was ▮▮▮▮▮ and he sexually molested and abused me at the camp. It happened twice over a two week period. Most of the people were in two person tents, but three of us had our own individual tents. My abuse occurred in my tent. The scoutmaster, ▮▮▮▮▮ came into my tent ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I didn't. This happened a second time the following week. It was the same routine, except he tried to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

███ I was too scared to tell anyone about what happened, and it was all very confusing to me.

Since that time, I have had difficulty with intimate relationships, fidelity and my sexuality. I have been married 3 times and divorced twice. I have suffered from Post traumatic stress with recurring images of the abuse and feelings around it, used numbing and avoidance behaviors. I have suffered chronic pain, depression, anxiety. I did not finish my college education, and have been fired from multiple jobs. I am an alcoholic and fortunately, I have been sober now for 30 years. This has occurred with the help of Alcoholics Anonymous and multiple therapists in an attempt to deal with the sexual abuse and the emotional attachment issues from it. I have spent 10's of thousands of dollars on therapy, and still experience effects from the abuse.

My hope is that the lawsuit will proceed without delay so I can put it behind me. To me, this lawsuit is not about Boy Scouts of America's Bankruptcy. It is about the abuse. It is about the lingering sense of shame I endure. It is about the loss of innocence and scarring of a 12 year old boy. It is about the immeasurable effect on my life that the abuse has had. It is also about a powerful organization, premised on honesty, withholding decades of knowledge of abuse and doing nothing to correct the problem, leaving the abused like myself hurt, confused and emotionally damaged. I sincerely hope you will take the nature of the deeply personal violation that occurred into account in your judgment.

