For The Court Of
Justice Lauri Selber

I ███████ was in the
boyscouts as a young child. Affliated
with St Paul United Methodist in
Lawton Oklahoma.

The Scout Troop went to Turner Falls
at Lake Murry. The Scoutmaster
brought his daughter to the summer
camp for boys only.

As young boys myself and other scouts
were making sexual comments about
the Scoutmaster's daughter. The scout-
master heard what we said about his
daughter.

This is my case. I hope everything
will work out for the best. And
settle soon.