Claim #SA ███

Hello Justice Silverstein,

I know your time is valuable, I'll keep it brief.

What happened to me ruined my life.

████████████████

I was confused, scared, angry, and yet at the same time it felt good, I felt so guilty because I had a orgasim, thats sick! I still dont understand to this day.

I started drinking & smoking pot to make my self feel better. I became a alcoholic, all ways drunk & high.

I was in a black out for 20 years. Got in real trouble. I did five (5) years off & on in County jail, then went to prison for 10 years.

I became a sex offender myself. I have to register every year. I lost a quarter of my life to jail.

I lost every thing.

Whats 15 years in jail worth? You know how much money I spent on lawyers? Fell free to look at my record, it makes me sick to see all the trouble I got in, I'm still screwed up & I'm 62 now. Just asking for help, thats all.

Respectfully Yours



Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th Floor
Wilmington, DE
19801