# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1], | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Ashley L. Vaughn, hereby certify that on June 14, 2021, I filed a *Withdrawal of Claim* form for claimant SA-61502 with Omni Agent Solutions in this case and caused a copy of the *Withdrawal of Claim* form to be served upon the party listed below via first class mail:

Damon J. Baldone
**Damon J. Baldone & Associates**
162 New Orleans Blvd.
Houma, LA 70364

**BIELLI & KLAUDER, LLC**

Dated: June 14, 2021
Wilmington, Delaware

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2

and

**DUMAS & VAUGHN, LLC**

Ashley L. Vaughn, Esq., a*dmitted pro hac vice*
3835 NE Hancock St., Ste. GL-B
Portland, OR 97212
Phone: 503-616-5007
Fax: 503-616-5007
Email: ashley@dumasandvaughn.com

*Counsel to claimant SA-61502*