# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**RE: D.I. 5095** |

### ORDER, PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE, AUTHORIZING THE SALE OF CERTAIN REAL PROPERTY LOCATED IN WESTLAKE, TEXAS

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order"), pursuant to section 363 of the Bankruptcy Code, authorizing the Debtors to sell the Scouting University Property to the Purchaser free and clear of all interests; and this Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Debtors having consented to entry of a final order by this Court under Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and opportunity for a hearing on the Motion having been given and no other or further notice being necessary; and upon the record herein; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 363 of the Bankruptcy Code, the Debtors are authorized to sell the Scouting University Property to the Purchaser pursuant to the terms of the Sale Agreement and to otherwise consummate the transactions described in the Sale Agreement, free and clear of all liens, claims and encumbrances, with such liens, claims and encumbrances, if any, attaching to the proceeds of the sale in the order of their priority and with the same validity, force and effect that they had against the Scouting University Property immediately prior to entry of this Order, subject to any claims and defenses of the Debtors with respect thereto.

3. The Sale of the Scouting University Property by private sale to the Purchaser is hereby authorized pursuant to Bankruptcy Rule 6004(f)(1) and no other or further marketing process for the Scouting University Property is required under the circumstances.

4. The Purchaser is a good-faith purchaser under section 363(m) of the Bankruptcy Code, and the Sale is not subject to avoidance pursuant to section 363(n) of the Bankruptcy Code.

5. Upon the closing of the Sale, the Debtors are authorized to pay the commissions and fees due under the Sale Agreement and to reimburse any documented expenses reasonably incurred on the Debtors' behalf in connection with the marketing and sale of the Scouting University Property.

6. Upon the closing of the Sale, the Debtors shall deposit the net proceeds thereof into a segregated account pending further order of the Court.

7. The 14-day stay under Bankruptcy Rule 6004(h) is hereby waived, and this Order shall become effective and enforceable immediately upon entry.

8.      The Debtors are authorized to execute, deliver, perform under, and consummate the Sale Agreement and any other instruments or documents that may be necessary or desirable to consummate the Sale of the Scouting University Property to the Purchaser as set forth in the Sale Agreement.

9.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: June 14th, 2021**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

3