**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Thomas Moers Mayer
Rachel Ringer
Jennifer R. Sharret
Megan M. Wasson
1177 Avenue of the Americas
New York, NY
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and<br>Delaware BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**THIRD SUPPLEMENTAL DECLARATION OF
DAVID MACGREEVEY OF ALIXPARTNERS, LLP**

Pursuant to 28 U.S.C. § 1746, I, David MacGreevey, state under penalty of perjury, that:

1. I am a Managing Director of AlixPartners, LLP ("AlixPartners"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "Debtors") to supplement the disclosures set forth in my original declaration

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

dated April 23, 2020 [ECF No. 483], my first supplemental declaration dated June 11, 2020 [ECF No. 830], and my second supplemental declaration dated December 22, 2020 [ECF No. 1868].

4. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries. AlixPartners would like to disclose the following:

- Archbishop Timothy Dolan, Archbishop of New York, a litigation party to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Consolidated Communications, a utility provider to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Locke Lord LLP, a professional in this bankruptcy matter, is a current AP client in matters unrelated to the Debtors.

- Microsoft Services, a contract counterparty to the Debtors, and affiliates ("Microsoft") are adverse litigation parties, lessors and shareholders to current and former AP clients in matters unrelated to the Debtors. Microsoft is a current and former AP client in matters unrelated to the Debtors. Microsoft is a former employer of current AP employees. Microsoft is a vendor to AP.

- Pearson Education, Inc. ("Pearson Education"), a UCC member in this bankruptcy matter, is a lessor and adverse litigation party to current AP client in matters unrelated to the Debtors. Pearson Education is a current AP client in matters unrelated to the Debtors.

- Reed Smith LLP, a professional in this bankruptcy matter, is an adverse litigation party, counsel, litigation party, opposing counsel, and professional to current and former AP clients in matters unrelated to the Debtors. Reed Smith is a current and former AP client in matters unrelated to the Debtors. Reed Smith is a former legal services provider to AP.

- Windstream Communications, Inc., a utility provider to the Debtors, and affiliates ("Windstream") are current AP clients in matters unrelated to the Debtors. Windstream is a vendor to an AP investor or one of its affiliates.

5. AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new

material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: June 9, 2021                                     AlixPartners, LLP
       New York, New York


                                                      */s/ David MacGreevey*
                                                     David MacGreevey
                                                     Managing Director