## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 17, 2021, AT 10:00 A.M. (ET)**

**AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED.**

ADJOURNED MATTER:

1. Debtors' Motion for Entry of an Order (I) Approving Lehr Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 2719, filed 4/28/21).

    Objection Deadline:    May 12, 2021, at 4:00 p.m. (ET).

    Responses Received:

    a)  Objection of the Tort Claimants' Committee to Debtors' Motion for Entry of an Order (I) Approving Lehr Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 3781, filed 5/12/21);

    b)  Joinder of the Future Claimants' Representative to the Objection of the Tort Claimants' Committee to Debtors' Motion for Entry of an Order (I) Approving Lehr Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 3851, 5/12/21); and

    c)  Joinder and Statement of Support of the Coalition of Abused Scouts for Justice Regarding Objections to First Mediators' Report (D.I. 3854, filed 5/12/21).

    Related Pleadings:    None.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

      Status:  The Debtors, TCC, Coalition and FCR have agreed to adjourn this matter to July 21, 2021.

2.    Third Quarterly Application for Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC, as Financial Advisors to the Tort Claimants' Committee for the Period from August 1, 2020 through October 31, 2020 (D.I. 5058, filed 5/26/21).

      Objection Deadline:  June 9, 2021, at 4:00 p.m. (ET).

      Responses Received:  None.

      Related Pleadings: None.

      Status:  This matter has been adjourned to a date to be determined.

RESOLVED MATTER:

3.    Debtors' Motion for Entry of Order, Pursuant to Section 363 of the Bankruptcy Code, Authorizing the Sale of Certain Real Property Located in Westlake, Texas (D.I. 5095, filed 5/27/21).

      Objection Deadline:  June 10, 2021, at 4:00 p.m. (ET).

      Responses Received:  None.

      Related Pleadings:

      a)    Certificate of No Objection Regarding Debtors' Motion for Entry of Order, Pursuant to Section 363 of the Bankruptcy Code, Authorizing the Sale of Certain Real Property Located in Westlake, Texas (D.I. 5312, filed 6/11/21); and

      b)    Order, Pursuant to Section 363 of the Bankruptcy Code, Authorizing the Sale of Certain Real Property Located in Westlake, Texas (D.I. 5326, filed 6/14/21).

      Status:  An order has been entered. No hearing is necessary.

[*Remainder of this page intentionally left blank*]

Dated: June 15, 2021  **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Wilmington, Delaware

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
 aremming@morrisnichols.com
 emoats@morrisnichols.com
 ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
 mlinder@whitecase.com
 laura.baccash@whitecase.com
 blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION