May 26, 2021

**FILED**
2021 JUN 15 AM 8:47
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

Justice Silverstein,

I am writing to you because I have been advised by AIS to inform you of my account of abuse in scouting.

I have been in the hospital since April 12, 2021 with pneumonia, and I am still in the hospital. Please forgive my lateness. Enclosed is my account of what happened to me.

Thank you for your time.

Respectfully,

Hello,

    Remember, I was twelve years old. My name is ▓▓▓▓▓▓▓▓▓▓▓▓ I am 73 years old. This is what happened to me.

    Boy Scouts met at the Mormon church in Valparaiso, Florida on Monday, Wednesday, and Friday evenings from 6:00 to 8:30 pm. Our Boy Scout leader introduced us to his assistant as ▓▓▓▓▓ and I remember his last name as ▓▓▓▓▓▓▓▓▓▓▓▓ something like that. ▓▓▓▓ was in the military at Eglin AFB. At a meeting one Wednesday night, I was the only boy there without a uniform. ▓▓▓▓ came to me and asked why I was not dressed out in a uniform. I told him that my dad didn't make a lot of money and I had to wait until my dad could afford one. The best I can remember, a uniform cost around $18.00. ▓▓▓▓ patted me on the back and said he knew of a place in Pensacola that sold used Boy Scout uniforms and he could get me a complete uniform set and he would even get me a backpack, a little tent, and a hatchet! I instantly took a liking to ▓▓▓▓.

    On a Friday meeting we talked about going on a camping trip to a place called Blue Springs that weekend. Blue Springs was out in the woods, about 18-20 miles out of town. We left the next day, and I was excited because I thought ▓▓▓▓ would have all the stuff he had promised to get me at the used store in Pensacola. He told me he ran out of time, and didn't make it to the used store, but not to worry, he was still going to get what he had promised.

    When we got to Blue Springs ▓▓▓▓ insisted for all of us to go skinny dipping. I was too embarrassed ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ go skinny dipping, so I tried to stay by myself in waist deep water, but the water was so cold, I got out and set in the grass trying to cover myself the

best I could. I didn't know it at the time, but I had set in a nest of red bugs or chiggers, as they're called up north. After swimming, we started to set up camp and make our places for sleeping. ▇ noticed me scratching and pulling at my private parts and asked me what was wrong. I told I wasn't real sure, but I think I might have gotten into some red bugs. He told me he had some lotion that would help and to go with him to his truck. His truck was parked about 50 yards from our camp site because he didn't want to get stuck in the Florida sand. He had me sit up on the tailgate and he started to put the lotion on my private area and at the same time he was talking about getting me my uniform and the tent and all the other stuff he was going to have for me the next time we went camping— that's when it happened the first ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ afraid to make him stop because I didn't want to make him angry with me. I was afraid he would be mad and not want to get me the uniform and all the other stuff he promised.

My mom took me to the meetings and after ▇ met her, he told her not to worry, he could bring me home because he had to drive right by where we lived. It happened three more times. He would drive down a dark road and every time he would tell me he was going to the used Boy Scout store the next day. At the meeting, after the third time taking me home, our scout leader made the announcement that ▇ had been shipped out and would not be back. I never saw ▇ again. All I ever got was a Boy Scout hat.

I've never told anyone about this— no one—and why now? I think because I now know that I'm not the only little kid this happened to. I have one son and I always discouraged him from wanting to be a boy

scout because of someone called ▮▮▮▮. My son is a 50 year old man now and still doesn't know what happened to me.

Because of the way things are in today's world— men with men — women with women — I speak up. Not one young boy should think sexual advances are ok because of false promises.

Respectfully,

▮▮▮▮▮▮▮▮▮▮






Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801