



FILED
2021 JUN 15 AM 8:53
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

The Honorable Laurie Selber Silverstein

United States Bankruptcy Judge

United States Bankruptcy Court for the District of Delaware

824 North Market Street, 6th Floor

Wilmington, Delaware 19801

Dear Judge Silverstein,

The purpose of my letter to you is to alert you to another group of victims affected by this bankruptcy lawsuit, those who have been falsely accused. The falsely accused have not been considered and their *presumption of innocence* is being ignored.

Judge Silverstein, it has been documented over the years that when there is a lawsuit involving many people, those people are allowed to file a claim where they can obtain some compensation. I believe that you will have some individuals who will make up a claim that did not happen in order to obtain an undeserved award.

Unless an alleged abused victim can prove that an individual abused him in the past, what merit is there to the validity of his claim? The burden of proof is on the accuser, not the accused or so I thought.

I am currently a professional firefighter for a big city. In my 27 years of experience, I have responded to motor vehicle accidents involving public transportation. I have personally witnessed bystanders not involved in the accident jump onto the bus so that they could claim that they were injured in the accident. But these individuals were not on the bus at the time of the accident. But they saw an opportunity to cash in by claiming that they were a victim.

Judge Silverstein, I was taught that in this country there is a thing called *the presumption of innocence*. It is one of the most sacred principles in the American criminal justice system. It holds that a person accused is innocent until proven guilty.

In this bankruptcy case your honor, there have been many letters sent to you by individuals who allege that they were victims of past sexual abuse. I have read some of those letters on the court docket. Some of these individuals blame a lifetime of personal bad personal choices on being allegedly abused. Unfortunately for whatever reason, when the alleged abuse took place, their parents or caregivers like the BSA neglected to call the authorities to report the alleged abuse. By not reporting the incident, law enforcement could not investigate the merits of the claim. It is only now when it was announced that the BSA would be compensating victims of past misconducts that thousands of alleged victims came out

of the woodwork to get in line for a payout. Even the Boy Scouts of America was surprised at the number of individuals who came forward but they did after attorneys nationwide spent many dollars advertising across the country that the BSA was going to have to compensate victims.

This brings me to my particular situation. It involves my father. My father, ███████ has been actively involved in the Scouting movement as a volunteer his entire adult life. My father is currently 85 years old and up to recently was the active Scoutmaster of our Boy Scout Troop. My father has dedicated his entire adult life in working towards the betterment of youth. There are hundreds upon hundreds of former boys who became extraordinary men of character because of my father's influence while they were members of the Troop. My father has volunteered for 67 years with an impeccable record. But with one letter from the BSA, he is no longer allowed to participate in the program that he dedicated his entire adult life to. Further, the BSA has also informed him that he is not allowed to even know who his accuser is or what he was accused of allegedly doing. And the BSA told him that there is no review process in place to verify the validity of the claim made against him and no process for him to be re-instated into the program. This has crushed his spirit.

**The National Chairman of the Boy Scouts of America, Mr. James Turley,** in his open apology letter to alleged victims of past sexual abuse in Scouting, speaking for the entire Scouting community that he and the BSA believes without question the claims made by all alleged victims.

**As stated by National BSA Chairman, ███████..**

"...On behalf of *myself and the entire Scouting community*: I am sorry. I am devastated that there were times in the past when we failed the very children we were supposed to protect..."

"...*I encourage you, and all victims to come forward and file claims so you can receive compensation* from this Trust. We will provide clear notices about how to do so..."

"...*I want you to know that we believe you, we believe in compensating you, and we have programs in place to pay for counseling for you and your family* by a provider of your choice..."

The wording of this apology suggests to me that the BSA isn't concerned with the presumption of innocence. It makes me question whether if there will be a criterion at all in determining the validity of an accuser's claim. I do wish to know what criteria the court will use to ensure that no **"bus jumpers"** (those people who have falsified their claims) are compensated. Mr. Turley's apology stating that he and the BSA *believe* the alleged victim offers little assurance that the rights of the falsely accused will even be considered.

If claims of abuse are not investigated for their validity but the alleged victims are compensated, then those falsely accused like my father will become collateral damage without receiving any due process. Their good names, character and reputations will forever be tarnished. Their rights would not have been protected.

I served in my country's military and swore to uphold its constitution and laws. And I believe in the presumption of innocence strongly.

My father who has been accused of some unnamed crime is not allowed to know the identity of his accuser nor know what he is being accused of doing. All he knows is that someone accused him of committing some alleged sexual abuse in his past which he has no recourse available to defend his good name, character and reputation. The Boy Scouts have demanded that he not participate in Scouting because of it. And this has hurt him immensely. It has affected his health. And he is not thriving.

Judge Silverstein, my father was in the hospital as I wrote this letter. He was treated for severe depression and confusion that was brought on after he received his letter back in January of this year. This is real time suffering your honor. It was brought on by this lawsuit. During the past two years, my father has suffered immeasurable loss. He lost his wife (my mom) of 57 years. He lost the ability to teach his adult Sunday School Class which he has been doing for the past 50 years due to covid closing his church. And now he is being told that he can no longer participate in Scouting after 67 years of dedicated active service all because he was named by some unnamed accuser accusing him of some unknown crime which he is not allowed to know about.

Judge Silverstein, I do not wish to lose my father because of this. That letter by the BSA and its disregard for his presumptive innocence along with the BSA stating that they **believe the alleged victim without question** has destroyed the spirit of this good man. The BSA isn't offering to pay for counseling for him by the counselor of his choice like they offer alleged victims.

Judge Silverstein, unless the court considers the presumption of innocence in men like my father, I fear he will be departing this earth sooner than expected. Your Honor I ask that you give consideration to my father's well-being which has been deeply affected by this disregard of his rights by the BSA. My father has been falsely accused.

For the record, my father's case has already been investigated by the proper authorities. The detective in charge of his case informed him that no charges are being levied against him and that the case has been closed and sealed. What more is needed for him to be re-instated? I ask you to please intervene on behalf of my father and all others who have been falsely accused and given no opportunity to know who accused them of the infraction and what the alleged infraction was. These falsely accused individuals are being punished for crimes they did not commit. I was told by the BSA that any review process for a person to be re-instated will be coming from the court.

Sincerely,

[redacted]

Eagle Scout 1979

Active adult Scouter for 40 years

Veteran U.S. Navy

Active Cleveland Fire Department Lieutenant.