Dear Judge,

FILED
2021 JUN 15 AM 9:00
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

My ungodly exp. as a [redacted] has affected me in more than one way aside from the PTSD its caused. Judge its the fact that even from a subconcious level. I feel weird around children I'm scared to be left alone with them, not because I'd do anything to hurt them but because, I dont want anyone thinkin... I'm doing anything to them so I'm always paranoid because of what happened to me!!! For years my long time of 14 yrs. girlfriend thought I was gay cause I never wanted [redacted] its because I dont like it in my mind it i regress back to the moments at horseshoe lake and Lake Bucannon. So it's affected my relationship with my girlfriends I'm not gay, but for a long time growing up in middle school etc. I hated gay people I'm just learning to accept them for there choice of sexuality. Judge... for a while I questioned and grew up with identity crisis thinkin that the person that assaulted made me gay As I got older I realize

your only gay by choice! My Law office is the first people who ever heard of these sexual assaults. I've come out because of my Law Firm I talked to ▮▮▮▮ and it helped me to also come out and tell my whole family. I've felt that I've lied and been deceptive towards my family I'm glad I was able to tell my family and my long term girlfriend what happened telling them I have a settlement coming because of it made it easier. I've learned to live with my demise, although the physical and mental, emotional pain and memories never go away it's like a "Cut" that bleeds off its onto every part of your life it gets reopened often triggered by daily events that always affect your life! In every prospective!!! Thank you for reading my letter judge it means alot to me!!!



AUSTIN TX 787
RIO GRANDE DISTRICT
10 JUN 2021 PM 4 L

Justice Lauri Selber Silverstein U.S.M.S.
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801-3024

