FILED
2021 JUN 15 AM 9:03
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

5/12/21

Dear Justice Lauri Selber Silverstein,

$(SA-███)

Hi, I pray all is well with you and your family due to these tragic times we're experiancing. I wish I could state the same on my behalf. Unfortunately it's not the same. On 11-16-2020, I call home to find out my father died in a truck accident from a tree falling across the road. By me being in confinement, I couldn't attend his funneral. My family never sent me an obiturary. My life has been in shambols since childhood. I entered the boy scouts at the age of eight years old. I thught that it was the proper way to introduce me into becoming a man. I had a female scout leader. She use to tell me that I was a hansome young fella. Brought smiles to my face. As time went by, we went on trips, she kept me ████████ ████████ to you my an scouts honor to keep quiet. To keeping me behind after class to help out, only ████████ with her and inner coose. This went on for months. Till I went home and tried these things with

my step sister. My step mom caught us. Ask where I learn this from. I was only a child doing what I was taught. I had to explain to my parents how my boy scout teacher showed me these things. The rumors made it around not only school but my town. It was so humiliating and embarrassing for our family till we had to transfer to another school and different area. I ~~[redacted]~~

I have talked to a psychology and went though a mental evaulation. All my life since my boy scout experiance I've been acting out which caused me to stay in trouble. I will never trust the boy scouts again in life. I don't care that they claim to be reorganizating their institutions. They don't even want to honor or admit their wrong and try to make them right. You get what I'm say. Nothing could ever make my assult and abuse go away. I am now 39 years old. Recently had to explain to my daughter why she can't become a girl scout, and she only 7 years old. She don't understand. But no I don't trust them with no children lifes again. It need to be shut down! They have ruined tens of thousands of children lifes, Forever! This can't be healed, or taking back! Its done. Its sad! Be blessed. Thanks for your time,   Sincerly,   SA-[redacted]

Case 20-10343-LSS    Doc 5338    Filed 06/15/21    Page 3 of 3




Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE. 19801