FILED

2021 JUN 15  AM 9: 09

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

*Dear Judge*

*I am writing you this letter because I would love for you to know all of the downhill spiral that my life has went through soon after I was in Boy Scouts I started scouting in  about fourth grade I was  very smart was an advanced classes all the way through elementary school my IQ level was off the charts I was in the gifted challenge program and then I started scouting it first I loved it and then I met the scoutmaster of my nightmares the first I thought he was my best friend but then after he molested in abused me my life will never be the same again I was in a high school level gifted program in the fifth grade and that was at the same time I was steady in scouting by the time I got to middle school my grades were below failing I didn't care anymore I started to run away from home I skip school somehow managed to make it through middle school and then high school ninth grade I dropped out started using drugs heavily excessively heavily ended up incarcerated for the first time at the age of 21 have been in the prison system three times lifetime all from drug related incidents that occurred after the abuse and scouting happened the complete transformation from perfect smart gifted fifth grade boy to high school dropout convicted felon career correctional inmate but still someone's son and I never told my mother ( who was a school teacher ) the cause of my life long downward spiral . She used to cry to me on the phone while I was in prison wanting to know why I ended up the way I did and I could never tell her it's because she put me in scouting I could never do that to her she doesn't know about it today but soon enough I will have to tell her I hope she won't blame herself …. but let's get back to the real reason for this letter …. I have blocked a lot of this stuff out but it's always there in back of my mind like the soap box derby camp out weekend at Stone Mountain park the first time I ever spent night away from home I was nervous about that but little did I know that weekend would*

[redacted]

*he could do it for me and when I resisted he backhanded me and told me never to pull away from me ever again and I started crying and he hit me again and said no more noise out of you or I'll have u kicked out of scouts and that's means no soapbox derby I had worked so hard on ….. so I just clammed up and didn't talk for almost a week but every scouting event was more molesting and I never told a soul because I was so scared. I look back on it now and wish I would have just told someone the first time it happened and maybe all this would not have happened to me but can't cry over spilled*

milk and what it took scouts to endure more and more trama and pain but yet I wanted to be an Eagle Scout so bad that I just let it keep happening I would love to find out if he is still living or not but somebody has to hold this organization accountable they have knowingly sit back and let this Type of abuse happened for years and they feel like they can compensate us for just pennies of what they are actually worth which is just almost I feel like spitting in our face it's very disrespectful to come out with such a lowball amount supposed to make up for my whole entire life was changed I went down a completely different path and I was headed because of scouts and somebody's got to be held accountable for that especially since they knew it was happening the whole time well thank you for allowing me to vent and I hope that the outcome of this does something to kind of help my wounds heal because I had to dig up some dirty dirty memories that I had suppressed and put deep deep down in my subconscious I had to relive those writing this letter and I just hope that it was all worth it thank you



Survivor

TEST ClaimID
SA·



This Haunts me everytime I see it



ATLANTA METRO  301
9 JUN 2021  PM 11 L

U.S.M.S
6 th  FRIDAY

Justice Lauri Selber Silverstein
B.S.A. Bankrupt Case
824 Market Street
Wilmington, DE 19801

19801-302499

