Justice Lauri Selber Silvestein

BSA Bankruptcy Case

824 Market Street, 6th floor

Wilmington, DE 19801

Re Boy Scout Bankruptcy

Honorable Justice Silverstein:



I was 11 years old. I was the 'perfect victim'. Late to develop, small and skinny, shy and introverted. No father, No brothers or sisters and a working mom; if you will the original latch keep kid. I joined Scouting because I was an inner city kid; a concrete jungle setting in Newark, NJ. It was a chance to go camping and be with other boys my age. My mother thought it would be good for me. It didn't work ███████████

what was happening. After the second time I quit scouting and just withdrew into books; a fantasy which couldn't hurt me.

The lawyers suggested we write to give you an idea of what. No letter can do that. The damage that's done at that stage of your life is unrecoverable. No Dr Phil can fix it. I have never told anyone. Not my ex wife, not my children, nor my significant other: no one. And you can never really have a 'normal' relationship because deep down you don't trust anyone; especially those with authority over you. And I'm not a wimp or unsuccessful; I was in the military police during the Vietnam War; I have 3 college degrees and practiced engineering, taught college, and then a fairly successful lawyer for over 40 years. But you can never form truly close relationships. You like to think that it doesn't affect you but you eventually realize that your not 'normal'.

And money is not going to fix my problem. The purpose of any damages is not to reward me but to punish the BSA for what they did and to send a message to similar organizations that tolerate or allow this conduct to occur.

████████████████



Justice Lauri Selber Silverstein
BSA BANKRUPTCY CASE
824 Market St., 6th Floor
Wilmington, DE 19801

