FILED
2021 JUN 15 AM 9:13
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Finally my darkest secret I lay to rest!

# MY STORY OF
# AIS

To whom it concerns:

I Believe I was 9 years old, I had a friend that lived across the street and I would always see him in his cub scout uniform. And wanted what he had, so before you know I was taken to a meeting and was signed up, In a nut shell, I'm sure there was more to it then that. Anyways. I was in my second year and I believe I needed to earn a patch (Bear) I believe. I don't exactly remember all details, other then I was struggling with the completion. I remember my den mother introduced me to another den leader he was at our meeting at her house. She informed him that I needed help, which in turn he offered to help me. Next thing I remember we were at a Scoutarama at Cal Expo in Sacramento California.

We spent the night there, and this is where I saw the den leader I had met at my den meeting. He approached me and asked me if I wanted to work on my Bear patch. I said yes, and he said a bit later when everyone turns in for bed he would come get me and assured me that it would only take a few mins. I didn't know any better. And so next thing I know were sitting in his camper at the table. He opened up a book. and then looked at me and said something along the line of how bad did I want my Bear patch. This is really really hard even today cause I can still see his eyes everytime I think back! I ▮▮▮ hate him like I've never in my life hated anything through out my entire life! I remember seeing him at LumberJack, a home building store. I was an adult just out of high school. I followed him home cause I wanted to know where he ~~lived~~ lived.

My mind was made up, he had to die!! I didn't even care of what kind of trurkl I could be in at all! It didn't matter to me, I had obtained a hand gun and drove to his house one night I was going to kill him!
But instead I just sat there a couple houses down from his house. And just cried my eyes out. I couldn't do it! I wasn't a monster like him. But ~~[redacted]~~ the coarse of 2 years. I couldn't think of a reason to give my parents why I wanted to quit. Telling them was not going to happen. Cause I knew my father most definetly would have killed him. I didn't want my dad to go to prison for ever either! But I've been married twice and it just causes alot of built in anger and I take out on those around me, who clearly have nothing to do with it!

I'm 55 years old and I still feel like it just happened!!

I've got to boys that were in scouting and as much as I didn't want them to join. What do I say to them, every boy out there wants to be a scout!! So believe it when I say I was right there!!

Never let them out of my sight, ever even if I wasn't invited I was there!!

And when they made me leave a sleepover my boys went with me!!

History was NOT going to repeat itself!!

Judge: Please do the right thing by us, your the only one who can make them pay something to all of us. Not that money is going to erase these nightmares, but if I could forfit any money in trade to erase the memories of my AIS. In a heart beat I would do it!!

824 Market St.
6th Floor BSA Lauri Selber
Wilmington, DE 19801



BSA CASE
SILVERSTEIN, LAURI