

**BSA**
1 message



Sat, May 29, 2021 at 2:00 AM

Dear judge,
I am so sorry it took me this long to write this letter to you but how can I put into one letter these 50 years of anguish I went through?
I was violently assaulted sexually by my troop leader when I was in the Boys Scout of America. It was supposed to be a place protection but I was violated in the worst kind of way. It's hard for a man to talk about being violated in this way when you have his it for so long. I was not able to have long term relationship and I have a lot of anger due what happened to me.

I have been physically,psychologically scarred from this . I have to constantly take anger management sessions in the past and I'm still filled with anger. I have been frightened over the years even at the thought of one of my kids speaking about attending BSA .I didn't want what happened to me to happen to my kids.I still don't sleep at night cause I still have nightmares, I relive that horrible experience over and over again.

I have not received therapy because I'm too ashamed of what happened to me, no child should have ever had a to go through that. I'm ashamed of what happened to me and will traumatized by it until the day I die!!! Judge I am asking you to send a message and hold the BSA a message "let them know it's not ok what they swept under the rug for so many years!!!

Sincerely,



U.S.M.S.
X-RAY



Justice Laurie Silverstein
SA-
BSA Bankruptcy Case
824 Market Street Place 6th Floor
Wilmington DE 19801

1560133024 C012