**United States Bankruptcy Court**
**District of Delaware**

FILED

2021 JUN 15 AM 8: 43

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Boy Scouts of America, et al., | Case No.: 20-10343-LSS |
| Petitioner, | |

## THIRD-PARTY MOTION FOR CORRECTION AND RESPONSE

Third-party ▮▮▮▮▮▮ respectfully submits this Motion for Correction of Records and application of seal before this court.

### Jurisdictional Allegations

1. This is an action for the equitable remedy of a defined error in court documentation, or documentation being relied on by this court.
2. This court has jurisdiction.

### Factual Allegations

3. Third-party has provided requested information to this court for the purpose of establishing damages in the above-captioned proceeding.
4. The information was sent to the Clerk of Court via certified mail 9 November 2020.
5. This documentation contained typed return address information for the Third-party.
6. On 9 April 2021 the Third-party received a correspondence from Omni Agent Solutions, asserting they represent the petitioners in the matter, and advising of a hearing.
7. The addressing on the envelope the above notice arrived in was not correct, in a number of ways. See Exhibit 1.
8. In viewing the addressing errors/omissions, the delivery of the letter, especially in an institutional setting, was fortunate, given the incorrect name, and lack of complete zip code. There is no obligation on either the post office or the institution to attempt to interpret the sender's intentions. For legal mail a strict reading of the address as printed is required.
9. Third-party attempted to correct the matter by writing directly to the Agent, as well as directly to the Clerk of Courts to advise of the addressing concern. The proper address was again provided in this correspondence. See Exhibit 2.

10. No response has been received to any such correspondence.

11. While the petitioner in the action is under no obligation to respond, the Clerk of Courts is provided no authority to ignore properly made requests of the court, especially when that request is in effort to correct a material error in the apparent records.

12. The Third-party has no alternative but to move for formal correction of the record, with notification to all parties that compliance to date has not been accurate.

13. Seal is appropriate to prevent disclosure of identifying information that has already been ordered by the court as protected, and is in furtherance of this directive.

WHEREFORE ███████ hereby moves the court for an order directing the following:

    a.  Correction of the information to that as outlined below

    b.  Notification that such correction has been made by the petitioner

    c.  Order that a seal be placed on this motion and order securing the confidentiality of the identity of Third-party, consistent with the procedures for the Notice of Claim previously provided.

    d.  Order the Clerk of Courts to properly respond to requests made to their office to ensure the proper handling of court documents moving forward.

By

EXHIBIT 1



U.S. POSTAGE >> PITNEY BOWES

ZIP 91367 $ 000.51⁰
02 4W
0000358861

Privileged Legal Communication



5G9G0183485  RCCG

Omni Agent Solutions
5955 DeSoto Ave., Suite 100
Woodland Hills CA 91367



9 April 2021

US Bankruptcy Court
District of Delaware
N 19801, 824 Market Street
Wilmington, DE  19801

RE:  Claim of ███████████ in case # 20-10343-LSS

Clerk of Courts:

I am writing today regarding the above-referenced case, for two reasons.  First, I am seeking any kind of update or communication regarding the claims I submitted to your office.  I have heard nothing regarding the case with the exception of a single correspondence from the "agent" which had a number of incorrect pieces of information in my contact address.  Depending on where the errors lay, this may explain my lack of receipt of anything you may have sent.  My request would be that I be apprised of where the case is at with regard to the claims, and what anticipated point in time my claim will be examined.  I would understand that your information is limited to schedules and the like, so whatever estimations can be given would be appreciated.

The second note relates to the incorrect information noted above.  The correct information was typed and clearly presented to your office, so perhaps the problems occurred in the transcription, etc.  In any event, please note my correct mailing information below.  Given the mistakes that the agent's letter had in my communication, it was frankly surprising that it got to me at all...certainly the post office was not obliged to go above and beyond, and it is a concern if others are having the same problems.  I would like the judge to be aware of the issue as a matter of record, to prevent any errors in due process of claims.  I would appreciate a response on both of the above matters as your time allows.

