# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 11 |
| Boy Scouts of America | |
| 1325 West Walnut Hill Lane | |
| Irving, TX 75038 | |
|   EIN: 22–1576300 | **Case No.:** 20–10343–LSS |
| BSA | |

## NOTICE OF HEARING

J.M. has filed

A hearing regarding Third Party Motion for Correction and Response is scheduled for 7/21/21 at 10:00 AM at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, DE 19801 . Objections are due on or before 7/7/21 .

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 6/15/21

(VAN–401)