

**FILED**
2021 JUN 16 AM 8:56
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

9th June 2021

**Hon. Judge Laurie Selber Silverstein**
824 North Market Street #6th Floor
Wilmington, DE. 19801

Your Honor,

Thank You for taking your time to read my letter.

Boyscouts of America you are Culpable for every Kids Soul that was Murdered when you allowed Pedophiles to run your Organization.

