# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I, Gregory J. Flasser, hereby certify that on June 16, 2021, a copy of (i) **Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company's Objections and Responses to the Church of Jesus Christ of Latter-Day Saints' First Set of Requests for Admission**; (ii) **Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company's Objections and Responses to the Church of Jesus Christ of Latter-Day Saints' First Set of Requests for the Production of Documents**; and (iii) **Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company's Objections and Responses to the Church of Jesus Christ of Latter-Day Saints' First Set of Interrogatories to Certain Insurers** were served via electronic mail on the parties listed on Exhibit 1 attached hereto.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Date:  June 16, 2021
      Wilmington, DE

BAYARD, P.A.

*/s/ Gregory J. Flasser*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, D.E. 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Email:  efay@bayardlaw.com
      gflasser@bayardlaw.com
-and-

SHIPMAN & GOODWIN LLP
James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Annette P. Rolain (admitted *pro hac vice*)
Sara. K. Hunkler (admitted *pro hac vice*)
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, D.C. 20006
Tel: (202) 469-7750
Fax: (202) 469-7751
-and-

Philip D. Anker (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888
-and-

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company*

# **EXHIBIT 1**

**RICHARDS, LAYTON & FINGER, P.A.**
Michael J. Merchant
One Rodney Square
920 North King Street
Wilmington, DE 19801
E-mail: merchant@rlf.com

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork
Deniz A. Irgi
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
E-mail: jeff.bjork@lw.com; deniz.irgi@lw.com

Robert J. Malionek
Adam J. Goldberg
Madeleine C. Parish
Benjamin A. Dozier
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
E-mail: adam.goldberg@lw.com; robert.malionek@lw.com; madeleine.parish@lw.com;
  benjamin.butzin-dozier@lw.com