EXHIBIT A



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

June 17, 2021

James Patton, Jr.                             Invoice Number:      11323327
Future Claimants' Representative for          Client Number:            1613
Boy Scouts of America
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

_____

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2021

**Re: James Patton, Jr.**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Insurance Analysis & Recovery | 120,415.50 | 527.90 | 120,943.40 |
| Retention / Fee Application | 4,020.00 | 17.50 | 4,037.50 |
| Non-Working Travel (Billed @ 50%) | 7,810.00 | 2,630.14 | 10,440.14 |
| Plan of Reorganization / Disclosure Statement | 179,173.00 | .00 | 179,173.00 |
| **Total** | **311,418.50** | **3,175.54** | **314,594.04** |

TOTAL FEES                        $ 311,418.50

TOTAL EXPENSES                    $ 3,175.54

**TOTAL FEES AND EXPENSES         $ 314,594.04**



FOR PROFESSIONAL SERVICES RENDERED through May 31, 2021

**Insurance Analysis & Recovery**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/02/21 | Quinn, K. | Revise allocation scenario settlement worksheet per tranche 5 calculations. | .90 | 990.00 |
| 5/03/21 | Quinn, K. | Confer with M. Neely, E. Grim, R. Jennings, K. Dechant and S. Colcock re status and strategy. | .60 | 660.00 |
| 5/03/21 | Quinn, K. | Review sample letters from abuse victims from docket. | .80 | 880.00 |
| 5/03/21 | Quinn, K. | Confer with T. Gallagher re settlement proposals. | .10 | 110.00 |
| 5/03/21 | Quinn, K. | Confer with G. Le Chevallier, M. Atkinson, K. Dechant and R. Jennings re insurer proposals. | .40 | 440.00 |
| 5/03/21 | Neely, M. | Confer with K. Quinn, E. Grim, R. Jennings, K. Dechant, and S. Colcock re status and strategy. | .60 | 375.00 |
| 5/03/21 | Neely, M. | Confer with G. Le Chevallier, M. Atkinson, K. Quinn, R. Jennings, and K. Dechant re insurer demands. | .40 | 250.00 |
| 5/03/21 | Grim, E. | Confer with K. Quinn, M. Neely, R. Jennings, K. Dechant, and S. Colcock re status and strategy. | .60 | 420.00 |
| 5/03/21 | Colcock, S. | Confer with K. Quinn, E. Grim, M. Neely, K. Dechant and R. Jennings re status and strategy. | .60 | 198.00 |
| 5/03/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 39.00 |
| 5/03/21 | Dechant, K. | Confer with K. Quinn, E. Grim, M. Neely, K. Dechant, and S. Colcock re status and strategy. | .60 | 255.00 |
| 5/03/21 | Dechant, K. | Confer with G. Le Chevallier, M. Atkinson, K. Quinn and K. Dechant re insurer proposals. | .40 | 170.00 |
| 5/03/21 | Jennings, R. | Confer with team re upcoming meetings with Coalition and TCC re mediation and coverage issues. | .60 | 255.00 |
| 5/03/21 | Jennings, R. | Confer with G. Le Chevallier, M. Atkinson, K. Quinn and K. Dechant re insurer proposals. | .40 | 170.00 |
| 5/04/21 | Neely, M. | Analyze Arrowpoint local council coverage. | 1.80 | 1,125.00 |
| 5/04/21 | Neely, M. | Analyze AXA/XL coverage. | 1.90 | 1,187.50 |
| 5/04/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.50 | 2,250.00 |
| 5/04/21 | Glaeberman, M. | Email M. Neely and T. Jones re follow form language analysis. | .50 | 150.00 |
| 5/04/21 | Jones, T. | Review seven national program policies for follow-form and defense obligation provisions. | 7.00 | 2,100.00 |

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/04/21 | Colcock, S. | Draft pro hac vice motions for R. Jennings and K. Dechant. | 1.80 | 594.00 |
| 5/04/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | 5.10 | 1,683.00 |
| 5/04/21 | McGlinchey, P. | Revise master policy listing spreadsheet re national CGL policy language for 1991 policies. | 1.30 | 253.50 |
| 5/04/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 39.00 |
| 5/04/21 | McGlinchey, P. | Review and analyze policies identified as "no evidence found" to determine assumptions and update master policy listing spreadsheet. | .90 | 175.50 |
| 5/04/21 | Dechant, K. | Review motion to appear pro hac vice. | .20 | 85.00 |
| 5/05/21 | Neely, M. | Confer with K. Dechant, M. Glaeberman and T. Jones re national program policy provision interpretation and documentation. | 1.00 | 625.00 |
| 5/05/21 | Neely, M. | Email G. Le Chevallier, M. Atkinson, K. Quinn, R. Jennings, and K. Dechant re Travelers and AIG coverage. | .60 | 375.00 |
| 5/05/21 | Glaeberman, M. | Confer with M. Neely, K. Dechant, T. Jones re national program policy provision interpretation and documentation. | 1.00 | 300.00 |
| 5/05/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 6.40 | 1,920.00 |
| 5/05/21 | Jones, T. | Confer with M. Neely, M. Glaeberman and K. Dechant re national program policy provision interpretation and documentation. | 1.00 | 300.00 |
| 5/05/21 | Jones, T. | Review seven national program policies for follow-form and defense obligation provisions. | 6.50 | 1,950.00 |
| 5/05/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | 5.60 | 1,848.00 |
| 5/05/21 | Dechant, K. | Confer with M. Neely, T. Jones, and M. Glaeberman re national program policy provision interpretation and documentation. | 1.00 | 425.00 |
| 5/06/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 5.00 | 1,500.00 |
| 5/06/21 | Jones, T. | Review ten national program policies for follow-form and defense obligation provisions. | 7.80 | 2,340.00 |
| 5/06/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | 5.30 | 1,749.00 |
| 5/06/21 | McGlinchey, P. | Revise master policy listing spreadsheet re national CGL policy language for 1992 policies. | .90 | 175.50 |
| 5/07/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.00 | 2,100.00 |

Invoice Number: 11323327
June 17, 2021

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 5/07/21 | Jones, T. | Review seven national program policies for follow-form and defense obligation provisions. | 7.50 | 2,250.00 |
| 5/07/21 | Colcock, S. | Continue review of AIG local policies for evidence of BSA-listed local council policies. | 3.90 | 1,287.00 |
| 5/07/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | .50 | 165.00 |
| 5/07/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .50 | 97.50 |
| 5/09/21 | Quinn, K. | Participate in call with T. Gallagher, E. Harron, D. Molton, G. Le Chevallier, K. Dechant, R. Jennings and M. Neely re potential for insurance settlements. | 1.00 | 1,100.00 |
| 5/10/21 | Quinn, K. | Confer with M. Atkinson and G. Le Chevallier re insurance settlement opportunities. | 1.00 | 1,100.00 |
| 5/10/21 | Neely, M. | Participate in call with T. Gallagher, E. Harron, D. Molton, G. Le Chevallier, K. Dechant, R. Jennings and K. Quinn re potential for insurance settlements. | 1.00 | 625.00 |
| 5/10/21 | Colcock, S. | Continue review of AIG national union local policies for evidence of BSA-listed local council policies. | 2.90 | 957.00 |
| 5/10/21 | McGlinchey, P. | Review and analyze policies (8 policies) identified as "no evidence found" to determine assumptions and update master policy listing spreadsheet. | 1.00 | 195.00 |
| 5/10/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 39.00 |
| 5/10/21 | Dechant, K. | Participate in call with T. Gallagher, E. Harron, D. Molton, G. Le Chevallier, K. Quinn, R. Jennings and M. Neely re potential for insurance settlements. | 1.00 | 425.00 |
| 5/10/21 | Jennings, R. | Participate in call with T. Gallagher, E. Harron, D. Molton, G. Le Chevallier, K. Dechant, K. Quinn and M. Neely re potential for insurance settlements. | 1.00 | 425.00 |
| 5/11/21 | Quinn, K. | Revise settlement allocation analysis and local council coverage chart. | .80 | 880.00 |
| 5/11/21 | Quinn, K. | Review M. Atkinson combined chart of FCR/Coalition insurer demands. | .30 | 330.00 |
| 5/11/21 | Quinn, K. | Email G. Le Chevallier and D. Molton re insurer demand requests. | .20 | 220.00 |
| 5/11/21 | Neely, M. | Email K. Quinn and G. Le Chevallier re Berkshire coverage. | .30 | 187.50 |
| 5/11/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 4.50 | 1,350.00 |
| 5/11/21 | Glaeberman, M. | Email M. Neely and T. Jones re strategy for follow form language analysis. | .70 | 210.00 |
| 5/11/21 | Jones, T. | Review eight national program policies for follow-form and defense obligation provisions. | 7.00 | 2,100.00 |

