# EXHIBIT B

**EXPENSES**
**May 1, 2021 - May 31, 2021**

| Date | Description | Amount |
|---|---|---|
| 5/6/2021 | Travel - Train Fare (coach fare) / Kami Quinn / Washington, DC to New York, NY / Attend Mediation / May 4-6, 2021 | $337.00 |
| 5/6/2021 | Travel - Lodging / Kami Quinn / New York, NY / Attend Mediation / May 4-6, 2021 | $1,050.00 |
| 5/6/2021 | Travel - Meals / Kami Quinn / New York, NY / Attend Mediation / May 4-6, 2021 | $49.87 |
| 5/6/2021 | Travel - Taxis / Kami Quinn / New York, NY / Attend Mediation / May 4-6, 2021 | $47.47 |
| 5/20/2021 | Lexis | $305.33 |
| 5/27/2021 | Travel - Airfare (coach fare) / Kami Quinn / Washington, DC to New York, NY / Attend Mediation / May 26-27, 2021 | $259.00 |
| 5/27/2021 | Travel - Train Fare (coach fare) / Kami Quinn / New York, NY to Washington, DC / Attend Mediation / May 26-27, 2021 | $276.00 |
| 5/27/2021 | Travel - Lodging / Kami Quinn / New York, NY / Attend Mediation / May 26-27, 2021 | $525.00 |
| 5/27/2021 | Travel - Taxis / Kami Quinn / New York, NY / Attend Mediation / May 26-27, 2021 | $83.26 |
| 5/27/2021 | Travel - Meals / Kami Quinn / New York, NY / Attend Mediation / May 26-27, 2021 | $2.54 |
| 5/31/2021 | Westlaw | $47.97 |
| 5/31/2021 | PACER | $174.60 |
| 5/31/2021 | PACER | $17.50 |
| | | $3,175.54 |