# EXHIBIT B

26437925.13

Patton, James L., Jr., Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | | June 15, 2021 |
| Invoice Number: | | 50025038 |
| Matter Number: | | 077494.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 04/01/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/01/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/01/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/01/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/01/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/01/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/01/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/01/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/01/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/01/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/05/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/05/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 04/05/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/05/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/05/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/05/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/05/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/05/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/05/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/05/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/05/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/05/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/06/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/06/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/06/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/06/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/06/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/06/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/07/21 | Docket Retrieval / Search | 14.00 | 1.40 |
| 04/07/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/07/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/07/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/07/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/07/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/08/21 | Docket Retrieval / Search | 12.00 | 1.20 |
| 04/08/21 | Docket Retrieval / Search | 3.00 | 0.30 |

Patton, James L., Jr., Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | | June 15, 2021 |
| Invoice Number: | | 50025038 |
| Matter Number: | | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/09/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/09/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/12/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/12/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/12/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/12/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/12/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/13/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/13/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/14/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/14/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/15/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/15/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/15/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/15/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/15/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/15/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 04/15/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/15/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/15/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/15/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/15/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/15/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/16/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/16/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/16/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/16/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/16/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/16/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/19/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/19/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/19/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/19/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/19/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/19/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/19/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/20/21 | Docket Retrieval / Search | 24.00 | 2.40 |
| 04/20/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/20/21 | Docket Retrieval / Search | 3.00 | 0.30 |

