

FILED
2021 JUN 17 AM 9:16
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

6-11-21

US Bankruptcy Court
824 Market St, N 3rd Floor
Wilmington NJ 19801

BSA
Re

Dear Honorable Silverstein,

Here I am a 63 year old man writing you this letter at 3.00 AM because I just read the update on the BSA Bankruptcy. Some-where I read the sum of approximately $6000.00 per person would be sufficient. this is only because the people involved in this matter have not spent a entire life of hell. Living in hell maybe be some what better or safer. It is so not fair when I can clearly think of the lowest part of my life when I attempted suicide. Having not access to public access of care I had gone into a private inpatient faculty for 6 weeks only to return for another 8 weeks all at private pay. I was forty years old tormented daily thinking about the sodomy I suffered for so many times in public of peers and other leaders. As time goes by I now face being homeless because I redeemed my retirement account of $140.000 to pay for this specialized psychic care

www.trizetto.com



Prior to these two stays, I was in and out of Mental Health Facilities being constantly humiliated being referred to as crazy or a fag and queer. Being told that I asked for the abuse and enjoyed I heard it so frequent that I once again began to believe it. I spent every dollars I ever earned because after the in patient stays, I was deemed never being able to work again. Today I live on anti depressants to stay alive and away from killing myself. This thought visits me also every morning and night. What was done to me turned me into garbage, trash, un-worthy, weird, queer and so many other names. I was sodomized many times in front of 20-30 people each time. After that humiliation how could anyone ever recover. For years all my fellow scouts would torment me because at times it appeared that I had an erection. Never knew why until I got older and convince myself of asking for it and enjoying it. I can very quickly add up over $ 250,000 of out of pocket medical expenses. From what I read the BSA feels that what they are offer is not even a good lunch

www.trizetto.com

Perhaps you do know, but I cannot leave my house without my medication for the panic attacks that accure at least daily. I was a successful contributor to society and various charities and supported my family. Until that day when I could not take it any more, Over a decade past and never receive a hug. My Spouse is leaving me because I am not sexually well. My thoughts and feelings with understandings are sickening to her. I have terrible difficulties determining proper normal sexual actions and a normal sex life. I have spent my last 33 years sexless without a partner which I am afraid to offer so I don't bother, Then I began to convince myself that I was a homosexual? Tried that and got arrested for improper language and harassment they were right but I was not healthy, My entire community know I was a deviant so I never went any where, At the age of 39, I had to take it head on just to lose. only to find out it was a mistake, as it was better to suffer in silence, It broke my heart to think that I become queer



www.trizetto.com

Following the case I just realized that my impact statement only included the adult abuse, I never thought to mention how I was abused and raped by a fellow boy scout, No one ever knew and it went on for years, I was forced

[illegible]

again, I can go on and on but I think it is clear that it was the center and occupied my mental capacities and thinking every day. I would try to think of ways to kill myself quietly and disappear. I pray that my retirement funds which went to medical cost is recovered. I don't think so but once again the BSA robbed me of a peaceful career and robbed me of a healthy relationship including sex. I have no idea what that is like. I will go to my grave without ever being loved or hugged. My mother abandoned me at the age of 13 because I was weird and not loveable. Unfortunately never found anyone who could see the real me that was damaged by no choice of mine. I had to write this letter from anger. I don't deserve to be homeless, unloved and treated like garbage. I pray for you your Honor

www.trizetto.com

That you can clearly see what is fair or what a person's life is valued at. Because my value was stolen and reduced to zero. I think about the 100's of acres of property the BSA owns here in NJ. This is without counting the real estate they own as well. An organization this big they caused so many severe damages to young men that had their entire life ahead of them. But they cut it short, ended it. My abuser was also a member of the clergy so the arms of the court should have to power to reach their arms out real wild and bring it all together into one pot. Between the worth of the BSA assets adding insurance coverages, even with 95.000 survivors the amount should not even be close to 6000 each survivor. We are talking billions of dollars. How can they walk away only to re organize again. The survivors 50 years later would like to do the same thing but it's impossible for us. The Representation is just not getting it. The lives they destroyed it wasn't a bicycle accident or a car accident it is the closest thing to murder as they did commit spiritual, moral and well being murder trust me life would have been easier if I did not have them attorneys should think for one moment not being hugged in 35 years - can you imagine this

the actions of the BSA awarding the survivors a fair settlement would be the only way they can really communicate their sincere understanding of the impact as well as a true apology. If I was a few years earlier I would have sued them for several million dollars. When my mental implications and illness took over I was a six figure earner. Had I worked until retirement it would have equaled slightly over 2 million dollars. I did everything possible to resume employment but I couldn't drive a car due to Panic attacks. Didn't trust anyone and didn't feel worthy enough to look into anyones eyes. I suffered the fear that something like Cocksucker was written across my forehead. That's how bad things got there were and still can be the suicide days, Imagine when institutionalized you have someone watching you every second. You are not permitted to use the bathroom or shower without being watched. To add that depth of humiliation was traumatizing all over. My abuser had all

I end this letter with pray for you, the survivors and the attorneys who will do their best to bring a fair decision. For me my medical cost for me and my family who received therapy to try to understand me. It never worked

I thank you in advance. I can be reached at

My address is

[illegible]



DV DANIELS NJ 070
14 JUN 2021 PM 3 L

FOREVER / USA

HONAble LAURIE SilverSTEIN
US BANKRUPTCY COURT of DELAWARE
824 Market Street N - 3rd Floor
Wilmington DE 19801

U.S.M.S.
X-RAY

19801-302499