IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  July 1, 2021 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

**COMBINED NINTH, TENTH & ELEVENTH MONTHLY
APPLICATION OF BERKELEY RESEARCH GROUP, LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL
ADVISORS TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE
<u>FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH JANUARY 31, 2021</u>**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC |
| Authorized to Provide Professional Services to: | Official Tort Claimants' Committee |
| Date of Retention: | March 6, 2020 by order entered on or about April 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2020 through January 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $1,712,235.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $21.07 |

This is a(n):  <u>X</u> monthly        __ interim        ___ final application.

The total time expended for fee application preparation is approximately 19.4 hours and the corresponding compensation requested is approximately $10,992.50.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR MONTHLY APPLICATIONS FILED.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| June 3, 2020 | 03/06 – 03/31 | $281,697.00 | $0.00 | $225,357.60 | $0.00 |
| August 7, 2020 | 04/01 - 04/30 | $390,313.00 | $513.74 | $312,250.40 | $513.74 |
| October 20, 2020 | 05/01 – 05/31 | $398,111.50 | $33.14 | $318,522.34 | $33.14 |
| November 2, 2020 | 06/01 – 06/30 | $300,701.50 | $48.55 | $240,561.20 | $48.55 |
| November 2, 2020 | 07/01 – 07/31 | $359,632.50 | $17.17 | $287,706.00 | $17.17 |
| March 30, 2021 | 08/31 – 10/31 | $1,206,072.00 | $17,520.78 | $1,206,072.00 | $17,520.78 |

## PRIOR QUARTERLY APPLICATIONS FILED.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| October 27, 2020 | 03/06 – 04/30 | $672,010.00 | $513.74 | $537,608.00 | $513.74 |
| January 6, 2021 | 05/01 – 07/31 | $1,058,445.50 | $98.86 | $1,058,445.50 | $98.86 |
| May 26, 2021 | 08/31 – 10/31 | $1,206,072.00 | $17,520.78 | $1,206,072.00 | $17,520.78 |

## BRG PROFESSIONALS

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson - 2021 | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $875.00 | 83.1 | 72,712.50 |
| R. Todd Neilson - 2020 | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 163.50 | 138,975.00 |
| David H. Judd – 2021 | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 770.00 | 189.4 | 145,838.00 |
| David H. Judd - 2020 | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 336.7 | 252,525.00 |

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Vernon Calder - 2021 | Managing Director; Over 37 Years Of Experience; Master Of Accountancy 1983 | 775.00 | 1.5 | 1,162.50 |
| Paul N. Shields – 2021 | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 750.00 | 28.8 | 21,600.00 |
| Paul N. Shields – 2020 | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 99.5 | 71,142.50 |
| D. Ray Strong - 2021 | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 705.00 | 84.3 | 59,431.50 |
| D. Ray Strong - 2020 | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 189.0 | 128,520.00 |
| Ozgur Kan | Managing Director, Over 25 Years Of Academic, Financial Services, Credit Analytics and Consulting Experience; Series 50 Municipal Advisor since 2017; Ph.D. in Finance and International Business 2001 | 660.00 | 4.1 | 2,706.00 |
| Matthew K. Babcock - 2021 | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 655.00 | 192.0 | 125,760.00 |
| Matthew K. Babcock - 2020 | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 336.5 | 210,312.50 |
| Jeffrey Shaw | Senior Managing Consultant, Over 16 Years Of Experience, Master of Accountancy 2002, CPA Since 2004. | 520.00 | 56.0 | 29,120.00 |
| Amy Strong | Consultant, Over 28 Years Of Experience, Master of Accountancy 1995. CPA | 350.00 | 117.6 | 41,160.00 |
| Chihhsin Wan | Consultant, Over 5 Years of Experience, Master of Science, Business Analytics | 350.00 | 50.6 | 17,710.00 |
| Christina Tergevorkian - 2021 | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 315.00 | 161.2 | 50,778.00 |
| Christina Tergevorkian - 2020 | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 365.4 | 107,793.00 |

