**<u>Exhibit A</u>**

**Summary of Services, March 1 – April 30, 2021**

# haynesboone

Invoice Number: 21476989
Invoice Date:  April 22, 2021
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  March 31, 2021*

| | |
|---|---:|
| Total Fees | $373,071.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$373,071.50** |
| **Total Invoice Balance Due** | **USD  $373,071.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21476989** ● Client Number **0020234.00024** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 2 of 29

*For Professional Services Through  March 31, 2021*

**Professional Fees**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/03/21 | David Staab | Review and analyze case law regarding ███████████ (1.0); communicate with Mr. Chavez and Mr. Kanowitz regarding insurance ████████████ (.2). | 1.20 | No Charge |
| 02/04/21 | David Staab | Communicate with Mr. Chavez and Mr. Kanowitz regarding ██████ ████████████ (.3); review and revise memorandum regarding ████████ ████████ (1.8); review and analyze case law and precedent related to the same (1.7). | 3.80 | No Charge |
| 02/05/21 | David Staab | Review and revise updated draft of memorandum regarding insurance and ██████████ (1.4); prepare for meeting with Haynes and Boone team to discuss ███████ (.4). | 1.80 | No Charge |
| 02/08/21 | David Staab | Participate in call with Haynes and Boone insurance team regarding ████████ (.3); Review and analysis of further revised insurance memorandum (1.2). | 1.50 | No Charge |
| 02/12/21 | David Staab | Analysis and review of further revised memorandum regarding ██████ ████████ (1.1). | 1.10 | No Charge |
| 02/15/21 | David Staab | Review, analyze and revise further revised memorandum regarding ████ ████████ (1.3); attend call with Mr. Chavez and Mr. Kanowitz to discuss the same (.3). | 1.60 | No Charge |
| 02/16/21 | David Staab | Call with R. Kanowitz, A. Azer, J. Chavez, E. Martin, and C. Green to discuss ████████████ (.2); review further revised memorandum regarding ████ ████████ (.9). | 1.10 | No Charge |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 3 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/01/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin (.4); email Mr. Andolina regarding ███████ (.2); attend conference call with Mr. Schulman and Mr. Nasitir (.5); attend call with Mr. Martin regarding ███████ (.2); attend call with Ms. Hanke, Ms. Klauck, Mr. Stoner, and Ms. Green regarding ███ (.7); attend call with counsel to Sompo (.2); email regarding ███ (.1); review revised letter to insurers regarding ███████ (1.2); confer with Ms. Green regarding ███ (.2); review draft memorandum ███ (.5); attend call with Mr. Andolina and Mr. Evans regarding ███ (.3); emails with Mr. Andolina regarding ███ (.2); attend call with Mr. Martin regarding ███ (.2); review demand ███ (.2); email to the insurers regarding same (.1). | 5.20 | $4,030.00 |
| 03/01/21 | Wesley Dutton | Research and analyze the law ███████ | 2.50 | $1,362.50 |
| 03/01/21 | Carla Green | Attend conference call with Mr. Azer, Mr. Stoner, Ms. Klauck and Ms. Hanke regarding ███ (.7);continue multiple revisions to insurer letter (2.5); review and analyze ███ (.5); email correspondence with Ms. Murray regarding same (.2); email correspondence with Ms. Tuffey regarding ███ (.2); email correspondence with Travelers counsel regarding same (.2); email correspondence with Sompo's counsel regarding ███ (.2); gather agreements for same (.2); email correspondence ███ (.2); incorporate revisions to insurer letter ███ (.9); review and analyze ███ (.8); review and analyze ███ (.6); review several policies ███ (.8); review the ███ (.3); final revisions to insurer letter based on Mr. Martin's comments (.3). | 8.40 | $5,460.00 |
| 03/01/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Mr. Andolina, Ms. Lauria, Mr. Whittman, Mr. Linder and Mr. Azer (.4); attend call with Mr. Ziemienski regarding ███ (.2); attend call with Mr. Azer regarding same (.2); attend call with Mr. Azer regarding ███ (.2); review e-mail from Mr. Linder regarding ███ and reply to same (.1); review TCC and Coalition's Proposal for Resolution of Motion to Extend Preliminary Injunction (.2); review Bates White's memorandum ███ (.5); review and revise letter to insurers (.6). | 2.40 | $2,388.00 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 4 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/01/21 | Mike Stoner | Continue working ██████ memorandum (.7); attend conference call with Ms. Hanke, Ms. Klauck, Mr. Azer, and Ms. Green regarding ████ . (.7); analysis regarding ██████ ████ (.5); continue working on ████████ (.9); work on issues relating to ████████ . (.8) | 3.60 | $2,430.00 |
| 03/02/21 | Adrian Azer | Respond to multiple communications from counsel to Chubb (.4); email to Mr. Martin regarding questions related to ████ (.1); attend conference call with Ad Hoc Committee and Ms. Lauria, Mr. Andolina, and Mr. Linder (1.0); review draft letter from the TCC to Liberty and Great American (.2); review Mr. Stoner's response to counsel to Sompo (.1); email Mr. Andolina, Mr. Evans, and Mr. Manning concerning ████ ████ (.2); email to insurers regarding same (.1); review communications from insurers related to ████████ (.4); attend call with Mr. Martin regarding same (.1); | 2.60 | $2,015.00 |
| 03/02/21 | Wesley Dutton | Research and analyze the law ████████ draft memo summarizing ████████ . | 5.20 | $2,834.00 |
| 03/02/21 | Carla Green | Begin review of ████ received from KCIC (1.0); email Mr. Stoner and Ms. Kutz regarding document boxes at Haynes and Boone (.2); complete multiple final revisions to insurer letter (3.8); email White & Case regarding same (.2); email Mr. Dutton regarding ████ ██ (.2); update task list of insurance assignments for team (.5); email Mr. Evans and Ms. Murray regarding ████████ ██ (.4). | 6.30 | $4,095.00 |
| 03/02/21 | Richard Kanowitz | Review updates on case developments and ████████ ████ | 0.30 | No Charge |
| 03/02/21 | Ernest Martin, Jr. | Review various e-mails from Mr. Andolina, Ms. Lauria, Mr. Schiavoni and Mr. Azer regarding ████ (.2); review e-mails from Mr. Schiavoni and Mr. Jacobs regarding ████ ████ ); review and revise e-mail to Mr. McGowan regarding letter to insurers (.1); review letter from Mr. Wadley (.1); attend call with Mr. Azer regarding ████████ (.1). | 0.70 | $696.50 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 5 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/02/21 | Mike Stoner | Review emails relating to ███████ (.1); review emails relating to ███████ (.1); attend to issues ███████ (.1); review ███████ (.3); prepare spreadsheet concerning ███████ (1.2); prepare email to Ms. Anderson ███████ (.2); attend to emails with Mr. Ziemianksi concerning ███████ (.2); prepare email to Ms. Hanke concerning ███████ (.1); review emails and correspondence regarding ███████ (.2). | 2.50 | $1,687.50 |
| 03/03/21 | Adrian Azer | Attend call with Mr. Martin in preparation for conference with client (.2); attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin (.9); conference with Mr. Stoner regarding ███████ (.2); attend call with Mr. Martin regarding ███████ (.1); attend call with Mr. Martin regarding ███████ (.3); review and revise letter to the insurers, including incorporating comments from Mr. Martin and circulate to client for review (.9); review draft ███████ (.2); emails with client regarding ███████ (.2); attend conference call with Ms. Green, Mr. Stoner, Ms. Hanke, Mr. Sochurek, Ms. Klauck and Mr. Taylor to discuss ███████ (.3); attend conference call with Mr. Stoner and Ms. Green to discuss ███████ (.3); emails to insurers regarding ███████ (.4); review research on ███████ (.4); conference call with Mr. Dutton regarding ███████ (.3); attend conference call with Ms. Green to discuss ███████ (.2); email to Ms. Lauria and Mr. Andolina regarding ███████ (.3); review letter from counsel to Chubb (.2); email to counsel to Chubb regarding same (.1). | 5.50 | $4,262.50 |
| 03/03/21 | Wesley Dutton | Research and analyze the law ███████ (7.2); attend call with Mr. Azer to discuss ███████ (.3); draft memo summarizing ███████ | 13.70 | $7,466.50 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 6 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/03/21 | Carla Green | Attend conference call with Mr. Azer, Mr. Stoner, Ms. Hanke, Mr. Sochurek, Ms. Klauck and Mr. Taylor to discuss ▮▮▮▮▮ (.3); attend conference call with Mr. Stoner and Mr. Azer to discuss ▮▮▮▮▮ (.3); attend conference call with Mr. Stoner to discuss ▮▮▮▮ (.1); attend conference call with Mr. Azer to discuss ▮▮▮▮ (.3); final revisions to insurer letter (.6); email Mr. Azer regarding ▮▮▮ (.2); review ▮▮▮▮ (.2); email insurers regarding same (.2); finalize revisions to ▮▮▮ (.3); review insurer correspondence regarding ▮▮▮ (.3); attend conference call with Mr. Azer to discuss ▮▮▮ (.2); draft insurer response workbook with Mr. Stoner (.8); review multiple correspondences from insurers for same (.8) review ▮▮▮▮ (.6); email Mr. Azer regarding same (.2); review Mr. Azer's summary of ▮▮▮▮ (.5); email Mr. Azer regarding same (.2). | 6.10 | $3,965.00 |
| 03/03/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding ▮▮▮▮ (.2); participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Whittman, Mr. Linder, and Mr. Azer (.9); attend call with Mr. Azer regarding ▮▮▮ (.1); attend call with Mr. Azer regarding ▮▮▮ (.3); review ▮▮▮ (.4); review e-mails from various insurers ▮▮▮ (.1). | 2.00 | $1,990.00 |
| 03/03/21 | Mike Stoner | Attend conference call with Mr. Azer and Ms. Green concerning ▮▮▮ (.4); work on preparing ▮▮▮ (1.1). | 1.50 | $1,012.50 |
| 03/04/21 | Adrian Azer | Review ▮▮▮▮ (.4); email to Mr. Martin regarding same (.2); review ▮▮▮▮ (.7); review email from Mr. Manning regarding ▮▮▮ (.2); review LDS comments to plan (.3); attend conference call with Ms. Green, Mr. Andolina, Ms. Lauria, Mr. Linder, Mr. Whittman, and Mr. Martin regarding ▮▮▮ (.8); draft, review and revise response to various insurers ▮▮▮ (.4); draft, review and revise email to insurers regarding ▮▮▮ (.6); attend call with Mr. Dutton regarding ▮▮▮ (.3); review ▮▮▮ (.2); email to the local council regarding same (.1); draft, review and response to ▮▮▮ (.3); attend call with Mr. Andolina regarding ▮▮▮ (.2); draft, review and revise ▮▮▮ (.4); attend call with Mr. Martin regarding ▮▮▮ (.2); attend call with Mr. Martin regarding ▮▮▮ (.3). | 5.60 | $4,340.00 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 7 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/04/21 | Wesley Dutton | Draft memo summarizing ███████████ ████████ y (3.6); email draft of memo to Mr. Azer for review (.2); attend call with Mr. Azer ███████████ ███████████ (.3). | 4.10 | $2,234.50 |
| 03/04/21 | Carla Green | Attend conference call with Mr. Azer, Mr. Andolina, Mr. Linder, Ms. Boelter and Mr. Whittman to discuss ██████ (.8); email Ms. Backus regarding ██████ (.2); email Mr. Sochurek regarding ██████ (.2); email Ms. Parks regarding ██████ (.2); continue review of ██████ (1.2); email Mr. Stoner regarding ██████ (.2); review and revise draft email to insurers ██████ (.3); review draft email regarding ██████ (.3); review additional summary from Mr. Ogletree ██████ (.3); review ██████ (.3). | 3.70 | $2,405.00 |
| 03/04/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding ██████ (.2); attend call with Mr. Azer regarding changes to memo regarding ██████ (.3). | 0.50 | $497.50 |
| 03/04/21 | Mike Stoner | Review emails relating ██████ (.2) prepare email to Ms. Anderson concerning ██████ (.1); continue working on preparing and revising ta ██████ (1.2); review emails from Mr. Sochurek and Ms. Green concerning ██████ (.1); review email from Mr. Sochurek concerning ██████ (.1); review and analyze ██████ (.5); work on analyzing co ██████ (2.2); make additional revisions to ██████ (.4). | 4.80 | $3,240.00 |
| 03/05/21 | Adrian Azer | Attend conference call with Mr. Stoner and Ms. Green regarding ██████ (.3); respond to ██████ (.2); email to Mr. Linder regarding ██████ (.4); draft, review and revise ██████ (.3); review letter from TCC related to ██████ (.2); conference call with insurers prior to weekly call related to ██████ (.5); attend weekly call with the insurers (.8); emails with Mr. Linder and Ms. Lauria regarding ██████ (.4); email with Ms. Rosenberg regarding ██████ (.2); draft, review and revise responses ██████ (.3); emails with counsel to Chubb (.3); emails with Ms. Lauria regarding ██████ (.6); review emails to Ms. Lauria from counsel to Chubb (.2). | 4.70 | $3,642.50 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 8 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/05/21 | Carla Green | Conference call with Mr. Azer to discuss ▮▮▮▮ (.2); attend insurer weekly call (.8); attend conference call with Mr. Azer and Mr. Stoner to discuss ▮▮▮ (1.0); finalize ▮▮▮ (.3); review letter ▮▮▮ (.3); review additional analysis ▮▮▮ (.3); draft outline of response letter ▮▮▮ (.8); review Mr. Manning's analysis regarding ▮▮▮ (.6); review several communications received ▮▮▮ (.4); review certain policies ▮▮▮ (.5); review and analyze ▮▮▮ (.3); review and analyze ▮▮▮ (.3); review and analyze ▮▮▮ (.4). | 6.20 | $4,030.00 |
| 03/05/21 | Richard Kanowitz | Review materials for use in updating memo t▮▮▮ | 0.20 | No Charge |
| 03/05/21 | Mike Stoner | Review letter from TCC regarding ▮▮▮ (.2); attend to issues concerning ▮▮▮ (.3); review emails regarding ▮▮▮ (.1); participate in mediation sessions with insurers (.8); work on updates ▮▮▮ (.4); review emails regarding ▮▮▮ (.2); attend conference call with Ms. Green and Mr. Azer regarding ▮▮▮ (1.0); review TCC ▮▮▮ (.3). | 3.30 | $2,227.50 |
| 03/06/21 | Adrian Azer | Email with Mr. Martin in response t▮▮▮ (.2). | 0.20 | $155.00 |
| 03/06/21 | Carla Green | Email Mr. Smethurst (Allianz) regarding ▮▮▮ (.2); review and provide ▮▮▮ (.4); email Mr. Taylor regarding ▮▮▮ (.2). | 0.80 | $520.00 |
| 03/06/21 | Ernest Martin, Jr. | Review e-mails from Mr. McGowan (.3); email Mr. Azer regarding ▮▮▮ (.2). | 0.50 | $497.50 |
| 03/07/21 | Adrian Azer | Attend conference call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin regarding ▮▮▮ (.8); attend post-conference call with Mr. Martin regarding same (.2); analyze ▮▮▮ (.4). | 1.40 | $1,085.00 |
| 03/07/21 | Wesley Dutton | Research and analyze the law ▮▮▮ | 4.70 | $2,561.50 |
| 03/07/21 | Richard Kanowitz | Conference with E. Martin and A. Azur concerning ▮▮▮ | 0.40 | No Charge |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 9 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/07/21 | Ernest Martin, Jr. | Review ███████████ (.1); attend telephone call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whitman and Mr. Azer to discuss ███████ (.8); attend post-conference call with Mr. Azer regarding same (.2). | 1.10 | $1,094.50 |
| 03/08/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Martin (.7); attend conference call with Mr. Schulman and Mr. Nasatir (.2); review ██████████ in preparation for conference with Mr. Stoner (.5); attend conference call with Mr. Stoner regarding ████████ (.4); attend conference call with Ms. Green regarding ████████ (.2); review letter from Great American (.3); email insurers regarding ████████ (.7); communications with Mr. Linder regarding ████████ (.6); attend call with Mr. Martin regarding ████ (.7); review communications from Chubb ████████ (.2); email KCIC (Mr. Sochurek) regarding ████ (.2); attend call with Mr. Martin regarding ████ (.3). | 5.00 | $3,875.00 |
| 03/08/21 | Wesley Dutton | Research and analyze ████████ (2.5); draft PowerPoint presentation ████████ (1.2). | 3.70 | $2,016.50 |
| 03/08/21 | Carla Green | Email Mr. Smethurst regarding ████ (.2); email Ms. Tuffey and Mr. Binggli regarding same (.2); email library regarding ████ (.2); continue drafting response letter ████ (1.4); continue drafting responses ████ (2.3); email Ms. Backus regarding ████ (.2); email Mr. Taylor regarding ████ (.2); review same for production (.5); review correspondence from Great American regarding ████ (.3); review stipulation for extension ████ (.3); review and analyze ████ (.4); review ████ (.3); attend conference call with Mr. Azer regarding ████ (.2). | 6.70 | $4,355.00 |
| 03/08/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whitman, and Mr. Azer (.7); conference call with Mr. Azer regarding same (.3); review letter from Great American (.3); conference call with Mr. Azer regarding ████ (.7); review e-mail from Ms. McNally regarding ████ (.1); review e-mail from Mr. Schiavoni regarding ████ (.1). | 2.20 | $2,189.00 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 10 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/08/21 | Mike Stoner | Review letter form Great American regarding ███████ (.2) review emails relating ███████████ (.2); continue work on file memorandum c████████ (1.5); continue work on file memorandum concerning ████████ (1.1); work on analysis regarding ████████ (1.9); attend conference all with Mr. Azer regarding ████ (.4). | 5.30 | $3,577.50 |
| 03/09/21 | Adrian Azer | Review Chubb joinder ███████ ████ (.4); attend conference call with Mr. Martin regarding same (.2); review draft letter provided by Mr. Andolina (.2); review email response from Mr. Martin (.1); review and comment ████████ (.5); email Ms. Lauria regarding same (.2); review email from Mr. McGowan regarding █████ (.1); attend conference call with Mr. Martin regarding same ████ (.3). | 1.90 | $1,472.50 |
| 03/09/21 | Wesley Dutton | Draft PowerPoint presentation █████████ ██ (.5); draft email to Ms. Green attaching draft of PowerPoint for her review (.2). | 0.70 | $381.50 |
| 03/09/21 | Carla Green | Email Allianz regarding ████████ (.2); review and revise presentation ██████ (.4); finalize response letter ██████ (2.7); review and analyze ████████ (.8); review several communications ███████ (.7); email Mr. Sochurek regarding ████████ (.2); draft summary of response to ████ (.4); review ████ (.2); email Mr. Martin regarding ████ (.2); email Mr. Martin regarding ████ (.2); conduct final review of updated coverage charts provided by KCIC (.2). | 6.20 | $4,030.00 |
| 03/09/21 | Ernest Martin, Jr. | Review ████████ (.3); attend call with Mr. Azer regarding same (.2); prepare e-mail to Mr. McGowan regarding ████ (.1); attend call with Mr. Azer regarding ████ (.3); review ████ (.2); review e-mail from Mr. Andolina regarding ████ and reply to same (.2); review ████ (.1). | 1.40 | $1,393.00 |
| 03/09/21 | Benjamin Schindler | Discussion with Mr. Stoner regarding draft letter t████ ████. | 0.20 | $90.00 |

