**Exhibit B**

**Expense Detail, March 1 – April 30, 2021**

# haynesboone

Invoice Number: 21476993
Invoice Date: April 22, 2021
Matter Name: Expenses
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  March 31, 2021*

| | |
|---|---|
| Total Fees | $0.00 |
| Total Expenses | $152.90 |
| **Total Fees, Expenses and Charges** | **$152.90** |
| **Total Invoice Balance Due** | **USD  $152.90** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21476993** ● Client Number **0020234.00038** ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

# haynesboone

Invoice Number: 21476993  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin, Jr.

April 22, 2021  
Page 2 of 2

*For Professional Services Through March 31, 2021*

## Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/28/21 | OTH | Lighthouse Document Technologies, Inc. - Other Expense | $141.00 |
| 03/08/21 | PSC | Pacer Service Center | $11.90 |
| **Total Expenses** | | | **$152.90** |

## Expenses Summary

| Description | Amount |
|---|---|
| Other Expense | $141.00 |
| Pacer Service Center | $11.90 |
| **Total Expenses** | **$152.90** |

**Total Fees, Expenses and Charges** — $152.90

**Total Amount Due** — USD $152.90

# haynesboone

Invoice Number: 21484683
Invoice Date:  June 17, 2021
Matter Name: Expenses
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  April 30, 2021*

| | |
|---|---|
| Total Fees | $0.00 |
| Total Expenses | $3,623.51 |
| **Total Fees, Expenses and Charges** | **$3,623.51** |
| **Total Invoice Balance Due** | **USD  $3,623.51** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21484683** ● Client Number **0020234.00038** ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21484683  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin, Jr.

June 17, 2021  
Page 2 of 3

*For Professional Services Through April 30, 2021*

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---:|
| 03/29/21 | TRV | Ernest Martin, Jr. - Travel Expense Airfare - Ernest Martin - To attend mediation | $253.64 |
| 03/29/21 | TRV | Ernest Martin, Jr. - Internet - Ernest Martin - To attend mediation | $16.00 |
| 03/29/21 | HTL | Ernest Martin, Jr. - Hotel Expense Lodging - Ernest Martin - To attend mediation | $380.86 |
| 03/29/21 | TRV | Ernest Martin, Jr. - Taxi - Ernest Martin - To attend mediation | $35.02 |
| 03/29/21 | HTL | Adrian Azer - Hotel Expense Lodging - Adrian Azer - Meeting with client in Miami, FL (3 nights) | $1,208.70 |
| 03/29/21 | TRV | Adrian Azer - Travel Expense Car Service - Adrian Azer - Meeting with client in Miami, FL | $35.57 |
| 03/29/21 | TRV | Adrian Azer - Travel Expense Car Service - Adrian Azer - Meeting with client in Miami, FL | $28.31 |
| 03/29/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Meeting with client in Miami, FL | $35.57 |
| 03/29/21 | TRV | Adrian Azer - Travel Expense Taxi - Adrian Azer - Meeting with client in Miami, FL | $28.31 |
| 03/30/21 | HTL | Ernest Martin, Jr. - Lodging - Ernest Martin - To attend mediation | $380.86 |
| 03/31/21 | HTL | Ernest Martin, Jr. - Lodging - Ernest Martin - To attend mediation | $380.86 |
| 03/31/21 | M&E | Adrian Azer - Meals and Entertainment Dinner - Adrian Azer - Meeting with client in Miami, FL | $33.87 |
| 04/01/21 | TRV | Ernest Martin, Jr. - Internet - Ernest Martin - To attend mediation | $19.00 |
| 04/01/21 | TRV | Ernest Martin, Jr. - Travel Expense Car Service - Ernest Martin - To attend mediation | $23.29 |
| 04/01/21 | TRV | Adrian Azer - Car Service - Adrian Azer - Meeting with client in Miami, FL | $30.00 |
| 04/02/21 | TRV | Ernest Martin, Jr. - Parking - Ernest Martin - To attend mediation | $96.00 |
| 04/04/21 | M&E | Adrian Azer - Meals and Entertainment Breakfast - Adrian Azer - Meeting with client in Miami, FL | $9.81 |
| 04/05/21 | SDL | Special Delivery Service, Inc. - BOY SCOUTS OF AMERICA - MAE MADDRAN | $77.86 |
| 04/26/21 | PSC | Pacer Service Center | $3.40 |
| 04/29/21 | TRV | Adrian Azer - Travel Expense Airfare - Adrian Azer - Meeting with client in Miami, FL | $405.58 |
| 04/30/21 | OTH | Lighthouse formerly Discovia - Other Expense | $141.00 |

**Total Expenses** $3,623.51

Invoice Number: 21484683  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin, Jr.

June 17, 2021  
Page 3 of 3

**Expenses Summary**

| **Description** | **Amount** |
|---|---|
| Travel Expense | $1,006.29 |
| Hotel Expense | $2,351.28 |
| Other Expense | $141.00 |
| Pacer Service Center | $3.40 |
| Special Delivery Courier Service | $77.86 |
| Meals and Entertainment | $43.68 |
| **Total Expenses** | **$3,623.51** |

**Total Fees, Expenses and Charges** $3,623.51

**Total Amount Due** USD $3,623.51