Invoice Number: 11323327
June 17, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/11/21 | Colcock, S. | Continue review of AIG national union local policies for evidence of BSA-listed local council policies. | .80 | 264.00 |
| 5/11/21 | McGlinchey, P. | Review and analyze policies (8 policies) identified as "no evidence found" to determine assumptions and update master policy listing spreadsheet. | .90 | 175.50 |
| 5/11/21 | McGlinchey, P. | Revise master policy listing spreadsheet re national CGL policy language for 1994 policies. | .80 | 156.00 |
| 5/11/21 | Dechant, K. | Email Coalition, K. Quinn, and M. Neely re Berkshire local policies. | .20 | 85.00 |
| 5/11/21 | Dechant, K. | Email M. Neely, M. Glaeberman, T. Jones, and R. Jennings re policy language review. | .20 | 85.00 |
| 5/11/21 | Dechant, K. | Review insurer outlines re AXA and General Starr from G. Le Chevallier. | .30 | 127.50 |
| 5/12/21 | Quinn, K. | Confer with I. Nasatir, J. Schulman, G. Le Chevallier, M. Atkinson, M. Neely, R. Jennings, and K. Dechant re outstanding settlement proposals. | .20 | 220.00 |
| 5/12/21 | Neely, M. | Email T. Jones re follow form analysis. | .20 | 125.00 |
| 5/12/21 | Neely, M. | Confer with I. Nasatir, J. Schulman, G. Le Chevallier, M. Atkinson, K. Quinn, R. Jennings, and K. Dechant re outstanding settlement proposals. | .30 | 187.50 |
| 5/12/21 | Glaeberman, M. | Email T. Jones re strategy for follow form language analysis. | .40 | 120.00 |
| 5/12/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 3.50 | 1,050.00 |
| 5/12/21 | Jones, T. | Review nine national program policies for follow-form and defense obligation provisions. | 8.00 | 2,400.00 |
| 5/12/21 | Jennings, R. | Confer with I. Nasatir, J. Schulman, G. Le Chevallier, M. Atkinson, K. Quinn, M. Neely, and K. Dechant re outstanding settlement proposals. | .30 | 127.50 |
| 5/13/21 | Quinn, K. | Confer with J. Ruggeri re status and strategy. | .80 | 880.00 |
| 5/13/21 | Quinn, K. | Confer with E. Harron re case planning. | .30 | 330.00 |
| 5/13/21 | Quinn, K. | Confer with T. Gallagher, G. Le Chevallier and M. Neely re status of negotiations. | .50 | 550.00 |
| 5/13/21 | Quinn, K. | Confer with G. Le Chevallier, M. Neely, R. Jennings, and K. Dechant re insurance negotiations. | .70 | 770.00 |
| 5/13/21 | Neely, M. | Confer with T. Gallagher, G. Le Chevallier and K. Quinn re status of negotiations. | .50 | 312.50 |
| 5/13/21 | Neely, M. | Confer with G. Le Chevallier, K. Quinn, R. Jennings, and K. Dechant re insurance negotiations. | .70 | 437.50 |
| 5/13/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 4.50 | 1,350.00 |

Invoice Number: 11323327
June 17, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/13/21 | Jones, T. | Review five national program policies for follow-form and defense obligation provisions. | 5.00 | 1,500.00 |
| 5/13/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 39.00 |
| 5/13/21 | Jennings, R. | Confer with G. Le Chevallier, K. Quinn, M. Neely, and K. Dechant re insurance negotiations. | .70 | 297.50 |
| 5/14/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.80 | 2,340.00 |
| 5/14/21 | Glaeberman, M. | Email S. Colcock and P. McGlinchey re revisions to policy analysis. | .20 | 60.00 |
| 5/14/21 | Jones, T. | Review four national program policies for follow-form and defense obligation provisions. | 2.00 | 600.00 |
| 5/16/21 | Quinn, K. | Confer with M. Andolina re insurance issues. | .20 | 220.00 |
| 5/17/21 | Quinn, K. | Review Debtors' reply re scheduling (0.6); review J. Stang email re Fairbanks case (0.1). | .70 | 770.00 |
| 5/17/21 | Neely, M. | Email R. Jennings re case status. | .10 | 62.50 |
| 5/17/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.50 | 2,250.00 |
| 5/17/21 | McGlinchey, P. | Revise master policy listing spreadsheet re national CGL policy language for 2017 policies (14 policies). | 1.10 | 214.50 |
| 5/17/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .50 | 97.50 |
| 5/17/21 | Dechant, K. | Email G. Le Chevallier, J. Schulman, I. Nasatir, K. Quinn, M. Neely and R. Jennings re forthcoming coverage call. | .10 | 42.50 |
| 5/17/21 | Dechant, K. | Review certain bankruptcy opinion to assess potential impact on settlement negotiations and bankruptcy process. | 1.00 | 425.00 |
| 5/18/21 | Quinn, K. | Confer with M. Neely, E. Grim, K. Dechant, S. Colcock and R. Jennings re status and strategy. | .50 | 550.00 |
| 5/18/21 | Quinn, K. | Review email to YCST re neutrality issues in advance of hearing. | .20 | 220.00 |
| 5/18/21 | Neely, M. | Confer with G. Le Chevallier re fronting coverage issues. | .40 | 250.00 |
| 5/18/21 | Neely, M. | Revise insurer liability bullets for T. Gallagher. | 4.00 | 2,500.00 |
| 5/18/21 | Neely, M. | Draft insurer negotiation tracking chart. | .50 | 312.50 |
| 5/18/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 3.40 | 1,020.00 |
| 5/18/21 | Jones, T. | Review ten national program policies for follow-form and defense obligation provisions. | 8.00 | 2,400.00 |
| 5/18/21 | Colcock, S. | Confer with K. Quinn, E. Grim, M. Neely, and K. Dechant re status and strategy. | .50 | 165.00 |