Patton, James L., Jr., Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | June 15, 2021 |
| Invoice Number: | 50025038 |
| Matter Number: | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 04/20/21 | Docket Retrieval / Search | 26.00 | 2.60 |
| 04/20/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/20/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/20/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/21/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/21/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/21/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/22/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/22/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/22/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/23/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/23/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/26/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/26/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/26/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/26/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/26/21 | Docket Retrieval / Search | 23.00 | 2.30 |
| 04/26/21 | Docket Retrieval / Search | 12.00 | 1.20 |
| 04/26/21 | Docket Retrieval / Search | 19.00 | 1.90 |
| 04/26/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/26/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/26/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/26/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/27/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 04/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/27/21 | Docket Retrieval / Search | 29.00 | 2.90 |
| 04/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/28/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/28/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/28/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/29/21 | Docket Retrieval / Search | 4.00 | 0.40 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 15, 2021 |
|---|---|---|
| | Invoice Number: | 50025038 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/29/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/29/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/29/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/29/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/30/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/30/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/30/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/30/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/30/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/30/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/30/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/02/21 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 05/02/21 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 05/02/21 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 05/03/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/03/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/03/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/03/21 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 05/03/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/03/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/03/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/03/21 | Photocopy Charges Duplication BW | 27.00 | 2.70 |
| 05/03/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/03/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/04/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/04/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/04/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/04/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/04/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/04/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/04/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/04/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/04/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/04/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/04/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/04/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/04/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/05/21 | Docket Retrieval / Search | 5.00 | 0.50 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 15, 2021 |
| --- | --- | --- |
| | Invoice Number: | 50025038 |
| | Matter Number: | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
| --- | --- | --- | --- |
| 05/05/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/05/21 | Postage | 8.00 | 8.00 |
| 05/05/21 | Docket Retrieval / Search | 26.00 | 2.60 |
| 05/05/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/05/21 | Postage | 1.00 | 1.00 |
| 05/06/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/06/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/06/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/06/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/06/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/06/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/06/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/06/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/06/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/06/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/07/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/07/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/07/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/07/21 | Transportation for E. Harron, R. Brady, and K. Enos from Wilmington, DE to New York, NY for 5/4 and 5/5/21 mediation sessions | 1.00 | 472.79 |
| 05/07/21 | Transcript of 4/12/21 hearing | 1.00 | 44.40 |
| 05/07/21 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 05/07/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/10/21 | Postage | 8.00 | 9.60 |
| 05/10/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/10/21 | Photocopy Charges Duplication BW | 55.00 | 5.50 |
| 05/10/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/10/21 | Train fare (coach, one way) for K. Enos from New York, NY to Wilmington, DE re: 5/4 and 5/5/21 mediation | 1.00 | 153.00 |
| 05/10/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 4.49 |
| 05/10/21 | Photocopy Charges Duplication BW | 31.00 | 3.10 |
| 05/10/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/10/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/10/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/10/21 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 05/10/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/10/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/10/21 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 05/10/21 | Docket Retrieval / Search | 2.00 | 0.20 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 15, 2021 |
| | Invoice Number: | 50025038 |
| | Matter Number: | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|----------|-----------------|-------------|-----------|
| 05/10/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/11/21 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 05/11/21 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 05/11/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/11/21 | Photocopy Charges Duplication BW | 72.00 | 7.20 |
| 05/11/21 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 05/11/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 05/11/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/11/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 05/11/21 | Photocopy Charges Duplication BW | 23.00 | 2.30 |
| 05/11/21 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 05/11/21 | Transportation for K. Enos from Wilmington, DE to Kennett Square, PA re: 5/4 and 5/5/21 mediation in New York, NY | 1.00 | 29.79 |
| 05/11/21 | Transportation for E. Harron and R. Brady from New York, NY for 5/4 and 5/5/21 mediation sessions | 1.00 | 477.79 |
| 05/11/21 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 05/11/21 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 05/11/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/11/21 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 05/11/21 | Photocopy Charges Duplication BW | 29.00 | 2.90 |
| 05/11/21 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 05/11/21 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 05/11/21 | Photocopy Charges Duplication BW | 33.00 | 3.30 |
| 05/11/21 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 05/11/21 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 05/11/21 | Photocopy Charges Duplication BW | 19.00 | 1.90 |
| 05/11/21 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 05/11/21 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 05/11/21 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 05/12/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/12/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/12/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 26.70 |
| 05/12/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/12/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/12/21 | Docket Retrieval / Search | 12.00 | 1.20 |
| 05/12/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/12/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/13/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/13/21 | Docket Retrieval / Search | 1.00 | 0.10 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 15, 2021 |
| | Invoice Number: | 50025038 |
| | Matter Number: | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 05/13/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/13/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/14/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/14/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/14/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/14/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/17/21 | Photocopy Charges Duplication BW | 139.00 | 13.90 |
| 05/17/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/17/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/17/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/17/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/17/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/17/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 05/17/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/17/21 | Photocopy Charges Duplication BW | 22.00 | 2.20 |
| 05/17/21 | Photocopy Charges Duplication BW | 19.00 | 1.90 |
| 05/17/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/17/21 | Lunch (Park Hyatt, New York, NY) on 5/5/21 for E. Harron re: 5/5/21 mediation | 1.00 | 50.00 |
| 05/17/21 | Breakfast (Park Hyatt, New York, NY) on 5/6/21 for E. Harron re: 5/6/21 mediation | 1.00 | 30.00 |
| 05/17/21 | Hotel/Lodging (2 nights, Park Hyatt, New York, NY) for E. Harron re: 5/4-5/6/21 mediation (billed at $525.32/night - $450 plus taxes) | 1.00 | 1,050.64 |
| 05/17/21 | Photocopy Charges Duplication BW | 25.00 | 2.50 |
| 05/17/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/17/21 | Photocopy Charges Duplication BW | 23.00 | 2.30 |
| 05/17/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/17/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/17/21 | Photocopy Charges Duplication BW | 32.00 | 3.20 |
| 05/17/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 05/17/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/17/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/17/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/18/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/18/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/18/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/18/21 | Photocopy Charges Duplication BW | 64.00 | 6.40 |
| 05/18/21 | Postage | 1.00 | 2.00 |
| 05/18/21 | Color Photocopy Charges Duplication Color | 232.00 | 185.60 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 15, 2021 |
| | Invoice Number: | 50025038 |
| | Matter Number: | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 05/18/21 | Docket Retrieval / Search | 20.00 | 2.00 |
| 05/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/18/21 | Photocopy Charges Duplication BW | 38.00 | 3.80 |
| 05/18/21 | Photocopy Charges Duplication BW | 247.00 | 24.70 |
| 05/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/18/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/18/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/18/21 | Photocopy Charges Duplication BW | 76.00 | 7.60 |
| 05/18/21 | Postage | 8.00 | 8.00 |
| 05/18/21 | Docket Retrieval / Search | 16.00 | 1.60 |
| 05/18/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/18/21 | Postage | 1.00 | 1.20 |
| 05/18/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/19/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/19/21 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 05/19/21 | Photocopy Charges Duplication BW | 24.00 | 2.40 |
| 05/19/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/19/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 05/19/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/19/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/19/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/19/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/19/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 05/19/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/20/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/20/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/20/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/20/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/20/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/20/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/20/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/20/21 | Photocopy Charges Duplication BW | 73.00 | 7.30 |
| 05/20/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/20/21 | Hotel/Lodging (2 nights, Park Hyatt, New York, NY) for K. Enos re: 5/4-5/6/21 mediation (billed at $525.32/night - $450 plus taxes) | 1.00 | 1,050.64 |
| 05/20/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/20/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/20/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/20/21 | Docket Retrieval / Search | 1.00 | 0.10 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 15, 2021 |
| | Invoice Number: | 50025038 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 05/20/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/20/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/20/21 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 05/21/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/21/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/24/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/24/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/24/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/24/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/24/21 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 05/24/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/24/21 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 05/24/21 | Lunch for E. Harron and R. Brady re: 5/19/21 hearing | 1.00 | 34.00 |
| 05/24/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/24/21 | Photocopy Charges Duplication BW | 52.00 | 5.20 |
| 05/24/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/25/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/25/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/26/21 | Postage | 1.00 | 1.60 |
| 05/26/21 | Photocopy Charges Duplication BW | 77.00 | 7.70 |
| 05/26/21 | Docket Retrieval / Search | 42.00 | 4.20 |
| 05/26/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/26/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/26/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/26/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/26/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/26/21 | Postage | 8.00 | 8.00 |
| 05/26/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/26/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/27/21 | Docket Retrieval / Search | 17.00 | 1.70 |
| 05/27/21 | Docket Retrieval / Search | 23.00 | 2.30 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 15, 2021 |
|---|---|---|
| | Invoice Number: | 50025038 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 20.00 | 2.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/27/21 | Docket Retrieval / Search | 23.00 | 2.30 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 13.00 | 1.30 |
| 05/27/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/27/21 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/27/21 | Docket Retrieval / Search | 14.00 | 1.40 |
| 05/27/21 | Docket Retrieval / Search | 16.00 | 1.60 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | June 15, 2021 |
| | | Invoice Number: | 50025038 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 29.00 | 2.90 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 24.00 | 2.40 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/27/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/27/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date:      June 15, 2021
Invoice Number:     50025038
Matter Number:     077494.1001