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Jason Strong | Senior Associate; Over 20 Years Of Experience; EnCase Certified Examiner; Microsoft Certified Professional | 150.00 | 4.0 | 600.00 |
| Tasha Hatton | Associate, Over 20 Years of Experience, Bachelor of Science in Accounting. | 265.00 | 78.1 | 20,696.50 |
| Shelby Chaffos - 2021 | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 255.00 | 147.9 | 37,714.50 |
| Shelby Chaffos - 2020 | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 375.0 | 90,000.00 |
| Caroline Bates | Associate, Over 28 Years Of Experience, Bachelor Of Accountancy 1993, CPA | 235.00 | 95.3 | 22,395.50 |
| Jose Rosario | Associate, Over 2 Years Of Experience, BBA, Finance, Accounting 2019 | 235.00 | 63.8 | 14,993.00 |
| Jose Rosario | Associate, Over 2 Years Of Experience, BBA, Finance, Accounting 2019 | 225.00 | 136.1 | 30,622.50 |
| Sherry Anthon | Case Assistant; Over 3 Years Of Experience; Master Of Accountancy 2000 | 205.00 | 60.3 | 12,361.50 |
| Evelyn Perry | Case Assistant; Over 32 Years Of Experience | 185.00 | 30.3 | 5,605.50 |
| | **Blended Rate** | **$496.30** | **3,450.00** | **$1,712,235.50** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| **200.10** – Document / Data Analysis (Merrill DatasiteOne) | 14.0 | $4,814.50 |
| **200.30** – Document / Data Analysis (Financial / Accounting) – PeopleSoft Accounting System | 8.1 | 5,473.00 |
| **200.60** – Document / Data Analysis (Local Councils) | 49.2 | 15,971.00 |
| **221.00** – Debtor Operations / Monitoring (Cash Flow Reports) | 4.7 | 1,128.00 |
| **223.00** – Debtor Operations / Monitoring (Cash Management Reports) | 6.9 | 1,683.00 |
| **224.00** – Debtor Operations / Monitoring (Shared Services Reports) | 0.9 | 216.0 |
| **300.00** – Asset Analysis (General – Debtors) | 66.9 | 45,082.50 |
| **303.00** – Asset Analysis (General – Local Councils) | 793.9 | 431,181.50 |
| **303.10** – Asset Analysis (General – Local Councils / Credit Analysis) | 1,079.3 | 413,076.50 |
| **310.00** – Asset Analysis (Cash / Bank Accounts - Debtors) | 36.1 | 12,606.50 |
| **333.00** – Asset Analysis (Real Property – Local Councils) | 971.8 | 498,190.50 |
| **600.00** – Claims / Liability Analysis | 143.8 | 92,121.50 |
| **800.00** – Plan & Disclosure Statement Analysis | 72.6 | 51,033.50 |
| **1020.00** – Meeting Preparation & Attendance | 139.0 | 99,015.50 |
| **1030.00** – Mediation Preparation & Attendance | 43.4 | 29,649.50 |
| **1060.00** – Fee Application Preparation & Hearing | 19.4 | 10,992.50 |
| **Total** | **3,450.00** | **$1,712,235.50** |

## EXPENSE SUMMARY

| Expense Category | Service Provider Of Applicable Expense | Total Expenses |
|---|---|---:|
| Research Services | GuideStar (guidestar.org) | $19.05 |
| Research Services | TLOxp* (tlo.com) | 2.02 |
| **Total** | | **$21.07** |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[2] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: July 1, 2021 at 4:00 p.m.**
**Hearing Date: To be scheduled if necessary**

**COMBINED NINTH, TENTH & ELEVENTH MONTHLY
APPLICATION OF BERKELEY RESEARCH GROUP, LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL
ADVISORS TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE
FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH JANUARY 31, 2021**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "*Order (I) Approving Procedures For (A) Interim Compensation And Reimbursement Of Expenses Of Related Professionals And (B) Expense Reimbursement For Official Committee Members And (II) Granting Related Relief*" (the "Interim Order"), Berkeley Research Group, LLC ("BRG" or "Applicant"), financial advisor to the Official Tort Claimants' Committee ("Tort Claimants' Committee" of "TCC"), hereby submits its Boy Scouts Of America and Delaware BSA, LLC ("Debtors") Combined Ninth, Tenth and Eleventh Monthly Application for Compensation and for Reimbursement of Expenses for the Period from November 1, 2020 through January 31, 2021 ("Application").

---

[2] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

By this Application, BRG seeks a monthly allowance of compensation in the amount of $1,712,235.50 and expenses of $21.07 for a total allowance of $1,712,256.57 and payment of $1,369,788.40 (80% of the allowed fees) and reimbursement of $21.07 (100% of the allowed expenses) for a total payment of $1,369,809.47 for the period November 1, 2020 through January 31, 2021 (the "Combined Monthly Period").  In support of this Application, BRG respectfully represents as follows:

## Background

1.      On February 18, 2020 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On February 18, 2020, the Debtors also filed certain motions and applications seeking certain "first day" orders.  The factual background relating to the Debtor's commencement of this case is set forth in the "*Declaration of Brian Whittman In Support Of The Debtors' Chapter 11 Petitions And First Day Pleadings*" [Docket No. 16] (the "Whittman Declaration").