Invoice Number: 21476989                                           April 22, 2021
Matter Name: General Insurance Matters                             Page 11 of 29
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/09/21 | Mike Stoner | Review ████████████████ (.1); attend to emails with Mr. Schindler concerning ██████ (.3); attend to emails with Mr. Plevin regarding ██████████ (.1); further analysis regarding ████████ (1.7); further analysis regarding ██████████ (.6); work on response letter ██████████ (.4); work on ████████. (.9); discuss draft letter ██████ (.2). | 4.30 | $2,902.50 |
| 03/10/21 | Adrian Azer | Attend weekly conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin (.8); prepare for conference call ██████████ (.4); conference with KCIC and Mr. Stoner regarding same (.5); review draft communication to Chubb related to ██████ (.2); emails with Mr. Martin regarding same (.1); emails with Mr. Andolina and Mr. Linder regarding same (.2); emails with client regarding ██████ (.2); review ██████ and email to Mr. Linder and Mr. Andolina regarding same (.2); review emails from Chubb and internal emails regarding same (.3). | 2.90 | $2,247.50 |
| 03/10/21 | Wesley Dutton | Revise ████████ memo ████████████. | 4.70 | $2,561.50 |
| 03/10/21 | Carla Green | Finalize draft of response ██████████ (3.8); review summaries ████ (.7); review multiple letters and correspondence ██████ (.8); email Mr. Sochurek regarding ██████ (.2). | 5.50 | $3,575.00 |
| 03/10/21 | Ernest Martin, Jr. | Participate in weekly update call with Mr. McGowan, Mr. Andolina, Mr. Whittman, Ms. Lauria, Mr. Linder, and Mr. Azer (.8); telephone call with Mr. McGowan (.1); prepare for call ██████████ (.5); participate in call ██████████ (2.0); review letter from Mr. Kirschenbaum (.1); review e-mail from Mr. Wadley regarding ██████████ and prepare draft response (.5); review letter from Markel's counsel (.1). | 4.10 | $4,079.50 |
| 03/10/21 | Mike Stoner | Review emails relating ██████████ (.2); work on responding ██████████ (.4); attend to emails regarding ██████████ (.2); attend call with Mr. Azer, Mr. Taylor, Ms. Klauck, and Mr. Sochurek (KCIC) regarding ██████████ (.5); atend to emails regarding ██████ (.1); review ████ (.1); review emails ██████████ (.2); review email and spreadsheet from Ms. Klauck concerning ██████ (.2). | 1.90 | $1,282.50 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 12 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/11/21 | Adrian Azer | Prepare for conference with counsel ████████ conference call with Mr. Stoner and counsel ██████ (.6); attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, and Mr. Martin regarding ██████████ (.7); review emails related to ██████ (.2); confer with Mr. Martin regarding ████████ (.3); review letter ██████ (.2); begin to review and revise letter ████████ (.9); attend conference call with Ms. Green regarding revisions ██████████ (.3); review revised version of letter (.7); review and revise draft email ████████ (.2); respond to various emails related to ██████ (.2); continue review documents related to █████ and email to Ms. Lauria regarding same (.6); review emails from Mr. Stoner regarding ██████ (.2); review letter ████████ (.2); review and revise letter from Mr. McGowan ████████, and review comments from other team members (.4). | 5.90 | $4,572.50 |
| 03/11/21 | Wesley Dutton | Research and analyze ████████████████████ (2.1); draft email to Ms. Green attaching revised draft of the letter with additional citations (.1). | 2.20 | $1,199.00 |
| 03/11/21 | Carla Green | Review revisions and comments to ██████ (.4); attend conference call with Mr. Azer to discuss same (.2); prepare multiple revisions to ████████ (2.9); email Mr. Dutton to discuss ██████ (.2); review and analyze ████████ (.4); email Mr. Martin and Mr. Andolina regarding ██████ (.2); email Mr. Manning regarding ██████ (.2); complete revisions to insurer letters based on Mr. Manning's comments (.3); review and revise response ████████ (.5); review letter ██████ (.3); email Mr. Sochurek regarding ██████ (.2). | 5.30 | $3,445.00 |
| 03/11/21 | Ernest Martin, Jr. | Review e-mails from Mr. Andolina and Mr. McGowan regarding ██████ (.3); review and revise draft letter by Mr. McGowan (.4); attend telephone call with Mr. McGowan, Mr. Andolina, Mr. Zirkman, and Mr. Azer regarding same (.7); review e-mail from Mr. Whittman regarding ██████ and reply to same (.1); finalize e-mail to Mr. Wadley (.1); review revisions to Mr. McGowan's letter ██████ (.3); review and revise letter ████████ (.8). | 2.70 | $2,686.50 |
| 03/11/21 | Benjamin Schindler | Review client files regarding ██████████ (.9); draft response letter to ████████ (.7); discussion with Mr. Stoner regarding same (.1). | 1.70 | $765.00 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 13 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/11/21 | Mike Stoner | Attend to emails ████████████████ (.3); attend to emails with Mr. Azer regarding ████████ (.1); strategic analysis concerning ██████████████ (1.8); attend conference call with Mr. Plevin and Mr. Azer regarding ████████ (.6); attend to emails with Mr. Schindler regarding ██████ (.2); review emails from Mr. Martin to Mr. Wadley concerning ████ (.1). | 3.10 | $2,092.50 |
| 03/12/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin (.9); review and analyze ████████ (1.5); attend conference call with Mr. Martin regarding same (.3); attend conference call with Mr. Andolina and Mr. Whittman regarding same (.4); email KCIC regarding ████████ (.3); email T. Gallagher regarding same (.2); continue to review and revise ████████████ (.9); review finalized letter ██████ (.2); email Mr. Andolina regarding ████ (.2); review communication from counsel █ (.2); review various communications ██████ (.2); review request by ████████ (.3); review letter ██████ (.2); review ██████ 3). | 6.10 | $4,727.50 |
| 03/12/21 | Wesley Dutton | Research and analyze ████████████ (.6); draft email to Ms. Green ██ (.2). | 0.80 | $436.00 |
| 03/12/21 | Carla Green | Attend conference call with Mr. Sochurek to discuss ██████ (.2); incorporate revisions provided by Mr. Martin ████ (.3); email White & Case regarding ██████ (.3); email Bates White regarding ██████ (.2); email Mr. Azer regarding ██████ (.2); correspondence with Ogletree regarding ████ (.2); incorporate revisions to ██████ (.4); email Mr. Dutton regarding ████ (.2); review and incorporate same (.3); review revisions to the response letter ██████ (.3); incorporate revisions to response letter ██████ (.4); final revisions and review ████ 1.6). | 4.60 | $2,990.00 |
| 03/12/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Mr. Andolina, Ms. Lauria, Mr. Linder, Mr. Whitman, and Mr. Azer (.9); attend call with Mr. Azer regarding ████████████ (.3); review e-mail from Mr. McNally (.1); review letter from Mr. Ruggeri (.1). | 1.40 | $1,393.00 |
| 03/12/21 | Benjamin Schindler | Draft response letter ████████ (2.9); revise same in accordance with Mr. Stoner comments (.4). | 3.30 | $1,485.00 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 14 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/12/21 | Mike Stoner | Work on analyzing ██████████████████ ████████████ (1.6); edit and revise draft letter (.9); review ████████████ (.3). | 2.80 | $1,890.00 |
| 03/13/21 | Adrian Azer | Review and revise ██████████ (.5); review emails between Mr. Andolina and counsel ████████ (.2); email Mr. Andolina and Mr. Linder regarding ██████ (.4). | 1.10 | $852.50 |
| 03/13/21 | Carla Green | Email Mr. Martin and Mr. Azer regarding ██████████████. | 0.20 | $130.00 |
| 03/13/21 | Ernest Martin, Jr. | Review e-mails from Mr. Andolina and Mr. McGowan regarding ████████ (.2); review ████████████ (.2); review Hartford's term sheet (.4); prepare e-mail to Mr. McGowan regarding letter from Mr. Ruggeri (.1). | 0.90 | $895.50 |
| 03/14/21 | Adrian Azer | Review and finalize letter t██████████████ (.7); review draft letter to T. Schiavoni from Mr. Andolina (.2); email Mr. Martin and Ms. Green regarding ████ (.3); respond to ████████████ (.2); respond to question from Ms. Kutz (.2); attend conference call with Mr. Martin and Ms. Green to discuss ████ (1.0). | 2.60 | $2,015.00 |
| 03/14/21 | Carla Green | Attend conference call with Mr. Azer and Mr. Martin to discuss ████████ (1.0); draft summary and email to Mr. McGowan ████████ (.3); revise ████ response letter per Mr. McGowan's comments (.2); email Mr. Martin regarding ████ (.2). | 1.70 | $1,105.00 |
| 03/14/21 | Ernest Martin, Jr. | Review e-mails from Mr. Andolina, Mr. McGowan, Ms. Lauria, and Mr. Azer regarding ████████ (.2); review Ms. Friedman's letter ████████ (.1); attend conference call with Mr. Azer and Ms. Green regarding ████████ (1.0); prepare e-mail to Mr. McGowan regarding ████ (.1); review final letter t██████████ (.2). | 1.60 | $1,592.00 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 15 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/15/21 | Adrian Azer | Attend conference call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Martin, Mr. McGowan, and Mr. Whittman regarding ████ (1); review ████ (.9); draft, review and revise email to Mr. Martin regarding same (.6); review Ms. Lauria's comments to ████ (.3); attend conference call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin related to comments to Hartford term sheet (.5); review ████ (.1); attend call with Mr. Sochurek regarding same (.1); review email related to ████ (.3); email to Ms. Rosenberg regarding same (.1); review email from Mr. McGowan regarding ████ (.2); review draft ████ (.1); attend conference call with Mr. Martin regarding ████ (.6); email Mr. Manning and Ms. Kutz regarding ████ (.3); review draft response ████ (.2); begin reviewing memorandum ████ (.8). | 6.10 | $4,727.50 |
| 03/15/21 | Wesley Dutton | Revise ████ memo ████ | 5.10 | $2,779.50 |
| 03/15/21 | Carla Green | Begin review of ████ (3.4); review correspondence ████ (.3); review ████ files ████ (.3). | 4.00 | $2,600.00 |
| 03/15/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder and Mr. Azer (1.0); participate in call with Ms. Lauria, Mr. Linder, Mr. Whittman and Mr. Azer to ████ (.5); attend call with Mr. Azer regarding ████ (.6); review e-mail from Mr. McGowan regarding ████ (.1); review e-mail from Mr. McGowan regarding ████ and reply to same (.2). | 2.40 | $2,388.00 |
| 03/15/21 | Benjamin Schindler | Review and analyze emails ████ (.4) and provide a summary ████ 1.4). | 1.80 | $810.00 |
| 03/15/21 | Mike Stoner | Finalized draft memorandum ████ (1.7); attend to emails with Mr. Schindler ████ (.1); work on ████ (2.1); work on ████ (2.5). | 6.40 | $4,320.00 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 16 of 29

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 03/16/21 | Adrian Azer | Attend conference call with Mr. Gallagher, counsel for Hartford, Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Martin regarding ██████ (.8); attend post-conference call with Mr. Martin (.1); email White and Case and KCIC regarding ██████ (.5); attend call with Mr. Linder regarding same (.2); review letter from counsel ██████ (.2); attend call with Ms. Green regarding ██████ (.2); email Ms. Kutz regarding ██████ (.2); review ██████ prepared by Mr. Stoner (.3);attend conference call with Ms. Hanke, Mr. Sochurek, Ms. Klauck, Ms. Green, and Mr. Stoner regarding ██████ (1.0); attend call with counsel to AIG regarding ██████ (.3); attend call with Ms. Kutz regarding same (.2); attend call with Ms. Hanke regarding same and ██████ (.2); attend call with T. Gallagher (.1); attend call with Mr. Andolina regarding ██████ (.1); attend call with Mr. Stoner and Ms. Green regarding ██████ (.5); attend call with Mr. Martin regarding same (.3); attend conference call with counsel to Chubb, Ms. Lauria, Mr. Andolina, and Mr. Linder (1.1); review response letter ██████ (.2); review ██████ (.6); review ██████ (.4). | 7.50 | $5,812.50 |
| 03/16/21 | Wesley Dutton | Email Ms. Green regarding ██████. | 0.10 | $54.50 |
| 03/16/21 | Carla Green | Attend conference call with Mr. Azer to discuss ██████ (.2); attend conference call with Mr. Azer, Mr. Stoner, Ms. Hanke, Mr. Sochurek and Ms. Klauck to discuss ██████ (1.0); attend conference call with Mr. Stoner and Mr. Azer to discuss ██████ (.5); correspondence with Mr. Binggeli regarding ██████ (.2); email Mr. Sochurek regarding ██████ (.2); email Mr. Binggeli regarding ██████ (.2); email Mr. Dutton to discuss ██████ (.2); begin review and revise same (.4); email KCIC regarding ██████ (.3); review correspondence ██████ (.3); correspondence with Mr. Taylor regarding ██████ (.2); continue review ██████ s (1.0); review and analyze ██████ (.4); review and analyze ██████ prepared by Mr. Stoner (.3); review letter from Brandywine to Mr. McGowan (.3); review ██████ (.4). | 6.10 | $3,965.00 |
| 03/16/21 | Richard Kanowitz | Review and analyze ██████ | 0.70 | No Charge |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 17 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/16/21 | Ernest Martin, Jr. | Participate in call with Mr. Ruggeri, Mr. Ankers, Ms. Lauria, Mr. Andolina, and Mr. Linder to discuss ▮▮▮▮ (.8); attend post-conference call with Mr Azer (.1); review e-mails from Ms. Lauria and Mr. Andolina regarding same (.2); review letter from Mr. Schiavoni (.1); prepare for call with Mr. Celentino regarding ▮▮▮▮ (.4); attend call with Mr. Azer regarding ▮▮▮▮ (.3); review ▮▮▮▮ (.3). | 2.20 | $2,189.00 |
| 03/16/21 | Mike Stoner | Finalize ▮▮▮▮ (.2); review ▮▮▮▮ (.3); attemd call with Mr. Azer, Ms. Green; Mr. Hanke, Mr. Sochurek, and Ms. Klauck regarding ▮▮▮▮ (1.0); review emails relating to ▮▮▮▮ (.2); attend conference call with Mr. Azer and Ms. Green regarding ▮▮▮▮ (.5). | 2.20 | $1,485.00 |
| 03/17/21 | Adrian Azer | Email Mr. Martin regarding ▮▮▮▮ (.2); attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Martin (.3); attend post-conference call with Mr. Martin (.1); review and revise ▮▮▮▮ (.6); email Mr. Martin regarding ▮▮▮▮ (.2); email counsel to Sompo regarding ▮▮▮ (.2); attend conference call with Ms. Hanke, Mr. Sochurek, Ms. Klauck, Mr. Taylor, and Ms. Green (.6); review and revise draft responsive letter ▮▮▮▮ (.9); email Ms. Rosenberg related to ▮▮▮▮ (.4); review summary ▮▮▮▮ (.4); attend call with Mr. Martin regarding ▮▮▮▮ (.3); review memorandum related to ▮▮▮▮ (.5); consider ▮▮▮▮ (.6). | 5.30 | $4,107.50 |
| 03/17/21 | Wesley Dutton | Attend call with Ms. Green concerning ▮▮▮▮ (.2); research and analyze ▮▮▮▮ (.3). | 0.50 | $272.50 |
| 03/17/21 | Carla Green | Attend call with Mr. Dutton to discuss ▮▮▮▮ (.2); attend conference call with Mr. Azer, Ms. Hanke, Mr. Sochurek, Ms. Klauck and Mr. Taylor to discuss ▮▮▮▮ (.6); email Mr. Taylor regarding ▮▮▮▮ (.2); review and analyze ▮▮▮▮ (2.3); continue analysis of ▮▮▮▮ (1.6); email Mr. Sochurek regarding ▮▮▮▮ (.2); continue drafting responses ▮▮▮▮ (1.0). | 6.10 | $3,965.00 |
| 03/17/21 | Richard Kanowitz | Review and analyze ▮▮▮▮ | 0.80 | No Charge |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 18 of 29