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/18/21 | Dechant, K. | Confer with K. Quinn, E. Grim, M. Neely, and S. Colcock re status and strategy. | .50 | 212.50 |
| 5/19/21 | Neely, M. | Email K. Dechant re Century reinsurance research. | .10 | 62.50 |
| 5/19/21 | Jones, T. | Review nine national program policies for follow-form and defense obligation provisions. | 8.00 | 2,400.00 |
| 5/19/21 | Colcock, S. | Draft notice of appearance and request for service of notices for R. Jennings and K. Dechant. | 1.80 | 594.00 |
| 5/19/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | .70 | 231.00 |
| 5/19/21 | Colcock, S. | Search Datasite for evidence of AIG insurance policies for certain local council. | .90 | 297.00 |
| 5/19/21 | Dechant, K. | Email S. Colcock and P. McGlinchey re filing of notice of appearance and request for service. | .20 | 85.00 |
| 5/19/21 | Dechant, K. | Review email from K. Quinn re update from Girl Scouts' counsel. | .10 | 42.50 |
| 5/20/21 | Quinn, K. | Revise draft insurance bullet points for T. Gallagher. | .40 | 440.00 |
| 5/20/21 | Glaeberman, M. | Email T. Jones re strategy for follow form language analysis. | .30 | 90.00 |
| 5/20/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 3.50 | 1,050.00 |
| 5/20/21 | Jones, T. | Review ten national program policies for follow-form and defense obligation provisions. | 8.00 | 2,400.00 |
| 5/20/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | .50 | 165.00 |
| 5/20/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .30 | 58.50 |
| 5/20/21 | McGlinchey, P. | Finalize notice of appearance for K. Dechant and R. Jennings. | .50 | 97.50 |
| 5/20/21 | Dechant, K. | Email K. Quinn, E. Grim, M. Neely, and R. Jennings re Century notice of deposition of Andrew R. Evans. | .10 | 42.50 |
| 5/20/21 | Dechant, K. | Email T. Gallagher, G. Le Chevallier, M. Atkinson, K. Quinn, M. Neely, and R. Jennings re insurer demands/negotiations. | .20 | 85.00 |
| 5/21/21 | Quinn, K. | Review amended agenda re hearing. | .10 | 110.00 |
| 5/21/21 | Quinn, K. | Review charter organizations allocation issues. | .30 | 330.00 |
| 5/21/21 | Neely, M. | Confer with R. Jennings re insurance recovery strategy. | 1.60 | 1,000.00 |
| 5/21/21 | Glaeberman, M. | Email M. Neely, K. Dechant, and R. Jennings re strategy for follow form language analysis. | .40 | 120.00 |
| 5/21/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.10 | 2,130.00 |

Invoice Number: 11323327
June 17, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/21/21 | Jones, T. | Review seven national program policies for follow-form and defense obligation provisions. | 8.00 | 2,400.00 |
| 5/21/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | 1.00 | 330.00 |
| 5/21/21 | Jennings, R. | Prepare for meeting with M. Neely re insurance recovery strategy. | 1.00 | 425.00 |
| 5/21/21 | Jennings, R. | Confer with M. Neely re insurance recovery strategy. | 1.60 | 680.00 |
| 5/23/21 | Quinn, K. | Analyze coverage case provided by Coalition counsel. | .60 | 660.00 |
| 5/23/21 | Neely, M. | Email B. Snover re Berkshire responsibility for Columbia Insurance Company policy. | .10 | 62.50 |
| 5/23/21 | Neely, M. | Review chartered organization data in tranche 5 claim set. | .60 | 375.00 |
| 5/24/21 | Quinn, K. | Email team re status and strategy. | .50 | 550.00 |
| 5/24/21 | Quinn, K. | Call with M. Andolina, A. Azer, G. Le Chevallier, R. Jennings and E. Grim re insurance proposals. | 1.20 | 1,320.00 |
| 5/24/21 | Quinn, K. | Follow up call with G. Le Chevallier re insurance proposals. | .50 | 550.00 |
| 5/24/21 | Quinn, K. | Review and compare BSA insurance proposals. | .50 | 550.00 |
| 5/24/21 | Neely, M. | Call with G. Le Chevallier re local council insurance allocations. | .20 | 125.00 |
| 5/24/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 8.00 | 2,400.00 |
| 5/24/21 | Grim, E. | Confer with Debtors' counsel (M. Andolina, A. Azer), G. Le Chevallier, R. Jennings and K. Quinn re proposals. | 1.20 | 840.00 |
| 5/24/21 | Jones, T. | Review seven national program policies for follow-form and defense obligation provisions. | 8.00 | 2,400.00 |
| 5/24/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | 1.10 | 363.00 |
| 5/24/21 | Colcock, S. | Begin searching Datasite for evidence of Chubb insurance policies for certain local council. | .60 | 198.00 |
| 5/24/21 | Colcock, S. | Search Datasite for evidence of AIG insurance policies for six local councils. | 2.90 | 957.00 |
| 5/24/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .50 | 97.50 |
| 5/24/21 | Jennings, R. | Confer with M. Andolina, A. Azer, G. Le Chevallier, K. Quinn and E. Grim re insurance proposals. | 1.20 | 510.00 |
| 5/25/21 | Quinn, K. | Review M. Atkinson materials in preparation for call with FCR/Coalition teams re BSA insurer demands. | .40 | 440.00 |

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/25/21 | Quinn, K. | Participate in call with Coalition counsel and YCST re proposed BSA insurer demands. | .80 | 880.00 |
| 5/25/21 | Quinn, K. | Confer with Coalition (G. Le Chevallier, M. Atkinson), Debtors (M. Andolina), Coalition (D. Molton, E. Goodman), M Neely, E. Grim and R. Jennings re insurer demands. | 1.00 | 1,100.00 |
| 5/25/21 | Neely, M. | Confer with B. Snover and K. Lewis re Berkshire coverage. | .20 | 125.00 |
| 5/25/21 | Neely, M. | Email K. Quinn re Berkshire call. | .30 | 187.50 |
| 5/25/21 | Neely, M. | Email B. Snover and K. Lewis re Columbia Insurance Company information and discussion. | .10 | 62.50 |
| 5/25/21 | Neely, M. | Email E. Grim and R. Jennings re Coalition proposed insurance demands. | .40 | 250.00 |
| 5/25/21 | Neely, M. | Analyze Coalition-proposed insurance demands. | .70 | 437.50 |
| 5/25/21 | Neely, M. | Confer with Coalition (G. Le Chevallier, M. Atkinson), Debtors (M. Andolina), Coalition (D. Molton, E. Goodman), R. Jennings, K Quinn and E. Grim re insurer demands. | .40 | 250.00 |
| 5/25/21 | Neely, M. | Confer with E. Grim and R. Jennings re insurer demands. | .10 | 62.50 |
| 5/25/21 | Neely, M. | Email K. Quinn re Coalition proposals for insurance and chartered organization demands. | .40 | 250.00 |
| 5/25/21 | Neely, M. | Draft proposal to client re insurance demands. | 1.10 | 687.50 |
| 5/25/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.50 | 2,250.00 |
| 5/25/21 | Glaeberman, M. | Email M. Neely, K. Dechant, R. Jennings, T. Jones re strategy for follow form language analysis. | .40 | 120.00 |
| 5/25/21 | Grim, E. | Email Coalition (D. Molton, E. Goodman) and FCR co-counsel (E. Harron, R. Brady) re new mediation development. Confer with Coalition (G. Le Chevallier, M. Atkinson) re insurer demands. | .70 | 490.00 |
| 5/25/21 | Grim, E. | Confer with Coalition (G. Le Chevallier, M. Atkinson), Debtors (M. Andolina), Coalition (D. Molton, E. Goodman), M. Neely, K Quinn and R. Jennings re insurer demands. | .50 | 350.00 |
| 5/25/21 | Grim, E. | Confer with Debtors (M. Andolina) and Coalition (D. Molton, E. Goodman) re insurer issues. | .40 | 280.00 |
| 5/25/21 | Grim, E. | Confer with M. Neely and R. Jennings re insurer demands. | .20 | 140.00 |
| 5/25/21 | Jones, T. | Review six national program policies for follow-form and defense obligation provisions. | 8.00 | 2,400.00 |
| 5/25/21 | Dechant, K. | Review Datasite documents for non-abuse claims against BSA (1.8); draft summary re same (0.5). | 2.30 | 977.50 |