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 05/27/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 25.00 | 2.50 |
| 05/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 13.00 | 1.30 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 23.00 | 2.30 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date:            June 15, 2021
Invoice Number:       50025038
Matter Number:       077494.1001

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 16.00 | 1.60 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 16.00 | 1.60 |
| 05/27/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 15.00 | 1.50 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 20.00 | 2.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 15, 2021 |
|---|---|---|
| | Invoice Number: | 50025038 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 17.00 | 1.70 |
| 05/27/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 15.00 | 1.50 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 13.00 | 1.30 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 15.00 | 1.50 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 16.00 | 1.60 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/27/21 | Docket Retrieval / Search | 11.00 | 1.10 |
| 05/27/21 | Docket Retrieval / Search | 13.00 | 1.30 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 15, 2021 |
| --- | --- | --- |
| | Invoice Number: | 50025038 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
| --- | --- | --- | --- |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 21.00 | 2.10 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/27/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 28.00 | 2.80 |
| 05/27/21 | Docket Retrieval / Search | 24.00 | 2.40 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 14.00 | 1.40 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 13.00 | 1.30 |
| 05/27/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 16.00 | 1.60 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date:        June 15, 2021
Invoice Number:      50025038
Matter Number:       077494.1001

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 23.00 | 2.30 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 29.00 | 2.90 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 18.00 | 1.80 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 21.00 | 2.10 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 13.00 | 1.30 |
| 05/27/21 | Docket Retrieval / Search | 27.00 | 2.70 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 13.00 | 1.30 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 15, 2021 |
|---|---|---|
| | Invoice Number: | 50025038 |
| | Matter Number: | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 05/27/21 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 15.00 | 1.50 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/27/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 15, 2021 |
|---|---|---|
| | Invoice Number: | 50025038 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 17.00 | 1.70 |
| 05/27/21 | Docket Retrieval / Search | 28.00 | 2.80 |
| 05/27/21 | Docket Retrieval / Search | 16.00 | 1.60 |
| 05/27/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/27/21 | Docket Retrieval / Search | 24.00 | 2.40 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 24.00 | 2.40 |
| 05/27/21 | Docket Retrieval / Search | 22.00 | 2.20 |
| 05/27/21 | Docket Retrieval / Search | 13.00 | 1.30 |
| 05/27/21 | Docket Retrieval / Search | 24.00 | 2.40 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 15, 2021 |
|---|---|---|
| | Invoice Number: | 50025038 |
| | Matter Number: | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 05/27/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/27/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/28/21 | Docket Retrieval / Search | 21.00 | 2.10 |
| 05/28/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/28/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/28/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/28/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/28/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/28/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/28/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/28/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/28/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/28/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/28/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/28/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/28/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/28/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/28/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/28/21 | Docket Retrieval / Search | 19.00 | 1.90 |
| 05/28/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/28/21 | Docket Retrieval / Search | 16.00 | 1.60 |
| 05/28/21 | Docket Retrieval / Search | 11.00 | 1.10 |

|  | **Total** | **$4,616.24** |
|---|---|---|

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | June 15, 2021 |
| Invoice Number: | 50025038 |
| Matter Number: | 077494.1001 |

**Cost Summary**

| __Description__ | __Amount__ |
|---|---|
| Air/Rail Travel | 153.00 |
| Car/Bus/Subway Travel | 980.37 |
| Deposition/Transcript | 44.40 |
| Docket Retrieval / Search | 813.80 |
| Hotel/Lodging | 2,101.28 |
| Postage | 39.40 |
| Reproduction Charges | 338.80 |
| Teleconference / Video Conference | 31.19 |
| Travel Meals | 80.00 |
| Working Meals | 34.00 |
| **Total** | **$4,616.24** |