2.      The Debtors have continued in possession of their property and have continued to operate and manage their businesses as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in this Chapter 11 case.

3.      On or around March 4, 2020 (the "Committee Formation Date") the Office of the United States Trustee (the "US Trustee") formed the Tort Claimants' Committee to represent all tort claimants of the Debtors pursuant to section 1102 of the Bankruptcy Code. See Docket No. 142.  On the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, Pachulski Stang Ziehl & Jones LLP ("PSZJ" or "Counsel") as counsel

to represent the Tort Claimants' Committee in all matters during the pendency of this chapter 11 case.  The appointment of PSZJ was approved.

4.      After the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, BRG as its financial advisor in the Debtors' case.  On or about April 11, 2020, the "*Order Authorizing And Approving The Retention Of Berkeley Research Group, LLC, As Financial Advisor To The Official Tort Claimants Committee Effective As Of March 6, 2020*" appointing BRG effective March 6, 2020 was approved (the "Retention Order").  The Retention Order authorized BRG to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  A copy of the Retention Order is attached hereto as Exhibit A.

5.      On or about April 6, 2020, the Court entered the Interim Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein.  The Interim Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within fourteen (14) days after service of the monthly fee application, the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the period ending May 31, 2020, at three-month intervals, each of the Professionals must file with the court and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

6.      On June 3, 2020, BRG filed an application for fees in the amount of $281,697.00 and expenses in the amount of $0.00 for the time period covering March 6 through March 31, 2020 [Docket No. 768].

On August 7, 2020, BRG filed an application for fees in the amount of $390,313.00 and expenses in the amount of $513.74 for the time period covering April 1 through April 30, 2020 [Docket No. 1085].

On October 20, 2020, BRG filed an application for fees in the amount of $398,111.50 and expenses in the amount of $33.14 for the time period covering May 1 through May 31, 2020 [Docket No. 1554].

On November 2, 2020, BRG filed an application for fees in the amount of $300,701.50 and expenses in the amount of $48.55 for the time period covering June 1 through June 30, 2020 [Docket No. 1613].

On November 2, 2020, BRG filed an application for fees in the amount of $359,632.50 and expenses in the amount of $17.17 for the time period covering July 1 through July 31, 2020 [Docket No. 1614].

On March 30, 2021, BRG filed an application for fees in the amount of $1,206,072.00 and expenses in the amount of $17,520.78 for the time period covering August 1, through October 31, 2020 [Docket No. 2487].

## BRG's APPLICATION FOR COMPENSATION AND
## FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

7.      All services for which BRG requests compensation were performed for or on behalf of the Tort Claimants' Committee.

8.      BRG has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between BRG and any other person other than the partners / directors of BRG for the sharing of compensation to be received for services rendered in this case.

## Fee Statements

9.      The fee statements for the Ninth, Tenth & Eleventh Combined Monthly Interim Period are attached hereto as Exhibit B.  Exhibit B provides the detailed time entries for the services provided by category by BRG as financial advisor to the Tort Claimants' Committee as well as the detail of all expenses expended.  To the best of BRG's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Interim Order.  BRG's time reports are recorded contemporaneously at the time the work is performed.

10.     BRG is particularly sensitive to issues of "lumping" and, unless time was spent in one-time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports.  BRG's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  BRG has reduced its charges related to any non-working "travel time" to fifty percent (50%) of BRG's standard hourly rate.  To the extent it is feasible, BRG professionals work during travel.

## Actual and Necessary Expenses

11.     BRG charges $0.10 per page for photocopying expenses related to cases, such as these, arising in Delaware.  BRG charges $0.25 per page for out-going facsimile transmissions.

There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects BRG's calculation of the actual costs incurred by BRG for the machines, supplies and the extra labor expenses associated with sending telecopies and are reasonable in relation to the amount charged by outside vendors who provide similar services.  BRG does not charge for the receipt of faxes in these cases.

12.    With respect to providers of on-line research services (e.g., LEXIS and PACER), BRG charges the standard usage rates these providers charge for computerized legal research.  BRG bills its clients the actual amounts charged by such services, with no premium.

13.    BRG believes the foregoing rates are the market rates that the majority of similar firms / providers charge clients for such services.

<u>**Summary of Services Rendered**</u>

14.    The names of the directors and associates of BRG who have rendered professional services in this case during the Combined Monthly Period, and the paraprofessionals and case assistants of BRG who provided services to these professionals during the Combined Monthly Period, are set forth in the attached <u>Exhibit B</u>.  Resumes of each individual that describe the education and qualifications of the professionals and paraprofessionals for BRG whose time constitutes a basis for this Application are attached as <u>Exhibit C</u>.