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|------|-----------|-------------|-------|--------|
| 03/17/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Mr. Andolina, Mr. Whittman, Mr. Linder and Mr. Azer (.3); attend post-conference call with Mr. Azer (.q1); review e-mail from Mr. McGowan regarding █████ (.2); attend call with Mr. Azer regarding █████ (.3); review █████ (.1). | 1.00 | $995.00 |
| 03/17/21 | Mike Stoner | Review and respond █████ (.2); attend to final revisions █████ (.3); send letter to Ms. Gallagher █████. (.1). | 0.60 | $405.00 |
| 03/18/21 | Adrian Azer | Attend call with coverage counsel to Sompo (.3); attend call with Ms. Rosenberg regarding █████ (.2); review █████ (.5); email White and Case regarding same (.2); review prior emails related to █████ (.2); attend conference call with Ms. Hanke and counsel █████ (.4); continue to review and comment on █████ (1.2); email team regarding same (.2); review comments by Mr. Stoner and Ms. Green regarding same and incorporate same (.4); attend call with Mr. Martin regarding same and revise █████ (.6); attend conference call with Bates White regarding █████ (.2); attend conference call with Ms. Lauria regarding █████ (.2); email Mr. Andolina regarding █████ (.3); draft emails related to █████ (.4); attend call with Mr. Martin regarding same (.3). | 5.60 | $4,340.00 |
| 03/18/21 | Wesley Dutton | Research █████; revise █████ memo █████ (3.5); draft email to Ms. Green █████ (.2). | 3.70 | $2,016.50 |
| 03/18/21 | Carla Green | Review and analyze █████ (1.0); provide comments and suggested revisions for same (1.2); review comments from Mr. Stoner regarding same (.3); review █████ memo (.8); provide revisions and comments to same (1.0); correspondence with Mr. Ziemianski regarding █████ (.2); review and analyze █████ (.7); continue responses █████ (1.0). | 5.20 | $3,380.00 |
| 03/18/21 | Ernest Martin, Jr. | Review █████ (.2); review and revise █████t (.6); attend call with Mr. Azer to discuss same (.6); telephone call with Mr. Celentino regarding █████ (.2); prepare e-mail to Mr. McGowan regarding same (.1); review █████ (.9); attend call with Mr. Azer regarding █████ (.3); prepare e-mail to Mr. Celentino regarding █████ (.1). | 3.00 | $2,985.00 |
| 03/18/21 | Benjamin Schindler | Email Mr. Stoner and Ms. Green regarding response █████ █████ | 0.30 | $135.00 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 19 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/18/21 | Mike Stoner | Call with Mr. Celentino, Ms. Hanke, and Mr. Azer regarding ██████ ████████. | 0.40 | $270.00 |
| 03/19/21 | Adrian Azer | Attend conference call with Mr. McGowan, Mr. Martin, Ms. Lauria, Mr. Andolina, and Mr. Linder (.5); attend conference call with Mr. Stoner, Ms. Hanke Mr. Taylor and Ms. Klauck regarding ████████ ████████ (.5); attend conference call with Ms. Hanke, Ms. Klauck, Ms. Green and Mr. Stoner regarding ██████ (.7); attend conference call with Mr. Stoner and Ms. Green regarding ██████ (.3); attend conferences call with Mr. Stoner and Ms. Green regarding ████████ (.5); prepare for weekly call with the insurers, including ██████ (.3); email Mr. Andolina and Mr. Linder regarding same (.2); attend weekly call with the insurers (1.0); attend post-conference call with Mr. Martin regarding same (.2); draft, review and revise ████████ (.6); attend conference call with counsel ██████ regarding ████████ (.2); attend conference call with Mr. Andolina regarding same (.1); attend conference call with Mr. Martin regarding same (.3); draft email ████████████ (.3); attend conference call with Ms. Lauria, Mr. Andolina, Mr. Martin and Mr. Gallagher (.8); review and revise draft ████████ (.6); email Mr. Stoner and Ms. Green regarding same (.2); attend conference call with Mr. Martin regarding ██████ (.5). | 7.80 | $6,045.00 |
| 03/19/21 | Wesley Dutton | Draft responses to letters ████████████ (2.5); revise ████████ memo ████████ (1.4); draft email to Ms. Green attaching a revised draft ████████ (.2). | 4.10 | $2,234.50 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 20 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/19/21 | Carla Green | Attend weekly insurer call (1.0); email Sompo counsel regarding ██████ (.2); review and send documents ██████ (.4);email Mr. Binggeli regarding ██████ (.2); email Mr. Schindler regarding ██████ (.2); email Mr. Dutton regarding ██████ (.3); email Mr. Azer regarding ██████ (.2); email Mr. Taylor regarding same (.2); continue review and analysis ██████ (1.0); email Mr. Wadley regarding same (.2); update ██████ (.6); continue revisions ██████ (.8); email Mr. Stoner regarding ██████ (.2); review and revise ██████ prepared by Mr. Stoner (1.0); email Mr. Azer and Mr. Stoner regarding ██████ (.2); email Ms. Klauck regarding ██████ (.2); review and revise Mr. Stoner's ██████ (.4); email Mr. Stoner regarding ██████ (.2); attend conference call with Mr. Azer, Ms. Hanke, Ms. Klauck, and Mr. Stoner regarding ██████ (.7); attend conference call with Mr. Azer and Mr. Stoner regarding ██████ (.3); attend conference call with Mr. Azer Mr. Stoner regarding ██████ (.5). | 9.00 | $5,850.00 |
| 03/19/21 | Ernest Martin, Jr. | Participate in weekly calls with Mr. McGowan, Ms. Lauria, Mr. Andolina, and Mr. Azer (.5); review ██████ (.8); participate in call with insurers (1.0); attend call with Mr. Azer regarding same (.2); communication with Mr. Azer regarding ██████ (.3); attend telephone call with Mr. Andolina, Ms. Lauria, Mr. Gallagher and Mr. Azer to discuss ██████ (.8); attend call with Mr. Azer regarding same (.5). | 4.10 | $4,079.50 |
| 03/19/21 | Mike Stoner | Respond to Mr. Sochurek email ██████ (.3); attend conference call with Mr. Azer, Ms. Hanke, Mr. Taylor and Ms. Klauck ██████ (.5); work on preparing first draft ██████ (3.5); attend conference call with Mr. Azer, Ms. Hanke, Ms. Klauck, and Ms. Green regarding ██████ (.7); conference with Mr. Azer and Ms. Green regarding ██████ (.5); continue working ██████ (1.2); prepare email to Ms. Klauck concerning ██████ (.1); attend conference call with Mr. Azer and Ms. Green concerning ██████ (.3); review Mr. Plevin email concerning ██████ (.1); prepare email to Ms. Green concerning ██████ (.2); review ██████ (.3); update ██████ (1.2). | 9.10 | $6,142.50 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 21 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/20/21 | Adrian Azer | Review █████████████ (.6); review █████████ and provide comments to same (3.4); attend conference call with Ms. Green regarding ██████████ (.2); attend conference call with Mr. Stoner, Ms. Green, and Mr. Martin regarding ████████████ (1.2); attend telephone call with Mr. Martin regarding ██████████████ (.1); attend call with Mr. Martin and Mr. Stoner regarding ███████ (.3); attend call with Mr. Stoner concerning ███████████████ (.4); review and revise ███████████████████ (.5). | 6.70 | $5,192.50 |
| 03/20/21 | Wesley Dutton | Research and analyze ██████████ (.8); research and analyze ████████████ (.9); draft email to Ms. Green and Mr. Stoner ████ (.4). | 2.10 | $1,144.50 |
| 03/20/21 | Carla Green | Attend conference call with Mr. Stoner ██████████ (.2); conference call with Mr. Azer to discuss ████████ (.2); attend conference call with Mr. Martin, Mr. Azer and Mr. Stoner to discuss ██████████ (1.2); provide comments and revisions ████████ (.3); draft ███████ letter (1.0); review ██████████████ (.5); draft ██████ letter (1.0); review ████████ (.4); review and analyze ███████████ (.8); draft ████████ letter (1.0); review ████████████ (.5); email Mr. Stoner regarding ██████████ (.5); email Mr. Evans and Ms. Murray regarding ██████████ (.2); incorporate suggested revisions █████████ (.4); email Mr. Azer regarding ███████████ (.3); email Mr. Sochurek regarding same (.2); email Mr. Dutton regarding ███████ (.2); email Mr. Martin regarding ███████ (.3); revise ██████████ (.3). | 9.50 | $6,175.00 |
| 03/20/21 | Ernest Martin, Jr. | Review and revise d██████████ (1.0); attend conference call with Mr. Azer, Mr. Stoner and Ms. Green regarding ███████████ (1.2); review ██████████ (.1); review and revise ████████ (.9); telephone call with Mr. Azer regarding ████████ (.1); attend call with Mr. Azer and Mr. Stoner regarding █████████ (.3). | 3.60 | $3,582.00 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 22 of 29