Invoice Number: 11323327
June 17, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/25/21 | Jennings, R. | Confer with Coalition (G. Le Chevallier, M. Atkinson), Debtors (M. Andolina), Coalition (D. Molton, E. Goodman), M. Neely, K Quinn and E. Grim re insurer demands. | .80 | 340.00 |
| 5/25/21 | Jennings, R. | Confer with M. Neely and E. Grim re insurer demands. | .40 | 170.00 |
| 5/26/21 | Neely, M. | Analyze chartered organization allocations and liability issues. | 3.40 | 2,125.00 |
| 5/26/21 | Glaeberman, M. | Email M. Neely re strategy for follow form language analysis. | .20 | 60.00 |
| 5/26/21 | Jones, T. | Review six national program policies for follow-form and defense obligation provisions. | 7.70 | 2,310.00 |
| 5/26/21 | Colcock, S. | Draft insurer discovery tracking chart. | 2.50 | 825.00 |
| 5/26/21 | Colcock, S. | Review Century and Chubb objections and responses to the Coalition, FCR and TCC's discovery requests. | 1.10 | 363.00 |
| 5/26/21 | McGlinchey, P. | Revise master policy listing spreadsheet national CGL policy language for 1998 policies (7 policies). | .90 | 175.50 |
| 5/27/21 | Jones, T. | Review five national program policies for follow-form and defense obligation provisions. | 3.00 | 900.00 |
| 5/27/21 | Colcock, S. | Continue searching Datasite for evidence of Chubb insurance policies for certain local council. | 2.80 | 924.00 |
| 5/27/21 | McGlinchey, P. | Analyze policies (11 policies) identified as "no evidence found" to determine assumptions and update master policy listing spreadsheet. | 1.90 | 370.50 |
| 5/27/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 39.00 |
| 5/28/21 | Neely, M. | Finish drafting case management document. | 1.30 | 812.50 |
| 5/28/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .30 | 58.50 |
| 5/30/21 | Quinn, K. | Email client re proposed insurer demands. | .20 | 220.00 |
| 5/30/21 | Quinn, K. | Confer with A. Andrews re insurance availability. | .10 | 110.00 |
| 5/30/21 | Jennings, R. | Review Clarendon demand response. | .50 | 212.50 |
| 5/31/21 | Quinn, K. | Review draft settlement numbers. | .30 | 330.00 |

**TOTAL CHARGEABLE HOURS**  316.90

**TOTAL FEES**  $ 120,415.50

Invoice Number: 11323327
June 17, 2021

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|------:|-----:|------:|
| Quinn, K. | 17.10 | 1,100.00 | 18,810.00 |
| Neely, M. | 25.30 | 625.00 | 15,812.50 |
| Glaeberman, M. | 87.30 | 300.00 | 26,190.00 |
| Grim, E. | 3.60 | 700.00 | 2,520.00 |
| Jones, T. | 110.50 | 300.00 | 33,150.00 |
| Colcock, S. | 42.90 | 330.00 | 14,157.00 |
| McGlinchey, P. | 13.30 | 195.00 | 2,593.50 |
| Dechant, K. | 8.40 | 425.00 | 3,570.00 |
| Jennings, R. | 8.50 | 425.00 | 3,612.50 |
| **TOTALS** | **316.90** | | **$ 120,415.50** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|------|-------------|------|-------:|
| 5/20/21 | Lexis | E106 | 305.33 |
| 5/31/21 | Westlaw | E106 | 47.97 |
| 5/31/21 | PACER | E106 | 174.60 |
| | **TOTAL EXPENSES** | | **$ 527.90** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 120,943.40** |

Invoice Number: 11323327
June 17, 2021

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2021

**Retention / Fee Application**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/06/21 | Quinn, K. | Review Century brief re fee order. | .30 | 330.00 |
| 5/06/21 | Holland, P. | Research issues questioned by Fee Examiner re third interim fee application. | 1.60 | 464.00 |
| 5/10/21 | Quinn, K. | Review issues in preparation for call with Fee Examiner. | .30 | 330.00 |
| 5/10/21 | Quinn, K. | Confer with Fee Examiner and P. Holland re third interim application. | .50 | 550.00 |
| 5/10/21 | Quinn, K. | Email all claimant representatives re potential order modifying interim fee orders. | .20 | 220.00 |
| 5/10/21 | Holland, P. | Confer with Fee Examiner and K. Quinn re third interim fee application issues. | .50 | 145.00 |
| 5/14/21 | Quinn, K. | Review draft fee application. | .50 | 550.00 |
| 5/14/21 | Quinn, K. | Review revised draft fee order. | .20 | 220.00 |
| 5/14/21 | Quinn, K. | Review changes to fee motions. | .20 | 220.00 |
| 5/14/21 | Hudgins, M.C. | Draft fourth interim fee application and notice. | 1.00 | 190.00 |
| 5/16/21 | Quinn, K. | Review Debtors' response to Century fee motion. | .10 | 110.00 |
| 5/17/21 | Holland, P. | Revise fourth interim fee application re budget and staffing. | 1.30 | 377.00 |
| 5/17/21 | Hudgins, M.C. | Draft twelfth fee application, notice and exhibit. | 1.50 | 285.00 |
| 5/19/21 | Holland, P. | Email US Trustee and Fee Examiner re April fee statement and LEDES file. | .10 | 29.00 |
| | | **TOTAL CHARGEABLE HOURS** | **8.30** | |
| | | **TOTAL FEES** | | **$ 4,020.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 2.30 | 1,100.00 | 2,530.00 |
| Holland, P. | 3.50 | 290.00 | 1,015.00 |
| Hudgins, M.C. | 2.50 | 190.00 | 475.00 |
| **TOTALS** | **8.30** | | **$ 4,020.00** |

Invoice Number: 11323327
June 17, 2021

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 5/31/21 | PACER | E106 | 17.50 |
| | **TOTAL EXPENSES** | | **$ 17.50** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 4,037.50** |

Invoice Number: 11323327
June 17, 2021

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2021

**Non-Working Travel (Billed @ 50%)**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/04/21 | Quinn, K. | Travel from Washington, DC to New York, NY for mediation. | 4.00 | 2,200.00 |
| 5/06/21 | Quinn, K. | Travel from New York, NY to Washington, DC. | 2.00 | 1,100.00 |
| 5/26/21 | Quinn, K. | Travel from Washington, DC to New York, NY for mediation. | 4.00 | 2,200.00 |
| 5/27/21 | Quinn, K. | Travel from New York, NY to Washington, DC. | 4.20 | 2,310.00 |
| | | **TOTAL CHARGEABLE HOURS** | **14.20** | |
| | | **TOTAL FEES** | | **$ 7,810.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 14.20 | 550.00 | 7,810.00 |
| **TOTALS** | **14.20** | | **$ 7,810.00** |

Invoice Number: 11323327
June 17, 2021

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 5/06/21 | Travel - Train Fare (coach fare) / Kami Quinn / Washington, DC to New York, NY / Attend Mediation / May 4-6, 2021 | E110 | 337.00 |
| 5/06/21 | Travel - Lodging / Kami Quinn / New York, NY / Attend Mediation / May 4-6, 2021 | E110 | 1,050.00 |
| 5/06/21 | Travel - Meals / Kami Quinn / New York, NY / Attend Mediation / May 4-6, 2021 | E110 | 49.87 |
| 5/06/21 | Travel - Taxis / Kami Quinn / New York, NY / Attend Mediation / May 4-6, 2021 | E110 | 47.47 |
| 5/27/21 | Travel - Airfare (coach fare) / Kami Quinn / Washington, DC to New York, NY / Attend Mediation / May 26-27, 2021 | E110 | 259.00 |
| 5/27/21 | Travel - Train Fare (coach fare) / Kami Quinn / New York, NY to Washington, DC / Attend Mediation / May 26-27, 2021 | E110 | 276.00 |
| 5/27/21 | Travel - Lodging / Kami Quinn / New York NY / Attend Mediation / May 26-27, 2021 | E110 | 525.00 |
| 5/27/21 | Travel - Taxis / Kami Quinn / New York, NY / Attend Mediation / May 26-27, 2021 | E110 | 83.26 |
| 5/27/21 | Travel - Meals / Kami Quinn / New York, NY / Attend Mediation / May 26-27, 2021 | E110 | 2.54 |