15.    <u>Exhibit D</u> is a schedule of Applicant's normal hourly billing rates during the Combined Monthly Period. These were the rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days.  Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative. During January of each year, BRG revises its billing rates for new cases accepted thereafter

and for pending cases in the coming year.  All services included in this fee application were billed at the applicable hourly rates. Costs and disbursements were also reviewed.  Time was billed in tenths of an hour.

16.     BRG, by and through such persons, has prepared and / or assisted in the preparation of various motions submitted to the Court for consideration, advised the Tort Claimants' Committee on a regular basis with respect to various matters in connection with the Debtor's bankruptcy case, and performed all necessary professional services which are described and narrated in detail below.  BRG's efforts have been extensive due to the size and complexity of the Debtor's bankruptcy case.

## Summary of Services by Project

17.     The services rendered by BRG during the Combined Monthly Period can be grouped into the categories set forth below. BRG attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Exhibit B.  Exhibit B identifies the professionals and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

### A.     200.01 – Document / Data Analysis (Merrill DatasiteOne)

18.     BRG continued its review and analysis of thousands of pages of documents, data and information uploaded by the Debtors into the Merrill DatasiteOne Data Rooms ("Data Rooms"), including approximately 23,100 new documents.  At the end of January 2021, the

Debtors had uploaded approximately 38,200 individual documents into three separate Data Rooms, which consisted of over approximately 634,000 individual pages. As part of its continued review and analysis, BRG examined a number of categories of documents, including Local Council documents (primarily financial records such as asset schedules, financial statements, audit reports and Forms 990), asset and liability records, financial statements (including related supporting documents and electronic accounting system data), corporate / organization records (including board minutes), and periodic reports filed / uploaded by the Debtors. Pursuant to its review, BRG identified additional documents / data to be requested and followed-up with the Debtors' financial advisors regarding outstanding document requests. Applicant's review of Data Room documents has assisted in and will continue to facilitate its on-going analyses and investigations.

Applicant continued to work closely with Counsel in its review and examination of the Debtors' Data Room documents in order to identify key documents, respond to inquiries from Counsel and avoid duplication of effort. Pursuant to Counsel request, BRG has prepared weekly Data Room indexes in order to identify new documents uploaded, existing documents removed and other modifications to the Data Room.

Fees: $4,814.50;          Hours: 14.0

**B.**     **200.30 – Document / Data Analysis (Financial / Accounting) - PeopleSoft Accounting System**

19.     BRG continued its evaluation of the Debtors' PeopleSoft accounting system with the TCC PeopleSoft consultants. BRG coordinated with the TCC PeopleSoft consultant to develop complex queries and reports to evaluate the Debtor's, Non-Debtor's, and Local Councils' financial statements, financial projections, assets, general ledger transactions, chart of

accounts, business units, cash receipts, and cash disbursements. BRG and the TCC PeopleSoft

consultant continued to attend weekly status calls to discuss on-going assignments, issues

involving the PeopleSoft data and reporting, and to coordinate additional assignments including

the preparation of additional PeopleSoft queries and reports to maximize efficiency.

The PeopleSoft data is vital to BRG's on-ongoing and pending analysis and allowed

BRG to efficiently analyze the Debtor's, Non-Debtor's, and Local Councils' historic and current

operations and financial activity. In addition, the PeopleSoft data assisted BRG in its

identification and analysis of assets available to the Debtors' creditors. BRG continued to utilize

the PeopleSoft data to confirm and verify data exports, documentation, and information provided

by the Debtors.

> Fees: $5,473.00;        Hours: 8.1

### C.    200.60 – Document / Data Analysis (Local Councils)

20.    BRG continued its examination of thousands of pages of Local Council

documents, including financial records such as asset schedules, financial statements, audit

reports and Forms 990 and related documents and other financial data uploaded by the Debtors

for numerous Local Councils. BRG updated its existing inventories of documents produced by

Local Councils. As part of this analysis, BRG examined Ad Hoc Local Council document

production correspondence, including responses provided in regard to each TCC category

request. BRG continued to work closely with Counsel and provided periodic updates to

Counsel in regard to the on-going Local Council document productions. Pursuant to its review

of available Local Council documents, BRG identified additional documents / data to be

requested and followed-up regarding outstanding document requests.

Applicant's review of Data Room documents has assisted in and will continue to facilitate its on-going analyses and investigations of potential assets available to creditors.