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 03/20/21 | Mike Stoner | Analyze ███████████ (.2); prepare email to Mr. Azer concerning █████ (.1); prepare revisions █████ (.2); attend conference call with Ms. Green regarding █████ (.2); prepare email to Mr. Martin ██████████ (.2); edit and revise draft █████ (.5); prepare email to Ms. Green cocnerning ██████ (.1); continue with edits and revisions ████████ (.2); analyze ██████ (.3); Attend conference call with Mr. Martin, Mr. Azer and Ms. Green to discuss █████ (1.2); work on drafting █████ (.8) continue working on revisions █████ (1.4); attend call with Mr. Azer concerning █████ (.4); review █████ (.3) work on chart regarding █████ (.3); attend conference call with Mr. Martin and Mr. Azer regarding █████ (.3); continue working on final revisions █████. (1.7). | 8.70 | $5,872.50 |
| 03/21/21 | Adrian Azer | Attend conference call with Mr. Martin regarding █████ (.6); attend conference call with Mr. Martin, Mr. Stoner, and Ms. Green regarding █████ (.5); attend conference call with KCIC regarding █████ (.4); attend call with Mr. Evans (Bates White) regarding █████ (.6); attend conference call with counsel to the TCC (J. Schulman) regarding █████ (.5); attend call with Mr. Andolina regarding same (.1); attend conference call with Mr. Martin regarding same (.5). | 3.20 | $2,480.00 |
| 03/21/21 | Carla Green | Attend conference call with Mr. Martin, Mr. Azer and Mr. Stoner to discuss █████ (.5); attend conference call with Mr. Azer, Mr. Stoner, Ms. Hanke and Ms. Klauck regarding █████ (.4); email Mr. Sochurek regarding █████ (.2). | 1.10 | $715.00 |
| 03/21/21 | Ernest Martin, Jr. | Telephone call with Mr. Gallagher, Ms. Lauria, and Mr. Andolina to discuss █████ (.8); discussion with Mr. Azer regarding same (.6); discussion with Mr. Azer, Ms. Green, and Mr. Stoner regarding same (.5); telephone call with Mr. Evans, Mr. Andolina and Mr. Azer to discuss █████ (.6); discussion with Mr. Azer regarding same (.1); prepare e-mail to Mr. Gallagher (.2); review revised versions of █████ (.3); discussion with Mr. Azer regarding █████ (.5). | 3.60 | $3,582.00 |
| 03/21/21 | Benjamin Schindler | Email Mr. Stoner and Ms. Green regarding █████. | 0.40 | $180.00 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 23 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/21/21 | Mike Stoner | Prepare email to Mr. Martin regarding ███████ (.1); conference call with Mr. Martin, Mr. Azer, and Ms. Green concerning ███████ (.5); attend conference call with Mr. Azer, Ms. Green, Ms. Hanke, and Ms. Klauck concerning ███████. (.4); work on ███████ (.4); prepare email to Mr. Martin regarding insurer chart (.1); prepare draft email to Mr. Gallagher concerning ███████ (.3); attend to issues ███████. (.2). | 2.00 | $1,350.00 |
| 03/22/21 | Adrian Azer | Attend conference call with Mr. McGowan, Mr. Martin, Ms. Lauria, Mr. Andolina, and Mr. Linder (.6); review email from Ms. Hanke regarding ███████ (.2); attend conference call with Mr. Stoner and Ms. Green regarding ███████ (.2); email with Mr. Whittman regarding ███████ (.2); begin to review ███████ (.7). | 1.80 | $1,395.00 |
| 03/22/21 | Carla Green | Attend conference call with Mr. Schindler to discuss ███████ (.3); attend conference call with Mr. Azer and Mr. Stoner to discuss ███████ (.2); continue revisions to ███████ (1.3); review ███████ (.3); email Mr. Stoner to discuss ███████ (.2); review updated ███████ (.2); email Mr. Schindler regarding ███████ (.3); email Mr. Dutton regarding ███████ (.3); begin review and analyze ███████ (1.4). | 4.50 | $2,925.00 |
| 03/22/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (.6); review e-mail from Mr. McGowan regarding ███████ (.1); attend telephone call with Mr. Terrell regarding same (.2). | 0.90 | $895.50 |
| 03/22/21 | Benjamin Schindler | Review of response f███████ and discussion of same with Ms. Green (.5); attend call with Ms. Green discussing ███████ (.3); draft response ███████ (.8). | 1.60 | $720.00 |
| 03/22/21 | Mike Stoner | Attend to emails concerning ███████ (.5); review emails from Ms.Klauck and Ms. Hanke regarding ███████ (.1); attend call with Ms. Green and Mr. Azer concerning ███████ (.2); review updated ███████ (.3). | 1.10 | $742.50 |
| 03/23/21 | Adrian Azer | Continue to review ███████ (.2). | 0.20 | $155.00 |
| 03/23/21 | Wesley Dutton | Draft ███████ | 2.80 | $1,526.00 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 24 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/23/21 | Carla Green | Email Mr. Binggelie regarding ████████ (.2); email Mr. Smethurst regarding same (.2); continue review and analysis ████████ (1.5); review and analyze ████████ (.3); review multiple correspondence ████████ (.5). | 2.70 | $1,755.00 |
| 03/23/21 | Ernest Martin, Jr. | Review email from Mr. Chookaszian regarding ████████ (.1); email Mr. Azer, Ms. Green and Mr. Stoner regarding ████████ (.1); email with Mr. Stoner regarding ████████ (.2). | 0.30 | $298.50 |
| 03/23/21 | Mike Stoner | Further analysis regarding ████████ (1.4); prepare update to Mr. Azer concerning ████ (1.3); work on preparing ████████ (1.8); attend to emails with KCIC regarding ████████ s (.3); prepare email to Mr. Martin regarding ████████ (.2). | 5.00 | $3,375.00 |
| 03/24/21 | Adrian Azer | Attend conference call with Mr. McGowan, Mr. Martin, Ms. Lauria, Mr. Andolina, and Mr. Linder (.5); review ████████ (.3); attend conference call with Mr. Stoner and Ms. Green regarding ████████ (.5); attend conference call with Mr. Martin, Ms. Lauria, Mr. Andolina, and Mr. Linder regarding ████ (.7); review email related ████████ and respond to Ms. Rosenberg (.3); attend call with J. Schulman regarding ████████ (.2); attend call with Mr. Martin regarding same (.2); attend call with Mr. Whittman regarding ████████ (.2); review draft ████████ (.4). | 3.30 | $2,557.50 |
| 03/24/21 | Wesley Dutton | Draft ████████ | 6.80 | $3,706.00 |
| 03/24/21 | Carla Green | Attend conference call with Mr. Stoner and Mr. Azer to discuss ████ (.5); attend conference call with Mr. Stoner, Mr. Sochurek, Ms. Klauck and Mr. Taylor to discuss ████████ (.4); attend conference call with Mr. Stoner to discuss ████████ (1.7); review and analyze ████████ AIG letter received from Mr. Dutton (.8); email Mr. Dutton regarding same (.2); begin draft of ████████ 1.3); email Mr. Azer regarding same (.2); email Mr. Schindler regarding ████████ (.2); review and analyze ████████ (.9); review and analyze ████████ (.4). | 6.90 | $4,485.00 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 25 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/24/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Mr. Andolina, Mr. Linder, Mr. Whittman, Mr. Azer and Ms. Lauria (.5); attend call with Mr. Azer regarding same (.1); participate in call ████████████ to discuss ██████ (.9); review e-mail from Ms. Schuler regarding ██████████ and reply to same (.3); attend call with Mr. Azer regarding call ██████ (.2); prepare e-mail to Mr. Gallagher regarding ████ (.1); email Ms. Lauria regarding same (.1); attend telephone call with Ms. Lauria, Mr. Andolina, Mr. Linder and Mr. Azer to discuss ██████ (.7); participate in call ██████ (1.3). | 4.20 | $4,179.00 |
| 03/24/21 | Mike Stoner | Review ██████ memo (.2); attend conference call with Mr. Azer and Ms. Green concerning ██████ (.5); prepare email to Mr. Martin concerning ██████ (.1); attend conference call with Ms. Hanke, Mr. Sochurek, Ms. Klauck, and Ms. Green concerning ██████ (.4); review ██████ (.1); analyze ██████ (2.1); Attend conference call with Ms. Green concerning ██████ (1.7). | 5.10 | $3,442.50 |
| 03/25/21 | Adrian Azer | Attend conference call with Mr. McGowan, Mr. Andolina, Ms. Lauria, Mr. Whittman and Mr. Martin (.5) ; review ██████ (.3); review ██████ (.2); review emails related to same (.1); review emails related ██████ (.2); attend conference call with Ms. Green regarding ██████ (.1); attend call with Mr. Martin regarding ██████ (.1). | 1.50 | $1,162.50 |
| 03/25/21 | Wesley Dutton | Email Ms. Green regarding ██████ (.2); email Ms. Green regarding ██████ (.1); email Ms. Green ██████ (.4). | 0.70 | $381.50 |
| 03/25/21 | Carla Green | Email Ms. Boelter regarding ██████ (.1); attend conference call with Mr. Azer regarding same (.1); email insurers regarding ██████ (.1); continue review and revision ██████ (.7); email Mr. Dutton regarding same (.2); review ██████ (.4); email Mr. Sochurek regarding ██████ (.2); review s██████ (.2); email Mr. Dutton regarding same (.2); finalize ██████ (1.6); email Mr. Stoner regarding same (.1); revise ██████ (.2); email Mr. Azer regarding ██████ (.1). | 4.20 | $2,730.00 |
| 03/25/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Mr. Andolina, Ms. Lauria, Mr. Whittman and Mr. Azer (.5); review ██████ (.1); prepare e-mail to Ms. Lauria regarding same (.1); telephone call with Mr. Gallagher and Mr. Azer (.3); attend call with Mr. Azer regarding same (.1); review ██████ (.1); participate in call with ██████ (.5). | 1.70 | $1,691.50 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 26 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/25/21 | Benjamin Schindler | Draft response letter ███████████████████ ████████s. | 3.80 | $1,710.00 |
| 03/25/21 | Mike Stoner | Review and provide comments to Ms. Green concerning ███████ ███████████████ | 0.30 | $202.50 |
| 03/26/21 | Adrian Azer | Review response to counsel to Zurich (.2); email Mr. Stoner regarding same (.1); review ████████████████ (.2); attend conference call with Mr. Martin regarding same (.1); email Mr. Martin regarding ████████████████ (.2); attend call with counsel to the TCC (J. Schulman) regarding ██████████ (.1); review ███████████████ (.4); emails Mr. Andolina and Mr. Martin regarding same (.2). | 1.50 | $1,162.50 |
| 03/26/21 | Carla Green | Review and revise letter █████████████ (.8); review and analyze ██████████ (.2); email Mr. Schindler regarding same (.2); email Mr. Smethurst and Mr. Binggeli regarding ████ (.3). | 1.50 | $975.00 |
| 03/26/21 | Ernest Martin, Jr. | Attemd call with Mr. Azer regarding █████████ (.1); review ████████████ (.1); prepare e-mail to insurers regarding same (.1); review e-mail from Mr. Andolina regarding ████████████ and reply to same (.1). | 0.40 | $398.00 |
| 03/26/21 | Benjamin Schindler | Discussion with Ms. Green regarding ███████ (0.1); revise response letter ███████████████ (1.1). | 1.20 | $540.00 |
| 03/26/21 | Mike Stoner | Attend to matters regarding ████████ (.3); review ████████ (.2); work on response ████████████ (.3); prepare email to Mr. Martin concerning ████████████ (.1). | 0.90 | $607.50 |
| 03/27/21 | Wesley Dutton | Draft responses to letters ████████████████ ████████████████████████████████ (7.2); draft emails to Ms. Green ████████████████████ (.2). | 7.40 | $4,033.00 |
| 03/27/21 | Carla Green | Begin review and revision to letters ██████████ █████████████. | 1.60 | $1,040.00 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 27 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/28/21 | Adrian Azer | Email KCIC regarding ██████████████████████ (.4); review spreadsheets related to ██████ (.2); review strategy email prepared by Ms. Green and Mr. Stoner (.4); draft, review and revise email to T. Gallagher regarding ████████ (.3); prepare for global mediation with insurers, ████████ (.3); prepare for conference with Mr. Martin, Mr. Stoner, and Ms. Green regarding ████████ (.3); attend conference call with Mr. Martin, Mr. Stoner, and Mr. Green regarding same (1.0); review email from Mr. Martin regarding ████████ (.3). | 3.20 | $2,480.00 |
| 03/28/21 | Carla Green | Attend conference call with Mr. Martin, Mr. Azer and Mr. Stoner to discuss ████████ (1.0); continue review and revisions ████████ (.8); email Mr. Azer regarding same (.2); review ████████ (.5). | 2.50 | $1,625.00 |
| 03/28/21 | Ernest Martin, Jr. | Review e-mail from Ms. Hanke and Mr. Azer regarding ████████ (.2); attend telephone call with Mr. Azer, Ms. Green, and Mr. Stoner to discuss ████████ (1.0); prepare e-mail to Mr. Gallagher regarding ████████ (.1); review and revise e-mail to Ms. Lauria and Mr. Andolina regarding ████████ (.4). | 1.70 | $1,691.50 |
| 03/28/21 | Mike Stoner | Review an attend to emails relating to ████████ (.3); attend conference call with Mr. Martin, Mr. Azer, and Ms. Green concerning ████████ (1.0). | 1.30 | $877.50 |
| 03/29/21 | Adrian Azer | Prepare for mediation session, including meetings with White and Case and Mr. Martin (5.7); attend conference call with Ms. Green, Mr. Stoner, Ms. Hanke, Ms. Klauck and Mr. Taylor to discuss ████████ s (.6); email Ms. Rosenberg regarding ████████ (.2). | 6.50 | $5,037.50 |
| 03/29/21 | Carla Green | Attend conference call with Mr. Azer, Mr. Stoner, Ms. Hanke, Ms. Klauck and Mr. Taylor to discuss ████████ (.6). | 0.60 | $390.00 |
| 03/29/21 | Ernest Martin, Jr. | Review ████████ (.3); travel to Miami for mediation sessions (2.5); meet with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman and mediators at White and Case (3.4); review ████████ (.1); review email from Mr. Wadley regarding ████████ ; review updated schedule from mediators (.1). | 6.40 | $6,368.00 |
| 03/29/21 | Mike Stoner | Review ████████ (.1); attend conference call with Mr. Azer, Ms. Green, Ms. Hanke, Ms. Klauck and Mr. Taylor to discuss ████████ (.6); prepare email to Mr. Martin ████████ (.1). | 0.80 | $540.00 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 28 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/30/21 | Adrian Azer | Attend conference call with Ms. Green, Ms. Klauck, Mr. Taylor and Ms. Hanke to discuss █████████ (.2); attend mediation session, including multiple meetings with mediators and various insurers (10); conference with KCIC regarding █████████ (.2); review █████████ (.3); confer with Ms. Green and Mr. Stoner regarding █████████ (.7); email counsel █████████ (.2). | 11.60 | $8,990.00 |
| 03/30/21 | Carla Green | Attend conference call with Mr. Azer, Ms. Klauck, Mr. Taylor and Ms. Hanke to discuss █████████ (.2); attend conference call with Mr. Stoner to discuss █████████ (.2); attend conference call with Mr. Azer and Mr. Stoner to discuss █████████ (.7); revise and finalize █████████ (.6); review and analyze █████████ (.5); review and revise █████████ (.4); revise and finalize █████████ (.6); review and revise █████████ (.3); revise and finalize █████████ (.5); review and revise █████████ (.4); email Mr. Stoner regarding █████████ (.5); conduct final review █████████ (.5); review and analyze █████████ (.8); review and analyze █████████ (.5). | 7.20 | $4,680.00 |
| 03/30/21 | Ernest Martin, Jr. | Attend and participate in mediation of matter in Miami, Florida. | 10.50 | $10,447.50 |
| 03/30/21 | Kimberly Morzak | On-line research █████████ | 0.40 | $168.00 |
| 03/30/21 | Benjamin Schindler | Review █████████ and correspondence regarding same (.3); review █████████ (.5). | 0.80 | $360.00 |
| 03/30/21 | Mike Stoner | Attend to emails regarding █████████ (.1); work on finalizing █████████ (.3); work on finalizing █████████ (.4); work on finalizing █████████ (.2); work on finalizing █████████ (.2); attend to matters regarding █████████ (.4); work on finalizing █████████ (.2); work on finalizing █████████ (.2); work on finalizing █████████ (.3); work on finalizing █████████ (.2); work on finalizing █████████ (.2); work on finalizing █████████ (.4); work on finalizing █████████ (.3); work on finalizing █████████ (.3); attend to matters regarding █████████ (.1); review email █████████ (.1); ); attend conference call with Ms. Green to discuss █████████ (.2); attend conference call with Mr. Azer and Ms. Green regarding █████████ (.7); review letter to Jeff Schulman regarding █████████ (.2); prepare email to Mr. Azer regarding █████████ (.1). | 5.40 | $3,645.00 |

Invoice Number: 21476989
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 29 of 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/31/21 | Adrian Azer | Attend conference with Mr. Martin in preparation for mediation session (.5); attend mediation session (8.3); attend post-conference with Mr. Stoner and Ms. Green (.3). | 9.10 | $7,052.50 |
| 03/31/21 | Carla Green | Review and analyze ███████████ (.5); correspondence with Mr. Azer regarding same (.2); correspondence with Ms. Tuffey regarding ███████████ (.2); collect documents for production (.4); conference with Mr. Azer and Mr. Stoner to discuss ███████ (.3). | 1.60 | $1,040.00 |
| 03/31/21 | Ernest Martin, Jr. | Attend conference call with Mr. Azer in preparation for mediation session (.5); attend mediation in Miami (10.2). | 10.70 | $10,646.50 |
| 03/31/21 | Mike Stoner | Review emails relating to ███████ (.1); review emails and policies relating to ███████ (.3); prepare email to Ms. Green regarding ███████ (.2); review emails relating to ███████ (.2); attend conference call regarding ███████ (.3). | 1.10 | $742.50 |

**Total Fees** $373,071.50

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 131.60 | $775.00 | $101,990.00 |
| Ernest Martin, Jr. | Partner | 78.20 | $995.00 | $77,809.00 |
| Richard Kanowitz | Partner | 2.10 | $0.00 | $0.00 |
| Richard Kanowitz | Partner | 0.30 | $1,150.00 | $345.00 |
| Benjamin Schindler | Associate | 15.10 | $450.00 | $6,795.00 |
| Carla Green | Associate | 136.00 | $650.00 | $88,400.00 |
| David Staab | Associate | 12.10 | $0.00 | $0.00 |
| Mike Stoner | Associate | 83.50 | $675.00 | $56,362.50 |
| Wesley Dutton | Associate | 75.60 | $545.00 | $41,202.00 |
| Kimberly Morzak | Paralegal | 0.40 | $420.00 | $168.00 |

**Total Professional Summary** $373,071.50

**Total Fees, Expenses and Charges** $373,071.50

**Total Amount Due** USD $373,071.50

# haynes*boone*

Invoice Number: 21476990
Invoice Date:  April 22, 2021
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  March 31, 2021*

| | |
|---|---|
| Total Fees | $3,461.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$3,461.50** |
| **Total Invoice Balance Due** | **USD  $3,461.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21476990**  ●  Client Number **0020234.00029**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21476990
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 2 of 2

*For Professional Services Through  March 31, 2021*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/03/21 | Adrian Azer | Attend conference call with client regarding ███ (.3); review materials ████ (.3); email with RSUI ███████ (.2). | 0.80 | $620.00 |
| 03/12/21 | Adrian Azer | Email insurers regarding ████████ (.3); email client regarding same (.2). | 0.50 | $387.50 |
| 03/15/21 | Adrian Azer | Prepare for conference ████ (.2); attend conference call with ███ (.2). | 0.40 | $310.00 |
| 03/15/21 | Brittany Parks | Attend conference call with Mr. Azer, ████████ | 0.20 | $129.00 |
| 03/22/21 | Adrian Azer | Attend call with counsel to RSUI ████ (.2); email client regarding same (.1). | 0.30 | $232.50 |
| 03/25/21 | Adrian Azer | Review spreadsheets ████████ (.4); attend call with counsel ████████ (.4); attend post-conference call with Mr. Zirkman regarding same (.2). | 1.00 | $775.00 |
| 03/31/21 | Adrian Azer | Attend conference call with counsel to RSUI (.6); attend conference call with client (.4); review and analyze ████████ (.3). | 1.30 | $1,007.50 |

| | | | | |
|---|---|---|---|---|
| **Total Fees** | | | | **$3,461.50** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Adrian Azer | Partner | 4.30 | $775.00 | $3,332.50 |
| Brittany Parks | Associate | 0.20 | $645.00 | $129.00 |
| **Total Professional Summary** | | | | **$3,461.50** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$3,461.50** |
| **Total Amount Due** | **USD $3,461.50** |

# haynesboone

Invoice Number: 21476991
Invoice Date:  April 22, 2021
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  March 31, 2021*

| | |
|---|---:|
| Total Fees | $12,440.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$12,440.50** |
| **Total Invoice Balance Due** | **USD  $12,440.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21476991** ● Client Number **0020234.00035** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21476991
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 2 of 3

*For Professional Services Through  March 31, 2021*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/21 | Carla Green | Email Ms. Stilz regarding finalizing of Fourth Interim Fee Application. | 0.20 | $130.00 |
| 03/02/21 | Denise A. Stilz | Continue to prepare Fourth Interim Application for Fees and Expenses. | 1.10 | $434.50 |
| 03/03/21 | Carla Green | Complete revisions to amended fee application (.5); attend conference call with Ms. Stilz regarding same (.2); email Ms. Stilz regarding same (.3); email Mr. Moates regarding same (.2); conduct final review of amended fee application (.8); email Mr. Moates regarding ▮▮▮▮▮ (.2). | 2.20 | $1,430.00 |
| 03/05/21 | Denise A. Stilz | Continue to prepare 4th Interim Application for Fees and Expenses. | 1.70 | $671.50 |
| 03/08/21 | Carla Green | Review ▮▮▮▮▮ Fourth Interim Fee Application (.4); correspondence with Ms. Stilz regarding same (.2); review ▮▮▮▮▮ (.5). | 1.10 | $715.00 |
| 03/08/21 | Denise A. Stilz | Continue to prepare Fourth Interim Application for Fees and Expenses. | 0.30 | $118.50 |
| 03/09/21 | Carla Green | Review certificate of no objection to 7th Fee application (.2). | 0.20 | $130.00 |
| 03/11/21 | Carla Green | Review of final draft of Fourth Interim Fee Application (1.0); email Ms. Stilz regarding same (.2); email Mr. Moates regarding ▮▮▮▮▮ (.3). | 1.50 | $975.00 |
| 03/12/21 | Carla Green | Conduct final revisions and comments to Fourth Quarterly Fee Application (.7); draft ▮▮▮▮▮ (.8); review and analyze ▮▮▮▮▮ (.8); draft summary ▮▮▮▮▮ (1.0). | 3.30 | $2,145.00 |
| 03/12/21 | Denise A. Stilz | Finalize Fourth Interim Application for Fees and Expenses. | 0.40 | $158.00 |
| 03/14/21 | Adrian Azer | Review and revise ▮▮▮▮▮ (.3); emails with Ms. Green regarding same (.1); attend conference call with Ms. Green regarding same (.1). | 0.50 | $387.50 |
| 03/14/21 | Carla Green | Attend conference call with Mr. Azer to discuss ▮▮▮▮▮ (.1); finalize Interim Fee Application with ▮▮▮▮▮ (.4); email Mr. Moates regarding filing (.2). | 0.70 | $455.00 |
| 03/15/21 | Adrian Azer | Review quarterly fee application (.2); confer with Ms. Green regarding ▮▮▮▮▮ (.1). | 0.30 | $232.50 |

Invoice Number: 21476991
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 3 of 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/15/21 | Carla Green | Email Ms. Stilz regarding finalization of Interim Fee Application (.5); attend call with Mr. Azer regarding revisions (.1); conduct final review and revisions to Interim Fee Application (.8); correspondence with Mr. Moates regarding filing of Interim Fee Application (.2). | 1.60 | $1,040.00 |
| 03/15/21 | Denise A. Stilz | Assist in finalizing Fourth Interim Fee Application. | 0.70 | $276.50 |
| 03/17/21 | Carla Green | Conduct final revisions to invoices for Fee Application. | 1.20 | $780.00 |
| 03/24/21 | Carla Green | Email Ms. Stilz regarding draft of fee application (.2). | 0.20 | $130.00 |
| 03/25/21 | Denise A. Stilz | Prepare 8th Monthly Application for Fees and Expenses, covering February. | 1.30 | $513.50 |
| 03/26/21 | Carla Green | Email accounting regarding revisions to invoices (.6); email Ms. Stilz regarding redaction of invoices for privilege (.2). | 0.80 | $520.00 |
| 03/26/21 | Denise A. Stilz | Begin redacting February invoices for privilege. | 0.40 | $158.00 |
| 03/29/21 | Carla Green | Email fee examiner and accounting regarding LEDES files. | 0.20 | $130.00 |
| 03/30/21 | Carla Green | Email Ms. Stilz regarding redaction of invoices for privilege (.2). | 0.20 | $130.00 |
| 03/31/21 | Carla Green | Email Ms. Stilz regarding redaction of invoices (.2); review and analyze same (1.0). | 1.20 | $780.00 |

**Total Fees**                                                                                      **$12,440.50**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 0.80 | $775.00 | $620.00 |
| Carla Green | Associate | 14.60 | $650.00 | $9,490.00 |
| Denise A. Stilz | Paralegal | 5.90 | $395.00 | $2,330.50 |

**Total Professional Summary**                                                   **$12,440.50**

**Total Fees, Expenses and Charges**                                                 **$12,440.50**

**Total Amount Due**                                                        **USD  $12,440.50**

# haynesboone

Invoice Number: 21476992
Invoice Date:  April 22, 2021
Matter Name: Non-Working Travel
Client/Matter Number: 0020234.00036
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  March 31, 2021*

| | |
|---|---:|
| Total Fees | $3,177.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$3,177.50** |
| **Total Invoice Balance Due** | **USD  $3,177.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21476992** ● Client Number **0020234.00036** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21476992
Matter Name: Non-Working Travel
Client/Matter Number: 0020234.00036
Billing Attorney: Ernest Martin, Jr.