**TOTAL EXPENSES**                                                      **$ 2,630.14**

**TOTAL FEES AND EXPENSES FOR MATTER**                  **$ 10,440.14**

Invoice Number: 11323327
June 17, 2021

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2021

**Plan of Reorganization / Disclosure Statement**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/01/21 | Quinn, K. | Review revised plan term sheet. | .30 | 330.00 |
| 5/02/21 | Neely, M. | Email R. Jennings and K. Dechant re TCC and Coalition call re insurance recovery. | .10 | 62.50 |
| 5/03/21 | Quinn, K. | Initial review of draft objection to disclosure statement. | .60 | 660.00 |
| 5/03/21 | Quinn, K. | Review research and materials re disclosure statement objection. | .70 | 770.00 |
| 5/03/21 | Quinn, K. | Revise draft bullet points re disclosure statement objection. | .40 | 440.00 |
| 5/03/21 | Quinn, K. | Confer with G. Le Chevallier re preparation for mediation. | .20 | 220.00 |
| 5/03/21 | Quinn, K. | Confer with Coalition, Debtors, E. Grim, K. Dechant and R. Jennings re upcoming mediation. | 2.40 | 2,640.00 |
| 5/03/21 | Quinn, K. | Review revised draft plan terms bullet points. | .20 | 220.00 |
| 5/03/21 | Neely, M. | Email S. Colcock re plan amendments. | .10 | 62.50 |
| 5/03/21 | Neely, M. | Email E. Harron, R. Brady, and S. Zieg re Lehr motion. | .30 | 187.50 |
| 5/03/21 | Grim, E. | Draft objection to disclosure statement. | .70 | 490.00 |
| 5/03/21 | Grim, E. | Review plan and disclosure statement for objections. | 2.60 | 1,820.00 |
| 5/03/21 | Grim, E. | Confer with Coalition, Debtors, K. Quinn, R. Jennings and K. Dechant re upcoming mediation. | 2.40 | 1,680.00 |
| 5/03/21 | Dechant, K. | Draft memorandum re common objections and common language from Debtors' plan and disclosure statement in preparation for drafting of objection to disclosure statement (2.4); email K. Quinn and E. Grim re same (0.4). | 2.80 | 1,190.00 |
| 5/03/21 | Dechant, K. | Confer with Coalition, Debtors, K. Quinn, E. Grim and R. Jennings re upcoming mediation. | 2.40 | 1,020.00 |
| 5/03/21 | Jennings, R. | Confer with Coalition, Debtors, K. Quinn, E. Grim and K. Dechant re upcoming mediation. | 2.40 | 1,020.00 |
| 5/04/21 | Quinn, K. | Participate in mediation with E. Harron, R. Brady, K. Enos, D. Molton, J. Stang, J. Lauria, and M. Andolina. | 7.50 | 8,250.00 |
| 5/04/21 | Quinn, K. | Confer with J. Lucas, D. Lapinski, E. Harron, R. Brady re mediation strategy. | 1.00 | 1,100.00 |

Invoice Number: 11323327
June 17, 2021

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 5/04/21 | Grim, E. | Revise objection to disclosure statement. | .40 | 280.00 |
| 5/04/21 | Dechant, K. | Draft summary of insurer demands issued at mediation (1.0); email K. Quinn, E. Grim, M. Neely, R. Jennings, and Coalition insurance counsel re same (0.2). | 1.20 | 510.00 |
| 5/05/21 | Quinn, K. | Participate in mediation with R. Brady, E. Harron, J. Lauria, and M. Andolina. | 7.50 | 8,250.00 |
| 5/05/21 | Grim, E. | Revise objection to disclosure statement. | 1.30 | 910.00 |
| 5/05/21 | Grim, E. | Review joinders to TCC disclosure statement objection. | .20 | 140.00 |
| 5/05/21 | Jennings, R. | Attend mediation session with Debtors and Coalition. | 6.60 | 2,805.00 |
| 5/06/21 | Quinn, K. | Participate in mediation session with Debtors, Coalition re plan-related issues (partial). | 2.00 | 2,200.00 |
| 5/06/21 | Quinn, K. | Attend mediation session with Allianz counsel. | 1.00 | 1,100.00 |
| 5/06/21 | Quinn, K. | Confer with Debtors and Coalition counsel re plan negotiations. | .80 | 880.00 |
| 5/06/21 | Grim, E. | Review insurer disclosure statement objection. | .20 | 140.00 |
| 5/07/21 | Quinn, K. | Review insurer objection to disclosure statement. | .30 | 330.00 |
| 5/07/21 | Quinn, K. | Confer with Coalition and client re potential TDP concepts. | 1.30 | 1,430.00 |
| 5/07/21 | Neely, M. | Review disclosure statement objections. | .30 | 187.50 |
| 5/07/21 | Grim, E. | Confer with Coalition re TDP. | 1.30 | 910.00 |
| 5/07/21 | McGlinchey, P. | Review objections and joinders to the second amended disclosure statement to identify substantive objections (1.5); email team re same (0.3). | 1.80 | 351.00 |
| 5/08/21 | Quinn, K. | Review discovery responses from Debtors and Hartford. | .50 | 550.00 |
| 5/08/21 | Quinn, K. | Revise draft disclosure statement objection brief. | .80 | 880.00 |
| 5/10/21 | Quinn, K. | Review disclosure statement objections. | 2.20 | 2,420.00 |
| 5/10/21 | Quinn, K. | Confer with client re litigation plan. | .50 | 550.00 |
| 5/10/21 | Quinn, K. | Review AIG objection to disclosure statement. | .30 | 330.00 |
| 5/10/21 | Grim, E. | Review objections to disclosure statement. | .30 | 210.00 |
| 5/10/21 | Colcock, S. | Research orders entered in main bankruptcy case relating to discovery for service requirements on insurers. | 1.40 | 462.00 |
| 5/10/21 | Jennings, R. | Review stipulated confidentiality and protective order re privilege. | .70 | 297.50 |
| 5/11/21 | Quinn, K. | Review TCC motion re estimation timing/confirmation procedures. | .60 | 660.00 |