Fees: $15,971.00;          Hours:  49.2

**D.      221.00 – Debtors Operations / Monitoring (Cash Flow Reports)**

21.      BRG continued its analysis of weekly cash flow budgets and actual results in order to identify and understand variances in actual results as compared to budgeted amounts. Such comparisons include a rolling analysis of budgeted and actual results based on updated cash flow budgets provided by the Debtors. BRG also made comparisons of updated budgets to prior budgets in order to understand variances from budget to budget. Budgets reviewed by BRG covered the time period from October 30, 2020 through January 22, 2021.

The aforementioned analysis enables BRG to better evaluate the Debtors' financial performance as well as the Debtors' ability to forecast future financial performance. BRG will continue to provide services monitoring the Debtors' cash flows and operations and report its findings to counsel and the TCC to keep them informed of the Debtors' ongoing operations.

Fees: $1,128.00;          Hours: 4.7

**E.      223.00 – Debtors Operations / Monitoring (Cash Management Reports)**

22.      During the Combined Monthly Period, BRG continued its analysis of periodic reports provided by the Debtors regarding cash receipts and disbursements. As part of this analysis, BRG analyzed over 2,703 individual receipts totaling over $23.6 million and approximately 13,447 disbursements totaling over $31.4 million. This analysis is ongoing and allows Counsel and the TCC to monitor the Debtor's cash transactions and related activity.

Fees: $1,683.00;          Hours: 6.9

**F.**      **224.00 – Debtors Operations / Monitoring (Shared Services Reports)**

23.      During the Combined Monthly Period, BRG continued its analysis of reports provided by the Debtors regarding cash receipts and disbursements related to non-debtor affiliates and Local Councils. BRG analyzed over 1,662 receipts totaling over $13.5 million, over 1,475 disbursements totaling over $1.7 million and 296 intercompany transfers totaling approximately $2.0 million. This analysis is ongoing and allows Counsel and the TCC to monitor the Debtor's activity in relation to the Shared Services order.

Fees: $216.00;              Hours: 0.9

**G.**      **300.00 – Asset Analysis (General – Debtors)**

24.      BRG continued its analysis of the Debtors' general unrestricted assets. During the Combined Monthly Period, BRG's analysis focused on ongoing mediation with the Debtors, including the evaluation of the Debtors' preliminary offer of assets to be contributed into a survivor settlement trust and the identification of potential sources for additional contributions to said trust. As part of its analysis, BRG examined assets detailed in currently available documentation and in the PeopleSoft accounting system data. BRG analyzed the Debtors' operations and real estate holdings (including corporate locations and High Adventure Bases).

Fees: $45,082.50;              Hours: 66.9

**H.**      **303.00 – Asset Analysis (General – Local Councils)**

25.      BRG continued its analyses and investigations into Local Councils assets potentially available to the Committee. One significant aspect of BRG's analysis during the Combined Monthly Period was the update of its master Local Council dashboard / database, which includes critical financial data going back to the early 2000's for all 250 Local Councils,

including assets (including cash and investments and significant real estate holdings such as camps, services centers, scout shops and other properties), liabilities, revenue, expenses, membership, and sex abuse claims going back decades. BRG's development of the dashboard / database is ongoing, but has and will continue to provide vital, comprehensive analysis of each Local Council (including historic trends with regard to assets, operations and membership), an estimation of the value of sex abuse claims against each local council and amounts that each Local Council can contribute to creditors as part of the BSA's bankruptcy process. The Local Council dashboard / database allows the TCC to efficiently analyze the assets, operations and the ability / amounts to be contributed for each of the 250 Local Councils on an automated, timely and seamless basis.

In addition to the Local Council dashboard / database, BRG continued its analysis of Local Council asset data obtained from the Debtors' PeopleSoft accounting system, audit reports and Forms 990. BRG examined balance sheets and statement of operations provided for all Local Councils and compared that data with data contained within PeopleSoft, including detailed general ledger transaction data. BRG also continued its examination of assets identified in document productions provided by all 250 Local Councils. Documents produced by the Local Councils generally related to real estate, restricted assets and income producing assets.

BRG's on-going examination of Local Council assets and related documentation has and will continue to benefit its analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $431,181.50;          Hours: 793.9

I.      **303.10 – Asset Analysis (General – Local Councils / Credit Analysis)**

26.     BRG continued its investigations into assets available to the Committee, including assets held by Local Councils. As part of this analysis, BRG continued its analysis of Local Councils audited financial statements to develop a scorecard indicated credit estimate ("Credit Estimate") for smaller not-for-profit organizations.  This model was developed to allow BRG to evaluate the relative financial strength of each of the 250 Local Councils and determine the potential amount of cash and investments that could be contributed in payment / settlement of abuse-related claims.