April 22, 2021
Page 2 of 2

*For Professional Services Through  March 31, 2021*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/29/21 | Adrian Azer | Travel from Washington D.C. to Miami for global mediation process. | 4.10 | $3,177.50 |

| **Total Fees** | | | | **$3,177.50** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 4.10 | $775.00 | $3,177.50 |
| **Total Professional Summary** | | | | **$3,177.50** |

| **Total Fees, Expenses and Charges** | **$3,177.50** |
|---|---|
| **Total Amount Due** | **USD  $3,177.50** |

# haynesboone

Invoice Number: 21481623
Invoice Date:  May 25, 2021
Matter Name: BSA/National Surety Litigation
Client/Matter Number: 0020234.00021
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX  75015-2079

---

### REMITTANCE PAGE
*For Professional Services Through  April 30, 2021*

| | |
|---|---:|
| Total Fees | $1,440.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$1,440.00** |
| **Total Invoice Balance Due** | **USD  $1,440.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21481623** ● Client Number **0020234.00021** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21481623
Matter Name: BSA/National Surety Litigation
Client/Matter Number: 0020234.00021
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 2 of 2

*For Professional Services Through  April 30, 2021*

## Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/30/21 | Carla Green | Review notice from court regarding ███ (.2); email Mr. Martin and Mr. Azer regarding same (.2); email Mr. Schindler regarding ███ (.1) attend conference call with Mr. Schindler regarding same (.1); review ███ drafted by Mr. Schindler (.3). | 0.90 | $585.00 |
| 04/30/21 | Benjamin Schindler | Email Ms. Green and Mr. Azer regarding ███ (.3); attend conference call with Ms. Green discussing same (.1); draft notice to the court regarding same (.9); email with Ms. Green regarding same (.2); revised notice and emailk draft to Mr. Martin and Mr. Azer for review (.2); email Ms. Green regarding ███ (.2). | 1.90 | $855.00 |

**Total Fees**                                                                 **$1,440.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Benjamin Schindler | Associate | 1.90 | $450.00 | $855.00 |
| Carla Green | Associate | 0.90 | $650.00 | $585.00 |
| **Total Professional Summary** | | | | **$1,440.00** |

**Total Fees, Expenses and Charges**                                            **$1,440.00**

**Total Amount Due**                                                    **USD  $1,440.00**

# haynesboone

Invoice Number: 21481624
Invoice Date:  May 25, 2021
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**

*For Professional Services Through  April 30, 2021*

| | |
|---|---:|
| Total Fees | $315,390.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$315,390.50** |
| **Total Invoice Balance Due** | **USD  $315,390.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21481624**  ●  Client Number **0020234.00024**  ●  Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 2 of 26

*For Professional Services Through  April 30, 2021*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/01/21 | Adrian Azer | Attend conference call with Mr. Martin in preparation for third day of mediation (.5); attend third day of mediation (5.7). | 6.20 | $4,805.00 |
| 04/01/21 | Carla Green | Email insurers regarding ███████ (.1); analyze and draft ███████ (1.8); review and analyze ███████ (1.5); email Mr. Azer regarding same (.2); review and analyze correspondence ███████ (.3); email Mr. Azer regarding same (.2); review and analyze ███████ (.9). | 5.00 | $3,250.00 |
| 04/01/21 | Ernest Martin, Jr. | Attend and participate in Boy Scouts mediation in Miami (6.0); return travel to Dallas (2.0). | 8.00 | $7,960.00 |
| 04/01/21 | Mike Stoner | Review emails relating to ███████ (.1); review email and attachment from Ms. Hanke regarding ███████ (.5); review memo from Ms. Green regarding ███████ (.2); email Ms. Green and Mr. Azer concerning ███████ (.1); email Mr. Azer and Ms. Green regarding ███████ (.1). | 0.90 | $607.50 |
| 04/02/21 | Adrian Azer | Attend conference call with Ms. Hanke, Ms. Klauck, Mr. Taylor, Ms. Green and Mr. Stoner regarding f███████ (.7); attend conference call with Mr. Martin regarding ███████ (1.0); attend call with Ms. Green regarding ███████ (.2); review list ███████ (.2); attend conference call with Mr. Pasich and Mr. Schulman (counsel to the TCC) and Mr. Martin (.3); attend post-conference call with Mr. Martin (.3); attend ███████ meeting (1.6); attend conference call with Ms. Green and Mr. Stoner ███████ (.4). | 4.70 | $3,642.50 |
| 04/02/21 | Carla Green | Attend conference call with Mr. Azer to discuss ███████ (.2); attend conference call with Ms. Hanke, Ms. Klauck, Mr. Sochurek, Mr. Taylor, Mr. Azer, and Mr. Stoner to discuss ███████ (.7); attend conference call with Mr. Azer and Mr. Stoner to discuss ███████ (.4); email Mr. Stoner regarding same (.1); email Mr. Taylor regarding ███████ (.2); review and analyze same ███████ (.2); begin draft of insurer letter regarding ███████ (1.4); email Mr. Evans regarding same (.2); review and analyze ███████ (.8); email Mr. Wadley regarding ███████ (.2); review and analyze ███████ (1.0). | 5.40 | $3,510.00 |

Invoice Number: 21481624                                              May 25, 2021
Matter Name: General Insurance Matters                               Page 3 of 26
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/02/21 | Ernest Martin, Jr. | Review e-mail from Mr. McGowan to Bankruptcy Task Force regarding ███████ (.1); attend call with Mr. Azer regarding ██████████████ ████████ (1.0); attend telephone call with Mr. Pasich and Mr. Schulman (.4); attend call with Mr. Azer regarding same (.2); participate in call ███████████████ (1.6). | 3.30 | $3,283.50 |
| 04/02/21 | Benjamin Schindler | Review, analyze and summarize ██████████████████ (.7); email Mr. Stoner regarding same (.1). | 0.80 | $360.00 |
| 04/02/21 | Mike Stoner | Attend conference call with Ms. Hanke, Ms. Klauck, Mr. Sochurek, Mr. Taylor, Mr. Azer, and Ms. Green concerning ████████████ (.7); email Ms. Hanke concerning ███████████ (.1); review correspondence ████████████████ (.2); review emails relating to ███████ (.1); draft emails concerning █████████████ (.2); review redlines relating to ███████████ (.2); attend conference call with Mr. Azer and Ms. Green concerning ████████████████ (.4); analyze issues concerning ██████████ (.6). | 2.50 | $1,687.50 |
| 04/03/21 | Adrian Azer | Review revised █████████████████ and review and revise email to Mr. Martin regarding comments (1.4); attend call with Mr. Martin regarding same (.7); review emails from Mr. Andolina and team regarding ████████ (.2); attend call with Mr. Martin regarding same (.1); attend call with Mr. Martin regarding ████ █████████████ (.1); review email from Mr. Martin (.1). | 2.60 | $2,015.00 |
| 04/03/21 | Ernest Martin, Jr. | Review e-mail from Mr. McGowan regarding ███████████ (.2); review ████████████████ (.5); attend call with Mr. Azer regarding ██████████ (.1); attend call with Mr. Azer regarding ████████████ (.7); prepare e-mail to Ms. Lauria, Mr. Andolina, and Mr. Linder regarding same (.2); review █████████████████ (.2); review Mr. McGowan's draft ████████ (.1); review █████████████ (.1); review e-mails from Mr. Andolina regarding ████████ (.1); attend call with Mr. Azer regarding same (.1); prepare e-mail to Mr. Andolina regarding ████ (.2). | 2.50 | $2,487.50 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 4 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 04/05/21 | Adrian Azer | Attend conference call with Mr. McGowan, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin (.); attend mediation session regarding ███ (.4); attend post-conference with Mr. Martin (.1); attend conference call with Ms. Rosenberg regarding ███ (.2); email counsel ███ (.2); attend mediation session ███ (.5); attend mediation session ███ (1.0); email counsel to Chubb regarding ███ (.1); review requirements ███ and emails with team regarding same (.2); attend conference call with Mr. Schulman and Mr. Nasitir (.5); email White and Case regarding ███ (.3); attend call with Ms. Kutz regarding same (.2). | 4.10 | $3,177.50 |
| 04/05/21 | Carla Green | Email Ms. Richardson to discuss ███ (.2); continue drafting insurer letter regarding ███ (1.0); email Mr. Azer regarding same (.2); review and analyze ███ (.8); email Mr. Azer regarding ███ (.2); review and analyze ███ (.3); review and strategize ███ (.4). | 3.10 | $2,015.00 |
| 04/05/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Whittman, and Mr. Azer (.4); attend post-conference call with Mr. Azer (.1); participate in call with Ms. Lauria, Mr. Andolina, Mr. Whittman, Mr. Azer, Mr. Gallagher, and Mr. Carey regarding ███ (.4); discussion with Mr. Azer regarding same (.2); participate in ███ (.7); participate in ███ (1.1); discussion with Mr. Azer regarding same (.1); participate in call ███ (2.2). | 5.20 | $5,174.00 |
| 04/05/21 | Mike Stoner | Work on draft email to Mr. Azer concerning ███ | 0.40 | $270.00 |
| 04/06/21 | Adrian Azer | Prepare for conference with ORIC regarding ███ (.4); attend conference call with ORIC, Mr. Andolina, and Mr. Linder regarding same (.7); review email from Mr. Boone regarding ███ and respond to same (.2); attend conference call with Mr. Martin regarding ███ (.3); review and comment on ███ (.5); review comments from Mr. Martin (.2); attend conference call with Mr. Linder and Mr. Martin regarding ███ (.4); attend conference calls with Ms. Lauria, Mr. Linder, and other White and Case team regarding ███ (.6); attend post-conference call with Mr. Martin regarding same (.4); email Ms. Green regarding ███ (.2); attend call with Ms. Green regarding same (.1). | 4.00 | $3,100.00 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 5 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/06/21 | Carla Green | Attend conference call with Mr. Azer, Mr. Linder, Mr. Boone and Ms. Baccash regarding ███████████████ (.3); review and revise ███████████ (1.7); continue draft of insurer letter regarding ██████████ 2.2); email Mr. Azer to discuss █████ (.5); review and analyze ████████ (.5); attend call with Mr. Azer regarding ███████ (.1). | 5.30 | $3,445.00 |
| 04/06/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding ████████ (.3); review Bates White's ███████████ (.3); attend call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Mullin, Mr. Evans, Mr. Bates, Mr. Whittman and Mr. Azer to discuss ███████ (.7); review and revise ███████ (.6); attend call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman and Mr. Azer to discuss ████████ (.6); attend call with Mr. Azer regarding same (.4); review and revise ██████████ (1.5); attend call with Mr. Andolina regarding ██████ (.2). | 4.60 | $4,577.00 |
| 04/06/21 | Mike Stoner | Further analysis regarding ███████ (1.9); edit and revise email to Mr. Azer concerning ███████ (.9); prepare draft email concerning ███████ (.6). | 3.40 | $2,295.00 |
| 04/07/21 | Adrian Azer | Review comments of Mr. Martin and Mr. Linder to █████ and incorporate additional comments (.8); attend conference call with Mr. McGowan, Mr. Andolina, Ms. Lauria, Mr. Linder, Mr. Martin, and Mr. Whittman (1.0); attend conference call with Mr. Andolina, Ms. Lauria, Mr. Linder, Mr. Martin, and counsel ████ (.5); attend conference call with Mr. Martin regarding ███████ (.8); attend conference call with Mr. Martin ████ (.3); attend conference call with Mr. O'Neill and Mr. Tuvia regarding ████ (.3); attend mediation session regarding ████ (.4); review ████ (.7); begin to review draft letter ████ (.4); email client and Mr. Stoner regarding ████ (.3). | 5.50 | $4,262.50 |
| 04/07/21 | Carla Green | Attend conference call with Ms. Hanke, Ms. Klauck and Mr. Taylor to discuss ████████ (.4); continue draft of letter ████ ███████ (2.3); email Mr. Azer regarding same (.3); review and analyze ████ ███████ (.8); review ████████ (.4). | 4.20 | $2,730.00 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 6 of 26

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 04/07/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (1.0); attend telephone call with Mr. Ruggeri, Mr. Ankers, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer to discuss ███████ (.5); attend call with Mr. Azer regarding ███████ (.3); participate in ███████ (1.7); review revisions ███████ ███████ (.2); participate in call with mediators, Ms. Lauria, Mr. Linder and Mr. Whittman (.5); attend call with Mr. Azer regarding ███████ (.8); review e-mail from Mr. Whittman and Ms. Lauria regarding ███████ (.1). | 5.10 | $5,074.50 |
| 04/07/21 | Mike Stoner | Prepare emails to Mr. Azer and Ms. Green concerning ███████ ███████. | 0.40 | $270.00 |
| 04/08/21 | Adrian Azer | Review materials related to ███████ (.2); attend conference call with Ms. Kutz regarding same (.2); attend conference call with Ms. Kutz, Mr. Sochurek, and Mr. Stoner regarding ███████ (.4); attend conference call with Ms. Green and Mr. Stoner regarding ███████ (.3); attend conference call with Ms. Green to discuss ███████ (.2); attend conference call with Ms. Green to discuss ███████ (.2); attend conference call with Ms. Green to discuss ███████ (.1); attend conference call with Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Martin regarding ███████ (.4); attend mediation session (1.0); continue to review and revise draft letter ███████ (.5); review email from counsel ███████ and email with Mr. Stoner regarding same (.2); review letter ███████ (.2); review response to counsel ███████ (.3). | 4.20 | $3,255.00 |
| 04/08/21 | Carla Green | Attend conference call with Mr. Azer and Mr. Stoner regarding ███████ (.3); attend conference call with Mr. Martin to discuss ███████ (.1); attend conference call with Mr. Azer to discuss ███████ (.2); attend conference call with Mr. Azer to discuss ███████ (.2); attend conference call with Mr. Azer to discuss ███████ (.1); attend conference call with Mr. Martin regarding ███████ (.1); continue to review and revise ███████ (.7); email Ms. Klauck regarding ███████ (.2); review and analyze ███████ (1.7); email Mr. Linder regarding ███████ (.2); email Mr. McGowan regarding ███████ (.2); address email response from Mr. McGowan (.2); review and incorporate revisions ███████ (.9); email Mr. Martin and Mr. Andolina regarding ███████ (.4); revise ███████ (.8); finalize and send ███████ (.8); email insurers ███████ (.2); email White & Case regarding ███████ (.1). | 7.40 | $4,810.00 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 7 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/08/21 | Ernest Martin, Jr. | Review and revise letter ███████ (.3); prepare e-mail to Mr. McGowan, Ms. Lauria, and Mr. Andolina regarding same (.1); review revised ███████ (.2); review agenda ███████ (.1); attend telephone call with Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Azer regarding ███████ (.4); attend call with Ms. Green regarding ███████ (.1); review ███████ (.2); participate in call with Mr. Gallagher and Coalition (.7); attend call with Mr. Azer regarding same (.1); participate in ███████ (1.6); discussion with Ms. Green regarding ███████ (.1); telephone call with Mr. Andolina regarding ███████ (.1); review e-mail from Mr. Plevin (.1). | 4.10 | $4,079.50 |
| 04/08/21 | Mike Stoner | Attend conference call with Ms. Kutz and Mr. Sochurek concerning ███████ (.4); attend conference call with Mr. Azer and Ms. Green concerning ███████ (.3); review ███████ (.9); analyze ███████ (2.6). | 4.20 | $2,835.00 |
| 04/09/21 | Adrian Azer | Review and revise ███████ (.7); review v ███████ and provide comments (.9); attend call with Mr. O'Neal regarding same (.2); attend call with Ms. Green and Mr. Martin regarding ███████ (.2); attend call with Mr. Martin regarding ███████ (.1). | 2.10 | $1,627.50 |
| 04/09/21 | Carla Green | Email insurers regarding ███████ (.1); review and analyze ███████ (.7); review and revise ███████ (.8); review and analyze ███████ (.6); email KCIC regarding ███████ (.2); review and analyze ███████ (.5); attend conference call with Mr. Martin to discuss ███████ (.2); revise ███████ (.6); email insurers regarding ███████ (.2); email Ms. Turffey regarding ███████ (.1); review and analyze ███████ (.2); email Mr. Martin regarding same (.1); continue review and analysis ███████ (1.8); email Mr. Azer regarding same (.2); review, analyze and comment on ███████ (1.3); review and analyze ███████ (.3); attend conference call with Mr. Azer and Mr. Martin to discuss ███████ (.2). | 8.10 | $5,265.00 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 8 of 26