Invoice Number: 11323327
June 17, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/11/21 | Neely, M. | Email E. Harron and K. Quinn re proposed Lehr settlement. | .60 | 375.00 |
| 5/12/21 | Quinn, K. | Confer with Coalition (E. Goodman, D. Molton), J. Patton, FCR Counsel (E. Harron), and E. Grim re plan litigation strategy. | 1.30 | 1,430.00 |
| 5/12/21 | Quinn, K. | Confer with E. Grim and S. Sraders re next steps, discovery requests, and status. | .60 | 660.00 |
| 5/12/21 | Quinn, K. | Confer with G. Le Chevallier re mediator request. | .20 | 220.00 |
| 5/12/21 | Quinn, K. | Review revised draft estimation motion. | 1.10 | 1,210.00 |
| 5/12/21 | Neely, M. | Revise TCC objection to Lehr settlement | .70 | 437.50 |
| 5/12/21 | Neely, M. | Draft joinder to TCC objection to Lehr settlement. | .50 | 312.50 |
| 5/12/21 | Grim, E. | Revise updated plan term sheet. | .20 | 140.00 |
| 5/12/21 | Grim, E. | Confer with Coalition (E. Goodman, D. Molton), J. Patton, FCR Counsel (E. Harron), and K. Quinn re plan litigation strategy. | 1.30 | 910.00 |
| 5/12/21 | Grim, E. | Confer with K. Quinn and S. Sraders re next steps, discovery requests, and status. | .60 | 420.00 |
| 5/12/21 | Grim, E. | Review research re plan litigation issues. | .90 | 630.00 |
| 5/12/21 | Sraders, S. | Draft summary of research re plan litigation issues. | .70 | 402.50 |
| 5/12/21 | Sraders, S. | Confer with K. Quinn and E. Grim next steps, discovery requests, and status. | .60 | 345.00 |
| 5/12/21 | Dechant, K. | Email E. Grim and R. Jennings re TDP-related insurer discovery requests. | .50 | 212.50 |
| 5/12/21 | Dechant, K. | Confer with R. Jennings re TDP insurer discovery requests. | .90 | 382.50 |
| 5/12/21 | Dechant, K. | Review insurer filings related to plan, disclosure statement, and estimation in preparation for drafting TDP-related insurer discovery requests. | 1.90 | 807.50 |
| 5/12/21 | Dechant, K. | Begin drafting TDP-related insurer discovery requests. | 2.40 | 1,020.00 |
| 5/12/21 | Jennings, R. | Confer with K. Dechant re TDP insurer discovery requests. | .90 | 382.50 |
| 5/13/21 | Quinn, K. | Revise estimation reply. | 1.10 | 1,210.00 |
| 5/13/21 | Grim, E. | Review objections to Debtors' confirmation procedures. | 1.60 | 1,120.00 |
| 5/13/21 | Grim, E. | Research issues re TDP. | .30 | 210.00 |
| 5/13/21 | Grim, E. | Revise joint reply in support of estimation motion. | .70 | 490.00 |
| 5/13/21 | Dechant, K. | Continue drafting TDP-related insurer discovery requests. | 3.70 | 1,572.50 |
| 5/13/21 | Dechant, K. | Review email and insurer summary document from G. Le Chevallier. | .60 | 255.00 |
| 5/14/21 | Quinn, K. | Review Century objection to disclosure statement. | 1.30 | 1,430.00 |

Invoice Number: 11323327
June 17, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/14/21 | Quinn, K. | Confer with D. Molton, G. Le Chevallier, E. Goodman, K. Enos re plan negotiations. | .50 | 550.00 |
| 5/14/21 | Quinn, K. | Review and revise draft restructuring support agreement and term sheet. | .60 | 660.00 |
| 5/14/21 | Quinn, K. | Review Coalition revisions to restructuring support agreement. | .30 | 330.00 |
| 5/14/21 | Grim, E. | Review additional objections to amended disclosure statement. | .80 | 560.00 |
| 5/14/21 | Grim, E. | Review amended plan. | .80 | 560.00 |
| 5/16/21 | Quinn, K. | Revise draft plan. | 1.80 | 1,980.00 |
| 5/16/21 | Quinn, K. | Begin work on budget/staffing plan for confirmation. | .80 | 880.00 |
| 5/16/21 | Quinn, K. | Email E. Grim re next steps. | .30 | 330.00 |
| 5/16/21 | Quinn, K. | Confer with counsel for Debtors (J. Lauria, M. Andolina), Coalition (D. Molton, E. Goodman), and E. Grim re revised plan and restructuring support agreement. | 1.10 | 1,210.00 |
| 5/16/21 | Grim, E. | Confer with counsel for Debtors (J. Lauria, M. Andolina), Coalition (D. Molton, E. Goodman), and K. Quinn re revised plan and restructuring support agreement. | 1.10 | 770.00 |
| 5/16/21 | Grim, E. | Revise updated plan. | .70 | 490.00 |
| 5/17/21 | Quinn, K. | Email Coalition re proposed plan edits. | .10 | 110.00 |
| 5/17/21 | Quinn, K. | Review pleadings in advance of disclosure statement hearing. | 5.70 | 6,270.00 |
| 5/17/21 | Quinn, K. | Confer with D. Molton re preparation for disclosure statement hearing. | .30 | 330.00 |
| 5/17/21 | Quinn, K. | Revise draft motion to compel Century discovery. | .30 | 330.00 |
| 5/17/21 | Neely, M. | Email R. Jennings re insurer discovery. | .40 | 250.00 |
| 5/17/21 | Grim, E. | Review cases re TDP issues. | .40 | 280.00 |
| 5/17/21 | Sraders, S. | Draft memorandum re binding nature of TDPs and estimations. | 1.90 | 1,092.50 |
| 5/17/21 | Dechant, K. | Revise TDP-related insurer discovery requests (0.6); email M. Neely and R. Jennings re same (0.2). | .80 | 340.00 |
| 5/17/21 | Jennings, R. | Draft TDP-related insurer discovery requests. | 4.00 | 1,700.00 |
| 5/18/21 | Quinn, K. | Confer with M. Neely, E. Grim, R. Jennings, K. Dechant, and S. Colcock re preparation for disclosure statement and exclusivity motion hearings. | .50 | 550.00 |

Invoice Number: 11323327
June 17, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/18/21 | Quinn, K. | Confer with FCR co-counsel (E. Harron, R. Brady), Coalition counsel (D. Molton, E. Goodman), K. Dechant, R. Jennings and E. Grim re preparation for disclosure statement hearing. | 1.00 | 1,100.00 |
| 5/18/21 | Quinn, K. | Confer with R. Ringer, M. Wasson and E. Grim re insurance-related plan issues. | .50 | 550.00 |
| 5/18/21 | Quinn, K. | Draft work plan re upcoming hearing (0.6); confer with E. Grim, R. Jennings, K. Dechant, S. Colcock and P. McGlinchey re same (0.6). | 1.20 | 1,320.00 |
| 5/18/21 | Quinn, K. | Attend meet-and-confer with R. Brady and R. Jennings re Century discovery issues. | .50 | 550.00 |
| 5/18/21 | Neely, M. | Confer with K. Quinn, E. Grim, R. Jennings, K. Dechant, and S. Colcock re preparation for disclosure statement and exclusivity motion hearings. | .50 | 312.50 |
| 5/18/21 | Neely, M. | Email S. Colcock re disclosure statement and exclusivity motion briefing. | .10 | 62.50 |
| 5/18/21 | Neely, M. | Confer with K. Quinn, E. Grim, R. Jennings, K. Dechant, S. Colcock, and P. McGlinchey re hearing preparation. | .60 | 375.00 |
| 5/18/21 | Neely, M. | Revise index of exclusivity motion briefing in preparation for hearing. | .20 | 125.00 |
| 5/18/21 | Neely, M. | Email P. McGlinchey re index of disclosure statement joinders. | .20 | 125.00 |
| 5/18/21 | Neely, M. | Revise index of disclosure statement objections and briefing. | .30 | 187.50 |
| 5/18/21 | Neely, M. | Analyze insurer joinders to scheduling order and disclosure statement objections. | .80 | 500.00 |
| 5/18/21 | Neely, M. | Confer with K. Dechant and R. Jennings re preparation for disclosure statement and exclusivity motion hearing. | .50 | 312.50 |
| 5/18/21 | Neely, M. | Email R. Jennings re insurer TDP discovery. | .20 | 125.00 |
| 5/18/21 | Grim, E. | Analyze decisions re plan-related issues. | 1.40 | 980.00 |
| 5/18/21 | Grim, E. | Draft memorandum re research on plan-related issues. | .50 | 350.00 |
| 5/18/21 | Grim, E. | Confer with K. Quinn, M. Neely, R. Jennings, K. Dechant, S. Colcock, and P. McGlinchey re hearing preparation. | .60 | 420.00 |
| 5/18/21 | Grim, E. | Confer with FCR co-counsel (E. Harron, R. Brady) re preparation for disclosure statement hearing. | .50 | 350.00 |
| 5/18/21 | Grim, E. | Confer with FCR co-counsel (E. Harron, R. Brady), Coalition counsel (D. Molton, E. Goodman), K. Dechant, and K. Quinn re preparation for disclosure statement hearing. | 1.00 | 700.00 |