The results of the individual Credit Estimates for each Local Council allowed BRG to determine a fair contribution to creditors without impairing the ability of the local councils to continue its operations.

BRG selected a limited number of Local Councils in order to test the Credit Estimate analysis and determine the functionality of the model.  Once completed, BRG analyzed each Local Council using this model allowing it to determine the financial strength and viability of each.

BRG's on-going examination of local council assets and related documentation will benefit its analyses and investigations, including its identification and analysis of potential Local Council assets available to the Debtors' creditors.

Fees: $413,076.50;          Hours: 1,079.3

J.      **310.00 – Asset Analysis (Cash / Bank Accounts – Debtors)**

27.     BRG continued its analysis of bank account statements and bank account reconciliation files uploaded by the Debtors for over 70 bank accounts for the time period covering March 2019 through August 2020, including examination of corresponding data

maintained in the Debtors' PeopleSoft accounting system and documents uploaded during the Combined Monthly Period. BRG identified additional documents to be provided and followed-up with the Debtors' financial advisors on related issues. BRG's analysis of the Debtors bank accounts will benefit its on-going analyses and investigations, including its identification and analysis of flow of funds and potential assets available to the Debtors' creditors.

Fees: $12,606.50;          Hours: 36.1

**K.**      **333.00 - Asset Analysis (Real Property – Local Councils)**

28.      BRG continued its analysis of the significant real estate holdings owned by the Local Councils. Based on its analysis to date, BRG has identified approximately 1,400 Local Council real properties, including camps, high adventure bases, reservations, service centers, scout shops and other properties.

In order to identify all potential Local Council real estate holdings, BRG continued its examination of the on-going, rolling documentation productions related to Local Council real estate holdings and updating of its real estate database (which database is included in the Local Council dashboard / database previously discussed). In addition, BRG continued its evaluation of restrictions asserted by the Local Councils, including (a) determining if documentation had been provided by the Local Councils in support of the alleged restrictions and (b) performing a preliminary review of said documentation. As part of the identification / analysis process, BRG also investigated real estate holdings for certain Local Councils, including analysis of data available on related county websites and from other real estate data services.

A significant portion of real estate values provided by Local Councils were based on historic cost. As a result, in order to obtain current market values for the Local Council real

estate, the TCC selected Keen Summit and CBRE to prepare restricted appraisals for selected Local Council real estate holdings. BRG coordinated its efforts with the Debtors' financial advisors, who were also in the process of valuing selected Local Council properties. Such valuation data will be critical in determining current values of real estate assets owned by individual Local Councils and the resulting settlement contributions that can be made by individual Local Councils.

BRG also worked with CBRE in order to develop and refine a mapping analysis of all Local Council real estate holdings. Said mapping analysis provides invaluable details and analytics in regard to Local Council real estate, including a visual depiction of critical data points such as location, ownership, values, membership trends, etc.

BRG worked with TCC Counsel in order to facilitate a legal review of the validity of restrictions (including donor-related, easement, access and other) asserted by the Local Councils in regard to real estate holdings.

BRG continued its examination of Local Council property documentation, including regional camp evaluations which were included in Local Council document productions during the Combined Monthly Period. These regional camp evaluations were prepared by the Debtor and discussed Local Council camps, including how many camps were located and operated within the respective region, issues related to the camps (including performance, maintenance, competition, oversupply, etc.) and the resulting negative impacts on the overall programming provided by the Local Councils. The regional camp evaluations provided insight into the Debtor's strategy of reducing the number of camps in an effort to improve overall operations and programming offered by the Local Councils.

BRG's analysis of the Local Councils' real estate holdings will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

        Fees: $498,190.50;        Hours: 971.8

**L.**        **600.00 – Claims / Liability Analysis**

29.        Pursuant to direction from TCC Counsel, BRG began a preliminary review of the underlying abuse claims data available to date and evaluated the abuse claims normalization process conducted by the Debtor and its consultants Bates White. The evaluation included discussions with Debtor, analysis of Debtor's normalization process and criteria, negotiation of additional claims data fields to be normalized, and analysis of results and updated analyses presented by the Debtor.

Additionally, BRG further analyzed the various tranches of normalized claims data provided by the Debtor containing over 85,000 claims, prepared and normalized additional claims fields at the request of TCC counsel, evaluated potential duplicate claims, compared raw claims data aggregated by claims agent with the tranches of normalized data prepared by Debtor, and further investigated claims data by abuse levels, law firms filing claims, local council where abuse occurred, state where abuse occurred, insurance carrier responsible for coverage, statute of limitation criteria by state, and utilization of other statistical methodologies.