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 04/09/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Whittman (.5); participate in call with Mr. Gallagher, Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Whittman regarding ███████ (.3); review and revise ███████ (.6); participate in follow up call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Ms. Richardson, and Mr. Whittman (.6); review and revise ███████ (1.0); attend call with Ms. Green and Mr. Azer regarding same (.2); attend conference call with Ms. Green to discuss ███████ (.2); participate in call with Ms. Lauria, Mr. Andolina, Mr. Linder and Mr. Whittman to discuss ███████ (.3); review letter from Mr. Ruggeri (.1); attend call with Mr. Azer regarding ███████ (.1); review e-mail from Mr. Schiavoni and Ms. Lauria regarding ███████ (.1). | 4.00 | $3,980.00 |
| 04/09/21 | Mike Stoner | Participate in ███████ (1.0); analyze ███████ (2.1); analyze ███████ (.4). | 3.50 | $2,362.50 |
| 04/10/21 | Adrian Azer | Review letters from insurers ███████ (.5); attend call with Mr. Martin regarding ███████ (.5); review and revise ███████ (.3); attend conference call L. Baccash, R. Boone, and A. Lattner regarding ███████ (.3); attend call with Mr. Martin to discuss ███████ (.2). | 1.80 | $1,395.00 |
| 04/10/21 | Ernest Martin, Jr. | Review revised ███████ (.7); attend call with Mr. Azer regarding same (.5); attend telephone call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, Mr. Finn, Mr. Carey, and Mr. Gallagher (.7); attend call with Mr. Azer regarding same (.2); review letter from Mr. Schiavoni (.1); review letter from Mr. Christian (.1); review analysis ███████ (.2). | 2.50 | $2,487.50 |
| 04/11/21 | Adrian Azer | Review ███████ and email to Mr. Martin ███████ (.4); review ███████ (.9); review ███████ attend mediation session ███████ (1.9); attend conference call with Mr. Martin regarding ███████ (.1); draft, review and revise ███████ (.4); review presentation ███████ (.3); attend ███████ meeting (1.5); attend call with Mr. Martin regarding ███████ (.1); attend conference calls with Ms. Lauria, Mr. Andolina, Mr. Linder and Mr. Martin regarding ███████ (.6); attend call with Mr. Martin regarding ███████ (.5); attend conference call with K. Quinn regarding ███████ (.3); attend conference call with Mr. Linder regarding same (.2); attend conference call with Mr. Martin regarding ███████ (.3). | 7.20 | $5,580.00 |
| 04/11/21 | Carla Green | Review and analyze ███████ (.3); email Mr. Azer and Mr. Martin regarding same (.1). | 0.40 | $260.00 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 9 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/11/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding revisions ███████ (.1); participate in mediation session with Coaltion members, Mr. Carey, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (1.9); participate in ████ call with Ms. Lauria, Mr, Andolina, Mr. Linder and Mr. Azer (.6); attend call with with Mr. Azer regarding same (.5); review ████████████████ (.2); prepare e-mail to Ms. Lauria regarding same (.2); review revised ██████████████ (.4); participate in call ███████ (1.5); discussion with Mr. Azer regarding same (.1); review e-mail from Mr. Schiavoni (.1); review draft (.2); attend call with Mr. Azer regarding ███████████ (.3). | 6.10 | $6,069.50 |
| 04/12/21 | Adrian Azer | Attend conference call with Ms. Lauria, Mr. Linder, Mr. Martin, Mr. Abbott, and Mr. Remming regarding ██████████████ (.7); attend conference call with Mr. Nasatir and Mr. Schulman (.1); attend call with Ms. Green regarding ████████████████ (.2); attend call with Mr. Stoner regarding █████ (.2); review █████████████ (.5); review email from S. McGowan regarding █████████ (.2); attend call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Martin and local counsel regarding hearing (.5); attend post-conference call with Mr. Martin (.2); review final versions ██████████████████████ (1.1); email team regarding ██████████████ (.6). | 4.30 | $3,332.50 |
| 04/12/21 | Carla Green | Email Mr. Sochurek regarding ████████████████ (.2); review documents for same (.3); attend conference call with Mr. Azer to discuss ████████████ (.2); review and analyze ████████████████ (.8); draft outline ████████ (1.2); review, analyze and provide comments ██████████ (1.8); review, analyze and provide comment ██████████ (2.4); draft summary ██████████ (1.0). | 7.90 | $5,135.00 |
| 04/12/21 | Ernest Martin, Jr. | Review e-mail from Mr. McGowan ████████████ (.1); attend call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer to discuss █████████████ (.7); attend Bankruptcy Court Status conference (1.0); attend telephone call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Remming, Ms. Warner, Ms. Rosenberg, Ms. Baccash, Mr. Abbott, Mr. Whittman, and Mr. Azer regarding ██████████████ (.5); attend post conference call with Mr. Azer (.2); review revised ██████████ (.4). | 3.90 | $3,880.50 |
| 04/12/21 | Mike Stoner | Attend call with Mr. Azer concerning █████████ (.2); analyze ██████████ (.5); prepare update ██████████████ (.2). | 0.90 | $607.50 |

Invoice Number: 21481624                                                                                    May 25, 2021
Matter Name: General Insurance Matters                                                                      Page 10 of 26
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/13/21 | Adrian Azer | Attend mediation session related to ███████████████████ ██████ (.5); attend post-conference call with Mr. Martin (.2); continue to review and comment on ████████████████████████████████ ██████████████████████████████, and review of various revisions from all (3.4); review revised ████████████████ (.4); attend conference call with Mr. Linder, Ms. Green, and Ms. Warner to discuss ████████████████ (.2); attend conference with Ms. Green to discuss ████████ (.1); attend conference call with Ms. Green, Mr. Linder, Ms. Baccash, Mr. Whittman, and Ms. Warner to discuss ████████████████████ (.2); attend conference call with Ms. Green, Mr. Linder, Ms. Baccash, Mr. Whitman, Ms. Warner and Ms. Boelter to discuss ████████████████████ (.6); attend mediation session ████████████████████ (.5); attend post-conference call with Mr. Martin regarding same (.2); respond to email from counsel to Zurich regarding ████████ ████████ (.2). | 6.50 | $5,037.50 |
| 04/13/21 | Carla Green | Attend conference call with Mr. Linder, Mr. Azer and Ms. Warner to discuss ████████████████ (.2); attend conference call with Mr. Azer to discuss ████████████████ (.1); attend conference call with Mr. Azer, Mr. Linder, Ms. Baccash, Mr. Whittman, and Ms. Warner to discuss ████████████ (.2); attend conference call with Mr. Azer, Mr. Linder, Ms. Baccash, Mr. Whitman, Ms. Warner and Ms. Boelter to discuss ████████████████████ (.6); review and analyze ████████████████████ (1.4); draft summary ██ ████████████████████████ for Mr. Azer and Mr. Martin (.5); review and comment on ████████████████ (1.0); draft summary for Mr. Azer (.3); email Mr. Azer regarding same (.1). | 4.40 | $2,860.00 |
| 04/13/21 | Ernest Martin, Jr. | Attend telephonic mediation session with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, Mr. Finn, Mr. Gallagher, Mr. Carey, and Mr. Azer regarding ████████████████ (.5); attend call with Mr. Azer regarding same (.2); review e-mails from Mr. Andolina and Mr. Evans regarding ████ (.2); review summary ████████████ ████████ (.1); discussion with Mr. Azer regarding ████████████████████████ (.2); attend telephonic mediation session with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, Mr. Finn, Mr. Gallagher, Mr. Carey, Mr. Ruggeri, Mr. Anker, and Mr. Azer regarding ████████ (.5); attend call with Mr. Azer regarding same (.2); review revised Hartford ████████████ (.4); prepare e-mail to Ms. Lauria regarding ████████████ ████████████ (.1); prepare e-mail to Ms. Lauria and Mr. Andolina regarding same (.1); review and revise ████████████████ (.2). | 2.70 | $2,686.50 |
| 04/13/21 | Mike Stoner | Prepare email to Mr. Linder and Ms. Warner concerning ████████████ . | 0.20 | $135.00 |