Invoice Number: 11323327
June 17, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/18/21 | Grim, E. | Confer with K. Quinn, M. Neely, R. Jennings, K. Dechant, and S. Colcock re preparation for disclosure statement and exclusivity motion hearings. | .60 | 420.00 |
| 5/18/21 | Grim, E. | Research insurance-related plan issues. | .70 | 490.00 |
| 5/18/21 | Grim, E. | Confer with UCC counsel (R. Ringer, M. Wasson) re insurance-related plan issues. (Partial) | .30 | 210.00 |
| 5/18/21 | Sraders, S. | Draft memorandum re TDP litigation and estimation proceeding. | 2.60 | 1,495.00 |
| 5/18/21 | Colcock, S. | Confer with K. Quinn, E. Grim, M. Neely, K. Dechant, R. Jennings and P. McGlinchey re upcoming disclosure statement hearing. | .60 | 198.00 |
| 5/18/21 | Colcock, S. | Prepare materials for upcoming hearing on exclusivity motion. | 2.90 | 957.00 |
| 5/18/21 | Colcock, S. | Prepare materials for upcoming hearing on motion for entry of scheduling order re plan confirmation. | 2.80 | 924.00 |
| 5/18/21 | McGlinchey, P. | Confer with K. Quinn, E. Grim, M. Neely, R. Jennings, K. Dechant, and S. Colcock re preparation for upcoming hearings. | .60 | 117.00 |
| 5/18/21 | McGlinchey, P. | Email K. Dechant re preparation for upcoming hearings. | .50 | 97.50 |
| 5/18/21 | McGlinchey, P. | Review pleadings related to disclosure statement in preparation for upcoming hearing (3.6); revise index of same (2.2); email team re same (0.4). | 6.20 | 1,209.00 |
| 5/18/21 | Dechant, K. | Draft summary of provisions pertaining to Girl Scouts of America in disclosure statement. | .80 | 340.00 |
| 5/18/21 | Dechant, K. | Draft summaries of objections to disclosure statement, exclusivity motion, and scheduling order motion (7.4), confer with K. Quinn, M. Neely, R. Jennings, S. Colcock, and P. McGlinchey re same (0.6); email K. Quinn and E. Grim re same (0.7). | 8.70 | 3,697.50 |
| 5/18/21 | Dechant, K. | Confer with FCR co-counsel (E. Harron, R. Brady), Coalition counsel (D. Molton, E. Goodman), E. Grim, R. Jennings and K. Quinn re preparation for disclosure statement hearing. | 1.00 | 425.00 |
| 5/18/21 | Dechant, K. | Confer with M. Neely and R. Jennings re preparation for disclosure statement and exclusivity motion hearing. | .50 | 212.50 |
| 5/18/21 | Dechant, K. | Email E. Grim, M. Neely, and R. Jennings re TDP-related insurer discovery requests. | .10 | 42.50 |
| 5/18/21 | Jennings, R. | Confer with FCR co-counsel (E. Harron, R. Brady), Coalition counsel (D. Molton, E. Goodman), E. Grim, R. Jennings, K. Dechant and K. Quinn re preparation for disclosure statement hearing. | 1.00 | 425.00 |

Invoice Number: 11323327
June 17, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/18/21 | Jennings, R. | Confer with K. Dechant and M. Neely re preparation for disclosure statement and exclusivity motion hearing. | .50 | 212.50 |
| 5/18/21 | Jennings, R. | Revise draft TDP discovery requests for insurers. | 1.50 | 637.50 |
| 5/18/21 | Jennings, R. | Confer with K. Quinn, E. Grim, M. Neely, K. Dechant, S. Colcock and P. McGlinchey re upcoming disclosure statement hearing. | .60 | 255.00 |
| 5/18/21 | Jennings, R. | Attend meet-and-confer re Century with R. Brady and K. Quinn re discovery issues. | .50 | 212.50 |
| 5/18/21 | Jennings, R. | Confer with FCR co-counsel (E. Harron, R. Brady), Coalition counsel (D. Molton, E. Goodman), E. Grim, K. Dechant and K. Quinn re preparation for disclosure statement hearing. | .50 | 212.50 |
| 5/18/21 | Jennings, R. | Prepare for exclusivity, disclosure statement, and estimation motion hearing. | .90 | 382.50 |
| 5/19/21 | Quinn, K. | Participate in hearing re exclusivity and estimation motions. | 7.50 | 8,250.00 |
| 5/19/21 | Quinn, K. | Prepare for hearing re exclusivity. | 2.50 | 2,750.00 |
| 5/19/21 | Grim, E. | Attend hearing on exclusivity and estimation motions. | 7.50 | 5,250.00 |
| 5/19/21 | Dechant, K. | Email M. Neely re Century-Lloyd's reinsurance litigation. | .10 | 42.50 |
| 5/19/21 | Dechant, K. | Email E. Grim, M. Neely, and R. Jennings re TDP-related insurer discovery requests. | .10 | 42.50 |
| 5/19/21 | Dechant, K. | Review docket and filings re Century-Lloyd's of London reinsurance litigation and mediation (1.0); review various reinsurance agreements between Century and Lloyd's (3.2); begin drafting summary of reinsurance agreements and Century-Lloyd's reinsurance litigation and mediation (1.5). | 5.70 | 2,422.50 |
| 5/19/21 | Jennings, R. | Analyze documents re plan confirmation. | 1.40 | 595.00 |
| 5/20/21 | Quinn, K. | Confer with FCR counsel (E. Harron), Coalition counsel (D. Molton), R. Jennings and E. Grim re debrief from hearing and strategy for next steps. | 1.50 | 1,650.00 |
| 5/20/21 | Quinn, K. | Email team re proposed Century deposition of Bates White. | .20 | 220.00 |
| 5/20/21 | Quinn, K. | Review neutrality research memorandum. | .20 | 220.00 |
| 5/20/21 | Neely, M. | Email K. Quinn, E. Grim, R. Jennings, and K. Dechant re Century notice of deposition to Bates White. | .10 | 62.50 |
| 5/20/21 | Grim, E. | Research TDP issues. | 1.70 | 1,190.00 |
| 5/20/21 | Grim, E. | Draft analysis of TDP issues. | .80 | 560.00 |
| 5/20/21 | Grim, E. | Research insurance neutrality issues. | 2.10 | 1,470.00 |