BRG also participated in various mediation sessions with Debtor and other parties of interest regarding the claims normalization process and ongoing analysis of the abuse claims.

        Fees: $92,121.50;        Hours: 143.8

**M.**    **800.00 – Plan & Disclosure Statement Analysis**

30.    BRG initiated its evaluation of the Debtors' Amended Plan & Disclosure

Statement by analyzing the Debtor's 5-year business plan.  This included attending multiple

virtual presentations regarding the 5-year business plan of the Debtor.  BRG also prepared

extensive additional questions regarding each of the 5-year business plans presented by the

Debtor and had follow-up meetings with the Debtor's Financial Consultants to further its

ongoing analysis.

BRG prepared an initial assessment of the proposed contribution to the creditor

Settlement Trust by the Debtor including alleged restricted assets, the BSA business plan

threshold amount and other potentially available assets. This analysis is ongoing as additional

information becomes available.

During the Combined Monthly Period, BRG prepared analysis and information for a

townhall meeting as requested by counsel.

BRG began its analysis of potential Local Council contribution to the Debtor's

reorganization plan.  The Local Council contribution analysis will be extensive and ongoing

through coming months.

Fees: $51,033.50;            Hours: 72.6

**N.**    **1020.00 – Meeting Preparation & Attendance**

31.    During the Combined Monthly Period, BRG continued to participate in various

conference calls with Counsel, TCC members counsel, TCC members, Debtors' counsel,

Debtors' financial advisors, UCC counsel, UCC financial advisors, and / or other BRG

personnel regarding various case issues and assignments.

As requested by the TCC, BRG attended periodic meetings with the TCC members and / or TCC members counsel in order to report on its analyses and investigations and to coordinate additional work to be performed. In addition, BRG attended periodic meetings of the TCC sub-committees, including the BSA working group. BRG has and continues to conduct a number of complex detailed analyses and investigations.

In order to coordinate and ensure the greatest value is achieved from the complex analyses and investigations performed, BRG held periodic meetings involving certain members of its team. BRG kept these meetings to the minimum required in order to guarantee the benefit of its services to the creditors and to the Debtors. For example, analysis of PeopleSoft accounting data being performed by one member of BRG's team can benefit other separate analyses being conducted simultaneously by other team members (including analyses of Debtors assets, Local Council assets, alleged asset restrictions, real estate, liabilities, claims and other critical issues). Periodic meetings between key individuals allow for communication and collaboration, thus providing the greatest value of services rendered.

Fees: $99,015.50;          Hours: 139.0

**O.     1030.00 – Mediation Preparation & Attendance**

32.     BRG prepared for and attended mediation sessions held in January 2021. BRG also attended weekly meetings between the TCC and the mediators and continued its evaluation of issues related to the mediation process.

Fees: $29,649.50;          Hours: 43.4

**P.     1060.00 – Fee Application Preparation & Hearing**

33.     During the Combined Monthly Period, BRG updated and finalized its fee applications for June 2020 and July 2020 (including fee application narrative and related

exhibits and a review of all related time entries and expenses to ensure benefit to the estate). BRG also finalized its 2nd quarterly fee application for the May through July 2020 time period. Finally, BRG prepared a combined monthly fee application for the period covering August through October 2020.

Of note, prior to filing any fee application in this matter, BRG provides it fees and expenses to the TCC for review and comment and only files a fee application after it receives TCC approval of its fees and expenses.

Fees: $10,992.50;          Hours: 19.4

**Valuation of Services**

43.     Professionals and paraprofessionals of BRG expended a total of 3,448.4 hours as financial advisors to the Tort Claimants' Committee during the Interim Period, as follows:

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson – 2021 | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $875.00 | 83.1 | 72,712.50 |
| R. Todd Neilson – 2020 | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 163.50 | 138,975.00 |
| David H. Judd – 2021 | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 770.00 | 189.4 | 145,838.00 |
| David H. Judd - 2020 | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 336.7 | 252,525.00 |
| Vernon Calder - 2021 | Managing Director; Over 37 Years Of Experience; Master Of Accountancy 1983 | 775.00 | 1.5 | 1,162.50 |