Invoice Number: 21481624                                                                                                     May 25, 2021
Matter Name: General Insurance Matters                                                                                    Page 11 of 26
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/14/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Martin, and Mr. Whittman (.3); attend post-conference call with Mr. Martin (.1); review ██████████ and comment on same (.8); review emails related to ████████ ██████████ (.2); email Mr. Martin regarding same (.2); attend conference call ████████ ██████ (.9); attend conference call with Ms. Hanke, Mr. Sochurek, Ms. Klauck, and Ms. Green regarding ████████████ (.5); review mediator statement regarding ████████████ (.2); attend call with Mr. Linder and Ms. Lauria regarding ██████████ t (.3); draft, review and revise email to Mr. McGowan regarding ████████ (.4); attend call with Mr. Martin regarding same (.2); email KCIC regarding ████████ (.3); email Mr. Linder and client regarding ██████ (.3); email White and Case regarding ████████ (.4); attend call with Hartford's counsel regarding same (.3); review ████████ (.6); email White and Case team regarding same (.2); email Mr. McGowan regarding ████████ (.3); attend call with Mr. Martin regarding same (.2). | 6.70 | $5,192.50 |
| 04/14/21 | Carla Green | Attend conference call with Ms. Hanke, Mr. Sochurek, Mr. Taylor, Ms. Klauck, Mr. Stoner and Mr. Azer to discuss ████████ (.5); review and comment on ████████ (.8); review ████████ t (.6); email Mr. Sochurek regarding same (.3); email Ms. Hanke regarding ██████ (.2); review and analyze ████████ (.3); review and analyze ████████ (.3); draft ████████ (.7); review summary ████ (.6). | 4.30 | $2,795.00 |
| 04/14/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (.3); attend post-conference call with Mr. Azer (.1); review and revise ████████ (1.0); attend call with Mr. Azer regarding ████████ (.9); attend telephone call with Mr. McGowan (.2); attend telephone call with Ms. Lauria (.1); review revised ████ (.1); review ████████ (.1); review Ms. Lauria's ████ (.2); review e-mail from Mr. McGowan regarding ████████ (.1); attend call with Mr. Azer regarding ████ (.2); review e-mails from Mr. Linder, Ms. Lauria, Mr. Andolina, and Mr. Azer regarding ████ (.2); attend call with Mr. Azer regarding same (.2). | 3.70 | $3,681.50 |
| 04/14/21 | Mike Stoner | Attend conference call with Mr. Azer, Ms. Green, Ms. Hanke, Mr. Taylor, Ms. Klauk, and Mr. Sochurek concerning ████████ ████ . | 0.50 | $337.50 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 12 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/15/21 | Adrian Azer | Continue reviewing ███████ (2.7); attend call with White and Case team regarding same (.9); attend call with counsel ███ regarding same (.8); attend mediation session ███████ (1.8); Attend call with Mr. Ruggeri, Ms. Curtis, Mr. Anker, Mr. Weinberg, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Gallagher, and Mr. Martin to discuss ███ (.4); attend call with Mr. Martin regarding same (.1); attend call with Mr. Martin regarding ███ (.3); attend conference call with Ms. Green and Ms. Kutz to discuss ███ (.3); email Mr. Linder regarding ███ (.2); email Ms. Kutz regarding ███ (.4); attend call with Ms. Kutz regarding same (.2); respond to email from counsel ███ (.2). | 8.30 | $6,432.50 |
| 04/15/21 | Carla Green | Attend conference call with Mr. Azer and Ms. Kutz to discuss ███ (.3); email Mr. Wadley to discuss ███ (.2); email KCIC regarding ███ (.2); continue draft ███ (1.3); email Mr. Linder regarding same (.3); review and analyze ███ (.4); email Ms. Kutz regarding same (.3); email Mr. Wadley regarding same (.2); review ███ (.5); email Ms. Kutz regarding ███ (.2); begin review of same (1.0); review ███ (.6). | 5.50 | $3,575.00 |
| 04/15/21 | Ernest Martin, Jr. | Attend call with Mr. Ruggeri, Ms. Curtis, Mr. Anker, Mr. Weinberg, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Gallagher, and Mr. Azer to discuss ███ (.4); attend call with Mr. Azer regarding same (.1); review e-mails from Mr. McGowan and Mr. Moore regarding ███ (.1); review e-mail from Mr. Ruggeri regarding ███ (.1); review e-mail from Ms. Curtis regarding ███ (.1); attend call with FTI, Mr. McGowan, Mr. Andolina, and Mr. Linder to discuss ███ (.4); attend telephone call with Mr. Moore regarding ███ (.2); prepare e-mails to Mr. Moore and Mr. Ruggeri regarding same (.2); participate in ███ (1.8); attend call with Mr. Azer regarding ███ (.3); review various e-mails from Mr. Ruggeri, Mr. Linder, and Mr. Azer regarding ███ (.1); prepare e-mail to Mr. McGowan regarding ███ (.1). | 3.90 | $3,880.50 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 13 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/16/21 | Adrian Azer | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin (.5); draft emails related to ███████ (.4); draft email related to ███████ (.7); draft email related to ███████ (.2); attend mediation session ███████ (.7); attend call with Mr. Martin regarding same (.5); attend call with Ms. Green to discuss ███████ (.1); attend call with Mr. Gallagher, Ms. Lauria, Mr. Andolina, Mr. Linder, Ms. Green, and Mr. Martin to discuss ███████ (.5); participate in call with Mr. Martin, Ms. Green, and Mr. Stoner to discuss ███████ (.4); attend conference call with Mr. Stoner and Ms. Green concerning ███████ (.4); review email ███████ (.4); attend mediation session ███████ (.5); draft follow-up email to team regarding same (.1); prepare for conference with counsel ███████ (.3); attend call with counsel ███████ (.5); email KCIC regarding ███████ (.3); email KCIC and Ms. Green regarding ███████ (.5); review follow-up emails related to ███████ (.2). | 7.20 | $5,580.00 |
| 04/16/21 | Carla Green | Attend conference call with Mr. Azer to discuss ███████ (.1); attend conference call with Mr. Azer and Mr. Stoner to discuss ███████ (.4); attend conference call with Mr. Azer, Mr. Martin, Mr. Andolina, Mr. Linder, Ms. Boelter and Mr. Gallagher to discuss ███████ (.5); attend conference call with Mr. Martin, Mr. Azer and Mr. Stoner to discuss ███████ (.4); email Mr. Linder regarding ███████ (.1); continue review and analysis of ███████ (.6); email Ms. Kutz regarding same (.2); draft summary ███████ (.3); email correspondence with Ms. Klauck regarding ███████ (.2); review ███████ (.3); email Ms. Kutz regarding ███████ (.1); email Ms. Kutz regarding ███████ (.3); email Ms. Klauck and Ms. Hanke regarding ███████ (.3); review email correspondence from Mr. Linder regarding ███████ (.3); continue draft of same (1.1); email Ms. Klauck regarding ███████ (.2); email Ms. Klauck regarding ███████ (.1); draft ███████ (1.5). | 7.50 | $4,875.00 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 14 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/16/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (.5); attend call with Mr. Azer regarding ███████ (.5); attend call with Mr. Gallagher, Ms. Lauria, Mr. Andolina, Mr. Linder, Ms. Green, and Mr. Azer to discuss ███████ (.5); participate in call with Mr. Azer, Ms. Green, and Mr. Stoner to discuss ███████ (.4). | 1.90 | $1,890.50 |
| 04/16/21 | Mike Stoner | Attend conference call with Mr. Azer and Ms. Green concerning ███████ (.4); review emails relating to ███████ (.1); review emails relating to ███████; attend conference call with Mr. Azer, Ms. Green, and Mr. Martin concerning ███████ (.4). | 1.00 | $675.00 |
| 04/17/21 | Ernest Martin, Jr. | Review e-mail from ███████ (.1). | 0.10 | $99.50 |
| 04/18/21 | Adrian Azer | Attend call with Mr. Dutton regarding ███████ (.2). | 0.20 | $155.00 |
| 04/18/21 | Wesley Dutton | Attend call with Mr. Azer to discuss ███████ (.2). | 0.20 | $109.00 |
| 04/19/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Martin, and Mr. Whittman (.4); review ███████ (.4); attend conference call with Mr. Stoner regarding same (.2); review follow-up emails regarding same (.1); attend conference call with Ms. Green regarding ███████ (.2); attend conference call with counsel to Chubb and Ms. Green regarding ███████ (.3); email Ms. Green and client regarding same (.4); review ███████ (.3); email Mr. Martin regarding same (.2); email Mr. Andolina and Mr. Linder regarding same (.1); email T. Gallagher regarding ███████ (.3). | 2.90 | $2,247.50 |
| 04/19/21 | Wesley Dutton | Review ███████ | 0.40 | $218.00 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 15 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/19/21 | Carla Green | Attend call with Mr. Azer regarding ███████ (.2); attend conference call with Mr. Azer and counsel ███████████ (.3); attend conference call with Ms. Kutz to discuss ███████ (.5); attend conference with Ms. Kutz to discuss ███████ (.2); email Mr. Azer regarding ███████ (.1); review and analyze ███████ (.4); email Ms. Kutz regarding same (.2); review and analyze ███████ (.4); email Ms. Kutz regarding same (.3); email Mr. Azer regarding same (.2); email White & Case regarding ███████ (.2); review and analyze ███████ (.3); review and analyze provided by Mr. Stoner (.4); review ███████ (.4). | 4.10 | $2,665.00 |
| 04/19/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGovern, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (.4); review ███████ (.1); review e-mails from Mr. Gallagher and Mr. Azer regarding ███████ (.1). | 0.60 | $597.00 |
| 04/19/21 | Mike Stoner | Prepare ███████ (1.2); attend call with Mr. Azer concerning ███████ (.2); prepare email to Mr. Martin concerning ███████ (.2); prepare email to Ms. Klauck concerning ███████ (.1). | 1.70 | $1,147.50 |
| 04/20/21 | Adrian Azer | Email White and Case team regarding ███████ (.2); review emails related to ███████ (.2); email Ms. Green regarding ███████ (.2); review ███████ (.2); email Mr. Stoner and Ms. Lauria regarding same (.1); attend conference call ███████ (1.1); attend conference call with counsel ███████, Mr. Andolina, and Ms. Green (.6); review ███████ (.2); begin to review ███████ (.7); review ███████ (.5); review emails from KCIC related to ███████ (.2); review email from Mr. Linder regarding ███████ (.3). | 4.50 | $3,487.50 |
| 04/20/21 | Wesley Dutton | Review ███████ (1); draft ███████ (.8). | 1.80 | $981.00 |
| 04/20/21 | Carla Green | Attend conference call ███████ (1.1); attend conference call with Mr. Azer, Mr. Andolina and ███████ regarding ███████ (.6); review ███████ (.5); email Ms. Kutz regarding ███████ (.2); review and analyze ███████; correspondence with White & Case regarding ███████ (.2). | 2.60 | $1,690.00 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 16 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/20/21 | Ernest Martin, Jr. | Review e-mail from Mr. Andolina and Mr. Abbott regarding ███████ (.1); review ██████████████ (.3); participate in mediation call ████████ (1.1); review e-mails from Mr. Linder, Mr. Schiavoni, and Mr. Smethurst regarding ██████████ (.1); review ███████████████ (.5); review e-mail from Mr. Linder regarding ███████████ (.1). | 2.20 | $2,189.00 |
| 04/20/21 | Mike Stoner | Prepare email to Ms. Kutz regarding █████████ (1.3); prepare email to Mr. Sochurek concerning ██████████ (.2); prepare email to Mr. Azer concerning ███████ (.1); attend weekly mediation sessions ██████████ (1.1); analyze ████████████ (.8) prepare additional email to Mr. Sochurek concerning ██████████████ (.1) | 3.60 | $2,430.00 |
| 04/21/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Martin (1.0); attend post-conference call with Mr. Martin (.1); review and respond to various emails from Mr. McGowan regarding ███████ (.7); attend call with Mr. Linder regarding ████████ (.1); review and analyze ████████████ .6); continue to review and revise ████████ (.3); attend conference call with Ms. Green regarding ████████ (.2); review email from ORIC █████████ (.2); attend conference call with Mr. Stoner regarding same and next steps (.2); prepare for conference with KCIC ████████████ (.4); attend conference call with Ms. Hanke, Ms. Klauck, Mr. Sochurek, Mr. Taylor, Ms. Green, and Mr. Stoner (.5); attend conference call with Mr. Martin regarding ████████ (.4); attend conference call with Mr. Andolina regarding same (.2); review █████████ (.3); review ████████ (.2); review email from Ms. Hanke regarding ████████ (.1); review emails between Mr. Linder and counsel ████████ (.3); emails with Mr. Linder and Ms. Lauria regarding ████████████ (.2); review emails between Ms. Kutz and Mr. Stoner regarding ████████ (.2). | 6.70 | $5,192.50 |
| 04/21/21 | Wesley Dutton | Search ████████████████ and compare ████████████ (3.5); draft outline ████████████ (1.7); draft email to Mr. Azer ████████ (.3). | 5.50 | $2,997.50 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 17 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/21/21 | Carla Green | Attend conference call with Mr. Azer to discuss ███████ ████ (.2); attend conference call with Mr. Azer, Mr. Stoner, Ms. Hanke, Ms. Klauck and Mr. Taylor to discuss ████ ████ (.5); email Ms. Kutz regarding ████ (.2); review and gather ████ (.5); continue drafting ████ (1.0); continue drafting ████ (.6). | 3.00 | $1,950.00 |
| 04/21/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (1.0); attend post-conference call with Mr. Azer (.1); prepare e-mail to Mr. McGowan regarding ████ ████ (.1); review e-mails from Mr. McGowan regarding same (.1); review letter from Chubb regarding ████ (.1); attend call with Mr. Azer regarding ████ (.4); review e-mail from Ms. Hanke regarding same (.1); review ████ (.1); participate in call ████ (1.0); review White & Case letter regarding ████ (.2). | 3.20 | $3,184.00 |
| 04/21/21 | Mike Stoner | Attend conference call with Mr. Azer regarding ████ (.2); participate in conference call with Mr. Azer, Ms. Green, Ms. Hanke, Ms. Klauck, Mr. Taylor, and Mr. Sochurek regarding ████ (.5); prepare email to Ms. Kutz concerning ████ (1.1); review emails regarding ████ (.2); review emails relating to ████ (.3). | 2.30 | $1,552.50 |
| 04/22/21 | Adrian Azer | Email Ms. Green and A&M regarding ████ (.4); attend call with Ms. Green regarding ████ (.2); review ████ (.7); attend conference call with Mr. Martin regarding ████ (.4); review letter ████ and email to team regarding same (.3); email White and Case regarding ████ (.3); email Mr. Linder regarding ████ (.1); review emails related to ████ (.2); review email from Mr. Stoner related to ████ (.3); review email from Mr. Call (.2); review ████ (.5); review email from Mr. Linder regarding same (.2); review letters from counsel ████ and emails from Mr. Andolina (.3). | 3.90 | $3,022.50 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 18 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/22/21 | Carla Green | Attend conference call Conference with Mr. Azer to discuss ███ (.2); attend conference call with Mr. Sochurek to discuss ███ (.1); email Mr. Sochurek to discuss ███ (.4); review and analyze ███ (.5); email Mr. Binggeli regarding same (.2); draft ███ (.5); begin drafting disclosure statement insert (1.2); email Ms. Kutz regarding ███ (.2); email Mr. Stoner regarding ███ (.2); email Mr. Azer regarding ███ (.2); review and analyze ███ (.4); email Mr. Schindler regarding same (.2); email Mr. Linder regarding ███ (.2); review and analyze ███ (.5). | 5.00 | $3,250.00 |
| 04/22/21 | Ernest Martin, Jr. | Review e-mails from Mr. Manning and Mr. Andolina regarding ███ and reply to same (.1); attend call with Mr. Azer regarding ███ (.4); attend telephone call with Mr. Ruggeri (.2); review e-mails from Mr. Schiavoni and Mr. Linder regarding ███ (.1); review ███ (.4). | 1.20 | $1,194.00 |
| 04/22/21 | Benjamin Schindler | Attend call with Ms. Green regarding ███ (.2); email correspondence regarding same (.3); review correspondence ███ (3.7). | 4.20 | $1,890.00 |
| 04/22/21 | Mike Stoner | Draft emails to Ms. Kutz concerning ███ (.2); draft email to Ms. Green regarding ███ (.1). | 0.30 | $202.50 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 19 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/23/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin (.5); attend post-conference call with Mr. Martin (.2); finalize ▮▮▮▮▮▮ and email to Mr. Gallagher regarding same (.5); prepare for weekly insurer call, ▮▮▮▮▮▮ (.4); review emails ▮▮▮▮▮▮ and emails with White and Case regarding same (.3); email counsel regarding same (.2); attend weekly insurer call (1.0); attend mediation ▮▮▮▮▮▮ (.7); draft follow-up emails to White and Case regarding ▮▮▮▮ (.3); email counsel ▮▮▮▮ (.2); review analysis regarding ▮▮▮▮ (.6); email Mr. Dutton regarding same (.1); attend call with Mr. Stoner and Ms. Green regarding ▮▮▮▮ (.3); attend conference call with Ms. Lauria, Mr. Andolina, Mr. Linder, Ms. Baccash, Mr. Abbott, Mr. Martin and Mr. Whittman regarding ▮▮▮▮ (.7); attend call with Mr. Martin regarding same (.1); review emails related to ▮▮▮▮ (.2); review emails related to ▮▮▮▮ (.1); review emails ▮▮▮▮ (.3); review ▮▮▮▮ (.4); attend conference call with Ms. Hanke, Ms. Klauk, Mr. Celentino, Mr. Stoner, Mr. Sochurek, and Mr. Butterworth concerning ▮▮▮▮ (.5). | 7.60 | $5,890.00 |
| 04/23/21 | Wesley Dutton | Review email chain ▮▮▮▮ (.2); email Mr. Azer to arrange a time to discuss ▮▮▮▮ (.1). | 0.30 | $163.50 |
| 04/23/21 | Carla Green | Attend conference call with Mr. Azer and Mr. Stoner to discuss ▮▮▮▮ (.3); email Mr. Stoner regarding ▮▮▮▮ s (.2); review and analyze ▮▮▮▮ (.4); email Ms. Kutz regarding ▮▮▮▮ (.2); continue drafting ▮▮▮▮ 4.5). | 5.60 | $3,640.00 |
| 04/23/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Azer and Mr. Whittman (.5); attend call with Mr. Azer regarding same (.2); prepare e-mail to Mr. Gallagher regarding ▮▮▮▮ (.2); participate in call ▮▮▮▮ (1.0); participate in call ▮▮▮▮ r (.5); attend telephone conference with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, Mr. Abbott and Mr. Azer to discuss ▮▮▮▮ (.7); attend call with Mr. Azer regarding same (.1); review ▮▮▮▮ (.3). | 3.50 | $3,482.50 |
| 04/23/21 | Mike Stoner | Attend conference call with Ms. Green and Azer concerning ▮▮▮▮ (.3); prepare email to Mr. Linder concerning ▮▮▮▮ (.2); draft ▮▮▮▮ (1.4); attend conference call with Ms. Hanke, Ms. Klauk, Mr. Celentino, Mr. Azer, Mr. Sochurek, and Mr. Butterworth concerning ▮▮▮▮ (.5). | 2.50 | $1,687.50 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 20 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/24/21 | Adrian Azer | Email White and Case regarding ███████████ (.2); prepare for conference with counsel ████████████ (.2); attend conference call ███████ (.5); draft, review and revise email to counsel ████████ (.2); attend post-conference with Mr. Martin regarding same (.2); review and revise ████████ (.4); attend conference call with Ms. Green and Mr. Schindler regarding same (.2); review draft outline ████████ (.2). | 2.10 | $1,627.50 |
| 04/24/21 | Carla Green | Attend conference call with Mr. Azer and Mr. Schindler to discuss ████ (.2); attend conference call with Mr. Schindler to discuss ████████ (.3); continue revisions ████████ (.8); email Mr. Schindler regarding same (.4); review and revise ████████ (.5). | 2.20 | $1,430.00 |
| 04/24/21 | Ernest Martin, Jr. | Review e-mails from Mr. Linder, Ms. Lauria and Mr. Whittman regarding ████████ y (.4); attend call with Mr. Azer regarding ████████ (.21); review e-mail from Mr. Andolina regarding ████████ (.1). | 0.70 | $696.50 |
| 04/24/21 | Benjamin Schindler | Attend call with Ms. Green and Mr. Azer (in part) regarding ████ (.5); revise ████ 1.6); draft ████████ (.4). | 2.50 | $1,125.00 |
| 04/25/21 | Adrian Azer | Continue to review and revise ████████ (.8); attend call with Mr. Martin regarding ████████ (.1); review and revise ████████ (.7); attend call with Ms. Green to discuss ████████ (.2); attend call with Ms. Green and Mr. Schindler regarding ████████ (.4); review and revise ████████ (.5); review ████████ (.3). | 3.00 | $2,325.00 |
| 04/25/21 | Carla Green | Attend conference call with Mr. Azer to discuss ████████ (.2); attend conference with Mr. Azer and Mr. Schindler to discuss ████████ (.4); attend conference with Mr. Schindler to discuss ████████ (.2); review and revise ████████ (.8); email Mr. Martin regarding same (.2); email Mr. Azer regarding same (.2); further revisions ████████ s (.5); email Mr. Martin and Mr. Azer regarding ████████ (.3). | 2.80 | $1,820.00 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 21 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/25/21 | Ernest Martin, Jr. | Review e-mails from Mr. McGowan regarding ████████ (.1); review and revise ████████████ (.4); attend call with Mr. Azer regarding same (.1); review draft ████████ (.5); review and revise ████████ (.2); review ████ (.2). | 1.50 | $1,492.50 |
| 04/25/21 | Benjamin Schindler | Draft ████████████ (2.5); email Ms. Green regarding same (.2); attend call with Ms. Green and Mr. Azer regarding same (0.4); attend call with Ms. Green discussing same (.2); revise ████████████ (1.8); email Mr. Azer and Ms. Green regarding same (.3); email HB counsel, co-counsel, and client regarding ████████ (.2). | 5.60 | $2,520.00 |
| 04/26/21 | Adrian Azer | Review ████████ (.3); review ████████ (.5); attend conference call with J. Schulman (coverage counsel to the TCC) (.1); analyze ████████ (.3); continue to review and analyze ████████ (.4); attend conference call with Mr. Dutton regarding same (.4); attend conference call with Mr. Martin regarding ████████ (.2); attend conference call with Mr. Stoner regarding ████████ (.3); attend follow-up conference call with Mr. Martin and Mr. Stoner regarding same (.4); review ████████ (.4); email KCIC regarding ████████ (.2); email KCIC regarding ████████ (.2); attend mediation session ████████ (1.2); attend conference call with N. Sochurek, V. Taylor, and W. Dutton regarding ████ t (.3); continue to review ████████ (.2); review ████████ (.5); review multiple emails ████████ (.4). | 6.30 | $4,882.50 |
| 04/26/21 | Wesley Dutton | Review ████████ in preparation for a call with Mr. Azer (.8); attend call with Mr. Azer to discuss ████████ (.4); draft ████████ (1.3); attend conference call with Mr. Azer, Mr. Sochurik, and Mr. Taylor to discuss ████████ (.3); compare ████████ (.4). | 3.20 | $1,744.00 |
| 04/26/21 | Carla Green | Email Ms. Kutz regarding ████████ (.2); upload all documents for same (.8); review and analyze ████████ (.5); review and analyze ████████ (.5); review and analyze ████████ (.3); review correspondence ████████ (.3). | 2.60 | $1,690.00 |

Invoice Number: 21481624                                          May 25, 2021
Matter Name: General Insurance Matters                            Page 22 of 26
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/26/21 | Ernest Martin, Jr. | Review and revise ███████████████████████ ██████████████ (.8); attend call with Mr. Azer regarding same (.2); attend call with Mr. Azer and Mr. Stoner regarding ████████████ ██████████████ (.4); participate in call with TCC, Coalition and Mr. Terrell of KCIC to discuss ████████████ (1.2). | 2.60 | $2,587.00 |
| 04/26/21 | Benjamin Schindler | Email Ms. Green and Mr. Azer regarding ████████████████. | 0.10 | $45.00 |
| 04/26/21 | Mike Stoner | Prepare email to Mr. Azer concerning ███████████ (.1); attend call with Mr. Azer regarding ███████ (.3); attend conference call with Mr. Azer and Mr. Martin concerning █████ ████████████████████████████████████ (.4); analyze ██████████████████████████████████ ██████ (.7). | 1.50 | $1,012.50 |
| 04/27/21 | Adrian Azer | Prepare for mediation session ████████████ (.3); attend mediation session ███████ (1.8); attend post-conference call with Mr. Martin (.3); review documents related to ████████████████████████ (.5); review letter ██████████ (.2); review request ████████ (.2); review ███████████████ (1.2); attend conference call with Mr. Martin regarding same (.3); attend conference call with Ms. Lauria, Mr. Evans, Mr. Whittman, Mr. Martin, Mr. Linder, and Mr. Andolina regarding ███████ (.4); prepare for conference ██████████ (.2); attend conference call with counsel ███████ and Mr. Dutton regarding same (.3); attend conference call with Mr. Stoner and Ms. Green regarding ████████████ (.3); review email from KCIC regarding ████████████ and email to White and Case team (.1); begin to review ███████ (.3); attend conference call with T. Gallagher regarding ████████ (.1); attend conference call with Mr. Linder regarding same (.1). | 6.50 | $5,037.50 |
| 04/27/21 | Wesley Dutton | Review ██████████████████████ (.2); attend call with Mr. Azer, Mr. Sullivan, and Ms. Kerns to discuss ███████ ████████████████ (.3). | 0.50 | $272.50 |
| 04/27/21 | Carla Green | Attend conference call with Mr. Azer and Mr. Stoner to discuss █████████ (.3); update ████████ (.4) and review █████████████ (1.3); review and analyze ██████████████████████ (1.4); draft ████████████████ (1.0); review email correspondence from Mr. Wadley regarding ███████████ (.3); respond to Mr. Wadley email ██████████████████ (.3). | 5.00 | $3,250.00 |
| 04/27/21 | Ernest Martin, Jr. | Participate in mediation █████ (1.8); attend call with Mr. Azer (.1); attend call with Mr. Azer regarding ███████████ (.3); participate in call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, Mr. Evans, and Ms. Murray regarding ██████ ██████████ (.6); attend call with Mr. Azer regarding same (.3). | 3.10 | $3,084.50 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 23 of 26