Invoice Number: 11323327
June 17, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/20/21 | Grim, E. | Draft analysis of insurance neutrality issues. | .60 | 420.00 |
| 5/20/21 | Grim, E. | Confer with FCR counsel (E. Harron), Coalition counsel (D. Molton), R. Jennings and K. Quinn re debrief from hearing and strategy for next steps. | 1.50 | 1,050.00 |
| 5/20/21 | Dechant, K. | Email K. Quinn, M. Neely, and R. Jennings re Coalition/FCR coverage call. | .20 | 85.00 |
| 5/20/21 | Dechant, K. | Draft summary re insurance neutrality and bankruptcy confirmation plans. | 3.30 | 1,402.50 |
| 5/20/21 | Dechant, K. | Continue drafting summary of Century reinsurance agreements and Century-Lloyd's reinsurance litigation and mediation. | 4.50 | 1,912.50 |
| 5/20/21 | Jennings, R. | Research insurance neutrality case law. | 2.50 | 1,062.50 |
| 5/20/21 | Jennings, R. | Confer with FCR counsel (E. Harron), Coalition counsel (D. Molton), K. Quinn, and E. Grim re debrief from hearing and strategy for next steps. | 1.50 | 637.50 |
| 5/20/21 | Jennings, R. | Continue analyzing documents re plan confirmation. | 1.50 | 637.50 |
| 5/21/21 | Grim, E. | Analyze research on plan insurance neutrality issues. | .50 | 350.00 |
| 5/21/21 | Grim, E. | Confer with S. Sraders re plan insurance neutrality issues. | .50 | 350.00 |
| 5/21/21 | Sraders, S. | Confer with E. Grim re plan insurance neutrality issues. | .50 | 287.50 |
| 5/21/21 | Colcock, S. | Prepare Lehr settlement agreement materials for upcoming omnibus hearing. | .80 | 264.00 |
| 5/22/21 | Quinn, K. | Review mediator schedule. | .20 | 220.00 |
| 5/22/21 | Quinn, K. | Review email from team re neutrality research from disclosure statement hearing. | .20 | 220.00 |
| 5/24/21 | Quinn, K. | Confer with E. Grim, M. Neely, and R. Jennings re plan proposal and mediation. | .40 | 440.00 |
| 5/24/21 | Neely, M. | Confer with K. Quinn, E. Grim, and R. Jennings re plan proposal and mediation. | .40 | 250.00 |
| 5/24/21 | Grim, E. | Review Coalition term sheet proposal. | .20 | 140.00 |
| 5/24/21 | Grim, E. | Confer with K. Quinn, M. Neely, and R. Jennings re plan proposal and mediation. | .40 | 280.00 |
| 5/24/21 | Sraders, S. | Research re evolution of insurance neutrality provisions. | 1.50 | 862.50 |
| 5/24/21 | Jennings, R. | Confer with K. Quinn, E. Grim, and M. Neely re plan proposal and mediation. | .40 | 170.00 |
| 5/24/21 | Jennings, R. | Email E. Grim and M. Neely re case status and strategy. | .40 | 170.00 |
| 5/25/21 | Quinn, K. | Review and revise insurer discovery letter. | .40 | 440.00 |
| 5/26/21 | Quinn, K. | Participate in mediation. | 10.50 | 11,550.00 |

Invoice Number: 11323327
June 17, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/26/21 | Grim, E. | Attend mediation. | 1.00 | 700.00 |
| 5/26/21 | Dechant, K. | Review Coalition, TCC, and FCR letter re Century response to discovery requests. | .20 | 85.00 |
| 5/26/21 | Dechant, K. | Review Century responses to Coalition, TCC, and FCR discovery requests. | 1.40 | 595.00 |
| 5/27/21 | Quinn, K. | Attend mediation. | 6.00 | 6,600.00 |
| 5/27/21 | Grim, E. | Attend mediation (partial). | 2.10 | 1,470.00 |
| 5/27/21 | Sraders, S. | Research re insurance neutrality provision in plan documents. | 1.00 | 575.00 |
| 5/28/21 | Quinn, K. | Review claims definitions proposed by E. Goodman | .30 | 330.00 |
| 5/28/21 | Quinn, K. | Participate in call with TCC (J. Shulman, R. Orgel), Coalition (E. Goodman, G. Le Chevallier) re claims procedures. | 1.50 | 1,650.00 |
| 5/28/21 | Quinn, K. | Begin review of Debtors' revisions to claims procedures. | .50 | 550.00 |
| 5/28/21 | Quinn, K. | Further revisions and review of claims procedures language. | 1.50 | 1,650.00 |
| 5/28/21 | Grim, E. | Draft proposal for insurance treatment of unsecured claimants. | .20 | 140.00 |
| 5/28/21 | Grim, E. | Confer with Coalition counsel (E. Goodman) and TCC counsel (J. Stang) re claims allowance procedures. | 1.50 | 1,050.00 |
| 5/28/21 | Grim, E. | Review potential model language for resolving non-abuse claims. | .40 | 280.00 |
| 5/28/21 | Grim, E. | Revise insurance-related language in plan. | .50 | 350.00 |
| 5/28/21 | Grim, E. | Review data on non-abuse claims. | .40 | 280.00 |
| 5/28/21 | Colcock, S. | Review order adjourning TCC-FCR motion for standing to prosecute certain challenge claims and Church of Latter Day Saints document request notice for insurance-related matters and deadlines. | .20 | 66.00 |
| 5/28/21 | Jennings, R. | Email S. Sraders re insurance neutrality research. | .50 | 212.50 |
| 5/28/21 | Jennings, R. | Review emails and documents from E. Grim and M. Neely re case status and strategy. | 2.00 | 850.00 |
| 5/29/21 | Quinn, K. | Email D. Molton re charter organization demands. | .10 | 110.00 |
| 5/30/21 | Quinn, K. | Call with T. Gallagher re potential insurer proposal (0.2); email client and D. Molton re same (0.2). | .40 | 440.00 |
| 5/30/21 | Quinn, K. | Email client re chartered organizations demand. | .10 | 110.00 |
| 5/30/21 | Quinn, K. | Email team re non-abuse claims issue. | .10 | 110.00 |
| 5/30/21 | Quinn, K. | Review revised draft claims procedures in advance of call. | 1.80 | 1,980.00 |
| 5/30/21 | Quinn, K. | Participate in call with Coalition and YCST re claims procedures. | 1.00 | 1,100.00 |

Invoice Number: 11323327
June 17, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 5/30/21 | Grim, E. | Confer with Debtors' counsel (J. Lauria), Coalition counsel (E. Goodman), and TCC counsel (J. Stang) re claims administration procedures. | 1.00 | 700.00 |
| 5/30/21 | Grim, E. | Draft analysis of potential treatment of non-abuse litigation claims. | .60 | 420.00 |
| 5/31/21 | Quinn, K. | Review Coalition comments to draft TDP. | .40 | 440.00 |
| 5/31/21 | Neely, M. | Email E. Grim, R. Jennings, and K. Dechant re Clarendon response strategy. | .90 | 562.50 |
| 5/31/21 | Grim, E. | Draft proposal for treatment of non-abuse claims. | 1.40 | 980.00 |
| 5/31/21 | Grim, E. | Review Coalition revisions to claims administration procedures. | .20 | 140.00 |
| | | **TOTAL CHARGEABLE HOURS** | **247.50** | |
| | | **TOTAL FEES** | | **$ 179,173.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 89.50 | 1,100.00 | 98,450.00 |
| Neely, M. | 7.80 | 625.00 | 4,875.00 |
| Grim, E. | 49.50 | 700.00 | 34,650.00 |
| Sraders, S. | 8.80 | 575.00 | 5,060.00 |
| Colcock, S. | 8.70 | 330.00 | 2,871.00 |
| McGlinchey, P. | 9.10 | 195.00 | 1,774.50 |
| Dechant, K. | 43.80 | 425.00 | 18,615.00 |
| Jennings, R. | 30.30 | 425.00 | 12,877.50 |
| **TOTALS** | **247.50** | | **$ 179,173.00** |

| | | | |
|---|---|---|---|
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 179,173.00** |
| | **TOTAL FEES AND EXPENSES** | | **$ 314,594.04** |