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Paul N. Shields – 2021 | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since | 750.00 | 28.8 | 21,600.00 |
| Paul N. Shields – 2020 | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 99.5 | 71,142.50 |
| D. Ray Strong - 2021 | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 705.00 | 84.3 | 59,431.50 |
| D. Ray Strong -2020 | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 189.0 | 128,520.00 |
| Ozgur Kan | Managing Director, Over 25 Years Of Academic, Financial Services, Credit Analytics and Consulting Experience; Series 50 Municipal | 660.00 | 4.1 | 2,706.00 |
| Matthew K. Babcock -2021 | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 655.00 | 192.0 | 125,760.00 |
| Matthew K. Babcock - 2020 | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 336.5 | 210,312.50 |
| Jeffrey Shaw | Senior Managing Consultant, Over 16 Years Of Experience, Master of Accountancy 2002, CPA Since 2004. | 520.00 | 56.0 | 29,120.00 |
| Amy Strong | Consultant, Over 28 Years Of Experience, Master of Accountancy 1995. CPA | 350.00 | 117.6 | 41,160.00 |
| Chihhsin Wan | Consultant, Over 5 Years of Experience, Master of Science, Business Analytics | 350.00 | 50.6 | 17,710.00 |

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Christina Tergevorkian - 2021 | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 315.00 | 161.2 | 50,778.00 |
| Christina Tergevorkian - 2020 | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 365.4 | 107,793.00 |
| Jason Strong | Senior Associate; Over 20 Years Of Experience; EnCase Certified Examiner; Microsoft Certified | 150.00 | 4.0 | 600.00 |
| Tasha Hatton | Associate, Over 20 Years of Experience, Bachelor of Science in Accounting. | 265.00 | 78.1 | 20,696.50 |
| Shelby Chaffos -2021 | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 255.00 | 147.9 | 37,714.50 |
| Shelby Chaffos -2020 | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 375.0 | 90,000.00 |
| Caroline Bates | Associate, Over 28 Years Of Experience, Bachelor Of Accountancy 1993, CPA | 235.00 | 95.3 | 22,395.50 |
| Jose Rosario -2021 | Associate, Over 2 Years Of Experience, BBA, Finance, Accounting 2019 | 235.00 | 63.8 | 14,993.00 |
| Jose Rosario -2020 | Associate, Over 2 Years Of Experience, BBA, Finance, Accounting 2019 | 225.00 | 136.1 | 30,622.50 |
| Sherry Anthon | Case Assistant; Over 3 Years Of Experience; Master Of Accountancy 2000 | 205.00 | 60.3 | 12,361.50 |
| Evelyn Perry | Case Assistant; Over 32 Years Of Experience | 185.00 | 30.3 | 5,605.50 |
| | **Blended Rate** | **$496.30** | **3,450.0** | **$1,712,235.50** |

44.    The nature of work performed by these individuals is fully set forth in <u>Exhibit B</u>

attached hereto. These are BRG's normal hourly rates for work of this character. The reasonable value of the services rendered by BRG for the Tort Claimants' Committee during the Combined Monthly Period is $1,712,235.50.

45.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by BRG is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, BRG has reviewed the requirements of Del. Bankr. LR 2016-2 and the Interim Order and believes that this Application complies with such Rule and Order.

WHEREFORE, BRG respectfully requests that, for the period November 1, 2020 through January 31, 2021, an interim allowance be made to BRG for compensation in the amount of $1,712,235.50 and expenses in the amount of $21.07 for a total allowance of $1,712,256.57 and payment of $1,369,788.40 (80% of the allowed fees) and reimbursement of $21.07 (100% of the allowed expenses) be authorized for a total payment of $1,369,809.47.

Dated this ___ day of June, 2021.

R. Todd Neilson, CPA
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Financial Advisor to the Official Tort
Claimants' Committee

27

## **VERIFICATION**

STATE OF UTAH


COUNTY OF SALT LAKE:

R. Todd Neilson, after being duly sworn according to law, deposes and says:

a)    I am a Certified Public Accountant and am a Managing Director with Berkeley Research Group, LLC ("BRG").

b)    I have read the foregoing "*Combined Monthly Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Financial Advisors To The Official Tort Claimants' Committee For The Period From November 1, 2020 Through January 31, 2021*" (the "Application") and know the contents thereof.  I certify the facts stated therein are true of my own knowledge, except for those stated upon information and belief, which I believe to be true. If called upon I could and would testify completely thereto.

c)    I have reviewed Del. Bankr. LR 2016-2 and the Interim Order signed on or about April 6, 2020, and submit that the Application substantially complies with such Rule and Order.

Dated this ⅟5ᵗʰ day of June, 2021.

R. Todd Neilson

SUBSCRIBED AND SWORN to before me this |5 day of June, 2021.

Notary Public
My Commission Expires: 02-21-2024



ELIZABETH FLOWERS
NOTARY PUBLIC·STATE OF UTAH
COMMISSION# 710676
COMM. EXP. 02-21-2024