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/27/21 | Benjamin Schindler | Email Ms. Green regarding ▇▇▇▇▇▇ (.1). | 0.10 | $45.00 |
| 04/27/21 | Mike Stoner | Attend conference call with Mr. Azer and Ms. Green concerning ▇▇ (.3); draft memorandum ▇▇▇▇▇ (.7); draft memorandum ▇▇▇▇ (2.3); draft memorandum ▇▇▇ (1.2); draft memorandum to ▇▇ (.7); draft memorandum t ▇▇ (.8). | 6.00 | $4,050.00 |
| 04/28/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Martin, and Mr. Whittman (.6); review and revise memorandum ▇▇▇ (.8); draft, review and revise ▇▇▇ (.5); attend conference call with Ms. Green regarding ▇▇ (.4); draft, review and revise ▇▇ (.3); email Ms. Green regarding ▇▇ (.3); confer with Ms. Green regarding same (.2); attend conference call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Martin, and Mr. Whittman regarding ▇▇ (.4); attend post-conference call with Mr. Martin and Mr. Stoner ▇▇ (.4); coordinate mediation session ▇▇ (.3); review and revise ▇▇ (.4); review email from Ms. Kutz regarding ▇▇ (.1); review ▇▇ (.4). | 5.10 | $3,952.50 |
| 04/28/21 | Wesley Dutton | Attend call with Ms. Green regarding ▇▇ (.1); draft email to Ms. Green regarding ▇▇ (.1); research and analyze ▇▇ (2.1). | 2.30 | $1,253.50 |
| 04/28/21 | Carla Green | Attend conference call with Ms. Hanke, Mr. Sochurek, Ms. Klauck and Mr. Taylor regarding ▇▇ (.6); attend conference with Mr. Azer to discuss ▇▇ (.4); attend conference call with Mr. Dutton to discuss ▇▇ (.1); review and analyze ▇▇ (1.0); email Ms. Kutz regarding ▇▇ (.2); review and analyze ▇▇ (.6); begin drafting ▇▇ (2.2); email Mr. Azer regarding ▇▇ (.2); email Mr. Azer regarding ▇▇ (.3); correspondence with KCIC regarding ▇▇ (.2); email Ms. Kutz regarding same (.2); draft follow up email to Ms. Kutz regarding notices (.2); email ▇▇ (.2); review and analyze ▇▇ (1.2); continue drafting ▇▇ (.8); review correspondence ▇▇ (.3); email KCIC regarding same (.1). | 8.60 | $5,590.00 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 24 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/28/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman and Mr. Azer (.6); attend telephone call with Mr. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer regarding ██████████ (.4); attend follow-up call with Mr. Azer and Mr. Stoner regarding same (.4). | 1.40 | $1,393.00 |
| 04/28/21 | Mike Stoner | Edit and revise memorandum ████████████ ████ (.7); attend conference call with Mr. Andolina, Mr. Martin, Mr. Azer, Ms. Lauria, Mr. Whittman and Mr. Linder concerning ██ ████████ (.4); attend follow-up call with Mr. Azer and Mr. Martin regarding same (.4); prepare ████████████ (1.4); prepare email to Mr. Azer concerning ████ (.1); prepare email to Mr. Martin concerning ████ (.1); revise █████ (.7). | 3.80 | $2,565.00 |
| 04/29/21 | Adrian Azer | Prepare for conference with the Coalition regarding █████ ██████ (.4); attend call with Mr. Martin regarding same (.2); attend conference call with Coalition, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Stoner, and Mr. Martin (.8); attend post-conference call with Mr. Martin (.2); review email from counsel ████████ and respond to same (.2); review email from Ms. Green related to ████████ ██████████ (.2); attend conference call with Ms. Green regarding same (.3); review draft ███████████████ (.4); attend conference call with Ms. Hanke regarding ██████████ (.3); attend conference call with Mr. Martin ████████████ (.3); review ████████ and email Mr. Linder ████ (.1); continue to review regarding same (.8); review letter █████ ██████ (.3); review email from Ms. Hanke regarding ███████████ (.2); review email from Bates White ████ (.1). | 4.80 | $3,720.00 |
| 04/29/21 | Carla Green | Attend conference call with Mr. Azer to discuss ████████ (.3); attend conference call with Mr. Dutton to discuss ████████████ (.2); attend conference call with Ms. Kutz regarding ████████ (.3); attend conference call with Mr. Stoner to discuss █████ (.6); attend conference call with Ms. Kutz, Ms. Richardson and Ms. Jungers to discuss █████ (.3); continue response ████████ (1.3); review and analyze ████████ (.5); email Ms. Kutz regarding ████████ (.3); email Mr. Sochurek regarding ████ (.2); email Ms. Kutz regarding ████████ (.2); review and analyze ██████████ (.9); email Mr. Azer regarding ███████████ (.2). | 5.30 | $3,445.00 |

Invoice Number: 21481624                                    May 25, 2021
Matter Name: General Insurance Matters                      Page 25 of 26
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 04/29/21 | Ernest Martin, Jr. | Review e-mail from Mr. Linder regarding ███████████████; reply to same (.1); attend telephone call with Coalition and Mr. Gallagher, Ms. Lauria, Mr. Andolina, Mr. Stoner and Mr. Azer to discuss ████████ (.8); attend post-conference call with Mr. Azer (.2); attend call with Mr. Azer regarding ████████████████████ (.3). | 1.40 | $1,393.00 |
| 04/29/21 | Benjamin Schindler | Email Ms. Green regarding ██████████████████ (.1); review documents regarding same (.2). | 0.20 | $90.00 |
| 04/29/21 | Mike Stoner | Attend mediation call with Mr. Azer, Mr. Andolina, Ms. Lauria, Mr. Martin, Ms. Quinen, Mr. Le Chevalier, Mr. Atkinson, Mr. Gallagher, and Mr. Molton concerning ██████████ (.8); attend call with Ms. Green to discuss ██████████████ (.6); prepare email to Ms. Green concerning ███████████ (.1). | 1.50 | $1,012.50 |
| 04/30/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin (.6); review email ████████ and emails with White and Case regarding same (.2); email Ms. Green and Mr. Stoner regarding ████████ (.2); draft emails related to ████████ (.2); draft emails related to ████████ and respond to same (.2); attend weekly insurer call (.4); prepare for conference with the Coalition regarding ████████ (.3); attend call with Ms. Green regarding ████████ (.1); attend call with Mr. Stoner regarding ████████ (.1); attend mediation session with coverage counsel for the Coalition and FCR (.9); attend post-conference call with Mr. Martin (.4); prepare for conference with White and Case regarding ████ (.3); attend conference call with White and Case team and Ms. Green regarding ████ (.9); attend conference call with Ms. Green regarding same (.1); attend follow-up conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin (.6); attend post-conference call with Mr. Martin (.2); review ████████ (.4); attend conference call with Ms. Green and Mr. Stoner regarding same (.8); begin to review and revise ████████ (.3). | 7.40 | $5,735.00 |
| 04/30/21 | Carla Green | Attend conference call with Mr. Azer to discuss ████████ (.1); conference with Mr. Azer, Mr. Andolina and White & Case team to discuss ████████ (.9); attend post-conference call with Mr. Azer regarding same (.1); attend conference call with Mr. Azer and Mr. Stoner to discuss ████████ (.8); finalize draft o ████████ (1.8); review and analzye p ████████ (.8); continue review and analysis ████████ (2.0); draft summary ████████ (1.4); review and analyze same (.8); | 8.70 | $5,655.00 |

Invoice Number: 21481624
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 26 of 26

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/30/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman and Mr. Azer (.6); participate in update call ███████████ (.5); attend telephone call with Ms. Quinn, Mr. Chevallier, Ms. Hanke, Ms. Klauck, Mr. Stoner, and Mr. Azer regarding ████████████████ (.9); attend post-mediation call with Mr. Azer regarding same (.4); telephone call with Mr. McGowan, Mr. Mosby, Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Whittman to discuss ████████████ (.6); attend follow-up with Mr. Azer regarding same (.2). | 3.20 | $3,184.00 |
| 04/30/21 | Mike Stoner | Prepare email to Mr. Azer regarding ███████████ (.3); attend call with Mr. Azer concerning ███████ (.1); attend conference call with Mr. Azer, Ms. Quinn, Mr. Le Chevallier, Mr. Martin, Ms. Hanke, Ms. Klauck, and Ms. Jennings concerning ████████████ (.9); revise █████████████ (.5); attend conference call with Mr. Azer and Ms. Green concerning ████████ (.8). | 2.60 | $1,755.00 |

**Total Fees** $315,390.50

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 136.40 | $775.00 | $105,710.00 |
| Ernest Martin, Jr. | Partner | 86.20 | $995.00 | $85,769.00 |
| Benjamin Schindler | Associate | 13.50 | $450.00 | $6,075.00 |
| Carla Green | Associate | 124.00 | $650.00 | $80,600.00 |
| Mike Stoner | Associate | 43.70 | $675.00 | $29,497.50 |
| Wesley Dutton | Associate | 14.20 | $545.00 | $7,739.00 |

**Total Professional Summary** $315,390.50

**Total Fees, Expenses and Charges** $315,390.50

**Total Amount Due** USD $315,390.50

# haynesboone

Invoice Number: 21481625
Invoice Date:  May 25, 2021
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  April 30, 2021*

| | |
|---|---:|
| Total Fees | $3,565.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$3,565.00** |
| **Total Invoice Balance Due** | **USD  $3,565.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21481625** ● Client Number **0020234.00029** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21481625
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 2 of 2

*For Professional Services Through  April 30, 2021*

## Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/21 | Adrian Azer | Review email from counsel ███████████████ (.1); attend conference call with counsel ███████████ (.2). | 0.30 | $232.50 |
| 04/02/21 | Adrian Azer | Attend conference call with counsel ████████████████ (.1); attend conference call with Mr. Zirkman regarding ██████ (.2). | 0.30 | $232.50 |
| 04/06/21 | Adrian Azer | Attend conference call with Mr. McGowan regarding ████████████ . | 0.20 | $155.00 |
| 04/08/21 | Adrian Azer | Prepare for conference call with client regarding █████████ ███████ (.3); attend conference call with Mr. McGowan and Mr. Zirkman regarding same (.5); attend post-conference call with Mr. Zirkman (.2). | 1.00 | $775.00 |
| 04/12/21 | Adrian Azer | Attend call with J. Zirkman and Quinn Emmanuel regarding ██████ (.8); attend post-conference call with Mr. Zirkman regarding same (.2). | 1.00 | $775.00 |
| 04/20/21 | Adrian Azer | Review email from Quinn Emmanuel regarding █████████ ███████ . | 0.20 | $155.00 |
| 04/21/21 | Adrian Azer | Attend conference call with J. Zirkman (.2); conference with R. Kassabian and J. Zirkman (1.0); review email from Ms. Kassabian (.2). | 1.40 | $1,085.00 |
| 04/22/21 | Adrian Azer | Review email from R. Kassabian and respond to same (.2). | 0.20 | $155.00 |

**Total Fees**                                                                                             **$3,565.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 4.60 | $775.00 | $3,565.00 |
| **Total Professional Summary** | | | | **$3,565.00** |

**Total Fees, Expenses and Charges**                                                                       **$3,565.00**

**Total Amount Due**                                                                              **USD  $3,565.00**

# haynesboone

Invoice Number: 21481626
Invoice Date:  May 25, 2021
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  April 30, 2021*

| | |
|---|---|
| Total Fees | $9,049.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$9,049.00** |
| **Total Invoice Balance Due** | **USD  $9,049.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21481626** ● Client Number **0020234.00035** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21481626
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 2 of 3

*For Professional Services Through  April 30, 2021*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/05/21 | Wesley Dutton | Attend call with Ms. Green regarding ████████████ (.2); review and edit ████████████████████████████████ (.4). | 0.60 | $327.00 |
| 04/05/21 | Carla Green | Attend conference call with Mr. Dutton to discuss ████████ (.2); attend conference call with Mr. Moates to discuss ████████ (.2); review and revise ████████ (1.3); review and revise ████████ (.5); email Mr. McGovern to discuss ████████ (.1); draft summary for Mr. McGovern (.3). | 2.60 | $1,690.00 |
| 04/06/21 | Casey B McGovern | Review ████████ and revise accordingly. | 0.60 | $237.00 |
| 04/07/21 | Carla Green | Review and analyze 8th Monthly Fee Application in preparation for filing (1.0); review and analyze ████████ (1.0). | 2.00 | $1,300.00 |
| 04/08/21 | Adrian Azer | Review and revise 8th Fee Application. | 0.40 | $310.00 |
| 04/08/21 | Wesley Dutton | Review and edit ████████████████████. | 0.30 | $163.50 |
| 04/08/21 | Carla Green | Review ████████ and revisions on 8th Monthly Fee Application provided by Mr. Azer (.6); email accounting department regarding ████████████ (.2); revise accordingly (.2); email Mr. Azer regarding 8th fee app (.1). | 1.00 | $650.00 |
| 04/13/21 | Wesley Dutton | Review and edit ████████████████████████ (1.5); email Ms. Green attaching ████████ (.1). | 1.60 | $872.00 |
| 04/13/21 | Carla Green | Email Mr. Azer regarding ████████ (.2); email Mr. Dutton regarding same (.1); email accounting department to revise ████ (.1); review and revise ████ (.4); email Mr. McGovern regarding further revisions needed (.1); review ████ (.3); email Morris Nichols regarding ████████ (.2). | 1.40 | $910.00 |
| 04/13/21 | Casey B McGovern | Revise eighth monthly fee application. | 0.60 | $237.00 |
| 04/19/21 | Carla Green | Attend conference call with Mr. Azer to discuss ████████ (.2). | 0.20 | $130.00 |
| 04/21/21 | Carla Green | Email Mr. McGovern regarding ████████████ ████ (.2). | 0.20 | $130.00 |

Invoice Number: 21481626
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 3 of 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/26/21 | Carla Green | Begin review and analysis of 9th fee application; email with Mr. McGovern regarding same. | 1.20 | $780.00 |
| 04/26/21 | Casey B McGovern | Review and redact ███████████ (1.4); draft ninth monthly fee application (0.9). | 2.30 | $908.50 |
| 04/30/21 | Carla Green | Review fourth interim fee order (.2); email Mr. McGovern regarding same (.2); email Morris Nichols regarding same (.1.). | 0.50 | $325.00 |
| 04/30/21 | Casey B McGovern | Review ██████████████████ ██. | 0.20 | $79.00 |

**Total Fees**            **$9,049.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Adrian Azer | Partner | 0.40 | $775.00 | $310.00 |
| Carla Green | Associate | 9.10 | $650.00 | $5,915.00 |
| Wesley Dutton | Associate | 2.50 | $545.00 | $1,362.50 |
| Casey B McGovern | Paralegal | 3.70 | $395.00 | $1,461.50 |

**Total Professional Summary**      **$9,049.00**

**Total Fees, Expenses and Charges**      **$9,049.00**

**Total Amount Due**      **USD $9,049.00**

# haynesboone

Invoice Number: 21481627
Invoice Date:  May 25, 2021
Matter Name: Non-Working Travel
Client/Matter Number: 0020234.00036
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  April 30, 2021*

| | |
|---|---:|
| Total Fees | $3,177.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$3,177.50** |
| **Total Invoice Balance Due** | **USD  $3,177.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21481627** ● Client Number **0020234.00036** ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21481627
Matter Name: Non-Working Travel
Client/Matter Number: 0020234.00036
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 2 of 2

*For Professional Services Through  April 30, 2021*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/01/21 | Adrian Azer | Travel from Miami, Flolrida to Washington D.C., from mediation. | 4.10 | $3,177.50 |

| | | | | |
|--|--|--|--|--|
| **Total Fees** | | | | **$3,177.50** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 4.10 | $775.00 | $3,177.50 |
| **Total Professional Summary** | | | | **$3,177.50** |

| | |
|--|--|
| **Total Fees, Expenses and Charges** | **$3,177.50** |
| **Total Amount Due** | **USD  $3,177.50** |

# haynesboone

Invoice Number: 21481629
Invoice Date:  May 25, 2021
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX  75015-2079

---

## REMITTANCE PAGE

*For Professional Services Through  April 30, 2021*

| | |
|---|---|
| Total Fees | $298.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$298.50** |
| **Total Invoice Balance Due** | **USD  $298.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21481629** ● Client Number **0020234.00039** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21481629
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

May 25, 2021
Page 2 of 2

*For Professional Services Through  April 30, 2021*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/09/21 | Ernest Martin, Jr. | Attend telephone call with Mr. Moore regarding ███████ ███ . | 0.30 | $298.50 |

**Total Fees**                              **$298.50**

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Ernest Martin, Jr. | Partner | 0.30 | $995.00 | $298.50 |
| **Total Professional Summary** | | | | **$298.50** |

**Total Fees, Expenses and Charges**          **$298.50**

**Total Amount Due**          **USD  $298.50**