## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR
## BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

WHITE & CASE LLP
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whitecase.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
        aremming@morrisnichols.com
        emoats@morrisnichols.com
        ptopper@morrisnichols.com

*Attorneys for the Debtors and Debtors in Possession*

Dated: June 17, 2021
        Wilmington, Delaware

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

# TABLE OF CONTENTS

Article I. Definitions and Rules of Interpretation ...........................................................1

    A.    Definitions.................................................................................................1

    B.    Interpretation; Application of Definitions and Rules of Construction..................38

    C.    Reference to Monetary Figures........................................................................38

    D.    Consent Rights ...............................................................................................38

    E.    Controlling Document ....................................................................................39

Article II. Administrative Expense and Priority Claims .....................................................39

    A.    Administrative Expense Claims.......................................................................39

    B.    Priority Tax Claims.........................................................................................41

Article III. Classification and Treatment of Claims and Interests ...................................41

    A.    Classification of Claims and Interests.............................................................41

    B.    Treatment of Claims and Interests .................................................................42

    C.    Elimination of Vacant Classes .......................................................................50

    D.    Cramdown.....................................................................................................50

Article IV. Settlement Trust.............................................................................................50

    A.    Establishment of the Settlement Trust ...........................................................50

    B.    Purposes of the Settlement Trust ...................................................................50

    C.    Transfer of Claims to the Settlement Trust.....................................................51

    D.    Transfer of Settlement Trust Assets to the Settlement Trust .................................51

    E.    Settlement Trustee .........................................................................................53

    F.    Settlement Trust Advisory Committee ...........................................................53

    G.    Future Claimants' Representative ...................................................................53

    H.    Trust Distribution Procedures ........................................................................53

    I.    Settlement Trust Expenses .............................................................................53

    J.    Indemnification by Settlement Trust ..............................................................54

    K.    Investment Guidelines ...................................................................................54

    L.    Excess Settlement Trust Assets .....................................................................54

    M.    Document Agreement ....................................................................................54

    N.    Privileged Information ...................................................................................54

    O.    No Liability....................................................................................................55

    P.    U.S. Federal Income Tax Treatment of the Settlement Trust ...............................55

    Q.    Institution and Maintenance of Legal and Other Proceedings..............................55

    R.    Notation on Claims Register Regarding Abuse Claims........................................55

Article V. Means for Implementation of the Plan.........................................................................56

    A.    General..........................................................................................................................56

    B.    Operations of the Debtors between Confirmation and the Effective Date ............56

    C.    BSA Governance Documents ........................................................................................56

    D.    Continued Legal Existence of BSA ..............................................................................56

    E.    Reorganized BSA's Directors and Senior Management........................................56

    F.    Dissolution of Delaware BSA .......................................................................................56

    G.    Due Authorization.........................................................................................................56

    H.    Cancellation of Interests ...............................................................................................57

    I.    Restatement of Indebtedness.........................................................................................57

    J.    Cancellation of Liens.....................................................................................................57

    K.    Effectuating Documents and Further Transactions.................................................57

    L.    Sources of Consideration for Distributions.............................................................58

    M.    Calculation of Minimum Unrestricted Cash and Investments..............................59

    N.    Resolution of Abuse Claims ........................................................................................59

    O.    Funding by the Settlement Trust................................................................................59

    P.    Core Value Cash Pool ...................................................................................................59

    Q.    Creditor Representative ................................................................................................60

    R.    Residual Cash in Core Value Cash Pool...................................................................60

    S.    Compromise and Settlement of Claims, Interests and Controversies...................60

    T.    Payment of Coalition Restructuring Expenses .......................................................63

    U.    Good-Faith Compromise and Settlement.................................................................64

    V.    Restated Debt and Security Documents....................................................................64

    W.    Foundation Loan ...........................................................................................................67

    X.    BSA Global Resolution Note.......................................................................................67

    Y.    Pension Plan...................................................................................................................68

    Z.    Single Satisfaction of Allowed General Unsecured Claims ..................................68

    AA.    Exemption from Certain Transfer Taxes and Recording Fees...............................69

    BB.    Additional Undertakings of the Debtors ..................................................................69

Article VI. Executory Contracts and Unexpired Leases ...........................................................69

    A.    Assumption and Rejection of Executory Contracts and Unexpired Leases ..........69

    B.    Rejection Damages Claims ...........................................................................................70

    C.    Cure of Defaults under Executory Contracts and Unexpired Leases ...................71

    D.    Dispute Resolution........................................................................................................72

E.    Contracts and Leases Entered into After the Petition Date.....................72

F.    Insurance Policies ..............................................................................72

G.    Compensation and Benefits Programs .................................................73

H.    Restoration Plan and Deferred Compensation Plan..............................74

I.    Workers' Compensation Program........................................................74

J.    Indemnification Obligations ...............................................................74

K.    Gift Annuity Agreements and Life-Income Agreements........................75

L.    Modifications, Amendments, Supplements, Restatements, or Other
Agreements .......................................................................................75

M.    Reservation of Rights..........................................................................75

N.    Nonoccurrence of Effective Date; Bankruptcy Code Section 365(d)(4)...............75

Article VII. Provisions Governing Distributions .................................................75

A.    Applicability ......................................................................................75

B.    Distributions Generally.......................................................................75

C.    Distributions on Account of Certain Claims Allowed as of the Effective Date ....76

D.    Distributions on Account of Allowed General Unsecured Claims........................76

E.    Distributions on Account of Disputed Claims Allowed After the Effective
Date...................................................................................................76

F.    Rights and Powers of Disbursing Agent...............................................76

G.    Delivery of Distributions and Undeliverable or Unclaimed Distributions ............76

H.    Undeliverable and Non-Negotiated Distributions ................................77

I.    Manner of Payment under the Plan......................................................78

J.    Satisfaction of Claims.........................................................................78

K.    Minimum Cash Distributions...............................................................78

L.    Postpetition Interest ...........................................................................78

M.    Setoffs ...............................................................................................78

N.    Claims Paid or Payable by Third Parties ..............................................79

O.    Compliance with Tax Requirements and Allocations ...........................79

Article VIII. Procedures for Resolving Contingent, Unliquidated, and Disputed Claims............79

A.    Applicability ......................................................................................79

B.    Allowance of Claims...........................................................................80

C.    Claims Administration Responsibilities ...............................................80

D.    Estimation of Claims...........................................................................80

E.    No Distributions Pending Allowance ...................................................81

F.    Distributions after Allowance ..............................................................81

G.      Disputed Claims Reserve ........................................................................ 81

H.      Adjustment to Claims Register without Objection ............................... 82

I.      Time to File Objections to Claims ......................................................... 82

J.      Treatment of Untimely Claims .............................................................. 82

Article IX. Conditions Precedent to Confirmation and Effective Date ....................... 82

A.      Conditions Precedent to Confirmation of the Plan .............................. 82

B.      Conditions Precedent to the Effective Date ......................................... 85

C.      Waiver of Conditions Precedent ........................................................... 86

D.      Substantial Consummation of the Plan ................................................. 86

E.      *Vacatur* of Confirmation Order; Non-Occurrence of Effective Date ................... 86

Article X. Effect of Plan Confirmation ......................................................................... 87

A.      Vesting of Assets in Reorganized BSA .................................................. 87

B.      Retention of Certain Causes of Action .................................................. 87

C.      Binding Effect ........................................................................................ 87

D.      Pre-Confirmation Injunctions and Stays ............................................... 88

E.      Discharge ................................................................................................ 88

F.      **Channeling Injunction** .................................................................... 89

G.      Provisions Relating to Channeling Injunctions ..................................... 90

H.      **Insurance Entity Injunction** ........................................................... 91

I.      **Injunction against Interference with Plan** .................................... 93

J.      **Releases** ............................................................................................ 93

K.      **Exculpation** ...................................................................................... 96

L.      **Injunctions Related to Releases and Exculpation** .......................... 97

M.      Insurance Provisions Applicable under Global Resolution Plan ........... 98

N.      Insurance Provisions Applicable under BSA Toggle Plan .................... 98

O.      Reservation of Rights ............................................................................ 99

P.      Disallowed Claims ................................................................................. 99

Q.      No Successor Liability ........................................................................... 99

R.      Indemnities ............................................................................................ 100

S.      The Official Committees and the Future Claimants' Representative ................. 100

Article XI. Retention of Jurisdiction ............................................................................ 101

A.      Jurisdiction ............................................................................................ 101

B.      General Retention .................................................................................. 101

C.      Specific Purposes .................................................................................. 102

D.    Courts of Competent Jurisdiction ........................................................104

Article XII. MISCELLANEOUS PROVISIONS ........................................................104

A.    Closing of Chapter 11 Cases ........................................................104

B.    Amendment or Modification of the Plan ...........................................105

C.    Revocation or Withdrawal of Plan ..................................................105

D.    Request for Expedited Determination of Taxes ...................................105

E.    Non-Severability of Plan Provisions ................................................106

F.    Notices ....................................................................................106

G.    Notices to Other Persons .............................................................107

H.    Governing Law .........................................................................107

I.    Immediate Binding Effect ............................................................107

J.    Timing of Distributions or Actions .................................................107

K.    Deemed Acts ...........................................................................107

L.    Entire Agreement ......................................................................107

M.    Plan Supplement .......................................................................108

N.    Withholding of Taxes .................................................................108

O.    Payment of Quarterly Fees ...........................................................108

P.    Duty to Cooperate .....................................................................108

Q.    Effective Date Actions Simultaneous ..............................................108

R.    Consent to Jurisdiction ...............................................................108

## EXHIBITS

Exhibit A-1       Global Resolution Plan TDP
Exhibit A-2       BSA Toggle Plan TDP
Exhibit B-1       Settlement Trust Agreement (Global Resolution Plan)
Exhibit B-2       Settlement Trust Agreement (BSA Toggle Plan)
Exhibit C         Contributing Chartered Organization Settlement Contribution
Exhibit D         Contributing Chartered Organizations
Exhibit E         Foundation Loan Facility Term Sheet
Exhibit F         Local Council Settlement Contribution
Exhibit G         Local Councils
Exhibit H         Related Non-Debtor Entities
Exhibit I         Hartford Insurance Settlement Agreement
Exhibit J         Non-Monetary Commitments

## SCHEDULES

Schedule 1        Artwork
Schedule 2        BSA Insurance Policies
Schedule 3        Local Council Insurance Policies
Schedule 4        Oil and Gas Interests

## PLAN SUPPLEMENT DOCUMENTS

Amended BSA Bylaws
Assumed Contracts and Unexpired Leases Schedule
BSA Global Resolution Note
Creditor Representative
Directors and Officers of Reorganized BSA
Document Agreement (Global Resolution Plan)
Document Agreement (BSA Toggle Plan)
Foundation Loan Agreement
Leaseback Requirement Agreement
Rejected Contracts and Unexpired Leases Schedule
Restated 2010 Bond Documents
Restated 2012 Bond Documents
Restated Credit Facility Documents
Restated Security Agreement
Settlement Trust Advisory Committee
Settlement Trustee

## INTRODUCTION

Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases, hereby propose this plan of reorganization pursuant to section 1121(a) of the Bankruptcy Code. Capitalized terms used herein shall have the meanings ascribed to such terms in Article I.A. The Plan constitutes two alternative plans of reorganization for the Debtors. If the conditions set forth in this Plan are met, the Plan shall constitute a Global Resolution Plan and shall provide for the global resolution of Abuse Claims against the Debtors, Related Non-Debtor Entities, Local Councils, Contributing Chartered Organizations, Settling Insurance Companies, and their respective Representatives. If the conditions set forth in the Plan are not met, the Plan shall constitute a BSA Toggle Plan and shall provide for the resolution of Abuse Claims and other Claims only against the Debtors, Related Non-Debtor Entities, and their respective Representatives. The Debtors are the proponents of the Plan within the meaning of section 1129 of the Bankruptcy Code. Reference is made to the Disclosure Statement for a discussion of the Debtors' history, charitable mission, operations, projections for those operations, risk factors, and certain related matters. The Disclosure Statement also provides a summary and analysis of the Plan. YOU ARE URGED TO READ THE DISCLOSURE STATEMENT AND THE PLAN WITH CARE IN EVALUATING HOW THE PLAN WILL AFFECT YOUR CLAIM(S) BEFORE VOTING TO ACCEPT OR REJECT THE PLAN.

## ARTICLE I.

## DEFINITIONS AND RULES OF INTERPRETATION

A.    Definitions. The capitalized terms used in the Plan shall have the respective meanings set forth below.

1.    "2010 Bond" means The County Commission of Fayette County (West Virginia) Commercial Development Revenue Bond (Arrow WV Project) Series 2010B in an aggregate principal amount of $50,000,000, issued by the Bond Issuer pursuant to the 2010 Bond Agreement, the proceeds of which were loaned to the BSA pursuant to the 2010 Note.

2.    "2010 Bond Agreement" means that certain Bond Purchase and Loan Agreement dated as of November 5, 2010, by and among the Bond Issuer, JPM, the BSA and Arrow, as amended, restated, supplemented or otherwise modified from time to time.

3.    "2010 Bond Claim" means any Claim against the Debtors arising under, derived from, or based upon the 2010 Bond Documents, including any Claim for obligations, indebtedness, and liabilities of the BSA arising pursuant to any of the 2010 Bond Documents, whether now existing or hereafter arising, whether direct, indirect, related, unrelated, fixed, contingent, liquidated, unliquidated, joint, several, or joint and several, including the obligation of the BSA to repay the 2010 Note, interest on the 2010 Note, and all fees, costs, expenses and obligations of any kind or character due or recoverable from the Debtors under the 2010 Bond Documents.

4.     "2010 Bond Documents" means collectively, the 2010 Bond, the 2010 Bond Agreement, the 2010 Note, the Prepetition Security Documents (2019), the Prepetition Security Agreement (2020) (in the case of the Prepetition Security Documents (2019) and the Prepetition Security Agreement (2020), solely as such documents and agreements pertain to obligations under the other 2010 Bond Documents), and all documentation executed and delivered in connection therewith, as amended, restated, supplemented or otherwise modified from time to time.

5.     "2010 Credit Agreement" means that certain Credit Agreement dated as of August 11, 2010, by and between the BSA, as borrower, and JPM, as lender, as amended by that certain First Amendment to Credit Agreement dated as of November 5, 2010, that certain Second Amendment to Credit Agreement dated as of November 11, 2011, that certain Third Amendment to Credit Agreement dated as of March 9, 2012, that certain Fourth Amendment to Credit Agreement dated as of April 25, 2016, that certain Fifth Amendment to Credit Agreement dated as of March 2, 2017, that certain Sixth Amendment to Credit Agreement dated as of February 15, 2018, and that certain Seventh Amendment to Credit Agreement, dated as of March 21, 2019, pursuant to which JPM agreed to make term loans to the BSA in an aggregate amount of $25,000,000 and agreed to make revolving loans to the BSA and issue letters of credit on behalf of the BSA in an aggregate amount not to exceed $75,000,000.

6.     "2010 Credit Facility Claim" means any Claim against the Debtors arising under, derived from, or based upon the 2010 Credit Facility Documents, including any Claim for obligations, indebtedness, and liabilities of the BSA arising pursuant to any of the 2010 Credit Facility Documents, whether now existing or hereafter arising, whether direct, indirect, related, unrelated, fixed, contingent, liquidated, unliquidated, joint, several, or joint and several, including the obligation of the BSA to pay principal and interest, and all fees, costs, expenses and other obligations of any kind or character due or recoverable under the 2010 Credit Facility Documents.

7.     "2010 Credit Facility Documents" means, collectively, the 2010 Credit Agreement, the Prepetition Security Documents (2019), the Prepetition Security Agreement (2020) (in the case of the Prepetition Security Documents (2019) and the Prepetition Security Agreement (2020), solely as such documents and agreements pertain to obligations under the other 2010 Credit Facility Documents), and all documentation executed and delivered in connection therewith, as amended, restated, supplemented or otherwise modified from time to time.

8.     "2010 Note" means that certain Promissory Note – 2010B executed by the BSA, as borrower, and payable to the order of the Bond Issuer in the original principal amount of $50,000,000, which note was pledged by the Bond Issuer to JPM pursuant to the 2010 Bond Agreement to secure the repayment of the 2010 Bond, as amended, restated, supplemented or otherwise modified from time to time.

9.     "2012 Bond" means The County Commission of Fayette County (West Virginia) Commercial Development Revenue Bond (Arrow WV Project), Series 2012, in an aggregate principal amount of $175,000,000, issued by the Bond Issuer pursuant to the

2012 Bond Agreement, the proceeds of which were loaned to the BSA pursuant to the 2012 Note.

10.    "2012 Bond Agreement" means that certain Bond Purchase and Loan Agreement dated as of March 9, 2012, between the Bond Issuer, JPM, the BSA and Arrow, as amended, restated, supplemented or otherwise modified from time to time.

11.    "2012 Bond Claim" means any Claim against the Debtors arising under, derived from, or based upon the 2012 Bond Documents, including any Claim for obligations, indebtedness, and liabilities of the BSA arising pursuant to any of the 2012 Bond Documents, whether now existing or hereafter arising, whether direct, indirect, related, unrelated, fixed, contingent, liquidated, unliquidated, joint, several, or joint and several, including the obligation of the BSA to repay the 2012 Note, interest on the 2012 Note, and all fees, costs, expenses and obligations of any kind or character due or recoverable from the Debtors under the 2012 Bond Documents.

12.    "2012 Bond Documents" means collectively, the 2012 Bond, the 2012 Bond Agreement, the 2012 Note, the Prepetition Security Documents (2019), the Prepetition Security Agreement (2020) (in the case of the Prepetition Security Documents (2019) and the Prepetition Security Agreement (2020), solely as such documents and agreements pertain to obligations under the other 2012 Bond Documents), and all documentation executed and delivered in connection therewith, as amended, restated, supplemented or otherwise modified from time to time.

13.    "2012 Note" means that certain Promissory Note – 2012, executed by the BSA, as borrower, and payable to the order of the Bond Issuer in the original principal amount of $175,000,000, which note was pledged by the Bond Issuer to JPM pursuant to the 2012 Bond Agreement to secure the repayment of the 2012 Bond, as amended, restated, supplemented or otherwise modified from time to time.

14.    "2019 RCF Agreement" means that certain Credit Agreement, dated as of March 21, 2019, by and between the BSA, as borrower, and JPM, as lender, pursuant to which JPM agreed to make revolving loans to the BSA and issue letters of credit on behalf of the BSA in an aggregate amount not to exceed $71,500,000, the maturity date of which was extended pursuant to that certain Consent to Extension of Maturity Date dated as of January 16, 2020.

15.    "2019 RCF Claim" means any Claim against the Debtors arising under, derived from, or based upon the 2019 RCF Documents, including any Claim for obligations, indebtedness, and liabilities of the BSA arising pursuant to any of the 2019 RCF Documents, whether now existing or hereafter arising, whether direct, indirect, related, unrelated, fixed, contingent, liquidated, unliquidated, joint, several, or joint and several, including the obligation of the BSA to pay principal and interest, and all fees, costs, expenses and other obligations of any kind or character due or recoverable under the 2019 RCF Documents.

16.    "2019 RCF Documents" means, collectively, the 2019 RCF Agreement, the Prepetition Security Documents (2019), the Prepetition Security Agreement (2020) (in the case of the Prepetition Security Documents (2019) and the Prepetition Security Agreement (2020), solely as such documents and agreements pertain to obligations under the other 2019 RCF Documents), and all documentation executed and delivered in connection therewith, as amended, restated, supplemented or otherwise modified from time to time.

17.    "Abuse" means sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, indecent assault or battery, rape, pedophilia, ephebophilia, sexually related psychological or emotional harm, humiliation, anguish, shock, sickness, disease, disability, dysfunction, or intimidation, any other sexual misconduct or injury, contacts or interactions of a sexual nature, including the use of photography, video, or digital media, or other physical abuse or bullying or harassment without regard to whether such physical abuse or bullying is of a sexual nature, between a child and an adult, between a child and another child, or between a non-consenting adult and another adult, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether there is or was any associated physical, psychological, or emotional harm to the child or non-consenting adult.

18.    "Abuse Claim" means a liquidated or unliquidated Claim against a Protected Party that is attributable to, arises from, is based upon, relates to, or results from, in whole or in part, directly, indirectly, or derivatively, alleged Abuse that occurred prior to the Petition Date, including any such Claim that seeks monetary damages or other relief, under any theory of law or equity whatsoever, including vicarious liability, *respondeat superior*, conspiracy, fraud, including fraud in the inducement, any negligence-based or employment-based theory, including negligent hiring, selection, supervision, retention or misrepresentation, any other theory based on misrepresentation, concealment, or unfair practice, public or private nuisance, or any other theory, including any theory based on public policy or any act or failure to act by a Protected Party or any other Person for whom any Protected Party is alleged to be responsible; provided, however, that if the Plan is Confirmed as a Global Resolution Plan, then, with respect to any Contributing Chartered Organization, the term "Abuse Claim" shall be limited to any such Claim that is attributable to, arises from, is based upon, relates to, or results from, Abuse that occurred prior to the Petition Date: (a) in connection with the Contributing Chartered Organization's sponsorship of one or more Scouting units; or (b) that has been asserted in a proof of claim filed in the Chapter 11 Cases asserting a Direct Abuse Claim. Abuse Claims include any Future Abuse Claims, any Indirect Abuse Claims, and any Claim that is attributable to, arises from, is based upon, relates to, or results from, alleged Abuse regardless of whether, as of the Petition Date, such Claim is barred by any applicable statute of limitations.

19.    "Abuse Claims Settlement" has the meaning ascribed to such term in Article V..S.

4

20.     "Accrued Professional Fees" means, as of any date, and regardless of whether such amounts are billed or unbilled, all of a Professional's accrued and reimbursable expenses for services rendered in the Chapter 11 Cases up to and including such date, whether or not such Professional has then filed an application for the Allowance and payment of such fees and expenses: (a) to the extent that any such fees and expenses have not been previously paid; and (b) after each Professional has applied to such accrued fees and expenses the balance of any retainer that has been provided by the Debtors to such Professional.  No amount of a Professional's fees or expenses denied by a Final Order of the Bankruptcy Court shall constitute Accrued Professional Fees.

21.     "Ad Hoc Committee" means the Ad Hoc Committee of Local Councils of the Boy Scouts of America.

22.     "Administrative Expense Claim" means any right to payment from the Debtors that constitutes a cost or expense of administration incurred during the Chapter 11 Cases of the kind specified under 503(b) of the Bankruptcy Code and entitled to priority under sections 507(a)(2), 507(b), or 1114(e)(2) of the Bankruptcy Code, including: (a) the actual and necessary costs and expenses of preserving the Estates or continuing the operations of the Debtors incurred during the period from the Petition Date to the Effective Date; (b) Professional Fee Claims; and (c) Quarterly Fees.

23.     "Affiliate" has the meaning ascribed to such term in section 101(2) of the Bankruptcy Code.  With respect to any Person that is not a Debtor in the Chapter 11 Cases, the term "Affiliate" shall apply to such Person as if the Person were a Debtor.

24.     "Affirmation Order" means an order of the District Court affirming Confirmation of the Plan and issuing or affirming the issuance of the Channeling Injunction in favor of the Protected Parties.

25.     "Allowed" has the following meanings for Non-Abuse Claims:

a.     with respect to any Claim that is asserted to constitute an Administrative Expense Claim: (i) a Claim that represents an actual and necessary cost or expense of preserving the Estates or continuing the operations of the Debtors incurred during the period from the Petition Date to the Effective Date for which a request for payment is filed, (A) to the extent such Claim is determined by the Debtors to constitute an Administrative Expense Claim or allowed by a Final Order of the Bankruptcy Court or (B) as to which no objection to allowance has been interposed and not withdrawn within the applicable period fixed by the Plan or applicable law; (ii) other than with respect to a Professional Fee Claim, a Claim that arises during the period from the Petition Date to the Effective Date for which a request for payment is filed that is Disputed by the Debtors, which Claim is allowed in whole or in part by a Final Order of the Bankruptcy Court to the extent that such allowed portion is determined by a Final Order to constitute a cost or expense of administration under sections 503(b) and 507(a)(1) of the Bankruptcy Code; (iii) a Claim that arises during the period from the Petition Date to the Effective Date in the ordinary course of the Debtors' non-

profit operations that is determined by the Debtors to constitute an Administrative Expense Claim; or (iv) a Professional Fee Claim, to the extent allowed by a Final Order of the Bankruptcy Court;

  b. with respect to any 2010 Credit Facility Claim, 2019 RCF Claim, 2010 Bond Claim, or 2012 Bond Claim, any such Claim that is expressly allowed as provided under <u>Article III</u>; and

  c. with respect to any Priority Tax Claim, Other Priority Claim, Other Secured Claim, Convenience Claim, General Unsecured Claim, Non-Abuse Litigation Claim, or any portion of any of the foregoing, a Claim that is: (i) listed in the Schedules as not being disputed, contingent or unliquidated and with respect to which no contrary or superseding Proof of Claim has been filed, and that has not been paid pursuant to an order of this Court prior to the Effective Date; (ii) evidenced by a Proof of Claim filed on or before the applicable Bar Date, not listed in the Schedules as disputed, contingent or unliquidated, and as to which no objection has been filed on or before the Claims Objection Deadline; (iii) not the subject of an objection to Allowance, which Claim (A) was filed on or before the Claims Objection Deadline and (B) has not been settled, waived, withdrawn or Disallowed pursuant to a Final Order; or (iv) expressly Allowed (x) pursuant to a Final Order, (y) pursuant to an agreement between the holder of such Claim and the Debtors or Reorganized BSA, as applicable, or (z) pursuant to the terms of the Plan.  For the avoidance of doubt, the holder of a Claim evidenced by a Proof of Claim filed after the applicable Bar Date shall not be treated as a creditor with respect to such Claim for the purposes of voting and distribution.

  "Allowance" and "Allowing" have correlative meanings.

  26. "<u>Amended BSA Bylaws</u>" means the amended and restated bylaws of the BSA, substantially in the form contained in the Plan Supplement.

  27. "<u>Arrow</u>" means Arrow WV, Inc., a West Virginia non-profit corporation.

  28. "<u>Arrow Collateral Assignment</u>" means that certain Collateral Assignment of Promissory Note and Credit Line Deed of Trust, dated as of March 21, 2019, by and between the BSA, as assignor, and JPM, as lender, pursuant to which BSA assigned the Arrow Intercompany Note and Arrow Deed of Trust to JPM to secure the obligations under the 2010 Credit Facility Documents, the 2019 RCF Documents, the 2010 Bond Documents, and the 2012 Bond Documents.

  29. "<u>Arrow Deed of Trust</u>" means that certain Credit Line Deed of Trust, dated as of June 30, 2010, made and executed by Arrow, as grantor, to Leslie Miller-Stover, as trustee, for the benefit of the BSA, as amended by that certain First Amendment to Credit Line Deed of Trust, dated as of March 21, 2019.

30.     "Arrow Intercompany Note" means that certain Amended and Restated Promissory Note dated as of March 21, 2019, issued by Arrow to the BSA in an original principal amount of $350,000,000.

31.     "Artwork" means the artwork listed on Schedule 1.

32.     "Assumed Contracts and Unexpired Leases Schedule" means the schedule of Executory Contracts or Unexpired Leases to be assumed by the BSA under the Plan and the Cure Amount for each such Executory Contract or Unexpired Lease, as set forth in the Plan Supplement, as may be amended, modified, or supplemented from time to time in accordance with the terms hereof.

33.     "Avoidance Actions" means any and all actual or potential avoidance, recovery, subordination or other Claims, causes of action or remedies that may be brought by or on behalf of the Debtors or their Estates or other authorized parties in interest under the Bankruptcy Code or applicable non-bankruptcy law, including Claims, Causes of Action or remedies under sections 502, 510, 542, 544, 545, 547 through 553, and 724(a) of the Bankruptcy Code, or under similar or related local, state, federal, or foreign statutes or common law, including preference and fraudulent transfer and conveyance laws, in each case whether or not litigation to prosecute such Claim(s), Cause(s) of Action or remedy(ies) were commenced prior to the Effective Date.

34.     "Bankruptcy Code" means title 11 of the United States Code, 11 U.S.C. §§ 101–1532, as in effect on the Petition Date, together with all amendments, modifications, and replacements of the foregoing that are made retroactive to the Petition Date, as the same may exist on any relevant date to the extent applicable to the Chapter 11 Cases.

35.     "Bankruptcy Court" means the United States Bankruptcy Court for the District of Delaware or such other court having jurisdiction over the Chapter 11 Cases.

36.     "Bankruptcy Rules" means the Federal Rules of Bankruptcy Procedure as promulgated by the United States Supreme Court under 28 U.S.C. § 2075, as applicable to the Chapter 11 Cases, and the general, local, and chambers rules of the Bankruptcy Court, each as amended from time to time.

37.     "Bar Date" means (a) November 16, 2020 for any Claim (other than an Administrative Expense Claim or a Claim of a Governmental Unit), or (b) August 17, 2020 for any Claim of a Governmental Unit, in each case as established by the Bar Date Order.

38.     "Bar Date Order" means the *Order, Pursuant to 11 U.S.C. §§ 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, (I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for Abuse Survivors*, entered by the Bankruptcy Court on May 26, 2020 at

Docket No. 695, as amended, modified or supplemented by order of the Bankruptcy Court from time to time.

39.    "<u>Bond Issuer</u>" means The County Commission of Fayette County (West Virginia) in its capacity as the issuer under the 2010 Bond Agreement and the 2012 Bond Agreement.

40.    "<u>BSA</u>" means Boy Scouts of America, a congressionally chartered non-profit corporation under title 36 of the United States Code.

41.    "<u>BSA Charter</u>" means the congressional charter of the BSA, enacted on June 15, 1916, as amended.

42.    "<u>BSA Global Resolution Note</u>" means an unsecured promissory note in the principal amount of $80,000,000, substantially in the form contained in the Plan Supplement, to be issued to the Settlement Trust by Reorganized BSA on the Effective Date (only if the Plan is Confirmed as a Global Resolution Plan) in accordance with <u>Article V.S.3</u> and <u>Article V.X</u>.

43.    "<u>BSA Insurance Policies</u>" means any and all known and unknown contracts, binders, certificates or insurance policies currently or previously in effect at any time on or before the Effective Date naming the Debtors, or either of them, or any predecessor, subsidiary, or past or present Affiliate of the Debtors, as an insured (whether as the primary or an additional insured), or otherwise alleged to afford the Debtors insurance coverage, upon which any claim could have been, has been, or may be made with respect to any Abuse Claim, including the policies listed on <u>Schedule 2</u>.  For the avoidance of doubt, BSA Insurance Policies shall not include: (a) any policy providing reinsurance to any Settling Insurance Company; (b) any D&O Liability Insurance Policy; or (c) any Local Council Insurance Policy.

44.    "<u>BSA Settlement Trust Contribution</u>" means:

a.    all of the Net Unrestricted Cash and Investments, which are forecasted to total approximately $90,000,000, subject to potential variance depending upon the timing of the Effective Date;

b.    if the Plan is Confirmed as a Global Resolution Plan, the BSA Global Resolution Note, in the principal amount of $80,000,000, subject to the terms of <u>Article V.S.3</u>;

c.    the BSA's right, title and interest in and to the Artwork, which are deemed to be valued at approximately $59,000,000;

d.    all of the BSA's right, title and interest in and to the Warehouse and Distribution Center, subject to the Leaseback Requirement, or the proceeds of a third-party sale-leaseback of the Warehouse and Distribution Center for fair market value, which is valued at approximately $11,600,000;

e.    the BSA's right, title and interest in and to the Oil and Gas Interests, which are valued at approximately $7,600,000;

f.    the net proceeds of the sale of Scouting University, which equal approximately $1,962,000;

g.    to the maximum extent permitted by applicable law, any and all of the Debtors' rights, titles, privileges, interests, claims, demands or entitlements, as of the Effective Date, to any proceeds, payments, benefits, Causes of Action, choses in action, defense, or indemnity, now existing or hereafter arising, accrued or unaccrued, liquidated or unliquidated, matured or unmatured, disputed or undisputed, fixed or contingent, arising under or attributable to: (i) the BSA Insurance Policies (subject to Article IV.D.3 and Article IV.D.4 with respect to Insured Non-Abuse Claims), the Insurance Coverage, the Insurance Settlement Agreements, and claims thereunder and proceeds thereof; (ii) the Insurance Actions; and (iii) the Insurance Action Recoveries;

h.    the Debtors' Settlement Trust Causes of Action; and

i.    the assignment of any and all Perpetrator Indemnification Claims held by the BSA.

For the avoidance of doubt, the BSA Settlement Trust Contribution shall not include: (i) the proceeds of the Foundation Loan Facility; (ii) any Causes of Action against Released Parties or holders of General Unsecured Claims, Non-Abuse Litigation Claims, or Convenience Claims released by the Debtors and their Estates under Article X.J; or (iii) if the Plan is Confirmed as a BSA Toggle Plan, the rights of any Person, other than the Debtors, arising under or attributable to the BSA Insurance Policies, the Insurance Coverage, the Insurance Actions, the Insurance Action Recoveries, or any other rights under or with respect to the BSA Insurance Policies.

45.    "BSA Toggle Plan" means the Plan, as modified by the applicable provisions set forth herein, if the Bankruptcy Court concludes that (a) the Plan has not been accepted by a sufficient number of holders of Direct Abuse Claims that have voted to accept or reject the Plan, or (b) the provisions of the Plan applicable to the Abuse Claims Settlement do not satisfy applicable requirements for approval under the Bankruptcy Code or Bankruptcy Rules.

46.    "BSA Toggle Plan TDP" means the Trust Distribution Procedures of the Boy Scouts of America Settlement Trust for the BSA Toggle Plan, substantially in the form attached hereto as Exhibit A-2, as the same may be amended or modified from time to time.

47.    "Business Day" means any day, other than a Saturday, Sunday or "legal holiday" as such term is defined in Bankruptcy Rule 9006(a).

48.    "Cash" means legal tender of the United States of America.

49.     "Cash Collateral Order" means the *Final Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363, 503, and 507; and (III) Granting Related Relief*, entered by the Bankruptcy Court on April 15, 2020 at Docket No. 433.

50.     "Causes of Action" means any claims, interests, damages, remedies, causes of action, demands, rights, actions (including Avoidance Actions), suits, obligations, liabilities, accounts, defenses, offsets, powers, privileges, licenses, liens, indemnities, guaranties, and franchises of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, choate or inchoate, secured or unsecured, capable of being asserted, directly or derivatively, matured or unmatured, suspected or unsuspected, in contract, tort, law, equity, or otherwise, whether arising before, on, or after the Petition Date.   Causes of Action also include: (a) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (b) the right to object to or otherwise contest Claims or Interests; (c) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (d) any claim under any local, state, federal or foreign law, including, without limitation, any fraudulent transfer or similar claim.

51.     "Channeling Injunction" means the permanent injunction provided for in Article X.F with respect to Abuse Claims against the Protected Parties to be issued pursuant to the Confirmation Order.

52.     "Chapter 11 Cases" means the cases filed by the Debtors under chapter 11 of the Bankruptcy Code, which are jointly administered under Case No. 20-10343 (LSS).

53.     "Chartered Organizations" means each and every civic, faith-based, educational or business organization, governmental entity or organization, other entity or organization, or group of individual citizens, in each case presently or formerly authorized by the BSA to operate, sponsor or otherwise support one or more Scouting units.

54.     "Claim" means any "claim," as defined in section 101(5) of the Bankruptcy Code, which, for the avoidance of doubt, shall include any Abuse Claim.

55.     "Claims Objection Deadline" means the deadline for filing an objection to any Administrative Expense Claim (other than a Professional Fee Claim), Priority Tax Claim, Other Priority Claim, Other Secured Claim, Convenience Claim, General Unsecured Claim, or Non-Abuse Litigation Claim, which deadline shall be: (a) 180 days after the Effective Date with respect to all such Claims and Interests other than Convenience Claims, General Unsecured Claims, and Non-Abuse Claims, subject to any extensions approved by an order of the Bankruptcy Court; and (b) sixty (60) days after the Effective Date with respect to Convenience Claims, General Unsecured Claims, and Non-Abuse Litigation Claims, subject to any extensions approved by an order of the

Bankruptcy Court with the consent of the Creditor Representative (such consent not to be unreasonably withheld); provided, however, that the Debtors shall not be bound by the Claims Objection Deadline with respect to any Claim filed after the Bar Date; provided further, however, that the Claims Objection Deadline shall not apply to Abuse Claims, which shall be administered exclusively in accordance with the Settlement Trust Documents.

56.    "Claims Record Date" means the Voting Deadline, which is the date on which the transfer register for each Class of Non-Abuse Claims against or Interests in the Debtors, as such register is maintained by the Debtors or their agents, shall be deemed closed.

57.    "Claims Register" means the official register of Claims maintained by the Notice and Claims Agent in the Chapter 11 Cases.

58.    "Class" means each category of holders of Claims or Interests as set forth in Article III pursuant to sections 1122 and 1123(a)(1) of the Bankruptcy Code.

59.    "Coalition" means the Coalition of Abused Scouts for Justice, an *ad hoc* committee composed of thousands of holders of Direct Abuse Claims that filed a notice of appearance in the Chapter 11 Cases on July 24, 2020 at Docket No. 1040.

60.    "Coalition Restructuring Expenses" means the unreimbursed reasonable and documented professional or advisory fees and expenses incurred by the Coalition from July 24, 2020 up to and including the Effective Date, in each case in accordance with the terms of the applicable professional or advisory engagement letters, if any, up to an amount equal to $10,500,000, plus, if the Bankruptcy Court authorizes the Debtors to pay ongoing reasonable and documented fees and expenses of the Coalition during the course of the Chapter 11 Cases, an additional amount of up to $950,000 per month commencing on the date the Bankruptcy Court authorizes such payment up to and including the Effective Date of the Plan.

61.    "Common-Interest Communications with Insurers" means documents, information, or communications that are subject to the attorney-client privilege, attorney-work product doctrine, or other privilege or protection from disclosure, and are shared between or among the Debtors and any Insurance Company or its Representatives, including documents that reflect defense strategy, case evaluations, discussions of settlements or resolutions, and communications regarding underlying litigation.

62.    "Compensation and Benefits Programs" means all employment agreements and policies, and all employment, compensation, and benefit plans, policies, savings plans, retirement plans (including the Pension Plan), deferred compensation plans, supplemental executive retirement plans, healthcare plans, disability plans, severance benefit agreements, plans or policies, incentive plans, life and accidental death and dismemberment insurance plans, and programs of the Debtors, and all amendments and modifications thereto, applicable to the Debtors' employees, former employees, retirees, and non-employee directors, and the employees, retirees and non-employee

directors of the Local Councils and the Related Non-Debtor Entities.  Notwithstanding the foregoing, the Compensation and Benefits Programs shall not include the Deferred Compensation Plan or the Restoration Plan.

63.    "Compensation Procedures Order" means the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* entered by the Bankruptcy Court on April 6, 2020 at Docket No. 341.

64.    "Confirmation" means the entry of the Confirmation Order by the Bankruptcy Court on the docket of the Chapter 11 Cases.  Confirmed, Confirmable, and Confirmability shall have correlative meanings.

65.    "Confirmation Date" means the date on which the Bankruptcy Court enters the Confirmation Order on the docket of the Chapter 11 Cases within the meaning of Bankruptcy Rules 5003 and 9021.

66.    "Confirmation Hearing" means the hearing(s) held by the Bankruptcy Court under section 1128 of the Bankruptcy Code at which the Debtors seek entry of the Confirmation Order.

67.    "Confirmation Order" means the order of the Bankruptcy Court confirming the Plan pursuant to section 1129 of the Bankruptcy Code, which must be in form and substance acceptable to JPM and the Creditors' Committee in accordance with their respective consent rights under the JPM / Creditors' Committee Term Sheet, as incorporated by reference in Article I.D.

68.    "Confirmation Scheduling Motion" means the *Debtors' Motion for Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief*, filed with the Bankruptcy Court on April 15, 2021 at Docket No. 2618.

69.    "Contributing Chartered Organization Settlement Contribution" means, if the Plan is Confirmed as a Global Resolution Plan:

a.    the contributions to the Settlement Trust by the Contributing Chartered Organizations, as set forth on Exhibit C;

b.    to the maximum extent permitted by applicable law, any and all of the Contributing Chartered Organizations' rights, titles, privileges, interests, claims, demands or entitlements, as of the Effective Date, to any proceeds, payments, benefits, Causes of Action, choses in action, defense, or indemnity, now existing or hereafter arising, accrued or unaccrued, liquidated or unliquidated, matured or unmatured, disputed or undisputed, fixed or contingent, arising under or attributable to: (i) the BSA Insurance Policies (subject to Article IV.D.3 and Article IV.D.4 with respect to Insured Non-Abuse Claims), the

12

Insurance Coverage, the Insurance Settlement Agreements, and claims thereunder and proceeds thereof; (ii) the Insurance Actions; and (iii) the Insurance Action Recoveries;

      c.    the waiver, release, and expungement from the Claims Register, as of the Effective Date, of any and all Claims that have been asserted in the Chapter 11 Cases by or on behalf of any Contributing Chartered Organization, including any Indirect Abuse Claims, without any further notice to or action, order, or approval of the Bankruptcy Court, and the agreement of each Contributing Chartered Organization not to file or assert any Claim or Claims against the Debtors or Reorganized BSA arising from any act or omission of the Debtors on or prior to the Confirmation Date; and

      d.    the assignment of any and all Perpetrator Indemnification Claims held by the Contributing Chartered Organizations.

70.    "Contributing Chartered Organizations" means the Chartered Organizations listed on Exhibit D hereto.

71.    "Convenience Claim" means any Claim that would otherwise be a General Unsecured Claim that is Allowed in an amount of $50,000 or less; provided that a holder of a General Unsecured Claim that is Allowed in an amount greater than $50,000 may irrevocably elect, as evidenced on the Ballot (as defined in the Voting Procedures) timely and validly submitted by such holder (or other writing acceptable to the Debtors), to have such Claim irrevocably reduced to $50,000 and treated as a Convenience Claim (upon Allowance) for purposes of the Plan, in full and final satisfaction of such Claim; provided further that a General Unsecured Claim may not be subdivided into multiple Convenience Claims. The holder of an Allowed Non-Abuse Litigation Claim may elect to have such Allowed Claim treated as a Convenience Claim solely in accordance with the terms of Article III.B.9. For the avoidance of doubt, the holder of an Abuse Claim (including Direct Abuse Claims and Indirect Abuse Claims) may not elect to have such Claim treated as a Convenience Claim.

72.    "Core Value Cash Pool" means Cash in the aggregate amount of $25,000,000 for purposes of making Distributions to holders of Allowed General Unsecured Claims and, subject to the terms of Article III.B.9, holders of Allowed Non-Abuse Litigation Claims. Reorganized BSA shall fund the Core Value Cash Pool in accordance with Article V.P.

73.    "Creditor Representative" means the creditor representative to be appointed as of the Effective Date in accordance with Article V.P. The Creditor Representative will be identified in the Plan Supplement.

74.    "Creditor Representative Fee Cap" the maximum amount of reasonable compensation and reimbursement of expenses that shall payable by Reorganized BSA to the Creditor Representative on account of its services, which shall be equal to $100,000.

75.    "Creditors' Committee" means the official committee of unsecured creditors appointed by the United States Trustee in the Chapter 11 Cases under section 1102(a) of the Bankruptcy Code.

76.    "Cure Amount" means, with respect to any Executory Contract or Unexpired Lease sought to be assumed or assumed and assigned by the Debtors, the monetary amount, if any, required to cure the Debtors' defaults under any such Executory Contract or Unexpired Lease (or such lesser amount as may be agreed upon by the non-Debtor party to an Executory Contract or Unexpired Lease) at the time such Executory Contract or Unexpired Lease is assumed by the Debtors pursuant to sections 365 or 1123 of the Bankruptcy Code.

77.    "Cure and Assumption Notice" means the notice of proposed assumption of, and proposed Cure Amount payable in connection with, an Executory Contract or Unexpired Lease (and, to the extent the Debtors seek to assume and assign any such Executory Contract or Unexpired Lease pursuant to the Plan, adequate assurance of future performance within the meaning of section 365 of the Bankruptcy Code), to be served in accordance with Article VI.C.

78.    "D&O Liability Insurance Policies" means all insurance policies issued at any time to any of the Debtors for directors', managers', and officers' liability (including any "tail policy" or run-off coverage) and all agreements, documents, or instruments relating thereto.

79.    "De Minimis Asset" means any miscellaneous asset that is valued by the Debtors at $10,000 or less and that is located at the premises subject to any Unexpired Leases rejected by the Debtors pursuant to sections 365 or 1123 of the Bankruptcy Code, including furniture and equipment.

80.    "Debtors" means the BSA and Delaware BSA, the non-profit corporations that are debtors and debtors in possession in the Chapter 11 Cases.

81.    "Deferred Compensation Plan" means the Boy Scouts of America 457(b) Plan, a non-qualified deferred compensation plan under section 457(b) of the Internal Revenue Code, which allows eligible BSA and Local Council employees to make elections to defer the payment of a certain amount or percentage of their regular base salary or bonus for future payment.

82.    "Delaware BSA" means Delaware BSA, LLC, a Delaware limited liability company.

83.    "Direct Abuse Claim" means an Abuse Claim that is not an Indirect Abuse Claim.

84.    "Disallowed" means, as to any Administrative Expense Claim, Priority Tax Claim, Other Priority Claim, Other Secured Claim, Convenience Claim, General Unsecured Claim, or Non-Abuse Litigation Claim, any such Claim or portion thereof that: (a) has been disallowed, denied, dismissed, expunged, or overruled pursuant to the

14

terms of the Plan or a Final Order of the Bankruptcy Court or any other court of competent jurisdiction or by a settlement; (b) has been listed on the Schedules at an amount of $0.00 or as contingent, disputed, or unliquidated and as to which a Bar Date has been established but no Proof of Claim has been timely filed or deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any Final Order of the Bankruptcy Court, including the Bar Date Order, or otherwise deemed timely filed under applicable law; or (c) has not been scheduled and as to which a Bar Date has been established but no Proof of Claim has been timely filed, such that the creditor holding such Claim shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution. "Disallowance" and "Disallowing" have correlative meanings. With respect to any 2010 Credit Facility Claim, 2019 RCF Claim, 2010 Bond Claim, 2012 Bond Claim, Direct Abuse Claim, Indirect Abuse Claim, or Interest, the term "Disallowed" shall not apply.

85.　"Disbursing Agent" means, with respect to all Claims other than Abuse Claims, Reorganized BSA or a Person or Persons selected by the Debtors or Reorganized BSA to make or facilitate Distributions contemplated under the Plan.

86.　"Discharge Injunction" means the injunction issued in accordance with sections 524 and 1141 of the Bankruptcy Code and contained in Article X.E.2 of the Plan.

87.　"Discharges" means the discharges set forth in Article X.E.

88.　"Disclosure Statement" means the disclosure statement for the Plan, including all exhibits and schedules thereto, as the same may be amended, supplemented or otherwise modified from time to time, as approved by the Bankruptcy Court pursuant to section 1125 of the Bankruptcy Code, which must be in form and substance reasonably acceptable to JPM and the Creditors' Committee.

89.　"Disclosure Statement Order" means one or more orders entered by the Bankruptcy Court, in form and substance reasonably acceptable to the Debtors, JPM and the Creditors' Committee: (a) finding that the Disclosure Statement (including any amendment, supplement, or modification thereto) contains adequate information pursuant to section 1125 of the Bankruptcy Code; (b) fixing the amounts of Claims solely for voting purposes and not for purposes of distributions; (c) approving the Voting Procedures; and (d) authorizing solicitation of the Plan.

90.　"Disputed" means, as to any Administrative Expense Claim, Priority Tax Claim, Other Priority Claim, Other Secured Claim, Convenience Claim, General Unsecured Claim, or Non-Abuse Litigation Claim, any such Claim (or portion thereof) (a) that is neither Allowed nor Disallowed, (b) that is listed on the Schedules as "disputed," "contingent," or "unliquidated" or (c) for which a Proof of Claim has been filed or a written request for payment has been made to the extent that any party in interest has interposed a timely objection to such Claim, which objection has not been withdrawn or adjudicated pursuant to a Final Order. The term "Disputed" does not apply to Abuse Claims.

91. "<u>Disputed Claims Reserve</u>" means the reserve of Cash within the Core Value Cash Pool to be Distributed to holders of Disputed General Unsecured Claims, if and when such Disputed Claims become Allowed, which shall be funded with amounts and on terms acceptable to the Creditor Representative.

92. "<u>Distribution</u>" means the payment or delivery of Cash, property, or interests in property, as applicable, to holders of Allowed Non-Abuse Claims under the terms of the Plan. "Distributed" and "Distribution" have correlative meanings.

93. "<u>Distribution Date</u>" means the dates on which the Disbursing Agent makes a Distribution, or causes a Distribution to be made, from the Core Value Cash Pool to holders of Allowed General Unsecured Claims and, subject to the terms of <u>Article III.B.9</u>, holders of Allowed Non-Abuse Litigation Claims. Each Distribution Date shall occur as soon as practicable after Reorganized BSA makes each semi-annual installment payment of the Core Value Cash Pool in accordance with <u>Article V.P</u>.

94. "<u>District Court</u>" means the United States District Court for the District of Delaware.

95. "<u>Document Agreement</u>" means the Document Agreement (Global Resolution Plan) or the Document Agreement (BSA Toggle Plan), as applicable, substantially in the form contained in the Plan Supplement, between Reorganized BSA and the Settlement Trust and including, solely if the Plan is Confirmed as a Global Resolution Plan, the Local Councils and the Contributing Chartered Organizations.

96. "<u>Effective Date</u>" means the first Business Day on which all of the conditions precedent to the occurrence of the Effective Date set forth in <u>Article IX.B</u> shall have been satisfied or waived pursuant to <u>Article IX.C</u>.

97. "<u>Encumbrance</u>" means, with respect to any property (whether real or personal, tangible or intangible), any mortgage, Lien, pledge, charge, security interest, assignment, or encumbrance of any kind or nature in respect of such property, including any conditional sale or other title retention agreement, any security agreement, and the filing of, or agreement to give, any financing statement under the Uniform Commercial Code or comparable law of any jurisdiction, to secure payment of a debt or performance of an obligation.

98. "<u>Entity</u>" means an entity as defined in section 101(15) of the Bankruptcy Code.

99. "<u>Estate</u>" means, as to each Debtor, the estate created for such Debtor in its Chapter 11 Case under sections 301 and 541 of the Bankruptcy Code upon the commencement of the applicable Debtor's Chapter 11 Case.

100. "<u>Estate Causes of Action</u>" means any and all Causes of Action owned, held, or capable of being asserted by or on behalf of either Debtor or its Estate, whether known or unknown, in law, at equity or otherwise, whenever and wherever arising under the laws of any jurisdiction, including actions that: (a) arise out of or are based on breach

of contract, fraudulent conveyances and transfers, breach of fiduciary duty, breach of duty of loyalty or obedience, legal malpractice, recovery of attorneys' fees, turnover of property and avoidance or recovery actions of the Debtors or their respective Estates, including actions that constitute property of the Estate under section 541 of the Bankruptcy Code that are or may be pursued by a representative of the Estates, including pursuant to section 323 of the Bankruptcy Code, and actions, including Avoidance Actions, that may be commenced by a representative of the Estates under section 362 or chapter 5 of the Bankruptcy Code, seeking relief in the form of damages (actual and punitive), imposition of a constructive trust, turnover of property, restitution, and declaratory relief with respect thereto or otherwise; or (b) seek to impose any liability upon, or injunctive relief on, any Protected Party or to satisfy, in whole or in part, any Abuse Claim.

101.    "Excess Cash and Investments" means, as of any date on or after the Effective Date, the unrestricted Cash and balance sheet investments owned by Reorganized BSA that are not subject to legally enforceable restrictions on the use or disposition of such assets for a particular purpose.

102.    "Excess Cash Sweep" has the meaning ascribed to such term in Article V.V.

103.    "Exculpated Parties" means, collectively, the following Persons: (a) the Debtors; (b) Reorganized BSA; (c) the Creditors' Committee; (d) the members of the Creditors' Committee in their capacities as such; (e) the Creditor Representative; and (f) all of such Persons' current officers and directors, former officers and directors who served in such capacity during the pendency of the Chapter 11 Cases but are no longer officers or directors as of the Effective Date, employees, volunteers, agents, attorneys, financial advisors, accountants, investment bankers, consultants, representatives, and other professionals.

104.    "Executory Contract" means any executory contract to which BSA is a party that is subject to assumption or rejection under sections 365 or 1123 of the Bankruptcy Code.

105.    "Expedited Distribution" means a one-time Cash payment from the Settlement Trust in the amount of $1,500.00, conditioned upon Confirmation of the Plan as a Global Settlement Plan and satisfaction of the criteria set forth in the Global Resolution Plan TDP.

106.    "Fee Examiner" means Justin H. Rucki of Rucki Fee Review, LLC, in his capacity as the fee examiner appointed pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Applications of Retained Professionals*, entered by the Bankruptcy Court on September 18, 2020 at Docket No. 1342, or any successor appointed by the Bankruptcy Court.

107.    "Final Order" means an order or judgment of the Bankruptcy Court (or other court of competent jurisdiction) that has not been reversed, vacated, stayed,

modified or amended, and as to which (a) the time to appeal, petition for *certiorari* or move for a new trial, reargument or rehearing has expired and as to which no appeal, petition for *certiorari* or other proceedings for a new trial, reargument or rehearing shall then be pending, or (b) if an appeal, writ of *certiorari*, new trial, reargument or rehearing thereof has been sought, such order or judgment of the Bankruptcy Court (or other court of competent jurisdiction) shall have been affirmed by the highest court to which such order was appealed, or *certiorari* shall have been denied or a new trial, reargument or rehearing shall have been denied with prejudice or resulted in no modification of such order, and the time to take any further appeal, petition for *certiorari* or move for a new trial, reargument or rehearing shall have expired; provided, however, that the possibility that a motion pursuant to section 502(j) or 1144 of the Bankruptcy Code or under Rule 59 or Rule 60 of the Federal Rules of Civil Procedure, or any analogous rule under the Bankruptcy Rules, may be filed with respect to such order shall not cause such order to not be a Final Order.

108.    "Florida Sea Base Assignment" means the Assignment of Agreements, Licenses, Permits and Contracts, dated as of March 21, 2019, by and from the BSA, as assignor, and JPM, as assignee, which secures the BSA's obligations under the 2010 Credit Agreement, the 2010 Bond Agreement, the 2012 Bond Agreement, and the 2019 RCF Agreement.

109.    "Florida Sea Base Mortgage" means the Mortgage, Security Agreement, Assignment of Rents and Leases and Fixture Filing, dated as of March 21, 2019, by and from the BSA, as mortgagor, and JPM, as mortgagee, which secures the BSA's obligations under the 2010 Credit Agreement, the 2010 Bond Agreement, the 2012 Bond Agreement, and the 2019 RCF Agreement.

110.    "Foundation" means the National Boy Scouts of America Foundation, a District of Columbia nonprofit corporation.

111.    "Foundation Loan" means the new second-lien term loan lending facility pursuant to which the Foundation, as lender, shall make a term loan to Reorganized BSA, as borrower, in the principal amount of $42,800,000, which is equal to the appraised value of the Summit Bechtel Reserve.  The material terms of the Foundation Loan are set forth on the term sheet attached hereto as Exhibit E, which is qualified in its entirety by reference to the Foundation Loan Agreement.

112.    "Foundation Loan Agreement" means the credit agreement governing the Foundation Loan, dated as of the Effective Date, the form of which shall be included in the Plan Supplement.

113.    "Future Abuse Claim" means any Direct Abuse Claim against any Protected Party that is attributable to, arises from, is based upon, relates to, or results from, in whole or in part, directly, indirectly, or derivatively, alleged Abuse that occurred prior to the Petition Date but which, as of the date immediately preceding the Petition Date, was held by a Person who, as of such date, (a) had not attained eighteen (18) years of age, or (b) was not aware of such Direct Abuse Claim as a result of "repressed

memory," to the extent the concept of repressed memory is recognized by the highest appellate court of the state or territory where the claim arose; provided, however, that if the Plan is Confirmed as a Global Resolution Plan, then, with respect to any Contributing Chartered Organization, the term "Future Abuse Claim" shall be limited to any such Direct Abuse Claim that is attributable to, arises from, is based upon, relates to, or results from, Abuse that occurred prior to the Petition Date in connection with the Contributing Chartered Organization's sponsorship of one or more Scouting units.

114.    "Future Claimants' Representative" means James L. Patton, Jr., the legal representative appointed by the Bankruptcy Court for holders of Future Abuse Claims, or any successor legal representative appointed by the Bankruptcy Court.

115.    "General Unsecured Claim" means any Claim against the Debtors that is not an Administrative Expense Claim, a Priority Tax Claim, an Other Priority Claim, an Other Secured Claim, a 2010 Credit Facility Claim, a 2019 RCF Claim, a 2010 Bond Claim, a 2012 Bond Claim, a Convenience Claim, a Non-Abuse Litigation Claim, a Direct Abuse Claim, or an Indirect Abuse Claim.  Claims arising under the Deferred Compensation Plan or the Restoration Plan shall be deemed to be General Unsecured Claims.

116.    "Gift Annuity Agreements" mean the charitable gift annuity agreements described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer, Scout, and Donor Programs and Practices and (B) Pay and Honor Related Prepetition Obligations, and (II) Granting Related Relief*, filed by the Debtors on the Petition Date at Docket No. 8.

117.    "Global Resolution Plan" means the Plan, as modified by the applicable provisions set forth herein, if the Bankruptcy Court concludes that (a) the Plan has been accepted by a sufficient number of holders of Direct Abuse Claims that have voted to accept or reject the Plan, or (b) the provisions of the Plan applicable to the Abuse Claims Settlement satisfy applicable requirements for approval under the Bankruptcy Code or Bankruptcy Rules.

118.    "Global Resolution Plan TDP" means the Trust Distribution Procedures of the Boy Scouts of America Settlement Trust for the Global Resolution Plan, substantially in the form attached hereto as Exhibit A-1, as the same may be amended or modified from time to time.

119.    "Governmental Unit" means a governmental unit as defined in section 101(27) of the Bankruptcy Code.

120.    "Hartford" means Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company and each of their past, present and future direct or indirect parents, subsidiaries, affiliates and controlled entities, and each of their respective officers, directors, stockholders, members, partners, managers, employees, predecessors, successors and assigns, each in their capacity as such.

121.   "<u>Hartford Insurance Settlement Agreement</u>" means the Settlement Agreement and Release entered into as of April 15, 2021 by and between Hartford and the BSA (as defined in such agreement), a copy of which was attached as Exhibit A to the *Second Mediators' Report* filed in the Chapter 11 Cases on April 16, 2021 at Docket No. 2624 and which is attached hereto as <u>Exhibit I</u>, as such Settlement Agreement and Release may be amended in accordance with its terms from time to time.

122.   "<u>Hartford Policies</u>" shall have the meaning set forth for such capitalized term in the Section entitled "Definitions" in the Hartford Insurance Settlement Agreement.

123.   "<u>Hartford Settlement Contribution</u>" shall mean the "Settlement Amount" as defined in the Hartford Insurance Settlement Agreement (but which amount shall be subject to the terms and conditions set forth in the Hartford Insurance Settlement Agreement).

124.   "<u>Headquarters</u>" means that certain parcel of real property owned by the BSA located at 1325 West Walnut Hill Lane, Irving, Texas 75038, together with the buildings, structures, fixtures, additions, enlargements, extensions, modifications, repairs, replacements and other improvements now or hereafter located thereon.

125.   "<u>Headquarters Assignment</u>" means that certain Assignment of Agreements, Licenses, Permits and Contracts, dated as of March 21, 2019, by and from the BSA, as assignor, and JPM, as assignee, which secures the BSA's obligations under the 2010 Credit Agreement, the 2010 Bond Agreement, the 2012 Bond Agreement, and the 2019 RCF Agreement.

126.   "<u>Headquarters Deed of Trust</u>" means that certain Deed of Trust, Security Agreement, Assignment of Rents and Leases and Fixture Filing, dated as of March 21, 2019, by and between the BSA and JPM.

127.   "<u>High Adventure Base Participant</u>" means a registered Youth Member who has paid the participation fee (which has not been refunded in whole or in part) for attending a BSA program at one of the four high adventure bases (Florida Sea Base, Northern Tier, Philmont or Summit Bechtel Reserve).  High Adventure Base Participants do not include Youth Members attending a Jamboree, an Order of the Arrow program, or an event sponsored by the World Organization of the Scouting Movement (WOSM) or a member of WOSM other than the BSA.

128.   "<u>Impaired</u>" means "impaired" within the meaning of section 1124 of the Bankruptcy Code.

129.   "<u>Indemnification Obligations</u>" means each of the Debtors' indemnification obligations in place as of the Effective Date, whether in the bylaws, limited liability company agreements, or other organizational or formation documents, board resolutions, management or indemnification agreements, employment or other contracts, or otherwise, for the past and present directors, officers, employees, attorneys,

20

accountants, investment bankers, and other professionals and agents who provided services to the Debtors before, on, or after the Petition Date.

130. "Indirect Abuse Claim" means a liquidated or unliquidated Abuse Claim for contribution, indemnity, reimbursement, or subrogation, whether contractual or implied by law (as those terms are defined by the applicable non-bankruptcy law of the relevant jurisdiction), and any other derivative Abuse Claim of any kind whatsoever, whether in the nature of or sounding in contract, tort, warranty or any other theory of law or equity whatsoever, including any indemnification, reimbursement, hold-harmless or other payment obligation provided for under any prepetition settlement, insurance policy, program agreement or contract.

131. "Injunctions" means the Discharge Injunction, the Channeling Injunction, the Insurance Entity Injunction (if the Plan is Confirmed as a Global Resolution Plan), the Release Injunctions, and any other injunctions entered by the Bankruptcy Court or the District Court in connection with Confirmation of the Plan.

132. "Insurance Action" means any claim, Cause of Action, or right of the Debtors, and, if the Plan is Confirmed as a Global Resolution Plan, the Local Councils and Contributing Chartered Organizations, or any of them, under the laws of any jurisdiction, against any Non-Settling Insurance Company, arising from or related to: (a) any such Non-Settling Insurance Company's failure to provide coverage or otherwise pay under Insurance Coverage; (b) the refusal of any Non-Settling Insurance Company to compromise and settle any Abuse Claim under or pursuant to any Insurance Policy; (c) the interpretation or enforcement of the terms of any Insurance Policy with respect to any Abuse Claim; (d) any conduct by any Non-Settling Insurance Company constituting "bad faith" conduct that could give rise to extra-contractual damages, or other wrongful conduct under applicable law; or (e) any other claims under, arising out of or relating to an Insurance Policy or Insurance Coverage, including the Insurance Coverage Actions. For the avoidance of doubt, if the Plan is Confirmed as a Global Resolution Plan, no claim, Cause of Action, or right of the Debtors, the Local Councils, or the Contributing Chartered Organizations, or any of them, against any Settling Insurance Company shall be deemed an Insurance Action.

133. "Insurance Action Recoveries" means (a) Cash derived from and paid by an Insurance Company pursuant to an Insurance Settlement Agreement, (b) the right to receive proceeds of Insurance Coverage (including any receivables), and (c) the right to receive the proceeds or benefits of any Insurance Action.

134. "Insurance Assignment" means the assignment and transfer to the Settlement Trust of (a) the Insurance Actions, (b) the Insurance Action Recoveries, (c) the Insurance Settlement Agreements, (d) the Insurance Coverage, and (e) all other rights or obligations under or with respect to the Insurance Policies (but not the policies themselves); provided, however, that if the Plan is Confirmed as a BSA Toggle Plan, such assignment and transfer will be limited to the rights and obligations of the Debtors and the Related Non-Debtor Entities, and all such Persons' Representatives. The

Insurance Assignment does not include any rights or obligations under or with respect to any Insurance Policies that are the subject of an Insurance Settlement Agreement.

135. "<u>Insurance Company</u>" means any insurance company, insurance syndicate, coverholder, insurance broker or syndicate insurance broker, guaranty association, or any other Entity that has issued, or that has any actual, potential, demonstrated, or alleged liabilities, duties, or obligations under or with respect to, any Insurance Policy.

136. "<u>Insurance Coverage</u>" means all of the rights, benefits or insurance coverage under any Insurance Policy related to Abuse Claims, whether known or unknown to the Debtors or the Local Councils, that is not the subject of an Insurance Settlement Agreement, including the right to payment or reimbursement of liability, indemnity or defense costs arising from or related to Abuse Claims or Settlement Trust Expenses.

137. "<u>Insurance Coverage Actions</u>" means any and all pending coverage litigation between the BSA and any Insurance Company as of the Effective Date, including: (a) *Boy Scouts of America, et al. v. Insurance Company of North America et al.*, Case No. DC-18-11896, pending in the 192nd Judicial District Court of Dallas County, Texas; (b) *Boy Scouts of America, et al. v. Hartford Accident and Indemnity Co.*, *et al.*, Case No. DC-18-07313, pending in the District Court of Dallas County, 95th Judicial District; (c) *National Surety Corp. v. Boy Scouts of America, et al.*, Case No. 2017-CH-14975, pending in the Circuit Court of Cook County, Illinois, Chancery Division; and (d) *Hartford Accident and Indemnity Co. and First State Ins. Co. v. Boy Scouts of America, et al.*, Adv. Pro. No. 20-50601 (LSS), pending before the Bankruptcy Court.

138. "<u>Insurance Coverage Defense</u>" means all rights and defenses that any Insurance Company may have under any Insurance Policy and applicable law with respect to a claim seeking insurance coverage or to an Insurance Action, but Insurance Coverage Defenses do not include any defense that the Plan or any of the other Plan Documents do not comply with the Bankruptcy Code. Upon entry of the Confirmation Order in the Chapter 11 Cases determining that the Bankruptcy Code authorizes the Insurance Assignment notwithstanding any terms or provisions of the Insurance Policies that any Insurance Company asserts or may assert otherwise prohibits the Insurance Assignment, an Insurance Coverage Defense shall not include any defense that the Insurance Assignment is prohibited by the Insurance Policies or applicable non-bankruptcy law.

139. "<u>Insurance Entity Injunction</u>" means the injunction described in <u>Article X.H.</u>

140. "<u>Insurance Policies</u>" means (a) if the Plan is Confirmed as a Global Resolution Plan, collectively, the BSA Insurance Policies and the Local Council Insurance Policies; and (b) if the Plan is Confirmed as a BSA Toggle Plan, the BSA Insurance Policies.

141.    "Insurance Settlement Agreement" means (a) the Hartford Insurance Settlement Agreement and (b) any other settlement agreement entered into after the Petition Date and before the Confirmation Date by and among (i) any Insurance Company, on the one hand, and (ii) one or more of the Debtors and/or any other Protected Party, on the other hand, under which an Insurance Policy and/or the Debtors and/or other Protected Parties' rights thereunder with respect to Abuse Claims or Non-Abuse Litigation Claims are, subject to Confirmation of the Plan as a Global Resolution Plan, released.   All Insurance Settlement Agreements related to Specified Insurance Policies must be acceptable to the Creditors' Committee.

142.    "Insured Non-Abuse Claim" means any Non-Abuse Claim to the extent such Claim is or is alleged to be covered by an insurance policy (including any Insurance Policy) issued or allegedly issued to the Debtors or, if the Plan is Confirmed as a Global Resolution Plan, one or more of the Local Councils.  Insured Non-Abuse Claims include Non-Abuse Litigation Claims.

143.    "Interest" means any "equity security" as defined in section 101(16) of the Bankruptcy Code.

144.    "Internal Revenue Code" means title 26 of the United States Code, 26 U.S.C. §§ 1 *et seq.*, as in effect on the Petition Date, together with all amendments, modifications, and replacements of the foregoing as the same may exist on any relevant date to the extent applicable to the Chapter 11 Cases.

145.    "JPM" means JPMorgan Chase Bank, National Association and any successors and assigns.

146.    "JPM / Creditors' Committee Settlement" has the meaning ascribed to such term in Article V..S.

147.    "JPM / Creditors' Committee Term Sheet" means that certain settlement term sheet appended as Exhibit A to the *First Mediators' Report* filed on March 1, 2021 at Docket No. 2292.

148.    "JPM Exit Fee" means an exit fee to be paid by Reorganized BSA on the Effective Date, in an amount equal to the aggregate principal amount due and owing as of the Effective Date, plus the undrawn amount of any letters of credit then outstanding, under the Restated 2010 Bond Documents, the Restated 2012 Bond Documents and the Restated Credit Facility Documents, multiplied by 0.50%.

149.    "Leaseback Requirement" means the requirement that Reorganized BSA be entitled to lease the Warehouse and Distribution Center from the Settlement Trust for fair market value so long as the Settlement Trust holds title to such premises and that any sale or other transfer of the Warehouse and Distribution Center by the Settlement Trust be subject to Reorganized BSA's right to lease such premises from any Person that acquires the Warehouse and Distribution Center from the Settlement Trust (or any subsequent acquirer) for fair market value for a term of not less than two years with four

two-year options to renew at the option of Reorganized BSA.  An agreement reflecting the terms of the Leaseback Requirement shall be filed with the Plan Supplement.

150.    "Lien" means any "lien" as defined in section 101(37) of the Bankruptcy Code.

151.    "Life-Income Agreement" means the agreements described in the *Supplement to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer, Scout, and Donor Programs and Practices and (B) Pay and Honor Related Prepetition Obligations, and (II) Granting Related Relief*, filed by the Debtors on March 3, 2020 at Docket No. 134.

152.    "Local Council Insurance Policies" means any and all known and unknown contracts, binders, certificates or insurance policies currently or previously in effect at any time on or before the Effective Date naming the Local Councils, or any of them, or any predecessor, subsidiary, or past or present Affiliate of any Local Council, as an insured (whether as the primary or an additional insured), or otherwise alleged to afford any Local Council insurance coverage, upon which any claim could have been, has been or may be made with respect to any Abuse Claim, including the policies identified on Schedule 3.  Notwithstanding the foregoing, Local Council Insurance Policies shall not include any policy providing reinsurance to any Settling Insurance Company.  For the avoidance of doubt, Local Council Insurance Policies do not include any BSA Insurance Policy or any insurance policy issued at any time to any of the Local Councils for directors', managers', and officers' liability (including any "tail policy" or run-off coverage) or any agreements, documents, or instruments relating thereto.

153.    "Local Council Settlement Contribution" means, if the Plan is Confirmed as a Global Resolution Plan:

      a.    the contributions to the Settlement Trust by the Local Councils, as set forth on Exhibit F;

      b.    to the maximum extent permitted under applicable law, any and all of the Local Councils' rights, titles, privileges, interests, claims, demands or entitlements, as of the Effective Date, to any proceeds, payments, benefits, Causes of Action, choses in action, defense, or indemnity, now existing or hereafter arising, accrued or unaccrued, liquidated or unliquidated, matured or unmatured, disputed or undisputed, fixed or contingent, arising under or attributable to: (i) the BSA Insurance Policies (subject to Article IV.D.3 and Article IV.D.4 with respect to Insured Non-Abuse Claims), the Insurance Coverage, the Insurance Settlement Agreements, and claims thereunder and proceeds thereof (but not the policies themselves); (ii) the Insurance Actions; and (iii) the Insurance Action Recoveries;

      c.    to the maximum extent permitted under applicable law, any and all of the Local Councils' rights, titles, privileges, interests, claims, demands or entitlements, as of the Effective Date, to any proceeds, payments, benefits, Causes of Action, choses in action, defense, or indemnity, now existing or hereafter

arising, accrued or unaccrued, liquidated or unliquidated, matured or unmatured, disputed or undisputed, fixed or contingent, arising under or attributable to: (i) the Local Council Insurance Policies (subject to Article IV.D.3 and Article IV.D.4 with respect to Insured Non-Abuse Claims), the Insurance Coverage, the Insurance Settlement Agreements, and claims thereunder and proceeds thereof; (ii) the Insurance Actions; and (iii) the Insurance Action Recoveries;

      d.     the waiver, release, and expungement from the Claims Register, as of the Effective Date, of any and all Claims that have been asserted in the Chapter 11 Cases by or on behalf of any Local Council, including any Indirect Abuse Claims, without any further notice to or action, order, or approval of the Bankruptcy Court, and the agreement of each Local Council not to file or assert any Claim or Claims against the Debtors or Reorganized BSA arising from any act or omission of the Debtors on or prior to the Confirmation Date; and

      e.     the assignment of any and all Perpetrator Indemnification Claims held by the Local Councils.

154.    "Local Councils" means, collectively, each and every current or former local council of the BSA, including each and every current local council of the BSA as listed on Exhibit G hereto, "supporting organizations" within the meaning of 26 U.S.C. § 509 with respect to any Local Council, and all Entities that hold, own, or operate any camp or other real property that is operated in the name of or for the benefit of any Local Council.

155.    "Mediators" means the Honorable Kevin J. Carey (Ret.), Paul A. Finn, and Timothy V.P. Gallagher, each of whom is appointed by the Bankruptcy Court as a mediator in the Chapter 11 Cases under the *Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief* entered on June 9, 2020 at Docket No. 812.

156.    "Net Unrestricted Cash and Investments" means all of the Unrestricted Cash and Investments as of the Effective Date, after Reorganized BSA has received the proceeds of the Foundation Loan, less (a) $25,000,000 (subject to potential variance as set forth in Article V.M), which shall be funded first from the proceeds of the Foundation Loan, (b) an amount of Cash equal to the JPM Exit Fee, (c) an amount of Cash sufficient to fund all unpaid Allowed Administrative Expense Claims, (d) without duplication, an amount of Cash sufficient to fund the Professional Fee Reserve, (e) an amount of Cash sufficient to fund the Coalition Restructuring Expenses, (f) an amount of Cash equal to the Creditor Representative Fee Cap, (g) the amount of Cash estimated to be required to satisfy Allowed Priority Tax Claims, Allowed Other Priority Claims, Allowed Secured Claims, and Allowed Convenience Claims, and (h) an amount of Cash sufficient to fund all accrued but unpaid interest and reasonable fees and expenses of JPM as of the Effective Date to the extent not paid pursuant to the Cash Collateral Order.

157.    "Non-Abuse Claim" means any Claim against the Debtors that is not an Abuse Claim.

158.    "Non-Abuse Litigation Claim" means any Claim that is a prepetition unsecured non-priority Claim against the Debtors relating to pending or threatened litigation against one or both of the Debtors that does not relate to Abuse.  For the avoidance of doubt, Non-Abuse Litigation Claims include all personal injury or wrongful death Claims against the Debtors that do not relate to Abuse and all Claims against the Debtors asserted by the Girl Scouts of the United States of America and do not include any Administrative Expense Claims that may be asserted by holders of Non-Abuse Litigation Claims.

159.    "Non-Settling Insurance Company" means any Insurance Company to the extent it is not a Settling Insurance Company.

160.    "Northern Tier Assignment" means that certain Assignment of Agreements, Licenses, Permits and Contracts, dated as of March 21, 2019, by and from the BSA, as assignor, and JPM, as assignee, which secures the BSA's obligations under the 2010 Credit Agreement, the 2010 Bond Agreement, the 2012 Bond Agreement, and the 2019 RCF Agreement.

161.    "Northern Tier Mortgage" means that certain Mortgage, Security Agreement, Assignment of Rents and Leases and Fixture Filing, dated as of March 21, 2019, by and from the BSA, as mortgagor, and JPM, as mortgagee, which secures the BSA's obligations under the 2010 Credit Agreement, the 2010 Bond Agreement, the 2012 Bond Agreement, and the 2019 RCF Agreement.

162.    "Notice and Claims Agent" means Omni Agent Solutions, in its capacity as "claims and noticing agent" for the Debtors, and any successor thereto.

163.    "Official Committees" means the Tort Claimants' Committee and the Creditors' Committee.

164.    "Oil and Gas Interests" means those certain mineral or royalty interests owned by the BSA, consisting of approximately 1,027 properties located in Alabama, Arkansas, California, Florida, Georgia, Illinois, Louisiana, Michigan, Mississippi, Nebraska, New Mexico, North Dakota, Oklahoma, Oregon, Texas, South Dakota and Wyoming.  The Oil and Gas Interests include those listed on Schedule 4.

165.    "Other Priority Claim" means any Claim against the Debtors that is entitled to priority in right of payment under section 507(a) of the Bankruptcy Code, other than an Administrative Expense Claim or a Priority Tax Claim.

166.    "Other Secured Claim" means any Secured Claim against the Debtors other than any 2010 Credit Facility Claim, 2019 RCF Claim, 2010 Bond Claim, or 2012 Bond Claim.

167.    "Pension Plan" means the Boy Scouts of America Retirement Plan for Employees, a single-employer, qualified, defined benefit pension plan that is subject to the Employee Retirement Income Security Act of 1974, as amended, and the Internal Revenue Code, of which BSA is the sponsor.

168.    "<u>Perpetrator</u>" means any individual who personally committed or is alleged to have personally committed an act of Abuse that forms the basis for an Abuse Claim.  The term "Perpetrator" does not include any individual who did not personally commit or is not alleged to have personally committed an act of Abuse that forms the basis for an Abuse Claim, against whom an Abuse Claim is nevertheless asserted, or may be asserted, by virtue of such individual's position or service as an employee or volunteer of the Debtors or as a Scout participant, or, if the Plan is Confirmed as a Global Resolution Plan, by virtue of such individual's position or service as an employee or volunteer of a Local Council or a Chartered Organization or as a Scout participant.

169.    "<u>Perpetrator Indemnification Claim</u>" means a Claim against a Perpetrator for indemnification or contribution arising from or relating to an Abuse Claim.

170.    "<u>Person</u>" has the meaning set forth in section 101(41) of the Bankruptcy Code."

171.    "<u>Petition Date</u>" means February 18, 2020.

172.    "<u>Philmont Assignment</u>" means that certain Assignment of Agreements, Licenses, Permits and Contracts, dated as of March 21, 2019, by and from the BSA, as assignor, and JPM, as assignee, which secures the BSA's obligations under the 2010 Credit Agreement, the 2010 Bond Agreement, the 2012 Bond Agreement, and the 2019 RCF Agreement.

173.    "<u>Philmont Mortgage</u>" means that certain Mortgage, Security Agreement, Assignment of Rents and Leases and Fixture Filing, dated as of March 21, 2019, by and from the BSA, as mortgagor, and JPM, as mortgagee, which secures the BSA's obligations under the 2010 Credit Agreement, the 2010 Bond Agreement, the 2012 Bond Agreement, and the 2019 RCF Agreement.

174.    "<u>Plan</u>" means this *Third Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* filed by the Debtors, as the same may be amended or modified from time to time pursuant to section 1127 of the Bankruptcy Code.

175.    "<u>Plan Documents</u>" means, collectively, the Plan, the Disclosure Statement, the Disclosure Statement Order, each of the documents comprising the Plan Supplement, and all of the exhibits and schedules attached to any of the foregoing (including the Settlement Trust Documents and, if the Plan is Confirmed as a Global Resolution Plan, the Hartford Insurance Settlement Agreement).  The Plan Documents shall be in form and substance reasonably acceptable to JPM and the Creditors' Committee.

176.    "<u>Plan Supplement</u>" means the compilation of documents and forms of documents, agreements, schedules, exhibits, and annexes to the Plan, which the Debtors shall file no later than fourteen (14) days before the Voting Deadline, unless otherwise ordered by the Bankruptcy Court, and additional documents filed with the Bankruptcy Court before the Effective Date as amendments, modifications or supplements to the Plan Supplement.  The Plan Supplement will include the following: (a) the Amended BSA Bylaws; (b) the Assumed Contracts and Unexpired Leases Schedule; (c) the form of the

27

BSA Global Resolution Note; (d) the Document Agreement (Global Resolution Plan); (e) the Document Agreement (BSA Toggle Plan); (f) the name of the Creditor Representative; (g) changes, if any, to Reorganized BSA's directors and officers; (h) the form of the Foundation Loan Agreement; (i) the form of agreement reflecting the terms of the Leaseback Requirement; (j) the Rejected Contracts and Unexpired Leases Schedule; (k) the forms of  the Restated 2010 Bond Documents; (l) the forms of Restated 2012 Bond Documents; (m) the forms of the Restated Credit Facility Documents; (n) the form of the Restated Security Agreement; (o) the names of the initial members of the Settlement Trust Advisory Committee; and (p) the name of the initial Settlement Trustee; provided that the Plan Documents listed in clauses (b) and (j) of the foregoing sentence will be revised, in the Debtors' discretion, subject to Article VI, to account for any additional Executory Contracts or Unexpired Leases to be assumed or rejected in advance of the Confirmation Hearing.  The Plan Supplement shall be served only on those parties that have requested notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002 and any party in interest who requests in writing a copy from counsel to the Debtors.  Once the Plan Supplement is filed, a copy will also be available for review on the Notice and Claims Agent's website free of charge at https://omniagentsolutions.com/BSA.   The Plan Supplement shall be in form and substance reasonably acceptable to JPM and the Creditors' Committee.

177.    "Prepetition Debt and Security Documents" means, collectively, the 2010 Credit Facility Documents, the 2019 RCF Documents, the 2010 Bond Documents, the 2012 Bond Documents, the Prepetition Security Documents (2019), and the Prepetition Security Agreement (2020).

178.    "Prepetition Security Agreement (2019)" means that certain Third Amended and Restated Security Agreement, dated as of March 21, 2019, by and among the BSA and Arrow, as debtors, JPM, in its capacity as collateral agent, JPM, in its capacity as the lender under each of the 2010 Credit Agreement and the 2019 RCF Agreement, and as holder under each of the 2010 Bond Agreement and the 2012 Bond Agreement.

179.    "Prepetition Security Agreement (2020)" means that certain Consent and Security Agreement dated as of February 3, 2020, by and among Delaware BSA, the BSA, JPM, as collateral agent, and  JPM, in its capacity as the lender under the 2010 Credit Agreement and the 2019 RCF Agreement, and as holder under the 2010 Bond Agreement and the 2012 Bond Agreement.

180.    "Prepetition Security Documents (2019)" means, collectively, the Prepetition Security Agreement (2019), the Florida Sea Base Mortgage, the Florida Sea Base Assignment, the Headquarters Deed of Trust, the Headquarters Assignment, the Northern Tier Mortgage, the Northern Tier Assignment, the Philmont Mortgage, the Philmont Assignment, and the Arrow Collateral Assignment.

181.    "Priority Tax Claim" means any Claim of a Governmental Unit against the Debtors that is entitled to priority in payment under section 507(a)(8) of the Bankruptcy Code.

182.    "Privileged Information" means any privileged information that relates, in whole or in part, to any Abuse Claim, including: (a) the Debtors' books and records transferred to the Settlement Trust in accordance with the Document Agreement; (b) any privileged information containing a factual or legal analysis or review of any Abuse Claim; (c) any privileged information evaluating the reasonableness, effectiveness, or Confirmability of the Plan or any other chapter 11 plan filed or that could be filed in the Chapter 11 Cases; (d) any privileged information exchanged by the Debtors or their professionals, on the one hand, and any of the Related Non-Debtor Entities, Local Councils, the Ad Hoc Committee, either Official Committee, the Future Claimants' Representative, or their respective Representatives, on the other hand, related to the Plan, the Plan Documents, or the Abuse Claims; and (e) information shared pursuant to that certain Joint Defense, Common Interest, and Confidentiality Agreement among the BSA, the Ad Hoc Committee, and each Local Council that executed a joinder to said agreement that was acknowledged in writing by the BSA and the Ad Hoc Committee; and (f) any privileged information containing a factual or legal analysis of the Debtors' potential exposure in connection with any Abuse Claim or any litigation related thereto. For the avoidance of doubt, Privileged Information shall not include any Common-Interest Communications with Insurers.

183.    "Pro Rata" means, at any time, with respect to any Claim, the proportion that the amount of such Claim in a particular Class or group of Classes bears to the aggregate amount of all Claims (including Disputed Claims) in such Class or group of Classes, unless in each case the Plan provides otherwise.

184.    "Pro Rata Share" means the proportion that an Allowed Claim in a particular Class bears to the aggregate amount of all Allowed Claims in that Class.

185.    "Professional" means any Person retained by the Debtors, the Tort Claimants' Committee, the Creditors' Committee, or the Future Claimants' Representative pursuant to a Final Order of the Bankruptcy Court entered under sections 327, 328, 363, or 1103 of the Bankruptcy Code.

186.    "Professional Fee Claim" means any Claim of a Professional or other Person for Allowance by the Bankruptcy Court and payment by the Debtors of compensation for services rendered and/or reimbursement of costs or expenses incurred in the Chapter 11 Cases for the period from the Petition Date to and including the Effective Date under sections 328, 330, 331, or 503(b) of the Bankruptcy Code.

187.    "Professional Fee Reserve" means a segregated account funded from Unrestricted Cash and Investments on hand of the Debtors as of the Effective Date in an amount equal to the Professional Fee Reserve Amount as of such date, solely for the purpose of paying all Allowed Professional Fee Claims.

188.    "Professional Fee Reserve Amount" means the aggregate Accrued Professional Fees as of the Effective Date, as estimated by the Professionals in accordance with Article II.A.2.

189.    "Proof of Claim" means any proof of claim filed with the Bankruptcy Court or the Notice and Claims Agent pursuant to section 501 of the Bankruptcy Code and Bankruptcy Rules 3001 or 3002 that asserts a Claim against either of the Debtors.

190.    "Protected Parties" means:

a.    if the Plan is Confirmed as a Global Resolution Plan, the following Persons: (i) the Debtors; (ii) Reorganized BSA; (iii) the Related Non-Debtor Entities; (iv) the Local Councils; (v) the Contributing Chartered Organizations; (vi) the Settling Insurance Companies, including Hartford; and (vii) all of such Persons' Representatives; provided, however, that no Perpetrator is or shall be a Protected Party.  Notwithstanding the foregoing, if the Plan is Confirmed as a Global Resolution Plan, a Contributing Chartered Organization shall be a Protected Party only with respect to any Abuse Claim that is attributable to, arises from, is based upon, relates to, or results from, Abuse that occurred prior to the Petition Date: (a) in connection with the Contributing Chartered Organization's sponsorship of one or more Scouting units; or (b) that has been asserted in a proof of claim filed in the Chapter 11 Cases asserting a Direct Abuse Claim.

b.    if the Plan is Confirmed as a BSA Toggle Plan, the following Persons: (i) the Debtors; (ii) Reorganized BSA; (iii) the Related Non-Debtor Entities; and (iv) all of such Persons' Representatives; provided, however, that no Perpetrator is or shall be a Protected Party.

191.    "Quarterly Fees" means all fees due and payable pursuant to section 1930(a)(6) of title 28 of the United States Code.

192.    "Reinstatement" means (a) leaving unaltered the legal, equitable and contractual rights to which a Claim entitles the holder of such Claim or (b) notwithstanding any contractual provision or applicable law that entitles the holder of such Claim to demand or receive accelerated payment of such Claim after the occurrence of a default, (i) curing any such default that occurred before or after the Petition Date, other than a default of a kind specified in section 365(b)(2) of the Bankruptcy Code; (ii) reinstating the maturity of such Claim as such maturity existed before such default; (iii) compensating the holder of such Claim for any damages incurred as a result of any reasonable reliance by such holder on such contractual provision or such applicable law; (iv) if such Claim arises from any failure to perform a nonmonetary obligation, compensating the holder of such Claim (other than the Debtors or an "insider" of the Debtors within the meaning of section 101(31) of the Bankruptcy Code) for any actual pecuniary loss incurred by such holder as the result of such failure; and (v) not otherwise altering the legal, equitable or contractual rights to which such Claim entitles the holder thereof.  "Reinstated" has a correlative meaning.

193.    "Rejected Contracts and Unexpired Leases Schedule" means the schedule of Executory Contracts or Unexpired Leases to be rejected by the BSA under the Plan, as set forth in the Plan Supplement, as may be amended, modified, or supplemented from time to time.

194.    "Rejection Damages Bar Date" has the meaning ascribed to such term in Article VI.B.

195.    "Rejection Damages Claim" means a Claim for damages alleged to arise from the rejection of an Executory Contract or Unexpired Lease pursuant to section 365 or 1123 of the Bankruptcy Code.

196.    "Related Non-Debtor Entities" means the Entities listed on Exhibit H, including non-debtor Affiliates of the Debtors that are directly or indirectly wholly owned by, or subject to the control of, the BSA.  For the avoidance of doubt, Related Non-Debtor Entities do not include Local Councils or Chartered Organizations.

197.    "Release Injunctions" means the injunctions described in Article X.L.

198.    "Released Parties" means, collectively, the following Persons, in each case in its or their respective capacities as such: (a) the Debtors; (b) Reorganized BSA; (c) the Related Non-Debtor Entities; (d) the Creditors' Committee; (e) the members of the Creditors' Committee in their capacities as such; (f) JPM; (g) if the Plan is Confirmed as a Global Resolution Plan, the Settling Insurance Companies, including Hartford; (h) the Foundation, in its capacity as lender under the Foundation Loan Agreement; (i) the Ad Hoc Committee; (j) the members of the Ad Hoc Committee in their capacities as such; (k) the Creditor Representative; (l) the Mediators; and (m) all of such Persons' Representatives; provided, however, that no Perpetrator is or shall be a Released Party; provided further, that the definition of "Released Parties" shall in all instances be subject to Article X.J.

199.    "Releases" means the releases set forth in Article X.J.

200.    "Releasing Claim Holder" means, collectively, (a) all holders of Claims that vote to accept the Plan and do not opt out of the releases set forth in Article X.J.4; (b) all holders of Claims that are presumed to accept the Plan, except for holders of such Claims that file a timely objection to the releases set forth in Article X.J.4; (c) all holders of Claims entitled to vote on the Plan and who vote against the Plan and do not opt out of the releases set forth in Article X.J.4; and (d) all of such Persons' predecessors, successors and assigns, subsidiaries, affiliates, current and former officers, directors, principals, shareholders, members, partners, employees, agents, advisory board members, financial advisors, attorneys, accountants, investment bankers, consultants, representatives, management companies, and other professionals, and all such Persons' respective heirs, executors, estates, servants and nominees, in their respective capacities as such.

201.    "Reorganized BSA" means the BSA, as reorganized pursuant to and under the Plan on or after the Effective Date.

202.    "Representatives" means, with respect to any Person, such Person's (a) predecessors, successors, assigns, subsidiaries, and Affiliates, (b) current and former officers, directors, principals, equity holders, trustees, members, partners, managers, officials, board members, advisory board members, employees, agents, volunteers,

attorneys, financial advisors, accountants, investment bankers, consultants, representatives, and other professionals, and (c) respective heirs, executors, estates, and nominees, in each case solely in its capacity as such.

203. "Restated 2010 Bond Documents" means those certain restated bond documents, including a restated revenue bond, bond purchase agreement, promissory note, security agreement, and all documentation executed and delivered in connection therewith, in each case containing substantially the same terms as the 2010 Bond Documents except that: (a) the amortization schedule attached to the 2010 Bond shall be amended and restated such that (i) interest is payable in monthly installments (at the same rates in the 2010 Bond Documents) beginning on the date that is one month after the Effective Date (as to be specified in the Restated 2010 Bond Documents) and ending on the Restated Maturity Date, and (ii) principal is payable in monthly installments (in the same monthly amounts as the periodic amortization amounts in the 2010 Bond Documents) beginning on the date that is two years after the Effective Date (as to be specified in the Restated 2010 Bond Documents) and ending on the Restated Maturity Date; and (b) the Restated 2010 Bond Documents shall be guaranteed by Arrow.  The covenants in the Restated 2010 Bond Documents shall be in form and substance acceptable to JPM and the BSA.  The obligations under the Restated 2010 Bond Documents shall be secured by the Restated Security Agreement.  The then-current forms of the Restated 2010 Bond Documents shall be filed with the Plan Supplement.

204. "Restated 2012 Bond Documents" means those certain restated bond documents, including a restated revenue bond, bond purchase agreement, promissory note, security agreement, and all documentation executed and delivered in connection therewith, in each case containing substantially the same terms as the 2012 Bond Documents except that: (a) the amortization schedule attached to the 2012 Bond shall be amended and restated such that (i) interest is payable in monthly installments (at the same rates in the 2012 Bond Documents) beginning on the date that is one month after the Effective Date (as to be specified in the Restated 2012 Bond Documents) and ending on the Restated Maturity Date, and (ii) principal is payable in monthly installments (in the same monthly amounts as the periodic amortization amounts in the 2012 Bond Documents) beginning on the date that is two years after the Effective Date (as to be specified in the Restated 2012 Bond Documents) and ending on the Restated Maturity Date; and (b) the Restated 2012 Bond Documents shall be guaranteed by Arrow.  The covenants in the Restated 2012 Bond Documents shall be in form and substance acceptable to JPM and the BSA.  The obligations under the Restated 2012 Bond Documents shall be secured by the Restated Security Agreement.  The then-current forms of the Restated 2012 Bond Documents shall be filed with the Plan Supplement.

205. "Restated Credit Facility Documents" means those certain restated revolving credit facility documents, which shall contain substantially the same terms as the 2010 Credit Facility Documents and the 2019 RCF Documents, as applicable to the 2010 Credit Facility Claims and the 2019 RCF Claims, except that: (a) the revolving credit facility provided under the 2019 RCF Documents shall be frozen and converted to a term loan; (b) the Revolving Maturity Date and the Term Loan Maturity Date (each as defined in the 2010 Credit Facility Documents) and the Maturity Date (as defined in the

2019 RCF Documents) shall be extended to the Restated Maturity Date; (c) interest is payable in quarterly installments (at the same rates in the Restated 2012 Bond Documents) beginning on the date that is three months after the Effective Date (as to be specified in the Restated 2012 Bond Documents) and ending on the Restated Maturity Date; (d) principal is payable in quarterly monthly installments (at 1/40th of the outstanding balance on the Effective Date) beginning on the date that is two years after the Effective Date (as to be specified in the Restated Credit Facility Documents) and ending on the Restated Maturity Date; and (e) the Restated Credit Facility Documents shall be guaranteed by Arrow.  The covenants in the Restated Credit Facility Documents shall be in form and substance acceptable to JPM and the BSA.  The obligations under the Restated Credit Facility Documents shall be secured by the Restated Security Agreement.  The then-current forms of the Restated Credit Facility Documents shall be filed with the Plan Supplement.

206.    "Restated Debt and Security Documents" means, collectively, the Restated 2010 Bond Documents, the Restated 2012 Bond Documents, the Restated Credit Facility Documents, and the Restated Security Agreement.  The Restated Debt and Security Documents shall be on terms acceptable to JPM and the BSA, and reasonably acceptable to the Creditors' Committee.

207.    "Restated Maturity Date" means the maturity date applicable to each of the Restated Debt and Security Documents in accordance with the terms thereof, which shall in each case be the date that is ten (10) years after the Effective Date.

208.    "Restated Security Agreement" means that certain restated security agreement, pursuant to which Reorganized BSA shall grant blanket first-priority liens on and security interests in all of Reorganized BSA's assets, including but not limited to all collateral secured by the Prepetition Security Documents (2019), to JPM to secure Reorganized BSA's and Arrow's obligations under the Restated 2010 Bond Documents, the Restated 2012 Bond Documents and the Restated Credit Facility Documents.  The then-current form of the Restated Security Agreement shall be filed with the Plan Supplement.

209.    "Restoration Plan" means the Boy Scouts of America Retirement Benefit Restoration Plan, a non-qualified defined benefit retirement plan under section 457(f) of the Internal Revenue Code, which provides supplemental retirement benefits to certain current and former employees of the Debtors or Local Councils.

210.    "Schedules" means, with respect to each Debtor, the schedules of assets and liabilities and the statement of financial affairs filed by such Debtor with the Bankruptcy Court pursuant to sections 521 and 1106(a)(2) of the Bankruptcy Code and Bankruptcy Rule 1007, as such schedules and statements may be amended or supplemented from time to time prior to the Effective Date.

211.    "Scouting Released Claims" has the meaning ascribed to such term in Article X.J.

212.    "Scouting University" means that certain parcel of real property owned by the BSA located at 1301 Solana Boulevard, Westlake, Texas 76262, together with the buildings, structures, fixtures, additions, enlargements, extensions, modifications, repairs, replacements and other improvements now or hereafter located thereon, the sale of which was approved pursuant to the *Order, Pursuant to Section 363 of the Bankruptcy Code, Authorizing the Sale of Certain Real Property Located in Westlake Texas*, entered by the Bankruptcy Court on June 14, 2021 at Docket No. 5326..

213.    "Secured" means, with respect to any Claim, the extent to which the Claim is: (a) secured by a Lien on property of a Debtor's Estate (i) as set forth in the Plan, (ii) as agreed to by the holder of such Claim and the Debtors, or (iii) as determined by a Final Order in accordance with section 506(a) of the Bankruptcy Code; or (b) subject to any setoff right of the holder of such Claim under section 553 of the Bankruptcy Code, but, with respect to both of the foregoing clauses (a) and (b), only to the extent of the value of the interest of such holder in the Estate's interest in the property securing such Claim or the amount subject to setoff, as applicable.

214.    "Settlement of Restricted and Core Asset Disputes" has the meaning ascribed to such term in Article V.S.3.

215.    "Settlement Trust" means the trust organized under the laws of the state of Delaware and established under Article IV and the Settlement Trust Agreement for the purposes set forth therein, including assuming liability for all Abuse Claims, holding, preserving, maximizing, and administering the Settlement Trust Assets, and directing the processing, liquidation and payment of all compensable Abuse Claims in accordance with the Settlement Trust Documents.

216.    "Settlement Trust Advisory Committee" means the committee serving in accordance with Article IV and the Settlement Trust Agreement, which shall have the powers, duties and obligations set forth in the applicable Settlement Trust Agreement. The initial members of the Settlement Trust Advisory Committee shall be identified in the Plan Supplement.

217.    "Settlement Trust Agreement" means the Settlement Trust Agreement (Global Resolution Plan) or the Settlement Trust Agreement (BSA Toggle Plan), as applicable, dated as of the Effective Date, substantially in the form attached hereto as Exhibit B-1 and Exhibit B-2, respectively, as the same may be amended or modified from time to time.

218.    "Settlement Trust Assets" means the following assets and any income, profits and proceeds realized, received or derived from such assets subsequent to the transfer of such assets to the Settlement Trust:

a.    if the Plan is Confirmed as a Global Resolution Plan: (i) the BSA Settlement Trust Contribution; (ii) the Local Council Settlement Contribution; (iii) the Chartered Organization Settlement Contribution; and (iv) any and all other funds, proceeds or other consideration otherwise contributed to the

Settlement Trust pursuant to the Plan or the Confirmation Order or other Final Order of the Bankruptcy Court.

b.      If the Plan is Confirmed as a BSA Toggle Plan: (i) the BSA Settlement Trust Contribution; and (ii) any and all other funds, proceeds or other consideration otherwise contributed to the Settlement Trust pursuant to the Plan or the Confirmation Order or other Final Order of the Bankruptcy Court.  For the avoidance of doubt, except as may be provided in any Insurance Settlement Agreement, if the Plan is Confirmed as a BSA Toggle Plan, the insurance rights of any Person that is not a Protected Party are expressly reserved for such Person, and the Plan Documents shall not, and shall not be deemed to, transfer, grant, or assign such rights to the Settlement Trust.

219.   "Settlement Trust Causes of Action" means any Estate Cause of Action and, if the Plan is Confirmed as a Global Resolution Plan, any claim held by any Local Council or other Person that is or becomes a Protected Party, which Estate Cause of Action or claim, as applicable, is not otherwise expressly released under the Plan or the Plan Documents, in each case attributable to: (a) all defenses to any Abuse Claim, including all defenses under section 502 of the Bankruptcy Code; (b) with respect to Abuse Claims, all rights of setoff, recoupment, contribution, reimbursement, subrogation or indemnity (as those terms are defined by the non-bankruptcy law of any relevant jurisdiction) and any other indirect claim of any kind whatsoever, whenever and wherever arising or asserted; (c) any other claims or rights with respect to Abuse Claims that the Debtors and, if the Plan is Confirmed as a Global Resolution Plan, the Local Councils or other Protected Parties, would have had under applicable law if the Chapter 11 Cases had not occurred and the holder of such Abuse Claim had asserted such claim by initiating civil litigation against the Debtors, the Local Councils or the Protected Parties (including any claims and defenses against co-defendants); and (d) any claim, cause of action, or right of either Debtor or, if the Plan is Confirmed as a Global Resolution Plan, any Local Council or any other Protected Party, under the laws of any jurisdiction, for reimbursement, indemnity, contribution, breach of contract, or otherwise arising from or relating to any payments made by either Debtor, any Local Council or any other Protected Party on account of Abuse Claims prior to the Petition Date.

220.   "Settlement Trust Documents" means, collectively, (a) the applicable Settlement Trust Agreement, (b) the Trust Distribution Procedures, (c) the Document Agreement, and (d) any other agreements, instruments and documents governing the establishment, administration and operation of the Settlement Trust, which shall be substantially in the forms set forth as exhibits hereto or in the Plan Supplement, as the same may be amended or modified from time to time in accordance with the terms thereof.

221.   "Settlement Trust Expenses" means any liabilities, costs, or expenses of, or imposed upon, or in respect of, the Settlement Trust once established (except for payments to holders of Abuse Claims on account of such Claims).  Settlement Trust Expenses shall also expressly include (a) any and all liabilities, costs, and expenses incurred subsequent to the Effective Date in connection with the Settlement Trust Assets

(including, without limitation, the prosecution of any Settlement Trust Causes of Action and Insurance Actions), in each case whether or not any such action results in a recovery for the Settlement Trust and (b) the reasonable documented costs and expenses incurred by Reorganized BSA, the Related Non-Debtor Entities, the Local Councils, the Ad Hoc Committee, or the Contributing Chartered Organizations in taking any action on behalf of or at the direction of the Settlement Trust, if any, including, without limitation, any costs and expenses incurred by Reorganized BSA, the Related Non-Debtor Entities, the Local Councils or the Contributing Chartered Organizations in being named as a defendant in any Insurance Action.

222.    "Settlement Trustee" means the individual acceptable to the Debtors who is appointed by the Bankruptcy Court to serve as trustee of the Settlement Trust pursuant to the terms of the Plan and the Settlement Trust Agreement or who may subsequently be appointed pursuant to the terms of the Settlement Trust Agreement.    The initial Settlement Trustee shall be identified in the Plan Supplement.

223.    "Settling Insurance Company" means, solely with respect to Insurance Policies that are the subject of an Insurance Settlement Agreement, and only if the Plan is Confirmed as a Global Resolution Plan, any Insurance Company that contributes funds, proceeds or other consideration to or for the benefit of the Settlement Trust pursuant to an Insurance Settlement Agreement that is approved by an order of the Bankruptcy Court (including the Confirmation Order) and is designated as a Settling Insurance Company in the Confirmation Order or the Affirmation Order.  Without limiting the foregoing, subject to Confirmation of the Plan as a Global Resolution Plan and approval of the Hartford Insurance Settlement Agreement by an order of the Bankruptcy Court (including in the Confirmation Order), Hartford is a Settling Insurance Company and shall be designated as such in the Confirmation Order and the Affirmation Order.

224.    "Specified Insurance Policy" means any Insurance Policy with an inception date of January 1, 2013 to the present.

225.    "Summit Bechtel Reserve" means the parcels of real property that comprise the Summit Bechtel Family National Scout Reserve, together with the buildings, structures, fixtures, additions, enlargements, extensions, modifications, repairs, replacements and other improvements now or hereafter located thereon.

226.    "Tort Claimants' Committee" means the official committee of tort claimants, consisting of survivors of childhood sexual abuse, appointed by the United States Trustee in the Chapter 11 Cases under section 1102(a) of the Bankruptcy Code.

227.    "Trust Distribution Procedures" means the Global Resolution Plan TDP or the BSA Toggle Plan TDP, as applicable, substantially in the form attached hereto as Exhibit A-1 and Exhibit A-2, respectively, as the same may be amended or modified from time to time.

228.    "Unexpired Lease" means a lease to which BSA is a party, including any and all pre- and post-petition amendments thereto, that is subject to assumption or rejection under section 365 of the Bankruptcy Code.

229.    "Unimpaired" means any Claim that is not Impaired, including any Claim that is Reinstated.

230.    "United States Trustee" means the Office of the United States Trustee for the District of Delaware.

231.    "Unrestricted Cash and Investments" means all Cash and balance sheet investments owned by the Debtors as of the date that is immediately prior to the Effective Date that are not subject to legally enforceable restrictions requiring the use or disposition of such assets for a particular purpose.

232.    "Volunteer Screening Database" is the database established and maintained by the BSA to, among other things, track and remove from Scouting volunteer leaders suspected of having acted in an inappropriate sexual manner with youth participants in Scouting.

233.    "Voting Deadline" means the date by which all Persons entitled to vote on the Plan must vote to accept or reject the Plan.

234.    "Voting Procedures" means those certain procedures and supplemental procedures approved by the Bankruptcy Court for soliciting and tabulating the votes to accept or reject the Plan cast by holders of Claims against the Debtors entitled to vote on the Plan.  The Voting Procedures shall be in form and substance reasonably acceptable to the Creditors' Committee as they pertain to Convenience Claims, General Unsecured Claims and Non-Abuse Litigation Claims.

235.    "Warehouse and Distribution Center" means that certain parcel of real property owned by the BSA located at 2109 Westinghouse Boulevard, Charlotte, North Carolina 28269, together with the buildings, structures, fixtures, additions, enlargements, extensions, modifications, repairs, replacements and other improvements now or hereafter located thereon.

236.    "Workers' Compensation Program" means the Debtors' (a) written contracts, agreements, agreements of indemnity, in each case relating to workers' compensation, (b) self-insured workers' compensation bonds, policies, programs, and plans for workers' compensation and (c) workers' compensation insurance issued to or entered into at any time by any of the Debtors.

237.    "Youth Member" means a youth member of the BSA registered as of December 31 of any applicable year in a core program (Cub Scouts, Scouts BSA (in each case under age 18), Sea Scouts, Venturing, or Exploring (in each case under age 21)), whose registration is current as of such date and who has paid the individual annual registration fee (which fee has not been refunded in whole or in part).

B.      Interpretation; Application of Definitions and Rules of Construction.    For purposes of the Plan, unless otherwise provided herein:  (1) whenever from the context it is appropriate, each term, whether stated in the singular or the plural, will include both the singular and the plural, and pronouns stated in the masculine, feminine, or neuter gender shall include the masculine, feminine, and the neuter gender; (2) unless otherwise provided in the Plan, any reference in the Plan to a contract, instrument, release, or other agreement or document being in a particular form or on particular terms and conditions means that such document will be substantially in such form or substantially on such terms and conditions; provided, however, that the rule of interpretation set forth in clause (2) shall not be imputed to any contract, lease, instrument, release, or other agreement as to which JPM or the Creditors' Committee have consent rights pursuant to the JPM / Creditors' Committee Term Sheet, and such consent rights shall be as set forth in the JPM / Creditors' Committee Term Sheet and incorporated herein pursuant to Article I.D; (3) any reference in the Plan to an existing document, schedule or exhibit filed or to be filed means such document, schedule or exhibit, as it may have been or may be amended, modified, or supplemented pursuant to the Plan; (4) any reference to a Person as a holder of a Claim or Interest includes that Person's successors and assigns; (5) unless otherwise stated, all references in the Plan to Articles are references to Articles of the Plan, as the same may be amended or modified from time to time in accordance with the terms hereof; (6) the words "herein," "hereof," "hereto," "hereunder" and other words of similar import refer to the Plan as a whole and not to any particular Article or clause contained in the Plan; (7) subject to the provisions of any contract, certificate of incorporation, by-law, instrument, release, or other agreement or document entered into in connection with the Plan, the rights and obligations arising pursuant to the Plan shall be governed by, and construed and enforced in accordance with the applicable federal law, including the Bankruptcy Code and Bankruptcy Rules; (8) any term used in capitalized form herein that is not otherwise defined but that is used in the Bankruptcy Code or the Bankruptcy Rules shall have the meaning assigned to that term in the Bankruptcy Code or the Bankruptcy Rules, as the case may be; (9) any immaterial effectuating provisions may be interpreted by Reorganized BSA in such a manner that is consistent with the overall purpose and intent of the Plan all without further notice to or action, order, or approval of the Bankruptcy Court or any other Person; (10) captions and headings to Articles are inserted for convenience of reference only and are not intended to be a part of or to affect the interpretation of the Plan; (11) the rules of construction set forth in section 102 of the Bankruptcy Code shall apply; (12) any reference to a Person's "subsidiaries" means its direct and indirect subsidiaries; and (13) in computing any period of time prescribed or allowed by the Plan, unless otherwise expressly provided herein, the provisions of Bankruptcy Rule 9006(a) shall apply.

C.      Reference to Monetary Figures.    All references in the Plan to monetary figures shall refer to the legal tender of the United States of America unless otherwise expressly provided.

D.      Consent Rights.    Notwithstanding anything herein to the contrary, the consent rights of JPM and the Creditors' Committee, respectively, as set forth in the JPM / Creditors' Committee Term Sheet, with respect to the form and substance of the Plan, all exhibits and schedules to the Plan, the Plan Supplement, and the other Plan Documents, including any amendments, restatements, supplements, or other modifications to such documents, and any consents, waivers, or other deviations under or from any such documents, to the extent they pertain to the treatment of the 2010 Credit Facility Claims, the 2019 RCF Claims, the 2010 Bond

Claims, or the 2012 Bond Claims (in the case of JPM) or Convenience Claims, General Unsecured Claims, or Non-Abuse Litigation Claims (in the case of the Creditors' Committee), shall be incorporated herein by this reference (including to the applicable definitions in Article I.A) and fully enforceable as if stated in full herein.

E.    Controlling Document.  In the event of any conflict between the terms and provisions in the Plan (without reference to the Plan Supplement), on the one hand, and the terms and provisions in the Disclosure Statement, the Plan Supplement, any other instrument or document created or executed pursuant to the Plan, or any order (other than the Confirmation Order) referenced in the Plan (or any exhibits, schedules, appendices, supplements, or amendments to any of the foregoing), on the other hand, the Plan (without reference to the Plan Supplement) shall govern and control; provided, however, that in the event of a conflict between Confirmation Order, on the one hand, and any of the other Plan Documents, on the other hand, the Confirmation Order shall govern and control in all respects.

## ARTICLE II.

## ADMINISTRATIVE EXPENSE AND PRIORITY CLAIMS

A.    Administrative Expense Claims.

1.    Administrative Expense Claims Generally.  Except to the extent that a holder of an Allowed Administrative Expense Claim agrees to less favorable treatment with respect to such Allowed Administrative Expense Claim, each holder of an Allowed Administrative Expense Claim (other than Professional Fee Claims, which are governed by Article II.A.2) shall receive, on account of and in full and complete settlement, release and discharge of, and in exchange for, such Claim, payment of Cash in an amount equal to the unpaid portion of such Allowed Administrative Expense Claim, or such amounts and on other such terms as may be agreed to by the holders of such Claims, on or as soon as reasonably practicable after the later of: (a) the Effective Date; (b) the first Business Day after the date that is thirty (30) calendar days after the date such Administrative Expense Claim becomes an Allowed Administrative Expense Claim; (c) such other date(s) as such holder and the Debtors or Reorganized BSA shall have agreed; or (d) such other date ordered by the Bankruptcy Court; provided, however, that Allowed Administrative Expense Claims that arise in the ordinary course of the Debtors' non-profit operations during the Chapter 11 Cases may be paid by the Debtors or Reorganized BSA in the ordinary course of operations and in accordance with the terms and conditions of the particular agreements governing such obligations, course of dealing, course of operations, or customary practice.  Notwithstanding anything to the contrary herein or in the Cash Collateral Order, no Claim on account of any diminution in the value of the Prepetition Secured Parties' interests in the Prepetition Collateral (including Cash Collateral) (as each such capitalized term is defined in the Cash Collateral Order) from and after the Petition Date shall be Allowed unless such Claim is Allowed by a Final Order of the Bankruptcy Court.

2.    Professional Fee Claims.

a.    Final Fee Applications.  All Professionals or other Persons requesting the final Allowance and payment of compensation and/or

reimbursement of expenses pursuant to sections 328, 330, 331 and/or 503(b) for services rendered during the period from the Petition Date to and including the Effective Date shall file and serve final applications for Allowance and payment of Professional Fee Claims on counsel to the Debtors and the United States Trustee no later than the first Business Day that is forty-five (45) days after the Effective Date. Objections to any Professional Fee Claim must be filed and served on Reorganized BSA and the applicable Professional within twenty-one (21) calendar days after the filing of the final fee application that relates to the Professional Fee Claim (unless otherwise agreed by the Debtors or Reorganized BSA, as applicable, and the Professional requesting Allowance and payment of a Professional Fee Claim). The Fee Examiner shall continue to act in its appointed capacity unless and until all Professional Fee Claims have been approved by order of the Bankruptcy Court, and Reorganized BSA shall be responsible to pay the fees and expenses incurred by the Fee Examiner in rendering services after the Effective Date.

b.      Professional Fee Reserve. On the Effective Date, the Debtors shall establish and fund the Professional Fee Reserve with Cash in an amount equal to the Professional Fee Reserve Amount. Funds held in the Professional Fee Reserve shall not be considered property of the Debtors' Estates, Reorganized BSA, the Settlement Trust, or the Core Value Cash Pool. Professional Fees owing on account of Allowed Professional Fee Claims shall be paid in Cash from funds held in the Professional Fee Reserve as soon as reasonably practicable after such Professional Fee Claims are Allowed by a Final Order of the Bankruptcy Court or authorized to be paid under the Compensation Procedures Order; provided, however, that Reorganized BSA's obligations with respect to Allowed Professional Fee Claims shall not be limited by or deemed limited to the balance of funds held in the Professional Fee Reserve. To the extent the funds held in the Professional Fee Reserve are insufficient to satisfy the Allowed Professional Fee Claims in full, each holder of an Allowed Professional Fee Claim shall have an Allowed Administrative Expense Claim for any deficiency, which shall be satisfied in accordance with Article II.A.1. No Liens, Claims, interests, charges, or other Encumbrances or liabilities of any kind shall encumber the Professional Fee Reserve in any way. When all Allowed Professional Fee Claims have been paid in full, amounts remaining in the Professional Fee Reserve, if any, shall revert to Reorganized BSA.

c.      Professional Fee Reserve Amount. To receive payment for Accrued Professional Fees incurred up to and including the Effective Date, Professionals shall estimate their Accrued Professional Fees as of the Effective Date and deliver such estimate to the Debtors at least five (5) Business Days prior to the anticipated Effective Date. If a Professional does not provide such estimate, the Debtors may estimate the unbilled fees and expenses of such Professional. The total amount so estimated will constitute the Professional Fee Reserve Amount, provided that such estimate will not be considered an admission or limitation with respect to the fees and expenses of such Professional.

d. Post-Effective Date Fees and Expenses. From and after the Effective Date, any requirement that Professionals comply with sections 327 through 331 or 1103 of the Bankruptcy Code in seeking retention or compensation for services rendered after such date shall terminate, and Professionals may be employed and paid in the ordinary course of operations without any further notice to or action, order, or approval of the Bankruptcy Court. The reasonable and documented fees and expenses incurred by the Professionals to the Creditors' Committee after the Effective Date until the complete dissolution of the Creditors' Committee for all purposes in accordance with Article X.R will be paid by Reorganized BSA in the ordinary course of business (and not later than thirty (30) days after submission of invoices).

e. Coalition Restructuring Expenses. For the avoidance of doubt, if the Plan is Confirmed as a Global Resolution Plan, the Coalition Restructuring Expenses shall be paid in accordance with Article V.T, and the terms of this Article II.A.2 shall not apply to the Coalition Restructuring Expenses.

B. Priority Tax Claims. Except to the extent that a holder of an Allowed Priority Tax Claim agrees to less favorable treatment, each holder of an Allowed Priority Tax Claim shall receive on account of and in full and complete settlement, release and discharge of, and in exchange for, such Allowed Priority Tax Claim, at the sole option of the Debtors or Reorganized BSA, as applicable: (1) Cash in an amount equal to such Allowed Priority Tax Claim on or as soon as reasonably practicable after the later of (a) the Effective Date, to the extent such Claim is an Allowed Priority Tax Claim on the Effective Date; (b) the first Business Day after the date that is thirty (30) calendar days after the date such Priority Tax Claim becomes an Allowed Priority Tax Claim; and (c) the date such Allowed Priority Tax Claim is due and payable in the ordinary course as such obligation becomes due; provided, however, that the Debtors reserve the right to prepay all or a portion of any such amounts at any time under this option without penalty or premium; or (2) regular installment payments in Cash of a total value, as of the Effective Date of the Plan, equal to the Allowed amount of such Claim over a period ending not later than five years after the Petition Date.

## ARTICLE III.

## CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS

A. Classification of Claims and Interests.

1. Grouping of Debtors for Convenience. The Plan is being proposed as a joint plan of reorganization of the Debtors for administrative purposes only and constitutes a separate chapter 11 plan of reorganization for each Debtor. The Plan is not premised upon the substantive consolidation of the Debtors with respect to the Classes of Claims or Interests set forth in the Plan.

2. Classification in General. For purposes of organization, voting, and all matters related to Confirmation, and except as otherwise provided herein, all Claims (other than Administrative Expense Claims and Priority Tax Claims) against and Interests

in the Debtors are classified as set forth in this <u>Article III</u>.  In accordance with section 1123(a)(1) of the Bankruptcy Code, Administrative Expense Claims and Priority Tax Claims described in <u>Article II</u> have not been classified and are excluded from the following Classes.  A Claim or Interest is classified in a particular Class only to the extent that the Claim or Interest falls within the description of such Class, and is classified in another Class or Classes to the extent that any remainder of the Claim or Interest falls within the description of such other Class or Classes. Notwithstanding anything to the contrary contained in the Plan, no distribution shall be made on account of any Claim that is not Allowed for distribution purposes (if applicable) or any Claim that has been satisfied, released, or otherwise settled prior to the Effective Date.

3.    <u>Summary of Classification</u>.  The following table designates the Classes of Claims against and Interests in the Debtors and specifies which of those Classes are (a) Impaired or Unimpaired by the Plan; (b) entitled to vote to accept or reject the Plan in accordance with section 1126 of the Bankruptcy Code; or (c) presumed to accept or deemed to reject the Plan.

| Class | Claim | Status | Voting Rights |
|---|---|---|---|
| 1 | Other Priority Claims | Unimpaired | Presumed to Accept; Not Entitled to Vote |
| 2 | Other Secured Claims | Unimpaired | Presumed to Accept; Not Entitled to Vote |
| 3A | 2010 Credit Facility Claims | Impaired | Entitled to Vote |
| 3B | 2019 RCF Claims | Impaired | Entitled to Vote |
| 4A | 2010 Bond Claims | Impaired | Entitled to Vote |
| 4B | 2012 Bond Claims | Impaired | Entitled to Vote |
| 5 | Convenience Claims | Impaired | Entitled to Vote |
| 6 | General Unsecured Claims | Impaired | Entitled to Vote |
| 7 | Non-Abuse Litigation Claims | Impaired | Entitled to Vote |
| 8 | Direct Abuse Claims | Impaired | Entitled to Vote |
| 9 | Indirect Abuse Claims | Impaired | Entitled to Vote |
| 10 | Interests in Delaware BSA | Impaired | Deemed to Reject; Not Entitled to Vote |

B.    <u>Treatment of Claims and Interests</u>.

1.    <u>Class 1 – Other Priority Claims</u>.

a.    <u>Classification</u>:  Class 1 consists of all Other Priority Claims.

b.    <u>Treatment</u>:  Except to the extent that a holder of an Allowed Other Priority Claim agrees to less favorable treatment of such Claim, in full and final satisfaction of such Allowed Other Priority Claim, at the sole option of Reorganized BSA: (i) each such holder shall receive payment in Cash in an amount equal to such Allowed Other Priority Claim, payable on or as soon as reasonably practicable after the last to occur of (x) the Effective Date, (y) the date on which such Other Priority Claim becomes an Allowed Other Priority Claim, and (z) the date on which the holder of such Allowed Other Priority Claim and the Debtors or Reorganized BSA, as applicable, shall otherwise agree in writing; or (ii) satisfaction of such Allowed Other Priority Claim in any other manner that renders the Allowed Other Priority Claim Unimpaired, including Reinstatement.

c.    <u>Voting</u>:  Class 1 is Unimpaired, and each holder of an Other Priority Claim is conclusively presumed to have accepted the Plan pursuant to section 1126(f) of the Bankruptcy Code.  Therefore, holders of Other Priority Claims are not entitled to vote to accept or reject the Plan, and the votes of such holders will not be solicited with respect to Other Priority Claims.

2.    <u>Class 2 – Other Secured Claims</u>.

a.    <u>Classification</u>:  Class 2 consists of all Other Secured Claims.  To the extent that Other Secured Claims are Secured by different collateral or different interests in the same collateral, such Claims shall be treated as separate subclasses of Class 2 for purposes of voting to accept or reject the Plan and receiving Distributions under the Plan.

b.    <u>Treatment</u>:  Except to the extent that a holder of an Allowed Other Secured Claim agrees to less favorable treatment of such Claim, in full and final satisfaction of such Allowed Other Secured Claim, each holder of an Allowed Other Secured Claim will receive, at the sole option of Reorganized BSA: (i) Cash in an amount equal to the Allowed amount of such Claim, including the payment of any interest required to be paid under section 506(b) of the Bankruptcy Code, payable on or as soon as reasonably practicable after the last to occur of (x) the Effective Date, (y) the date on which such Other Secured Claim becomes an Allowed Other Secured Claim, and (z) the date on which the holder of such Allowed Other Secured Claim and the Debtors or Reorganized BSA, as applicable, shall otherwise agree in writing; (ii) satisfaction of such Other Secured Claim in any other manner that renders the Allowed Other Secured Claim Unimpaired, including Reinstatement; or (iii) return of the applicable collateral on the Effective Date or as soon as reasonably practicable thereafter in satisfaction of the Allowed amount of such Other Secured Claim.

c.    <u>Voting</u>:  Class 2 is Unimpaired, and each holder of an Other Secured Claim is conclusively presumed to have accepted the Plan pursuant to section 1126(f) of the Bankruptcy Code.   Therefore, holders of Other Secured Claims are not entitled to vote to accept or reject the Plan, and the votes of such holders will not be solicited with respect to Other Secured Claims.

3.    <u>Class 3A – 2010 Credit Facility Claims</u>.

a.    <u>Classification</u>:   Class 3A consists of all 2010 Credit Facility Claims.

b.    <u>Allowance</u>:  On the Effective Date, all 2010 Credit Facility Claims shall be deemed fully Secured and Allowed pursuant to section 506(a) of the Bankruptcy Code, and not subject to any counterclaim, defense, offset, or reduction of any kind, in an aggregate amount not less than $80,762,060 (including $44,299,743 of undrawn amounts under letters of credit issued under the 2010 Credit Facility Documents, provided such letters of credit are drawn on

or before the Effective Date), plus any accrued but unpaid interest and reasonable fees and expenses as of the Effective Date to the extent not paid pursuant to the Cash Collateral Order.  Because all 2010 Credit Facility Claims are deemed fully Secured, there are no unsecured 2010 Credit Facility Claims, and the holders of such Claims do not have or hold any Class 6 Claims against the Debtors on account of any 2010 Credit Facility Claims.

c.    Treatment:  Except to the extent that a holder of an Allowed 2010 Credit Facility Claim agrees to less favorable treatment of such Claim, in full and final satisfaction, settlement, release, and discharge of, and in exchange for an Allowed 2010 Credit Facility Claim, each holder of an Allowed 2010 Credit Facility Claim shall receive a Claim under the Restated Credit Facility Documents in an amount equal to the amount of such holder's Allowed 2010 Credit Facility Claim.

d.    Voting:  Class 3A is Impaired, and each holder of a Allowed 2010 Credit Facility Claim is entitled to vote to accept or reject the Plan.

4.    Class 3B – 2019 RCF Claims.

a.    Classification:  Class 3B consists of all 2019 RCF Claims.

b.    Allowance:  On the Effective Date, all 2019 RCF Claims shall be deemed fully Secured and Allowed pursuant to section 506(a) of the Bankruptcy Code, and not subject to any counterclaim, defense, offset, or reduction of any kind, in an aggregate amount not less than $61,542,720 (including $51,542,720 of undrawn amounts under letters of credit issued under the 2019 RCF Documents, provided such letters of credit are drawn on or before the Effective Date), plus any accrued but unpaid interest and reasonable fees and expenses as of the Effective Date to the extent not paid pursuant to the Cash Collateral Order. Because all 2019 RCF Claims are deemed fully Secured, there are no unsecured 2019 RCF Claims, and the holders of such Claims do not have or hold any Class 6 Claims against the Debtors on account of any 2019 RCF Claims.

c.    Treatment:  Except to the extent that a holder of an Allowed 2019 RCF Claim agrees to less favorable treatment of such Claim, in full and final satisfaction, settlement, release, and discharge of, and in exchange for an Allowed 2019 RCF Claim, each holder of an Allowed 2019 RCF Claim shall receive a Claim under the Restated Credit Facility Documents in an amount equal to the amount of such holder's Allowed 2019 RCF Claim.

d.    Voting:  Class 3B is Impaired, and each holder of a 2019 RCF Claim is entitled to vote to accept or reject the Plan.

5.    Class 4A – 2010 Bond Claims.

a.    Classification:  Class 4A consists of all 2010 Bond Claims.

b.    <u>Allowance</u>:  On the Effective Date, all 2010 Bond Claims shall be deemed fully Secured and Allowed pursuant to section 506(a) of the Bankruptcy Code, and not subject to any counterclaim, defense, offset, or reduction of any kind, in an aggregate amount of not less than $40,137,274, plus any accrued but unpaid interest and reasonable fees and expenses as of the Effective Date to the extent not paid pursuant to the Cash Collateral Order.  Because all 2010 Bond Claims are deemed fully Secured, there are no unsecured 2010 Bond Claims, and the holders of such Claims do not have or hold any Class 6 Claims against the Debtors on account of any 2010 Bond Claims.

c.    <u>Treatment</u>:  Except to the extent that a holder of an Allowed 2010 Bond Claim agrees to less favorable treatment of such Claim, in full and final satisfaction, settlement, release, and discharge of, and in exchange for an Allowed 2010 Bond Claim, each holder of an Allowed 2010 Bond Claim shall receive a Claim under the Restated 2010 Bond Documents in an amount equal to the amount of such holder's Allowed 2010 Bond Claim.

d.    <u>Voting</u>:  Class 4A is Impaired, and each holder of a 2010 Bond Claim is entitled to vote to accept or reject the Plan.

6.    <u>Class 4B – 2012 Bond Claims</u>.

a.    <u>Classification</u>:  Class 4B consists of all 2012 Bond Claims.

b.    <u>Allowance</u>:  On the Effective Date, all 2012 Bond Claims shall be deemed fully Secured and Allowed pursuant to section 506(a) of the Bankruptcy Code, and not subject to any counterclaim, defense, offset, or reduction of any kind, in an aggregate amount of not less than $145,662,101, plus any accrued but unpaid interest and reasonable fees and expenses as of the Effective Date to the extent not paid pursuant to the Cash Collateral Order.  Because all 2012 Bond Claims are deemed fully Secured, there are no unsecured 2012 Bond Claims, and the holders of such Claims do not have or hold any Class 6 Claims against the Debtors on account of any 2012 Bond Claims.

c.    <u>Treatment</u>:  Except to the extent that a holder of an Allowed 2012 Bond Claim agrees to less favorable treatment of such Claim, in full and final satisfaction, settlement, release, and discharge of, and in exchange for an Allowed 2012 Bond Claim, each holder of an Allowed 2012 Bond Claim shall receive a Claim under the Restated 2012 Bond Documents in an amount equal to the amount of such holder's Allowed 2012 Bond Claim.

d.    <u>Voting</u>:  Class 4B is Impaired, and each holder of a 2012 Bond Claim is entitled to vote to accept or reject the Plan.

7.    <u>Class 5 – Convenience Claims</u>.

a.    <u>Classification</u>:  Class 5 consists of all Convenience Claims.

b.     Treatment:  In full and final satisfaction, settlement, release, and discharge of, and in exchange for, an Allowed Convenience Claim, each holder of an Allowed Convenience Claim shall receive, on the Effective Date or within thirty (30) days following the date that such Convenience Claim becomes Allowed (if such Claim becomes Allowed after the Effective Date), Cash in an amount equal to 100% of such holder's Allowed Convenience Class Claim.

c.     Voting:  Class 5 is Impaired, and each holder of a Convenience Claim is entitled to vote to accept or reject the Plan.

8.     Class 6 – General Unsecured Claims.

a.     Classification:  Class 6 consists of all General Unsecured Claims.

b.     Treatment:  Except to the extent that a holder of an Allowed General Unsecured Claim agrees to less favorable treatment of such Claim, in exchange for full and final satisfaction, settlement, release, and discharge of, and in exchange for, such Allowed General Unsecured Claim (to the extent such Claim is not an Insured Non-Abuse Claim), each holder of an Allowed General Unsecured Claim shall receive, subject to the holder's ability to elect Convenience Class treatment on account of the Allowed General Unsecured Claim, its Pro Rata Share of the Core Value Cash Pool up to the full amount of such Allowed General Unsecured Claim in the manner described in Article VII.

c.     Voting:  Class 6 is Impaired, and each holder of a General Unsecured Claim is entitled to vote to accept or reject the Plan.

9.     Class 7 – Non-Abuse Litigation Claims.

a.     Classification:  Class 7 consists of all Non-Abuse Litigation Claims.

b.     Treatment:  Except to the extent that a holder of an Allowed Non-Abuse Litigation Claim agrees to less favorable treatment of such Claim, in full and final satisfaction, settlement, release, and discharge of, and in exchange for, each Allowed Non-Abuse Litigation Claim, each holder thereof shall, subject to the holder's ability to elect Convenience Class treatment as provided in the following sentence, retain the right to recover up to the amount of such holder's Allowed Non-Abuse Litigation Claim from (i) available Insurance Coverage or the proceeds of any insurance policy of the Debtors, including any Specified Insurance Policy or D&O Liability Insurance Policy, (ii) applicable proceeds of any Insurance Settlement Agreements, and (iii) co-liable non-debtors (if any) or their insurance coverage.  Solely to the extent that the holder of an Allowed Non-Abuse Litigation Claim fails to recover in full from the foregoing sources on account of such Allowed Claim after exhausting its remedies in respect thereof, such holder may elect to have the unsatisfied portion of its Allowed Claim treated as an Allowed Convenience Claim and receive cash in an amount equal to the

lesser of (a) the amount of the unsatisfied portion of the Allowed Non-Abuse Litigation Claim and (b) $50,000.

    c.   <u>Voting</u>:  Class 7 is Impaired, and each holder of a Non-Abuse Litigation Claim is entitled to vote to accept or reject the Plan.

10.   <u>Class 8 – Direct Abuse Claims</u>.

    a.   <u>Classification</u>:  Class 8 consists of all Direct Abuse Claims.

    b.   <u>Treatment</u>:

      (i)   <u>Global Resolution Plan</u>.  If Class 8 votes to accept the Plan, the Debtors shall request that the Plan be Confirmed as a Global Resolution Plan.  If the Plan is Confirmed as a Global Resolution Plan, the Settlement Trust shall receive, for the benefit of holders of Abuse Claims, the BSA Settlement Trust Contribution, the Local Council Settlement Contribution, the Contributing Chartered Organization Settlement Contribution, the Hartford Settlement Contribution (subject to the terms and conditions set forth in the Hartford Insurance Settlement Agreement), and the proceeds of any other applicable Insurance Settlement Agreements.  In addition, each holder of a properly completed non-duplicative proof of claim asserting a Direct Abuse Claim who filed such Claim by the Bar Date or was permitted by a Final Order of the Bankruptcy Court to file a late claim may elect on his or her Ballot to receive an Expedited Distribution, subject to criteria set forth in the Global Resolution Plan TDP, in exchange for providing a full and final release in favor of the Settlement Trust, the Protected Parties and the Chartered Organizations; <u>provided</u>, <u>however</u>, that no Expedited Distribution will be payable to any holder of a Direct Abuse Claim unless the Plan is Confirmed as a Global Settlement Plan.  If and only if the Plan is Confirmed as a Global Resolution Plan, the Settlement Trust shall make the Expedited Distributions on one or more dates occurring on or as soon as reasonably practicable after the latest to occur of (a) the Effective Date, (b) the date the applicable holders of Direct Abuse Claims who have elected to receive an Expedited Distribution have satisfied the criteria set forth in the Global Resolution Plan TDP, and (c) the date upon which the Settlement Trust has sufficient Cash to fund the full amount of the Expedited Distributions while retaining sufficient Cash reserves to fund applicable Settlement Trust Expenses, as determined by the Settlement Trustee.

      (ii)   <u>BSA Toggle Plan</u>:  If Class 8 does not vote to accept the Plan or the Bankruptcy Court otherwise concludes that the Global Resolution Plan is not Confirmable, the Debtors shall request that the Plan be Confirmed as a BSA Toggle Plan.  If the Plan is Confirmed as a BSA Toggle Plan, the Settlement Trust shall only receive, for the benefit of the

holders of Abuse Claims, the BSA Settlement Trust Contribution, and shall not receive the Local Council Settlement Contribution, or the Contributing Chartered Organization Settlement Contribution. In addition, all elections to receive the Expedited Distribution shall be null and void. For the avoidance of doubt, if the Plan is Confirmed as a BSA Toggle Plan, the Settlement Trust shall receive no part of the Hartford Settlement Contribution.

(iii)    As of the Effective Date, the Protected Parties' liability for all Direct Abuse Claims shall be assumed in full by the Settlement Trust without further act, deed, or court order and shall be satisfied solely from the Settlement Trust as set forth in the Settlement Trust Documents. Pursuant to the Channeling Injunction set forth in Article X.F, each holder of a Direct Abuse Claim shall have such holder's Direct Abuse Claim against the Protected Parties (and each of them) permanently channeled to the Settlement Trust, and such Direct Abuse Claim shall thereafter be asserted exclusively against the Settlement Trust and processed, liquidated, and paid in accordance with the terms, provisions, and procedures of the Settlement Trust Documents. Holders of Direct Abuse Claims shall be enjoined from prosecuting any outstanding, or filing any future, litigation, Claims, or Causes of Action arising out of or related to such Direct Abuse Claims against any of the Protected Parties and may not proceed in any manner against any the Protected Parties in any forum whatsoever, including any state, federal, or non-U.S. court or any administrative or arbitral forum, and are required to pursue such Direct Abuse Claims solely against the Settlement Trust as provided in the Settlement Trust Documents.

(iv)    For the avoidance of doubt, (a) if the Plan is Confirmed as a Global Resolution Plan, the Protected Parties shall include: (i) the Debtors; (ii) Reorganized BSA; (iii) the Related Non-Debtor Entities; (iv) the Local Councils; (v) the Contributing Chartered Organizations; (vi) the Settling Insurance Companies, including Hartford; and (vii) all of such Persons' Representatives; and (b) if the Plan is Confirmed as a BSA Toggle Plan, the Protected Parties shall include: (i) the Debtors; (ii) Reorganized BSA; (iii) the Related Non-Debtor Entities; and (iv) all of such Persons' Representatives.

c.    Voting:  Class 8 is Impaired, and each holder of a Direct Abuse Claim is entitled to vote to accept or reject the Plan.

11.    Class 9 – Indirect Abuse Claims.

a.    Classification:  Class 9 consists of all Indirect Abuse Claims.

b.    Treatment:

(i)     As of the Effective Date, the Protected Parties' liability for all Indirect Abuse Claims shall be assumed in full by the Settlement Trust without further act, deed, or court order and shall be satisfied solely from the Settlement Trust as set forth in the Settlement Trust Documents solely to the extent that an Indirect Abuse Claim has not been deemed withdrawn with prejudice, irrevocably waived, released and expunged in connection with the Local Council Settlement Contribution, the Contributing Chartered Organization Trust Contribution, or the Hartford Insurance Settlement Agreement (if the Plan is Confirmed as a Global Resolution Plan). Pursuant to the Channeling Injunction set forth in Article X.F, each holder of an Indirect Abuse Claim shall have such holder's Indirect Abuse Claim against the Protected Parties (and each of them) permanently channeled to the Settlement Trust, and such Indirect Abuse Claim shall thereafter be asserted exclusively against the Settlement Trust and processed, liquidated, and paid in accordance with the terms, provisions, and procedures of the Settlement Trust Documents. Holders of Indirect Abuse Claims shall be enjoined from prosecuting any outstanding, or filing any future, litigation, Claims, or Causes of Action arising out of or related to such Abuse Claims against any of the Protected Parties and may not proceed in any manner against any the Protected Parties in any forum whatsoever, including any state, federal, or non-U.S. court or any administrative or arbitral forum, and are required to pursue such Indirect Abuse Claims solely against the Settlement Trust as provided in the Settlement Trust Documents.

(ii)     For the avoidance of doubt, (a) if the Plan is Confirmed as a Global Resolution Plan, the Protected Parties shall include: (i) the Debtors; (ii) Reorganized BSA; (iii) the Related Non-Debtor Entities; (iv) the Local Councils; (v) the Contributing Chartered Organizations; (vi) the Settling Insurance Companies, including Hartford; and (vii) all of such Persons' Representatives; and (b) if the Plan is Confirmed as a BSA Toggle Plan, the Protected Parties shall include: (i) the Debtors; (ii) Reorganized BSA; (iii) the Related Non-Debtor Entities; and (iv) all of such Persons' Representatives.

c.     Voting: Class 9 is Impaired, and each holder of an Indirect Abuse Claim is entitled to vote to accept or reject the Plan.

12.     Class 10 – Interests in Delaware BSA.

a.     Classification: Class 10 consists of all Interests in Delaware BSA.

b.     Treatment: On the Effective Date, Interests in Delaware BSA shall be deemed cancelled without further action by or order of the Bankruptcy Court and shall be of no further force or effect, whether surrendered for cancellation or otherwise.

c.    <u>Voting</u>:  Class 10 is Impaired, and each holder of an Interest in Delaware BSA shall be conclusively deemed to have rejected the Plan pursuant to section 1126(g) of the Bankruptcy Code.  Therefore, holders of Interests in Delaware BSA are not entitled to vote to accept or reject the Plan, and the votes of such holders will not be solicited with respect to Interests in Delaware BSA.

C.    <u>Elimination of Vacant Classes</u>.  Any Class of Claims against or Interests in the Debtors that, as of the commencement of the Confirmation Hearing, does not have at least one holder of a Claim or Interest that is Allowed in an amount greater than zero for voting purposes shall be considered vacant, deemed eliminated from the Plan for purposes of voting to accept or reject the Plan, and disregarded for purposes of determining whether the Plan satisfies section 1129(a)(8) of the Bankruptcy Code with respect to that Class.

D.    <u>Cramdown</u>.  If any Class is deemed to reject the Plan or is entitled to vote on the Plan and does not vote to accept the Plan, the Debtors may (a) seek Confirmation of the Plan under section 1129(b) of the Bankruptcy Code or (b) amend or modify the Plan in accordance with the terms hereof and the Bankruptcy Code.  If a controversy arises as to whether any Claims are, or any class of Claims is, impaired, the Bankruptcy Court shall, after notice and a hearing, determine such controversy on or before the Confirmation Date.

# ARTICLE IV.

## SETTLEMENT TRUST

A.    <u>Establishment of the Settlement Trust</u>.  The Settlement Trust shall be established on the Effective Date in accordance with the Plan Documents irrespective of whether the Plan is Confirmed as a Global Resolution Plan or a BSA Toggle Plan.  The Settlement Trust shall be a "qualified settlement fund" within the meaning of the Treasury Regulations issued under Section 468B of the Internal Revenue Code, with respect to which Reorganized BSA shall, if the Plan is Confirmed as a Global Resolution Plan, timely make an election to treat the Settlement Trust as a "grantor trust" for U.S. federal income tax purposes and, to the extent permitted under applicable law, for state and local income tax purposes.

B.    <u>Purposes of the Settlement Trust</u>.

1.    The purposes of the Settlement Trust shall be to assume liability for all Abuse Claims, to hold, preserve, maximize and administer the Settlement Trust Assets, and to direct the processing, liquidation and payment of all compensable Abuse Claims in accordance with the Settlement Trust Documents.  The Settlement Trust shall resolve Abuse Claims in accordance with the Settlement Trust Documents in such a way that the holders of Abuse Claims are treated equitably and reasonably in light of the finite assets available to satisfy such claims.

2.    In the event of a conflict between the terms or provisions of the Plan and the Settlement Trust Documents, the terms of the Plan shall control.

C.    <u>Transfer of Claims to the Settlement Trust</u>.

1.    On the Effective Date or as otherwise provided herein, and without further action of any Person, the Settlement Trust shall assume the liabilities, obligations, and responsibilities of the Protected Parties for all Abuse Claims, financial or otherwise. These assumptions by the Settlement Trust shall not affect (a) the application of the Discharge Injunction or the Channeling Injunction or (b) any Non-Settling Insurance Company's obligation under any Insurance Policy that is not the subject of an Insurance Settlement Agreement.

2.    Except as otherwise expressly provided in the Plan, the Settlement Trust Agreement, or the Trust Distribution Procedures, the Settlement Trust shall have control over the Settlement Trust Causes of Action and the Insurance Actions, and the Settlement Trust shall thereby become the estate representative pursuant to section 1123(b)(3)(B) of the Bankruptcy Code with the exclusive right (except as otherwise provided in <u>Article IV.D.5</u>) to enforce each of the Settlement Trust Causes of Action and the Insurance Actions, and the proceeds of the recoveries on any of the Settlement Trust Causes of Action or the Insurance Actions shall be deposited in and become the property of the Settlement Trust, and the Settlement Trust shall have the right to enforce the Plan and any of the other Plan Documents (including the Document Agreement) according to their respective terms, including the right to receive the Settlement Trust Assets as provided in the Plan; <u>provided</u>, <u>however</u>, that (a) the Settlement Trust shall have no other rights against the Protected Parties except to enforce the Plan and any of the other Plan Documents; (b) the Settlement Trust Causes of Action and the Insurance Actions shall not include any Claims or Interests fully and finally released, compromised, or settled pursuant to the Plan or any Plan Documents, including if the Plan is Confirmed as a Global Resolution Plan, any Claims against Hartford released, compromised and settled under the Hartford Insurance Settlement Agreement; and (c) for the avoidance of doubt, the Settlement Trust Causes of Action and the Insurance Actions do not include any rights of the Protected Parties arising under the Channeling Injunction or any of the Injunctions, Releases, or Discharges granted under the Plan and the Confirmation Order.

D.    <u>Transfer of Settlement Trust Assets to the Settlement Trust</u>.

1.    <u>Transfers on the Effective Date</u>.  On the Effective Date, subject to <u>Article IV.D.2</u>, all right, title, and interest in and to the Settlement Trust Assets and any proceeds thereof shall be automatically, and without further act or deed, transferred to, vested in, and assumed by the Settlement Trust free and clear of all Encumbrances or Claims or other interests of any Person, subject to the Channeling Injunction and other provisions of the Plan.

2.    <u>Transfers after the Effective Date</u>.  To the extent any of the Settlement Trust Assets are not transferred to the Settlement Trust by operation of law on the Effective Date pursuant to the Plan, then when such assets accrue or become transferable subsequent to the Effective Date, they shall automatically and immediately transfer to the Settlement Trust free and clear of all Encumbrances and Claims or other interests of any Person, subject to the Channeling Injunction and other provisions of the Plan.  To the

extent that any action of a Protected Party is required to effectuate such transfer, such Protected Party shall promptly transfer, assign, and contribute, such remaining Settlement Trust Assets to the Settlement Trust.  In the event a Protected Party breaches any obligation contained in this section, the Settlement Trust will have no adequate remedy at law and shall be entitled to preliminary and permanent declaratory and injunctive relief. This Article IV.D.2 applies, without limitation, to (a) that portion of the Local Council Settlement Contribution required to be contributed to the Settlement Trust after the Effective Date, if the Plan is Confirmed as a Global Resolution Plan, and (b) the transfer to the Settlement Trust of the Warehouse and Distribution Center, subject to the Leaseback Requirement.

3.    Insured Non-Abuse Claims.  The Insurance Assignment shall not, and shall not be deemed to, transfer, grant, or assign to the Settlement Trust any insurance rights of any Person that pertain to any Insured Non-Abuse Claims.  The insurance rights of any Person that pertain to Insured Non-Abuse Claims are expressly reserved for the such Persons, and the Plan Documents shall not, and shall not be deemed to, transfer, grant, or assign such rights to the Settlement Trust.

4.    Specified Insurance Policies.  Notwithstanding the Insurance Assignment, with respect to any Specified Insurance Policy, and except as may otherwise be provided in an Insurance Settlement Agreement, the right of the Debtors and Reorganized BSA (and any other named or additional insureds under such Specified Insurance Policy) are expressly reserved to (a) tender any Insured Non-Abuse Claims to the Specified Insurance Policies and (b) access the limits of liability of the Specified Insurance Policies to settle or otherwise resolve Insured Non-Abuse Claims.  Further, the Settlement Trust cannot settle, compromise, or otherwise resolve any rights, duties, or obligations under the Specified Insurance Policies without the express written consent and approval of the Debtors or Reorganized BSA, as applicable, and the Creditors' Committee, prior to its dissolution.  Nonetheless, the Settlement Trust shall have the same rights, if any, as the Protected Parties with respect to any Specified Insurance Policy insofar as the Settlement Trust may (i) tender Abuse Claims to the Specified Insurance Policies and (ii) access the limits of liability of the Specified Insurance Policies to pay Abuse Claims pursuant to the Trust Distribution Procedures.

5.    Settlement Trust Causes of Action.  The transfer of the Settlement Trust Causes of Action to the Settlement Trust, insofar as they relate to the ability to defend against or reduce the amount of Abuse Claims, shall be considered the transfer of a non-exclusive right enabling the Settlement Trust to defend itself against asserted Abuse Claims, which transfer shall not impair, affect, alter, or modify the right of any Person, including the Protected Parties, an insurer or alleged insurer, or co-obligor or alleged co-obligor, sued on account of an Abuse Claim or on account of any asserted right relating to any BSA Insurance Policy or Local Council Insurance Policy alleged to provide insurance coverage for an Abuse Claim, to assert each and every defense or basis for claim reduction such Person could have asserted had the Settlement Trust Causes of Action not been assigned to the Settlement Trust (including any defense or basis for claim reduction that any Insurance Company or other insurer or alleged insurer could have asserted under section 502 of the Bankruptcy Code, applicable non-bankruptcy law,

or any BSA Insurance Policy, Local Council Insurance Policy or other agreement with respect to (a) any alleged liability of BSA or any Local Council, Contributing Chartered Organization or any other insured Person for any Abuse Claim or (b) any alleged liability of any Insurance Company or other insurer or alleged insurer to provide indemnity or defense relating to any Abuse Claim or any alleged extracontractual liability of any Insurance Company or other insurer or alleged insurer relating to any Abuse Claim).

E.    Settlement Trustee.    There shall be one Settlement Trustee, who shall be appointed by the Bankruptcy Court in the Confirmation Order.  The initial Settlement Trustee shall be the Person identified in the Plan Supplement.  Any successor Settlement Trustee shall be appointed in accordance with the terms of the Settlement Trust Agreement.  For purposes performing his or her duties and fulfilling his or her obligations under the Settlement Trust and the Plan, the Settlement Trustee shall be deemed to be, and the Confirmation Order shall provide that he or she is, a "party in interest" within the meaning of section 1109(b) of the Bankruptcy Code.  The Settlement Trustee shall be the "administrator" of the Settlement Trust as such term is used in Treas. Reg. Section 1.468B-2(k)(3).

F.    Settlement Trust Advisory Committee.    The Settlement Trust Advisory Committee shall be established pursuant to the Settlement Trust Agreement.  If the Plan is Confirmed as a Global Resolution Plan, the initial Settlement Trust Advisory Committee shall have seven (7) members, each of whom shall be reasonably acceptable to the Debtors, and shall have the functions, duties, and rights provided in the Settlement Trust Agreement (Global Resolution Plan).  If the Plan is Confirmed as a BSA Toggle Plan, the initial Settlement Trust Advisory Committee shall have three (3) members, each of whom shall be reasonably acceptable to the Debtors, and shall have the functions, duties, and rights provided in the Settlement Trust Agreement (BSA Toggle Plan).  Each member of the Settlement Trust Advisory Committee shall serve in accordance with the terms and conditions of the applicable Settlement Trust Agreement.

G.    Future Claimants' Representative.    If the Plan is Confirmed as a Global Resolution Plan, the Settlement Trust Agreement shall provide for the continuation of the Future Claimants' Representative to represent the interests of holders of Future Abuse Claims.  The initial Future Claimants' Representative shall be James L. Patton, Jr. so long as he is the Future Claimants' Representative in the Chapter 11 Cases as of the Effective Date.

H.    Trust Distribution Procedures.    On the Effective Date, the Settlement Trust shall implement the Trust Distribution Procedures in accordance with the terms of the Settlement Trust Agreement.  From and after the Effective Date, the Settlement Trustee shall have the authority to administer, amend, supplement, or modify the Trust Distribution Procedures solely in accordance with the terms thereof and the Settlement Trust Agreement.

I.    Settlement Trust Expenses.    The Settlement Trust shall pay all Settlement Trust Expenses from the Settlement Trust Assets.  The Settlement Trust shall bear sole responsibility with respect to the payment of the Settlement Trust Expenses.  Additionally, the Settlement Trust shall promptly pay all reasonable and documented Settlement Trust Expenses incurred by any Protected Party for any and all liabilities, costs or expenses as a result of taking action on behalf of or at the direction of the Settlement Trust.

J.      Indemnification by Settlement Trust.   From and after the Effective Date, the Settlement Trust shall indemnify, to the fullest extent permitted by applicable law, Reorganized BSA and each of the Local Councils for any documented out-of-pocket losses, costs, and expenses (including judgments, attorneys' fees and expenses) incurred by Reorganized BSA or any Local Council on or after the Effective Date attributable to any Abuse Claim that is channeled to the Settlement Trust if the holder of such Abuse Claim seeks to hold Reorganized BSA or such Local Council liable for such Abuse Claim in violation of the terms of the Confirmation Order.   Other than this indemnification obligation, the Settlement Trust shall not be required to indemnify any Protected Parties for any claims, liabilities, losses, actions, suits, proceedings, third-party subpoenas, damages, costs and expenses, including any liabilities related to, arising out of, or in connection with, any Abuse Claim.

K.      Investment Guidelines.   All monies held in the Settlement Trust shall be invested, subject to the investment limitations and provisions enumerated in the Settlement Trust Agreement.

L.      Excess Settlement Trust Assets.   To the extent any Settlement Trust Assets remain at such time as the Settlement Trust is dissolved under the terms of the Settlement Trust Documents, any remaining Settlement Trust Assets shall be distributed to Reorganized BSA.

M.      Document Agreement.   If the Plan is Confirmed as a Global Resolution Plan, Reorganized BSA, the Local Councils, the Contributing Chartered Organizations and the Settlement Trust shall enter into the Document Agreement on the Effective Date, substantially in the form contained in the Plan Supplement.   If the Plan is Confirmed as a BSA Toggle Plan, the Document Agreement will be between Reorganized BSA and the Settlement Trust only.   The Document Agreement shall provide for copies of certain documents, books and records of Reorganized BSA and, if the Plan is Confirmed as a Global Resolution Plan, the Local Councils, and Contributing Chartered Organizations, to be transferred to the Settlement Trust.   Under the Document Agreement, Reorganized BSA shall turn over to the Settlement Trust a copy of the Volunteer Screening Database and copies of all troop rosters in Reorganized BSA's possession, custody, or control, in a manner permitting appropriate access by the holder of a Direct Abuse Claim to the portion of the Volunteer Screening Database and the troop rosters, if any, that relates to such holder or the Direct Abuse Claim asserted by such holder.   The Document Agreement shall also provide that Reorganized BSA and, if the Plan is Confirmed as a Global Resolution Plan, the Local Councils and the Contributing Chartered Organizations, will provide the Settlement Trust with reasonable go-forward discovery support regarding records and documents related to Abuse Claims.   The parties to the Document Agreement shall be bound by the terms thereof.

N.      Privileged Information.   The transfer or assignment of any Privileged Information to the Settlement Trustee shall not result in the destruction or waiver of any applicable privileges pertaining thereto.   Further, with respect to any privileges: (a) they are transferred to or contributed for the sole purpose of enabling the Settlement Trustee to perform their duties to administer the Settlement Trust and for no other reason; (b) they are vested solely in the Settlement Trustee and not in the Settlement Trust, the Settlement Trust Advisory Committee, or any other Person, committee or subcomponent of the Settlement Trust, or any other Person (including counsel and other professionals) who has been engaged by, represents or has

represented any holder of an Abuse Claim; (c) they shall be preserved and not waived; and (d) no privileged information shall be publicly disclosed by the Settlement Trustee or the Settlement Trust or communicated to any Person not entitled to receive such information or in a manner that would diminish the protected status of any such information.  Notwithstanding the foregoing, (i) nothing herein shall preclude the Settlement Trustee from providing information received pursuant to this section to any Insurance Company as necessary to preserve, secure, or obtain the benefit of any rights under any Insurance Policy and (ii) the transfer or assignment of any Privileged Information shall not include any Common-Interest Communications with Insurers.

O.    No Liability.  The Protected Parties shall neither have nor incur any liability to, or be subject to any right of action by, any Person for any act, omission, transaction, event, or other circumstance in connection with or related to the Settlement Trust, the Settlement Trustee, or the Settlement Trust Documents, including the administration of Abuse Claims and the distribution of Settlement Trust Assets by the Settlement Trust, or any related agreement.

P.    U.S. Federal Income Tax Treatment of the Settlement Trust.  The Settlement Trust shall be a "qualified settlement fund" within the meaning of the Treasury Regulations issued under Section 468B of the Internal Revenue Code.  The Settlement Trust shall file (or cause to be filed) statements, returns, or disclosures relating to the Settlement Trust that are required by any Governmental Unit.  The Settlement Trustee shall be responsible for the payment of any taxes imposed on the Settlement Trust or the Settlement Trust Assets, including estimated and annual U.S. federal income taxes in accordance with the terms of the Settlement Trust Agreement.  The Settlement Trustee may request an expedited determination of taxes on the Settlement Trust under section 505(b) of the Bankruptcy Code for all returns filed for, or on behalf of, the Settlement Trust for all taxable periods through the dissolution of the Settlement Trust.

Q.    Institution and Maintenance of Legal and Other Proceedings.  As of the Effective Date, the Settlement Trust shall be empowered to initiate, prosecute, defend, settle, maintain, administer, preserve, pursue, and resolve all legal actions and other proceedings related to any asset, liability, or responsibility of the Settlement Trust, including the Insurance Actions, Abuse Claims, and the Settlement Trust Causes of Action.  Without limiting the foregoing, on and after the Effective Date, the Settlement Trust shall be empowered to initiate, prosecute, defend, settle, maintain, administer, preserve, pursue, and resolve all such actions, in the name of the Debtors or Reorganized BSA, if deemed necessary or appropriate by the Settlement Trust.  The Settlement Trust shall be responsible for the payment of all damages, awards, judgments, settlements, expenses, costs, fees, and other charges incurred on or after the Effective Date arising from, relating to, or associated with any legal action or other proceeding which is the subject of this Article IV.Q and shall pay Indirect Abuse Claims, in accordance with the Trust Distribution Procedures, that may arise from deductibles, self-insured retentions, retrospective premium adjustments, or other charges.  Furthermore, without limiting the foregoing, the Settlement Trust shall be empowered to maintain, administer, preserve, or pursue the Insurance Coverage and the Insurance Action Recoveries.

R.    Notation on Claims Register Regarding Abuse Claims.  On the Effective Date, all Abuse Claims filed against the Debtors in the Chapter 11 Cases shall be marked on the Claims

Register as "Channeled to the Settlement Trust" and resolved exclusively in accordance with the Trust Distribution Procedures.

## ARTICLE V.

## MEANS FOR IMPLEMENTATION OF THE PLAN

A.    <u>General</u>.  On and after the Confirmation Date, the Debtors shall be empowered and authorized to take or cause to be taken, prior to the Effective Date, all actions consistent with the Plan as may be necessary or appropriate to enable them to implement the provisions of the Plan before, on, or after the Effective Date, including the creation of the Settlement Trust and the preparations for the transfer of the Settlement Trust Assets to the Settlement Trust.

B.    <u>Operations of the Debtors between Confirmation and the Effective Date</u>.  The Debtors shall continue to operate as debtors and debtors in possession during the period from the Confirmation Date to the Effective Date.

C.    <u>BSA Governance Documents</u>.  From and after the Effective Date, Reorganized BSA shall be governed pursuant to the BSA Charter and the Amended BSA Bylaws.  The Amended BSA Bylaws shall contain such provisions as are necessary to satisfy the provisions of the Plan, subject to further amendment thereof after the Effective Date as permitted by applicable law.  Under the BSA Charter, the BSA has no power to issue certificates of stock, its object and purpose being solely of a charitable character and not for pecuniary profit; accordingly, the requirement of section 1123(a)(6) does not apply to the BSA.

D.    <u>Continued Legal Existence of BSA</u>.  The BSA shall continue to exist on and after the Effective Date, with all of the powers it is entitled to exercise under applicable law and pursuant to the BSA Charter and the Amended BSA Bylaws, subject to further amendment of the Amended BSA Bylaws after the Effective Date, as permitted by applicable law.

E.    <u>Reorganized BSA's Directors and Senior Management</u>.  Pursuant to section 1129(a)(5) of the Bankruptcy Code, to the extent that there are anticipated changes in Reorganized BSA's directors and officers, the Debtors will identify any such changes in the Plan Supplement.  On and after the Effective Date, the Amended BSA Bylaws, as such may be amended thereafter from time to time, shall govern the designation and election of directors of Reorganized BSA.

F.    <u>Dissolution of Delaware BSA</u>.  On the Effective Date, Delaware BSA's members, directors, officers and employees shall be deemed to have resigned, and Delaware BSA shall be deemed to have dissolved for all purposes and be of no further legal existence under any applicable state or federal law, without the need for any further action or the filing of any plan of dissolution, notice, or application with the Secretary of State of the State of Delaware or any other state or government authority, and without the need to pay any franchise or similar taxes to effectuate such dissolution.  Any Allowed Claims against Delaware BSA will be treated as set forth in <u>Article III.B</u>.

G.    <u>Due Authorization</u>.  As of the Effective Date, all actions contemplated by the Plan that require corporate action of the Debtors, or either of them, including actions requiring a vote

of the National Executive Board or the National Executive Committee of the BSA or the sole member of Delaware BSA, and execution of all documentation incident to the Plan, shall be deemed to have been authorized, approved, and, to the extent taken prior to the Effective Date, ratified in all respects without any requirement of further action by the Bankruptcy Court, members, officers, or directors of the Debtors, Reorganized BSA, or any other Person.

H.    Cancellation of Interests.  As of the Effective Date, in accordance with Article III.B.12, Interests in Delaware BSA shall be deemed cancelled without further action by or order of the Bankruptcy Court and shall be of no further force or effect.

I.    Restatement of Indebtedness.

1.    Except as otherwise provided in the Plan, or in any contract, instrument, release or other agreement or document entered into or delivered in connection with the Plan, and subject to the treatment afforded to holders of Allowed Claims in Class 3A, 3B, 4A, or 4B under Article III, on the Effective Date, all Prepetition Debt and Security Documents, including all agreements, instruments, and other documents evidencing or issued pursuant to the 2010 Credit Facility Documents, the 2019 RCF Documents, the 2010 Bond Documents, the 2012 Bond Documents, or any indebtedness or other obligations thereunder, and any rights of any holder in respect thereof, shall be deemed amended and restated in the form of the Restated Debt and Security Documents on the terms set forth herein.

2.    Any provision in any document, instrument, lease, or other agreement that causes or effectuates, or purports to cause or effectuate, a default, termination, waiver, or other forfeiture of, or by, the Debtors as a result of the satisfactions, Injunctions, Releases, Discharges and other transactions provided for in the Plan shall be deemed null and void and shall be of no force or effect.  Nothing contained herein shall be deemed to cancel, terminate, release, or discharge the obligation of the Debtors or any of their counterparties under any Executory Contract or Unexpired Lease to the extent such Executory Contract or Unexpired Lease has been assumed by the Debtors pursuant to a Final Order of the Bankruptcy Court, including the Confirmation Order.

J.    Cancellation of Liens.  Except as otherwise provided in the Plan, on the Effective Date, any Lien securing any Allowed Secured Claim (other than a Lien securing any Allowed Secured Claim that is Reinstated pursuant to the Plan, including, for avoidance of doubt, the liens securing the Restated Debt and Security Documents) shall be deemed released and the holder of such Allowed Secured Claim shall be authorized and directed to release any collateral or other property of any Debtor (including any cash collateral) held by such holder and to take such actions as may be requested by the Debtors (or Reorganized BSA, as the case may be) to evidence the release of such Lien, including the execution, delivery, and filing or recording of such releases as may be requested by the Debtors (or Reorganized BSA, as the case may be).

K.    Effectuating Documents and Further Transactions.  The Chief Executive Officer and President, the Chief Financial Officer, and the General Counsel of the BSA are authorized to execute, deliver, file or record such contracts, instruments, releases, indentures, and other agreements or documents and take or direct such actions as may be necessary or appropriate to

effectuate and further evidence the terms and conditions of the Plan in the name of and on behalf of Reorganized BSA, without the need for any approvals, authorizations, actions, or consents.

L.    Sources of Consideration for Distributions.

1.    Global Resolution Plan. If the Plan is Confirmed as a Global Resolution Plan, distributions under the Plan shall be funded from the following sources:

a.    the Debtors shall fund Distributions on account of and satisfy Allowed General Unsecured Claims exclusively from the Core Value Cash Pool;

b.    the Settlement Trust shall fund distributions on account of and satisfy compensable Abuse Claims in accordance with the Global Resolution Plan TDP from (a) the BSA Settlement Trust Contribution, (b) the Local Council Settlement Contribution, (c) the Contributing Chartered Organization Settlement Contribution, (d) the Hartford Settlement Contribution, and (e) any and all other funds, proceeds or other consideration otherwise contributed to the Settlement Trust pursuant to the Plan or the Confirmation Order or other Final Order of the Bankruptcy Court;

c.    the Debtors shall satisfy 2010 Credit Facility Claims, 2019 RCF Claims, 2010 Bond Claims, and 2012 Bond Claims in accordance with the terms of the Restated 2010 Bond Documents, the Restated 2012 Bond Documents and the Restated Credit Facility Documents, as applicable; and

d.    the Debtors shall fund Distributions on account of and satisfy all other Allowed Claims with Unrestricted Cash and Investments on hand on or after the Effective Date in accordance with the terms of the Plan and the Confirmation Order.

2.    BSA Toggle Plan.  If the Plan is Confirmed as a BSA Toggle Plan, distributions under the Plan shall be funded from the following sources:

a.    the Debtors shall fund Distributions on account of and satisfy Allowed General Unsecured Claims exclusively from the Core Value Cash Pool;

b.    the Settlement Trust shall fund distributions on account of and satisfy compensable Abuse Claims in accordance with the BSA Toggle Plan TDP from the BSA Settlement Trust Contribution;

c.    the Debtors shall satisfy 2010 Credit Facility Claims, 2019 RCF Claims, 2010 Bond Claims, and 2012 Bond Claims in accordance with the terms of the Restated 2010 Bond Documents, the Restated 2012 Bond Documents and the Restated Credit Facility Documents, as applicable; and

d.    the Debtors shall fund Distributions on account of and satisfy all other Allowed Claims with Unrestricted Cash and Investments on hand on or after

the Effective Date in accordance with the terms of the Plan and the Confirmation Order.

M.    <u>Calculation of Minimum Unrestricted Cash and Investments</u>.    Irrespective of whether the Plan is Confirmed as a Global Resolution Plan or a BSA Toggle Plan, the minimum amount of Unrestricted Cash and Investments to be retained by Reorganized BSA on the Effective Date shall be:

1.    $25,000,000 if the Effective Date occurs on or before September 30, 2021;

2.    $37,000,000 if the Effective Date occurs on or after October 1, 2021 but before November 1, 2021;

3.    $36,000,000 if the Effective Date occurs on or after November 1, 2021 but before December 1, 2021;

4.    $40,000,000 if the Effective Date occurs on or after December 1, 2021 but before January 1, 2022;

5.    $57,000,000 if the Effective Date occurs on or after January 1, 2022 but before February 1, 2022;

6.    $41,000,000 if the Effective Date occurs on or after February 1, 2022 but before March 1, 2022;

7.    $55,000,000 if the if the Effective Date occurs on or after March 1, 2022 but before April 1, 2022; and

8.    $54,000,000 if the Effective Date occurs on or after April 1, 2022.

N.    <u>Resolution of Abuse Claims</u>.    All Abuse Claims shall be channeled to and resolved by the Settlement Trust in accordance with the Trust Distribution Procedures, subject to the right of any Non-Settling Insurance Company to raise any valid Insurance Coverage Defense in response to a demand by the Settlement Trust that such insurer handle, defend, or pay any such Claim, including any right of such Insurance Company to assert any defense that could, but for the Settlement Trust's assumption of the liabilities, obligations, and responsibilities of the Protected Parties for Abuse Claims, have been raised by the Debtors or other applicable Protected Party with respect to such Claim.

O.    <u>Funding by the Settlement Trust</u>.    The Settlement Trust shall have no obligation to fund costs or expenses other than those set forth in the Plan or the Settlement Trust Documents, as applicable.

P.    <u>Core Value Cash Pool</u>.    Reorganized BSA shall deposit Cash into the Core Value Cash Pool by making four semi-annual installment payments equal to $6,250,000.  Reorganized BSA shall make the first deposit six (6) months after the Effective Date; the second installment on the first anniversary after the Effective Date; the third installment eighteen (18) months after the Effective Date; and the fourth installment on the second anniversary of the Effective Date.

Q.    Creditor Representative.  The Creditor Representative shall be appointed as of the Effective Date and shall be responsible for assisting Reorganized BSA and its professionals in their efforts to efficiently reconcile Convenience Claims, General Unsecured Claims, and Non-Abuse Litigation Claims.  The identity of the Creditor Representative shall be determined by the Creditors' Committee, with the consent of the Debtors (such consent not to be unreasonably withheld).  The Debtors or Reorganized BSA, as applicable, will use commercially reasonable efforts to assist the Creditor Representative in reconciling Convenience Claims, General Unsecured Claims, and Non-Abuse Litigation Claims on or before the applicable Claims Objection Deadline.  The reasonable fees and actual and necessary costs and expenses of the Creditor Representative shall be paid by Reorganized BSA up to the Creditor Representative Fee Cap, and Reorganized BSA shall have no obligation to compensate or reimburse the costs or expenses of the Creditor Representative beyond the amount of the Creditor Representative Fee Cap.

R.    Residual Cash in Core Value Cash Pool.  To the extent any Cash remains in the Core Value Cash Pool after all Allowed General Unsecured Claims have been satisfied in full, such remaining Cash shall: (i) first, on account of any Allowed Non-Abuse Litigation Claims that shall not have elected to be treated as an Allowed Convenience Claim under Article III.B.9 to satisfy any deficiency in payments of such Allowed Claims from available Insurance Coverage, from applicable proceeds of any Insurance Settlement Agreements, and from co-liable non-debtors (if any) or their insurance coverage; (ii) second, to pay interest to holders of Allowed General Unsecured Claims in accordance with Article VII.L; and (iii) third irrevocably re-vest in Reorganized BSA.

S.    Compromise and Settlement of Claims, Interests and Controversies.  Pursuant to section 1123(b)(3)(A) of the Bankruptcy Code and Bankruptcy Rule 9019 and in consideration for the distributions and other benefits provided under the Plan and the Plan Documents, as of the Effective Date, the provisions of the Plan, including the Abuse Claims Settlement (if the Plan is Confirmed as a Global Resolution Plan), the Hartford Insurance Settlement Agreement (if the Plan is Confirmed as a Global Resolution Plan), the JPM / Creditors' Committee Settlement, and the Settlement of Restricted and Core Asset Disputes set forth in this Article V.S, shall constitute good-faith compromises and settlements of Claims, Interests, and controversies among the parties thereto relating to the contractual, legal, equitable and subordination rights that holders of Claims or Interests may have with respect to any Claim or Interest under the Plan or any Distribution to be made on account of an Allowed Claim.  The Plan shall be deemed a motion, proposed by the Debtors and joined by the parties to the Abuse Claims Settlement (if the Plan is Confirmed as a Global Resolution Plan), the Hartford Insurance Settlement Agreement (if the Plan is Confirmed as a Global Resolution Plan), the JPM / Creditors' Committee Settlement, and the Settlement of Restricted and Core Asset Disputes, and the entry of the Confirmation Order shall constitute the Bankruptcy Court's approval of the compromise and settlement of all such Claims, Interests, and controversies among the parties thereto, as well as a finding by the Bankruptcy Court that such compromise or settlement is in the best interests of the Debtors, their Estates, and holders of such Claims and Interests, and is fair, equitable and reasonable.

1.    Abuse Claims Settlement.  The provisions of this Article V.R.1 shall only apply if the Plan is Confirmed as a Global Resolution Plan.  The treatment provided for Abuse Claims under the Plan incorporates and reflects a proposed compromise and settlement of all

Abuse Claims against the Protected Parties and the Scouting Released Claims against the Local Councils and Contributing Chartered Organizations (the "Abuse Claims Settlement"), and the Plan constitutes a request for the Bankruptcy Court to authorize and approve the Abuse Claims Settlement.   The following constitutes the provisions and conditions of the Abuse Claims Settlement:

> a.      Local Council Settlement Contribution.  The Local Councils shall make, cause to be made, or be deemed to have made, as applicable, the Local Council Settlement Contribution.

> b.      Contributing Chartered Organization Settlement Contribution.  The Contributing Chartered Organizations will make, cause to be made, or be deemed to have made, as applicable, the Contributing Chartered Organization Settlement Contribution.

> c.      Claims Deemed Withdrawn with Prejudice By Settling Insurance Companies.  On the Effective Date, any and all Claims that have been asserted in the Chapter 11 Cases by or on behalf of any Settling Insurance Company shall be deemed withdrawn with prejudice and irrevocably waived, released and expunged from the Claims Register without any further notice to or action, order, or approval of the Bankruptcy Court.  Further, no Settling Insurance Company shall file or assert any Claim or Claims against the Debtors or Reorganized BSA arising from any act or omission of the Debtors prior to the Confirmation Date.

> d.      Injunctions and Releases.    Notwithstanding anything to the contrary set forth in the Plan or any other document filed with the Bankruptcy Court, the Injunctions and Releases contained in Article X shall not be effective: (i) as to the Local Councils, if any part of the Local Council Settlement Contribution is not contributed to the Settlement Trust as described on Exhibit F; (ii) as to the Contributing Chartered Organizations, until the Contributing Chartered Organization Settlement Contribution shall have been made; and (iii) as to any Settling Insurance Company, until such Settling Insurance Company shall have made its contribution to the Settlement Trust pursuant to an Insurance Settlement Agreement.

> 2.      JPM / Creditors' Committee Settlement.  The provisions of this Article V.S.2 apply irrespective of whether the Plan is Confirmed as a Global Resolution Plan or a BSA Toggle Plan.  The treatment provided for under the Plan for Allowed 2010 Credit Facility Claims, Allowed 2019 RCF Claims, Allowed 2010 Bond Claims, Allowed 2012 Bond Claims, Allowed Convenience Claims, Allowed General Unsecured Claims, and Allowed Non-Abuse Litigation Claims, together with the terms and conditions of the JPM / Creditors' Committee Term Sheet, reflects a proposed compromise and settlement by and among the Debtors, the Creditors' Committee and JPM (the "JPM / Creditors'

Committee Settlement").[2]  The following constitutes the provisions and conditions of the JPM / Creditors' Committee Settlement:

> a.      Allowance and Treatment of 2010 Credit Facility Claims, 2019 RCF Claims, 2010 Bond Claims and 2012 Bond Claims.  The 2010 Credit Facility Claims, the 2019 RCF Claims, the 2010 Bond Claims and the 2012 Bond Claims shall be Allowed in the amounts set forth in Article III.B and receive the treatment afforded to such Claims thereunder.  The Debtors acknowledge and agree that the Claims held by JPM (the 2010 Credit Facility Claims, the 2019 RCF Claims, the 2010 Bond Claims and the 2012 Bond Claims), are core to the Debtors' charitable mission and were incurred in furtherance of the Debtors' charitable mission.

> b.      Treatment of Convenience Claims, General Unsecured Claims, and Non-Abuse Litigation Claims.  Convenience Claims, General Unsecured Claims, and Non-Abuse Litigation Claims shall receive the treatment afforded to such Claims under Article III.B.  The Debtors acknowledge and agree that General Unsecured Claims, Convenience Claims, and Non-Abuse Litigation Claims are held by creditors who are core to the Debtors' charitable mission or creditors whose Claims in such Classes, if Allowed, were incurred in furtherance of the Debtors' charitable mission; accordingly, payments by Reorganized BSA under the Plan on account of such Allowed Claims, if applicable, will be made from Cash relating to Reorganized BSA's core assets.

> c.      Challenge Period.  As of the Effective Date, (i) the Challenge Period (as defined in the Cash Collateral Order) shall be deemed to have expired with respect to the Creditors' Committee; (ii) the Stipulations (as defined in the Cash Collateral Order) and other admissions, agreements and releases set forth in the Cash Collateral Order shall be final and binding on the Creditors' Committee. The ability of any other party to bring a Challenge Proceeding (as defined in the Cash Collateral Order) shall be governed by the terms and conditions of the Cash Collateral Order.

3.      Settlement of Restricted and Core Asset Disputes.  As a proposed compromise and settlement of any and all disputes between and among the Tort Claimants' Committee, the Future Claimants' Representative, the Creditors' Committee, and the Debtors concerning the Debtors' restricted and/or core assets, including the claims asserted in the complaint filed by the Tort Claimants' Committee in the adversary proceeding entitled *Official Tort Claimants' Committee of Boy Scouts of America and Delaware BSA, LLC v. Boy Scouts of America and Delaware BSA, LLC*, Adv. Pro. No. 21-50032 (LSS) (the "Settlement of Restricted and Core Asset Disputes"), the Debtors have proposed to: (a) reduce the minimum amount of Unrestricted Cash and Investments to be retained by Reorganized BSA on the Effective Date from $75,000,000 to $25,000,000 (subject to potential variance as set forth in Article V.M); and (b) issue the BSA Global Resolution Note to the Settlement Trust as of the Effective Date in

---

[2]      In the event of a conflict between the terms and conditions of the Plan, on the one hand, and the terms and conditions of the JPM / Creditors' Committee Term Sheet, on the other hand, the terms of the Plan shall control.

accordance with Article V.X.  As further consideration in connection with the Settlement of Restricted and Core Asset Disputes, the Debtors have agreed under the Plan to: (i) fund the Core Value Cash Pool, in the amount of $25,000,000; and (ii) make the BSA Settlement Trust Contribution, including all of the Net Unrestricted Cash and Investments.  The proceeds of the Foundation Loan, in the amount of $42,800,000 (which Reorganized BSA will use exclusively for working capital and general corporate purposes), will permit the Debtors to contribute to the Settlement Trust a substantial amount of core value consideration in Cash on the Effective Date.

4.      Hartford Insurance Settlement.  The provisions of this Article V.S.4, shall apply only if the Plan is Confirmed as a Global Resolution Plan.[3]  The Plan incorporates the Hartford Insurance Settlement Agreement, which is attached hereto as Exhibit I, and the Plan shall constitute a motion by the Debtors for the Bankruptcy Court to approve, pursuant to sections 363, 1123 and 1141 of the Bankruptcy Code and Bankruptcy Rule 9019, (i) the Hartford Insurance Settlement Agreement, (ii) the sale by the Debtors and the purchase by Hartford of the Hartford Policies, free and clear of all Interests of any Person (as such terms are defined in the Hartford Insurance Settlement Agreement; for the avoidance of doubt, the term "Interests" as used in this Article V.S.4 shall have the meaning given to the term "'Interests" in the Hartford Insurance Settlement Agreement, rather than as such term is defined in Article I of this Plan), and (iii) the settlement, compromise and release of the Hartford Released Claims (as defined in the Hartford Insurance Settlement Agreement) as provided in Section IV.A of the Hartford Insurance Settlement Agreement.  The Confirmation Order shall constitute the Bankruptcy Court's approval of such motion pursuant to sections 363, 1123 and 1141 of the Bankruptcy Code and Bankruptcy Rule 9019 and shall include findings of fact and conclusions of law pertaining to such approval, in form and substance acceptable to Hartford.

T.      Payment of Coalition Restructuring Expenses.  If the Plan is Confirmed as a Global Resolution Plan, then on the Effective Date or as soon as practicable after receipt of final

---

[3]    Confirmation of the Global Resolution Plan requires that the Plan has been accepted by a sufficient number of holders of Direct Abuse Claims.  After the announcement of the Hartford Insurance Settlement Agreement on April 16, 2021, the Tort Claimants' Committee, the Coalition, and the Future Claimants' Representative expressed vehement opposition to the settlement in numerous filings, statements and appearances before the Bankruptcy Court.  Although the Debtors were hopeful that continued mediation sessions might result in a resolution of the issues between Hartford, on the one hand, and the Tort Claimants' Committee, the Coalition, and the Future Claimants' Representative, on the other hand, after four weeks of additional mediation, the parties remain at an impasse.  Indeed, on June 9, 2021, the Debtors received a letter from the Tort Claimants' Committee, the Coalition, and the Future Claimants' Representative stating that the holders of Direct Abuse Claims who they represent will not, under any circumstances, support any plan of reorganization that includes the terms and provisions of the Hartford Insurance Settlement Agreement.  They further represented that the holders of Direct Abuse Claims who they represent would vote to reject any plan of reorganization that includes the terms and provisions of the Hartford Insurance Settlement Agreement.  In light of the opposition of all of the parties representing holders of Direct Abuse Claims to the Hartford Insurance Settlement Agreement, it appears the Global Resolution Plan cannot be confirmed to the extent it includes the Hartford Insurance Settlement Agreement unless modifications are made to the Hartford Insurance Settlement Agreement that are agreeable to the holders of Direct Abuse Claims.  If the parties continue to remain at an impasse, the Debtors will seek a determination from the Bankruptcy Court at the hearing on the Disclosure Statement on the Debtors' obligations with respect to further pursuit of the Hartford Insurance Settlement Agreement.  In light of the opposition of the Tort Claimants' Committee, the Coalition, and the Future Claimants' Representative, the Bankruptcy Court may conclude the Debtors are not obligated to pursue the Hartford Insurance Settlement Agreement and, in that event, the Debtors shall amend the Plan to remove all provisions pertaining to the approval of the Hartford Insurance Settlement Agreement.

invoices of Coalition Restructuring Expenses, Reorganized BSA shall pay the unreimbursed Coalition Restructuring Expenses in Cash. Estimated final Coalition Restructuring Expenses shall be invoiced prior to and as of the Effective Date, and such invoices shall be delivered to the Debtors at least five (5) Business Date before the anticipated Effective Date; provided, however, that under no circumstances shall the Debtors or Reorganized BSA have any obligation to (1) pay or reimburse the Coalition, any of its members, or any Persons affiliated with the Coalition for any costs, fees or expenses other than the Coalition Restructuring Expenses in the amount set forth herein or (2) pay or reimburse any Coalition Restructuring Expenses that constitute transaction, success or similar contingent fees. Notwithstanding anything to the contrary in the Plan, the Coalition Restructuring Expenses shall not be subject to the terms of Article II.A.2. If the Plan is Confirmed as a BSA Toggle Plan, neither the Debtors nor Reorganized BSA shall have any obligation to pay or reimburse the Coalition, any of its members, or any persons affiliated with the Coalition for any costs, fees or expenses.

U.     Good-Faith Compromise and Settlement. The Plan (including its incorporation of the Abuse Claims Settlement and the Hartford Insurance Settlement Agreement if the Plan is Confirmed as a Global Resolution Plan, the JPM / Creditors' Committee Settlement, and the Settlement of Restricted and Core Asset Disputes), the Plan Documents, and the Confirmation Order constitute a good-faith compromise and settlement of Claims, Interests and controversies based upon the unique circumstances of these Chapter 11 Cases, and none of the foregoing documents, the Disclosure Statement, or any other papers filed in furtherance of Confirmation, nor any drafts of such documents, may be offered into evidence or deemed as an admission in any context whatsoever beyond the purposes of the Plan, in any other litigation or proceeding, except as necessary, and as admissible in such context, to enforce their terms before the Bankruptcy Court or any other court of competent jurisdiction. The Plan, the Abuse Claims Settlement, the Hartford Insurance Settlement (if the Plan is Confirmed as a Global Resolution Plan), the JPM / Creditors' Committee Settlement, the Settlement of Restricted and Core Asset Disputes, the Plan Documents, and the Confirmation Order will be binding as to the matters and issues described therein, but will not be binding with respect to similar matters or issues that might arise in any other litigation or proceeding in which none of the Debtors, Reorganized BSA, the Protected Parties, or the Settlement Trust is a party.

V.     Restated Debt and Security Documents.

1.     On the Effective Date, the Prepetition Debt and Security Documents shall be amended and restated in the form of the Restated Debt and Security Documents, and Reorganized BSA, JPM and Arrow shall, and shall be authorized, to execute, deliver and enter into the Restated Debt and Security Documents as of such date, in principal amounts equal to the Allowed amounts set forth in Article III.B.3, Article III.B.4, Article III.B.5, and Article III.B.6 without the need for any further corporate action or any further notice to or order of the Bankruptcy Court. The Debtors or Reorganized BSA, as applicable, JPM, and Arrow shall take all actions necessary to continue the Debtors' obligations under the Prepetition Debt and Security Documents, as amended and restated by the Restated Debt and Security Documents and to give effect to the Restated Debt and Security Documents, including surrendering any debt instruments or securities that are no longer applicable under the Restated Debt and Security Documents to the Debtors or Reorganized BSA.

2.      Except as otherwise modified by the Restated Debt and Security Documents, all Liens, mortgages and security interests securing the obligations arising under the Restated Debt and Security Documents that were collateral securing the Debtors' obligations under the Prepetition Debt and Security Documents as of the Petition Date are unaltered by the Plan, and all such Liens, mortgages and security interests are reaffirmed and perfected with respect to the Restated Debt and Security Documents to the same extent, in the same manner and on the same terms and priorities as they were under the Prepetition Debt and Security Documents, except as the foregoing may be modified pursuant to the Restated Debt and Security Documents.  All Liens and security interests granted and continuing pursuant to the Restated Debt and Security Documents shall be (a) valid, binding, perfected, and enforceable Liens and security interests in the personal and real property described in and subject to such documents, with the priorities established in respect thereof under applicable non-bankruptcy law; (b) granted in good faith and deemed not to constitute a fraudulent conveyance or fraudulent transfer; and (c) not otherwise subject to avoidance, recharacterization, or subordination (whether equitable, contractual or otherwise) under any applicable law.  The Debtors, Reorganized BSA, Arrow, and JPM are authorized to make, and to the extent required by the Restated Debt and Security Documents, the Debtors, Reorganized BSA, Arrow will make, all filings and recordings, and obtain all governmental approvals and consents necessary (but otherwise consistent with the consents and approvals obtained in connection with the Prepetition Debt and Security Documents) to establish, attach and perfect such Liens and security interests under any applicable law (it being understood that perfection shall occur automatically by virtue of the entry of the Confirmation Order and any such filings, recordings, approvals, and consents shall not be required), and will thereafter cooperate to make all other filings and recordings that otherwise would be necessary under applicable law to give notice of such Liens and security interests to third parties.  For purposes of all mortgages and deposit account control agreements that secured the obligations arising under the Prepetition Debt and Security Documents, the Restated Debt and Security Documents are deemed an amendment and restatement of the Prepetition Debt and Security Documents, and such mortgages and control agreements shall survive the Effective Date, shall not be cancelled, and shall continue to secure Reorganized BSA's obligations under the Restated Debt and Security Documents, except as expressly set forth therein.

3.      The definitive terms of the Restated Debt and Security Documents shall be (x) acceptable to JPM and the BSA, (y) reasonably acceptable to the Creditors' Committee, and (z) substantially the same as the Prepetition Debt and Security Documents, except that, as to be specified in the Restated Debt and Security Documents:

      a.      the maturity dates under the Restated 2010 Bond Documents, the Restated 2012 Bond Documents, and the Restated Credit Facility Documents will be the Restated Maturity Date;

      b.      principal under the Restated 2010 Bond Documents and the Restated 2012 Bond Documents shall be payable in monthly installments, in the same monthly amounts as the prepetition periodic amortization amounts, beginning on the date that is two (2) years after the Effective Date and ending on

the Restated Maturity Date; <u>provided</u>, that the scheduled principal amounts payable under the Restated 2010 Bond Documents and the Restated 2012 Bond Documents shall be reduced, on a pro rata basis, by an amount equal to the Excess Cash and Investments, if any, that are remitted to JPM under the Excess Cash Sweep;

     c.    interest under the Restated 2010 Bond Documents and the Restated 2012 Bond Documents shall be payable in monthly installments, at the currently applicable existing rates in the 2010 Bond Documents and the 2012 Bond Documents, beginning on the date that is one month after the Effective Date and ending on the Restated Maturity Date;

     d.    principal under the Restated Credit Facility Documents shall be payable in quarterly installments, set at 1/40th of the outstanding balance on the Effective Date, beginning on the date that is two (2) years after the Effective Date and ending on the Restated Maturity Date; <u>provided</u>, that the principal amounts payable under the Restated Credit Facility Documents shall be reduced, on a pro rata basis, by an amount equal to the Excess Cash and Investments, if any, that are remitted to JPM under the Excess Cash Sweep;

     e.    interest under the Restated Credit Facility Documents shall be payable in quarterly installments at the applicable existing rates in the Prepetition Debt and Security Documents, beginning on the date that is three (3) months after the Effective Date and ending on the Restated Maturity Date;

     f.    all of the obligations of Reorganized BSA under the Restated Debt and Security Documents shall be secured by first-priority liens on and security interests in all of the assets of Reorganized BSA;

     g.    all of the obligations of Reorganized BSA under the Restated Debt and Security Documents shall be guaranteed by Arrow; and

     h.    beginning on December 31 of the calendar year that is two (2) years after the Effective Date and continuing on December 31 of each successive calendar year until December 31 of the calendar year that is immediately prior to the calendar year of the Restated Maturity Date, Reorganized BSA shall remit to JPM, as soon as reasonably practicable but in no case later than thirty (30) days of such date, twenty-five percent (25%) of the Excess Cash and Investments in excess of $75,000,000, if any, as of such date, measured on a pro forma basis after having given effect to the principal payment, if any, due on February 15 of the following year under the BSA Global Resolution Note, if applicable (the "<u>Excess Cash Sweep</u>"), and JPM shall apply any such amounts on a pro rata basis to the unpaid principal balances under the Restated Debt and Security Documents.  For the avoidance of doubt, no payments shall be made on account of the Excess Cash Sweep until the last Distribution is made on account of Allowed General Unsecured Claims.

W.    <u>Foundation Loan</u>.

1.    On the Effective Date, the Foundation Loan Agreement and any applicable collateral and other loan documents governing the Foundation Loan shall be executed and delivered, and Reorganized BSA shall be authorized to execute, deliver and enter into, the Foundation Loan Agreement and related documentation governing the Foundation Loan without the need for any further corporate action or any further notice to or order of the Bankruptcy Court.

2.    As of the Effective Date, upon the granting of Liens in accordance with the Foundation Loan Agreement and any applicable collateral and other loan documents governing the Foundation Loan, all of the Liens and security interests granted thereunder (a) shall be deemed to have been granted, (b) shall be legal, binding, automatically perfected, non-avoidable, and enforceable Liens on, and security interests in, the applicable collateral as of the Effective Date in accordance with the respective terms of the Foundation Loan Agreement and related documentation, subject to the Liens and security interests set forth in the Restated Debt and Security Documents, as permitted under the Foundation Loan Agreement and related documentation.    All Liens and security interests granted pursuant to the Foundation Loan Agreement and related documentation shall be (i) valid, binding, perfected, and enforceable Liens and security interests in the personal and property described in and subject to such documents, with the priorities established in respect thereof under applicable non-bankruptcy law; (ii) granted in good faith and deemed not to constitute a fraudulent conveyance or fraudulent transfer; and (c) not otherwise subject to avoidance, recharacterization, or subordination (whether equitable, contractual or otherwise) under any applicable law. The Debtors, Reorganized BSA, Arrow, and the Foundation are authorized to make, and to the extent contemplated by the Foundation Loan Agreement and related documentation, the Debtors, Reorganized BSA, Arrow will make, all filings and recordings, and obtain all governmental approvals and consents necessary to establish, attach and perfect such Liens and security interests under any applicable law (it being understood that perfection shall occur automatically by virtue of the entry of the Confirmation Order and any such filings, recordings, approvals, and consents shall not be required), and will thereafter cooperate to make all other filings and recordings that otherwise would be necessary under applicable law to give notice of such Liens and security interest to third parties.

X.    <u>BSA Global Resolution Note</u>.    On the Effective Date, if the Plan is Confirmed as a Global Resolution Plan, Reorganized BSA shall be authorized to execute, issue and deliver the BSA Global Resolution Note to the Settlement Trust and execute and deliver any related documentation governing the BSA Global Resolution Note without the need for any further corporate action or any further notice to or order of the Bankruptcy Court.    The BSA Global Resolution Note will be due ninety-one (91) days after the Restated Maturity Date and shall bear interest at a rate of 5.5% per annum, payable semi-annually, subject to a payment-in-kind election for the eighteen (18) months immediately following the Effective Date.    Principal under the BSA Global Resolution Note shall be payable in annual installments due on February 15 of each year during the term of the BSA Global Resolution Note, commencing on February 15 of the second year following the Effective Date.    Such annual principal payments shall be equal to

the sum of the following calculation: (a) $4,500,000; plus (b) $3.50 multiplied by the aggregate number of Youth Members as of December 31 of the preceding year up to the forecasted number of Youth Members for such year as set forth in the Debtors' five-year business plan; plus (c) $50 multiplied by the aggregate number of High Adventure Base Participants during the preceding calendar year; plus (d) $50 multiplied by the aggregate number of Youth Members in excess of the forecasted number of Youth Members for such year, excluding the portion of the excess that is comprised of members under the ScoutReach program, as set forth in the Debtors' five-year business plan; plus (e) $150 multiplied by the aggregate number of High Adventure Base Participants, excluding those attending events with a registration fee of less than $300, in excess of the forecasted number of High Adventure Base Participants for such year as set forth in the Debtors' five-year business plan. The forecast for years after 2025 shall be deemed to be the forecast for calendar year 2025. The BSA Global Resolution Note may be prepaid at any time without penalty.

Y.    Pension Plan. No provision contained in the Plan, Confirmation Order, the Bankruptcy Code (including section 1141 of the Bankruptcy Code), or any other document filed or order entered in the Chapter 11 Cases shall be construed to exculpate, discharge, release or relieve the Debtors, the Local Councils, or any other party, in any capacity, from any liability or responsibility to any Person with respect to the Pension Plan under any law, governmental policy, or regulatory provision. The Pension Plan shall not be enjoined or precluded from enforcing any such liability or responsibility as a result of any of the provisions of the Plan (including those provisions providing for exculpation, satisfaction, release and discharge of Claims against the Debtors), the Confirmation Order, the Bankruptcy Code (including section 1141 of the Bankruptcy Code), or any other document filed or order entered in the Chapter 11 Cases. The Settlement Trust shall not have any liability to any Person on account of the Pension Plan, including liability as a member of a "Controlled Group" as defined in 29 U.S.C. § 1301(a)(14)(A) or on any other basis whatsoever.

As of the Effective Date, Reorganized BSA shall assume and continue the Pension Plan to the extent of its obligations under the Pension Plan and applicable law, including, as applicable, (1) satisfaction of the minimum funding requirements under 26 U.S.C. §§ 412 and 430 and 29 U.S.C. §§ 1082 and 1083, (2) payment of all required Pension Benefit Guaranty Corporation premiums in accordance with 29 U.S.C. §§ 1306 and 1307, and (3) administration of the Pension Plan in all material respects in accordance with the applicable provisions of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1301 *et seq.*, and the Internal Revenue Code. Notwithstanding the foregoing, Reorganized BSA reserves all of its rights under the Pension Plan. All Proofs of Claim filed by the Pension Benefit Guaranty Corporation with respect to the Pension Plan shall be deemed withdrawn on the Effective Date.

Z.    Single Satisfaction of Allowed General Unsecured Claims. In no event shall any holder of an Allowed General Unsecured Claim recover more than the full amount of its Allowed General Unsecured Claim from the Core Value Cash Pool (plus interest from the Core Value Cash Pool at the federal judgment rate to the extent applicable under the terms hereof), and to the extent that the holder of an Allowed General Unsecured Claim has received, or in the future receives, payment on account of such Allowed General Unsecured Claim from a party that is not a Debtor or Reorganized BSA, such holder shall repay, return, or deliver to the Core Value Cash Pool any Distribution held by or transferred to such holder to the extent the holder's total

recovery on account of its Allowed General Unsecured Claim from the third party and from the Core Value Cash Pool exceeds the amount of such holder's Allowed General Unsecured Claim (plus interest from the Core Value Cash Pool at the federal judgment rate to the extent applicable under the terms hereof).

AA.    Exemption from Certain Transfer Taxes and Recording Fees.  To the maximum extent permitted pursuant to section 1146(a) of the Bankruptcy Code and applicable law, any transfers of property pursuant to the Plan, including any transfers to the Settlement Trust by the Debtors, the Local Councils, the Contributing Chartered Organizations, and the Settling Insurance Companies, and payments by Reorganized BSA to or from the Core Value Cash Pool, shall not be taxed under any law imposing a stamp tax or similar tax.

BB.    Additional Undertakings of the Debtors.

1.    Within ninety (90) days after the occurrence of the Effective Date, Reorganized BSA shall retain a professional consultant to evaluate its youth protection programs.  To promote its efforts to continuously improve its culture of youth protection awareness and safety at all levels of Scouting, Reorganized BSA commits to take appropriate measures to enhance its youth protection programs consistent with professional recommendations.

2.    To further promote healing and reconciliation, and to continue the Debtors' efforts to prevent Abuse from occurring in Scouting in the future, the Debtors and Reorganized BSA agree to the non-monetary commitments set forth on Exhibit J.

## ARTICLE VI.

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

A.    Assumption and Rejection of Executory Contracts and Unexpired Leases.

1.    On the Effective Date, except as otherwise provided herein, all Executory Contracts and Unexpired Leases shall be deemed assumed by Reorganized BSA without the need for any further notice to or action, order, or approval of the Bankruptcy Court under sections 365 or 1123 of the Bankruptcy Code, except for Executory Contracts or Unexpired Leases: (a) that are identified on the Rejected Contracts and Unexpired Leases Schedule; (b) that previously expired or terminated pursuant to their terms; (c) that the Debtors have previously assumed or rejected pursuant to a Final Order of the Bankruptcy Court; (d) that are the subject of a motion to reject that remains pending as of the Effective Date; (e) as to which the effective date of rejection will occur (or is requested by the Debtors to occur) after the Effective Date; or (f) as to which the Debtors or Reorganized BSA, as applicable, determine, in the exercise of their reasonable business judgment, that the Cure Amount, as determined by a Final Order or as otherwise finally resolved, would render assumption of such Executory Contract or Unexpired Lease unfavorable to Debtors or Reorganized BSA; provided that the Debtors reserve the right to seek enforcement of an assumed or assumed and assigned Executory Contract or

Unexpired Lease following the Confirmation Date, including seeking an order of the Bankruptcy Court rejecting such Executory Contract or Unexpired Lease for cause.

2.      Entry of the Confirmation Order shall constitute an order of the Bankruptcy Court approving the assumption or rejection, as applicable, of Executory Contracts or Unexpired Leases pursuant to the Plan, pursuant to sections 365 and 1123 of the Bankruptcy Code.  Except as otherwise set forth herein, the assumption or rejection of an Executory Contract or Unexpired Lease pursuant to the Plan shall be effective as of the Effective Date; provided that the rejection of an Unexpired Lease shall be effective as of the later of: (a) the Effective Date; and (b) the date on which the leased premises are unconditionally surrendered to the non-Debtor counterparty to the rejected Unexpired Lease.  Reorganized BSA is authorized to abandon any De Minimis Assets at or on the premises subject to an Unexpired Lease that is rejected pursuant to the Plan, and the non-Debtor counterparty to such Unexpired Lease may dispose of any such De Minimis Assets remaining at or on the leased premises on the applicable lease rejection date.

3.      Each Executory Contract or Unexpired Lease assumed pursuant to the Plan or a Final Order of the Bankruptcy Court shall re-vest in and be fully enforceable by Reorganized BSA in accordance with its terms, except as such terms may have been modified by the provisions of the Plan, the Confirmation Order, or any Final Order of the Bankruptcy Court authorizing and providing for its assumption.  Any motions to assume Executory Contracts or Unexpired Leases pending on the Effective Date shall be subject to approval by a Final Order on or after the Effective Date but may be withdrawn, settled, or otherwise prosecuted by Reorganized BSA.

B.      Rejection Damages Claims.  Unless otherwise provided by a Final Order of the Bankruptcy Court, all Proofs of Claim for Rejection Damages Claims, if any, shall be filed within thirty (30) days after the latest to occur of: (1) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection; (2) the effective date of the rejection of such Executory Contract or Unexpired Lease; or (3) the Effective Date (as applicable, the "Rejection Damages Bar Date").  Claims arising from the rejection of an Executory Contract or an Unexpired Lease shall be classified as General Unsecured Claims and subject to the provisions of Article VII and the applicable provisions of the Bankruptcy Code and the Bankruptcy Rules.  **Any holder of a Rejection Damages Claim that is required to file a Proof of Claim in accordance with this Article VI.B but fails to do so on or before the Rejection Damages Bar Date shall not be treated as a creditor with respect to such Claim for the purposes of voting or Distributions, and such Rejection Damages Claim shall be automatically Disallowed, forever barred from assertion, and unenforceable against the Debtors, their Estates, Reorganized BSA, or its or their respective property, whether by setoff, recoupment, or otherwise, without the need for any objection by the Debtors or Reorganized BSA or further notice to, or action, order, or approval of the Bankruptcy Court, and such Rejection Damages Claim shall be deemed fully satisfied, released, and discharged.**

C.    Cure of Defaults under Executory Contracts and Unexpired Leases.

1.    Any monetary defaults under each Executory Contract and Unexpired Lease to be assumed pursuant to the Plan shall be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, by payment of the Cure Amount in Cash on the Effective Date or in the ordinary course of the Debtors' or Reorganized BSA's non-profit operations, subject to the limitation described below.

2.    Except as otherwise provided in the Plan, the Debtors shall, on or before the date of filing of the Plan Supplement, cause the Cure and Assumption Notices to be served on counterparties to Executory Contracts and Unexpired Leases to be assumed pursuant to the Plan.  Any objection by a non-Debtor counterparty to an Executory Contract or Unexpired Lease to the assumption, assumption and assignment, the related Cure Amount, or adequate assurance, must be filed, served, and actually received by the Debtors on or prior to the deadline for filing objections to the Plan (or such later date as may be provided in the applicable Cure and Assumption Notice); provided that each counterparty to an Executory Contract or Unexpired Lease (a) that the Debtors later determine to assume or (b) as to which the Debtors modify the applicable Cure Amount, must object to the assumption or Cure Amount, as applicable, by the earlier of: (i) fourteen (14) days after the Debtors serve such counterparty with a corresponding Cure and Assumption Notice; and (ii) the Confirmation Hearing.  **Any counterparty to an Executory Contract or Unexpired Lease that fails to timely object to the proposed assumption of any Executory Contract or Unexpired Lease shall be forever barred, estopped, and enjoined from contesting the Debtors' assumption of the applicable Executory Contract or Unexpired Lease and from requesting payment of a Cure Amount that differs from the amounts paid or proposed to be paid by the Debtors or Reorganized BSA, in each case without the need for any objection by the Debtors or Reorganized BSA or any further notice to or action, order, or approval of the Bankruptcy Court.  Reorganized BSA may settle any dispute regarding a Cure Amount without any further notice to or action, order, or approval of the Bankruptcy Court.**

3.    To the maximum extent permitted by law, to the extent any provision in any Executory Contract or Unexpired Lease assumed, or assumed and assigned, pursuant to the Plan restricts or prevents, or purports to restrict or prevent, or is breached or would be deemed breached by, the assumption or assumption and assignment of such Executory Contract or Unexpired Lease (including any change of control or similar provision), then such provision shall be deemed preempted and modified such that neither the Debtors' assumption or assumption and assignment of the Executory Contract or Unexpired Lease nor any of the transactions contemplated by the Plan shall entitle the non-debtor counterparty to terminate or modify such Executory Contract or Unexpired Lease or to exercise any other purported default-related rights thereunder.

4.    **The Debtors' assumption or assumption and assignment of any Executory Contract or Unexpired Lease pursuant to the Plan or otherwise, and payment of any applicable Cure Amount in accordance with the procedures set forth in this Article VI.C, shall result in the full release and satisfaction of any**

**Claims or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed, or assumed and assigned, Executory Contract or Unexpired Lease at any time prior to the effective date of assumption. Any and all Proofs of Claim based upon Executory Contracts or Unexpired Leases that have been assumed in the Chapter 11 Cases, including pursuant to the Confirmation Order, shall be deemed Disallowed and expunged as of the later of: (a) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such assumption; (b) the effective date of such assumption; or (c) the Effective Date, in each case without the need for any objection by the Debtors or Reorganized BSA or any further notice to or action, order, or approval of the Bankruptcy Court.**

D.    Dispute Resolution. In the event of a timely filed objection regarding: (1) a Cure Amount; (2) the ability of Reorganized BSA or any assignee to provide adequate assurance of future performance within the meaning of section 365 of the Bankruptcy Code under the Executory Contract or Unexpired Lease to be assumed; or (3) any other matter pertaining to assumption or the requirements of section 365(b)(1) of the Bankruptcy Code, such dispute shall be resolved by a Final Order of the Bankruptcy Court (which may be the Confirmation Order) or as may be agreed upon by the Debtors or Reorganized BSA, as applicable, and the counterparty to the Executory Contract or Unexpired Lease. The Debtors or Reorganized BSA, applicable, shall pay the applicable Cure Amount as soon as reasonably practicable after entry of a Final Order resolving such dispute and approving such assumption, or as may otherwise be agreed upon by the Debtors or Reorganized BSA, as applicable, and the counterparty to the Executory Contract or Unexpired Lease. To the extent that a dispute regarding the applicable Cure Amount is resolved or determined unfavorably to the Debtors, the Debtors may, in their discretion, reject the applicable Executory Contract or Unexpired Lease after such determination, which rejection shall supersede, nullify, and render of no force or effect any earlier assumption or assumption and assignment. Under no circumstances shall the status of payment of a Cure Amount required by section 365(b)(1) of the Bankruptcy Code following the entry of a Final Order resolving the dispute and approving the assumption prevent or delay implementation of the Plan or the occurrence of the Effective Date.

E.    Contracts and Leases Entered into After the Petition Date. Contracts and leases entered into after the Petition Date by the BSA, including any Executory Contracts and Unexpired Leases assumed by BSA, will be performed by the BSA or Reorganized BSA in the ordinary course of its charitable non-profit operations. Accordingly, such contracts and leases (including any assumed Executory Contract and Unexpired Leases) shall survive and remain unaffected by entry of the Confirmation Order.

F.    Insurance Policies.

1.    Notwithstanding anything to the contrary herein, all BSA Insurance Policies and D&O Liability Insurance Policies issued or entered into prior to the Petition Date shall not be considered Executory Contracts and shall neither be assumed nor rejected by the Debtors; provided, however, that to the extent any BSA Insurance Policy or D&O Liability Insurance Policy is determined to be an Executory Contract, then,

subject to <u>Article IV.Q</u>, and notwithstanding anything contained in the Plan to the contrary, the Plan will constitute a motion to assume such BSA Insurance Policy or D&O Liability Insurance Policy and pay all future obligations, if any, in respect thereof and, subject to the occurrence of the Effective Date, the entry of the Confirmation Order will constitute approval of such assumption pursuant to section 365(a) of the Bankruptcy Code and a finding by the Bankruptcy Court that each such assumption is in the best interests of the Debtors, their respective Estates and all parties in interest.  Unless otherwise determined by the Bankruptcy Court pursuant to a Final Order or agreed by the parties thereto prior to the Effective Date, no payments are required to cure any defaults of any Debtor existing as of the Confirmation Date with respect to any BSA Insurance Policy or any D&O Liability Insurance Policy; and prior payments for premiums or other charges made prior to the Petition Date under or with respect to any BSA Insurance Policy or any D&O Liability Insurance Policy shall be indefeasible.  Moreover, as of the Effective Date, all payments of premiums or other charges made by the Debtors on or after the Petition Date under or with respect to any BSA Insurance Policy or any D&O Liability Insurance Policy shall be deemed to have been authorized, approved, and ratified in all respects without any requirement of further action by the Bankruptcy Court. Notwithstanding anything to the contrary contained herein, Confirmation shall not discharge, impair or otherwise modify any obligations assumed by the foregoing assumption, and each such obligation shall be deemed and treated as an Executory Contract that has been assumed by the Debtors under the Plan as to which no Proof of Claim need be filed.

2.     Notwithstanding anything to the contrary contained in the Plan, entry of the Confirmation Order shall not discharge, impair, or otherwise modify any indemnity obligations assumed as a result of the foregoing assumption of the D&O Liability Insurance Policies and related documents, and each such indemnity obligations will be deemed and treated as an Executory Contract that has been assumed by the Reorganized Debtors under the Plan as to which no Proof of Claim need be filed.

3.     Other than the permissibility of the Insurance Assignment, which is to be determined by or in connection with Confirmation, the rights and obligations of the parties under the Insurance Policies, including the question of whether any breach has occurred, shall be determined under applicable law.

G.     <u>Compensation and Benefits Programs</u>.    Other than those Compensation and Benefits Programs assumed by the Debtors prior to entry of the Confirmation Order, if any, all of the Compensation and Benefits Programs entered into before the Petition Date and not since terminated shall be deemed to be, and shall be treated as though they are, Executory Contracts under the Plan.  Entry of the Confirmation Order will constitute the Bankruptcy Court's approval of Reorganized BSA's assumption and continued maintenance and sponsorship of each of such Compensation and Benefits Plan under sections 365 and 1123 of the Bankruptcy Code, and the Debtors' and Reorganized BSA's obligations under the Compensation and Benefits Programs shall survive and remain unaffected by entry of the Confirmation Order and be fulfilled in the ordinary course of the Debtors' and Reorganized BSA's non-profit operations.  Compensation and Benefits Programs assumed by the Debtors prior to entry of the Confirmation Order shall continue to be fulfilled in the ordinary course of the Debtors' non-profit operations from and

after the date of any order of the Bankruptcy Court authorizing the assumption of such Compensation and Benefits Program.  All Claims filed on account of an amounts asserted to be owed under Compensation and Benefits Programs shall be deemed satisfied and expunged from the Claims Register as of the Effective Date without any further notice to or action, order, or approval of the Bankruptcy Court.

H.    Restoration Plan and Deferred Compensation Plan.  On the Effective Date the Restoration Plan and the Deferred Compensation Plan shall be terminated and, to the extent applicable, shall be deemed rejected by Reorganized BSA pursuant to section 365 of the Bankruptcy Code and this Article VI.  Claims arising from the Debtors' rejection of the Restoration Plan and the Deferred Compensation Plan shall be treated as General Unsecured Claims hereunder.  Holders of Allowed Claims arising from such rejection shall be entitled to a recovery from the Core Value Cash Pool in accordance with the applicable terms of the Plan.

I.    Workers' Compensation Program.  As of the Effective Date, the Debtors and Reorganized BSA shall continue to honor their obligations under: (a) all applicable workers' compensation laws in all applicable states; and (b) the Workers' Compensation Program.  All Proofs of Claims on account of workers' compensation, including the Workers' Compensation Program, shall be deemed withdrawn automatically and without any further notice to or action, order, or approval of the Bankruptcy Court; provided, however, that nothing in the Plan shall limit, diminish, or otherwise alter the Debtors' or Reorganized BSA's defenses, Causes of Action, or other rights under applicable non-bankruptcy law with respect to the Workers' Compensation Programs; provided further, however, that nothing herein shall be deemed to impose any obligations on the Debtors or their insurers in addition to what is provided for under the terms of the Workers' Compensation Programs and applicable state law.

J.    Indemnification Obligations.

1.    Notwithstanding anything in the Plan to the contrary, each Indemnification Obligation shall be assumed by Reorganized BSA effective as of the Effective Date, pursuant to sections 365 and 1123 of the Bankruptcy Code or otherwise, except for any Indemnification Obligation that is or is asserted to be owed to or for the benefit of any Perpetrator.  Subject to the foregoing sentence, each Indemnification Obligation shall remain in full force and effect, shall not be modified, reduced, discharged, impaired, or otherwise affected in any way, and shall survive Unimpaired and unaffected, irrespective of when such obligation arose.  For the avoidance of doubt, this Article VI.J affects only the obligations of the Debtors and Reorganized BSA with respect to any Indemnification Obligations owed to or for the benefit of past and present directors, officers, employees, attorneys, accountants, investment bankers, and other professionals and agents of the Debtors, and shall have no effect on nor in any way discharge or reduce, in whole or in part, any obligation of any other Person owed to or for the benefit of such directors, officers, employees, attorneys, accountants, investment bankers, and other professionals and agents of the Debtors.

2.    All Proofs of Claim filed on account of an Indemnification Obligation to a current or former director, officer, or employee shall be deemed satisfied and expunged from the Claims Register as of the Effective Date to the extent such Indemnification

Obligation is assumed (or honored or reaffirmed, as the case may be) pursuant to the Plan, without any further notice to or action, order, or approval of the Bankruptcy Court.

K.    <u>Gift Annuity Agreements and Life-Income Agreements</u>.    The Gift Annuity Agreements and Life-Income Agreements shall be deemed to be, and shall be treated as though they are, Executory Contracts under the Plan, and entry of the Confirmation Order will constitute the Bankruptcy Court's approval of the Debtors' assumption of each of such Executory Contract.

L.    <u>Modifications, Amendments, Supplements, Restatements, or Other Agreements</u>. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and Executory Contracts and Unexpired Leases related thereto, if any, including easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless the Debtors reject or repudiate any of the foregoing agreements.    Modifications, amendments, and supplements to, or restatements of, prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtors during the Chapter 11 Cases shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease, or the validity, priority, or amount of any Claims that may arise in connection therewith.

M.    <u>Reservation of Rights</u>.    Neither the inclusion of any Executory Contract or Unexpired Lease on the Schedules, a Cure and Assumption Notice, or the Rejected Executory contracts and Unexpired Leases Schedule, nor anything contained in any Plan Document, shall constitute an admission by the Debtors that a contract or lease is in fact an Executory Contract or Unexpired Lease or that Reorganized BSA has any liability thereunder.    If there is a dispute as of the Confirmation Date regarding whether a contract or lease is or was executory or unexpired at the time of assumption, the Debtors, or, after the Effective Date, Reorganized BSA, shall have thirty (30) days following entry of a Final Order resolving such dispute to alter their treatment of such contract or lease, including by rejecting such contract or lease *nunc pro tunc* to the Confirmation Date.

N.    <u>Nonoccurrence of Effective Date; Bankruptcy Code Section 365(d)(4)</u>.    If the Effective Date fails to occur, the Bankruptcy Court shall retain jurisdiction with respect to any request to further extend the deadline for assuming or rejecting Unexpired Leases under section 365(d)(4) of the Bankruptcy Code.

## ARTICLE VII.

## PROVISIONS GOVERNING DISTRIBUTIONS

A.    <u>Applicability</u>.    None of the terms or provision of this <u>Article VII</u> shall apply to Abuse Claims, which shall be exclusively processed, liquidated and paid by the Settlement Trust in accordance with the Settlement Trust Documents.

B.    <u>Distributions Generally</u>.    The Disbursing Agent shall make all Distributions to appropriate holders of Allowed Claims in accordance with the terms of the Plan.

C.    Distributions on Account of Certain Claims Allowed as of the Effective Date. Except as otherwise provided in the Plan, on or as soon as practicable after the Effective Date, the Disbursing Agent shall make Distributions in Cash in amounts equal to all Allowed Administrative Expense Claims, Allowed Priority Tax Claims, Allowed Other Priority Claims, Allowed Other Secured Claims, and Allowed Convenience Claims.

D.    Distributions on Account of Allowed General Unsecured Claims.    On each Distribution Date, the Disbursing Agent shall Distribute to each holder of an Allowed General Unsecured Claim an amount equal to such holder's Pro Rata Share of (1) the total balance of the Core Value Cash Pool as of such date, less (2) the balance of the Disputed Claims Reserve.

E.    Distributions on Account of Disputed Claims Allowed After the Effective Date. Distributions on account of any Disputed Claim shall be made to the extent such Claim is Allowed in accordance with the provisions of Article VIII.  Except as otherwise provided in the Plan, the Confirmation Order, another order of the Bankruptcy Court, or as agreed to by the relevant parties, Distributions under the Plan on account of Disputed Claims that become Allowed after the Effective Date shall be made as soon as practicable after the Disputed Claim becomes an Allowed Claim.

F.    Rights and Powers of Disbursing Agent.

1.    The Disbursing Agent shall make all Distributions to the appropriate holders of Allowed Claims in accordance with the terms of the Plan, including this Article VII.  Except as otherwise ordered by the Bankruptcy Court, the Disbursing Agent shall not be required to give any bond or surety or other security for the performance of its duties.

2.    The Disbursing Agent shall be empowered to: (a) effect all actions and execute all agreements, instruments, and other documents necessary to perform its duties under the Plan; (b) make all Distributions contemplated hereby; (c) employ professionals to represent it with respect to its responsibilities; and (d) exercise such other powers as may be vested in the Disbursing Agent by order of the Bankruptcy Court, pursuant to the Plan, or as deemed by the Disbursing Agent to be necessary and proper to implement the provisions hereof.  The Disbursing Agent may request an expedited determination of taxes under section 505(b) of the Bankruptcy Code for all returns for all taxable periods through the date on which final Distributions are made.

G.    Delivery of Distributions and Undeliverable or Unclaimed Distributions.

1.    Claims Record Date.  As of the close of business on the Claims Record Date, the various transfer registers for each of the Classes of Claims as maintained by the Debtors or their agents shall be deemed closed for purposes of determining whether a holder of such a Claim is a record holder entitled to a Distribution under the Plan, and there shall be no further changes in the record holders or the permitted designees with respect to such Claims.  The Debtors or Reorganized BSA, as applicable, shall have no obligation to recognize any transfer or designation of such Claims occurring after the close of business on the Claims Record Date.  With respect to payment of any Cure

Amounts or assumption disputes, neither the Debtors nor Reorganized BSA shall have any obligation to recognize or deal with any party other than the non-Debtor party to the applicable Executory Contract or Unexpired Lease as of the close of business on the Claims Record Date, even if such non-Debtor party has sold, assigned, or otherwise transferred its Claim for a Cure Amount.

2.      Delivery of Distributions.  If a Person holds more than one Claim in any one Class, in the Disbursing Agent's sole discretion, all such Claims will be aggregated into one Claim and one Distribution will be made with respect to the aggregated Claim.

3.      Special Rules for Distributions to Holders of Disputed Claims.  Except as otherwise provided in the Plan or agreed to by the relevant parties: (a) no partial payments and no partial Distributions shall be made with respect to a Disputed Claim until all such disputes in connection with such Disputed Claim have been resolved by settlement or Final Order; and (b) any Person that holds both an Allowed Claim and a Disputed Claim shall not receive any Distribution on account of the Allowed Claim unless and until all objections to the Disputed Claim have been resolved by settlement or Final Order or the Disputed Claims have been Allowed or expunged.  Any Distributions arising from property Distributed to holders of Allowed Claims in a Class and paid to such holders under the Plan shall also be paid, in the applicable amounts, to any holder of a Disputed Claim in such Class that becomes an Allowed Claim after the date or dates that such Distributions were earlier paid to holders of Allowed Claims in such Class.

H.      Undeliverable and Non-Negotiated Distributions.

1.      Undeliverable Distributions.  If any Distribution to a holder of an Allowed Claim is returned to Reorganized BSA as undeliverable, no further Distributions shall be made to such holder unless and until Reorganized BSA is notified in writing of such holder's then-current address or other necessary information for delivery, at which time such previously undeliverable Distribution shall be made to such holder within ninety (90) days of receipt of such holder's then-current address or other necessary information; provided, however, that any such undeliverable Distribution shall be deemed unclaimed property under section 347(b) of the Bankruptcy Code at the expiration of 180 days after the date of the initial attempted Distribution.  After such date, all unclaimed property or interests in property shall revert to Reorganized BSA automatically and without the need for any notice to or further order of the Bankruptcy Court (notwithstanding any applicable non-bankruptcy escheatment, abandoned, or unclaimed property laws to the contrary), and the right, title, and interest of any holder to such property or interest in property shall be discharged and forever barred; provided that Distributions made from the Core Value Cash Pool and returned as undeliverable shall revert to the Core Value Cash Pool.

2.      Non-Negotiated Distributions.  If any Distribution to a holder of an Allowed Claim is not negotiated for a period of 180 days after the Distribution, then such Distribution shall be deemed unclaimed property under section 347(b) of the Bankruptcy Code and re-vest in Reorganized BSA or re-vest in the Core Value Cash Pool if such Distribution was made from the Core Value Cash Pool.  After such date, all non-negotiated property or interests in property shall revert to Reorganized BSA automatically and without the need for any notice to or further order of the Bankruptcy Court (notwithstanding any applicable non-bankruptcy

escheatment, abandoned, or unclaimed property laws to the contrary), and the right, title, and interest of any holder to such property or interest in property shall be discharged and forever barred.

I.    Manner of Payment under the Plan.  Except as otherwise specifically provided in the Plan, at the option of Reorganized BSA, any Cash payment to be made hereunder may be made by a check or wire transfer or as otherwise required or provided in applicable agreements or customary practices of Reorganized BSA.

J.    Satisfaction of Claims.  Except as otherwise specifically provided in the Plan, any Distributions to be made on account of Allowed Claims under the Plan shall be in complete and final satisfaction, settlement, and discharge of and exchange for such Allowed Claims.

K.    Minimum Cash Distributions.  Reorganized BSA shall not be required to make any Distribution of Cash less than twenty dollars ($20) to any holder of an Allowed Claim; provided, however, that if any Distribution is not made pursuant to this Article VII.K, such Distribution shall be added to any subsequent Distribution to be made on behalf of the holder's Allowed Claim.

L.    Postpetition Interest.  Except as provided in the Cash Collateral Order or in the following sentence, interest shall not accrue on Impaired Claims; no holder of an Impaired Claim shall be entitled to interest accruing on or after the Petition Date on any such Impaired Claim, and interest shall not accrue or be paid on any Disputed Claim in respect of the period from the Petition Date to the date a Distribution is made thereon if and after such Disputed Claim becomes an Allowed Claim.  Notwithstanding the foregoing, each holder of an Allowed General Unsecured Claim shall accrue interest on the Allowed amount of such Claim at the federal judgment rate applicable on the Effective Date; provided, that such interest shall be payable to each such holder only from the Core Value Cash Pool and only to the extent that the Core Value Cash Pool shall have been sufficient: (i) first, to satisfy the full amount of all Allowed General Unsecured Claims; and (ii) second, on account of any Allowed Non-Abuse Litigation Claims that shall not have elected to be treated as an Allowed Convenience Claim under Article III.B.9, to satisfy any deficiency in payments of such Allowed Claims from available Insurance Coverage, from applicable proceeds of any Insurance Settlement Agreements, and from co-liable non-debtors (if any) or their insurance coverage.  Neither the Debtors nor Reorganized BSA shall have any independent obligation to pay interest for or on account of any Allowed General Unsecured Claims other than from the Core Value Cash Pool in accordance with the terms of this Article VII.L.

M.    Setoffs.  The Debtors and Reorganized BSA may, pursuant to the applicable provisions of the Bankruptcy Code, or applicable non-bankruptcy law, set off against any applicable Allowed Claim (before any Distribution is made on account of such Claim) any and all claims, rights, Causes of Action, debts or liabilities of any nature that the Debtors or Reorganized BSA may hold against the holder of such Allowed Claim; provided, however, that the failure to effect such a setoff shall not constitute a waiver or release of any such claims, rights, Causes of Action, debts or liabilities.

N.    Claims Paid or Payable by Third Parties.

1.    Claims Paid by Third Parties.  A Claim shall be reduced in full, and such Claim shall be Disallowed without an objection to such Claim having to be filed and without any further notice to or action, order, or approval of the Bankruptcy Court, to the extent that the holder of such Claim receives payment in full on account of such Claim from a party that is not a Debtor or Reorganized BSA.  To the extent a holder of a Claim receives a Distribution on account of such Claim and receives payment from a party that is not a Debtor or Reorganized BSA on account of such Claim, such holder shall repay, return, or deliver any Distribution held by or transferred to such holder to Reorganized BSA to the extent the holder's total recovery on account of such Claim from the third party and under the Plan exceeds the amount of such Claim as of the date of any such Distribution under the Plan.

2.    Non-Abuse Claims Payable from Insurance.  No Distributions under the Plan shall be made on account of any Allowed Non-Abuse Claim that is payable pursuant to an insurance policy until the holder of such Allowed Non-Abuse Claim has exhausted all remedies with respect to such insurance policy, including pursuing such insurance through litigation and obtaining entry of a final, non-appealable order.  To the extent that one or more of the Insurance Companies satisfies in full or in part an Allowed Non-Abuse Claim, then immediately upon such satisfaction, the portion of the Claim so satisfied may be expunged from the Claims Register by the Notice and Claims Agent without an objection to such Claim having to be filed and without any further notice to or action, order, or approval of the Bankruptcy Court.

O.    Compliance with Tax Requirements and Allocations.

1.    In connection with the Plan and all Distributions hereunder, the Disbursing Agent shall comply with all tax withholding and reporting requirements imposed on them by any federal, state or local taxing authority, and all Distributions pursuant to the Plan shall be subject to such withholding and reporting requirements.  Notwithstanding any provision in the Plan to the contrary, the Disbursing Agent shall be authorized to take all actions necessary or appropriate to comply with such withholding and reporting requirements, including liquidating a portion of the Distribution to be made under the Plan to generate sufficient funds to pay applicable withholding taxes, withholding Distributions pending receipt of information necessary to facilitate such Distributions including tax certification forms, or establishing any other mechanisms it believes are reasonable and appropriate.

2.    For tax purposes, Distributions in full or partial satisfaction of Allowed Claims shall be allocated first to the principal amount of Allowed Claims, with any excess allocated to unpaid interest that accrued on such Claim.

# ARTICLE VIII.

## PROCEDURES FOR RESOLVING CONTINGENT, UNLIQUIDATED, AND DISPUTED CLAIMS

A.    Applicability.  All Disputed Claims against the Debtors, other than Administrative Expense Claims, shall be subject to the provisions of this Article VIII.  All Administrative

Expense Claims shall be determined and, if Allowed, paid in accordance with Article II.  None of the terms or provision of this Article VIII shall apply to Abuse Claims, which shall be exclusively processed, liquidated and paid by the Settlement Trust in accordance with the Settlement Trust Documents.

B.    Allowance of Claims.  After the Effective Date, Reorganized BSA shall have and retain any and all rights and defenses that the Debtors, or either of them, had with respect to any Claim immediately before the Effective Date.  Except as expressly provided in the Plan or in any order entered in the Chapter 11 Cases before the Effective Date (including the Confirmation Order), no Claim shall become an Allowed Claim unless and until such Claim becomes Allowed by Final Order of the Bankruptcy Court or by agreement between the Debtors or Reorganized BSA, on the one hand, and the holder of such Claim, on the other.

C.    Claims Administration Responsibilities.

1.    Except as otherwise expressly provided in the Plan, from and after the Effective Date, Reorganized BSA shall have the authority (a) to file, withdraw, or litigate to judgment objections to Claims; (b) to settle or compromise any Disputed Claim without any further notice to or action, order, or approval by the Bankruptcy Court; and (c) to administer and adjust the Claims Register to reflect any such settlements or compromises without any further notice to or action, order, or approval by the Bankruptcy Court.

2.    Reorganized BSA shall consult with the Creditor Representative in connection with the reconciliation, settlement and administration of Convenience Claims, General Unsecured Claims and Non-Abuse Litigation Claims and shall use commercially reasonable efforts to resolve such Claims before the applicable Claims Objection Deadline.

D.    Estimation of Claims.  The Debtors (before the Effective Date) or Reorganized BSA (on and after the Effective Date) may at any time request that the Bankruptcy Court estimate any Disputed Claim pursuant to section 502(c) of the Bankruptcy Code regardless of whether an objection was previously filed with the Bankruptcy Court with respect to such Claim or whether the Bankruptcy Court has ruled on any such objection, and the Bankruptcy Court shall retain jurisdiction to estimate any Claim at any time during litigation concerning any objection to such Claim, including during the pendency of any appeal relating to any such objection.  In the event that the Bankruptcy Court estimates any Disputed Claim, that estimated amount will constitute either the Allowed amount of such Claim or a maximum limitation on such Claim against any Person.  If the estimated amount of a Claim constitutes a maximum limitation on such Claim, the Debtors (before the Effective Date) or Reorganized BSA (on and after the Effective Date) may elect to pursue any supplemental proceedings to object to any ultimate Distribution on such Claim.  All of the objection, estimation, settlement, and resolution procedures set forth in the Plan are cumulative and not necessarily exclusive of one another. Claims may be estimated and subsequently compromised, objected to, settled, withdrawn, or resolved by any mechanism approved by the Bankruptcy Court.

E.     No Distributions Pending Allowance.   No Distributions or other consideration shall be paid with respect to any Claim that is a Disputed Claim unless and until all objections to such Disputed Claim are resolved and such Disputed Claim becomes an Allowed Claim by Final Order of the Bankruptcy Court or agreement between the Debtors or Reorganized BSA, on the one hand, and the holder of such Claim, on the other.

F.     Distributions after Allowance.   To the extent that a Disputed Claim (or a portion thereof) becomes an Allowed Claim, Distributions (if any) shall be made to the holder of such Allowed Claim in accordance with the provisions of the Plan.

G.     Disputed Claims Reserve.   The provisions of this Article VIII.G apply only to the extent that any General Unsecured Claims remain Disputed as of any Distribution Date.

1.     If any General Unsecured Claims remain Disputed as of any Distribution Date, the undistributed portion of the Core Value Cash Pool shall be held in a segregated account.   Subject to definitive guidance from the IRS or a court of competent jurisdiction to the contrary, or the receipt of a determination from the IRS, the Disbursing Agent shall treat the Disputed Claims Reserve as a "disputed ownership fund" governed by Treasury Regulation section 1.468B-9 and, to the extent permitted by applicable law, report consistently with the foregoing for state and local income tax purposes.   All parties (including the Debtors, Reorganized BSA, the Disbursing Agent, and holders of General Unsecured Claims) shall be required to report for tax purposes in a manner consistent with the foregoing.   The Disputed Claims Reserve shall be responsible for payment, out of the assets of the Disputed Claims Reserve, of any taxes imposed on the Disputed Claims Reserve or its assets.

2.     The Debtors or Reorganized BSA, as applicable, with the consent of the Creditor Representative, shall determine the amount of the Disputed Claims Reserve, if applicable, as of the initial Distribution Date, based on the least of: (a) the asserted amount of the Disputed General Unsecured Claims in the applicable Proofs of Claim; (b) the amount, if any, estimated by the Bankruptcy Court pursuant to (i) section 502(c) of the Bankruptcy Code or (ii) Article VIII.D if, after the Effective Date, a motion is filed by Reorganized BSA to estimate such Claim; (c) the amount otherwise agreed to by the Debtors (or Reorganized BSA, if after the Effective Date) and the holders of such Disputed General Unsecured Claims; or (d) any amount otherwise approved by the Bankruptcy Court.   Upon each Distribution Date, Reorganized BSA shall deposit into the Disputed Claims Reserve an amount of Cash equal to the amount sufficient to make the Distributions to which holders of Disputed General Unsecured Claims would be entitled under the Plan as of the applicable Distribution Date if the Disputed General Unsecured Claims were Allowed Claims as of such date.

3.     If a Disputed General Unsecured Claim becomes an Allowed Claim after the first Distribution Date, the Disbursing Agent shall, on the next Distribution Date after the Disputed General Unsecured Claim becomes an Allowed Claim (or, if the Disputed General Unsecured Claim becomes an Allowed Claim after the final Distribution Date, as soon as practicable after Allowance), Distribute to the holder of such Claim, exclusively from the Disputed Claims Reserve, the amount of Cash that such holder would have

received in that Distribution and all prior Distributions (if any) if such holder's General Unsecured Claim had been Allowed as of the Effective Date, net of any allocable taxes imposed thereon or otherwise payable by the Disputed Claims Reserve.

4.      If a Disputed Claim is Disallowed, in whole or in part, then on the Distribution Date next following the date of Disallowance, Cash shall be released from the Disputed Claims Reserve and placed in the Core Value Cash Pool, which Cash shall then be unreserved and unrestricted, and which shall be available for Distribution to holders of Allowed General Unsecured Claims.

5.      If any assets remain in the Disputed Claims Reserve after all Disputed General Unsecured Claims have been resolved, such assets shall be placed in the Core Value Cash Pool and distributed Pro Rata to all holders of Allowed General Unsecured Claims on the next Distribution Date (or, if all Disputed General Unsecured Claims are resolved after the final Distribution Date, as soon as practicable thereafter).

H.      <u>Adjustment to Claims Register without Objection</u>.  Any duplicate Proof of Claim that has been paid or satisfied, or any Proof of Claim that is clearly marked as amended or superseded by a subsequently filed Proof of Claim that remains on the Claims Register, may be adjusted or expunged on the Claims Register by the Notice and Claims Agent at the direction of Reorganized BSA upon stipulation between the parties in interest without an objection having to be filed and without any further notice to or action, order, or approval of the Bankruptcy Court.

I.      <u>Time to File Objections to Claims</u>.  Any objections to Claims must be filed on or before the applicable Claims Objection Deadline, as such deadline may be extended from time to time.  The expiration of the Claims Objection Deadline shall not limit or affect the Debtors' or Reorganized BSA's rights to dispute Claims asserted in the ordinary course of the Debtors or Reorganized BSA's non-profit operations other than through a Proof of Claim.

J.      <u>Treatment of Untimely Claims</u>.  Except as provided herein or otherwise agreed, any and all creditors that have filed Proofs of Claim after the applicable Bar Date shall not be treated as a creditor with respect to such Claim for the purposes of voting and distribution.

## ARTICLE IX.

## CONDITIONS PRECEDENT TO CONFIRMATION AND EFFECTIVE DATE

A.      <u>Conditions Precedent to Confirmation of the Plan</u>.

Confirmation of the Plan shall not occur unless each of the following conditions precedent has been satisfied or waived in accordance with <u>Article IX.C</u>.

1.      The Bankruptcy Court shall have entered the Disclosure Statement Order, in form and substance reasonably acceptable to the Debtors, JPM, and the Creditors' Committee.

2.      The Debtors, JPM, and the Creditors' Committee shall have approved of or accepted the Confirmation Order in accordance with their respective consent rights

under the JPM / Creditors' Committee Term Sheet, as incorporated by reference in <u>Article I.D</u>;

3. The Bankruptcy Court shall have made such findings and determinations regarding the Plan as shall enable the entry of the Confirmation Order and any other order in conjunction therewith, in form and substance acceptable to the Debtors. These findings and determinations are designed, among other things, to ensure that the Injunctions, Releases and Discharges set forth in <u>Article X</u> shall be effective, binding and enforceable and shall, among other things, provide that:

a. the Plan complies with all applicable provisions of the Bankruptcy Code, including that the Plan be proposed in good faith and that the Confirmation Order not be procured by fraud;

b. the Channeling Injunction and the Insurance Entity Injunction (if the Plan is Confirmed as a Global Resolution Plan) are to be implemented in connection with the Settlement Trust and shall be in full force and effect on the Effective Date;

c. upon the Effective Date, the Settlement Trust shall assume the liabilities of the Protected Parties with respect to Abuse Claims and have exclusive authority as of the Effective Date to satisfy or defend such Abuse Claims;

d. the Settlement Trust will be funded with the Settlement Trust Assets;

e. the Settlement Trust will use the Settlement Trust Assets to resolve Abuse Claims;

f. the terms of the Discharge Injunction, the Channeling Injunction, the Release Injunctions, and the Insurance Entity Injunction (if the Plan is Confirmed as a Global Resolution Plan), including any provisions barring actions against third parties, are set out in conspicuous language in the Plan and in the Disclosure Statement;

g. the Future Claimants' Representative was appointed by the Bankruptcy Court as part of the proceedings leading to the issuance of the Channeling Injunction and the Insurance Entity Injunction (if the Plan is Confirmed as a Global Resolution Plan) for the purpose of, among other things, protecting the rights of persons who might subsequently assert Abuse Claims of the kind that are addressed in the Channeling Injunction and the Insurance Entity Injunction (if the Plan is Confirmed as a Global Resolution Plan), which will be transferred to and assumed by the Settlement Trust;

h. the Plan complies with section 105(a) of the Bankruptcy Code to the extent applicable;

i.     the Injunctions are essential to the Plan and the Debtors' reorganization efforts;

j.     the Bankruptcy Code authorizes the Insurance Assignment notwithstanding any terms of the Insurance Policies, the Insurance Settlement Agreements, or provisions of applicable non-bankruptcy law that any Insurance Company may otherwise argue prohibit the Insurance Assignment;

k.     the Insurance Settlement Agreements are approved, and any Insurance Company that has contributed funds, proceeds or other consideration to or for the benefit of the Settlement Trust pursuant to an Insurance Settlement Agreement is designated as a Settling Insurance Company;

l.     if the Plan is sought to be Confirmed as a Global Resolution Plan, the Abuse Claims Settlement represents a sound exercise of the Debtors' business judgment, is in the best interest of the Debtors' Estates, complies with section 1123 of the Bankruptcy Code, and is approved pursuant to section 1123 of the Bankruptcy Code and Bankruptcy Rule 9019;

m.     the JPM / Creditors' Committee Settlement represents a sound exercise of the Debtors' business judgment, is in the best interest of the Debtors' Estates, complies with section 1123 of the Bankruptcy Code, and is approved pursuant to section 1123 of the Bankruptcy Code and Bankruptcy Rule 9019;

n.     the Settlement of Restricted and Core Asset Disputes represents a sound exercise of the Debtors' business judgment, is in the best interest of the Debtors' estates, complies with section 1123 of the Bankruptcy Code, and is approved pursuant to section 1123 of the Bankruptcy Code and Bankruptcy Rule 9019;

o.     if the Plan is sought to be Confirmed as a Global Resolution Plan, the Hartford Insurance Settlement Agreement, including the sale of the Hartford Policies free and clear of all Interests of any Person (as such terms are defined in the Hartford Insurance Settlement Agreement) is approved in accordance with the findings of fact and conclusions of law made by the Bankruptcy Court pursuant to Article V.S.4;

p.     if the Plan is sought to be Confirmed as a Global Resolution Plan, the Plan, the Plan Documents, and the Confirmation Order shall be binding on all parties in interest;

q.     if the Plan is sought to be Confirmed as a Global Resolution Plan, the Allowed Claim Amount (as defined in the Global Resolution Plan TDP) and procedures included in the Global Resolution Plan TDP pertaining to the allowance of Abuse Claims are fair and reasonable based on the evidentiary record offered to the Bankruptcy Court;

r.       if the Plan is sought to be Confirmed as a Global Resolution Plan, the right to payment that the holder of an Abuse Claim has against the Debtors or another Protected Party is the allowed value of such Abuse Claim as liquidated in accordance with the Global Resolution Plan TDP and is not (i) the initial or supplemental payment percentages established under the Global Resolution Plan TDP to make distributions to holders of allowed Abuse Claims or (ii) the contributions made by the Debtors or any Protected Party to the Settlement Trust; and

s.       if the Plan is sought to be Confirmed as a Global Resolution Plan, the Plan and the Global Resolution Plan TDP were proposed in good faith and are sufficient to satisfy the requirements of section 1129(a)(3) of the Bankruptcy Code.

B.       <u>Conditions Precedent to the Effective Date</u>.

Notwithstanding any other provision of the Plan or the Confirmation Order, the Effective Date shall occur on the first Business Day on which each of the following conditions precedent has been satisfied or waived pursuant to <u>Article IX.C</u>:

1.       if the Plan is Confirmed as a Global Resolution Plan, the Confirmation Order shall have been submitted to the District Court for affirmation, the District Court shall have entered the Affirmation Order in form and substance acceptable to the Debtors, and the Confirmation Order and the Affirmation Order shall have become Final Orders; <u>provided</u>, <u>however</u>, that the Effective Date may occur when the Confirmation Order or the Affirmation Order are not Final Orders at the sole option of the Debtors unless the effectiveness of the Confirmation Order or the Affirmation Order, as applicable, shall have been stayed or vacated, in which case the Effective Date may be the first Business Day immediately following the expiration or other termination of any stay of effectiveness of the Confirmation Order or the Affirmation Order;

2.       the Settlement Trust Assets shall, simultaneously with the occurrence of the Effective Date or as otherwise provided herein, be transferred to, vested in, and assumed by the Settlement Trust in accordance with <u>Article IV</u> and <u>Article V</u>;

3.       the Settlement Trust Documents and other applicable Plan Documents necessary or appropriate to implement the Plan shall have been executed, delivered and, if applicable, filed with the appropriate governmental authorities;

4.       the Restated Debt and Security Documents shall have been duly executed and delivered by all of the Entities that are parties thereto and all conditions precedent (other than any conditions related to the occurrence of the Effective Date) to the effectiveness thereof shall have been satisfied or duly waived in writing in accordance with the terms of the Restated Debt and Security Documents and the closing shall have occurred thereunder;

5.       the Foundation Loan Agreement and any applicable collateral and other loan documents governing the Foundation Loan shall have been duly executed and

delivered by all of the Entities that are parties thereto and all conditions precedent (other than any conditions related to the occurrence of the Effective Date) to the effectiveness thereof shall have been satisfied or duly waived in writing in accordance with the terms of the Foundation Loan Agreement and related documentation, and the closing shall have occurred thereunder;

6.      the Debtors shall have adequately funded the Professional Fee Reserve so as to permit the Debtors to make Distributions on account of Allowed Professional Fee Claims in accordance with Article II;

7.      the Debtors shall have obtained all authorizations, consents, certifications, approvals, rulings, opinions or other documents that are necessary to implement and effectuate the Plan;

8.      all payments required to be made pursuant to the terms of the Cash Collateral Order shall have been paid;

9.      all actions, documents, and agreements necessary to implement and effectuate the Plan shall have been effected or executed; and

10.      the Debtors shall have filed a notice of occurrence of the Effective Date.

C.      Waiver of Conditions Precedent.  To the fullest extent permitted by law, each of the conditions precedent in this Article IX may be waived or modified, in whole or in part, in the sole discretion of the Debtors and, to the extent the conditions precedent impact the treatment of General Unsecured Claims, Non-Abuse Litigation Claims, or Convenience Claims, with the consent of the Creditors' Committee (not to be unreasonably withheld); provided, that the conditions precedent set forth in Article IX.B.4 and Article IX.B.8 may be waived only with the prior written consent of JPM and, if the Plan is Confirmed as a Global Resolution Plan, the condition precedent set forth in Article IX.A.3.o may be waived only with the prior written consent of Hartford.  Any waiver or modification of a condition precedent under this Article IX may be effectuated at any time, without notice, without leave or order of the Bankruptcy Court or the District Court, and without any other formal action other than proceedings to confirm or consummate the Plan.  The failure to satisfy or waive any condition precedent to the Effective Date may be asserted by the Debtors regardless of the circumstances giving rise to the failure of such condition to be satisfied or waived.

D.      Substantial Consummation of the Plan.  On the Effective Date, the Plan shall be deemed to be substantially consummated under sections 1101 and 1127(b) of the Bankruptcy Code.

E.      Vacatur of Confirmation Order; Non-Occurrence of Effective Date.  If the Confirmation Order is vacated or the Effective Date does not occur within 180 days after entry of the Confirmation Order (subject to extension by the Debtors in their sole discretion), the Plan shall be null and void in all respects, and nothing contained in the Plan or the Disclosure Statement shall (1) constitute a waiver or release of any Causes of Action by or Claims against or Interests in the Debtors; (2) prejudice in any manner the rights of the Debtors, any holders of a Claim or Interest or any other Person; (3) constitute an admission, acknowledgment, offer, or

undertaking by the Debtors, any holders, or any other Person in any respect; or (4) be used by the Debtors or any other Person as evidence (or in any other way) in any litigation, including with respect to the strengths and weaknesses of positions, arguments or claims of any of the parties to such litigation.

## ARTICLE X.

### EFFECT OF PLAN CONFIRMATION

A.    Vesting of Assets in Reorganized BSA.  Except as otherwise expressly provided in the Plan (including with respect to the Core Value Cash Pool), on the Effective Date, pursuant to sections 1141(b) and 1141(c) of the Bankruptcy Code, all property comprising the Estates shall vest in Reorganized BSA free and clear of all Liens, Claims, interests, charges, other Encumbrances and liabilities of any kind.  On and after the Effective Date, Reorganized BSA may continue its operations and may use, acquire, or dispose of property, and compromise or settle any Claims, Interests, or Causes of Action without supervision or approval of the Bankruptcy Court and free of any restrictions of the Bankruptcy Code or the Bankruptcy Rules.

B.    Retention of Certain Causes of Action.  In accordance with section 1123(b)(3) of the Bankruptcy Code, subject to the transfer of the Debtors' Settlement Trust Causes of Action to the Settlement Trust under Article IV.D and the Debtors' and their Estates' release of certain Estate Causes of Action under Article X.J, all Causes of Action that a Debtor may hold against any Person shall vest in Reorganized BSA on the Effective Date.  Thereafter, subject to Article IV.D and Article X.J, Reorganized BSA shall have the exclusive right, authority, and discretion to determine and to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw, or litigate to judgment any such Causes of Action, whether arising before or after the Petition Date, and to decline to do any of the foregoing without the consent or approval of any third party or further notice to or action, order, or approval of the Bankruptcy Court.  No Person may rely on the absence of a specific reference in the Plan or the Disclosure Statement to any specific Cause of Action as any indication that the Debtors or Reorganized BSA, as applicable, will not pursue any and all available Causes of Action.  The Debtors or Reorganized BSA, as applicable, expressly reserve all rights to prosecute any and all Causes of Action against any Person, except as otherwise expressly provided in the Plan, and, therefore, no preclusion doctrine, including the doctrines of *res judicata*, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable or otherwise) or laches, shall apply to any Cause of Action upon, after, or as a consequence of Confirmation or the occurrence of the Effective Date.

C.    Binding Effect.  As of the Effective Date, all provisions of the Plan, including all agreements, instruments and other documents entered into in connection with the Plan by the Debtors or Reorganized BSA, the Settlement Trust, or the Protected Parties, shall be binding upon the Debtors, the Estates, Reorganized BSA, all holders of Claims against and Interests in the Debtors, each such holder's respective successors and assigns, and all other Persons that are affected in any manner by the Plan, regardless of whether the Claim or Interest of such holder is Impaired under the Plan or whether such holder has accepted the Plan.  Except as otherwise expressly provided in the Plan, all agreements, instruments and other documents filed in connection with the Plan shall be given full force and effect and shall bind all Persons referred to therein on and after the Effective Date, whether or not such agreements are actually issued,

delivered or recorded on or after the Effective Date and whether or not such Persons have actually executed such agreement.

D.      Pre-Confirmation Injunctions and Stays.  All injunctions and stays arising under or entered during the Chapter 11 Cases, whether under sections 105 or 362 of the Bankruptcy Code or otherwise, and in existence on the Confirmation Date, shall remain in full force and effect until the later of the Effective Date and the date indicated in the order providing for such injunction or stay, if any.  The injunctions and stays referenced in this Article X.D includes the preliminary injunction imposed by the *Consent Order Pursuant to 11 U.S.C. §§ 105(a) and 362 Granting the BSA's Motion for a Preliminary Injunction* entered by the Bankruptcy Court on March 30, 2020 (Adv. Pro. No. 20-50527, Docket No. 54), as extended by the Bankruptcy Court from time to time.

E.      Discharge.

1.      Discharge of the Debtors.  Except as expressly provided in the Plan or the Confirmation Order, the treatment of Claims under the Plan shall be in exchange for, and in complete satisfaction, settlement, discharge, termination and release of, all Claims and Interests of any nature whatsoever against or in the Debtors or any of their assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Effective Date, and, as of the Effective Date, each of the Debtors shall be deemed discharged and released, and each holder of a Claim or Interest and any successor, assign, and affiliate of such holder shall be deemed to have forever waived, discharged and released each of the Debtors, to the fullest extent permitted by section 1141 of the Bankruptcy Code, of and from any and all Claims, Interests, rights and liabilities, and all debts of the kind specified in section 502 of the Bankruptcy Code, based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Effective Date, in each case whether or not (a) a Proof of Claim based upon such debt is filed or deemed filed under section 501 of the Bankruptcy Code, (b) a Claim based upon such debt is Allowed under section 502 of the Bankruptcy Code, (c) a Claim based upon such debt is or has been Disallowed by order of the Bankruptcy Court, or (d) the holder of a Claim based upon such debt is deemed to have accepted the Plan.

2.      Discharge Injunction.  From and after the Effective Date, except as expressly provided in the Plan or the Confirmation Order, all holders of Claims or Interests of any nature whatsoever against or in the Debtors or any of their assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Effective Date that are discharged pursuant to the terms of the Plan shall be precluded and permanently enjoined from taking any of the following actions on account of, or on the basis of, such discharged Claims and Interests: (a) commencing or continuing any action or other proceeding of any kind against the Debtors, Reorganized BSA, the Settlement Trust, or its or their respective property; (b) enforcing, attaching, collecting, or recovering by any manner or means of judgment, award, decree or other against the Debtors, Reorganized BSA, the Settlement Trust, or its or their respective property; (c) creating, perfecting or enforcing any Lien or Encumbrance of any kind against the Debtors, Reorganized BSA, the Settlement Trust, or

its or their respective property; or (d) commencing or continuing any judicial or administrative proceeding, in any forum and in any place in the world, that does not comply with or is inconsistent with the provisions of the Plan or the Confirmation Order. The foregoing injunction shall extend to the successors and assigns of the Debtors (including Reorganized BSA) and its and their respective properties and interests in property. In accordance with the foregoing, except as expressly provided in the Plan or the Confirmation Order, the Confirmation Order shall be a judicial determination of discharge or termination of all Claims, Interests and other debts and liabilities against or in the Debtors pursuant to sections 105, 524 and 1141 of the Bankruptcy Code, and such discharge shall void any judgment obtained against the Debtors at any time to the extent such judgment relates to a discharged Claim or Interest.

F.    **Channeling Injunction.**

1.    **Terms**.  **To preserve and promote the settlements contemplated by and provided for in the Plan, including the Abuse Claims Settlement, and to supplement, where necessary, the injunctive effect of the Discharge as provided in sections 1141 and 524 of the Bankruptcy Code and as described in this Article X, pursuant to the exercise of the equitable jurisdiction and power of the Bankruptcy Court and the District Court under section 105(a) of the Bankruptcy Code, the sole recourse of any holder of an Abuse Claim against a Protected Party on account of such Abuse Claim shall be to and against the Settlement Trust pursuant to the Settlement Trust Documents, and such holder shall have no right whatsoever at any time to assert such Abuse Claim against any Protected Party or any property or interest in property of any Protected Party.  On and after the Effective Date, all Persons that have held or asserted, currently hold or assert, or that may in the future hold or assert, any Abuse Claim against the Protected Parties, or any of them, shall be permanently and forever stayed, restrained and enjoined from taking any action for the purpose of directly, indirectly, or derivatively collecting, recovering, or receiving payment, satisfaction, or recovery from any Protected Party with respect to any such Abuse Claim other than from the Settlement Trust pursuant to the Settlement Trust Documents, including:**

a.    **commencing, conducting, or continuing, in any manner, whether directly, indirectly, or derivatively, any suit, action, or other proceeding of any kind (including a judicial, arbitration, administrative, or other proceeding) in any forum in any jurisdiction around the world against or affecting any Protected Party or any property or interest in property of any Protected Party;**

b.    **enforcing, levying, attaching (including any prejudgment attachment), collecting or otherwise recovering, by any manner or means, either directly or indirectly, any judgment, award, decree, or order against or affecting any Protected Party or any property or interest in property of any Protected Party;**

c.      **creating, perfecting, or otherwise enforcing in any manner, whether directly or indirectly, any Encumbrance of any kind against any Protected Party or any property or interest in property of any Protected Party;**

d.      **asserting, implementing or effectuating any setoff, right of reimbursement, subrogation, indemnity, contribution, reimbursement, or recoupment of any kind, in any manner, directly or indirectly, against any obligation due to any Protected Party or any property or interest in property of any Protected Party; or**

e.      **taking any act in any manner, and in any place whatsoever, that does not conform to, or comply with, the provisions of the Plan Documents or the Settlement Trust Documents or with regard to any matter that is within the scope of the matters designated by the Plan to be subject to resolution by the Settlement Trust, except in conformity and compliance with the Settlement Trust Documents with respect to any such Abuse Claim.**

2.      <u>Reservations</u>.  **Notwithstanding anything to the contrary in this** <u>**Article X.F**</u>**, the Channeling Injunction shall not enjoin:**

a.      **the rights of holders of Abuse Claims to assert such Abuse Claims solely against the Settlement Trust in accordance with the Trust Distribution Procedures;**

b.      **the rights of holders of Abuse Claims to assert such Abuse Claims against anyone other than a Protected Party;**

c.      **the right of any Person to assert any Claim, debt, obligation or liability for payment of Settlement Trust Expenses solely against the Settlement Trust in accordance with the Settlement Trust Documents; or**

d.      **the Settlement Trust from enforcing its rights under the Plan and the Settlement Trust Documents; or**

e.      **the rights of the Settlement Trust and Reorganized BSA (to the extent permitted or required under the Plan) to prosecute any action against any Non-Settling Insurance Company based on or arising from Insurance Policies that are not the subject of an Insurance Settlement Agreement, subject to any Insurance Coverage Defenses.**

G.      <u>Provisions Relating to Channeling Injunctions</u>.

1.      <u>Modifications</u>.  There can be no modification, dissolution, or termination of the Channeling Injunction, which shall be a permanent injunction.

2.      <u>Non-Limitation</u>.  Nothing in the Plan or the Settlement Trust Documents shall or shall be construed in any way to limit the scope, enforceability, or effectiveness

of the Channeling Injunction or the Settlement Trust's assumption of all liability with respect to Abuse Claims.

3.    <u>Bankruptcy Rule 3016 Compliance</u>.  The Debtors' compliance with the requirements of Bankruptcy Rule 3016 shall not constitute or be deemed to constitute an admission that the Plan provides for an injunction against conduct not otherwise enjoined under the Bankruptcy Code.

4.    <u>Enforcement</u>.  Any Protected Party may enforce the Channeling Injunction as a defense to any Claim brought against such Protected Party that is enjoined under the Plan as to such Protected Party and may seek to enforce such injunction in a court of competent jurisdiction.

5.    <u>Contribution Claims</u>.  If a Non-Settling Insurance Company asserts that it has rights, whether legal, equitable, contractual, or otherwise, of contribution, indemnity, reimbursement, subrogation or other similar claims directly or indirectly arising out of or in any way relating to such Non-Settling Insurance Company's payment of loss on behalf of one or more of the Debtors in connection with any Abuse Claim against a Settling Insurance Company (collectively, "<u>Contribution Claims</u>"), (a) such Contribution Claims may be asserted as a defense or counterclaim against the Settlement Trust in any Insurance Action involving such Non-Settling Insurance Company, and the Settlement Trust may assert the legal or equitable rights (if any) of the Settling Insurance Company, and (b) to the extent such Contribution Claims are determined to be valid, the liability (if any) of such Non-Settling Insurance Company to the Settlement Trust shall be reduced by the amount of such Contribution Claims.

6.    <u>No Duplicative Recovery</u>.  In no event shall any holder of an Abuse Claim be entitled to receive any duplicative payment, reimbursement, or restitution from any Protected Party under any theory of liability for the same loss, damage, or other Claim that is reimbursed by the Settlement Trust or is otherwise based on the same events, facts, matters, or circumstances that gave rise to the applicable Abuse Claim.

7.    <u>District Court Approval</u>.  The Debtors shall seek entry of the Affirmation Order, which shall approve (a) the Channeling Injunction and the Settlement Trust's assumption of all liability with respect to Abuse Claims and (b) the releases by holders of Abuse Claims for the benefit of the Protected Parties, each as set forth in this <u>Article X</u>.

H.    **<u>Insurance Entity Injunction</u>**.

1.    **<u>Purpose</u>.  If the Plan is Confirmed as a Global Resolution Plan, then, to facilitate the Insurance Assignment, protect the Settlement Trust, and preserve the Settlement Trust Assets, pursuant to the equitable jurisdiction and power of the Bankruptcy Court and the District Court under section 105(a) of the Bankruptcy Code, the Bankruptcy Court shall issue the injunction set forth in this <u>Article X.H</u> (the "<u>Insurance Entity Injunction</u>"); <u>provided</u>, <u>however</u>, that the Insurance Entity Injunction is not issued for the benefit of any Insurance Company, and no**

Insurance Company is a third-party beneficiary of the Insurance Entity Injunction, except as otherwise specifically provided in any Insurance Settlement Agreement.

2.    <u>Terms Regarding Claims against Insurance Companies</u>.    Subject to the terms of <u>Article X.E</u> and <u>Article X.F</u>, all Persons that have held or asserted, that hold or assert, or that may in the future hold or assert any claim or cause of action (including any Abuse Claim or any claim for or respecting any Settlement Trust Expense) against any Insurance Company based upon, attributable to, arising out of, or in any way connected with any Abuse Claim, whenever and wherever arising or asserted, whether in the United States of America or anywhere else in the world, whether sounding in tort, contract, warranty, or any other theory of law, equity, or admiralty, shall be stayed, restrained, and enjoined from taking any action for the purpose of directly or indirectly collecting, recovering, or receiving payments, satisfaction, or recovery with respect to any such claim or cause of action, including:

a.    commencing, conducting, or continuing, in any manner, directly or indirectly, any suit, action, or other proceeding of any kind (including a judicial, arbitration, administrative, or other proceeding) in any forum with respect to any such claim, demand, or cause of action against any Insurance Company, or against the property of any Insurance Company, with respect to any such claim, demand, or cause of action (including, for the avoidance of doubt, directly pursuing any suit, action or other proceeding with respect to any such claim, demand, or cause of action against any Insurance Company);

b.    enforcing, levying, attaching, collecting, or otherwise recovering, by any means or in any manner, whether directly or indirectly, any judgment, award, decree, or other order against any Insurance Company, or against the property of any Insurance Company, with respect to any such claim or cause of action;

c.    creating, perfecting, or enforcing in any manner, directly or indirectly, any Lien or Encumbrance against any Insurance Company, or the property of any Insurance Company, with respect to any such claim or cause of action; and

d.    except as otherwise specifically provided in the Plan, asserting or accomplishing any setoff, right of subrogation, indemnity, contribution, or recoupment of any kind, directly or indirectly, against any obligation of any Insurance Company, or against the property of any Insurance Company, with respect to any such claim or cause of action;

provided, however, that (i) the injunction set forth in this <u>Article X.H</u> shall not impair in any way any (a) actions brought by the Settlement Trust against any Non-Settling Insurance Company or (b) the rights of any co-insured of the Debtors (x) under any Insurance Policy that is not the subject of an Insurance Settlement Agreement or against any Non-Settling Insurance Company, in each case with respect to Insured Non-Abuse

Claims and (y) as specified under any Final Order of the Bankruptcy Court approving an Insurance Settlement Agreement; and (ii) the Settlement Trust shall have the sole and exclusive authority at any time to terminate, or reduce or limit the scope of, the injunction set forth in this **Article X.H** with respect to any Non-Settling Insurance Company, in accordance with the Settlement Trust Documents, upon express written notice to such Non-Settling Insurance Company, except that the Settlement Trust shall not have any authority to terminate, reduce or limit the scope of the injunction herein with respect to any Settling Insurance Company so long as, but only to the extent that, such Settling Insurance Company complies fully with its obligations under any applicable Insurance Settlement Agreement.

3.      **Reservations**.    Notwithstanding anything to the contrary in this **Article X.H**, the Insurance Entity Injunction shall not enjoin:

a.      the rights of any Person to the treatment accorded them under the Plan, as applicable, including the rights of holders of Abuse Claims to assert such Claims, as applicable, in accordance with the Trust Distribution Procedures;

b.      the rights of any Person to assert any claim, debt, obligation, cause of action or liability for payment of Settlement Trust Expenses against the Settlement Trust;

c.      the rights of the Settlement Trust to prosecute any action based on or arising from Insurance Policies;

d.      the rights of the Settlement Trust to assert any claim, debt, obligation, cause of action or liability for payment against an Insurance Company based on or arising from the Insurance Policies; or

e.      the rights of any Insurance Company to assert any claim, debt, obligation, cause of action or liability for payment against any Non-Settling Insurance Company.

I.      **Injunction against Interference with Plan**.  Upon entry of the Confirmation Order, all holders of Claims and Interests shall be precluded and enjoined from taking any actions to interfere with the implementation and consummation of the Plan.

J.      **Releases**.

1.      **Releases by the Debtors and the Estates**.

a.      **Releases by the Debtors and the Estates of the Released Parties**.  As of the Effective Date, except for the rights that remain in effect from and after the Effective Date to enforce the Plan and the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, including the service of the Released Parties to facilitate and implement the

reorganization of the Debtors, as an integral component of the Plan, the **Debtors, Reorganized BSA, and the Estates shall, and shall be deemed to, expressly, conclusively, absolutely, unconditionally, irrevocably, and forever release and discharge each and all of the Released Parties of and from any and all Estate Causes of Action that do not constitute Settlement Trust Causes of Action, any and all other Claims, Interests, obligations, rights, demands, suits, judgments, damages, debts, remedies, losses and liabilities of any nature whatsoever (including any derivative claims or Causes of Action asserted or that may be asserted on behalf of the Debtors, Reorganized BSA, or the Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, contract, tort or otherwise, based on or relating to, or in any manner arising from, in whole or in part, any act, omission, transaction, event, or other circumstance taking place or existing on or before the Effective Date (including before the Petition Date) in connection with or related to the Debtors, the Estates, their respective assets and properties, the Chapter 11 Cases, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated by the Plan, the business or contractual arrangements between one or both of the Debtors and any Released Party, the restructuring of any Claim or Interest that is treated by the Plan before or during the Chapter 11 Cases, any of the Plan Documents, or any related agreements, instruments, and other documents created or entered into before or during the Chapter 11 Cases or the negotiation, formulation, preparation or implementation thereof, the pursuit of Confirmation, the administration and implementation of the Plan, the solicitation of votes with respect to the Plan, the Distribution of property under the Plan, or any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in this __Article X.J.1__ shall not, and shall not be construed to: (a) release any Released Party from Causes of Action arising out of, or related to, any act or omission of a Released Party that is a criminal act or that constitutes fraud, gross negligence or willful misconduct; or (b) release any post-Effective Date obligations of any Person under the Plan Documents or any document, instrument, or agreement executed to implement the Plan.**

b.      __Releases by the Debtors and the Estates of Certain Avoidance Actions.__  **As of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, including the service of Creditors' Committee and its members in their respective capacities as such in facilitating and implementing the reorganization of the Debtors, as an integral component of the Plan, the Debtors, Reorganized BSA, and the Estates shall, and shall be deemed to, expressly, conclusively, absolutely, unconditionally, irrevocably, and forever release and discharge each and all holders of General Unsecured Claims, Non-Abuse Litigation Claims, and Convenience Claims of and from any and all Avoidance Actions.**

2.      **Releases by the Debtors and the Estates of the Local Councils and the Contributing Chartered Organizations**.  If the Plan is Confirmed as a Global Resolution Plan, then, in furtherance of the Abuse Claims Settlement, on the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, the Debtors, on their own behalf and as representatives of their respective Estates, and Reorganized BSA, are deemed to irrevocably and unconditionally, fully, finally, and forever waive, release, acquit, and discharge each and all of the Local Councils and Contributing Chartered Organizations of and from any and all claims, causes of action, suits, costs, debts, liabilities, obligations, dues, sums of money, accounts, reckonings, bonds, bills, covenants, contracts, controversies, agreements, promises, damages, judgments, executions and demands whatsoever, of whatever kind or nature (including, without limitation, those arising under the Bankruptcy Code), whether known or unknown, suspected or unsuspected, in law or in equity, which the Debtors, their Estates, or Reorganized BSA have, had, may have, or may claim to have against any of the Local Councils and Contributing Chartered Organizations with respect to any Abuse Claims (collectively, the "Scouting Released Claims").

3.      **Releases by Holders of Abuse Claims**.  As of the Effective Date, except for the rights that remain in effect from and after the Effective Date to enforce the Plan and the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, including the service of the Protected Parties to facilitate and implement the reorganization of the Debtors and the settlements embodied in the Plan, including the Abuse Claims Settlement, as an integral component of the Plan, and except as otherwise expressly provided in the Plan or the Confirmation Order, to the maximum extent permitted under applicable law, as such law may be extended subsequent to the Effective Date, all holders of Abuse Claims shall, and shall be deemed to, expressly, conclusively, absolutely, unconditionally, irrevocably, and forever discharge and release each and all of the Protected Parties and their respective property and successors and assigns of and from all Abuse Claims and any and all Claims and Causes of Action whatsoever, whether known or unknown, asserted or unasserted, derivative or direct, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, whether for tort, fraud, contract, veil piercing or alter-ego theories of liability, successor liability, contribution, indemnification, joint liability, or otherwise, arising from or related in any way to such Abuse Claims.

4.      **Releases by Holders of Claims**.  As of the Effective Date, except for the rights that remain in effect from and after the Effective Date to enforce the Plan and the Confirmation Order, for good and valuable consideration, the adequacy of which is hereby confirmed, including the service of the Released Parties to facilitate and implement the reorganization of the Debtors and the settlements embodied in the Plan, as an integral component of the Plan, and except as otherwise expressly provided in the Plan or the Confirmation Order, to the maximum extent permitted under applicable law, as such law may be extended subsequent to the Effective Date, all Releasing Claim Holders shall, and shall be deemed to, expressly, conclusively,

absolutely, unconditionally, irrevocably, and forever release and discharge each and all of the Released Parties of and from any and all Claims, Interests, obligations, rights, demands, suits, judgments, damages, debts, remedies, losses and liabilities of any nature whatsoever (including any derivative claims or Causes of Action asserted or that may be asserted on behalf of the Debtors, Reorganized BSA, or the Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, contract, tort or otherwise, based on or relating to, or in any manner arising from, in whole or in part, any act, omission, transaction, event, or other circumstance taking place or existing on or before the Effective Date (including before the Petition Date) in connection with or related to the Debtors, the Estates, their respective assets and properties, the Chapter 11 Cases, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated by the Plan, the business or contractual arrangements between one or both of the Debtors and any Released Party, the restructuring of any Claim or Interest that is treated by the Plan before or during the Chapter 11 Cases, any of the Plan Documents, or any related agreements, instruments, and other documents created or entered into before or during the Chapter 11 Cases or the negotiation, formulation, preparation or implementation thereof, the pursuit of Confirmation, the administration and implementation of the Plan, the solicitation of votes with respect to the Plan, the Distribution of property under the Plan, or any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; <u>provided</u>, <u>however</u>, that the releases set forth in this <u>Article X.J.4</u> shall not, and shall not be construed to: (a) release any Released Party from Causes of Action arising out of, or related to, any act or omission of a Released Party that is a criminal act or that constitutes fraud, gross negligence or willful misconduct; (b) release any post-Effective Date obligations of any Person under the Plan Documents or any document, instrument, or agreement executed to implement the Plan; or (c) modify, reduce, impair or otherwise affect the ability of any holder of a Allowed Non-Abuse Litigation Claim to recover on account of such Allowed Claim in accordance with <u>Article III.B.9</u>. Notwithstanding the foregoing or anything to the contrary herein, with respect to holders of Allowed General Unsecured Claims or Allowed Non-Abuse Litigation Claims, nothing in the Plan or the release set forth in <u>Article X.J.4</u> shall, or shall be construed to, release any claims or Causes of Action against any Local Council, Chartered Organization, or Insurance Company.

K.    <u>Exculpation</u>.  From and after the Effective Date, none of the Exculpated Parties shall have or incur any liability to, or be subject to any right of action by, any Person for any act, omission, transaction, event, or other circumstance occurring on or before the Effective Date in connection with, relating to or arising out of the Chapter 11 Cases, the negotiation of the Plan Documents, the Releases and Injunctions, the pursuit of Confirmation of the Plan, the administration, consummation and implementation of the Plan or the property to be Distributed under the Plan, or the management or operation of the Debtors (except for any liability that results primarily from such Exculpated Party's gross negligence, bad faith or willful misconduct).  In all respects, each and all such Exculpated Parties shall be entitled to rely upon the advice of counsel with respect to their

**duties and responsibilities under, or in connection with, the matters referenced in the preceding sentence. Notwithstanding the foregoing or any provision of the Plan to the contrary, Sidley Austin LLP ("Sidley") shall not be an Exculpated Party with respect to any claims that Century Indemnity Company asserts against Sidley related to Sidley's representation of the Debtors prior to the Petition Date.**

L.    **Injunctions Related to Releases and Exculpation.**

1.    **Injunction Related to Releases.** As of the Effective Date, all holders of Claims that are the subject of **Article X.J** are, and shall be, expressly, conclusively, absolutely, unconditionally, irrevocably, and forever stayed, restrained, prohibited, barred and enjoined from taking any of the following actions against any Released Party or its property or successors or assigns on account of or based on the subject matter of such Claims, whether directly or indirectly, derivatively or otherwise: (a) commencing, conducting or continuing in any manner, directly or indirectly, any suit, action or other proceeding (including any judicial, arbitral, administrative or other proceeding) in any forum; (b) enforcing, attaching (including, without limitation, any prejudgment attachment), collecting, or in any way seeking to recover any judgment, award, decree, or other order; (c) creating, perfecting or in any way enforcing in any matter, directly or indirectly, any Lien or Encumbrance; and/or (d) setting off, seeking reimbursement or contributions from, or subrogation against, or otherwise recouping in any manner, directly or indirectly, any amount against any liability or obligation that is discharged under **Article X.E** or released under **Article X.J**; **provided**, **however**, that the injunctions set forth in this **Article X.L.1** shall not, and shall not be construed to, enjoin any holder of a Claim that is the subject of **Article X.J** from taking any action arising out of, or related to, any act or omission of a Released Party that is a criminal act or that constitutes fraud, gross negligence or willful misconduct.

2.    **Injunction Related to Exculpation.** As of the Effective Date, all holders of Claims that are the subject of **Article X.K** are, and shall be, expressly, conclusively, absolutely, unconditionally, irrevocably, and forever stayed, restrained, prohibited, barred and enjoined from taking any of the following actions against any Exculpated Party on account of or based on the subject matter of such Claims, whether directly or indirectly, derivatively or otherwise: (a) commencing, conducting or continuing in any manner, directly or indirectly, any suit, action or other proceeding (including any judicial, arbitral, administrative or other proceeding) in any forum; (b) enforcing, attaching (including any prejudgment attachment), collecting, or in any way seeking to recover any judgment, award, decree, or other order; (c) creating, perfecting or in any way enforcing in any matter, directly or indirectly, any Lien or Encumbrance; and/or (d) setting off, seeking reimbursement or contributions from, or subrogation against, or otherwise recouping in any manner, directly or indirectly, any amount against any liability or obligation that is discharged under **Article X.E** or released under **Article X.J**; **provided**, **however**, that the injunctions set forth in this **Article X.L.2** shall not, and shall not be construed to, enjoin any Person that is the subject of **Article X.K** from taking any action arising out of, or related to, any act or omission of a Exculpated

97

**Party that is a criminal act or that constitutes fraud, gross negligence or willful misconduct.**

M.    Insurance Provisions Applicable under Global Resolution Plan.  The provisions of this Article X.M shall apply to all Entities, including all Insurance Companies, only if the Plan is Confirmed as a Global Resolution Plan.

    1.    Except for the Insurance Assignment, or as otherwise provided in the Bankruptcy Code, applicable law, the findings made by the Bankruptcy Court in the Confirmation Order or the findings made by the District Court in the Affirmation Order, nothing in the Plan shall modify, amend, or supplement, or be interpreted as modifying, amending, or supplementing, the terms of any Insurance Policy or rights or obligations under an Insurance Policy to the extent such rights and obligations are otherwise available under applicable law.  The rights and obligations, if any, of any Non-Settling Insurance Company relating to or arising out of the Plan Documents, including the Plan, the Confirmation Order, and the Affirmation Order, or any provision thereof, shall be determined pursuant to the terms and provisions of the Insurance Policies and applicable law.

    2.    No provision of the Plan, other than those provisions contained in the applicable Injunctions contained in Article X of the Plan, shall be interpreted to affect or limit the protections afforded to any Settling Insurance Company by the Channeling Injunction.

    3.    Nothing in this Article X.M is intended or shall be construed to preclude otherwise applicable principles of *res judicata* or collateral estoppel from being applied against any Person.

N.    Insurance Provisions Applicable under BSA Toggle Plan.  The provisions of this Article X.N shall apply to all Entities, including all Insurance Companies, only if the Plan is Confirmed as a BSA Toggle Plan.

    1.    Nothing contained in the Plan Documents, including the Plan, the Confirmation Order, and the Affirmation Order, including any provision that purports to be preemptory or supervening, shall in any way operate to, or have the effect of, impairing, altering, supplementing, changing, expanding, decreasing, or modifying (a) the rights or obligations of any Insurance Company or (b) any rights or obligations of the Debtors arising out of or under any Insurance Policy.  For all other issues relating to insurance coverage, the provisions, terms, conditions, and limitations of the Insurance Policies shall control.  For the avoidance of doubt, nothing contained in the Plan Documents, including the Plan, the Confirmation Order, and the Affirmation Order, or any findings of fact, conclusions of law or other determinations made in connection therewith shall: (x) operate to require any Insurance Company to indemnify or pay the liability or defense costs of any Protected Party that it would not have been required to pay in the absence of the Plan, the Plan Documents, the Confirmation Order, the Affirmation Order, or of such findings, conclusions and determinations made in connection therewith; (y) establish (i) the liability of the Debtors with respect to any

individual Abuse Claim or the Debtors' aggregate liability for Abuse Claims or (ii) the liquidated amount of any such Abuse Claim or Abuse Claims; or (z) impair or affect the right of any Insurance Company or other insurer or alleged insurer (i) to assert all of its rights and defenses under any BSA Insurance Policy and applicable law with respect to coverage of any Abuse Claim or (ii) to assume the defense of any insured Person against any Abuse Claim in the tort system and to assert all of the insured Person's defenses to liability in connection with any such Abuse Claim.

2.      The Plan Documents, including the Plan, the Confirmation Order, and the Affirmation Order, shall be binding on the Debtors, Reorganized BSA, and the Settlement Trust.  The obligations, if any, of the Settlement Trust to pay holders of Abuse Claims shall be determined pursuant to the Plan and the Plan Documents.  Except as provided in <u>Article X.N.3</u>, none of (a) the Bankruptcy Court's or District Court's approval of the Plan or the Plan Documents, (b) the Confirmation Order, the Affirmation Order or any findings or conclusions entered with respect to Confirmation, or (c) any estimation or valuation of Abuse Claims, either individually or in the aggregate (including any agreement as to the valuation of Abuse Claims) in the Chapter 11 Cases shall, with respect to any Insurance Company, constitute or be deemed to constitute a trial or hearing on the merits or an adjudication or judgment, or accelerate the obligations, if any, of any Insurance Company under its Insurance Policies.

3.      Nothing in this <u>Article X.N</u> is intended or shall be construed to preclude otherwise applicable principles of *res judicata* or collateral estoppel from being applied against any Insurance Company with respect to any issue that is actually litigated by such Insurance Company as part of its objections, if any, to Confirmation or as part of any contested matter or adversary proceeding filed by such Insurance Company in conjunction with or related to Confirmation.  Plan objections that are withdrawn prior to the conclusion of the Confirmation Hearing shall be deemed not to have been actually litigated.

O.      <u>Reservation of Rights</u>.  Notwithstanding any other provision of the Plan to the contrary, no provision of this <u>Article X</u> shall be deemed or construed to satisfy, discharge, release or enjoin claims by the Settlement Trust, Reorganized BSA, or any other Person, as the case may be, against (1) the Settlement Trust for payment of Abuse Claims in accordance with the Trust Distribution Procedures, (2) the Settlement Trust for the payment of Settlement Trust Expenses, or (3) any Insurance Company that has not performed under an Insurance Policy or an Insurance Settlement Agreement.

P.      <u>Disallowed Claims</u>.   On and after the Effective Date, the Debtors and Reorganized BSA shall be fully and finally discharged of any and all liability or obligation on any and all Disallowed Claims, and any order Disallowing a Claim that is not a Final Order as of the Effective Date solely because of a Person's right to move for reconsideration of such order pursuant to section 502 of the Bankruptcy Code or Bankruptcy Rule 3008 shall nevertheless become and be deemed to be a Final Order on the Effective Date.

Q.      <u>No Successor Liability</u>.  Except as otherwise expressly provided in the Plan, Reorganized BSA does not, pursuant to the Plan or otherwise, assume, agree to perform, pay or

indemnify any Person, or otherwise have any responsibility for any liabilities or obligations of the Debtors relating to or arising out of the operations of or assets of the Debtors, whether arising prior to, on or after the Effective Date.   Neither the Debtors, Reorganized BSA, nor the Settlement Trust is, or shall be deemed to be, a successor to any of the Debtors by reason of any theory of law or equity (except as otherwise provided in Article IV.C), and none shall have any successor or transferee liability of any kind or character; provided, however, that Reorganized BSA and the Settlement Trust shall assume and remain liable for their respective obligations specified in the Plan and the Confirmation Order.

R.    Indemnities.

1.    Prepetition Indemnification and Reimbursement Obligations.    The respective obligations of the Debtors to indemnify and reimburse Persons who are or were directors, officers or employees of the Debtors on the Petition Date or at any time thereafter up to and including the Effective Date, against and for any obligations pursuant to the bylaws, applicable state or non-bankruptcy law, or specific agreement or any combination of the foregoing, shall, except with respect to any Perpetrator: (a) survive Confirmation of the Plan and remain unaffected thereby; (b) be assumed by Reorganized BSA as of the Effective Date; and (c) not be discharged under section 1141 of the Bankruptcy Code, irrespective of whether indemnification or reimbursement is owed in connection with any event occurring before, on or after the Petition Date.   In furtherance of, and to implement the foregoing, as of the Effective Date, Reorganized BSA shall obtain and maintain in full force insurance for the benefit of each and all of the above-indemnified directors, officers and employees, at levels no less favorable than those existing as of the date of entry of the Confirmation Order, and for a period of no less than three (3) years following the Effective Date.

2.    Plan Indemnity.   In addition to the matters set forth above and not by way of limitation thereof, Reorganized BSA shall indemnify and hold harmless all Persons who are or were officers or directors of the Debtors on the Petition Date or at any time thereafter up to and including the Effective Date on account of and with respect to any claim, cause of action, liability, judgment, settlement, cost or expense (including attorneys' fees) on account of claims or Causes of Action threatened or asserted by any third party against such officers or directors that seek contribution, indemnity, equitable indemnity, or any similar claim, based upon or as the result of the assertion of primary claims against such third party by any representative of the Debtors' Estates.

3.    Limitation on Indemnification.   Notwithstanding anything to the contrary set forth in the Plan or elsewhere, neither the Debtors, Reorganized BSA, the Local Councils, nor the Contributing Chartered Organizations, as applicable, shall be obligated to indemnify or hold harmless any Person for any claim, cause of action, liability, judgment, settlement, cost or expense that results primarily from (i) such Person's bad faith, gross negligence or willful misconduct or (ii) an Abuse Claim.

S.    The Official Committees and the Future Claimants' Representative.   Except as otherwise described in the Settlement Trust Documents with respect to the Future Claimants' Representative (if the Plan is Confirmed as a Global Resolution Plan), the Official Committees

and the Future Claimants' Representative shall continue in existence until the Effective Date, and after the Effective Date for the limited purposes of prosecuting requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Effective Date.  The Debtors shall pay the reasonable fees and actual and necessary expenses incurred by the Official Committees and the Future Claimants' Representative up to the Effective Date, and after the Effective Date solely for the purposes set forth in the preceding sentence, in accordance with the Compensation Procedures Order, the Fee Examiner Order, and the terms of the Plan, including Article II.  As of the Effective Date, the members of the Creditors' Committee shall be released and discharged from all further authority, duties, responsibilities, liabilities, and obligations involving the Chapter 11 Cases.  Upon the closing of the Chapter 11 Cases, the Official Committees shall be dissolved.  Neither the Debtors nor Reorganized BSA have any obligation to pay fees or expenses of any Professional retained by the Official Committees or the Future Claimants' Representative that are earned or incurred before the Effective Date to the extent such fees or expenses (or any portion thereof) qualify as Settlement Trust Expenses, in which case such fees and expenses (or the applicable portion thereof) shall be paid by the Settlement Trust in accordance with the Settlement Trust Documents.

## ARTICLE XI.

## RETENTION OF JURISDICTION

A.    Jurisdiction.  Until the Chapter 11 Cases are closed, the Bankruptcy Court shall retain the fullest and most extensive jurisdiction that is permissible, including the jurisdiction necessary to ensure that the purposes and intent of the Plan are carried out.  Except as otherwise provided in the Plan or the Settlement Trust Agreement, the Bankruptcy Court shall retain jurisdiction to hear and determine all Claims against and Interests in the Debtors, and to adjudicate and enforce the Insurance Actions, the Settlement Trust Causes of Action, and all other Causes of Action which may exist on behalf of the Debtors.  Nothing contained herein shall prevent Reorganized BSA or the Settlement Trust, as applicable, from taking such action as may be necessary in the enforcement of any Estate Cause of Action, Insurance Action, Settlement Trust Cause of Action, or other Cause of Action which the Debtors have or may have and which may not have been enforced or prosecuted by the Debtors, which actions or other Causes of Action shall survive Confirmation of the Plan and shall not be affected thereby except as specifically provided herein.  Nothing contained herein concerning the retention of jurisdiction by the Bankruptcy Court shall be deemed to be a finding or conclusion that (1) the Bankruptcy Court in fact has jurisdiction with respect to any Insurance Action, (2) any such jurisdiction is exclusive with respect to any Insurance Action, or (3) abstention or dismissal of any Insurance Action pending in the Bankruptcy Court or the District Court as an adversary proceeding is or is not advisable or warranted, so that another court can hear and determine such Insurance Action(s).  Any court other than the Bankruptcy Court that has jurisdiction over an Insurance Action shall have the right to exercise such jurisdiction.

B.    General Retention.  Following Confirmation of the Plan, the administration of the Chapter 11 Cases will continue until the Chapter 11 Cases are closed by a Final Order of the Bankruptcy Court.  The Bankruptcy Court shall also retain jurisdiction for the purpose of classification of any Claims and the re-examination of Claims which have been Allowed for

purposes of voting, and the determination of such objections as may be filed with the Bankruptcy Court with respect to any Claims.  The failure by the Debtors or Reorganized BSA to object to, or examine, any Claim for the purposes of voting, shall not be deemed a waiver of the rights of the Debtors, Reorganized BSA, or the Settlement Trust, as the case may be, to object to or reexamine such Claim in whole or part.

      C.    <u>Specific Purposes</u>.  In addition to the foregoing, the Bankruptcy Court shall retain jurisdiction over all matters arising out of, or relating to, the Chapter 11 Cases and the Plan, including jurisdiction to:

      1.    modify the Plan after Confirmation pursuant to the provisions of the Bankruptcy Code and the Bankruptcy Rules;

      2.    correct any defect, cure any omission, reconcile any inconsistency or make any other necessary changes or modifications in or to the Plan, the Trust Documents or the Confirmation Order as may be necessary to carry out the purposes and intent of the Plan, including the adjustment of the date(s) of performance in the Plan in the event the Effective Date does not occur as provided herein so that the intended effect of the Plan may be substantially realized thereby;

      3.    assure performance by the Settlement Trust and the Disbursing Agent of their respective obligations to make distributions under the Plan;

      4.    enforce and interpret the terms and conditions of the Plan, the Plan Documents, the Settlement Trust Documents, and any Insurance Settlement Agreements;

      5.    enter such orders or judgments, including injunctions (a) as are necessary to enforce the title, rights and powers of Reorganized BSA and the Settlement Trust, (b) to execute, implement, or consummate the provisions of the Plan, the Confirmation Order, and all contracts, instruments, releases and other agreements or documents created in connection with the Plan or the Confirmation Order, and (c) as are necessary to enable holders of Claims to pursue their rights against any Person that may be liable therefor pursuant to applicable law or otherwise;

      6.    hear and determine any and all motions, adversary proceedings, contested or litigated matters, and any other matters and grant or deny any applications involving the Debtors that may be pending on the Effective Date (which jurisdiction shall be non-exclusive as to any such non-core matters);

      7.    hear and determine any motions or contested matters involving taxes, tax refunds, tax attributes, tax benefits and similar or related matters, including without limitation contested matters arising on account of transactions contemplated by the Plan, or relating to the period of administration of the Chapter 11 Cases;

      8.    hear and determine all applications for compensation of Professionals and reimbursement of expenses under sections 328, 330, 331, or 503(b) of the Bankruptcy Code;

      9.    hear and determine any Causes of Action arising during the period from the Petition Date to the Effective Date, or in any way related to the Plan or the transactions

contemplated hereby, against the Debtors, Reorganized BSA, the Settlement Trust, and their respective Representatives;

10.    hear and determine any and all motions for the rejection, assumption or assignment of Executory Contracts or Unexpired Leases and the Allowance of any Claims resulting therefrom;

11.    hear and determine such other matters and for such other purposes as may be provided in the Confirmation Order;

12.    hear and determine the Allowance and/or Disallowance of any Claims, including Administrative Expense Claims, against or Interests in the Debtors or their Estates, including any objections to any such Claims or Interests, and the compromise and settlement of any Claim, including Administrative Expense Claims, against or Interest in the Debtors or their Estates;

13.    hear and resolve disputes concerning any reserves under the Plan or the administration thereof;

14.    hear and determine all questions and disputes regarding title to the assets of the Debtors, their Estates or the Settlement Trust;

15.    enter and implement such orders as are necessary or appropriate if the Confirmation Order is for any reason or in any respect modified, stayed, reversed, revoked or vacated, or if distributions pursuant to the Plan or under the Settlement Trust Documents are enjoined or stayed;

16.    hear and determine all questions and disputes regarding, and to enforce, the Abuse Claims Settlement;

17.    hear and determine the Insurance Actions, any Settlement Trust Cause of Action and any similar claims, Causes of Action or rights of the Settlement Trust to construe and take any action to enforce any Insurance Policy, and to issue such orders as may be necessary for the execution, consummation and implementation of any Insurance Policy, and to determine all questions and issues arising thereunder; provided, that such retention of jurisdiction shall not constitute a waiver of any right of a Non-Settling Insurance Company to seek to remove or withdraw the reference of any Insurance Action filed after the Effective Date;

18.    hear and determine any other matters related hereto, including the implementation and enforcement of all orders entered by the Bankruptcy Court in the Chapter 11 Cases;

19.    resolve any disputes concerning whether a Person had sufficient notice of the Chapter 11 Cases, the Disclosure Statement, any solicitation conducted in connection with the Chapter 11 Cases, the Bar Date established in the Chapter 11 Cases, or any deadline for responding or objecting to a Cure Amount, in each case, for the purpose of determining whether a Claim or Interest is discharged hereunder or for any other purpose;

20.    enter in aid of implementation of the Plan such orders as are necessary, including, but not limited to, the implementation and enforcement of the Injunctions, Releases, and Discharges described herein, including the Channeling Injunction;

21.    if the Plan is Confirmed as a Global Resolution Plan, hear and determine any questions and disputes pertaining to, and to enforce, the Abuse Claims Settlement, including the Contributing Chartered Organization Settlement Contribution, the Local Council Settlement Contribution and the Hartford Settlement Contribution;

22.    hear and determine any questions and disputes pertaining to, and to enforce, the JPM / Creditors' Committee Settlement;

23.    enter a Final Order or decree concluding or closing the Chapter 11 Cases; and

24.    to enter and implement such orders as may be necessary or appropriate if any aspect of the Plan, the Settlement Trust, or the Confirmation Order is, for any reason or in any respect, determined by a court to be inconsistent with, to violate, or insufficient to satisfy any of the terms, conditions, or other duties associated with any Insurance Policies; provided, however, that (a) such orders shall not impair the Insurance Coverage Defenses or the rights, claims, or defenses, if any, of any Insurance Company that are set forth or provided for in the Plan, the Plan Documents, the Confirmation Order, or any other Final Orders entered in the Debtors' Chapter 11 Cases, (b) this provision does not, in and of itself, grant this Court jurisdiction to hear and decide disputes arising out of or relating to the Insurance Policies, and (c) all interested parties, including any Insurance Company, reserve the right to oppose or object to any such motion or order seeking such relief.

As of the Effective Date, notwithstanding anything in this Article XI to the contrary, the Restated Debt and Security Documents and any documents related thereto shall be governed by the jurisdictional provisions thereof and the Bankruptcy Court shall not retain jurisdiction with respect thereto.

D.    Courts of Competent Jurisdiction.  To the extent that the Bankruptcy Court is not permitted under applicable law to preside over any of the foregoing matters, the reference to the "Bankruptcy Court" in this Article XI shall be deemed to be replaced by the "District Court."  If the Bankruptcy Court abstains from exercising, or declines to exercise, jurisdiction or is otherwise without jurisdiction over any matter arising out of the Plan, such abstention, refusal, or failure of jurisdiction shall have no effect upon and shall not control, prohibit, or limit the exercise of jurisdiction by any other court having competent jurisdiction with respect to such matter.

## ARTICLE XII.

## MISCELLANEOUS PROVISIONS

A.    Closing of Chapter 11 Cases.  After each Chapter 11 Case has been fully administered, Reorganized BSA shall file with the Bankruptcy Court all documents required by Bankruptcy Rule 3022 and any applicable order of the Bankruptcy Court to close such Chapter 11 Case.

B.    Amendment or Modification of the Plan.

1.    Plan Modifications.  The Debtors reserve the right, in accordance with the Bankruptcy Code and the Bankruptcy Rules, to amend or modify the Plan prior to the entry of the Confirmation Order, including amendments or modifications to satisfy section 1129(b) of the Bankruptcy Code, and after entry of the Confirmation Order, the Debtors may, upon order of the Bankruptcy Court, amend, modify or supplement the Plan in the manner provided for by section 1127 of the Bankruptcy Code or as otherwise permitted by law, in each case without additional disclosure pursuant to section 1125 of the Bankruptcy Code unless section 1127 of the Bankruptcy Code requires additional disclosure.  In addition, after the Confirmation Date, so long as such action does not materially and adversely affect the treatment of holders of Allowed Claims pursuant to the Plan, the Debtors may remedy any defect or omission or reconcile any inconsistencies in the Plan or the Confirmation Order with respect to such matters as may be necessary to carry out the purposes or effects of the Plan, and any holder of a Claim that has accepted the Plan shall be deemed to have accepted the Plan as amended, modified, or supplemented.  All amendments to the Plan (a) must be reasonably acceptable to JPM and the Creditors' Committee to the extent they pertain to the treatment of the 2010 Credit Facility Claims, the 2019 RCF Claims, the 2010 Bond Claims, or the 2012 Bond Claims (in the case of JPM) or Convenience Claims, General Unsecured Claims, or Non-Abuse Litigation Claims (in the case of the Creditors' Committee) and (b) shall not be inconsistent with the terms of the Hartford Insurance Settlement Agreement (except as provided in Section III.I of such agreement).

2.    Other Amendments.  Before the Effective Date, the Debtors may make appropriate technical adjustments and modifications to the Plan and the documents contained in the Plan Supplement without further order or approval of the Bankruptcy Court.

C.    Revocation or Withdrawal of Plan.  The Debtors reserve the right to revoke or withdraw the Plan prior to the Effective Date.  If the Plan has been revoked or withdrawn prior to the Effective Date, or if Confirmation of the Plan or the occurrence of the Effective Date does not occur, then: (1) the Plan shall be null and void in all respects; (2) any settlement or compromise embodied in the Plan (including the fixing or limiting to an amount any Claim or Interest or Class of Claims or Interests), assumption of executory contracts or unexpired leases affected by the Plan, and any document or agreement executed pursuant to the Plan, including the Settlement Trust Documents, shall be deemed null and void; and (3) nothing contained in the Plan shall (i) constitute a waiver or release of any Claim against, or any Interest in, the Debtors or any other Person; (ii) prejudice in any manner the rights of the Debtors or any other Person; or (iii) constitute an admission of any sort by the Debtors or any other Person.

D.    Request for Expedited Determination of Taxes.  The Debtors and Reorganized BSA, as applicable, shall have the right to request an expedited determination under section 505(b) of the Bankruptcy Code with respect to tax returns filed, or to be filed, for any and all taxable periods ending after the Petition Date to and including the Effective Date.

E.    <u>Non-Severability of Plan Provisions</u>.    If, before the entry of the Confirmation Order, any term or provision of the Plan is held by the Bankruptcy Court to be invalid, void, or unenforceable, the Bankruptcy Court, at the request of the Debtors, shall have the power to alter and interpret such term or provision to make it valid or enforceable to the maximum extent practicable, consistent with the original purpose of the term or provision held to be invalid, void, or unenforceable, and such term or provision shall then be applicable as altered or interpreted. Notwithstanding any such holding, alteration, or interpretation, the remainder of the terms and provisions of the Plan will remain in full force and effect and will in no way be affected, impaired or invalidated by such holding, alteration, or interpretation.  The Confirmation Order shall constitute a judicial determination and shall provide that each term and provision of the Plan, as it may have been altered or interpreted in accordance with the foregoing, is (1) valid and enforceable pursuant to its terms, (2) integral to the Plan and may not be deleted or modified without the consent of the Debtors or Reorganized BSA (as the case may be), and (3) nonseverable and mutually dependent.

F.    <u>Notices</u>.    All notices, requests, and demands to or upon the Debtors or Reorganized BSA to be effective shall be in writing (including by email transmission) and, unless otherwise expressly provided herein, shall be deemed to have been duly given or made when actually delivered, addressed as follows:

> Boy Scouts of America
> 1325 W. Walnut Hill Lane
> Irving, Texas 75015
> Attn:  Steven McGowan, General Counsel
> Email: Steve.McGowan@scouting.org
>
> with copies to:
>
> White & Case LLP
> 1221 Avenue of the Americas
> New York, New York 10020
> Attn:  Jessica C. Lauria
> Email:  jessica.lauria@whitecase.com
>
> – and –
>
> White & Case LLP
> 111 South Wacker Drive, Suite 5100
> Chicago, Illinois 60606
> Attn:  Michael C. Andolina
>          Matthew E. Linder
> Email: mandolina@whitecase.com
>          mlinder@whitecase.com
>
> – and –
>
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street, 16th Floor

P.O. Box 1347
Wilmington, Delaware 19899-1347
Attn:  Derek C. Abbott
Email:  dabbott@morrisnichols.com

G.      Notices to Other Persons.    After the occurrence of the Effective Date, Reorganized BSA has authority to send a notice to any Person providing that to continue to receive documents pursuant to Bankruptcy Rule 2002, such Person must file a renewed request to receive documents pursuant to Bankruptcy Rule 2002; provided, however, that the U.S. Trustee need not file such a renewed request and shall continue to receive documents without any further action being necessary.    After the occurrence of the Effective Date, Reorganized BSA is authorized to limit the list of Persons receiving documents pursuant to Bankruptcy Rule 2002 to the U.S. Trustee and those Persons that have filed such renewed requests:

H.      Governing Law.    Except to the extent that the Bankruptcy Code or other federal law is applicable, or to the extent an exhibit hereto or a schedule in the Plan Supplement or any other Plan Document provides otherwise, the rights, duties, and obligations arising under the Plan shall be governed by, and construed and enforced in accordance with, the laws of the State of Delaware, without giving effect to the principles of conflict of laws thereof; provided, however, that governance matters relating to Reorganized BSA shall be governed by the laws of the District of Columbia.

I.      Immediate Binding Effect.    Notwithstanding Bankruptcy Rules 3020(e), 6004(h), 7062, or otherwise, upon the occurrence of the Effective Date, the terms of the Plan (including the Plan Supplement) shall be immediately effective and enforceable and deemed binding upon and inure to the benefit of any Person named or referred to in the Plan and the successors and assigns of such Person.

J.      Timing of Distributions or Actions.    In the event that any payment, Distribution, act or deadline under the Plan is required to be made or performed or occurs on a day that is not a Business Day, then such payment, Distribution, act or deadline shall be deemed to occur on the next succeeding Business Day, but if so made, performed or completed by such next succeeding Business Day, shall be deemed to have been completed or to have occurred as of the required date.

K.      Deemed Acts.    Whenever an act or event is expressed under the Plan to have been deemed done or to have occurred, it shall be deemed to have been done or to have occurred by virtue of the Plan or the Confirmation Order without any further act by any Person.

L.      Entire Agreement.    The Plan Documents set forth the entire agreement and undertakings relating to the subject matter thereof and supersede all prior discussions, negotiations, understandings and documents.    No Person shall be bound by any terms, conditions, definitions, warranties, understandings, or representations with respect to the subject matter hereof, other than as expressly provided for in the Plan or the other Plan Documents or as may hereafter be agreed to by the affected parties in writing.

M.    <u>Plan Supplement</u>.  Any and all exhibits, lists, or schedules referred to herein but not filed with the Plan shall be contained in the Plan Supplement to be filed with the Clerk of the Bankruptcy Court prior to the Confirmation Hearing on the Plan, and such Plan Supplement is incorporated into and is part of the Plan as if set forth in full herein.  The Plan Supplement will be available for inspection in the office of the Clerk of the Bankruptcy Court during normal court hours, at the website maintained by the Notice and Claims Agent (https://cases.omniagentsolutions.com/BSA), and at the Bankruptcy Court's website (ecf.deb.uscourts.gov).

N.    <u>Withholding of Taxes</u>.  The Disbursing Agent, the Settlement Trust or any other applicable withholding agent, as applicable, shall withhold from any assets or property distributed under the Plan any assets or property which must be withheld for foreign, federal, state and local taxes payable with respect thereto or payable by the Person entitled to such assets to the extent required by applicable law.

O.    <u>Payment of Quarterly Fees</u>.  All Quarterly Fees due and payable prior to the Effective Date shall be paid on or before the Effective Date.  The Reorganized Debtors shall pay all such fees that arise after the Effective Date, but before the closing of the Chapter 11 Cases, and shall comply with all applicable statutory reporting requirements.

P.    <u>Duty to Cooperate</u>.  Nothing in the Plan, the other Plan Documents or the Confirmation Order shall relieve (by way of injunction or otherwise) any Person that is or claims to be entitled to indemnity under an Insurance Policy from any duty to cooperate that may be required by any such Insurance Policy or under applicable law with respect to the defense and/or settlement of any Claim for which coverage is sought under such Insurance Policy.

Q.    <u>Effective Date Actions Simultaneous</u>.  Unless the Plan or the Confirmation Order provides otherwise, actions required to be taken on the Effective Date shall take place and be deemed to have occurred simultaneously, and no such action shall be deemed to have occurred prior to the taking of any other such action.

R.    <u>Consent to Jurisdiction</u>.  Upon default under the Plan, Reorganized BSA, the Settlement Trust, the Settlement Trustee, the Official Committees, the Future Claimants' Representative, and the Protected Parties, or any successor thereto, respectively, consent to the jurisdiction of the Bankruptcy Court, and agree that it shall be the preferred forum for all proceedings relating to any such default.

*[Remainder of Page Intentionally Left Blank]*

Dated:  June 17, 2021

Boy Scouts of America
Delaware BSA, LLC

*/s/ Roger C. Mosby*
Roger C. Mosby
Chief Executive Officer and President

**EXHIBIT A-1**

**GLOBAL RESOLUTION PLAN TDP**

**BOY SCOUTS OF AMERICA**

**TRUST DISTRIBUTION PROCEDURES FOR ABUSE CLAIMS FOR GLOBAL
RESOLUTION PLAN**

**ARTICLE I
PURPOSE AND GENERAL GUIDELINES**

A.    **Purpose**.  The purpose of the Settlement Trust is to, among other things, assume liability for all Abuse Claims, to hold, preserve, maximize and administer the Settlement Trust Assets, and to employ procedures to allow valid Abuse Claims against the Debtors and other Protected Parties in accordance with section 502 of the Bankruptcy Code and/or applicable law (each, an "**Allowed Abuse Claim**"), determine an allowed liability amount for each Allowed Abuse claim (the "**Allowed Claim Amount**"), determine payment methodology and direct payment of all Allowed Abuse Claims, and obtain insurance coverage for the Allowed Claim Amount of such Allowed Abuse Claims that are Insured Abuse Claims (as defined below).  These Trust Distribution Procedures (the "**TDP**") are adopted pursuant to the Settlement Trust Agreement and have been approved as reasonable by the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  These TDP are designed to provide fair, equitable, and substantially similar treatment for Allowed Abuse Claims.  These TDP provide the means for resolving all Abuse Claims for which the Protected Parties have or are alleged to have legal responsibility as provided in and required by the Plan, the Confirmation Order, and the Settlement Trust Agreement.  The Settlement Trustee shall implement and administer these TDP in consultation with the Claims Administrator, Future Claimants' Representative, and Trust Professionals with the goals of securing the just, speedy, and cost-efficient determination of every Abuse Claim, providing substantially similar treatment to holders of similar, legally valid and supported Allowed Abuse Claims in accordance with the procedures set forth herein, and obtaining and maximizing the benefits of the Settlement Trust Assets.

B.    **General Principles**.  To achieve maximum fairness and efficiency, and recoveries for holders of Allowed Abuse Claims, these TDP are founded on the following principles:

1.    objective Claim eligibility criteria;

2.    clear and reliable proof requirements;

3.    administrative transparency;

4.    a rigorous review and evidentiary process that requires the Settlement Trustee to determine Allowed Claim Amounts in accordance with applicable law;

5.    prevention and detection of any fraud; and

6.    independence of the Settlement Trust and Settlement Trustee.

1

**C.     Payment of Allowed Abuse Claims and Insurance Recoveries**.  Pursuant to the terms of the Plan, the Settlement Trust has assumed the Debtors' legal liability for, and obligation to pay, Allowed Abuse Claims.  The Settlement Trust Assets, including the proceeds of the assigned insurance rights, shall be used to fund distributions to Abuse Claimants under these TDP.  The amounts that Abuse Claimants will ultimately be paid on account of their Allowed Abuse Claims will depend on, among other things, the Settlement Trust's ability to liquidate and recover the proceeds of the assigned insurance rights.  The amount of any installment payments, initial payments, or payment percentages established under these TDP or the Settlement Trust Agreement are not the equivalent of (i) any Abuse Claimant's Allowed Claim Amount or (ii) the right to payment that the holder of an Allowed Abuse Claim has against the Debtors and/or Protected Parties, as assumed by the Settlement Trust.

**D.     Sole and Exclusive Method**.  These TDP and any procedures designated in these TDP shall be the sole and exclusive methods by which an Abuse Claimant may seek allowance and distribution on an Abuse Claim with respect to the Protected Parties.

**E.     Interpretation**.  The terms of the Plan and Confirmation Order shall prevail if there is any discrepancy between the terms of the Plan or Confirmation Order and the terms of these TDP.

**F.     Confidentiality**.  All submissions to the Settlement Trust by an Abuse Claimant shall be treated as confidential and shall be protected by all applicable state and federal privileges, including those directly applicable to settlement discussions.  The Settlement Trust will preserve the confidentiality of such submissions, and shall disclose the contents thereof only to such persons as authorized by the Abuse Claimant, or in response to a valid subpoena of such materials issued by the Bankruptcy Court, a Delaware state court, the United States District Court for the District of Delaware or any other court of competent jurisdiction.  Notwithstanding anything in the foregoing to the contrary, the Settlement Trust may disclose information, documents, or other materials reasonably necessary in the Settlement Trust's judgment to preserve, obtain, litigate, resolve, or settle insurance coverage, or to comply with an applicable obligation under an Insurance Policy, indemnity, or settlement agreement.  Nothing in these TDP shall be construed to authorize the Settlement Trustee to waive privilege or disseminate documents to any Abuse Claimants of their respective counsel, except as provided for in the Document Agreement.

## ARTICLE II
## DEFINITIONS AND RULES OF INTERPRETATION

**A.     Incorporation of Plan Definitions**.  Capitalized terms used but not defined in these TDP have the meanings ascribed to them in the Plan or the Settlement Trust Agreement and such definitions are incorporated in these TDP by reference.  To the extent that a term is defined in these TDP and the Plan and/or the Settlement Trust Agreement, the definition contained in these TDP controls.

**B.     Definitions**.  The following terms have the respective meanings set forth below:

1.     "**Abuse Claims**" shall mean Direct Abuse Claims, Indirect Abuse Claims, and Future Abuse Claims.

2

2.      "**Abuse Claimants**" shall mean the holder of a Direct Abuse Claim, an Indirect Abuse Claim, or a Future Abuse Claim.

3.      "**Base Matrix Value**" shall mean the base case value for each tier of Abuse Type (labeled as such in the Claims Matrix and more specifically defined and described in Article VIII.C) to be used to value Abuse Claims and that may be identified in connection with the description of the Scaling Factors in Article VIII.C.

4.      "**Claims Matrix**" shall mean (as specifically defined and described in Article VIII.B) a table scheduling the six tiers of Abuse Types, and identifying the Base Matrix Value, and Maximum Matrix Value for each tier.

5.      "**CPI-U**" shall mean the Consumer Price Index For All Urban Consumers: All Items Less Food & Energy, published by the United States Department of Labor, Bureau of Labor Statistics.

6.      "**Direct Abuse Claimant**" or "**Survivor**" shall mean the holder of a Direct Abuse Claim or a Future Abuse Claim.

7.      "**Indirect Abuse Claimant**" shall mean the holder of an Indirect Abuse Claim.

8.      "**Exigent Health Claims**" shall mean a Direct Abuse Claim for which the Direct Abuse Claimant has provided a declaration under penalty of perjury from a physician who has examined the Direct Abuse Claimant within one hundred and twenty (120) days of the declaration in which the physician states that there is substantial medical doubt that the Direct Abuse Claimant will survive beyond six (6) months from the date of the declaration.

9.      "**FIFO**" shall mean "first-in-first-out" and refers to the impartial basis for establishing a sequence pursuant to which Abuse Claims shall be determined and paid by the Settlement Trust.

10.      "**FIFO Processing Queue**" shall mean the FIFO line-up on which the Settlement Trust reviews Trust Claims Submissions.

11.      "**Maximum Matrix Values**" shall mean the value for each tier of Abuse Type (labeled as such in the Claims Matrix and more specifically defined and described in Article VIII.B) that represents the maximum Allowed Claim Amount achievable for an Allowed Abuse Claim assigned to a given tier after application of the Scaling Factors described in Article VIII.C.

12.      "**Non-BSA Sourced Assets**" shall mean Settlement Trust Assets that represent assets received as a result of or in connection with a global settlement between the Debtors or the Settlement Trust, on the one hand, and a Chartered Organization that is or becomes a Protected Party, on the other hand.  For the avoidance of doubt, Non-BSA Sourced Assets shall not include any assets received from the Debtors, the Local Councils, or any Settling Insurance Companies.

3

13.    "**Scaling Factors**" shall mean (as specifically defined and described in Article VIII.C) the factors identified to consider with respect to each Abuse Claim and to apply to the Base Matrix Value for the applicable tier of Abuse Type for such Abuse Claim to arrive at its Proposed Allowed Claim Amount.

**C.    Interpretation; Application of Definitions and Rules of Construction**.    For purposes of these TDP, unless otherwise provided herein:  (1) whenever from the context it is appropriate, each term, whether stated in the singular or the plural, will include both the singular and the plural, and pronouns stated in the masculine, feminine, or neuter gender shall include the masculine, feminine, and the neuter gender; (2) any reference to a person as a holder of a Claim includes that person's successors and assigns; (3) the words "herein," "hereof," "hereto," "hereunder," and other words of similar import refer to these TDP as a whole and not to any particular article, section, subsection, or clause; (4) the words "include" and "including," and variations thereof, shall not be deemed to be terms of limitation and shall be deemed to be followed by the words "without limitation;" (5) any effectuating provisions of these TDP may be interpreted by the Settlement Trustee in such a manner that is consistent with the overall purpose and intent of these TDP without further notice to or action, order, or approval of the Bankruptcy Court; (6) the headings in these TDP are for convenience of reference only and shall not limit or otherwise affect the provisions hereof; (7) in computing any period of time prescribed or allowed by these TDP, unless otherwise expressly provided herein, the provisions of Bankruptcy Rule 9006(a) shall apply; and (8) all provisions requiring the consent of a person shall be deemed to mean that such consent shall not be unreasonably withheld.

# ARTICLE III
# TDP ADMINISTRATION

**A.    Administration**.    Pursuant to the Plan and the Settlement Trust Agreement, the Settlement Trust and these TDP shall be administered by the Settlement Trustee in consultation with the STAC, which represents the interests of holders of present Abuse Claims in the administration of the Settlement Trust, and the Future Claimants' Representative, who represents the interests of holders of Future Abuse Claims.  The Claims Administrator shall assist the Settlement Trustee in the resolution of Abuse Claims in accordance with these TDP and provide information necessary for the Settlement Trustee to implement these TDP.

**B.    Powers and Obligations**.  The powers and obligations of the Settlement Trustee, the STAC, the Future Claimants' Representative, and the Claims Administrator are set forth in the Settlement Trust Agreement.  The STAC and the Future Claimants' Representative shall have no authority or ability to modify, reject, or influence any claim allowance or Allowed Claim Amount determination under these TDP.

**C.    Consent Procedures**.  The Settlement Trustee shall obtain the consent of the STAC and the Future Claimants' Representative on any amendments to these TDP pursuant to Article XII.B below, and on such matters as are otherwise required below and in Article 1.6 of the Settlement Trust Agreement.  Such consent shall not be unreasonably withheld.

**ARTICLE IV**
**CLAIMANT ELIGIBILITY**

A.    **Direct Abuse Claims**.  To be eligible to potentially receive compensation from the Settlement Trust on account of a Direct Abuse Claim, a Direct Abuse Claimant must:

> (1)    have a Direct Abuse Claim;
>
> (3)    have timely submitted an Abuse Claim Proof of Claim to the Settlement Trust as provided below; and
>
> (4)    submit supporting documentation and evidence to the Settlement Trust as provided below.

A Direct Abuse Claim for which a Proof of Claim was filed in the Chapter 11 Cases before the Bar Date or if determined timely by the Bankruptcy Court (each a "**Chapter 11 POC**") shall, without any further action by the Abuse Claimant, be deemed a timely submitted Abuse Proof of Claim to the Settlement Trust.

A Direct Abuse Claim alleging abuse against a Local Council (but not the BSA) (a) for which a state court action was timely filed under state law naming the Local Council (but not the BSA) as a defendant or (b) which is submitted to the Settlement Trust and would be timely under applicable state law if such state court action were filed against the Local Council on the date on which the Direct Abuse Claim is submitted to the Settlement Trust, shall be deemed a timely submitted Abuse Proof of Claim to the Settlement Trust.

A Direct Abuse Claim alleging abuse against any Protected Party other than a Local Council (but not the BSA) (a) for which a state court action was timely filed under state law naming the Protected Party (but not the BSA) as a defendant, (b) which is submitted to the Settlement Trust and would be (x) timely under applicable state law if such state court action were filed against the Protected Party on the date on which the Direct Abuse Claim is submitted to the Settlement Trust and (y) meets any applicable deadline that may be set by the Bankruptcy Court in connection with such Protected Party becoming a Protected Party in accordance with the Plan and Confirmation Order, shall be deemed a submitted Abuse Proof of Claim to the Settlement Trust.

Any Direct Abuse Claim that is not timely submitted based on the foregoing shall be deemed untimely.

B.    **Indirect Abuse Claims**.  To be eligible to receive compensation from the Settlement Trust, an Indirect Abuse Claimant:

> (1)    must have an Indirect Abuse Claim that satisfies the requirements of the Bar Date Order;
>
> (2)    must establish to the satisfaction of the Settlement Trustee that the claim is not of a nature that it would be otherwise subject to disallowance under section 502 of the Bankruptcy Code, including subsection (e) thereof (subject to the right of the holder of the Indirect Abuse Claim to seek

reconsideration by the Settlement Trustee under section 502(j) of the Bankruptcy Code), or subordination under section 509(c) of the Bankruptcy Code; and

(3)    must establish to the satisfaction of the Settlement Trustee that:

(a)    such Indirect Abuse Claimant has paid in full the liability and/or obligation of the Settlement Trust to a Direct Abuse Claimant to whom the Settlement Trust would otherwise have had a liability or obligation under these TDP (and which has not been paid by the Settlement Trust); for the avoidance of doubt, this would include but not be limited to claims for the payment of defense costs, deductibles, or indemnification obligations;

(b)    the Indirect Abuse Claimant and the person(s) to whose claim(s) the Indirect Abuse Claim relates, have forever and fully released the Settlement Trust and the Protected Parties from all liability for or related to the subject Direct Abuse Claim (other than the Indirect Abuse Claimant's assertion of its Indirect Abuse Claim);

(c)    the Indirect Abuse Claim is not otherwise barred by a statute of limitations or repose or by other applicable law; and

(d)    the Indirect Abuse Claimant does not owe the Debtors, Reorganized Debtors, or the Settlement Trust an obligation to indemnify the liability so satisfied.

In no event shall any Indirect Abuse Claimant have any rights against the Settlement Trust superior to the rights that the Direct Abuse Claimant to whose claim the Indirect Abuse Claim relates, would have against the Settlement Trust, including any rights with respect to timing, amount, percentage, priority, or manner of payment. In addition, no Indirect Abuse Claim may be liquidated and paid in an amount that exceeds what the Indirect Abuse Claimant has paid to the related Direct Claimant in respect of such claim for which the Settlement Trust would have liability. Further, in no event shall any Indirect Abuse Claim exceed the Allowed Claim Amount of the related Direct Abuse Claim.

C.    **Future Abuse Claims**. To be eligible to potentially receive compensation from the Settlement Trust on account of a Future Abuse Claim, a Future Abuse Claimant must:

(1)    have a Direct Abuse Claim that arises from Abuse that occurred prior to the Petition Date; and

(2)    as of the date immediately preceding the Petition Date, had not attained eighteen (18) years of age or was not aware of such Direct Abuse Claim as a result of "repressed memory," to the extent the concept of repressed memory is recognized by the highest appellate court of the state or territory where the claim arose.

Future Abuse Claims that meet the foregoing eligibility criteria shall be treated as Direct Abuse Claims hereunder.

## ARTICLE V
## GENERAL TRUST PROCEDURES

**A.**     **Document Agreement**.  As more fully described in the Document Agreement, the Settlement Trust may (1) require other parties to the Document Agreement to provide the Settlement Trust with documents, witnesses, or other information as provided therein (the "**Document Obligations**"), and (2) afford, or require such other parties to the Document Agreement to afford, solely through provisions of such documents to the Settlement Trust, access for Direct Abuse Claimants to relevant, otherwise discoverable non-privileged documents to facilitate their submissions with respect to their Direct Abuse Claims, including access to IV files (the Volunteer Screening Database) and to all Troop Rosters in the possession, custody or control of the Debtors, each Protected Party or the Settlement Trust.  The Settlement Trust also may perform any and all obligations necessary to recover assigned proceeds under the assigned insurance rights in connection with the administration of these TDP.

**B.**     **Assignment of Insurance Rights**.  The Bankruptcy Court has authorized the Insurance Assignment pursuant to the Plan and the Confirmation Order, and the Settlement Trust has received the assignment and transfer of the Insurance Actions, the Insurance Action Recoveries, the Insurance Settlement Agreements (if applicable), the Insurance Coverage, and all other rights or obligations under or with respect to the Insurance Policies (but not the policies themselves) in accordance with the Bankruptcy Code.  Nothing in these TDP shall modify, amend, or supplement, or be interpreted as modifying, amending, or supplementing, the terms of any Insurance Policy or rights and obligations under an Insurance Policy assigned to the Settlement Trust to the extent such rights and obligations are otherwise available under applicable law and subject to the Plan and Confirmation Order.  The rights and obligations, if any, of any Non-Settling Insurance Company relating to or arising out of these TDP, or any provision hereof, shall be determined pursuant to the terms and provisions of the Insurance Policies and applicable law.

**C.**     **Deceased Abuse Survivor**.  The Settlement Trustee shall consider, and if an Allowed Claim Amount is determined, pay under these TDP, the claim of a deceased Direct Abuse Claimant without regard to the Direct Abuse Claimant's death, except that the Settlement Trustee may require evidence that the person submitting the claim on behalf of the decedent is authorized to do so.

**D.**     **Statute of Limitations or Repose**.  The statute of limitations, statute of repose, and the choice of law determination applicable to a Direct Abuse Claim against the Settlement Trust shall be determined by reference to the tort system where such claim was pending on the Petition Date (so long as the Protected Party was subject to personal jurisdiction in that location), or where such claim could have been timely and properly filed as asserted by the Abuse Claimant under applicable law.

## ARTICLE VI
## EXPEDITED DISTRIBUTIONS

**A.**      **Minimum Payment Criteria**.  A Direct Abuse Claimant who meets the following criteria may elect to resolve his or her Direct Abuse Claim for an expedited distribution of $1,500 (the "**Expedited Distribution**"):  (i) the Direct Abuse Claimant has timely submitted to the Settlement Trust a properly and substantially completed, non-duplicative Abuse Claim Proof of Claim; and (ii) the Direct Abuse Claimant has personally signed his or her Proof of Claim attesting to the truth of its contents under penalty of perjury, or supplements his or her Abuse Claim Proof of Claim to so provide such verification.  Direct Abuse Claimants that elect to receive the Expedited Distribution will not have to submit any additional information to the Settlement Trust to receive payment of the Expedited Distribution from the Settlement Trust.

**B.**      **Process and Payment of Expedited Distributions**.  Direct Abuse Claimants who have properly elected to receive the Expedited Distribution in accordance with the Plan and Confirmation Order (the "**Expedited Distribution Election**") and who met the criteria set forth in Article VI.A above, shall be entitled to receive their Expedited Payment upon executing an appropriate release, which shall include a release of the Settlement Trust, the Protected Parties, and all Chartered Organizations.  The form of release agreement that a Direct Abuse Claimant who takes the Expedited Distribution Election must execute is attached as **Exhibit A**.  A Direct Abuse Claimant who does not elect to receive the Expedited Distribution in accordance with the Plan and Confirmation Order may not later elect to receive the Expedited Distribution.  A Direct Abuse Claimant who elects to receive the Expedited Distribution shall have no other remedies with respect to his or her Direct Abuse Claim against the Settlement Trust, Protected Parties, Chartered Organizations, or any Non-Settling Insurance Company.  Direct Abuse Claimants that elect to receive an Expedited Distribution will not be eligible to receive any further distribution on account of their Direct Abuse Claim pursuant to these TDP.

## ARTICLE VII
## CLAIMS ALLOWANCE PROCESS

**A.**      **Trust Claim Submissions**.   Each Abuse Claimant that does not make the Expedited Distribution Election and instead elects to pursue recovery from the Settlement Trust pursuant to these TDP must submit his or her Abuse Claim for allowance and potential valuation and determination of insurance status by the Settlement Trustee pursuant to the requirements set forth herein (each, a "**Trust Claim Submission**").  In order to properly make a Trust Claim Submission, each submitting Abuse Claimant must (i) complete under oath a questionnaire to be developed by the Settlement Trustee and submitted to the STAC and the Future Claimants' Representative for approval; (ii) produce all records and documents requested by the Settlement Trustee, including all documents pertaining to all settlements, awards, or contributions already received, or that are expected to be received, from BSA or other sources; (iii) consent to and cooperate in any examinations requested by the Settlement Trustee (including by healthcare professionals selected by the Settlement Trustee) (a "**Trustee Interview**"); and (iv) consent to and cooperate in a written and/or oral examination under oath if requested to do so by the Settlement Trustee.  To complete the evaluation of each Abuse Claim submitted through a Trust Claim Submission (each a "**Submitted Abuse Claim**"), the Settlement Trustee also may, but is not required to, obtain additional evidence from the Abuse Claimant or from other parties pursuant to

the Document Obligations. Non-material changes to the claims questionnaire may be made by the Settlement Trustee with the consent of the STAC and the Future Claimants' Representative.

**B.** **Claims Evaluation**. The Settlement Trustee shall evaluate each Trust Claim Submission individually and will follow the uniform procedures and guidelines set forth below to determine, based on the evidence obtained by the Settlement Trust, whether or not a Submitted Abuse Claim should be allowed. After a review of the documentation provided by the Abuse Claimant in his or her Proof of Claim, Trust Claim Submission, materials received pursuant to the Document Obligations, and any follow-up materials or examinations (including, without limitation, any Trustee Interview), the Settlement Trustee will either find the Abuse Claim to be legally valid and an Allowed Abuse Claim, or legally invalid and a Disallowed Claim.

**C.** **Settlement Trustee Review Procedures**. The Settlement Trustee must evaluate each Submitted Abuse Claim, including the underlying Proof of Claim, the Trust Claim Submission and/or the Trustee Interview or any other follow-up, and documents obtained through the Document Obligations, and determine whether such Claim is a legally valid Allowed Abuse Claim, based on the following criteria:

    **1.** **Initial Evaluation Criteria**. The Settlement Trustee shall perform an initial evaluation (the "**Initial Evaluation**") of a Submitted Abuse Claim to determine whether:

        (a)    the Abuse Claimant's Proof of Claim, Trust Claim Submission or complaint against a Protected Party other than the Debtors (where applicable) was free from material defects;

        (b)    such Proof of Claim was timely filed under Article IV.A; or

        (d)    the Submitted Abuse Claim had not previously been resolved by litigation and/or settlement involving a Protected Party.

    If any of these criteria are not met, then the Submitted Abuse Claim shall be a Disallowed Claim.

    **2.** **General Criteria for Evaluating Submitted Abuse Claims**. To the extent a Submitted Abuse Claim is not disallowed based on the Initial Evaluation, then the Settlement Trustee will evaluate whether the Abuse Claimant has provided the following required evidence for such Claim (the "**General Criteria**"):

        (a)    Alleged Abuse. The Abuse Claimant must allege that he or she suffered Abuse.

        (b)    Alleged Abuser Identification. The Abuse Claimant must either: (i) identify his or her alleged abuser by the full name or last name, or (ii) provide additional facts (*e.g.*, a physical description of alleged abuser combined with the name or location of the Abuse Claimant's

troop) sufficient for the Settlement Trustee to identify an alleged abuser;

(c)     <u>Connection to Scouting</u>.    The Abuse Claimant must provide information that: (i) he or she was abused by an employee or volunteer of a Protected Party or by a registered Scout, and (ii) that such alleged abuse occurred during a Scouting activity or directly resulted from a Scouting activity;

(d)     <u>Location of Abuse</u>.  The Abuse Claimant must identify:  (i) the venue or location of the alleged abuse, and (ii) the Scouting activity that he or she was involved in that directly resulted in the alleged abuse; and

(e)     <u>Date and Age</u>.  The Abuse Claimant must either:  (i) identify the date of the alleged abuse and/or his or her age at the time of the alleged abuse, or (ii) provide additional facts (*e.g.*, the approximate date and/or age at the time of alleged abuse coupled with the names of additional scouts or leaders in the troop) sufficient for the Settlement Trustee to determine the date of the alleged abuse and age of the Abuse Claimant at the time of such alleged abuse.

3.     **Submitted Abuse Claims That Satisfy the General Criteria**.  To the extent that a Submitted Abuse Claim meets the evidentiary requirements set forth in the General Criteria and the Settlement Trustee has verified such information and determined that no materials submitted or information received in connection with the Submitted Abuse Claim are deceptive or fraudulent, the Submitted Abuse Claim will be, and will be deemed to be, an Allowed Abuse Claim.

4.     **Submitted Abuse Claims That Do Not Satisfy the General Criteria**.  If the Settlement Trustee determines that any Submitted Abuse Claim materials provided by an Abuse Claimant include fraudulent and/or deceptive information, the Submitted Abuse Claim will be, and will be deemed to be, a Disallowed Claim.  To the extent that a Submitted Abuse Claim does not meet all of the evidentiary requirements set forth in the General Criteria, the Settlement Trustee can disallow such Claim, or request further information from the Abuse Claimant in question necessary to satisfy the General Criteria requirements; *provided*, *however*, that if the Settlement Trustee finds that any of following requirements with respect to any Submitted Abuse Claim are not satisfied, the Claim will be *per se* disallowed and will be, and will be deemed to be, a Disallowed Claim:

(a)     The Abuse Claimant fails to identify the alleged abuser and/or fails to provide a description of the alleged abuser such that the Settlement Trustee cannot determine whether the alleged abuser was an employee or volunteer of a Protected Party or was a registered

Scout, and that the abuse occurred during a Scouting activity or directly resulted from a Scouting activity;

(b)    The Abuse Claimant fails to provide the date and/or his or her age at the time of the alleged abuse, and/or sufficient information for the Settlement Trustee to determine the approximate date and/or the Abuse Claimant's age at the time of the alleged abuse;

(c)    The Abuse Claimant fails to identify the alleged acts of abuse; or

(d)    The Abuse Claimant fails to demonstrate that he or she was involved in Scouting.

**D.**    **Disallowed Claims**.  If the Settlement Trustee finds, pursuant to the procedures set forth in Article VII.C above, that a Submitted Abuse Claim is a Disallowed Claim, the Settlement Trustee shall provide written notice of its determination to the relevant Abuse Claimant (a "**Disallowed Claim Notice**").  If the Settlement Trustee finds that a Submitted Abuse Claim is a Disallowed Claim, the Settlement Trustee will not perform the Allowed Abuse Claim valuation analysis described below in Article VIII.   Abuse Claimants shall have the ability to seek reconsideration of the Settlement Trustee's determination set forth in the Disallowed Claim Notice as described in Article VII.G below.

**E.**    **Allowed Abuse Claims**.  If the Settlement Trustee finds that a Submitted Abuse Claim is an Allowed Abuse Claim, the Settlement Trustee shall utilize the procedures described below in Article VIII to determine the proposed Claims Matrix tier and Scaling Factors for such Abuse Claim (the "**Proposed Allowed Claim Amount**") as well as the amount if the Abuse Claimant voluntarily releases chartered organizations (the "**Proposed Chartered-Organization-Release Allowed Claim Amount**"), and provide written notice of allowance and the Proposed Allowed Claim Amount and the Proposed Chartered-Organization-Release Allowed Claim Amount to the Abuse Claimant (an "**Allowed Claim Notice**" and together with the Disallowed Claim Notice, a "**Claim Notice**") as set forth in Article VII.F below.

**F.**    **Claims Determination**.  The Abuse Claimant shall be able to select between the Proposed Allowed Claim Amount and the Proposed Chartered-Organization-Release Allowed Claim Amount; *provided that*, if the Abuse Claimant selects the Proposed Chartered-Organization-Release Allowed Claim Amount, then the Abuse Claimant must execute a release, the form of which is attached as **Exhibit B**, releasing all claims against all Chartered Organizations.  If the Abuse Claimant accepts the Proposed Allowed Claim Amount or the Proposed Chartered-Organization-Release Allowed Claim Amount in the Allowed Claim Notice or the reconsideration process set forth below in Article VII.G has been exhausted (and no further action has been taken by the Abuse Claimant in the tort system pursuant to Article XII below), the Proposed Allowed Claim Amount or the Proposed Chartered-Organization-Release Allowed Claim among, depending on which is selected by the Abuse Claimant, shall become the Allowed Claim Amount for such Claim (a "**Final Determination**"), and the holder of such Allowed Abuse Claim shall receive payment in accordance with Article IX, subject to the Abuse Claimant executing the form of release set forth in Article IX.D.  The Abuse Claimant shall only be eligible to receive the

Proposed Chartered-Organization-Release Allowed Claim Amount if the Abuse Claimant executes the release attached as **Exhibit B**.

      **G.**    **Reconsideration of Settlement Trustee's Determination**.  An Abuse Claimant may make a request for reconsideration of (i) the disallowance of his or her Submitted Abuse Claim, or (ii) the Proposed Allowed Claim Amount or the Proposed Chartered-Organization-Release Allowed Claim Amount (a "**Reconsideration Request**").  Each Reconsideration Request must be accompanied by a check or money order for $2,500 as an administrative fee for reconsideration.  The Abuse Claimant may submit further evidence in support of the Submitted Abuse Claim with the Reconsideration Request.  The Settlement Trustee will have sole discretion whether to grant the Reconsideration Request.  The decision to grant the Reconsideration Request does not guarantee that the Settlement Trustee will reach a different result after reconsideration.

      If the Reconsideration Request is denied, the administrative fee will not be returned, and the Settlement Trustee will notify the Abuse Claimant within thirty (30) days of receiving the request that it will not reconsider the Abuse Claimant's Submitted Abuse Claim.  The Abuse Claimant shall retain the ability to pursue the Settlement Trust in the tort system as described in Article XII below.

      If the Reconsideration Request is granted, the Settlement Trustee will provide the Abuse Claimant written notice within 30 days of receiving the Reconsideration Request that it is reconsidering the Abuse Claimant's Submitted Abuse Claim.  The Settlement Trustee will then reconsider the Submitted Abuse Claim—including all new information provided by the Abuse Claimant in the Reconsideration Request and any additional Trustee Interview—and will have the discretion to maintain the prior determination or find that the Submitted Abuse Claim in question is an Allowed Abuse Claim or should receive a new Proposed Allowed Claim Amount and/or Proposed Chartered-Organization-Release Allowed Claim Amount.

      If the Settlement Trustee determines upon reconsideration that a Submitted Abuse Claim is an Allowed Abuse Claim and/or should receive a new Proposed Allowed Claim Amount or Proposed Chartered-Organization-Release Allowed Claim Amount, the Settlement Trustee will deliver an Allowed Claim Notice and return the administrative fee to the relevant Abuse Claimant.  If the Settlement Trustee determines upon reconsideration that the totality of the evidence submitted by the Abuse Claimant does not support changing the earlier finding that the Submitted Abuse Claim is a Disallowed Claim, or that the Claim in question is not deserving of a new Proposed Allowed Claim Amount or Proposed Chartered-Organization-Release Allowed Claim Amount, the Settlement Trustee's earlier allowance determination and/or Proposed Allowed Claim Amount and/or Proposed Chartered-Organization-Release Allowed Claim Amount shall stand and the Settlement Trustee will provide a Claim Notice to the Abuse Claimant of either result within ninety (90) days of delivering notice of accepted reconsideration to the Abuse Claimant.  The Abuse Claimant shall retain the ability to pursue the Settlement Trust for reconsideration of its Submitted Abuse Claim in the tort system as described below in Article XII.

      Any Submitted Abuse Claim that is disallowed based on the application of a statute of limitations, repose, or other similar time-based defense that becomes the subject of statute of limitations revival legislation in the applicable location may be reconsidered hereunder at the sole discretion of the Settlement Trustee without the Abuse Claimant having to pay the administrative

fee for such reconsideration or submit new information in connection with such reconsideration (unless new information is requested by the Settlement Trustee as part of such reconsideration).

**H.** **Prevention and Detection of Fraud**. The Settlement Trustee shall work with the Claims Administrator to institute auditing and other procedures to detect and prevent the allowance of Abuse Claims based on fraudulent Trust Claim Submissions. Among other things, such procedures will permit the Settlement Trustee or Claims Auditor to conduct random audits to verify supporting documentation submitted in randomly selected Trust Claim Submissions, as well as targeted audits of individual Trust Claim Submissions or groups of Trust Claim Submissions. Trust Claim Submissions must be signed under the pains and penalties of perjury and to the extent of applicable law, the submission of a fraudulent Trust Claim Submission may violate the criminal laws of the United States, including the criminal provisions applicable to Bankruptcy Crimes, 18 U.S.C. § 152, and may subject those responsible to criminal prosecution in the Federal Courts.

## ARTICLE VIII
## CLAIMS MATRIX AND SCALING FACTORS

**A.** **Claims Matrix and Scaling Factors**. These TDP establish certain criteria for unliquidated claims seeking compensation from the Settlement Trust, a claims matrix below (the "**Claims Matrix**") that schedules six types of Abuse (the "**Abuse Types**") and designates for each Abuse Type a Base Matrix Value, and Maximum Matrix Value, and certain scaling factors (the "**Scaling Factors**") identified below to apply to the Base Matrix Values to determine the liquidated values for certain unliquidated Abuse Claims. The Abuse Types, Scaling Factors, Base Matrix Values, and Maximum Matrix Values that are set forth in the Matrix have all been selected and derived with the intention of achieving a fair and reasonable Abuse Claim valuation range in light of the best available information, considering the settlement, verdict and/or judgments that Abuse Claimants would receive in the tort system against the Protected Parties absent the bankruptcy. The Settlement Trustee shall utilize the Claims Matrix and Scaling Factors as the basis to determine a Proposed Allowed Claim Amount for each Allowed Abuse Claim. The Proposed Allowed Claim Amount (and/or the Proposed Chartered-Organization-Release Allowed Claim Amount, as applicable) agreed to by the Direct Abuse Claimant as the Allowed Claim Amount for an Allowed Abuse Claim shall be deemed to be the Protected Parties' liability for such Direct Abuse Claim (*i.e.*, the claimant's right to payment for his or her Direct Abuse Claim), irrespective of how much the holder of such Abuse Claim actually receives from the Settlement Trust pursuant to the payment provisions set forth in Article IX. In no circumstance shall the amount of a Protected Party's legal obligation to pay any Direct Abuse Claim be determined to be any payment percentages hereunder or under the Settlement Trust Agreement (rather than the liquidated value of such Direct Abuse Claim as determined under the TDP).

**B.** **Claims Matrix**. The Claims Matrix establishes six tiers of Abuse Types, and provides the range of potential Allowed Claim Amounts assignable to an Allowed Abuse Claim in each tier. The first two columns of the Claims Matrix delineate the six possible tiers to which an Allowed Abuse Claim can be assigned based on the nature of the abuse. The Base Matrix value column for each tier represents the default Allowed Claim Amount for an Allowed Abuse Claim assigned to a given tier, in each case based on historical settlements and litigation outcomes which included release for all BSA-related parties, including the BSA and all other putative Protected Parties to such actions, prior to application of the Scaling Factors described in Article VIII.D (the

"**Base Matrix Value**").  The maximum Matrix value column for each tier represents the maximum Allowed Claim Amount for an Allowed Abuse Claim assigned to a given tier after application of the Scaling Factors described in Article VIII.C (the "**Maximum Matrix Value**").  The ultimate distribution(s) to the holder of an Allowed Abuse Claim that has received a Final Determination may vary upward (in the case of a larger-than-expected Settlement Trust corpus) or downward (in the case of a smaller-than-expected Settlement Trust corpus) from the holder's Allowed Claim Amount based on the payment percentages determined by the Settlement Trustee.  If an Allowed Abuse Claim would fall into more than one tier, it will be placed in the highest applicable tier.  An Abuse Claimant cannot have multiple Allowed Abuse Claims assigned to different tiers. Commencing on the second anniversary of the Effective Date, the Settlement Trust shall adjust the valuation amounts for yearly inflation based on the CPI-U.  The CPI-U adjustment may not exceed 3% annually, and the first adjustment shall not be cumulative.

| Tier | Type of Abuse | Base Matrix Value | Maximum Matrix Value |
|---|---|---|---|
| 1 | Anal or Vaginal Penetration by Adult Perpetrator | $600,000 | $2,700,000 |
| 2 | Oral or Digital Penetration by Adult Perpetrator<br><br>Anal or Vaginal Penetration by a Youth Perpetrator | $450,000 | $2,025,000 |
| 3 | Masturbation by Adult Perpetrator<br><br>Oral or Digital Penetration by a Youth Perpetrator | $300,000 | $1,350,000 |
| 4 | Touching of the Sexual or Other Intimate Parts (unclothed) by Adult Perpetrator | $150,000 | $675,000 |
| 5 | Touching of the Sexual or Other Intimate Parts (clothed)<br><br>Touching of the Sexual or Other Intimate Parts (clothed or unclothed) by a Youth Perpetrator<br><br>Exploitation for child pornography | $75,000 | $337,500 |
| 6 | Sexual Abuse-No Touching; Adult Abuse Claims. | $2,000 | $8,500 |

> **C.** **Scaling Factors**.  After the Settlement Trustee has assigned an Allowed Abuse Claim to one of the six tiers in the Claims Matrix, the Settlement Trustee will utilize the Scaling Factors described below to determine the Proposed Allowed Claim Amount for each Allowed Abuse Claim.  The Scaling Factors are based on evidence regarding the BSA's and other putative Protected Parties' historical abuse settlements, litigation outcomes, and other evidence supporting

the Scaling Factors. Each Allowed Abuse Claim will be evaluated for each factor by the Settlement Trustee through his or her review of the evidence obtained through the relevant Proof of Claim, Trust Claim Submission and any related or follow-up materials, interviews or examinations, as well as materials obtained by the Settlement Trust through the Document Obligations. These scaling factors can increase or decrease the Proposed Allowed Claim Amount for an Allowed Abuse Claim depending on the severity of the facts underlying the Claim. By default, the value of each scaling factor is one (1), meaning that in the absence of the application of the scaling factor, the Base Matrix Value assigned to a Claim is not affected by that factor. In contrast, if the Settlement Trustee determines that a particular scaling factor as applied to a given Allowed Abuse Claim is 1.5, the Proposed Allowed Claim Amount for the Allowed Abuse Claim will be increased by 50%, the result of multiplying the Base Matrix Value of the Allowed Abuse Claim by 1.5. The combined effect of all scaling factors is determined by multiplying the scaling factors together then multiplying the result by the Base Matrix Value of the Allowed Abuse Claim.

**Aggravating Factors**: The Settlement Trustee may assign upward Scaling Factors to each Allowed Abuse Claim based on the following categories:

(i) **Nature of Abuse and Circumstances**. To account for particularly severe abuse or aggravating circumstances, the Settlement Trustee may assign an upward Scaling Factor of up to 1.5 to each Allowed Abuse Claim. The hypothetical base case scenario for this scaling factor would involve a single incident of abuse with a single perpetrator with such perpetrator having accessed the victim as an employee or volunteer within BSA-sponsored scouting. The hypothetical base case is incorporated into the Base Matrix Value in the Claims Matrix' tiers and would not receive an increase on account of this factor. By way of example, aggravating factors that can give rise to a higher scaling factor include the following factors:

    a.    Extended duration and/or frequency of the abuse;

    b.    Repeated targeting and grooming behaviors or use of alcohol or illicit drugs by abuser or Abuse Claimant;

    c.    Exploitation of the Abuse Claimant for child pornography;

    d.    Coercion or threat or use of force or violence, stalking; and

    e.    Multiple perpetrators involved in sexual misconduct.

(ii) **Abuser Profile**. To account for the alleged abuser's profile, the Settlement Trustee may assign an upward Scaling Factor of up to 2.0 to an Allowed Abuse Claim. This factor is to be evaluated relative to a hypothetical base case scenario involving a perpetrator as to whom there is no other known allegations of sexual abuse. The hypothetical base case is incorporated into the Base Matrix Value in the Claims Matrix' tiers and would not receive an increase on account of this factor. An upward Scaling Factor may be applied for this category as follows (the Settlement Trustee may only apply the scaling factor of the single highest applicable category listed below):

a.     1.25 if the abuser was accused by at least one (1) other alleged victim of sexual abuse;

b.     1.5 if the abuser was accused by five (5) or more other alleged victims of sexual abuse; and

c.     2.0 if there is evidence of prior notice to the Protected Party (*e.g.*, the inclusion of the perpetrator in the IV files (Volunteer Screening Database) for abuse reasons) or if the abuser was accused by ten (10) or more other alleged victims of sexual abuse.

(iii)   **Impact of the Abuse**.  To account for the impact of the alleged abuse on the Abuse Claimant's mental health, physical health, inter-personal relationships, vocational capacity or success, academic capacity or success, and whether the alleged abuse at issue resulted in legal difficulties for the Abuse Claimant, the Settlement Trustee may assign an upward Scaling Factor of up to 1.5.  This factor is to be evaluated relative to a hypothetical base case scenario of a victim of abuse who suffered the typical level of abuse-related distress within the tier to which the Allowed Abuse Claim was assigned.   The hypothetical base case is incorporated into the Base Matrix Values in the Claims Matrix' tiers and would not receive an increase on account of this factor.  The Settlement Trustee will consider, along with any and all other relevant factors, whether the abuse at issue manifested or otherwise led the Abuse Claimant to experience or engage in behaviors resulting from:

a.     <u>Mental Health Issues</u>:  This includes anxiety, depression, post-traumatic stress disorder, substance abuse, addiction, embarrassment, fear, flashbacks, nightmares, sleep issues, sleep disturbances, exaggerated startle response, boundary issues, self-destructive behaviors, guilt, grief, homophobia, hostility, humiliation, anger, isolation, hollowness, regret, shame, isolation, sexual addiction, sexual problems, sexual identity confusion, low self-esteem or self-image, bitterness, suicidal ideation, suicide attempts, and hospitalization or receipt of treatment for any of the foregoing.

b.     <u>Physical Health Issues</u>:  This includes physical manifestations of emotional distress, gastrointestinal issues, headaches, high blood pressure, physical manifestations of anxiety, erectile dysfunction, heart palpitations, sexually-transmitted diseases, physical damage caused by acts of abuse, reproductive damage, self-cutting, other self-injurious behavior, and hospitalization or receipt of treatment for any of the foregoing.

c.     <u>Interpersonal Relationships</u>:  This includes problems with authority figures, hypervigilance, sexual problems, marital difficulties, problems with intimacy, lack of trust, isolation, betrayal, impaired relations, secrecy, social discreditation and isolation, damage to family relationships, and fear of children or parenting.

    d.      <u>Vocational Capacity</u>:  This includes under- and un-employment, difficulty with authority figures, difficulty changing and maintaining employment, feelings of unworthiness, or guilt related to financial success.

    e.      <u>Academic Capacity</u>:  This includes school behavior problems.

    f.      <u>Legal Difficulties</u>:  This includes criminal difficulties, bankruptcy, and fraud.

**Potential Mitigating Factors**.  The Settlement Trustee may assign a Scaling Factor in the range of 0.01 to 1.0 to each Allowed Abuse Claim to decrease the Proposed Allowed Claim Amount for such Claim.  This factor is to be evaluated relative to a hypothetical base case scenario of an abuse claim with solidly credible evidence of abuse and perpetrator that accessed the victim as an employee or volunteer within BSA-sponsored scouting.  The hypothetical base case is incorporated into the Base Matrix Values in the Claims Matrix tiers and would not receive a decrease on account of this factor.  Such factors may include the following:

(i)    **Absence of Protected Party Relationship or Presence of Another (Non-Protected Party) Responsible Party**.

    a.   In certain circumstances, a Protected Party's responsibility for a perpetrator may be factually or legally attenuated or mitigated.  For example, the perpetrator may have also maintained a relationship with the Abuse Claimant through a separate affiliation, such as a school, religious organization, or as a family member of the Abuse Claimant; or the abuse occurred in settings where a Protected Party did not have the ability or responsibility to exercise control.  By way of non-exhaustive example, familial abuse—even if the perpetrator was a Protected Party employee and the abuse occurred on a Scouting activity— should result in a significant reduction of the Proposed Allowed Claim Amount.

    b.   If an Abuse Claimant did not file a Chapter 11 POC for his or her Direct Abuse Claim but is otherwise deemed to have timely submitted an Abuse Claim Proof of Claim to the Settlement Trust as set forth in Article IV.A above, the Settlement Trustee shall establish and apply a mitigating Scaling Factor that accounts for the lack of inclusion of the BSA in such Direct Abuse Claim.

    c.   If there is a Chartered Organization that is not a Protected Party that shares responsibility for the abuse alleged in a Direct Abuse Claim or Future Abuse Claim, the Settlement Trustee shall determine and apply a mitigating Scaling Factor that accounts for the Chartered Organization's share of the total Proposed Allowed Claim Amount after applying all other Scaling Factors.  The Abuse Claimant may have a cause of action against a Chartered Organization under applicable law for a portion of its Direct Abuse Claim.  By way of example, if the Settlement Trustee determines after evaluation of an Allowed Abuse Claim and application of all of the other Scaling Factors that the Proposed Allowed Claim Amount for such Claim is $1,800,000, but that a Chartered Organization that is not a Protected Party is one-third responsible for

the Allowed Abuse Claim, the Settlement Trustee will – as a final Scaling Factor – apply a Scaling Factor of 0.66 to reduce the Proposed Allowed Claim Amount to $1,200,000.

(ii)     **Other Settlements, Awards, Contributions, or Limitations**.  The Settlement Trustee should consider the amounts of any settlements or awards already received by the Abuse Claimant from other, non-Protected Party sources as well as expected contributions from other, non-Protected Party sources that are related to the abuse. The Settlement Trustee may consider any further limitations on the Abuse Claimant's recovery in the tort system.  By way of example, the Settlement Trustee should assign an appropriate Scaling Factor to Allowed Abuse Claims capped by charitable immunity under the laws of the jurisdiction where the abuse occurred.

(iii)    **Statute of Limitations or Repose**.  If the evidence presented by the Abuse Claimant results in the Settlement Trustee concluding that the subject Abuse Claim could be dismissed or denied in the tort system due to the passage of a statute of limitations or due to a statute of repose, the Settlement Trustee shall apply a Scaling Factor of .01; *provided*, *however,* the Settlement Trustee will weigh the strength of any relevant evidence submitted by the Abuse Claimant to determine whether the statute of limitations could be tolled under applicable law based on a Protected Party's conduct, and may apply a higher Scaling Factor if such evidence demonstrates to the Settlement Trustee that tolling would be appropriate under applicable state law; *provided, further*, any Direct Abuse Claim that is substantially reduced pursuant to this mitigating Scaling Factor that becomes the subject of statute of limitations revival legislation may be re-determined in the sole discretion of the Settlement Trustee.

        **D.     Allowed Abuse Claim Calculus**.  After the Settlement Trustee assigns an Allowed Abuse Claim to a Claims Matrix tier and determines the appropriate Scaling Factors that apply to the Claim, the Proposed Allowed Claim Amount for the Allowed Abuse Claim is the product of the Base Matrix Value of the Claim and the Scaling Factors applied to the Claim.  In no event can an Allowed Abuse Claim's Proposed Allowed Claim Amount (or Allowed Claim Amount) exceed the Maximum Matrix Value for the Claim's assigned Claims Matrix tier.  By way of example, if an Allowed Abuse Claim is determined by the Settlement Trustee to be a tier 1 claim (Base Matrix Value of $600,000) with a Scaling Factor of 1.5 for the nature and circumstances of the abuse, and a mitigating Scaling Factor of 0.75, and no other Scaling Factors, the Proposed Allowed Claim Amount for the Allowed Abuse Claim would be $675,000, calculated as $600,000 x 1.5 x 0.75 = $675,000.  As a further example, if, in addition to the above Scaling Factors, the same Allowed Abuse Claim had an additional aggravating Scaling Factor of 2.0 on account of the abuser's profile, the Proposed Allowed Claim Amount for the Allowed Abuse Claim would be $1,350,000 (calculated as $600,000 x 1.5 x .75 x 2.0).

        **E.     Proposed Chartered-Organization-Release Allowed Claim Amount**.  After determining the Proposed Allowed Claim Amount for an Allowed Abuse Claim, the Settlement Trustee shall calculate the Proposed Chartered-Organization-Release Allowed Claim Amount, if any.  The Proposed Chartered-Organization-Release Allowed Claim Amount shall be determined by re-calculating the Proposed Allowed Claim Amount by removing the applicable mitigating

Scaling Factor adjustment reflecting the absence of the Chartered Organization as another potentially responsible party as set forth in Article VIII above. For the avoidance of doubt, in no event shall the Proposed Chartered-Organization Release Allowed Claim Amount be more than the Maximum Matrix Value in the applicable tier for such Allowed Abuse Claim.

## ARTICLE IX
## PAYMENT OF FINAL DETERMINATION ALLOWED ABUSE CLAIM

**A.** **Payment Upon Final Determination**. Only after the Settlement Trustee has established an Initial Payment Percentage in accordance with Section 4.1 of the Settlement Trust Agreement, then once there is a Final Determination of an Abuse Claim pursuant to Article VII.F, the Claimant will receive a payment of such Final Determination based on the Payment Percentage then in effect as described in Article IX.B and IX.C. For the purpose of payment by the Settlement Trust, a Final Judicial Determination (as defined in Article XII.H hereof) shall constitute a Final Determination.

**B.** **Initial Payment Percentage**. After the Claimant accepts the Proposed Allowed Claim Amount and there is a Final Determination of the Abuse Claim, the Settlement Trust shall pay an initial distribution ("**Initial Distribution**") based on the Initial Payment Percentage established by the Settlement Trustee in accordance with the Settlement Trust Agreement.

**C.** **Supplemental Payment Percentage**. When the Settlement Trustee determines that the then-current estimates of the Settlement Trust's assets and its liabilities, as well as then-estimated value of then-pending Abuse Claims, warrant additional distributions on account of the Final Determinations, the Settlement Trustee shall set a Supplemental Payment Percentage in accordance with the Settlement Trust Agreement. Such Supplemental Payment Percentages shall be applied to all Final Determinations that became final prior to the establishment of such Supplemental Payment Percentage. Claimants whose Abuse Claim becomes a Final Determination after a Supplemental Payment Percentage is set shall receive an Initial Distribution equal to the aggregate of the Initial Payment Percentage and all prior Supplemental Payment Percentages set by the Settlement Trustee. For the avoidance of doubt, the Allowed Claim Amount of each Allowed Abuse Claim after Final Determination shall be deemed to be the Protected Parties' liability for such Allowed Abuse Claim irrespective of how much the holder of such Abuse Claim actually receives from the Settlement Trust pursuant to the payment provisions set forth in this Article IX. For example if the Allowed Claim Amount for an Allowed Abuse Claim that has received a Final Determination is $1,350,000, even if the Settlement Trust distributes less than $1,350,000 to the Abuse Claimant on account of such Allowed Abuse Claim based on application of the Initial Payment Percentage and any Subsequent Payment Percentage(s), the Allowed Claim Amount for the Abuse Claim is still $1,350,000.

**D.** **Release**. In order for an Allowed Abuse Claim to receive a Final Determination and for the relevant Abuse Claimant to receive any payment from the Settlement Trust, the Abuse Claimant must submit an executed form of release to be developed by the Settlement Trustee in consultation with Reorganized BSA. Payments made by the Settlement Trust to the holder of an Allowed Abuse Claim pursuant to the process and procedures described herein shall be in full and complete satisfaction of the Abuse Claimant's Allowed Abuse Claim. The form of release agreement that a Direct Abuse Claimant who takes the Expedited Distribution Election must

execute is attached as **Exhibit A**.  The form of release applicable to an Abuse Claimant who has selected a Final Determination based on the Proposed Chartered-Organization-Release Allowed Claim Amount shall execute a release in favor of the Settlement Trust, the Protected Parties, and all Chartered Organizations, the form of which shall be substantially in the form of **Exhibit B** hereto.  The form of release applicable to an Abuse Claimant who has selected a Final Determination based on the Proposed Allowed Claim Amount shall execute a release in favor of the Settlement Trust and the Protected Parties, the form of which shall be substantially in the form of **Exhibit C** hereto.  The forms of release attached hereto shall be determined by the the Settlement Trustee and BSA or Reorganized BSA.

E.     **FIFO Claims Process Queuing and Exigent Health Claims**.  The Settlement Trust shall review all Trust Claim Submissions for processing purposes on a FIFO basis as set forth below, except as otherwise provided herein with respect to Expedited Distributions or Exigent Health Claims.  An Abuse Claimant's position in the FIFO Processing Queue shall be determined as of the date of receipt of the Abuse Claimant's Trust Claim Submission.  If any Trust Claim Submissions are filed on the same date, an Abuse Claimant's position in the applicable FIFO Processing Queue vis-à-vis such other same-day claims shall be determined by the claimant's date of birth, with older Abuse Claimants given priority over younger Abuse Claimants.  An Abuse Claimant that elects expedited review on account of an Exigent Health Claim shall be moved in front of the FIFO Processing Queue no matter what the order of processing otherwise would have been under these TDP.  Following receipt of a Final Determination on account of an Exigent Health Claim, the holder of an Exigent Health Claim shall receive an Initial Distribution from the Settlement Trust (subject to the payment percentages then in effect), within thirty (30) days of executing the release as set forth in Article IX.D above.

F.     **Source Affected Weighting**.  Notwithstanding the Initial Payment Percentage and the Supplemental Payment Percentages applied hereunder, Non-BSA Sourced Assets shall be allocated (after deducting applicable expenses) only among the Allowed Abuse Claims that could have been satisfied from that source absent the Plan's Discharge and Channeling Injunction.  The Settlement Trustee shall establish separate payment percentages in accordance with the Settlement Trust Agreement to effectuate the distribution of any Non-BSA Sourced Assets.  For the avoidance of doubt, irrespective of the establishment of any increased payment percentage under this Article IX.F and the Settlement Trust Agreement that allocates Non-BSA Sourced Assets to holders of certain eligible Allowed Abuse Claims, the maximum payment that an Abuse Claimant can recover from the Settlement Trust before all other Allowed Abuse Claims are paid in full is the Final Determination Allowed Abuse Claim Amount for his or her Claim.

**ARTICLE X**
**RIGHTS OF SETTLEMENT TRUST**
**AGAINST NON-SETTLING INSURANCE COMPANIES**

Pursuant to the Plan, the Settlement Trust has taken an assignment of BSA's and any other Protected Party's (to the extent provided for in the Plan) rights and obligations under the Insurance Policies.  For any Abuse Claim that the Settlement Trustee determines is an Allowed Abuse Claim pursuant to Article VII above, the Settlement Trustee will determine, based on the relevant Trust Claim Submission and any other information submitted in connection with that submission and in the materials obtained through the Document Obligations, whether any Non-Settling Insurance

Company issued coverage that is available to respond to such Claim (an "**Insured Abuse Claim**"). The Settlement Trustee may determine that multiple Non-Settling Insurance Companies have responsibility for an Insured Abuse Claim. The Settlement Trustee shall seek reimbursement for each Insured Abuse Claim that is an Insured Abuse Claim, including the Proposed Allowed Claim Amount, from the applicable Non-Settling Insurance Company(ies) pursuant to the Insurance Policies and applicable law. The Settlement Trustee shall have the ability to exercise all of the rights and interests in the Insurance Policies assigned to the Settlement Trust as set forth in the Plan, including the right to resolve any disputes with a Non-Settling Insurance Company regarding their obligation to pay some or all of an Insured Abuse Claim. The Settlement Trustee will exercise those rights consistent with their duty to preserve and maximize the assets of the Settlement Trust. The Settlement Trustee will have the ability to request further information from Abuse Claimants in connection with seeking reimbursement for Insured Abuse Claims.

## ARTICLE XI
## INDIRECT ABUSE CLAIMS

**A.**    **Indirect Abuse Claims**.    To be eligible to receive compensation from the Settlement Trust, the holder of an Indirect Abuse Claim must satisfy Article IV.B hereof. Indirect Abuse Claims that become Allowed Indirect Abuse Claims shall receive distributions in accordance with Article IX hereof, *provided*, *however*, that any Indirect Abuse Claim shall be subordinate and junior in right to the prior payment in full of all Allowed Abuse Claims that are Direct Abuse Claims as liquidated under these TDP.

**B.**    **Offset**.    The liquidated value of any Indirect Abuse Claim paid by the Settlement Trust shall be treated as an offset to or reduction of the full liquidated value of any Direct Abuse Claim that might be subsequently asserted against the Settlement Trust.

## ARTICLE XII
## TORT SYSTEM ALTERNATIVE

**A.**    **Exhaustion of Claims Allowance and Reconsideration Procedures**.    If an Abuse Claimant has appealed a Claim Notice through the reconsideration process described above in Article VII.G and the Abuse Claimant disagrees with the Settlement Trustee's determination regarding allowance or allowed amount of the subject Submitted Abuse Claim, the Abuse Claimant may file a lawsuit against the Settlement Trust for reconsideration of his or her Submitted Abuse Claim in any court of competent jurisdiction (a "**Tort Election Claim**"). An Abuse Claimant that elects to file a lawsuit under this provision forfeits any Proposed Allowed Claim Amount offered by the Settlement Trust, and recovery, if any, shall be limited to settlement or judgment from such lawsuit as provided herein. An Abuse Claimant that asserts a Tort Election Claim may not seek costs or expenses in the lawsuit filed against the Settlement Trust. Each party's costs of litigation shall be borne by that party.

**B.**    **Authorization of Settlement Trustee and Settlement Trust Advisory Committee**.    The Settlement Trustee, with the approval of the STAC and the Future Claimants' Representative, may authorize the commencement or continuation of a lawsuit by a Direct Abuse Claimant against the Settlement Trust to obtain the Allowed Claim Amount of a Direct Abuse Claim (a "**STAC Tort Election Claim**"). STAC Tort Election Claims shall not be required to

exhaust any remedies under these TDP before commencing or continuing such lawsuit. No Abuse Claimant may pursue a STAC Tort Election Claim without the prior written approval of the Settlement Trustee, which approval may be withheld for any reason notwithstanding Article II.C.

     **C.**    **Tender to Non-Settling Insurance Company**. If an Abuse Claimant is authorized to file suit against the Settlement Trust as provided herein, the Settlement Trustee shall determine, based on the Trust Claim Submission and any other information obtained in connection with that submission and materials received in connection with the Document Obligations, whether any Non-Settling Insurance Company issued coverage that is available to respond to the lawsuit (an "**Insured Lawsuit**"). The Settlement Trustee may determine that there are multiple Non-Settling Insurance Companies that have responsibility to defend an Insured Lawsuit. The Settlement Trustee shall provide notice, and if applicable, seek defense, of any Insured Lawsuit to each Non-Settling Insurance Company from whom the Settlement Trustee determines insurance coverage may be available in accordance with the terms of each applicable Insurance Policy.

     **D.**    **Parties to Lawsuit**. Any lawsuit commenced under Article XII of these TDP must be filed by the Abuse Claimant in his or her own right and name and not as a member or representative of a class, and no such lawsuit may be consolidated with any other lawsuit. The Abuse Claimant may assert its Abuse Claim against the Settlement Trust as if the Abuse Claimant were asserting such claim against either the Debtors or another Protected Party and the discharge and injunctions in the Plan had not been issued.

     **E.**    **Defenses**. All defenses (including, with respect to the Settlement Trust, all defenses that could have been asserted by the Debtors or Protected Parties, except as otherwise provided in the Plan) shall be available to both sides (which may include any Non-Settling Insurance Company) at trial.

     **F.**    **Settlement Trust Liability for Tort Election Claims**. An Abuse Claimant who pursues a Tort Election Claim shall have an Allowed Claim Amount against the Settlement Trust equal to the settlement or final judgment obtained in the tort system, if any, less any payments actually received and retained by the Abuse Claimant, *provided that*, any amount of such Allowed Claim Amount in excess of the Maximum Matrix Value in the applicable tier set forth in the Claims Matrix shall be subordinate and junior in right to the prior payment in full of all Direct Abuse Claims that are Allowed Abuse Claims as liquidated under these TDP (excluding this Article XII). By way of example, for an Abuse Claimant asserting tier one abuse, the maximum payment that Abuse Claimant can recover from the Settlement Trust before all other Direct Abuse Claims that are Allowed Abuse Claims are paid in full is $2,700,000 (the Maximum Matrix Value in tier one). For the avoidance of doubt, the limit on the Settlement Trust liability under this Article XII.F shall not apply or inure to the benefit of any Non-Settling Insurance Company, and the Settlement Trust shall be able to obtain coverage, subject to Article X hereof, for the full Allowed Claim Amount obtained by the Abuse Claimant through a Tort Election Claim.

     **G.**    **Payment of Judgments by the Settlement Trust**. Subject to Article XII.F hereof, if and when an Abuse Claimant obtains a final judgment or settlement against the Settlement Trust in the tort system (a "**Final Judicial Determination**"), such judgment or settlement amount shall be treated for purposes of distribution under these TDP as the Abuse Claimant's Final Determination, and such Allowed Claim Amount shall also constitute the applicable Protected

Parties' liability for such Abuse Claim.  Within thirty (30) days of executing the release as set forth in Article IX.E above, the Abuse Claimant shall receive an Initial Distribution from the Settlement Trust (assuming an Initial Payment Percentage has been established by the Settlement Trust at that time).  Thereafter, the Abuse Claimant shall receive any subsequent distributions based on any Supplemental Payment Percentage as determined by the Settlement Trust.

## ARTICLE XIII
## MISCELLANEOUS PROVISIONS

**A.    Non-Binding Effect of Settlement Trust and/or Litigation Outcome**. Notwithstanding any other provision of these TDP, the outcome of litigation against the Debtors by the holder of an Indirect Abuse Claim shall not be used in, be admissible as evidence in, binding in or have any other preclusive effect in connection with the Settlement Trust's resolution or valuation of an Indirect Abuse Claim.

**B.    Amendments**.  Except as otherwise provided herein, the Settlement Trustee may not amend, modify, delete, or add to any provisions of these TDP, without the written consent of the STAC and the Future Claimants' Representative, as provided in the Settlement Trust Agreement, including amendments to preserve the value of assets of the Settlement Trust.  Nothing herein is intended to preclude the STAC from proposing to the Settlement Trustee, in writing, amendments to these TDP.  Notwithstanding the foregoing, neither the Settlement Trustee nor the STAC may amend these TDP to provide for materially different treatment for Abuse Claims including the Claims Matrix and Scaling Factors set forth in Article VIII.  Notwithstanding the foregoing, neither the Settlement Trustee nor the STAC may amend the form of release without the consent of Reorganized BSA or remove the requirement of a release in connection with an Expedited Determination.

**C.    Severability**.  Should any provision contained in these TDP be determined to be unenforceable, such determination shall in no way limit or affect the enforceability and operative effect of any and all other provisions of these TDP.

**D.    Offsets**.  The Settlement Trust shall have the right to offset or reduce of the Allowed Claim Amount of any Allowed Abuse Claim on a dollar for dollar basis based on any amounts paid or reasonably likely to be paid to the holder of such Claim on account of such Claim from any source other than the Settlement Trust.

**E.    Governing Law**.  Administration of these TDP shall be governed by, and construed in accordance with, the laws of the State of Delaware.  The law governing litigation in the tort system shall be the law of the jurisdiction in which the Abuse Claimant files the lawsuit as described in Article XII.

**EXHIBIT A-2**

**BSA TOGGLE PLAN TDP**

**TRUST DISTRIBUTION PROCEDURES OF THE**
**BOY SCOUTS OF AMERICA SETTLEMENT TRUST FOR THE BSA TOGGLE PLAN**

# Table of Contents

**Pages**

**Article I** Definitions ...........................................................................................................1

    1.1    Capitalized Terms ........................................................................................1

**Article II** Rules of Interpretation ......................................................................................1

    2.1    Purpose...........................................................................................................1

    2.2    General Principles .......................................................................................1

    2.3    Sole and Exclusive Method .......................................................................2

    2.4    Interpretation................................................................................................2

    2.5    Confidentiality and Privilege .....................................................................2

**Article III** General Trust Procedures ...............................................................................3

    3.1    Expedited Distribution ...............................................................................3

    3.2    Trust Claim Submission..............................................................................3

    3.3    Cooperation ..................................................................................................4

    3.4    Deceased Abuse Claim Holders.................................................................4

    3.5    Insured Status of Abuse Claims .................................................................4

**Article IV** Insured Abuse Claim Procedures.....................................................................5

    4.1    Tender of Insured Abuse Claims Required.................................................5

    4.2    Rejection of Tender......................................................................................5

    4.3    Acceptance of Tender ..................................................................................6

    4.4    Confidentiality .............................................................................................6

    4.5    Insurance Companies' Rights Preserved ...................................................6

**Article V** Trust Evaluation Procedures for Uninsured Abuse Claims ...........................7

    5.1    General .........................................................................................................7

    5.2    Claims Evaluation.......................................................................................7

    5.3    Invalid Abuse Claims..................................................................................8

    5.4    Valid Abuse Claims ....................................................................................9

    5.5    Treatment of Valid Abuse Claims ..............................................................9

    5.6    Reconsideration of Settlement Trustee's Determination .........................9

**Article VI** Claims Matrix and Points Scaling Factors...................................................11

    6.1    Points System............................................................................................11

    6.2    Conversion of Points to Cash Payments ..................................................11

    6.3    Claims Matrix ...........................................................................................12

6.4      Points Scaling Factors ..................................................................................13

6.5      Claims Calculus ...........................................................................................17

**Article VII** Payment of Settled Claims............................................................................18

7.1      Settled Claim Payments ...............................................................................18

7.2      Initial Distribution Payment Scaling Factor ................................................19

7.3      Payment of Initial Distribution ....................................................................19

7.4      Subsequent Payments...................................................................................20

7.5      Release .........................................................................................................20

**Article VIII** Tender of Insured Abuse Claims and Coverage Litigation with Insurers ...............21

8.1      Rights of Settlement Trust Against Insurance Companies ...................................21

8.2      Reimbursement of Insured Abuse Claims ............................................................21

8.3      Coverage Disputes .......................................................................................22

8.4      Rights of Insurance Companies ...................................................................22

8.5      Results of Negotiation or Litigation ...........................................................23

**Article IX** Indirect Claims.............................................................................................23

9.1      Indirect Abuse Claims..................................................................................23

9.2      Offset...........................................................................................................24

**Article X** Tort System Alternative.................................................................................24

10.1     Exhaustion of Trust Distribution and Reconsideration Procedures......................24

10.2     Tender to Insurance Company ....................................................................24

10.3     Acceptance of Tender ..................................................................................24

10.4     Limit on Settlement Trust Liability .............................................................25

10.5     Parties to Lawsuit.......................................................................................25

10.6     Defenses......................................................................................................25

10.7     Costs...........................................................................................................25

10.8     Settlement or Final Judgment .....................................................................26

10.9     Payment of Judgments by the Settlement Trust............................................26

**Article XI** Miscellaneous Provisons ..............................................................................26

11.1     Non-Binding Effect of Settlement Trust and/or Litigation Outcome ..................26

11.2     Amendments ................................................................................................27

11.3     Severability .................................................................................................27

11.4     Governing Law ............................................................................................27

**BOY SCOUTS OF AMERICA SETTLEMENT TRUST**
**TRUST DISTRIBUTION PROCEDURES FOR THE BSA TOGGLE PLAN**

**ARTICLE I**
**DEFINITIONS**

1.1    **Capitalized Terms**.  Capitalized terms used in the Trust Distribution Procedures

shall have the meanings given them in the Plan, the Trust Agreement, or the Bankruptcy Code,

unless otherwise defined herein, and such definitions are incorporated in the Trust Distribution

Procedures by reference.

**ARTICLE II**
**RULES OF INTERPRETATION**

2.1    **Purpose**.  The purpose of the Settlement Trust is to assume liability for all Abuse

Claims, to hold, preserve, maximize and administer the Settlement Trust Assets, and to determine

and direct the processing, liquidation and payment of all valid Abuse Claims by the Settlement

Trustee.[1]  The purpose of these Trust Distribution Procedures ("**TDP**") is to permit the Settlement

Trustee to provide substantially similar treatment to certain holders of similar, legally valid and

supported Abuse Claims according to the procedures set forth herein and provide a mechanism for

tendering and liquidating certain Abuse Claims through the tort system as and to the extent

provided herein.

2.2    **General Principles**.  As a general principle, the TDP are intended to set out

procedures that provide substantially the same treatment to holders of similar Abuse Claims,

subject to the differing assets, including insurance assets, that may be available to compensate

certain Abuse Claims.  The procedures described herein including, without limitation, the Base

Points and Maximum Points (each as defined below) values set forth in the Claims Matrix and the

discretion given to the Settlement Trustee to determine and to adjust the points value to be assigned

---

[1]    For purposes of these Trust Distribution Procedures, the terms "Settlement Trust" and "Settlement Trustee" shall include references to any litigation sub-trust and related litigation sub-trust trustee established pursuant to the Trust Agreement.

to a particular Submitted Abuse Claim through application of Points Scaling Factors, are intended to reflect the relative values of valid Submitted Abuse Claims.

2.3    **Sole and Exclusive Method**.  The TDP shall be the sole and exclusive method by which a holder of an Abuse Claim (an "**Abuse Claimant**" or "**Claimant**") may seek allowance and distribution on such Claim with respect to the Protected Parties.

2.4    **Interpretation**.  The terms of the Plan shall prevail if there is any discrepancy between the terms of the Plan and the terms of these TDP.

2.5    **Confidentiality and Privilege**.  All submissions to the Settlement Trust by an Abuse Claimant shall be treated as made in the course of settlement discussions between the Claimant and the Settlement Trust and intended by the parties to be confidential and to be protected by all applicable state and federal privileges, including, but not limited to, those directly applicable to settlement discussions.  The Settlement Trust will preserve the confidentiality of such submissions, and shall disclose the contents thereof only to such persons as authorized by the Abuse Claimant, or in response to a valid subpoena of such materials issued by the Bankruptcy Court, a Delaware state court, the United States District Court for the District of Delaware or any other court of competent jurisdiction.

Notwithstanding anything in the foregoing to the contrary, with the consent of the Settlement Trust Advisory Committee ("**STAC**"), the Settlement Trust may disclose information, documents, or other materials reasonably necessary in the Settlement Trust's judgment to preserve, litigate, resolve, or settle coverage, or to comply with an applicable obligation under an Insurance Policy, indemnity, or settlement agreement; *provided, however*, that the Settlement Trust shall take any and all steps reasonably feasible in its judgment to preserve the further confidentiality of such information, documents, and materials.  Nothing in these TDP shall be construed to authorize the

Settlement Trustee to waive privilege to disseminate documents to any Abuse Claimant or their counsel.

## ARTICLE III
## GENERAL TRUST PROCEDURES

3.1    **Expedited Distribution**.  For the avoidance of doubt, under the BSA Toggle Plan the Settlement Trust will not make the Expedited Distributions as contemplated in the Plan and solicitation materials, and Abuse Claimants that elected to receive an Expedited Distribution will be eligible to receive treatment pursuant to these TDP; *provided, however*, the Settlement Trustee may create a similar expedited distribution option in a *de minimis* amount, if, after consultation with the STAC, the Settlement Trustee determines that creation of such an expedited liquidation process is warranted in order to simplify processing Abuse Claims under these TDP.

3.2    **Trust Claim Submission**.  Each Abuse Claimant that elects to pursue recovery from the Settlement Trust pursuant to these TDP must submit his or her claim for determination of insured status and, where applicable, validity and potential valuation by the Settlement Trustee pursuant to the requirements set forth herein (each, a "**Trust Claim Submission**").  In order to properly make a Trust Claim Submission, each submitting Abuse Claimant must (a) complete under oath a questionnaire to be developed by the Settlement Trustee in consultation with Reorganized BSA; (b) produce all records and documents requested by the Settlement Trustee, including all documents pertaining to all settlements, awards, or contributions already received, or that are expected to be received, from BSA or other sources; (c) consent to and cooperate in any examinations requested by the Settlement Trustee (including by healthcare professionals selected by the Settlement Trustee) (a "**Trustee Interview**"); and (d) consent to and cooperate in a written and/or oral examination under oath if requested to do so by the Settlement Trustee.  To complete the evaluation of each Abuse Claim submitted through a Trust Claim Submission (each a

"**Submitted Abuse Claim**"), the Settlement Trustee also may, but is not required to, obtain additional evidence from the Abuse Claimant or from other parties pursuant to the Document Agreement Obligations (as defined below).

3.3     **Cooperation**.  The Settlement Trust shall perform all obligations under the BSA Insurance Policies issued by the Insurance Companies in order to maintain coverage and obtain the benefit of coverage under such policies.  Such obligations shall include any requirement to share documents, witnesses, or other information with the Insurance Companies, to the extent required under the relevant insurance policies (the "**Trust Cooperation Obligations**").  In addition, the parties to the Document Agreement shall provide the Settlement Trust with documents, witnesses, or other information as provided therein (the "**Document Agreement Obligations**" and together with the Trust Cooperation Obligations, the "**Cooperation Obligations**").  Other than their Document Agreement Obligations owed to the Settlement Trust, the Settlement Trust's counterparties thereto shall have no obligation to act in any capacity in the claims resolution process under these TDP.

3.4     **Deceased Abuse Claim Holders**.  The Settlement Trustee shall review the Abuse Claim of a deceased Abuse Claimant without regard to the Abuse Claimant's death, except that the Settlement Trustee may require evidence that the person submitting the Abuse Claim on behalf of the decedent is authorized to do so.

3.5     **Insured Status of Abuse Claims**.  The Settlement Trustee shall determine whether each Submitted Abuse Claim is potentially covered by a collectible Insurance Policy (each, an "**Insured Abuse Claim**"), or is uninsured or covered only by an Insurance Policy that is exhausted, unavailable or uncollectible (each, an "**Uninsured Abuse Claim**").  In order to make such determination, the Settlement Trustee will determine when the alleged acts of Abuse occurred and

which BSA Insurance Policy(ies) may provide coverage for the period in question.  No Abuse Claim shall be determined to be an Uninsured Abuse Claim merely because of the presence of deductibles that may reduce an Insurance Company's obligations.

Insured Abuse Claims.  For any Abuse Claim that is determined to be an Insured Abuse Claim, the Settlement Trustee shall follow the procedures in Article IV, and shall not follow the procedures set forth in Article V–Article VIII below (except as otherwise provided in section 4.2 below).

Uninsured Abuse Claims.  For any Abuse Claim that is determined to be an Uninsured Abuse Claim, the Settlement Trustee shall follow the procedures set forth below in Article V–Article VIII to liquidate the Abuse Claim.

## ARTICLE IV
## INSURED ABUSE CLAIM PROCEDURES

4.1    **Tender of Insured Abuse Claims Required**.  The Settlement Trustee shall tender each Insured Abuse Claim to all Insurance Companies that the Settlement Trustee believes, or has reason to believe, may provide coverage for such Abuse Claim.  An Insurance Company shall have no obligation to provide coverage for any Abuse Claim that is not tendered to it.

4.2    **Rejection of Tender**.  If no Insurance Company accepts tender of an Abuse Claim from the Settlement Trustee for defense within 60 days from the date of tender (a **"Non-Tender Insured Abuse Claim"**), then the Settlement Trustee shall move forward under these TDP as though the Non-Tender Insured Abuse Claim were an Uninsured Abuse Claim, and may proceed to liquidate such Non-Tender Insured Abuse Claim in accordance with Article V–Article VII below and seek coverage from any applicable Insurance Company to which the Settlement Trustee has tendered that Abuse Claim pursuant to Article VIII.

4.3    **Acceptance of Tender**.  If any Insurance Company accepts the tender of such Abuse Claim within 60 days of receipt of the tender and agrees to provide a defense, then the Settlement Trustee shall not evaluate that Abuse Claim under Article V–Article VI of these TDP, and Article V–Article VI shall not apply.  Liquidation of such Abuse Claim shall occur exclusively through the tort system.  The Settlement Trustee shall notify the holder of such Abuse Claim that the Abuse Claim is an Insured Abuse Claim, identify the Insurance Company(ies) that have agreed to defend the Abuse Claim, and inform the Abuse Claimant that he or she is required to bring a lawsuit in a court of competent jurisdiction against the Settlement Trust to prosecute such Abuse Claim.  Absent the timely filing of such a suit, neither the Settlement Trust nor any Insurance Company shall have any further liability for the Abuse Claim.  The Abuse Claimant may also satisfy this requirement by substituting the Settlement Trust as a defendant in an existing pre-petition action or by adding the Settlement Trust as a defendant to an existing lawsuit against co-defendants that are allegedly liable for the same acts of Abuse.  Service of such lawsuit shall be made upon the Settlement Trust and any defending Insurance Company.  The Insurance Company(ies) that accept(s) tender of the Insured Abuse Claim shall defend the Settlement Trust and satisfy any judgment or settlement obtained by the Abuse Claimant in the lawsuit pursuant to section 10.9 below.

4.4    **Confidentiality**.  The Settlement Trust shall not voluntarily disseminate to any Abuse Claimant or their counsel any documents or information that could compromise the defense of any Abuse Claim, and the Settlement Trust shall ensure that any applicable privileges and confidentiality protections are preserved in this regard.

4.5    **Insurance Companies' Rights Preserved**.  Nothing in these TDP (a) shall affect, impair, or prejudice the rights and defenses of the Insurance Companies in any manner; (b) shall

in any way operate to, or have the effect of, impairing or having any *res judicata*, collateral estoppel, or other preclusive effect on any party's legal, equitable, or contractual rights or obligations under any BSA Insurance Policy in any respect; or (c) shall otherwise determine the applicability or non-applicability of any provision of any Insurance Policy and any such rights and obligations shall be determined under BSA Insurance Policies and applicable law.  Additionally, any action by the Settlement Trust against any Insurance Company may be brought in a court of competent jurisdiction other than the Bankruptcy Court; *provided, however*, that nothing herein waives any right of the Settlement Trust to elect arbitration to the extent the relevant BSA Insurance Policy provides for such.

## ARTICLE V
## TRUST EVALUATION PROCEDURES FOR UNINSURED ABUSE CLAIMS

5.1    **General**.  The Claims review and validation procedures set forth in this Article V apply only to Uninsured Abuse Claims and Non-Tender Insured Abuse Claims.  The procedures set forth in this Article V do <u>not</u> apply to Insured Abuse Claims accepted for defense by one or more Insurance Companies.

5.2    **Claims Evaluation**.  The Settlement Trustee shall evaluate each eligible Trust Claim Submission individually, and shall follow the procedures and guidelines outlined below in order to provide substantially the same treatment to holders of similar Abuse Claims.  After a review of the documentation provided by the Abuse Claimant in his or her Trust Claim Submission, materials received pursuant to the Document Agreement Obligations, and any follow-up materials or examinations (including, without limitation, any Trustee Interview), the Settlement Trustee will either find the Abuse Claim to be legally valid or invalid.  In order to make this

determination, among other things, the Settlement Trustee must evaluate each Submitted Abuse Claim to determine whether the evidence viably supports a finding that:

(i)     the Abuse Claimant timely filed a proper Proof of Claim in the Chapter 11 Cases prior to the Bar Date and the Claim is not barred by any statute of limitations, repose, or by other applicable law, or—if the Proof of Claim is defective or untimely, or the Claim is barred by a statute of limitations, repose, or other applicable law—the strength of the evidence supporting the Submitted Abuse Claim warrants making a distribution from the Settlement Trust to the holder of such Claim;

(ii)    the Submitted Abuse Claim had not been previously resolved by litigation and/or settlement with a Protected Party or through the tort system; and

(iii)   the Abuse Claimant at issue in the Submitted Abuse Claim was abused by an employee or volunteer of a Protected Party or by a Scout participant.

5.3     **Invalid Abuse Claims**.  If the Settlement Trustee finds that the evidence submitted by the Abuse Claimant in a Trust Claim Submission does not support a viable claim against a Protected Party in the tort system, the Settlement Trustee shall make a determination that the Submitted Abuse Claim is invalid and provide written notice of its determination to the relevant Abuse Claimant (an "**Invalid Claim Notice**").

Such determination may be based on a conclusion that the information provided in the Trust Claim Submission is fraudulent or insufficient to demonstrate a viable claim against a Protected Party, that the Abuse Claim is time-barred or procedurally deficient, or any other grounds that the Settlement Trustee in her discretion may find appropriate.  The Settlement Trustee shall have discretion to determine whether a defect in the Abuse Claimant's Proof of Claim, other than the filing of a Proof of Claim after the Bar Date and/or application of relevant statutes of limitation, repose, or other applicable law, should invalidate a Submitted Abuse Claim.  If the Settlement Trustee finds that a Submitted Abuse Claim is invalid, the Settlement Trustee will not conduct a valuation analysis described below in Article VI.

Abuse Claimants shall have the ability to seek reconsideration of the Settlement Trustee's determination set forth in the Invalid Claim Notice as described in section 5.6 below.

5.4    **Valid Abuse Claims**.  If the Settlement Trustee finds that a Submitted Abuse Claim is valid, the Settlement Trustee shall utilize the Claims Matrix and Points Scaling Factors described below in Article V to assign a proposed Claims Matrix tier and Points Scaling Factors to such Abuse Claim (the "**Proposed Claim Valuation**"), and provide written notice of validity, Proposed Claim Valuation, and the Initial Settlement Trust Corpus Scaling Factor (as defined below) and any Subsequent Trust Corpus Scaling Factor(s) (to the extent they have been determined) to the Abuse Claimant (a "**Valid Claim Notice**" and together with the Invalid Claim Notice, a "**Claim Notice**") as set forth in section 5.5 below.

5.5    **Treatment of Valid Abuse Claims**.  The Settlement Trustee shall provide a Valid Claim Notice for any Submitted Abuse Claim that the Settlement Trustee determines to be valid under sections 5.2 and 5.4 to the relevant Abuse Claimant.  The Abuse Claimant shall have the ability to seek reconsideration of the Proposed Claim Valuation set forth in the Valid Claim Notice as described in section 5.6.  If the Abuse Claimant accepts the Settlement Trustee's Proposed Claim Valuation or the reconsideration process set forth in section 5.6 has been exhausted (and no further action has been taken by the Abuse Claimant in the tort system pursuant to Article X below), the subject Submitted Abuse Claim shall become a settled claim at the Proposed Claim Valuation amount (a "**Settled Claim**") and receive treatment in accordance with Article VII, subject to the Abuse Claimant executing the form of release set forth in section 7.5, to be developed by the Settlement Trustee in consultation with Reorganized BSA.

5.6    **Reconsideration of Settlement Trustee's Determination**.  An Abuse Claimant may make a request for reconsideration of the validity of his or her Submitted Abuse Claim (a

"**Reconsideration Request**"), or the Settlement Trustee's Proposed Claim Valuation, within 30 days of receiving a Claim Notice from the Settlement Trust. Each Reconsideration Request must be accompanied by a check or money order for $500 as an administrative fee for reconsideration. The Abuse Claimant may submit further evidence in support of the Submitted Abuse Claim with the Reconsideration Request. The Settlement Trustee will have sole discretion whether to grant the Reconsideration Request. The decision to grant the Reconsideration Request does not guarantee that the Settlement Trustee will reach a different result with respect to claim validity or Proposed Claim Valuation.

If the Reconsideration Request is denied, the administrative fee will not be returned and the Settlement Trustee will notify the Abuse Claimant within 30 days of receiving the request that it will not reconsider the Abuse Claimant's Submitted Abuse Claim. The Abuse Claimant shall retain the ability to pursue the Settlement Trust in the tort system as described in Article X below.

If the Reconsideration Request is granted, the Settlement Trustee will provide the Abuse Claimant written notice within 30 days of receiving the Reconsideration Request that it is reconsidering the Abuse Claimant's Submitted Abuse Claim. The Settlement Trustee will then reconsider the Submitted Abuse Claim (in consultation with the applicable Insurance Company(ies) if the Submitted Abuse Claim is an Insured Abuse Claim)—including all new information provided by the Abuse Claimant in the Reconsideration Request and any additional Trustee Interview—and will have the discretion to find that the Submitted Abuse Claim in question is valid and/or should be awarded a higher Proposed Claim Valuation.

If the Settlement Trustee determines upon reconsideration that a Submitted Abuse Claim is valid and should be awarded a higher Proposed Claim Valuation, the Settlement Trustee will deliver a new Valid Claim Notice pursuant to the processes described above and return the

administrative fee to the Abuse Claimant.   If the Settlement Trustee determines upon reconsideration that the totality of the evidence submitted by the Abuse Claimant does not support a viable claim against a Protected Party in the tort system, or that the Claim is not deserving of a higher valuation pursuant to the Claims Matrix and related Points Scaling Factors, the Settlement Trustee's earlier determinations as to validity and/or Proposed Claim Valuation shall stand and the Settlement Trustee will provide a Claim Notice to the Abuse Claimant of either result within 90 days of delivering notice of accepted reconsideration to the Abuse Claimant.  The Abuse Claimant shall retain the ability to pursue the Settlement Trust for reconsideration of its claim determination in the tort system as described below in Article X.

## ARTICLE VI
## CLAIMS MATRIX AND POINTS SCALING FACTORS

6.1     **Points System**.  The Settlement Trustee shall utilize the claims matrix (the "**Claims Matrix**") and points scaling factors ("**Points Scaling Factors**") set forth below in sections 6.3 and 6.4 as the basis to determine a Proposed Claim Valuation for each valid Submitted Abuse Claim that is an Uninsured Abuse Claim or Non-Tender Insured Abuse Claim.  This Claims Matrix shall not apply to any Insured Abuse Claim for which an Insurance Company has tendered and agreed to provide a defense.

6.2     **Conversion of Points to Cash Payments**.  Points assigned to a Submitted Abuse Claim will be converted to cash payments at a value to be determined by an aggregate scaling factor consisting of the Initial Settlement Trust Corpus Scaling Factor and any Subsequent Settlement Trust Scaling Factor(s) (each as defined below) (the "**Settlement Trust Corpus Scaling Factor**"), which is the ratio of the expected size of the Settlement Trust corpus (allowing for a reserve for Settlement Trust operating expenses and Abuse Claims litigated in the tort system) to the expected total points assigned to all Submitted Abuse Claims evaluated by the Settlement

Trustee (including Future Abuse Claims).  By way of example, if the Settlement Trust corpus is expected to be valued at net $1.5 billion and the Settlement Trustee expects the total points assigned to all Submitted Abuse Claims evaluated by the Settlement Trustee (including Future Abuse Claims) to be 4.5 billion, the Settlement Trust Corpus Scaling Factor will be one third, meaning that the cash payment value of a point is $1 to 3 points, and consequently, a Settled Claim assigned 300,000 points would receive $100,000.   In contrast, as a further example, if the Settlement Trust corpus is expected to be $4.5 billion, the Settlement Trust Corpus Scaling Factor will be one, meaning the cash payment value of a point would instead be $1 to 1 point, and in that circumstance, a Settled Claim assigned 300,000 points would instead receive $300,000.  As set forth in sections 7.2, 7.3, and 7.4 below, the Settlement Trustee (with the approval of the STAC) will set an initial scaling factor and then, if the Settlement Trust corpus is larger, will increase the Settlement Trust Corpus Scaling Factor by subsequent scaling factor increases proportionate to the increased size of the Settlement Trust corpus.

6.3   **Claims Matrix**.  The Claims Matrix establishes five tiers of types of abuse, and provides ranges of points assignable to a Submitted Abuse Claim in each tier.  The first two columns of the Claims Matrix delineate the five possible tiers to which a Submitted Abuse Claim can be assigned based on the nature of the abuse.  The base points column for each tier represents the default point value for a Submitted Abuse Claim assigned to a given tier prior to application of the Point Scaling Factors described in section 6.4 (the "**Base Points**").  The maximum points column for each tier represents maximum point values a Submitted Abuse Claim assigned to a given tier can receive based on application of the Point Scaling Factors described in section 6.4 (the "**Maximum Points**").  A Submitted Abuse Claim's ultimate cash value may vary upward (in the case of a larger-than-expected Settlement Trust corpus) or downward (in the case of a smaller-

than-expected Settlement Trust corpus) from the Base Points and Maximum Points values in the Claims Matrix based on the Trust Corpus Scaling Factor determined by the Settlement Trustee.  If a Submitted Abuse Claim would fall into more than one tier, the Submitted Abuse Claim will be placed in the highest applicable tier.  An Abuse Claimant cannot have multiple Submitted Abuse Claims assigned to different tiers.[2]

| Tier | Type of Abuse | Base Points | Maximum Points |
|------|---------------|-------------|----------------|
| 1 | Anal or Vaginal Penetration by Adult Perpetrator | 600,000 | 2,700,000 |
| 2 | Oral or Digital Penetration by Adult Perpetrator<br><br>Anal or Vaginal Penetration by a Youth Perpetrator | 450,000 | 2,025,000 |
| 3 | Masturbation by Adult Perpetrator<br><br>Oral or Digital Penetration by a Youth Perpetrator | 300,000 | 1,350,000 |
| 4 | Touching of the Sexual or Other Intimate Parts (unclothed) by Adult Perpetrator | 150,000 | 675,000 |
| 5 | Touching of the Sexual or Other Intimate Parts (clothed)<br><br>Touching of the Sexual or Other Intimate Parts (clothed or unclothed) by a Youth Perpetrator<br><br>Sexual Abuse-No Touching;<br><br>Other Abuse - Not Sexual | 75,000 | 337,500 |

6.4    **Points Scaling Factors**.    After the Settlement Trustee has assigned a valid Submitted Abuse Claim to one of the five tiers in the Claims Matrix, the Settlement Trustee will utilize the Points Scaling Factors described below to set the points attributable to each Submitted

---

[2]    The proposed Maximum Points values in the Claims Matrix demonstrates the anticipated maximum dollar values for Submitted Abuse Claims in tiers 1–5 when the Trust Corpus Scaling Factor is one.  However, the value of the total Settlement Trust corpus may result in a higher or lower Trust Corpus Scaling Factor depending on the amounts of recoveries from Insurance Companies, and total points awarded.  The Settlement Trust Corpus Scaling Factor accommodates the potential variances in the Settlement Trust corpus size by scaling the point values assigned to Submitted Abuse Claims based on the size of the Settlement Trust corpus.

Abuse Claim.  These scaling factors can increase or decrease the number of points assigned to a Submitted Abuse Claim depending on the severity of the facts underlying the Claim.  By default, the value of each scaling factor is one, meaning that in the absence of the application of the scaling factor, the Base Points assigned to a Claim are not affected by that factor.  In contrast, if the Settlement Trustee determines that a particular scaling factor as applied to a given Submitted Abuse Claim is 1.5, the number of points assigned the Submitted Abuse Claim are increased by 50%, the result of multiplying the Base Points of the Submitted Abuse Claim by 1.5.  The combined effect of all scaling factors is determined by multiplying the scaling factors together then multiplying the result by the Base Points of the Submitted Abuse Claim.

**Aggravating Factors**.  The Settlement Trustee may assign upward Point Scaling Factors to each Submitted Abuse Claim based on the following categories:

(i)    Nature of Abuse and Circumstances.  To account for particularly severe abuse or aggravating circumstances, the Settlement Trustee may assign an upward Point Scaling Factor of up to 1.5 to each Submitted Abuse Claim.  The hypothetical base case scenario for this scaling factor would involve a single incident of abuse during a BSA sponsored event with a single perpetrator held in high regard by the victim and in a position of trust within BSA as an employee or volunteer.  The hypothetical base case is incorporated into the Base Points in the Claims Matrix' tiers and would not receive an increase on account of this factor.  By way of example, aggravating factors that can give rise to a higher scaling factor include, but are not limited to, the following factors:

1.    Unusual duration and/or multiple circumstance of the abuse;

2.    Repeated targeting and grooming behaviors including but not limited to special privileges, special activities, and attention, social relationship with parents, personal relationship with Claimant, opportunity to experience sports or activities, isolation from others, use of alcohol or illicit drugs by abuser or Claimant, or use of or exposure to pornography;

3.    coercion or threat or use of force or violence, stalking;

4.    multiple perpetrators involved in sexual misconduct.

(ii)    Abuser Profile.  To account for the alleged abuser's profile, the Settlement Trustee may assign an upward Point Scaling Factor of up to 2.0 to a Submitted Abuse Claim.  This factor is to be evaluated relative to a hypothetical base case scenario

of an unknown abuser who is only accused of abuse by one Abuse Claimant. The hypothetical base case is incorporated into the Base Points in the Claims Matrix' tiers and would not receive an increase on account of this factor. An upward Point Scaling Factor may be applied for this category as follows (the Settlement Trustee may only apply the scaling factor of the single highest applicable category listed below):

1.    1.25 if the abuser was accused by at least one (1) other Abuse Claimant;

2.    1.5 if the abuser was accused by five (5) or more other Abuse Claimants;

3.    2.0 if the abuser was accused by ten (10) or more other Abuse Claimants.

In addition, an upward Point Scaling Factor may also be applied for this category if the Protected Party(ies) knew, or had reason to know, that the alleged perpetrator was likely to commit acts of Abuse against individuals involved in Scouting.

(iii)    <u>Impact of the Abuse</u>. To account for the impact of the alleged abuse on the Abuse Claimant's mental health, physical health, inter-personal relationships, vocational capacity or success, academic capacity or success, and whether the alleged abuse at issue resulted in legal difficulties for the Abuse Claimant, the Settlement Trustee may assign an upward Point Scaling Factor of up to 1.5. This factor is to be evaluated relative to a hypothetical base case scenario of a victim of abuse who suffered the typical level of abuse-related distress within the tier to which the Submitted Abuse Claim was assigned. The hypothetical base case is incorporated into the base points in the Claims Matrix' tiers and would not receive an increase on account of this factor. The Settlement Trustee will consider, along with any and all other relevant factors, whether the abuse at issue manifested or otherwise led the Abuse Claimant to experience or engage in behaviors resulting from:

1.    <u>Mental Health Issues</u>:  This includes but is not limited to anxiety, depression, post-traumatic stress disorder, substance abuse, addiction, embarrassment, fear, flashbacks, nightmares, sleep issues, sleep disturbances, exaggerated startle response, boundary issues, self-destructive behaviors, guilt, grief, homophobia, hostility, humiliation, anger, isolation, hollowness, regret, shame, isolation, sexual addiction, sexual problems, sexual identity confusion, low self-esteem or self-image, bitterness, suicidal ideation and suicide attempts.

2.    <u>Physical Health Issues</u>:  This includes but is not limited to physical manifestations of emotional distress, gastrointestinal issues, headaches, high blood pressure, physical manifestations of anxiety, erectile dysfunction, heart palpitations, sexually-transmitted diseases, physical damage caused by acts of abuse, reproductive damage, self-cutting and other self-injurious behavior.

3.    <u>Interpersonal Relationships</u>:  This includes but is not limited to problems with authority figures, hypervigilance, sexual problems, marital difficulties, problems with intimacy, lack of trust, isolation, betrayal, impaired relations,

secrecy, social discreditation and isolation, damage to family relationships, and fear of children or parenting.

4.  <u>Vocational Capacity</u>:  This includes but is not limited to under- and un-employment, difficulty with authority figures, difficulty changing and maintaining employment, feelings of unworthiness, or guilt related to financial success.

5.  <u>Academic Capacity</u>:  This includes but is not limited to school behavior problems.

6.  <u>Legal Difficulties</u>:  This includes but is not limited to criminal difficulties, bankruptcy, and fraud.

**Potential Mitigating Factors**.  The Settlement Trustee may assign a Point Scaling Factor in the range of 0 to 1.0 to each Submitted Abuse Claim to decrease the points awarded to such Claim.  This factor is to be evaluated relative to a hypothetical base case scenario of an abuse claim with solidly credible evidence of abuse that occurred during a BSA sponsored event involving a perpetrator held in high regard and in a position of trust within BSA as an employee or volunteer.  The hypothetical base case is incorporated into the base points in the Claims Matrix' tiers and would not receive a decrease on account of this factor.  Such factors may include but are not limited to the following:

i.  **Absence of Protected Party Relationship or Presence of Another Responsible Party**.  In certain circumstances, a Protected Party's responsibility for a perpetrator may be factually or legally attenuated, mitigated, or non-existent.  For example, the perpetrator may have maintained a relationship with the Abuse Claimant through a separate affiliation, such as a school, religious organization, or as a family member of the Abuse Claimant; or the abuse occurred in settings unrelated to Scouting or where a Protected Party did not have the ability or responsibility to exercise control.  By way of non-exhaustive example, familial abuse, even if occurring on a Scouting activity, should result in a significant reduction, or wholesale elimination, of points.

ii.  **Other Settlements, Awards, Contributions, or Limitations**.  The Settlement Trustee should consider the amounts of any settlements or awards already received by the Abuse Claimant from other sources as well as expected contributions from other sources that are related to the abuse.  By way of example, the Settlement Trustee should assign an appropriate Point Scaling Factor to Submitted Abuse Claims capped by charitable immunity under the laws of the jurisdiction where the abuse occurred.

iii.  **Defectiveness**.  If the Abuse Claimant filed a defective Proof of Claim or filed its Proof of Claim after the Bar Date, or if the evidence provided by the Abuse Claimant indicates that the Submitted Abuse Claim is time barred based on prevailing law in the jurisdictions in which the abuse occurred, the Settlement Trustee may reduce the points assigned to such Claim by assigning a Point Scaling Factor of less than one.  The Settlement Trustee

16

should weigh the strength of the evidence supporting the Submitted Abuse Claim to determine whether such Claim should receive mitigation on account of its defectiveness or untimeliness.  The Settlement Trustee may assign a mitigating factor of zero (0) in cases where the Settlement Trustee determines that the Submitted Abuse Claim is fully barred, but may, however, assign a factor of up to one (1) if the Settlement Trustee determines that the evidence supporting the Submitted Abuse Claim warrants distribution from the Settlement Trust despite its defectiveness or untimeliness.

    iv.    **Incomplete or Suspicious Evidence of Abuse**.  If the evidence provided by the Abuse Claimant does not establish by a preponderance of the evidence that the abuse occurred, the identity of the abuser, the location of the abuse, or when the abuse occurred, the Settlement Trustee shall reduce the points of the Submitted Abuse Claim by assigning a Point Scaling Factor of less than one.  If the Settlement Trustee believes the evidence provided is deliberately false or misleading, the Settlement Trustee will assign a Point Scaling Factor of zero (0).

    v.    **Absence of Notice.**  If the evidence provided by the Abuse Claimant does not establish by a preponderance of the evidence that the Protected Party(ies) knew, or had reason to know, that the alleged perpetrator was likely to commit acts of Abuse against individuals involved in Scouting, the Settlement Trustee shall reduce the points assigned to such Claim by assigning a Point Scaling Factor of less than one.  The Settlement Trustee should weigh the strength of the evidence demonstrating knowledge of the risk of potential abuse by the perpetrator to determine the appropriate factor of mitigation.

    6.5    **Claims Calculus**.  After the Settlement Trustee has assigned a Submitted Abuse Claim to a claim tier and determined the appropriate Point Scaling Factors to apply to the Claim, the total points to be assigned to the Submitted Abuse Claim are to be determined as the product of the Base Points of the Claim and the Point Scaling Factors applied to the Claim.  In no event can a Submitted Abuse Claim's point value exceed the Maximum Points value for the Claim's assigned tier.

By way of example, if a Submitted Abuse Claim is determined by the Settlement Trustee to be a tier 1 claim with a Base Point value of 600,000, with a Point Scaling Factor of 1.5 for the nature and circumstances of the abuse, and a mitigating point scaling factor of 0.75, and no other Point Scaling Factors, the number of points assigned to the Claim would be 675,000 points

calculated as 600,000 X 1.5 X 0.75 = 675,000.  As a further example, if, in addition to the above Point Scaling Factors, the same Submitted Abuse Claim had an additional aggravating Point Scaling Factor of 2.0 on account of the alleged abuser's profile, the points assigned to the Abuse Claim would be twice as much, namely 1,350,000 (600,000 x 1.5 x .75 x 2.0).  If, on the other hand, for example the Settlement Trustee believes the evidence provided for the Submitted Abuse Claim was deliberately false or misleading, the Settlement Trustee will assign a mitigating Point Scaling Factor of zero, in which case the Claim would be assigned a point value of zero.

To determine the dollar value for each Submitted Abuse Claim, the Settlement Trustee will multiply the point value of the Claim by the Trust Corpus Scaling Factor.  In the above example of a Submitted Abuse Claim assigned a point value of 1,350,000, if the Trust Corpus Scaling Factor is 1/3, the Submitted Abuse Claim would be valued at $450,000 (1,350,000 x 1/3).  If instead the Trust Corpus Scaling Factor is one, the Submitted Abuse Claim would be valued at $1,350,000. If the Settlement Trust corpus exceeds its expected value and the Trust Corpus Scaling Factor is 1.5, except as otherwise provided herein with respect to Submitted Abuse Claims litigated to final judgement in the tort system, the Submitted Abuse Claim would be valued at $2,025,000 (1,350,000 x 1.5).  In the other example above of a Submitted Abuse Claim assigned a point value of zero, the Claim's dollar value would be $0.

## ARTICLE VII
## PAYMENT OF SETTLED CLAIMS

7.1    **Settled Claim Payments**.  The Settlement Trustee shall evaluate each of the Submitted Abuse Claims in a timely fashion.  After a Submitted Abuse Claim becomes a Settled Claim, as described above in Article VI, the Settlement Trust shall pay an initial distribution ("**Initial Distribution**") to the holder of such Settled Claim within 30 days of the Claim becoming

a Settled Claim and the Settlement Trust establishing the Initial Settlement Trust Corpus Scaling Factor (as defined below).

7.2    **Initial Distribution Payment Scaling Factor**.    After analyzing the Submitted Abuse Claims and determining the number of Submitted Abuse Claims and the likely, aggregate Proposed Claim Valuations for the Settled Claims and value of the Settlement Trust Assets at that time, the Settlement Trustee and the STAC shall determine, pursuant to the terms and conditions set forth in the Trust Agreement, the appropriate initial Settlement Trust corpus scaling factor (the "**Initial Settlement Trust Corpus Scaling Factor**").    For this purpose, the Settlement Trustee will calculate the Initial Settlement Trust Corpus Scaling Factor as the ratio of the then available Settlement Trust Assets (accounting for future Settlement Trust operating expenses) to the total points assigned to all Submitted Abuse Claims (accounting for Future Abuse Claims).    By way of example, if the available Settlement Trust Assets are $1.5 billion and the Settlement Trustee calculates the total points assigned to all Submitted Abuse Claims evaluated by the Settlement Trustee to be 4.5 billion, the Initial Settlement Trust Corpus Scaling Factor would be one third, meaning that the cash payment value of a point for initial payment purposes is $1.00 for every 3 points.

7.3    **Payment of Initial Distribution**.    The Settlement Trust will make an Initial Distribution to each holder of a Settled Claim based on the Initial Settlement Trust Corpus Scaling Factor while at the same time maintaining sufficient assets in the Settlement Trust for payment of operating expenses, additional Settled Claims and lawsuits against the Settlement Trust.    With respect to Insured Abuse Claims, the Settlement Trustee shall make such Initial Distribution (and any further distributions) regardless of the status of any litigation seeking coverage from any Insurance Companies.

7.4    **Subsequent Payments**.  As the Settlement Trust obtains additional assets through litigation or settlements with Insurance Companies (or otherwise), or determines that amounts reserved for operating expenses can be reduced, the Settlement Trust's corpus will increase and more funds will become available for distribution to Abuse Claimants on account of Settled Claims.  Consequently, every six months after the payment of the Initial Distribution, the Settlement Trustee shall conduct an evaluation of the total value of the Settlement Trust Assets then available for distribution, and the aggregate points value of Settled Claims.  In consultation with the STAC, the Settlement Trustee will then determine when subsequent distributions (each a "**Subsequent Distribution**") should be made to Abuse Claimants on account of Settled Claims and at what additional factor, by updating the Settlement Trust Corpus Scaling Factor (each additional factor, a "**Subsequent Settlement Trust Corpus Scaling Factor**").  Holders of Abuse Claims that have not yet received an Initial Distribution prior to the Settlement Trustee's determination to make a Subsequent Distribution shall receive as an Initial Distribution the value of their Claim multiplied by the Initial Settlement Trust Corpus Scaling Factor plus any Subsequent Settlement Trust Corpus Scaling Factor(s).  By way of example, if a Settled Claim is assigned 900,000 points, and the Settlement Trust has established an Initial Settlement Trust Corpus Scaling Factor of one third and a Subsequent Settlement Trust Corpus Scaling Factor of one sixth before the Claim becomes a Settled Claim, the Abuse Claimant holding such Claim will receive an initial payment of $450,000, or the sum of the product of 900,000 x 1/3 ($300,000) plus the product of 900,000 x 1/6 ($150,000).

7.5    **Release**.  In order for a Submitted Abuse Claim to become a Settled Claim and for the relevant Abuse Claimant to receive any payment from the Settlement Trust, the Abuse Claimant must submit an executed form of release to be developed by the Settlement Trustee in

consultation with Reorganized BSA.  Payments made by the Settlement Trust to the holder of a Settled Claim pursuant to the process and procedures described herein shall be in full and complete satisfaction of the Abuse Claimant's Abuse Claim.

## ARTICLE VIII
## TENDER OF INSURED ABUSE CLAIMS AND COVERAGE LITIGATION WITH INSURERS

8.1      **Rights of Settlement Trust Against Insurance Companies**.  Pursuant to the Plan, the Settlement Trust will take assignment of BSA's rights under the BSA Insurance Policies.  For any Non-Tender Insured Abuse Claim that the Settlement Trustee determines is a valid Abuse Claim pursuant to Article V above, the Settlement Trustee shall tender each such Abuse Claim (including the Proposed Claim Valuation)—along with all information related to the subject Abuse Claim gathered pursuant to these TDP—to the applicable Insurance Company(ies) for review and coverage determination prior to sending the relevant Abuse Claimant his or her Valid Claim Notice.  The applicable Insurance Company will have 60 days to review each Non-Tender Insured Abuse Claim tendered to it by the Settlement Trust under this section and provide written notice to the Settlement Trust of whether it will cover, in whole or in part, the Proposed Claim Valuation of a particular Non-Tender Insured Abuse Claim or decline to provide coverage of such Abuse Claim (a "**Coverage Determination Notice**").  If an Insurance Company denies coverage, the Coverage Determination Notice must provide an explanation of the reason for the denial.

8.2      **Reimbursement of Insured Abuse Claims**.  For each Non-Tender Insured Abuse Claims that an Insurance Company agrees to cover pursuant to a Coverage Determination Notice, the Insurance Company shall reimburse the Settlement Trust for its share of the amount of the Proposed Claim Valuation for such claim, applying an assumed Settlement Trust Corpus Scaling Factor of one (1), within 30 days of such Abuse Claim becoming a Settled Claim.  The decision by an Insurance Company to cover its share of a Non-Tender Insured Abuse Claim Proposed

Valuation Amount shall be deemed to be a compromise of a disputed claim and shall not have any collateral estoppel or *res judicata* effect for any future claim, nor shall it be deemed to be an admission with respect to coverage.

8.3    **Coverage Disputes**.  For Insured Abuse Claims where an Insurance Company declines to cover, the Settlement Trust will have the right to pursue the Insurance Company in coverage litigation for the Insurance Company's share of the Proposed Claim Valuation or judgment or settlement amount, as applicable.  The Settlement Trust will have the right to bring such coverage actions in one or more individual or consolidated actions.  For purposes of this section, the dollar value of disputed Insured Abuse Claims shall be calculated based on an assumed Trust Corpus Scaling Factor of one (1).  The Settlement Trust shall also have the option to negotiate a settlement of coverage issues with each Insurance Company to obtain the benefit of insurance coverage under any BSA Insurance Policy.  All amounts recovered by the Settlement Trustee through coverage litigation or settlements shall flow into the corpus of the Settlement Trust for distribution or payment of Settlement Trust operating expenses, including payment of Abuse Claims, in accordance with the Trust Agreement and these TDP.

8.4    **Rights of Insurance Companies**.  Nothing in these TDP (a) shall affect, impair, or prejudice the rights and defenses of the Insurance Companies in any manner; (b) shall in any way operate to, or have the effect of, impairing or having any *res judicata*, collateral estoppel, or other preclusive effect on any party's legal, equitable, or contractual rights or obligations under any BSA Insurance Policy in any respect; or (c) shall otherwise determine the applicability or non-applicability of any provision of any BSA Insurance Policy and any such rights and obligations shall be determined under BSA Insurance Policies and applicable law.  Additionally, any action by the Settlement Trust against any Insurance Company may be brought in a court of competent

jurisdiction other than the Bankruptcy Court; *provided, however*, that nothing herein waives any right of the Settlement Trust to elect arbitration to the extent the relevant BSA Insurance Policy provides for such.

8.5 **Results of Negotiation or Litigation**.    If the Settlement Trustee obtains a settlement or final judgment against an Insurance Company, the proceeds from such judgment will flow into the Settlement Trust corpus.   To the extent a deductible is owed to the Insurance Company in order for the Settlement Trust to obtain the insurance proceeds from a final judgment or settlement, any such deductible shall be submitted to the Settlement Trust as an Indirect Abuse Claim.

## ARTICLE IX
## INDIRECT CLAIMS

9.1 **Indirect Abuse Claims**.   An Indirect Abuse Claim asserted against the Settlement Trust shall be reviewed by the Settlement Trustee and treated as valid and paid by the Settlement Trust pursuant to the distribution methodology set forth in these TDP if (a) such Indirect Abuse Claim satisfied the requirements of the Bar Date, and is not otherwise disallowed by section 502(e) of the Bankruptcy Code (subject to the right of the holder of the Indirect Abuse Claim to seek reconsideration under section 502(j) of the Bankruptcy Code) or subordinated under section 509(c) of the Bankruptcy Code, and (b) the holder of the Indirect Abuse Claim establishes to the satisfaction of the Settlement Trustee that (i) the holder has paid the liability and obligation of the Settlement Trust to the individual claimant to whom the Settlement Trust would otherwise have had a liability or obligation under these TDP (and which has not been paid by the Settlement Trust), (ii) the Settlement Trust and Protected Parties are forever and fully released from all liability related thereto, and (iii) the Indirect Abuse Claim is not otherwise barred by a statute of limitations or repose or by other applicable law.

23

9.2   **Offset**.  The liquidated value of any Indirect Abuse Claim paid by the Settlement Trust shall be treated as an offset to or reduction of the full liquidated value of any Direct Abuse Claim that might be subsequently asserted against the Settlement Trust.

## ARTICLE X
## TORT SYSTEM ALTERNATIVE

10.1   **Exhaustion of Trust Distribution and Reconsideration Procedures**.  If an Abuse Claimant has appealed a Claim Notice through the reconsideration process described above in section 5.6 and the Abuse Claimant disagrees with the Settlement Trustee's final determination regarding the validity or valuation of the subject Submitted Abuse Claim, the Abuse Claimant may file a lawsuit against the Settlement Trust for reconsideration of his or her Submitted Abuse Claim in any court of competent jurisdiction.  An Abuse Claimant that elects to file a lawsuit under this provision forfeits any Proposed Claim Valuation offered by the Settlement Trust, and recovery, if any, is limited to settlement or judgment from such lawsuit as provided herein.

10.2   **Tender to Insurance Company**.  If an Abuse Claimant elects to file suit against the Settlement Trust as provided herein, the Settlement Trustee shall determine, based on the Trust Claim Submission and any other information obtained in connection with that submission, whether any Insurance Company issued coverage that is available to respond to the lawsuit (an "**Insured Lawsuit**").  The Settlement Trustee may determine that there are multiple Insurance Companies that have responsibility for an Insured Lawsuit.  The Settlement Trustee shall tender any Insured Lawsuit to each Insurance Company from whom the Settlement Trustee determines insurance coverage may be available.

10.3   **Acceptance of Tender**.  An Insurance Company shall have 60 days to determine whether to accept an Insured Lawsuit that is tendered to it.

10.4    **Limit on Settlement Trust Liability**.    An Abuse Claimant who pursues the Settlement Trust in the tort system shall not be able to receive from the Settlement Trust more than the dollar value of a Settled Claim that is assigned the Maximum Points in the applicable tier set forth in the Claims Matrix assuming a Trust Corpus Scaling Factor of one.    By way of example, for an Abuse Claimant asserting tier 1 abuse, the maximum damages amount that the Abuse Claimant is allowed to sue the Settlement Trust for in the relevant tort system is $2,700,000, or 2,700,000  (the Maximum Points in tier 1) points multiplied by an assumed Trust Corpus Scaling Factor of one.

10.5    **Parties to Lawsuit**.    Any lawsuit commenced under section 10.1 must be filed by the Abuse Claimant in his or her own right and name and not as a member or representative of a class, and no such lawsuit may be consolidated with any other lawsuit.    The potential parties that may be defendants in the lawsuit shall be limited to the Settlement Trust; an Abuse Claimant may not sue any of the Protected Parties.

10.6    **Defenses**.    All defenses (including, with respect to the Settlement Trust, all defenses that could have been asserted by the Debtors, except as otherwise provided in the Plan) shall be available to both sides at trial; however, for any Uninsured Abuse Claim or any Insured Abuse Claim where no Insurance Company has agreed to provide a defense, the Settlement Trust may waive any defense and/or concede any issue of fact or law.    In cases where an Insurance Company has agreed to provide a defense, such Insurance Company retains all liability defenses and may reserve all of its defenses to coverage.

10.7    **Costs**.    Each party's costs of litigation shall be borne by that party.    An Abuse Claimant may not seek costs or expenses in the lawsuit filed against the Settlement Trust.

10.8    **Settlement or Final Judgment**.   The defending Insurance Company or, if no Insurance Company is defending, the Settlement Trust, is authorized to settle any lawsuit by an Abuse Claimant for an amount it determines appropriate in light of the circumstances of the case, subject to the limitations that the Settlement Trust or Insurance Company may not settle any claim for an amount that exceeds the amount that exceeds its potential liability for that Abuse Claim pursuant to section 10.4.

10.9    **Payment of Judgments by the Settlement Trust**.  If and when an Abuse Claimant obtains a final judgment or settlement against the Settlement Trust in the tort system, such judgment amount shall be treated for purposes of distribution under these TDP as the Abuse Claimant's Settled Claim points amount.  Within 30 days of executing the release as set forth in section 7.5 above, the Abuse Claimant shall receive an Initial Distribution (based on the Initial Settlement Trust Corpus Scaling Factor and any Subsequent Settlement Trust Corpus Scaling Factor in effect at such time) from the Settlement Trust.  Thereafter, the Abuse Claimant shall receive any Subsequent Distributions based on any Subsequent Settlement Trust Corpus Scaling Factor(s) as determined by the Settlement Trust.  Under no circumstances shall the Settlement Trust pay interest under any statute on any judgments obtained by an Abuse Claimant in the tort system.  Insurance Companies that choose to defend a lawsuit against the Settlement Trust shall pay the full amount of any judgment or settlement achieved by the Abuse Claimant to the Settlement Trust for distribution through these TDP.

**ARTICLE XI**
**MISCELLANEOUS PROVISONS**

11.1    **Non-Binding Effect of Settlement Trust and/or Litigation Outcome**. Notwithstanding any other provision of these TDP, a decision by the Settlement Trust to pay or not to pay any Submitted Abuse Claim shall not be used in, be admissible as evidence in, binding

in, or have any *res judicata*, collateral estoppel, or other preclusive effect in any lawsuit or other proceeding against any other entity other than the Settlement Trust.  Notwithstanding any other provision of these TDP, the outcome of litigation against the Debtors by the holder of an Indirect Abuse Claim shall not be used in, be admissible as evidence in, binding in or have any other preclusive effect in connection with the Settlement Trust's resolution or valuation of an Indirect Abuse Claim.

11.2    **Amendments**.  Except as otherwise provided herein, the Settlement Trustee may not amend, modify, delete, or add to any provisions of these TDP, without the written consent of the STAC.  Nothing herein is intended to preclude the STAC from proposing to the Settlement Trustee, in writing, amendments to these TDP.  Notwithstanding the foregoing, the Settlement Trustee shall not have the ability to enter into any amendment that abridges, limits or narrows the rights of Insurance Companies under Article IV.

11.3    **Severability**.  Should any provision contained in these TDP be determined to be unenforceable, such determination shall in no way limit or affect the enforceability and operative effect of any and all other provisions of these TDP.  Should any provision contained in these TDP be determined to be inconsistent with or contrary to Debtors' obligations to any Insurance Company providing Insurance Coverage to the Debtors in respect of claims for personal injury for which the Debtors have legal responsibility, the Settlement Trustee, with the consent of the STAC, may amend these TDP and/or the Trust Agreement to make the provisions of either or both documents consistent with the duties and obligations of the Debtors to said Insurance Company.

11.4    **Governing Law**.  Administration of these TDP shall be governed by, and construed in accordance with, the laws of the State of Delaware.  The law governing litigation in the tort

27

system shall be the law of the jurisdiction in which the Abuse Claimant files the lawsuit as described in Article X.

**EXHIBIT B-1**

**SETTLEMENT TRUST AGREEMENT FOR THE GLOBAL RESOLUTION PLAN**

# BOYS SCOUTS OF AMERICA
# SETTLEMENT TRUST AGREEMENT

This SETTLEMENT TRUST AGREEMENT is made and entered in *In re Boy Scouts of America and Delaware BSA, LLC*, Case No. 20-10343 (Bankr. D. Del. 2020), by and between Boy Scouts of America ("BSA" or the "Debtor"), and [●] (the "Settlement Trustee"). This Settlement Trust Agreement is entered into pursuant to the Debtor's *Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC*, dated June 17, 2021 [D.I. [●]] (as amended, supplemented, or modified, the "Plan"). Unless otherwise specifically defined herein, capitalized terms used in this Settlement Trust Agreement shall have the meanings assigned to them in the Plan. Terms defined in the Bankruptcy Code, and not otherwise specifically defined in the Plan or herein, when used herein, have the meanings attributed to them in the Bankruptcy Code.

## RECITALS

A.     On the Petition Date, the BSA filed a voluntary petition under chapter 11 of the Bankruptcy Code. BSA continued in possession of its property and has continued to operate and manage its business as debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

B.     It is anticipated that in 2021, the Bankruptcy Court will enter an order confirming the Plan (the "Confirmation Order").

C.     The Plan anticipates the existence of the Settlement Trust and the transfer and assignment to the Settlement Trust of the Settlement Trust Assets.

D.     Pursuant to the Plan, the Settlement Trust is to use the Settlement Trust Assets to pay the compensable Abuse Claims, and meet indemnity and other obligations in accordance with the provisions of the Plan.

E.     The Settlement Trust is established for the benefit of the Beneficiaries (as defined herein) and is intended to qualify as a "qualified settlement fund" for federal income tax purposes and within the meaning of Treasury Regulations issued under section 468B of the Internal Revenue Code of 1986, as amended (the "Tax Code"). The Settlement Trustee shall administer and maintain the Settlement Trust in compliance with all relevant guidelines for maintaining the Settlement Trust's status as a "qualified settlement fund" issued by the Internal Revenue Service (the "IRS").

F.     Pursuant to the Plan and the Confirmation Order, the Settlement Trustee shall be duly appointed as a representative of the Estate pursuant to Sections 1123(a)(5), (a)(7), and (b)(3)(B) of the Bankruptcy Code.

**NOW, THEREFORE**, pursuant to the Plan and the Confirmation Order, in consideration of the premises and the provisions in the Plan, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and affirmed, it is agreed as follows:

## ARTICLE I
## AGREEMENT OF TRUST

**1.1     CREATION AND NAME**. The Debtor hereby creates a trust known as "Boy Scouts of America Settlement Trust," which is the Settlement Trust provided for in the Plan.

**1.2     PURPOSE**. The purpose of the Settlement Trust is to assume any liability for all Abuse Claims; to hold, preserve, maximize and administer the Settlement Trust Assets; and to direct the processing, liquidation, and payment of all compensable Abuse Claims. The Settlement Trust will resolve

Abuse Claims in accordance with the Settlement Trust Documents in such a way that the holders of similar Abuse Claims are treated equitably and in substantially the same manner.

     **1.3**     **TRANSFER OF ASSETS**.  Pursuant to the Plan and on the Effective Date, all right, title, and interest in and to the Settlement Trust Assets and any proceeds thereof shall be automatically, and without further act or deed, transferred to, vested in, and assumed by the Settlement Trust free and clear of all Encumbrances or Claims or other interests of any Person.  The Settlement Trustee hereby agrees to accept and hold the Settlement Trust Assets in trust for the Beneficiaries (as defined herein) subject to the terms of this Settlement Trust Agreement and the Plan.  The Settlement Trustee is hereby authorized to file with governmental authorities any documents necessary or helpful to establish the Settlement Trust.

     **1.4**     **IRREVOCABILITY**.  From and after the Effective Date, the Settlement Trust shall be irrevocable, except as expressly set forth herein.  No party except the Settlement Trustee or STAC (as defined herein) may alter, amend, revoke, or terminate the Settlement Trust.  No party shall have any power or authority to direct the Settlement Trustee to return any of the Settlement Trust Assets.

     **1.5**     **BENEFICIARIES**.  The "Beneficiaries" of the Settlement Trust will be the holders of any compensable Abuse Claims (including holders of Future Abuse Claims) and the Protected Parties.

     **1.6**     **SETTLEMENT TRUSTEE AND SETTLEMENT TRUST ADVISORY COMMITTEE**.

          (a)     There will be one initial Settlement Trustee appointed to administer the Settlement Trust.  The Settlement Trustee will be considered a "party in interest" within the meaning of section 1109(b) of the Bankruptcy Code, and will be the "administrator" of the Settlement Trust as such term is used in Treas. Reg. Section 1.468B-2(k)(3).

          (b)     A Settlement Trust Advisory Committee ("STAC") will be appointed in a manner to be specified in the Plan Supplement and consist of seven (7) members.  The STAC members shall be reasonably acceptable to the Debtors.  The STAC will serve in a fiduciary capacity, representing the interests of all holders of Abuse Claims.

          (c)     The Settlement Trustee will be required to obtain the STAC's and Future Claimants' Representative's consent (which consent shall not be unreasonably withheld) on:

          (i)     the questionnaire to be developed for distribution to holders of Abuse Claims ("Abuse Claimants") and submission to the Settlement Trust by Abuse Claimants seeking payment from the Settlement Trust;

          (ii)     determination of the total value of Settlement Trust Assets at the intervals set forth in the Trust Distribution Procedures ("TDP");

          (iii)     the appropriate percentage of compensable Abuse Claim values to distribute as initial distributions (the "Initial Payment Percentage") and any subsequent distribution under the TDP;

          (iv)     entry into any material settlements with insurers or commencement of material litigation against insurers;

          (v)     commencement or continuation of lawsuits asserting STAC Tort Election Claims (as defined in the TDP);

2

(vi)    any amendments or modifications to this Trust Agreement or the TDP;[1]

(vii)    the termination of the Settlement Trust or Litigation Trust; and

(viii)    any other matters that the Plan provides require consultation with and consent of the STAC and Future Claimants' Representative.

(d)    The STAC and the Future Claimants' Representative shall have no authority or ability to:

(i)    modify, reject, or influence any claim allowance or Allowed Claim Amount (as defined in the TDP) under the TDP; and

(ii)    amend the TDP to provide for materially different treatment for Abuse Claims including the Claims Matrix and Scaling Factors (as defined and set forth in Article VIII of the TDP).

**1.7    ACCEPTANCE OF ASSETS AND ASSUMPTION OF LIABILITIES.**

(a)    In furtherance of the purposes of the Settlement Trust, the Settlement Trustee hereby accepts the trusteeship of the Settlement Trust created by this Settlement Trust Agreement and the grant, assignment, transfer, conveyance and delivery of Settlement Trust Assets to the Settlement Trust, subject to the terms and conditions set forth in this Settlement Trust Agreement, the Plan and the Confirmation Order.

(b)    The Settlement Trust will assume all liabilities, obligations, and responsibilities of the Protected Parties for all Abuse Claims (including any Future Abuse Claims). In furtherance of the purposes of the Settlement Trust, the Settlement Trustee, on behalf of the Settlement Trust, hereby expressly assumes all responsibility for preserving, managing and distributing the Settlement Trust Corpus to the Beneficiaries. The Abuse Claims will be evaluated by the Settlement Trustee in accordance with the TDP. Except as otherwise provided in this Settlement Trust Agreement, the TDP or the Plan, the Settlement Trustee shall have all defenses, cross-claims, offsets and recoupments, as well as rights of indemnification, contribution, subrogation, and similar rights, regarding Abuse Claims that the Debtor has or would have had under applicable law.

(c)    The Settlement Trustee shall have all the rights, powers and duties set forth in this Settlement Trust Agreement, the TDP (as defined herein) and the Plan, and available under applicable law, for accomplishing the purposes of the Settlement Trust. The Settlement Trustee's powers are exercisable solely in a fiduciary capacity consistent with, and in furtherance of, the purpose of the Settlement Trust and in accordance with applicable law. The Settlement Trustee shall have the authority to bind the Settlement Trust within the limitations set forth herein but shall for all purposes hereunder be acting in the capacity as Settlement Trustee, and not individually.

(d)    In furtherance of the purposes of the Settlement Trust, the Settlement Trustee assumes responsibility for: (a) making payments to Beneficiaries; (b) receiving, collecting, liquidating, maintaining and distributing the Settlement Trust Assets; and (c) fulfilling all other obligations of the Settlement Trust under this Settlement Trust Agreement and the Plan. The Settlement Trust will be administered consistent with the purpose of the Settlement Trust and with no objective to continue or to

---

[1] See also Article 4.2 herein.

engage in the conduct of a trade or business, except to the extent reasonably necessary to preserve the liquidation value of the Settlement Trust Assets or as otherwise provided in the Plan.

(e)    **Source of Payments**.  All Settlement Trust expenses and all liabilities of the Settlement Trust with respect to Abuse Claims shall be payable solely by the Settlement Trustee out of the Settlement Trust Corpus (as defined herein).

1.8    **DOCUMENT AGREEMENT**.  The Settlement Trust will enter into the Document Agreement.

## ARTICLE II
## LITIGATION TRUST

2.1    **LITIGATION TRUST**.  The Settlement Trustee and STAC will jointly decide whether a sub-trust is required by applicable law to carry forth the litigation-related objectives of this Settlement Trust. If the Settlement Trustee and STAC decide that applicable law so requires a litigation sub-trust, the Settlement Trustee shall create a sub-trust pursuant to this Settlement Trust Agreement (the "Litigation Trust") known as the "Boy Scouts of America Litigation Trust" and governed by the terms set forth in this Article 2.1 and Settlement Trust Agreement.  The Litigation Trust is to be organized and established as a trust for the purpose of monetizing litigation or Claims of the Settlement Trust, including, without limitation, the Settlement Trust Causes of Action, the Insurance Actions and the Insurance Coverage Actions (collectively, the "Actions"), and making distributions of such assets to the Settlement Trust in a manner consistent with "liquidating trust" status under Treasury Regulation Section 301.7701-4(d).  The Litigation Trust shall serve as a mechanism for investigating, prosecuting, settling, resolving, and otherwise monetizing all Actions and distributing proceeds of such Actions to the Settlement Trust in a timely fashion in accordance with the Plan, the Confirmation Order, the TDP, this Article 2.1, and this Settlement Trust Agreement.  If created, the Litigation Trust shall have the sole responsibility for the pursuit and settlement of the Actions, and the sole power and authority to allow or settle and compromise any Actions.  For the avoidance of doubt, if created, the Litigation Trust, pursuant to section 1123(b)(3)(B) of the Bankruptcy Code and applicable state trust law, is to be appointed as the successor-in-interest to, and representative of, the Debtor and its Estate for the retention, enforcement, settlement, and adjustment of all Actions.

(a)    There will be one Litigation Trustee appointed to administer the Litigation Trust. The Litigation Trustee will be considered a "party in interest" within the meaning of section 1109(b) of the Bankruptcy Code.  The Settlement Trustee shall initially act as the Litigation Trustee.

(b)    On or as soon as practicable after the Effective Date, the Settlement Trust shall automatically and irrevocably transfer, assign, and deliver, and shall be deemed to have transferred, assigned, and delivered, all Actions and associated privileges to the Litigation Trust (the "Litigation Trust Assets").  For purposes of the transfer of documents, the Litigation Trust is an assignee and successor to the Debtor in respect of the Actions and shall be treated as such in any review of confidentiality restrictions in requested documents.  For the avoidance of doubt, following the Effective Date, the Litigation Trustee shall have the power to waive the privileges being so assigned and transferred.

(c)    Until the Litigation Trust terminates pursuant to the terms hereof, legal title to the Actions shall be vested at all times in the Litigation Trust as a separate legal entity, except where applicable law in any jurisdiction requires title to any part of the Actions to be vested in the Litigation Trustee, in which case title shall be deemed to be vested in the Litigation Trustee, solely in his capacity as Litigation Trustee.  For purposes of such jurisdictions, the term Litigation Trust, as used herein, shall be read to mean the Litigation Trustee.

(d)    In accordance with section 1123(d) of the Bankruptcy Code, the Litigation Trustee may enforce all rights to commence and pursue, as appropriate, any and all Actions after the Effective Date. No Person or entity may rely on the absence of a specific reference in the Plan to any Action against them as any indication that the Litigation Trustee will not pursue any and all available Actions or objections against them.  Unless any Action against a Person or Entity is expressly waived, relinquished, exculpated, released, compromised, or settled in the Plan or an order of the Bankruptcy Court, the Litigation Trustee expressly reserves all Actions for later adjudication, and, therefore, no preclusion doctrine including the doctrine of res judicata, collateral, estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to such Actions upon, after, or as a consequence of the Confirmation Order.

(e)    <u>Acceptance</u>. The Litigation Trustee accepts the Litigation Trust imposed by this Article 2.1 and agrees to observe and perform that Litigation Trust, on and subject to the terms and conditions set forth in this Article 2.1 and in the Plan.

(f)    <u>Litigation Trust Beneficiary</u>. The beneficiary of the Litigation Trust shall be the Settlement Trust (the "<u>Litigation Trust Beneficiary</u>").

(g)    <u>Authority</u>. The Litigation Trustee shall have the power to:

(i)    prosecute Actions on behalf of the Settlement Trust as contemplated in the TDP;

(ii)    hold legal title to any and all rights in or arising from the Litigation Trust Assets, including, but not limited to, the right to collect any and all money and other property belonging to the Litigation Trust (including any proceeds of the Litigation Trust Assets);

(iii)    perform the duties, exercise the powers, and asserts the rights of a trustee under sections 1123(b)(3)(B) of the Bankruptcy Code with respect to the Litigation Trust Assets, including the right to assert claims, defenses, offsets, and privileges;

(iv)    protect and enforce the rights of the Litigation Trust with respect to any Litigation Trust Assets by any method deemed appropriate, including, without limitation, by judicial proceeds, or pursuant to any applicable bankruptcy, insolvency, moratorium, or similar law and general principles of equity;

(v)    determine and satisfy any and all liabilities created, incurred, or assumed by the Litigation Trust;

(vi)    make all payments relating to the Litigation Trust Assets;

(vii)    assess, enforce, release, or waive any privilege or defense on behalf of the Litigation Trust, the Litigation Trust Assets, or the Litigation Trust Beneficiary, if applicable;

(viii)    prepare, or have prepared, and file, if necessary, with the appropriate taxing authority any and all tax returns, information returns, and other required documents with respect to the Litigation Trust, and pay taxes properly payable by the Litigation Trust;

(ix)    without further order of the Bankruptcy Court, but subject to the terms of this Settlement Trust Agreement, employ various consultants, third-party service providers, and other professionals, including counsel, tax advisors, consultants, brokers, investment bankers,

valuation counselors, and financial advisors, as the Litigation Trustee deems necessary to aid him in fulfilling his obligations under this Article 2.1; such consultants, third-party service providers, and other professionals shall be retained pursuant to whatever fee arrangement the Litigation Trustee deems appropriate, including contingency fee arrangements and any fees and expenses incurred by such professionals engaged by the Litigation Trustee shall be Litigation Trust Expenses and paid by the Litigation Trustee from the Litigation Trust Expense Cash Reserve;

(x)     take all steps and execute all instruments and documents necessary to effectuate the purpose of the Litigation Trust and the activities contemplated herein and in the TDP, the Confirmation Order and the Plan, and take all actions necessary to comply with the TDP, the Confirmation Order, the Plan, and this Article 2.1 and the obligations there and hereunder; and

(xi)     exercise such other powers and authority as may be vested in or assumed by the Litigation Trustee by any Final Order (the foregoing subparagraphs (i)-(x) being collectively, the "Authorized Acts").

(h)     The Litigation Trustee has the power and authority to act as trustee of the Litigation Trust and perform the Authorized Acts through the date such Litigation Trustee resigns, is removed, or is otherwise unable to serve for any reason.

(i)     Notwithstanding anything herein to the contrary, the Litigation Trust and the Litigation Trustee shall not (i) be authorized to engage in any trade or business, (ii) take any actions inconsistent with the management of the Actions as required or contemplated by applicable law, the TDP, the Confirmation Order, the Plan, and this Article 2.1, or (iii) take any action in contravention of the Confirmation Order, the Plan, or this Article 2.1.

(j)     Distributions. The Litigation Trustee shall distribute Cash proceeds of the Actions to the Settlement Trust within 30 days of receipt of such Cash proceeds, net of any amounts that (a) are reasonably necessary to maintain the value of the Litigation Trust Assets pending their monetization or other disposition during the term of the Litigation Trust, (b) are necessary to pay or reserve for reasonably incurred or anticipated Litigation Trust Expenses and any other expenses incurred by the Litigation Trust (including, but not limited to, any taxes imposed on or payable by the Litigation Trustee with respect to the Litigation Trust Assets), and (c) are necessary to satisfy or reserve for other liabilities incurred or anticipated by the Litigation Trustee in accordance with the Plan and this Article 2.1 (including, but not limited to, indemnification obligations and similar expenses).

(k)     Manner of Payment or Distribution. All distributions made by the Litigation Trustee on behalf of the Litigation Trust to the Litigation Trust Beneficiary shall be payable by the Litigation Trustee directly to the Settlement Trust, as sole Litigation Trust Beneficiary, on the date scheduled for the distribution, unless such day is not a Business Day, then such date or the distribution shall be the following Business Day, but such distribution shall be deemed to have been completed as of the required date.

(l)     Tax Treatment and Tax Return. It is intended for the initial transfer of the Litigation Trust Assets to the Litigation Trust to be treated for federal income tax purposes (and foreign, state, local tax purposes where applicable) as if the Debtor transferred the Litigation Trust Assets to the Litigation Trust Beneficiary and then, immediately thereafter, the Litigation Trust Beneficiary transferred the Litigation Trust Assets to the Litigation Trust.  Consistent with such treatment, (i) it is intended that the Litigation Trust will be treated as a grantor trust for federal income tax purposes (and foreign, state, and local income tax purposes where applicable), (ii) it is intended that the Litigation Trust Beneficiary will be treated as the grantor of the Litigation Trust and owner of the Litigation Trust Assets for federal income tax

purposes (and foreign, state, and local income tax purposes where applicable), and (iii) the Litigation Trustee shall file all federal income tax returns (and foreign, state, and local income tax returns where applicable) for the Litigation Trust Beneficiary as a grantor trust pursuant to Treasury Regulation Section 1.671-4(a). The Litigation Trustee also will annually prepare for the Litigation Trust Beneficiary, in accordance with the tax laws, a separate statement setting forth such holder's interest in the Litigation Trust and share of items of income, gain, loss, deduction or credit as relevant for U.S. federal income tax purposes for such Litigation Trust Beneficiary to use in preparing their U.S. federal income tax returns.

(m)    The Litigation Trustee shall determine the fair market value of the Litigation Trust Assets as of the Effective Date, and such valuation shall be used consistently by all parties for all federal income tax purposes.

(n)    <u>Withholding</u>. The Litigation Trustee may withhold from any amount distributed from the Litigation Trust to the Litigation Trust Beneficiary such sum or sums as are required to be withheld under the income tax laws of the United States or of any state or political subdivision thereof. Any amounts withheld pursuant hereto shall be deemed to have been distributed to and received by the Litigation Trust Beneficiary. As a condition to receiving any distribution from the Litigation Trust, the Litigation Trustee may require that the Litigation Trust Beneficiary provide such holder's taxpayer identification number and such other information and certification as may be deemed necessary for the Litigation Trustee to comply with applicable tax reporting and withholding laws.

(o)    <u>Termination</u>. The Litigation Trustee and the Litigation Trust shall be discharged or dissolved, as the case may be, at such time as the Litigation Trustee determines, in consultation with the Settlement Trustee (to the extent the Settlement Trustee is a different Person) and STAC, that the Actions are not likely to yield sufficient additional proceeds to justify further pursuit of such Estate, and all Distributions required to be made by the Litigation Trustee to the Litigation Trust Beneficiary under the Plan and this Settlement Trust Agreement have been made, but in no event shall the Litigation Trust be dissolved later than fifteen (15) years from the Effective Date unless the Bankruptcy Court, upon motion made within the six-month period before such tenth anniversary (and, in the event of further extension, by order of the Bankruptcy Court, upon motion made at least six months before the end of the preceding extension), determines that a fixed period extension (not to exceed two years, together with any prior extensions, without a favorable letter ruling from the Internal Revenue Service or an opinion of counsel that any further extension would not adversely affect the status of the Litigation Trust as a liquidating trust for federal income tax purposes) is necessary to facilitate or complete the recovery on, and liquidation of, the Litigation Trust Assets; provided, however, that each extension must be approved, upon a finding that the extension is necessary to facilitate or complete the recovery on, and liquidation of the Litigation Trust Assets, by the Bankruptcy Court within six months of the beginning of the extended term and no extension, together with any prior extensions, shall exceed three years without a favorable letter ruling from the Internal Revenue Service or an opinion of counsel that any further extension would not adversely affect the status of the Litigation Trust as a liquidating trust for federal income tax purposes.

(p)    <u>Continuance of the Litigation Trustee for Winding Up</u>. After dissolution of the Litigation Trust and for purpose of liquidating and winding up the affairs of the Litigation Trust, the Litigation Trustee shall continue to act as such until the Litigation Trustee's duties have been fully performed.  Prior to the final distribution of all remaining Litigation Trust Assets, the Litigation Trustee shall be entitled to reserve from such assets any and all amounts required to provide for the Litigation Trustee's own costs and expenses, including a reserve to fund any potential indemnification or similar obligations of the Litigation Trust, until such time as the winding up of the Litigation Trust is completed. Upon the dissolution of the Litigation Trust and completion of the winding up of the assets, liabilities and affairs of the Litigation Trust pursuant to the Delaware Statutory Trust Act, the Litigation Trustee shall file a certificate of cancellation with the State of Delaware to terminate the Litigation Trust pursuant to Section

3810 of the Delaware Statutory Trust Act (such date upon which the certificate of cancellation is filed shall be referred to as the "Termination Date").  Upon the Termination date, the Litigation Trustee shall retain for a period of two (2) years, as an expense of the Litigation Trust, the books, records, and certificated and other documents and files that have been delivered to or created by the Litigation Trustee.  At the Litigation Trustee's discretion, all of such records and documents may, but need not, be destroyed at any time after two (2) years from the Termination Date.

(q)    Except as otherwise specifically provided herein, upon the Termination Date of the Litigation Trust, the Litigation Trustee shall have no further duties or obligations hereunder.

(r)    Articles 4, 5, 6, 7, 8 and 9 of this Settlement Trust Agreement are incorporated by reference with regard to the Litigation Trust and Litigation Trustee, such that any mention of the Settlement Trust and Settlement Trustee within those Articles shall be interpreted to include the Litigation Trust and Litigation Trustee.

## ARTICLE III
## CORPUS OF THE SETTLEMENT TRUST

**3.1    SETTLEMENT TRUST COMPOSITION**.  The Settlement Trust will be funded through the transfer of the Settlement Trust Assets, any other contributions dictated by the Plan, and any income, profits, and proceeds realized, received or derived from such assets subsequent to the transfer of such assets to the Settlement Trust.  The Settlement Trust shall be liable for interest payable on any contributions made in the form of notes payable, as contemplated by the Plan.

The proceeds of any recoveries from any litigation or Claims of the Settlement Trust or Litigation Trust, including, without limitation, the Actions, will be deposited in the Settlement Trust's accounts and become the property of the Settlement Trust.  The Settlement Trust shall have the right to enforce the Plan and any of the other Plan Documents (including, among others, the Document Agreement) according to their respective terms, including the right to receive the Settlement Trust Assets as provided in the Plan.

**3.2    TRANSFER TO SETTLEMENT TRUSTEE**.  On the Effective Date, pursuant to, and at such times set forth in the Plan, all right, title, and interest in and to the Settlement Trust Assets and any proceeds thereof shall be automatically, and without further act or deed, transferred to, vested in, and assumed by the Settlement Trust free and clear of all Encumbrances or Claims or other interests of any Person in accordance with Sections 1123, 1141 and 1146(a) of the Bankruptcy Code, except as otherwise expressly provided for in the Plan.  The Settlement Trustee, on behalf of the Settlement Trust, shall receive the Settlement Trust Assets when they are transferred to the Settlement Trust.

**3.3    SETTLEMENT TRUSTEE'S RIGHT TO AND TITLE AND INTEREST IN SETTLEMENT TRUST ASSETS**.  Upon the transfer of the Settlement Trust Assets, the Settlement Trustee succeeds to all of the Debtor's, and Reorganized BSA's, the Estate's, and any other Protected Party's right to and title and Interest in the Settlement Trust Assets, and the Debtor, and Reorganized BSA, and the Estate, and any other Protected Party will have no further right to or title or interest in or with respect to the Settlement Trust Assets or this Settlement Trust, except as provided herein, in the Plan or the Confirmation Order.

**3.4    NO TAX ON TRANSFERS TO SETTLEMENT TRUST**.  Pursuant to Section 1146(a) of the Bankruptcy Code, the delivery of any deed or other instrument of transfer under, in furtherance of, or in connection with this Settlement Trust or Litigation Trust, including any deeds, bills of sale or assignments executed in connection with any transfer to the Settlement Trust, or receipt, or disposition/sale

of assets by the Settlement Trust contemplated by the Plan, shall not be subject to any stamp tax, real estate transfer tax, excise tax, sales tax, use tax or other similar tax.

**3.5     SPENDTHRIFT PROVISION**.  To the fullest extent permitted by law, neither the principal nor income of the Settlement Trust or Litigation Trust, in whole or part, shall be subject to any legal or equitable claims of creditors of any Beneficiary or others, nor to legal process, nor be voluntarily or involuntarily transferred, assigned, anticipated, pledged or otherwise alienated or encumbered except as may be ordered by the Bankruptcy Court or other competent court of jurisdiction.

**3.6     SETTLEMENT TRUST CORPUS**.  The entirety of the Settlement Trust's corpus (the ("Settlement Trust Corpus") shall be available to pay Allowed Abuse Claims (as defined in the TDP) and Settlement Trust and Litigation Trust expenses authorized by this Settlement Trust Agreement and the Settlement Trust Documents.  The Settlement Trust Corpus shall be allocated, administered, and distributed as provided in the Plan, Confirmation Order and the TDP.

**3.7     FUTURE TORT CLAIM RESERVE FUND**.  The Settlement Trustee, in consultation with the Future Claimants' Representative, shall establish a reserve, subject to approval by the Bankruptcy Court.

**3.8     PRIVILEGED AND CONFIDENTIAL INFORMATION**.  The transfer or assignment of any Privileged Information to the Settlement Trustee or Litigation Trustee shall not result in the destruction or waiver of any applicable privileges pertaining thereto.  Further, with respect to any such privileges: (a) they are transferred to or contributed for the sole purpose of enabling the Settlement Trustee to perform his or her duties to administer the Settlement Trust and for no other purpose; (b) they are vested solely in the Settlement Trustee and not in the Settlement Trust, the STAC, or any other Person, committee or subcomponent of the Settlement Trust, or any other Person (including counsel and other professionals) who has been engaged by, represents, or has represented any holder of an Abuse Claim; (c) they shall be preserved and not waived; and (d) no Privileged Information shall be publicly disclosed by the Settlement Trustee or the Settlement Trust or communicated to any Person not entitled to receive such information or in a manner that would diminish the protected status of any such information.  Notwithstanding the foregoing, nothing shall preclude the Settlement Trustee from providing Privileged Information to any Insurance Company as necessary to preserve, secure, or obtain the benefit of any rights under any Insurance Policy.  Additionally, the Settlement Trustee will treat and maintain as confidential all information designated confidential by the BSA or Reorganized BSA, including, without limitation, rosters, personnel files and other business confidential materials.

**ARTICLE IV**
**POWERS AND DUTIES OF SETTLEMENT TRUSTEE**

**4.1     POWERS AND DUTIES**.  The Settlement Trustee shall have, in addition to any other powers and discretions conferred on the Settlement Trustee by applicable trust law (to the extent not inconsistent with applicable Bankruptcy law, this Settlement Trust Agreement and/or the Plan), the Plan and other provisions in this Settlement Trust Agreement, the following powers and discretions:

(a)     to establish an Initial Payment Percentage and any subsequent distribution percentage(s);

(b)     to distribute the Settlement Trust Corpus to Abuse Claimants pursuant to the terms and conditions and the procedures for distributions established in the Trust Distribution Procedures;

      (c)     to assist the Litigation Trustee to initiate, prosecute, defend, settle, maintain, administer, preserve, pursue, and resolve, pursuant to section 1123(b)(3)(B) of the Bankruptcy Code, all legal actions and other proceedings related to any asset, liability, or responsibility of the Settlement Trust, including the Actions;

      (d)     to assist the Litigation Trustee to prosecute claims against Non-Settling Insurance Companies on behalf of holders of Abuse Claims as contemplated in the TDP;

      (e)     to enforce the Settlement Trust's rights in the Settlement Trust Assets, including through judicial proceedings or bankruptcy/insolvency proceedings;

      (f)     to assist the Litigation Trustee to maintain, administer, preserve, or pursue Insurance Coverage and the Insurance Action Recoveries on behalf of the Settlement Trust;

      (g)     to make, sign, execute, acknowledge, and deliver any documents that may be necessary or appropriate to effectuate the purposes of the Settlement Trust or to maintain and administer the Settlement Trust;

      (h)     to open and maintain bank accounts for the Settlement Trust;

      (i)     to seek enforcement of the Plan Documents;

      (j)     to retain professionals, advisors and other agents to assist in the administration of the Settlement Trust and to advise on any matter pertinent to the Plan or Settlement Trust Documents (the "Settlement Trust Professionals");

      (k)     to file (or cause to be filed) statements, returns, or disclosures relating to the Settlement Trust that are required by any Governmental Unit;

      (l)     to comply with all requirements imposed by applicable law, rule or regulation;

      (m)     to comply with Bankruptcy Code section 345 with regard to investment of Settlement Trust Assets;

      (n)     to work with the Claims Administrator to institute auditing and other procedures to detect and prevent the allowance of Abuse Claims based on fraud, as contemplated by the TDP;

      (o)     to execute any other actions contemplated by the TDP.

    **4.2**    **LIMITATIONS ON THE SETTLEMENT TRUSTEE**.  Notwithstanding anything in this Settlement Trust Agreement or the Plan to the contrary, the Settlement Trustee shall not do or undertake any of the following:

      (a)     to guaranty any debt;

      (b)     to make or enter into any loan of Settlement Trust Assets;

      (c)     to make any transfer or distribution of Settlement Trust Assets other than those authorized by the Settlement Trust Documents;

      (d)     to engage in any trade or business with respect to the Settlement Trust Assets or proceeds therefrom, other than managing such assets;

(e) to engage in any investment of the Settlement Trust Assets, other than as explicitly authorized by this Settlement Trust Agreement;

(f) to engage in any activities inconsistent with the treatment of the Settlement Trust as a "qualified settlement fund" within the meaning of Treasury Regulations issued under section 468B of the Tax Code;

(g) amend the TDP to provide for materially different treatment for Abuse Claims including the Claims Matrix and Scaling Factors (as defined and set forth in Article VIII of the TDP).

(h) amend, modify, delete, or add to the provisions of the TDP without the written consent of both the STAC and the Future Claimants' Representative.

## ARTICLE V
## TERMINATION OF THE SETTLEMENT TRUST

**5.1    WHEN TERMINATION SHALL OCCUR.**  The Settlement Trustee shall terminate the Settlement Trust after:

(a) the completion of the Settlement Trustee's administration (including the recovery of all expected Settlement Trust Assets) and distribution of the Settlement Trust Assets, and the Settlement Trustee's full performance of all duties set forth in the Settlement Trust Documents; and

(b) the Bankruptcy Court's entry of a final order approving the termination of the Settlement Trust.

Notwithstanding any other provision of this Settlement Trust Agreement, the Settlement Trust shall terminate no later than the tenth (10th) anniversary of the Effective Date.

**5.2    TERMINATION PROCEDURES.**  After termination of the Settlement Trust and solely for the purpose of liquidating and winding up its affairs, the Settlement Trustee shall continue to act as Settlement Trustee until its duties hereunder have been fully performed.  The Settlement Trustee shall retain the books, records, documents and files that shall have been delivered to or created by the Settlement Trustee until distribution of all the Settlement Trust Assets.  For purposes of this provision, Settlement Trust Assets will be deemed distributed when the total amount remaining in the Settlement Trust is less than $50,000 and no further Actions are pending or have yet to be brought by the Litigation Trustee.  At the Settlement Trustee's discretion, all of such books, records, documents and files may be destroyed at any time following the later of: (a) the first anniversary of the final distribution of the Settlement Trust Assets; and (b) the date until which the Settlement Trustee is required by applicable law to retain such books, records, documents and files; provided, however, that, notwithstanding the foregoing, the Settlement Trustee shall not destroy or discard any books, records, documents or files relating to the Settlement Trust without giving the Reorganized BSA.

**5.3    TERMINATION DISTRIBUTION.**  Upon termination of the Settlement Trust, the Settlement Trustee will pay all fees and expenses of the Settlement Trust, after which, the Settlement Trustee will distribute all remaining assets to charity to be chosen by the BSA.

**5.4    DISCHARGE, EXCULPATION AND EXONERATION.**  Upon termination of the Settlement Trust and accomplishment of all activities described in this Article 5, the Settlement Trustee and its Settlement Trust Professionals shall be discharged and exculpated from liability (except for acts or omissions resulting from the recklessness, gross negligence, willful misconduct, knowing and material violation of law or fraud of the Settlement Trustee or his agents or representatives).  The Settlement Trustee

11

may, at the expense of the Settlement Trust, seek an Order of the Bankruptcy Court confirming the discharges, exculpations and exoneration referenced in the preceding sentence.

**ARTICLE VI**
**IMMUNITY, LIABILITY AND INDEMNIFICATION**

**6.1    LIMITATIONS ON LIABILITY**.  Neither the Settlement Trustee nor any of its duly designated agents, representatives or Settlement Trust Professionals shall be liable for any act or omission taken or omitted to be taken by the Settlement Trustee in good faith, other than acts or omissions resulting from the recklessness, gross negligence, willful misconduct, knowing and material violation of law, or fraud of the Settlement Trustee or its agents or representatives.  The Settlement Trustee may, in connection with the performance of its functions, and in its sole and absolute discretion, consult with its attorneys-at-law, accountants, financial advisors and agents and shall not be liable for any act taken, omitted to be taken, or suffered to be done in accordance with advice or opinions rendered by such Persons.  Notwithstanding such authority, the Settlement Trustee shall be under no obligation to consult with its attorneys-at-law, accountants, financial advisors or agents, and its good faith determination not to do so shall not result in the imposition of liability on the Trustee, unless such determination is based on the Settlement Trustee's recklessness, gross negligence, willful misconduct, knowing and material violation of law, or fraud.

**6.2    NO RECOURSE AGAINST SETTLEMENT TRUSTEE PERSONALLY**.  No recourse shall ever be had, directly or indirectly, against the Settlement Trustee personally, or against any employee, contractor, agent, representative, attorney-at-law, accountant or other Settlement Trust Professional retained in accordance with the terms of this Settlement Trust Agreement or the Plan by the Settlement Trustee, by legal or equitable proceedings or by virtue of any statute or otherwise, nor upon any promise, contract, instrument, undertaking, obligation, covenant or trust agreement whatsoever executed by the Settlement Trustee in implementation of this Settlement Trust Agreement or the Plan, or by reason of the creation of any indebtedness by the Settlement Trustee under the Plan for any purpose authorized by this Settlement Trust Agreement or the Plan, it being expressly understood and agreed that any such promise, contract, instrument, undertaking, obligation, covenant or trust agreement entered into by the Settlement Trustee, whether in writing or otherwise, shall be enforceable only against and be satisfied only out of the Settlement Trust Assets and shall be evidence only of a right of payment out of the Settlement Trust Assets.  Notwithstanding the foregoing, the Settlement Trustee may be held liable for its recklessness, gross negligence, willful misconduct, knowing and material violation of law, or fraud; and if liability on such grounds is established, recourse may be had directly against the Settlement Trustee.  The Settlement Trust will not be covered by a bond.

**6.3    INDEMNIFICATION**.

(a)    From and after the Effective Date, the Settlement Trust will indemnify the Settlement Trustee and his or her duly designated agents and representatives to the fullest extent lawful, from and against any and all claims, liabilities, losses, actions, suits, proceedings, third-party subpoenas, damages, costs and expenses (including full reimbursement of all fees and expenses of counsel), as incurred, related to, arising out of, or in connection with the Settlement Trustee's and his or her agents' performance of their duties under the Settlement Trust Documents.

(b)    From and after the Effective Date, the Settlement Trust shall indemnify each of the Protected Parties to the fullest extent lawful, from and against any and all claims, liabilities, losses, actions, suits, proceedings, third-party subpoenas, damages, costs and expenses (including full reimbursement of all fees and expenses of counsel), as incurred, related to, arising out of, or in connection with any Abuse Claim.

12

**6.4    OTHER DUTIES, OBLIGATIONS, INDEMNIFICATION**.  The Settlement Trust will also assume all duties, obligations and indemnification responsibilities outlined in the Plan and Insurance Settlement Agreements.

**ARTICLE VII**
**COMPENSATION AND EXPENSE REIMBURSEMENT OF SETTLEMENT TRUSTEE AND ITS AGENTS**

**7.1    SETTLEMENT TRUSTEE COMPENSATION**.  The Settlement Trustee will be entitled to receive compensation from the Settlement Trust and from the Settlement Trust Assets as provided in the Settlement Trust Documents.

**7.2    COMPENSATION OF SETTLEMENT TRUSTEE'S AGENTS**.  Any Person duly retained by the Settlement Trustee pursuant to this Settlement Trust Agreement or the Plan will be entitled to reasonable compensation for services rendered.

**7.3    REIMBURSEMENT OF EXPENSES**.

(a)    All reasonable and necessary Settlement Trust Expenses incurred by the Settlement Trustee and any person retained by the Settlement Trustee in performing their duties under the Settlement Trust Documents will be reimbursed by the Settlement Trust from the Settlement Trust Assets. Settlement Trust Expenses will expressly include any and all liabilities, costs, and expenses incurred subsequent to the Effective Date in connection with the Settlement Trust Assets (including, without limitation, the prosecution of any Actions), in each case whether or not any such action results in a recovery for the Settlement Trust.

(b)    The Settlement Trust will pay all reasonable and documented Settlement Trust Expenses incurred by any Protected Party in taking any action on behalf of or at the direction of the Settlement Trust, if any.

**ARTICLE VIII**
**SUCCESSOR SETTLEMENT TRUSTEES**

**8.1    VACANCY CAUSED BY SETTLEMENT TRUSTEE RESIGNATION OR REMOVAL.**

(a)    The Settlement Trustee may resign at any time upon thirty (30) days' written notice to be filed with the Bankruptcy Court.  The Settlement Trustee shall, within thirty (30) days after such resignation takes effect, deliver to the successor Settlement Trustee all of the Settlement Trust Assets which were in the possession of the Settlement Trustee along with a complete list of Settlement Trust Assets and a complete accounting of all transactions engaged by the Settlement Trustee while serving as such.

(b)    The Bankruptcy Court may remove a Settlement Trustee upon finding that the Settlement Trustee has engaged in a breach of fiduciary duty.  The removal will take effect upon the date the Bankruptcy Court specifies.  In the event of removal, the Settlement Trustee shall, within thirty (30) days after such removal takes effect, deliver to the successor Settlement Trustee all of the Settlement Trust Assets which were in the possession of the Settlement Trustee along with a complete list of Settlement Trust Assets and a complete accounting of all transactions engaged in by the Settlement Trustee while serving as such**.**

**8.2    OUTGOING SETTLEMENT TRUSTEE OBLIGATIONS**.  In the event of the resignation or removal of the Settlement Trustee, the resigning or removed Settlement Trustee shall:

(a)     Execute and deliver by the effective date of resignation or removal such documents, instruments, records and other writings as may be reasonably requested by the successor Settlement Trustee to effect such resignation or removal and the conveyance of the Settlement Trust Assets then held by the resigning or removed Settlement Trustee to the successor Settlement Trustee;

(b)     Deliver to the successor Settlement Trustee all documents, instruments, records and other writings relating to the Settlement Trust Assets as may be in the possession or under the control of the resigning or removed Settlement Trustee;

(c)     Otherwise assist and cooperate in effecting the assumption of the resigning or removed Settlement Trustee's obligations and functions by the successor Settlement Trustee; and

(d)     irrevocably appoint the successor Settlement Trustee (and any interim trustee) as its attorney-in-fact and agent with full power of substitution for it and its name, place and stead to do any and all acts that such resigning or removed Settlement Trustee is obligated to perform under this Settlement Trust Agreement.  Such appointment shall not be affected by the subsequent disability or incompetence of the Settlement Trustee making such appointment.  The Bankruptcy Court also may enter such orders as are necessary to effect the termination of the appointment of the Settlement Trustee and the appointment of the successor Settlement Trustee.

**8.3     APPOINTMENT OF SUCCESSOR SETTLEMENT TRUSTEE.**  Any vacancy in the office of Settlement Trustee shall be filled by the nomination of a majority of the members of the STAC, subject to the approval of the Bankruptcy Court, after notice and a hearing.

**8.4     PRESERVATION OF RECORD OF CHANGES IN SETTLEMENT TRUSTEES**.  A copy of each instrument of resignation, removal, appointment and acceptance of appointment shall be attached to an executed counterpart of this Settlement Trust Agreement.

## ARTICLE IX
## SETTLEMENT TRUSTEE REPORTING AND DISCHARGE

**9.1     ANNUAL ACCOUNTINGS**.  The Settlement Trustee shall prepare, at least annually, and upon termination of the Settlement Trust, a written accounting of the administration of the Settlement Trust listing the current assets (with fair market values) and detailing all transactions that occurred during the period covered by such accounting.  Each such accounting shall be filed with the Bankruptcy Court.

**9.2     APPROVAL OF ACCOUNTINGS AND DISCHARGE OF THE SETTLEMENT TRUSTEE**.  The Settlement Trustee may file with the Bankruptcy Court a motion for approval of any accounting described in Section 8.1.  Upon the entry of an order of the Bankruptcy Court approving any such accounting, the Settlement Trustee shall be discharged from all liability, with respect to all assets listed and transactions detailed in such accounting, to the Settlement Trust, any Beneficiary or any Person who or which has had or may then or thereafter have a claim against the Settlement Trust for acts or omissions in the Settlement Trustee's capacity as the Settlement Trustee or in any other capacity contemplated by this Settlement Trust Agreement or the Plan.

## ARTICLE X
## SECTION 468B SETTLEMENT FUND

**10.1     GENERALLY.**

(a)     In accordance with the Plan, the Settlement Trustee will take all reasonable steps to ensure that the Settlement Trust will qualify as, and remain, a "qualified settlement fund" within the

meaning of § 468B of the Tax Code, and the regulations promulgated pursuant thereto.  The Debtor is the "transferor" within the meaning of Treasury Regulation Section 1.468B-1(d)(1).  The Settlement Trustee shall be classified as the "administrator" within the meaning of Treasury Regulation Section 1.468B-2(k)(3).

(b)     It is further intended that the transfers to the Settlement Trust will satisfy the "all events test" and the "economic performance" requirement of Section 461(h)(1) of the Tax Code and Treasury Regulation Section 1.461- 1 (a)(2).

**10.2     EMPLOYER IDENTIFICATION NUMBER**.  Upon establishment of the Settlement Trust, the Settlement Trustee shall apply for an employer identification number for the Settlement Trust in accordance with Treasury Regulation Section 1.468B-2(k)(4).

**10.3     RELATION-BACK ELECTION**.  If applicable, the Settlement Trustee and the Debtor shall fully cooperate in filing a relation-back election under Treasury Regulation Section 1.468B-1(j)(2), to treat the Settlement Trust as coming into existence as a settlement fund as of the earliest possible date.

**10.4     FILING REQUIREMENTS**.  The Settlement Trustee shall cause to be filed, on behalf of the Settlement Trust, all required federal, state, and local tax returns in accordance with the provisions of Treasury Regulation Section 1.468B-2(k)(1).  The Debtor or Reorganized BSA shall file an election statement(s) satisfying the requirements of Treasury Regulation Section 1.468B- 1(k)(2)(ii) so that the Settlement Trust is treated as a grantor trust under Section 671 of the Tax Code and the regulations promulgated thereunder.  The election statement shall be included with the Settlement Trust's first timely filed trust income tax return.  The Debtor or Reorganized BSA shall supply to the Settlement Trustee and to the Internal Revenue Service the statement described in Treasury Regulation Section 1.468B-3(e)(2) no later than February 15th of the year following each calendar year in which the Debtor or Reorganized BSA makes a transfer to the Settlement Trust.

**10.5     BROAD POWERS OF THE SETTLEMENT TRUSTEE**.  The Settlement Trustee is empowered to take all actions, including such actions as may be consistent with those expressly set forth above, as the Settlement Trustee deems necessary to reasonably ensure that the Settlement Trust is treated as a "qualified settlement fund" under Section 468B of the Tax Code and the regulations promulgated pursuant thereto.  Further, the Settlement Trustee may, unilaterally and without court order, amend, either in whole or in part, any administrative provision of this Settlement Trust Agreement which causes unanticipated tax consequences or liabilities inconsistent with the foregoing.

**ARTICLE XI**
**BENEFICIARIES**

**11.1     NAMES AND ADDRESSES**.  The Settlement Trustee shall keep a register (the "Register") in which the Settlement Trustee shall at all times maintain the names and addresses of the Beneficiaries and the awards made to the Beneficiaries pursuant to the Plan, Confirmation Order and TDP. The Settlement Trustee may rely upon this Register for the purposes of delivering distributions or notices. In preparing and maintaining this Register, the Settlement Trustee may rely on the name and address of each Abuse Claim holder as set forth in a proof of claim filed by such holder, or proper notice of a name or address change, which has been delivered by such Beneficiary to the Settlement Trustee.  The Settlement Trustee may deliver distributions and notices to counsel for any Beneficiary identified in such Beneficiary's proof of claim or proper notice of a name or address change.

**11.2     RIGHTS OF BENEFICIARIES**.  The rights of a Beneficiary under this Settlement Trust Agreement shall, upon the death or incapacity of an individual Beneficiary, pass to the legal representative

15

of such Beneficiary.  A Beneficiary shall have no title to, right to, possession of, management of, or control of the Settlement Trust Assets, or any right to call for a partition or division of the Settlement Trust Assets. Title to all the Settlement Trust Assets shall be vested in the Settlement Trustee, and the sole interest of the Beneficiaries shall be the rights and benefits given to such Persons under this Settlement Trust Agreement, the Plan and the TDP.

**11.3    TAX IDENTIFICATION NUMBERS**.    The Settlement Trustee may require any Beneficiary to furnish to the Settlement Trustee the Beneficiary's employer or taxpayer identification number or social security number as assigned by the IRS, and such other records or documents necessary to satisfy the Settlement Trustee's tax reporting obligations (including, but not limited to, certificates of non-foreign status).  The Settlement Trustee may condition the payment of any distribution to any Beneficiary upon receipt of such number and records or documents.

**ARTICLE XII**
**MISCELLANEOUS PROVISIONS**

**12.1    PLAN INCORPORATION**.  The Plan and the Confirmation Order are incorporated into this Settlement Trust Agreement.

**12.2    NOTICES**.  All notices or deliveries required or permitted hereunder shall be given as directed in the Plan, to the following:

If to the Settlement Trust or Settlement Trustee:

[]

If to a Beneficiary:

Counsel who signed the Beneficiary's Proof of Claim or, for an unrepresented Abuse Claimant, to the address for the claimant provided in the Proof of Claim or trust submission submitted pursuant to the terms and conditions of the TDP.

**12.3    WAIVER**.  Except as expressly provided in the Plan or this Settlement Trust Agreement, no failure or delay of any party to exercise any right or remedy pursuant to this Settlement Trust Agreement shall affect such right or remedy or constitute a waiver by such party of any right or remedy pursuant thereto.  Resort to one form of remedy shall not constitute a waiver of alternative remedies.

**12.4    MODIFICATION OF SETTLEMENT TRUST AGREEMENT**.    Material modifications to the Settlement Trust Agreement may be made only with the approval of a majority of the STAC and only to the extent that such modification does not change, frustrate or inhibit the purpose of the Settlement Trust.

**12.5    REIMBURSEMENT OF COSTS**.  If the Settlement Trustee or the Settlement Trust, as the case may be, is the prevailing party in a dispute regarding the provisions of this Settlement Trust Agreement or the enforcement thereof, the Settlement Trustee or the Settlement Trust, as the case may be, shall be entitled to pursue and collect from the non-prevailing party any and all costs, reasonable and documented out-of-pocket expenses and fees, including attorneys' fees, incurred by the Settlement Trustee or the Settlement Trust, as the case may be, in connection with such dispute or enforcement action.

**12.6    ENTIRETY OF SETTLEMENT TRUST AGREEMENT**.  This Settlement Trust Agreement supersedes any and all prior oral and written discussions and agreements with respect to the subject matter hereof.  This Settlement Trust Agreement is the sole and entire Settlement Trust Agreement,

and this Settlement Trust Agreement, together with the Exhibits hereto, the Plan, the TDP and the Confirmation Order, contain the sole and entire agreement and understanding with respect to the matters addressed therein.

**12.7    COUNTERPARTS**.  This Settlement Trust Agreement may be executed in two or more counterparts, with the same effect as if all signatures on such counterparts appeared on one document, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

**12.8    CAPTIONS**.  The captions of Articles and Sections are included for convenience only and are to be disregarded in interpreting this Settlement Trust Agreement.

**12.9    INDEPENDENT LEGAL AND TAX COUNSEL**.  All parties to this Settlement Trust Agreement have been represented by counsel and advisors (collectively referred to as "Counsel") of their own selection in this matter.  Consequently, the parties agree that the language in all parts of this Settlement Trust Agreement shall in all cases be construed as a whole according to its fair meaning and shall not be construed either strictly for or against any party.  It is specifically acknowledged and understood that this Settlement Trust Agreement has not been submitted to, nor reviewed or approved by, the IRS or the taxing authorities of any state or territory of the United States of America.

**12.10    APPLICABLE LAW**.  This Settlement Trust Agreement shall be administered under, governed by, and enforced according to the laws of the State of Delaware applicable to contracts and trust agreements made and to be performed therein, except that all matters of federal tax law and the Settlement Trust's compliance with Section 468B of the Tax Code and Treasury Regulations thereunder shall be governed by federal tax law, and all matters of federal bankruptcy law shall be governed by federal bankruptcy law.

**12.11    TERMINATION**.  This Settlement Trust Agreement shall terminate and be deemed void *ab initio* if a Confirmation Order is not entered consistent with the Plan.

IN WITNESS WHEREOF, the BSA and the Settlement Trustee execute this Settlement Trust Agreement as of the date set forth in the opening paragraph.

**Settlement Trustee**

By: _____
Printed Name: _____
Title: _____

**Boy Scouts of America**

By: _____
Printed Name: _____
Title: _____

**EXHIBIT B-2**

**SETTLEMENT TRUST AGREEMENT FOR THE BSA TOGGLE PLAN**

# BOYS SCOUTS OF AMERICA
# SETTLEMENT TRUST AGREEMENT

This SETTLEMENT TRUST AGREEMENT is made and entered in *In re Boy Scouts of America and Delaware BSA, LLC*, Case No. 20-10343 (Bankr. D. Del. 2020), by and between Boy Scouts of America ("BSA" or the "Debtor"), and [●] (the "Settlement Trustee"). This Settlement Trust Agreement is entered into pursuant to the Debtor's *Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC*, dated June 17, 2021 [D.I. [●]] (as amended, supplemented, or modified, the "Plan"). Unless otherwise specifically defined herein, capitalized terms used in this Settlement Trust Agreement shall have the meanings assigned to them in the Plan. Terms defined in the Bankruptcy Code, and not otherwise specifically defined in the Plan or herein, when used herein, have the meanings attributed to them in the Bankruptcy Code.

## RECITALS

A.    On the Petition Date, the BSA filed a voluntary petition under chapter 11 of the Bankruptcy Code. BSA continued in possession of its property and has continued to operate and manage its business as debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

B.    It is anticipated that in 2021, the Bankruptcy Court will enter an order confirming the Plan (the "Confirmation Order").

C.    The Plan anticipates the existence of the Settlement Trust and the transfer and assignment to the Settlement Trust of the Settlement Trust Assets.

D.    Pursuant to the Plan, the Settlement Trust is to use the Settlement Trust Assets to pay the compensable Abuse Claims, and meet indemnity and other obligations in accordance with the provisions of the Plan.

E.    The Settlement Trust is established for the benefit of the Beneficiaries (as defined herein) and is intended to qualify as a "qualified settlement fund" for federal income tax purposes and within the meaning of Treasury Regulations issued under section 468B of the Internal Revenue Code of 1986, as amended (the "Tax Code"). The Settlement Trustee shall administer and maintain the Settlement Trust in compliance with all relevant guidelines for maintaining the Settlement Trust's status as a "qualified settlement fund" issued by the Internal Revenue Service (the "IRS").

F.    Pursuant to the Plan and the Confirmation Order, the Settlement Trustee shall be duly appointed as a representative of the Estate pursuant to Sections 1123(a)(5), (a)(7), and (b)(3)(B) of the Bankruptcy Code.

**NOW, THEREFORE**, pursuant to the Plan and the Confirmation Order, in consideration of the premises and the provisions in the Plan, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and affirmed, it is agreed as follows:

## ARTICLE I
## AGREEMENT OF TRUST

**1.1    CREATION AND NAME**. The Debtor hereby creates a trust known as "Boy Scouts of America Settlement Trust," which is the Settlement Trust provided for in the Plan.

**1.2    PURPOSE**. The purpose of the Settlement Trust is to assume any liability for all Abuse Claims; to hold, preserve, maximize and administer the Settlement Trust Assets; and to direct the processing, liquidation, and payment of all compensable Abuse Claims. The Settlement Trust will resolve

Abuse Claims in accordance with the Settlement Trust Documents in such a way that the holders of similar Abuse Claims are treated equitably and in substantially the same manner.

       1.3     **TRANSFER OF ASSETS**.  Pursuant to the Plan and on the Effective Date, all right, title, and interest in and to the Settlement Trust Assets and any proceeds thereof shall be automatically, and without further act or deed, transferred to, vested in, and assumed by the Settlement Trust free and clear of all Encumbrances or Claims or other interests of any Person.  The Settlement Trustee hereby agrees to accept and hold the Settlement Trust Assets in trust for the Beneficiaries (as defined herein) subject to the terms of this Settlement Trust Agreement and the Plan.  The Settlement Trustee is hereby authorized to file with governmental authorities any documents necessary or helpful to establish the Settlement Trust.

       1.4     **IRREVOCABILITY**.  From and after the Effective Date, the Settlement Trust shall be irrevocable except as expressly set forth herein.  No party except the Settlement Trustee or STAC (as defined herein) may alter, amend, revoke, or terminate the Settlement Trust.  No party shall have any power or authority to direct the Settlement Trustee to return any of the Settlement Trust Assets.

       1.5     **BENEFICIARIES**.  The "Beneficiaries" of the Settlement Trust will be the holders of any compensable Abuse Claims (including holders of Future Abuse Claims) and the Protected Parties.

       1.6     **SETTLEMENT TRUSTEE AND SETTLEMENT TRUST ADVISORY COMMITTEE**.

       (a)     There will be one initial Settlement Trustee appointed to administer the Settlement Trust.  The Settlement Trustee will be considered a "party in interest" within the meaning of section 1109(b) of the Bankruptcy Code, and will be the "administrator" of the Settlement Trust as such term is used in Treas. Reg. Section 1.468B-2(k)(3).

       (b)     A Settlement Trust Advisory Committee ("STAC") will be appointed in a manner to be specified in the Plan Supplement and consist of three members.  The STAC members shall be reasonably acceptable to the Debtors.  The STAC will serve in a fiduciary capacity, representing the interests of all holders of Abuse Claims.

       (c)     The Settlement Trustee will be required to consult with the STAC on:

       (i)     the questionnaire to be developed for distribution to holders of Abuse Claims ("Abuse Claimants") and submission to the Settlement Trust by Abuse Claimants seeking payment from the Settlement Trust;

       (ii)     the accurate factor for scaling Abuse Claim values based on the size of the Settlement Trust Corpus (as defined herein) and total aggregate Abuse Claim values, as described in the Trust Distribution Procedures ("TDP");

       (iii)     determination of the total value of Settlement Trust Assets at the intervals set forth in the TDP;

       (iv)     the appropriate percentage of compensable Abuse Claim values to distribute as initial distributions (the "Initial Payment Percentage") and any subsequent distribution under the TDP;

       (v)     entry into any material settlements with insurers or commencement of material litigation against insurers;

(vi)    any amendments or modifications to this Trust Agreement or the TDP; and

(vii)    the termination of the Settlement Trust or Litigation Trust.

**1.7    ACCEPTANCE OF ASSETS AND ASSUMPTION OF LIABILITIES.**

(a)    In furtherance of the purposes of the Settlement Trust, the Settlement Trustee hereby accepts the trusteeship of the Settlement Trust created by this Settlement Trust Agreement and the grant, assignment, transfer, conveyance and delivery of Settlement Trust Assets to the Settlement Trust, subject to the terms and conditions set forth in this Settlement Trust Agreement, the Plan and the Confirmation Order.

(b)    The Settlement Trust will assume all liabilities, obligations, and responsibilities of the Protected Parties for all Abuse Claims (including any Future Abuse Claims).  In furtherance of the purposes of the Settlement Trust, the Settlement Trustee, on behalf of the Settlement Trust, hereby expressly assumes all responsibility for preserving, managing and distributing the Settlement Trust Corpus to the Beneficiaries.  The Abuse Claims will be evaluated by the Settlement Trustee in accordance with the TDP.  Except as otherwise provided in this Settlement Trust Agreement, the TDP or the Plan, the Settlement Trustee shall have all defenses, cross-claims, offsets and recoupments, as well as rights of indemnification, contribution, subrogation, and similar rights, regarding Abuse Claims that the Debtor has or would have had under applicable law.

(c)    The Settlement Trustee shall have all the rights, powers and duties set forth in this Settlement Trust Agreement, the TDP (as defined herein) and the Plan, and available under applicable law, for accomplishing the purposes of the Settlement Trust.  The Settlement Trustee's powers are exercisable solely in a fiduciary capacity consistent with, and in furtherance of, the purpose of the Settlement Trust and in accordance with applicable law.  The Settlement Trustee shall have the authority to bind the Settlement Trust within the limitations set forth herein but shall for all purposes hereunder be acting in the capacity as Settlement Trustee, and not individually.

(d)    In furtherance of the purposes of the Settlement Trust, the Settlement Trustee assumes responsibility for: (a) making payments to Beneficiaries; (b) receiving, collecting, liquidating, maintaining and distributing the Settlement Trust Assets; and (c) fulfilling all other obligations of the Settlement Trust under this Settlement Trust Agreement and the Plan.  The Settlement Trust will be administered consistent with the purpose of the Settlement Trust and with no objective to continue or to engage in the conduct of a trade or business, except to the extent reasonably necessary to preserve the liquidation value of the Settlement Trust Assets or as otherwise provided in the Plan.

(e)    **Source of Payments**.  All Settlement Trust expenses and all liabilities of the Settlement Trust with respect to Abuse Claims shall be payable solely by the Settlement Trustee out of the Settlement Trust Corpus (as defined herein).

**1.8    DOCUMENT AGREEMENT**.  The Settlement Trust will enter into the Document Agreement.

**ARTICLE II**
**LITIGATION TRUST**

**2.1    LITIGATION TRUST**.  The Settlement Trustee and STAC will jointly decide whether a sub-trust is required by applicable law to carry forth the litigation-related objectives of this Settlement Trust. If the Settlement Trustee and STAC decide that applicable law so requires a litigation sub-trust, the

Settlement Trustee shall create a sub-trust pursuant to this Settlement Trust Agreement (the "Litigation Trust") known as the "Boy Scouts of America Litigation Trust" and governed by the terms set forth in this Article 2.1 and Settlement Trust Agreement.  The Litigation Trust is to be organized and established as a trust for the purpose of monetizing litigation or Claims of the Settlement Trust, including, without limitation, the Settlement Trust Causes of Action, the Insurance Actions and the Insurance Coverage Actions (collectively, the "Actions"), and making distributions of such assets to the Settlement Trust in a manner consistent with "liquidating trust" status under Treasury Regulation Section 301.7701-4(d).  The Litigation Trust shall serve as a mechanism for investigating, prosecuting, settling, resolving, and otherwise monetizing all Actions and distributing proceeds of such Actions to the Settlement Trust in a timely fashion in accordance with the Plan, the Confirmation Order, the TDP, this Article 2.1, and this Settlement Trust Agreement.  If created, the Litigation Trust shall have the sole responsibility for the pursuit and settlement of the Actions, and the sole power and authority to allow or settle and compromise any Actions.  For the avoidance of doubt, if created, the Litigation Trust, pursuant to section 1123(b)(3)(B) of the Bankruptcy Code and applicable state trust law, is to be appointed as the successor-in-interest to, and representative of, the Debtor and its Estate for the retention, enforcement, settlement, and adjustment of all Actions.

(a)     There will be one Litigation Trustee appointed to administer the Litigation Trust. The Litigation Trustee will be considered a "party in interest" within the meaning of section 1109(b) of the Bankruptcy Code.  The Settlement Trustee shall initially act as the Litigation Trustee.

(b)     On or as soon as practicable after the Effective Date, the Settlement Trust shall automatically and irrevocably transfer, assign, and deliver, and shall be deemed to have transferred, assigned, and delivered, all Actions and associated privileges to the Litigation Trust (the "Litigation Trust Assets").  For purposes of the transfer of documents, the Litigation Trust is an assignee and successor to the Debtor in respect of the Actions and shall be treated as such in any review of confidentiality restrictions in requested documents.  For the avoidance of doubt, following the Effective Date, the Litigation Trustee shall have the power to waive the privileges being so assigned and transferred.

(c)     Until the Litigation Trust terminates pursuant to the terms hereof, legal title to the Actions shall be vested at all times in the Litigation Trust as a separate legal entity, except where applicable law in any jurisdiction requires title to any part of the Actions to be vested in the Litigation Trustee, in which case title shall be deemed to be vested in the Litigation Trustee, solely in his capacity as Litigation Trustee.  For purposes of such jurisdictions, the term Litigation Trust, as used herein, shall be read to mean the Litigation Trustee.

(d)     In accordance with section 1123(d) of the Bankruptcy Code, the Litigation Trustee may enforce all rights to commence and pursue, as appropriate, any and all Actions after the Effective Date. No Person or entity may rely on the absence of a specific reference in the Plan to any Action against them as any indication that the Litigation Trustee will not pursue any and all available Actions or objections against them.  Unless any Action against a Person or Entity is expressly waived, relinquished, exculpated, released, compromised, or settled in the Plan or an order of the Bankruptcy Court, the Litigation Trustee expressly reserves all Actions for later adjudication, and, therefore, no preclusion doctrine including the doctrine of res judicata, collateral, estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to such Actions upon, after, or as a consequence of the Confirmation Order.

(e)     Acceptance. The Litigation Trustee accepts the Litigation Trust imposed by this Article 2.1 and agrees to observe and perform that Litigation Trust, on and subject to the terms and conditions set forth in this Article 2.1 and in the Plan.

(f)      _Litigation Trust Beneficiary_. The beneficiary of the Litigation Trust shall be the Settlement Trust (the "_Litigation Trust Beneficiary_").

(g)      _Authority_. The Litigation Trustee shall have the power to:

(i)      prosecute Actions on behalf of the Settlement Trust as contemplated in the TDP;

(ii)      hold legal title to any and all rights in or arising from the Litigation Trust Assets, including, but not limited to, the right to collect any and all money and other property belonging to the Litigation Trust (including any proceeds of the Litigation Trust Assets);

(iii)      perform the duties, exercise the powers, and asserts the rights of a trustee under sections 1123(b)(3)(B) of the Bankruptcy Code with respect to the Litigation Trust Assets, including the right to assert claims, defenses, offsets, and privileges;

(iv)      protect and enforce the rights of the Litigation Trust with respect to any Litigation Trust Assets by any method deemed appropriate, including, without limitation, by judicial proceeds, or pursuant to any applicable bankruptcy, insolvency, moratorium, or similar law and general principles of equity;

(v)      determine and satisfy any and all liabilities created, incurred, or assumed by the Litigation Trust;

(vi)      make all payments relating to the Litigation Trust Assets;

(vii)      assess, enforce, release, or waive any privilege or defense on behalf of the Litigation Trust, the Litigation Trust Assets, or the Litigation Trust Beneficiary, if applicable;

(viii)      prepare, or have prepared, and file, if necessary, with the appropriate taxing authority any and all tax returns, information returns, and other required documents with respect to the Litigation Trust, and pay taxes properly payable by the Litigation Trust;

(ix)      without further order of the Bankruptcy Court, but subject to the terms of this Settlement Trust Agreement, employ various consultants, third-party service providers, and other professionals, including counsel, tax advisors, consultants, brokers, investment bankers, valuation counselors, and financial advisors, as the Litigation Trustee deems necessary to aid him in fulfilling his obligations under this Article 2.1; such consultants, third-party service providers, and other professionals shall be retained pursuant to whatever fee arrangement the Litigation Trustee deems appropriate, including contingency fee arrangements and any fees and expenses incurred by such professionals engaged by the Litigation Trustee shall be Litigation Trust Expenses and paid by the Litigation Trustee from the Litigation Trust Expense Cash Reserve;

(x)      take all steps and execute all instruments and documents necessary to effectuate the purpose of the Litigation Trust and the activities contemplated herein and in the TDP, the Confirmation Order and the Plan, and take all actions necessary to comply with the TDP, the Confirmation Order, the Plan, and this Article 2.1 and the obligations there and hereunder; and

(xi)      exercise such other powers and authority as may be vested in or assumed by the Litigation Trustee by any Final Order (the foregoing subparagraphs (i)-(x) being collectively, the "_Authorized Acts_").

(h)    The Litigation Trustee has the power and authority to act as trustee of the Litigation Trust and perform the Authorized Acts through the date such Litigation Trustee resigns, is removed, or is otherwise unable to serve for any reason.

(i)    Notwithstanding anything herein to the contrary, the Litigation Trust and the Litigation Trustee shall not (i) be authorized to engage in any trade or business, (ii) take any actions inconsistent with the management of the Actions as required or contemplated by applicable law, the TDP, the Confirmation Order, the Plan, and this Article 2.1, or (iii) take any action in contravention of the Confirmation Order, the Plan, or this Article 2.1.

(j)    <u>Distributions</u>. The Litigation Trustee shall distribute Cash proceeds of the Actions to the Settlement Trust within 30 days of receipt of such Cash proceeds, net of any amounts that (a) are reasonably necessary to maintain the value of the Litigation Trust Assets pending their monetization or other disposition during the term of the Litigation Trust, (b) are necessary to pay or reserve for reasonably incurred or anticipated Litigation Trust Expenses and any other expenses incurred by the Litigation Trust (including, but not limited to, any taxes imposed on or payable by the Litigation Trustee with respect to the Litigation Trust Assets), and (c) are necessary to satisfy or reserve for other liabilities incurred or anticipated by the Litigation Trustee in accordance with the Plan and this Article 2.1 (including, but not limited to, indemnification obligations and similar expenses).

(k)    <u>Manner of Payment or Distribution</u>. All distributions made by the Litigation Trustee on behalf of the Litigation Trust to the Litigation Trust Beneficiary shall be payable by the Litigation Trustee directly to the Settlement Trust, as sole Litigation Trust Beneficiary, on the date scheduled for the distribution, unless such day is not a Business Day, then such date or the distribution shall be the following Business Day, but such distribution shall be deemed to have been completed as of the required date.

(l)    <u>Tax Treatment and Tax Return.</u> It is intended for the initial transfer of the Litigation Trust Assets to the Litigation Trust to be treated for federal income tax purposes (and foreign, state, local tax purposes where applicable) as if the Debtor transferred the Litigation Trust Assets to the Litigation Trust Beneficiary and then, immediately thereafter, the Litigation Trust Beneficiary transferred the Litigation Trust Assets to the Litigation Trust.  Consistent with such treatment, (i) it is intended that the Litigation Trust will be treated as a grantor trust for federal income tax purposes (and foreign, state, and local income tax purposes where applicable), (ii) it is intended that the Litigation Trust Beneficiary will be treated as the grantor of the Litigation Trust and owner of the Litigation Trust Assets for federal income tax purposes (and foreign, state, and local income tax purposes where applicable), and (iii) the Litigation Trustee shall file all federal income tax returns (and foreign, state, and local income tax returns where applicable) for the Litigation Trust Beneficiary as a grantor trust pursuant to Treasury Regulation Section 1.671-4(a). The Litigation Trustee also will annually prepare for the Litigation Trust Beneficiary, in accordance with the tax laws, a separate statement setting forth such holder's interest in the Litigation Trust and share of items of income, gain, loss, deduction or credit as relevant for U.S. federal income tax purposes for such Litigation Trust Beneficiary to use in preparing their U.S. federal income tax returns.

(m)    The Litigation Trustee shall determine the fair market value of the Litigation Trust Assets as of the Effective Date, and such valuation shall be used consistently by all parties for all federal income tax purposes.

(n)    <u>Withholding</u>. The Litigation Trustee may withhold from any amount distributed from the Litigation Trust to the Litigation Trust Beneficiary such sum or sums as are required to be withheld under the income tax laws of the United States or of any state or political subdivision thereof. Any amounts withheld pursuant hereto shall be deemed to have been distributed to and received by the Litigation Trust

Beneficiary. As a condition to receiving any distribution from the Litigation Trust, the Litigation Trustee may require that the Litigation Trust Beneficiary provide such holder's taxpayer identification number and such other information and certification as may be deemed necessary for the Litigation Trustee to comply with applicable tax reporting and withholding laws.

(o)     Termination.  The Litigation Trustee and the Litigation Trust shall be discharged or dissolved, as the case may be, at such time as the Litigation Trustee determines, in consultation with the Settlement Trustee (to the extent the Settlement Trustee is a different Person) and STAC, that the Actions are not likely to yield sufficient additional proceeds to justify further pursuit of such Estate, and all Distributions required to be made by the Litigation Trustee to the Litigation Trust Beneficiary under the Plan and this Settlement Trust Agreement have been made, but in no event shall the Litigation Trust be dissolved later than fifteen (15) years from the Effective Date unless the Bankruptcy Court, upon motion made within the six-month period before such tenth anniversary (and, in the event of further extension, by order of the Bankruptcy Court, upon motion made at least six months before the end of the preceding extension), determines that a fixed period extension (not to exceed two years, together with any prior extensions, without a favorable letter ruling from the Internal Revenue Service or an opinion of counsel that any further extension would not adversely affect the status of the Litigation Trust as a liquidating trust for federal income tax purposes) is necessary to facilitate or complete the recovery on, and liquidation of, the Litigation Trust Assets; provided, however, that each extension must be approved, upon a finding that the extension is necessary to facilitate or complete the recovery on, and liquidation of the Litigation Trust Assets, by the Bankruptcy Court within six months of the beginning of the extended term and no extension, together with any prior extensions, shall exceed three years without a favorable letter ruling from the Internal Revenue Service or an opinion of counsel that any further extension would not adversely affect the status of the Litigation Trust as a liquidating trust for federal income tax purposes.

(p)     Continuance of the Litigation Trustee for Winding Up. After dissolution of the Litigation Trust and for purpose of liquidating and winding up the affairs of the Litigation Trust, the Litigation Trustee shall continue to act as such until the Litigation Trustee's duties have been fully performed.  Prior to the final distribution of all remaining Litigation Trust Assets, the Litigation Trustee shall be entitled to reserve from such assets any and all amounts required to provide for the Litigation Trustee's own costs and expenses, including a reserve to fund any potential indemnification or similar obligations of the Litigation Trust, until such time as the winding up of the Litigation Trust is completed. Upon the dissolution of the Litigation Trust and completion of the winding up of the assets, liabilities and affairs of the Litigation Trust pursuant to the Delaware Statutory Trust Act, the Litigation Trustee shall file a certificate of cancellation with the State of Delaware to terminate the Litigation Trust pursuant to Section 3810 of the Delaware Statutory Trust Act (such date upon which the certificate of cancellation is filed shall be referred to as the "Termination Date").  Upon the Termination date, the Litigation Trustee shall retain for a period of two (2) years, as an expense of the Litigation Trust, the books, records, and certificated and other documents and files that have been delivered to or created by the Litigation Trustee.  At the Litigation Trustee's discretion, all of such records and documents may, but need not, be destroyed at any time after two (2) years from the Termination Date.

(q)     Except as otherwise specifically provided herein, upon the Termination Date of the Litigation Trust, the Litigation Trustee shall have no further duties or obligations hereunder.

(r)     Articles 4, 5, 6, 7, 8 and 9 of this Settlement Trust Agreement are incorporated by reference with regard to the Litigation Trust and Litigation Trustee, such that any mention of the Settlement Trust and Settlement Trustee within those Articles shall be interpreted to include the Litigation Trust and Litigation Trustee.

## ARTICLE III
## CORPUS OF THE SETTLEMENT TRUST

**3.1    SETTLEMENT TRUST COMPOSITION**.  The Settlement Trust will be funded through the transfer of the Settlement Trust Assets and any income, profits, and proceeds realized, received or derived from such assets subsequent to the transfer of such assets to the Settlement Trust.

The proceeds of any recoveries from any litigation or Claims of the Settlement Trust or Litigation Trust, including, without limitation, the Actions, will be deposited in the Settlement Trust's accounts and become the property of the Settlement Trust.  The Settlement Trust shall have the right to enforce the Plan and any of the other Plan Documents (including, among others, the Document Agreement) according to their respective terms, including the right to receive the Settlement Trust Assets as provided in the Plan.

**3.2    TRANSFER TO SETTLEMENT TRUSTEE**.  On the Effective Date, pursuant to, and at such times set forth in the Plan, all right, title, and interest in and to the Settlement Trust Assets and any proceeds thereof shall be automatically, and without further act or deed, transferred to, vested in, and assumed by the Settlement Trust free and clear of all Encumbrances or Claims or other interests of any Person in accordance with Sections 1123, 1141 and 1146(a) of the Bankruptcy Code, except as otherwise expressly provided for in the Plan.  The Settlement Trustee, on behalf of the Settlement Trust, shall receive the Settlement Trust Assets when they are transferred to the Settlement Trust.

**3.3    SETTLEMENT TRUSTEE'S RIGHT TO AND TITLE AND INTEREST IN SETTLEMENT TRUST ASSETS**.  Upon the transfer of the Settlement Trust Assets, the Settlement Trustee succeeds to all of the Debtor's, and Reorganized BSA's, the Estate's, and any other Protected Party's right to and title and Interest in the Settlement Trust Assets, and the Debtor, and Reorganized BSA, and the Estate, and any other Protected Party will have no further right to or title or interest in or with respect to the Settlement Trust Assets or this Settlement Trust, except as provided herein, in the Plan or the Confirmation Order.

**3.4    NO TAX ON TRANSFERS TO SETTLEMENT TRUST**.  Pursuant to Section 1146(a) of the Bankruptcy Code, the delivery of any deed or other instrument of transfer under, in furtherance of, or in connection with this Settlement Trust or Litigation Trust, including any deeds, bills of sale or assignments executed in connection with any transfer to the Settlement Trust, or receipt, or disposition/sale of assets by the Settlement Trust contemplated by the Plan, shall not be subject to any stamp tax, real estate transfer tax, excise tax, sales tax, use tax or other similar tax.

**3.5    SPENDTHRIFT PROVISION**.  To the fullest extent permitted by law, neither the principal nor income of the Settlement Trust or Litigation Trust, in whole or part, shall be subject to any legal or equitable claims of creditors of any Beneficiary or others, nor to legal process, nor be voluntarily or involuntarily transferred, assigned, anticipated, pledged or otherwise alienated or encumbered except as may be ordered by the Bankruptcy Court or other competent court of jurisdiction.

**3.6    SETTLEMENT TRUST CORPUS**.  The entirety of the Settlement Trust's corpus (the ("Settlement Trust Corpus") shall be available to pay eligible Abuse Claims and Settlement Trust and Litigation Trust expenses authorized by this Settlement Trust Agreement and the Settlement Trust Documents.  The Settlement Trust Corpus shall be allocated, administered, and distributed as provided in the Plan, Confirmation Order and the TDP.

**3.7    FUTURE TORT CLAIM RESERVE FUND**.  The Settlement Trustee, in consultation with the Future Claimants' Representative, shall establish a reserve, subject to approval by the Bankruptcy Court.

**3.8    PRIVILEGED AND CONFIDENTIAL INFORMATION**.  The transfer or assignment of any Privileged Information to the Settlement Trustee or Litigation Trustee shall not result in the destruction or waiver of any applicable privileges pertaining thereto.  Further, with respect to any such privileges: (a) they are transferred to or contributed for the sole purpose of enabling the Settlement Trustee to perform his or her duties to administer the Settlement Trust and for no other purpose; (b) they are vested solely in the Settlement Trustee and not in the Settlement Trust, the STAC, or any other Person, committee or subcomponent of the Settlement Trust, or any other Person (including counsel and other professionals) who has been engaged by, represents, or has represented any holder of an Abuse Claim; (c) they shall be preserved and not waived; and (d) no Privileged Information shall be publicly disclosed by the Settlement Trustee or the Settlement Trust or communicated to any Person not entitled to receive such information or in a manner that would diminish the protected status of any such information.  Notwithstanding the foregoing, nothing shall preclude the Settlement Trustee from providing Privileged Information to any Insurance Company as necessary to preserve, secure, or obtain the benefit of any rights under any Insurance Policy.  Additionally, the Settlement Trustee will treat and maintain as confidential all information designated confidential by the BSA or Reorganized BSA, including, without limitation, rosters, personnel files and other business confidential materials.

**ARTICLE IV**
**POWERS AND DUTIES OF SETTLEMENT TRUSTEE**

**4.1    POWERS AND DUTIES**.  The Settlement Trustee shall have, in addition to any other powers and discretions conferred on the Settlement Trustee by applicable trust law (to the extent not inconsistent with applicable Bankruptcy law, this Settlement Trust Agreement and/or the Plan), the Plan and other provisions in this Settlement Trust Agreement, the following powers and discretions:

(a)    to establish an Initial Payment Percentage and any subsequent distribution percentage(s);

(b)    to distribute the Settlement Trust Corpus to Abuse Claimants pursuant to the terms and conditions and the procedures for distributions established in the Trust Distribution Procedures;

(c)    to assist the Litigation Trustee to initiate, prosecute, defend, settle, maintain, administer, preserve, pursue, and resolve, pursuant to section 1123(b)(3)(B) of the Bankruptcy Code, all legal actions and other proceedings related to any asset, liability, or responsibility of the Settlement Trust, including the Actions;

(d)    to assist the Litigation Trustee to prosecute claims against Non-Settling Insurance Companies on behalf of holders of Abuse Claims as contemplated in the TDP;

(e)    to enforce the Settlement Trust's rights in the Settlement Trust Assets, including through judicial proceedings or bankruptcy/insolvency proceedings;

(f)    to assist the Litigation Trustee to maintain, administer, preserve, or pursue Insurance Coverage and the Insurance Action Recoveries on behalf of the Settlement Trust;

(g)    to make, sign, execute, acknowledge, and deliver any documents that may be necessary or appropriate to effectuate the purposes of the Settlement Trust or to maintain and administer the Settlement Trust;

(h)    to open and maintain bank accounts for the Settlement Trust;

(i)    to seek enforcement of the Plan Documents;

9

(j)  to retain professionals, advisors and other agents to assist in the administration of the Settlement Trust and to advise on any matter pertinent to the Plan or Settlement Trust Documents (the "Settlement Trust Professionals");

(k)  to file (or cause to be filed) statements, returns, or disclosures relating to the Settlement Trust that are required by any Governmental Unit;

(l)  to comply with all requirements imposed by applicable law, rule or regulation;

(m)  to comply with Bankruptcy Code section 345 with regard to investment of Settlement Trust Assets.

(n)  to execute any other actions contemplated by the TDP.

**4.2  LIMITATIONS ON THE SETTLEMENT TRUSTEE**.  Notwithstanding anything in this Settlement Trust Agreement or the Plan to the contrary, the Settlement Trustee shall not do or undertake any of the following:

(a)  to guaranty any debt;

(b)  to make or enter into any loan of Settlement Trust Assets;

(c)  to make any transfer or distribution of Settlement Trust Assets other than those authorized by the Settlement Trust Documents;

(d)  to engage in any trade or business with respect to the Settlement Trust Assets or proceeds therefrom, other than managing such assets;

(e)  to engage in any investment of the Settlement Trust Assets, other than as explicitly authorized by this Settlement Trust Agreement;

(f)  to engage in any activities inconsistent with the treatment of the Settlement Trust as a "qualified settlement fund" within the meaning of Treasury Regulations issued under section 468B of the Tax Code.

(g)  amend the TDP to provide for materially different treatment for Abuse Claims including the Claims Matrix and Scaling Factors (as defined and set forth in Article VI of the TDP).

### ARTICLE V
### TERMINATION OF THE SETTLEMENT TRUST

**5.1  WHEN TERMINATION SHALL OCCUR**.  The Settlement Trustee shall terminate the Settlement Trust after:

(a)  the completion of the Settlement Trustee's administration (including the recovery of all expected Settlement Trust Assets) and distribution of the Settlement Trust Assets, and the Settlement Trustee's full performance of all duties set forth in the Settlement Trust Documents; and

(b)  the Bankruptcy Court's entry of a final order approving the termination of the Settlement Trust.

Notwithstanding any other provision of this Settlement Trust Agreement, the Settlement Trust shall terminate no later than the tenth (10th) anniversary of the Effective Date.

5.2     **TERMINATION PROCEDURES**.  After termination of the Settlement Trust and solely for the purpose of liquidating and winding up its affairs, the Settlement Trustee shall continue to act as Settlement Trustee until its duties hereunder have been fully performed.  The Settlement Trustee shall retain the books, records, documents and files that shall have been delivered to or created by the Settlement Trustee until distribution of all the Settlement Trust Assets.  For purposes of this provision, Settlement Trust Assets will be deemed distributed when the total amount remaining in the Settlement Trust is less than $50,000 and no further Actions are pending or have yet to be brought by the Litigation Trustee.  At the Settlement Trustee's discretion, all of such books, records, documents and files may be destroyed at any time following the later of: (a) the first anniversary of the final distribution of the Settlement Trust Assets; and (b) the date until which the Settlement Trustee is required by applicable law to retain such books, records, documents and files; provided, however, that, notwithstanding the foregoing, the Settlement Trustee shall not destroy or discard any books, records, documents or files relating to the Settlement Trust without giving the Reorganized BSA.

5.3     **TERMINATION DISTRIBUTION**.  Upon termination of the Settlement Trust, the Settlement Trustee will pay all fees and expenses of the Settlement Trust, after which, the Settlement Trustee will distribute all remaining assets to charity to be chosen by the BSA.

5.4     **DISCHARGE, EXCULPATION AND EXONERATION**.  Upon termination of the Settlement Trust and accomplishment of all activities described in this Article 5, the Settlement Trustee and its Settlement Trust Professionals shall be discharged and exculpated from liability (except for acts or omissions resulting from the recklessness, gross negligence, willful misconduct, knowing and material violation of law or fraud of the Settlement Trustee or his agents or representatives).  The Settlement Trustee may, at the expense of the Settlement Trust, seek an Order of the Bankruptcy Court confirming the discharges, exculpations and exoneration referenced in the preceding sentence.

**ARTICLE VI**
**IMMUNITY, LIABILITY AND INDEMNIFICATION**

6.1     **LIMITATIONS ON LIABILITY**.  Neither the Settlement Trustee nor any of its duly designated agents, representatives or Settlement Trust Professionals shall be liable for any act or omission taken or omitted to be taken by the Settlement Trustee in good faith, other than acts or omissions resulting from the recklessness, gross negligence, willful misconduct, knowing and material violation of law, or fraud of the Settlement Trustee or its agents or representatives.  The Settlement Trustee may, in connection with the performance of its functions, and in its sole and absolute discretion, consult with its attorneys-at-law, accountants, financial advisors and agents and shall not be liable for any act taken, omitted to be taken, or suffered to be done in accordance with advice or opinions rendered by such Persons.  Notwithstanding such authority, the Settlement Trustee shall be under no obligation to consult with its attorneys-at-law, accountants, financial advisors or agents, and its good faith determination not to do so shall not result in the imposition of liability on the Trustee, unless such determination is based on the Settlement Trustee's recklessness, gross negligence, willful misconduct, knowing and material violation of law, or fraud.

6.2     **NO RECOURSE AGAINST SETTLEMENT TRUSTEE PERSONALLY**.  No recourse shall ever be had, directly or indirectly, against the Settlement Trustee personally, or against any employee, contractor, agent, representative, attorney-at-law, accountant or other Settlement Trust Professional retained in accordance with the terms of this Settlement Trust Agreement or the Plan by the Settlement Trustee, by legal or equitable proceedings or by virtue of any statute or otherwise, nor upon any promise, contract, instrument, undertaking, obligation, covenant or trust agreement whatsoever executed

by the Settlement Trustee in implementation of this Settlement Trust Agreement or the Plan, or by reason of the creation of any indebtedness by the Settlement Trustee under the Plan for any purpose authorized by this Settlement Trust Agreement or the Plan, it being expressly understood and agreed that any such promise, contract, instrument, undertaking, obligation, covenant or trust agreement entered into by the Settlement Trustee, whether in writing or otherwise, shall be enforceable only against and be satisfied only out of the Settlement Trust Assets and shall be evidence only of a right of payment out of the Settlement Trust Assets.  Notwithstanding the foregoing, the Settlement Trustee may be held liable for its recklessness, gross negligence, willful misconduct, knowing and material violation of law, or fraud; and if liability on such grounds is established, recourse may be had directly against the Settlement Trustee.  The Settlement Trust will not be covered by a bond.

6.3    **INDEMNIFICATION**.

(a)    From and after the Effective Date, the Settlement Trust will indemnify the Settlement Trustee and his or her duly designated agents and representatives to the fullest extent lawful, from and against any and all claims, liabilities, losses, actions, suits, proceedings, third-party subpoenas, damages, costs and expenses (including full reimbursement of all fees and expenses of counsel), as incurred, related to, arising out of, or in connection with the Settlement Trustee's and his or her agents' performance of their duties under the Settlement Trust Documents.

(b)    From and after the Effective Date, the Settlement Trust shall indemnify each of the Protected Parties to the fullest extent lawful, from and against any and all claims, liabilities, losses, actions, suits, proceedings, third-party subpoenas, damages, costs and expenses (including full reimbursement of all fees and expenses of counsel), as incurred, related to, arising out of, or in connection with any Abuse Claim.

6.4    **OTHER DUTIES, OBLIGATIONS, INDEMNIFICATION**.  The Settlement Trust will also assume all duties, obligations and indemnification responsibilities outlined in the Plan and Insurance Settlement Agreements.

## ARTICLE VII
## COMPENSATION AND EXPENSE REIMBURSEMENT OF SETTLEMENT TRUSTEE AND ITS AGENTS

7.1    **SETTLEMENT TRUSTEE COMPENSATION**.    The Settlement Trustee will be entitled to receive compensation from the Settlement Trust and from the Settlement Trust Assets as provided in the Settlement Trust Documents.

7.2    **COMPENSATION OF SETTLEMENT TRUSTEE'S AGENTS**.  Any Person duly retained by the Settlement Trustee pursuant to this Settlement Trust Agreement or the Plan will be entitled to reasonable compensation for services rendered.

7.3    **REIMBURSEMENT OF EXPENSES**.

(a)    All reasonable and necessary Settlement Trust Expenses incurred by the Settlement Trustee and any person retained by the Settlement Trustee in performing their duties under the Settlement Trust Documents will be reimbursed by the Settlement Trust from the Settlement Trust Assets. Settlement Trust Expenses will expressly include any and all liabilities, costs, and expenses incurred subsequent to the Effective Date in connection with the Settlement Trust Assets (including, without limitation, the prosecution of any Actions), in each case whether or not any such action results in a recovery for the Settlement Trust.

(b)    The Settlement Trust will pay all reasonable and documented Settlement Trust Expenses incurred by any Protected Party in taking any action on behalf of or at the direction of the Settlement Trust, if any.

## ARTICLE VIII
## SUCCESSOR SETTLEMENT TRUSTEES

**8.1    VACANCY CAUSED BY SETTLEMENT TRUSTEE RESIGNATION OR REMOVAL.**

(a)    The Settlement Trustee may resign at any time upon thirty (30) days' written notice to be filed with the Bankruptcy Court.  The Settlement Trustee shall, within thirty (30) days after such resignation takes effect, deliver to the successor Settlement Trustee all of the Settlement Trust Assets which were in the possession of the Settlement Trustee along with a complete list of Settlement Trust Assets and a complete accounting of all transactions engaged by the Settlement Trustee while serving as such.

(b)    The Bankruptcy Court may remove a Settlement Trustee upon finding that the Settlement Trustee has engaged in a breach of fiduciary duty.  The removal will take effect upon the date the Bankruptcy Court specifies.  In the event of removal, the Settlement Trustee shall, within thirty (30) days after such removal takes effect, deliver to the successor Settlement Trustee all of the Settlement Trust Assets which were in the possession of the Settlement Trustee along with a complete list of Settlement Trust Assets and a complete accounting of all transactions engaged in by the Settlement Trustee while serving as such**.**

**8.2    OUTGOING SETTLEMENT TRUSTEE OBLIGATIONS**.  In the event of the resignation or removal of the Settlement Trustee, the resigning or removed Settlement Trustee shall:

(a)    Execute and deliver by the effective date of resignation or removal such documents, instruments, records and other writings as may be reasonably requested by the successor Settlement Trustee to effect such resignation or removal and the conveyance of the Settlement Trust Assets then held by the resigning or removed Settlement Trustee to the successor Settlement Trustee;

(b)    Deliver to the successor Settlement Trustee all documents, instruments, records and other writings relating to the Settlement Trust Assets as may be in the possession or under the control of the resigning or removed Settlement Trustee;

(c)    Otherwise assist and cooperate in effecting the assumption of the resigning or removed Settlement Trustee's obligations and functions by the successor Settlement Trustee; and

(d)    irrevocably appoint the successor Settlement Trustee (and any interim trustee) as its attorney-in-fact and agent with full power of substitution for it and its name, place and stead to do any and all acts that such resigning or removed Settlement Trustee is obligated to perform under this Settlement Trust Agreement.  Such appointment shall not be affected by the subsequent disability or incompetence of the Settlement Trustee making such appointment.  The Bankruptcy Court also may enter such orders as are necessary to effect the termination of the appointment of the Settlement Trustee and the appointment of the successor Settlement Trustee.

**8.3    APPOINTMENT OF SUCCESSOR SETTLEMENT TRUSTEE**.  Any vacancy in the office of Settlement Trustee shall be filled by the nomination of a majority of the members of the STAC, subject to the approval of the Bankruptcy Court, after notice and a hearing.

**8.4** **PRESERVATION OF RECORD OF CHANGES IN SETTLEMENT TRUSTEES**. A copy of each instrument of resignation, removal, appointment and acceptance of appointment shall be attached to an executed counterpart of this Settlement Trust Agreement.

## ARTICLE IX
## SETTLEMENT TRUSTEE REPORTING AND DISCHARGE

**9.1** **ANNUAL ACCOUNTINGS**. The Settlement Trustee shall prepare, at least annually, and upon termination of the Settlement Trust, a written accounting of the administration of the Settlement Trust listing the current assets (with fair market values) and detailing all transactions that occurred during the period covered by such accounting. Each such accounting shall be filed with the Bankruptcy Court.

**9.2** **APPROVAL OF ACCOUNTINGS AND DISCHARGE OF THE SETTLEMENT TRUSTEE**. The Settlement Trustee may file with the Bankruptcy Court a motion for approval of any accounting described in Section 8.1. Upon the entry of an order of the Bankruptcy Court approving any such accounting, the Settlement Trustee shall be discharged from all liability, with respect to all assets listed and transactions detailed in such accounting, to the Settlement Trust, any Beneficiary or any Person who or which has had or may then or thereafter have a claim against the Settlement Trust for acts or omissions in the Settlement Trustee's capacity as the Settlement Trustee or in any other capacity contemplated by this Settlement Trust Agreement or the Plan.

## ARTICLE X
## SECTION 468B SETTLEMENT FUND

**10.1** **GENERALLY.**

(a) In accordance with the Plan, the Settlement Trustee will take all reasonable steps to ensure that the Settlement Trust will qualify as, and remain, a "qualified settlement fund" within the meaning of § 468B of the Tax Code, and the regulations promulgated pursuant thereto. The Debtor is the "transferor" within the meaning of Treasury Regulation Section 1.468B-1(d)(1). The Settlement Trustee shall be classified as the "administrator" within the meaning of Treasury Regulation Section 1.468B-2(k)(3).

(b) It is further intended that the transfers to the Settlement Trust will satisfy the "all events test" and the "economic performance" requirement of Section 461(h)(1) of the Tax Code and Treasury Regulation Section 1.461- 1 (a)(2).

**10.2** **EMPLOYER IDENTIFICATION NUMBER**. Upon establishment of the Settlement Trust, the Settlement Trustee shall apply for an employer identification number for the Settlement Trust in accordance with Treasury Regulation Section 1.468B-2(k)(4).

**10.3** **RELATION-BACK ELECTION**. If applicable, the Settlement Trustee and the Debtor shall fully cooperate in filing a relation-back election under Treasury Regulation Section 1.468B-1(j)(2), to treat the Settlement Trust as coming into existence as a settlement fund as of the earliest possible date.

**10.4** **FILING REQUIREMENTS**. The Settlement Trustee shall cause to be filed, on behalf of the Settlement Trust, all required federal, state, and local tax returns in accordance with the provisions of Treasury Regulation Section 1.468B-2(k)(1). The Debtor or Reorganized BSA shall file an election statement(s) satisfying the requirements of Treasury Regulation Section 1.468B- 1(k)(2)(ii) so that the Settlement Trust is treated as a grantor trust under Section 671 of the Tax Code and the regulations promulgated thereunder. The election statement shall be included with the Settlement Trust's first timely filed trust income tax return. The Debtor or Reorganized BSA shall supply to the Settlement Trustee and

to the Internal Revenue Service the statement described in Treasury Regulation Section 1.468B-3(e)(2) no later than February 15th of the year following each calendar year in which the Debtor or Reorganized BSA makes a transfer to the Settlement Trust.

**10.5    BROAD POWERS OF THE SETTLEMENT TRUSTEE**.  The Settlement Trustee is empowered to take all actions, including such actions as may be consistent with those expressly set forth above, as the Settlement Trustee deems necessary to reasonably ensure that the Settlement Trust is treated as a "qualified settlement fund" under Section 468B of the Tax Code and the regulations promulgated pursuant thereto.  Further, the Settlement Trustee may, unilaterally and without court order, amend, either in whole or in part, any administrative provision of this Settlement Trust Agreement which causes unanticipated tax consequences or liabilities inconsistent with the foregoing.

## ARTICLE XI
### BENEFICIARIES

**11.1    NAMES AND ADDRESSES**.  The Settlement Trustee shall keep a register (the "Register") in which the Settlement Trustee shall at all times maintain the names and addresses of the Beneficiaries and the awards made to the Beneficiaries pursuant to the Plan, Confirmation Order and TDP. The Settlement Trustee may rely upon this Register for the purposes of delivering distributions or notices. In preparing and maintaining this Register, the Settlement Trustee may rely on the name and address of each Abuse Claim holder as set forth in a proof of claim filed by such holder, or proper notice of a name or address change, which has been delivered by such Beneficiary to the Settlement Trustee.  The Settlement Trustee may deliver distributions and notices to counsel for any Beneficiary identified in such Beneficiary's proof of claim or proper notice of a name or address change.

**11.2    RIGHTS OF BENEFICIARIES**.  The rights of a Beneficiary under this Settlement Trust Agreement shall, upon the death or incapacity of an individual Beneficiary, pass to the legal representative of such Beneficiary.  A Beneficiary shall have no title to, right to, possession of, management of, or control of the Settlement Trust Assets, or any right to call for a partition or division of the Settlement Trust Assets. Title to all the Settlement Trust Assets shall be vested in the Settlement Trustee, and the sole interest of the Beneficiaries shall be the rights and benefits given to such Persons under this Settlement Trust Agreement, the Plan and the TDP.

**11.3    TAX IDENTIFICATION NUMBERS**.  The Settlement Trustee may require any Beneficiary to furnish to the Settlement Trustee the Beneficiary's employer or taxpayer identification number or social security number as assigned by the IRS, and such other records or documents necessary to satisfy the Settlement Trustee's tax reporting obligations (including, but not limited to, certificates of non-foreign status).  The Settlement Trustee may condition the payment of any distribution to any Beneficiary upon receipt of such number and records or documents.

## ARTICLE XII
### MISCELLANEOUS PROVISIONS

**12.1    PLAN INCORPORATION**.  The Plan and the Confirmation Order are incorporated into this Settlement Trust Agreement.

**12.2    NOTICES**.  All notices or deliveries required or permitted hereunder shall be given as directed in the Plan, to the following:

If to the Settlement Trust or Settlement Trustee:

[●]

15

If to a Beneficiary:

Counsel who signed the Beneficiary's Proof of Claim or, for an unrepresented Abuse Claimant, to the address for the claimant provided in the Proof of Claim or trust submission submitted pursuant to the terms and conditions of the TDP.

**12.3    WAIVER**.  Except as expressly provided in the Plan or this Settlement Trust Agreement, no failure or delay of any party to exercise any right or remedy pursuant to this Settlement Trust Agreement shall affect such right or remedy or constitute a waiver by such party of any right or remedy pursuant thereto.  Resort to one form of remedy shall not constitute a waiver of alternative remedies.

**12.4    MODIFICATION OF SETTLEMENT TRUST AGREEMENT**.    Material modifications to the Settlement Trust Agreement may be made only with the approval of a majority of the STAC and only to the extent that such modification does not change, frustrate or inhibit the purpose of the Settlement Trust.

**12.5    REIMBURSEMENT OF COSTS**.  If the Settlement Trustee or the Settlement Trust, as the case may be, is the prevailing party in a dispute regarding the provisions of this Settlement Trust Agreement or the enforcement thereof, the Settlement Trustee or the Settlement Trust, as the case may be, shall be entitled to pursue and collect from the non-prevailing party any and all costs, reasonable and documented out-of-pocket expenses and fees, including attorneys' fees, incurred by the Settlement Trustee or the Settlement Trust, as the case may be, in connection with such dispute or enforcement action.

**12.6    ENTIRETY OF SETTLEMENT TRUST AGREEMENT**.  This Settlement Trust Agreement supersedes any and all prior oral and written discussions and agreements with respect to the subject matter hereof.  This Settlement Trust Agreement is the sole and entire Settlement Trust Agreement, and this Settlement Trust Agreement, together with the Exhibits hereto, the Plan, the TDP and the Confirmation Order, contain the sole and entire agreement and understanding with respect to the matters addressed therein.

**12.7    COUNTERPARTS**.  This Settlement Trust Agreement may be executed in two or more counterparts, with the same effect as if all signatures on such counterparts appeared on one document, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

**12.8    CAPTIONS**.  The captions of Articles and Sections are included for convenience only and are to be disregarded in interpreting this Settlement Trust Agreement.

**12.9    INDEPENDENT LEGAL AND TAX COUNSEL**.  All parties to this Settlement Trust Agreement have been represented by counsel and advisors (collectively referred to as "Counsel") of their own selection in this matter.  Consequently, the parties agree that the language in all parts of this Settlement Trust Agreement shall in all cases be construed as a whole according to its fair meaning and shall not be construed either strictly for or against any party.  It is specifically acknowledged and understood that this Settlement Trust Agreement has not been submitted to, nor reviewed or approved by, the IRS or the taxing authorities of any state or territory of the United States of America.

**12.10    APPLICABLE LAW**.  This Settlement Trust Agreement shall be administered under, governed by, and enforced according to the laws of the State of Delaware applicable to contracts and trust agreements made and to be performed therein, except that all matters of federal tax law and the Settlement Trust's compliance with Section 468B of the Tax Code and Treasury Regulations thereunder shall be governed by federal tax law, and all matters of federal bankruptcy law shall be governed by federal bankruptcy law.

**12.11   TERMINATION**.  This Settlement Trust Agreement shall terminate and be deemed void *ab initio* if a Confirmation Order is not entered consistent with the Plan.

IN WITNESS WHEREOF, the BSA and the Settlement Trustee execute this Settlement Trust Agreement as of the date set forth in the opening paragraph.

**Settlement Trustee:**

By: _____

Printed Name: _____

Title: _____

**Boy Scouts of America**

By: _____

Printed Name: _____

Title: _____

18

# EXHIBIT C

## CONTRIBUTING CHARTERED ORGANIZATION SETTLEMENT CONTRIBUTION

(*to be supplemented*)

**EXHIBIT D**

**CONTRIBUTING CHARTERED ORGANIZATIONS**

**(*to be supplemented*)**

**EXHIBIT E**

**FOUNDATION LOAN TERM SHEET**

National Boy Scouts of America Foundation Loan to Boy Scouts of America

Summary of Terms and Conditions

| Lender | National Boy Scouts of America Foundation (the "***Lender***") |
|---|---|
| Borrower | Boy Scouts of America (the "***Borrower***") |
| Guarantor | Arrow WV, Inc. (the "***Guarantor***") |
| Facility | $42.8 million term loan (the "***Loan***"), which shall be borrowed in a single draw on the effective date of the Plan (the "***Effective Date***"). <br><br> As used herein, the "***Plan***" means the Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Dkt. No. 20], as may be amended on terms acceptable to Lender. |
| Term | 10 years commencing on the Effective Date. |
| Interest Rate & Interest Payments | 6.5%, subject to default interest of 2.0% on overdue amounts. <br><br> Interest shall be payable on a quarterly basis, with the first payment due at the end of the first fiscal quarter ended after the Effective Date. All outstanding interest shall be due and payable at maturity of the Loan. |
| Principal Payments | Principal payments shall be based on 10% per annum amortization. Such payments shall be made in equal quarterly installments for the duration of the Loan with the first payment due at the end of the first fiscal quarter ended after the Effective Date.  All outstanding principal shall be due and payable at maturity of the Loan. |
| Prepayments | Voluntary prepayments permitted without penalty. |
| Security | Second lien pledge of the Arrow Intercompany Note and proceeds received in respect thereof. <br><br> As used herein, the "***Arrow Intercompany Note***" means that certain Amended and Restated Promissory Note dated as of March 21, 2019 in the original principal amount of $350,000,000, executed by the Guarantor and payable to the Borrower. |
| Use of Proceeds | To fund working capital and general corporate purposes of the Borrower; provided that, for the avoidance of doubt, proceeds of the Loan shall not be used for Unauthorized Purposes. <br><br> As used herein, "***Unauthorized Purposes***" includes, without limitation, payments to any creditors' trust pursuant to the terms of the confirmed Plan, any direct or indirect payments to tort claimants, and any payments or transactions that would be considered "self-dealing" under the Internal Revenue Code or could otherwise give rise to excise tax. |
| Representations and Warranties | Usual and customary for loans of this type. |

| | |
|---|---|
| **Affirmative and Negative Covenants** | Usual and customary for loans of this type, including, without limitation, (a) prohibitions on actions that could be construed as self-dealing, and (b) extension of the maturity of the Arrow Intercompany Note from March 31, 2029 to a date that is later than the maturity date of the Loan. |
| **Financial Covenants** | Usual and customary for loans of this type with customary cushions. |
| **Reporting Requirements** | Usual and customary for loans of this type. |
| **Events of Default** | Usual and customary for loans of this type, including cross-acceleration solely to the JPMorgan Bank, N.A. credit facilities in existence on the Effective Date that are senior by way of contract to the Loan, as such credit facilities may be amended from time to time. |
| **Remedies** | Usual and customary for loans of this type. |
| **Assignment** | The Borrower cannot assign the Loan without the consent of the Lender. <br><br> The Lender can assign the Loan at any time with the Borrower's consent, provided that if the Borrower is in payment or bankruptcy default under the Loan, then the Lender can assign the Loan without the consent of the Borrower. |
| **Conditions Precedent to the Loan** | Usual and customary for loans of this type, including, without limitation: <br><br> (a) the execution and delivery of loan documentation reasonably satisfactory to the Borrower and the Lender and consistent with this Summary of Terms and Conditions, containing conditions to borrowing, repayment terms, representations, warranties, covenants, and events of default usual and customary for this type of loan; <br><br> (b) the execution and delivery of an intercreditor and subordination agreement reasonably satisfactory to the Lender, between the Borrower, the Lender, and JPMorgan Chase Bank, N.A.; <br><br> (c) JPMorgan Chase Bank, N.A. shall have consented to the Borrower's pledge to Lender of a second lien security interest in the Arrow Intercompany Note and proceeds received in respect thereof; <br><br> (d) the satisfactory completion of the Lender's reasonable due diligence and the obtaining of any approvals or consents deemed necessary or appropriate upon the advice of counsel to the Lender; <br><br> (e) entry of a confirmation order on terms reasonably acceptable to the Lender; and <br><br> (f) the effectiveness of the Plan containing terms acceptable to the Borrower and the Lender. |
| **Expenses and Indemnification** | Usual and customary for loans of this type, including, without limitation, indemnification by the Borrower of the Lender of any losses suffered by the |

|  | Lender in the event that it is ultimately determined that the Borrower used the loan proceeds for Unauthorized Purposes. |
|---|---|
| **Governing Law** | Texas. |
| **Release** | The release by the Borrower of the Lender with respect to any and all claims, and inclusion of the Lender within all Plan releases, including as a "***Released Party***" and "***Protected Party***" under the Plan. |
| **Payment of Fees and Expenses** | The Borrower will pay the fees and expenses, including reasonable attorneys' fees, of the Lender associated with the preparation, execution, administration, and enforcement of the Loan and any subsequent amendment or waiver with respect thereto. The Lender shall not be required to file an application for payment of fees and expenses with the bankruptcy court. |

**EXHIBIT F**

**LOCAL COUNCIL SETTLEMENT CONTRIBUTION**

The Debtors and the Ad Hoc Committee of Local Councils are committed to ensuring that the aggregate value of the Local Council Settlement Contribution under the Global Resolution Plan is not less than $500,000,000, exclusive of insurance rights proposed to be contributed to the Settlement Trust. The Debtors shall, concurrently with the filing of the Plan Supplement, file a report with the Bankruptcy Court concerning the status of the parties' efforts to obtain contribution commitments from the Local Councils. In addition, the status report will set forth any required amendments the Debtors may propose to the Plan to facilitate the Local Council Settlement Contribution. The Local Council Settlement Contribution shall consist of:

(1)    at least $300 million of Cash to be paid on the Effective Date; and

(2)    properties with a combined Appraised Value (as defined below) of $200 million as described below (the "Property Contribution") (provided that this $200 million aggregate amount shall be reduced on a dollar-for-dollar basis by any Cash payment amount in excess of $300 million).

The Property Contribution shall be structured as follows. The relevant Local Council shall agree to (a) retain title to the property, subject to, at the election, cost, and expense of the Settlement Trust, a mortgage in favor of the Settlement Trust, (b) post the property for sale within thirty (30) days following the Effective Date, (c) present any written sale offer to the Settlement Trust for approval, and (d) remit the net proceeds of the sale to the Settlement Trust at closing. If there is a shortfall or surplus of net proceeds as compared to Appraised Value, the Settlement Trust shall bear the risk of the shortfall and keep the surplus. If the property is not sold on or before the third anniversary of the Effective Date, the Local Council shall have the right to transfer the property to the Settlement Trust by quitclaim deed. If the Local Council receives an offer for the property that is at least equal to its Appraised Value, the Settlement Trust shall accept the offer if no superior offer is made within thirty (30) days, or accept a quitclaim deed for the property. The Debtors shall include appropriate provisions in the Plan to eliminate any transfer tax liabilities of the Settlement Trust per section 1146(a) of the Bankruptcy Code.

The "Appraised Value" shall be the higher of (i) the appraised value (or per-acre amount if a portion of the property is contributed) (average of high and low values, if applicable) set forth in the desktop appraisals or broker opinions of value conducted by JLL, CBRE, Keen, or other appraiser in connection the BSA's chapter 11 case prior to June 10, 2021, as set forth on Exhibit 2 to the Disclosure Statement, as such exhibit may be amended from time to time, and (ii) the per-acre amount (average of high and low values, if applicable) established by a qualified on-site appraisal, if any, commissioned by a Local Council since the commencement of the Chapter 11 Cases.

For the avoidance of doubt, if the aggregate of the Local Council Settlement Contribution is not contributed to the Settlement Trust as set forth above, then no Local Council shall be treated as a Protected Party under the Plan. The Debtors and the Local Councils shall establish an appropriate escrow mechanism to ensure that the Cash to be paid on the Effective Date can be paid in a timely manner and that Local Councils are able to recoup their portions of the Local Council    Settlement    Contribution    if    the    Effective    Date    does    not    occur.

**EXHIBIT G**

**LOCAL COUNCILS**

Abraham Lincoln
Alabama-Florida
Alamo Area
Allegheny Highlands
Aloha
Andrew Jackson
Anthony Wayne Area
Arbuckle Area
Atlanta Area
Baden-Powell
Baltimore Area
Bay Area
Bay-Lakes
Black Hills Area
Black Swamp Area
Black Warrior
Blackhawk Area
Blue Grass
Blue Mountain
Blue Ridge
Blue Ridge Mountains
Buckeye
Buckskin
Bucktail
Buffalo Trace
Buffalo Trail
Caddo Area
Calcasieu Area
California Inland Empire
Cape Cod and Islands
Cape Fear
Capitol Area
Cascade Pacific
Catalina
Central Florida
Central Georgia
Central Minnesota
Central North Carolina
Chattahoochee
Cherokee Area
Cherokee Area
Chester County
Chickasaw
Chief Cornplanter
Chief Seattle
Chippewa Valley

Choctaw Area
Cimarron
Circle Ten
Coastal Carolina
Coastal Georgia
Colonial Virginia
Columbia-Montour
Connecticut Rivers
Connecticut Yankee
Conquistador
Cornhusker
Coronado Area
Cradle of Liberty
Crater Lake
Crossroads of America
Crossroads of the West
Dan Beard
Daniel Boone
Daniel Webster
De Soto Area
Del-Mar-Va
Denver Area
East Carolina
East Texas Area
Erie Shores
Evangeline Area
Far East
Five Rivers
Flint River
French Creek
Gamehaven
Garden State
Gateway Area
Georgia-Carolina
Glacier's Edge
Golden Empire
Golden Gate Area
Golden Spread
Grand Canyon
Grand Columbia
Grand Teton
Great Alaska
Great Rivers
Great Salt Lake
Great Smoky Mountain
Great Southwest

Great Trail
Greater Alabama
Greater Hudson Valley
Greater Los Angeles Area
Greater New York
Greater Niagara Frontier
Greater St. Louis Area
Greater Tampa Bay Area
Greater Wyoming
Greater Yosemite
Green Mountain
Greenwich
Gulf Coast
Gulf Stream
Hawk Mountain
Hawkeye Area
Heart of America
Heart of New England
Heart of Virginia
Hoosier Trails
Housatonic
Illowa
Indian Nations
Indian Waters
Inland Northwest
Iroquois Trail
Istrouma Area
Jayhawk Area
Jersey Shore
Juniata Valley
Katahdin Area
Lake Erie
Las Vegas Area
LaSalle
Last Frontier
Laurel Highlands
Leatherstocking
Lincoln Heritage
Long Beach Area
Longhorn
Longhouse
Longs Peak
Los Padres
Louisiana Purchase
Marin
Mason-Dixon

Mayflower
Mecklenburg County
Miami Valley
Michigan Crossroads
Mid-America
Middle Tennessee
Mid-Iowa
Midnight Sun
Minsi Trails
Mississippi Valley
Mobile Area
Monmouth
Montana
Moraine Trails
Mount Baker
Mount Diablo Silverado
Mountain West
Mountaineer Area
Muskingum Valley
Narragansett
National Capital Area
Nevada Area
New Birth of Freedom
North Florida
Northeast Georgia
Northeast Illinois
Northeast Iowa
Northeastern Pennsylvania
Northern Lights
Northern New Jersey
Northern Star
Northwest Georgia
Northwest Texas
Norwela
Occoneechee
Ohio River Valley
Old Hickory
Old North State
Orange County
Oregon Trail
Ore-Ida
Overland Trails
Ozark Trails
Pacific Harbors
Pacific Skyline
Palmetto

Pathway to Adventure
Patriots' Path
Pee Dee Area
Pennsylvania Dutch
Piedmont
Piedmont
Pikes Peak
Pine Burr Area
Pine Tree
Pony Express
Potawatomi Area
Prairielands
Puerto Rico
Pushmataha Area
Quapaw Area
Quivira
Rainbow
Redwood Empire
Rio Grande
Rip Van Winkle
Rocky Mountain
Sagamore
Sam Houston Area
Samoset
San Diego-Imperial
San Francisco Bay Area
Santa Fe Trail
Seneca Waterways
Sequoia
Sequoyah
Shenandoah Area
Silicon Valley Monterey Bay
Simon Kenton
Sioux
Snake River
South Florida
South Georgia

South Plains
South Texas
Southeast Louisiana
Southern Sierra
Southwest Florida
Spirit of Adventure
Suffolk County
Susquehanna
Suwannee River Area
Tecumseh
Texas Southwest
Texas Trails
Theodore Roosevelt
Three Fires
Three Harbors
Three Rivers
Tidewater
Transatlantic
Trapper Trails
Tukabatchee Area
Tuscarora
Twin Rivers
Twin Valley
Ventura County
Verdugo Hills
Virginia Headwaters
Voyageurs Area
W.D. Boyce
Washington Crossing
West Tennessee Area
Westark Area
Western Los Angeles County
Western Massachusetts
Westmoreland-Fayette
Winnebago
Yocona Area
Yucca

**EXHIBIT H**

**RELATED NON-DEBTOR ENTITIES**

Arrow WV, Inc.
Atikaki Youth Ventures Inc.
Atikokan Youth Ventures Inc.
BSA Asset Management, LLC
BSA Endowment Master Trust
Learning for Life
National Boy Scouts of America Foundation

**EXHIBIT I**

**HARTFORD INSURANCE SETTLEMENT AGREEMENT**

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release (hereinafter "Agreement") is entered into by and between Hartford (defined below) and the BSA (defined below) (each, a "Party" and collectively, the "Parties").  Capitalized terms appearing in this Agreement that are not defined in this prefatory paragraph or in the recitals have the meanings set forth in the Section entitled "Definitions" herein, or in the Second Amended Plan, as applicable.

## <u>RECITALS</u>

WHEREAS, more than 80,000 Persons have asserted Abuse Claims in and outside of the Bankruptcy Case;

WHEREAS, Hartford issued or allegedly issued certain liability insurance policies to the BSA and Local Councils or under which the BSA or Local Councils allege it or they are entitled to insurance coverage; and

WHEREAS, the BSA and Local Councils have sought coverage from Hartford in connection with the Abuse Claims; and

WHEREAS, disputes have arisen as to the scope of Hartford's obligation to provide coverage for Abuse Claims under the Hartford Policies and Local Council Policies; and

WHEREAS, on February 18, 2020, Boy Scouts of America and its affiliate, Delaware BSA, LLC, each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, commencing the Bankruptcy Case before the Bankruptcy Court; and

WHEREAS, the Parties wish to fully and finally resolve their disputes and to provide for the other consideration, promises, releases and covenants set forth in this Agreement;

WHEREAS, as part of the compromise and resolution, the BSA has agreed to sell and

Hartford has agreed to purchase the Hartford Policies (the "Sale") free and clear of all Interests of any Person, subject and pursuant to the terms and conditions of this Agreement, and the BSA has agreed to release Hartford of any further obligations for the Hartford Released Claims;

NOW THEREFORE, in consideration of the foregoing, and in consideration of the other mutual considerations, promises, releases, and covenants as set forth below, the sufficiency of which is hereby acknowledged, it is hereby agreed as follows:

## DEFINITIONS

The following definitions (as well as those provided elsewhere in this Agreement) apply to this Agreement only and are not intended to be used for any other purpose. In addition, the singular form of a word includes the plural and vice versa; "or" is not exclusive; all pronouns apply to the male, female and neutral genders; the word "any" includes the word "all" and vice versa; the word "including" means including without limitation; and the past tense of a word includes the present tense and vice versa.

A.      **"Agreement Effective Date"** shall have the meaning set forth in Section I of this Agreement.

B.      **"Bankruptcy Case"** means the Chapter 11 cases filed February 18, 2020, by Boy Scouts of America and Delaware BSA, LLC in the United States Bankruptcy Court for the District of Delaware, *In re Boy Scouts of America and Delaware BSA, LLC*, Case No. 20-10343 (LSS), and shall include any appeals therefrom (and any adversary proceedings therein).

C.      **"Bankruptcy Code"** means Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended from time to time.

D.      **"Bankruptcy Court"** means the United States Bankruptcy Court for the District

2

of Delaware and, as applicable, the United States District Court for the District of Delaware.

E.    **"Bankruptcy Rules"** means the Federal Rules of Bankruptcy Procedure.

F.    **"BSA"** means Boy Scouts of America, Delaware BSA, LLC, and each of their respective past, present and future direct or indirect parents, subsidiaries, affiliates and controlled entities (which, for the avoidance of doubt, do not include Local Councils), and each of their respective officers, directors, stockholders, members, partners, managers, employees, predecessors, successors and assigns in their capacity as such.

G.    **"Claims"** means any and all past, present or future claims (including any presently unknown claims), liabilities, demands, obligations, duties, complaints, cross-complaints, cross-claims, third party complaints, counterclaims, requests, administrative proceedings, directives and notices, counts, judgments, executions, attachments, debts, lawsuits, actions, direct actions, writs, liens, inquiries, rights, damages, costs, or any other causes of action, including Abuse Claims, Direct Action Claims, Extra-Contractual Claims, and any "claim" as that term is defined in the Bankruptcy Code, 11 U.S.C. §101(5).

H.    **"Confirmation Order"** means an order of the Bankruptcy Court confirming the Plan, approving this Agreement, and granting the relief specified in Section III.A of this Agreement.

I.    **"Debtors"** means Boy Scouts of America and Delaware BSA, LLC.

J.    **"Direct Action Claim"** means any Claim by a Person against Hartford, on account of, based upon, arising from, or in any way attributable to the rights afforded the BSA or any Local Council under any Hartford Policies or Local Council Policies, whether arising by contract, in tort or under the laws of any jurisdiction, including any statute that gives a third party

3

a direct cause of action against Hartford.

K.     **"Estate"** means the bankruptcy estate of the BSA under Section 541 of the Bankruptcy Code.

L.     **"Extra-Contractual Claim"** means any Claim against Hartford, seeking any type of relief based upon conduct prior to the Agreement Effective Date, including compensatory, exemplary or punitive damages, on account of alleged bad faith; misconduct; failure to act in good faith; violation of any duty of good faith and fair dealing; violation of any unfair claims practices act or similar statute, regulation or code; any type of alleged misconduct; or any other act or omission of Hartford of any type seeking relief other than coverage or benefits under any Hartford Policies or Local Council Policies, including any Claims for economic loss, general damages, attorneys' fees or costs in connection with Hartford's handling of, or its refusal to handle, any Claims.

M.     **"Execution Date"** means the date the last signature of the Parties is placed on this Agreement.

N.     **"Final Order"** means an order or judgment of the Bankruptcy Court (or any other court of competent jurisdiction), including any modification or amendment thereof, that remains in effect and has not been reversed, vacated or stayed, and as to which the time to appeal or seek review, rehearing or writ of certiorari has expired and as to which no appeal or petition for review, reconsideration, rehearing or certiorari has been taken or, if taken, remains pending.

O.     **"Hartford"** means Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company and each of their past, present and future direct or indirect parents, subsidiaries,

4

affiliates and controlled entities, and each of their respective officers, directors, stockholders, members, partners, managers, employees, predecessors, successors and assigns, each in their capacity as such.

P.    **"Hartford Policies"** means (i) any and all liability insurance policies, known and unknown, issued or allegedly issued by Hartford to the BSA as the first named insured, including each of the insurance policies identified on Exhibit 1, and (ii) the BSA's Interests in any and all liability insurance policies, known and unknown, issued or allegedly issued by Hartford to any other Person that afford the BSA coverage with respect to Abuse Claims; *provided*, *however*, that "Hartford Policies" shall not include (i) any portion of workers' compensation policies with respect to Claims not discharged by the Plan and unrelated to Abuse Claims or (ii) any portion of automobile liability policies with respect to Claims not discharged by the Plan and unrelated to Abuse Claims.

Q.    **"Hartford Released Claims"** means (i) any and all past, present and future Claims arising from, relating to, or in connection with the Hartford Policies, including Direct Action Claims, and (ii) any and all Claims arising from, relating to or in connection with (a) Abuse Claims, (b) the negotiation of this Agreement, and/or (c) any Extra-Contractual Claims arising from or relating to acts or omissions before the Agreement Effective Date.

R.    **"Insurance Companies"** means any Persons that have issued any insurance policies to, or otherwise have provided any liability insurance for the benefit of, the BSA or any Local Councils.

S.    **"Interests"** means all liens, Claims, encumbrances, interests and other rights of any nature, whether at law or in equity, and any other "interest" as such term is used in Section

5

363 of the Bankruptcy Code, 11 U.S.C. § 363.

T.    **"Local Councils"** means all organizations independently incorporated and organized under the laws of their respective states and chartered by the BSA to deliver the Scouting Program and related services.

U.    **"Local Council Policy"** means any policy issued or allegedly issued by Hartford identified on Schedule 3 of the Second Amended Plan and any other insurance policy, known or unknown, issued by Hartford to a Local Council to the extent it provides coverage, or allegedly provides coverage, for Abuse Claims or other Claims that are channeled to the Settlement Trust or otherwise enjoined by the Plan or Confirmation Order.

V.    **"Local Council Release"** means a mutual release, in form and substance acceptable to Hartford: (a) (i) with respect to the Local Council Policies, executed by a Person with authority to act on behalf of each Local Council, releasing Hartford from all Claims by any Local Council under the Local Council Policies, issued for policy periods prior to the Execution Date, and (ii) with respect to the Hartford Policies, releasing Hartford from all Claims by any Local Council under the Hartford Policies, issued for policy periods prior to the Execution Date; and (b) releasing the Local Councils from all Claims by Hartford in connection with the Hartford Policies and the Local Council Policies, issued for policy periods prior to the Execution Date. The Local Council Release shall be comparable, in form and substance, to the release provided by the BSA to Hartford, and by Hartford to the BSA, in Section IV.

W.    **"Person"** means an individual, a corporation, a partnership, an association, a trust or any other entity or organization, and any federal, state or local governmental or quasi-governmental body or political subdivision or any agency, department, board or instrumentality

thereof.

X.      **"Plan"** means the Second Amended Plan, as the same may be amended or modified from time to time pursuant to section 1127 of the Bankruptcy Code, consistent with the terms of the Second Amended Plan.

Y.      **"Plan Effective Date"** shall have the same meaning as the term "Effective Date" in the Plan.

Z.       **"Scouting Program"** means any and all programs of any kind administered by the BSA or any Local Councils relating to scouting.

AA.    **"Second Amended Plan"** means the *Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC*, dated April 13, 2021 (D.I. 2592).

**I.      AGREEMENT EFFECTIVE DATE**

A.      This Agreement shall become effective on the earliest date on which all of the following conditions precedent have occurred (the "Agreement Effective Date"); *provided, however*, that any of the conditions precedent set out in this Section I may be waived pursuant to a writing signed by each Party:

1.      Each Party has executed the Agreement;

2.      Hartford has received a fully executed Local Council Release on behalf of each Local Council;

3.      The Bankruptcy Court has entered (a) the Confirmation Order in form and substance acceptable to Hartford as it pertains to this Agreement or (b) the Approval Order in accordance with Section I.B, below;

4.      The Confirmation Order provides for a release and channeling injunction for the benefit of the Local Councils with respect to Abuse Claims; and

5.      The BSA has provided notice to Hartford that the Plan Effective Date has occurred.

B.      As an alternative to obtaining approval of the Sale and the Agreement through the Confirmation Order, Hartford may request, at any time after the Execution Date, upon twenty (20) calendar days' notice to the BSA, that the BSA file with the Bankruptcy Court a motion for entry of an order approving the Sale and this Agreement under section 363 of the Bankruptcy Code and Bankruptcy Rule 9019 (the "Approval Order"), and the BSA shall file such motion before the expiration of such twenty-day notice period.  The Approval Order shall be substantially in the form attached hereto as Exhibit 2, with such modifications as may be mutually agreed upon by the Parties.  If Hartford requests that the BSA file a motion for entry of the Approval Order, then Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company shall not be Settling Insurance Companies under the Plan until the Bankruptcy Court has entered the Approval Order and (unless Hartford waives this condition, precedent in accordance with Section II.B. of this Agreement) the Approval Order has become a Final Order.

## II.    SETTLEMENT AMOUNT

A.      Subject to all of the terms and conditions of this Agreement, Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company shall be jointly and severally liable for, and shall pay the BSA or, at the BSA's written direction, the Settlement Trust (or other designee, assignee,

or successor of the BSA, as specified in writing by the BSA), the total amount of six hundred fifty million dollars ($650,000,000.00) (the "Settlement Amount"). The Settlement Amount shall be paid in United States currency, via wire transfer or other acceptable means, within thirty (30) days of the date on which Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company receive written notice of the Agreement Effective Date from the BSA. Such notice shall also contain details identifying the payee and account(s) into which payment of the Settlement Amount shall be made. In the event payment is due on a date that is not a business day, the payment shall be due on the first business day thereafter.

B.       Notwithstanding anything to the contrary contained in this Agreement, the obligation of Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company to pay the Settlement Amount is subject to the condition that the Agreement Effective Date shall have occurred, and the further condition that the Confirmation Order (or the Approval Order, if applicable) shall have become a Final Order; *provided, however*, that, notwithstanding anything to the contrary contained in this Agreement, Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company in their sole discretion, may elect in writing to waive the condition precedent that the Confirmation Order (or the Approval Order, if applicable) has become a Final Order and pay the Settlement Amount notwithstanding the pendency of an appeal of the Confirmation Order (or the Approval Order, if applicable).

C.       Subject to the terms of this Agreement, the Parties expressly agree that, by this

9

Agreement, Hartford is agreeing to buy from the BSA, and the BSA is agreeing to sell to Hartford, the Hartford Policies pursuant to sections 363, 1123 and 1141 of the Bankruptcy Code free and clear of all Interests.  The Parties further agree that (i) the Settlement Amount is the total amount Hartford is obligated to pay on account of any and all Hartford Released Claims and the Local Council Release; (ii) the Local Council Release is required to release the Local Councils' interests in the Local Council Policies, and (iii) the Confirmation Order or Approval Order, as applicable, shall provide that on and after the Agreement Effective Date and Hartford's payment of the Settlement Amount, under no circumstance will Hartford ever be obligated to make any additional payments to any Person for liabilities relating to or arising out of the Hartford Released Claims, the Local Council Releases, the Hartford Policies or the Local Council Policies.

D.    The Settlement Amount shall be used by the BSA, the Estate, or their assignees, successors or any other Person formed to assume the BSA's liability for Abuse Claims, including the Settlement Trust, solely to pay and/or defend Abuse Claims.

E.    If, after the Execution Date, (1) the BSA, the Estate, or their assignees, successors or any other Person formed to assume the BSA's liability for Abuse Claims, including the Settlement Trust, enters into an agreement with Century Indemnity Company ("Century") that provides for the settlement, release, sale, or other resolution of the BSA's or the Local Councils' Claims for coverage for Abuse Claims under (or sale and buy back of) insurance policies for which Century or any affiliate thereof is or allegedly is responsible (a "Century Settlement") and (2) the Century Settlement provides for a payment by Century (or by some other Person on Century's behalf) of an amount less than two times the Settlement Amount, then (3) the

Settlement Amount shall be reduced by fifty percent (50%) of the difference between an amount equal to two times the Settlement Amount and the amount payable by Century pursuant to the Century Settlement (the amount of such reduction, the "Discount Amount"). If, at the time of the Century Settlement, Hartford has not yet paid the Settlement Amount, then Hartford's obligation shall be reduced by the Discount Amount. In the event that Hartford has already paid the Settlement Amount, then Hartford shall be entitled to a refund in the amount of the Discount Amount from the Settlement Trust (or, if no Settlement Trust is established under the Plan, from the BSA or its successor, assignee or designee created to pay Abuse Claims under the Plan).

## III.    BANKRUPTCY-RELATED OBLIGATIONS

A.     Unless Hartford makes the election contemplated by Section I.B, the Plan shall incorporate this Agreement and shall constitute a request by the BSA for the Bankruptcy Court to approve the Sale and this Agreement, including the release of the Hartford Released Claims as provided in Section IV.A., pursuant to sections 363, 1123 and 1141 of the Bankruptcy Code and Bankruptcy Rule 9019, and to find that Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company are good-faith purchasers of the Hartford Policies, free and clear of all Interests, pursuant to section 363(f) and (m) of the Bankruptcy Code.

B.     The Parties shall cooperate in good faith to ensure that the Confirmation Order (or the Approval Order, if applicable) is in form and substance acceptable to the Parties as it pertains to this Agreement, is entered by the Bankruptcy Court, and becomes a Final Order.

C.     In addition to any other service that may be required, the Debtors shall serve by mail notice of the Confirmation Hearing on all parties in interest (for whom the Debtors have a

**EXECUTION COPY**

mailing address), including (i) all known holders of Abuse Claims, (ii) all Insurance Companies or other Persons known to have provided liability insurance to the BSA; (iii) all other Persons, known to the BSA, who or which actually or allegedly are insured or claim to be entitled to any rights or benefits under any of the Hartford Policies; (iv) all Persons that have filed proofs of claim in the Bankruptcy Case; (v) all official committees appointed in the Bankruptcy Case; and (vi) all other Persons that, as of the date of service of notice of the Confirmation Hearing, have filed a notice of appearance and demand for service of papers in the Bankruptcy Case or are otherwise listed on the master service list maintained by the BSA in the Bankruptcy Case (the "Notice Parties").  In addition, to ensure the broadest notice possible, the BSA shall publish notice of the Confirmation Hearing on such occasions and in such newspapers that are reasonably acceptable to Hartford, with Hartford to bear the expense thereof in a proportion equal to the Settlement Amount divided by the total settlement contributions of all Settling Insurance Companies as of the last publication date.  The mail and publication notice shall be in form and substance acceptable to Hartford.  If Hartford makes the election contemplated by Section I.B, then, in addition to any other service that may be required, the BSA shall serve by mail notice of the motion for entry of the Approval Order and the hearing thereon on each of the Notice Parties and, to ensure the broadest notice possible, the BSA shall publish notice of such motion and the hearing on two separate occasions in the national editions of The New York Times and USA Today at Hartford's expense.  The mail and publication notice shall be in form and substance acceptable to Hartford.

D.      Except (i) to contend that the BSA has breached this Agreement; (ii) to the extent the Plan does not incorporate and provide for the approval of this Agreement; or (iii) this

Agreement is not approved or does not go into effect, Hartford shall not object to the Plan or seek formal discovery from the BSA (and the BSA shall not seek formal discovery from Hartford) with respect to the Plan; *provided, however*, notwithstanding anything to the contrary contained in this Agreement, nothing herein shall be construed to preclude or limit Hartford's right to object to the Plan (or any disclosure statement), or to take any other actions in the Bankruptcy Case that it may deem necessary to protect Hartford's rights and interests, in the event that this Agreement is not approved by the Court or to the extent that the Plan includes any alternatives or conditions under which this Agreement would not be part of the Plan as confirmed and the Agreement Effective Date would not occur.

E.      Consummation of the transactions contemplated by this Agreement is expressly conditioned upon the occurrence of the Agreement Effective Date, except as expressly otherwise provided in this Agreement.

F.      Notwithstanding anything to the contrary in this Agreement, in the event of any judicial disapproval of this Agreement, including the Bankruptcy Court's refusal to approve the Sale and enter the Confirmation Order or, as applicable, the Approval Order, or if on appeal the Confirmation Order or the Approval Order is vacated or reversed (notwithstanding Section 363(m) of the Bankruptcy Code, all rights under which Hartford and the BSA fully reserve), Hartford and the BSA shall have the right to declare this Agreement null and void.

G.      In the event this Agreement shall become null and void, all payments made by Hartford prior to the time it is declared null and void, along with income earned thereon, if any, shall be returned to Hartford.

13

H.      If this Agreement becomes null and void pursuant to Paragraph III.F above, then: (1) the Agreement, except for Sections III.E, III.F, III.G, III.H, III.I and X–XII (which shall remain in full force and effect), shall be vitiated and shall be a nullity; (2) Hartford shall have no obligation to pay the Settlement Amount pursuant to this Agreement; (3) Hartford shall not be entitled under this Agreement to assert as a defense to any Claim any benefit of any injunction contained within the Plan, the Confirmation Order, or the Approval Order (if applicable); and (4) the Parties shall have all of the rights, defenses, and obligations under or with respect to any and all insurance policies that they would have had absent this Agreement, including any right to object or otherwise participate in the Bankruptcy Case.

I.      Hartford shall be treated as a Settling Insurance Company under the Plan and shall be provided all benefits and protections afforded to Settling Insurance Companies, including the benefit and protection of any releases and channeling (or other) injunctions.  The BSA shall not file, and shall not support, any plan of reorganization that is inconsistent with the terms of this Agreement; *provided*, *however*, that the BSA may file a Plan that includes alternatives or conditions under which this Agreement would not be part of the Plan as confirmed and the Agreement Effective Date would not occur (in which event Hartford shall have the right to oppose confirmation of the Plan), so long as such Plan only provides BSA with a discharge and, other than for the protection of the "Protected Parties" identified in clauses (i), (ii), (iii) and, as to those Protected Parties their "Representatives" as set forth in clause (v), of Article I.A.180.b of the Second Amended Plan (that is, other than for the protection of all Protected Parties except "Settling Insurance Companies"), does not provide an injunction

14

(including any channeling injunction) affording protection with respect to Abuse Claims for other Persons, including any Local Councils.

J.    On the Plan Effective Date, the rights and obligations of the BSA under this Agreement shall be deemed to have been assigned and transferred to the Settlement Trust without need of further action by any Person, and the Settlement Trust shall be bound by all of the provisions of this Agreement.  Reorganized BSA shall continue to be bound by this Agreement and shall retain the obligations and benefits hereunder to the extent consistent with the Plan.

## IV.    RELEASES

A.    **Release of Hartford Released Claims.**  Upon the later of the Agreement Effective Date and the payment of the Settlement Amount as set forth in Section II above, for good and valuable consideration, the adequacy of which is hereby confirmed, the BSA (on behalf of itself, Reorganized BSA and the Estate), and the Settlement Trust hereby (a) fully and forever release and discharge Hartford from any and all Claims, whether known or unknown, suspected or unsuspected, in law or in equity, relating to, arising out of, or in connection with the Hartford Released Claims, whether arising under the Hartford Policies or otherwise, to the fullest extent permitted by law, (b) withdraw any and all requests, demands, or tenders for defense or indemnity related to Hartford Released Claims and previously submitted by or on behalf of the BSA or the Estate to Hartford under the Hartford Policies, and (c) surrender, relinquish, and release any further right to tender or present any Claims related to Hartford Released Claims by or on behalf of the BSA under the Hartford Policies or otherwise.  By virtue of the foregoing releases, Hartford shall have no duty to defend or indemnify the BSA with respect to any Claims

15

relating to, arising out of, or in connection with any Hartford Released Claims, past, present or future.  Notwithstanding the provisions of this Agreement and for the avoidance of doubt, the BSA (on behalf of itself, Reorganized BSA and the Estate) and the Settlement Trust hereby reserve all rights against Persons other than Hartford (other than any rights under the Hartford Policies, which are released hereunder, subject to the occurrence of the Agreement Effective Date and payment of the Settlement Amount), and the Agreement is not intended to prejudice, affect, or restrict (and entry into this Agreement is not intended to be, and shall not be construed as, an election of remedy or a waiver or limitation of) any rights, powers, and remedies that the BSA (on behalf of itself, Reorganized BSA and the Estate) and the Settlement Trust may have against Persons other than Hartford.  The release provided in this section shall not release Hartford from any obligations arising under this Agreement.

B.     **Release of BSA Released Claims.**  Upon the Agreement Effective Date and payment of the Settlement Amount, Hartford fully and forever releases and discharges the BSA, the Estate, Reorganized BSA, and the Settlement Trust from all Claims, whether known or unknown, suspected or unsuspected, in law or in equity, which Hartford has, had, may have, or may claim to have against the BSA, the Estate, Reorganized BSA, or the Settlement Trust directly or indirectly arising out of, with respect to, or in any way relating to any Abuse Claim, including for premiums, retrospective premiums, adjustments, chargebacks, deductibles and/or other self-insurance features arising out of the Settlement Amount and any Claims for indemnification directly or indirectly arising out of, with respect to, or in any way relating to any prior settlement agreement between Hartford and the BSA (collectively, the "BSA Released Claims"), to the extent such BSA Released Claims arise on or prior to the Agreement Effective

Date.  Also effective upon the occurrence of the Agreement Effective Date and payment of the

Settlement Amount, Hartford shall withdraw any and all requests or demands for payment by the

BSA or the Estate of any BSA Released Claim arising on or prior to the Agreement Effective

Date, including any and all proofs of claim that Hartford may have asserted in the Bankruptcy

Case, and none of  the BSA, the Estate, Reorganized BSA, or the Settlement Trust shall have any

duty to indemnify, pay, or reimburse Hartford with respect to any BSA Released Claim arising

on or prior to the Agreement Effective Date.  The release provided in this section shall not

release the BSA, Reorganized BSA, the Estate or the Settlement Trust from any obligations

arising under this Agreement.

C.    **Unknown or Future Claims.**  The Parties expressly acknowledge that there may

be changes in the law and/or the Parties may hereafter discover facts different from, or in

addition to, those that they now believe to be true with respect to any and all of the Claims

released in this Section IV.   Nevertheless, the Parties hereby agree that (subject to Sections III.E

through III.I above) the releases set forth in Section IV shall be and remain effective in all

respects, notwithstanding any changes in the law and/or the discovery of such additional or

different facts.  In addition, the Parties acknowledge they have been advised by their respective

legal counsel and are familiar with the provisions of Section 1542 of the California Civil Code,

which provides:

> **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS
> THAT THE CREDITOR OR RELEASING PARTY DOES
> NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER
> FAVOR AT THE TIME OF EXECUTING THE RELEASE
> AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE
> MATERIALLY AFFECTED HIS OR HER SETTLEMENT
> WITH THE DEBTOR OR RELEASED PARTY.**

17

D.    **Agreement Rights and Obligations Not Affected.**  The releases set forth in this Agreement are not intended to, and shall not, extend to or otherwise release or discharge any rights, privileges, benefits, duties, or obligations of the Parties by reason of, or otherwise arising under, this Agreement.

## V.    JUDGMENT REDUCTION

Neither the BSA nor the Estate (or any of their assignees, successors or any other Person formed to assume the BSA's liability for Abuse Claims, including the Settlement Trust) will seek to obtain payment from any other Person any amount that is allocable to Hartford under the Hartford Policies on account of Hartford Released Claims.  In the event that any other such Person obtains a final and non-appealable judicial determination or binding arbitration award that it is entitled to obtain a sum certain from Hartford as a result of a Claim for contribution, subrogation, indemnification or other similar Claim against Hartford for Hartford's alleged share or equitable share, or to enforce subrogation rights, if any, of the defense and/or indemnity obligation of Hartford for any Claims released pursuant to this Agreement, the BSA, the Estate, or their assignees, successors or any other Person formed to assume the BSA's liability for Abuse Claims, including the Settlement Trust, as applicable, shall voluntarily reduce its judgment or Claim against, or settlement with, such other Person to the extent necessary to eliminate such contribution, subrogation or indemnification Claims against Hartford.  To ensure that such a reduction is accomplished, Hartford shall be entitled to assert this paragraph as a defense to any action against it for any such portion of the judgment or Claim and shall be entitled to have the court or appropriate tribunal issue such orders as are necessary to effectuate the reduction to protect Hartford from any liability for the judgment or Claim.  Hartford agrees

18

that it will not seek from the BSA or the Local Councils reimbursement of its legal fees related to any action referenced herein.

## VI.    CONTRIBUTION CLAIMS

A.    Except as otherwise provided in this Agreement, Hartford agrees that it will not assert or file a Claim seeking contribution, indemnity and/or defense against another Person in order to recover any portion of the Settlement Amount to be paid under this Agreement or with respect to the BSA Released Claims.

B.    Nothing contained in this Agreement shall be construed to prohibit Hartford from making a Claim against any reinsurer (with respect to the Settlement Amount or otherwise) or from pursuing its recoveries from any reinsurer in its capacity as such, regardless of the identity or affiliation of the reinsurer.

C.    To the extent that the BSA, the Estate, or any assignee, successor or any other Person formed to assume the BSA's liability for Abuse Claims, including the Settlement Trust, settles Claims arising out of Hartford Released Claims with any other Insurance Company or other Person, the BSA, the Estate, or any such assignee, successor and/or other Person will use best efforts to obtain a waiver of that other Insurance Company's or other Person's Claims seeking contribution, indemnity and defense against Hartford based upon, arising out of or in any way attributable to such Claims.  Such waiver may be accomplished by an assignment of such Claims to the Settlement Trust, whereupon such Claims will be subject to the release set forth in Section IV herein.

## VII.    COOPERATION

A.    Each Party shall use its reasonable efforts to achieve the occurrence of the

Agreement Effective Date, and to take such steps and execute such documents as may be reasonably necessary and proper to effectuate the purpose and intent of this Agreement and to preserve its validity and enforceability.  In the event that any action or proceeding is commenced or prosecuted by any Person to invalidate or prevent the validation, enforcement, or carrying out of all or any provisions of this Agreement, the Parties mutually agree to cooperate fully in opposing such action or proceeding.

B.      Each of the Parties shall reasonably cooperate with each of the other Parties in responding to or opposing any motion, objection, Claim, assertion, or argument by any third party that this Agreement is not binding, or should be avoided, or that valuable and fair consideration or reasonably equivalent value has not been exchanged pursuant to this Agreement.

## VIII.   NO BENEFIT TO THIRD PARTIES

This Agreement is intended to confer rights and benefits only on the Parties and, to the extent set forth in the Local Council Release, the Local Councils.  No other person shall have any legally enforceable rights or benefits under this Agreement, except for the Parties' respective successors and assigns as permitted hereunder, including the Settlement Trust. Except as provided herein, no Party may assign this Agreement or any of its rights, benefits, or obligations hereunder without prior written consent of all other Parties hereto, which consent shall not be unreasonably withheld.

## IX.     NO ADMISSIONS AND NON-ADMISSIBILITY OF THE AGREEMENT

Nothing contained in this Agreement, or in any negotiations, discussions, correspondence or other materials of any kind relating to this Agreement or relating to the

negotiation of this Agreement, shall be deemed to be an admission on the part of the Parties with

respect to any matter or any factual or legal issue of any kind.  Except as may be necessary to

enforce the terms of this Agreement, or except as may be necessary or useful in the pursuit by

Hartford of a reinsurance recovery for sums to be paid under this Agreement, neither this

Agreement itself, nor any negotiations, discussions, correspondence, or other materials of any

kind relating to this Agreement or relating to the negotiation of this Agreement, shall be

discoverable or admissible in any legal or equitable proceeding of any kind, including any

lawsuit, mediation, arbitration, administrative proceeding or action, or any other proceeding or

action of any kind.

## X.    BINDING EFFECT OF AGREEMENT

All terms and provisions of this Agreement shall be binding on, and shall inure to the

benefit of, the Parties and their respective successors and assigns, including the Settlement Trust.

## XI.    DISPUTE RESOLUTION

If any dispute should arise concerning the terms, meaning, or implementation of this

Agreement, the Parties agree to use their best efforts to reach a prompt resolution of such

dispute.  If the Parties are unable to reach an agreement and such dispute arises prior to the entry

of the Confirmation Order or the Approval Order (if applicable), they shall proceed to mediation

before the Mediators.  Either Party may initiate litigation in the Bankruptcy Court to the extent

the Bankruptcy Court has subject-matter jurisdiction, or to the extent it does not, in any other

appropriate forum, but no Party may initiate litigation until forty-five (45) days after a mediation

has commenced and the Mediators have jointly determined that the Parties' mediation has

reached an impasse.  All of the Parties consent to personal jurisdiction in any federal court

(including the Bankruptcy Court) or state court in the State of Delaware for purposes of resolving any dispute concerning the terms, meaning, or implementation of this Agreement.

## XII.    CONSTRUCTION OF AGREEMENT

A.    The Parties represent and acknowledge that they have participated in the preparation and drafting of this Agreement or have each given their approval to all of the language contained in this Agreement, and it is expressly agreed and acknowledged that if any of the Parties later asserts that there is an ambiguity in the language of this Agreement, such asserted ambiguity shall not be presumptively construed for or against any other Party on the basis that one Party drafted the language of this Agreement or played a greater role in the drafting of the language.

B.    The headings of this Agreement are asserted for convenience and are not part of the provisions hereof and shall have no force or effect.

C.    If any provision of this Agreement or application thereof is held to be invalid or unenforceable, the remainder of this Agreement shall remain in effect and be interpreted so as best to reasonably give effect to the intent of the Parties.  Notwithstanding the foregoing, Sections II, III, IV, V, the corresponding Definitions and the injunctions to be set forth in the Confirmation Order or the Approval Order (if applicable) shall not be severable from this Agreement.

## XIII.   REPRESENTATIONS, WARRANTIES AND OTHER MISCELLANEOUS PROVISIONS

A.    Each Party represents and warrants that it has taken all necessary corporate and legal action required to duly approve the making and performance of this Agreement and,

subject to the occurrence of the Agreement Effective Date, that no further action is necessary to make this Agreement binding and legally enforceable.

B.      Each Party represents and warrants that, to the best of its knowledge and belief, the making and performance of this Agreement will not violate any provision of law or any of its respective articles of incorporation or by-laws or any contract or agreement by which it is bound.

C.      Each Party represents and warrants that it is the owner of the rights and Claims to be compromised and released by it under this Agreement and it has not assigned or transferred to any Person any Claim or other matter to be compromised and released herein. Furthermore, the BSA represents and warrants that it has not assigned or transferred any right, title or Interest under the Hartford Policies.

D.      Each Party represents and warrants that this Agreement has been entered into in good faith, as a result of arm's-length negotiations, with advice of counsel, and that this Agreement represents a fair, reasonable, proportionate and good-faith compromise of disputed Claims, disputed liabilities and disputed issues.

E.      This Agreement is not intended to be nor shall it be construed as an admission of the existence of a policy or a policy interpretation or as an admission by any Party of any duties, rights or obligations arising under the Hartford Policies, the Local Council Policies or any other insurance policies.  This Agreement shall not be used in any court or dispute resolution proceeding to create, prove or interpret the rights or obligations of the Parties, or the Local Councils, under the Hartford Policies, the Local Council Policies or any other insurance policies.

F.      Hartford represents that it has made a good-faith search and has located no

evidence of any Hartford Policies, other than those listed on Exhibit 1, and that it is not aware of any such policy, secondary evidence of any such policy, or any reason to believe such policy exists. The BSA represents that it has made a good-faith search and has located no evidence of any Hartford Policies, other than those listed on Exhibit 1, and that it is not aware of any such policy, secondary evidence of any such policy, or any reason to believe such policy exists.

G.      Each Party represents and warrants that it has read this Agreement in its entirety, fully understand all of its terms and the consequences thereof, and that the person signing this Agreement on its behalf has full and complete authority and competency to legally bind it to all terms and consequences of this Agreement.

H.      Each Party represents and warrants that this Agreement is supported by valid and lawful consideration sufficient to make all aspects of this Agreement legally binding and enforceable.

I.      This Agreement sets forth the entire agreement between the Parties as to its subject matter, and supersedes any and all prior or contemporaneous statements, agreements, negotiations, or understandings, whether written or oral, except that the Agreement should be read *in pari materia* with the Plan.

J.      All notices, demands, or other communications to be provided pursuant to this Agreement shall be in writing and sent by electronic mail and overnight mail (or United States first-class mail, postage prepaid), to the Parties at the addresses set forth below, or to such other persons or addresses as the Parties may designate in writing from time to time:

> For Hartford:
>
> Monica M. Curtis
> Deputy General Counsel, Head of Litigation

The Hartford
One Hartford Plaza
Hartford, CT  06155
(860) 547-3846
monica.melchionni@thehartford.com

With a copy to:

James P. Ruggeri
Shipman & Goodwin LLP
1875 K Street, Suite 600
Washington, DC  20006
(202) 469-7750
jruggeri@goodwin.com

and

Philip D. Anker
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich St.
New York, New York 10007
(212) 230-8890
Philip.Anker@Wilmerhale.com

For the BSA:

Steven P. McGowan
General Counsel
Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX 75038
(972) 580-7847
steve.mcgowan@scouting.org

With a copy to:

Jessica C. Lauria
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
jessica.lauria@whitecase.com

**EXECUTION COPY**

> Michael C. Andolina
> Matthew E. Linder
> White & Case LLP
> 111 South Wacker Drive
> Chicago, IL 60606
> (312) 881-5400
> mandolina@whitecase.com
> mlinder@whitecase.com

K.    This Agreement may be amended only by a writing signed by or on behalf of each Party.

L.    Each Party may sign an e-mail copy of this Agreement, in counterparts, with the same effect as if each Party had signed an original of the same document.

*[Remainder of Page Intentionally Left Blank]*

26

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

BSA (as defined)                    Hartford (as defined)

By: _____       By: _____

Name: Roger C. Mosby                Name: _____

Title: President and CEO            Title: _____

Date: 4-14-21                       Date: _____

*Signature Page to Settlement Agreement and Release*

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

BSA (as defined)                    Hartford (as defined)

By: _____          By: _____

Name: _____          Name: John Kinney _____

Title: _____          Title: EVP, Chief Claims Officer ___

Date: _____          Date: April 15, 2021 _____

*Signature Page to Settlement Agreement and Release*

**Exhibit 1**

| Writing Company | Policy No. | Policy Period |
|---|---|---|
| Hartford Accident and Indemnity Company | 10 HU A43300 | May 1, 1971 - May 1, 1972 |
| Hartford Accident and Indemnity Company | 10 C A43315 | September 21, 1971 - January 1, 1972 |
| Hartford Accident and Indemnity Company | 10 C A43304 | January 1, 1972 - January 1, 1974 |
| Hartford Accident and Indemnity Company | 10 C A43303 | January 1, 1972 - January 1, 1974 |
| Hartford Accident and Indemnity Company | 10 HU A43302 | January 1, 1972 - January 1, 1974 |
| Hartford Accident and Indemnity Company | 10 HU A43303 | May 1, 1972 - May 1, 1974 |
| Hartford Accident and Indemnity Company | 10 C A43329 | January 1, 1974 - January 1, 1975 |
| Hartford Accident and Indemnity Company | 10 C A43324 | January 1, 1974 - January 1, 1975 |
| Hartford Accident and Indemnity Company | 10 HU A43331 | January 1, 1974 - January 1, 1975 |
| Hartford Accident and Indemnity Company | 10 HU A43335 | May 1, 1974 - January 1, 1975 |
| Hartford Accident and Indemnity Company | 10 C A43342E | January 1, 1975 - January 1, 1976 |
| Hartford Accident and Indemnity Company | 10 C A43349E | January 1, 1976 - January 1, 1977 |
| Hartford Accident and Indemnity Company | 10 C A43359E | January 1, 1977 - January 1, 1978 |
| Hartford Accident and Indemnity Company | 10 JP A43360E | January 1, 1977 - January 1, 1978 |
| First State Insurance Company | 908954 | January 1, 1978 - January 1, 1979 |
| First State Insurance Company | 927616 | January 1, 1979 - January 1, 1980 |

| Writing Company | Policy No. | Policy Period |
|---|---|---|
| First State Insurance Company | 931255 | January 1, 1981 - January 1, 1983 |
| First State Insurance Company | 931257 | January 1, 1981 - January 1, 1983 |
| First State Insurance Company | EU 006921 | March 1, 1988 - March 1, 1989 |
| Twin City Fire Insurance Company | TXU 100325 | January 1, 1982 - January 1, 1983 |
| Navigators Specialty Insurance Company | CH12EXC747034IC | March 1, 2012 - March 1, 2013 |
| Navigators Specialty Insurance Company | CH13EXC747034IC | March 1, 2013 - March 1, 2014 |

EXECUTION COPY

**Exhibit 2**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**ORDER APPROVING SETTLEMENT AGREEMENT WITH HARTFORD ACCIDENT AND INDEMNITY COMPANY, FIRST STATE INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY AND NAVIGATORS SPECIALTY INSURANCE COMPANY AND AUTHORIZING THE SALE OF THE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND OTHER ENCUMBRANCES**

This matter comes before the Court upon the motion, dated _____, 2021 (the "Motion"),[2] of BSA for an order pursuant to Sections 105(a) and 363 of title 11 of the United States Code (the "Bankruptcy Code") and rules 2002, 6004 and 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") (i) authorizing BSA to enter into a compromise and settlement with Hartford pursuant to which (among other things) BSA, on behalf of itself and the Estate, will provide Hartford releases, as set forth in the Settlement Agreement (the "Agreement," a copy of which is attached as Exhibit 1); (ii) authorizing the Sale of the Hartford Policies to Hartford pursuant to the terms and conditions of the Agreement, free and clear of all

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2]    Except as otherwise defined herein, all capitalized terms used herein shall have the meanings ascribed to them in the Agreement (as defined herein).

Interests; (iii) approving the Agreement in all respects; and (iv) enjoining various Claims against Hartford as described in Paragraph 8 below (the "Injunction"). The appearances of all interested parties and all responses and objections to the motion, if any, have been duly noted in the record of the hearing held on _____, 2021 (the "Hearing"). Upon the record of the Hearing, the Motion, all responses and objections, if any, thereto, all other proceedings in the Bankruptcy Case, and after due deliberation and sufficient cause appearing therefore, the Court hereby makes the following:

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**:[3]

**<u>Jurisdiction, Final Order and Statutory Predicates</u>**

A.      The Court has jurisdiction over the Motion and relief requested therein, including responses and objections thereto, if any, pursuant to 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N), and (O). Venue of the Bankruptcy Case and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

B.      This Order constitutes a final and immediately appealable order within the meaning of 28 U.S.C. § 158(a).

C.      The statutory predicates for the relief sought in the Motion are Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rules 6004 and 9019.

<u>Retention of Jurisdiction</u>

D.      It is necessary and appropriate for the Court to retain jurisdiction to, among other

---

[3]      The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to this proceeding pursuant to Bankruptcy Rule 9014. To the extent any of the following findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such.

things, interpret and enforce the terms and provisions of this Order and the Agreement, and to adjudicate, if necessary, any and all disputes arising under or relating in any way to, or affecting, any of the transactions contemplated under the Agreement.

## Notice of the Motion

E.      BSA has provided due and adequate notice of the Motion, the Hearing, the Agreement and the subject matter thereof to all parties in interest pursuant to Bankruptcy Rules 2002 and 6004. Such notice was good and sufficient under the particular circumstances, and no further notice is necessary. Without limiting the generality of the foregoing, adequate notice of the Motion, the Hearing and the Agreement has been provided, and a reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein has been afforded, to all parties in interest, including (i) all known holders of Abuse Claims; (ii) all other Persons known to have provided general liability insurance to BSA; (iii) all other Persons, known to BSA, which actually or allegedly are insured or claim to be entitled to any rights or benefits under any of the Hartford Policies; (iv) all Persons or Entities that have filed proofs of claim in the Bankruptcy Case; (v) all official committees appointed in the Bankruptcy Case; and (vi) all other Persons or Entities that, as of the date the Motion was filed, had filed a notice of appearance and demand for service of papers in the Bankruptcy Case or were otherwise listed on the master service list maintained by BSA in the Bankruptcy Case. In addition, to ensure the broadest notice possible, BSA published notice of the Motion and the hearing on two separate occasions in The New York Times and USA Today.

## Sound Business Judgment and Reasonableness

F.      The relief requested in the Motion is in the best interests of BSA, the Estate, its creditors, claimants and other parties-in-interest. BSA has demonstrated good, sufficient and

3

sound business purposes and justifications for the relief requested in the Motion and the approval of the transactions contemplated thereby.

G.    The Agreement, including the Sale of the Hartford Policies free and clear of any and all Interests, is fair and reasonable and in the best interests of the Estate.  The Settlement Amount paid represents fair and reasonable consideration for the Sale of the Hartford Policies, the release of Claims and the other provisions as set forth in the Agreement.  The Agreement is also in the best interests of other parties in interest, including claimants, because it is contemplated that the proceeds of the Sale will be used to pay Abuse Claims.

<u>Good Faith of Purchaser of the Hartford Policies</u>

H.    The Agreement was negotiated and proposed, and has been entered into by the Parties, in good faith, from arm's-length bargaining positions, and without fraud or collusion. Each Party to the Agreement was represented by counsel.  The sale consideration to be realized by the Estate pursuant to the Agreement is fair and reasonable.  Hartford is a good faith purchaser for value of the Hartford Policies within the meaning of Section 363(m) of the Bankruptcy Code and is entitled to the protection thereof.  Neither BSA nor Hartford, nor any of their representatives, have engaged in any conduct that would (i) cause or permit the Agreement, or the Sale of the Hartford Policies contemplated therein, to be avoided under Section 363(n) of the Bankruptcy Code, (ii) cause or permit any amounts, costs, attorneys' fees, expenses or punitive damages to be recovered under Section 363(n) of the Bankruptcy Code, or (iii) prevent the application of Section 363(m) of the Bankruptcy Code.

<u>Satisfaction of Section 363(f) Requirements</u>

I.    BSA may sell the Hartford Policies free and clear of all Interests of any Person under Section 363(f) of the Bankruptcy Code because one or more of the criteria set forth in

Sections 363(f)(1)-(5) of the Bankruptcy Code has been satisfied.  Without limiting the generality of the foregoing, those holders of Interests against any of the Hartford Policies who did not object, or who withdrew their objections, to the Motion or the relief requested therein are deemed to have consented pursuant to Section 363(f)(2) of the Bankruptcy Code, and each holder of an Interest in the Hartford Policies can be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such Interest as contemplated by Section 363(f)(5) of the Bankruptcy Code.

J.       To the extent any Person has an Interest in the Hartford Policies, such Interest is adequately protected as required by Section 363(e) of the Bankruptcy Code by the attachment of such Interest to the proceeds of sale pursuant to Paragraph 7 of this Order, and in no circumstance will Hartford be required to satisfy such Interest.

<u>No Successor Liability</u>

K.       The transfer of the Hartford Policies pursuant to the Agreement does not and will not subject or expose Hartford to any liability, Claim (including any Abuse Claim), cause of action or remedy by reason of such transfer under (a) the laws of the United States, any state, territory, or possession thereof, or the District of Columbia, based on, in whole or in part, directly or indirectly, including any theory of tort, creditors' rights, equity, antitrust, environmental, successor or transferee liability, labor law, de facto merger, or substantial continuity; or (b) any employment contract, understanding or agreement, including collective bargaining agreements, employee pension plans, or employee welfare or benefit plans.

L.       Hartford is not assuming any of BSA's obligations to its employees (including any obligations under BSA's collective bargaining agreements, if any), by reason of the purchase of

5

the Hartford Policies.

M.      No common identity of officers or directors exists between Hartford and the Estate or BSA.

N.      Hartford is purchasing the Hartford Policies pursuant to the Agreement and this Order.  Hartford is not purchasing any other assets of BSA or the Estate.  Hartford shall not have any responsibility or liability with respect to any of BSA or the Estate's other assets or for any liability of, or Claims against, BSA.

O.      A sale of the Hartford Policies other than one free and clear of Interests, if possible at all, would impact adversely on BSA and the Estate and would be of substantially less benefit to BSA, the creditors and the Estate.  Hartford would not purchase the Hartford Policies, and pay the Settlement Amount, if the Sale were not free and clear of all Interests.

<u>Injunction</u>

P.      Issuing an injunction under Section 105(a) of the Bankruptcy Code is essential to give effect to the Sale of the Hartford Policies to Hartford free and clear of Interests pursuant to Section 363(f) of the Bankruptcy Code.  The Injunction as set forth in Paragraph 8 below is a necessary prerequisite for Hartford's agreement to the terms and conditions of the Agreement, and Hartford will not consummate the Sale of the Hartford Policies in the absence of such a supplemental injunction from this Court.

Q.      To the extent that the holders of present and future Claims have any Interest in the Hartford Policies, such Persons are adequately protected in that they will have the right to pursue their Claims against the proceeds of the Sale of the Hartford Policies with the same validity and priority as against the Hartford Policies, and in no circumstance will such Interest be satisfied by

Hartford.

R.      The Interests, if any, of any other insurer are adequately protected because the Agreement provides that BSA, the Estate, the Settlement Trust, any assignee, successor or any other Person formed to assume BSA's liability for Abuse Claims, shall reduce any final judgment or final binding arbitration award, Claim against, or settlement with, any such insurer to the extent necessary to eliminate any such insurer's Claim for contribution, subrogation, indemnification or similar Claim against Hartford (as provided in the Agreement).

Based on the foregoing and after due deliberation, **IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is **GRANTED** and **APPROVED** in all respects.

2.      For the reasons set forth herein and on the record at the Hearing, all objections to the Motion and the relief requested therein and/or granted in this Order that have not been withdrawn, waived, or settled, and all reservations of rights included in such objections, are overruled on the merits.

3.      Pursuant to Section 363(b) of the Bankruptcy Code, BSA is authorized and directed to enter into and consummate the Agreement, including to (i) sell, transfer and convey the Hartford Policies to Hartford, free and clear of all Interests, in accordance with the terms and subject only to the conditions specified herein and in the Agreement, and (ii) release all Hartford Released Claims as set forth in the Agreement.  BSA and Hartford are each hereby authorized to take all actions and execute all documents and instruments that BSA and Hartford deem necessary or appropriate to implement and effectuate the transactions contemplated by the Agreement.

**EXECUTION COPY**

4.      The terms of the Agreement (including the releases set forth in Section IV) are approved in their entirety, and this Order and the Agreement shall be binding upon the BSA, the Estate, the Settlement Trust and any other assignee, successor or any other Person formed to assume BSA's liability for Abuse Claims, Hartford, and all Persons holding Interests in the Hartford Policies or Claims against the BSA or the Estate, or any Local Councils (including all holders of Abuse Claims), the BSA's insurers other than Hartford, any actual or potential insureds under the Hartford Policies, all other parties in interest, and each of the foregoing entities' successors and assigns.  The Sale of the Hartford Policies by the BSA to Hartford, effective upon the Agreement Effective Date and the payment by Hartford of the Settlement Amount, shall constitute a legal, valid, and effective transfer of the Hartford Policies to Hartford, and shall vest Hartford with all right, title, and interest in and to their respective Hartford Policies, free and clear of all Interests pursuant to Section 363(f) of the Bankruptcy Code.

5.      Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company shall pay to BSA the Settlement Amount subject to the terms and conditions provided in the Agreement.

6.      The Sale of the Hartford Policies to Hartford under the Agreement constitutes a transfer for reasonably equivalent value and fair consideration for purposes of Section 548 of the Bankruptcy Code and comparable provisions of non-bankruptcy law.

7.      Pursuant to Sections 105(a) and 363(f) of the Bankruptcy Code and subject to the consummation, as of the Agreement Effective Date and the payment by Hartford of the Settlement Amount, the Hartford Policies shall be transferred to Hartford, free and clear of any and all Interests of all Persons in, to and with respect to the Hartford Policies, including any and all Claims of any additional insureds or other Persons claiming any right to coverage under any

8

of the Hartford Policies and any and all Claims against Hartford for contribution, indemnity or other liability under, in connection with or relating to the Hartford Policies (including any Direct Action Claims), whether arising prior to, during, or subsequent to the Bankruptcy Case or imposed by agreement, understanding, law, equity or otherwise.  Any and all such Interests shall attach to the proceeds of Sale with the same validity, priority, force, and effect as such Interests had in the Hartford Policies prior to entry of this Order.  Nothing contained herein is intended to nor shall be deemed to constitute a determination of the extent, validity or priority of any such Interests that may be asserted (including by any other insurance company) against the proceeds of the Sale.

**8.       Effective as of the Agreement Effective Date and the payment by Hartford of the Settlement Amount, pursuant to Sections 105(a) and 363 of the Bankruptcy Code, all Persons who have held or asserted, who hold or assert, or who may in the future hold or assert any Claim or Interest of any kind or nature against or in any of the Estate, BSA, the Hartford Policies, or Hartford based upon, relating to, arising under or out of, derived from or attributable to the Hartford Policies or otherwise relating to the Hartford Released Claims, whenever or wherever arising or asserted (including all thereof in the nature of or sounding in tort, contract, warranty or any other theory of law, equity or admiralty), shall be and are permanently stayed, restrained and enjoined from asserting any such Claims or Interests against Hartford and from continuing, commencing, or otherwise proceeding or taking any action against Hartford to enforce such Interests or Claims or for the purpose of directly or indirectly collecting, recovering or receiving payments from Hartford to recover with respect to any such Claim or Interest.  The injunction set forth in this Paragraph 8 is a permanent injunction and shall not be modified or amended.**

9.      Hartford is not, and shall not be deemed to be, a successor to BSA or the Estate by reason of any theory of law or equity or as a result of the consummation of the transactions contemplated in the Agreement or otherwise.  Hartford shall not assume any liabilities of BSA or the Estate, including any liabilities for Abuse Claims.

10.      The transactions contemplated by the Agreement, including the Sale of the Hartford Policies to Hartford free and clear of all Interests, are undertaken by Hartford in good faith, as that term is used in Section 363(m) of the Bankruptcy Code.  Accordingly, the reversal or modification on appeal of the authorization to consummate the Sale of the Hartford Policies and the transactions contemplated by the Agreement shall not affect the validity of the Sale of the Hartford Policies to Hartford, unless such authorization is duly stayed pending such appeal. Hartford is a purchaser in good faith of the Hartford Policies and shall be entitled to all of the protections afforded by Section 363(m) of the Bankruptcy Code.

11.      Pursuant to Bankruptcy Rule 9019, the settlement and mutual release of Claims as set forth in the Agreement are hereby approved as of the Agreement Effective Date.  This Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed under Bankruptcy Rule 6004(g).

12.      The failure specifically to include any particular provision of the Agreement in this Order shall not diminish or impair the effectiveness of such provision, it being the intent of the Court that the Agreement be authorized and approved in its entirety.

13.      This Court shall retain jurisdiction to interpret and enforce the provisions of this Order and the Agreement in all respects, and to adjudicate, if necessary, any and all disputes arising under or relating in any way to, or affecting, any of the transactions contemplated under the Agreement.

**EXECUTION COPY**

14.     Each and every federal, state, and local governmental agency or department is hereby directed to accept this Order in lieu of any document necessary to consummate the transactions contemplated by the Agreement and this Order.

15.     The provisions of this Order are mutually dependent and are not severable.

It is so **ORDERED**.


DATED:     _____          _____

United States Bankruptcy Judge

11

**EXHIBIT J**

**NON-MONETARY COMMITMENTS**

**(*to be supplemented after consultation with representatives of holders of Direct Abuse Claims*)**

**SCHEDULE 1**

**ARTWORK**

**ARTWORK**

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.167 | Where Brook and River Meet | A. Boulard after a painting by B. W. Leader | n. d. | 17 5/8" x 27 1/8" with margins | Hand colored etching |
| 2011.064.306 | Portrait of Abraham Lincoln | After George Henry Hall by an Unknown artist (Contemporary) | n. d. | 33 1/8" x 24 1/2" | Oil on relined canvas |
| 2011.064.242 | Dr. James E. West | Albert A. Rose (Contemporary) | n. d. | 40" x 30" | Oil on canvas |
| 2011.064.241 | Portrait of Gale F. Johnson | Albert A. Rose (Contemporary) | n. d. | 30" x 25" | Oil on canvas |
| 2011.064.204 | Native American Village | Andy Jansen (Contemporary) | n. d. | 10" x 13" | Ink on paper |
| 2011.064.315 | Triumph and Tragedy | Angelini | 2008 | | Oil on Canvas |
| 2012.051 | Big Doing's When King Richard Had a Rodeo | Beard, Daniel Carter | n.d. | | |
| Johnston gift | Fight Scene | Beard, Daniel Carter | n.d. | | Ink on Paper |
| 2011.064.181 | Lord Baden Powell | Benjamin Eggleston (Contemporary) | n. d. | 51 1/2" x 43" | |
| 2011.064.159 | Butterfly's | Bentley and Bentley (Contemporary) | 1990 | 30" x 24" x 3" | Butterfly triptych collage with Plexiglas box |
| 2011.064.160 | Butterfly's | Bentley and Bentley (Contemporary) | 1990 | 30" x 24" x 3" | Butterfly triptych collage with Plexiglas box |
| 2011.064.161 | Butterfly's | Bentley and Bentley (Contemporary) | 1990 | 30" x 24" x 3" | Butterfly triptych collage with Plexiglas box |
| 2011.064.162 | Butterfly's | Bentley and Bentley (Contemporary) | 1990 | 30" x 24" x 3" | Butterfly triptych collage with Plexiglas box |
| 2011.064.163 | Butterfly's | Bentley and Bentley (Contemporary) | 1990 | 30" x 24" x 3" | Butterfly triptych collage with Plexiglas box |
| 2011.064.217 | Old Ironside | Betty Mahony (Contemporary) | n. d. | 18" x 24" | Oil on canvas |
| Unknown | A Century of Values | Bill Manilow | n.d. | | Acrylic? |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.164 | Boyscout Membership | C. K. Berryman (Contemporary) | 1940 | 12 1/2" x 14 1/8" | Ink on paper |
| 2011.064.243 | The Mountaineer | Carl Clemens Moritz Rungius (1869-1959) | n. d. | 50" x 60" | Oil on canvas |
| Unknown | Scout's Signaling Friendship | Caserta | 1945 | | |
| 2011.064.170 | In a Welch Valley | Charles Chauvel after a painting by B. W. Leader | n. d. | 18 1/2" x 28 1/2" with margins | Hand colored etching |
| 2011.064.171 | Surrey's Pleasant Hills | Charles Chauvel after a painting by B. W. Leader | n. d. | 21 1/2" x 17" with margins | Hand colored etching |
| 2016.019 | Scouts at Campfire Singing | Charles Towne | 1930s | | Oil on unstretched canvas |
| Unknown | New Jersey State Trooper and Scout | Dave ? | n.d. | | |
| 2011.064.225 | Greenhead Alert | David Moss (Contemporary) | n. d. | 16 1/4" x 24 7/8" with margins | Color off-set lithograph |
| 2011.064.226 | Pheasants in the Snow | David Moss (Contemporary) | n. d. | 16 3/8" x 24 7/8" with margins | Color off-set lithograph |
| 2011.064.227 | Wild Wings | David Moss (Contemporary) | 1985 | 16 1/2" x 24 7/8" with margins | Color off-set lithograph |
| 2011.064.176 | Lincoln Memorial | Dean Cornwell ( 1892- 1960) | n. d. | 38" x 35" | Oil on canvas |
| 2011.064.175 | Uncle Sam's Air Force; "Boy Scout and Pilot" | Dean Cornwell ( 1892- 1960) | 1952 | 38 1/8" x 35 1/2" | Oil on canvas |
| 2011.064.177 | Wright Brothers | Dean Cornwell ( 1892- 1960) | n. d. | 38" x 35" | Oil on canvas |
| 2011.064.174 | Boy Scout and Father at Nathan Hale Statue | Dean Cornwell (1892- 1960) | n. d. | 40" x 36 1/4" | Oil on relined canvas |
| 2011.064.215 | America's Strength | Don Lupo (Contemporary) | n. d. | 26" x 19 1/2" | Watercolour over off-set lithograph |
| Unknown | Your Career in Scouting | Don Lupo (Contemporary) | n.d. | | |
| OA | Brotherhood Barn | E. Urner Goodman | n.d. | | Oil on Canvas |
| 2011.064.316 | Treasure Island | E. Urner Goodman | | | Oil on Canvas |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.187 | Liberty Bell | Earnest Henry (Contemporary) | n. d. | 25" x 26" | Oil on canvas |
| 2011.064.231 | Forward on Liberty's Team | Earnest Pascoe (1922- 1996) | 1954 | 33" x 23" | Oil on canvas |
| 2011.064.211 | The Measure of a Man | Edward D. Kuekes (Born 1901) | 1957 | 20" x 16" | Ink on paper |
| 2011.064.222 | Ellsworth H. Augustus | Eugene A. Montgomery (Contemporary) | n. d. | 40" x 30" | Oil on canvas |
| 2011.064.223 | Portrait of Alden G. Barber | Eugene A. Montgomery (Contemporary) | n. d. | 42" x 32" | Oil on canvas |
| 2011.064.224 | Portrait of Irving Feist | Eugene A. Montgomery (Contemporary) | n. d. | 42" x 32" | Oil on canvas |
| Unknown | Eagle in Flight | F.P. Smith | n.d. | | |
| 2011.064.182 | General Omar Bradley | Frank Eliscu (Born 1912) | 1990 | 16 1/2" high without base | Cast bronze sculpture with brown patina |
| 2011.064.220 | Coke,  "Boy Scouts Come to a Halt" | Fredric Kimball Mizen (1888- 1965) | n. d. | 32 1/2" x 37 1/2" | Oil on canvas which has been relined |
| 2011.064.119 | Scout Bugler, Swimming Call | Harold N. Anderson (Contemporary) | n.d. | 28" x 21 1/2" | Oil on Canvas |
| 2011.064.120 | Sea Scout at Ship's Wheel | Harold N. Anderson (Contemporary) | n.d. | 30" x 20" | Oil on Canvas |
| 2011.064.244 | They See a Vision That Once Was Yours | Harold van Schmidt (Contemporary) | 1951 | 29" x 37" | Oil on canvas |
| 2011.064.168 | Boy's Life Cover | Harrison Cady (1877- 1970) | 1938 | 17 5/8" x 27 1/8" | Ink and watercolour on paper |
| 2011.064.191 | A Scout is Brave | Henry "Hy" Hintermeister (1902-1972) | n. d. | 15" x 10" | Gouache on paper |
| 2011.064.192 | A Scout is Cheerful | Henry "Hy" Hintermeister (1902-1972) | n. d. | 15" x 10" | Gouache on paper |
| 2011.064.193 | A Scout is Clean | Henry "Hy" Hintermeister (1902-1972) | n. d. | 15" x 10" | Gouache on paper |
| 2011.064.194 | A Scout is Courteous | Henry "Hy" Hintermeister (1902-1972) | n. d. | 15" x 10" | Gouache on paper |
| 2011.064.195 | A Scout is Friendly | Henry "Hy" Hintermeister (1902-1972) | n. d. | 15" x 10" | Gouache on paper |
| 2011.064.196 | A Scout is Helpful | Henry "Hy" Hintermeister (1902-1972) | n. d. | 15" x 10" | Gouache on paper |
| 2011.064.197 | A Scout is Kind | Henry "Hy" Hintermeister (1902-1972) | n. d. | 15" x 10" | Gouache on paper |
| 2011.064.198 | A Scout is Loyal | Henry "Hy" Hintermeister (1902-1972) | n. d. | 15" x 10" | Gouache on paper |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.199 | A Scout is Obedient | Henry "Hy" Hintermeister (1902-1972) | n. d. | 15" x 10" | Gouache on paper |
| 2011.064.200 | A Scout is Reverent | Henry "Hy" Hintermeister (1902-1972) | n. d. | 15" x 10" | Gouache on paper |
| 2011.064.201 | A Scout is Thrifty | Henry "Hy" Hintermeister (1902-1972) | n. d. | 15" x 10" | Gouache on paper |
| 2011.064.202 | A Scout is Trustworthy | Henry "Hy" Hintermeister (1902-1972) | n. d. | 15" x 10" | Gouache on paper |
| 2011.064.189 | Achievement | Henry "Hy" Hintermeister (1902-1972) | n. d. | 24" x 18" | Oil on canvas |
| 2011.064.190 | Adventure | Henry "Hy" Hintermeister (1902-1972) | n. d. | 24" x 18" | Oil on canvas |
| 2011.064.228 | Johnston Historical Museum | Herbert Mott (Contemporary) | n. d. | 10 1/2" x 22 1/2" | Gouache and pencil on paper |
| 2011.064.230 | Portrait of Baden-Powell | Hjordis Nyberg (Contemporary) | n. d. | 40" x 30" | Oil on canvas |
| 2011.064.188 | Tait McKenzie Statue | Homer Hill (Contemporary) | n. d. | 24" x 18" | Gouache on paper and collage |
| 2011.064.172 | Boy Scout | Howard Chandler Christy (1873- 1952) | 1936 | 60" x 40" | Oil on canvas |
| 2011.064.312 | Portrait of Norton Clapp | J. Anthony Wills (Contemporary) | n. d. | 43" x 34" | Oil on masonite |
| 2011.064.165 | Giant Eagle, Planes, and Scout | James Bingham (Contemporary) | n. d. | 34 1/2" x 30 1/4" | Oil on relined canvas |
| 2011.064.130 | "Common Puffin": "Tufted Puffin"; and "Rhinoceros Auklet" | James Carter Beard (1837- 1913) | 1904 | 6 3/4" x 5 1/16" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.140 | "Hudson Bay Lemming"; "Field Mouse"; "Red Backed Mouse"; and "Northwest Vole" | James Carter Beard (1837- 1913) | 1904 | 12" x 11" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.150 | "Sunfish"; "Calico Bass"; Yellow Perch"; and "Small Mounted Black Bass" | James Carter Beard (1837- 1913) | 1904 | 9 1/2" x 12 7/8" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.121 | American Spotted Chimera | James Carter Beard (1837- 1913) | 1904 | 6" x 11" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.123 | Australian Lung Fish | James Carter Beard (1837- 1913) | 1904 | 6 3/4" x 12 3/4" | Ink and watercolour on paper mounted to cardboard |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.124 | Black Footed Albatross | James Carter Beard (1837- 1913) | 1904 | 9 1/8" x 10 1/4" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.125 | Bluefish | James Carter Beard (1837- 1913) | 1904 | 4 5/8" x 7" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.126 | Bullhead Catfish | James Carter Beard (1837- 1913) | 1904 | 6" x 7 3/4" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.127 | California Grey Whales Attacked by Killer Whales | James Carter Beard (1837- 1913) | 1904 | 10 3/8" x 15 1/2" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.128 | Canadian Lynx | James Carter Beard (1837- 1913) | 1904 | 8 1/2" x 10 3/4" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.129 | Common Dolphins | James Carter Beard (1837- 1913) | 1904 | 10 1/2" x 15 5/8" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.131 | Congo Snake | James Carter Beard (1837- 1913) | 1904 | 13 1/4" x 18 1/4" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.132 | Devil Fish | James Carter Beard (1837- 1913) | 1904 | 9 1/4" x 14 3/8" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.133 | Elaine Eel | James Carter Beard (1837- 1913) | 1904 | 5 7/8" x 10 7/8" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.134 | Florida Wood Rat | James Carter Beard (1837- 1913) | 1904 | 9 1/8" x 11" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.135 | Flying Fish | James Carter Beard (1837- 1913) | 1904 | 5 5/8" x 9 1/2" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.136 | Flying Foxes (Bats) | James Carter Beard (1837- 1913) | 1904 | 17" x 12 1/4" | Ink and watercolour on paper mounted to cardboard |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.137 | Glacier Bear | James Carter Beard (1837- 1913) | 1904 | 9 7/8" x 11 3/8" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.138 | Grey Squirrel | James Carter Beard (1837- 1913) | 1904 | 9 1/4" x 14 1/2" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.139 | Hell Bender | James Carter Beard (1837- 1913) | 1904 | 12" x 16 1/2" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.141 | Jumping Mouse | James Carter Beard (1837- 1913) | 1904 | 8 1/2" x 7" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.142 | Loon and Murres | James Carter Beard (1837- 1913) | 1904 | 6 7/8" x 8 1/2" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.143 | Manatee | James Carter Beard (1837- 1913) | 1904 | 14" x 8 7/8" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.144 | Menobranchas | James Carter Beard (1837- 1913) | 1904 | 13" x 18" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.145 | Pocket Gophers | James Carter Beard (1837- 1913) | 1904 | 6" x 11" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.146 | Ribbon Seals | James Carter Beard (1837- 1913) | 1904 | 12 3/8" x 15 1/2" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.148 | Spider Monkeys | James Carter Beard (1837- 1913) | 1904 | 13 7/8" x 9 1/8" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.149 | Squirrel | James Carter Beard (1837- 1913) | 1904 | 10 1/2" x 15 1/2" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.151 | Stellar's Sea Lions | James Carter Beard (1837- 1913) | 1904 | 9 1/4" x 13 7/8" | Ink and watercolour on paper mounted to cardboard |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.152 | Stormy Petrel | James Carter Beard (1837- 1913) | 1904 | 8 1/4" x 8 1/8" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.153 | Tarpon | James Carter Beard (1837- 1913) | 1904 | 5 1/4" x 9 1/16" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.122 | The Angler | James Carter Beard (1837- 1913) | 1904 | 5 7/8" x 10 3/4" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.147 | The Spanish Mackerel | James Carter Beard (1837- 1913) | 1904 | 5" x 5 1/2" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.154 | Two Spined Stickleback | James Carter Beard (1837- 1913) | 1904 | 3 1/2" x 11 1/2" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.155 | Typical Pocket-Mouse and Kangaroo Rat | James Carter Beard (1837- 1913) | 1904 | 10 3/4" x 10 7/8" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.156 | Unicorn Whales | James Carter Beard (1837- 1913) | 1904 | 10 1/2" x 16 1/2" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.157 | Woodchuck | James Carter Beard (1837- 1913) | 1904 | 8 1/8" x 10" | Ink and watercolour on paper mounted to cardboard |
| 2011.064.158 | Daniel Carter Beard | James Henry Beard (1812- 1893) | 1888 | 12" x 19 3/8" | Oil on board |
| 2011.064.212 | Saturday Evening Post Cover | James Lewicki (Born 1917) | 1960 | 23 1/2" x 21 1/2" | Ink and watercolour on board |
| 2011.064.309 / 1998.111 | Santa Claus and Scout | Jay Vance (Contemporary) | n. d. | 13 1/2" x 10 1/4" | Gouache on paper |
| None | Scout Crossing-Jamboree | Jeff Segler | 2017 | | |
| None | Scouting's Tribute to Law Enforcement | Jeff Segler | 2018 | | |
| 2011.064.278 | Untitled Scout | Jeff Segler (Contemporary) | n. d. | 36" x 28" | Oil on canvas |
| 2011.064.166 | Mustangs | John Gutson (La Mothe) Borglum (1867- 1941) | 1904 | 20 3/4" x 32" x 16" | Cast bronze multiple sculpture with green-brown patina |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| Unknown | Eagle and Eagle Scout Medal | John Steven Wilson | n.d. | | |
| 2011.064.214 | "Weapons for Liberty"; March 2 Saturday Evening Post Cover | Joseph Christain Leyendecker (1874-1951) | 1918 | 40" x 27 1/4" | Oil on canvas |
| 2011.064.213 | Saturday Evening Post Cover/ Scouts Signaling | Joseph Christain Leyendecker (1874-1951) | 1911 | 30 1/4" x 21 1/4" | Oil on canvas |
| None | 100th Anniversary of the Order of the Arrow | Joseph Csatari | 2012 | | |
| 2003.111 | Portrait of Chope Phillips | Joseph Csatari | 1971 | | Oil on masonite |
| Unknown | "100th Anniversary of World Scouting" | Joseph Csatari | 2007 | 32" x 26" | Oil on Canvas |
| Unknown | 100th Anniversary of Eagle Scouts | Joseph Csatari | 2012 | | Oil on Canvas |
| Unknown | 90th Anniversary of Boys Life | Joseph Csatari | 2001 | | Oil on Canvas |
| Unknown | A Scout is Reverent, Study | Joseph Csatari | n.d. | | |
| Unknown | Reading Partners | Joseph Csatari | 2002 | 30" x 24" | Oil on Canvas |
| Unknown | Scouting Hero's | Joseph Csatari | 2007 | 32" x 26" | Oil on Canvas |
| Unknown | Scouting Salutes Community Organizatons | Joseph Csatari | 2009 | 32" x 25" | Oil on Canvas |
| Unknown | Scouting through the Years | Joseph Csatari | 1978 | | Oil on Canvas |
| Unknown | Scoutmaster and Scout, study | Joseph Csatari | n.d. | | Pencil on paper |
| Unknown | Sketch, "To Rich" | Joseph Csatari | n.d. | | sketch |
| None | Walter Scott, Jr. | Joseph Csatari | 2012 | | |
| Unknown | Year of the Volunteer | Joseph Csatari | 2008 | 32" x 25" | Oil on Canvas |
| 2011.064.088 | "Prepared To Do a Good Turn" or "9/11" | Joseph Csatari (Contemporary) | 2002 | 40" x 31" | oil on canvas |
| 2011.064.118 | 100th Anniversary Salute to Scouting | Joseph Csatari (Contemporary) | 2009 | | Oil on Canvas |
| 2011.064.066 | 1976 Handbook Cover | Joseph Csatari (Contemporary) | 1975 | 27 1/2" x 38" | oil on board |
| 2011.064.082 | A Good Turn | Joseph Csatari (Contemporary) | 1992 | 40" x 32" | oil on canvas |
| 2011.064.110 | A Good Turn, study | Joseph Csatari (Contemporary) | n. d. | 10" x 8" | pencil on paper |
| 2011.064.092 | A Scout is Reverent | Joseph Csatari (Contemporary) | ca. 1994 | 20" x 16" | oil on board |
| 2011.064.116 | A Winner, study | Joseph Csatari (Contemporary) | n. d. | 10 1/4" x 7 3/4" | pencil on paper |

8

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.070 | After Hours | Joseph Csatari (Contemporary) | 1980 | 30" x 24" | oil on canvas |
| 2011.064.107 | After Hours, study | Joseph Csatari (Contemporary) | n. d. | 9 1/2" x 7 1/2" | pencil on paper |
| 2011.064.109 | Building a Fire, study | Joseph Csatari (Contemporary) | 1987 | 14" x 10" | pencil on paper |
| 2011.064.083 | Character Counts | Joseph Csatari (Contemporary) | 1994 | 36" x 30" | oil on canvas |
| 2011.064.091 | Charles L. Sommers, High Adventure Base | Joseph Csatari (Contemporary) | ca. 1999 | 36" x 30" | oil on canvas |
| 2011.064.093 | Come On, Join Us | Joseph Csatari (Contemporary) | n. d. | 24" x 19" | acrylic on canvas |
| 2011.064.090 | Cub Scout 75th Anniversary "Cub Scout 75th Anniversary" or "A Winner" | Joseph Csatari (Contemporary) | 2004 | 34" x 27" | oil on canvas |
| 2011.064.089 | Dreams Become a Reality in Venturing | Joseph Csatari (Contemporary) | 2003 | 34" x 27" | oil on canvas |
| 2011.064.114 | Duty to God and Country, study | Joseph Csatari (Contemporary) | n. d. | 13 1/2" x 10 1/2" | pencil on paper |
| 2011.064.105 | Eagle Court of Honor | Joseph Csatari (Contemporary) | n. d. | 31" x 23" | oil on canvas |
| 2011.064.106 | Eagle Court of Honor, study | Joseph Csatari (Contemporary) | n. d. | 30" x 22" | pencil on paper |
| 2011.064.068 | Eagle Service Project | Joseph Csatari (Contemporary) | 1978 | 38" x 29" | oil on canvas |
| 2011.064.072 | Family Camping | Joseph Csatari (Contemporary) | 1982 | 32 1/2" x 25" | oil on canvas |
| 2011.064.081 | Florida Sea Base | Joseph Csatari (Contemporary) | 1991 | 41" x 32" | oil on canvas |
| 2011.064.115 | Florida Sea Base, study | Joseph Csatari (Contemporary) | n. d. | 20" x 15 1/2" | pencil on paper |
| 2011.064.065 | Gift of a Lifetime | Joseph Csatari (Contemporary) | 1968 | 20 1/4" x 16 1/4" | oil on canvas |
| 2011.064.062 | Higher Vision | Joseph Csatari (Contemporary) | 1964 | 22 5/16" x 18 5/16" | oil on canvas |
| 2011.064.075 | It's a Boy's Life | Joseph Csatari (Contemporary) | 1985 | 32" x 24" | oil on canvas |
| 2011.064.087 | National Jamboree Fort A. P. Hill, Virginia | Joseph Csatari (Contemporary) | 2001 | 30" x 24" | oil on canvas |
| 2011.064.314 | National Scouting Museum Founders | Joseph Csatari (Contemporary) | 2013 | 35.75" x 24.50" with margin | Oil on Canvas |
| 2011.064.111 | Official Call, study | Joseph Csatari (Contemporary) | n. d. | 11 1/2" x 8 1/2" | pencil on paper |
| 2011.064.084 | Out of the Past Into the Future (Pass it On?) | Joseph Csatari (Contemporary) | 1996 | 34" x 27" | oil on canvas |
| 2011.064.104 | Pass It On | Joseph Csatari (Contemporary) | n. d. | 36" x 28" | oil on canvas |
| 2011.064.098 | Portrait of Arch Munson, Jr. | Joseph Csatari (Contemporary) | n. d. | 40" x 30 1/4" | oil on canvas |
| 2011.064.095 | Portrait of Ben H. Love | Joseph Csatari (Contemporary) | n. d. | 36" x 30" | oil on canvas |
| 2011.064.099 | Portrait of Charles M. Pigott | Joseph Csatari (Contemporary) | n. d. | 36" x 30" | oil on canvas |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.096 | Portrait of Dr. Thomas C. MacAvoy | Joseph Csatari (Contemporary) | n. d. | 36" x 30" | oil on canvas |
| 2011.064.094 | Portrait of Edward Joullian III | Joseph Csatari (Contemporary) | n. d. | 36" x 30" | oil on canvas |
| 2011.064.100 | Portrait of Harvey L. Price | Joseph Csatari (Contemporary) | n. d. | 31" x 25" | oil on canvas |
| 2011.064.103 | Portrait of J. L. Tarr | Joseph Csatari (Contemporary) | n. d. | 36" x 30" | oil on canvas |
| 2011.064.101 | Portrait of Jere B. Ratcliff | Joseph Csatari (Contemporary) | n. d. | 36" x 30" | oil on canvas |
| 2011.064.102 | Portrait of Robert W. Reneker | Joseph Csatari (Contemporary) | n. d. | 40" x 30 3/8" | oil on canvas |
| 2011.064.097 | Portrait of Sanford N. McDonnell | Joseph Csatari (Contemporary) | n. d. | 40" x 30" | oil on canvas |
| 2011.064.080 | Scouting for all Seasons | Joseph Csatari (Contemporary) | 1990 | 40" x 34" | oil on canvas |
| 2011.064.117 | Scouting For All Seasons, study | Joseph Csatari (Contemporary) | n. d. | 15 3/4" x 15" | pencil on paper |
| 2011.064.085 | Scouting Values | Joseph Csatari (Contemporary) | 1996 | 36" x 28" | oil on canvas |
| 2011.064.113 | Scoutmaster, study | Joseph Csatari (Contemporary) | n. d. | 13 1/2" x 10 1/2" | pencil on paper |
| 2011.064.108 | Scouts Are Patriotic, study | Joseph Csatari (Contemporary) | n. d. | 13" x 9 1/2" | pencil on paper |
| 2011.064.112 | Scouts Hiking, study | Joseph Csatari (Contemporary) | n. d. | 14" x 12" | pencil on paper |
| 2011.064.074 | Spirit Lives On | Joseph Csatari (Contemporary) | 1985 | 34" x 26" | oil on canvas |
| 2011.064.067 | The New Spirit | Joseph Csatari (Contemporary) | 1976 | 33" x 25" | oil on canvas |
| 2011.064.064 | The Ordeal | Joseph Csatari (Contemporary) | 1967 | 22" x 18" | oil on canvas |
| 2011.064.071 | The Patrol Leader | Joseph Csatari (Contemporary) | 1981 | 26" x 21" | oil on canvas |
| 2011.064.069 | The Reunion | Joseph Csatari (Contemporary) | 1979 | 32" x 24" | oil on canvas |
| 2011.064.079 | The Scoutmaster | Joseph Csatari (Contemporary) | 1989 | 44" x 36" | oil on canvas |
| 2011.064.073 | The Strength of Scouting Through Volunteers OR Thank You, Scout Volunteers | Joseph Csatari (Contemporary) | 1983 | 30" x 24" | oil on canvas |
| 2011.064.063 | Thomas J. Watson, Jr. | Joseph Csatari (Contemporary) | 1965 | 28" x 22" | oil on canvas |
| 2011.064.086 | Urban Good Turn | Joseph Csatari (Contemporary) | 1997 | 30" x 25" | oil on canvas |
| 2011.064.076 | Values That Last a Lifetime | Joseph Csatari (Contemporary) | 1986 | 36" x 28" | oil on canvas |
| 2011.064.077 | Winter Camping Scene | Joseph Csatari (Contemporary) | 1987 | 40" x 30" | oil on canvas |
| 2011.064.078 | You Can Do It | Joseph Csatari (Contemporary) | 1988 | 30" x 24" | oil on canvas |
| 2011.064.317 | Happy 90th Birthday BSA | Joseph Csatari (Contemporary) Artist | 2000 | | Oil on Canvas |
| 2011.064.318 | The Summit or Summit Bechtel Reserve | Joseph Csatari (Contemporary) Artist | 2013 | | Oil on Canvas |
| None | Live Scouting's Adventures | Josh Hunt | n.d. | | |
| 2011.064.206 | Brown and Bigelow Calendar | Keely (Contemporary) | 1970 | 33" x 11" | Oil on board |
| 2011.064.310 | Man to Man | L. D. Warren (Born 1906) | 1956 | 10 1/2" x 8 7/8" | Ink on paper |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.186 | The Spirit Lives On | Larry Frost (Contemporary) | n. d. | 44" x 36" | Oil on masonite |
| 2011.064.311 | Boy Scout Saluting | Lawrence Wilbur (1897- 1988) | n. d. | 16 1/2" x 13 1/2" | Oil on unstretched canvas |
| 2012.056 | Lady with Scarf | Leyendecker, J.C. | n.d. | | Oil Study |
| 2011.064.216 | Portrait of George H. Fisher | Lurtos (Contemporary) | n. d. | 26" x 19 1/2" | Oil on board |
| 2011.064.205 | Miriam Lumpkin Rand Johnston | Marion D. Johnson (1892- 1966) | n. d. | 23 1/2" x 19 1/2" | Pastel on paper |
| 2011.064.282 | Scouting in the World | Martha Jane Starr (Contemporary) | n. d. | 49" x 19" | 25 petit points on three panels |
| 2011.064.283 | Scouting in the World | Martha Jane Starr (Contemporary) | n. d. | 49" x 19" | 25 petit points on three panels |
| 2011.064.281 | Scouting in the World | Martha Jane Starr (Contemporary) | n. d. | 49" x 19" | 25 petit points on three panels |
| 2011.064.284 | Trail to Eagle | Martha Jane Starr (Contemporary) | n. d. | 24 3/8" x 19 3/8" | 8 petit points on three panels |
| 2011.064.221 | Portrait of Elbert Fretwell in a Scout Uniform | Martin Mockford (Contemporary) | 1954 | 20" x 16" | Oil on canvas |
| 2011.064.238 / 1999.050 | Eagle in Flight / "The Eagle" | Maynard Reece (Born 1920) | 1980 | 16" x 24" | Oil on canvas |
| Unknown | Portrait of Baden-Powell | McKean | 1967 | | |
| 2011.064.169 | Fort A. P. Hill | Milton Arthur Candiff ( Born 1907) | 1981 | 14" x 10 1/4" | Ink and pencil on paper and collage |
| Unknown | 1939 World's Fair | Monte Crews | n.d. | | Oil on Canvas |
| 2011.064.239 | Onward...For God and My Country | Paul Remmey (Contemporary) | n. d. | 18 1/4" x 37" | Oil on canvas |
| 2011.064.286 | Portrait of Dr. Arthur Schuck | Paul Trebilcock (1902- 1981) | n. d. | 44" x 34" | Oil on canvas |
| 2011.064.300 | America's Boypower, Project SOAR | Paul Troth (Contemporary) | 1971 | 9" x 7 1/4" | Ink on paper |
| 2011.064.184 | "Trail to Manhood" | Peter M. Fillerup (Contemporary) | 1984 | 84" high | Cast bronze sculpture with brown patina |
| 2011.064.183 | Maquette for "Trail to Manhood" | Peter M. Fillerup (Contemporary) | 1991 | 16 1/4" without base | Cast bronze sculpture with brown patina |
| 2011.064.279 | Scouting Family | R. Skemp (Contemporary) R.S. Kemp or R. Skemp | n. d. | 18" x 14 1/2" | Oil on board |
| Unknown | Citizenship: BSA | Remington Schuyler (1884- 1955) | 1925 | 30" x 21 1/2" | Oil on Canvas |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.245 | Cub Scouts Running an Indoor Course | Remington Schuyler (1884- 1955) | n. d. | 6 1/2" x 22 1/2" | Ink on paper |
| 2011.064.246 | Indian and Travois | Remington Schuyler (1884- 1955) | 1920 | 10" x 30" | Oil on canvas |
| 2011.064.247 / 1988.045 | Indian in Canoe (triptych) | Remington Schuyler (1884- 1955) | 1922 | 20" x 11"; 20" x 33"; and 20" x 11" | Oil on canvas |
| 2011.064.249 | Scout Sign Up | Remington Schuyler (1884- 1955) | n. d. | 13 1/2" x 12 5/8" | Ink on paper |
| 2011.064.250 | Scout with Binoculars | Remington Schuyler (1884- 1955) | n. d. | 4 1/2" x 6 1/2" | Ink on paper |
| 2011.064.251 | Scout with Native American | Remington Schuyler (1884- 1955) | n. d. | 7 5/8" x 7 5/8" | Ink on paper |
| 2011.064.252 | Scouts and Important Holidays | Remington Schuyler (1884- 1955) | n. d. | 9 1/4" x 27" | Ink and coloured pencil on paper |
| 2011.064.253 | Scouts Around a Campfire | Remington Schuyler (1884- 1955) | n. d. | 8 1/2" x 7 3/4" | Ink on paper |
| 2011.064.254 | Scouts at Doorway to Sky Patrol Building | Remington Schuyler (1884- 1955) | n. d. | 8 3/4" x 8 1/2" | Ink on paper |
| 2011.064.255 | Scouts Building a Log Structure | Remington Schuyler (1884- 1955) | n. d. | 7 3/4" x 6 1/2" | Ink on paper |
| 2011.064.256 | Scouts Cooking at Camp | Remington Schuyler (1884- 1955) | n. d. | 5 7/8" x 6 7/8" | Ink on paper |
| 2011.064.257 | Scouts Hiking Near Totem Pole | Remington Schuyler (1884- 1955) | n. d. | 9" x 7 1/2" | Ink on paper |
| 2011.064.261 | Scouts in Winter Camp (One of ten in the series) | Remington Schuyler (1884- 1955) | n. d. | 31" x 27" | Charcoal on paper |
| 2011.064.262 | Scouts in Winter Camp (One of ten in the series) | Remington Schuyler (1884- 1955) | n. d. | 36" x 26 1/2" | Charcoal on paper |
| 2011.064.263 | Scouts in Winter Camp (One of ten in the series) | Remington Schuyler (1884- 1955) | n. d. | 32" x 27" | Charcoal on paper |
| 2011.064.264 | Scouts in Winter Camp (One of ten in the series) | Remington Schuyler (1884- 1955) | n. d. | 31" x 27" | Charcoal on paper |
| 2011.064.265 | Scouts in Winter Camp (One of ten in the series) | Remington Schuyler (1884- 1955) | n. d. | 30" x 27" | Charcoal on paper |
| 2011.064.258 | Scouts in Winter Camp (One of ten in the series) | Remington Schuyler (1884- 1955) | n. d. | 27 1/2" x 27" | Charcoal on paper |
| 2011.064.259 | Scouts in Winter Camp (One of ten in the series) | Remington Schuyler (1884- 1955) | n. d. | 28 1/2" x 27" | Charcoal on paper |
| 2011.064.260 | Scouts in Winter Camp (One of ten in the series) | Remington Schuyler (1884- 1955) | n. d. | 29 1/2" x 27" | Charcoal on paper |
| 2011.064.266 | Scouts on a Hike | Remington Schuyler (1884- 1955) | n. d. | 16" x 14" | Ink on paper |
| 2011.064.267 | Scouts on Hike Near Seashore | Remington Schuyler (1884- 1955) | n. d. | 7 3/4" x 7" | Ink on paper |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| Unknown | Scouts on Lookout (with binoculars)( | Remington Schuyler (1884- 1955) | n.d. | | Oil on Canvas |
| 2011.064.268 | Scouts Resting Along a Trail | Remington Schuyler (1884- 1955) | n. d. | 22 1/2" x 19 1/4" | Charcoal on paper |
| 2011.064.269 | Scouts Setting Up Camp Near a Lake | Remington Schuyler (1884- 1955) | n. d. | 6" x 6 7/8" | Ink on paper |
| 2011.064.270 | Scouts Sitting in Front of a Teepee | Remington Schuyler (1884- 1955) | n. d. | 8" x 8" | Ink on paper |
| 2011.064.271 | Scouts Swimming and Diving | Remington Schuyler (1884- 1955) | n. d. | 7 1/2" x 7 1/2" | Ink on paper |
| 2011.064.272 | Scouts Washing Up at Camp | Remington Schuyler (1884- 1955) | n. d. | 9 3/8" x 8 1/4" | Ink on paper |
| 2011.064.273 | Scouts Welcoming a New Member | Remington Schuyler (1884- 1955) | n. d. | 9 1/2" x 7" | Ink on paper |
| 2011.064.248 | Sitting Scouts Dressed as Native Americans | Remington Schuyler (1884- 1955) | n. d. | 7 3/4" x 7 3/4" | Ink on paper |
| 2011.064.274 | The Second Class Requirements | Remington Schuyler (1884- 1955) | n. d. | 11 1/2" x 6 5/8" | Ink on paper |
| 2011.064.275 | The Tenderfoot Requirements | Remington Schuyler (1884- 1955) | n. d. | 11 1/4" x 6 5/8" | Ink on paper |
| 2011.064.276 | Tippy | Remington Schuyler (1884- 1955) | n. d. | 12" x 15 5/8" | Ink on jointed irregular paper |
| 2011.064.277 | Two Scouts at Picketburg Sign Post | Remington Schuyler (1884- 1955) | n. d. | 15" x 14" | Ink on paper |
| 2011.064.207 | Portrait of Gale F. Johnson (Johnston?) | Robert "Bob" Kovacs (Contemporary) | 1966 | 24" x 20" | Oil on canvas |
| 2011.064.208 | Portrait of J. F. Kennedy in Scout Uniform | Robert "Bob" Kovacs (Contemporary) | 1966 | 34" x 29 1/2" | Acrylic on rawhide |
| 2011.064.209 | Portrait of Joseph A. Burton, Jr. | Robert "Bob" Kovacs (Contemporary) | 1967 | 30" x 24" | Oil on canvas |
| 2011.064.210 | Portrait of Lady Baden-Powell | Robert "Bob" Kovacs (Contemporary) | 1967 | 24" x 20" | Oil on canvas |
| 2011.064.219 | The Boy Scout | Robert Tait McKenzie (1867- 1938) | 1937 | 73" high | Cast bronze sculpture with brown patina |
| 1992.060.001 -.004 | "Four Season" portfolio | Rockwell, Norman (1894-1978) | 1976 | 13 1/2" x 13 1/4" | Lithograph |
| 2011.064.001 | A Daily Good Turn | Rockwell, Norman (1894-1978) | 1918 | 30.25 x 22.25" | Oil on canvas |
| 2011.064.036 | A Good Sign All Over the World | Rockwell, Norman (1894-1978) | 1961 | 29" x 25" | Oil on relined canvas |
| 2011.064.005 | A Good Turn | Rockwell, Norman (1894-1978) | 1924 | 32.125 x 27.125" | Oil on relined canvas |
| 2011.064.038 | A Great Moment | Rockwell, Norman (1894-1978) | 1963 | 43 1/4" x 35 x 1/4" | Oil on canvas |
| 2011.064.017 | A Guiding Hand | Rockwell, Norman (1894-1978) | 1944 | 38 x 29.125" | Oil on canvas |
| 2011.064.013 | A Scout is Friendly | Rockwell, Norman (1894-1978) | 1941 | 33 x 22" | Oil on relined canvas |
| 2011.064.006 | A Scout is Loyal | Rockwell, Norman (1894-1978) | 1930 | 44 x 34" | Oil on relined canvas |
| 2011.064.024 | A Scout is Reverent | Rockwell, Norman (1894-1978) | 1952 | 28 x 22" | Oil on canvas |
| 2011.064.016 | All Together | Rockwell, Norman (1894-1978) | 1945 | 30 x 24" | Oil on canvas |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.011 | America Builds for Tomorrow | Rockwell, Norman (1894-1978) | 1936 | 34 x 25" | Oil on relined canvas |
| 2011.064.045 | America's Manpower Begins with Boypower | Rockwell, Norman (1894-1978) | 1969 | 34" x 26" | Oil on canvas |
| 2011.064.042 | Beyond the Easel | Rockwell, Norman (1894-1978) | 1967 | 29 1/4" x 27" | Oil on canvas |
| 2011.064.029 | Boy and Dogs, New Puppies | Rockwell, Norman (1894-1978) | 1956 | 27 1/4" x 25 1/4" | Oil on canvas |
| 2011.064.031 | Boy Scout Hiking | Rockwell, Norman (1894-1978) | 1957 | 35 1/4" x 21" | Oil on canvas |
| 2011.064.051 | Boy Scouts Pledging 60th Boy's Life | Rockwell, Norman (1894-1978) | c. 1968 | 13" x 12" | oil on canvas |
| 2011.064.052 | Boypower, Manpower | Rockwell, Norman (1894-1978) | 1970 | 24" x 24" | charcoal on paper |
| 2011.064.040 | Breakthrough for Freedom | Rockwell, Norman (1894-1978) | 1965 | 23 x 18" | Oil on canvas |
| 2011.064.035 | Can't Wait | Rockwell, Norman (1894-1978) | 1970 | 39" x 29" | Oil on canvas |
| 2011.064.057 | Can't Wait | Rockwell, Norman (1894-1978) | 1960 | 23 1/2" x 18 3/4" with margins | colour lithograph |
| 2011.064.007 | Carry On | Rockwell, Norman (1894-1978) | 1932 | 45 x 31 1/2" | Oil on relined canvas |
| 2011.064.043 | Come and Get It | Rockwell, Norman (1894-1978) | 1968 | 37 1/4" x 31 1/4" | Oil on canvas |
| 2011.064.032 | Ever Onward | Rockwell, Norman (1894-1978) | 1958 | 37" x 29 1/8" | Oil on relined canvas |
| 2011.064.021 | Forward America | Rockwell, Norman (1894-1978) | 1949 | 46.5 x 36.125" | Oil on canvas |
| 2011.064.019 | Friend in Need | Rockwell, Norman (1894-1978) | 1947 | 38 x 19.125" | Oil on canvas |
| 2011.064.046 | From Concord to Tranquility | Rockwell, Norman (1894-1978) | 1971 | 26 1/2" x 21 1/4" | Oil on canvas |
| 2011.064.039 | Growth of a Leader | Rockwell, Norman (1894-1978) | 1964 | 30 1/4" x 23 1/4" | Oil on relined canvas |
| 2011.064.027 | High Adventure at Philmont | Rockwell, Norman (1894-1978) | 1955 | 52 1/2' x 44 1/4" | Oil on relined canvas |
| 2011.064.033 | Homecoming | Rockwell, Norman (1894-1978) | 1959 | 44" x 33" | Oil on relined canvas |
| 2011.064.015 | I Will Do My Best | Rockwell, Norman (1894-1978) | 1943 | 39 x 28" | Oil on canvas |
| 2011.064.044 | Irving Feist | Rockwell, Norman (1894-1978) | 1969 | 20" x 16" | Oil on masonite |
| 2011.064.018 | Men of Tomorrow | Rockwell, Norman (1894-1978) | 1946 | 37 x 29" | Oil on canvas |
| 2011.064.028 | Mighty Proud | Rockwell, Norman (1894-1978) | 1956 | 30 1/4" x 25" | Oil on canvas |
| 2011.064.023 | On My Honor | Rockwell, Norman (1894-1978) | 1951 | 46 x 34" | Oil on canvas |
| 2011.064.008 | On to Washington | Rockwell, Norman (1894-1978) | c. 1933 | 30.125 x 24.125" | Oil on relined canvas |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.020 | Our Heritage | Rockwell, Norman (1894-1978) | 1948 | 42.125 x 32.125" | Oil on canvas |
| 2011.064.034 | Pointing the Way | Rockwell, Norman (1894-1978) | 1960 | 37 1/2" x 28 3/4" | Oil on relined canvas |
| 2011.064.002 | Red Cross Man in the Making (A Good Scout) (A Scout is Kind) | Rockwell, Norman (1894-1978) | 1916 | 30 x 22" | Oil on canvas |
| 2011.064.041 | Scouting is Outing | Rockwell, Norman (1894-1978) | 1966 | 26 1/8" x 21" | Oil on canvas |
| 2011.064.003 | Scouting Makes Real Men Out of Boys (Some Day This May Save An Army) | Rockwell, Norman (1894-1978) | 1916 | 30.125 x 22.125" | Oil on canvas |
| 2011.064.010 | Scouts of Many Trails | Rockwell, Norman (1894-1978) | 1936 | 40.5 x 28.5" | Oil on relined canvas |
| 2011.064.004 | Straight Talks from the Scoutmaster | Rockwell, Norman (1894-1978) | 1923 | 30.125 x 22.125" | Oil on relined canvas |
| 1993.049.001 | Study for "The Scoutmaster" | Rockwell, Norman (1894-1978) | 1956 | 12 1/4" x 10" | Oil on posterboard with inscription on mat |
| 2011.064.056 | Study for Grandma's Recipe | Rockwell, Norman (1894-1978) | n. d. | 11" x 9 1/2 | oil on paper |
| 2011.064.048 | Study for Spirit of America | Rockwell, Norman (1894-1978) | c. 1928 | 17" x 10 7/8" | pencil on paper |
| 2011.064.050 | Study for The Spirit of 1976 | Rockwell, Norman (1894-1978) | 1974 | 14" x 10 1/2" | oil on paper |
| 2011.064.049 | Study for Washington or International Scouting | Rockwell, Norman (1894-1978) | c. 1933 | 13" x 10" | oil on paper |
| 2011.064.053 | Study for We Thank Thee, O'Lord | Rockwell, Norman (1894-1978) | 1972 | 1 1/2" x 9" | oil on canvas mounted to board with reverse oil on glass |
| 2011.064.055 | Study for Weapons for Liberty | Rockwell, Norman (1894-1978) | n. d. | 11" x 8" | oil on paper |
| 2011.064.022 | The Adventure Trail | Rockwell, Norman (1894-1978) | 1950 | 36 x 27.25" | Oil on canvas |
| 2011.064.009 | The Campfire Story | Rockwell, Norman (1894-1978) | 1934 | 32.125 x 24.125" | Oil on canvas |
| 2011.064.025 | The Right Way | Rockwell, Norman (1894-1978) | 1953 | 36 x 30" | Oil on canvas |
| 2011.064.012 | The Scouting Trail | Rockwell, Norman (1894-1978) | 1937 | 26 x 20" | Oil on relined canvas |
| 2011.064.026 | The Scoutmaster | Rockwell, Norman (1894-1978) | 1954 | 45x36" | Oil on canvas |
| 2011.064.037 | To Keep Myself Physically Strong | Rockwell, Norman (1894-1978) | 1962 | 35 1/4" x 29 1/4" | Oil on relined canvas |
| 2011.064.030 | Tomorrow's Leader | Rockwell, Norman (1894-1978) | 1957 | 40" x 34 1/8" | Oil on relined canvas |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.047 | We Thank Thee, O'Lord | Rockwell, Norman (1894-1978) | 1972 | 34 1/2" x 27 1/2" | Oil on canvas mounted to board |
| 2011.064.054 | We Thank Thee, O'Lord, study | Rockwell, Norman (1894-1978) | 1972 | 30 3/4" x 24 3/4" | charcoal on paper |
| 2011.064.014 | We, Too, Have A Job To Do | Rockwell, Norman (1894-1978) | 1942 | 32 x 21" | Oil on relined canvas |
| 2011.064.233 | Untitled from the "Health, Safety, and First Aid" series | Ruth Pisano (Contemporary) | n. d. | 25 1/2" x 40" | Pastel on paper |
| 2011.064.235 | Untitled from the "Health, Safety, and First Aid" series | Ruth Pisano (Contemporary) | n. d. | 25 1/2" x 30 1/2" | Pastel on paper |
| 2011.064.236 | Untitled from the "Health, Safety, and First Aid" series | Ruth Pisano (Contemporary) | n. d. | 28 1/2" x 31" | Pastel on paper |
| 2011.064.237 | Untitled from the "Health, Safety, and First Aid" series | Ruth Pisano (Contemporary) | n. d. | 25 1/2" x 32" | Pastel on paper |
| 2011.064.232 | Untitled from the "Health, Safety, and First Aid" series | Ruth Pisano (Contemporary) | n. d. | 24 1/2" x 21 1/2" | Pastel on paper |
| 2011.064.234 | Untitled from the "Health, Safety, and First Aid" series | Ruth Pisano (Contemporary) | n. d. | 19 1/2" x 24 1/2" | Pastel on paper |
| Unknown | Scouts | S. Johnson | n.d. | | Color Pencil on Paper |
| 2011.064.313 | James West | S. Posie Wood (Contemporary) | n. d. | 7 7/8" x 5 7/8" with margin | Mono- toned etching |
| 2011.064.185 | Monk and Jester | Salvatore Frangiamore (1853- 1915) | 1885 | 28" x 18" | Watercolour on paper |
| 2011.064.218 | Public Attention | Shaw McCutcheon (Contemporary) | 1969 | 18" x 14 1/2" | Ink on paper |
| 2011.064.285 / 1998.118 | Trail to Eagle | Ted Summers (Contemporary) | 1950s | 24" x 50" | |
| 2011.064.294 | Boy Scouts of America, Region Eight | Tricomi (Contemporary) | 1972 | 16" x 20" | Oil on canvas |
| 2011.064.297 | Boy Scouts of America, Region Eleven | Tricomi (Contemporary) | 1972 | 16" x 20" | Oil on canvas |
| 2011.064.291 | Boy Scouts of America, Region Five | Tricomi (Contemporary) | 1972 | 16" x 20" | Oil on canvas |
| 2011.064.290 | Boy Scouts of America, Region Four | Tricomi (Contemporary) | 1972 | 16" x 20" | Oil on canvas |
| 2011.064.295 | Boy Scouts of America, Region Nine | Tricomi (Contemporary) | 1972 | 16" x 20" | Oil on canvas |
| 2011.064.287 | Boy Scouts of America, Region One | Tricomi (Contemporary) | 1972 | 20" x 16" | Oil on canvas |
| 2011.064.293 | Boy Scouts of America, Region Seven | Tricomi (Contemporary) | 1972 | 20" x 16" | Oil on canvas |
| 2011.064.292 | Boy Scouts of America, Region Six | Tricomi (Contemporary) | 1972 | 20" x 16" | Oil on canvas |
| 2011.064.296 | Boy Scouts of America, Region Ten | Tricomi (Contemporary) | 1972 | 16" x 20" | Oil on canvas |
| 2011.064.289 | Boy Scouts of America, Region Three | Tricomi (Contemporary) | 1972 | 20" x 16" | Oil on canvas |
| 2011.064.298 | Boy Scouts of America, Region Twelve | Tricomi (Contemporary) | 1972 | 16" x 20" | Oil on canvas |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.288 | Boy Scouts of America, Region Two | Tricomi (Contemporary) | 1972 | 20" x 16" | Oil on canvas |
| 2011.064.299 | National Conference, Order of the Arrow | Tricomi (Contemporary) | 1971 | 20" x 24" | Oil on canvas |
| Unknown | Boy Scouts | Unknown | n.d. | | Goache on Paper |
| Unknown | Boy Scouts, Camping and Cooking | Unknown | n.d. | | Oil on Paper |
| Unknown | BSA National Museum in Kentucky | Unknown | n.d. | | |
| Unknown | Character Counts with #50 Race Car | unknown | n.d. | | |
| Unknown | Cub Scout | unknown | n.d. | | Oil on Canvas |
| Unknown | Cub Scout with Rocket and Bike | Unknown | n.d. | | |
| Unknown | Cub Scouts at a Picnic | Unknown | n.d. | | Oil on Paper |
| Unknown | Elbert Fretwell Portrait | unknown | n.d. | | |
| Unknown | Portrait of Glen | Unknown | n.d. | | |
| Unknown | Scout and Scoutmaster with People Looking On | Unknown | n.d. | | |
| None | Steady at the Helm | Unknown | n.d. | | |
| None | Stephen D. Bechtel, Jr. | Unknown | 2011 | | |
| 2011.064.304 | Lord Baden Powell | Unknown (19th- 20th century) | c. 1900 | 26" x 14" | Pastel on paper |
| 2011.064.305 | Perry R. Bass | Unknown (19th- 20th century) | 1984 | 19" high with base | Cast bronze sculpture with brown patina |
| 2011.064.301 | Edward C. Joullian III | Unknown (Contemporary) | 1985 | 19 3/4" high with base | Cast bronze sculpture with brown patina |
| 2011.064.302 | Ellsworth H. Augustus | Unknown (Contemporary) | 1985 | 19 1/4" high with base | Cast bronze sculpture with brown patina |
| 2011.064.303 | George W. Pirtle | Unknown (Contemporary) | 1984 | 18 3/4" high with base | Cast bronze sculpture with brown patina |
| 2011.064.307 | Public Relations | Unknown (Contemporary) | n. d. | 11 7/8" x 8 7/8" | Ink on paper |
| 2011.064.308 | Sanford N. McDonnel | Unknown (Contemporary) | 1985 | 21" high with base | Cast bronze sculpture with brown patina |
| Unknown | Portrait of Unknown Man | W. Scott | n.d. | | |
| 2011.064.178 | Dr. Fretwell, Donald, and Mickey | Walt Disney ( 1901- 1966) | 1944 | 26" x 26" | Pencil on paper (print?) |
| 2011.064.179 | Good Scouts | Walt Disney ( 1901- 1966) | n. d. | 15 3/8" x 13 1/8" | Ink wash on paper |

| OBJECT ID | TITLE | CREATOR | DATE | IMAGE SIZE | MEDIUM |
|---|---|---|---|---|---|
| 2011.064.180 / 1999.057 | Sea Scouts | Walt Disney ( 1901- 1966) | n. d. | 15 3/8" x 13 1/8" | Gouache on celluloid |
| 2011.064.203 | Boy Scouts of America, 25th Anniversary | Walter Beach Humphrey (1892- 1966) | 1935 | 30 1/4" x 26 1/4" | Oil on relined canvas |
| 2011.064.280 | National Archives | William Arthur Smith (1918- 1989) | n. d. | 38" x 35" | Oil on canvas |
| Unknown | Portrait of Mortimer Schiff | Wilson | n.d. | | Oil on Canvas |
| 2011.064.229 | Scout with English Sailor | Z. P. Nikolaki (Contemporary) | n. d. | 30" x 23" | Mixed media on unstretched canvas |

18

# SCHEDULE 2

## BSA INSURANCE POLICIES

# BSA INSURANCE POLICIES

| Carrier Name | Policy Number | Start | End |
|---|---|---|---|
| Insurance Company of North America | Unknown | 1/1/1935 | 1/1/1936 |
| Insurance Company of North America | Unknown | 1/1/1936 | 1/1/1937 |
| Insurance Company of North America | Unknown | 1/1/1937 | 1/1/1938 |
| Insurance Company of North America | Unknown | 1/1/1938 | 1/1/1939 |
| Insurance Company of North America | Unknown | 1/1/1939 | 1/1/1940 |
| Insurance Company of North America | Unknown | 1/1/1940 | 1/1/1941 |
| Insurance Company of North America | Unknown | 1/1/1941 | 1/1/1942 |
| Insurance Company of North America | Unknown | 1/1/1942 | 1/1/1943 |
| Insurance Company of North America | Unknown | 1/1/1943 | 1/1/1944 |
| Insurance Company of North America | Unknown | 1/1/1944 | 1/1/1945 |
| Insurance Company of North America | Unknown | 1/1/1945 | 1/1/1946 |
| Insurance Company of North America | Unknown | 1/1/1946 | 1/1/1947 |
| Insurance Company of North America | Unknown | 1/1/1947 | 1/1/1948 |
| Insurance Company of North America | Unknown | 1/1/1948 | 1/1/1949 |
| Insurance Company of North America | Unknown | 1/1/1949 | 1/1/1950 |
| Insurance Company of North America | Unknown | 1/1/1950 | 1/1/1951 |
| Insurance Company of North America | CGL23729 | 1/1/1951 | 1/1/1952 |
| Insurance Company of North America | Unknown | 1/1/1952 | 1/1/1953 |
| Insurance Company of North America | Unknown | 1/1/1953 | 1/1/1954 |
| Insurance Company of North America | 9CGL41300 | 1/1/1954 | 1/1/1955 |
| Insurance Company of North America | Unknown | 1/1/1955 | 1/1/1956 |
| Insurance Company of North America | 9CGL 41300 | 1/1/1956 | 1/1/1957 |
| Insurance Company of North America | Unknown | 1/1/1957 | 1/1/1958 |
| Insurance Company of North America | CGL97448 | 1/1/1958 | 1/1/1959 |
| Insurance Company of North America | 9CGL 114 960 | 1/1/1959 | 1/1/1960 |
| Insurance Company of North America | CGL 122620 | 1/1/1960 | 1/1/1961 |
| Insurance Company of North America | CGL 121944 | 1/1/1960 | 1/1/1961 |
| Insurance Company of North America | CGL175782 | 1/1/1961 | 2/1/1961 |
| Insurance Company of North America | CGL175782 | 2/1/1961 | 1/1/1962 |
| Insurance Company of North America | CGL 19 18 36 | 1/1/1962 | 1/1/1963 |
| Insurance Company of North America | CGL 20 46 80 | 1/1/1963 | 1/1/1964 |
| Insurance Company of North America | CGL 21 29 22 | 1/1/1964 | 1/1/1965 |
| Insurance Company of North America | CGL 23 24 70 | 1/1/1965 | 1/1/1966 |
| Insurance Company of North America | CGL 24 88 96 | 1/1/1966 | 1/1/1967 |
| Insurance Company of North America | GLP11200 | 1/1/1967 | 1/1/1968 |
| Insurance Company of North America | GLP15 12 11 | 1/1/1968 | 1/1/1969 |
| Insurance Company of North America | GLP 16 09 81 | 1/1/1969 | 1/1/1970 |
| Insurance Company of North America | XBC43198 | 3/26/1969 | 1/1/1970 |
| Insurance Company of North America | BLB 51323 | 1/1/1970 | 1/1/1971 |
| Insurance Company of North America | XBC 77302 | 1/1/1970 | 1/1/1971 |

| Carrier Name | Policy Number | Start | End |
|---|---|---|---|
| Insurance Company of North America | BLB 51323 | 1/1/1971 | 1/1/1972 |
| Insurance Company of North America | XBC85370 | 1/1/1971 | 5/3/1971 |
| Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 |
| Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 |
| Hartford Accident and Indemnity Company | 10CA43304 | 1/1/1972 | 1/1/1973 |
| Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 |
| Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 |
| Hartford Accident and Indemnity Company | 10HUA43303 | 5/1/1972 | 5/1/1973 |
| Argonaut Insurance Company | UL71286000088 | 5/1/1972 | 5/1/1973 |
| Hartford Accident and Indemnity Company | 10CA43304 | 1/1/1973 | 1/1/1974 |
| Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 |
| Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 |
| Hartford Accident and Indemnity Company | 10HUA43303 | 5/1/1973 | 5/1/1974 |
| Argonaut Insurance Company | UL 71-298-000088 | 5/1/1973 | 5/1/1974 |
| Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 |
| Hartford Accident and Indemnity Company | 10CA43324 | 1/1/1974 | 1/1/1975 |
| Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 |
| Hartford Accident and Indemnity Company | 10HUA43335 | 5/1/1974 | 1/1/1975 |
| Argonaut Insurance Company | UL 71-298-000088 | 5/1/1974 | 1/1/1975 |
| Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 |
| National Union Fire Insurance Company of Pittsburgh, PA | BE1140592 | 1/1/1975 | 1/1/1976 |
| Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 |
| National Union Fire Insurance Company of Pittsburgh, PA | BE 115 15 59 | 1/1/1976 | 1/1/1977 |
| American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 |
| London Market | 76-10-08-02 | 9/17/1976 | 9/17/1979 |
| Hartford Accident and Indemnity Company | 10CA43359E | 1/1/1977 | 1/1/1978 |
| Hartford Accident and Indemnity Company | 10JPA43360E | 1/1/1977 | 1/1/1978 |
| National Union Fire Insurance Company of Pittsburgh, PA | BE 121 82 55 | 1/1/1977 | 1/1/1978 |
| American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 |
| Insurance Company of North America | GLP 70 64 52 | 1/1/1978 | 1/1/1979 |
| National Union Fire Insurance Company of Pittsburgh, PA | CE 115 77 77 | 1/1/1978 | 1/1/1979 |
| First State Insurance Company | 908954 | 1/1/1978 | 1/1/1979 |
| Insurance Company of North America | GLP 70 64 52 | 1/1/1979 | 1/1/1980 |
| Insurance Company of North America | XBC 151748 | 1/1/1979 | 1/1/1980 |
| Aetna Casualty and Surety Company | 01 XN 2046 WCA | 1/1/1979 | 1/1/1980 |
| First State Insurance Company | 927616 | 1/1/1979 | 1/1/1980 |
| Insurance Company of North America | GLP 70 64 52 | 1/1/1980 | 1/1/1981 |
| Allianz Insurance Company | UMB 599346 | 1/1/1980 | 1/1/1981 |
| Aetna Casualty and Surety Company | 01 XN 2438 WCA | 1/1/1980 | 1/1/1981 |
| Insurance Company of North America | ISL1353 | 1/1/1981 | 1/1/1982 |
| Transit Casualty Company | UMB964076 | 1/1/1981 | 1/1/1982 |
| First State Insurance Company | 931255 | 1/1/1981 | 1/1/1982 |

| Carrier Name | Policy Number | Start | End |
|---|---|---|---|
| London Market | 931255A | 1/1/1981 | 1/1/1982 |
| First State Insurance Company | 931257 | 1/1/1981 | 1/1/1982 |
| London Market | 931257A | 1/1/1981 | 1/1/1982 |
| Insurance Company of North America | ISL1364 | 1/1/1982 | 1/1/1983 |
| Twin City Fire Insurance Company | TXU 100325 | 1/1/1982 | 1/1/1983 |
| First State Insurance Company | 931255 | 1/1/1982 | 1/1/1983 |
| London Market | 931255A | 1/1/1982 | 1/1/1983 |
| First State Insurance Company | 931257 | 1/1/1982 | 1/1/1983 |
| London Market | 931257A | 1/1/1982 | 1/1/1983 |
| Insurance Company of North America | XCP 144961 | 11/17/1982 | 1/1/1984 |
| Insurance Company of North America | ISL G0 28 34 57-1 | 1/1/1983 | 1/1/1984 |
| Insurance Company of North America | XCP144965 | 1/1/1983 | 1/1/1984 |
| Insurance Company of North America | XCP 144966 | 1/1/1983 | 1/1/1984 |
| National Surety Corporation | XLX-148 43 09 | 1/1/1983 | 1/1/1984 |
| Insurance Company of North America | ISL G0 29 31 72 2 | 1/1/1984 | 1/1/1985 |
| Mission National Insurance Company | MN 02 79 69 | 1/1/1984 | 1/1/1985 |
| Insurance Company of North America | XCP 145365 | 1/1/1984 | 1/1/1985 |
| National Surety Corporation | XLX1484392 | 1/1/1984 | 1/1/1985 |
| Insurance Company of North America | XCP 145366 | 1/1/1984 | 1/1/1985 |
| Insurance Company of North America | ISL G0 29 31 72 2 | 12/31/1984 | 12/31/1985 |
| Mission National Insurance Company | MN 045730 | 1/1/1985 | 1/1/1986 |
| Landmark Insurance Company | FE4002136 | 1/1/1985 | 1/1/1986 |
| Columbia Casualty Company | RDX 917 64 99 | 1/1/1985 | 3/1/1986 |
| Insurance Company of North America | XCP 144232 | 1/1/1985 | 1/1/1986 |
| Highlands Insurance Company | SR 51238 | 1/1/1985 | 1/1/1986 |
| Federal Insurance Company | (86) 7928-83-37 | 1/1/1985 | 3/1/1986 |
| International Insurance Company | 522 048501 | 1/1/1985 | 3/1/1986 |
| Royal Indemnity Company | ED 103126 | 1/1/1985 | 3/1/1986 |
| Insurance Company of North America | ISL G0 29 31 72 2 | 12/31/1985 | 3/1/1986 |
| Insurance Company of North America | ISG GO 293149-7 | 1/1/1986 | 3/1/1986 |
| Landmark Insurance Company | FE4002136 | 1/1/1986 | 3/1/1986 |
| Insurance Company of North America | XCP 144232 | 1/1/1986 | 3/1/1986 |
| Highlands Insurance Company | SR 51497 | 1/1/1986 | 3/1/1986 |
| Unknown | Unknown | 1/1/1986 | 3/1/1986 |
| Insurance Company of North America | ISL G0 293184-9 | 3/1/1986 | 3/1/1987 |
| U.S. Fire Insurance Company | 523 425440 7 | 3/1/1986 | 3/1/1987 |
| Utica Mutual Ins. Company | 10272 | 3/1/1986 | 3/1/1987 |
| National Union Fire Insurance Company of Pittsburgh, PA | 9607508 | 3/1/1986 | 3/1/1987 |
| Pacific Employers Ins. Company | XCC 001154 | 4/1/1986 | 3/1/1987 |
| Harbor Insurance Company | HI 218373 | 5/20/1986 | 3/1/1987 |
| St. Paul Surplus Lines Insurance Company | LCO 55 17312 | 5/28/1986 | 3/1/1987 |
| Chubb Custom Insurance Company | 7931-00-02 | 6/3/1986 | 3/1/1987 |

3

| Carrier Name | Policy Number | Start | End |
|---|---|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA | 9601862 | 6/3/1986 | 3/1/1987 |
| Insurance Company of North America | ISL G0 997957 8 | 3/1/1987 | 3/1/1988 |
| Insurance Company of North America | ISG GO 81 65 36-1 | 3/1/1987 | 3/1/1988 |
| U.S. Fire Insurance Company | 522 065060 1 | 3/1/1987 | 3/1/1988 |
| St. Paul Surplus Lines Insurance Company | LCO 55 18254 | 3/1/1987 | 3/1/1988 |
| National Union Fire Insurance Company of Pittsburgh, PA | 9601888 | 3/1/1987 | 3/1/1988 |
| Lexington Insurance Company | 5529760 | 3/1/1987 | 3/1/1988 |
| Insurance Company of North America | XCP-GO-816538-5 | 3/1/1987 | 3/1/1988 |
| Insurance Company of North America | HDO-G1-136741-0 | 3/1/1988 | 3/1/1989 |
| Insurance Company of North America | CAO G1 135164-5 | 3/1/1988 | 3/1/1989 |
| U.S. Fire Insurance Company | 531-200-352-6 | 3/1/1988 | 3/1/1989 |
| St. Paul Surplus Lines Insurance Company | LCO 55 19006 | 3/1/1988 | 3/1/1989 |
| Planet Ins. Company | NV 1253834 | 3/1/1988 | 3/1/1989 |
| Lexington Insurance Company | 556-6184 | 3/1/1988 | 3/1/1989 |
| Insurance Company of North America | XCPG1-135165-7 | 3/1/1988 | 3/1/1989 |
| First State Insurance Company | EU 006921 | 3/1/1988 | 3/1/1989 |
| Federal Insurance Company | (89) 7907-8617 | 3/1/1988 | 3/1/1989 |
| Insurance Company of North America | HDO-G1-136741-0 | 3/1/1989 | 3/1/1990 |
| Insurance Company of North America | CAO G1 135164-5 | 3/1/1989 | 3/1/1990 |
| U.S. Fire Insurance Company | 531-201-602-7 | 3/1/1989 | 3/1/1990 |
| National Union Fire Insurance Company of Pittsburgh, PA | 960-75-95 | 3/1/1989 | 3/1/1990 |
| St. Paul Surplus Lines Insurance Company | LCO5519547 | 3/1/1989 | 3/1/1990 |
| Royal Indemnity Company | RHA000409 | 3/1/1989 | 3/1/1990 |
| Lexington Insurance Company | 556-7563 | 3/1/1989 | 3/1/1990 |
| American Zurich Insurance Company | CEO 6371780-00 | 3/1/1989 | 3/1/1990 |
| Planet Ins. Company | NUA 149419100 | 3/1/1989 | 3/1/1990 |
| Federal Insurance Company | (90)7907 86 17 | 3/1/1989 | 3/1/1990 |
| Insurance Company of North America | HDO-G1-075409-4 | 3/1/1990 | 3/1/1991 |
| Insurance Company of North America | CAO G1 075410-0 | 3/1/1990 | 3/1/1991 |
| International Insurance Company | 531-202912-2 | 3/1/1990 | 3/1/1991 |
| General Star Indemnity Company | NEX036306 | 3/1/1990 | 3/1/1991 |
| Industrial Insurance Company of Hawaii | JE 910 7188 | 3/1/1990 | 3/1/1991 |
| Royal Indemnity Company | RHA4001621 | 3/1/1990 | 3/1/1991 |
| Lexington Insurance Company | 556-9527 | 3/1/1990 | 3/1/1991 |
| Insurance Company of the State of Pennsylvania (The) | 4290-2158 | 3/1/1990 | 3/1/1991 |
| Planet Ins. Company | NUA 149419101 | 3/1/1990 | 3/1/1991 |
| Federal Insurance Company | (91)7907 86 17 | 3/1/1990 | 3/1/1991 |
| Niagara Fire Insurance Company | ERX-000 387 | 10/19/1990 | 3/1/1991 |
| Federal Insurance Company | (91)7929-52-34 | 10/19/1990 | 3/1/1991 |
| Gulf Insurance Company | GFE-536 22 31 | 10/19/1990 | 3/1/1991 |
| National Surety Corporation | XXK-211 24 33 | 10/19/1990 | 3/1/1991 |
| Insurance Company of North America | HDO G1 07 54 47-1 | 3/1/1991 | 3/1/1992 |

| Carrier Name | Policy Number | Start | End |
|---|---|---|---|
| Insurance Company of North America | CAO G1 075448-3 | 3/1/1991 | 3/1/1992 |
| International Insurance Company | 531-204182-1 | 3/1/1991 | 3/1/1992 |
| Industrial Indemnity | JE9108935 | 3/1/1991 | 3/1/1992 |
| Lexington Insurance Company | 8653405 | 3/1/1991 | 3/1/1992 |
| Niagara Fire Insurance Company | HXU 001040 | 3/1/1991 | 3/1/1992 |
| Planet Ins. Company | NUA 149419102 | 3/1/1991 | 3/1/1992 |
| Federal Insurance Company | (92) 7907 86 17 | 3/1/1991 | 3/1/1992 |
| Gulf Insurance Company | GFE 536 23 96 | 3/1/1991 | 3/1/1992 |
| National Surety Corporation | XXK-217 83 02 | 3/1/1991 | 3/1/1992 |
| Insurance Company of North America | HDO G1 549654-A | 3/1/1992 | 3/1/1993 |
| Insurance Company of North America | CAO-G1-549655-1 | 3/1/1992 | 3/1/1993 |
| International Insurance Company | 531-205301-7 | 3/1/1992 | 3/1/1993 |
| General Star Indemnity Company | IXG-307138 | 3/1/1992 | 3/1/1993 |
| Lexington Insurance Company | 8654653 | 3/1/1992 | 3/1/1993 |
| Niagara Fire Insurance Company | HXU-001209 | 3/1/1992 | 3/1/1993 |
| California Union Insurance Company | ZCX 02 00 25 | 3/1/1992 | 3/1/1993 |
| Federal Insurance Company | (93) 7907-86-17 | 3/1/1992 | 3/1/1993 |
| Gulf Insurance Company | GFE-5450026 | 3/1/1992 | 3/1/1993 |
| National Surety Corporation | XXK-217 50 18 | 3/1/1992 | 3/1/1993 |
| Insurance Company of North America | HDO G1 549727-0 | 3/1/1993 | 3/1/1994 |
| Insurance Company of North America | CAO-G1-5497701 | 3/1/1993 | 3/1/1994 |
| St. Paul Surplus Lines Insurance Company | LCO 55 2117 | 3/1/1993 | 3/1/1994 |
| General Star Indemnity Company | IXG-307138A | 3/1/1993 | 3/1/1994 |
| Lexington Insurance Company | 866-7104 | 3/1/1993 | 3/1/1994 |
| Niagara Fire Insurance Company | HXU 001262 | 3/1/1993 | 3/1/1994 |
| Agricultural Insurance Company | EXC-794-74-14-00 | 3/1/1993 | 3/1/1994 |
| Federal Insurance Company | (94) 7907-86-17 | 3/1/1993 | 3/1/1994 |
| National Surety Corporation | XXK-000-1462-6451 | 3/1/1993 | 3/1/1994 |
| Insurance Company of North America | HDO G1 549769-5 | 3/1/1994 | 3/1/1995 |
| Insurance Company of North America | CAO G1 549770-1 | 3/1/1994 | 3/1/1995 |
| St. Paul Surplus Lines Insurance Company | LCO 55 21644 | 3/1/1994 | 3/1/1996 |
| General Star Indemnity Company | IXG-307138B | 3/1/1994 | 3/1/1995 |
| St. Paul Surplus Lines Insurance Company | LCO 55 21645 | 3/1/1994 | 3/1/1995 |
| Niagara Fire Insurance Company | HXU 001319 | 3/1/1994 | 3/1/1995 |
| Agricultural Insurance Company | EXC-7636343 | 3/1/1994 | 3/1/1995 |
| Texas Pacific Indemnity Company | (95) 7907-86-17 | 3/1/1994 | 3/1/1995 |
| National Surety Corporation | XXK00065650605 | 3/1/1994 | 3/1/1995 |
| Indemnity Insurance Company of North America | HDO G1 54 98 13 4 | 3/1/1995 | 3/1/1996 |
| Indemnity Insurance Company of North America | CAO G1 549814 6 | 3/1/1995 | 3/1/1996 |
| General Star Indemnity Company | IXG-307138C | 3/1/1995 | 3/1/1996 |
| St. Paul Surplus Lines Insurance Company | LCO 55 23054 | 3/1/1995 | 3/1/1996 |
| Niagara Fire Insurance Company | HXU 001363 | 3/1/1995 | 3/1/1996 |

| Carrier Name | Policy Number | Start | End |
|---|---|---|---|
| Agricultural Insurance Company | EXC 878-39-32-00 | 3/1/1995 | 3/1/1996 |
| Texas Pacific Indemnity Company | (96) 7907-86-17 | 3/1/1995 | 3/1/1996 |
| National Surety Corporation | XXK-000-9534-9775 | 3/1/1995 | 3/1/1996 |
| Liberty Mutual Insurance Company | TB1-191-409751-126 | 3/1/1996 | 3/1/1997 |
| Liberty Mutual Insurance Company | TH1-191-409751-116 | 3/1/1996 | 3/1/1997 |
| St. Paul Surplus Lines Insurance Company | LC0 55 24186 | 3/1/1996 | 3/1/1997 |
| American Zurich Insurance Company | AUO-3657270-00 | 3/1/1996 | 3/1/1997 |
| National Surety Corporation | CSR-283-95-07 | 3/1/1996 | 3/1/1997 |
| St. Paul Surplus Lines Insurance Company | LC0 55 24187 | 3/1/1996 | 3/1/1997 |
| Continental Insurance Company | 157334179 | 3/1/1996 | 3/1/1997 |
| Agricultural Insurance Company | EXC-878-0969 | 3/1/1996 | 3/1/1997 |
| Texas Pacific Indemnity Company | (97) 7907-86-17 RMG | 3/1/1996 | 3/1/1997 |
| Texas Pacific Indemnity Company | (97) 7907-86-17 CAS | 3/1/1996 | 3/1/1997 |
| National Surety Corporation | XXK-000-9551-6738 | 3/1/1996 | 3/1/1997 |
| American Excess Insurance Association | HR000105096 | 3/1/1996 | 3/1/1997 |
| Liberty Mutual Insurance Company | TB1-191-409751-127 | 3/1/1997 | 3/1/1998 |
| Liberty Mutual Insurance Company | TH1-191-409751-117 | 3/1/1997 | 3/1/1998 |
| St. Paul Surplus Lines Insurance Company | LC0 55 24948 | 3/1/1997 | 3/1/1998 |
| American Zurich Insurance Company | AUO 3657270-01 | 3/1/1997 | 3/1/1998 |
| Texas Pacific Indemnity Company | (98) 7907-86-17 CAS | 3/1/1997 | 3/1/1998 |
| National Union Fire Insurance Company of Pittsburgh, PA | 310 27 29 | 3/1/1997 | 3/1/1998 |
| XL Insurance (Bermuda) Limited | XLUMB-02391 | 3/1/1997 | 3/1/1998 |
| Liberty Mutual Insurance Company | TB1-191-409751-128 | 3/1/1998 | 3/1/1999 |
| Liberty Mutual Insurance Company | TH1-191-409751-118 | 3/1/1998 | 3/1/1999 |
| St. Paul Surplus Lines Insurance Company | LC0 55 25809 | 3/1/1998 | 3/1/2000 |
| American Zurich Insurance Company | EUO 3657270-02 | 3/1/1998 | 3/1/1999 |
| Texas Pacific Indemnity Company | (99) 7907-86-17 | 3/1/1998 | 3/1/1999 |
| National Union Fire Insurance Company of Pittsburgh, PA | BE 3463902 | 3/1/1998 | 3/1/1999 |
| Gulf Insurance Company | GA 6097623 | 3/1/1998 | 3/1/1999 |
| Liberty Mutual Insurance Company | TB1-191-409751-129 | 3/1/1999 | 3/1/2001 |
| Liberty Mutual Insurance Company | TH1-191-409751-119 | 3/1/1999 | 3/1/2001 |
| American Zurich Insurance Company | EUO 3657270-03 | 3/1/1999 | 3/1/2000 |
| Texas Pacific Indemnity Company | 7907-86-17 | 3/1/1999 | 3/1/2000 |
| National Union Fire Insurance Company of Pittsburgh, PA | BE 3463968 | 3/1/1999 | 3/1/2000 |
| Gulf Insurance Company | GA0283547 | 3/1/1999 | 3/1/2000 |
| Agricultural Excess & Surplus Insurance Company | ELD3211225 | 3/1/2000 | 3/1/2001 |
| American Zurich Insurance Company | EUO 3657270-03 | 3/1/2000 | 3/1/2001 |
| Texas Pacific Indemnity Company | 7907-86-17 | 3/1/2000 | 3/1/2001 |
| National Union Fire Insurance Company of Pittsburgh, PA | BE 3463968 | 3/1/2000 | 3/1/2001 |
| Gulf Insurance Company | GA0483924 | 3/1/2000 | 3/1/2001 |
| Liberty Mutual Insurance Company | TB1-191-409751-121 | 3/1/2001 | 3/1/2002 |
| Liberty Mutual Insurance Company | TH1-191-409751-111 | 3/1/2001 | 3/1/2002 |

| Carrier Name | Policy Number | Start | End |
|---|---|---|---|
| Agricultural Excess & Surplus Insurance Company | ELD3211225 | 3/1/2001 | 3/1/2002 |
| American Guarantee and Liability Insurance Company | AEC 3657270-04 | 3/1/2001 | 3/1/2002 |
| St. Paul Surplus Lines Insurance Company | QY05501051 | 3/1/2001 | 3/1/2002 |
| Federal Insurance Company | 7907-86-17 | 3/1/2001 | 3/1/2002 |
| Interstate Fire & Casualty Company | XUO-1102139 | 3/1/2001 | 3/1/2002 |
| Westchester Fire Insurance Company | HXS-648016 | 3/1/2001 | 3/1/2002 |
| Lumbermens Mutual Casualty Company | 9SR131379-00 | 3/1/2001 | 3/1/2002 |
| American Guarantee and Liability Insurance Company | AEC 9278457 00 | 3/1/2001 | 3/1/2002 |
| Gulf Insurance Company | GA0720986 | 3/1/2001 | 3/1/2002 |
| Liberty Mutual Insurance Company | TB1-191-409751-122 | 3/1/2002 | 3/1/2003 |
| Liberty Mutual Insurance Company | TH1-191-409751-112 | 3/1/2002 | 3/1/2003 |
| Agricultural Excess & Surplus Insurance Company | ELD3211225 | 3/1/2002 | 3/1/2003 |
| American Guarantee and Liability Insurance Company | AEC 3657270 05 | 3/1/2002 | 3/1/2003 |
| Insurance Company of the State of Pennsylvania (The) | 4602-2491 | 3/1/2002 | 3/1/2003 |
| Westchester Fire Insurance Company | MES-676215 | 3/1/2002 | 3/1/2003 |
| Federal Insurance Company | 7907-86-17 DAL | 3/1/2002 | 3/1/2003 |
| Allied World Assurance Company, Ltd | C000112 | 3/1/2002 | 3/1/2003 |
| Interstate Fire & Casualty Company | XUO1102274 | 3/1/2002 | 3/1/2003 |
| Westchester Fire Insurance Company | HXS-648125 | 3/1/2002 | 3/1/2003 |
| Lumbermens Mutual Casualty Company | 9SX 131379-01 | 3/1/2002 | 3/1/2003 |
| American Guarantee and Liability Insurance Company | AEC 9278457 01 | 3/1/2002 | 3/1/2003 |
| Gulf Insurance Company | GA2857739 | 3/1/2002 | 3/1/2003 |
| Liberty Mutual Insurance Company | TB1-191-409751-123 | 3/1/2003 | 3/1/2004 |
| Liberty Mutual Insurance Company | TH1-191-409751-113 | 3/1/2003 | 3/1/2004 |
| Agricultural Excess & Surplus Insurance Company | ELD3211225 | 3/1/2003 | 3/1/2004 |
| Insurance Company of the State of Pennsylvania (The) | 4603-3681 | 3/1/2003 | 3/1/2004 |
| Lexington Insurance Company | 3583189 | 3/1/2003 | 3/1/2004 |
| American Guarantee and Liability Insurance Company | AEC 3657270 06 | 3/1/2003 | 3/1/2004 |
| Clarendon America Insurance Company | XLX 39306224 | 3/1/2003 | 3/1/2004 |
| Insurance Company of the State of Pennsylvania (The) | 4603-3682 | 3/1/2003 | 3/1/2004 |
| Lexington Insurance Company | 3583190 | 3/1/2003 | 3/1/2004 |
| St. Paul Surplus Lines Insurance Company | QY05501227 | 3/1/2003 | 3/1/2004 |
| Westchester Fire Insurance Company | HXS-744263 | 3/1/2003 | 3/1/2004 |
| Interstate Fire & Casualty Company | XSO 1014504 | 3/1/2003 | 3/1/2004 |
| American Guarantee and Liability Insurance Company | AEC 9278457 02 | 3/1/2003 | 3/1/2004 |
| Gulf Insurance Company | GA1327247 | 3/1/2003 | 3/1/2004 |
| Liberty Mutual Insurance Company | TB1-191-409751-124 | 3/1/2004 | 3/1/2005 |
| Liberty Mutual Insurance Company | TH1-191-409751-114 | 3/1/2004 | 3/1/2005 |
| Agricultural Excess & Surplus Insurance Company | ELD3211225 | 3/1/2004 | 3/1/2005 |
| Clarendon America Insurance Company | XLX 00310351 | 3/1/2004 | 3/1/2005 |
| Insurance Company of the State of Pennsylvania (The) | 4604-4698 | 3/1/2004 | 3/1/2005 |
| American Guarantee and Liability Insurance Company | AEC 3657270 07 | 3/1/2004 | 3/1/2005 |

| Carrier Name | Policy Number | Start | End |
|---|---|---|---|
| Lexington Insurance Company | 3583264 | 3/1/2004 | 3/1/2005 |
| St. Paul Surplus Lines Insurance Company | QY06815029 | 3/1/2004 | 3/1/2005 |
| Westchester Fire Insurance Company | HXW-776138 | 3/1/2004 | 3/1/2005 |
| Lexington Insurance Company | 3583265 | 3/1/2004 | 3/1/2005 |
| American Guarantee and Liability Insurance Company | AEC 9278457 03 | 3/1/2004 | 3/1/2005 |
| XL Insurance (Dublin) Ltd. | XLEOCC-0488-04 | 3/1/2004 | 3/1/2005 |
| Liberty Mutual Insurance Company | TB1-191-409751-125 | 3/1/2005 | 3/1/2006 |
| Liberty Mutual Insurance Company | TH1-191-409751-115 | 3/1/2005 | 3/1/2006 |
| Agricultural Excess & Surplus Insurance Company | ELD3211225 | 3/1/2005 | 3/1/2006 |
| Clarendon America Insurance Company | XLX00311014 | 3/1/2005 | 3/1/2006 |
| Insurance Company of the State of Pennsylvania (The) | 4605-1591 | 3/1/2005 | 3/1/2006 |
| American Guarantee and Liability Insurance Company | AEC 3657270 08 | 3/1/2005 | 3/1/2006 |
| Allied World Assurance Company, Ltd | AW2154834 | 3/1/2005 | 3/1/2006 |
| Axis Speciality Insurance Company | AAU720252/01/2005 | 3/1/2005 | 3/1/2006 |
| Lexington Insurance Company | 8851123 | 3/1/2005 | 3/1/2006 |
| St. Paul Surplus Lines Insurance Company | QY06825006 | 3/1/2005 | 3/1/2006 |
| Lexington Insurance Company | 8851124 | 3/1/2005 | 3/1/2006 |
| XL Europe Limited | IE00012302LI05A | 3/1/2005 | 3/1/2006 |
| Liberty Mutual Insurance Company | TB1-191-409751-126 | 3/1/2006 | 3/1/2007 |
| Liberty Mutual Insurance Company | TH1-191-409751-116 | 3/1/2006 | 3/1/2007 |
| Traders and Pacific Insurance Company | ELD 100000951 | 3/1/2006 | 3/1/2007 |
| Insurance Company of the State of Pennsylvania (The) | 4606-2795 | 3/1/2006 | 3/1/2007 |
| Lexington Insurance Company | 6679155 | 3/1/2006 | 3/1/2007 |
| Steadfast Insurance Company | AEC 3657270 09 | 3/1/2006 | 3/1/2007 |
| Allied World Assurance Company, Ltd | AW1907934 | 3/1/2006 | 3/1/2007 |
| Axis Insurance Company | EAU720252/01/2006 | 3/1/2006 | 3/1/2007 |
| Lexington Insurance Company | 6679156 | 3/1/2006 | 3/1/2007 |
| St. Paul Surplus Lines Insurance Company | QY01225190 | 3/1/2006 | 3/1/2007 |
| Endurance American Specialty Insurance Company | ELD 100000952 | 3/1/2006 | 3/1/2007 |
| XL Europe Limited | IE00013105L106A | 3/1/2006 | 3/1/2007 |
| Liberty Mutual Insurance Company | TB1-191-409751-127 | 3/1/2007 | 3/1/2008 |
| Old Republic Insurance Company | MWZX 26633 | 3/1/2007 | 3/1/2008 |
| Endurance American Specialty Insurance Company | ELD10000334501 | 3/1/2007 | 3/1/2008 |
| Insurance Company of the State of Pennsylvania (The) | 4890463 | 3/1/2007 | 3/1/2008 |
| Lexington Insurance Company | 51134 | 3/1/2007 | 3/1/2008 |
| Axis Surplus Insurance Company | EAU720252/01/2007 | 3/1/2007 | 3/1/2008 |
| Interstate Fire & Casualty Company | HFX 1002516 | 3/1/2007 | 3/1/2008 |
| Allied World Assurance Company, Ltd | C006822002 | 3/1/2007 | 3/1/2008 |
| Everest National Insurance Company | 71G600050-071 | 3/1/2007 | 3/1/2008 |
| Lexington Insurance Company | 501135 | 3/1/2007 | 3/1/2008 |
| Endurance American Specialty Insurance Company | ELD 100003346 01 | 3/1/2007 | 3/1/2008 |
| XL Europe Limited | IE00013396L107A | 3/1/2007 | 3/1/2008 |

| Carrier Name | Policy Number | Start | End |
|---|---|---|---|
| Old Republic Insurance Company | MWZY 57807 | 3/1/2008 | 3/1/2009 |
| Old Republic Insurance Company | MWZX 26642 | 3/1/2008 | 3/1/2009 |
| Endurance American Specialty Insurance Company | ELD10000334502 | 3/1/2008 | 3/1/2009 |
| Insurance Company of the State of Pennsylvania (The) | 4890599 | 3/1/2008 | 3/1/2009 |
| Lexington Insurance Company | 1172858 | 3/1/2008 | 3/1/2009 |
| Axis Insurance Company | EAU720252012008 | 3/1/2008 | 3/1/2009 |
| Interstate Fire & Casualty Company | HFX1002550 | 3/1/2008 | 3/1/2009 |
| Allied World Assurance Company, Ltd | C009030003 | 3/1/2008 | 3/1/2009 |
| Everest National Insurance Company | 71G600050081 | 3/1/2008 | 3/1/2009 |
| Lexington Insurance Company | 1172859 | 3/1/2008 | 3/1/2009 |
| Endurance American Specialty Insurance Company | ELD10000334602 | 3/1/2008 | 3/1/2009 |
| Axis Insurance Company | EAU737684012008 | 3/1/2008 | 3/1/2009 |
| Lexington Insurance Company | 1172861 | 3/1/2008 | 3/1/2009 |
| Arch Reinsurance Ltd. | UXP0025030 | 3/1/2008 | 3/1/2009 |
| Interstate Fire & Casualty Company | HFX1002552 | 3/1/2008 | 3/1/2009 |
| Ohio Casualty Insurance Company (The) | EC00953709960 | 3/1/2008 | 3/1/2009 |
| Old Republic Insurance Company | MWZY 58122 | 3/1/2009 | 3/1/2010 |
| Old Republic Insurance Company | MWZX 26652 | 3/1/2009 | 3/1/2010 |
| Endurance American Specialty Insurance Company | ELD10000334503 | 3/1/2009 | 3/1/2010 |
| Catlin Underwriting Agencies Limited | XSC942550310 | 3/1/2009 | 3/1/2010 |
| Everest National Insurance Company | 71G000200091 | 3/1/2009 | 3/1/2010 |
| Axis Insurance Company | EAU720252/01/2009 | 3/1/2009 | 3/1/2010 |
| Interstate Fire & Casualty Company | HFX00079995585 | 3/1/2009 | 3/1/2010 |
| Allied World Assurance Company, Ltd | C009030/004 | 3/1/2009 | 3/1/2010 |
| Everest National Insurance Company | 71G6000200-091 | 3/1/2009 | 3/1/2010 |
| Endurance American Specialty Insurance Company | ELD10001240600 | 3/1/2009 | 3/1/2010 |
| Arch Reinsurance Ltd. | UXP0025030-01 | 3/1/2009 | 3/1/2010 |
| Axis Insurance Company | EAU737684/01/2009 | 3/1/2009 | 3/1/2010 |
| Interstate Fire & Casualty Company | HFX00082075581 | 3/1/2009 | 3/1/2010 |
| Ohio Casualty Insurance Company (The) | ECO(10)53709*960 | 3/1/2009 | 3/1/2010 |
| Old Republic Insurance Company | MWZY 58666 | 3/1/2010 | 3/1/2011 |
| Old Republic Insurance Company | MWZX 26667 | 3/1/2010 | 3/1/2011 |
| Endurance American Specialty Insurance Company | ELD10000334504 | 3/1/2010 | 3/1/2011 |
| Catlin Underwriting Agencies Limited | XSC942550311 | 3/1/2010 | 3/1/2011 |
| Everest National Insurance Company | 71G6000050101 | 3/1/2010 | 3/1/2011 |
| Allied World Assurance Company, Ltd | 0305-3351 | 3/1/2010 | 3/1/2011 |
| Axis Insurance Company | EAU720252/01/2010 | 3/1/2010 | 3/1/2011 |
| Endurance American Specialty Insurance Company | ELD1000019337 | 3/1/2010 | 3/1/2011 |
| Arch Reinsurance Ltd. | UXP0025030-02 | 3/1/2010 | 3/1/2011 |
| Ohio Casualty Insurance Company (The) | ECO 11 53 70 9960 | 3/1/2010 | 3/1/2011 |
| Westchester Fire Insurance Company | G24114673001 | 3/1/2010 | 3/1/2011 |
| Old Republic Insurance Company | MWZY 59097 | 3/1/2011 | 3/1/2012 |

| Carrier Name | Policy Number | Start | End |
|---|---|---|---|
| Old Republic Insurance Company | MWZX 26702 | 3/1/2011 | 3/1/2012 |
| Endurance American Specialty Insurance Company | ELD10000334505 | 3/1/2011 | 3/1/2012 |
| Catlin Underwriting Agencies Limited | XSC-94255-0312 | 3/1/2011 | 3/1/2012 |
| Axis Insurance Company | EAU720252/01/2011 | 3/1/2011 | 3/1/2012 |
| Allied World Assurance Company, Ltd | 0305-3351 | 3/1/2011 | 3/1/2012 |
| Axis Insurance Company | EAU758049012011 | 3/1/2011 | 3/1/2012 |
| Endurance American Specialty Insurance Company | ELD10003026000 | 3/1/2011 | 3/1/2012 |
| Arch Reinsurance Ltd. | UXP0042842 | 3/1/2011 | 3/1/2012 |
| Ohio Casualty Insurance Company (The) | ECO (12) 54 67 21 20 | 3/1/2011 | 3/1/2012 |
| Westchester Fire Insurance Company | G24114673002 | 3/1/2011 | 3/1/2012 |
| Liberty Insurance Underwriters, Inc. | EXCDA1205871 | 3/1/2011 | 3/1/2012 |
| Old Republic Insurance Company | MWZY 59555 | 3/1/2012 | 3/1/2013 |
| Old Republic Insurance Company | MWZX 26709 | 3/1/2012 | 3/1/2013 |
| Endurance American Specialty Insurance Company | ELD100003345 06 | 3/1/2012 | 3/1/2013 |
| Catlin Underwriting Agencies Limited | XSC-94255-0313 | 3/1/2012 | 3/1/2013 |
| Axis Insurance Company | EAU720252/01/2012 | 3/1/2012 | 3/1/2013 |
| Allied World Assurance Company, Ltd | 0305-3351 | 3/1/2012 | 3/1/2013 |
| Axis Insurance Company | EAU758049/01/2012 | 3/1/2012 | 3/1/2013 |
| Alterra Excess & Surplus Insurance Company | MAX3EC30000062 | 3/1/2012 | 3/1/2013 |
| Endurance American Specialty Insurance Company | ELD10003553700 | 3/1/2012 | 3/1/2013 |
| Arch Reinsurance Ltd. | UXP0042842-01 | 3/1/2012 | 3/1/2013 |
| Ohio Casualty Insurance Company (The) | ECO 13 54672120 | 3/1/2012 | 3/1/2013 |
| Westchester Fire Insurance Company | G24114673003 | 3/1/2012 | 3/1/2013 |
| Navigators Insurance Company | CH12EXC7470341C | 3/1/2012 | 3/1/2013 |
| Old Republic Insurance Company | MWZY 59997 | 3/1/2013 | 3/1/2014 |
| Old Republic Insurance Company | MWZX 26713 | 3/1/2013 | 3/1/2014 |
| Gemini Insurance Company | CEX09600051-00 | 3/1/2013 | 3/1/2014 |
| First Specialty Insurance Corporation | IRE 2000295 00 | 3/1/2013 | 3/1/2014 |
| Catlin Underwriting Agencies Limited | XSC-94255-0314 | 3/1/2013 | 3/1/2014 |
| Allied World Assurance Company, Ltd | 0305-3351 | 3/1/2013 | 3/1/2014 |
| Gemini Insurance Company | CEX09600052-00 | 3/1/2013 | 3/1/2014 |
| Alterra Excess & Surplus Insurance Company | MAX3EC30000192 | 3/1/2013 | 3/1/2014 |
| Gemini Insurance Company | CEX09600166-00 | 3/1/2013 | 3/1/2014 |
| Liberty Surplus Insurance Corporation | 1000038829-01 | 3/1/2013 | 3/1/2014 |
| Ohio Casualty Insurance Company (The) | ECO (14) 54 67 21 20 | 3/1/2013 | 3/1/2014 |
| Westchester Fire Insurance Company | G24114673004 | 3/1/2013 | 3/1/2014 |
| Navigators Specialty Insurance Company | CH13EXC747034IC | 3/1/2013 | 3/1/2014 |
| Old Republic Insurance Company | MWZY 301262 | 3/1/2014 | 3/1/2015 |
| Old Republic Insurance Company | MWZX 300758 | 3/1/2014 | 3/1/2015 |
| Gemini Insurance Company | CEX0960051-01 | 3/1/2014 | 3/1/2015 |
| First Specialty Insurance Corporation | IRE 2000295 01 | 3/1/2014 | 3/1/2015 |
| Catlin Underwriting Agencies Limited | XSC-94255-0315 | 3/1/2014 | 3/1/2015 |

| Carrier Name | Policy Number | Start | End |
|---|---|---|---|
| Gemini Insurance Company | CEX09600052-01 | 3/1/2014 | 3/1/2015 |
| Allied World Assurance Company, Ltd | 0305-3351 | 3/1/2014 | 3/1/2015 |
| Lexington Insurance Company | 15375964 | 3/1/2014 | 3/1/2015 |
| Alterra Excess & Surplus Insurance Company | MAX3EC30000296 | 3/1/2014 | 3/1/2015 |
| Gemini Insurance Company | CEX09600166-01 | 3/1/2014 | 3/1/2015 |
| Westchester Fire Insurance Company | G24114673 005 | 3/1/2014 | 3/1/2015 |
| Endurance American Specialty Insurance Company | EXC10004584700 | 3/1/2014 | 3/1/2015 |
| Ohio Casualty Insurance Company (The) | ECO (15) 55 94 28 39 | 3/1/2014 | 3/1/2015 |
| Old Republic Insurance Company | MWZY 303431 | 3/1/2015 | 3/1/2016 |
| Old Republic Insurance Company | MWZX 303430 | 3/1/2015 | 3/1/2016 |
| Gemini Insurance Company | CEX09600051-02 | 3/1/2015 | 3/1/2016 |
| First Specialty Insurance Corporation | IRE 2000295 02 | 3/1/2015 | 3/1/2016 |
| Catlin Underwriting Agencies Limited | XSC-94255-0316 | 3/1/2015 | 3/1/2016 |
| Gemini Insurance Company | CEX09600052-02 | 3/1/2015 | 3/1/2016 |
| Allied World Assurance Company, Ltd | 0305-3351 | 3/1/2015 | 3/1/2016 |
| Lexington Insurance Company | 15375964 | 3/1/2015 | 3/1/2016 |
| Alterra Excess & Surplus Insurance Company | MAX3EC30000468 | 3/1/2015 | 3/1/2016 |
| Gemini Insurance Company | CEX09600166-02 | 3/1/2015 | 3/1/2016 |
| Lexington Insurance Company | 15375234 | 3/1/2015 | 3/1/2016 |
| Endurance American Specialty Insurance Company | EXC10004584701 | 3/1/2015 | 3/1/2016 |
| Ohio Casualty Insurance Company (The) | ECO (16) 55 94 28 39 | 3/1/2015 | 3/1/2016 |
| Old Republic Insurance Company | MWZY 306938 | 3/1/2016 | 3/1/2017 |
| Old Republic Insurance Company | MWZX 306937 | 3/1/2016 | 3/1/2017 |
| Gemini Insurance Company | CEX09600051-03 | 3/1/2016 | 3/1/2017 |
| First Specialty Insurance Corporation | IRE 2000295 03 | 3/1/2016 | 3/1/2017 |
| Aspen | CX0043416 | 3/1/2016 | 3/1/2017 |
| Gemini Insurance Company | CEX09600052-03 | 3/1/2016 | 3/1/2017 |
| Allied World Assurance Company, Ltd | 0305-3351 | 3/1/2016 | 3/1/2017 |
| Lexington Insurance Company | 15375964 | 3/1/2016 | 3/1/2017 |
| Aspen | CX0044G16 | 3/1/2016 | 3/1/2017 |
| Evanston Insurance Company | MKLV40LE106420 | 3/1/2016 | 3/1/2017 |
| Gemini Insurance Company | CEX09600166-03 | 3/1/2016 | 3/1/2017 |
| Lexington Insurance Company | 15375234 | 3/1/2016 | 3/1/2017 |
| Endurance American Specialty Insurance Company | EXC10004584702 | 3/1/2016 | 3/1/2017 |
| Ohio Casualty Insurance Company (The) | ECO (17) 55 94 28 39 | 3/1/2016 | 3/1/2017 |
| Old Republic Insurance Company | MWZY 309927 | 3/1/2017 | 3/1/2018 |
| Old Republic Insurance Company | MWZX 309926 | 3/1/2017 | 3/1/2018 |
| Gemini Insurance Company | CEX09600051-04 | 3/1/2017 | 3/1/2018 |
| First Specialty Insurance Corporation | IRE 2000295 04 | 3/1/2017 | 3/1/2018 |
| Aspen | CX0043417 | 3/1/2017 | 3/1/2018 |
| Gemini Insurance Company | CEX09600052-04 | 3/1/2017 | 3/1/2018 |
| Allied World Assurance Company, Ltd | 0305-3351 | 3/1/2017 | 3/1/2018 |

| Carrier Name | Policy Number | Start | End |
|---|---|---|---|
| Colony Insurance Company | AR3461897 | 3/1/2017 | 3/1/2018 |
| Aspen | CX0044G17 | 3/1/2017 | 3/1/2018 |
| Evanston Insurance Company | MKLV4EUE10037 | 3/1/2017 | 3/1/2018 |
| Gemini Insurance Company | CEX09600166-04 | 3/1/2017 | 3/1/2018 |
| Indian Harbor Insurance Company | SCS0049368 | 3/1/2017 | 3/1/2018 |
| Endurance American Specialty Insurance Company | EXC1004584703 | 3/1/2017 | 3/1/2018 |
| Ohio Casualty Insurance Company (The) | ECO (18) 55 94 28 39 | 3/1/2017 | 3/1/2018 |
| Old Republic Insurance Company | MWZY 312833 | 3/1/2018 | 3/1/2019 |
| Old Republic Insurance Company | MWZX 312832 | 3/1/2018 | 3/1/2019 |
| Gemini Insurance Company | CEX0960051-05 | 3/1/2018 | 3/1/2019 |
| First Specialty Insurance Corporation | IRE 2000295 05 | 3/1/2018 | 3/1/2019 |
| Aspen | CX0043418 | 3/1/2018 | 3/1/2019 |
| Gemini Insurance Company | CEX0960052-05 | 3/1/2018 | 3/1/2019 |
| Allied World Assurance Company, Ltd | 0305-3351 | 3/1/2018 | 3/1/2019 |
| Colony Insurance Company | AR4460619 | 3/1/2018 | 3/1/2019 |
| Aspen | CX0044G17 | 3/1/2018 | 3/1/2019 |
| Evanston Insurance Company | MKLV4EUE100128 | 3/1/2018 | 3/1/2019 |
| Gemini Insurance Company | CEX09600166-05 | 3/1/2018 | 3/1/2019 |
| XL Catlin | SXS004936801 | 3/1/2018 | 3/1/2019 |
| Endurance American Insurance Company | EXC10004584704 | 3/1/2018 | 3/1/2019 |
| Ohio Casualty Insurance Company (The) | ECO (19) 5594 2839 | 3/1/2018 | 3/1/2019 |
| Evanston Insurance Company | MKLV4PBC000310 | 3/1/2019 | 3/1/2020 |
| Evanston Insurance Company | MKLV4EUL102026 | 3/1/2019 | 3/1/2020 |
| Gemini Insurance Company | BXS0960355800 | 3/1/2019 | 3/1/2020 |
| Gemini Insurance Company | CEX096005106 | 3/1/2019 | 3/1/2020 |
| Lexington Insurance Company | O23627630 | 3/1/2019 | 3/1/2020 |
| XL Catlin | SXS004936802 | 3/1/2019 | 3/1/2020 |
| Gemini Insurance Company | CEX0960005206 | 3/1/2019 | 3/1/2020 |
| Arch Reinsurance Ltd. | UXP102797700 | 3/1/2019 | 3/1/2020 |
| Westchester Surplus Lines Insurance Company | G71497094001 | 3/1/2019 | 3/1/2020 |
| Allied World Assurance Company (U.S.), Inc. | 3053351 | 3/1/2019 | 3/1/2020 |
| Ategrity Specialty Insurance Company | 01BXLP000012300 | 3/1/2019 | 3/1/2020 |
| Colony Insurance Company | AR4460619 | 3/1/2019 | 3/1/2020 |
| Endurance American Insurance Company | EXC10004584705 | 3/1/2019 | 3/1/2020 |
| Evanston Insurance Company | MKLV4EUE100212 | 3/1/2019 | 3/1/2020 |
| Gemini Insurance Company | CEX0960016606 | 3/1/2019 | 3/1/2020 |
| Liberty Insurance Underwriters, Inc. | 1.00032E+11 | 3/1/2019 | 3/1/2020 |

# SCHEDULE 3

## LOCAL COUNCIL INSURANCE POLICIES

## LOCAL COUNCIL INSURANCE POLICIES

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Abraham Lincoln (144): Abraham Lincoln (144) | Insurance Company of North America | SBL 25103 | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Abraham Lincoln (144): Abraham Lincoln (144) | Insurance Company of North America | SBL 25103 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Abraham Lincoln (144): Abraham Lincoln (144) | Insurance Company of North America | SBL 25103 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Abraham Lincoln (144): Abraham Lincoln (144) | Insurance Company of North America | SBL 25103 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Abraham Lincoln (144): Abraham Lincoln (144) | Insurance Company of North America | SBL 25103 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Abraham Lincoln (144): Abraham Lincoln (144) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Abraham Lincoln (144): Abraham Lincoln (144) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Abraham Lincoln (144): Abraham Lincoln (144) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Abraham Lincoln (144): Abraham Lincoln (144) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Abraham Lincoln (144): Abraham Lincoln (144) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Abraham Lincoln (144): Abraham Lincoln (144) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Abraham Lincoln (144): Abraham Lincoln (144) | New Hampshire Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Abraham Lincoln (144): Abraham Lincoln (144) | New Hampshire Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Abraham Lincoln (144): Abraham Lincoln (144) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Abraham Lincoln (144): Abraham Lincoln (144) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Abraham Lincoln (144): Abraham Lincoln (144) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Abraham Lincoln (144): Abraham Lincoln (144) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Abraham Lincoln (144): Abraham Lincoln (144) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 26 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Abraham Lincoln (144): Abraham Lincoln (144) | St. Paul Insurance Company of Illinois | 550TA8039 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Abraham Lincoln (144): Abraham Lincoln (144) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Abraham Lincoln (144): Abraham Lincoln (144) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219972 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Abraham Lincoln (144): Abraham Lincoln (144) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Alabama-Florida (003): Alabama-Florida 1963- (003) | Insurance Company of North America | SBL 48811 | 2/23/1970 | 2/23/1971 | 2/23/1970 | 2/23/1971 |
| Alabama-Florida (003): Alabama-Florida 1963- (003) | Insurance Company of North America | SBL 52409 | 2/23/1971 | 2/23/1972 | 2/23/1971 | 2/23/1972 |
| Alabama-Florida (003): Alabama-Florida 1963- (003) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/28/1972 | 1/1/1973 |
| Alabama-Florida (003): Alabama-Florida 1963- (003) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/28/1972 | 1/1/1973 |
| Alabama-Florida (003): Alabama-Florida 1963- (003) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Alabama-Florida (003): Alabama-Florida 1963- (003) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Alabama-Florida (003): Alabama-Florida 1963- (003) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Alabama-Florida (003): Alabama-Florida 1963- (003) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Alabama-Florida (003): Alabama-Florida 1963- (003) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Alabama-Florida (003): Alabama-Florida 1963- (003) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Alabama-Florida (003): Alabama-Florida 1963- (003) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Alabama-Florida (003): Alabama-Florida 1963- (003) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 09 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Alabama-Florida (003): Alabama-Florida 1963- (003) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219859 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Alabama-Florida (003): Alabama-Florida 1963- (003) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Alamo Area (583): Alamo Area (583) | Maryland Casualty Company | 05-829567 | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Alamo Area (583): Alamo Area (583) | St. Paul Fire and Marine Insurance Company | 542AG6620 | 2/1/1968 | 2/1/1969 | 2/1/1968 | 2/1/1969 |
| Alamo Area (583): Alamo Area (583) | St. Paul Fire and Marine Insurance Company | 542AG6865 | 7/29/1968 | 7/29/1969 | 7/29/1968 | 7/29/1969 |
| Alamo Area (583): Alamo Area (583) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Alamo Area (583): Alamo Area (583) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Alamo Area (583): Alamo Area (583) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 87 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Alamo Area (583): Alamo Area (583) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Alamo Area (583): Alamo Area (583) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220218 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Alamo Area (583): Alamo Area (583) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

[1]   "Council Start Date" and "Council End Date" are the dates on which a Local Council was added to, or removed from, an existing Local Council Insurance Policy as a named insured.

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Allegheny Highlands (382): Allegheny Highlands 1973- (382) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Allegheny Highlands (382): Allegheny Highlands 1973- (382) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Allegheny Highlands (382): Allegheny Highlands 1973- (382) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Allegheny Highlands (382): Allegheny Highlands 1973- (382) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 56 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Allegheny Highlands (382): Allegheny Highlands 1973- (382) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Allegheny Highlands (382): Allegheny Highlands 1973- (382) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220009 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Allegheny Highlands (382): Elk Lick 1947-1973 (499) | Insurance Company of North America | SBL xxx71 | 3/1/1965 | 3/1/1966 | 3/1/1965 | 3/1/1966 |
| Allegheny Highlands (382): Elk Lick 1947-1973 (499) | Insurance Company of North America | SBL xxx71 | 3/1/1966 | 3/1/1967 | 3/1/1966 | 3/1/1967 |
| Allegheny Highlands (382): Elk Lick 1947-1973 (499) | Insurance Company of North America | SBL xxx71 | 3/1/1967 | 3/1/1968 | 3/1/1967 | 3/1/1968 |
| Allegheny Highlands (382): Elk Lick 1947-1973 (499) | Insurance Company of North America | SBL 46909 | 3/1/1968 | 3/1/1969 | 3/1/1968 | 3/1/1969 |
| Allegheny Highlands (382): Elk Lick 1947-1973 (499) | Insurance Company of North America | SBL 46909 | 3/1/1969 | 3/1/1970 | 3/1/1969 | 3/1/1970 |
| Allegheny Highlands (382): Elk Lick 1947-1973 (499) | Insurance Company of North America | SBL 46909 | 3/1/1970 | 3/1/1971 | 3/1/1970 | 3/1/1971 |
| Allegheny Highlands (382): Elk Lick 1947-1973 (499) | Insurance Company of North America | Unknown | 3/1/1971 | 3/1/1972 | 3/1/1971 | 3/1/1972 |
| Allegheny Highlands (382): Elk Lick 1947-1973 (499) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Allegheny Highlands (382): Elk Lick 1947-1973 (499) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Allegheny Highlands (382): Elk Lick 1947-1973 (499) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Allegheny Highlands (382): Elk Lick 1947-1973 (499) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Allegheny Highlands (382): Elk Lick 1947-1973 (499) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Allegheny Highlands (382): Elk Lick 1947-1973 (499) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Allegheny Highlands (382): Seneca 1929-1975 (750) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Aloha (104): Aloha 1957- (104) | First Insurance Company of Hawaii, Ltd. | FGA 30916 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Aloha (104): Aloha 1957- (104) | First Insurance Company of Hawaii, Ltd. | FGA 30916 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Aloha (104): Aloha 1957- (104) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Aloha (104): Aloha 1957- (104) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Aloha (104): Aloha 1957- (104) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Aloha (104): Aloha 1957- (104) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 00 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Aloha (104): Aloha 1957- (104) | First Insurance Company of Hawaii, Ltd. | FGA 30916 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Aloha (104): Aloha 1957- (104) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219947 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Aloha (104): Aloha 1957- (104) | First Insurance Company of Hawaii, Ltd. | FGA 49459 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Aloha (104): Aloha 1957- (104) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Aloha (104): Aloha 1957- (104) | First Insurance Company of Hawaii, Ltd. | FGA 49459 | 1/1/1978 | 1/1/1979 | 1/1/1978 | 1/1/1979 |
| Aloha (104): Aloha 1957- (104) | First Insurance Company of Hawaii, Ltd. | FGA 49459 | 1/1/1979 | 1/1/1980 | 1/1/1979 | 1/1/1980 |
| Aloha (104): Chamorro 1970-1973 (649) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/16/1972 | 1/1/1973 |
| Aloha (104): Chamorro 1970-1973 (649) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/16/1972 | 1/1/1973 |
| Aloha (104): Chamorro 1970-1973 (649) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Aloha (104): Kilauea 1922-1972 (103) | Insurance Company of North America | Unknown | 3/1/1969 | 3/1/1970 | 3/1/1969 | 3/1/1970 |
| Aloha (104): Kilauea 1922-1972 (103) | Insurance Company of North America | SBL 46929 | 3/1/1970 | 3/1/1971 | 3/1/1970 | 3/1/1971 |
| Aloha (104): Kilauea 1922-1972 (103) | Insurance Company of North America | SBL 51410 | 3/1/1971 | 3/1/1972 | 3/1/1971 | 3/1/1972 |
| Aloha (104): Kilauea 1922-1972 (103) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Aloha (104): Kilauea 1922-1972 (103) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Aloha (104): Kilauea 1922-1972 (103) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Aloha (104): Kilauea 1922-1972 (103) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Aloha (104): Kilauea 1922-1972 (103) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Aloha (104): Kilauea 1922-1972 (103) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Aloha (104): Maui County 1915-2019 (102) | Insurance Company of North America | SBL 4 23 85 | 3/23/1965 | 3/23/1966 | 3/23/1965 | 3/23/1966 |
| Aloha (104): Maui County 1915-2019 (102) | Insurance Company of North America | SBL 4 23 85 | 3/23/1966 | 3/23/1967 | 3/23/1966 | 3/23/1967 |
| Aloha (104): Maui County 1915-2019 (102) | Insurance Company of North America | SBL 4 23 85 | 3/23/1967 | 3/23/1968 | 3/23/1967 | 3/23/1968 |
| Aloha (104): Maui County 1915-2019 (102) | Insurance Company of North America | SBL 4 69 28 | 3/23/1968 | 3/23/1969 | 3/23/1968 | 3/23/1969 |
| Aloha (104): Maui County 1915-2019 (102) | Insurance Company of North America | SBL 4 69 28 | 3/23/1969 | 3/23/1970 | 3/23/1969 | 3/23/1970 |
| Aloha (104): Maui County 1915-2019 (102) | Insurance Company of North America | SBL 4 69 28 | 3/23/1970 | 3/23/1971 | 3/23/1970 | 3/23/1971 |
| Aloha (104): Maui County 1915-2019 (102) | Insurance Company of North America | SBL 51515 | 3/23/1971 | 3/23/1972 | 3/23/1971 | 3/23/1972 |
| Aloha (104): Maui County 1915-2019 (102) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/23/1972 | 1/1/1973 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Aloha (104): Maui County 1915-2019 (102) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/23/1972 | 1/1/1973 |
| Aloha (104): Maui County 1915-2019 (102) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Aloha (104): Maui County 1915-2019 (102) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Aloha (104): Maui County 1915-2019 (102) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Aloha (104): Maui County 1915-2019 (102) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Aloha (104): Maui County 1915-2019 (102) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Aloha (104): Maui County 1915-2019 (102) | First Insurance Company of Hawaii, Ltd. | FGA 36020 | 3/5/1975 | 3/5/1976 | 3/5/1975 | 3/5/1976 |
| Aloha (104): Maui County 1915-2019 (102) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Aloha (104): Maui County 1915-2019 (102) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Aloha (104): Maui County 1915-2019 (102) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 01 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Aloha (104): Maui County 1915-2019 (102) | First Insurance Company of Hawaii, Ltd. | FGA 45292 | 3/5/1976 | 3/5/1977 | 3/5/1976 | 3/5/1977 |
| Aloha (104): Maui County 1915-2019 (102) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219948 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Aloha (104): Maui County 1915-2019 (102) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Aloha (104): Maui County 1915-2019 (102) | First Insurance Company of Hawaii, Ltd. | Unknown | 3/5/1977 | 3/5/1978 | 3/5/1977 | 3/5/1978 |
| Andrew Jackson (303): Andrew Jackson (303) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Andrew Jackson (303): Andrew Jackson (303) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Andrew Jackson (303): Andrew Jackson (303) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 3/12/1973 | 1/1/1974 |
| Andrew Jackson (303): Andrew Jackson (303) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 3/12/1973 | 1/1/1974 |
| Andrew Jackson (303): Andrew Jackson (303) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Andrew Jackson (303): Andrew Jackson (303) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 08 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Andrew Jackson (303): Andrew Jackson (303) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Andrew Jackson (303): Andrew Jackson (303) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Andrew Jackson (303): Andrew Jackson (303) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Andrew Jackson (303): Andrew Jackson (303) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220158 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | Insurance Company of North America | SBL 41084 | 9/9/1965 | 9/9/1966 | 9/9/1965 | 9/9/1966 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | Insurance Company of North America | SBL 41084 | 9/9/1966 | 9/9/1967 | 9/9/1966 | 9/9/1967 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | Insurance Company of North America | SBL 41084 | 9/9/1967 | 9/8/1968 | 9/9/1967 | 9/8/1968 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | Insurance Company of North America | SBL 41084 | 9/9/1968 | 9/9/1969 | 9/9/1968 | 9/9/1969 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | Insurance Company of North America | SBL 41084 | 9/9/1969 | 9/9/1970 | 9/9/1969 | 9/9/1970 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | Insurance Company of North America | Unknown | 9/9/1970 | 9/9/1971 | 9/9/1970 | 9/9/1971 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | Insurance Company of North America | Unknown | 9/9/1971 | 9/9/1972 | 9/9/1971 | 9/9/1972 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | Insurance Company of North America | XBC 89871 | 9/9/1972 | 9/9/1973 | 9/9/1972 | 9/9/1973 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | Insurance Company of North America | XBC 89871 | 9/9/1973 | 9/9/1974 | 9/9/1973 | 9/9/1974 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | Insurance Company of North America | XBC 89871 | 9/9/1974 | 9/9/1975 | 9/9/1974 | 9/9/1975 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | Insurance Company of North America | XBC 116559 | 9/9/1975 | 9/9/1976 | 9/9/1975 | 9/9/1976 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 31 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | Insurance Company of North America | XBC 116559 | 9/9/1976 | 9/9/1977 | 9/9/1976 | 9/9/1977 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219977 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Anthony Wayne Area (157): Anthony Wayne Area (157) | Insurance Company of North America | XBC 116559 | 9/9/1977 | 1/1/1978 | 9/9/1977 | 1/1/1978 |
| Arbuckle Area (468): Arbuckle Area (468) | Insurance Company of North America | SBL 4 29 53 | 3/1/1965 | 3/1/1966 | 3/1/1965 | 3/1/1966 |
| Arbuckle Area (468): Arbuckle Area (468) | Insurance Company of North America | SBL 4 29 53 | 3/1/1966 | 3/1/1967 | 3/1/1966 | 3/1/1967 |
| Arbuckle Area (468): Arbuckle Area (468) | Insurance Company of North America | SBL 4 29 53 | 3/1/1967 | 3/1/1968 | 3/1/1967 | 3/1/1968 |
| Arbuckle Area (468): Arbuckle Area (468) | Insurance Company of North America | SBL 46911 | 3/1/1968 | 3/1/1969 | 3/1/1968 | 3/1/1969 |
| Arbuckle Area (468): Arbuckle Area (468) | Insurance Company of North America | SBL 46911 | 3/1/1969 | 3/1/1970 | 3/1/1969 | 3/1/1970 |
| Arbuckle Area (468): Arbuckle Area (468) | Insurance Company of North America | SBL 46911 | 3/1/1970 | 3/1/1971 | 3/1/1970 | 3/1/1971 |
| Arbuckle Area (468): Arbuckle Area (468) | Insurance Company of North America | SBL 5 14 15 | 3/1/1971 | 3/1/1972 | 3/1/1971 | 3/1/1972 |
| Arbuckle Area (468): Arbuckle Area (468) | Insurance Company of North America | SBL 5 14 00 | 3/11/1971 | 3/11/1972 | 3/11/1971 | 3/11/1972 |
| Arbuckle Area (468): Arbuckle Area (468) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Arbuckle Area (468): Arbuckle Area (468) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Arbuckle Area (468): Arbuckle Area (468) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Arbuckle Area (468): Arbuckle Area (468) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Arbuckle Area (468): Arbuckle Area (468) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Arbuckle Area (468): Arbuckle Area (468) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Arbuckle Area (468): Arbuckle Area (468) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Arbuckle Area (468): Arbuckle Area (468) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Arbuckle Area (468): Arbuckle Area (468) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Arbuckle Area (468): Arbuckle Area (468) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 17 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Arbuckle Area (468): Arbuckle Area (468) | New Hampshire Insurance Company | SLP 27 56 11 | 3/25/1976 | 3/25/1977 | 3/25/1976 | 3/25/1977 |
| Arbuckle Area (468): Arbuckle Area (468) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220070 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Arbuckle Area (468): Arbuckle Area (468) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Arbuckle Area (468): Arbuckle Area (468) | New Hampshire Insurance Company | Unknown | 3/25/1977 | 3/25/1978 | 3/25/1977 | 3/25/1978 |
| Atlanta Area (092): Atlanta Area (092) | Maryland Casualty Company | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Atlanta Area (092): Atlanta Area (092) | Maryland Casualty Company | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Atlanta Area (092): Atlanta Area (092) | Maryland Casualty Company | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Atlanta Area (092): Atlanta Area (092) | Maryland Casualty Company | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Atlanta Area (092): Atlanta Area (092) | Maryland Casualty Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Atlanta Area (092): Atlanta Area (092) | Maryland Casualty Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Atlanta Area (092): Atlanta Area (092) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Atlanta Area (092): Atlanta Area (092) | Transamerica Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Atlanta Area (092): Atlanta Area (092) | Transamerica Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Atlanta Area (092): Atlanta Area (092) | Transamerica Insurance Company | (T6) 8785457 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Atlanta Area (092): Atlanta Area (092) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Atlanta Area (092): Atlanta Area (092) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Atlanta Area (092): Atlanta Area (092) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 89 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Atlanta Area (092): Atlanta Area (092) | Transamerica Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Atlanta Area (092): Atlanta Area (092) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219937 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Atlanta Area (092): Atlanta Area (092) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Baden-Powell (368): Baden-Powell 1975-1998 (381) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Baden-Powell (368): Baden-Powell 1975-1998 (381) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Baden-Powell (368): Baden-Powell 1975-1998 (381) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Baden-Powell (368): Baden-Powell 1975-1998 (381) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 70 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Baden-Powell (368): Baden-Powell 1975-1998 (381) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220007 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Baden-Powell (368): Baden-Powell 1975-1998 (381) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Baden-Powell (368): Louis Agassiz Fuertes 1929-1975 (381) | General Accident Insurance Company of America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Baden-Powell (368): Louis Agassiz Fuertes 1929-1975 (381) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 5/5/1973 | 1/1/1974 |
| Baden-Powell (368): Louis Agassiz Fuertes 1929-1975 (381) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 5/5/1973 | 1/1/1974 |
| Baden-Powell (368): Louis Agassiz Fuertes 1929-1975 (381) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | 9CGL 86259 | 3/19/1958 | 3/19/1959 | 3/19/1958 | 3/19/1959 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | 9-CGL-86604 | 3/19/1959 | 3/19/1960 | 3/19/1959 | 3/19/1960 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | Unknown | 3/19/1960 | 3/19/1961 | 3/19/1960 | 3/19/1961 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | Unknown | 3/19/1961 | 3/19/1962 | 3/19/1961 | 3/19/1962 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | Unknown | 3/19/1962 | 3/19/1963 | 3/19/1962 | 3/19/1963 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | Unknown | 3/19/1963 | 3/19/1964 | 3/19/1963 | 3/19/1964 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | Unknown | 3/19/1964 | 3/19/1965 | 3/19/1964 | 3/19/1965 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | Unknown | 3/19/1965 | 3/19/1966 | 3/19/1965 | 3/19/1966 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | Unknown | 3/19/1966 | 3/19/1967 | 3/19/1966 | 3/19/1967 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | AGP 57 03 | 3/19/1966 | 3/19/1967 | 3/19/1966 | 3/19/1967 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | AGP 57 03 | 3/19/1967 | 3/19/1968 | 3/19/1967 | 3/19/1968 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | Unknown | 3/19/1967 | 3/19/1968 | 3/19/1967 | 3/19/1968 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | Unknown | 3/19/1968 | 3/19/1969 | 3/19/1968 | 3/19/1969 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | AGP 57 03 | 3/19/1968 | 3/19/1969 | 3/19/1968 | 3/19/1969 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | Unknown | 3/19/1969 | 3/19/1970 | 3/19/1969 | 3/19/1970 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | Unknown | 3/19/1970 | 3/19/1971 | 3/19/1970 | 3/19/1971 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | Unknown | 3/19/1971 | 3/19/1972 | 3/19/1971 | 3/19/1972 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | Unknown | 3/19/1972 | 3/19/1973 | 3/19/1972 | 3/19/1973 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | Unknown | 3/19/1973 | 3/19/1974 | 3/19/1973 | 3/19/1974 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Insurance Company of North America | Unknown | 3/19/1974 | 1/1/1975 | 3/19/1974 | 1/1/1975 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 52 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220004 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Baden-Powell (368): Susquenango 1925-1998 (368) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Baden-Powell (368): Tioughnioga 1940-1975 (383) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Baden-Powell (368): Tioughnioga 1940-1975 (383) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Baden-Powell (368): Tioughnioga 1940-1975 (383) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Baden-Powell (368): Tioughnioga 1940-1975 (383) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Baden-Powell (368): Tioughnioga 1940-1975 (383) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Baden-Powell (368): Tioughnioga 1940-1975 (383) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Baden-Powell (368): Tioughnioga 1940-1975 (383) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Baden-Powell (368): Tioughnioga 1940-1975 (383) | Insurance Company of North America | X OT 3 14 17 | 1/1/1975 | 5/14/1975 | 1/1/1975 | 5/14/1975 |
| Baden-Powell (368): Tioughnioga 1940-1975 (383) | Insurance Company of North America | GLP 37 99 52 | 1/1/1975 | 5/14/1975 | 1/1/1975 | 5/14/1975 |
| Baltimore Area (220): Baltimore Area (220) | Hartford Fire Insurance Company | 30 CBP 104757 | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Baltimore Area (220): Baltimore Area (220) | Hartford Fire Insurance Company | 30 CBP 108939 | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Baltimore Area (220): Baltimore Area (220) | Hartford Fire Insurance Company | 30 CBP 108939 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Baltimore Area (220): Baltimore Area (220) | Hartford Fire Insurance Company | 30 CBP 108939 | 1/1/1973 | 5/1/1973 | 1/1/1973 | 5/1/1973 |
| Baltimore Area (220): Baltimore Area (220) | Hartford Fire Insurance Company | 30 CBP 108939 | 5/1/1973 | 1/1/1974 | 5/1/1973 | 1/1/1974 |
| Baltimore Area (220): Baltimore Area (220) | Hartford Fire Insurance Company | 30 CBP 115631 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Baltimore Area (220): Baltimore Area (220) | Hartford Fire Insurance Company | 30 CBP 115631 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Baltimore Area (220): Baltimore Area (220) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Baltimore Area (220): Baltimore Area (220) | Hartford Fire Insurance Company | 30 CBP 115631 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Baltimore Area (220): Baltimore Area (220) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Baltimore Area (220): Baltimore Area (220) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 65 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Baltimore Area (220): Baltimore Area (220) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Baltimore Area (220): Baltimore Area (220) | Hartford Fire Insurance Company | 30 CBP 115827 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Baltimore Area (220): Baltimore Area (220) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220113 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Baltimore Area (220): Baltimore Area (220) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Baltimore Area (220): Baltimore Area (220) | Hartford Fire Insurance Company | 30 CBP 115827 | 1/1/1978 | 1/1/1979 | 1/1/1978 | 1/1/1979 |
| Baltimore Area (220): Baltimore Area (220) | Hartford Fire Insurance Company | 30 CBP 115827 | 1/1/1979 | 1/1/1980 | 1/1/1979 | 1/1/1980 |
| Bay Area (574): Bay Area (574) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bay Area (574): Bay Area (574) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bay Area (574): Bay Area (574) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Bay Area (574): Bay Area (574) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Bay Area (574): Bay Area (574) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Bay Area (574): Bay Area (574) | New Hampshire Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Bay Area (574): Bay Area (574) | New Hampshire Insurance Company | GLA 21 02 76 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Bay Area (574): Bay Area (574) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Bay Area (574): Bay Area (574) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Bay Area (574): Bay Area (574) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 79 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Bay Area (574): Bay Area (574) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220210 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Bay Area (574): Bay Area (574) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Bay Area (574): Bay Area (574) | New Hampshire Insurance Company | GLA 33 23 36 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Bay-Lakes (635): Badger 1926-1973 (622) | Insurance Company of North America | SBL 4 69 47 | 6/24/1968 | 6/24/1969 | 6/24/1968 | 6/24/1969 |
| Bay-Lakes (635): Badger 1926-1973 (622) | Insurance Company of North America | SBL 4 69 47 | 6/24/1969 | 6/24/1970 | 6/24/1969 | 6/24/1970 |
| Bay-Lakes (635): Badger 1926-1973 (622) | Insurance Company of North America | SBL 4 69 47 | 6/24/1970 | 6/24/1971 | 6/24/1970 | 6/24/1971 |
| Bay-Lakes (635): Badger 1926-1973 (622) | Insurance Company of North America | SBL 51563 | 6/24/1971 | 6/24/1972 | 6/24/1971 | 6/24/1972 |
| Bay-Lakes (635): Badger 1926-1973 (622) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/24/1972 | 1/1/1973 |
| Bay-Lakes (635): Badger 1926-1973 (622) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/24/1972 | 1/1/1973 |
| Bay-Lakes (635): Badger 1926-1973 (622) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Badger 1926-1973 (622) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Bay-Lakes (635) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 7/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Bay-Lakes (635) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 7/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Bay-Lakes (635) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Bay-Lakes (635): Bay-Lakes (635) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Bay-Lakes (635): Bay-Lakes (635) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Bay-Lakes (635): Bay-Lakes (635) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Bay-Lakes (635): Bay-Lakes (635) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 45 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Bay-Lakes (635): Bay-Lakes (635) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Bay-Lakes (635): Bay-Lakes (635) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Bay-Lakes (635): Bay-Lakes (635) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220261 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | Insurance Company of North America | SBL 4 53 79 | 2/10/1966 | 2/10/1967 | 2/10/1966 | 2/10/1967 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | Insurance Company of North America | SBL-4-15-27 | 2/10/1967 | 2/10/1968 | 2/10/1967 | 2/10/1968 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | Insurance Company of North America | SBL 4 13 34 | 2/10/1968 | 2/10/1969 | 2/10/1968 | 2/10/1969 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | Insurance Company of North America | SBL 4 15 46 | 2/10/1969 | 2/10/1970 | 2/10/1969 | 2/10/1970 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | Insurance Company of North America | SBL 41553 | 2/10/1970 | 2/10/1971 | 2/10/1970 | 2/10/1971 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | Insurance Company of North America | SBL 4 15 61 | 2/10/1971 | 2/10/1972 | 2/10/1971 | 2/10/1972 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 94 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220144 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Bay-Lakes (635): Hiawathaland 1945-2012 (261) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Bay-Lakes (635): Kettle Moraine 1935-1973 (632) | Insurance Company of North America | SBL 45395 | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Bay-Lakes (635): Kettle Moraine 1935-1973 (632) | Insurance Company of North America | SBL 45395 | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Bay-Lakes (635): Kettle Moraine 1935-1973 (632) | Insurance Company of North America | SBL 45395 | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Bay-Lakes (635): Kettle Moraine 1935-1973 (632) | Insurance Company of North America | SBL 51311 | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Bay-Lakes (635): Kettle Moraine 1935-1973 (632) | Insurance Company of North America | SBL 51311 | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Bay-Lakes (635): Kettle Moraine 1935-1973 (632) | Insurance Company of North America | SBL 51311 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Bay-Lakes (635): Kettle Moraine 1935-1973 (632) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Kettle Moraine 1935-1973 (632) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Kettle Moraine 1935-1973 (632) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Bay-Lakes (635): Kettle Moraine 1935-1973 (632) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Bay-Lakes (635): Nicolet Area 1934-1973 (621) | Insurance Company of North America | SBL-4-15-18 | 7/1/1964 | 7/1/1965 | 7/1/1964 | 7/1/1965 |
| Bay-Lakes (635): Nicolet Area 1934-1973 (621) | Insurance Company of North America | SBL-4-15-18 | 7/1/1965 | 7/1/1966 | 7/1/1965 | 7/1/1966 |
| Bay-Lakes (635): Nicolet Area 1934-1973 (621) | Insurance Company of North America | SBL-4-15-18 | 7/1/1966 | 7/1/1967 | 7/1/1966 | 7/1/1967 |
| Bay-Lakes (635): Nicolet Area 1934-1973 (621) | Insurance Company of North America | SBL-4-15-29 | 7/1/1967 | 7/1/1968 | 7/1/1967 | 7/1/1968 |
| Bay-Lakes (635): Nicolet Area 1934-1973 (621) | Insurance Company of North America | SBL 4 15 41 | 7/1/1968 | 7/1/1969 | 7/1/1968 | 7/1/1969 |
| Bay-Lakes (635): Nicolet Area 1934-1973 (621) | Insurance Company of North America | SBL 4 15 48 | 7/1/1969 | 7/1/1970 | 7/1/1969 | 7/1/1970 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Bay-Lakes (635): Nicolet Area 1934-1973 (621) | Insurance Company of North America | SBL 4 15 55 | 7/1/1970 | 7/1/1971 | 7/1/1970 | 7/1/1971 |
| Bay-Lakes (635): Nicolet Area 1934-1973 (621) | Insurance Company of North America | SBL 41567 | 7/1/1971 | 7/1/1972 | 7/1/1971 | 7/1/1972 |
| Bay-Lakes (635): Nicolet Area 1934-1973 (621) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Bay-Lakes (635): Nicolet Area 1934-1973 (621) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Nicolet Area 1934-1973 (621) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Nicolet Area 1934-1973 (621) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Nicolet Area 1934-1973 (621) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Bay-Lakes (635): Nicolet Area 1934-1973 (621) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Bay-Lakes (635): Twin Lakes 1935-1973 (630) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Twin Lakes 1935-1973 (630) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Twin Lakes 1935-1973 (630) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Bay-Lakes (635): Twin Lakes 1935-1973 (630) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Bay-Lakes (635): Valley 1925-1973 (635) | Insurance Company of North America | SBL 4 69 05 | 2/15/1970 | 2/15/1971 | 2/15/1970 | 2/15/1971 |
| Bay-Lakes (635): Valley 1925-1973 (635) | Insurance Company of North America | SBL 5 13 97 | 2/15/1971 | 2/15/1972 | 2/15/1971 | 2/15/1972 |
| Bay-Lakes (635): Valley 1925-1973 (635) | Insurance Company of North America | SBL 5 13 97 | 2/15/1972 | 2/15/1973 | 2/15/1972 | 2/15/1973 |
| Bay-Lakes (635): Valley 1925-1973 (635) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Valley 1925-1973 (635) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 2/15/1973 | 1/1/1974 |
| Bay-Lakes (635): Valley 1925-1973 (635) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Bay-Lakes (635): Valley 1925-1973 (635) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Bay-Lakes (635): Waumegesako 1940-1973 (625) | Insurance Company of North America | SBL 5 04 23 | 5/25/1968 | 5/25/1969 | 5/25/1968 | 5/25/1969 |
| Bay-Lakes (635): Waumegesako 1940-1973 (625) | Insurance Company of North America | SBL 5 04 23 | 5/25/1969 | 5/25/1970 | 5/25/1969 | 5/25/1970 |
| Bay-Lakes (635): Waumegesako 1940-1973 (625) | Insurance Company of North America | SBL 5 04 23 | 5/25/1970 | 5/25/1971 | 5/25/1970 | 5/25/1971 |
| Bay-Lakes (635): Waumegesako 1940-1973 (625) | Insurance Company of North America | SBL 5 15 42 | 5/25/1972 | 5/25/1973 | 5/25/1971 | 5/25/1972 |
| Bay-Lakes (635): Waumegesako 1940-1973 (625) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Waumegesako 1940-1973 (625) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bay-Lakes (635): Waumegesako 1940-1973 (625) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Bay-Lakes (635): Waumegesako 1940-1973 (625) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Black Hills Area (695): Black Hills Area (695) | Indemnity Insurance Company of North America | 730859 | 9/15/1960 | 9/15/1961 | 9/15/1960 | 9/15/1961 |
| Black Hills Area (695): Black Hills Area (695) | Indemnity Insurance Company of North America | 730859 | 9/15/1961 | 9/15/1962 | 9/15/1961 | 9/15/1962 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | 758883 | 9/15/1962 | 9/15/1963 | 9/15/1962 | 9/15/1963 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | 758883 | 9/15/1963 | 9/15/1964 | 9/15/1963 | 9/15/1964 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | 758883 | 9/15/1964 | 10/15/1964 | 9/15/1964 | 10/15/1964 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | 37010 | 10/15/1964 | 10/15/1965 | 10/15/1964 | 10/15/1965 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | 37010 | 10/15/1965 | 4/1/1966 | 10/15/1965 | 4/1/1966 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | SBL 37016 | 10/1/1966 | 10/1/1967 | 10/1/1966 | 10/1/1967 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | SBL 44622 | 10/1/1967 | 10/1/1968 | 10/1/1967 | 10/1/1968 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | SBL 44640 | 10/1/1968 | 10/1/1969 | 10/1/1968 | 10/1/1969 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | SBL 44656 | 10/1/1969 | 10/1/1970 | 10/1/1969 | 10/1/1970 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | SBL 44675 | 10/1/1970 | 10/1/1971 | 10/1/1970 | 10/1/1971 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | 12019 | 10/1/1970 | 10/1/1971 | 10/1/1970 | 10/1/1971 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | 118045 | 10/1/1971 | 10/1/1972 | 10/1/1971 | 10/1/1972 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | GAL 136151 | 10/1/1972 | 10/1/1973 | 10/1/1972 | 10/1/1973 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | XBC 9 75 72 | 10/1/1972 | 10/1/1973 | 10/1/1972 | 10/1/1973 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | XBC 9 75 72 | 10/1/1973 | 10/1/1974 | 10/1/1973 | 10/1/1974 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | GAL 21 17 76 | 10/1/1973 | 10/1/1974 | 10/1/1973 | 10/1/1974 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | XBC 9 75 72 | 10/1/1974 | 10/1/1975 | 10/1/1974 | 10/1/1975 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | GAL214564 | 10/1/1974 | 10/1/1975 | 10/1/1974 | 10/1/1975 |
| Black Hills Area (695): Black Hills Area (695) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | XBC 9 75 72 | 10/1/1975 | 10/1/1976 | 10/1/1975 | 10/1/1976 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | GAL214564 | 10/1/1975 | 10/1/1976 | 10/1/1975 | 10/1/1976 |
| Black Hills Area (695): Black Hills Area (695) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Black Hills Area (695): Black Hills Area (695) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 62 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Black Hills Area (695): Black Hills Area (695) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | Unknown | 10/1/1976 | 10/1/1977 | 10/1/1976 | 10/1/1977 |
| Black Hills Area (695): Black Hills Area (695) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220284 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Black Hills Area (695): Black Hills Area (695) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Black Hills Area (695): Black Hills Area (695) | Insurance Company of North America | Unknown | 10/1/1977 | 10/1/1978 | 10/1/1977 | 10/1/1978 |
| Black Hills Area (695): Black Hills Area (695) | Travelers Insurance Company | 650-1983177-A-IND-88 | 2/15/1988 | 2/15/1989 | 2/15/1988 | 2/15/1989 |
| Black Swamp Area (449): Put-Han-Sen Area 1930-1992 (449) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Black Swamp Area (449): Put-Han-Sen Area 1930-1992 (449) | Hartford Accident and Indemnity Company | 45 CBP 130782 | 3/26/1975 | 3/26/1976 | 3/26/1975 | 3/26/1976 |
| Black Swamp Area (449): Put-Han-Sen Area 1930-1992 (449) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Black Swamp Area (449): Put-Han-Sen Area 1930-1992 (449) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Black Swamp Area (449): Put-Han-Sen Area 1930-1992 (449) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 01 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Black Swamp Area (449): Put-Han-Sen Area 1930-1992 (449) | Hartford Accident and Indemnity Company | 45 CBP 130782 | 3/26/1976 | 3/26/1977 | 3/26/1976 | 3/26/1977 |
| Black Swamp Area (449): Put-Han-Sen Area 1930-1992 (449) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Black Swamp Area (449): Put-Han-Sen Area 1930-1992 (449) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220054 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Black Swamp Area (449): Put-Han-Sen Area 1930-1992 (449) | Hartford Accident and Indemnity Company | 45 CBP 130782 | 3/26/1977 | 3/26/1978 | 3/26/1977 | 3/26/1978 |
| Black Swamp Area (449): Shawnee 1926-1992 (452) | General Accident Insurance Company of America | 375514 | 7/20/1961 | 7/20/1962 | 7/20/1961 | 7/20/1962 |
| Black Swamp Area (449): Shawnee 1926-1992 (452) | General Accident Insurance Company of America | 375514 | 7/20/1962 | 7/20/1963 | 7/20/1962 | 7/20/1963 |
| Black Swamp Area (449): Shawnee 1926-1992 (452) | General Accident Insurance Company of America | 375514 | 7/20/1963 | 7/20/1964 | 7/20/1963 | 7/20/1964 |
| Black Swamp Area (449): Shawnee 1926-1992 (452) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Black Swamp Area (449): Shawnee 1926-1992 (452) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 02 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Black Swamp Area (449): Shawnee 1926-1992 (452) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Black Swamp Area (449): Shawnee 1926-1992 (452) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Black Swamp Area (449): Shawnee 1926-1992 (452) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Black Swamp Area (449): Shawnee 1926-1992 (452) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220055 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Black Warrior (006): Black Warrior (006) | Insurance Company of North America | SBL 45386 | 6/1/1966 | 6/1/1967 | 6/1/1966 | 6/1/1967 |
| Black Warrior (006): Black Warrior (006) | Insurance Company of North America | SBL 45386 | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Black Warrior (006): Black Warrior (006) | Insurance Company of North America | SBL 45386 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Black Warrior (006): Black Warrior (006) | Insurance Company of North America | SBL 51185 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Black Warrior (006): Black Warrior (006) | Insurance Company of North America | SBL 51185 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Black Warrior (006): Black Warrior (006) | Insurance Company of North America | SBL 51185 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Black Warrior (006): Black Warrior (006) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Black Warrior (006): Black Warrior (006) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Black Warrior (006): Black Warrior (006) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Black Warrior (006): Black Warrior (006) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Black Warrior (006): Black Warrior (006) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Black Warrior (006): Black Warrior (006) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Black Warrior (006): Black Warrior (006) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Black Warrior (006): Black Warrior (006) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Black Warrior (006): Black Warrior (006) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 14 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Black Warrior (006): Black Warrior (006) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Black Warrior (006): Black Warrior (006) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Black Warrior (006): Black Warrior (006) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219863 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Black Warrior (006): Black Warrior (006) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Black Warrior (006): Black Warrior (006) | American Re-Insurance Company | M-1027493 | 1/1/1978 | 1/1/1979 | 1/1/1977 | 1/1/1978 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | SBL 25062 | 3/13/1967 | 3/13/1968 | 3/13/1967 | 3/13/1968 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | SBL 48 903 | 3/13/1968 | 3/13/1969 | 3/13/1968 | 3/13/1969 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | SBL 48907 | 3/13/1969 | 3/13/1970 | 3/13/1969 | 3/13/1970 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | SBL 48909 | 3/13/1970 | 3/13/1971 | 3/13/1970 | 3/13/1971 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | Unknown | 3/13/1971 | 7/1/1971 | 3/13/1971 | 7/1/1971 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | Unknown | 7/1/1971 | 7/1/1972 | 7/1/1971 | 7/1/1972 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | XBC 66384 | 3/13/1972 | 3/13/1973 | 3/13/1972 | 3/13/1973 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | XBC 6 63 84 | 3/13/1972 | 3/13/1973 | 3/13/1972 | 3/13/1973 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | Unknown | 7/1/1972 | 7/1/1973 | 7/1/1972 | 7/1/1973 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | XBC 6 63 84 | 3/13/1973 | 3/13/1974 | 3/13/1973 | 3/13/1974 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | XBC 66384 | 3/13/1973 | 3/13/1974 | 3/13/1973 | 3/13/1974 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | Unknown | 7/1/1973 | 3/13/1974 | 7/1/1973 | 3/13/1974 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | XBC 66384 | 3/13/1974 | 3/13/1975 | 3/13/1974 | 3/13/1975 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | XBC 6 63 84 | 3/13/1974 | 3/13/1975 | 3/13/1974 | 3/13/1975 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | GAL 21  xx xx | 3/13/1974 | 3/13/1975 | 3/13/1974 | 3/13/1975 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | XBC 11 31 12 | 3/13/1975 | 3/13/1976 | 3/13/1975 | 3/13/1976 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | GAL 21 10 26 | 3/13/1975 | 3/13/1976 | 3/13/1975 | 3/13/1976 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | XBC 113112 | 3/13/1975 | 3/13/1976 | 3/13/1975 | 3/13/1976 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | Unknown | 7/1/1975 | 7/1/1976 | 7/1/1975 | 7/1/1976 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 24 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | GAL 21 10 48 | 3/13/1976 | 3/13/1977 | 3/13/1976 | 3/13/1977 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | XBC 113112 | 3/13/1976 | 3/13/1977 | 3/13/1976 | 3/13/1977 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | Unknown | 7/1/1976 | 7/1/1977 | 7/1/1976 | 7/1/1977 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | Unknown | 7/1/1976 | 7/1/1977 | 7/1/1976 | 7/1/1977 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | National Union Fire Insurance Company of Pittsburgh, PA | CE 115 53 39 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219970 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | GAL 21 09 06 | 3/13/1977 | 1/1/1978 | 3/13/1977 | 1/1/1978 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | XBC 113112 | 3/13/1977 | 3/13/1978 | 3/13/1977 | 3/13/1978 |
| Blackhawk Area (660): Blackhawk Area 1971- (660) | Insurance Company of North America | Unknown | 7/1/1977 | 7/1/1978 | 7/1/1977 | 7/1/1978 |
| Blue Grass (204): Blue Grass 1963- (204) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/16/1972 | 1/1/1973 |
| Blue Grass (204): Blue Grass 1963- (204) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/16/1972 | 1/1/1973 |
| Blue Grass (204): Blue Grass 1963- (204) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Blue Grass (204): Blue Grass 1963- (204) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Blue Grass (204): Blue Grass 1963- (204) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Blue Grass (204): Blue Grass 1963- (204) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Blue Grass (204): Blue Grass 1963- (204) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Blue Grass (204): Blue Grass 1963- (204) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Grass (204): Blue Grass 1963- (204) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Grass (204): Blue Grass 1963- (204) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Grass (204): Blue Grass 1963- (204) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 51 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Grass (204): Blue Grass 1963- (204) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Blue Grass (204): Blue Grass 1963- (204) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219999 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Blue Grass (204): Blue Grass 1963- (204) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Blue Grass (204): Lonesome Pine 1934-1979 (203) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Blue Grass (204): Lonesome Pine 1934-1979 (203) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Blue Grass (204): Lonesome Pine 1934-1979 (203) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Blue Grass (204): Lonesome Pine 1934-1979 (203) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Blue Grass (204): Lonesome Pine 1934-1979 (203) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Blue Grass (204): Lonesome Pine 1934-1979 (203) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Blue Grass (204): Lonesome Pine 1934-1979 (203) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Grass (204): Lonesome Pine 1934-1979 (203) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 55 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Grass (204): Lonesome Pine 1934-1979 (203) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Grass (204): Lonesome Pine 1934-1979 (203) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Blue Grass (204): Lonesome Pine 1934-1979 (203) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220103 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Blue Mountain (604): Blue Mountain (604) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Blue Mountain (604): Blue Mountain (604) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Mountain (604): Blue Mountain (604) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 27 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Mountain (604): Blue Mountain (604) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Mountain (604): Blue Mountain (604) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Blue Mountain (604): Blue Mountain (604) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220246 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Blue Ridge (551): Blue Ridge (551) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Blue Ridge (551): Blue Ridge (551) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Ridge (551): Blue Ridge (551) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 59 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Ridge (551): Blue Ridge (551) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Ridge (551): Blue Ridge (551) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Blue Ridge (551): Blue Ridge (551) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220281 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Blue Ridge Mountains (599): Blue Ridge Mountains 1972- (599) | Royal Globe Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Blue Ridge Mountains (599): Blue Ridge Mountains 1972- (599) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Blue Ridge Mountains (599): Blue Ridge Mountains 1972- (599) | Royal Globe Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Blue Ridge Mountains (599): Blue Ridge Mountains 1972- (599) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Ridge Mountains (599): Blue Ridge Mountains 1972- (599) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Ridge Mountains (599): Blue Ridge Mountains 1972- (599) | Royal Insurance Co. of America | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Ridge Mountains (599): Blue Ridge Mountains 1972- (599) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 13 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Blue Ridge Mountains (599): Blue Ridge Mountains 1972- (599) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Blue Ridge Mountains (599): Blue Ridge Mountains 1972- (599) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220234 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Blue Ridge Mountains (599): Blue Ridge Mountains 1972- (599) | Royal Insurance Co. of America | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Blue Ridge Mountains (599): Piedmont Area 1932-1972 (594) | Insurance Company of North America | LAB 1 72 22 | 4/1/1966 | 4/1/1967 | 4/1/1966 | 4/1/1967 |
| Blue Ridge Mountains (599): Piedmont Area 1932-1972 (594) | Insurance Company of North America | LAB 1 72 22 | 4/1/1967 | 4/1/1968 | 4/1/1967 | 4/1/1968 |
| Blue Ridge Mountains (599): Piedmont Area 1932-1972 (594) | Insurance Company of North America | LAB 1 72 22 | 4/1/1968 | 4/1/1969 | 4/1/1968 | 4/1/1969 |
| Blue Ridge Mountains (599): Piedmont Area 1932-1972 (594) | Insurance Company of North America | LAB 2 21 33 | 4/1/1969 | 4/1/1970 | 4/1/1969 | 4/1/1970 |
| Blue Ridge Mountains (599): Piedmont Area 1932-1972 (594) | Insurance Company of North America | LAB 2 21 33 | 4/1/1970 | 4/1/1971 | 4/1/1970 | 4/1/1971 |
| Blue Ridge Mountains (599): Piedmont Area 1932-1972 (594) | Insurance Company of North America | LAB 2 21 33 | 4/1/1971 | 4/1/1972 | 4/1/1971 | 4/1/1972 |
| Buckeye (436): Buckeye 1958- (436) | American States Insurance Company | CL841-350 | 12/15/1973 | 12/15/1974 | 12/15/1973 | 12/15/1974 |
| Buckeye (436): Buckeye 1958- (436) | American States Insurance Company | SU 11399 | 12/15/1973 | 12/15/1974 | 12/15/1973 | 12/15/1974 |
| Buckeye (436): Buckeye 1958- (436) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Buckeye (436): Buckeye 1958- (436) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckeye (436): Buckeye 1958- (436) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckeye (436): Buckeye 1958- (436) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 95 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckeye (436): Buckeye 1958- (436) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220048 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckeye (436): Buckeye 1958- (436) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckeye (436): Columbiana 1953-1991 (455) | Insurance Company of North America | SBL 50425 | 6/11/1968 | 6/11/1969 | 6/11/1968 | 6/11/1969 |
| Buckeye (436): Columbiana 1953-1991 (455) | Insurance Company of North America | SBL 50425 | 6/11/1969 | 6/11/1970 | 6/11/1969 | 6/11/1970 |
| Buckeye (436): Columbiana 1953-1991 (455) | Insurance Company of North America | SBL 50425 | 6/11/1970 | 6/11/1971 | 6/11/1970 | 6/11/1971 |
| Buckeye (436): Columbiana 1953-1991 (455) | Insurance Company of North America | SBL 51560 | 6/11/1971 | 6/11/1972 | 6/11/1971 | 6/11/1972 |
| Buckeye (436): Columbiana 1953-1991 (455) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Buckeye (436): Columbiana 1953-1991 (455) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckeye (436): Columbiana 1953-1991 (455) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 03 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckeye (436): Columbiana 1953-1991 (455) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckeye (436): Columbiana 1953-1991 (455) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckeye (436): Columbiana 1953-1991 (455) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220056 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckskin (617): Appalachian 1946-1956 (673) | Insurance Company of North America | SBL 5 04 29 | 7/23/1968 | 7/23/1969 | 7/23/1968 | 7/23/1969 |
| Buckskin (617): Appalachian 1946-1956 (673) | Insurance Company of North America | SBL 5 04 29 | 7/23/1969 | 7/23/1970 | 7/23/1969 | 7/23/1970 |
| Buckskin (617): Appalachian 1946-1956 (673) | Insurance Company of North America | SBL 5 04 29 | 7/23/1970 | 7/23/1971 | 7/23/1970 | 7/23/1971 |
| Buckskin (617): Appalachian 1946-1956 (673) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Buckskin (617): Appalachian 1946-1956 (673) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Buckskin (617): Appalachian 1956-1986 (707) | Insurance Company of North America | SBL 51578 | 7/23/1971 | 12/4/1971 | 7/23/1971 | 12/4/1971 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Buckskin (617): Appalachian 1956-1986 (707) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Buckskin (617): Appalachian 1956-1986 (707) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Buckskin (617): Appalachian 1956-1986 (707) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buckskin (617): Appalachian 1956-1986 (707) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buckskin (617): Appalachian 1956-1986 (707) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Buckskin (617): Appalachian 1956-1986 (707) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Appalachian 1956-1986 (707) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Appalachian 1956-1986 (707) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Appalachian 1956-1986 (707) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220249 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckskin (617): Appalachian 1956-1986 (707) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckskin (617): Appalachian 1956-1986 (707) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckskin (617): Appalachian 1986-1991 (707) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buckskin (617): Appalachian 1986-1991 (707) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buckskin (617): Appalachian 1986-1991 (707) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Buckskin (617): Appalachian 1986-1991 (707) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Buckskin (617): Buckskin 1949- (617) | Insurance Company of North America | XBC 22636 | 4/10/1966 | 4/10/1967 | 4/10/1966 | 4/10/1967 |
| Buckskin (617): Buckskin 1949- (617) | Aetna Casualty and Surety Company | 29AL010580 | 4/10/1966 | 4/10/1967 | 4/10/1966 | 4/10/1967 |
| Buckskin (617): Buckskin 1949- (617) | Insurance Company of North America | XBC 22636 | 4/10/1967 | 4/10/1968 | 4/10/1967 | 4/10/1968 |
| Buckskin (617): Buckskin 1949- (617) | Insurance Company of North America | XBC 22636 | 4/10/1968 | 4/10/1969 | 4/10/1968 | 4/10/1969 |
| Buckskin (617): Buckskin 1949- (617) | Insurance Company of North America | XBC 2 29 75 | 4/10/1969 | 4/10/1970 | 4/10/1969 | 4/10/1970 |
| Buckskin (617): Buckskin 1949- (617) | Insurance Company of North America | XBC 2 29 75 | 4/10/1970 | 4/10/1971 | 4/10/1970 | 4/10/1971 |
| Buckskin (617): Buckskin 1949- (617) | Insurance Company of North America | XBC 2 29 75 | 4/10/1971 | 4/10/1972 | 4/10/1971 | 4/10/1972 |
| Buckskin (617): Buckskin 1949- (617) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buckskin (617): Buckskin 1949- (617) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buckskin (617): Buckskin 1949- (617) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Buckskin (617): Buckskin 1949- (617) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Buckskin (617): Buckskin 1949- (617) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 33 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Buckskin 1949- (617) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220250 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckskin (617): Central West Virginia 1941-1990 (616) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/25/1972 | 1/1/1973 |
| Buckskin (617): Central West Virginia 1941-1990 (616) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/25/1972 | 1/1/1973 |
| Buckskin (617): Central West Virginia 1941-1990 (616) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buckskin (617): Central West Virginia 1941-1990 (616) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buckskin (617): Central West Virginia 1941-1990 (616) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Buckskin (617): Central West Virginia 1941-1990 (616) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Buckskin (617): Central West Virginia 1941-1990 (616) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Buckskin (617): Central West Virginia 1941-1990 (616) | Insurance Company of North America | GLP 61 92 32 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Central West Virginia 1941-1990 (616) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Central West Virginia 1941-1990 (616) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 34 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Central West Virginia 1941-1990 (616) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 32 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Central West Virginia 1941-1990 (616) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Central West Virginia 1941-1990 (616) | Insurance Company of North America | GLP 65 21 69 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckskin (617): Central West Virginia 1941-1990 (616) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckskin (617): Central West Virginia 1941-1990 (616) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220251 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckskin (617): Chief Cornstalk 1954-1990 (756) | Insurance Company of North America | SBL 4 32 79 | 5/29/1970 | 5/29/1971 | 5/29/1970 | 5/29/1971 |
| Buckskin (617): Chief Cornstalk 1954-1990 (756) | Insurance Company of North America | Unknown | 5/29/1971 | 5/29/1972 | 5/29/1971 | 5/29/1972 |
| Buckskin (617): Chief Cornstalk 1954-1990 (756) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/29/1972 | 1/1/1973 |
| Buckskin (617): Chief Cornstalk 1954-1990 (756) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/29/1972 | 1/1/1973 |
| Buckskin (617): Chief Cornstalk 1954-1990 (756) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buckskin (617): Chief Cornstalk 1954-1990 (756) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buckskin (617): Chief Cornstalk 1954-1990 (756) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Buckskin (617): Chief Cornstalk 1954-1990 (756) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Buckskin (617): Chief Cornstalk 1954-1990 (756) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Buckskin (617): Chief Cornstalk 1954-1990 (756) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Chief Cornstalk 1954-1990 (756) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Chief Cornstalk 1954-1990 (756) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 38 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Chief Cornstalk 1954-1990 (756) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220254 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckskin (617): Chief Cornstalk 1954-1990 (756) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | Insurance Company of North America | SBL 4 29 97 | 6/1/1965 | 6/1/1966 | 6/1/1965 | 6/1/1966 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | Insurance Company of North America | SBL 4 29 97 | 6/1/1966 | 6/1/1967 | 6/1/1966 | 6/1/1967 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | Insurance Company of North America | SBL 4 29 97 | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | Insurance Company of North America | SBL 5 04 05 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | Insurance Company of North America | SBL 5 04 05 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | Insurance Company of North America | SBL 5 04 05 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | Insurance Company of North America | SBL 5 15 75 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 39 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220255 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckskin (617): Kootaga Area 1933-1991 (618) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | Insurance Company of North America | SBL 4 29 77 | 4/1/1967 | 4/1/1968 | 4/1/1967 | 4/1/1968 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | Insurance Company of North America | SBL 4 69 50 | 4/1/1968 | 4/1/1969 | 4/1/1968 | 4/1/1969 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | Insurance Company of North America | Unknown | 4/1/1969 | 4/1/1970 | 4/1/1969 | 4/1/1970 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | Insurance Company of North America | Unknown | 4/1/1970 | 4/1/1971 | 4/1/1970 | 4/1/1971 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | Insurance Company of North America | Unknown | 4/1/1971 | 4/1/1972 | 4/1/1971 | 4/1/1972 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 37 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220253 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buckskin (617): Tri-State Area 1935-2014 (672) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Bucktail (509): Bucktail (509) | Insurance Company of North America | SBL 43267 | 10/1/1968 | 10/1/1969 | 10/1/1968 | 10/1/1969 |
| Bucktail (509): Bucktail (509) | Insurance Company of North America | SBL 43267 | 10/1/1969 | 10/1/1970 | 10/1/1969 | 10/1/1970 |
| Bucktail (509): Bucktail (509) | Insurance Company of North America | SBL 43267 | 10/1/1970 | 10/1/1971 | 10/1/1970 | 10/1/1971 |
| Bucktail (509): Bucktail (509) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Bucktail (509): Bucktail (509) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Bucktail (509): Bucktail (509) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Bucktail (509): Bucktail (509) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Bucktail (509): Bucktail (509) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bucktail (509): Bucktail (509) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Bucktail (509): Bucktail (509) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Bucktail (509): Bucktail (509) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Bucktail (509): Bucktail (509) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Bucktail (509): Bucktail (509) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 34 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Bucktail (509): Bucktail (509) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Bucktail (509): Bucktail (509) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Bucktail (509): Bucktail (509) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220089 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Bucktail (509): Bucktail (509) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buffalo Trace (156): Buffalo Trace 1955- (156) | Aetna Casualty and Surety Company | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Buffalo Trace (156): Buffalo Trace 1955- (156) | Aetna Casualty and Surety Company | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Buffalo Trace (156): Buffalo Trace 1955- (156) | Aetna Casualty and Surety Company | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buffalo Trace (156): Buffalo Trace 1955- (156) | Aetna Casualty and Surety Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Buffalo Trace (156): Buffalo Trace 1955- (156) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Buffalo Trace (156): Buffalo Trace 1955- (156) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 30 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buffalo Trace (156): Buffalo Trace 1955- (156) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buffalo Trace (156): Buffalo Trace 1955- (156) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buffalo Trace (156): Buffalo Trace 1955- (156) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buffalo Trace (156): Buffalo Trace 1955- (156) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219976 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buffalo Trail (567): Buffalo Trail (567) | Insurance Company of North America | SBL 45419 | 7/13/1968 | 7/13/1969 | 7/13/1968 | 7/13/1969 |
| Buffalo Trail (567): Buffalo Trail (567) | Insurance Company of North America | SBL 45422 | 7/13/1969 | 7/13/1970 | 7/13/1969 | 7/13/1970 |
| Buffalo Trail (567): Buffalo Trail (567) | Insurance Company of North America | Unknown | 7/13/1970 | 7/13/1971 | 7/13/1970 | 7/13/1971 |
| Buffalo Trail (567): Buffalo Trail (567) | Insurance Company of North America | Unknown | 7/13/1971 | 7/13/1972 | 7/13/1971 | 7/13/1972 |
| Buffalo Trail (567): Buffalo Trail (567) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 7/13/1972 | 1/1/1973 |
| Buffalo Trail (567): Buffalo Trail (567) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 7/13/1972 | 1/1/1973 |
| Buffalo Trail (567): Buffalo Trail (567) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buffalo Trail (567): Buffalo Trail (567) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Buffalo Trail (567): Buffalo Trail (567) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Buffalo Trail (567): Buffalo Trail (567) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Buffalo Trail (567): Buffalo Trail (567) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Buffalo Trail (567): Buffalo Trail (567) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buffalo Trail (567): Buffalo Trail (567) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buffalo Trail (567): Buffalo Trail (567) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buffalo Trail (567): Buffalo Trail (567) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 83 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Buffalo Trail (567): Buffalo Trail (567) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220214 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buffalo Trail (567): Buffalo Trail (567) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Buffalo Trail (567): Buffalo Trail (567) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Caddo Area (584): Caddo Area (584) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Caddo Area (584): Caddo Area (584) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Caddo Area (584): Caddo Area (584) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Caddo Area (584): Caddo Area (584) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Caddo Area (584): Caddo Area (584) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Caddo Area (584): Caddo Area (584) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Caddo Area (584): Caddo Area (584) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Caddo Area (584): Caddo Area (584) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 89 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Caddo Area (584): Caddo Area (584) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Caddo Area (584): Caddo Area (584) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Caddo Area (584): Caddo Area (584) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Caddo Area (584): Caddo Area (584) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Caddo Area (584): Caddo Area (584) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220220 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Caddo Area (584): Caddo Area (584) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

13

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Calcasieu Area (209): Calcasieu Area (209) | Insurance Company of North America | SBL 51302 | 11/26/1969 | 11/26/1970 | 11/26/1969 | 11/26/1970 |
| Calcasieu Area (209): Calcasieu Area (209) | Insurance Company of North America | SBL 51302 | 11/26/1970 | 11/26/1971 | 11/26/1970 | 11/26/1971 |
| Calcasieu Area (209): Calcasieu Area (209) | Insurance Company of North America | SBL 51302 | 11/26/1971 | 11/26/1972 | 11/26/1971 | 11/26/1972 |
| Calcasieu Area (209): Calcasieu Area (209) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 11/26/1972 | 1/1/1973 |
| Calcasieu Area (209): Calcasieu Area (209) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 11/26/1972 | 1/1/1973 |
| Calcasieu Area (209): Calcasieu Area (209) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Calcasieu Area (209): Calcasieu Area (209) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Calcasieu Area (209): Calcasieu Area (209) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Calcasieu Area (209): Calcasieu Area (209) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Calcasieu Area (209): Calcasieu Area (209) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Calcasieu Area (209): Calcasieu Area (209) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Calcasieu Area (209): Calcasieu Area (209) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Calcasieu Area (209): Calcasieu Area (209) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 59 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Calcasieu Area (209): Calcasieu Area (209) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Calcasieu Area (209): Calcasieu Area (209) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Calcasieu Area (209): Calcasieu Area (209) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220107 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Calcasieu Area (209): Calcasieu Area (209) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| California Inland Empire (045): Arrowhead Area 1933-1972 (048) | Insurance Company of North America | SBL 2 28 54 | 5/17/1965 | 5/17/1966 | 5/17/1965 | 5/17/1966 |
| California Inland Empire (045): Arrowhead Area 1933-1972 (048) | Insurance Company of North America | SBL 2 28 54 | 5/17/1966 | 5/17/1967 | 5/17/1966 | 5/17/1967 |
| California Inland Empire (045): Arrowhead Area 1933-1972 (048) | Insurance Company of North America | SBL 2 28 54 | 5/17/1967 | 5/17/1968 | 5/17/1967 | 5/17/1968 |
| California Inland Empire (045): Arrowhead Area 1933-1972 (048) | Insurance Company of North America | SBL 4 59 02 | 5/17/1968 | 5/17/1969 | 5/17/1968 | 5/17/1969 |
| California Inland Empire (045): Arrowhead Area 1933-1972 (048) | Insurance Company of North America | SBL 4 59 02 | 5/17/1969 | 5/17/1970 | 5/17/1969 | 5/17/1970 |
| California Inland Empire (045): Arrowhead Area 1933-1972 (048) | Insurance Company of North America | SBL 4 59 02 | 5/17/1970 | 5/17/1971 | 5/17/1970 | 5/17/1971 |
| California Inland Empire (045): Arrowhead Area 1933-1972 (048) | Insurance Company of North America | Unknown | 5/17/1971 | 5/17/1972 | 5/17/1971 | 5/17/1972 |
| California Inland Empire (045): Arrowhead Area 1933-1972 (048) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/17/1972 | 1/1/1973 |
| California Inland Empire (045): Arrowhead Area 1933-1972 (048) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/17/1972 | 1/1/1973 |
| California Inland Empire (045): Arrowhead Area 1933-1972 (048) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| California Inland Empire (045): Arrowhead Area 1933-1972 (048) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| California Inland Empire (045): California Inland Empire 1972- (045) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| California Inland Empire (045): California Inland Empire 1972- (045) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| California Inland Empire (045): California Inland Empire 1972- (045) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 2/1/1974 | 1/1/1975 |
| California Inland Empire (045): California Inland Empire 1972- (045) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| California Inland Empire (045): California Inland Empire 1972- (045) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| California Inland Empire (045): California Inland Empire 1972- (045) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| California Inland Empire (045): California Inland Empire 1972- (045) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| California Inland Empire (045): California Inland Empire 1972- (045) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| California Inland Empire (045): California Inland Empire 1972- (045) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 46 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| California Inland Empire (045): California Inland Empire 1972- (045) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| California Inland Empire (045): California Inland Empire 1972- (045) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219894 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| California Inland Empire (045): California Inland Empire 1972- (045) | Ambassador Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| California Inland Empire (045): California Inland Empire 1972- (045) | New Hampshire Insurance Company | GLA 332382 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| California Inland Empire (045): California Inland Empire 1972- (045) | New Hampshire Insurance Company | GLA 332383 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| California Inland Empire (045): Grayback 1952-1974 (024) | Insurance Company of North America | SBL 4 53 77 | 1/10/1966 | 1/10/1967 | 1/10/1966 | 1/10/1967 |
| California Inland Empire (045): Grayback 1952-1974 (024) | Insurance Company of North America | SBL 4 53 77 | 1/10/1967 | 1/10/1968 | 1/10/1967 | 1/10/1968 |
| California Inland Empire (045): Grayback 1952-1974 (024) | Insurance Company of North America | SBL 4 53 77 | 1/10/1968 | 1/9/1969 | 1/10/1968 | 1/9/1969 |
| California Inland Empire (045): Grayback 1952-1974 (024) | Insurance Company of North America | SBL 50438 | 1/10/1969 | 1/10/1970 | 1/10/1969 | 1/10/1970 |
| California Inland Empire (045): Grayback 1952-1974 (024) | Insurance Company of North America | SBL 50438 | 1/10/1970 | 1/10/1971 | 1/10/1970 | 1/10/1971 |
| California Inland Empire (045): Grayback 1952-1974 (024) | Insurance Company of North America | SBL 50438 | 1/10/1971 | 1/10/1972 | 1/10/1971 | 1/10/1972 |
| California Inland Empire (045): Grayback 1952-1974 (024) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/10/1972 | 1/1/1973 |
| California Inland Empire (045): Grayback 1952-1974 (024) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/10/1972 | 1/1/1973 |
| California Inland Empire (045): Grayback 1952-1974 (024) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| California Inland Empire (045): Grayback 1952-1974 (024) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| California Inland Empire (045): Grayback 1952-1974 (024) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| California Inland Empire (045): Grayback 1952-1974 (024) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cape Cod and Islands (224): Cape Cod 1925-1981 (224) | Insurance Company of North America | Unknown | 10/21/1970 | 10/21/1971 | 10/21/1970 | 10/21/1971 |
| Cape Cod and Islands (224): Cape Cod 1925-1981 (224) | Insurance Company of North America | Unknown | 10/21/1970 | 6/3/1972 | 10/21/1971 | 6/3/1972 |
| Cape Cod and Islands (224): Cape Cod 1925-1981 (224) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/3/1972 | 1/1/1973 |
| Cape Cod and Islands (224): Cape Cod 1925-1981 (224) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/3/1972 | 1/1/1973 |
| Cape Cod and Islands (224): Cape Cod 1925-1981 (224) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cape Cod and Islands (224): Cape Cod 1925-1981 (224) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cape Cod and Islands (224): Cape Cod 1925-1981 (224) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cape Cod and Islands (224): Cape Cod 1925-1981 (224) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cape Cod and Islands (224): Cape Cod 1925-1981 (224) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Cape Cod and Islands (224): Cape Cod 1925-1981 (224) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cape Cod and Islands (224): Cape Cod 1925-1981 (224) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 75 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cape Cod and Islands (224): Cape Cod 1925-1981 (224) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cape Cod and Islands (224): Cape Cod 1925-1981 (224) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cape Cod and Islands (224): Cape Cod 1925-1981 (224) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220125 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | Insurance Company of North America | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | Insurance Company of North America | Unknown | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | Insurance Company of North America | Unknown | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | Insurance Company of North America | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | Insurance Company of North America | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | Insurance Company of North America | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | Insurance Company of North America | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | Insurance Company of North America | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | Insurance Company of North America | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 90 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220044 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cape Fear (425): Cape Fear Area 1930-1989 (425) | Insurance Company of North America | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Capitol Area (564): Capitol Area (564) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Capitol Area (564): Capitol Area (564) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Capitol Area (564): Capitol Area (564) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Capitol Area (564): Capitol Area (564) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Capitol Area (564): Capitol Area (564) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Capitol Area (564): Capitol Area (564) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Capitol Area (564): Capitol Area (564) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 72 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Capitol Area (564): Capitol Area (564) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Capitol Area (564): Capitol Area (564) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Capitol Area (564): Capitol Area (564) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Capitol Area (564): Capitol Area (564) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Capitol Area (564): Capitol Area (564) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220203 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cascade Pacific (492): Cascade Area 1926-1993 (493) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Cascade Pacific (492): Cascade Area 1926-1993 (493) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 30 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cascade Pacific (492): Cascade Area 1926-1993 (493) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cascade Pacific (492): Cascade Area 1926-1993 (493) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cascade Pacific (492): Cascade Area 1926-1993 (493) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220084 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cascade Pacific (492): Cascade Area 1926-1993 (493) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Cascade Pacific (492): Columbia-Pacific 1966-1993 (492) | General Insurance Company of America | CP 209181 | 11/15/1968 | 11/15/1969 | 11/15/1968 | 11/15/1969 |
| Cascade Pacific (492): Columbia-Pacific 1966-1993 (492) | General Insurance Company of America | CP 209181 | 11/15/1969 | 11/15/1970 | 11/15/1969 | 11/15/1970 |
| Cascade Pacific (492): Columbia-Pacific 1966-1993 (492) | General Insurance Company of America | CP 209181 | 11/15/1970 | 11/15/1971 | 11/15/1970 | 11/15/1971 |
| Cascade Pacific (492): Columbia-Pacific 1966-1993 (492) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Cascade Pacific (492): Columbia-Pacific 1966-1993 (492) | Maryland Casualty Company | 36307295 | 7/1/1975 | 7/1/1976 | 7/1/1975 | 7/1/1976 |
| Cascade Pacific (492): Columbia-Pacific 1966-1993 (492) | Maryland Casualty Company | 3830-72-95 | 7/1/1975 | 7/1/1976 | 7/1/1975 | 7/1/1976 |
| Cascade Pacific (492): Columbia-Pacific 1966-1993 (492) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cascade Pacific (492): Columbia-Pacific 1966-1993 (492) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 29 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cascade Pacific (492): Columbia-Pacific 1966-1993 (492) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cascade Pacific (492): Columbia-Pacific 1966-1993 (492) | Maryland Casualty Company | 3830-72-95 | 7/1/1976 | 7/1/1977 | 7/1/1976 | 7/1/1977 |
| Cascade Pacific (492): Columbia-Pacific 1966-1993 (492) | Maryland Casualty Company | 36307295 | 7/1/1976 | 7/1/1977 | 7/1/1976 | 7/1/1977 |
| Cascade Pacific (492): Columbia-Pacific 1966-1993 (492) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cascade Pacific (492): Columbia-Pacific 1966-1993 (492) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220083 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cascade Pacific (492): Columbia-Pacific 1966-1993 (492) | Maryland Casualty Company | 36307295 | 7/1/1977 | 7/1/1978 | 7/1/1977 | 7/1/1978 |
| Cascade Pacific (492): Columbia-Pacific 1966-1993 (492) | Maryland Casualty Company | 3830-72-95 | 7/1/1977 | 7/1/1978 | 7/1/1977 | 7/1/1978 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | American Employers' Insurance Company | CL 562971 | 4/16/1945 | 4/16/1946 | 4/16/1945 | 4/16/1946 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | American Employers' Insurance Company | CL 562971 | 4/16/1946 | 4/16/1947 | 4/16/1946 | 4/16/1947 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | American Employers' Insurance Company | CL 562971 | 11/15/1947 | 11/15/1947 | 4/16/1947 | 11/15/1947 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Casualty Company of America | BLP 38642 | 11/15/1947 | 11/15/1948 | 11/15/1947 | 11/15/1948 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Casualty Company of America | BLP 38642 | 11/15/1948 | 11/15/1949 | 11/15/1948 | 11/15/1949 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Casualty Company of America | BLP 38642 | 11/15/1949 | 11/15/1950 | 11/15/1949 | 11/15/1950 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Casualty Company of America | BLP 67048 | 11/15/1950 | 11/15/1951 | 11/15/1950 | 11/15/1951 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Casualty Company of America | BLP 67048 | 11/15/1951 | 11/15/1952 | 11/15/1951 | 11/15/1952 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Casualty Company of America | BLP 67048 | 11/15/1952 | 11/15/1953 | 11/15/1952 | 11/15/1953 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Casualty Company of America | BLP 24550 | 11/15/1953 | 11/15/1954 | 11/15/1953 | 11/15/1954 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Casualty Company of America | BLP 24550 | 11/15/1954 | 11/15/1955 | 11/15/1954 | 11/15/1955 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Casualty Company of America | BLP 24550 | 11/15/1955 | 11/15/1956 | 11/15/1955 | 11/15/1956 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Casualty Company of America | Unknown | 11/15/1956 | 11/15/1957 | 11/15/1956 | 11/15/1957 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Insurance Company of America | Unknown | 11/1/1957 | 11/1/1958 | 11/1/1957 | 11/1/1958 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Insurance Company of America | Unknown | 11/15/1958 | 11/15/1959 | 11/15/1958 | 11/15/1959 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Insurance Company of America | Unknown | 11/15/1959 | 11/15/1960 | 11/15/1959 | 11/15/1960 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Insurance Company of America | Unknown | 11/15/1960 | 11/15/1961 | 11/15/1960 | 11/15/1961 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Insurance Company of America | Unknown | 11/15/1961 | 11/15/1962 | 11/15/1961 | 11/15/1962 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Insurance Company of America | Unknown | 11/15/1962 | 11/15/1963 | 11/15/1962 | 11/15/1963 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Insurance Company of America | Unknown | 11/15/1963 | 11/15/1964 | 11/15/1963 | 11/15/1964 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Insurance Company of America | Unknown | 11/15/1964 | 11/15/1965 | 11/15/1964 | 11/15/1965 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Insurance Company of America | BLP 264175 | 11/15/1965 | 11/15/1966 | 11/15/1965 | 11/15/1966 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Insurance Company of America | BLP 264175 | 11/15/1966 | 11/15/1967 | 11/15/1966 | 11/15/1967 |
| Cascade Pacific (492): Portland Area 1925-1966 (492) | General Insurance Company of America | BLP 264175 | 11/15/1967 | 11/15/1968 | 11/15/1967 | 11/15/1968 |
| Catalina (011): Catalina 1963- (011) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Catalina (011): Catalina 1963- (011) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Catalina (011): Catalina 1963- (011) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Catalina (011): Catalina 1963- (011) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Catalina (011): Catalina 1963- (011) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 21 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Catalina (011): Catalina 1963- (011) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 5/8/1977 | 1/1/1977 | 5/8/1977 |
| Catalina (011): Catalina 1963- (011) | Ambassador Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Catalina (011): Catalina 1963- (011) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219870 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Catalina (011): Catalina 1963- (011) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Catalina (011): Catalina 1963- (011) | New Hampshire Insurance Company | GLA 282527 | 5/8/1977 | 5/8/1978 | 5/8/1977 | 5/8/1978 |
| Catalina (011): Catalina 1963- (011) | New Hampshire Insurance Company | GLA 282526 | 5/8/1977 | 5/8/1978 | 5/8/1977 | 5/8/1978 |
| Catalina (011): Catalina 1963- (011) | New Hampshire Insurance Company | GLA 282523 | 5/8/1977 | 5/1/1978 | 5/8/1977 | 5/1/1978 |
| Catalina (011): Catalina 1963- (011) | Ambassador Insurance Company | Unknown | 5/8/1977 | 5/8/1978 | 5/8/1977 | 5/8/1978 |

16

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Central Florida (083): Central Florida (083) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Central Florida (083): Central Florida (083) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Central Florida (083): Central Florida (083) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 80 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Central Florida (083): Central Florida (083) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Central Florida (083): Central Florida (083) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219928 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Central Florida (083): Central Florida (083) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Central Georgia (096): Central Georgia (096) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Central Georgia (096): Central Georgia (096) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Central Georgia (096): Central Georgia (096) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Central Georgia (096): Central Georgia (096) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Central Georgia (096): Central Georgia (096) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Central Georgia (096): Central Georgia (096) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Central Georgia (096): Central Georgia (096) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Central Georgia (096): Central Georgia (096) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 93 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Central Georgia (096): Central Georgia (096) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Central Georgia (096): Central Georgia (096) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Central Georgia (096): Central Georgia (096) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Central Georgia (096): Central Georgia (096) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219941 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Central Minnesota (296): Central Minnesota (296) | Insurance Company of North America | SBL 5 04 26 | 8/5/1968 | 8/5/1969 | 8/5/1968 | 8/5/1969 |
| Central Minnesota (296): Central Minnesota (296) | Insurance Company of North America | SBL 5 04 26 | 8/5/1969 | 8/5/1970 | 8/5/1969 | 8/5/1970 |
| Central Minnesota (296): Central Minnesota (296) | Insurance Company of North America | SBL 5 04 26 | 8/5/1970 | 8/5/1971 | 8/5/1970 | 8/5/1971 |
| Central Minnesota (296): Central Minnesota (296) | Insurance Company of North America | Unknown | 8/5/1971 | 8/5/1972 | 8/5/1971 | 8/5/1972 |
| Central Minnesota (296): Central Minnesota (296) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 8/5/1972 | 1/1/1973 |
| Central Minnesota (296): Central Minnesota (296) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 8/5/1972 | 1/1/1973 |
| Central Minnesota (296): Central Minnesota (296) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Central Minnesota (296): Central Minnesota (296) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Central Minnesota (296): Central Minnesota (296) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Central Minnesota (296): Central Minnesota (296) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Central Minnesota (296): Central Minnesota (296) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Central Minnesota (296): Central Minnesota (296) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Central Minnesota (296): Central Minnesota (296) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 03 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Central Minnesota (296): Central Minnesota (296) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Central Minnesota (296): Central Minnesota (296) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Central Minnesota (296): Central Minnesota (296) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220153 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Central North Carolina (416): Central North Carolina (416) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Central North Carolina (416): Central North Carolina (416) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Central North Carolina (416): Central North Carolina (416) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 81 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Central North Carolina (416): Central North Carolina (416) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Central North Carolina (416): Central North Carolina (416) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Central North Carolina (416): Central North Carolina (416) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220034 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chattahoochee (091): Chattahoochee 1964- (091) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Chattahoochee (091): Chattahoochee 1964- (091) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Chattahoochee (091): Chattahoochee 1964- (091) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Chattahoochee (091): Chattahoochee 1964- (091) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Chattahoochee (091): Chattahoochee 1964- (091) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Chattahoochee (091): Chattahoochee 1964- (091) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Chattahoochee (091): Chattahoochee 1964- (091) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Chattahoochee (091): Chattahoochee 1964- (091) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 91 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chattahoochee (091): Chattahoochee 1964- (091) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chattahoochee (091): Chattahoochee 1964- (091) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chattahoochee (091): Chattahoochee 1964- (091) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chattahoochee (091): Chattahoochee 1964- (091) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Chattahoochee (091): Chattahoochee 1964- (091) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chattahoochee (091): Chattahoochee 1964- (091) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219939 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chattahoochee (091): George H. Lanier 1950-1989 (094) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Chattahoochee (091): George H. Lanier 1950-1989 (094) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chattahoochee (091): George H. Lanier 1950-1989 (094) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 99 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chattahoochee (091): George H. Lanier 1950-1989 (094) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chattahoochee (091): George H. Lanier 1950-1989 (094) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chattahoochee (091): George H. Lanier 1950-1989 (094) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219946 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cherokee Area (469): Cherokee Area (469) | Insurance Company of North America | SBL 51195 | 7/5/1969 | 7/5/1970 | 7/5/1969 | 7/5/1970 |
| Cherokee Area (469): Cherokee Area (469) | Insurance Company of North America | SBL 51195 | 7/5/1970 | 7/5/1971 | 7/5/1970 | 7/5/1971 |
| Cherokee Area (469): Cherokee Area (469) | Insurance Company of North America | SBL 51195 | 7/5/1971 | 7/5/1972 | 7/5/1971 | 7/5/1972 |
| Cherokee Area (469): Cherokee Area (469) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 7/5/1972 | 1/1/1973 |
| Cherokee Area (469): Cherokee Area (469) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 7/5/1972 | 1/1/1973 |
| Cherokee Area (469): Cherokee Area (469) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cherokee Area (469): Cherokee Area (469) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cherokee Area (469): Cherokee Area (469) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cherokee Area (469): Cherokee Area (469) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cherokee Area (469): Cherokee Area (469) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Cherokee Area (469): Cherokee Area (469) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cherokee Area (469): Cherokee Area (469) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 18 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cherokee Area (469): Cherokee Area (469) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cherokee Area (469): Cherokee Area (469) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cherokee Area (556): Cherokee Area (556) | Insurance Company of North America | SBL 45397 | 3/17/1967 | 3/17/1968 | 3/17/1967 | 3/17/1968 |
| Cherokee Area (556): Cherokee Area (556) | Insurance Company of North America | SBL 45397 | 3/17/1968 | 3/17/1969 | 3/17/1968 | 3/17/1969 |
| Cherokee Area (556): Cherokee Area (556) | Insurance Company of North America | SBL 45397 | 3/17/1969 | 3/17/1970 | 3/17/1969 | 3/17/1970 |
| Cherokee Area (556): Cherokee Area (556) | Insurance Company of North America | Unknown | 3/17/1970 | 3/17/1971 | 3/17/1970 | 3/17/1971 |
| Cherokee Area (556): Cherokee Area (556) | Insurance Company of North America | Unknown | 3/17/1971 | 3/17/1972 | 3/17/1971 | 3/17/1972 |
| Cherokee Area (556): Cherokee Area (556) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/18/1972 | 1/1/1973 |
| Cherokee Area (556): Cherokee Area (556) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/18/1972 | 1/1/1973 |
| Cherokee Area (556): Cherokee Area (556) | Insurance Company of North America | Unknown | 3/17/1972 | 3/18/1972 | 3/17/1972 | 3/18/1972 |
| Cherokee Area (556): Cherokee Area (556) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cherokee Area (556): Cherokee Area (556) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cherokee Area (556): Cherokee Area (556) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cherokee Area (556): Cherokee Area (556) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cherokee Area (556): Cherokee Area (556) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Cherokee Area (556): Cherokee Area (556) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 64 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cherokee Area (556): Cherokee Area (556) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cherokee Area (556): Cherokee Area (556) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cherokee Area (556): Cherokee Area (556) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220286 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cherokee Area (556): Cherokee Area (556) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220072 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cherokee Area (556): Cherokee Area (556) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chester County (539): Chester County (539) | Insurance Company of North America | Unknown | 1/1/1957 | 1/1/1958 | 1/1/1957 | 1/1/1958 |
| Chester County (539): Chester County (539) | Insurance Company of North America | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Chester County (539): Chester County (539) | Insurance Company of North America | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Chester County (539): Chester County (539) | Insurance Company of North America | Unknown | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Chester County (539): Chester County (539) | Insurance Company of North America | Unknown | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Chester County (539): Chester County (539) | Insurance Company of North America | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Chester County (539): Chester County (539) | Insurance Company of North America | SBL 44296 | 3/11/1970 | 3/11/1970 | 3/11/1969 | 3/11/1970 |
| Chester County (539): Chester County (539) | Insurance Company of North America | Unknown | 1/1/1970 | 3/11/1970 | 1/1/1970 | 3/11/1970 |
| Chester County (539): Chester County (539) | Insurance Company of North America | SBL 53213 | 3/11/1970 | 3/11/1971 | 3/11/1970 | 3/11/1971 |
| Chester County (539): Chester County (539) | Insurance Company of North America | SBL 5 32 52 | 3/11/1971 | 3/11/1972 | 3/11/1971 | 3/11/1972 |
| Chester County (539): Chester County (539) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/11/1972 | 1/1/1973 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Chester County (539): Chester County (539) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/11/1972 | 1/1/1973 |
| Chester County (539): Chester County (539) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Chester County (539): Chester County (539) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Chester County (539): Chester County (539) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Chester County (539): Chester County (539) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Chester County (539): Chester County (539) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Chester County (539): Chester County (539) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 50 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chester County (539): Chester County (539) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chester County (539): Chester County (539) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chester County (539): Chester County (539) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chester County (539): Chester County (539) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chester County (539): Chester County (539) | New Hampshire Insurance Company | GLA 332358 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chester County (539): Chester County (539) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220272 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chester County (539): Chester County (539) | American Universal Insurance Company | AXTPL 5318 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chickasaw (558): Chickasaw 1916- (558) | Maryland Casualty Company | 96-224611 | 1/1/1963 | 1/1/1964 | 1/1/1963 | 1/1/1964 |
| Chickasaw (558): Chickasaw 1916- (558) | Maryland Casualty Company | Unknown | 1/1/1964 | 1/1/1965 | 1/1/1964 | 1/1/1965 |
| Chickasaw (558): Chickasaw 1916- (558) | Maryland Casualty Company | Unknown | 1/1/1965 | 8/1/1965 | 1/1/1965 | 8/1/1965 |
| Chickasaw (558): Chickasaw 1916- (558) | Insurance Company of North America | SBL 4 53 64 | 8/1/1965 | 8/1/1966 | 8/1/1965 | 8/1/1966 |
| Chickasaw (558): Chickasaw 1916- (558) | Insurance Company of North America | SBL 4 53 64 | 8/1/1966 | 8/1/1967 | 8/1/1966 | 8/1/1967 |
| Chickasaw (558): Chickasaw 1916- (558) | Insurance Company of North America | SBL 4 53 64 | 8/1/1967 | 8/1/1968 | 8/1/1967 | 8/1/1968 |
| Chickasaw (558): Chickasaw 1916- (558) | Insurance Company of North America | SBL 5 04 15 | 8/1/1968 | 8/1/1969 | 8/1/1968 | 8/1/1969 |
| Chickasaw (558): Chickasaw 1916- (558) | Insurance Company of North America | SBL 5 04 15 | 8/1/1969 | 8/1/1970 | 8/1/1969 | 8/1/1970 |
| Chickasaw (558): Chickasaw 1916- (558) | Insurance Company of North America | SBL 5 04 15 | 8/1/1970 | 8/1/1971 | 8/1/1970 | 8/1/1971 |
| Chickasaw (558): Chickasaw 1916- (558) | Insurance Company of North America | SBL 52766 | 8/1/1971 | 8/1/1972 | 8/1/1971 | 8/1/1972 |
| Chickasaw (558): Chickasaw 1916- (558) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 8/1/1972 | 1/1/1973 |
| Chickasaw (558): Chickasaw 1916- (558) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 8/1/1972 | 1/1/1973 |
| Chickasaw (558): Chickasaw 1916- (558) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Chickasaw (558): Chickasaw 1916- (558) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Chickasaw (558): Chickasaw 1916- (558) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Chickasaw (558): Chickasaw 1916- (558) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Chickasaw (558): Chickasaw 1916- (558) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 68 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chickasaw (558): Chickasaw 1916- (558) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220290 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chickasaw (558): Delta Area 1924-1993 (300) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Chickasaw (558): Delta Area 1924-1993 (300) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chickasaw (558): Delta Area 1924-1993 (300) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chickasaw (558): Delta Area 1924-1993 (300) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 05 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chickasaw (558): Delta Area 1924-1993 (300) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chickasaw (558): Delta Area 1924-1993 (300) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220155 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chief Cornplanter (538): Chief Cornplanter 1952- (538) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 12/1/1972 | 1/1/1973 |
| Chief Cornplanter (538): Chief Cornplanter 1952- (538) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 12/1/1972 | 1/1/1973 |
| Chief Cornplanter (538): Chief Cornplanter 1952- (538) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Chief Cornplanter (538): Chief Cornplanter 1952- (538) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Chief Cornplanter (538): Chief Cornplanter 1952- (538) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Chief Cornplanter (538): Chief Cornplanter 1952- (538) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Chief Cornplanter (538): Chief Cornplanter 1952- (538) | New Hampshire Insurance Company | SLP 29-02-40 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Chief Cornplanter (538): Chief Cornplanter 1952- (538) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Chief Cornplanter (538): Chief Cornplanter 1952- (538) | New Hampshire Insurance Company | SLP 29-02-40 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chief Cornplanter (538): Chief Cornplanter 1952- (538) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chief Cornplanter (538): Chief Cornplanter 1952- (538) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 49 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chief Cornplanter (538): Chief Cornplanter 1952- (538) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chief Cornplanter (538): Chief Cornplanter 1952- (538) | New Hampshire Insurance Company | SLP 29-02-40 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chief Cornplanter (538): Chief Cornplanter 1952- (538) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Chief Cornplanter (538): Chief Cornplanter 1952- (538) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220271 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chief Seattle (609): Chief Seattle 1954- (609) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Chief Seattle (609): Chief Seattle 1954- (609) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Chief Seattle (609): Chief Seattle 1954- (609) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Chief Seattle (609): Chief Seattle 1954- (609) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Chief Seattle (609): Chief Seattle 1954- (609) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Chief Seattle (609): Chief Seattle 1954- (609) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1976 | 12/31/1976 | 1/1/1976 | 12/31/1976 |
| Chief Seattle (609): Chief Seattle 1954- (609) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chief Seattle (609): Chief Seattle 1954- (609) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 24 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chief Seattle (609): Chief Seattle 1954- (609) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chief Seattle (609): Chief Seattle 1954- (609) | St. Paul Fire and Marine Insurance Company | 584JB6378 | 12/31/1976 | 12/31/1977 | 12/31/1976 | 12/31/1977 |
| Chief Seattle (609): Chief Seattle 1954- (609) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chief Seattle (609): Chief Seattle 1954- (609) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220243 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chief Seattle (609): Chief Seattle 1954- (609) | St. Paul Fire and Marine Insurance Company | Unknown | 12/31/1977 | 12/31/1978 | 12/31/1977 | 12/31/1978 |
| Chief Seattle (609): Olympic Area 1956-1974 (605) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Chief Seattle (609): Olympic Area 1956-1974 (605) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 9/1/1972 | 1/1/1973 |
| Chief Seattle (609): Olympic Area 1956-1974 (605) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Chief Seattle (609): Olympic Area 1956-1974 (605) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Chief Seattle (609): Olympic Area 1956-1974 (605) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Chief Seattle (609): Olympic Area 1956-1974 (605) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Chippewa Valley (637): Chippewa Valley (637) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/25/1972 | 1/1/1973 |
| Chippewa Valley (637): Chippewa Valley (637) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/25/1972 | 1/1/1973 |
| Chippewa Valley (637): Chippewa Valley (637) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Chippewa Valley (637): Chippewa Valley (637) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Chippewa Valley (637): Chippewa Valley (637) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Chippewa Valley (637): Chippewa Valley (637) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Chippewa Valley (637): Chippewa Valley (637) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Chippewa Valley (637): Chippewa Valley (637) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chippewa Valley (637): Chippewa Valley (637) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 42 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chippewa Valley (637): Chippewa Valley (637) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Chippewa Valley (637): Chippewa Valley (637) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220258 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Chippewa Valley (637): Chippewa Valley (637) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Choctaw Area (302): Choctaw Area (302) | Insurance Company of North America | SBL 4 29 67 | 3/15/1965 | 3/15/1966 | 3/15/1965 | 3/15/1966 |
| Choctaw Area (302): Choctaw Area (302) | Insurance Company of North America | SBL 4 29 67 | 3/15/1966 | 3/15/1967 | 3/15/1966 | 3/15/1967 |
| Choctaw Area (302): Choctaw Area (302) | Insurance Company of North America | SBL 4 29 67 | 3/15/1967 | 3/15/1968 | 3/15/1967 | 3/15/1968 |
| Choctaw Area (302): Choctaw Area (302) | Insurance Company of North America | SBL 4 69 17 | 3/15/1968 | 3/15/1969 | 3/15/1968 | 3/15/1969 |
| Choctaw Area (302): Choctaw Area (302) | Insurance Company of North America | SBL 4 69 17 | 3/15/1969 | 3/15/1970 | 3/15/1969 | 3/15/1970 |
| Choctaw Area (302): Choctaw Area (302) | Insurance Company of North America | SBL 4 69 17 | 3/15/1970 | 3/15/1971 | 3/15/1970 | 3/15/1971 |
| Choctaw Area (302): Choctaw Area (302) | Insurance Company of North America | Unknown | 3/15/1971 | 3/15/1972 | 3/15/1971 | 3/15/1972 |
| Choctaw Area (302): Choctaw Area (302) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Choctaw Area (302): Choctaw Area (302) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Choctaw Area (302): Choctaw Area (302) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Choctaw Area (302): Choctaw Area (302) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Choctaw Area (302): Choctaw Area (302) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Choctaw Area (302): Choctaw Area (302) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Choctaw Area (302): Choctaw Area (302) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Choctaw Area (302): Choctaw Area (302) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Choctaw Area (302): Choctaw Area (302) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 09 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Choctaw Area (302): Choctaw Area (302) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220159 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Choctaw Area (302): Choctaw Area (302) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Choctaw Area (302): Choctaw Area (302) | Jefferson Insurance Company of New York | JE 66157 | 3/1/1977 | 3/1/1978 | 3/1/1977 | 3/1/1978 |
| Choctaw Area (302): Choctaw Area (302) | New Hampshire Insurance Company | GLA 282465 | 3/1/1977 | 3/1/1978 | 3/1/1977 | 3/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Choctaw Area (302): Choctaw Area (302) | Ambassador Insurance Company | Unknown | 3/1/1977 | 3/1/1978 | 3/1/1977 | 3/1/1978 |
| Cimarron (474): Great Salt Plains 1927-2000 (474) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cimarron (474): Great Salt Plains 1927-2000 (474) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cimarron (474): Great Salt Plains 1927-2000 (474) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cimarron (474): Great Salt Plains 1927-2000 (474) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cimarron (474): Great Salt Plains 1927-2000 (474) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Cimarron (474): Great Salt Plains 1927-2000 (474) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cimarron (474): Great Salt Plains 1927-2000 (474) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 20 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cimarron (474): Great Salt Plains 1927-2000 (474) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cimarron (474): Great Salt Plains 1927-2000 (474) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220073 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cimarron (474): Great Salt Plains 1927-2000 (474) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cimarron (474): Will Rogers 1948-2000 (473) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 12/16/1972 | 1/1/1973 |
| Cimarron (474): Will Rogers 1948-2000 (473) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 12/16/1972 | 1/1/1973 |
| Cimarron (474): Will Rogers 1948-2000 (473) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cimarron (474): Will Rogers 1948-2000 (473) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cimarron (474): Will Rogers 1948-2000 (473) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cimarron (474): Will Rogers 1948-2000 (473) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cimarron (474): Will Rogers 1948-2000 (473) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Cimarron (474): Will Rogers 1948-2000 (473) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cimarron (474): Will Rogers 1948-2000 (473) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 24 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cimarron (474): Will Rogers 1948-2000 (473) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cimarron (474): Will Rogers 1948-2000 (473) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220077 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cimarron (474): Will Rogers 1948-2000 (473) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Circle Ten (571): Circle Ten 1913- (571) | Insurance Company of North America | Unknown | 7/1/1970 | 7/1/1971 | 7/1/1970 | 7/1/1971 |
| Circle Ten (571): Circle Ten 1913- (571) | Insurance Company of North America | SBL 4 54 34 | 7/1/1971 | 7/1/1972 | 7/1/1971 | 7/1/1972 |
| Circle Ten (571): Circle Ten 1913- (571) | Allied Insurance Company | Unknown | 7/1/1972 | 7/1/1973 | 7/1/1972 | 7/1/1973 |
| Circle Ten (571): Circle Ten 1913- (571) | Allied Insurance Company | Unknown | 1/1/1973 | 1/1/1974 | 7/1/1973 | 1/1/1974 |
| Circle Ten (571): Circle Ten 1913- (571) | Allied Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Circle Ten (571): Circle Ten 1913- (571) | New Hampshire Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Circle Ten (571): Circle Ten 1913- (571) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Circle Ten (571): Circle Ten 1913- (571) | Allied Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Circle Ten (571): Circle Ten 1913- (571) | American General Fire & Casualty Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Circle Ten (571): Circle Ten 1913- (571) | Allied Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Circle Ten (571): Circle Ten 1913- (571) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Circle Ten (571): Circle Ten 1913- (571) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Circle Ten (571): Circle Ten 1913- (571) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 76 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Circle Ten (571): Circle Ten 1913- (571) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Circle Ten (571): Circle Ten 1913- (571) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220207 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Circle Ten (571): Circle Ten 1913- (571) | Allied Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Circle Ten (571): Circle Ten 1913- (571) | Insurance Company of North America | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Circle Ten (571): NeTseO Trails 1955-2017 (580) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/19/1972 | 1/1/1973 |
| Circle Ten (571): NeTseO Trails 1955-2017 (580) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/19/1972 | 1/1/1973 |
| Circle Ten (571): NeTseO Trails 1955-2017 (580) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Circle Ten (571): NeTseO Trails 1955-2017 (580) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Circle Ten (571): NeTseO Trails 1955-2017 (580) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Circle Ten (571): NeTseO Trails 1955-2017 (580) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Circle Ten (571): NeTseO Trails 1955-2017 (580) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Circle Ten (571): NeTseO Trails 1955-2017 (580) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Circle Ten (571): NeTseO Trails 1955-2017 (580) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Circle Ten (571): NeTseO Trails 1955-2017 (580) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 85 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Circle Ten (571): NeTseO Trails 1955-2017 (580) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220216 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Circle Ten (571): NeTseO Trails 1955-2017 (580) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Circle Ten (571): Texoma Valley 1966-1993 (566) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Circle Ten (571): Texoma Valley 1966-1993 (566) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Circle Ten (571): Texoma Valley 1966-1993 (566) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Circle Ten (571): Texoma Valley 1966-1993 (566) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Circle Ten (571): Texoma Valley 1966-1993 (566) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Circle Ten (571): Texoma Valley 1966-1993 (566) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Circle Ten (571): Texoma Valley 1966-1993 (566) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Circle Ten (571): Texoma Valley 1966-1993 (566) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 88 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Circle Ten (571): Texoma Valley 1966-1993 (566) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220219 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Circle Ten (571): Texoma Valley 1966-1993 (566) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Coastal Carolina (550): Coastal Carolina (550) | Insurance Company of North America | SBL 5 02 31 | 6/7/1968 | 6/7/1969 | 6/7/1968 | 6/7/1969 |
| Coastal Carolina (550): Coastal Carolina (550) | Insurance Company of North America | SBL 5 10 71 | 6/7/1969 | 6/7/1970 | 6/7/1969 | 6/7/1970 |
| Coastal Carolina (550): Coastal Carolina (550) | Insurance Company of North America | SBL 5 26 62 | 6/7/1970 | 6/7/1971 | 6/7/1970 | 6/7/1971 |
| Coastal Carolina (550): Coastal Carolina (550) | Insurance Company of North America | SBL 5 36 40 | 6/7/1971 | 6/7/1972 | 6/7/1971 | 6/7/1972 |
| Coastal Carolina (550): Coastal Carolina (550) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Coastal Carolina (550): Coastal Carolina (550) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Coastal Carolina (550): Coastal Carolina (550) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Coastal Carolina (550): Coastal Carolina (550) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Coastal Carolina (550): Coastal Carolina (550) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Coastal Carolina (550): Coastal Carolina (550) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Coastal Carolina (550): Coastal Carolina (550) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Coastal Carolina (550): Coastal Carolina (550) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Coastal Carolina (550): Coastal Carolina (550) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 56 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Coastal Carolina (550): Coastal Carolina (550) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Coastal Carolina (550): Coastal Carolina (550) | Continental Insurance Company | CCP 3012802 | 7/9/1976 | 7/9/1977 | 7/9/1976 | 7/9/1977 |
| Coastal Carolina (550): Coastal Carolina (550) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Coastal Carolina (550): Coastal Carolina (550) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220278 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Coastal Georgia (099): Coastal Empire -2014 (099) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Coastal Georgia (099): Coastal Empire -2014 (099) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Coastal Georgia (099): Coastal Empire -2014 (099) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Coastal Georgia (099): Coastal Empire -2014 (099) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Coastal Georgia (099): Coastal Empire -2014 (099) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 95 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Coastal Georgia (099): Coastal Empire -2014 (099) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Coastal Georgia (099): Coastal Empire -2014 (099) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Coastal Georgia (099): Coastal Empire -2014 (099) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Coastal Georgia (099): Coastal Empire -2014 (099) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219943 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Coastal Georgia (099): Coastal Empire -2014 (099) | Hartford Fire Insurance Company | 20 SBM US2073 | 1/1/2007 | 1/1/2008 | 1/1/2007 | 1/1/2008 |
| Coastal Georgia (099): Coastal Empire -2014 (099) | Hartford Fire Insurance Company | 20 SBM US2073 | 1/1/2007 | 1/1/2008 | 1/1/2007 | 1/1/2008 |
| Coastal Georgia (099): Coastal Georgia 2014- (099) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/31/1972 | 1/1/1973 |
| Coastal Georgia (099): Coastal Georgia 2014- (099) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/31/1972 | 1/1/1973 |
| Coastal Georgia (099): Coastal Georgia 2014- (099) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Coastal Georgia (099): Coastal Georgia 2014- (099) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | Insurance Company of North America | SBL 51393 | 7/1/1970 | 7/1/1971 | 7/1/1970 | 7/1/1971 |
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | Insurance Company of North America | SBL 51393 | 7/1/1971 | 7/1/1972 | 7/1/1971 | 7/1/1972 |
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 98 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219945 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Coastal Georgia (099): Okefenokee Area 1926-2014 (758) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | Insurance Company of North America | LAB 2 21 79 | 1/23/1970 | 1/23/1971 | 1/23/1970 | 1/23/1971 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | Insurance Company of North America | LAB 2 21 79 | 1/23/1971 | 1/23/1972 | 1/23/1971 | 1/23/1972 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/23/1972 | 1/1/1973 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/23/1972 | 1/1/1973 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 15 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | Crum & Forster | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Colonial Virginia (595): Old Dominion Area 1927-1992 (601) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220236 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Colonial Virginia (595): Peninsula 1929-1992 (595) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Colonial Virginia (595): Peninsula 1929-1992 (595) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Colonial Virginia (595): Peninsula 1929-1992 (595) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Colonial Virginia (595): Peninsula 1929-1992 (595) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Colonial Virginia (595): Peninsula 1929-1992 (595) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Colonial Virginia (595): Peninsula 1929-1992 (595) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Colonial Virginia (595): Peninsula 1929-1992 (595) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Colonial Virginia (595): Peninsula 1929-1992 (595) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Colonial Virginia (595): Peninsula 1929-1992 (595) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 09 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Colonial Virginia (595): Peninsula 1929-1992 (595) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Colonial Virginia (595): Peninsula 1929-1992 (595) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Colonial Virginia (595): Peninsula 1929-1992 (595) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220231 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Columbia-Montour (504): Columbia-Montour (504) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Columbia-Montour (504): Columbia-Montour (504) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Columbia-Montour (504): Columbia-Montour (504) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 31 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Columbia-Montour (504): Columbia-Montour (504) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Columbia-Montour (504): Columbia-Montour (504) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220086 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Columbia-Montour (504): Columbia-Montour (504) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Connecticut Rivers (066): Eastern Connecticut 1929-1972 (076) | Insurance Company of North America | SBL 4 29 80 | 4/15/1965 | 4/15/1966 | 4/15/1965 | 4/15/1966 |
| Connecticut Rivers (066): Eastern Connecticut 1929-1972 (076) | Insurance Company of North America | SBL 4 29 80 | 4/15/1966 | 4/15/1967 | 4/15/1966 | 4/15/1967 |
| Connecticut Rivers (066): Eastern Connecticut 1929-1972 (076) | Insurance Company of North America | SBL 4 29 80 | 4/15/1967 | 4/15/1968 | 4/15/1967 | 4/15/1968 |
| Connecticut Rivers (066): Eastern Connecticut 1929-1972 (076) | Insurance Company of North America | SBL 4 69 37 | 4/15/1968 | 4/15/1969 | 4/15/1968 | 4/15/1969 |
| Connecticut Rivers (066): Eastern Connecticut 1929-1972 (076) | Insurance Company of North America | SBL 4 69 37 | 4/15/1969 | 4/15/1970 | 4/15/1969 | 4/15/1970 |
| Connecticut Rivers (066): Eastern Connecticut 1929-1972 (076) | Insurance Company of North America | SBL 4 69 37 | 4/15/1970 | 4/15/1971 | 4/15/1970 | 4/15/1971 |
| Connecticut Rivers (066): Eastern Connecticut 1929-1972 (076) | Insurance Company of North America | SBL 5 14 99 | 4/15/1971 | 4/15/1972 | 4/15/1971 | 4/15/1972 |
| Connecticut Rivers (066): Indian Trails 1971-1992 (073) | Insurance Company of North America | SBL 5 14 99 | 10/1/1971 | 4/15/1972 | 10/1/1971 | 4/15/1972 |
| Connecticut Rivers (066): Indian Trails 1971-1992 (073) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/15/1972 | 1/1/1973 |
| Connecticut Rivers (066): Indian Trails 1971-1992 (073) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/15/1972 | 1/1/1973 |
| Connecticut Rivers (066): Indian Trails 1971-1992 (073) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Connecticut Rivers (066): Indian Trails 1971-1992 (073) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Connecticut Rivers (066): Indian Trails 1971-1992 (073) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Connecticut Rivers (066): Indian Trails 1971-1992 (073) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Connecticut Rivers (066): Indian Trails 1971-1992 (073) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Connecticut Rivers (066): Indian Trails 1971-1992 (073) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 72 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Rivers (066): Indian Trails 1971-1992 (073) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Rivers (066): Indian Trails 1971-1992 (073) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Rivers (066): Indian Trails 1971-1992 (073) | National Union Fire Insurance Company of Pittsburgh, PA | BE 121/9920 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Connecticut Rivers (066): Indian Trails 1971-1992 (073) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Connecticut Rivers (066): Long Rivers 1972-1995 (066) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Connecticut Rivers (066): Long Rivers 1972-1995 (066) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 70 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Rivers (066): Long Rivers 1972-1995 (066) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Rivers (066): Long Rivers 1972-1995 (066) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Rivers (066): Long Rivers 1972-1995 (066) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Rivers (066): Long Rivers 1972-1995 (066) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Connecticut Rivers (066): Long Rivers 1972-1995 (066) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Connecticut Rivers (066): Long Rivers 1972-1995 (066) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219918 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Connecticut Rivers (066): Long Rivers 1972-1995 (066) | Aetna Insurance Company | CG 67 34 60 | 12/15/1982 | 12/15/1983 | 12/15/1982 | 12/15/1983 |
| Connecticut Rivers (066): Long Rivers 1972-1995 (066) | Continental Insurance Company | L 1 07 95 74 | 1/23/1987 | 1/23/1988 | 1/23/1987 | 1/23/1988 |
| Connecticut Rivers (066): Long Rivers 1972-1995 (066) | Continental Insurance Company | CLP 5045040 | 1/23/1988 | 1/23/1989 | 1/23/1988 | 1/23/1989 |
| Connecticut Rivers (066): Long Rivers 1972-1995 (066) | Continental Insurance Company | CLP 5045040 | 1/23/1989 | 1/23/1990 | 1/23/1989 | 1/23/1990 |
| Connecticut Rivers (066): Long Rivers 1972-1995 (066) | Continental Insurance Company | CLP 5045040 | 1/23/1990 | 1/23/1991 | 1/23/1990 | 1/23/1991 |
| Connecticut Rivers (066): Long Rivers 1972-1995 (066) | Continental Insurance Company | CLP 5045040 | 1/23/1991 | 1/23/1992 | 1/23/1991 | 1/23/1992 |
| Connecticut Rivers (066): Nathan Hale 1967-1972 (072) | Insurance Company of North America | SBL 4 29 78 | 3/20/1965 | 3/20/1966 | 3/20/1965 | 3/20/1966 |
| Connecticut Rivers (066): Nathan Hale 1967-1972 (072) | Insurance Company of North America | SBL 4 29 78 | 3/20/1966 | 3/20/1967 | 3/20/1966 | 3/20/1967 |
| Connecticut Rivers (066): Nathan Hale 1967-1972 (072) | Insurance Company of North America | SBL 4 29 78 | 3/20/1967 | 3/20/1968 | 3/20/1967 | 3/20/1968 |
| Connecticut Rivers (066): Nathan Hale 1967-1972 (072) | Insurance Company of North America | SBL 46918 | 3/20/1968 | 3/20/1969 | 3/20/1968 | 3/20/1969 |
| Connecticut Rivers (066): Nathan Hale 1967-1972 (072) | Insurance Company of North America | SBL 46918 | 3/20/1969 | 3/20/1970 | 3/20/1969 | 3/20/1970 |
| Connecticut Rivers (066): Nathan Hale 1967-1972 (072) | Insurance Company of North America | SBL 46918 | 3/20/1970 | 3/20/1971 | 3/20/1970 | 3/20/1971 |
| Connecticut Rivers (066): Nathan Hale 1967-1972 (072) | Insurance Company of North America | SBL 51411 | 3/20/1971 | 3/20/1972 | 3/20/1971 | 3/20/1972 |
| Connecticut Rivers (066): Nathan Hale 1967-1972 (072) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/20/1972 | 1/1/1973 |
| Connecticut Rivers (066): Nathan Hale 1967-1972 (072) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/20/1972 | 1/1/1973 |
| Connecticut Rivers (066): Nathan Hale 1967-1972 (072) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Connecticut Rivers (066): Nathan Hale 1967-1972 (072) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Connecticut Rivers (066): Pequot 1935-1971 (077) | Insurance Company of North America | SBL 5 04 09 | 5/1/1968 | 5/1/1969 | 5/1/1968 | 5/1/1969 |
| Connecticut Rivers (066): Pequot 1935-1971 (077) | Insurance Company of North America | SBL 5 04 09 | 5/1/1969 | 5/1/1970 | 5/1/1969 | 5/1/1970 |
| Connecticut Rivers (066): Pequot 1935-1971 (077) | Insurance Company of North America | SBL 5 04 09 | 5/1/1970 | 5/1/1971 | 5/1/1970 | 5/1/1971 |
| Connecticut Rivers (066): Pequot 1935-1971 (077) | Insurance Company of North America | SBL 5 15 38 | 5/1/1971 | 10/1/1971 | 5/1/1971 | 10/1/1971 |
| Connecticut Rivers (066): Tunxis 1947-1972 (079) | Insurance Company of North America | SBL 51586 | 6/28/1971 | 6/28/1972 | 6/28/1971 | 6/28/1972 |
| Connecticut Rivers (066): Tunxis 1947-1972 (079) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/29/1972 | 1/1/1973 |
| Connecticut Rivers (066): Tunxis 1947-1972 (079) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/29/1972 | 1/1/1973 |
| Connecticut Rivers (066): Tunxis 1947-1972 (079) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Connecticut Rivers (066): Tunxis 1947-1972 (079) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Connecticut Yankee (072): Alfred W. Dater 1939-1972 (078) | Insurance Company of North America | SBL 46908 | 3/5/1968 | 3/5/1969 | 3/5/1968 | 3/5/1969 |
| Connecticut Yankee (072): Alfred W. Dater 1939-1972 (078) | Insurance Company of North America | SBL 46908 | 3/5/1969 | 3/5/1970 | 3/5/1969 | 3/5/1970 |
| Connecticut Yankee (072): Alfred W. Dater 1939-1972 (078) | Insurance Company of North America | SBL 46908 | 3/5/1970 | 3/5/1971 | 3/5/1970 | 3/5/1971 |
| Connecticut Yankee (072): Alfred W. Dater 1939-1972 (078) | Insurance Company of North America | SBL 5 13 98 | 3/5/1971 | 3/5/1972 | 3/5/1971 | 3/5/1972 |
| Connecticut Yankee (072): Alfred W. Dater 1939-1972 (078) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/5/1972 | 1/1/1973 |
| Connecticut Yankee (072): Alfred W. Dater 1939-1972 (078) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/5/1972 | 1/1/1973 |
| Connecticut Yankee (072): Alfred W. Dater 1939-1972 (078) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Connecticut Yankee (072): Alfred W. Dater 1939-1972 (078) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Insurance Company of North America | SBL 5 04 10 | 5/14/1968 | 5/14/1969 | 5/14/1968 | 5/14/1969 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Insurance Company of North America | SBL 5 04 10 | 5/14/1969 | 5/14/1970 | 5/14/1969 | 5/14/1970 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Insurance Company of North America | SBL 5 04 10 | 5/14/1970 | 5/14/1971 | 5/14/1970 | 5/14/1971 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Insurance Company of North America | SBL 51549 | 5/14/1971 | 5/14/1972 | 5/14/1971 | 5/14/1972 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/14/1972 | 1/1/1973 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/14/1972 | 1/1/1973 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Insurance Company of North America | GLP 59 87 52 | 2/13/1975 | 2/13/1976 | 2/13/1975 | 2/13/1976 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Insurance Company of North America | XBC 11 73 80 | 7/1/1975 | 2/13/1976 | 7/1/1975 | 2/13/1976 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 71 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Insurance Company of North America | GLP 63 06 26 | 2/13/1976 | 2/13/1977 | 2/13/1976 | 2/13/1977 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Insurance Company of North America | XBC 11 73 80 | 2/13/1976 | 2/13/1977 | 2/13/1976 | 2/13/1977 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219919 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Insurance Company of North America | GLP 66 59 57 | 2/13/1977 | 2/13/1978 | 2/13/1977 | 2/13/1978 |
| Connecticut Yankee (072): Central Connecticut 1929-1978 (071) | Insurance Company of North America | XBC 11 75 11 | 2/13/1977 | 2/13/1978 | 2/13/1977 | 2/13/1978 |
| Connecticut Yankee (072): Fairfield County 1972-1998 (068) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Connecticut Yankee (072): Fairfield County 1972-1998 (068) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Connecticut Yankee (072): Fairfield County 1972-1998 (068) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Connecticut Yankee (072): Fairfield County 1972-1998 (068) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Connecticut Yankee (072): Fairfield County 1972-1998 (068) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Connecticut Yankee (072): Fairfield County 1972-1998 (068) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 73 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Yankee (072): Fairfield County 1972-1998 (068) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Yankee (072): Fairfield County 1972-1998 (068) | New Hampshire Insurance Company | 08-2484-SLP-063-47-79 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Yankee (072): Fairfield County 1972-1998 (068) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Yankee (072): Fairfield County 1972-1998 (068) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219921 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Connecticut Yankee (072): Fairfield County 1972-1998 (068) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Connecticut Yankee (072): Mauwehu 1952-1972 (075) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/20/1972 | 1/1/1973 |
| Connecticut Yankee (072): Mauwehu 1952-1972 (075) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/20/1972 | 1/1/1973 |
| Connecticut Yankee (072): Mauwehu 1952-1972 (075) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Connecticut Yankee (072): Mauwehu 1952-1972 (075) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | Insurance Company of North America | AGP-1-69-76 | 1/7/1970 | 1/7/1971 | 1/7/1970 | 1/7/1971 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | Insurance Company of North America | SBL 4 77 79 | 2/1/1970 | 2/1/1971 | 2/1/1970 | 2/1/1971 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | Insurance Company of North America | AGP-1-69-76 | 1/7/1971 | 1/7/1972 | 1/7/1971 | 1/7/1972 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | Insurance Company of North America | SBL 5 29 23 | 2/1/1971 | 2/1/1972 | 2/1/1971 | 2/1/1972 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | Insurance Company of North America | AGP-1-69-76 | 1/7/1972 | 1/7/1973 | 1/7/1972 | 1/7/1973 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | Insurance Company of North America | AGP-1-69-76 | 1/7/1973 | 6/1/1973 | 1/7/1973 | 6/1/1973 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 69 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219917 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Connecticut Yankee (072): Quinnipiac 1935-1998 (074) | New Hampshire Insurance Company | SLP 634924 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Conquistador (413): Conquistador 1953- (413) | Fireman's Fund Insurance Company | MXP 1537195 | 1/12/1969 | 1/12/1970 | 1/12/1969 | 1/12/1970 |
| Conquistador (413): Conquistador 1953- (413) | Fireman's Fund Insurance Company | MXP 1537195 | 1/12/1970 | 1/12/1971 | 1/12/1970 | 1/12/1971 |
| Conquistador (413): Conquistador 1953- (413) | Fireman's Fund Insurance Company | MXP 1537195 | 1/12/1971 | 1/12/1972 | 1/12/1971 | 1/12/1972 |
| Conquistador (413): Conquistador 1953- (413) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Conquistador (413): Conquistador 1953- (413) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Conquistador (413): Conquistador 1953- (413) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Conquistador (413): Conquistador 1953- (413) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Conquistador (413): Conquistador 1953- (413) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Conquistador (413): Conquistador 1953- (413) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Conquistador (413): Conquistador 1953- (413) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Conquistador (413): Conquistador 1953- (413) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 47 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Conquistador (413): Conquistador 1953- (413) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Conquistador (413): Conquistador 1953- (413) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220199 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Conquistador (413): Conquistador 1953- (413) | Insurance Company of North America | GK-12042 | 1/1/1987 | 1/1/1988 | 1/1/1987 | 1/1/1988 |
| Conquistador (413): Eastern New Mexico 1925-1953 (413) | Anchor Casualty Company | 442398 | 6/29/1955 | 6/29/1956 | 6/29/1955 | 6/29/1956 |
| Cornhusker (324): Cornhusker (324) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Cornhusker (324): Cornhusker (324) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Cornhusker (324): Cornhusker (324) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cornhusker (324): Cornhusker (324) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cornhusker (324): Cornhusker (324) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cornhusker (324): Cornhusker (324) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cornhusker (324): Cornhusker (324) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Cornhusker (324): Cornhusker (324) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cornhusker (324): Cornhusker (324) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 19 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cornhusker (324): Cornhusker (324) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cornhusker (324): Cornhusker (324) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220170 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cornhusker (324): Cornhusker (324) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Coronado Area (192): Coronado Area (192) | United States Fidelity & Warranty Company | CGL 235298 | 6/28/1961 | 6/28/1962 | 6/28/1961 | 6/28/1962 |
| Coronado Area (192): Coronado Area (192) | United States Fidelity & Warranty Company | Unknown | 6/28/1962 | 6/28/1963 | 6/28/1962 | 6/28/1963 |
| Coronado Area (192): Coronado Area (192) | United States Fidelity & Warranty Company | Unknown | 6/28/1963 | 6/28/1964 | 6/28/1963 | 6/28/1964 |
| Coronado Area (192): Coronado Area (192) | United States Fidelity & Warranty Company | Unknown | 6/28/1964 | 6/28/1965 | 6/28/1964 | 6/28/1965 |
| Coronado Area (192): Coronado Area (192) | United States Fidelity & Warranty Company | 6GA 324983 | 6/28/1965 | 6/28/1966 | 6/28/1965 | 6/28/1966 |
| Coronado Area (192): Coronado Area (192) | Insurance Company of North America | SBL 28074 | 3/1/1966 | 3/1/1967 | 3/1/1966 | 3/1/1967 |
| Coronado Area (192): Coronado Area (192) | Insurance Company of North America | SBL 28082 | 3/1/1967 | 3/1/1968 | 3/1/1967 | 3/1/1968 |
| Coronado Area (192): Coronado Area (192) | Insurance Company of North America | SBL 28088 | 3/1/1968 | 3/1/1969 | 3/1/1968 | 3/1/1969 |
| Coronado Area (192): Coronado Area (192) | Insurance Company of North America | SBL 5 11 88 | 3/1/1969 | 3/1/1970 | 3/1/1969 | 3/1/1970 |
| Coronado Area (192): Coronado Area (192) | Insurance Company of North America | SBL 5 08 57 | 3/1/1970 | 3/1/1971 | 3/1/1970 | 3/1/1971 |
| Coronado Area (192): Coronado Area (192) | Insurance Company of North America | SBL 5 08 57 | 3/1/1971 | 3/1/1972 | 3/1/1971 | 3/1/1972 |
| Coronado Area (192): Coronado Area (192) | Insurance Company of North America | SBL 5 08 57 | 3/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Coronado Area (192): Coronado Area (192) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Coronado Area (192): Coronado Area (192) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Coronado Area (192): Coronado Area (192) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Coronado Area (192): Coronado Area (192) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Coronado Area (192): Coronado Area (192) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Coronado Area (192): Coronado Area (192) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 48 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Coronado Area (192): Coronado Area (192) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Coronado Area (192): Coronado Area (192) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Coronado Area (192): Coronado Area (192) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Coronado Area (192): Coronado Area (192) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219996 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Insurance Company of North America | SBL 4 34 21 | 2/1/1965 | 2/1/1966 | 2/1/1965 | 2/1/1966 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Insurance Company of North America | SBL 4 34 21 | 2/1/1966 | 2/1/1967 | 2/1/1966 | 2/1/1967 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Insurance Company of North America | SBL 4 34 21 | 2/1/1967 | 2/1/1968 | 2/1/1967 | 2/1/1968 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Insurance Company of North America | SBL 4 41 51 | 2/1/1968 | 2/1/1969 | 2/1/1968 | 2/1/1969 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Insurance Company of North America | AGP-93-25 | 3/16/1968 | 3/16/1969 | 3/16/1968 | 3/16/1969 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Insurance Company of North America | SBL 5 11 77 | 2/1/1969 | 2/1/1970 | 2/1/1969 | 2/1/1970 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Insurance Company of North America | SBL 4 41 51 | 2/1/1969 | 2/1/1970 | 2/1/1969 | 2/1/1970 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Insurance Company of North America | SBL 5 11 77 | 2/1/1970 | 2/1/1971 | 2/1/1970 | 2/1/1971 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Insurance Company of North America | SBL 4 41 51 | 2/1/1970 | 2/1/1971 | 2/1/1970 | 2/1/1971 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Insurance Company of North America | SBL 5 11 77 | 2/1/1971 | 2/1/1972 | 2/1/1971 | 2/1/1972 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 42 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220097 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cradle of Liberty (525): Philadelphia 1914-1996 (525) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | Insurance Company of North America | Unknown | 1/1/1962 | 1/1/1963 | 1/1/1962 | 1/1/1963 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | Insurance Company of North America | SBL-4-34-60 | 3/14/1967 | 3/14/1968 | 3/14/1967 | 3/14/1968 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | Insurance Company of North America | SBL-44-1-85 | 3/14/1968 | 3/14/1969 | 3/14/1968 | 3/14/1969 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | Insurance Company of North America | Unknown | 3/14/1969 | 3/14/1970 | 3/14/1969 | 3/14/1970 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | Insurance Company of North America | Unknown | 3/14/1970 | 3/14/1971 | 3/14/1970 | 3/14/1971 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | Insurance Company of North America | Unknown | 3/14/1971 | 1/1/1972 | 3/14/1971 | 1/1/1972 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 48 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Cradle of Liberty (525): Valley Forge 1936-1996 (507) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220270 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crater Lake (491): Crater Lake 1993- (491) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Crater Lake (491): Crater Lake 1993- (491) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Crater Lake (491): Crater Lake 1993- (491) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Crater Lake (491): Crater Lake 1993- (491) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Crater Lake (491): Crater Lake 1993- (491) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 28 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crater Lake (491): Crater Lake 1993- (491) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220080 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crater Lake (491): Modoc Area 1936-1993 (494) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Crater Lake (491): Modoc Area 1936-1993 (494) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 27 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crater Lake (491): Modoc Area 1936-1993 (494) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crater Lake (491): Modoc Area 1936-1993 (494) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crater Lake (491): Modoc Area 1936-1993 (494) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220082 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crater Lake (491): Modoc Area 1936-1993 (494) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Crossroads of America (160): Crossroads of America 1972- (160) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Crossroads of America (160): Crossroads of America 1972- (160) | Insurance Company of North America | XCP 10769 | 6/1/1975 | 6/1/1976 | 6/1/1975 | 6/1/1976 |
| Crossroads of America (160): Crossroads of America 1972- (160) | New Hampshire Insurance Company | UL07-96-54 | 6/1/1975 | 6/1/1976 | 6/1/1975 | 6/1/1976 |
| Crossroads of America (160): Crossroads of America 1972- (160) | New Hampshire Insurance Company | GLA908991 | 6/1/1975 | 6/1/1976 | 6/1/1975 | 6/1/1976 |
| Crossroads of America (160): Crossroads of America 1972- (160) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of America (160): Crossroads of America 1972- (160) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of America (160): Crossroads of America 1972- (160) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 32 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of America (160): Crossroads of America 1972- (160) | New Hampshire Insurance Company | GLA908991 | 6/1/1976 | 6/1/1977 | 6/1/1976 | 6/1/1977 |
| Crossroads of America (160): Crossroads of America 1972- (160) | Insurance Company of North America | XCP 10769 | 6/1/1976 | 6/1/1977 | 6/1/1976 | 6/1/1977 |
| Crossroads of America (160): Crossroads of America 1972- (160) | New Hampshire Insurance Company | UL07-96-54 | 6/1/1976 | 6/1/1977 | 6/1/1976 | 6/1/1977 |
| Crossroads of America (160): Crossroads of America 1972- (160) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219978 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crossroads of America (160): Crossroads of America 1972- (160) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crossroads of America (160): Crossroads of America 1972- (160) | New Hampshire Insurance Company | UL07-96-54 | 6/1/1977 | 6/1/1978 | 6/1/1977 | 6/1/1978 |
| Crossroads of America (160): Crossroads of America 1972- (160) | Insurance Company of North America | XCP 10769 | 6/1/1977 | 6/1/1978 | 6/1/1977 | 6/1/1978 |
| Crossroads of America (160): Crossroads of America 1972- (160) | New Hampshire Insurance Company | GLA908991 | 6/1/1977 | 6/1/1978 | 6/1/1977 | 6/1/1978 |
| Crossroads of America (160): Delaware County 1924-1972 (679) | Insurance Company of North America | SBL 5 15 56 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Crossroads of America (160): Delaware County 1924-1972 (679) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Crossroads of America (160): Delaware County 1924-1972 (679) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Crossroads of America (160): Delaware County 1924-1972 (679) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Crossroads of America (160): Delaware County 1924-1972 (679) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Crossroads of America (160): Kikthawenund Area 1935-1972 (149) | Insurance Company of North America | SBL-4-67-60 | 6/9/1968 | 6/9/1969 | 6/9/1968 | 6/9/1969 |
| Crossroads of America (160): Kikthawenund Area 1935-1972 (149) | Insurance Company of North America | SBL 46771 | 6/9/1969 | 6/9/1970 | 6/9/1969 | 6/9/1970 |
| Crossroads of America (160): Kikthawenund Area 1935-1972 (149) | Insurance Company of North America | SBL 46782 | 6/9/1970 | 6/9/1971 | 6/9/1970 | 6/9/1971 |
| Crossroads of America (160): Kikthawenund Area 1935-1972 (149) | Insurance Company of North America | Unknown | 6/9/1971 | 6/9/1972 | 6/9/1971 | 6/9/1972 |
| Crossroads of America (160): Wabash Valley 1931-2002 (166) | Insurance Company of North America | SBL 46772 | 4/11/1969 | 4/11/1970 | 4/11/1969 | 4/11/1970 |
| Crossroads of America (160): Wabash Valley 1931-2002 (166) | Insurance Company of North America | SBL 46772 | 4/11/1970 | 4/11/1971 | 4/11/1970 | 4/11/1971 |
| Crossroads of America (160): Wabash Valley 1931-2002 (166) | Insurance Company of North America | SBL 46798 | 4/11/1971 | 4/11/1972 | 4/11/1971 | 4/11/1972 |
| Crossroads of America (160): Wabash Valley 1931-2002 (166) | Insurance Company of North America | ALB 54057 | 4/11/1972 | 4/11/1973 | 4/11/1972 | 4/11/1973 |
| Crossroads of America (160): Wabash Valley 1931-2002 (166) | Insurance Company of North America | GLP 42 18 47 | 4/11/1973 | 4/11/1974 | 4/11/1973 | 4/11/1974 |
| Crossroads of America (160): Wabash Valley 1931-2002 (166) | Insurance Company of North America | GLP 428340 | 4/11/1974 | 4/11/1975 | 4/11/1974 | 4/11/1975 |
| Crossroads of America (160): Wabash Valley 1931-2002 (166) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Crossroads of America (160): Wabash Valley 1931-2002 (166) | Insurance Company of North America | GLP 59 24 34 | 4/11/1975 | 12/2/1975 | 4/11/1975 | 12/2/1975 |
| Crossroads of America (160): Wabash Valley 1931-2002 (166) | Insurance Company of North America | GLP 59 24 34 | 12/2/1975 | 4/11/1976 | 12/2/1975 | 4/11/1976 |
| Crossroads of America (160): Wabash Valley 1931-2002 (166) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of America (160): Wabash Valley 1931-2002 (166) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of America (160): Wabash Valley 1931-2002 (166) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 37 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of America (160): Wabash Valley 1931-2002 (166) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of America (160): Wabash Valley 1931-2002 (166) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crossroads of America (160): Wabash Valley 1931-2002 (166) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219983 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crossroads of America (160): Whitewater Valley 1935-1972 (151) | Insurance Company of North America | SBL 4 10 99 | 6/1/1966 | 6/1/1967 | 6/1/1966 | 6/1/1967 |
| Crossroads of America (160): Whitewater Valley 1935-1972 (151) | Insurance Company of North America | SBL 4 67 34 | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Crossroads of America (160): Whitewater Valley 1935-1972 (151) | Insurance Company of North America | SBL-4-67-59 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Crossroads of America (160): Whitewater Valley 1935-1972 (151) | Insurance Company of North America | SBL 46781 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Crossroads of America (160): Whitewater Valley 1935-1972 (151) | Insurance Company of North America | SBL 46781 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Crossroads of America (160): Whitewater Valley 1935-1972 (151) | Insurance Company of North America | Unknown | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Crossroads of the West (590): Cache Valley Area 1924-1993 (588) | Insurance Company of North America | SBL 51307 | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Crossroads of the West (590): Cache Valley Area 1924-1993 (588) | Insurance Company of North America | SBL 51307 | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Crossroads of the West (590): Cache Valley Area 1924-1993 (588) | Insurance Company of North America | SBL 51307 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Crossroads of the West (590): Cache Valley Area 1924-1993 (588) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Crossroads of the West (590): Cache Valley Area 1924-1993 (588) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Crossroads of the West (590): Cache Valley Area 1924-1993 (588) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Crossroads of the West (590): Cache Valley Area 1924-1993 (588) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Crossroads of the West (590): Cache Valley Area 1924-1993 (588) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Crossroads of the West (590): Cache Valley Area 1924-1993 (588) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 01 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of the West (590): Cache Valley Area 1924-1993 (588) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of the West (590): Cache Valley Area 1924-1993 (588) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of the West (590): Cache Valley Area 1924-1993 (588) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220225 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crossroads of the West (590): Cache Valley Area 1924-1993 (588) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crossroads of the West (590): Great Salt Lake 1951-2020 (590) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Crossroads of the West (590): Great Salt Lake 1951-2020 (590) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of the West (590): Great Salt Lake 1951-2020 (590) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of the West (590): Great Salt Lake 1951-2020 (590) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220228 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crossroads of the West (590): Great Salt Lake 1951-2020 (590) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crossroads of the West (590): Jim Bridger 1946-1993 (639) | Insurance Company of North America | SBL 5 15 47 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Crossroads of the West (590): Jim Bridger 1946-1993 (639) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/1/1972 | 1/1/1973 |
| Crossroads of the West (590): Jim Bridger 1946-1993 (639) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/1/1972 | 1/1/1973 |
| Crossroads of the West (590): Jim Bridger 1946-1993 (639) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Crossroads of the West (590): Jim Bridger 1946-1993 (639) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Crossroads of the West (590): Jim Bridger 1946-1993 (639) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Crossroads of the West (590): Jim Bridger 1946-1993 (639) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Crossroads of the West (590): Jim Bridger 1946-1993 (639) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Crossroads of the West (590): Jim Bridger 1946-1993 (639) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 50 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of the West (590): Jim Bridger 1946-1993 (639) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of the West (590): Jim Bridger 1946-1993 (639) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of the West (590): Jim Bridger 1946-1993 (639) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220267 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crossroads of the West (590): Jim Bridger 1946-1993 (639) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crossroads of the West (590): Lake Bonneville 1951-1993 (589) | SAFECO Ins. Co. of America | Unknown | 7/1/1970 | 7/1/1971 | 7/1/1970 | 7/1/1971 |
| Crossroads of the West (590): Lake Bonneville 1951-1993 (589) | Charter Oak Fire Insurance Company | 650-217A646-3-COF-74 | 9/1/1974 | 9/1/1975 | 9/1/1974 | 9/1/1975 |
| Crossroads of the West (590): Lake Bonneville 1951-1993 (589) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Crossroads of the West (590): Lake Bonneville 1951-1993 (589) | Charter Oak Fire Insurance Company | 650-217A646-3-COF-74 | 9/1/1975 | 1/1/1976 | 9/1/1975 | 1/1/1976 |
| Crossroads of the West (590): Lake Bonneville 1951-1993 (589) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of the West (590): Lake Bonneville 1951-1993 (589) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 04 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of the West (590): Lake Bonneville 1951-1993 (589) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of the West (590): Lake Bonneville 1951-1993 (589) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220226 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crossroads of the West (590): Lake Bonneville 1951-1993 (589) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crossroads of the West (590): Lake Bonneville 1951-1993 (589) | Charter Oak Fire Insurance Company | 650-217A646-3-COF-77 | 7/13/1977 | 7/13/1978 | 7/13/1977 | 7/13/1978 |
| Crossroads of the West (590): Lake Bonneville 1951-1993 (589) | Charter Oak Fire Insurance Company | 650-217A646-3-COF-77 | 7/13/1978 | 9/1/1978 | 7/13/1978 | 9/1/1978 |
| Crossroads of the West (590): Salt Lake City Area 1926-1951 (590) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 06 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of the West (590): Utah National Parks -2020 (591) | Insurance Company of North America | SBL 5 04 27 | 7/11/1968 | 7/11/1969 | 7/11/1968 | 7/11/1969 |
| Crossroads of the West (590): Utah National Parks -2020 (591) | Insurance Company of North America | SBL 5 04 27 | 7/11/1969 | 7/11/1970 | 7/11/1969 | 7/11/1970 |
| Crossroads of the West (590): Utah National Parks -2020 (591) | Insurance Company of North America | SBL 5 04 27 | 7/11/1970 | 7/11/1971 | 7/11/1970 | 7/11/1971 |
| Crossroads of the West (590): Utah National Parks -2020 (591) | Insurance Company of North America | SBL 5 15 80 | 7/11/1971 | 7/11/1972 | 7/11/1971 | 7/11/1972 |
| Crossroads of the West (590): Utah National Parks -2020 (591) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 7/11/1972 | 1/1/1973 |
| Crossroads of the West (590): Utah National Parks -2020 (591) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 7/11/1972 | 1/1/1973 |
| Crossroads of the West (590): Utah National Parks -2020 (591) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Crossroads of the West (590): Utah National Parks -2020 (591) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Crossroads of the West (590): Utah National Parks -2020 (591) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Crossroads of the West (590): Utah National Parks -2020 (591) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Crossroads of the West (590): Utah National Parks -2020 (591) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Crossroads of the West (590): Utah National Parks -2020 (591) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 05 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Crossroads of the West (590): Utah National Parks -2020 (591) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of the West (590): Utah National Parks -2020 (591) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Crossroads of the West (590): Utah National Parks -2020 (591) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Crossroads of the West (590): Utah National Parks -2020 (591) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220227 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Dan Beard (438): Dan Beard 1956- (438) | Insurance Company of North America | SBL 4 53 74 | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Dan Beard (438): Dan Beard 1956- (438) | Insurance Company of North America | SBL 4 53 74 | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Dan Beard (438): Dan Beard 1956- (438) | Insurance Company of North America | SBL 4 53 74 | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Dan Beard (438): Dan Beard 1956- (438) | Insurance Company of North America | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Dan Beard (438): Dan Beard 1956- (438) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Dan Beard (438): Dan Beard 1956- (438) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Dan Beard (438): Dan Beard 1956- (438) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Dan Beard (438): Dan Beard 1956- (438) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Dan Beard (438): Dan Beard 1956- (438) | Insurance Company of North America | AGP 54W935 | 12/15/1972 | 12/15/1973 | 12/15/1972 | 12/15/1973 |
| Dan Beard (438): Dan Beard 1956- (438) | Insurance Company of North America | XBC 86865 | 12/15/1972 | 12/15/1973 | 12/15/1972 | 12/15/1973 |
| Dan Beard (438): Dan Beard 1956- (438) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Dan Beard (438): Dan Beard 1956- (438) | Insurance Company of North America | XBC 11 36 16 | 12/15/1973 | 12/15/1974 | 12/15/1973 | 12/15/1974 |
| Dan Beard (438): Dan Beard 1956- (438) | Insurance Company of North America | AGP 54W935 | 12/15/1973 | 12/15/1974 | 12/15/1973 | 12/15/1974 |
| Dan Beard (438): Dan Beard 1956- (438) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Dan Beard (438): Dan Beard 1956- (438) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Dan Beard (438): Dan Beard 1956- (438) | Insurance Company of North America | AGP 54W935 | 12/15/1974 | 12/15/1975 | 12/15/1974 | 12/15/1975 |
| Dan Beard (438): Dan Beard 1956- (438) | Insurance Company of North America | XBC 11 37 84 | 12/15/1974 | 12/15/1975 | 12/15/1974 | 12/15/1975 |
| Dan Beard (438): Dan Beard 1956- (438) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Dan Beard (438): Dan Beard 1956- (438) | Insurance Company of North America | AGP 54W935 | 12/15/1975 | 12/15/1976 | 12/15/1975 | 12/15/1976 |
| Dan Beard (438): Dan Beard 1956- (438) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Dan Beard (438): Dan Beard 1956- (438) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 97 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Dan Beard (438): Dan Beard 1956- (438) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Dan Beard (438): Dan Beard 1956- (438) | Insurance Company of North America | AGP D0 00 83 93 8 | 12/1/1976 | 12/1/1977 | 12/1/1976 | 12/1/1977 |
| Dan Beard (438): Dan Beard 1956- (438) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Dan Beard (438): Dan Beard 1956- (438) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220050 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Dan Beard (438): Dan Beard 1956- (438) | Insurance Company of North America | AGP D0 00 83 93 8 | 12/1/1977 | 12/1/1978 | 12/1/1977 | 12/1/1978 |
| Dan Beard (438): Mound Builders Area 1932-1985 (454) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Dan Beard (438): Mound Builders Area 1932-1985 (454) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 06 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Dan Beard (438): Mound Builders Area 1932-1985 (454) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Dan Beard (438): Mound Builders Area 1932-1985 (454) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Dan Beard (438): Mound Builders Area 1932-1985 (454) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Dan Beard (438): Mound Builders Area 1932-1985 (454) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220059 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Daniel Boone (414): Daniel Boone (414) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Daniel Boone (414): Daniel Boone (414) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Daniel Boone (414): Daniel Boone (414) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 82 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Daniel Boone (414): Daniel Boone (414) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Daniel Boone (414): Daniel Boone (414) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Daniel Boone (414): Daniel Boone (414) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220035 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Daniel Webster (330): Daniel Webster (330) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Daniel Webster (330): Daniel Webster (330) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Daniel Webster (330): Daniel Webster (330) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Daniel Webster (330): Daniel Webster (330) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Daniel Webster (330): Daniel Webster (330) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 24 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Daniel Webster (330): Daniel Webster (330) | Commercial Union Assurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Daniel Webster (330): Daniel Webster (330) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Daniel Webster (330): Daniel Webster (330) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Daniel Webster (330): Daniel Webster (330) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Daniel Webster (330): Daniel Webster (330) | Commercial Union Assurance Company | AB D74-50-09 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Daniel Webster (330): Daniel Webster (330) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220176 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| De Soto Area (013): De Soto Area (013) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| De Soto Area (013): De Soto Area (013) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| De Soto Area (013): De Soto Area (013) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| De Soto Area (013): De Soto Area (013) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| De Soto Area (013): De Soto Area (013) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| De Soto Area (013): De Soto Area (013) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| De Soto Area (013): De Soto Area (013) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| De Soto Area (013): De Soto Area (013) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 22 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| De Soto Area (013): De Soto Area (013) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| De Soto Area (013): De Soto Area (013) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219871 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| De Soto Area (013): De Soto Area (013) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| De Soto Area (013): De Soto Area (013) | Ambassador Insurance Company | 25830 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| De Soto Area (013): De Soto Area (013) | New Hampshire Insurance Company | GLA 332363 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Del-Mar-Va (081): Del-Mar-Va (081) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Del-Mar-Va (081): Del-Mar-Va (081) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Del-Mar-Va (081): Del-Mar-Va (081) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 74 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Del-Mar-Va (081): Del-Mar-Va (081) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Del-Mar-Va (081): Del-Mar-Va (081) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219922 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Del-Mar-Va (081): Del-Mar-Va (081) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Denver Area (061): Denver Area 1926- (061) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Denver Area (061): Denver Area 1926- (061) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Denver Area (061): Denver Area 1926- (061) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 63 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Denver Area (061): Denver Area 1926- (061) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Denver Area (061): Denver Area 1926- (061) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Denver Area (061): Denver Area 1926- (061) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219911 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Denver Area (061): Western Colorado 1942-2019 (064) | Insurance Company of North America | SBL 4 29 75 | 3/5/1965 | 3/5/1966 | 3/5/1965 | 3/5/1966 |
| Denver Area (061): Western Colorado 1942-2019 (064) | Insurance Company of North America | SBL 4 29 75 | 3/5/1966 | 3/5/1967 | 3/5/1966 | 3/5/1967 |
| Denver Area (061): Western Colorado 1942-2019 (064) | Insurance Company of North America | SBL 4 29 75 | 3/5/1967 | 3/5/1968 | 3/5/1967 | 3/5/1968 |
| Denver Area (061): Western Colorado 1942-2019 (064) | Insurance Company of North America | SBL 46921 | 3/5/1968 | 3/5/1969 | 3/5/1968 | 3/5/1969 |
| Denver Area (061): Western Colorado 1942-2019 (064) | Insurance Company of North America | SBL 46921 | 3/5/1969 | 3/5/1970 | 3/5/1969 | 3/5/1970 |
| Denver Area (061): Western Colorado 1942-2019 (064) | Insurance Company of North America | SBL 46921 | 3/5/1970 | 3/5/1971 | 3/5/1970 | 3/5/1971 |
| Denver Area (061): Western Colorado 1942-2019 (064) | Insurance Company of North America | SBL 51399 | 3/5/1971 | 3/5/1972 | 3/5/1971 | 3/5/1972 |
| Denver Area (061): Western Colorado 1942-2019 (064) | Insurance Company of North America | Unknown | 3/5/1971 | 3/2/1972 | 3/5/1971 | 3/2/1972 |
| Denver Area (061): Western Colorado 1942-2019 (064) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 3/2/1973 | 1/1/1974 |
| Denver Area (061): Western Colorado 1942-2019 (064) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 3/2/1973 | 1/1/1974 |
| Denver Area (061): Western Colorado 1942-2019 (064) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Denver Area (061): Western Colorado 1942-2019 (064) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Denver Area (061): Western Colorado 1942-2019 (064) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Denver Area (061): Western Colorado 1942-2019 (064) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 64 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Denver Area (061): Western Colorado 1942-2019 (064) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219912 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Denver Area (061): Western Colorado 1942-2019 (064) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Direct Service (800): Canal Zone 1933-1979 (801) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/1/1972 | 1/1/1973 |
| Direct Service (800): Canal Zone 1933-1979 (801) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/1/1972 | 1/1/1973 |
| Direct Service (800): Canal Zone 1933-1979 (801) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Direct Service (800): Canal Zone 1933-1979 (801) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Direct Service (800): Canal Zone 1933-1979 (801) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Direct Service (800): Canal Zone 1933-1979 (801) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Direct Service (800): Canal Zone 1933-1979 (801) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Direct Service (800): Canal Zone 1933-1979 (801) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Direct Service (800): Canal Zone 1933-1979 (801) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Direct Service (800): Canal Zone 1933-1979 (801) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 61 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Direct Service (800): Canal Zone 1933-1979 (801) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Direct Service (800): Canal Zone 1933-1979 (801) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Direct Service (800): Canal Zone 1933-1979 (801) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Direct Service (800): Canal Zone 1933-1979 (801) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219909 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| East Carolina (426): East Carolina (426) | North River Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| East Carolina (426): East Carolina (426) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| East Carolina (426): East Carolina (426) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| East Carolina (426): East Carolina (426) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 91 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| East Carolina (426): East Carolina (426) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| East Carolina (426): East Carolina (426) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| East Carolina (426): East Carolina (426) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220042 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| East Texas Area (585): East Texas Area (585) | U.S. Fire Insurance Company | GA-41-44-74 | 5/15/1970 | 5/15/1971 | 5/15/1970 | 5/15/1971 |
| East Texas Area (585): East Texas Area (585) | U.S. Fire Insurance Company | GA-41-44-74 | 5/15/1971 | 5/15/1972 | 5/15/1971 | 5/15/1972 |
| East Texas Area (585): East Texas Area (585) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| East Texas Area (585): East Texas Area (585) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| East Texas Area (585): East Texas Area (585) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| East Texas Area (585): East Texas Area (585) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| East Texas Area (585): East Texas Area (585) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| East Texas Area (585): East Texas Area (585) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| East Texas Area (585): East Texas Area (585) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| East Texas Area (585): East Texas Area (585) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 90 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| East Texas Area (585): East Texas Area (585) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| East Texas Area (585): East Texas Area (585) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220221 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Erie Shores (460): Toledo Area 1929-1999 (460) | Buckeye Union Insurance Company | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Erie Shores (460): Toledo Area 1929-1999 (460) | Buckeye Union Insurance Company | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Erie Shores (460): Toledo Area 1929-1999 (460) | Buckeye Union Insurance Company | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Erie Shores (460): Toledo Area 1929-1999 (460) | Buckeye Union Insurance Company | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Erie Shores (460): Toledo Area 1929-1999 (460) | Buckeye Union Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Erie Shores (460): Toledo Area 1929-1999 (460) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Erie Shores (460): Toledo Area 1929-1999 (460) | Buckeye Union Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Erie Shores (460): Toledo Area 1929-1999 (460) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 13 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Erie Shores (460): Toledo Area 1929-1999 (460) | Buckeye Union Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Erie Shores (460): Toledo Area 1929-1999 (460) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Erie Shores (460): Toledo Area 1929-1999 (460) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Erie Shores (460): Toledo Area 1929-1999 (460) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Erie Shores (460): Toledo Area 1929-1999 (460) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220066 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Erie Shores (460): Toledo Area 1929-1999 (460) | Buckeye Union Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Evangeline Area (212): Evangeline Area (212) | Insurance Company of North America | SBL 4 53 75 | 2/1/1966 | 2/1/1967 | 2/1/1966 | 2/1/1967 |
| Evangeline Area (212): Evangeline Area (212) | Insurance Company of North America | SBL 4 53 75 | 2/1/1967 | 2/1/1968 | 2/1/1967 | 2/1/1968 |
| Evangeline Area (212): Evangeline Area (212) | Insurance Company of North America | SBL 4 53 75 | 2/1/1968 | 2/1/1969 | 2/1/1968 | 2/1/1969 |
| Evangeline Area (212): Evangeline Area (212) | Insurance Company of North America | Unknown | 2/1/1969 | 2/1/1970 | 2/1/1969 | 2/1/1970 |
| Evangeline Area (212): Evangeline Area (212) | Insurance Company of North America | Unknown | 2/1/1970 | 2/1/1971 | 2/1/1970 | 2/1/1971 |
| Evangeline Area (212): Evangeline Area (212) | Insurance Company of North America | Unknown | 2/1/1971 | 2/1/1972 | 2/1/1971 | 2/1/1972 |
| Evangeline Area (212): Evangeline Area (212) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Evangeline Area (212): Evangeline Area (212) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Evangeline Area (212): Evangeline Area (212) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Evangeline Area (212): Evangeline Area (212) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Evangeline Area (212): Evangeline Area (212) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Evangeline Area (212): Evangeline Area (212) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Evangeline Area (212): Evangeline Area (212) | Hartford Accident and Indemnity Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Evangeline Area (212): Evangeline Area (212) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Evangeline Area (212): Evangeline Area (212) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Evangeline Area (212): Evangeline Area (212) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 58 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Evangeline Area (212): Evangeline Area (212) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Evangeline Area (212): Evangeline Area (212) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Evangeline Area (212): Evangeline Area (212) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220106 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Evangeline Area (212): Evangeline Area (212) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Evangeline Area (212): Evangeline Area (212) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Far East (803): Far East (803) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Far East (803): Far East (803) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Far East (803): Far East (803) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Far East (803): Far East (803) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Far East (803): Far East (803) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Far East (803): Far East (803) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Far East (803): Far East (803) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Far East (803): Far East (803) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Far East (803): Far East (803) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Far East (803): Far East (803) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Far East (803): Far East (803) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 76 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Far East (803): Far East (803) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Far East (803): Far East (803) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219924 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Far East (803): Far East (803) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Five Rivers (375): General Sullivan 1927-1992 (779) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 11/20/1973 | 1/1/1974 |
| Five Rivers (375): General Sullivan 1927-1992 (779) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 11/20/1973 | 1/1/1974 |
| Five Rivers (375): General Sullivan 1927-1992 (779) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Five Rivers (375): General Sullivan 1927-1992 (779) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Five Rivers (375): General Sullivan 1927-1992 (779) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 47 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Five Rivers (375): General Sullivan 1927-1992 (779) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Five Rivers (375): General Sullivan 1927-1992 (779) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Five Rivers (375): General Sullivan 1927-1992 (779) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Five Rivers (375): General Sullivan 1927-1992 (779) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Five Rivers (375): General Sullivan 1927-1992 (779) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220269 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Five Rivers (375): Steuben Area 1931-1991 (402) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Five Rivers (375): Steuben Area 1931-1991 (402) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Five Rivers (375): Steuben Area 1931-1991 (402) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Five Rivers (375): Steuben Area 1931-1991 (402) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Five Rivers (375): Steuben Area 1931-1991 (402) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Five Rivers (375): Steuben Area 1931-1991 (402) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Five Rivers (375): Steuben Area 1931-1991 (402) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Five Rivers (375): Steuben Area 1931-1991 (402) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 51 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Five Rivers (375): Steuben Area 1931-1991 (402) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Five Rivers (375): Steuben Area 1931-1991 (402) | Insurance Company of North America | AGP 15 39 33 | 4/19/1976 | 4/19/1977 | 4/19/1976 | 4/19/1977 |
| Five Rivers (375): Steuben Area 1931-1991 (402) | Fireman's Fund Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Five Rivers (375): Steuben Area 1931-1991 (402) | Fireman's Insurance Company of Newark, NJ | L6263105 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Five Rivers (375): Steuben Area 1931-1991 (402) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Five Rivers (375): Steuben Area 1931-1991 (402) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220003 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Five Rivers (375): Sullivan Trail 1947-1991 (375) | Travelers Indemnity Company | Unknown | 1/1/1963 | 1/1/1964 | 1/1/1963 | 1/1/1964 |
| Five Rivers (375): Sullivan Trail 1947-1991 (375) | Travelers Indemnity Company | Unknown | 1/1/1964 | 1/1/1965 | 1/1/1964 | 1/1/1965 |
| Five Rivers (375): Sullivan Trail 1947-1991 (375) | Travelers Indemnity Company | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Five Rivers (375): Sullivan Trail 1947-1991 (375) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Five Rivers (375): Sullivan Trail 1947-1991 (375) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Five Rivers (375): Sullivan Trail 1947-1991 (375) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Five Rivers (375): Sullivan Trail 1947-1991 (375) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Five Rivers (375): Sullivan Trail 1947-1991 (375) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Five Rivers (375): Sullivan Trail 1947-1991 (375) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Five Rivers (375): Sullivan Trail 1947-1991 (375) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Five Rivers (375): Sullivan Trail 1947-1991 (375) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 55 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Five Rivers (375): Sullivan Trail 1947-1991 (375) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220008 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Five Rivers (375): Sullivan Trail 1947-1991 (375) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Five Rivers (375): Sullivan Trail 1947-1991 (375) | Hartford Fire Insurance Company | 01 UEC FN2321 | 10/28/1991 | 11/8/1992 | 10/28/1991 | 11/8/1992 |
| Flint River (095): Flint River (095) | Insurance Company of North America | SBL 48843 | 7/6/1971 | 7/5/1972 | 7/6/1971 | 7/5/1972 |
| Flint River (095): Flint River (095) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 7/18/1972 | 1/1/1973 |
| Flint River (095): Flint River (095) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 7/18/1972 | 1/1/1973 |
| Flint River (095): Flint River (095) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Flint River (095): Flint River (095) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Flint River (095): Flint River (095) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Flint River (095): Flint River (095) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Flint River (095): Flint River (095) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Flint River (095): Flint River (095) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Flint River (095): Flint River (095) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 92 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Flint River (095): Flint River (095) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Flint River (095): Flint River (095) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219940 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Flint River (095): Flint River (095) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| French Creek (532): Colonel Drake 1942-1972 (537) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| French Creek (532): Colonel Drake 1942-1972 (537) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 5/1/1972 |
| French Creek (532): Colonel Drake 1942-1972 (537) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| French Creek (532): Custaloga 1969-1972 (531) | Insurance Company of North America | SBL 50421 | 11/29/1968 | 11/29/1969 | 11/29/1968 | 11/29/1969 |
| French Creek (532): Custaloga 1969-1972 (531) | Insurance Company of North America | SBL 50421 | 11/29/1969 | 11/29/1970 | 11/29/1969 | 11/29/1970 |
| French Creek (532): Custaloga 1969-1972 (531) | Insurance Company of North America | SBL 50421 | 11/29/1970 | 11/29/1971 | 11/29/1970 | 11/29/1971 |
| French Creek (532): Custaloga 1969-1972 (531) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| French Creek (532): Custaloga 1969-1972 (531) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| French Creek (532): Custaloga 1969-1972 (531) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| French Creek (532): Custaloga 1969-1972 (531) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 5/1/1972 |
| French Creek (532): Custaloga 1969-1972 (531) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| French Creek (532): French Creek 1972- (532) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 5/1/1972 |
| French Creek (532): French Creek 1972- (532) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/1/1972 | 1/1/1973 |
| French Creek (532): French Creek 1972- (532) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| French Creek (532): French Creek 1972- (532) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| French Creek (532): French Creek 1972- (532) | Erie Family Life Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| French Creek (532): French Creek 1972- (532) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| French Creek (532): French Creek 1972- (532) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| French Creek (532): French Creek 1972- (532) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| French Creek (532): French Creek 1972- (532) | Erie Insurance Exchange | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| French Creek (532): French Creek 1972- (532) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| French Creek (532): French Creek 1972- (532) | Erie Insurance Exchange | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| French Creek (532): French Creek 1972- (532) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 35 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| French Creek (532): French Creek 1972- (532) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| French Creek (532): French Creek 1972- (532) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| French Creek (532): French Creek 1972- (532) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220004 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| French Creek (532): French Creek 1972- (532) | Erie Insurance Exchange | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| French Creek (532): Mercer County 1927-1969 (531) | Insurance Company of North America | SBL 4 53 73 | 11/29/1965 | 11/29/1966 | 11/29/1965 | 11/29/1966 |
| French Creek (532): Mercer County 1927-1969 (531) | Insurance Company of North America | SBL 4 53 73 | 11/29/1966 | 11/29/1967 | 11/29/1966 | 11/29/1967 |
| French Creek (532): Mercer County 1927-1969 (531) | Insurance Company of North America | SBL 4 53 73 | 11/29/1967 | 11/29/1968 | 11/29/1967 | 11/29/1968 |
| French Creek (532): Mercer County 1927-1969 (531) | Insurance Company of North America | SBL 50421 | 11/29/1968 | 11/29/1969 | 11/29/1968 | 11/29/1969 |
| French Creek (532): Mercer County 1927-1969 (531) | Insurance Company of North America | SBL 50421 | 11/29/1969 | 11/29/1970 | 11/29/1969 | 11/29/1970 |
| French Creek (532): Mercer County 1927-1969 (531) | Insurance Company of North America | SBL 50421 | 11/29/1970 | 11/29/1971 | 11/29/1970 | 11/29/1971 |

34

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| French Creek (532): Washington Trail 1944-1972 (511) | Insurance Company of North America | SBL-4-32-87 | 6/25/1969 | 1/15/1970 | 6/25/1969 | 1/15/1970 |
| French Creek (532): Washington Trail 1944-1972 (511) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| French Creek (532): Washington Trail 1944-1972 (511) | Insurance Company of North America | SBL 4 32 98 | 1/15/1970 | 1/15/1971 | 1/15/1970 | 1/15/1971 |
| French Creek (532): Washington Trail 1944-1972 (511) | Insurance Company of North America | SBL 4 32 98 | 1/15/1971 | 1/15/1972 | 1/15/1971 | 1/15/1972 |
| French Creek (532): Washington Trail 1944-1972 (511) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/16/1972 | 5/1/1972 |
| French Creek (532): Washington Trail 1944-1972 (511) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/16/1972 | 1/1/1973 |
| French Creek (532): Washington Trail 1944-1972 (511) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Gamehaven (299): Gamehaven (299) | Insurance Company of North America | SBL 3-70-22 | 6/1/1966 | 6/1/1967 | 6/1/1966 | 6/1/1967 |
| Gamehaven (299): Gamehaven (299) | Insurance Company of North America | SBL-4-46-14 | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Gamehaven (299): Gamehaven (299) | Insurance Company of North America | SBL-4-46-35 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Gamehaven (299): Gamehaven (299) | Insurance Company of North America | SBL 4 46 49 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Gamehaven (299): Gamehaven (299) | Insurance Company of North America | SBL 44671 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Gamehaven (299): Gamehaven (299) | Insurance Company of North America | SBL 44689 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Gamehaven (299): Gamehaven (299) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Gamehaven (299): Gamehaven (299) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Gamehaven (299): Gamehaven (299) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Gamehaven (299): Gamehaven (299) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Gamehaven (299): Gamehaven (299) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Gamehaven (299): Gamehaven (299) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Gamehaven (299): Gamehaven (299) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Gamehaven (299): Gamehaven (299) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Gamehaven (299): Gamehaven (299) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 02 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Gamehaven (299): Gamehaven (299) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Gamehaven (299): Gamehaven (299) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220152 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Gamehaven (299): Gamehaven (299) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Garden State (690): Burlington County 1925-2013 (690) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Garden State (690): Burlington County 1925-2013 (690) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Garden State (690): Burlington County 1925-2013 (690) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Garden State (690): Burlington County 1925-2013 (690) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Garden State (690): Burlington County 1925-2013 (690) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Garden State (690): Burlington County 1925-2013 (690) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Garden State (690): Burlington County 1925-2013 (690) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Garden State (690): Burlington County 1925-2013 (690) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Garden State (690): Burlington County 1925-2013 (690) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 45 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Garden State (690): Burlington County 1925-2013 (690) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Garden State (690): Burlington County 1925-2013 (690) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220197 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Garden State (690): Burlington County 1925-2013 (690) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Garden State (690): Camden County 1921-1998 (335) | Commercial Union Insurance Company | EP 4004433 | 12/7/1970 | 12/7/1971 | 12/7/1970 | 12/7/1971 |
| Garden State (690): Camden County 1921-1998 (335) | Commercial Union Insurance Company | EP 4004433 | 12/7/1971 | 12/7/1972 | 12/7/1971 | 12/7/1972 |
| Garden State (690): Camden County 1921-1998 (335) | Commercial Union Insurance Company | EP 4004433 | 12/7/1972 | 12/7/1973 | 12/7/1972 | 12/7/1973 |
| Garden State (690): Camden County 1921-1998 (335) | Commercial Union Insurance Company | W18-36-37 | 12/7/1973 | 12/7/1974 | 12/7/1973 | 12/7/1974 |
| Garden State (690): Camden County 1921-1998 (335) | Commercial Union Insurance Company | CP-2067-64 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Garden State (690): Camden County 1921-1998 (335) | Commercial Union Insurance Company | CLCP-D12-86- | 6/5/1974 | 6/5/1975 | 6/5/1974 | 6/5/1975 |
| Garden State (690): Camden County 1921-1998 (335) | Commercial Union Insurance Company | W18-36-37 | 12/7/1974 | 12/7/1975 | 12/7/1974 | 12/7/1975 |
| Garden State (690): Camden County 1921-1998 (335) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Garden State (690): Camden County 1921-1998 (335) | Commercial Union Insurance Company | CLCPD74-56-39 | 6/5/1975 | 6/5/1976 | 6/5/1975 | 6/5/1976 |
| Garden State (690): Camden County 1921-1998 (335) | Commercial Union Insurance Company | W18-36-37 | 12/7/1975 | 12/7/1976 | 12/7/1975 | 12/7/1976 |
| Garden State (690): Camden County 1921-1998 (335) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Garden State (690): Camden County 1921-1998 (335) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Garden State (690): Camden County 1921-1998 (335) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 44 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Garden State (690): Camden County 1921-1998 (335) | Commercial Union Insurance Company | CPD73 47 42 | 6/5/1976 | 6/5/1977 | 6/5/1976 | 6/5/1977 |
| Garden State (690): Camden County 1921-1998 (335) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220196 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date¹ | Council End Date |
|---|---|---|---|---|---|---|
| Garden State (690): Camden County 1921-1998 (335) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Garden State (690): Camden County 1921-1998 (335) | Commercial Union Insurance Company | CP D92 80 56 | 6/5/1977 | 6/5/1978 | 6/5/1977 | 6/5/1978 |
| Garden State (690): Garden State 2013- (690) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Garden State (690): Garden State 2013- (690) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Garden State (690): Southern New Jersey 1967-1990 (334) | Insurance Company of North America | SBL 4 29 99 | 4/1/1965 | 4/1/1966 | 4/1/1965 | 4/1/1966 |
| Garden State (690): Southern New Jersey 1967-1990 (334) | Insurance Company of North America | SBL 4 29 99 | 4/1/1966 | 4/1/1967 | 4/1/1966 | 4/1/1967 |
| Garden State (690): Southern New Jersey 1967-1990 (334) | Insurance Company of North America | SBL 4 29 99 | 4/1/1967 | 4/1/1968 | 4/1/1967 | 4/1/1968 |
| Garden State (690): Southern New Jersey 1967-1990 (334) | Insurance Company of North America | SBL 4 69 40 | 4/1/1968 | 4/1/1969 | 4/1/1968 | 4/1/1969 |
| Garden State (690): Southern New Jersey 1967-1990 (334) | Insurance Company of North America | SBL 4 69 40 | 4/1/1969 | 4/1/1970 | 4/1/1969 | 4/1/1970 |
| Garden State (690): Southern New Jersey 1967-1990 (334) | Insurance Company of North America | SBL 4 69 40 | 4/1/1970 | 4/1/1971 | 4/1/1970 | 4/1/1971 |
| Garden State (690): Southern New Jersey 1967-1990 (334) | Insurance Company of North America | SBL 5 15 14 | 4/1/1971 | 4/1/1972 | 4/1/1971 | 4/1/1972 |
| Garden State (690): Southern New Jersey 1967-1990 (334) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Garden State (690): Southern New Jersey 1967-1990 (334) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Garden State (690): Southern New Jersey 1967-1990 (334) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Garden State (690): Southern New Jersey 1967-1990 (334) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Garden State (690): Southern New Jersey 1967-1990 (334) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 41 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Garden State (690): Southern New Jersey 1967-1990 (334) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Garden State (690): Southern New Jersey 1967-1990 (334) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220193 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Garden State (690): Southern New Jersey 1967-1990 (334) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Garden State (690): Southern New Jersey 1990-2013 (334) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Garden State (690): Southern New Jersey 1990-2013 (334) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Garden State (690): Southern New Jersey 1990-2013 (334) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Garden State (690): Southern New Jersey 1990-2013 (334) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Garden State (690): Southern New Jersey 1990-2013 (334) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Garden State (690): Southern New Jersey 1990-2013 (334) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 715173 | 12/15/1962 | 12/15/1963 | 12/15/1962 | 12/15/1963 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 715173 | 12/15/1962 | 12/15/1963 | 12/15/1962 | 12/15/1963 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 716126 | 12/15/1963 | 12/15/1964 | 12/15/1963 | 12/15/1964 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 717220 | 12/15/1964 | 12/15/1965 | 12/15/1964 | 12/15/1965 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 86C718423 | 12/15/1965 | 12/15/1966 | 12/15/1965 | 12/15/1966 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 86C718423 | 12/15/1966 | 12/15/1967 | 12/15/1966 | 12/15/1967 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 86C718423 | 12/15/1967 | 12/15/1968 | 12/15/1967 | 12/15/1968 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 86C807701 | 12/15/1968 | 12/15/1969 | 12/15/1968 | 12/15/1969 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 86C807701 | 12/15/1969 | 12/15/1970 | 12/15/1969 | 12/15/1970 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 86C807701 | 12/15/1970 | 12/15/1971 | 12/15/1970 | 12/15/1971 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Gateway Area (624): Gateway Area (624) | American States Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Gateway Area (624): Gateway Area (624) | American States Insurance Company | SU-15069 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Gateway Area (624): Gateway Area (624) | American States Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Gateway Area (624): Gateway Area (624) | American States Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Gateway Area (624): Gateway Area (624) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Gateway Area (624): Gateway Area (624) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Gateway Area (624): Gateway Area (624) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 43 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Gateway Area (624): Gateway Area (624) | American States Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Gateway Area (624): Gateway Area (624) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220259 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Gateway Area (624): Gateway Area (624) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Georgia-Carolina (093): Georgia-Carolina (093) | Insurance Company of North America | SBL 4 88 14 | 5/30/1968 | 5/30/1969 | 5/30/1968 | 5/30/1969 |
| Georgia-Carolina (093): Georgia-Carolina (093) | Insurance Company of North America | SBL 48824 | 5/30/1969 | 5/30/1970 | 5/30/1969 | 5/30/1970 |
| Georgia-Carolina (093): Georgia-Carolina (093) | Insurance Company of North America | Unknown | 5/30/1970 | 5/30/1971 | 5/30/1970 | 5/30/1971 |
| Georgia-Carolina (093): Georgia-Carolina (093) | Insurance Company of North America | Unknown | 5/30/1971 | 5/30/1972 | 5/30/1971 | 5/30/1972 |
| Georgia-Carolina (093): Georgia-Carolina (093) | Insurance Company of North America | Unknown | 5/30/1972 | 1/1/1973 | 5/30/1972 | 1/1/1973 |
| Georgia-Carolina (093): Georgia-Carolina (093) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Georgia-Carolina (093): Georgia-Carolina (093) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Georgia-Carolina (093): Georgia-Carolina (093) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Georgia-Carolina (093): Georgia-Carolina (093) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Georgia-Carolina (093): Georgia-Carolina (093) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Georgia-Carolina (093): Georgia-Carolina (093) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Georgia-Carolina (093): Georgia-Carolina (093) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Georgia-Carolina (093): Georgia-Carolina (093) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Georgia-Carolina (093): Georgia-Carolina (093) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 90 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Georgia-Carolina (093): Georgia-Carolina (093) | New Hampshire Insurance Company | GLA 332323 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Georgia-Carolina (093): Georgia-Carolina (093) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Georgia-Carolina (093): Georgia-Carolina (093) | New Hampshire Insurance Company | SLP 275540 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Georgia-Carolina (093): Georgia-Carolina (093) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219938 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Glacier's Edge (620): Four Lakes 1928-2005 (628) | Insurance Company of North America | SBL 4 15 49 | 7/10/1969 | 7/10/1970 | 7/10/1969 | 7/10/1970 |
| Glacier's Edge (620): Four Lakes 1928-2005 (628) | Insurance Company of North America | SBL 4 15 56 | 7/10/1970 | 7/10/1971 | 7/10/1970 | 7/10/1971 |
| Glacier's Edge (620): Four Lakes 1928-2005 (628) | Insurance Company of North America | Unknown | 7/10/1971 | 7/10/1972 | 7/10/1971 | 7/10/1972 |
| Glacier's Edge (620): Four Lakes 1928-2005 (628) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 11/16/1972 | 1/1/1973 |
| Glacier's Edge (620): Four Lakes 1928-2005 (628) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 11/16/1972 | 1/1/1973 |
| Glacier's Edge (620): Four Lakes 1928-2005 (628) | Insurance Company of North America | Unknown | 7/10/1972 | 11/16/1972 | 7/10/1972 | 11/16/1972 |
| Glacier's Edge (620): Four Lakes 1928-2005 (628) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Glacier's Edge (620): Four Lakes 1928-2005 (628) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Glacier's Edge (620): Four Lakes 1928-2005 (628) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Glacier's Edge (620): Four Lakes 1928-2005 (628) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Glacier's Edge (620): Four Lakes 1928-2005 (628) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 44 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Glacier's Edge (620): Four Lakes 1928-2005 (628) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Glacier's Edge (620): Four Lakes 1928-2005 (628) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220260 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Glacier's Edge (620): Four Lakes 1928-2005 (628) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Glacier's Edge (620): Glacier's Edge 2005- (620) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Glacier's Edge (620): Glacier's Edge 2005- (620) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | Insurance Company of North America | SBL 45383 | 4/28/1966 | 4/28/1967 | 4/28/1966 | 4/28/1967 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | Insurance Company of North America | SBL 45383 | 4/28/1967 | 4/28/1968 | 4/28/1967 | 4/28/1968 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | Insurance Company of North America | SBL 45383 | 4/28/1968 | 4/28/1969 | 4/28/1968 | 4/28/1969 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | Insurance Company of North America | SBL 50448 | 4/28/1969 | 4/28/1970 | 4/28/1969 | 4/28/1970 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | Insurance Company of North America | SBL 50448 | 4/28/1970 | 4/28/1971 | 4/28/1970 | 4/28/1971 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | Insurance Company of North America | SBL 50448 | 4/28/1971 | 4/28/1972 | 4/28/1971 | 4/28/1972 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/28/1972 | 1/1/1973 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/28/1972 | 1/1/1973 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 41 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220257 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Glacier's Edge (620): Sinnissippi 1966-2005 (626) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Empire (047): Buttes Area 1924-1992 (647) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Golden Empire (047): Buttes Area 1924-1992 (647) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Empire (047): Buttes Area 1924-1992 (647) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 39 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Empire (047): Buttes Area 1924-1992 (647) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Empire (047): Buttes Area 1924-1992 (647) | New Hampshire Insurance Company | GLA 332361 | 12/20/1976 | 12/20/1977 | 12/20/1976 | 12/20/1977 |
| Golden Empire (047): Buttes Area 1924-1992 (647) | New Hampshire Insurance Company | SLP 290281 | 12/20/1976 | 12/20/1977 | 12/20/1976 | 12/20/1977 |
| Golden Empire (047): Buttes Area 1924-1992 (647) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Empire (047): Buttes Area 1924-1992 (647) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219887 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Empire (047): Golden Empire 1937- (047) | Hartford Accident and Indemnity Company | 54 C 990478 | 7/1/1972 | 7/1/1973 | 7/1/1972 | 7/1/1973 |
| Golden Empire (047): Golden Empire 1937- (047) | Hartford Accident and Indemnity Company | 54 C 990478 | 7/1/1973 | 7/1/1974 | 7/1/1973 | 7/1/1974 |
| Golden Empire (047): Golden Empire 1937- (047) | Hartford Accident and Indemnity Company | 54 C 990478 | 7/1/1974 | 7/1/1975 | 7/1/1974 | 7/1/1975 |
| Golden Empire (047): Golden Empire 1937- (047) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Golden Empire (047): Golden Empire 1937- (047) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Empire (047): Golden Empire 1937- (047) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Empire (047): Golden Empire 1937- (047) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 47 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Empire (047): Golden Empire 1937- (047) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Empire (047): Golden Empire 1937- (047) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219895 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Empire (047): Golden Empire 1937- (047) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Empire (047): Golden Empire 1937- (047) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Empire (047): Mount Lassen Area 1924-1992 (036) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Golden Empire (047): Mount Lassen Area 1924-1992 (036) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Empire (047): Mount Lassen Area 1924-1992 (036) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Empire (047): Mount Lassen Area 1924-1992 (036) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 30 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Empire (047): Mount Lassen Area 1924-1992 (036) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Empire (047): Mount Lassen Area 1924-1992 (036) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Empire (047): Mount Lassen Area 1924-1992 (036) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 10/20/1977 | 1/1/1977 | 10/20/1977 |
| Golden Empire (047): Mount Lassen Area 1924-1992 (036) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219879 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Gate Area (023): Alameda -2020 (022) | Insurance Company of North America | SBL 5 11 80 | 3/2/1969 | 3/2/1970 | 3/2/1969 | 3/2/1970 |
| Golden Gate Area (023): Alameda -2020 (022) | Insurance Company of North America | SBL 5 11 80 | 3/2/1970 | 3/2/1971 | 3/2/1970 | 3/2/1971 |
| Golden Gate Area (023): Alameda -2020 (022) | Insurance Company of North America | SBL 5 11 80 | 3/2/1971 | 3/1/1972 | 3/2/1971 | 3/1/1972 |
| Golden Gate Area (023): Alameda -2020 (022) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/2/1972 | 1/1/1973 |
| Golden Gate Area (023): Alameda -2020 (022) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/2/1972 | 1/1/1973 |
| Golden Gate Area (023): Alameda -2020 (022) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Golden Gate Area (023): Alameda -2020 (022) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Golden Gate Area (023): Alameda -2020 (022) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Golden Gate Area (023): Alameda -2020 (022) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Golden Gate Area (023): Alameda -2020 (022) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Golden Gate Area (023): Alameda -2020 (022) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): Alameda -2020 (022) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 27 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): Alameda -2020 (022) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): Alameda -2020 (022) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): Alameda -2020 (022) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219876 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Gate Area (023): Alameda -2020 (022) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Gate Area (023): Alameda -2020 (022) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | New Hampshire Insurance Company | Unknown | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | New Hampshire Insurance Company | Unknown | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | New Hampshire Insurance Company | Unknown | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | New Hampshire Insurance Company | SLP 29 01 82 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | New Hampshire Insurance Company | SLP 29 01 82 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | New Hampshire Insurance Company | SLP 29 01 82 | 6/1/1972 | 6/1/1973 | 6/1/1972 | 6/1/1973 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | New Hampshire Insurance Company | UL 53-41-82 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | New Hampshire Insurance Company | SLP 29-02-40 | 6/1/1973 | 6/1/1974 | 6/1/1973 | 6/1/1974 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | New Hampshire Insurance Company | UL 78-86-53 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | New Hampshire Insurance Company | SLP 29-02-40 | 6/1/1974 | 6/1/1975 | 6/1/1974 | 6/1/1975 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | New Hampshire Insurance Company | UL 05-09-92 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | New Hampshire Insurance Company | SLP 29-02-40 | 6/1/1975 | 6/1/1976 | 6/1/1975 | 6/1/1976 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 60 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | New Hampshire Insurance Company | SLP 27-56-38 | 6/1/1976 | 6/1/1977 | 6/1/1976 | 6/1/1977 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219908 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | Ambassador Insurance Company | 26094 | 6/1/1977 | 5/1/1978 | 6/1/1977 | 5/1/1978 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | Jefferson Insurance Company of New York | GLA 303461 | 6/1/1977 | 6/1/1978 | 6/1/1977 | 6/1/1978 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | Jefferson Insurance Company of New York | GLA 303463 | 6/1/1977 | 6/1/1978 | 6/1/1977 | 6/1/1978 |
| Golden Gate Area (023): Mount Diablo 1951-1992 (023) | New Hampshire Insurance Company | GLA 282525 | 6/1/1977 | 6/1/1978 | 6/1/1977 | 6/1/1978 |
| Golden Gate Area (023): Mount Diablo Silverado 1992-2020 (023) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Golden Gate Area (023): Mount Diablo Silverado 1992-2020 (023) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): Mount Diablo Silverado 1992-2020 (023) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): Mount Diablo Silverado 1992-2020 (023) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Gate Area (023): San Francisco Bay Area 1965-2020 (028) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Golden Gate Area (023): San Francisco Bay Area 1965-2020 (028) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): San Francisco Bay Area 1965-2020 (028) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): San Francisco Bay Area 1965-2020 (028) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 41 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): San Francisco Bay Area 1965-2020 (028) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): San Francisco Bay Area 1965-2020 (028) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Gate Area (023): San Francisco Bay Area 1965-2020 (028) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Gate Area (023): San Francisco Bay Area 1965-2020 (028) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219889 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | Insurance Company of North America | SBL 4 29 83 | 4/28/1965 | 4/28/1966 | 4/28/1965 | 4/28/1966 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | Insurance Company of North America | SBL 4 29 83 | 4/28/1966 | 4/28/1967 | 4/28/1966 | 4/28/1967 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | Insurance Company of North America | SBL 4 29 83 | 4/28/1967 | 4/28/1968 | 4/28/1967 | 4/28/1968 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | Insurance Company of North America | SBL 4 69 32 | 4/28/1968 | 4/28/1969 | 4/28/1968 | 4/28/1969 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | Insurance Company of North America | SBL 4 69 32 | 4/28/1969 | 4/28/1970 | 4/28/1969 | 4/28/1970 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | Insurance Company of North America | SBL 4 69 32 | 4/28/1970 | 4/28/1971 | 4/28/1970 | 4/28/1971 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | Insurance Company of North America | Unknown | 4/28/1971 | 4/28/1972 | 4/28/1971 | 4/28/1972 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/28/1972 | 1/1/1973 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/28/1972 | 1/1/1973 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 57 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | New Hampshire Insurance Company | GLA 332356 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219905 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Gate Area (023): Silverado Area 1928-1992 (038) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Spread (562): Adobe Walls Area 1934-1986 (569) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Golden Spread (562): Adobe Walls Area 1934-1986 (569) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Golden Spread (562): Adobe Walls Area 1934-1986 (569) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 84 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Spread (562): Adobe Walls Area 1934-1986 (569) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Spread (562): Adobe Walls Area 1934-1986 (569) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220215 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Spread (562): Adobe Walls Area 1934-1986 (569) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Spread (562): Llano Estacado 1939-1986 (562) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Golden Spread (562): Llano Estacado 1939-1986 (562) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Spread (562): Llano Estacado 1939-1986 (562) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Spread (562): Llano Estacado 1939-1986 (562) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 71 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Golden Spread (562): Llano Estacado 1939-1986 (562) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Golden Spread (562): Llano Estacado 1939-1986 (562) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220202 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Canyon (010): Copper 1962-1977 (009) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 5/15/1973 | 1/1/1974 |
| Grand Canyon (010): Copper 1962-1977 (009) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 5/15/1973 | 1/1/1974 |
| Grand Canyon (010): Copper 1962-1977 (009) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Grand Canyon (010): Copper 1962-1977 (009) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Canyon (010): Copper 1962-1977 (009) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 20 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Canyon (010): Copper 1962-1977 (009) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Canyon (010): Copper 1962-1977 (009) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Canyon (010): Copper 1962-1977 (009) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219869 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | Insurance Company of North America | SBL 4 29 93 | 4/1/1965 | 4/1/1966 | 4/1/1965 | 4/1/1966 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | Insurance Company of North America | SBL 4 29 93 | 4/1/1966 | 4/1/1967 | 4/1/1966 | 4/1/1967 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | Insurance Company of North America | SBL 4 29 93 | 4/1/1967 | 4/1/1968 | 4/1/1967 | 4/1/1968 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | Insurance Company of North America | SBL 4 69 31 | 4/1/1968 | 4/1/1969 | 4/1/1968 | 4/1/1969 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | Insurance Company of North America | SBL 4 69 31 | 4/1/1969 | 4/1/1970 | 4/1/1969 | 4/1/1970 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | Insurance Company of North America | SBL 4 69 31 | 4/1/1970 | 4/1/1971 | 4/1/1970 | 4/1/1971 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | Insurance Company of North America | Unknown | 4/1/1971 | 4/1/1972 | 4/1/1971 | 4/1/1972 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 18 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219867 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Canyon (010): Grand Canyon 1944-1993 (012) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Canyon (010): Theodore Roosevelt 1962-1993 (010) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Grand Canyon (010): Theodore Roosevelt 1962-1993 (010) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Canyon (010): Theodore Roosevelt 1962-1993 (010) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Canyon (010): Theodore Roosevelt 1962-1993 (010) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 19 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Canyon (010): Theodore Roosevelt 1962-1993 (010) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Canyon (010): Theodore Roosevelt 1962-1993 (010) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Canyon (010): Theodore Roosevelt 1962-1993 (010) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219868 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Canyon (010): Theodore Roosevelt 1962-1993 (010) | Ambassador Insurance Company | GLA 282436 | 2/15/1977 | 2/15/1978 | 2/15/1977 | 2/15/1978 |
| Grand Canyon (010): Theodore Roosevelt 1962-1993 (010) | New Hampshire Insurance Company | GLA 282441 | 2/15/1977 | 2/15/1978 | 2/15/1977 | 2/15/1978 |
| Grand Columbia (614): Fort Simcoe Area 1954-1992 (614) | Insurance Company of North America | SBL 5 15 52 | 5/7/1971 | 5/7/1972 | 5/7/1971 | 5/7/1972 |
| Grand Columbia (614): Fort Simcoe Area 1954-1992 (614) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/7/1972 | 1/1/1973 |
| Grand Columbia (614): Fort Simcoe Area 1954-1992 (614) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Grand Columbia (614): Fort Simcoe Area 1954-1992 (614) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Grand Columbia (614): Fort Simcoe Area 1954-1992 (614) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Grand Columbia (614): Fort Simcoe Area 1954-1992 (614) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Grand Columbia (614): Fort Simcoe Area 1954-1992 (614) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Grand Columbia (614): Fort Simcoe Area 1954-1992 (614) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Grand Columbia (614): Fort Simcoe Area 1954-1992 (614) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 31 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Columbia (614): Fort Simcoe Area 1954-1992 (614) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Columbia (614): Fort Simcoe Area 1954-1992 (614) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Columbia (614): Fort Simcoe Area 1954-1992 (614) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Columbia (614): Fort Simcoe Area 1954-1992 (614) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220248 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Columbia (614): North Central Washington 1924-1992 (613) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Grand Columbia (614): North Central Washington 1924-1992 (613) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Grand Columbia (614): North Central Washington 1924-1992 (613) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Grand Columbia (614): North Central Washington 1924-1992 (613) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Grand Columbia (614): North Central Washington 1924-1992 (613) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Grand Columbia (614): North Central Washington 1924-1992 (613) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Grand Columbia (614): North Central Washington 1924-1992 (613) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Grand Columbia (614): North Central Washington 1924-1992 (613) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 30 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Columbia (614): North Central Washington 1924-1992 (613) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Columbia (614): North Central Washington 1924-1992 (613) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Columbia (614): North Central Washington 1924-1992 (613) | St. Paul Fire and Marine Insurance Company | 584JB6952 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Columbia (614): North Central Washington 1924-1992 (613) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Columbia (614): North Central Washington 1924-1992 (613) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220247 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | Insurance Company of North America | SBL 4 29 90 | 6/1/1965 | 6/1/1966 | 6/1/1965 | 6/1/1966 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | Insurance Company of North America | SBL 4 29 90 | 6/1/1966 | 6/1/1967 | 6/1/1966 | 6/1/1967 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | Insurance Company of North America | SBL 4 29 90 | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | Insurance Company of North America | SBL 4 69 48 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | Insurance Company of North America | SBL 4 69 48 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | Insurance Company of North America | SBL 4 69 48 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | Insurance Company of North America | SBL 51558 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 06 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Teton (107): Tendoy Area 1934-1993 (109) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219953 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Insurance Company of North America | SBL 45400 | 12/1/1965 | 12/1/1966 | 12/1/1965 | 12/1/1966 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Insurance Company of North America | SBL 45400 | 12/1/1966 | 12/1/1967 | 12/1/1966 | 12/1/1967 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Insurance Company of North America | SBL 45400 | 12/1/1967 | 12/1/1968 | 12/1/1967 | 12/1/1968 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Insurance Company of North America | SBL 50432 | 12/1/1968 | 12/1/1969 | 12/1/1968 | 12/1/1969 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Insurance Company of North America | SBL 50432 | 12/1/1969 | 12/1/1970 | 12/1/1969 | 12/1/1970 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Insurance Company of North America | SBL 50432 | 12/1/1970 | 12/1/1971 | 12/1/1970 | 12/1/1971 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 04 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219951 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | Western Casualty & Surety Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Grand Teton (107): Teton Peaks 1925-1993 (107) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Alaska (610): Alaska 1934-1954 (610) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Great Alaska (610): Alaska 1934-1954 (610) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Great Alaska (610): Great Alaska 2006- (610) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Great Alaska (610): Great Alaska 2006- (610) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Great Alaska (610): Southeast Alaska 1955-2006 (608) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Great Alaska (610): Southeast Alaska 1955-2006 (608) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Great Alaska (610): Southeast Alaska 1955-2006 (608) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Great Alaska (610): Southeast Alaska 1955-2006 (608) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Great Alaska (610): Southeast Alaska 1955-2006 (608) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Great Alaska (610): Southeast Alaska 1955-2006 (608) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Alaska (610): Southeast Alaska 1955-2006 (608) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Alaska (610): Southeast Alaska 1955-2006 (608) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 17 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Alaska (610): Southeast Alaska 1955-2006 (608) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Alaska (610): Southeast Alaska 1955-2006 (608) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219866 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Alaska (610): Southeast Alaska 1955-2006 (608) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Alaska (610): Southeast Alaska 1955-2006 (608) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Alaska (610): Western Alaska 1954-2005 (610) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Great Alaska (610): Western Alaska 1954-2005 (610) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Great Alaska (610): Western Alaska 1954-2005 (610) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Great Alaska (610): Western Alaska 1954-2005 (610) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Great Alaska (610): Western Alaska 1954-2005 (610) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 15 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Alaska (610): Western Alaska 1954-2005 (610) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Alaska (610): Western Alaska 1954-2005 (610) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Alaska (610): Western Alaska 1954-2005 (610) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Alaska (610): Western Alaska 1954-2005 (610) | New Hampshire Insurance Company | GLA 282428 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Alaska (610): Western Alaska 1954-2005 (610) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219864 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Alaska (610): Western Alaska 1954-2005 (610) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Lakes FSC (784): Great Lakes FSC (784) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Great Lakes FSC (784): Great Lakes FSC (784) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Lakes FSC (784): Great Lakes FSC (784) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Lakes FSC (784): Great Lakes FSC (784) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Rivers (653): Great Rivers 1951- (653) | Insurance Company of North America | SBL 5 13 03 | 11/26/1969 | 1/1/1970 | 11/26/1969 | 1/1/1970 |
| Great Rivers (653): Great Rivers 1951- (653) | Columbia Insurance Company | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Great Rivers (653): Great Rivers 1951- (653) | Columbia Insurance Company | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Great Rivers (653): Great Rivers 1951- (653) | Columbia Insurance Company | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Great Rivers (653): Great Rivers 1951- (653) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Great Rivers (653): Great Rivers 1951- (653) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Great Rivers (653): Great Rivers 1951- (653) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Great Rivers (653): Great Rivers 1951- (653) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Great Rivers (653): Great Rivers 1951- (653) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Great Rivers (653): Great Rivers 1951- (653) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Great Rivers (653): Great Rivers 1951- (653) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Great Rivers (653): Great Rivers 1951- (653) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Rivers (653): Great Rivers 1951- (653) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Rivers (653): Great Rivers 1951- (653) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 12 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Rivers (653): Great Rivers 1951- (653) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Rivers (653): Great Rivers 1951- (653) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220162 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Rivers (653): Great Rivers 1951- (653) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Rivers (653): Great Rivers 1951- (653) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Smoky Mountain (557): Great Smoky Mountain (557) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Great Smoky Mountain (557): Great Smoky Mountain (557) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Great Smoky Mountain (557): Great Smoky Mountain (557) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Great Smoky Mountain (557): Great Smoky Mountain (557) | Insurance Company of North America | Unknown | 1/1/1972 | 4/1/1972 | 1/1/1972 | 4/1/1972 |
| Great Smoky Mountain (557): Great Smoky Mountain (557) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Great Smoky Mountain (557): Great Smoky Mountain (557) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Great Smoky Mountain (557): Great Smoky Mountain (557) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Great Smoky Mountain (557): Great Smoky Mountain (557) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Great Smoky Mountain (557): Great Smoky Mountain (557) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Great Smoky Mountain (557): Great Smoky Mountain (557) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Great Smoky Mountain (557): Great Smoky Mountain (557) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Smoky Mountain (557): Great Smoky Mountain (557) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 67 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Smoky Mountain (557): Great Smoky Mountain (557) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Smoky Mountain (557): Great Smoky Mountain (557) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220289 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Smoky Mountain (557): Great Smoky Mountain (557) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Southwest (412): Great Southwest Area 1976-1982 (412) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Southwest (412): Great Southwest Area 1976-1982 (412) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Southwest (412): Great Southwest Area 1976-1982 (412) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220198 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Southwest (412): Great Southwest Area 1976-1982 (412) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Southwest (412): Kit Carson 1955-1976 (412) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Great Southwest (412): Kit Carson 1955-1976 (412) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Southwest (412): Kit Carson 1955-1976 (412) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Southwest (412): Kit Carson 1955-1976 (412) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 46 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Trail (433): Great Trail 1971- (433) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Great Trail (433): Great Trail 1971- (433) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 71 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Trail (433): Great Trail 1971- (433) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 94 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Trail (433): Great Trail 1971- (433) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Trail (433): Great Trail 1971- (433) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Trail (433): Great Trail 1971- (433) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Trail (433): Great Trail 1971- (433) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220047 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Trail (433): Great Trail 1971- (433) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220121 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Insurance Company of North America | Unknown | 3/12/1964 | 3/12/1965 | 3/12/1964 | 3/12/1965 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Insurance Company of North America | Unknown | 3/12/1965 | 3/12/1966 | 3/12/1965 | 3/12/1966 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Insurance Company of North America | Unknown | 3/12/1966 | 3/11/1967 | 3/12/1966 | 3/11/1967 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Insurance Company of North America | SBL 4 29 61 | 3/11/1967 | 3/11/1968 | 3/11/1967 | 3/11/1968 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Insurance Company of North America | SBL 4 69 16 | 3/11/1968 | 3/11/1969 | 3/11/1968 | 3/11/1969 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Insurance Company of North America | SBL 4 69 16 | 3/11/1969 | 3/11/1970 | 3/11/1969 | 3/11/1970 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Insurance Company of North America | SBL 4 69 16 | 3/11/1970 | 3/11/1971 | 3/11/1970 | 3/11/1971 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Insurance Company of North America | Unknown | 3/11/1971 | 3/11/1972 | 3/11/1971 | 3/11/1972 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/11/1972 | 1/1/1973 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/11/1972 | 1/1/1973 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Buckeye Union Insurance Company | Unknown | 4/30/1975 | 4/30/1976 | 4/30/1975 | 4/30/1976 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 15 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Buckeye Union Insurance Company | Unknown | 4/30/1976 | 4/30/1977 | 4/30/1976 | 4/30/1977 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220068 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Trail (433): Mahoning Valley 1927-1993 (466) | Buckeye Union Insurance Company | Unknown | 4/30/1977 | 4/30/1978 | 4/30/1977 | 4/30/1978 |
| Great Trail (433): Northeast Ohio 1929-1993 (463) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Great Trail (433): Northeast Ohio 1929-1993 (463) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Trail (433): Northeast Ohio 1929-1993 (463) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 08 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Trail (433): Northeast Ohio 1929-1993 (463) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Trail (433): Northeast Ohio 1929-1993 (463) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Trail (433): Northeast Ohio 1929-1993 (463) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220061 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Trail (433): Northeast Ohio 1929-1993 (463) | Hartford Accident and Indemnity Company | 45 CBP 132079 | 8/1/1981 | 8/1/1982 | 8/1/1981 | 8/1/1982 |
| Great Trail (433): Northeast Ohio 1929-1993 (463) | Hartford Accident and Indemnity Company | 45 CBP 132079 | 8/1/1982 | 8/1/1983 | 8/1/1982 | 8/1/1983 |
| Great Trail (433): Northeast Ohio 1929-1993 (463) | Hartford Accident and Indemnity Company | 45 CBP 132079 | 8/1/1983 | 8/1/1984 | 8/1/1983 | 8/1/1984 |
| Great Trail (433): Western Reserve 1948-1993 (461) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Great Trail (433): Western Reserve 1948-1993 (461) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Great Trail (433): Western Reserve 1948-1993 (461) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Great Trail (433): Western Reserve 1948-1993 (461) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Great Trail (433): Western Reserve 1948-1993 (461) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Great Trail (433): Western Reserve 1948-1993 (461) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Great Trail (433): Western Reserve 1948-1993 (461) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Great Trail (433): Western Reserve 1948-1993 (461) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 14 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Trail (433): Western Reserve 1948-1993 (461) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Trail (433): Western Reserve 1948-1993 (461) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Great Trail (433): Western Reserve 1948-1993 (461) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 11/16/1977 | 1/1/1977 | 11/16/1977 |
| Great Trail (433): Western Reserve 1948-1993 (461) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Great Trail (433): Western Reserve 1948-1993 (461) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220067 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | Insurance Company of North America | Unknown | 8/1/1966 | 8/1/1967 | 8/1/1966 | 8/1/1967 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | Insurance Company of North America | SBL 48816 | 8/4/1968 | 8/4/1969 | 8/4/1968 | 8/4/1969 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | Insurance Company of North America | SBL 2 42 03 | 8/4/1969 | 8/4/1970 | 8/4/1969 | 8/4/1970 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | Insurance Company of North America | Unknown | 8/4/1970 | 8/4/1971 | 8/4/1970 | 8/4/1971 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | Insurance Company of North America | Unknown | 8/4/1971 | 8/4/1972 | 8/4/1971 | 8/4/1972 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 9/16/1972 | 1/1/1973 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 9/16/1972 | 1/1/1973 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | Insurance Company of North America | Unknown | 8/4/1972 | 9/16/1972 | 8/4/1972 | 9/16/1972 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | New Hampshire Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 07 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219858 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | Ambassador Insurance Company | Unknown | 1/14/1977 | 1/14/1978 | 1/14/1977 | 1/14/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Greater Alabama (001): Birmingham Area 1915-1996 (002) | New Hampshire Insurance Company | Unknown | 1/14/1977 | 1/14/1978 | 1/14/1977 | 1/14/1978 |
| Greater Alabama (001): Choccolocco 1921-1998 (001) | Insurance Company of North America | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Greater Alabama (001): Choccolocco 1921-1998 (001) | Insurance Company of North America | Unknown | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Greater Alabama (001): Choccolocco 1921-1998 (001) | Insurance Company of North America | Unknown | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Greater Alabama (001): Choccolocco 1921-1998 (001) | Insurance Company of North America | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Greater Alabama (001): Choccolocco 1921-1998 (001) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Greater Alabama (001): Choccolocco 1921-1998 (001) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Greater Alabama (001): Choccolocco 1921-1998 (001) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater Alabama (001): Choccolocco 1921-1998 (001) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Alabama (001): Choccolocco 1921-1998 (001) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Alabama (001): Choccolocco 1921-1998 (001) | National Union Fire Insurance Company of Pittsburgh, PA | BE121696 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Alabama (001): Choccolocco 1921-1998 (001) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Alabama (001): Choccolocco 1921-1998 (001) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219857 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | Insurance Company of North America | SBL 3 96 65 | 3/25/1966 | 3/25/1967 | 3/25/1966 | 3/25/1967 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | Insurance Company of North America | SBL 3 96 65 | 3/25/1967 | 3/25/1968 | 3/25/1967 | 3/25/1968 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | Insurance Company of North America | SBL 3 96 65 | 3/25/1968 | 3/25/1969 | 3/25/1968 | 3/25/1969 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | Insurance Company of North America | SBL 4 88 22 | 3/25/1969 | 3/25/1970 | 3/25/1969 | 3/25/1970 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | Insurance Company of North America | SBL 4 88 22 | 3/25/1970 | 3/25/1971 | 3/25/1970 | 3/25/1971 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | Insurance Company of North America | SBL 4 88 22 | 3/25/1971 | 3/25/1972 | 3/25/1971 | 3/25/1972 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | Hartford Accident and Indemnity Company | 10HUA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 10 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | New Hampshire Insurance Company | GLA 301317 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Alabama (001): Tennessee Valley 1934-1998 (659) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219860 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Insurance Company of North America | XBC 19014 | 6/11/1964 | 6/11/1965 | 6/11/1964 | 6/11/1965 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Insurance Company of North America | XBC 19014 | 6/11/1964 | 6/11/1965 | 6/11/1964 | 6/11/1965 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Insurance Company of North America | XBC 19014 | 6/11/1965 | 6/11/1966 | 6/11/1965 | 6/11/1966 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Insurance Company of North America | XBC 19014 | 6/11/1965 | 6/11/1966 | 6/11/1965 | 6/11/1966 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Insurance Company of North America | XBC 19014 | 6/11/1966 | 6/11/1967 | 6/11/1966 | 6/11/1967 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Insurance Company of North America | XBC 19014 | 6/11/1966 | 6/11/1967 | 6/11/1966 | 6/11/1967 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Employers Surplus Lines Insurance Company | E 60198 | 11/19/1969 | 11/19/1970 | 11/19/1969 | 11/19/1970 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Pacific Indemnity Company | Unknown | 11/19/1969 | 11/19/1970 | 11/19/1969 | 11/19/1970 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Employers Surplus Lines Insurance Company | Unknown | 11/19/1970 | 11/19/1971 | 11/19/1970 | 11/19/1971 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Pacific Indemnity Company | Unknown | 11/19/1970 | 11/19/1971 | 11/19/1970 | 11/19/1971 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Employers Surplus Lines Insurance Company | Unknown | 11/19/1971 | 11/19/1972 | 11/19/1971 | 11/19/1972 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Pacific Indemnity Company | Unknown | 11/19/1971 | 11/19/1972 | 11/19/1971 | 11/19/1972 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Employers Surplus Lines Insurance Company | Unknown | 11/19/1972 | 11/19/1973 | 11/19/1972 | 11/19/1973 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Pacific Indemnity Company | Unknown | 11/19/1972 | 11/19/1973 | 11/19/1972 | 11/19/1973 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Employers Surplus Lines Insurance Company | Unknown | 11/19/1973 | 11/19/1974 | 11/19/1973 | 11/19/1974 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Pacific Indemnity Company | Unknown | 11/19/1973 | 11/19/1974 | 11/19/1973 | 11/19/1974 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Employers Surplus Lines Insurance Company | Unknown | 11/19/1974 | 1/1/1975 | 11/19/1974 | 1/1/1975 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Pacific Indemnity Company | Unknown | 11/19/1974 | 1/1/1975 | 11/19/1974 | 1/1/1975 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 38 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | New Hampshire Insurance Company | SLP 27 56 32 | 4/1/1976 | 4/1/1977 | 4/1/1976 | 4/1/1977 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219886 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Los Angeles Area (033): Los Angeles Area 1945-2015 (033) | New Hampshire Insurance Company | Unknown | 4/1/1977 | 1/1/1978 | 4/1/1977 | 1/1/1978 |
| Greater Los Angeles Area (033): Old Baldy 1921-2006 (043) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater Los Angeles Area (033): Old Baldy 1921-2006 (043) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Los Angeles Area (033): Old Baldy 1921-2006 (043) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Los Angeles Area (033): Old Baldy 1921-2006 (043) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 31 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Los Angeles Area (033): Old Baldy 1921-2006 (043) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Los Angeles Area (033): Old Baldy 1921-2006 (043) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219880 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Los Angeles Area (033): Old Baldy 1921-2006 (043) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Los Angeles Area (033): Old Baldy 1921-2006 (043) | New Hampshire Insurance Company | GLA 282588 | 6/1/1977 | 6/1/1978 | 6/1/1977 | 6/1/1978 |
| Greater Los Angeles Area (033): San Gabriel Valley 1951-2015 (040) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater Los Angeles Area (033): San Gabriel Valley 1951-2015 (040) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Los Angeles Area (033): San Gabriel Valley 1951-2015 (040) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 43 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Los Angeles Area (033): San Gabriel Valley 1951-2015 (040) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Los Angeles Area (033): San Gabriel Valley 1951-2015 (040) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Los Angeles Area (033): San Gabriel Valley 1951-2015 (040) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219891 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater New York (640): Greater New York 1936-1967 (719) | Indemnity Insurance Company of North America | Unknown | 1/1/1959 | 1/1/1960 | 1/1/1959 | 1/1/1960 |
| Greater New York (640): Greater New York 1936-1967 (719) | Insurance Company of North America | Unknown | 1/1/1960 | 1/1/1961 | 1/1/1960 | 1/1/1961 |
| Greater New York (640): Greater New York 1936-1967 (719) | Insurance Company of North America | Unknown | 1/1/1961 | 1/1/1962 | 1/1/1961 | 1/1/1962 |
| Greater New York (640): Greater New York 1936-1967 (719) | Insurance Company of North America | Unknown | 1/1/1962 | 1/1/1963 | 1/1/1962 | 1/1/1963 |
| Greater New York (640): Greater New York 1936-1967 (719) | Insurance Company of North America | Unknown | 1/1/1963 | 1/1/1964 | 1/1/1963 | 1/1/1964 |
| Greater New York (640): Greater New York 1936-1967 (719) | Insurance Company of North America | Unknown | 1/1/1964 | 1/1/1965 | 1/1/1964 | 1/1/1965 |
| Greater New York (640): Greater New York 1936-1967 (719) | Insurance Company of North America | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Greater New York (640): Greater New York 1936-1967 (719) | Insurance Company of North America | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Greater New York (640): Greater New York 1967- (640) | Insurance Company of North America | Unknown | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Greater New York (640): Greater New York 1967- (640) | Insurance Company of North America | Unknown | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Greater New York (640): Greater New York 1967- (640) | Insurance Company of North America | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Greater New York (640): Greater New York 1967- (640) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Greater New York (640): Greater New York 1967- (640) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Greater New York (640): Greater New York 1967- (640) | Insurance Company of North America | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Greater New York (640): Greater New York 1967- (640) | Insurance Company of North America | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater New York (640): Greater New York 1967- (640) | Insurance Company of North America | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater New York (640): Greater New York 1967- (640) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater New York (640): Greater New York 1967- (640) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater New York (640): Greater New York 1967- (640) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 68 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater New York (640): Greater New York 1967- (640) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater New York (640): Greater New York 1967- (640) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater New York (640): Greater New York 1967- (640) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220021 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater New York, Bronx Borough (641): Greater New York, Bronx Borough (641) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater New York, Bronx Borough (641): Greater New York, Bronx Borough (641) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater New York, Bronx Borough (641): Greater New York, Bronx Borough (641) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater New York, Bronx Borough (641): Greater New York, Bronx Borough (641) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater New York, Brooklyn Borough (642): Brooklyn 1911-1967 (369) | Insurance Company of North America | GLP 15 57 72 | 7/16/1966 | 7/16/1967 | 7/16/1966 | 7/16/1967 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Greater New York, Brooklyn Borough (642): Brooklyn 1911-1967 (369) | Insurance Company of North America | GLP 15 57 72 | 7/16/1967 | 7/16/1968 | 7/16/1967 | 7/16/1968 |
| Greater New York, Brooklyn Borough (642): Brooklyn 1911-1967 (369) | Insurance Company of North America | GLP 15 57 72 | 7/16/1968 | 7/16/1969 | 7/16/1968 | 7/16/1969 |
| Greater New York, Brooklyn Borough (642): Greater New York, Brooklyn Borough (642) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater New York, Brooklyn Borough (642): Greater New York, Brooklyn Borough (642) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater New York, Brooklyn Borough (642): Greater New York, Brooklyn Borough (642) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater New York, Brooklyn Borough (642): Greater New York, Brooklyn Borough (642) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater New York, Manhattan Borough (643): Greater New York, Manhattan Borough (643) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater New York, Manhattan Borough (643): Greater New York, Manhattan Borough (643) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater New York, Manhattan Borough (643): Greater New York, Manhattan Borough (643) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater New York, Manhattan Borough (643): Greater New York, Manhattan Borough (643) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater New York, Queens Borough (644): Greater New York, Queens Borough (644) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater New York, Queens Borough (644): Greater New York, Queens Borough (644) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater New York, Queens Borough (644): Greater New York, Queens Borough (644) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater New York, Queens Borough (644): Greater New York, Queens Borough (644) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater New York, Staten Island Borough (645): Greater New York, Staten Island Borough (645) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater New York, Staten Island Borough (645): Greater New York, Staten Island Borough (645) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater New York, Staten Island Borough (645): Greater New York, Staten Island Borough (645) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater New York, Staten Island Borough (645): Greater New York, Staten Island Borough (645) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Niagara Frontier (380): Buffalo Area 1949-1967 (380) | Liberty Mutual Insurance Company | Unknown | 1/1/1958 | 1/1/1959 | 1/1/1958 | 1/1/1959 |
| Greater Niagara Frontier (380): Greater Niagara Frontier 1967- (380) | Royal Globe Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater Niagara Frontier (380): Greater Niagara Frontier 1967- (380) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater Niagara Frontier (380): Greater Niagara Frontier 1967- (380) | CNA | 59822227 | 2/7/1975 | 2/7/1976 | 2/7/1975 | 2/7/1976 |
| Greater Niagara Frontier (380): Greater Niagara Frontier 1967- (380) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Niagara Frontier (380): Greater Niagara Frontier 1967- (380) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 53 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Niagara Frontier (380): Greater Niagara Frontier 1967- (380) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Niagara Frontier (380): Greater Niagara Frontier 1967- (380) | CNA | Unknown | 2/19/1976 | 2/19/1977 | 2/19/1976 | 2/19/1977 |
| Greater Niagara Frontier (380): Greater Niagara Frontier 1967- (380) | Royal Globe Insurance Company | Unknown | 4/1/1976 | 4/1/1977 | 4/1/1976 | 4/1/1977 |
| Greater Niagara Frontier (380): Greater Niagara Frontier 1967- (380) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220005 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Niagara Frontier (380): Greater Niagara Frontier 1967- (380) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Niagara Frontier (380): Greater Niagara Frontier 1967- (380) | Royal Globe Insurance Company | Unknown | 4/1/1977 | 4/1/1978 | 4/1/1977 | 4/1/1978 |
| Greater Niagara Frontier (380): Greater Niagara Frontier 1967- (380) | Royal Insurance Co. of America | Unknown | 1/1/1981 | 1/1/1982 | 1/1/1981 | 1/1/1982 |
| Greater Niagara Frontier (380): Greater Niagara Frontier 1967- (380) | Royal Globe Insurance Company | Unknown | 1/1/1982 | 1/1/1983 | 1/1/1982 | 1/1/1983 |
| Greater St. Louis Area (312): Cahokia Mound 1925-1991 (128) | Insurance Company of North America | SBL 45390 | 7/1/1966 | 7/1/1967 | 7/1/1966 | 7/1/1967 |
| Greater St. Louis Area (312): Cahokia Mound 1925-1991 (128) | Insurance Company of North America | SBL 45390 | 7/1/1967 | 7/1/1968 | 7/1/1967 | 7/1/1968 |
| Greater St. Louis Area (312): Cahokia Mound 1925-1991 (128) | Insurance Company of North America | SBL 45390 | 7/1/1968 | 4/1/1969 | 7/1/1968 | 4/1/1969 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Greater St. Louis Area (312): Cahokia Mound 1925-1991 (128) | Insurance Company of North America | Unknown | 4/1/1969 | 4/1/1970 | 4/1/1969 | 4/1/1970 |
| Greater St. Louis Area (312): Cahokia Mound 1925-1991 (128) | Insurance Company of North America | Unknown | 4/1/1970 | 4/1/1971 | 4/1/1970 | 4/1/1971 |
| Greater St. Louis Area (312): Cahokia Mound 1925-1991 (128) | Insurance Company of North America | Unknown | 4/1/1971 | 4/1/1972 | 4/1/1971 | 4/1/1972 |
| Greater St. Louis Area (312): Cahokia Mound 1925-1991 (128) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater St. Louis Area (312): Cahokia Mound 1925-1991 (128) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Cahokia Mound 1925-1991 (128) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Cahokia Mound 1925-1991 (128) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 17 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Cahokia Mound 1925-1991 (128) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219963 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater St. Louis Area (312): Cahokia Mound 1925-1991 (128) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater St. Louis Area (312): Egyptian 1940-1994 (120) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater St. Louis Area (312): Egyptian 1940-1994 (120) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Egyptian 1940-1994 (120) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Egyptian 1940-1994 (120) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 18 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Egyptian 1940-1994 (120) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219964 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater St. Louis Area (312): Egyptian 1940-1994 (120) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater St. Louis Area (312): Lincoln Trails 1939-2018 (121) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater St. Louis Area (312): Lincoln Trails 1939-2018 (121) | Travelers Indemnity Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Lincoln Trails 1939-2018 (121) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Lincoln Trails 1939-2018 (121) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 14 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Lincoln Trails 1939-2018 (121) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Lincoln Trails 1939-2018 (121) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater St. Louis Area (312): Lincoln Trails 1939-2018 (121) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219960 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater St. Louis Area (312): Lincoln Trails 1939-2018 (121) | Cincinnati Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Insurance Company of North America | SBL 4 23 73 | 4/1/1965 | 4/1/1966 | 4/1/1965 | 4/1/1966 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Insurance Company of North America | SBL 4 23 73 | 4/1/1966 | 4/1/1967 | 4/1/1966 | 4/1/1967 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Insurance Company of North America | SBL 4 23 73 | 4/1/1967 | 4/1/1968 | 4/1/1967 | 4/1/1968 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Insurance Company of North America | SBL 4 69 33 | 4/1/1968 | 4/1/1969 | 4/1/1968 | 4/1/1969 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Insurance Company of North America | SBL 4 69 33 | 4/1/1969 | 4/1/1970 | 4/1/1969 | 4/1/1970 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Insurance Company of North America | SBL 4 69 33 | 4/1/1970 | 4/1/1971 | 4/1/1970 | 4/1/1971 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Insurance Company of North America | SBL 5 15 16 | 4/1/1971 | 4/1/1972 | 4/1/1971 | 4/1/1972 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Insurance Company of North America | XBC 118599 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | INA Insurance Company of Illinois | GLP 770115 | 1/1/1975 | 10/1/1975 | 1/1/1975 | 10/1/1975 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 09 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219956 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater St. Louis Area (312): Okaw Valley 1965-2017 (116) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater St. Louis Area (312): Piasa Bird 1930-1991 (112) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater St. Louis Area (312): Piasa Bird 1930-1991 (112) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Piasa Bird 1930-1991 (112) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 28 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Piasa Bird 1930-1991 (112) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Piasa Bird 1930-1991 (112) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219974 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater St. Louis Area (312): Piasa Bird 1930-1991 (112) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | Insurance Company of North America | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | Insurance Company of North America | GLP 429908 | 4/1/1974 | 4/1/1975 | 4/1/1974 | 4/1/1975 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | Insurance Company of North America | GLP 43 02 89 | 4/1/1975 | 4/1/1976 | 4/1/1975 | 4/1/1976 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 15 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220166 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater St. Louis Area (312): Saint Louis 1911-1995 (312) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater St. Louis Area (312): Southeast Missouri 1930-1993 (305) | Insurance Company of North America | SBL 51306 | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Greater St. Louis Area (312): Southeast Missouri 1930-1993 (305) | Insurance Company of North America | SBL 51306 | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Greater St. Louis Area (312): Southeast Missouri 1930-1993 (305) | Insurance Company of North America | SBL 51306 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Greater St. Louis Area (312): Southeast Missouri 1930-1993 (305) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater St. Louis Area (312): Southeast Missouri 1930-1993 (305) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater St. Louis Area (312): Southeast Missouri 1930-1993 (305) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater St. Louis Area (312): Southeast Missouri 1930-1993 (305) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater St. Louis Area (312): Southeast Missouri 1930-1993 (305) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater St. Louis Area (312): Southeast Missouri 1930-1993 (305) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Southeast Missouri 1930-1993 (305) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Southeast Missouri 1930-1993 (305) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Southeast Missouri 1930-1993 (305) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 11 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater St. Louis Area (312): Southeast Missouri 1930-1993 (305) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220161 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater St. Louis Area (312): Southeast Missouri 1930-1993 (305) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater St. Louis Area (312): Southeast Missouri 1930-1993 (305) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | Insurance Company of North America | SBL 46156 | 7/10/1969 | 7/10/1970 | 7/10/1969 | 7/10/1970 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | Insurance Company of North America | SBL 46177 | 7/10/1970 | 7/10/1971 | 7/10/1970 | 7/10/1971 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | Insurance Company of North America | Unknown | 7/10/1971 | 7/1/1972 | 7/10/1971 | 7/1/1972 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 85 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | New Hampshire Insurance Company | GLA 332345 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219933 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Tampa Bay Area (089): Gulf Ridge -2016 (086) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Tampa Bay Area (089): Pinellas 1930-1970 (089) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Greater Tampa Bay Area (089): Pinellas 1930-1970 (089) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Greater Tampa Bay Area (089): Pinellas 1930-1970 (089) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Greater Tampa Bay Area (089): Pinellas 1930-1970 (089) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater Tampa Bay Area (089): Pinellas 1930-1970 (089) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater Tampa Bay Area (089): Pinellas 1930-1970 (089) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater Tampa Bay Area (089): Pinellas 1930-1970 (089) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219931 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Tampa Bay Area (089): Pinellas Area 1970-1978 (089) | Insurance Company of North America | SBL 5 11 90 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Greater Tampa Bay Area (089): Pinellas Area 1970-1978 (089) | Insurance Company of North America | SBL 5 11 90 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Greater Tampa Bay Area (089): Pinellas Area 1970-1978 (089) | Insurance Company of North America | SBL 5 11 90 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Greater Tampa Bay Area (089): Pinellas Area 1970-1978 (089) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater Tampa Bay Area (089): Pinellas Area 1970-1978 (089) | Hartford Accident and Indemnity Company | 21 CBP 158051 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater Tampa Bay Area (089): Pinellas Area 1970-1978 (089) | Hartford Accident and Indemnity Company | 21 CBP 158051 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Tampa Bay Area (089): Pinellas Area 1970-1978 (089) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 83 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Tampa Bay Area (089): Pinellas Area 1970-1978 (089) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Tampa Bay Area (089): Pinellas Area 1970-1978 (089) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Tampa Bay Area (089): Pinellas Area 1970-1978 (089) | New Hampshire Insurance Company | GLA 282407 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Tampa Bay Area (089): Pinellas Area 1970-1978 (089) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Insurance Company of North America | SBL 4 29 91 | 3/1/1965 | 3/1/1966 | 3/1/1965 | 3/1/1966 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Insurance Company of North America | SBL 4 29 91 | 3/1/1966 | 3/1/1967 | 3/1/1966 | 3/1/1967 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Insurance Company of North America | SBL 4 29 91 | 3/1/1967 | 3/1/1968 | 3/1/1967 | 3/1/1968 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Insurance Company of North America | SBL 4 69 22 | 3/1/1968 | 3/1/1969 | 3/1/1968 | 3/1/1969 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Insurance Company of North America | SBL 4 69 02 | 3/1/1968 | 3/1/1969 | 3/1/1968 | 3/1/1969 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Insurance Company of North America | SBL 4 69 22 | 3/1/1969 | 3/1/1970 | 3/1/1969 | 3/1/1970 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Insurance Company of North America | SBL 4 69 02 | 3/1/1969 | 3/1/1970 | 3/1/1969 | 3/1/1970 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Insurance Company of North America | SBL 4 69 22 | 3/1/1970 | 3/1/1971 | 3/1/1970 | 3/1/1971 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Insurance Company of North America | SBL 4 69 02 | 3/1/1970 | 3/1/1971 | 3/1/1970 | 3/1/1971 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Insurance Company of North America | SBL 5 15 17 | 3/1/1971 | 3/1/1972 | 3/1/1971 | 3/1/1972 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 49 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220266 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Wyoming (638): Central Wyoming 1918-2016 (638) | United States Fidelity and Guaranty Company | 1CCA35720 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Wyoming (638): Greater Wyoming 2016- (638) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater Yosemite (059): Forty-Niner 1957-1997 (052) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater Yosemite (059): Forty-Niner 1957-1997 (052) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Yosemite (059): Forty-Niner 1957-1997 (052) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Yosemite (059): Forty-Niner 1957-1997 (052) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Yosemite (059): Forty-Niner 1957-1997 (052) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 56 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Yosemite (059): Forty-Niner 1957-1997 (052) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Yosemite (059): Forty-Niner 1957-1997 (052) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219904 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | Insurance Company of North America | SBL 50441 | 1/25/1969 | 1/25/1970 | 1/25/1969 | 1/25/1970 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | Insurance Company of North America | SBL 50441 | 1/25/1970 | 1/25/1971 | 1/25/1970 | 1/25/1971 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | Insurance Company of North America | SBL 50441 | 1/25/1971 | 1/25/1972 | 1/25/1971 | 1/25/1972 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/25/1972 | 1/1/1973 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/25/1972 | 1/1/1973 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 40 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219888 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | New Hampshire Insurance Company | GLA 301313 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | New Hampshire Insurance Company | GLA 332339 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greater Yosemite (059): Yosemite Area 1922-1998 (059) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Green Mountain (592): Calvin Coolidge 1936-1965 (747) | American Fidelity Company | Unknown | 6/30/1961 | 6/30/1962 | 6/30/1961 | 6/30/1962 |
| Green Mountain (592): Calvin Coolidge 1936-1965 (747) | American Fidelity & Casualty | Unknown | 1/1/1963 | 1/1/1964 | 1/1/1963 | 1/1/1964 |
| Green Mountain (592): Calvin Coolidge 1936-1965 (747) | New Hampshire Insurance Company | BSA 600214 | 5/1/1963 | 11/1/1963 | 5/1/1963 | 11/1/1963 |
| Green Mountain (592): Calvin Coolidge 1936-1965 (747) | New Hampshire Insurance Company | BSA 600215 | 5/1/1964 | 11/1/1964 | 5/1/1964 | 11/1/1964 |
| Green Mountain (592): Calvin Coolidge 1936-1965 (747) | American Fidelity Company | Unknown | 11/1/1964 | 11/1/1965 | 11/1/1964 | 11/1/1965 |
| Green Mountain (592): Green Mountain 1929-1965 (593) | Globe Indemnity Company | GLH 955316 | 11/14/1955 | 11/14/1956 | 11/14/1955 | 11/14/1956 |
| Green Mountain (592): Green Mountain 1929-1965 (593) | Allstate Insurance Company | 19 527 058 | 1/1/1956 | 1/1/1957 | 1/1/1956 | 1/1/1957 |
| Green Mountain (592): Green Mountain 1929-1965 (593) | New England Insurance Company | SMC 70 89 26 | 5/2/1957 | 5/2/1958 | 5/2/1957 | 5/2/1958 |
| Green Mountain (592): Green Mountain 1929-1965 (593) | New England Insurance Company | SOLT 73 72 50 | 5/28/1957 | 5/28/1958 | 5/28/1957 | 5/28/1958 |
| Green Mountain (592): Green Mountain 1929-1965 (593) | Globe Indemnity Company | GLH 129332 | 11/14/1957 | 11/14/1958 | 11/14/1957 | 11/14/1958 |
| Green Mountain (592): Green Mountain 1929-1965 (593) | New England Insurance Company | SMC 800871 | 5/2/1958 | 5/2/1959 | 5/2/1958 | 5/2/1959 |
| Green Mountain (592): Green Mountain 1929-1965 (593) | New England Insurance Company | SOLT 803705 | 5/28/1958 | 5/28/1959 | 5/28/1958 | 5/28/1959 |
| Green Mountain (592): Green Mountain 1929-1965 (593) | Royal Indemnity Company | RLH308743 | 5/28/1959 | 5/28/1960 | 5/28/1959 | 5/28/1960 |
| Green Mountain (592): Green Mountain 1929-1965 (593) | Royal Indemnity Company | RLH 313670 | 5/28/1960 | 5/28/1961 | 5/28/1960 | 5/28/1961 |
| Green Mountain (592): Green Mountain 1929-1965 (593) | Royal Indemnity Company | RLH319122 | 5/28/1961 | 5/28/1962 | 5/28/1961 | 5/28/1962 |
| Green Mountain (592): Green Mountain 1929-1965 (593) | American Fidelity & Casualty | Unknown | 4/1/1962 | 4/1/1963 | 4/1/1962 | 4/1/1963 |
| Green Mountain (592): Green Mountain 1972- (592) | New Hampshire Insurance Company | Unknown | 5/1/1974 | 5/1/1975 | 5/1/1974 | 5/1/1975 |
| Green Mountain (592): Green Mountain 1972- (592) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Green Mountain (592): Green Mountain 1972- (592) | New Hampshire Insurance Company | Unknown | 5/1/1975 | 5/1/1976 | 5/1/1975 | 5/1/1976 |
| Green Mountain (592): Green Mountain 1972- (592) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Green Mountain (592): Green Mountain 1972- (592) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Green Mountain (592): Green Mountain 1972- (592) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 07 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Green Mountain (592): Green Mountain 1972- (592) | New Hampshire Insurance Company | Unknown | 5/1/1976 | 5/1/1977 | 5/1/1976 | 5/1/1977 |
| Green Mountain (592): Green Mountain 1972- (592) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220229 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Green Mountain (592): Green Mountain 1972- (592) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Green Mountain (592): Green Mountain 1972- (592) | New Hampshire Insurance Company | Unknown | 5/1/1977 | 5/1/1978 | 5/1/1977 | 5/1/1978 |
| Green Mountain (592): Green Mountain 1972- (592) | General Accident | Unknown | 1/1/1978 | 1/1/1979 | 1/1/1978 | 1/1/1979 |
| Green Mountain (592): Green Mountain 1972- (592) | General Accident | Unknown | 1/1/1979 | 1/1/1980 | 1/1/1979 | 1/1/1980 |
| Green Mountain (592): Long Trail 1933-1972 (592) | Aetna Casualty and Surety Company | 09AL134423 | 6/25/1968 | 6/25/1969 | 6/25/1968 | 6/25/1969 |
| Green Mountain (592): Long Trail 1933-1972 (592) | Aetna Casualty and Surety Company | 09AL137072 | 6/25/1969 | 6/25/1970 | 6/25/1969 | 6/25/1970 |
| Green Mountain (592): Long Trail 1933-1972 (592) | Aetna Casualty and Surety Company | 9AL141700 | 6/25/1971 | 6/25/1972 | 6/25/1971 | 6/25/1972 |
| Greenwich (067): Greenwich (067) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Greenwich (067): Greenwich (067) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Greenwich (067): Greenwich (067) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greenwich (067): Greenwich (067) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Greenwich (067): Greenwich (067) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greenwich (067): Greenwich (067) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Greenwich (067): Greenwich (067) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Greenwich (067): Greenwich (067) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greenwich (067): Greenwich (067) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greenwich (067): Greenwich (067) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 68 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Greenwich (067): Greenwich (067) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Greenwich (067): Greenwich (067) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greenwich (067): Greenwich (067) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219916 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Greenwich (067): Greenwich (067) | New Hampshire Insurance Company | GLA210242 | 2/4/1977 | 2/4/1978 | 2/4/1977 | 2/4/1978 |
| Gulf Coast (773): Gulf Coast (773) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Gulf Coast (773): Gulf Coast (773) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Gulf Coast (773): Gulf Coast (773) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Gulf Coast (773): Gulf Coast (773) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Gulf Coast (773): Gulf Coast (773) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Gulf Coast (773): Gulf Coast (773) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Gulf Coast (773): Gulf Coast (773) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Gulf Coast (773): Gulf Coast (773) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 81 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Gulf Coast (773): Gulf Coast (773) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Gulf Coast (773): Gulf Coast (773) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Gulf Coast (773): Gulf Coast (773) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Gulf Coast (773): Gulf Coast (773) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219929 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Gulf Stream (085): Gulf Stream 1937-1995 (085) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Gulf Stream (085): Gulf Stream 1937-1995 (085) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Gulf Stream (085): Gulf Stream 1937-1995 (085) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 86 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Gulf Stream (085): Gulf Stream 1937-1995 (085) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Gulf Stream (085): Gulf Stream 1937-1995 (085) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Gulf Stream (085): Gulf Stream 1937-1995 (085) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219934 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Gulf Stream (085): Gulf Stream 1995- (085) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Gulf Stream (085): Gulf Stream 1995- (085) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Gulf Stream (085): Gulf Stream 1995- (085) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Gulf Stream (085): Gulf Stream 1995- (085) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Gulf Stream (085): Gulf Stream 1995- (085) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Gulf Stream (085): Gulf Stream 1995- (085) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Gulf Stream (085): Gulf Stream 1995- (085) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Gulf Stream (085): Gulf Stream 1995- (085) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Hawk Mountain (528): Hawk Mountain 1970- (528) | Hartford Fire Insurance Company | 39 CBP 109170 | 10/29/1970 | 10/29/1971 | 10/29/1970 | 10/29/1971 |
| Hawk Mountain (528): Hawk Mountain 1970- (528) | Hartford Fire Insurance Company | 39 CBP 109170 | 10/29/1971 | 10/29/1972 | 10/29/1971 | 10/29/1972 |
| Hawk Mountain (528): Hawk Mountain 1970- (528) | Hartford Fire Insurance Company | 39 CBP 109170 | 10/29/1972 | 10/29/1973 | 10/29/1972 | 10/29/1973 |
| Hawk Mountain (528): Hawk Mountain 1970- (528) | Twin City Fire Insurance Company | 39 CBP 161610 | 10/29/1973 | 10/29/1974 | 10/29/1973 | 10/29/1974 |
| Hawk Mountain (528): Hawk Mountain 1970- (528) | Twin City Fire Insurance Company | 39 CBP 161610 | 10/29/1974 | 10/29/1975 | 10/29/1974 | 10/29/1975 |
| Hawk Mountain (528): Hawk Mountain 1970- (528) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Hawk Mountain (528): Hawk Mountain 1970- (528) | Twin City Fire Insurance Company | 39 CBP 161610 | 10/29/1975 | 10/29/1976 | 10/29/1975 | 10/29/1976 |
| Hawk Mountain (528): Hawk Mountain 1970- (528) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 45 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hawk Mountain (528): Hawk Mountain 1970- (528) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hawk Mountain (528): Hawk Mountain 1970- (528) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hawk Mountain (528): Hawk Mountain 1970- (528) | Twin City Fire Insurance Company | 44 CBP 448087 | 10/29/1976 | 10/29/1977 | 10/29/1976 | 10/29/1977 |
| Hawk Mountain (528): Hawk Mountain 1970- (528) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220100 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Hawk Mountain (528): Hawk Mountain 1970- (528) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Hawk Mountain (528): Hawk Mountain 1970- (528) | Twin City Fire Insurance Company | 44 CBP 448087 | 10/29/1977 | 10/29/1978 | 10/29/1977 | 10/29/1978 |
| Hawk Mountain (528): Hawk Mountain 1970- (528) | Twin City Fire Insurance Company | 44 CBP 448087 | 10/29/1978 | 10/29/1979 | 10/29/1978 | 10/29/1979 |
| Hawkeye Area (172): Hawkeye Area 1952- (172) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Hawkeye Area (172): Hawkeye Area 1952- (172) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hawkeye Area (172): Hawkeye Area 1952- (172) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hawkeye Area (172): Hawkeye Area 1952- (172) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 40 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hawkeye Area (172): Hawkeye Area 1952- (172) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219986 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Hawkeye Area (172): Hawkeye Area 1952- (172) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Hawkeye Area (172): Hawkeye Area 1952- (172) | Crum & Forster | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Heart of America (307): Heart of America 1974- (307) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Heart of America (307): Heart of America 1974- (307) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of America (307): Heart of America 1974- (307) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of America (307): Heart of America 1974- (307) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 47 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of America (307): Heart of America 1974- (307) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Heart of America (307): Heart of America 1974- (307) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219995 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Heart of America (307): Kansas City Area 1925-1974 (309) | Insurance Company of North America | Unknown | 5/14/1969 | 5/14/1970 | 5/14/1969 | 5/14/1970 |
| Heart of America (307): Kansas City Area 1925-1974 (309) | Insurance Company of North America | Unknown | 5/14/1970 | 5/14/1971 | 5/14/1970 | 5/14/1971 |
| Heart of America (307): Kansas City Area 1925-1974 (309) | Insurance Company of North America | Unknown | 5/14/1971 | 5/14/1972 | 5/14/1971 | 5/14/1972 |
| Heart of America (307): Kansas City Area 1925-1974 (309) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/16/1972 | 1/1/1973 |
| Heart of America (307): Kansas City Area 1925-1974 (309) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/16/1972 | 1/1/1973 |
| Heart of America (307): Kansas City Area 1925-1974 (309) | Insurance Company of North America | Unknown | 5/14/1972 | 5/16/1972 | 5/14/1972 | 5/16/1972 |
| Heart of America (307): Kansas City Area 1925-1974 (309) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Heart of America (307): Kansas City Area 1925-1974 (309) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Heart of America (307): Kansas City Area 1925-1974 (309) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Heart of America (307): Kansas City Area 1925-1974 (309) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Heart of America (307): Kansas City Area 1925-1974 (309) | Insurance Company of North America | GLP 42 40 26 | 6/18/1974 | 9/11/1974 | 6/18/1974 | 9/11/1974 |
| Heart of New England (230): Mohegan 1955-2018 (254) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Heart of New England (230): Mohegan 1955-2018 (254) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of New England (230): Mohegan 1955-2018 (254) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 85 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of New England (230): Mohegan 1955-2018 (254) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of New England (230): Mohegan 1955-2018 (254) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Heart of New England (230): Mohegan 1955-2018 (254) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220136 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Heart of New England (230): Monadnock 1924-1993 (232) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Heart of New England (230): Monadnock 1924-1993 (232) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Heart of New England (230): Monadnock 1924-1993 (232) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Heart of New England (230): Monadnock 1924-1993 (232) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Heart of New England (230): Monadnock 1924-1993 (232) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Heart of New England (230): Monadnock 1924-1993 (232) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 73 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of New England (230): Monadnock 1924-1993 (232) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of New England (230): Monadnock 1924-1993 (232) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of New England (230): Monadnock 1924-1993 (232) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Heart of New England (230): Monadnock 1924-1993 (232) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220123 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Heart of New England (230): Nashua Valley -2018 (230) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/30/1972 | 1/1/1973 |
| Heart of New England (230): Nashua Valley -2018 (230) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/30/1972 | 1/1/1973 |
| Heart of New England (230): Nashua Valley -2018 (230) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Heart of New England (230): Nashua Valley -2018 (230) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Heart of New England (230): Nashua Valley -2018 (230) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Heart of New England (230): Nashua Valley -2018 (230) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Heart of New England (230): Nashua Valley -2018 (230) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Heart of New England (230): Nashua Valley -2018 (230) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of New England (230): Nashua Valley -2018 (230) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 76 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of New England (230): Nashua Valley -2018 (230) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of New England (230): Nashua Valley -2018 (230) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220126 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Heart of New England (230): Nashua Valley -2018 (230) | New Hampshire Insurance Company | SLP 448251 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Heart of New England (230): Nashua Valley -2018 (230) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Heart of Virginia (602): Heart of Virginia (602) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Heart of Virginia (602): Heart of Virginia (602) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of Virginia (602): Heart of Virginia (602) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of Virginia (602): Heart of Virginia (602) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | CGL 20 87 40 | 5/27/1963 | 5/26/1964 | 5/27/1963 | 5/26/1964 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | Unknown | 5/26/1964 | 5/26/1965 | 5/26/1964 | 5/26/1965 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | Unknown | 5/26/1965 | 5/26/1966 | 5/26/1965 | 5/26/1966 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | Unknown | 5/26/1966 | 5/26/1967 | 5/26/1966 | 5/26/1967 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | Unknown | 5/26/1967 | 5/26/1968 | 5/26/1967 | 5/26/1968 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | Unknown | 5/26/1968 | 5/26/1969 | 5/26/1968 | 5/26/1969 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | Unknown | 5/26/1969 | 1/1/1970 | 5/26/1969 | 1/1/1970 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | GLP 461031 | 5/27/1973 | 5/27/1974 | 5/27/1973 | 5/27/1974 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Mutual Fire, Marine and Inland Insurance Company (The) | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | GLP 461031 | 5/27/1974 | 5/27/1975 | 5/27/1974 | 5/27/1975 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | North River Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | GLP 461031 | 5/27/1975 | 5/26/1976 | 5/27/1975 | 5/26/1976 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 12 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | North River Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | GLP 64 71 57 | 5/27/1976 | 5/27/1977 | 5/27/1976 | 5/27/1977 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Insurance Company of North America | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | North River Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220233 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Hartford Casualty Insurance Company | 14 UUC CZ6576 | 6/9/1998 | 6/9/1999 | 6/9/1998 | 6/9/1999 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Hartford Casualty Insurance Company | 14 UUC CZ6576 | 6/9/1999 | 6/9/2000 | 6/9/1999 | 6/9/2000 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Hartford Casualty Insurance Company | 14 UUC CZ6576 | 6/9/2000 | 6/9/2001 | 6/9/2000 | 6/9/2001 |
| Heart of Virginia (602): Robert E. Lee 1953-2003 (602) | Hartford Casualty Insurance Company | 14 UUC CZ6576 | 6/9/2001 | 6/9/2002 | 6/9/2001 | 6/9/2002 |
| Hoosier Trails (145): Hoosier Trails 1973- (145) | Twin City Fire Insurance Company | 736 CBP 109458 | 4/1/1973 | 4/1/1974 | 4/1/1973 | 4/1/1974 |
| Hoosier Trails (145): Hoosier Trails 1973- (145) | Twin City Fire Insurance Company | 736 CBP 109458 | 4/1/1974 | 4/1/1975 | 4/1/1974 | 4/1/1975 |
| Hoosier Trails (145): Hoosier Trails 1973- (145) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Hoosier Trails (145): Hoosier Trails 1973- (145) | Twin City Fire Insurance Company | 736 CBP 109458 | 4/1/1975 | 4/1/1976 | 4/1/1975 | 4/1/1976 |
| Hoosier Trails (145): Hoosier Trails 1973- (145) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hoosier Trails (145): Hoosier Trails 1973- (145) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 29 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hoosier Trails (145): Hoosier Trails 1973- (145) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hoosier Trails (145): Hoosier Trails 1973- (145) | Twin City Fire Insurance Company | 36 CBP 185443 | 4/1/1976 | 4/1/1977 | 4/1/1976 | 4/1/1977 |
| Hoosier Trails (145): Hoosier Trails 1973- (145) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Hoosier Trails (145): Hoosier Trails 1973- (145) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219975 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Hoosier Trails (145): Hoosier Trails 1973- (145) | Twin City Fire Insurance Company | 36 CBP 185443 | 4/1/1977 | 4/1/1978 | 4/1/1977 | 4/1/1978 |
| Hoosier Trails (145): Hoosier Trails 1973- (145) | Twin City Fire Insurance Company | 36 CBP 185443 | 4/1/1978 | 4/1/1979 | 4/1/1978 | 4/1/1979 |
| Hoosier Trails (145): White River Area 1927-1973 (145) | Insurance Company of North America | SBL-4-10-75 | 2/27/1966 | 2/27/1967 | 2/27/1966 | 2/27/1967 |
| Hoosier Trails (145): White River Area 1927-1973 (145) | Insurance Company of North America | SBL-4-67-26 | 2/27/1967 | 2/27/1968 | 2/27/1967 | 2/27/1968 |
| Hoosier Trails (145): White River Area 1927-1973 (145) | Insurance Company of North America | SBL 46763 | 2/27/1969 | 2/27/1970 | 2/27/1969 | 2/27/1970 |
| Hoosier Trails (145): White River Area 1927-1973 (145) | Insurance Company of North America | SBL 46763 | 2/27/1970 | 2/27/1971 | 2/27/1970 | 2/27/1971 |
| Hoosier Trails (145): White River Area 1927-1973 (145) | Insurance Company of North America | SBL 4 67 96 | 2/27/1971 | 2/27/1972 | 2/27/1971 | 2/27/1972 |
| Housatonic (069): Housatonic (069) | Insurance Company of North America | SBL 4 29 88 | 5/1/1965 | 5/1/1966 | 5/1/1965 | 5/1/1966 |
| Housatonic (069): Housatonic (069) | Insurance Company of North America | SBL 4 29 88 | 5/1/1966 | 5/1/1967 | 5/1/1966 | 5/1/1967 |
| Housatonic (069): Housatonic (069) | Insurance Company of North America | SBL 4 29 88 | 5/1/1967 | 5/1/1968 | 5/1/1967 | 5/1/1968 |
| Housatonic (069): Housatonic (069) | Insurance Company of North America | SBL 4 69 43 | 5/1/1968 | 5/1/1969 | 5/1/1968 | 5/1/1969 |
| Housatonic (069): Housatonic (069) | Insurance Company of North America | SBL 4 69 43 | 5/1/1969 | 5/1/1970 | 5/1/1969 | 5/1/1970 |
| Housatonic (069): Housatonic (069) | Insurance Company of North America | SBL 4 69 43 | 5/1/1970 | 5/1/1971 | 5/1/1970 | 5/1/1971 |
| Housatonic (069): Housatonic (069) | Insurance Company of North America | SBL 51537 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Housatonic (069): Housatonic (069) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/1/1972 | 1/1/1973 |
| Housatonic (069): Housatonic (069) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/1/1972 | 1/1/1973 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Housatonic (069): Housatonic (069) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Housatonic (069): Housatonic (069) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Housatonic (069): Housatonic (069) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Housatonic (069): Housatonic (069) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Housatonic (069): Housatonic (069) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Housatonic (069): Housatonic (069) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Housatonic (069): Housatonic (069) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 67 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Housatonic (069): Housatonic (069) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Housatonic (069): Housatonic (069) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219915 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Housatonic (069): Housatonic (069) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Hudson Valley (374): Dutchess County 1919-1996 (374) | Insurance Company of North America | GAL-40332 | 3/24/1968 | 3/24/1969 | 3/24/1968 | 3/24/1969 |
| Hudson Valley (374): Dutchess County 1919-1996 (374) | Insurance Company of North America | GAL-8-46-50 | 3/24/1969 | 3/24/1970 | 3/24/1969 | 3/24/1970 |
| Hudson Valley (374): Dutchess County 1919-1996 (374) | Insurance Company of North America | GAL-8-61-59 | 3/24/1970 | 3/24/1971 | 3/24/1970 | 3/24/1971 |
| Hudson Valley (374): Dutchess County 1919-1996 (374) | Insurance Company of North America | Unknown | 3/24/1971 | 3/24/1972 | 3/24/1971 | 3/24/1972 |
| Hudson Valley (374): Dutchess County 1919-1996 (374) | Insurance Company of North America | Unknown | 3/24/1972 | 3/24/1973 | 3/24/1972 | 3/24/1973 |
| Hudson Valley (374): Dutchess County 1919-1996 (374) | Insurance Company of North America | Unknown | 3/24/1973 | 3/24/1974 | 3/24/1973 | 3/24/1974 |
| Hudson Valley (374): Dutchess County 1919-1996 (374) | Insurance Company of North America | Unknown | 3/24/1974 | 1/1/1975 | 3/24/1974 | 1/1/1975 |
| Hudson Valley (374): Dutchess County 1919-1996 (374) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Hudson Valley (374): Dutchess County 1919-1996 (374) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hudson Valley (374): Dutchess County 1919-1996 (374) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 61 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hudson Valley (374): Dutchess County 1919-1996 (374) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hudson Valley (374): Dutchess County 1919-1996 (374) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220014 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Hudson Valley (374): Dutchess County 1919-1996 (374) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Hudson Valley (374): Hudson-Delaware 1958-1996 (392) | Insurance Company of North America | XBC 83413 | 6/27/1973 | 6/27/1974 | 6/27/1973 | 6/27/1974 |
| Hudson Valley (374): Hudson-Delaware 1958-1996 (392) | Insurance Company of North America | Unknown | 6/27/1973 | 6/27/1974 | 6/27/1973 | 6/27/1974 |
| Hudson Valley (374): Hudson-Delaware 1958-1996 (392) | Insurance Company of North America | Unknown | 6/27/1974 | 1/1/1975 | 6/27/1974 | 1/1/1975 |
| Hudson Valley (374): Hudson-Delaware 1958-1996 (392) | Insurance Company of North America | XBC 83413 | 6/27/1974 | 6/27/1975 | 6/27/1974 | 6/27/1975 |
| Hudson Valley (374): Hudson-Delaware 1958-1996 (392) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Hudson Valley (374): Hudson-Delaware 1958-1996 (392) | Insurance Company of North America | XBC 83413 | 6/27/1975 | 6/27/1976 | 6/27/1975 | 6/27/1976 |
| Hudson Valley (374): Hudson-Delaware 1958-1996 (392) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hudson Valley (374): Hudson-Delaware 1958-1996 (392) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 67 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hudson Valley (374): Hudson-Delaware 1958-1996 (392) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hudson Valley (374): Hudson-Delaware 1958-1996 (392) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220020 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Hudson Valley (374): Hudson-Delaware 1958-1996 (392) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 12/16/1972 | 1/1/1973 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 12/16/1972 | 1/1/1973 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | Fireman's Fund Insurance Company | L6644883 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | Fireman's Fund Insurance Company | LX2667007 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | Fireman's Fund Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 75 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220028 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | New Hampshire Insurance Company | GLA 282494 | 5/10/1977 | 5/10/1978 | 5/10/1977 | 5/10/1978 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | New Hampshire Insurance Company | SLP 275625 | 5/20/1977 | 5/20/1978 | 5/20/1977 | 5/20/1978 |
| Hudson Valley (374): Rockland County 1924-1996 (683) | New Hampshire Insurance Company | GLA 282494 | 5/10/1978 | 5/20/1978 | 5/10/1978 | 5/20/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | SBL 4 78 99 | 6/1/1967 | 5/31/1968 | 6/1/1967 | 5/31/1968 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | SBL 47934 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | SBL 52104 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | SBL 52123 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | SB 52145 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | GAL 12 73 95 | 6/1/1972 | 12/1/1972 | 6/1/1972 | 12/1/1972 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | XBC 10 19 73 | 12/1/1972 | 6/1/1973 | 12/1/1972 | 6/1/1973 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | GAL 12 73 95 | 12/1/1972 | 6/1/1973 | 12/1/1972 | 6/1/1973 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | GAL 21 38 79 | 6/1/1973 | 6/1/1974 | 6/1/1973 | 6/1/1974 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | XBC 10 20 50 | 6/1/1973 | 6/1/1974 | 6/1/1973 | 6/1/1974 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | XBC 10 21 77 | 6/1/1974 | 6/1/1975 | 6/1/1974 | 6/1/1975 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | GAL 21 50 78 | 6/1/1974 | 6/1/1975 | 6/1/1974 | 6/1/1975 |
| Illowa (133): Illowa 1967- (133) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | GAL 32 96 17 | 6/1/1975 | 6/1/1976 | 6/1/1975 | 6/1/1976 |
| Illowa (133): Illowa 1967- (133) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Illowa (133): Illowa 1967- (133) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 38 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Illowa (133): Illowa 1967- (133) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | GAL 34 36 68 | 6/1/1976 | 6/1/1977 | 6/1/1976 | 6/1/1977 |
| Illowa (133): Illowa 1967- (133) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Illowa (133): Illowa 1967- (133) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219984 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Illowa (133): Illowa 1967- (133) | Insurance Company of North America | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Illowa (133): Prairie 1941-1993 (125) | Insurance Company of North America | SBL 4 29 95 | 3/25/1965 | 3/25/1966 | 3/25/1965 | 3/25/1966 |
| Illowa (133): Prairie 1941-1993 (125) | Insurance Company of North America | SBL 4 29 95 | 3/25/1966 | 3/25/1967 | 3/25/1966 | 3/25/1967 |
| Illowa (133): Prairie 1941-1993 (125) | Insurance Company of North America | SBL 4 29 95 | 3/25/1967 | 3/25/1968 | 3/25/1967 | 3/25/1968 |
| Illowa (133): Prairie 1941-1993 (125) | Insurance Company of North America | SBL 4 69 13 | 3/25/1968 | 3/25/1969 | 3/25/1968 | 3/25/1969 |
| Illowa (133): Prairie 1941-1993 (125) | Insurance Company of North America | SBL 4 69 13 | 3/25/1969 | 3/25/1970 | 3/25/1969 | 3/25/1970 |
| Illowa (133): Prairie 1941-1993 (125) | Insurance Company of North America | SBL 4 69 13 | 3/25/1970 | 3/25/1971 | 3/25/1970 | 3/25/1971 |
| Illowa (133): Prairie 1941-1993 (125) | Insurance Company of North America | SBL 5 14 95 | 3/25/1971 | 3/25/1972 | 3/25/1971 | 3/25/1972 |
| Illowa (133): Prairie 1941-1993 (125) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/25/1972 | 1/1/1973 |
| Illowa (133): Prairie 1941-1993 (125) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/25/1972 | 1/1/1973 |
| Illowa (133): Prairie 1941-1993 (125) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Illowa (133): Prairie 1941-1993 (125) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Illowa (133): Prairie 1941-1993 (125) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Illowa (133): Prairie 1941-1993 (125) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Illowa (133): Prairie 1941-1993 (125) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Illowa (133): Prairie 1941-1993 (125) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 15 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Illowa (133): Prairie 1941-1993 (125) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Illowa (133): Prairie 1941-1993 (125) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Illowa (133): Prairie 1941-1993 (125) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219961 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Illowa (133): Prairie 1941-1993 (125) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Illowa (133): Sac-Fox 1959-1967 (134) | Insurance Company of North America | ABL 2 49 69 | 3/1/1965 | 3/1/1966 | 3/1/1965 | 3/1/1966 |
| Illowa (133): Sac-Fox 1959-1967 (134) | Insurance Company of North America | SBL-2-50-18 | 3/1/1966 | 3/1/1967 | 3/1/1966 | 3/1/1967 |
| Illowa (133): Sac-Fox 1959-1967 (134) | Insurance Company of North America | SBL-2-50-18 | 3/1/1967 | 3/1/1968 | 3/1/1967 | 3/1/1968 |
| Indian Nations (488): Eastern Oklahoma Area 1949-1983 (478) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Indian Nations (488): Eastern Oklahoma Area 1949-1983 (478) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Indian Nations (488): Eastern Oklahoma Area 1949-1983 (478) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Indian Nations (488): Eastern Oklahoma Area 1949-1983 (478) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Indian Nations (488): Eastern Oklahoma Area 1949-1983 (478) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Indian Nations (488): Eastern Oklahoma Area 1949-1983 (478) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Indian Nations (488): Eastern Oklahoma Area 1949-1983 (478) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Indian Nations (488): Eastern Oklahoma Area 1949-1983 (478) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 22 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Indian Nations (488): Eastern Oklahoma Area 1949-1983 (478) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220079 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Indian Nations (488): Eastern Oklahoma Area 1949-1983 (478) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Indian Nations (488): Indian Nations 1957- (488) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Indian Nations (488): Indian Nations 1957- (488) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 25 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Indian Nations (488): Indian Nations 1957- (488) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Indian Nations (488): Indian Nations 1957- (488) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Indian Nations (488): Indian Nations 1957- (488) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220078 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Indian Nations (488): Indian Nations 1957- (488) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Indian Waters (553): Central South Carolina 1929-1978 (553) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Indian Waters (553): Central South Carolina 1929-1978 (553) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Indian Waters (553): Central South Carolina 1929-1978 (553) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Indian Waters (553): Central South Carolina 1929-1978 (553) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Indian Waters (553): Central South Carolina 1929-1978 (553) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Indian Waters (553): Central South Carolina 1929-1978 (553) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Indian Waters (553): Central South Carolina 1929-1978 (553) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 57 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Indian Waters (553): Central South Carolina 1929-1978 (553) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Indian Waters (553): Central South Carolina 1929-1978 (553) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Indian Waters (553): Central South Carolina 1929-1978 (553) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220279 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | Insurance Company of North America | SBL 4 53 57 | 6/21/1965 | 6/21/1966 | 6/21/1965 | 6/21/1966 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | Insurance Company of North America | SBL 4 53 57 | 6/21/1966 | 6/21/1967 | 6/21/1966 | 6/21/1967 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | Insurance Company of North America | SBL 4 53 57 | 6/21/1967 | 6/20/1968 | 6/21/1967 | 6/20/1968 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | Insurance Company of North America | SBL 50408 | 6/21/1968 | 6/21/1969 | 6/21/1968 | 6/21/1969 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | Insurance Company of North America | SBL 50408 | 6/21/1969 | 6/21/1970 | 6/21/1969 | 6/21/1970 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | Insurance Company of North America | SBL 50408 | 6/21/1970 | 6/21/1971 | 6/21/1970 | 6/21/1971 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | Insurance Company of North America | SBL 51572 | 6/21/1971 | 6/21/1972 | 6/21/1971 | 6/21/1972 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/21/1972 | 1/1/1973 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 03 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Inland Northwest (611): Idaho Panhandle 1928-1992 (110) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219950 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | Indemnity Insurance Company of North America | Unknown | 6/30/1961 | 6/30/1962 | 6/30/1961 | 6/30/1962 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | Western Casualty & Surety Company | P100-747 | 6/10/1967 | 6/10/1968 | 6/10/1967 | 6/10/1968 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | Insurance Company of North America | XBC-24884 | 3/14/1968 | 3/14/1969 | 3/14/1968 | 3/14/1969 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | Western Casualty & Surety Company | P100-747 | 6/10/1968 | 6/10/1969 | 6/10/1968 | 6/10/1969 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | Insurance Company of North America | XBC-24884 | 3/14/1969 | 3/14/1970 | 3/14/1969 | 3/14/1970 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | Western Casualty & Surety Company | P100-747 | 6/10/1969 | 6/10/1970 | 6/10/1969 | 6/10/1970 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | Insurance Company of North America | XBC-24884 | 3/14/1970 | 3/14/1971 | 3/14/1970 | 3/14/1971 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | Western Casualty & Surety Company | P101 760 | 6/10/1970 | 6/10/1971 | 6/10/1970 | 6/10/1971 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | Western Casualty & Surety Company | P101 760 | 6/10/1971 | 6/10/1972 | 6/10/1971 | 6/10/1972 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | Insurance Company of North America | XBC 8 85 08 | 6/10/1971 | 6/10/1972 | 6/10/1971 | 6/10/1972 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | Western Casualty & Surety Company | P101 760 | 6/10/1972 | 6/10/1973 | 6/10/1972 | 6/10/1973 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | Insurance Company of North America | XBC 8 89 86 | 6/10/1972 | 5/29/1973 | 6/10/1972 | 5/29/1973 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Inland Northwest (611): Inland Empire 1931-1987 (611) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 25 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | St. Paul Fire and Marine Insurance Company | Unknown | 4/3/1976 | 4/3/1977 | 4/3/1976 | 4/3/1977 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220244 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | St. Paul Fire and Marine Insurance Company | Unknown | 4/3/1977 | 4/3/1978 | 4/3/1977 | 4/3/1978 |
| Inland Northwest (611): Inland Empire 1931-1987 (611) | St. Paul Fire and Marine Insurance Company | Unknown | 4/3/1978 | 4/3/1979 | 4/3/1978 | 4/3/1979 |
| Inland Northwest (611): Lewis-Clark 1945-1992 (108) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Inland Northwest (611): Lewis-Clark 1945-1992 (108) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Inland Northwest (611): Lewis-Clark 1945-1992 (108) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 05 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Inland Northwest (611): Lewis-Clark 1945-1992 (108) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Inland Northwest (611): Lewis-Clark 1945-1992 (108) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Inland Northwest (611): Lewis-Clark 1945-1992 (108) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219952 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Iroquois Trail (376): Genesee 1925-1994 (367) | Insurance Company of North America | XBC 81983 | 11/1/1973 | 11/1/1974 | 11/1/1973 | 11/1/1974 |
| Iroquois Trail (376): Genesee 1925-1994 (367) | Insurance Company of North America | XBC 81983 | 11/1/1974 | 11/1/1975 | 11/1/1974 | 11/1/1975 |
| Iroquois Trail (376): Genesee 1925-1994 (367) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Iroquois Trail (376): Genesee 1925-1994 (367) | Insurance Company of North America | XBC 81983 | 11/1/1975 | 1/1/1976 | 11/1/1975 | 1/1/1976 |
| Iroquois Trail (376): Genesee 1925-1994 (367) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Iroquois Trail (376): Genesee 1925-1994 (367) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 50 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Iroquois Trail (376): Genesee 1925-1994 (367) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Iroquois Trail (376): Genesee 1925-1994 (367) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Iroquois Trail (376): Genesee 1925-1994 (367) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220002 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Iroquois Trail (376): Lewiston Trail 1937-1994 (385) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Iroquois Trail (376): Lewiston Trail 1937-1994 (385) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Iroquois Trail (376): Lewiston Trail 1937-1994 (385) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Iroquois Trail (376): Lewiston Trail 1937-1994 (385) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Iroquois Trail (376): Lewiston Trail 1937-1994 (385) | Hartford Accident and Indemnity Company | 32 C 715130 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Iroquois Trail (376): Lewiston Trail 1937-1994 (385) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Iroquois Trail (376): Lewiston Trail 1937-1994 (385) | Hartford Accident and Indemnity Company | 32 HU 360257 | 3/10/1975 | 4/8/1975 | 3/10/1975 | 4/8/1975 |
| Iroquois Trail (376): Lewiston Trail 1937-1994 (385) | Hartford Accident and Indemnity Company | 32 HU 360257 | 4/8/1975 | 1/1/1976 | 4/8/1975 | 1/1/1976 |
| Iroquois Trail (376): Lewiston Trail 1937-1994 (385) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Iroquois Trail (376): Lewiston Trail 1937-1994 (385) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 64 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Iroquois Trail (376): Lewiston Trail 1937-1994 (385) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Iroquois Trail (376): Lewiston Trail 1937-1994 (385) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220017 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Iroquois Trail (376): Lewiston Trail 1937-1994 (385) | Hartford Accident and Indemnity Company | 32C719701 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Iroquois Trail (376): Lewiston Trail 1937-1994 (385) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Istrouma Area (211): Istrouma Area (211) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Istrouma Area (211): Istrouma Area (211) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Istrouma Area (211): Istrouma Area (211) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Istrouma Area (211): Istrouma Area (211) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Istrouma Area (211): Istrouma Area (211) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Istrouma Area (211): Istrouma Area (211) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Istrouma Area (211): Istrouma Area (211) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Istrouma Area (211): Istrouma Area (211) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Istrouma Area (211): Istrouma Area (211) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 57 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Istrouma Area (211): Istrouma Area (211) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Istrouma Area (211): Istrouma Area (211) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Istrouma Area (211): Istrouma Area (211) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220105 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Jayhawk Area (197): Jayhawk Area (197) | Insurance Company of North America | SBL-2-80-78 | 11/1/1966 | 11/1/1967 | 11/1/1966 | 11/1/1967 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Jayhawk Area (197): Jayhawk Area (197) | Insurance Company of North America | SBL-2-80-83 | 11/1/1967 | 11/1/1968 | 11/1/1967 | 11/1/1968 |
| Jayhawk Area (197): Jayhawk Area (197) | Insurance Company of North America | SBL 28094 | 11/1/1968 | 11/1/1969 | 11/1/1968 | 11/1/1969 |
| Jayhawk Area (197): Jayhawk Area (197) | Insurance Company of North America | SBL 50855 | 11/1/1969 | 11/1/1970 | 11/1/1969 | 11/1/1970 |
| Jayhawk Area (197): Jayhawk Area (197) | Insurance Company of North America | SBL 50861 | 11/1/1970 | 11/1/1971 | 11/1/1970 | 11/1/1971 |
| Jayhawk Area (197): Jayhawk Area (197) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Jayhawk Area (197): Jayhawk Area (197) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Jayhawk Area (197): Jayhawk Area (197) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Jayhawk Area (197): Jayhawk Area (197) | Insurance Company of North America | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Jayhawk Area (197): Jayhawk Area (197) | Insurance Company of North America | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Jayhawk Area (197): Jayhawk Area (197) | Insurance Company of North America | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Jayhawk Area (197): Jayhawk Area (197) | Insurance Company of North America | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Jayhawk Area (197): Jayhawk Area (197) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Jayhawk Area (197): Jayhawk Area (197) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Jayhawk Area (197): Jayhawk Area (197) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Jayhawk Area (197): Jayhawk Area (197) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 49 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Jayhawk Area (197): Jayhawk Area (197) | Insurance Company of North America | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Jayhawk Area (197): Jayhawk Area (197) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219997 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Jayhawk Area (197): Jayhawk Area (197) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Jayhawk Area (197): Jayhawk Area (197) | Insurance Company of North America | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Jayhawk Area (197): Jayhawk Area (197) | Insurance Company of North America | Unknown | 1/1/1978 | 1/1/1979 | 1/1/1978 | 1/1/1979 |
| Jayhawk Area (197): Jayhawk Area (197) | Insurance Company of North America | Unknown | 1/1/1979 | 1/1/1980 | 1/1/1979 | 1/1/1980 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | Insurance Company of North America | SBL 50022 | 5/6/1970 | 5/6/1971 | 5/6/1970 | 5/6/1971 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | Insurance Company of North America | SBL 50088 | 5/6/1971 | 5/6/1972 | 5/6/1971 | 5/6/1972 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/5/1972 | 1/1/1973 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/5/1972 | 1/1/1973 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 25 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | Ambassador Insurance Company | GLA 332372 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220177 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Jersey Shore (341): Atlantic Area 1926-1992 (331) | Ambassador Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Jersey Shore (341): Ocean County 1940-1993 (341) | Insurance Company of North America | SBL 50087 | 5/11/1971 | 5/11/1972 | 5/11/1971 | 5/11/1972 |
| Jersey Shore (341): Ocean County 1940-1993 (341) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/11/1972 | 1/1/1973 |
| Jersey Shore (341): Ocean County 1940-1993 (341) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/11/1972 | 1/1/1973 |
| Jersey Shore (341): Ocean County 1940-1993 (341) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Jersey Shore (341): Ocean County 1940-1993 (341) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Jersey Shore (341): Ocean County 1940-1993 (341) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Jersey Shore (341): Ocean County 1940-1993 (341) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Jersey Shore (341): Ocean County 1940-1993 (341) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Jersey Shore (341): Ocean County 1940-1993 (341) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Jersey Shore (341): Ocean County 1940-1993 (341) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 38 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Jersey Shore (341): Ocean County 1940-1993 (341) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Jersey Shore (341): Ocean County 1940-1993 (341) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Jersey Shore (341): Ocean County 1940-1993 (341) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220189 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Juniata Valley (497): Juniata Valley (497) | Insurance Company of North America | SBL 45396 | 2/22/1967 | 2/22/1968 | 2/22/1967 | 2/22/1968 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Juniata Valley (497): Juniata Valley (497) | Insurance Company of North America | SBL 45396 | 2/22/1968 | 2/22/1969 | 2/22/1968 | 2/22/1969 |
| Juniata Valley (497): Juniata Valley (497) | Insurance Company of North America | SBL 45396 | 2/22/1969 | 2/22/1970 | 2/22/1969 | 2/22/1970 |
| Juniata Valley (497): Juniata Valley (497) | Insurance Company of North America | Unknown | 2/22/1970 | 2/22/1971 | 2/22/1970 | 2/22/1971 |
| Juniata Valley (497): Juniata Valley (497) | Insurance Company of North America | Unknown | 2/22/1971 | 2/22/1972 | 2/22/1971 | 2/22/1972 |
| Juniata Valley (497): Juniata Valley (497) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Juniata Valley (497): Juniata Valley (497) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 40 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Juniata Valley (497): Juniata Valley (497) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Juniata Valley (497): Juniata Valley (497) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Juniata Valley (497): Juniata Valley (497) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Juniata Valley (497): Juniata Valley (497) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220095 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Katahdin Area (216): Katahdin Area 1929-1996 (216) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Katahdin Area (216): Katahdin Area 1929-1996 (216) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Katahdin Area (216): Katahdin Area 1929-1996 (216) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Katahdin Area (216): Katahdin Area 1929-1996 (216) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Katahdin Area (216): Katahdin Area 1929-1996 (216) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Katahdin Area (216): Katahdin Area 1929-1996 (216) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Katahdin Area (216): Katahdin Area 1929-1996 (216) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Katahdin Area (216): Katahdin Area 1929-1996 (216) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Katahdin Area (216): Katahdin Area 1929-1996 (216) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Katahdin Area (216): Katahdin Area 1929-1996 (216) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Katahdin Area (216): Katahdin Area 1929-1996 (216) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Katahdin Area (216): Katahdin Area 1929-1996 (216) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 63 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Katahdin Area (216): Katahdin Area 1929-1996 (216) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Katahdin Area (216): Katahdin Area 1929-1996 (216) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220111 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| La Salle (165): Northern Indiana 1973-1991 (165) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| La Salle (165): Northern Indiana 1973-1991 (165) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 36 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| La Salle (165): Northern Indiana 1973-1991 (165) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| La Salle (165): Northern Indiana 1973-1991 (165) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| La Salle (165): Northern Indiana 1973-1991 (165) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219982 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| La Salle (165): Northern Indiana 1973-1991 (165) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| La Salle (165): Pioneer Trails 1935-1972 (155) | Insurance Company of North America | SBL 4 53 65 | 7/15/1965 | 7/15/1966 | 7/15/1965 | 7/15/1966 |
| La Salle (165): Pioneer Trails 1935-1972 (155) | Insurance Company of North America | SBL 4 53 65 | 7/15/1966 | 7/15/1967 | 7/15/1966 | 7/15/1967 |
| La Salle (165): Pioneer Trails 1935-1972 (155) | Insurance Company of North America | SBL 4 53 65 | 7/15/1967 | 7/15/1968 | 7/15/1967 | 7/15/1968 |
| La Salle (165): Pioneer Trails 1935-1972 (155) | Insurance Company of North America | SBL 5 04 14 | 7/15/1968 | 7/15/1969 | 7/15/1968 | 7/15/1969 |
| La Salle (165): Pioneer Trails 1935-1972 (155) | Insurance Company of North America | SBL-4-67-66 | 12/29/1968 | 12/29/1969 | 12/29/1968 | 12/29/1969 |
| La Salle (165): Pioneer Trails 1935-1972 (155) | Insurance Company of North America | SBL 5 04 14 | 7/15/1969 | 7/15/1970 | 7/15/1969 | 7/15/1970 |
| La Salle (165): Pioneer Trails 1935-1972 (155) | Insurance Company of North America | Unknown | 12/29/1969 | 12/29/1970 | 12/29/1969 | 12/29/1970 |
| La Salle (165): Pioneer Trails 1935-1972 (155) | Insurance Company of North America | SBL 5 04 14 | 7/15/1970 | 7/15/1971 | 7/15/1970 | 7/15/1971 |
| La Salle (165): Pioneer Trails 1935-1972 (155) | Insurance Company of North America | Unknown | 12/29/1970 | 12/29/1971 | 12/29/1970 | 12/29/1971 |
| La Salle (165): Pioneer Trails 1935-1972 (155) | Insurance Company of North America | Unknown | 12/29/1971 | 12/29/1972 | 12/29/1971 | 12/29/1972 |
| La Salle (165): Pottawattomie 1926-1972 (731) | Insurance Company of North America | SBL-4-67-21 | 2/26/1967 | 2/26/1968 | 2/26/1967 | 2/26/1968 |
| La Salle (165): Pottawattomie 1926-1972 (731) | Insurance Company of North America | SBL-4-67-50 | 2/26/1968 | 2/26/1969 | 2/26/1968 | 2/26/1969 |
| La Salle (165): Pottawattomie 1926-1972 (731) | Insurance Company of North America | SBL 50451 | 2/26/1969 | 2/26/1970 | 2/26/1969 | 2/26/1970 |
| La Salle (165): Pottawattomie 1926-1972 (731) | Insurance Company of North America | SBL 50451 | 2/26/1970 | 2/26/1971 | 2/26/1970 | 2/26/1971 |
| La Salle (165): Pottawattomie 1926-1972 (731) | Insurance Company of North America | SBL 50451 | 2/26/1971 | 2/26/1972 | 2/26/1971 | 2/26/1972 |
| La Salle (165): Pottawattomie 1926-1972 (731) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/26/1972 | 2/26/1972 |
| La Salle (165): Pottawattomie 1926-1972 (731) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/26/1972 | 2/26/1972 |
| Lake Erie (440): Firelands Area 1925-1994 (458) | American States Insurance Company | CL 220-020 | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Lake Erie (440): Firelands Area 1925-1994 (458) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Lake Erie (440): Firelands Area 1925-1994 (458) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Lake Erie (440): Firelands Area 1925-1994 (458) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Lake Erie (440): Firelands Area 1925-1994 (458) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Lake Erie (440): Firelands Area 1925-1994 (458) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Lake Erie (440): Firelands Area 1925-1994 (458) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1975 | 1/1/1976 |
| Lake Erie (440): Firelands Area 1925-1994 (458) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Lake Erie (440): Firelands Area 1925-1994 (458) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lake Erie (440): Firelands Area 1925-1994 (458) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 10 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lake Erie (440): Firelands Area 1925-1994 (458) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lake Erie (440): Firelands Area 1925-1994 (458) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lake Erie (440): Firelands Area 1925-1994 (458) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220063 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Indemnity Insurance Company of North America | Unknown | 1/1/1947 | 1/1/1948 | 1/1/1947 | 1/1/1948 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Indemnity Insurance Company of North America | Unknown | 1/1/1948 | 1/1/1949 | 1/1/1948 | 1/1/1949 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Indemnity Insurance Company of North America | Unknown | 1/1/1949 | 1/1/1950 | 1/1/1949 | 1/1/1950 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Indemnity Insurance Company of North America | Unknown | 1/1/1950 | 1/1/1951 | 1/1/1950 | 1/1/1951 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Indemnity Insurance Company of North America | Unknown | 1/1/1951 | 1/1/1952 | 1/1/1951 | 1/1/1952 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Indemnity Insurance Company of North America | Unknown | 1/1/1952 | 1/1/1953 | 1/1/1952 | 1/1/1953 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Indemnity Insurance Company of North America | Unknown | 1/1/1953 | 1/1/1954 | 1/1/1953 | 1/1/1954 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Indemnity Insurance Company of North America | Unknown | 1/1/1954 | 1/1/1955 | 1/1/1954 | 1/1/1955 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Indemnity Insurance Company of North America | Unknown | 1/1/1955 | 1/1/1956 | 1/1/1955 | 1/1/1956 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Indemnity Insurance Company of North America | Unknown | 1/1/1956 | 1/1/1957 | 1/1/1956 | 1/1/1957 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Indemnity Insurance Company of North America | Unknown | 1/1/1957 | 1/1/1958 | 1/1/1957 | 1/1/1958 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Indemnity Insurance Company of North America | Unknown | 1/1/1958 | 1/1/1959 | 1/1/1958 | 1/1/1959 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Indemnity Insurance Company of North America | Unknown | 1/1/1959 | 1/1/1960 | 1/1/1959 | 1/1/1960 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Insurance Company of North America | Unknown | 1/1/1960 | 1/1/1961 | 1/1/1960 | 1/1/1961 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Indemnity Insurance Company of North America | Unknown | 1/1/1961 | 1/1/1962 | 1/1/1961 | 1/1/1962 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Insurance Company of North America | Unknown | 1/1/1962 | 1/1/1963 | 1/1/1962 | 1/1/1963 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Insurance Company of North America | Unknown | 1/1/1963 | 1/1/1964 | 1/1/1963 | 1/1/1964 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Insurance Company of North America | Unknown | 1/1/1964 | 1/1/1965 | 1/1/1964 | 1/1/1965 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Insurance Company of North America | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Insurance Company of North America | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Insurance Company of North America | Unknown | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Insurance Company of North America | ALB 46445 | 6/28/1967 | 6/27/1968 | 6/28/1967 | 6/27/1968 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Insurance Company of North America | ALB 46445 | 6/28/1968 | 6/28/1969 | 6/28/1968 | 6/28/1969 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Insurance Company of North America | ALB 46445 | 6/28/1969 | 6/28/1970 | 6/28/1969 | 6/28/1970 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Insurance Company of North America | SBL 51942 | 6/28/1970 | 6/28/1971 | 6/28/1970 | 6/28/1971 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Insurance Company of North America | SBL 51942 | 6/28/1971 | 6/27/1972 | 6/28/1971 | 6/27/1972 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Insurance Company of North America | SBL 51942 | 6/28/1972 | 6/28/1973 | 6/28/1972 | 6/28/1973 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Insurance Company of North America | Unknown | 6/28/1973 | 6/28/1974 | 6/28/1973 | 6/28/1974 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Lake Erie (440): Greater Cleveland -2017 (440) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 98 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lake Erie (440): Greater Cleveland -2017 (440) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lake Erie (440): Greater Cleveland -2017 (440) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lake Erie (440): Greater Cleveland -2017 (440) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220051 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lake Erie (440): Greater Cleveland -2017 (440) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lake Erie (440): Harding Area 1926-1994 (443) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/31/1973 | 1/1/1974 |
| Lake Erie (440): Harding Area 1926-1994 (443) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Lake Erie (440): Harding Area 1926-1994 (443) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Lake Erie (440): Harding Area 1926-1994 (443) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Lake Erie (440): Harding Area 1926-1994 (443) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Lake Erie (440): Harding Area 1926-1994 (443) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lake Erie (440): Harding Area 1926-1994 (443) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 05 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lake Erie (440): Harding Area 1926-1994 (443) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lake Erie (440): Harding Area 1926-1994 (443) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220058 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lake Erie (440): Harding Area 1926-1994 (443) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Insurance Company of North America | SBL-4-64-52 | 1/22/1967 | 1/22/1968 | 1/22/1967 | 1/22/1968 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Insurance Company of North America | SBL-4-64-74 | 1/22/1968 | 1/22/1969 | 1/22/1968 | 1/22/1969 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Insurance Company of North America | SBL-5-19-01 | 1/22/1969 | 1/22/1970 | 1/22/1969 | 1/22/1970 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Insurance Company of North America | SBL 5 19 33 | 1/22/1970 | 1/22/1971 | 1/22/1970 | 1/22/1971 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Insurance Company of North America | XUA 37 25 | 1/22/1971 | 1/22/1972 | 1/22/1971 | 1/22/1972 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Insurance Company of North America | SBL 5 19 58 | 1/22/1971 | 1/22/1972 | 1/22/1971 | 1/22/1972 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/22/1972 | 1/1/1973 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/22/1972 | 1/1/1973 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 04 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220057 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Buckeye Union Insurance Company | CBP C6051512-92 | 1/22/1992 | 1/22/1993 | 1/22/1992 | 1/22/1993 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Continental Insurance Company | CBP C6051512-93 | 1/22/1993 | 1/22/1994 | 1/22/1993 | 1/22/1994 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Buckeye Union Insurance Company | CBP C6051512-95 | 1/22/1994 | 1/22/1995 | 1/22/1994 | 1/22/1995 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Buckeye Union Insurance Company | CBP C6051512-96 | 1/22/1995 | 1/22/1996 | 1/22/1995 | 1/22/1996 |
| Lake Erie (440): Johnny Appleseed Area 1926-1994 (453) | Continental Insurance Company | CBP C6051512 | 1/22/1996 | 1/22/1997 | 1/22/1996 | 1/22/1997 |
| Las Vegas Area (328): Boulder Dam Area 1944-2005 (328) | Insurance Company of North America | SBL 51318 | 2/17/1970 | 2/17/1971 | 2/17/1970 | 2/17/1971 |
| Las Vegas Area (328): Boulder Dam Area 1944-2005 (328) | Insurance Company of North America | SBL 51318 | 2/17/1971 | 2/17/1972 | 2/17/1971 | 2/17/1972 |
| Las Vegas Area (328): Boulder Dam Area 1944-2005 (328) | Insurance Company of North America | SBL 51318 | 2/17/1972 | 2/17/1973 | 2/17/1972 | 2/17/1973 |
| Las Vegas Area (328): Boulder Dam Area 1944-2005 (328) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Las Vegas Area (328): Boulder Dam Area 1944-2005 (328) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Las Vegas Area (328): Boulder Dam Area 1944-2005 (328) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Las Vegas Area (328): Boulder Dam Area 1944-2005 (328) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Las Vegas Area (328): Boulder Dam Area 1944-2005 (328) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 22 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Las Vegas Area (328): Boulder Dam Area 1944-2005 (328) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220174 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Las Vegas Area (328): Boulder Dam Area 1944-2005 (328) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Las Vegas Area (328): Boulder Dam Area 1944-2005 (328) | New Hampshire Insurance Company | GLA 332393 | 2/1/1977 | 2/1/1978 | 2/1/1977 | 2/1/1978 |
| Last Frontier (480): Black Beaver 1930-1996 (471) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 5/14/1973 | 1/1/1974 |
| Last Frontier (480): Black Beaver 1930-1996 (471) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 5/14/1973 | 1/1/1974 |
| Last Frontier (480): Black Beaver 1930-1996 (471) | U.S. Fire Insurance Company | DCL 72 60 41 | 12/31/1974 | 12/31/1975 | 12/31/1974 | 12/31/1975 |
| Last Frontier (480): Black Beaver 1930-1996 (471) | Westchester Fire Insurance Company | Unknown | 12/31/1974 | 12/31/1975 | 12/31/1974 | 12/31/1975 |
| Last Frontier (480): Black Beaver 1930-1996 (471) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Last Frontier (480): Black Beaver 1930-1996 (471) | Westchester Fire Insurance Company | Unknown | 12/31/1975 | 12/30/1976 | 12/31/1975 | 12/30/1976 |
| Last Frontier (480): Black Beaver 1930-1996 (471) | U.S. Fire Insurance Company | DCL 72 60 41 | 12/31/1975 | 12/31/1976 | 12/31/1975 | 12/31/1976 |
| Last Frontier (480): Black Beaver 1930-1996 (471) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 21 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Last Frontier (480): Black Beaver 1930-1996 (471) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Last Frontier (480): Black Beaver 1930-1996 (471) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Last Frontier (480): Black Beaver 1930-1996 (471) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Last Frontier (480): Black Beaver 1930-1996 (471) | Westchester Fire Insurance Company | Unknown | 12/31/1976 | 12/31/1977 | 12/31/1976 | 12/31/1977 |
| Last Frontier (480): Black Beaver 1930-1996 (471) | U.S. Fire Insurance Company | DCL 72 60 41 | 12/31/1976 | 12/31/1977 | 12/31/1976 | 12/31/1977 |
| Last Frontier (480): Black Beaver 1930-1996 (471) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220075 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Last Frontier (480): Black Beaver 1930-1996 (471) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Last Frontier (480): Last Frontier 1939- (480) | Insurance Company of North America | Unknown | 1/1/1964 | 1/1/1965 | 1/1/1964 | 1/1/1965 |
| Last Frontier (480): Last Frontier 1939- (480) | Insurance Company of North America | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Last Frontier (480): Last Frontier 1939- (480) | Insurance Company of North America | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Last Frontier (480): Last Frontier 1939- (480) | Insurance Company of North America | Unknown | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Last Frontier (480): Last Frontier 1939- (480) | Insurance Company of North America | Unknown | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Last Frontier (480): Last Frontier 1939- (480) | Insurance Company of North America | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Last Frontier (480): Last Frontier 1939- (480) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Last Frontier (480): Last Frontier 1939- (480) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Last Frontier (480): Last Frontier 1939- (480) | Insurance Company of North America | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Last Frontier (480): Last Frontier 1939- (480) | Insurance Company of North America | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Last Frontier (480): Last Frontier 1939- (480) | Insurance Company of North America | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Last Frontier (480): Last Frontier 1939- (480) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 23 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Last Frontier (480): Last Frontier 1939- (480) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220076 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Laurel Highlands (527): Allegheny 1921-1967 (527) | Insurance Company of North America | SBL 43224 | 7/1/1967 | 1/1/1968 | 7/1/1967 | 1/1/1968 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | Insurance Company of North America | SBL 4 32 55 | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | Insurance Company of North America | SBL43276 | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | Insurance Company of North America | SBL 43295 | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | Insurance Company of North America | SBL 52313 | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | Insurance Company of North America | GAL120157 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | Insurance Company of North America | GLP 40 87 78 | 1/1/1973 | 5/31/1973 | 1/1/1973 | 5/31/1973 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | Travelers Indemnity Company | 650-668A711-3-IND | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | Travelers Indemnity Company | 650-668A711-3-IND | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | Travelers Indemnity Company | CUP-950A149-4 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | Travelers Indemnity Company | 650    951A373-3-IND-75 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | Travelers Indemnity Company | CUP-950A149-5 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 43 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | Travelers Indemnity Company | 650    951A373-3-IND-76 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | Travelers Indemnity Company | 650-951A373-3-IND-77 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Laurel Highlands (527): Allegheny Trails 1967-1993 (527) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220098 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Laurel Highlands (527): Blair-Bedford 1929-1970 (496) | Insurance Company of North America | SBL 4 29 60 | 3/1/1965 | 3/1/1966 | 3/1/1965 | 3/1/1966 |
| Laurel Highlands (527): Blair-Bedford 1929-1970 (496) | Insurance Company of North America | SBL 4 29 60 | 3/1/1966 | 3/1/1967 | 3/1/1966 | 3/1/1967 |
| Laurel Highlands (527): Blair-Bedford 1929-1970 (496) | Insurance Company of North America | SBL 4 29 60 | 3/1/1967 | 3/1/1968 | 3/1/1967 | 3/1/1968 |
| Laurel Highlands (527): Blair-Bedford 1929-1970 (496) | Insurance Company of North America | SBL 4 69 20 | 3/1/1968 | 3/1/1969 | 3/1/1968 | 3/1/1969 |
| Laurel Highlands (527): Blair-Bedford 1929-1970 (496) | Insurance Company of North America | SBL 4 69 20 | 3/1/1969 | 3/1/1970 | 3/1/1969 | 3/1/1970 |
| Laurel Highlands (527): Blair-Bedford 1929-1970 (496) | Insurance Company of North America | SBL 46910 | 3/1/1970 | 3/1/1971 | 3/1/1970 | 3/1/1971 |
| Laurel Highlands (527): Blair-Bedford 1929-1970 (496) | Insurance Company of North America | SBL 4 69 20 | 3/1/1970 | 3/1/1971 | 3/1/1970 | 3/1/1971 |
| Laurel Highlands (527): Blair-Bedford 1929-1970 (496) | Insurance Company of North America | SBL 51496 | 3/1/1971 | 3/1/1972 | 3/1/1971 | 3/1/1972 |
| Laurel Highlands (527): East Boroughs 1921-1973 (540) | Insurance Company of North America | SBL-4-32-15 | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Laurel Highlands (527): East Boroughs 1921-1973 (540) | Insurance Company of North America | SBL 4 32 56 | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Laurel Highlands (527): East Boroughs 1921-1973 (540) | Insurance Company of North America | SBL 4 32 78 | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Laurel Highlands (527): East Boroughs 1921-1973 (540) | Insurance Company of North America | SBL 52311 | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Laurel Highlands (527): East Boroughs 1921-1973 (540) | Insurance Company of North America | GAL 12 01 58 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Laurel Highlands (527): East Valley Area 1973-1993 (530) | Insurance Company of North America | GAL 11 71 47 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Laurel Highlands (527): East Valley Area 1973-1993 (530) | Insurance Company of North America | GLP 408779 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Laurel Highlands (527): East Valley Area 1973-1993 (530) | Insurance Company of North America | XBC 8 63 64 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Laurel Highlands (527): East Valley Area 1973-1993 (530) | Insurance Company of North America | GAL 20 60 95 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Laurel Highlands (527): East Valley Area 1973-1993 (530) | Insurance Company of North America | XBC 110662 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Laurel Highlands (527): East Valley Area 1973-1993 (530) | Insurance Company of North America | GAL 20 63 77 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Laurel Highlands (527): East Valley Area 1973-1993 (530) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Laurel Highlands (527): East Valley Area 1973-1993 (530) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): East Valley Area 1973-1993 (530) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 41 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): East Valley Area 1973-1993 (530) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): East Valley Area 1973-1993 (530) | Insurance Company of North America | GAL 32 85 17 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): East Valley Area 1973-1993 (530) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Laurel Highlands (527): East Valley Area 1973-1993 (530) | Insurance Company of North America | GAL 33 71 19 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Laurel Highlands (527): East Valley Area 1973-1993 (530) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220096 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Laurel Highlands (527): Monongahela Valley 1952-1971 (516) | Insurance Company of North America | SBL-4-32-57 | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Laurel Highlands (527): Monongahela Valley 1952-1971 (516) | Insurance Company of North America | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Laurel Highlands (527): Monongahela Valley 1952-1971 (516) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Laurel Highlands (527): Monongahela Valley 1952-1971 (516) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Laurel Highlands (527): Mon-Yough 1971-1973 (523) | Insurance Company of North America | GAL 12 01 59 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Laurel Highlands (527): Nemacolin Trails 1964-1967 (720) | Insurance Company of North America | SBL 45382 | 4/1/1966 | 4/1/1967 | 4/1/1966 | 4/1/1967 |
| Laurel Highlands (527): Nemacolin Trails 1964-1967 (720) | Insurance Company of North America | SBL 45382 | 4/1/1967 | 6/15/1967 | 4/1/1967 | 6/15/1967 |
| Laurel Highlands (527): Penn's Woods 1970-1992 (508) | Insurance Company of North America | SBL 5 15 22 | 2/16/1971 | 2/16/1972 | 2/16/1971 | 2/16/1972 |
| Laurel Highlands (527): Penn's Woods 1970-1992 (508) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/16/1972 | 1/1/1973 |
| Laurel Highlands (527): Penn's Woods 1970-1992 (508) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/16/1972 | 1/1/1973 |
| Laurel Highlands (527): Penn's Woods 1970-1992 (508) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Laurel Highlands (527): Penn's Woods 1970-1992 (508) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Laurel Highlands (527): Penn's Woods 1970-1992 (508) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Laurel Highlands (527): Penn's Woods 1970-1992 (508) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Laurel Highlands (527): Penn's Woods 1970-1992 (508) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Laurel Highlands (527): Penn's Woods 1970-1992 (508) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): Penn's Woods 1970-1992 (508) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): Penn's Woods 1970-1992 (508) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Laurel Highlands (527): Penn's Woods 1970-1992 (508) | National Surety Corporation | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Laurel Highlands (527): Penn's Woods 1970-2011 (508) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Laurel Highlands (527): Penn's Woods 1970-2011 (508) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): Penn's Woods 1970-2011 (508) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 52 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): Penn's Woods 1970-2011 (508) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): Penn's Woods 1970-2011 (508) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220274 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Laurel Highlands (527): Penn's Woods 1970-2011 (508) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Laurel Highlands (527): Potomac 1938-2014 (757) | Hartford Accident and Indemnity Company | 30 CBP 109015 | 6/1/1972 | 6/1/1973 | 6/1/1972 | 6/1/1973 |
| Laurel Highlands (527): Potomac 1938-2014 (757) | Hartford Accident and Indemnity Company | 30 CBP 109015 | 6/1/1973 | 6/1/1974 | 6/1/1973 | 6/1/1974 |
| Laurel Highlands (527): Potomac 1938-2014 (757) | Hartford Accident and Indemnity Company | 30 CBP 109015 | 6/1/1974 | 6/1/1975 | 6/1/1974 | 6/1/1975 |
| Laurel Highlands (527): Potomac 1938-2014 (757) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Laurel Highlands (527): Potomac 1938-2014 (757) | Hartford Accident and Indemnity Company | 30 CBP 115715 | 6/1/1975 | 6/1/1976 | 6/1/1975 | 6/1/1976 |
| Laurel Highlands (527): Potomac 1938-2014 (757) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): Potomac 1938-2014 (757) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): Potomac 1938-2014 (757) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 66 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Laurel Highlands (527): Potomac 1938-2014 (757) | Hartford Accident and Indemnity Company | 30 CBP 115715 | 6/1/1976 | 6/1/1977 | 6/1/1976 | 6/1/1977 |
| Laurel Highlands (527): Potomac 1938-2014 (757) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220114 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Laurel Highlands (527): Potomac 1938-2014 (757) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Laurel Highlands (527): Potomac 1938-2014 (757) | Hartford Accident and Indemnity Company | 30 CBP 115715 | 6/1/1977 | 6/1/1978 | 6/1/1977 | 6/1/1978 |
| Leatherstocking (400): General Herkimer -2001 (400) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Leatherstocking (400): General Herkimer -2001 (400) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Leatherstocking (400): General Herkimer -2001 (400) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Leatherstocking (400): General Herkimer -2001 (400) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Leatherstocking (400): General Herkimer -2001 (400) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Leatherstocking (400): General Herkimer -2001 (400) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Leatherstocking (400): General Herkimer -2001 (400) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Leatherstocking (400): General Herkimer -2001 (400) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Leatherstocking (400): General Herkimer -2001 (400) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Leatherstocking (400): General Herkimer -2001 (400) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 60 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Leatherstocking (400): General Herkimer -2001 (400) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Leatherstocking (400): General Herkimer -2001 (400) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220013 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Leatherstocking (400): Iroquois 1969-1981 (395) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Leatherstocking (400): Iroquois 1969-1981 (395) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Leatherstocking (400): Iroquois 1969-1981 (395) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 72 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Leatherstocking (400): Iroquois 1969-1981 (395) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Leatherstocking (400): Iroquois 1969-1981 (395) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Leatherstocking (400): Iroquois 1969-1981 (395) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220025 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Leatherstocking (400): Otschodela 1927-2016 (393) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Leatherstocking (400): Otschodela 1927-2016 (393) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Leatherstocking (400): Otschodela 1927-2016 (393) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Leatherstocking (400): Otschodela 1927-2016 (393) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Leatherstocking (400): Otschodela 1927-2016 (393) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Leatherstocking (400): Otschodela 1927-2016 (393) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 69 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Leatherstocking (400): Otschodela 1927-2016 (393) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Leatherstocking (400): Otschodela 1927-2016 (393) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Leatherstocking (400): Otschodela 1927-2016 (393) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220022 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Leatherstocking (400): Otschodela 1927-2016 (393) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | Insurance Company of North America | GA048921 | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | Insurance Company of North America | Unknown | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | Insurance Company of North America | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 77 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Leatherstocking (400): Upper Mohawk 1937-1981 (406) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220030 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | Insurance Company of North America | SBL xxxx6 | 3/1/1967 | 3/1/1968 | 3/1/1967 | 3/1/1968 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | Insurance Company of North America | SBL 44476 | 3/1/1968 | 3/1/1969 | 3/1/1968 | 3/1/1969 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | Insurance Company of North America | SBL 5 11 78 | 3/1/1969 | 3/1/1970 | 3/1/1969 | 3/1/1970 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | Insurance Company of North America | SBL 5 11 78 | 3/1/1970 | 3/1/1971 | 3/1/1970 | 3/1/1971 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | Insurance Company of North America | SBL 5 11 78 | 3/1/1971 | 3/1/1972 | 3/1/1971 | 3/1/1972 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 53 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Lincoln Heritage (205): Audubon 1952-1994 (200) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220101 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | American Home Assurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lincoln Heritage (205): Audubon 1952-1994 (200) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lincoln Heritage (205): Four Rivers 1940-1994 (207) | Insurance Company of North America | SBL 44415 | 5/7/1965 | 5/7/1966 | 5/7/1965 | 5/7/1966 |
| Lincoln Heritage (205): Four Rivers 1940-1994 (207) | Insurance Company of North America | SBL 44415 | 5/7/1966 | 5/7/1967 | 5/7/1966 | 5/7/1967 |
| Lincoln Heritage (205): Four Rivers 1940-1994 (207) | Insurance Company of North America | SBL 44415 | 5/7/1967 | 5/7/1968 | 5/7/1967 | 5/7/1968 |
| Lincoln Heritage (205): Four Rivers 1940-1994 (207) | Insurance Company of North America | SBL 44478 | 5/7/1968 | 5/7/1969 | 5/7/1968 | 5/7/1969 |
| Lincoln Heritage (205): Four Rivers 1940-1994 (207) | Insurance Company of North America | SBL 44478 | 5/7/1969 | 5/7/1970 | 5/7/1969 | 5/7/1970 |
| Lincoln Heritage (205): Four Rivers 1940-1994 (207) | Insurance Company of North America | SBL 44478 | 5/7/1970 | 5/7/1971 | 5/7/1970 | 5/7/1971 |
| Lincoln Heritage (205): Four Rivers 1940-1994 (207) | Insurance Company of North America | Unknown | 5/7/1971 | 5/7/1972 | 5/7/1971 | 5/7/1972 |
| Lincoln Heritage (205): Four Rivers 1940-1994 (207) | Insurance Company of North America | Unknown | 5/7/1972 | 1/1/1973 | 5/7/1972 | 1/1/1973 |
| Lincoln Heritage (205): Four Rivers 1940-1994 (207) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Lincoln Heritage (205): Four Rivers 1940-1994 (207) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lincoln Heritage (205): Four Rivers 1940-1994 (207) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 54 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lincoln Heritage (205): Four Rivers 1940-1994 (207) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lincoln Heritage (205): Four Rivers 1940-1994 (207) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lincoln Heritage (205): Four Rivers 1940-1994 (207) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220102 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | Insurance Company of North America | SBL 5 04 28 | 11/19/1968 | 11/19/1969 | 11/19/1968 | 11/19/1969 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | Insurance Company of North America | SBL 5 04 28 | 11/19/1969 | 11/19/1970 | 11/19/1969 | 11/19/1970 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | Insurance Company of North America | SBL 5 04 28 | 11/19/1970 | 11/19/1971 | 11/19/1970 | 11/19/1971 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 35 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219981 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lincoln Heritage (205): George Rogers Clark Area 1927-1993 (143) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lincoln Heritage (205): Old Kentucky Home 1954-1993 (205) | Travelers Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Lincoln Heritage (205): Old Kentucky Home 1954-1993 (205) | Travelers Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Lincoln Heritage (205): Old Kentucky Home 1954-1993 (205) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Lincoln Heritage (205): Old Kentucky Home 1954-1993 (205) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lincoln Heritage (205): Old Kentucky Home 1954-1993 (205) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 52 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lincoln Heritage (205): Old Kentucky Home 1954-1993 (205) | Travelers Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lincoln Heritage (205): Old Kentucky Home 1954-1993 (205) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Lincoln Heritage (205): Old Kentucky Home 1954-1993 (205) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Lincoln Heritage (205): Old Kentucky Home 1954-1993 (205) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220000 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Long Beach Area (032): Long Beach Area (032) | General Accident | Unknown | 12/22/1955 | 12/21/1956 | 12/22/1955 | 12/21/1956 |
| Long Beach Area (032): Long Beach Area (032) | General Accident | Unknown | 12/22/1956 | 12/22/1957 | 12/22/1956 | 12/22/1957 |
| Long Beach Area (032): Long Beach Area (032) | General Accident | Unknown | 12/22/1957 | 12/22/1958 | 12/22/1957 | 12/22/1958 |
| Long Beach Area (032): Long Beach Area (032) | General Accident | Unknown | 12/22/1958 | 12/22/1959 | 12/22/1958 | 12/22/1959 |
| Long Beach Area (032): Long Beach Area (032) | General Accident | Unknown | 12/22/1959 | 12/22/1960 | 12/22/1959 | 12/22/1960 |
| Long Beach Area (032): Long Beach Area (032) | General Accident | Unknown | 12/22/1960 | 12/22/1961 | 12/22/1960 | 12/22/1961 |
| Long Beach Area (032): Long Beach Area (032) | General Accident | Unknown | 12/22/1961 | 1/1/1962 | 12/22/1961 | 1/1/1962 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Long Beach Area (032): Long Beach Area (032) | General Accident | Unknown | 1/1/1962 | 1/1/1963 | 1/1/1962 | 1/1/1963 |
| Long Beach Area (032): Long Beach Area (032) | General Accident | Unknown | 1/1/1963 | 1/1/1964 | 1/1/1963 | 1/1/1964 |
| Long Beach Area (032): Long Beach Area (032) | Insurance Company of North America | SBL 42932 | 4/1/1965 | 4/1/1966 | 4/1/1965 | 4/1/1966 |
| Long Beach Area (032): Long Beach Area (032) | Insurance Company of North America | SBL 42932 | 4/1/1966 | 4/1/1967 | 4/1/1966 | 4/1/1967 |
| Long Beach Area (032): Long Beach Area (032) | Insurance Company of North America | SBL 42932 | 4/1/1967 | 4/1/1968 | 4/1/1967 | 4/1/1968 |
| Long Beach Area (032): Long Beach Area (032) | Insurance Company of North America | SBL 46936 | 4/1/1968 | 4/1/1969 | 4/1/1968 | 4/1/1969 |
| Long Beach Area (032): Long Beach Area (032) | Insurance Company of North America | SBL 46936 | 4/1/1969 | 4/1/1970 | 4/1/1969 | 4/1/1970 |
| Long Beach Area (032): Long Beach Area (032) | Insurance Company of North America | SBL 46936 | 4/1/1970 | 4/1/1971 | 4/1/1970 | 4/1/1971 |
| Long Beach Area (032): Long Beach Area (032) | Insurance Company of North America | SBL 51508 | 4/1/1971 | 4/1/1972 | 4/1/1971 | 4/1/1972 |
| Long Beach Area (032): Long Beach Area (032) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Long Beach Area (032): Long Beach Area (032) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Long Beach Area (032): Long Beach Area (032) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Long Beach Area (032): Long Beach Area (032) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Long Beach Area (032): Long Beach Area (032) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Long Beach Area (032): Long Beach Area (032) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Long Beach Area (032): Long Beach Area (032) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Long Beach Area (032): Long Beach Area (032) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Long Beach Area (032): Long Beach Area (032) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 36 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Long Beach Area (032): Long Beach Area (032) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Long Beach Area (032): Long Beach Area (032) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Long Beach Area (032): Long Beach Area (032) | New Hampshire Insurance Company | GLA 332346 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Long Beach Area (032): Long Beach Area (032) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219885 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Long Beach Area (032): Long Beach Area (032) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longhorn (662): Heart O' Texas 1929-2001 (662) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Longhorn (662): Heart O' Texas 1929-2001 (662) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhorn (662): Heart O' Texas 1929-2001 (662) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhorn (662): Heart O' Texas 1929-2001 (662) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 91 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhorn (662): Heart O' Texas 1929-2001 (662) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220222 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longhorn (662): Heart O' Texas 1929-2001 (662) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longhorn (662): Longhorn -2001 (582) | Hartford Fire Insurance Company | Unknown | 7/27/1961 | 7/27/1962 | 7/27/1961 | 7/27/1962 |
| Longhorn (662): Longhorn -2001 (582) | Hartford Fire Insurance Company | Unknown | 7/27/1962 | 7/27/1963 | 7/27/1962 | 7/27/1963 |
| Longhorn (662): Longhorn -2001 (582) | Hartford Fire Insurance Company | Unknown | 7/27/1963 | 7/27/1964 | 7/27/1963 | 7/27/1964 |
| Longhorn (662): Longhorn -2001 (582) | Hartford Fire Insurance Company | Unknown | 7/27/1964 | 1/1/1965 | 7/27/1964 | 1/1/1965 |
| Longhorn (662): Longhorn -2001 (582) | Insurance Company of North America | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Longhorn (662): Longhorn -2001 (582) | Insurance Company of North America | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Longhorn (662): Longhorn -2001 (582) | Insurance Company of North America | Unknown | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Longhorn (662): Longhorn -2001 (582) | Insurance Company of North America | Unknown | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Longhorn (662): Longhorn -2001 (582) | Insurance Company of North America | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Longhorn (662): Longhorn -2001 (582) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Longhorn (662): Longhorn -2001 (582) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Longhorn (662): Longhorn -2001 (582) | Insurance Company of North America | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Longhorn (662): Longhorn -2001 (582) | Insurance Company of North America | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Longhorn (662): Longhorn -2001 (582) | Insurance Company of North America | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Longhorn (662): Longhorn -2001 (582) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Longhorn (662): Longhorn -2001 (582) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 78 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhorn (662): Longhorn -2001 (582) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhorn (662): Longhorn -2001 (582) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhorn (662): Longhorn -2001 (582) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220209 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longhorn (662): Longhorn -2001 (582) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Fidelity and Casualty Co. of NY | XP 157455 | 6/1/1954 | 6/1/1955 | 6/1/1954 | 6/1/1955 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Fidelity and Casualty Co. of NY | Unknown | 6/1/1955 | 6/1/1956 | 6/1/1955 | 6/1/1956 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Fidelity and Casualty Co. of NY | Unknown | 6/1/1956 | 6/1/1957 | 6/1/1956 | 6/1/1957 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Longhouse (373): Cayuga County 1924-2009 (366) | Fidelity and Casualty Co. of NY | Unknown | 6/1/1957 | 1/1/1958 | 6/1/1957 | 1/1/1958 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Fidelity and Casualty Co. of NY | XP 274 545 | 1/1/1958 | 1/1/1959 | 1/1/1958 | 1/1/1959 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Manhattan Fire & Marine Insurance Company (The) | Unknown | 1/1/1959 | 1/1/1960 | 1/1/1959 | 1/1/1960 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Manhattan Fire & Marine Insurance Company (The) | A337    256-A208 212 | 1/1/1960 | 1/1/1961 | 1/1/1960 | 1/1/1961 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Travelers Insurance Company | SL-8640074 | 6/1/1960 | 6/1/1961 | 6/1/1960 | 6/1/1961 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Travelers Indemnity Company | Unknown | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 8/1/1972 | 1/1/1973 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 8/1/1972 | 1/1/1973 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Longhouse (373): Cayuga County 1924-2009 (366) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 48 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhouse (373): Cayuga County 1924-2009 (366) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhouse (373): Cayuga County 1924-2009 (366) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longhouse (373): Cayuga County 1924-2009 (366) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220200 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longhouse (373): Cayuga County 1924-2009 (366) | United States Fidelity and Guaranty Company | 1-3900-377194 | 6/1/1977 | 6/1/1978 | 6/1/1977 | 6/1/1978 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Security Mutual Insurance Company | CP-9360 | 3/5/1991 | 3/4/1992 | 3/5/1991 | 3/4/1992 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Security Mutual Insurance Company | CP-9360 | 3/5/1992 | 3/5/1993 | 3/5/1992 | 3/5/1993 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Security Mutual Insurance Company | CP-9360 | 3/5/1993 | 3/5/1994 | 3/5/1993 | 3/5/1994 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Security Mutual Insurance Company | CP12613 | 3/5/1994 | 3/5/1995 | 3/5/1994 | 3/5/1995 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Security Mutual Insurance Company | CP12613 | 3/5/1995 | 3/5/1996 | 3/5/1995 | 3/5/1996 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Security Mutual Insurance Company | CP12613 | 3/5/1996 | 3/5/1997 | 3/5/1996 | 3/5/1997 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Security Mutual Insurance Company | CP 0050259 | 3/5/1997 | 4/5/1997 | 3/5/1997 | 4/5/1997 |
| Longhouse (373): Cayuga County 1924-2009 (366) | Erie and Niagara Insurance Association | 56 04 0399 | 4/5/1997 | 4/5/1998 | 4/5/1997 | 4/5/1998 |
| Longhouse (373): Hiawatha -1999 (373) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/19/1972 | 1/1/1973 |
| Longhouse (373): Hiawatha -1999 (373) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/19/1972 | 1/1/1973 |
| Longhouse (373): Hiawatha -1999 (373) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Longhouse (373): Hiawatha -1999 (373) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Longhouse (373): Hiawatha -1999 (373) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Longhouse (373): Hiawatha -1999 (373) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Longhouse (373): Hiawatha -1999 (373) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Longhouse (373): Hiawatha -1999 (373) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhouse (373): Hiawatha -1999 (373) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhouse (373): Hiawatha -1999 (373) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 76 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhouse (373): Hiawatha -1999 (373) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhouse (373): Hiawatha -1999 (373) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longhouse (373): Hiawatha -1999 (373) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220029 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longhouse (373): Hiawatha -1999 (373) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longhouse (373): Jefferson Lewis 1932-1982 (408) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Longhouse (373): Jefferson Lewis 1932-1982 (408) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Longhouse (373): Jefferson Lewis 1932-1982 (408) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Longhouse (373): Jefferson Lewis 1932-1982 (408) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Longhouse (373): Jefferson Lewis 1932-1982 (408) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Longhouse (373): Jefferson Lewis 1932-1982 (408) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 78 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhouse (373): Jefferson Lewis 1932-1982 (408) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhouse (373): Jefferson Lewis 1932-1982 (408) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhouse (373): Jefferson Lewis 1932-1982 (408) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhouse (373): Jefferson Lewis 1932-1982 (408) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220032 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Longhouse (373): Jefferson Lewis 1932-1982 (408) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longhouse (373): Jefferson Lewis 1932-1982 (408) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longhouse (373): Saint Lawrence 1938-1982 (403) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Longhouse (373): Saint Lawrence 1938-1982 (403) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhouse (373): Saint Lawrence 1938-1982 (403) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 54 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhouse (373): Saint Lawrence 1938-1982 (403) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longhouse (373): Saint Lawrence 1938-1982 (403) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longhouse (373): Saint Lawrence 1938-1982 (403) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220006 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longhouse (373): Seaway Valley 1982-1995 (403) | Aetna Casualty and Surety Company | 45 BY 100497785 BCA | 1/1/1991 | 1/1/1992 | 1/1/1991 | 1/1/1992 |
| Longs Peak (062): Longs Peak 1975- (062) | Travelers Insurance Company | 042 LB F181864 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Longs Peak (062): Longs Peak 1975- (062) | Travelers Indemnity Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Longs Peak (062): Longs Peak 1975- (062) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Longs Peak (062): Longs Peak 1975- (062) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longs Peak (062): Longs Peak 1975- (062) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longs Peak (062): Longs Peak 1975- (062) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 65 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Longs Peak (062): Longs Peak 1975- (062) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219913 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longs Peak (062): Longs Peak 1975- (062) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Longs Peak (062): Longs Peak 1975- (062) | Travelers Indemnity Company | Unknown | 1/1/1981 | 1/1/1982 | 1/1/1981 | 1/1/1982 |
| Longs Peak (062): Wyo-Braska 1936-1975 (325) | Insurance Company of North America | SBL-4-79-46 | 11/12/1968 | 11/12/1969 | 11/12/1968 | 11/12/1969 |
| Longs Peak (062): Wyo-Braska 1936-1975 (325) | Insurance Company of North America | SBL 52108 | 11/12/1969 | 11/12/1970 | 11/12/1969 | 11/12/1970 |
| Longs Peak (062): Wyo-Braska 1936-1975 (325) | Insurance Company of North America | SBL 52126 | 11/12/1970 | 11/12/1971 | 11/12/1970 | 11/12/1971 |
| Longs Peak (062): Wyo-Braska 1936-1975 (325) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Longs Peak (062): Wyo-Braska 1936-1975 (325) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Longs Peak (062): Wyo-Braska 1936-1975 (325) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Longs Peak (062): Wyo-Braska 1936-1975 (325) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Longs Peak (062): Wyo-Braska 1936-1975 (325) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Longs Peak (062): Wyo-Braska 1936-1975 (325) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Longs Peak (062): Wyo-Braska 1936-1975 (325) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Longs Peak (062): Wyo-Braska 1936-1975 (325) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Longs Peak (062): Wyo-Braska 1936-1975 (325) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Los Padres (053): Mission 1929-1994 (053) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Los Padres (053): Mission 1929-1994 (053) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Los Padres (053): Mission 1929-1994 (053) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Los Padres (053): Mission 1929-1994 (053) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 55 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Los Padres (053): Mission 1929-1994 (053) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Los Padres (053): Mission 1929-1994 (053) | Jefferson Insurance Company of New York | GLA 209761 | 9/9/1976 | 8/1/1977 | 9/9/1976 | 8/1/1977 |
| Los Padres (053): Mission 1929-1994 (053) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Los Padres (053): Mission 1929-1994 (053) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219903 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Los Padres (053): Mission 1929-1994 (053) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | Insurance Company of North America | SBL 46901 | 1/14/1965 | 1/14/1966 | 1/14/1965 | 1/14/1966 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | Insurance Company of North America | SBL 46901 | 1/14/1966 | 1/14/1967 | 1/14/1966 | 1/14/1967 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | Insurance Company of North America | SBL 46901 | 1/14/1967 | 1/14/1968 | 1/14/1967 | 1/14/1968 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | Insurance Company of North America | SBL 46901 | 1/14/1968 | 1/14/1969 | 1/14/1968 | 1/14/1969 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | Insurance Company of North America | SBL 46901 | 1/14/1969 | 1/14/1970 | 1/14/1969 | 1/14/1970 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | Insurance Company of North America | SBL 46901 | 1/14/1970 | 1/14/1971 | 1/14/1970 | 1/14/1971 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | Insurance Company of North America | SBL 5 13 94 | 1/14/1971 | 1/14/1972 | 1/14/1971 | 1/14/1972 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | Insurance Company of North America | SBL 5 13 94 | 1/14/1972 | 1/14/1973 | 1/14/1972 | 1/14/1973 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 51 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219899 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Los Padres (053): Santa Lucia Area 1939-1994 (056) | United States Fidelity and Guaranty Company | 1CCA16993 | 1/15/1977 | 1/15/1978 | 1/15/1977 | 1/15/1978 |
| Louisiana Purchase (213): Attakapas 1938-2003 (208) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Louisiana Purchase (213): Attakapas 1938-2003 (208) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Louisiana Purchase (213): Attakapas 1938-2003 (208) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Louisiana Purchase (213): Attakapas 1938-2003 (208) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Louisiana Purchase (213): Attakapas 1938-2003 (208) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Louisiana Purchase (213): Attakapas 1938-2003 (208) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Louisiana Purchase (213): Attakapas 1938-2003 (208) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Louisiana Purchase (213): Attakapas 1938-2003 (208) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Louisiana Purchase (213): Attakapas 1938-2003 (208) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 56 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Louisiana Purchase (213): Attakapas 1938-2003 (208) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Louisiana Purchase (213): Attakapas 1938-2003 (208) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220104 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Louisiana Purchase (213): Attakapas 1938-2003 (208) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | Insurance Company of North America | SBL 3 12 49 | 4/27/1966 | 4/27/1967 | 4/27/1966 | 4/27/1967 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | Insurance Company of North America | SBL 3 12 49 | 4/27/1967 | 4/27/1968 | 4/27/1967 | 4/27/1968 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | Insurance Company of North America | SBL 3 12 49 | 4/27/1968 | 4/27/1969 | 4/27/1968 | 4/27/1969 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | Insurance Company of North America | SBL 3 12 49 | 4/27/1969 | 4/27/1970 | 4/27/1969 | 4/27/1970 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | Insurance Company of North America | SBL 3 12 49 | 4/27/1970 | 4/27/1971 | 4/27/1970 | 4/27/1971 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | Insurance Company of North America | SBL 3 12 49 | 4/27/1971 | 4/27/1972 | 4/27/1971 | 4/27/1972 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/28/1972 | 1/1/1973 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/28/1972 | 1/1/1973 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 61 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Louisiana Purchase (213): Ouachita Valley 1925-2003 (213) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220109 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Marin (035): Marin (035) | Insurance Company of North America | SBL 51181 | 4/10/1969 | 4/10/1970 | 4/10/1969 | 4/10/1970 |
| Marin (035): Marin (035) | Insurance Company of North America | SBL 51181 | 4/10/1970 | 4/10/1971 | 4/10/1970 | 4/10/1971 |
| Marin (035): Marin (035) | Insurance Company of North America | SBL 51181 | 4/10/1971 | 4/10/1972 | 4/10/1971 | 4/10/1972 |
| Marin (035): Marin (035) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/10/1972 | 1/1/1973 |
| Marin (035): Marin (035) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/10/1972 | 1/1/1973 |
| Marin (035): Marin (035) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Marin (035): Marin (035) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Marin (035): Marin (035) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Marin (035): Marin (035) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Marin (035): Marin (035) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Marin (035): Marin (035) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Marin (035): Marin (035) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Marin (035): Marin (035) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Marin (035): Marin (035) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 53 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Marin (035): Marin (035) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Marin (035): Marin (035) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219901 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Marin (035): Marin (035) | New Hampshire Insurance Company | GLA 282411 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Marin (035): Marin (035) | Ambassador Insurance Company | 25924 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Marin (035): Marin (035) | Scottsdale Insurance Company | CPS3255537 | 1/1/1995 | 1/1/1996 | 1/1/1995 | 1/1/1996 |
| Mason-Dixon (221): Mason-Dixon 1956- (221) | Maryland Casualty Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mason-Dixon (221): Mason-Dixon 1956- (221) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mason-Dixon (221): Mason-Dixon 1956- (221) | Maryland Casualty Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mason-Dixon (221): Mason-Dixon 1956- (221) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mason-Dixon (221): Mason-Dixon 1956- (221) | Maryland Casualty Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mason-Dixon (221): Mason-Dixon 1956- (221) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 67 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mason-Dixon (221): Mason-Dixon 1956- (221) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mason-Dixon (221): Mason-Dixon 1956- (221) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220115 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mason-Dixon (221): Mason-Dixon 1956- (221) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mason-Dixon (221): Mason-Dixon 1956- (221) | Maryland Casualty Company | Unknown | 7/24/1977 | 7/24/1978 | 7/24/1977 | 7/24/1978 |
| Mason-Dixon (221): Mason-Dixon 1956- (221) | Maryland Casualty Company | Unknown | 7/24/1978 | 7/24/1979 | 7/24/1978 | 7/24/1979 |
| Mason-Dixon (221): Mason-Dixon 1956- (221) | Maryland Casualty Company | Unknown | 7/24/1979 | 7/24/1980 | 7/24/1979 | 7/24/1980 |
| Mayflower (251): Algonquin 1925-1996 (241) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mayflower (251): Algonquin 1925-1996 (241) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mayflower (251): Algonquin 1925-1996 (241) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mayflower (251): Algonquin 1925-1996 (241) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 72 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mayflower (251): Algonquin 1925-1996 (241) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mayflower (251): Algonquin 1925-1996 (241) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220122 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mayflower (251): Knox Trail 1996-2017 (244) | Pacific Insurance Company | ZG 0021837 | 6/20/2003 | 6/20/2004 | 6/20/2003 | 6/20/2004 |
| Mayflower (251): Knox Trail 1996-2017 (244) | Pacific Insurance Company | ZG 0021837 | 6/20/2004 | 6/20/2005 | 6/20/2004 | 6/20/2005 |
| Mayflower (251): Knox Trail 1996-2017 (244) | Hartford Accident and Indemnity Company | 34UUVIS513 | 6/20/2007 | 6/20/2008 | 6/20/2007 | 6/20/2008 |
| Mayflower (251): Knox Trail 1996-2017 (244) | Hartford Accident and Indemnity Company | 34UUVIS513 | 6/20/2008 | 6/20/2009 | 6/20/2008 | 6/20/2009 |
| Mayflower (251): Knox Trail 1996-2017 (244) | Hartford Accident and Indemnity Company | 34UUVIS513 | 6/20/2009 | 6/20/2010 | 6/20/2009 | 6/20/2010 |
| Mayflower (251): Knox Trail 1996-2017 (244) | Hartford Accident and Indemnity Company | 34UUVIS513 | 6/20/2010 | 6/20/2011 | 6/20/2010 | 6/20/2011 |
| Mayflower (251): Knox Trail 1996-2017 (244) | National Casualty Company | BINDER547998 | 6/20/2011 | 6/20/2012 | 6/20/2011 | 6/20/2012 |
| Mayflower (251): Norumbega 1918-1996 (246) | Employers' Fire Insurance Company | EB-62085-97 | 3/26/1970 | 3/26/1971 | 3/26/1970 | 3/26/1971 |
| Mayflower (251): Norumbega 1918-1996 (246) | Employers' Fire Insurance Company | EB-62085-97 | 3/26/1971 | 3/26/1972 | 3/26/1971 | 3/26/1972 |
| Mayflower (251): Norumbega 1918-1996 (246) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/1/1972 | 1/1/1973 |
| Mayflower (251): Norumbega 1918-1996 (246) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/1/1972 | 1/1/1973 |
| Mayflower (251): Norumbega 1918-1996 (246) | Employers' Fire Insurance Company | EB-62085-97 | 3/26/1972 | 3/26/1973 | 3/26/1972 | 3/26/1973 |
| Mayflower (251): Norumbega 1918-1996 (246) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mayflower (251): Norumbega 1918-1996 (246) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mayflower (251): Norumbega 1918-1996 (246) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mayflower (251): Norumbega 1918-1996 (246) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mayflower (251): Norumbega 1918-1996 (246) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mayflower (251): Norumbega 1918-1996 (246) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mayflower (251): Norumbega 1918-1996 (246) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 83 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mayflower (251): Norumbega 1918-1996 (246) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mayflower (251): Norumbega 1918-1996 (246) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mayflower (251): Norumbega 1918-1996 (246) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220134 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mayflower (251): Old Colony 1969-2017 (249) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mayflower (251): Old Colony 1969-2017 (249) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 69 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mayflower (251): Old Colony 1969-2017 (249) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mayflower (251): Old Colony 1969-2017 (249) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mayflower (251): Old Colony 1969-2017 (249) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220117 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mayflower (251): Old Colony 1969-2017 (249) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mayflower (251): Squanto 1936-1969 (228) | New Hampshire Insurance Company | SL BSA 456135 | 7/1/1965 | 7/1/1966 | 7/1/1965 | 7/1/1966 |
| Mayflower (251): Squanto 1936-1969 (228) | Insurance Company of North America | Unknown | 7/1/1966 | 7/1/1967 | 7/1/1966 | 7/1/1967 |
| Mayflower (251): Squanto 1936-1969 (228) | Insurance Company of North America | Unknown | 7/1/1967 | 7/1/1968 | 7/1/1967 | 7/1/1968 |
| Mayflower (251): Squanto 1936-1969 (228) | Insurance Company of North America | Unknown | 7/1/1968 | 7/1/1969 | 7/1/1968 | 7/1/1969 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Mayflower (251): Squanto 1936-1969 (228) | Insurance Company of North America | SBL 51194 | 7/1/1969 | 10/30/1969 | 7/1/1969 | 10/30/1969 |
| Mecklenburg County (415): Mecklenburg County (415) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mecklenburg County (415): Mecklenburg County (415) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mecklenburg County (415): Mecklenburg County (415) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mecklenburg County (415): Mecklenburg County (415) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 84 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mecklenburg County (415): Mecklenburg County (415) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220037 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mecklenburg County (415): Mecklenburg County (415) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mecklenburg County (415): Mecklenburg County (415) | Amerisure Insurance Company | SA MGCPP-0243786-0000 | 1/1/1989 | 1/1/1990 | 1/1/1989 | 1/1/1990 |
| Miami Valley (444): Miami Valley (444) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Miami Valley (444): Miami Valley (444) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Miami Valley (444): Miami Valley (444) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 00 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Miami Valley (444): Miami Valley (444) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Miami Valley (444): Miami Valley (444) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Miami Valley (444): Miami Valley (444) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220053 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Allstate Insurance Company | Unknown | 6/1/1960 | 6/1/1961 | 6/1/1960 | 6/1/1961 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Allstate Insurance Company | Unknown | 6/1/1961 | 6/1/1962 | 6/1/1961 | 6/1/1962 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Allstate Insurance Company | Unknown | 6/1/1962 | 6/1/1963 | 6/1/1962 | 6/1/1963 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Allstate Insurance Company | Unknown | 6/1/1963 | 6/1/1964 | 6/1/1963 | 6/1/1964 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Allstate Insurance Company | Unknown | 6/1/1964 | 6/1/1965 | 6/1/1964 | 6/1/1965 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Insurance Company of North America | SBL 4 29 80 | 3/29/1965 | 3/29/1966 | 3/29/1965 | 3/29/1966 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Insurance Company of North America | Unknown | 6/1/1965 | 6/1/1966 | 6/1/1965 | 6/1/1966 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Insurance Company of North America | SBL 4 29 80 | 3/29/1966 | 3/29/1967 | 3/29/1966 | 3/29/1967 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Insurance Company of North America | Unknown | 6/1/1966 | 6/1/1967 | 6/1/1966 | 6/1/1967 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Insurance Company of North America | SBL 4 29 80 | 3/29/1967 | 3/29/1968 | 3/29/1967 | 3/29/1968 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Insurance Company of North America | Unknown | 6/1/1967 | 3/29/1968 | 6/1/1967 | 3/29/1968 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Insurance Company of North America | SBL 46919 | 3/29/1968 | 3/29/1969 | 3/29/1968 | 3/29/1969 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Insurance Company of North America | SBL 46919 | 3/29/1969 | 3/29/1970 | 3/29/1969 | 3/29/1970 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Insurance Company of North America | SBL 46919 | 3/29/1970 | 3/29/1971 | 3/29/1970 | 3/29/1971 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Insurance Company of North America | SBL 51414 | 3/29/1971 | 3/29/1972 | 3/29/1971 | 3/29/1972 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/29/1972 | 1/1/1973 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/29/1972 | 1/1/1973 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 96 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220146 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Blue Water 1939-2012 (277) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Chief Okemos 1932-2012 (271) | Insurance Company of North America | SBL 52003 | 5/1/1969 | 5/1/1970 | 5/1/1969 | 5/1/1970 |
| Michigan Crossroads (780): Chief Okemos 1932-2012 (271) | Insurance Company of North America | XPL 17689 | 5/1/1970 | 5/1/1971 | 5/1/1970 | 5/1/1971 |
| Michigan Crossroads (780): Chief Okemos 1932-2012 (271) | Insurance Company of North America | SBL 52042 | 5/1/1970 | 5/1/1971 | 5/1/1970 | 5/1/1971 |
| Michigan Crossroads (780): Chief Okemos 1932-2012 (271) | Insurance Company of North America | XPL 17748 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Michigan Crossroads (780): Chief Okemos 1932-2012 (271) | Insurance Company of North America | SBL 52066 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Michigan Crossroads (780): Chief Okemos 1932-2012 (271) | Insurance Company of North America | Unknown | 5/1/1972 | 5/1/1973 | 5/1/1972 | 5/1/1973 |
| Michigan Crossroads (780): Chief Okemos 1932-2012 (271) | Insurance Company of North America | XPL 17748 | 5/1/1972 | 6/1/1972 | 5/1/1972 | 6/1/1972 |
| Michigan Crossroads (780): Chief Okemos 1932-2012 (271) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Michigan Crossroads (780): Chief Okemos 1932-2012 (271) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Chief Okemos 1932-2012 (271) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 93 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Michigan Crossroads (780): Chief Okemos 1932-2012 (271) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Chief Okemos 1932-2012 (271) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Chief Okemos 1932-2012 (271) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220143 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Insurance Company of North America | LB-3-79-18 | 6/1/1962 | 6/1/1963 | 6/1/1962 | 6/1/1963 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Insurance Company of North America | LB-3-79-18 | 6/1/1963 | 6/1/1964 | 6/1/1963 | 6/1/1964 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Insurance Company of North America | LB-3-79-18 | 6/1/1964 | 6/1/1965 | 6/1/1964 | 6/1/1965 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Insurance Company of North America | SBL 4 24 72 | 6/1/1965 | 6/1/1966 | 6/1/1965 | 6/1/1966 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Insurance Company of North America | SBL 4 24 72 | 6/1/1966 | 6/1/1967 | 6/1/1966 | 6/1/1967 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Insurance Company of North America | SBL 4 24 72 | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Insurance Company of North America | SBL 47729 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Insurance Company of North America | SBL 47729 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Insurance Company of North America | SBL 47729 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Insurance Company of North America | SBL 52072 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/22/1972 | 1/1/1973 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/22/1972 | 1/1/1973 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 95 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220145 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Clinton Valley 1937-2009 (276) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | Insurance Company of North America | SBL 45740 | 2/13/1966 | 2/13/1967 | 2/13/1966 | 2/13/1967 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | Insurance Company of North America | SBL-4-76-71 | 2/13/1967 | 2/13/1968 | 2/13/1967 | 2/13/1968 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | Insurance Company of North America | SBL 4 77 22 | 2/13/1968 | 2/13/1969 | 2/13/1968 | 2/13/1969 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | Insurance Company of North America | SBL 4 77 56 | 2/13/1969 | 2/13/1970 | 2/13/1969 | 2/13/1970 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | Insurance Company of North America | SBL 4 77 56 | 2/13/1970 | 2/13/1971 | 2/13/1970 | 2/13/1971 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | Insurance Company of North America | SBL 52065 | 2/13/1971 | 2/13/1972 | 2/13/1971 | 2/13/1972 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/13/1972 | 1/1/1973 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/13/1972 | 1/1/1973 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 88 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Detroit Area -2009 (262) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220139 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | Unknown | 1/1/1961 | 1/1/1962 | 1/1/1961 | 1/1/1962 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | Unknown | 1/1/1962 | 1/1/1963 | 1/1/1962 | 1/1/1963 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | SBL-4-95-05 | 5/20/1962 | 5/20/1963 | 5/20/1962 | 5/20/1963 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | Unknown | 1/1/1963 | 1/1/1964 | 1/1/1963 | 1/1/1964 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | SBL-4-95-05 | 5/20/1963 | 5/19/1964 | 5/20/1963 | 5/19/1964 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | Unknown | 1/1/1964 | 5/20/1964 | 1/1/1964 | 5/20/1964 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | SBL-4-95-05 | 5/20/1964 | 5/20/1965 | 5/20/1964 | 5/20/1965 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | SBL-4-24-73 | 5/20/1965 | 5/20/1966 | 5/20/1965 | 5/20/1966 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | SBL-4-24-73 | 5/20/1966 | 5/20/1967 | 5/20/1966 | 5/20/1967 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | SBL-4-24-73 | 5/20/1967 | 5/20/1968 | 5/20/1967 | 5/20/1968 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | Unknown | 5/20/1968 | 5/20/1969 | 5/20/1968 | 5/20/1969 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | SBL-4-77-27 | 5/20/1969 | 5/20/1970 | 5/20/1969 | 5/20/1970 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | SBL-5-20-37 | 5/20/1970 | 5/20/1971 | 5/20/1970 | 5/20/1971 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | SBL-5-20-37 | 5/20/1971 | 5/20/1972 | 5/20/1971 | 5/20/1972 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/21/1972 | 1/1/1973 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/21/1972 | 1/1/1973 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | GLP 43 22 35 | 1/1/1975 | 6/2/1975 | 1/1/1975 | 6/2/1975 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | XBC 123702 | 1/1/1975 | 6/2/1975 | 1/1/1975 | 6/2/1975 |
| Michigan Crossroads (780): Grand Valley 1936-1975 (266) | Insurance Company of North America | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Michigan Crossroads (780): Lake Huron Area 1971-2012 (265) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Michigan Crossroads (780): Lake Huron Area 1971-2012 (265) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Lake Huron Area 1971-2012 (265) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Lake Huron Area 1971-2012 (265) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 87 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Lake Huron Area 1971-2012 (265) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220138 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Lake Huron Area 1971-2012 (265) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | Insurance Company of North America | SBL 4 29 76 | 4/24/1965 | 4/24/1966 | 4/24/1965 | 4/24/1966 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | Insurance Company of North America | SBL 4 29 76 | 4/24/1966 | 4/24/1967 | 4/24/1966 | 4/24/1967 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | Insurance Company of North America | SBL 4 29 76 | 4/24/1967 | 4/24/1968 | 4/24/1967 | 4/24/1968 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | Insurance Company of North America | SBL 4 69 30 | 4/24/1968 | 4/24/1969 | 4/24/1968 | 4/24/1969 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | Insurance Company of North America | SBL 4 69 30 | 4/24/1969 | 4/24/1970 | 4/24/1969 | 4/24/1970 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | Insurance Company of North America | SBL 4 69 30 | 4/24/1970 | 4/24/1971 | 4/24/1970 | 4/24/1971 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | Insurance Company of North America | SBL 5 15 06 | 4/24/1971 | 4/23/1972 | 4/24/1971 | 4/23/1972 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/24/1972 | 1/1/1973 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/24/1972 | 1/1/1973 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 91 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Land O' Lakes 1937-1993 (269) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220142 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Insurance Company of North America | LAB-1-69-55 | 6/4/1964 | 6/4/1965 | 6/4/1964 | 6/4/1965 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Insurance Company of North America | SBL-4-24-74 | 6/4/1965 | 6/4/1966 | 6/4/1965 | 6/4/1966 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Insurance Company of North America | SBL-4-24-74 | 6/4/1966 | 6/4/1967 | 6/4/1966 | 6/4/1967 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Insurance Company of North America | SBL-4-24-74 | 6/4/1967 | 6/4/1968 | 6/4/1967 | 6/4/1968 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Insurance Company of North America | SBL-4-24-74 | 6/4/1968 | 6/4/1969 | 6/4/1968 | 6/4/1969 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Insurance Company of North America | SBL-5-20-06 | 6/4/1969 | 6/4/1970 | 6/4/1969 | 6/4/1970 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Insurance Company of North America | SBL 52038 | 6/4/1970 | 6/4/1971 | 6/4/1970 | 6/4/1971 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Insurance Company of North America | SBL 52038 | 6/4/1971 | 6/3/1972 | 6/4/1971 | 6/3/1972 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/5/1972 | 1/1/1973 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/5/1972 | 1/1/1973 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 97 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220147 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Scenic Trails 1939-2012 (274) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Southwest Michigan 1973-2012 (270) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Southwest Michigan 1973-2012 (270) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Southwest Michigan 1973-2012 (270) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Southwest Michigan 1973-2012 (270) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Southwest Michigan 1973-2012 (270) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Michigan Crossroads (780): Southwest Michigan 1973-2012 (270) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Southwest Michigan 1973-2012 (270) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 92 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Southwest Michigan 1973-2012 (270) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Southwest Michigan 1973-2012 (270) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Southwest Michigan 1973-2012 (270) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219856 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Southwestern Michigan 1941-1973 (258) | Insurance Company of North America | OBP 68693 | 10/29/1969 | 10/29/1970 | 10/29/1969 | 10/29/1970 |
| Michigan Crossroads (780): Southwestern Michigan 1941-1973 (258) | Insurance Company of North America | OBP 68693 | 10/29/1970 | 10/29/1971 | 10/29/1970 | 10/29/1971 |
| Michigan Crossroads (780): Southwestern Michigan 1941-1973 (258) | Insurance Company of North America | OBP 68693 | 10/29/1971 | 10/29/1972 | 10/29/1971 | 10/29/1972 |
| Michigan Crossroads (780): Southwestern Michigan 1941-1973 (258) | Insurance Company of North America | OBP 12 56 44 | 10/29/1972 | 1/1/1973 | 10/29/1972 | 1/1/1973 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | Insurance Company of North America | SBL-4-24-59 | 6/12/1967 | 6/12/1968 | 6/12/1967 | 6/12/1968 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | Insurance Company of North America | SBL-4-77-37 | 6/12/1968 | 6/12/1969 | 6/12/1968 | 6/12/1969 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | Insurance Company of North America | SBL 52007 | 6/12/1969 | 6/12/1970 | 6/12/1969 | 6/12/1970 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | Insurance Company of North America | SBL 52046 | 6/12/1970 | 6/12/1971 | 6/12/1970 | 6/12/1971 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | Insurance Company of North America | Unknown | 6/12/1971 | 1/1/1972 | 6/12/1971 | 1/1/1972 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/12/1972 | 1/1/1973 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/12/1972 | 1/1/1973 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 89 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220140 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Tall Pine 1937-2012 (264) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Timber Trails 1944-1975 (275) | Insurance Company of North America | SBL 4 57 66 | 7/27/1966 | 7/27/1967 | 7/27/1966 | 7/27/1967 |
| Michigan Crossroads (780): Timber Trails 1944-1975 (275) | Insurance Company of North America | SBL-4-76-81 | 7/27/1967 | 7/27/1968 | 7/27/1967 | 7/27/1968 |
| Michigan Crossroads (780): Timber Trails 1944-1975 (275) | Insurance Company of North America | SBL-4-76-81 | 7/27/1968 | 7/27/1969 | 7/27/1968 | 7/27/1969 |
| Michigan Crossroads (780): Timber Trails 1944-1975 (275) | Insurance Company of North America | SBL 52012 | 7/27/1969 | 7/27/1970 | 7/27/1969 | 7/27/1970 |
| Michigan Crossroads (780): Timber Trails 1944-1975 (275) | Insurance Company of North America | Unknown | 7/27/1970 | 7/27/1971 | 7/27/1970 | 7/27/1971 |
| Michigan Crossroads (780): Timber Trails 1944-1975 (275) | Insurance Company of North America | Unknown | 7/27/1971 | 1/1/1972 | 7/27/1971 | 1/1/1972 |
| Michigan Crossroads (780): Timber Trails 1944-1975 (275) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/19/1972 | 1/1/1973 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Michigan Crossroads (780): Timber Trails 1944-1975 (275) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/19/1972 | 1/1/1973 |
| Michigan Crossroads (780): Timber Trails 1944-1975 (275) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Timber Trails 1944-1975 (275) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Timber Trails 1944-1975 (275) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Timber Trails 1944-1975 (275) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Michigan Crossroads (780): Timber Trails 1944-1975 (275) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Michigan Crossroads (780): West Michigan Shores 1975-1995 (266) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Michigan Crossroads (780): West Michigan Shores 1975-1995 (266) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): West Michigan Shores 1975-1995 (266) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): West Michigan Shores 1975-1995 (266) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 90 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): West Michigan Shores 1975-1995 (266) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): West Michigan Shores 1975-1995 (266) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220141 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Wolverine 1925-1973 (711) | Insurance Company of North America | SBL 4 29 54 | 3/1/1965 | 3/1/1966 | 3/1/1965 | 3/1/1966 |
| Michigan Crossroads (780): Wolverine 1925-1973 (711) | Insurance Company of North America | SBL 4 29 54 | 3/1/1966 | 3/1/1967 | 3/1/1966 | 3/1/1967 |
| Michigan Crossroads (780): Wolverine 1925-1973 (711) | Insurance Company of North America | SBL 4 29 54 | 3/1/1967 | 3/1/1968 | 3/1/1967 | 3/1/1968 |
| Michigan Crossroads (780): Wolverine 1925-1973 (711) | Insurance Company of North America | Unknown | 2/29/1968 | 2/28/1969 | 2/29/1968 | 2/28/1969 |
| Michigan Crossroads (780): Wolverine 1925-1973 (711) | Insurance Company of North America | Unknown | 2/28/1969 | 2/28/1970 | 2/28/1969 | 2/28/1970 |
| Michigan Crossroads (780): Wolverine 1925-1973 (711) | Insurance Company of North America | Unknown | 2/28/1970 | 3/1/1970 | 2/28/1970 | 3/1/1970 |
| Michigan Crossroads (780): Wolverine 1925-1973 (711) | Insurance Company of North America | SBL 51315 | 3/1/1970 | 3/1/1971 | 3/1/1970 | 3/1/1971 |
| Michigan Crossroads (780): Wolverine 1925-1973 (711) | Insurance Company of North America | SBL 51315 | 3/1/1971 | 3/1/1972 | 3/1/1971 | 3/1/1972 |
| Michigan Crossroads (780): Wolverine 1925-1973 (711) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Michigan Crossroads (780): Wolverine 1925-1973 (711) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Michigan Crossroads (780): Wolverine 1925-1973 (711) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Wolverine 1925-1973 (711) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Michigan Crossroads (780): Wolverine 1925-1973 (711) | American Employers' Insurance Company | AWW451163 | 3/3/1980 | 3/3/1981 | 3/3/1980 | 3/3/1981 |
| Michigan Crossroads (780): Wolverine 1973-1993 (255) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Michigan Crossroads (780): Wolverine 1973-1993 (255) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Wolverine 1973-1993 (255) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 86 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Wolverine 1973-1993 (255) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Michigan Crossroads (780): Wolverine 1973-1993 (255) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Michigan Crossroads (780): Wolverine 1973-1993 (255) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220137 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mid-America (326): Mid-America 1965- (326) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Mid-America (326): Mid-America 1965- (326) | Travelers Insurance Company | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Mid-America (326): Mid-America 1965- (326) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Mid-America (326): Mid-America 1965- (326) | Insurance Company of North America | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Mid-America (326): Mid-America 1965- (326) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mid-America (326): Mid-America 1965- (326) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mid-America (326): Mid-America 1965- (326) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 21 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mid-America (326): Mid-America 1965- (326) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mid-America (326): Mid-America 1965- (326) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220173 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mid-America (326): Mid-America 1965- (326) | Travelers Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mid-America (326): Mid-America 1965- (326) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mid-America (326): Prairie Gold Area 1942-2000 (179) | Insurance Company of North America | SBL 52139 | 3/23/1971 | 3/23/1972 | 3/23/1971 | 3/23/1972 |
| Mid-America (326): Prairie Gold Area 1942-2000 (179) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/2/1972 | 1/1/1973 |
| Mid-America (326): Prairie Gold Area 1942-2000 (179) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/2/1972 | 1/1/1973 |
| Mid-America (326): Prairie Gold Area 1942-2000 (179) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mid-America (326): Prairie Gold Area 1942-2000 (179) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mid-America (326): Prairie Gold Area 1942-2000 (179) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mid-America (326): Prairie Gold Area 1942-2000 (179) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mid-America (326): Prairie Gold Area 1942-2000 (179) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mid-America (326): Prairie Gold Area 1942-2000 (179) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 43 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mid-America (326): Prairie Gold Area 1942-2000 (179) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Mid-America (326): Prairie Gold Area 1942-2000 (179) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mid-America (326): Prairie Gold Area 1942-2000 (179) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mid-America (326): Prairie Gold Area 1942-2000 (179) | National Union Fire Insurance Company of Pittsburgh, PA | BE 12199S9 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mid-America (326): Prairie Gold Area 1942-2000 (179) | New Hampshire Insurance Company | GAL 34 36 80 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mid-America (326): Prairie Gold Area 1942-2000 (179) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mid-America (326): Sergeant Floyd Area 1939-1972 (185) | Insurance Company of North America | Unknown | 1/1/1961 | 1/1/1962 | 1/1/1961 | 1/1/1962 |
| Mid-America (326): Sergeant Floyd Area 1939-1972 (185) | Insurance Company of North America | Unknown | 1/1/1962 | 1/1/1963 | 1/1/1962 | 1/1/1963 |
| Mid-America (326): Sergeant Floyd Area 1939-1972 (185) | Insurance Company of North America | Unknown | 1/1/1963 | 1/1/1964 | 1/1/1963 | 1/1/1964 |
| Mid-America (326): Sergeant Floyd Area 1939-1972 (185) | Insurance Company of North America | Unknown | 1/1/1964 | 1/1/1965 | 1/1/1964 | 1/1/1965 |
| Mid-America (326): Sergeant Floyd Area 1939-1972 (185) | Insurance Company of North America | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Mid-America (326): Sergeant Floyd Area 1939-1972 (185) | Insurance Company of North America | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Mid-America (326): Sergeant Floyd Area 1939-1972 (185) | Insurance Company of North America | SBL 4 49 67 | 3/23/1966 | 3/23/1967 | 3/23/1966 | 3/23/1967 |
| Mid-America (326): Sergeant Floyd Area 1939-1972 (185) | Insurance Company of North America | Unknown | 1/1/1967 | 3/23/1967 | 1/1/1967 | 3/23/1967 |
| Mid-America (326): Sergeant Floyd Area 1939-1972 (185) | Insurance Company of North America | SBL 4 78 67 | 3/23/1967 | 3/22/1968 | 3/23/1967 | 3/22/1968 |
| Mid-America (326): Sergeant Floyd Area 1939-1972 (185) | Insurance Company of North America | SBL 4 79 20 | 3/23/1968 | 3/23/1969 | 3/23/1968 | 3/23/1969 |
| Mid-America (326): Sergeant Floyd Area 1939-1972 (185) | Insurance Company of North America | SBL 4 79 54 | 3/23/1969 | 3/23/1970 | 3/23/1969 | 3/23/1970 |
| Mid-America (326): Sergeant Floyd Area 1939-1972 (185) | Insurance Company of North America | SBL 52117 | 3/23/1970 | 3/23/1971 | 3/23/1970 | 3/23/1971 |
| Mid-America (326): Sergeant Floyd Area 1939-1972 (185) | Insurance Company of North America | SBL 52139 | 3/23/1971 | 3/23/1972 | 3/23/1971 | 3/23/1972 |
| Mid-America (326): Sioux City 1918-1926 (185) | St. Paul Mercury Insurance Company | Unknown | 6/10/1954 | 6/10/1955 | 6/10/1954 | 6/10/1955 |
| Middle Tennessee (560): Middle Tennessee (560) | Insurance Company of North America | SBL 5 04 06 | 4/1/1968 | 4/1/1969 | 4/1/1968 | 4/1/1969 |
| Middle Tennessee (560): Middle Tennessee (560) | Insurance Company of North America | SBL 5 04 06 | 4/1/1969 | 4/1/1970 | 4/1/1969 | 4/1/1970 |
| Middle Tennessee (560): Middle Tennessee (560) | Insurance Company of North America | SBL 5 04 06 | 4/1/1970 | 4/1/1971 | 4/1/1970 | 4/1/1971 |
| Middle Tennessee (560): Middle Tennessee (560) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Middle Tennessee (560): Middle Tennessee (560) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Middle Tennessee (560): Middle Tennessee (560) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Middle Tennessee (560): Middle Tennessee (560) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Middle Tennessee (560): Middle Tennessee (560) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Middle Tennessee (560): Middle Tennessee (560) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Middle Tennessee (560): Middle Tennessee (560) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Middle Tennessee (560): Middle Tennessee (560) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Middle Tennessee (560): Middle Tennessee (560) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Middle Tennessee (560): Middle Tennessee (560) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 69 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Middle Tennessee (560): Middle Tennessee (560) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Middle Tennessee (560): Middle Tennessee (560) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220292 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mid-Iowa (177): Mid-Iowa 1970- (177) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Mid-Iowa (177): Mid-Iowa 1970- (177) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Mid-Iowa (177): Mid-Iowa 1970- (177) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mid-Iowa (177): Mid-Iowa 1970- (177) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mid-Iowa (177): Mid-Iowa 1970- (177) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mid-Iowa (177): Mid-Iowa 1970- (177) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mid-Iowa (177): Mid-Iowa 1970- (177) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mid-Iowa (177): Mid-Iowa 1970- (177) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mid-Iowa (177): Mid-Iowa 1970- (177) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 41 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mid-Iowa (177): Mid-Iowa 1970- (177) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mid-Iowa (177): Mid-Iowa 1970- (177) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219987 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mid-Iowa (177): Mid-Iowa 1970- (177) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mid-Iowa (177): Southern Iowa Area 1929-1970 (184) | Insurance Company of North America | SBL 4 53 76 | 1/24/1966 | 1/24/1967 | 1/24/1966 | 1/24/1967 |
| Mid-Iowa (177): Southern Iowa Area 1929-1970 (184) | Insurance Company of North America | SBL 4 53 76 | 1/24/1967 | 1/24/1968 | 1/24/1967 | 1/24/1968 |
| Mid-Iowa (177): Southern Iowa Area 1929-1970 (184) | Insurance Company of North America | SBL 4 53 76 | 1/24/1968 | 1/24/1969 | 1/24/1968 | 1/24/1969 |
| Mid-Iowa (177): Southern Iowa Area 1929-1970 (184) | Insurance Company of North America | SBL 5 04 33 | 1/24/1969 | 1/24/1970 | 1/24/1969 | 1/24/1970 |
| Mid-Iowa (177): Southern Iowa Area 1929-1970 (184) | Insurance Company of North America | SBL 5 04 33 | 1/24/1970 | 5/1/1970 | 1/24/1970 | 5/1/1970 |
| Midnight Sun (696): Midnight Sun (696) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 12/1/1972 | 1/1/1973 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Midnight Sun (696): Midnight Sun (696) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 12/1/1972 | 1/1/1973 |
| Midnight Sun (696): Midnight Sun (696) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Midnight Sun (696): Midnight Sun (696) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Midnight Sun (696): Midnight Sun (696) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Midnight Sun (696): Midnight Sun (696) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Midnight Sun (696): Midnight Sun (696) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Midnight Sun (696): Midnight Sun (696) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Midnight Sun (696): Midnight Sun (696) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 16 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Midnight Sun (696): Midnight Sun (696) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Midnight Sun (696): Midnight Sun (696) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Midnight Sun (696): Midnight Sun (696) | New Hampshire Insurance Company | GLA 311350 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Midnight Sun (696): Midnight Sun (696) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Midnight Sun (696): Midnight Sun (696) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219865 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Minsi Trails (502): Delaware Valley Area 1932-1969 (510) | Insurance Company of North America | 2075 | 10/16/1944 | 10/16/1945 | 10/16/1944 | 10/16/1945 |
| Minsi Trails (502): Delaware Valley Area 1932-1969 (510) | Phoenix of Hartford Insurance Companies | CC 8 98 96 | 5/16/1966 | 5/16/1967 | 5/16/1966 | 5/16/1967 |
| Minsi Trails (502): Delaware Valley Area 1932-1969 (510) | Phoenix of Hartford Insurance Companies | CC 8 98 96 | 5/16/1967 | 5/16/1968 | 5/16/1967 | 5/16/1968 |
| Minsi Trails (502): Delaware Valley Area 1932-1969 (510) | Phoenix of Hartford Insurance Companies | CC 8 98 96 | 5/16/1968 | 5/16/1969 | 5/16/1968 | 5/16/1969 |
| Minsi Trails (502): Lehigh County 1930-1969 (729) | Insurance Company of North America | SBL Unknown | 12/1/1965 | 5/1/1966 | 12/1/1965 | 5/1/1966 |
| Minsi Trails (502): Lehigh County 1930-1969 (729) | Insurance Company of North America | SBL 4 47 99 | 5/1/1966 | 5/1/1967 | 5/1/1966 | 5/1/1967 |
| Minsi Trails (502): Lehigh County 1930-1969 (729) | Insurance Company of North America | SBL 4 47 99 | 5/1/1967 | 5/1/1968 | 5/1/1967 | 5/1/1968 |
| Minsi Trails (502): Lehigh County 1930-1969 (729) | Insurance Company of North America | SBL 4 47 99 | 5/1/1968 | 5/1/1969 | 5/1/1968 | 5/1/1969 |
| Minsi Trails (502): Lehigh County 1930-1969 (729) | Insurance Company of North America | SBL 4 85 34 | 5/1/1969 | 5/9/1969 | 5/1/1969 | 5/9/1969 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Insurance Company of North America | SBL 44799 | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Insurance Company of North America | SBL 44799 | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Insurance Company of North America | SBL 44799 | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Aetna Casualty and Surety Company | 44CA 115201 | 4/20/1969 | 4/20/1970 | 4/20/1969 | 4/20/1970 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Insurance Company of North America | SBL-48567 | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Aetna Casualty and Surety Company | Unknown | 4/20/1970 | 4/20/1971 | 4/20/1970 | 4/20/1971 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Insurance Company of North America | SBL-48567 | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Insurance Company of North America | SBL-48567 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Insurance Company of North America | SBL-48567 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Insurance Company of North America | XBC-96766 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Insurance Company of North America | GLP 40 72 24 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Insurance Company of North America | GLP 40 72 24 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Insurance Company of North America | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Insurance Company of North America | GLP 40 72 24 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Minsi Trails (502): Minsi Trails 1968- (502) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Minsi Trails (502): Minsi Trails 1968- (502) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 39 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Insurance Company of North America | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Minsi Trails (502): Minsi Trails 1968- (502) | Insurance Company of North America | GLP-621176 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Minsi Trails (502): Minsi Trails 1968- (502) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220094 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Minsi Trails (502): Minsi Trails 1968- (502) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | Insurance Company of North America | SBL 5 04 24 | 6/20/1968 | 6/20/1969 | 6/20/1968 | 6/20/1969 |
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | Insurance Company of North America | SBL 5 04 24 | 6/20/1969 | 6/20/1970 | 6/20/1969 | 6/20/1970 |
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | Insurance Company of North America | SBL 5 04 24 | 6/20/1970 | 6/20/1971 | 6/20/1970 | 6/20/1971 |
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | Insurance Company of North America | SBL 5 15 61 | 6/20/1971 | 6/20/1972 | 6/20/1971 | 6/20/1972 |
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/20/1972 | 1/1/1973 |
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/20/1972 | 1/1/1973 |
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 23 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mississippi Valley (141): Saukee Area 1935-1993 (141) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219969 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | Insurance Company of North America | SBL 4 30 00 | 6/1/1965 | 6/1/1966 | 6/1/1965 | 6/1/1966 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | Insurance Company of North America | SBL 4 30 00 | 6/1/1966 | 6/1/1967 | 6/1/1966 | 6/1/1967 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | Insurance Company of North America | SBL 4 30 00 | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | Insurance Company of North America | SBL 4 69 46 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | Insurance Company of North America | SBL 4 69 46 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | Insurance Company of North America | SBL 4 69 46 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | Insurance Company of North America | SBL 5 15 59 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 39 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219985 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mississippi Valley (141): Southeast Iowa 1929-1993 (171) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mobile Area (004): Mobile Area (004) | Insurance Company of North America | SBL 46907 | 2/1/1970 | 2/1/1971 | 2/1/1970 | 2/1/1971 |
| Mobile Area (004): Mobile Area (004) | Insurance Company of North America | SBL 51408 | 2/1/1971 | 2/1/1972 | 2/1/1971 | 2/1/1972 |
| Mobile Area (004): Mobile Area (004) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Mobile Area (004): Mobile Area (004) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Mobile Area (004): Mobile Area (004) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mobile Area (004): Mobile Area (004) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mobile Area (004): Mobile Area (004) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mobile Area (004): Mobile Area (004) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mobile Area (004): Mobile Area (004) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mobile Area (004): Mobile Area (004) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 11 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mobile Area (004): Mobile Area (004) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mobile Area (004): Mobile Area (004) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mobile Area (004): Mobile Area (004) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mobile Area (004): Mobile Area (004) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mobile Area (004): Mobile Area (004) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219861 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mobile Area (004): Mobile Area (004) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Monmouth (347): Monmouth (347) | Insurance Company of North America | SBL 42996 | 2/1/1965 | 2/1/1966 | 2/1/1965 | 2/1/1966 |
| Monmouth (347): Monmouth (347) | Insurance Company of North America | SBL 42996 | 2/1/1966 | 2/1/1967 | 2/1/1966 | 2/1/1967 |
| Monmouth (347): Monmouth (347) | Insurance Company of North America | SBL 42996 | 2/1/1967 | 2/1/1968 | 2/1/1967 | 2/1/1968 |
| Monmouth (347): Monmouth (347) | Insurance Company of North America | SBL 46903 | 2/1/1968 | 2/1/1969 | 2/1/1968 | 2/1/1969 |
| Monmouth (347): Monmouth (347) | Insurance Company of North America | SBL 46903 | 2/1/1969 | 2/1/1970 | 2/1/1969 | 2/1/1970 |
| Monmouth (347): Monmouth (347) | Insurance Company of North America | SBL 46903 | 2/1/1970 | 2/1/1971 | 2/1/1970 | 2/1/1971 |
| Monmouth (347): Monmouth (347) | Insurance Company of North America | SBL 51395 | 2/1/1971 | 2/1/1972 | 2/1/1971 | 2/1/1972 |
| Monmouth (347): Monmouth (347) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Monmouth (347): Monmouth (347) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Monmouth (347): Monmouth (347) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Monmouth (347): Monmouth (347) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Monmouth (347): Monmouth (347) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Monmouth (347): Monmouth (347) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Monmouth (347): Monmouth (347) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Monmouth (347): Monmouth (347) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Monmouth (347): Monmouth (347) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 32 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Monmouth (347): Monmouth (347) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Monmouth (347): Monmouth (347) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Monmouth (347): Monmouth (347) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220184 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Montana (315): Montana 1973- (315) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Montana (315): Montana 1973- (315) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Montana (315): Montana 1973- (315) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 17 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Montana (315): Montana 1973- (315) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Montana (315): Montana 1973- (315) | Home Insurance Company | 1217117 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Montana (315): Montana 1973- (315) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220168 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Montana (315): Montana 1973- (315) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Montana (315): Vigilante 1944-1973 (313) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/1/1972 | 1/1/1973 |
| Montana (315): Vigilante 1944-1973 (313) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/1/1972 | 1/1/1973 |
| Montana (315): Vigilante 1944-1973 (313) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Montana (315): Vigilante 1944-1973 (313) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Montana (315): Vigilante 1944-1973 (313) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Montana (315): Vigilante 1944-1973 (313) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Montana (315): Western Montana 1924-1973 (320) | Insurance Company of North America | SBL 3 31 46 | 2/1/1971 | 2/1/1972 | 2/1/1971 | 2/1/1972 |
| Montana (315): Western Montana 1924-1973 (320) | Insurance Company of North America | GAL 11 86 75 | 2/1/1972 | 1/31/1973 | 2/1/1972 | 1/31/1973 |
| Montana (315): Yellowstone Valley 1928-1973 (318) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 3/1/1973 | 1/1/1974 |
| Montana (315): Yellowstone Valley 1928-1973 (318) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 3/1/1973 | 1/1/1974 |
| Moraine Trails (500): Lawrence County 1922-1973 (520) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Moraine Trails (500): Lawrence County 1922-1973 (520) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/1/1972 | 1/1/1973 |
| Moraine Trails (500): Lawrence County 1922-1973 (520) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Moraine Trails (500): Lawrence County 1922-1973 (520) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Moraine Trails (500): Moraine Trails 1973- (500) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Moraine Trails (500): Moraine Trails 1973- (500) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Moraine Trails (500): Moraine Trails 1973- (500) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Moraine Trails (500): Moraine Trails 1973- (500) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Moraine Trails (500): Moraine Trails 1973- (500) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Moraine Trails (500): Moraine Trails 1973- (500) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Moraine Trails (500): Moraine Trails 1973- (500) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 32 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Moraine Trails (500): Moraine Trails 1973- (500) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Moraine Trails (500): Moraine Trails 1973- (500) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Moraine Trails (500): Moraine Trails 1973- (500) | New Hampshire Insurance Company | SLP275531 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Moraine Trails (500): Moraine Trails 1973- (500) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Moraine Trails (500): Moraine Trails 1973- (500) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220087 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Moraine Trails (500): Pioneer Trails 1949-1973 (500) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 7/15/1972 | 1/1/1973 |
| Moraine Trails (500): Pioneer Trails 1949-1973 (500) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 7/15/1972 | 1/1/1973 |
| Moraine Trails (500): Pioneer Trails 1949-1973 (500) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Moraine Trails (500): Pioneer Trails 1949-1973 (500) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mount Baker (606): Evergreen Area 1941-1994 (606) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mount Baker (606): Evergreen Area 1941-1994 (606) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mount Baker (606): Evergreen Area 1941-1994 (606) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 19 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mount Baker (606): Evergreen Area 1941-1994 (606) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mount Baker (606): Evergreen Area 1941-1994 (606) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220239 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Mount Baker (606): Evergreen Area 1941-1994 (606) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mount Baker (606): Evergreen Area 1941-1994 (606) | St. Paul Fire and Marine Insurance Company | 684NA4503 | 5/17/1977 | 5/17/1978 | 5/17/1977 | 5/17/1978 |
| Mount Baker (606): Mount Baker 1994- (606) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Mount Baker (606): Mount Baker 1994- (606) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Mount Baker (606): Mount Baker 1994- (606) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mount Baker (606): Mount Baker 1994- (606) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mount Baker (606): Mount Baker 1994- (606) | United States Fidelity and Guaranty Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mount Baker (606): Mount Baker 1994- (606) | United States Fidelity and Guaranty Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mount Baker (606): Mount Baker Area 1929-1994 (603) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 12/1/1972 | 1/1/1973 |
| Mount Baker (606): Mount Baker Area 1929-1994 (603) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 12/1/1972 | 1/1/1973 |
| Mount Baker (606): Mount Baker Area 1929-1994 (603) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mount Baker (606): Mount Baker Area 1929-1994 (603) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mount Baker (606): Mount Baker Area 1929-1994 (603) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mount Baker (606): Mount Baker Area 1929-1994 (603) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mount Baker (606): Mount Baker Area 1929-1994 (603) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mount Baker (606): Mount Baker Area 1929-1994 (603) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mount Baker (606): Mount Baker Area 1929-1994 (603) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 20 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mount Baker (606): Mount Baker Area 1929-1994 (603) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mount Baker (606): Mount Baker Area 1929-1994 (603) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220238 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mount Baker (606): Mount Baker Area 1929-1994 (603) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mountain West (106): Mountainview 1951-1968 (105) | Insurance Company of North America | SBL 4 29 74 | 3/31/1965 | 3/31/1966 | 3/31/1965 | 3/31/1966 |
| Mountain West (106): Mountainview 1951-1968 (105) | Insurance Company of North America | SBL 4 29 74 | 3/31/1966 | 3/31/1967 | 3/31/1966 | 3/31/1967 |
| Mountain West (106): Mountainview 1951-1968 (105) | Insurance Company of North America | GK-12042 | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Mountain West (106): Mountainview 1951-1968 (105) | Insurance Company of North America | SBL 4 29 74 | 3/31/1967 | 3/31/1968 | 3/31/1967 | 3/31/1968 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Insurance Company of North America | SBL 50411 | 3/31/1968 | 3/31/1969 | 3/31/1968 | 3/31/1969 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Insurance Company of North America | SBL 50411 | 3/31/1969 | 3/31/1970 | 3/31/1969 | 3/31/1970 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Insurance Company of North America | SBL 50411 | 3/31/1970 | 3/31/1971 | 3/31/1970 | 3/31/1971 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Insurance Company of North America | Unknown | 3/31/1971 | 1/1/1972 | 3/31/1971 | 1/1/1972 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/31/1972 | 1/1/1973 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/31/1972 | 1/1/1973 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Industrial Indemnity | MP 698-0754 | 11/1/1973 | 11/1/1974 | 11/1/1973 | 11/1/1974 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Insurance Company of North America | XBC 11 46 94 | 2/15/1974 | 2/1/1975 | 2/15/1974 | 2/1/1975 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Industrial Indemnity | MP 698-0754 | 11/1/1974 | 11/1/1975 | 11/1/1974 | 11/1/1975 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Insurance Company of North America | XBC 11 48 44 | 2/1/1975 | 2/1/1976 | 2/1/1975 | 2/1/1976 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Industrial Indemnity | MP 698-0754 | 11/1/1975 | 11/1/1976 | 11/1/1975 | 11/1/1976 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 02 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | U.S. Fire Insurance Company | 1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | U.S. Fire Insurance Company | CA-D-0036 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219949 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mountain West (106): Ore-Ida 1933-2020 (106) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mountain West (106): Snake River -2020 (111) | Aetna Casualty and Surety Company | Unknown | 1/1/1961 | 1/1/1962 | 1/1/1961 | 1/1/1962 |
| Mountain West (106): Snake River -2020 (111) | Aetna Casualty and Surety Company | Unknown | 1/1/1962 | 1/1/1963 | 1/1/1962 | 1/1/1963 |
| Mountain West (106): Snake River -2020 (111) | Aetna Casualty and Surety Company | Unknown | 1/1/1963 | 1/1/1964 | 1/1/1963 | 1/1/1964 |
| Mountain West (106): Snake River -2020 (111) | Aetna Casualty and Surety Company | Unknown | 1/1/1964 | 1/1/1965 | 1/1/1964 | 1/1/1965 |
| Mountain West (106): Snake River -2020 (111) | Aetna Casualty and Surety Company | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Mountain West (106): Snake River -2020 (111) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1976 | 1/1/1976 |
| Mountain West (106): Snake River -2020 (111) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 07 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mountain West (106): Snake River -2020 (111) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mountain West (106): Snake River -2020 (111) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mountain West (106): Snake River -2020 (111) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219954 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mountain West (106): Snake River -2020 (111) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mountaineer Area (615): Mountaineer Area (615) | Insurance Company of North America | SBL 45387 | 6/4/1966 | 6/4/1967 | 6/4/1966 | 6/4/1967 |
| Mountaineer Area (615): Mountaineer Area (615) | Insurance Company of North America | SBL 45387 | 6/4/1967 | 6/3/1968 | 6/4/1967 | 6/3/1968 |
| Mountaineer Area (615): Mountaineer Area (615) | Insurance Company of North America | SBL 45387 | 6/4/1968 | 6/4/1969 | 6/4/1968 | 6/4/1969 |
| Mountaineer Area (615): Mountaineer Area (615) | Insurance Company of North America | SBL 51184 | 6/4/1969 | 6/4/1970 | 6/4/1969 | 6/4/1970 |
| Mountaineer Area (615): Mountaineer Area (615) | Insurance Company of North America | SBL 51184 | 6/4/1970 | 6/4/1971 | 6/4/1970 | 6/4/1971 |
| Mountaineer Area (615): Mountaineer Area (615) | Insurance Company of North America | SBL 51184 | 6/4/1971 | 6/3/1972 | 6/4/1971 | 6/3/1972 |
| Mountaineer Area (615): Mountaineer Area (615) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/4/1972 | 1/1/1973 |
| Mountaineer Area (615): Mountaineer Area (615) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/4/1972 | 1/1/1973 |
| Mountaineer Area (615): Mountaineer Area (615) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mountaineer Area (615): Mountaineer Area (615) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Mountaineer Area (615): Mountaineer Area (615) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mountaineer Area (615): Mountaineer Area (615) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Mountaineer Area (615): Mountaineer Area (615) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Mountaineer Area (615): Mountaineer Area (615) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mountaineer Area (615): Mountaineer Area (615) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 36 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mountaineer Area (615): Mountaineer Area (615) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Mountaineer Area (615): Mountaineer Area (615) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Mountaineer Area (615): Mountaineer Area (615) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220252 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | Insurance Company of North America | SBL 4-44-28 | 6/26/1965 | 6/26/1966 | 6/26/1965 | 6/26/1966 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | Insurance Company of North America | SBL 4-44-28 | 6/26/1966 | 6/26/1967 | 6/26/1966 | 6/26/1967 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | Insurance Company of North America | SBL 4-44-28 | 6/26/1967 | 6/26/1968 | 6/26/1967 | 6/26/1968 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | Insurance Company of North America | SBL-4-44-79 | 6/26/1968 | 6/26/1969 | 6/26/1968 | 6/26/1969 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | Insurance Company of North America | SBL-4-44-79 | 6/26/1969 | 6/26/1970 | 6/26/1969 | 6/26/1970 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | Insurance Company of North America | SBL-4-44-79 | 6/26/1970 | 6/26/1971 | 6/26/1970 | 6/26/1971 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | Insurance Company of North America | SBL 25204 | 6/26/1971 | 6/25/1972 | 6/26/1971 | 6/25/1972 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | Insurance Company of North America | SBL 25204 | 6/26/1972 | 2/1/1973 | 6/26/1972 | 2/1/1973 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 2/1/1973 | 1/1/1974 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 74 01 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220069 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Muskingum Valley (467): Muskingum Valley 1956- (467) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Narragansett (546): Annawon 1930-2016 (225) | Insurance Company of North America | SBL 5 13 14 | 3/1/1970 | 3/1/1971 | 3/1/1970 | 3/1/1971 |
| Narragansett (546): Annawon 1930-2016 (225) | Insurance Company of North America | SBL 5 13 14 | 3/1/1971 | 3/1/1972 | 3/1/1971 | 3/1/1972 |
| Narragansett (546): Annawon 1930-2016 (225) | Insurance Company of North America | SBL 5 13 14 | 3/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Narragansett (546): Annawon 1930-2016 (225) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Narragansett (546): Annawon 1930-2016 (225) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Narragansett (546): Annawon 1930-2016 (225) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Narragansett (546): Annawon 1930-2016 (225) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Narragansett (546): Annawon 1930-2016 (225) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Narragansett (546): Annawon 1930-2016 (225) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Narragansett (546): Annawon 1930-2016 (225) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Narragansett (546): Annawon 1930-2016 (225) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 82 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Narragansett (546): Annawon 1930-2016 (225) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Narragansett (546): Annawon 1930-2016 (225) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220133 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Narragansett (546): Cachalot 1935-1971 (245) | Insurance Company of North America | SBL 40247 | 11/1/1965 | 11/1/1966 | 11/1/1965 | 11/1/1966 |
| Narragansett (546): Cachalot 1935-1971 (245) | Insurance Company of North America | SBL 40247 | 11/1/1966 | 11/1/1967 | 11/1/1966 | 11/1/1967 |
| Narragansett (546): Cachalot 1935-1971 (245) | Insurance Company of North America | SBL 40247 | 11/1/1967 | 11/1/1968 | 11/1/1967 | 11/1/1968 |
| Narragansett (546): Cachalot 1935-1971 (245) | Insurance Company of North America | SBL 50614 | 11/1/1968 | 11/1/1969 | 11/1/1968 | 11/1/1969 |
| Narragansett (546): Cachalot 1935-1971 (245) | Insurance Company of North America | SBL 50614 | 11/1/1969 | 11/1/1970 | 11/1/1969 | 11/1/1970 |
| Narragansett (546): Cachalot 1935-1971 (245) | Insurance Company of North America | SBL 50614 | 11/1/1970 | 11/1/1971 | 11/1/1970 | 11/1/1971 |
| Narragansett (546): Moby Dick 1971-2001 (245) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Narragansett (546): Moby Dick 1971-2001 (245) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Narragansett (546): Moby Dick 1971-2001 (245) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 79 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Narragansett (546): Moby Dick 1971-2001 (245) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Narragansett (546): Moby Dick 1971-2001 (245) | New Hampshire Insurance Company | SLP63-49-06 | 1/15/1976 | 1/15/1977 | 1/15/1976 | 1/15/1977 |
| Narragansett (546): Moby Dick 1971-2001 (245) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220130 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Narragansett (546): Moby Dick 1971-2001 (245) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Narragansett (546): Moby Dick 1971-2001 (245) | New Hampshire Insurance Company | SLP63-49-06 | 1/15/1977 | 1/15/1978 | 1/15/1977 | 1/15/1978 |
| Narragansett (546): Moby Dick 1971-2001 (245) | New Hampshire Insurance Company | SLP63-49-06 | 1/15/1978 | 1/15/1979 | 1/15/1978 | 1/15/1979 |
| Narragansett (546): Narragansett 1930- (546) | Phoenix Insurance Company | TOP58010057 | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Narragansett (546): Narragansett 1930- (546) | Phoenix Insurance Company | TOP58010057 | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Narragansett (546): Narragansett 1930- (546) | Phoenix Insurance Company | TOP58010057 | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Narragansett (546): Narragansett 1930- (546) | Travelers Indemnity Company | ND6619859 | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Narragansett (546): Narragansett 1930- (546) | Travelers Indemnity Company | ND6619859 | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Narragansett (546): Narragansett 1930- (546) | Travelers Indemnity Company | ND6619859 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Narragansett (546): Narragansett 1930- (546) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Narragansett (546): Narragansett 1930- (546) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Narragansett (546): Narragansett 1930- (546) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Narragansett (546): Narragansett 1930- (546) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Narragansett (546): Narragansett 1930- (546) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 55 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Narragansett (546): Narragansett 1930- (546) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220277 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| National Capital Area (082): National Capital Area 1911- (082) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 75 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| National Capital Area (082): National Capital Area 1911- (082) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219923 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| National Capital Area (082): National Capital Area 1911- (082) | Aetna Insurance Company | SMP 35 29 46 | 4/1/1981 | 4/1/1982 | 4/1/1981 | 4/1/1982 |
| National Capital Area (082): National Capital Area 1911- (082) | Aetna Insurance Company | CPP 42 58 80 | 4/1/1982 | 4/1/1983 | 4/1/1982 | 4/1/1983 |
| National Capital Area (082): Virgin Islands 1965-2013 (410) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/15/1973 | 1/1/1974 |
| National Capital Area (082): Virgin Islands 1965-2013 (410) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/15/1973 | 1/1/1974 |
| National Capital Area (082): Virgin Islands 1965-2013 (410) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| National Capital Area (082): Virgin Islands 1965-2013 (410) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| National Capital Area (082): Virgin Islands 1965-2013 (410) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| National Capital Area (082): Virgin Islands 1965-2013 (410) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 08 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| National Capital Area (082): Virgin Islands 1965-2013 (410) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220230 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| National Capital Area (082): Virgin Islands 1965-2013 (410) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Nevada Area (329): Nevada Area (329) | American Employers' Insurance Company | AF W05 00 10 | 3/1/1973 | 3/1/1974 | 3/1/1973 | 3/1/1974 |
| Nevada Area (329): Nevada Area (329) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Nevada Area (329): Nevada Area (329) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Nevada Area (329): Nevada Area (329) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 23 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Nevada Area (329): Nevada Area (329) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Nevada Area (329): Nevada Area (329) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220175 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Nevada Area (329): Nevada Area (329) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Nevada Area (329): Nevada Area (329) | Travelers Indemnity Company | 650-225A529-4-IND-77 | 4/12/1977 | 4/1/1978 | 4/12/1977 | 4/1/1978 |
| New Birth of Freedom (544): Harrisburg Area 1927-1948 (515) | Insurance Company of North America | LB 3541 | 6/20/1946 | 6/20/1947 | 6/20/1946 | 6/20/1947 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | Insurance Company of North America | LB-4-21-48 | 10/20/1964 | 10/20/1965 | 10/20/1964 | 10/20/1965 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | Insurance Company of North America | LB-4-21-48 | 10/20/1965 | 10/20/1966 | 10/20/1965 | 10/20/1966 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | Insurance Company of North America | LB-4-21-48 | 10/20/1966 | 10/20/1967 | 10/20/1966 | 10/20/1967 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | Insurance Company of North America | ALB-4-84-03 | 10/20/1967 | 10/20/1968 | 10/20/1967 | 10/20/1968 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | Insurance Company of North America | ALB-4-84-03 | 10/20/1968 | 10/20/1969 | 10/20/1968 | 10/20/1969 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | Insurance Company of North America | ALB-4-84-03 | 10/20/1969 | 10/20/1970 | 10/20/1969 | 10/20/1970 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | Insurance Company of North America | Unknown | 10/19/1970 | 10/19/1971 | 10/19/1970 | 10/19/1971 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | Insurance Company of North America | Unknown | 10/19/1971 | 10/19/1972 | 10/19/1971 | 10/19/1972 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | Insurance Company of North America | Unknown | 10/19/1972 | 10/19/1973 | 10/19/1972 | 10/19/1973 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | Insurance Company of North America | Unknown | 10/19/1973 | 10/19/1974 | 10/19/1973 | 10/19/1974 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | Insurance Company of North America | Unknown | 10/19/1974 | 1/1/1975 | 10/19/1974 | 1/1/1975 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | Aetna Casualty and Surety Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 37 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| New Birth of Freedom (544): Keystone Area 1948-2010 (515) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220092 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| New Birth of Freedom (544): York-Adams Area 1932-2010 (544) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/11/1972 | 1/1/1973 |
| New Birth of Freedom (544): York-Adams Area 1932-2010 (544) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/11/1972 | 1/1/1973 |
| New Birth of Freedom (544): York-Adams Area 1932-2010 (544) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| New Birth of Freedom (544): York-Adams Area 1932-2010 (544) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| New Birth of Freedom (544): York-Adams Area 1932-2010 (544) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| New Birth of Freedom (544): York-Adams Area 1932-2010 (544) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| New Birth of Freedom (544): York-Adams Area 1932-2010 (544) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| New Birth of Freedom (544): York-Adams Area 1932-2010 (544) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| New Birth of Freedom (544): York-Adams Area 1932-2010 (544) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 53 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| New Birth of Freedom (544): York-Adams Area 1932-2010 (544) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| New Birth of Freedom (544): York-Adams Area 1932-2010 (544) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| New Birth of Freedom (544): York-Adams Area 1932-2010 (544) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220275 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| North Florida (087): North Florida (087) | Insurance Company of North America | SBL 45384 | 4/8/1966 | 4/8/1967 | 4/8/1966 | 4/8/1967 |
| North Florida (087): North Florida (087) | Insurance Company of North America | SBL 45384 | 4/8/1967 | 4/8/1968 | 4/8/1967 | 4/8/1968 |
| North Florida (087): North Florida (087) | Insurance Company of North America | SBL 45384 | 4/8/1968 | 4/8/1969 | 4/8/1968 | 4/8/1969 |
| North Florida (087): North Florida (087) | Insurance Company of North America | SBL 50444 | 4/8/1969 | 4/8/1970 | 4/8/1969 | 4/8/1970 |
| North Florida (087): North Florida (087) | Travelers Insurance Company | NSL FA4183479 | 4/8/1970 | 4/8/1971 | 4/8/1970 | 4/8/1971 |
| North Florida (087): North Florida (087) | Insurance Company of North America | SBL 50444 | 4/8/1970 | 4/8/1971 | 4/8/1970 | 4/8/1971 |
| North Florida (087): North Florida (087) | Insurance Company of North America | SBL 50444 | 4/8/1971 | 4/7/1972 | 4/8/1971 | 4/7/1972 |
| North Florida (087): North Florida (087) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/7/1972 | 1/1/1973 |
| North Florida (087): North Florida (087) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| North Florida (087): North Florida (087) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| North Florida (087): North Florida (087) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| North Florida (087): North Florida (087) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| North Florida (087): North Florida (087) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| North Florida (087): North Florida (087) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| North Florida (087): North Florida (087) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| North Florida (087): North Florida (087) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| North Florida (087): North Florida (087) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 78 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| North Florida (087): North Florida (087) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| North Florida (087): North Florida (087) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219926 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Northeast Georgia (101): Northeast Georgia 1935-1997 (101) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northeast Georgia (101): Northeast Georgia 1935-1997 (101) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeast Georgia (101): Northeast Georgia 1935-1997 (101) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 88 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeast Georgia (101): Northeast Georgia 1935-1997 (101) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeast Georgia (101): Northeast Georgia 1935-1997 (101) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219936 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northeast Georgia (101): Northeast Georgia 1935-1997 (101) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northeast Georgia (101): Northeast Georgia 1997- (101) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/31/1972 | 1/1/1973 |
| Northeast Georgia (101): Northeast Georgia 1997- (101) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/31/1972 | 1/1/1973 |
| Northeast Georgia (101): Northeast Georgia 1997- (101) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northeast Georgia (101): Northeast Georgia 1997- (101) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northeast Georgia (101): Northeast Georgia 1997- (101) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northeast Georgia (101): Northeast Georgia 1997- (101) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northeast Illinois (129): Evanston 1916-1969 (124) | Insurance Company of North America | SBL-2-59-19 | 2/25/1966 | 2/25/1967 | 2/25/1966 | 2/25/1967 |
| Northeast Illinois (129): Evanston 1916-1969 (124) | Insurance Company of North America | SBL-2-50-54 | 2/25/1967 | 2/25/1968 | 2/25/1967 | 2/25/1968 |
| Northeast Illinois (129): Evanston 1916-1969 (124) | Insurance Company of North America | SBL-2-51-38 | 2/25/1968 | 2/25/1969 | 2/25/1968 | 2/25/1969 |
| Northeast Illinois (129): Evanston 1916-1969 (124) | Insurance Company of North America | SBL-2-51-38 | 2/25/1969 | 6/12/1969 | 2/25/1969 | 6/12/1969 |
| Northeast Illinois (129): Evanston-North Shore Area 1969-1971 (129) | Insurance Company of North America | SBL 51814 | 6/12/1969 | 6/25/1970 | 6/12/1969 | 6/25/1970 |
| Northeast Illinois (129): Evanston-North Shore Area 1969-1971 (129) | Insurance Company of North America | SBL 51833 | 6/25/1970 | 6/25/1971 | 6/25/1970 | 6/25/1971 |
| Northeast Illinois (129): Northeast Illinois 1971- (129) | Insurance Company of North America | GAL 27962 | 6/25/1971 | 6/25/1972 | 6/25/1971 | 6/25/1972 |
| Northeast Illinois (129): Northeast Illinois 1971- (129) | Insurance Company of North America | GAL 28017 | 6/25/1972 | 12/1/1972 | 6/25/1972 | 12/1/1972 |
| Northeast Illinois (129): Northeast Illinois 1971- (129) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northeast Illinois (129): Northeast Illinois 1971- (129) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 2/1/1973 | 1/1/1974 |
| Northeast Illinois (129): Northeast Illinois 1971- (129) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northeast Illinois (129): Northeast Illinois 1971- (129) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northeast Illinois (129): Northeast Illinois 1971- (129) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northeast Illinois (129): Northeast Illinois 1971- (129) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeast Illinois (129): Northeast Illinois 1971- (129) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 16 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeast Illinois (129): Northeast Illinois 1971- (129) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeast Illinois (129): Northeast Illinois 1971- (129) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeast Illinois (129): Northeast Illinois 1971- (129) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219962 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northeast Illinois (129): Northeast Illinois 1971- (129) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northeast Illinois (129): Northeast Illinois 1971- (129) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northeast Illinois (129): Oak Plain 1940-1971 (126) | Insurance Company of North America | SBL 25 02 5 | 6/21/1966 | 6/21/1967 | 6/21/1966 | 6/21/1967 |
| Northeast Illinois (129): Oak Plain 1940-1971 (126) | Insurance Company of North America | SBL 25 10 2 | 6/21/1967 | 6/21/1968 | 6/21/1967 | 6/21/1968 |
| Northeast Illinois (129): Oak Plain 1940-1971 (126) | Insurance Company of North America | SBL 25 15 1 | 6/21/1968 | 6/21/1969 | 6/21/1968 | 6/21/1969 |
| Northeast Illinois (129): Oak Plain 1940-1971 (126) | Insurance Company of North America | SBL 51808 | 6/21/1969 | 6/21/1970 | 6/21/1969 | 6/21/1970 |
| Northeast Illinois (129): Oak Plain 1940-1971 (126) | Insurance Company of North America | SBL 51808 | 6/21/1970 | 6/21/1971 | 6/21/1970 | 6/21/1971 |
| Northeast Illinois (129): Oak Plain 1940-1971 (126) | Insurance Company of North America | SBL 51808 | 6/21/1971 | 12/20/1972 | 6/21/1971 | 12/20/1972 |
| Northeast Iowa (178): Northeast Iowa (178) | Maryland Casualty Company | 31-086767 | 7/7/1957 | 7/7/1958 | 7/7/1957 | 7/7/1958 |
| Northeast Iowa (178): Northeast Iowa (178) | Maryland Casualty Company | Unknown | 7/1/1958 | 7/1/1959 | 7/1/1958 | 7/1/1959 |
| Northeast Iowa (178): Northeast Iowa (178) | Home Indemnity Company | CGA 024051 | 7/31/1959 | 7/31/1960 | 7/31/1959 | 7/31/1960 |
| Northeast Iowa (178): Northeast Iowa (178) | Home Indemnity Company | CGA 024051 | 7/31/1960 | 7/31/1961 | 7/31/1960 | 7/31/1961 |
| Northeast Iowa (178): Northeast Iowa (178) | Home Indemnity Company | CGA 024051 | 7/31/1961 | 7/17/1962 | 7/31/1961 | 7/17/1962 |
| Northeast Iowa (178): Northeast Iowa (178) | American States Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northeast Iowa (178): Northeast Iowa (178) | United States Fidelity and Guaranty Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northeast Iowa (178): Northeast Iowa (178) | United States Fidelity and Guaranty Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northeast Iowa (178): Northeast Iowa (178) | American States Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northeast Iowa (178): Northeast Iowa (178) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northeast Iowa (178): Northeast Iowa (178) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 42 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeast Iowa (178): Northeast Iowa (178) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeast Iowa (178): Northeast Iowa (178) | American States Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeast Iowa (178): Northeast Iowa (178) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

85

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Northeast Iowa (178): Northeast Iowa (178) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northeast Iowa (178): Northeast Iowa (178) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219988 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northeastern Pennsylvania (501): Anthracite 1927-1970 (514) | Insurance Company of North America | SBL 4 29 70 | 4/1/1967 | 4/1/1968 | 4/1/1967 | 4/1/1968 |
| Northeastern Pennsylvania (501): Anthracite 1927-1970 (514) | Insurance Company of North America | SBL 4 69 34 | 4/1/1968 | 4/1/1969 | 4/1/1968 | 4/1/1969 |
| Northeastern Pennsylvania (501): Anthracite 1927-1970 (514) | Insurance Company of North America | SBL 4 69 34 | 4/1/1969 | 4/1/1970 | 4/1/1969 | 4/1/1970 |
| Northeastern Pennsylvania (501): Forest Lakes 1962-1990 (501) | Insurance Company of North America | SBL 48449 | 3/30/1968 | 3/30/1969 | 3/30/1968 | 3/30/1969 |
| Northeastern Pennsylvania (501): Forest Lakes 1962-1990 (501) | Insurance Company of North America | SBL 48449 | 3/30/1969 | 3/30/1970 | 3/30/1969 | 3/30/1970 |
| Northeastern Pennsylvania (501): Forest Lakes 1962-1990 (501) | Insurance Company of North America | SBL 48449 | 3/30/1970 | 3/30/1971 | 3/30/1970 | 3/30/1971 |
| Northeastern Pennsylvania (501): Forest Lakes 1962-1990 (501) | Insurance Company of North America | SBL 53071 | 3/30/1971 | 3/29/1972 | 3/30/1971 | 3/29/1972 |
| Northeastern Pennsylvania (501): Forest Lakes 1962-1990 (501) | Insurance Company of North America | SBL 53071 | 3/30/1972 | 3/30/1973 | 3/30/1972 | 3/30/1973 |
| Northeastern Pennsylvania (501): Forest Lakes 1962-1990 (501) | Insurance Company of North America | SBL 53071 | 3/30/1973 | 3/30/1974 | 3/30/1973 | 3/30/1974 |
| Northeastern Pennsylvania (501): Forest Lakes 1962-1990 (501) | Insurance Company of North America | GLP 56 95 31 | 3/30/1974 | 3/30/1975 | 3/30/1974 | 3/30/1975 |
| Northeastern Pennsylvania (501): Forest Lakes 1962-1990 (501) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northeastern Pennsylvania (501): Forest Lakes 1962-1990 (501) | Insurance Company of North America | GLP 56 95 31 | 3/30/1975 | 3/30/1976 | 3/30/1975 | 3/30/1976 |
| Northeastern Pennsylvania (501): Forest Lakes 1962-1990 (501) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeastern Pennsylvania (501): Forest Lakes 1962-1990 (501) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeastern Pennsylvania (501): Forest Lakes 1962-1990 (501) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 46 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeastern Pennsylvania (501): Forest Lakes 1962-1990 (501) | Insurance Company of North America | GLP 56 95 31 | 3/30/1976 | 3/30/1977 | 3/30/1976 | 3/30/1977 |
| Northeastern Pennsylvania (501): Forest Lakes 1962-1990 (501) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northeastern Pennsylvania (501): Forest Lakes 1962-1990 (501) | Insurance Company of North America | GLP 66 36 60 | 3/30/1977 | 3/30/1978 | 3/30/1977 | 1/1/1978 |
| Northeastern Pennsylvania (501): Penn Mountains 1970-1990 (522) | Insurance Company of North America | SBL 51392 | 4/1/1970 | 4/1/1971 | 4/1/1970 | 4/1/1971 |
| Northeastern Pennsylvania (501): Penn Mountains 1970-1990 (522) | Insurance Company of North America | SBL 51392 | 4/1/1971 | 3/31/1972 | 4/1/1971 | 3/31/1972 |
| Northeastern Pennsylvania (501): Penn Mountains 1970-1990 (522) | Insurance Company of North America | SBL 51392 | 4/1/1972 | 4/1/1973 | 4/1/1972 | 4/1/1973 |
| Northeastern Pennsylvania (501): Penn Mountains 1970-1990 (522) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 4/1/1973 | 1/1/1974 |
| Northeastern Pennsylvania (501): Penn Mountains 1970-1990 (522) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 4/1/1973 | 1/1/1974 |
| Northeastern Pennsylvania (501): Penn Mountains 1970-1990 (522) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northeastern Pennsylvania (501): Penn Mountains 1970-1990 (522) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeastern Pennsylvania (501): Penn Mountains 1970-1990 (522) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 44 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeastern Pennsylvania (501): Penn Mountains 1970-1990 (522) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northeastern Pennsylvania (501): Penn Mountains 1970-1990 (522) | Aetna Casualty and Surety Company | 44AB221317 | 12/31/1976 | 12/31/1977 | 12/31/1976 | 12/31/1977 |
| Northeastern Pennsylvania (501): Penn Mountains 1970-1990 (522) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northeastern Pennsylvania (501): Penn Mountains 1970-1990 (522) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220099 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northeastern Pennsylvania (501): Wyoming Valley 1925-1969 (542) | Insurance Company of North America | SBL 4 53 72 | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Northeastern Pennsylvania (501): Wyoming Valley 1925-1969 (542) | Insurance Company of North America | SBL 4 53 72 | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Northeastern Pennsylvania (501): Wyoming Valley 1925-1969 (542) | Insurance Company of North America | SBL 4 53 72 | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Northeastern Pennsylvania (501): Wyoming Valley 1925-1969 (542) | Insurance Company of North America | SBL 50434 | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Northeastern Pennsylvania (501): Wyoming Valley 1925-1969 (542) | Insurance Company of North America | SBL 50434 | 1/1/1970 | 4/1/1970 | 1/1/1970 | 4/1/1970 |
| Northern Lights (429): Great Plains Area 1929-1974 (431) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/20/1972 | 1/1/1973 |
| Northern Lights (429): Great Plains Area 1929-1974 (431) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/20/1972 | 1/1/1973 |
| Northern Lights (429): Great Plains Area 1929-1974 (431) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern Lights (429): Great Plains Area 1929-1974 (431) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern Lights (429): Great Plains Area 1929-1974 (431) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern Lights (429): Great Plains Area 1929-1974 (431) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern Lights (429): Lake Agassiz 1933-1974 (430) | Insurance Company of North America | SBL-4-46-37 | 7/1/1968 | 7/1/1969 | 7/1/1968 | 7/1/1969 |
| Northern Lights (429): Lake Agassiz 1933-1974 (430) | Insurance Company of North America | SBL 4 46 52 | 7/1/1969 | 7/1/1970 | 7/1/1969 | 7/1/1970 |
| Northern Lights (429): Lake Agassiz 1933-1974 (430) | Insurance Company of North America | SBL 4 46 70 | 7/1/1970 | 7/1/1971 | 7/1/1970 | 7/1/1971 |
| Northern Lights (429): Lake Agassiz 1933-1974 (430) | Insurance Company of North America | SBL 4 46 90 | 7/1/1971 | 7/1/1972 | 7/1/1971 | 7/1/1972 |
| Northern Lights (429): Lake Agassiz 1933-1974 (430) | Insurance Company of North America | GAL 13 57 61 | 7/1/1972 | 11/10/1972 | 7/1/1972 | 11/10/1972 |
| Northern Lights (429): Missouri Valley 1929-1974 (432) | Insurance Company of North America | SBL 4 46 60 | 1/17/1970 | 1/17/1971 | 1/17/1970 | 1/17/1971 |
| Northern Lights (429): Missouri Valley 1929-1974 (432) | Insurance Company of North America | SBL 4 46 78 | 1/17/1971 | 1/17/1972 | 1/17/1971 | 1/17/1972 |
| Northern Lights (429): Missouri Valley 1929-1974 (432) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/17/1972 | 1/1/1973 |
| Northern Lights (429): Missouri Valley 1929-1974 (432) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/17/1972 | 1/1/1973 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Northern Lights (429): Missouri Valley 1929-1974 (432) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern Lights (429): Missouri Valley 1929-1974 (432) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern Lights (429): Missouri Valley 1929-1974 (432) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern Lights (429): Missouri Valley 1929-1974 (432) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern Lights (429): Northern Lights 1974- (429) | Insurance Company of North America | XBC 132519 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northern Lights (429): Northern Lights 1974- (429) | New Hampshire Insurance Company | GLA 91 79 99 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northern Lights (429): Northern Lights 1974- (429) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northern Lights (429): Northern Lights 1974- (429) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern Lights (429): Northern Lights 1974- (429) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern Lights (429): Northern Lights 1974- (429) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 93 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern Lights (429): Northern Lights 1974- (429) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern Lights (429): Northern Lights 1974- (429) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220046 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | United States Fidelity and Guaranty Company | 20011 | 6/1/1949 | 6/1/1950 | 6/1/1949 | 6/1/1950 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | United States Fidelity and Guaranty Company | CGA 28599 | 6/1/1950 | 6/1/1951 | 6/1/1950 | 6/1/1951 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | United States Fidelity and Guaranty Company | 42075 | 6/1/1951 | 6/1/1952 | 6/1/1951 | 6/1/1952 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Central Surety & Insurance Corporation | CCP 12670 | 6/1/1952 | 6/1/1953 | 6/1/1952 | 6/1/1953 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Central Surety & Insurance Corporation | CCP 14162 | 6/1/1953 | 6/1/1954 | 6/1/1953 | 6/1/1954 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Central Surety & Insurance Corporation | CCP 17526 | 6/1/1954 | 6/1/1955 | 6/1/1954 | 6/1/1955 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | American Casualty Company of Reading, Pennsylvania | CL 71781 | 6/1/1955 | 6/1/1956 | 6/1/1955 | 6/1/1956 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | American Casualty Company of Reading, Pennsylvania | CL11-0537 | 6/1/1956 | 6/1/1957 | 6/1/1956 | 6/1/1957 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | American Casualty Company of Reading, Pennsylvania | CL10-9446 | 6/1/1957 | 6/1/1958 | 6/1/1957 | 6/1/1958 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | American Casualty Company of Reading, Pennsylvania | 118145 | 6/1/1958 | 6/1/1959 | 6/1/1958 | 6/1/1959 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | American Casualty Company of Reading, Pennsylvania | 120666 | 6/1/1959 | 6/1/1960 | 6/1/1959 | 6/1/1960 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | American Casualty Company of Reading, Pennsylvania | CL70090 | 6/1/1960 | 6/1/1961 | 6/1/1960 | 6/1/1961 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | American Casualty Company of Reading, Pennsylvania | CL70095 | 6/1/1961 | 6/1/1962 | 6/1/1961 | 6/1/1962 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | American Casualty Company of Reading, Pennsylvania | CL17-6975 | 6/1/1962 | 6/1/1963 | 6/1/1962 | 6/1/1963 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Insurance Company of North America | Unknown | 6/1/1963 | 6/1/1964 | 6/1/1963 | 6/1/1964 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Insurance Company of North America | Unknown | 6/1/1964 | 6/1/1965 | 6/1/1964 | 6/1/1965 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Insurance Company of North America | Unknown | 6/1/1965 | 6/1/1966 | 6/1/1965 | 6/1/1966 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Insurance Company of North America | Unknown | 6/1/1966 | 6/1/1967 | 6/1/1966 | 6/1/1967 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Insurance Company of North America | Unknown | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Insurance Company of North America | SBL-4-46-39 | 8/16/1968 | 8/16/1969 | 8/16/1968 | 8/16/1969 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Insurance Company of North America | SBL 4 46 50 | 8/16/1969 | 8/16/1970 | 8/16/1969 | 8/16/1970 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Insurance Company of North America | SBL 4 46 74 | 8/16/1970 | 8/16/1971 | 8/16/1970 | 8/16/1971 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Insurance Company of North America | SBL 44688 | 8/16/1971 | 8/16/1972 | 8/16/1971 | 8/16/1972 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern Lights (429): Red River Valley 1925-1974 (429) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern New Jersey (333): Aheka 1939-1972 (354) | Insurance Company of North America | SBL 45385 | 4/25/1966 | 4/25/1967 | 4/25/1966 | 4/25/1967 |
| Northern New Jersey (333): Aheka 1939-1972 (354) | Insurance Company of North America | SBL 45385 | 4/25/1967 | 4/25/1968 | 4/25/1967 | 4/25/1968 |
| Northern New Jersey (333): Aheka 1939-1972 (354) | Insurance Company of North America | SBL 45385 | 4/25/1968 | 4/25/1969 | 4/25/1968 | 4/25/1969 |
| Northern New Jersey (333): Aheka 1939-1972 (354) | Insurance Company of North America | SBL 51182 | 4/25/1969 | 4/25/1970 | 4/25/1969 | 4/25/1970 |
| Northern New Jersey (333): Aheka 1939-1972 (354) | Insurance Company of North America | SBL 51175 | 4/25/1969 | 4/26/1969 | 4/25/1969 | 4/26/1969 |
| Northern New Jersey (333): Aheka 1939-1972 (354) | Insurance Company of North America | SBL 51182 | 4/25/1970 | 4/25/1971 | 4/25/1970 | 4/25/1971 |
| Northern New Jersey (333): Aheka 1939-1972 (354) | Insurance Company of North America | SBL 51182 | 4/25/1971 | 4/24/1972 | 4/25/1971 | 4/24/1972 |
| Northern New Jersey (333): Aheka 1939-1972 (354) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/25/1972 | 1/1/1973 |
| Northern New Jersey (333): Aheka 1939-1972 (354) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/25/1972 | 1/1/1973 |
| Northern New Jersey (333): Aheka 1939-1972 (354) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern New Jersey (333): Aheka 1939-1972 (354) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern New Jersey (333): Alexander Hamilton 1936-1968 (351) | Insurance Company of North America | SBL 4 29 98 | 4/1/1965 | 4/1/1966 | 4/1/1965 | 4/1/1966 |
| Northern New Jersey (333): Alexander Hamilton 1936-1968 (351) | Insurance Company of North America | SBL 4 29 98 | 4/1/1966 | 4/1/1967 | 4/1/1966 | 4/1/1967 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Northern New Jersey (333): Alexander Hamilton 1936-1968 (351) | Insurance Company of North America | SBL 4 29 98 | 4/1/1967 | 4/1/1968 | 4/1/1967 | 4/1/1968 |
| Northern New Jersey (333): Alexander Hamilton 1936-1968 (351) | Insurance Company of North America | SBL 4 69 45 | 4/1/1968 | 4/1/1969 | 4/1/1968 | 4/1/1969 |
| Northern New Jersey (333): Alexander Hamilton 1936-1968 (351) | Insurance Company of North America | SBL 4 69 45 | 4/1/1969 | 4/1/1970 | 4/1/1969 | 4/1/1970 |
| Northern New Jersey (333): Alexander Hamilton 1936-1968 (351) | Insurance Company of North America | SBL 4 69 45 | 4/1/1970 | 4/1/1971 | 4/1/1970 | 4/1/1971 |
| Northern New Jersey (333): Alhtaha 1942-1972 (355) | Insurance Company of North America | SBL 4 29 90 | 5/11/1965 | 5/11/1966 | 5/11/1965 | 5/11/1966 |
| Northern New Jersey (333): Alhtaha 1942-1972 (355) | Insurance Company of North America | SBL 4 29 90 | 5/11/1966 | 5/11/1967 | 5/11/1966 | 5/11/1967 |
| Northern New Jersey (333): Alhtaha 1942-1972 (355) | Insurance Company of North America | SBL 4 29 90 | 5/11/1967 | 5/11/1968 | 5/11/1967 | 5/11/1968 |
| Northern New Jersey (333): Alhtaha 1942-1972 (355) | Insurance Company of North America | SBL 4 69 39 | 5/11/1968 | 5/11/1969 | 5/11/1968 | 5/11/1969 |
| Northern New Jersey (333): Alhtaha 1942-1972 (355) | Insurance Company of North America | SBL 4 69 39 | 5/11/1969 | 5/11/1970 | 5/11/1969 | 5/11/1970 |
| Northern New Jersey (333): Alhtaha 1942-1972 (355) | Insurance Company of North America | SBL 4 69 39 | 5/11/1970 | 5/11/1971 | 5/11/1970 | 5/11/1971 |
| Northern New Jersey (333): Alhtaha 1942-1972 (355) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/11/1972 | 1/1/1973 |
| Northern New Jersey (333): Alhtaha 1942-1972 (355) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/11/1972 | 1/1/1973 |
| Northern New Jersey (333): Alhtaha 1942-1972 (355) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern New Jersey (333): Alhtaha 1942-1972 (355) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern New Jersey (333): Alhtaha 1942-1972 (355) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern New Jersey (333): Alhtaha 1942-1972 (355) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Travelers Indemnity Company | Unknown | 1/1/1960 | 1/1/1961 | 1/1/1960 | 1/1/1961 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Travelers | Unknown | 1/1/1961 | 1/1/1962 | 1/1/1961 | 1/1/1962 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Travelers Indemnity Company | SBL 521793 | 11/1/1962 | 11/1/1963 | 11/1/1962 | 11/1/1963 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Insurance Company of North America | Unknown | 11/1/1963 | 11/1/1964 | 11/1/1963 | 11/1/1964 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Insurance Company of North America | Unknown | 11/1/1964 | 11/1/1965 | 11/1/1964 | 11/1/1965 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Insurance Company of North America | SBL 45370 | 11/1/1965 | 11/1/1966 | 11/1/1965 | 11/1/1966 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Insurance Company of North America | SBL 45370 | 11/1/1966 | 11/1/1967 | 11/1/1966 | 11/1/1967 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Insurance Company of North America | SBL 45370 | 11/1/1967 | 11/1/1968 | 11/1/1967 | 11/1/1968 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Insurance Company of North America | SBL 50420 | 11/1/1968 | 11/1/1969 | 11/1/1968 | 11/1/1969 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Insurance Company of North America | SBL 50420 | 11/1/1969 | 11/1/1970 | 11/1/1969 | 11/1/1970 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Insurance Company of North America | SBL 50420 | 11/1/1970 | 11/1/1971 | 11/1/1970 | 11/1/1971 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 26 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220178 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Bayonne 1918-1993 (332) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Bergen 1969-1995 (350) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northern New Jersey (333): Bergen 1969-1995 (350) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Bergen 1969-1995 (350) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 36 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Bergen 1969-1995 (350) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Bergen 1969-1995 (350) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220187 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Bergen 1969-1995 (350) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Bergen 1995-1999 (350) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/23/1972 | 1/1/1973 |
| Northern New Jersey (333): Bergen 1995-1999 (350) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/23/1972 | 1/1/1973 |
| Northern New Jersey (333): Bergen 1995-1999 (350) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Northern New Jersey (333): Bergen 1995-1999 (350) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern New Jersey (333): Bergen 1995-1999 (350) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern New Jersey (333): Bergen 1995-1999 (350) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern New Jersey (333): Eagle Rock 1931-1976 (346) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northern New Jersey (333): Eagle Rock 1931-1976 (346) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Eagle Rock 1931-1976 (346) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Essex 1976-1999 (336) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Essex 1976-1999 (336) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 74 00 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Essex 1976-1999 (336) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Essex 1976-1999 (336) | New Hampshire Insurance Company | GLA 336371 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Essex 1976-1999 (336) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Hudson 1936-1968 (342) | Insurance Company of North America | SBL 6 53 52 | 5/13/1965 | 5/13/1966 | 5/13/1965 | 5/13/1966 |
| Northern New Jersey (333): Hudson 1936-1968 (342) | Insurance Company of North America | SBL 6 53 52 | 5/13/1966 | 5/13/1967 | 5/13/1966 | 5/13/1967 |
| Northern New Jersey (333): Hudson 1936-1968 (342) | Insurance Company of North America | SBL 6 53 52 | 5/13/1967 | 5/13/1968 | 5/13/1967 | 5/13/1968 |
| Northern New Jersey (333): Hudson 1936-1968 (342) | Insurance Company of North America | SBL 4 69 51 | 5/13/1968 | 5/13/1969 | 5/13/1968 | 5/13/1969 |
| Northern New Jersey (333): Hudson Liberty 1993-1999 (348) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Northern New Jersey (333): Hudson Liberty 1993-1999 (348) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | Insurance Company of North America | SBL 4 69 45 | 4/1/1968 | 4/1/1969 | 4/1/1968 | 4/1/1969 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | Insurance Company of North America | SBL 4 69 45 | 4/1/1969 | 4/1/1970 | 4/1/1969 | 4/1/1970 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | Insurance Company of North America | SBL 4 69 45 | 4/1/1970 | 4/1/1971 | 4/1/1970 | 4/1/1971 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 40 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220191 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Hudson-Hamilton 1968-1993 (348) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): North Bergen County 1921-1969 (350) | Insurance Company of North America | Unknown | 1/1/1961 | 1/1/1962 | 1/1/1961 | 1/1/1962 |
| Northern New Jersey (333): North Bergen County 1921-1969 (350) | Insurance Company of North America | Unknown | 1/1/1962 | 1/1/1963 | 1/1/1962 | 1/1/1963 |
| Northern New Jersey (333): North Bergen County 1921-1969 (350) | Insurance Company of North America | Unknown | 1/1/1963 | 1/1/1964 | 1/1/1963 | 1/1/1964 |
| Northern New Jersey (333): North Bergen County 1921-1969 (350) | Insurance Company of North America | Unknown | 1/1/1964 | 1/1/1965 | 1/1/1964 | 1/1/1965 |
| Northern New Jersey (333): North Bergen County 1921-1969 (350) | Insurance Company of North America | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Northern New Jersey (333): North Bergen County 1921-1969 (350) | Insurance Company of North America | Unknown | 1/1/1966 | 3/23/1966 | 1/1/1966 | 3/23/1966 |
| Northern New Jersey (333): North Bergen County 1921-1969 (350) | Insurance Company of North America | SBL 4 53 81 | 3/23/1966 | 3/23/1967 | 3/23/1966 | 3/23/1967 |
| Northern New Jersey (333): North Bergen County 1921-1969 (350) | Insurance Company of North America | SBL 4 53 81 | 3/23/1967 | 3/23/1968 | 3/23/1967 | 3/23/1968 |
| Northern New Jersey (333): North Bergen County 1921-1969 (350) | Insurance Company of North America | SBL 4 53 81 | 3/23/1968 | 3/23/1969 | 3/23/1968 | 3/23/1969 |
| Northern New Jersey (333): North Bergen County 1921-1969 (350) | Insurance Company of North America | SBL 5 11 79 | 3/23/1969 | 3/23/1970 | 3/23/1969 | 3/23/1970 |
| Northern New Jersey (333): North Bergen County 1921-1969 (350) | Insurance Company of North America | SBL 5 11 79 | 3/23/1970 | 3/23/1971 | 3/23/1970 | 3/23/1971 |
| Northern New Jersey (333): North Bergen County 1921-1969 (350) | Insurance Company of North America | SBL 5 11 79 | 3/23/1971 | 3/23/1972 | 3/23/1971 | 3/23/1972 |
| Northern New Jersey (333): Northern New Jersey 1999- (333) | Hartford Fire Insurance Company | 13 UUN CY4185 | 4/5/1999 | 4/5/2000 | 4/5/1999 | 4/5/2000 |
| Northern New Jersey (333): Northern New Jersey 1999- (333) | Hartford Fire Insurance Company | 13 UUN CY4185 | 4/5/2000 | 4/5/2001 | 4/5/2000 | 4/5/2001 |
| Northern New Jersey (333): Orange Mountain 1949-1976 (337) | Insurance Company of North America | GLP-17-77-71 | 8/18/1967 | 8/18/1968 | 8/18/1967 | 8/18/1968 |
| Northern New Jersey (333): Orange Mountain 1949-1976 (337) | Insurance Company of North America | GLP-17-39-79 | 8/18/1968 | 8/18/1969 | 8/18/1968 | 8/18/1969 |
| Northern New Jersey (333): Orange Mountain 1949-1976 (337) | Insurance Company of North America | Unknown | 8/18/1970 | 8/18/1971 | 8/18/1970 | 8/18/1971 |
| Northern New Jersey (333): Orange Mountain 1949-1976 (337) | Insurance Company of North America | Unknown | 8/18/1971 | 8/18/1972 | 8/18/1971 | 8/18/1972 |
| Northern New Jersey (333): Orange Mountain 1949-1976 (337) | Insurance Company of North America | Unknown | 8/18/1972 | 8/18/1973 | 8/18/1972 | 8/18/1973 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Northern New Jersey (333): Orange Mountain 1949-1976 (337) | Insurance Company of North America | Unknown | 8/18/1973 | 8/18/1974 | 8/18/1973 | 8/18/1974 |
| Northern New Jersey (333): Orange Mountain 1949-1976 (337) | Insurance Company of North America | Unknown | 8/18/1974 | 1/1/1975 | 8/18/1974 | 1/1/1975 |
| Northern New Jersey (333): Orange Mountain 1949-1976 (337) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northern New Jersey (333): Orange Mountain 1949-1976 (337) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Orange Mountain 1949-1976 (337) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Passaic Valley 1973-1999 (353) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northern New Jersey (333): Passaic Valley 1973-1999 (353) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Passaic Valley 1973-1999 (353) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 43 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Passaic Valley 1973-1999 (353) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Passaic Valley 1973-1999 (353) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Passaic Valley 1973-1999 (353) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220194 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1946 | 6/14/1947 | 6/14/1946 | 6/14/1947 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1947 | 6/14/1948 | 6/14/1947 | 6/14/1948 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1948 | 6/14/1949 | 6/14/1948 | 6/14/1949 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1949 | 6/14/1950 | 6/14/1949 | 6/14/1950 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1950 | 6/14/1951 | 6/14/1950 | 6/14/1951 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1951 | 6/14/1952 | 6/14/1951 | 6/14/1952 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1952 | 6/14/1953 | 6/14/1952 | 6/14/1953 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1953 | 6/14/1954 | 6/14/1953 | 6/14/1954 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1954 | 6/14/1955 | 6/14/1954 | 6/14/1955 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1955 | 6/14/1956 | 6/14/1955 | 6/14/1956 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1956 | 6/14/1957 | 6/14/1956 | 6/14/1957 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1957 | 6/14/1958 | 6/14/1957 | 6/14/1958 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1958 | 6/14/1959 | 6/14/1958 | 6/14/1959 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1959 | 6/14/1960 | 6/14/1959 | 6/14/1960 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1960 | 6/14/1961 | 6/14/1960 | 6/14/1961 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1961 | 6/14/1962 | 6/14/1961 | 6/14/1962 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1962 | 6/14/1963 | 6/14/1962 | 6/14/1963 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1963 | 6/14/1964 | 6/14/1963 | 6/14/1964 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1964 | 6/14/1965 | 6/14/1964 | 6/14/1965 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | SBL 4 53 60 | 6/14/1965 | 6/14/1966 | 6/14/1965 | 6/14/1966 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1965 | 6/14/1966 | 6/14/1965 | 6/14/1966 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | SBL 4 53 60 | 6/14/1966 | 6/14/1967 | 6/14/1966 | 6/14/1967 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | Unknown | 6/14/1966 | 6/14/1967 | 6/14/1966 | 6/14/1967 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | SBL 4 53 60 | 6/14/1967 | 6/14/1968 | 6/14/1967 | 6/14/1968 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | SBL 50403 | 6/14/1968 | 6/14/1969 | 6/14/1968 | 6/14/1969 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | SBL 50403 | 6/14/1969 | 6/14/1970 | 6/14/1969 | 6/14/1970 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | SBL 50403 | 6/14/1970 | 6/14/1971 | 6/14/1970 | 6/14/1971 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Insurance Company of North America | SBL 5 15 57 | 6/14/1971 | 6/14/1972 | 6/14/1971 | 6/14/1972 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 12/1/1972 | 1/1/1973 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 12/1/1972 | 1/1/1973 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 35 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220186 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Ridgewood and Glen Rock 1922-1997 (359) | New Hampshire Insurance Company | GLA 282471 | 3/1/1977 | 3/1/1978 | 3/1/1977 | 3/1/1978 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | Insurance Company of North America | SBL 4 53 71 | 5/13/1965 | 5/13/1966 | 5/13/1965 | 5/13/1966 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | Insurance Company of North America | SBL 4 53 71 | 5/13/1966 | 5/13/1967 | 5/13/1966 | 5/13/1967 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | Insurance Company of North America | SBL 4 53 71 | 5/13/1967 | 5/13/1968 | 5/13/1967 | 5/13/1968 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | Insurance Company of North America | SBL 4 69 44 | 5/13/1968 | 5/13/1969 | 5/13/1968 | 5/13/1969 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | Insurance Company of North America | SBL 4 69 44 | 5/13/1969 | 5/13/1970 | 5/13/1969 | 5/13/1970 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | Insurance Company of North America | SBL 4 69 44 | 5/13/1970 | 5/13/1971 | 5/13/1970 | 5/13/1971 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | Insurance Company of North America | SBL 5 15 44 | 5/13/1971 | 5/13/1972 | 5/13/1971 | 5/13/1972 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/13/1972 | 1/1/1973 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/13/1972 | 1/1/1973 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Robert Treat 1933-1976 (349) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220182 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | Insurance Company of North America | SBL 45388 | 6/1/1966 | 6/1/1967 | 6/1/1966 | 6/1/1967 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | Insurance Company of North America | SBL 45388 | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | Insurance Company of North America | SBL 45388 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | Insurance Company of North America | SBL 5 11 86 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | Insurance Company of North America | SBL 5 11 86 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | Insurance Company of North America | SBL 5 11 86 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | Hartford Accident and Indemnity Company | 10HUA43303 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | Hartford Accident and Indemnity Company | 10HUA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 37 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220188 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern New Jersey (333): Tamarack 1935-1986 (333) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | St. Paul Fire and Marine Insurance Company | 766JH0451 | 1/1/1961 | 1/1/1962 | 1/1/1961 | 1/1/1962 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1962 | 1/1/1963 | 1/1/1962 | 1/1/1963 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1963 | 1/1/1964 | 1/1/1963 | 1/1/1964 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1964 | 1/1/1965 | 1/1/1964 | 1/1/1965 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 04 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern Star (250): Indianhead Council 1955-2005 (295) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220154 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | Unknown | 1/1/1957 | 1/1/1958 | 1/1/1957 | 1/1/1958 |
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | Unknown | 1/1/1958 | 1/1/1959 | 1/1/1958 | 1/1/1959 |
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | Unknown | 1/1/1959 | 1/1/1960 | 1/1/1959 | 1/1/1960 |
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | Unknown | 1/1/1960 | 1/1/1961 | 1/1/1960 | 1/1/1961 |
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | Unknown | 1/1/1961 | 7/1/1961 | 1/1/1961 | 7/1/1961 |
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | XUA 1461 | 7/1/1961 | 9/1/1961 | 7/1/1961 | 9/1/1961 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | Unknown | 9/1/1961 | 9/1/1962 | 9/1/1961 | 9/1/1962 |
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | Unknown | 9/1/1962 | 9/1/1963 | 9/1/1962 | 9/1/1963 |
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | Unknown | 9/1/1963 | 9/1/1964 | 9/1/1963 | 9/1/1964 |
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | Unknown | 9/1/1964 | 9/1/1965 | 9/1/1964 | 9/1/1965 |
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | Unknown | 9/1/1965 | 6/1/1966 | 9/1/1965 | 6/1/1966 |
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | SBL-3-70-25 | 6/18/1966 | 6/18/1967 | 6/18/1966 | 6/18/1967 |
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | SBL 4 46 20 | 6/18/1967 | 6/18/1968 | 6/18/1967 | 6/18/1968 |
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | SBL 4 46 38 | 6/18/1968 | 6/18/1969 | 6/18/1968 | 6/18/1969 |
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | SBL 4 46 48 | 6/18/1969 | 6/18/1970 | 6/18/1969 | 6/18/1970 |
| Northern Star (250): Viking 1951-2005 (289) | Insurance Company of North America | SBL 44669 | 6/18/1970 | 6/18/1971 | 6/18/1970 | 6/18/1971 |
| Northern Star (250): Viking 1951-2005 (289) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/18/1972 | 1/1/1973 |
| Northern Star (250): Viking 1951-2005 (289) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/18/1972 | 1/1/1973 |
| Northern Star (250): Viking 1951-2005 (289) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern Star (250): Viking 1951-2005 (289) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northern Star (250): Viking 1951-2005 (289) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern Star (250): Viking 1951-2005 (289) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northern Star (250): Viking 1951-2005 (289) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northern Star (250): Viking 1951-2005 (289) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern Star (250): Viking 1951-2005 (289) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 01 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern Star (250): Viking 1951-2005 (289) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northern Star (250): Viking 1951-2005 (289) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northern Star (250): Viking 1951-2005 (289) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220151 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northwest Georgia (100): Northwest Georgia (100) | Insurance Company of North America | SBL 4 88 35 | 7/29/1970 | 7/29/1971 | 7/29/1970 | 7/29/1971 |
| Northwest Georgia (100): Northwest Georgia (100) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Northwest Georgia (100): Northwest Georgia (100) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Northwest Georgia (100): Northwest Georgia (100) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northwest Georgia (100): Northwest Georgia (100) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northwest Georgia (100): Northwest Georgia (100) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northwest Georgia (100): Northwest Georgia (100) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northwest Georgia (100): Northwest Georgia (100) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northwest Georgia (100): Northwest Georgia (100) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 94 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northwest Georgia (100): Northwest Georgia (100) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northwest Georgia (100): Northwest Georgia (100) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northwest Georgia (100): Northwest Georgia (100) | Hartford Accident and Indemnity Company | SMP 267512 | 1/21/1976 | 3/9/1976 | 1/21/1976 | 3/9/1976 |
| Northwest Georgia (100): Northwest Georgia (100) | Hartford Accident and Indemnity Company | SMP 267512 | 3/9/1976 | 1/21/1977 | 3/9/1976 | 1/21/1977 |
| Northwest Georgia (100): Northwest Georgia (100) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219942 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northwest Georgia (100): Northwest Georgia (100) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northwest Georgia (100): Northwest Georgia (100) | Hartford Accident and Indemnity Company | SMP 267512 | 1/21/1977 | 1/21/1978 | 1/21/1977 | 1/21/1978 |
| Northwest Texas (587): Northwest Texas (587) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northwest Texas (587): Northwest Texas (587) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Northwest Texas (587): Northwest Texas (587) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northwest Texas (587): Northwest Texas (587) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Northwest Texas (587): Northwest Texas (587) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Northwest Texas (587): Northwest Texas (587) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northwest Texas (587): Northwest Texas (587) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 92 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northwest Texas (587): Northwest Texas (587) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Northwest Texas (587): Northwest Texas (587) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220223 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Northwest Texas (587): Northwest Texas (587) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Norwela (215): Norwela (215) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Norwela (215): Norwela (215) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Norwela (215): Norwela (215) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Norwela (215): Norwela (215) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Norwela (215): Norwela (215) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1976 | 1/1/1976 |
| Norwela (215): Norwela (215) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 62 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Norwela (215): Norwela (215) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Norwela (215): Norwela (215) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Norwela (215): Norwela (215) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Norwela (215): Norwela (215) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220110 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Occoneechee (421): Occoneechee (421) | Continental Casualty Company | SRD-354549 | 1/1/1956 | 1/1/1957 | 1/1/1956 | 1/1/1957 |
| Occoneechee (421): Occoneechee (421) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Occoneechee (421): Occoneechee (421) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Occoneechee (421): Occoneechee (421) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Occoneechee (421): Occoneechee (421) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Occoneechee (421): Occoneechee (421) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Occoneechee (421): Occoneechee (421) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 89 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Occoneechee (421): Occoneechee (421) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Occoneechee (421): Occoneechee (421) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Occoneechee (421): Occoneechee (421) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Occoneechee (421): Occoneechee (421) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220043 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Ohio River Valley (619): Fort Steuben Area 1929-1991 (459) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Ohio River Valley (619): Fort Steuben Area 1929-1991 (459) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Ohio River Valley (619): Fort Steuben Area 1929-1991 (459) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Ohio River Valley (619): Fort Steuben Area 1929-1991 (459) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Ohio River Valley (619): Fort Steuben Area 1929-1991 (459) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Ohio River Valley (619): Fort Steuben Area 1929-1991 (459) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 12 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ohio River Valley (619): Fort Steuben Area 1929-1991 (459) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ohio River Valley (619): Fort Steuben Area 1929-1991 (459) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ohio River Valley (619): Fort Steuben Area 1929-1991 (459) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Ohio River Valley (619): Fort Steuben Area 1929-1991 (459) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220065 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Ohio River Valley (619): Fort Steuben Area 1929-1991 (459) | Insurance Company of North America | AGP D0 05 09 68 1 | 4/19/1977 | 1/9/1978 | 4/19/1977 | 1/9/1978 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | Insurance Company of North America | SBL 43230 | 6/15/1967 | 6/15/1968 | 6/15/1967 | 6/15/1968 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | Insurance Company of North America | SBL 43259 | 6/15/1968 | 6/15/1969 | 6/15/1968 | 6/15/1969 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | Insurance Company of North America | SBL 43259 | 6/15/1969 | 6/15/1970 | 6/15/1969 | 6/15/1970 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | Insurance Company of North America | SBL 43259 | 6/15/1970 | 6/15/1971 | 6/15/1970 | 6/15/1971 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | Insurance Company of North America | SBL 43259 | 6/15/1971 | 6/15/1972 | 6/15/1971 | 6/15/1972 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/16/1972 | 1/1/1973 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/16/1972 | 1/1/1973 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 40 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220256 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Ohio River Valley (619): National Trail 1966-1991 (619) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | Unknown | 1/1/1959 | 1/1/1960 | 1/1/1959 | 1/1/1960 |
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | Unknown | 1/1/1960 | 1/1/1961 | 1/1/1960 | 1/1/1961 |
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | Unknown | 1/1/1961 | 1/1/1962 | 1/1/1961 | 1/1/1962 |
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | Unknown | 1/1/1962 | 1/1/1963 | 1/1/1962 | 1/1/1963 |
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | Unknown | 1/1/1963 | 1/1/1964 | 1/1/1963 | 1/1/1964 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | Unknown | 1/1/1964 | 1/1/1965 | 1/1/1964 | 1/1/1965 |
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Old Hickory (427): Old Hickory (427) | Insurance Company of North America | 7 04 34 | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Old Hickory (427): Old Hickory (427) | Insurance Company of North America | Unknown | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Old Hickory (427): Old Hickory (427) | Insurance Company of North America | Unknown | 1/1/1969 | 2/28/1969 | 1/1/1969 | 2/28/1969 |
| Old Hickory (427): Old Hickory (427) | Insurance Company of North America | SBL 51025 | 2/28/1969 | 2/28/1970 | 2/28/1969 | 2/28/1970 |
| Old Hickory (427): Old Hickory (427) | Insurance Company of North America | SBL 52588 | 2/28/1970 | 2/28/1971 | 2/28/1970 | 2/28/1971 |
| Old Hickory (427): Old Hickory (427) | Insurance Company of North America | SBL 53595 | 2/28/1971 | 2/28/1972 | 2/28/1971 | 2/28/1972 |
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Old Hickory (427): Old Hickory (427) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 92 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Old Hickory (427): Old Hickory (427) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Old Hickory (427): Old Hickory (427) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Old Hickory (427): Old Hickory (427) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Old Hickory (427): Old Hickory (427) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Old Hickory (427): Old Hickory (427) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220045 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Old North State (070): Cherokee 1923-1994 (417) | Insurance Company of North America | SBL 50252 | 6/9/1968 | 6/9/1969 | 6/9/1968 | 6/9/1969 |
| Old North State (070): Cherokee 1923-1994 (417) | Insurance Company of North America | SBL 51056 | 6/9/1969 | 6/9/1970 | 6/9/1969 | 6/9/1970 |
| Old North State (070): Cherokee 1923-1994 (417) | Insurance Company of North America | SBL 5 26 52 | 6/9/1970 | 6/9/1971 | 6/9/1970 | 6/9/1971 |
| Old North State (070): Cherokee 1923-1994 (417) | Insurance Company of North America | Unknown | 6/9/1971 | 6/9/1972 | 6/9/1971 | 6/9/1972 |
| Old North State (070): Cherokee 1923-1994 (417) | Insurance Company of North America | Unknown | 6/9/1972 | 6/9/1973 | 6/9/1972 | 6/9/1973 |
| Old North State (070): Cherokee 1923-1994 (417) | Insurance Company of North America | Unknown | 6/9/1973 | 1/1/1974 | 6/9/1973 | 1/1/1974 |
| Old North State (070): Cherokee 1923-1994 (417) | United States Fidelity and Guaranty Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Old North State (070): Cherokee 1923-1994 (417) | United States Fidelity and Guaranty Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Old North State (070): Cherokee 1923-1994 (417) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Old North State (070): Cherokee 1923-1994 (417) | United States Fidelity and Guaranty Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Old North State (070): Cherokee 1923-1994 (417) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Old North State (070): Cherokee 1923-1994 (417) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Old North State (070): Cherokee 1923-1994 (417) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 83 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Old North State (070): Cherokee 1923-1994 (417) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Old North State (070): Cherokee 1923-1994 (417) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Old North State (070): Cherokee 1923-1994 (417) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Old North State (070): Cherokee 1923-1994 (417) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220036 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Old North State (070): General Greene 1947-1992 (418) | Insurance Company of North America | SBL 5 10 55 | 4/24/1969 | 4/24/1970 | 4/24/1969 | 4/24/1970 |
| Old North State (070): General Greene 1947-1992 (418) | Insurance Company of North America | SBL 52627 | 4/24/1970 | 4/24/1971 | 4/24/1970 | 4/24/1971 |
| Old North State (070): General Greene 1947-1992 (418) | Insurance Company of North America | SBL 53619 | 4/21/1971 | 4/21/1972 | 4/21/1971 | 4/21/1972 |
| Old North State (070): General Greene 1947-1992 (418) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Old North State (070): General Greene 1947-1992 (418) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Old North State (070): General Greene 1947-1992 (418) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 87 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Old North State (070): General Greene 1947-1992 (418) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Old North State (070): General Greene 1947-1992 (418) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Old North State (070): General Greene 1947-1992 (418) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220040 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Old North State (070): Uwharrie 1923-1992 (419) | Insurance Company of North America | SBL 5 11 92 | 5/29/1969 | 5/29/1970 | 5/29/1969 | 5/29/1970 |
| Old North State (070): Uwharrie 1923-1992 (419) | Insurance Company of North America | SBL 5 11 92 | 5/29/1970 | 5/29/1971 | 5/29/1970 | 5/29/1971 |
| Old North State (070): Uwharrie 1923-1992 (419) | Insurance Company of North America | SBL 5 11 92 | 5/29/1971 | 5/29/1972 | 5/29/1971 | 5/29/1972 |
| Old North State (070): Uwharrie 1923-1992 (419) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/29/1972 | 1/1/1973 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Old North State (070): Uwharrie 1923-1992 (419) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/29/1972 | 1/1/1973 |
| Old North State (070): Uwharrie 1923-1992 (419) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Old North State (070): Uwharrie 1923-1992 (419) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Old North State (070): Uwharrie 1923-1992 (419) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Old North State (070): Uwharrie 1923-1992 (419) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Old North State (070): Uwharrie 1923-1992 (419) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Old North State (070): Uwharrie 1923-1992 (419) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Old North State (070): Uwharrie 1923-1992 (419) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 88 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Old North State (070): Uwharrie 1923-1992 (419) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Old North State (070): Uwharrie 1923-1992 (419) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220041 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Old North State (070): Uwharrie 1923-1992 (419) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Orange County (039): North Orange 1965-1972 (037) | Insurance Company of North America | SBL 4 59 03 | 12/1/1968 | 12/1/1969 | 12/1/1968 | 12/1/1969 |
| Orange County (039): North Orange 1965-1972 (037) | Insurance Company of North America | SBL 4 59 03 | 12/1/1969 | 12/1/1970 | 12/1/1969 | 12/1/1970 |
| Orange County (039): North Orange 1965-1972 (037) | Insurance Company of North America | SBL 4 59 03 | 12/1/1970 | 12/1/1971 | 12/1/1970 | 12/1/1971 |
| Orange County (039): North Orange 1965-1972 (037) | New Hampshire Insurance Company | GLA 424946 | 1/1/1972 | 8/15/1972 | 1/1/1972 | 8/15/1972 |
| Orange County (039): Orange County 1972- (039) | New Hampshire Insurance Company | 837484 | 8/15/1972 | 1/1/1973 | 8/15/1972 | 1/1/1973 |
| Orange County (039): Orange County 1972- (039) | New Hampshire Insurance Company | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Orange County (039): Orange County 1972- (039) | New Hampshire Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Orange County (039): Orange County 1972- (039) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Orange County (039): Orange County 1972- (039) | New Hampshire Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Orange County (039): Orange County 1972- (039) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 54 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Orange County (039): Orange County 1972- (039) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Orange County (039): Orange County 1972- (039) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Orange County (039): Orange County 1972- (039) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Orange County (039): Orange County 1972- (039) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Orange County (039): Orange County 1972- (039) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Orange County (039): Orange County 1972- (039) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219902 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Orange County (039): Orange Empire Area 1944-1972 (039) | New Hampshire Insurance Company | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Orange County (039): Orange Empire Area 1944-1972 (039) | Pacific Insurance Company | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Oregon Trail (697): Oregon Trail (697) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Oregon Trail (697): Oregon Trail (697) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 26 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Oregon Trail (697): Oregon Trail (697) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Oregon Trail (697): Oregon Trail (697) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Oregon Trail (697): Oregon Trail (697) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Oregon Trail (697): Oregon Trail (697) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220081 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Overland Trails (322): Overland Trails 1993- (322) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 18 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Overland Trails (322): Overland Trails 1993- (322) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220169 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Overland Trails (322): Tri-Trails 1954-1993 (323) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Overland Trails (322): Tri-Trails 1954-1993 (323) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Overland Trails (322): Tri-Trails 1954-1993 (323) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Overland Trails (322): Tri-Trails 1954-1993 (323) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 20 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Overland Trails (322): Tri-Trails 1954-1993 (323) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Overland Trails (322): Tri-Trails 1954-1993 (323) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220172 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Ozark Trails (306): Mo-Kan Area 1929-1994 (306) | Insurance Company of North America | SBL 51587 | 6/15/1971 | 6/15/1972 | 6/15/1971 | 6/15/1972 |
| Ozark Trails (306): Mo-Kan Area 1929-1994 (306) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/15/1972 | 1/1/1973 |
| Ozark Trails (306): Mo-Kan Area 1929-1994 (306) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/15/1972 | 1/1/1973 |
| Ozark Trails (306): Mo-Kan Area 1929-1994 (306) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Ozark Trails (306): Mo-Kan Area 1929-1994 (306) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Ozark Trails (306): Mo-Kan Area 1929-1994 (306) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Ozark Trails (306): Mo-Kan Area 1929-1994 (306) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Ozark Trails (306): Mo-Kan Area 1929-1994 (306) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Ozark Trails (306): Mo-Kan Area 1929-1994 (306) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Ozark Trails (306): Mo-Kan Area 1929-1994 (306) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 13 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ozark Trails (306): Mo-Kan Area 1929-1994 (306) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ozark Trails (306): Mo-Kan Area 1929-1994 (306) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ozark Trails (306): Mo-Kan Area 1929-1994 (306) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Ozark Trails (306): Mo-Kan Area 1929-1994 (306) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220163 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Ozark Trails (306): Mo-Kan Area 1929-1994 (306) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Ozark Trails (306): Ozarks 1966-1994 (308) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/1/1972 | 1/1/1973 |
| Ozark Trails (306): Ozarks 1966-1994 (308) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/1/1972 | 1/1/1973 |
| Ozark Trails (306): Ozarks 1966-1994 (308) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Ozark Trails (306): Ozarks 1966-1994 (308) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Ozark Trails (306): Ozarks 1966-1994 (308) | Great American Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Ozark Trails (306): Ozarks 1966-1994 (308) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Ozark Trails (306): Ozarks 1966-1994 (308) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Ozark Trails (306): Ozarks 1966-1994 (308) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Ozark Trails (306): Ozarks 1966-1994 (308) | Great American Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Ozark Trails (306): Ozarks 1966-1994 (308) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 16 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ozark Trails (306): Ozarks 1966-1994 (308) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ozark Trails (306): Ozarks 1966-1994 (308) | Great American Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ozark Trails (306): Ozarks 1966-1994 (308) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ozark Trails (306): Ozarks 1966-1994 (308) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Ozark Trails (306): Ozarks 1966-1994 (308) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220167 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pacific Harbors (612): Mount Rainier 1948-1993 (612) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pacific Harbors (612): Mount Rainier 1948-1993 (612) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Harbors (612): Mount Rainier 1948-1993 (612) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Harbors (612): Mount Rainier 1948-1993 (612) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 26 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Harbors (612): Mount Rainier 1948-1993 (612) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220245 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pacific Harbors (612): Mount Rainier 1948-1993 (612) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | Insurance Company of North America | SBL 50443 | 2/16/1969 | 2/16/1970 | 2/16/1969 | 2/16/1970 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | Insurance Company of North America | SBL 50443 | 2/16/1970 | 2/16/1971 | 2/16/1970 | 2/16/1971 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | Insurance Company of North America | SBL 50443 | 2/16/1971 | 2/16/1972 | 2/16/1971 | 2/16/1972 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/16/1972 | 1/1/1973 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 23 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220242 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pacific Harbors (612): Tumwater Area 1934-1993 (737) | Charter Oak Fire Insurance Company | 650-186E164-7-COF-77 | 6/12/1977 | 6/12/1978 | 6/12/1977 | 6/12/1978 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | Insurance Company of North America | SBL 51197 | 10/1/1969 | 10/1/1970 | 10/1/1969 | 10/1/1970 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | Insurance Company of North America | SBL 51197 | 10/1/1970 | 10/1/1971 | 10/1/1970 | 10/1/1971 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | Insurance Company of North America | SBL 51197 | 10/1/1971 | 10/1/1972 | 10/1/1971 | 10/1/1972 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 10/1/1972 | 1/1/1973 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date¹ | Council End Date |
|---|---|---|---|---|---|---|
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 22 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pacific Harbors (612): Twin Harbors Area 1930-1993 (607) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220241 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | Insurance Company of North America | SBL 5 04 42 | 1/19/1969 | 1/19/1970 | 1/19/1969 | 1/19/1970 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | Insurance Company of North America | SBL 5 04 42 | 1/19/1970 | 1/19/1971 | 1/19/1970 | 1/19/1971 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | Insurance Company of North America | SBL 5 04 42 | 1/19/1971 | 1/19/1972 | 1/19/1971 | 1/19/1972 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/19/1972 | 1/1/1973 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/19/1972 | 1/1/1973 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 52 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | New Hampshire Insurance Company | GLA 282420 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219900 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pacific Skyline (031): San Mateo County 1932-1994 (020) | New Hampshire Insurance Company | GLA 282421 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Insurance Company of North America | SBL 48595 | 2/18/1965 | 2/18/1966 | 2/18/1965 | 2/18/1966 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Insurance Company of North America | SBL 48595 | 2/18/1966 | 2/18/1967 | 2/18/1966 | 2/18/1967 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Insurance Company of North America | SBL 48595 | 2/18/1967 | 2/18/1968 | 2/18/1967 | 2/18/1968 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Insurance Company of North America | SBL 46904 | 2/18/1968 | 2/18/1969 | 2/18/1968 | 2/18/1969 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Insurance Company of North America | SBL 46904 | 2/18/1969 | 2/18/1970 | 2/18/1969 | 2/18/1970 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Insurance Company of North America | SBL 46904 | 2/18/1970 | 2/18/1971 | 2/18/1970 | 2/18/1971 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Insurance Company of North America | SBL 51509 | 2/18/1971 | 2/18/1972 | 2/18/1971 | 2/18/1972 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/18/1972 | 1/1/1973 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/18/1972 | 1/1/1973 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 42 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219890 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pacific Skyline (031): Stanford Area 1940-1994 (031) | Insurance Company of North America | GAL 34 32 31 | 2/4/1977 | 1/1/1978 | 2/4/1977 | 1/1/1978 |
| Palmetto (549): Palmetto (549) | Insurance Company of North America | SBL 50254 | 7/1/1968 | 7/1/1969 | 7/1/1968 | 7/1/1969 |
| Palmetto (549): Palmetto (549) | Insurance Company of North America | SBL 51087 | 7/1/1969 | 7/1/1970 | 7/1/1969 | 7/1/1970 |
| Palmetto (549): Palmetto (549) | Insurance Company of North America | SBL 52670 | 7/1/1970 | 7/1/1971 | 7/1/1970 | 7/1/1971 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Palmetto (549): Palmetto (549) | Insurance Company of North America | SBL 53661 | 7/1/1971 | 7/1/1972 | 7/1/1971 | 7/1/1972 |
| Palmetto (549): Palmetto (549) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Palmetto (549): Palmetto (549) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Palmetto (549): Palmetto (549) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Palmetto (549): Palmetto (549) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Palmetto (549): Palmetto (549) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Palmetto (549): Palmetto (549) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Palmetto (549): Palmetto (549) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Palmetto (549): Palmetto (549) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Palmetto (549): Palmetto (549) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 60 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Palmetto (549): Palmetto (549) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Palmetto (549): Palmetto (549) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220282 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Palmetto (549): Palmetto (549) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pathway to Adventure (456): Calumet 1965-2016 (152) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pathway to Adventure (456): Calumet 1965-2016 (152) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): Calumet 1965-2016 (152) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 34 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): Calumet 1965-2016 (152) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): Calumet 1965-2016 (152) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pathway to Adventure (456): Calumet 1965-2016 (152) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219980 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | Insurance Company of North America | SBL-2-50-05 | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | Insurance Company of North America | SBL-2-50-63 | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | Insurance Company of North America | SBL-2-51-31 | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | Insurance Company of North America | SBL 25162 | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | Insurance Company of North America | SBL 51835 | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | Insurance Company of North America | SBL 5 18 50 | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | Insurance Company of North America | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 11 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219958 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pathway to Adventure (456): Chicago Area 1930-2016 (118) | Illinois Employers Insurance of Wausau | 77-GA 14332 | 9/12/1977 | 9/12/1978 | 9/12/1977 | 9/12/1978 |
| Pathway to Adventure (456): Northwest Suburban 1926-2016 (751) | Insurance Company of North America | SBL 52763 | 5/13/1971 | 5/13/1972 | 5/13/1971 | 5/13/1972 |
| Pathway to Adventure (456): Northwest Suburban 1926-2016 (751) | Insurance Company of North America | Unknown | 5/13/1971 | 5/13/1972 | 5/13/1971 | 5/13/1972 |
| Pathway to Adventure (456): Northwest Suburban 1926-2016 (751) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/13/1972 | 1/1/1973 |
| Pathway to Adventure (456): Northwest Suburban 1926-2016 (751) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/13/1972 | 1/1/1973 |
| Pathway to Adventure (456): Northwest Suburban 1926-2016 (751) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pathway to Adventure (456): Northwest Suburban 1926-2016 (751) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pathway to Adventure (456): Northwest Suburban 1926-2016 (751) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pathway to Adventure (456): Northwest Suburban 1926-2016 (751) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pathway to Adventure (456): Northwest Suburban 1926-2016 (751) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pathway to Adventure (456): Northwest Suburban 1926-2016 (751) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): Northwest Suburban 1926-2016 (751) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): Northwest Suburban 1926-2016 (751) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 08 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): Northwest Suburban 1926-2016 (751) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pathway to Adventure (456): Northwest Suburban 1926-2016 (751) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219955 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pathway to Adventure (456): Pathway to Adventure (456) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pathway to Adventure (456): Pathway to Adventure (456) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): Pathway to Adventure (456) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Pathway to Adventure (456): Pathway to Adventure (456) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | Insurance Company of North America | SBL-2-49-60 | 4/2/1965 | 4/2/1966 | 4/2/1965 | 4/2/1966 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | Insurance Company of North America | SBL 2 50 73 | 4/2/1966 | 4/2/1967 | 4/2/1966 | 4/2/1967 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | Insurance Company of North America | SBL 2 50 73 | 4/2/1967 | 4/2/1968 | 4/2/1967 | 4/2/1968 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | Insurance Company of North America | SBL 25148 | 4/2/1968 | 4/2/1969 | 4/2/1968 | 4/2/1969 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | Insurance Company of North America | SBL 51801 | 4/2/1969 | 4/2/1970 | 4/2/1969 | 4/2/1970 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | Insurance Company of North America | SBL 51825 | 4/2/1970 | 4/2/1971 | 4/2/1970 | 4/2/1971 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | Insurance Company of North America | SBL 51856 | 4/2/1971 | 4/2/1972 | 4/2/1971 | 4/2/1972 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/2/1972 | 1/1/1973 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/2/1972 | 1/1/1973 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 21 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219967 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pathway to Adventure (456): Thatcher Woods Area 1941-1993 (136) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Insurance Company of North America | SBL 45369 | 10/1/1965 | 10/1/1966 | 10/1/1965 | 10/1/1966 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Insurance Company of North America | SBL 45369 | 10/1/1966 | 10/1/1967 | 10/1/1966 | 10/1/1967 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Insurance Company of North America | SBL 45369 | 10/1/1967 | 10/1/1968 | 10/1/1967 | 10/1/1968 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Insurance Company of North America | SBL 50419 | 10/1/1968 | 10/1/1969 | 10/1/1968 | 10/1/1969 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Insurance Company of North America | SBL 50419 | 10/1/1969 | 10/1/1970 | 10/1/1969 | 10/1/1970 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Insurance Company of North America | SBL 50419 | 10/1/1970 | 10/1/1971 | 10/1/1970 | 10/1/1971 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Federal Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Federal Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 19 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | New Hampshire Insurance Company | SLP275526CN137 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219965 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pathway to Adventure (456): West Suburban 1918-1993 (147) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Patriots' Path (358): Morris-Sussex 1936-1999 (343) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Patriots' Path (358): Morris-Sussex 1936-1999 (343) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Patriots' Path (358): Morris-Sussex 1936-1999 (343) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Patriots' Path (358): Morris-Sussex 1936-1999 (343) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Patriots' Path (358): Morris-Sussex 1936-1999 (343) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Patriots' Path (358): Morris-Sussex 1936-1999 (343) | Camden Fire Insurance Association | SMP 419016 | 2/1/1975 | 2/1/1976 | 2/1/1975 | 2/1/1976 |
| Patriots' Path (358): Morris-Sussex 1936-1999 (343) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Patriots' Path (358): Morris-Sussex 1936-1999 (343) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Patriots' Path (358): Morris-Sussex 1936-1999 (343) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 27 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Patriots' Path (358): Morris-Sussex 1936-1999 (343) | Camden Fire Insurance Association | SMP 419016 | 2/1/1976 | 2/1/1977 | 2/1/1976 | 2/1/1977 |
| Patriots' Path (358): Morris-Sussex 1936-1999 (343) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220179 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Patriots' Path (358): Morris-Sussex 1936-1999 (343) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Patriots' Path (358): Morris-Sussex 1936-1999 (343) | Camden Fire Insurance Association | SMP 419016 | 2/1/1977 | 2/1/1978 | 2/1/1977 | 2/1/1978 |
| Patriots' Path (358): Union 1928-1980 (338) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/15/1972 | 1/1/1973 |
| Patriots' Path (358): Union 1928-1980 (338) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/15/1972 | 1/1/1973 |
| Patriots' Path (358): Union 1928-1980 (338) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Patriots' Path (358): Union 1928-1980 (338) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Patriots' Path (358): Union 1928-1980 (338) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Patriots' Path (358): Union 1928-1980 (338) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Patriots' Path (358): Union 1928-1980 (338) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Patriots' Path (358): Union 1928-1980 (338) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Patriots' Path (358): Union 1928-1980 (338) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Patriots' Path (358): Union 1928-1980 (338) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 29 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Patriots' Path (358): Union 1928-1980 (338) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220181 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Patriots' Path (358): Union 1928-1980 (338) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | 2115 | 1/27/1945 | 1/27/1946 | 1/27/1945 | 1/27/1946 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | 2115 | 1/27/1946 | 1/27/1947 | 1/27/1946 | 1/27/1947 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | 2115 | 1/27/1947 | 1/27/1948 | 1/27/1947 | 1/27/1948 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1948 | 1/27/1949 | 1/27/1948 | 1/27/1949 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1949 | 1/27/1950 | 1/27/1949 | 1/27/1950 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1950 | 1/27/1951 | 1/27/1950 | 1/27/1951 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1951 | 1/27/1952 | 1/27/1951 | 1/27/1952 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1952 | 1/27/1953 | 1/27/1952 | 1/27/1953 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1953 | 1/27/1954 | 1/27/1953 | 1/27/1954 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1954 | 1/27/1955 | 1/27/1954 | 1/27/1955 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1955 | 1/27/1956 | 1/27/1955 | 1/27/1956 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1956 | 1/27/1957 | 1/27/1956 | 1/27/1957 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1957 | 1/27/1958 | 1/27/1957 | 1/27/1958 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1958 | 1/27/1959 | 1/27/1958 | 1/27/1959 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1959 | 1/27/1960 | 1/27/1959 | 1/27/1960 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1960 | 1/27/1961 | 1/27/1960 | 1/27/1961 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1961 | 1/27/1962 | 1/27/1961 | 1/27/1962 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1962 | 1/27/1963 | 1/27/1962 | 1/27/1963 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1963 | 1/27/1964 | 1/27/1963 | 1/27/1964 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1964 | 1/27/1965 | 1/27/1964 | 1/27/1965 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1965 | 1/27/1966 | 1/27/1965 | 1/27/1966 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1966 | 1/27/1967 | 1/27/1966 | 1/27/1967 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1967 | 1/27/1968 | 1/27/1967 | 1/27/1968 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1968 | 1/27/1969 | 1/27/1968 | 1/27/1969 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1969 | 1/27/1970 | 1/27/1969 | 1/27/1970 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | Unknown | 1/27/1970 | 3/20/1970 | 1/27/1970 | 3/20/1970 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | GAL-16124 | 3/20/1970 | 3/20/1971 | 3/20/1970 | 3/20/1971 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Insurance Company of North America | SBL 21690 | 5/27/1971 | 5/27/1972 | 5/27/1971 | 5/27/1972 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/27/1972 | 1/1/1973 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/27/1972 | 1/1/1973 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Patriots' Path (358): Watchung Area 1926-1999 (358) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 34 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Jefferson Insurance Company of New York | JE 65914 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | Ambassador Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220185 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Patriots' Path (358): Watchung Area 1926-1999 (358) | New Hampshire Insurance Company | GLA 332370 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pee Dee Area (552): Pee Dee Area (552) | Insurance Company of North America | SBL 4 53 56 | 7/1/1965 | 7/1/1966 | 7/1/1965 | 7/1/1966 |
| Pee Dee Area (552): Pee Dee Area (552) | Insurance Company of North America | SBL 4 53 56 | 7/1/1966 | 7/1/1967 | 7/1/1966 | 7/1/1967 |
| Pee Dee Area (552): Pee Dee Area (552) | Insurance Company of North America | SBL 4 53 56 | 7/1/1967 | 7/1/1968 | 7/1/1967 | 7/1/1968 |
| Pee Dee Area (552): Pee Dee Area (552) | Insurance Company of North America | SBL 5 04 07 | 7/1/1968 | 7/1/1969 | 7/1/1968 | 7/1/1969 |
| Pee Dee Area (552): Pee Dee Area (552) | Insurance Company of North America | SBL 5 04 07 | 7/1/1969 | 7/1/1970 | 7/1/1969 | 7/1/1970 |
| Pee Dee Area (552): Pee Dee Area (552) | Insurance Company of North America | SBL 5 04 07 | 7/1/1970 | 7/1/1971 | 7/1/1970 | 7/1/1971 |
| Pee Dee Area (552): Pee Dee Area (552) | Insurance Company of North America | SBL 51579 | 7/1/1971 | 7/1/1972 | 7/1/1971 | 7/1/1972 |
| Pee Dee Area (552): Pee Dee Area (552) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Pee Dee Area (552): Pee Dee Area (552) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Pee Dee Area (552): Pee Dee Area (552) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pee Dee Area (552): Pee Dee Area (552) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pee Dee Area (552): Pee Dee Area (552) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pee Dee Area (552): Pee Dee Area (552) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pee Dee Area (552): Pee Dee Area (552) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pee Dee Area (552): Pee Dee Area (552) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pee Dee Area (552): Pee Dee Area (552) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 58 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pee Dee Area (552): Pee Dee Area (552) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pee Dee Area (552): Pee Dee Area (552) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pee Dee Area (552): Pee Dee Area (552) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pee Dee Area (552): Pee Dee Area (552) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220280 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pee Dee Area (552): Pee Dee Area (552) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pennsylvania Dutch (524): Lancaster County 1924-1971 (519) | Nationwide Mutual Insurance Company | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Pennsylvania Dutch (524): Lancaster County 1924-1971 (519) | Insurance Company of North America | Unknown | 12/31/1965 | 12/31/1966 | 12/31/1965 | 12/31/1966 |
| Pennsylvania Dutch (524): Lancaster County 1924-1971 (519) | Insurance Company of North America | Unknown | 12/31/1966 | 12/31/1967 | 12/31/1966 | 12/31/1967 |
| Pennsylvania Dutch (524): Lancaster County 1924-1971 (519) | Insurance Company of North America | Unknown | 12/31/1967 | 12/16/1968 | 12/31/1967 | 12/16/1968 |
| Pennsylvania Dutch (524): Lancaster County 1924-1971 (519) | Insurance Company of North America | SBL 4 85 12 | 12/16/1968 | 12/16/1969 | 12/16/1968 | 12/16/1969 |
| Pennsylvania Dutch (524): Lancaster County 1924-1971 (519) | Insurance Company of North America | SBL 4 85 12 | 12/16/1969 | 12/16/1970 | 12/16/1969 | 12/16/1970 |
| Pennsylvania Dutch (524): Lancaster County 1924-1971 (519) | Insurance Company of North America | SBL 4 85 12 | 12/16/1970 | 12/16/1971 | 12/16/1970 | 12/16/1971 |
| Pennsylvania Dutch (524): Lancaster-Lebanon 1971-1995 (524) | Insurance Company of North America | SBL 53073 | 4/26/1971 | 4/25/1972 | 4/26/1971 | 4/25/1972 |
| Pennsylvania Dutch (524): Lancaster-Lebanon 1971-1995 (524) | Insurance Company of North America | SBL 53073 | 4/26/1972 | 4/26/1973 | 4/26/1972 | 4/26/1973 |
| Pennsylvania Dutch (524): Lancaster-Lebanon 1971-1995 (524) | Insurance Company of North America | XBC 9 67 55 | 11/28/1972 | 11/28/1973 | 11/28/1972 | 11/28/1973 |
| Pennsylvania Dutch (524): Lancaster-Lebanon 1971-1995 (524) | Insurance Company of North America | SBL 53073 | 4/26/1973 | 4/26/1974 | 4/26/1973 | 4/26/1974 |
| Pennsylvania Dutch (524): Lancaster-Lebanon 1971-1995 (524) | Insurance Company of North America | XBC 9 67 55 | 11/28/1973 | 11/28/1974 | 11/28/1973 | 11/28/1974 |
| Pennsylvania Dutch (524): Lancaster-Lebanon 1971-1995 (524) | Insurance Company of North America | XBC 9 67 55 | 11/28/1974 | 1/1/1975 | 11/28/1974 | 1/1/1975 |
| Pennsylvania Dutch (524): Lancaster-Lebanon 1971-1995 (524) | Insurance Company of North America | XBC 11 69 81 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pennsylvania Dutch (524): Lancaster-Lebanon 1971-1995 (524) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pennsylvania Dutch (524): Lancaster-Lebanon 1971-1995 (524) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pennsylvania Dutch (524): Lancaster-Lebanon 1971-1995 (524) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 38 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pennsylvania Dutch (524): Lancaster-Lebanon 1971-1995 (524) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pennsylvania Dutch (524): Lancaster-Lebanon 1971-1995 (524) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pennsylvania Dutch (524): Lancaster-Lebanon 1971-1995 (524) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220093 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pennsylvania Dutch (524): Lebanon County 1924-1971 (650) | Insurance Company of North America | SBL 4 47 25 | 4/26/1967 | 4/26/1968 | 4/26/1967 | 4/26/1968 |
| Pennsylvania Dutch (524): Lebanon County 1924-1971 (650) | Insurance Company of North America | SBL 4 84 45 | 4/26/1968 | 4/26/1969 | 4/26/1968 | 4/26/1969 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Pennsylvania Dutch (524): Lebanon County 1924-1971 (650) | Insurance Company of North America | SBL 4 84 45 | 4/26/1969 | 4/26/1970 | 4/26/1969 | 4/26/1970 |
| Pennsylvania Dutch (524): Lebanon County 1924-1971 (650) | Insurance Company of North America | SBL 4 84 45 | 4/26/1970 | 4/26/1971 | 4/26/1970 | 4/26/1971 |
| Pennsylvania Dutch (524): Lebanon County 1924-1971 (650) | Insurance Company of North America | SBL 5 30 73 | 4/26/1971 | 4/25/1972 | 4/26/1971 | 4/25/1972 |
| Pennsylvania Dutch (524): Lebanon County 1924-1971 (650) | Insurance Company of North America | SBL 5 30 73 | 4/26/1972 | 4/26/1973 | 4/26/1972 | 4/26/1973 |
| Pennsylvania Dutch (524): Lebanon County 1924-1971 (650) | Insurance Company of North America | SBL 5 30 73 | 4/26/1973 | 4/26/1974 | 4/26/1973 | 4/26/1974 |
| Pennsylvania Dutch (524): Lebanon County 1924-1971 (650) | Insurance Company of North America | SBL 5 30 73 | 4/26/1974 | 1/1/1975 | 4/26/1974 | 1/1/1975 |
| Piedmont (042): Piedmont (042) | Insurance Company of North America | SBL 4 53 99 | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Piedmont (042): Piedmont (042) | Insurance Company of North America | SBL 4 53 99 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Piedmont (042): Piedmont (042) | Insurance Company of North America | SBL 4 53 99 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Piedmont (042): Piedmont (042) | Insurance Company of North America | SBL 5 13 90 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Piedmont (042): Piedmont (042) | Insurance Company of North America | SBL 5 13 90 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Piedmont (042): Piedmont (042) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Piedmont (042): Piedmont (042) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Piedmont (042): Piedmont (042) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Piedmont (042): Piedmont (042) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Piedmont (042): Piedmont (042) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Piedmont (042): Piedmont (042) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Piedmont (042): Piedmont (042) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Piedmont (042): Piedmont (042) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Piedmont (042): Piedmont (042) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Piedmont (042): Piedmont (042) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 45 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Piedmont (042): Piedmont (042) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Piedmont (042): Piedmont (042) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Piedmont (042): Piedmont (042) | New Hampshire Insurance Company | GLA 282405 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Piedmont (042): Piedmont (042) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219893 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Piedmont (420): Piedmont (420) | Insurance Company of North America | SBL 50251 | 6/15/1968 | 6/15/1969 | 6/15/1968 | 6/15/1969 |
| Piedmont (420): Piedmont (420) | Insurance Company of North America | SBL 51085 | 6/15/1969 | 6/15/1970 | 6/15/1969 | 6/15/1970 |
| Piedmont (420): Piedmont (420) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Piedmont (420): Piedmont (420) | Insurance Company of North America | SBL 52676 | 6/15/1970 | 6/15/1971 | 6/15/1970 | 6/15/1971 |
| Piedmont (420): Piedmont (420) | Insurance Company of North America | SBL 53638 | 6/15/1971 | 6/15/1972 | 6/15/1971 | 6/15/1972 |
| Piedmont (420): Piedmont (420) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/15/1972 | 1/1/1973 |
| Piedmont (420): Piedmont (420) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Piedmont (420): Piedmont (420) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Piedmont (420): Piedmont (420) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Piedmont (420): Piedmont (420) | New Hampshire Insurance Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Piedmont (420): Piedmont (420) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Piedmont (420): Piedmont (420) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Piedmont (420): Piedmont (420) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 85 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Piedmont (420): Piedmont (420) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Piedmont (420): Piedmont (420) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Piedmont (420): Piedmont (420) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Piedmont (420): Piedmont (420) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Piedmont (420): Piedmont (420) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220038 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Piedmont (420): Piedmont (420) | St. Paul Fire and Marine Insurance Company | Unknown | 2/1/1977 | 2/1/1978 | 2/1/1977 | 2/1/1978 |
| Piedmont (420): Piedmont (420) | St. Paul Fire and Marine Insurance Company | Unknown | 2/1/1978 | 2/1/1979 | 2/1/1978 | 2/1/1979 |
| Piedmont (420): Piedmont (420) | St. Paul Fire and Marine Insurance Company | Unknown | 2/1/1979 | 2/1/1980 | 2/1/1979 | 2/1/1980 |
| Piedmont (420): Piedmont (420) | Aetna Casualty and Surety Company | 025 GL 21404017 CCS | 6/15/1991 | 6/14/1992 | 6/15/1991 | 6/14/1992 |
| Pikes Peak (060): Pikes Peak (060) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pikes Peak (060): Pikes Peak (060) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 62 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pikes Peak (060): Pikes Peak (060) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pikes Peak (060): Pikes Peak (060) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Pikes Peak (060): Pikes Peak (060) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219910 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pikes Peak (060): Pikes Peak (060) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pine Burr Area (304): Pine Burr Area (304) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pine Burr Area (304): Pine Burr Area (304) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pine Burr Area (304): Pine Burr Area (304) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pine Burr Area (304): Pine Burr Area (304) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pine Burr Area (304): Pine Burr Area (304) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pine Burr Area (304): Pine Burr Area (304) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pine Burr Area (304): Pine Burr Area (304) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pine Burr Area (304): Pine Burr Area (304) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 07 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pine Burr Area (304): Pine Burr Area (304) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pine Burr Area (304): Pine Burr Area (304) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220157 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pine Burr Area (304): Pine Burr Area (304) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pine Burr Area (304): Pine Burr Area (304) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pine Tree (218): Pine Tree (218) | Hartford Accident and Indemnity Company | 04 C 154949 | 1/25/1973 | 1/25/1974 | 1/25/1973 | 1/25/1974 |
| Pine Tree (218): Pine Tree (218) | Hartford Accident and Indemnity Company | 04 C 157992 | 1/25/1974 | 1/25/1975 | 1/25/1974 | 1/25/1975 |
| Pine Tree (218): Pine Tree (218) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pine Tree (218): Pine Tree (218) | Hartford Accident and Indemnity Company | 04 C 161230 | 1/25/1975 | 1/25/1976 | 1/25/1975 | 1/25/1976 |
| Pine Tree (218): Pine Tree (218) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pine Tree (218): Pine Tree (218) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 64 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pine Tree (218): Pine Tree (218) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pine Tree (218): Pine Tree (218) | Hartford Accident and Indemnity Company | 04 C 161099 | 1/25/1976 | 1/25/1977 | 1/25/1976 | 1/25/1977 |
| Pine Tree (218): Pine Tree (218) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pine Tree (218): Pine Tree (218) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220112 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pine Tree (218): Pine Tree (218) | Hartford Accident and Indemnity Company | 04 C 163132 | 1/25/1977 | 1/25/1978 | 1/25/1977 | 1/25/1978 |
| Pony Express (311): Pony Express (311) | Insurance Company of North America | SBL 5 08 54 | 12/29/1969 | 12/29/1970 | 12/29/1969 | 12/29/1970 |
| Pony Express (311): Pony Express (311) | Insurance Company of North America | SBL 5 08 62 | 12/29/1970 | 12/29/1971 | 12/29/1970 | 12/29/1971 |
| Pony Express (311): Pony Express (311) | Insurance Company of North America | Unknown | 12/29/1971 | 1/1/1972 | 12/29/1971 | 1/1/1972 |
| Pony Express (311): Pony Express (311) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Pony Express (311): Pony Express (311) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Pony Express (311): Pony Express (311) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pony Express (311): Pony Express (311) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pony Express (311): Pony Express (311) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pony Express (311): Pony Express (311) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pony Express (311): Pony Express (311) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pony Express (311): Pony Express (311) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 14 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pony Express (311): Pony Express (311) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pony Express (311): Pony Express (311) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pony Express (311): Pony Express (311) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pony Express (311): Pony Express (311) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220165 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Potawatomi Area (651): Potawatomi Area (651) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Potawatomi Area (651): Potawatomi Area (651) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Potawatomi Area (651): Potawatomi Area (651) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 47 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Potawatomi Area (651): Potawatomi Area (651) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Potawatomi Area (651): Potawatomi Area (651) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220264 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Potawatomi Area (651): Potawatomi Area (651) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Prairielands (117): Arrowhead 1933-1991 (117) | Insurance Company of North America | Unknown | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Prairielands (117): Arrowhead 1933-1991 (117) | Insurance Company of North America | SBL 5 04 12 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Prairielands (117): Arrowhead 1933-1991 (117) | Insurance Company of North America | SBL 5 04 12 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Prairielands (117): Arrowhead 1933-1991 (117) | Insurance Company of North America | SBL 5 04 12 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Prairielands (117): Arrowhead 1933-1991 (117) | Insurance Company of North America | SBL 51570 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Prairielands (117): Arrowhead 1933-1991 (117) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Prairielands (117): Arrowhead 1933-1991 (117) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/1/1972 | 1/1/1973 |
| Prairielands (117): Arrowhead 1933-1991 (117) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Prairielands (117): Arrowhead 1933-1991 (117) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Prairielands (117): Arrowhead 1933-1991 (117) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Prairielands (117): Arrowhead 1933-1991 (117) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Prairielands (117): Arrowhead 1933-1991 (117) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Prairielands (117): Arrowhead 1933-1991 (117) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 10 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Prairielands (117): Arrowhead 1933-1991 (117) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Prairielands (117): Arrowhead 1933-1991 (117) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Prairielands (117): Arrowhead 1933-1991 (117) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219957 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Prairielands (117): Arrowhead 1933-1991 (117) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Prairielands (117): Piankeshaw 1926-1991 (739) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Prairielands (117): Piankeshaw 1926-1991 (739) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Prairielands (117): Piankeshaw 1926-1991 (739) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Prairielands (117): Piankeshaw 1926-1991 (739) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 13 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Prairielands (117): Piankeshaw 1926-1991 (739) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Prairielands (117): Piankeshaw 1926-1991 (739) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219959 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| President Ford FSC (781): President Ford FSC (781) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| President Ford FSC (781): President Ford FSC (781) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| President Ford FSC (781): President Ford FSC (781) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| President Ford FSC (781): President Ford FSC (781) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Puerto Rico (661): Puerto Rico 1965- (661) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Puerto Rico (661): Puerto Rico 1965- (661) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 54 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Puerto Rico (661): Puerto Rico 1965- (661) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Puerto Rico (661): Puerto Rico 1965- (661) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Puerto Rico (661): Puerto Rico 1965- (661) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Puerto Rico (661): Puerto Rico 1965- (661) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220276 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pushmataha Area (691): Pushmataha Area (691) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pushmataha Area (691): Pushmataha Area (691) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Pushmataha Area (691): Pushmataha Area (691) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pushmataha Area (691): Pushmataha Area (691) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Pushmataha Area (691): Pushmataha Area (691) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Pushmataha Area (691): Pushmataha Area (691) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pushmataha Area (691): Pushmataha Area (691) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 06 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pushmataha Area (691): Pushmataha Area (691) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pushmataha Area (691): Pushmataha Area (691) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Pushmataha Area (691): Pushmataha Area (691) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pushmataha Area (691): Pushmataha Area (691) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220156 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Pushmataha Area (691): Pushmataha Area (691) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Quapaw Area (018): Eastern Arkansas Area 1935-2002 (015) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Quapaw Area (018): Eastern Arkansas Area 1935-2002 (015) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Quapaw Area (018): Eastern Arkansas Area 1935-2002 (015) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Quapaw Area (018): Eastern Arkansas Area 1935-2002 (015) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 25 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Quapaw Area (018): Eastern Arkansas Area 1935-2002 (015) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Quapaw Area (018): Eastern Arkansas Area 1935-2002 (015) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219874 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | Insurance Company of North America | SBL 4 53 62 | 5/27/1965 | 5/27/1966 | 5/27/1965 | 5/27/1966 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | Insurance Company of North America | SBL 4 53 62 | 5/27/1966 | 5/27/1967 | 5/27/1966 | 5/27/1967 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | Insurance Company of North America | SBL 4 53 62 | 5/27/1967 | 5/27/1968 | 5/27/1967 | 5/27/1968 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | Insurance Company of North America | SBL 4 69 41 | 5/27/1968 | 5/27/1969 | 5/27/1968 | 5/27/1969 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | Insurance Company of North America | SBL 4 69 41 | 5/27/1969 | 5/27/1970 | 5/27/1969 | 5/27/1970 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | Insurance Company of North America | SBL 4 69 41 | 5/27/1970 | 5/27/1971 | 5/27/1970 | 5/27/1971 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | Insurance Company of North America | Unknown | 5/27/1971 | 1/1/1972 | 5/27/1971 | 1/1/1972 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/27/1972 | 1/1/1973 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/27/1972 | 1/1/1973 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 24 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219873 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Quapaw Area (018): Ouachita Area 1925-2012 (014) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Quapaw Area (018): Quapaw Area 1927- (018) | Insurance Company of North America | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Quapaw Area (018): Quapaw Area 1927- (018) | Insurance Company of North America | Unknown | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Quapaw Area (018): Quapaw Area 1927- (018) | Insurance Company of North America | Unknown | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Quapaw Area (018): Quapaw Area 1927- (018) | Insurance Company of North America | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Quapaw Area (018): Quapaw Area 1927- (018) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Quapaw Area (018): Quapaw Area 1927- (018) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Quapaw Area (018): Quapaw Area 1927- (018) | Insurance Company of North America | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Quapaw Area (018): Quapaw Area 1927- (018) | Insurance Company of North America | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Quapaw Area (018): Quapaw Area 1927- (018) | Insurance Company of North America | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Quapaw Area (018): Quapaw Area 1927- (018) | Insurance Company of North America | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Quapaw Area (018): Quapaw Area 1927- (018) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 26 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Quapaw Area (018): Quapaw Area 1927- (018) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219875 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Quapaw Area (018): Quapaw Area 1927- (018) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Quivira (198): Kanza 1946-1997 (190) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Quivira (198): Kanza 1946-1997 (190) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Quivira (198): Kanza 1946-1997 (190) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 46 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Quivira (198): Kanza 1946-1997 (190) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Quivira (198): Kanza 1946-1997 (190) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Quivira (198): Kanza 1946-1997 (190) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219992 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Quivira (198): Quivira 1918- (198) | Insurance Company of North America | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Quivira (198): Quivira 1918- (198) | Insurance Company of North America | SBL-2-80-76 | 6/1/1966 | 6/1/1967 | 6/1/1966 | 6/1/1967 |
| Quivira (198): Quivira 1918- (198) | Insurance Company of North America | SBL-2-80-81 | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Quivira (198): Quivira 1918- (198) | Insurance Company of North America | SBL-2-80-89 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Quivira (198): Quivira 1918- (198) | Insurance Company of North America | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Quivira (198): Quivira 1918- (198) | Insurance Company of North America | SBL 5 08 58 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Quivira (198): Quivira 1918- (198) | Insurance Company of North America | SBL 5 08 63 | 6/1/1971 | 5/31/1972 | 6/1/1971 | 5/31/1972 |
| Quivira (198): Quivira 1918- (198) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Quivira (198): Quivira 1918- (198) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Quivira (198): Quivira 1918- (198) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Quivira (198): Quivira 1918- (198) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Quivira (198): Quivira 1918- (198) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Quivira (198): Quivira 1918- (198) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 50 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Quivira (198): Quivira 1918- (198) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Quivira (198): Quivira 1918- (198) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Quivira (198): Quivira 1918- (198) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Quivira (198): Quivira 1918- (198) | New Hampshire Insurance Company | GLA 332350 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Quivira (198): Quivira 1918- (198) | Jefferson Insurance Company of New York | GLA 323706 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Quivira (198): Quivira 1918- (198) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Quivira (198): Quivira 1918- (198) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219998 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Quivira (198): Quivira 1918- (198) | New Hampshire Insurance Company | GLA 301302 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Quivira (198): Sekan Area 1930-1972 (193) | Insurance Company of North America | SBL 5 15 50 | 5/28/1971 | 12/31/1971 | 5/28/1971 | 12/31/1971 |
| Rainbow (702): Rainbow (702) | Insurance Company of North America | SBL 4 29 87 | 3/2/1965 | 3/2/1966 | 3/2/1965 | 3/2/1966 |
| Rainbow (702): Rainbow (702) | Insurance Company of North America | SBL 4 29 87 | 3/2/1966 | 3/2/1967 | 3/2/1966 | 3/2/1967 |
| Rainbow (702): Rainbow (702) | Insurance Company of North America | SBL 4 29 87 | 3/2/1967 | 3/2/1968 | 3/2/1967 | 3/2/1968 |
| Rainbow (702): Rainbow (702) | Insurance Company of North America | SBL 46920 | 3/2/1968 | 3/2/1969 | 3/2/1968 | 3/2/1969 |
| Rainbow (702): Rainbow (702) | Insurance Company of North America | SBL 46920 | 3/2/1969 | 3/2/1970 | 3/2/1969 | 3/2/1970 |
| Rainbow (702): Rainbow (702) | Insurance Company of North America | SBL 46920 | 3/2/1970 | 3/2/1971 | 3/2/1970 | 3/2/1971 |
| Rainbow (702): Rainbow (702) | Insurance Company of North America | SBL 51497 | 3/2/1971 | 3/2/1972 | 3/2/1971 | 3/2/1972 |
| Rainbow (702): Rainbow (702) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/2/1972 | 1/1/1973 |
| Rainbow (702): Rainbow (702) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/2/1972 | 1/1/1973 |
| Rainbow (702): Rainbow (702) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Rainbow (702): Rainbow (702) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Rainbow (702): Rainbow (702) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Rainbow (702): Rainbow (702) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Rainbow (702): Rainbow (702) | Hartford Accident and Indemnity Company | 82 C 282090 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Rainbow (702): Rainbow (702) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Rainbow (702): Rainbow (702) | Hartford Accident and Indemnity Company | 82 HU 580155 | 1/16/1975 | 1/16/1976 | 1/16/1975 | 1/16/1976 |
| Rainbow (702): Rainbow (702) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Rainbow (702): Rainbow (702) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 20 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Rainbow (702): Rainbow (702) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Rainbow (702): Rainbow (702) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Rainbow (702): Rainbow (702) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219966 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Redwood Empire (041): Redwood Area 1923-1992 (044) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/6/1972 | 1/1/1973 |
| Redwood Empire (041): Redwood Area 1923-1992 (044) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/6/1972 | 1/1/1973 |
| Redwood Empire (041): Redwood Area 1923-1992 (044) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Redwood Empire (041): Redwood Area 1923-1992 (044) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Redwood Empire (041): Redwood Area 1923-1992 (044) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Redwood Empire (041): Redwood Area 1923-1992 (044) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Redwood Empire (041): Redwood Area 1923-1992 (044) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Redwood Empire (041): Redwood Area 1923-1992 (044) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 33 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Redwood Empire (041): Redwood Area 1923-1992 (044) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Redwood Empire (041): Redwood Area 1923-1992 (044) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Redwood Empire (041): Redwood Area 1923-1992 (044) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Redwood Empire (041): Redwood Area 1923-1992 (044) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219882 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Redwood Empire (041): Redwood Area 1923-1992 (044) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Redwood Empire (041): Redwood Area 1923-1992 (044) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Redwood Empire (041): Sonoma-Mendocino Area 1944-1992 (041) | Insurance Company of North America | SBL 36222 | 5/20/1970 | 5/20/1971 | 5/20/1970 | 5/20/1971 |
| Redwood Empire (041): Sonoma-Mendocino Area 1944-1992 (041) | Insurance Company of North America | SBL 51574 | 5/20/1971 | 5/20/1972 | 5/20/1971 | 5/20/1972 |
| Redwood Empire (041): Sonoma-Mendocino Area 1944-1992 (041) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/20/1972 | 1/1/1973 |
| Redwood Empire (041): Sonoma-Mendocino Area 1944-1992 (041) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/20/1972 | 1/1/1973 |
| Redwood Empire (041): Sonoma-Mendocino Area 1944-1992 (041) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Redwood Empire (041): Sonoma-Mendocino Area 1944-1992 (041) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Redwood Empire (041): Sonoma-Mendocino Area 1944-1992 (041) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Redwood Empire (041): Sonoma-Mendocino Area 1944-1992 (041) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Redwood Empire (041): Sonoma-Mendocino Area 1944-1992 (041) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Redwood Empire (041): Sonoma-Mendocino Area 1944-1992 (041) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 44 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Redwood Empire (041): Sonoma-Mendocino Area 1944-1992 (041) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Redwood Empire (041): Sonoma-Mendocino Area 1944-1992 (041) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219892 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Redwood Empire (041): Sonoma-Mendocino Area 1944-1992 (041) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Redwood Empire (041): Sonoma-Mendocino Area 1944-1992 (041) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Rio Grande (775): Rio Grande (775) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Rio Grande (775): Rio Grande (775) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Rio Grande (775): Rio Grande (775) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Rio Grande (775): Rio Grande (775) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Rio Grande (775): Rio Grande (775) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Rio Grande (775): Rio Grande (775) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Rio Grande (775): Rio Grande (775) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Rio Grande (775): Rio Grande (775) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Rio Grande (775): Rio Grande (775) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Rio Grande (775): Rio Grande (775) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Rio Grande (775): Rio Grande (775) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 80 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Rio Grande (775): Rio Grande (775) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Rio Grande (775): Rio Grande (775) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220211 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Rio Grande (775): Rio Grande (775) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Insurance Company of North America | AGP-82-37 | 11/12/1966 | 11/12/1967 | 11/12/1966 | 11/12/1967 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Insurance Company of North America | AGP-82-37 | 11/12/1967 | 11/12/1968 | 11/12/1967 | 11/12/1968 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Insurance Company of North America | AGP-82-37 | 11/12/1968 | 11/12/1969 | 11/12/1968 | 11/12/1969 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Insurance Company of North America | AGP-82-72 | 11/12/1969 | 11/12/1970 | 11/12/1969 | 11/12/1970 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Insurance Company of North America | AGP-82-72 | 11/12/1970 | 11/12/1971 | 11/12/1970 | 11/12/1971 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Insurance Company of North America | AGP-82-72 | 11/12/1971 | 7/11/1972 | 11/12/1971 | 7/11/1972 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1974 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Insurance Company of North America | GAL 227276 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Insurance Company of North America | XBC 99313 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Insurance Company of North America | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 62 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Insurance Company of North America | GAL 344145 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | Insurance Company of North America | GAL 36 28 32 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220016 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Rip Van Winkle (405): Rip Van Winkle 1950- (405) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Rocky Mountain (063): Rocky Mountain (063) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Rocky Mountain (063): Rocky Mountain (063) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 66 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Rocky Mountain (063): Rocky Mountain (063) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Rocky Mountain (063): Rocky Mountain (063) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Rocky Mountain (063): Rocky Mountain (063) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219914 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Rocky Mountain (063): Rocky Mountain (063) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sagamore (162): Meshingomesia 1929-1973 (163) | Insurance Company of North America | SBL 41085 | 10/1/1965 | 10/1/1966 | 10/1/1965 | 10/1/1966 |
| Sagamore (162): Meshingomesia 1929-1973 (163) | Insurance Company of North America | SBL 41085 | 10/1/1966 | 10/1/1967 | 10/1/1966 | 10/1/1967 |
| Sagamore (162): Meshingomesia 1929-1973 (163) | Insurance Company of North America | SBL 41085 | 10/1/1967 | 10/1/1968 | 10/1/1967 | 10/1/1968 |
| Sagamore (162): Meshingomesia 1929-1973 (163) | Insurance Company of North America | SBL 41085 | 10/1/1968 | 10/1/1969 | 10/1/1968 | 10/1/1969 |
| Sagamore (162): Meshingomesia 1929-1973 (163) | Insurance Company of North America | SBL 41085 | 10/1/1969 | 10/1/1970 | 10/1/1969 | 10/1/1970 |
| Sagamore (162): Sagamore 1973- (162) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Sagamore (162): Sagamore 1973- (162) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Sagamore (162): Sagamore 1973- (162) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sagamore (162): Sagamore 1973- (162) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 33 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sagamore (162): Sagamore 1973- (162) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sagamore (162): Sagamore 1973- (162) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219979 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sagamore (162): Three Rivers 1936-1973 (162) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Sam Houston Area (576): Sam Houston Area (576) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Sam Houston Area (576): Sam Houston Area (576) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sam Houston Area (576): Sam Houston Area (576) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sam Houston Area (576): Sam Houston Area (576) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 81 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sam Houston Area (576): Sam Houston Area (576) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sam Houston Area (576): Sam Houston Area (576) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sam Houston Area (576): Sam Houston Area (576) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sam Houston Area (576): Sam Houston Area (576) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220212 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Samoset (627): Samoset (627) | Insurance Company of North America | SBL 4 53 59 | 6/1/1965 | 6/1/1966 | 6/1/1965 | 6/1/1966 |
| Samoset (627): Samoset (627) | Insurance Company of North America | SBL 4 53 59 | 6/1/1966 | 6/1/1967 | 6/1/1966 | 6/1/1967 |
| Samoset (627): Samoset (627) | Insurance Company of North America | SBL 4 53 59 | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Samoset (627): Samoset (627) | Insurance Company of North America | SBL 4 15 40 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Samoset (627): Samoset (627) | Insurance Company of North America | SBL 4 15 40 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Samoset (627): Samoset (627) | Insurance Company of North America | SBL 4 15 40 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Samoset (627): Samoset (627) | Insurance Company of North America | SBL 4 15 64 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Samoset (627): Samoset (627) | Insurance Company of North America | Unknown | 6/1/1972 | 6/1/1973 | 6/1/1972 | 6/1/1973 |
| Samoset (627): Samoset (627) | Insurance Company of North America | Unknown | 6/1/1973 | 6/1/1974 | 6/1/1973 | 6/1/1974 |
| Samoset (627): Samoset (627) | Insurance Company of North America | Unknown | 6/1/1974 | 1/1/1975 | 6/1/1974 | 1/1/1975 |
| Samoset (627): Samoset (627) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Samoset (627): Samoset (627) | Insurance Company of North America | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Samoset (627): Samoset (627) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Samoset (627): Samoset (627) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Samoset (627): Samoset (627) | Insurance Company of North America | GAL 212382 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Samoset (627): Samoset (627) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 48 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Samoset (627): Samoset (627) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Samoset (627): Samoset (627) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220265 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | Insurance Company of North America | SBL 4 69 81 | 4/1/1965 | 4/1/1966 | 4/1/1965 | 4/1/1966 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | Insurance Company of North America | SBL 4 69 81 | 4/1/1966 | 4/1/1967 | 4/1/1966 | 4/1/1967 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | Insurance Company of North America | SBL 4 69 81 | 4/1/1967 | 4/1/1968 | 4/1/1967 | 4/1/1968 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | Insurance Company of North America | SBL 4 69 35 | 4/1/1968 | 4/1/1969 | 4/1/1968 | 4/1/1969 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | Insurance Company of North America | SBL 4 69 35 | 4/1/1969 | 4/1/1970 | 4/1/1969 | 4/1/1970 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | Insurance Company of North America | SBL 4 69 35 | 4/1/1970 | 4/1/1971 | 4/1/1970 | 4/1/1971 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 32 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219881 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| San Diego-Imperial (049): Desert Trails 1959-1993 (029) | New Hampshire Insurance Company | GLA 332369 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| San Diego-Imperial (049): San Diego County 1921-1993 (049) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| San Diego-Imperial (049): San Diego County 1921-1993 (049) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| San Diego-Imperial (049): San Diego County 1921-1993 (049) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| San Diego-Imperial (049): San Diego County 1921-1993 (049) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| San Diego-Imperial (049): San Diego County 1921-1993 (049) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 49 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| San Diego-Imperial (049): San Diego County 1921-1993 (049) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| San Diego-Imperial (049): San Diego County 1921-1993 (049) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219897 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| San Diego-Imperial (049): San Diego County 1921-1993 (049) | New Hampshire Insurance Company | SLP 275657 | 3/10/1977 | 3/10/1978 | 3/10/1977 | 3/10/1978 |
| San Diego-Imperial (049): San Diego-Imperial 2005- (049) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| San Diego-Imperial (049): San Diego-Imperial 2005- (049) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| San Diego-Imperial (049): San Diego-Imperial 2005- (049) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| San Diego-Imperial (049): San Diego-Imperial 2005- (049) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Santa Fe Trail (194): Santa Fe Trail (194) | Insurance Company of North America | SBL 50430 | 11/1/1968 | 11/1/1969 | 11/1/1968 | 11/1/1969 |
| Santa Fe Trail (194): Santa Fe Trail (194) | Insurance Company of North America | SBL 50430 | 11/1/1969 | 11/1/1970 | 11/1/1969 | 11/1/1970 |
| Santa Fe Trail (194): Santa Fe Trail (194) | Insurance Company of North America | SBL 50430 | 11/1/1970 | 11/1/1971 | 11/1/1970 | 11/1/1971 |
| Santa Fe Trail (194): Santa Fe Trail (194) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Santa Fe Trail (194): Santa Fe Trail (194) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Santa Fe Trail (194): Santa Fe Trail (194) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Santa Fe Trail (194): Santa Fe Trail (194) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Santa Fe Trail (194): Santa Fe Trail (194) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Santa Fe Trail (194): Santa Fe Trail (194) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Santa Fe Trail (194): Santa Fe Trail (194) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Santa Fe Trail (194): Santa Fe Trail (194) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Santa Fe Trail (194): Santa Fe Trail (194) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Santa Fe Trail (194): Santa Fe Trail (194) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Santa Fe Trail (194): Santa Fe Trail (194) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 45 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Santa Fe Trail (194): Santa Fe Trail (194) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Santa Fe Trail (194): Santa Fe Trail (194) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Santa Fe Trail (194): Santa Fe Trail (194) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219991 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Santa Fe Trail (194): Santa Fe Trail (194) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | Insurance Company of North America | GLP 32 23 19 | 5/17/1972 | 5/21/1972 | 5/17/1972 | 5/21/1972 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | Hartford Accident and Indemnity Company | 03 C 804621 | 4/27/1973 | 4/27/1974 | 4/27/1973 | 4/27/1974 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | Hartford Accident and Indemnity Company | 03 C 807376 | 4/27/1974 | 4/27/1975 | 4/27/1974 | 4/27/1975 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | Hartford Accident and Indemnity Company | 03 C 809631 | 4/27/1975 | 4/27/1976 | 4/27/1975 | 4/27/1976 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 57 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | Hartford Accident and Indemnity Company | 03 C 811730 | 4/27/1976 | 4/27/1977 | 4/27/1976 | 4/27/1977 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220010 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Seneca Waterways (397): Finger Lakes 1924-2009 (391) | Hartford Accident and Indemnity Company | 03 C 814173 | 4/27/1977 | 4/27/1978 | 4/27/1977 | 4/27/1978 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Jamestown Mutual Insurance Company | Unknown | 1/1/1957 | 1/1/1958 | 1/1/1957 | 1/1/1958 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Jamestown Mutual Insurance Company | Unknown | 1/1/1958 | 1/1/1959 | 1/1/1958 | 1/1/1959 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Jamestown Mutual Insurance Company | Unknown | 1/1/1959 | 1/1/1960 | 1/1/1959 | 1/1/1960 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Jamestown Mutual Insurance Company | Unknown | 1/1/1960 | 1/1/1961 | 1/1/1960 | 1/1/1961 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Jamestown Mutual Insurance Company | Unknown | 1/1/1961 | 1/1/1962 | 1/1/1961 | 1/1/1962 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Jamestown Mutual Insurance Company | Unknown | 1/1/1962 | 1/1/1963 | 1/1/1962 | 1/1/1963 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Jamestown Mutual Insurance Company | Unknown | 1/1/1963 | 4/1/1963 | 1/1/1963 | 4/1/1963 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Jamestown Mutual Insurance Company | 63-CGL9729 | 4/1/1963 | 4/1/1964 | 4/1/1963 | 4/1/1964 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Jamestown Mutual Insurance Company | Unknown | 4/1/1964 | 4/1/1965 | 4/1/1964 | 4/1/1965 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Jamestown Mutual Insurance Company | Unknown | 4/1/1965 | 4/1/1966 | 4/1/1965 | 4/1/1966 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Jamestown Mutual Insurance Company | Unknown | 4/1/1966 | 4/1/1967 | 4/1/1966 | 4/1/1967 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Jamestown Mutual Insurance Company | Unknown | 4/1/1967 | 4/1/1968 | 4/1/1967 | 4/1/1968 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Jamestown Mutual Insurance Company | GLA 18433 | 4/1/1968 | 4/1/1969 | 4/1/1968 | 4/1/1969 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Jamestown Mutual Insurance Company | GLA 18433 | 4/1/1969 | 4/1/1970 | 4/1/1969 | 4/1/1970 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 71 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220024 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | Hartford Accident and Indemnity Company | CBP 800237 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Seneca Waterways (397): Otetiana 1943-2009 (397) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | Insurance Company of North America | SBL 45380 | 3/1/1966 | 3/1/1967 | 3/1/1966 | 3/1/1967 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | Insurance Company of North America | SBL 45380 | 3/1/1967 | 3/1/1968 | 3/1/1967 | 3/1/1968 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | Insurance Company of North America | SBL 45380 | 3/1/1968 | 3/1/1969 | 3/1/1968 | 3/1/1969 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | Insurance Company of North America | SBL 50440 | 3/1/1969 | 3/1/1970 | 3/1/1969 | 3/1/1970 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | Insurance Company of North America | SBL 50440 | 3/1/1970 | 3/1/1971 | 3/1/1970 | 3/1/1971 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | Insurance Company of North America | SBL 50440 | 3/1/1971 | 3/1/1972 | 3/1/1971 | 3/1/1972 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 59 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219907 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sequoia (027): Mount Whitney Area 1929-1992 (054) | New Hampshire Insurance Company | GLA 282424 | 1/3/1977 | 1/3/1978 | 1/3/1977 | 1/3/1978 |
| Sequoia (027): Sequoia 1925- (027) | Insurance Company of North America | SBL 4 69 62 | 3/1/1965 | 3/1/1966 | 3/1/1965 | 3/1/1966 |
| Sequoia (027): Sequoia 1925- (027) | Insurance Company of North America | SBL 4 69 62 | 3/1/1966 | 3/1/1967 | 3/1/1966 | 3/1/1967 |
| Sequoia (027): Sequoia 1925- (027) | Insurance Company of North America | SBL 4 69 62 | 3/1/1967 | 3/1/1968 | 3/1/1967 | 3/1/1968 |
| Sequoia (027): Sequoia 1925- (027) | Insurance Company of North America | SBL 4 69 27 | 3/1/1968 | 3/1/1969 | 3/1/1968 | 3/1/1969 |
| Sequoia (027): Sequoia 1925- (027) | Insurance Company of North America | SBL 4 69 27 | 3/1/1969 | 3/1/1970 | 3/1/1969 | 3/1/1970 |
| Sequoia (027): Sequoia 1925- (027) | Insurance Company of North America | SBL 4 69 27 | 3/1/1970 | 3/1/1971 | 3/1/1970 | 3/1/1971 |
| Sequoia (027): Sequoia 1925- (027) | Insurance Company of North America | SBL 5 15 10 | 3/1/1971 | 3/1/1972 | 3/1/1971 | 3/1/1972 |
| Sequoia (027): Sequoia 1925- (027) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Sequoia (027): Sequoia 1925- (027) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Sequoia (027): Sequoia 1925- (027) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Sequoia (027): Sequoia 1925- (027) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Sequoia (027): Sequoia 1925- (027) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Sequoia (027): Sequoia 1925- (027) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Sequoia (027): Sequoia 1925- (027) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Sequoia (027): Sequoia 1925- (027) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sequoia (027): Sequoia 1925- (027) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 34 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sequoia (027): Sequoia 1925- (027) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Sequoia (027): Sequoia 1925- (027) | Ambassador Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sequoia (027): Sequoia 1925- (027) | New Hampshire Insurance Company | GLA 332400 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sequoia (027): Sequoia 1925- (027) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219883 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sequoyah (713): Sequoyah (713) | Insurance Company of North America | SBL 51193 | 6/11/1969 | 6/11/1970 | 6/11/1969 | 6/11/1970 |
| Sequoyah (713): Sequoyah (713) | Insurance Company of North America | SBL 51193 | 6/11/1970 | 6/11/1971 | 6/11/1970 | 6/11/1971 |
| Sequoyah (713): Sequoyah (713) | Insurance Company of North America | SBL 51193 | 6/11/1971 | 6/11/1972 | 6/11/1971 | 6/11/1972 |
| Sequoyah (713): Sequoyah (713) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/11/1972 | 1/1/1973 |
| Sequoyah (713): Sequoyah (713) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/11/1972 | 1/1/1973 |
| Sequoyah (713): Sequoyah (713) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Sequoyah (713): Sequoyah (713) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Sequoyah (713): Sequoyah (713) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Sequoyah (713): Sequoyah (713) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Sequoyah (713): Sequoyah (713) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Sequoyah (713): Sequoyah (713) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 66 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sequoyah (713): Sequoyah (713) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sequoyah (713): Sequoyah (713) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sequoyah (713): Sequoyah (713) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220288 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sequoyah (713): Sequoyah (713) | Insurance Company of North America | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sequoyah (713): Sequoyah (713) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Shenandoah Area (598): Shenandoah Area (598) | Insurance Company of North America | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Shenandoah Area (598): Shenandoah Area (598) | Insurance Company of North America | Unknown | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Shenandoah Area (598): Shenandoah Area (598) | Insurance Company of North America | Unknown | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Shenandoah Area (598): Shenandoah Area (598) | Insurance Company of North America | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Shenandoah Area (598): Shenandoah Area (598) | Insurance Company of North America | Unknown | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Shenandoah Area (598): Shenandoah Area (598) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Shenandoah Area (598): Shenandoah Area (598) | Insurance Company of North America | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Shenandoah Area (598): Shenandoah Area (598) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Shenandoah Area (598): Shenandoah Area (598) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Shenandoah Area (598): Shenandoah Area (598) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Shenandoah Area (598): Shenandoah Area (598) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 16 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Shenandoah Area (598): Shenandoah Area (598) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Shenandoah Area (598): Shenandoah Area (598) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Shenandoah Area (598): Shenandoah Area (598) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Shenandoah Area (598): Shenandoah Area (598) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220237 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Silicon Valley Monterey Bay (055): Monterey Bay Area 1933-2013 (025) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Silicon Valley Monterey Bay (055): Monterey Bay Area 1933-2013 (025) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Silicon Valley Monterey Bay (055): Monterey Bay Area 1933-2013 (025) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Silicon Valley Monterey Bay (055): Monterey Bay Area 1933-2013 (025) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Silicon Valley Monterey Bay (055): Monterey Bay Area 1933-2013 (025) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 48 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Silicon Valley Monterey Bay (055): Monterey Bay Area 1933-2013 (025) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 10/1/1977 | 1/1/1977 | 10/1/1977 |
| Silicon Valley Monterey Bay (055): Monterey Bay Area 1933-2013 (025) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Silicon Valley Monterey Bay (055): Monterey Bay Area 1933-2013 (025) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219896 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Silicon Valley Monterey Bay (055): Santa Clara County 1929-2012 (055) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Silicon Valley Monterey Bay (055): Santa Clara County 1929-2012 (055) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Silicon Valley Monterey Bay (055): Santa Clara County 1929-2012 (055) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Silicon Valley Monterey Bay (055): Santa Clara County 1929-2012 (055) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Silicon Valley Monterey Bay (055): Santa Clara County 1929-2012 (055) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Silicon Valley Monterey Bay (055): Santa Clara County 1929-2012 (055) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Silicon Valley Monterey Bay (055): Santa Clara County 1929-2012 (055) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Silicon Valley Monterey Bay (055): Santa Clara County 1929-2012 (055) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 50 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Silicon Valley Monterey Bay (055): Santa Clara County 1929-2012 (055) | Insurance Company of North America | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Silicon Valley Monterey Bay (055): Santa Clara County 1929-2012 (055) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Silicon Valley Monterey Bay (055): Santa Clara County 1929-2012 (055) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Silicon Valley Monterey Bay (055): Santa Clara County 1929-2012 (055) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Silicon Valley Monterey Bay (055): Santa Clara County 1929-2012 (055) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219898 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Silicon Valley Monterey Bay (055): Santa Clara County 1929-2012 (055) | Insurance Company of North America | GAL 34 32 19 | 6/7/1977 | 6/7/1978 | 6/7/1977 | 6/7/1978 |
| Simon Kenton (441): Central Ohio 1930-1994 (441) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/30/1972 | 1/1/1973 |
| Simon Kenton (441): Central Ohio 1930-1994 (441) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/30/1972 | 1/1/1973 |
| Simon Kenton (441): Central Ohio 1930-1994 (441) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Simon Kenton (441): Central Ohio 1930-1994 (441) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Simon Kenton (441): Central Ohio 1930-1994 (441) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Simon Kenton (441): Central Ohio 1930-1994 (441) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Simon Kenton (441): Central Ohio 1930-1994 (441) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Simon Kenton (441): Central Ohio 1930-1994 (441) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 99 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Simon Kenton (441): Central Ohio 1930-1994 (441) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Simon Kenton (441): Central Ohio 1930-1994 (441) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Simon Kenton (441): Central Ohio 1930-1994 (441) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220052 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Simon Kenton (441): Central Ohio 1930-1994 (441) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | Insurance Company of North America | SBL 4 53 66 | 7/1/1965 | 7/1/1966 | 7/1/1965 | 7/1/1966 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | Insurance Company of North America | SBL 4 53 66 | 7/1/1966 | 7/1/1967 | 7/1/1966 | 7/1/1967 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | Insurance Company of North America | SBL 4 53 66 | 7/1/1967 | 7/1/1968 | 7/1/1967 | 7/1/1968 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | Insurance Company of North America | SBL 50413 | 7/1/1968 | 7/1/1969 | 7/1/1968 | 7/1/1969 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | Insurance Company of North America | SBL 50413 | 7/1/1969 | 7/1/1970 | 7/1/1969 | 7/1/1970 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | Insurance Company of North America | SBL 50413 | 7/1/1970 | 7/1/1971 | 7/1/1970 | 7/1/1971 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | Insurance Company of North America | SBL 51585 | 7/1/1971 | 7/1/1972 | 7/1/1971 | 7/1/1972 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

113

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Simon Kenton (441): Chief Logan 1944-1994 (464) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 96 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220049 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Simon Kenton (441): Chief Logan 1944-1994 (464) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Simon Kenton (441): Licking County 1922-1987 (451) | Insurance Company of North America | SBL 4 29 58 | 1/14/1965 | 1/14/1966 | 1/14/1965 | 1/14/1966 |
| Simon Kenton (441): Licking County 1922-1987 (451) | Insurance Company of North America | SBL 4 29 58 | 1/14/1966 | 1/14/1967 | 1/14/1966 | 1/14/1967 |
| Simon Kenton (441): Licking County 1922-1987 (451) | Insurance Company of North America | SBL 4 29 58 | 1/14/1967 | 1/14/1968 | 1/14/1967 | 1/14/1968 |
| Simon Kenton (441): Licking County 1922-1987 (451) | Insurance Company of North America | SBL 46902 | 1/14/1968 | 1/14/1969 | 1/14/1968 | 1/14/1969 |
| Simon Kenton (441): Licking County 1922-1987 (451) | Insurance Company of North America | SBL 46902 | 1/14/1969 | 1/14/1970 | 1/14/1969 | 1/14/1970 |
| Simon Kenton (441): Licking County 1922-1987 (451) | Insurance Company of North America | SBL 46902 | 1/14/1970 | 6/28/1970 | 1/14/1970 | 6/28/1970 |
| Simon Kenton (441): Licking County 1922-1987 (451) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Simon Kenton (441): Licking County 1922-1987 (451) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Simon Kenton (441): Licking County 1922-1987 (451) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Simon Kenton (441): Licking County 1922-1987 (451) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Simon Kenton (441): Licking County 1922-1987 (451) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Simon Kenton (441): Licking County 1922-1987 (451) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Simon Kenton (441): Licking County 1922-1987 (451) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 07 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Simon Kenton (441): Licking County 1922-1987 (451) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Simon Kenton (441): Licking County 1922-1987 (451) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220060 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Simon Kenton (441): Licking County 1922-1987 (451) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Simon Kenton (441): Scioto Area 1931-1994 (457) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Simon Kenton (441): Scioto Area 1931-1994 (457) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Simon Kenton (441): Scioto Area 1931-1994 (457) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Simon Kenton (441): Scioto Area 1931-1994 (457) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 09 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Simon Kenton (441): Scioto Area 1931-1994 (457) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220062 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Simon Kenton (441): Scioto Area 1931-1994 (457) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sioux (733): Pheasant 1942-1978 (693) | Insurance Company of North America | SBL 4 53 93 | 11/1/1966 | 11/1/1967 | 11/1/1966 | 11/1/1967 |
| Sioux (733): Pheasant 1942-1978 (693) | Insurance Company of North America | Unknown | 11/1/1967 | 11/1/1968 | 11/1/1967 | 11/1/1968 |
| Sioux (733): Pheasant 1942-1978 (693) | Insurance Company of North America | Unknown | 11/1/1968 | 11/1/1969 | 11/1/1968 | 11/1/1969 |
| Sioux (733): Pheasant 1942-1978 (693) | Insurance Company of North America | SBL 5 11 99 | 11/1/1969 | 11/1/1970 | 11/1/1969 | 11/1/1970 |
| Sioux (733): Pheasant 1942-1978 (693) | Insurance Company of North America | SBL 5 11 99 | 11/1/1970 | 11/1/1971 | 11/1/1970 | 11/1/1971 |
| Sioux (733): Pheasant 1942-1978 (693) | Insurance Company of North America | SBL 5 11 99 | 11/1/1971 | 11/1/1972 | 11/1/1971 | 11/1/1972 |
| Sioux (733): Pheasant 1942-1978 (693) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 11/1/1972 | 1/1/1973 |
| Sioux (733): Pheasant 1942-1978 (693) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 11/1/1972 | 1/1/1973 |
| Sioux (733): Pheasant 1942-1978 (693) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Sioux (733): Pheasant 1942-1978 (693) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Sioux (733): Pheasant 1942-1978 (693) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Sioux (733): Pheasant 1942-1978 (693) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Sioux (733): Pheasant 1942-1978 (693) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Sioux (733): Pheasant 1942-1978 (693) | Insurance Company of North America | AGP 14 41 08 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sioux (733): Pheasant 1942-1978 (693) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 61 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sioux (733): Pheasant 1942-1978 (693) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sioux (733): Pheasant 1942-1978 (693) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sioux (733): Pheasant 1942-1978 (693) | Insurance Company of North America | AGP 14 41 08 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sioux (733): Pheasant 1942-1978 (693) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220283 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sioux (733): Pheasant 1942-1978 (693) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | CGL 243562 | 5/13/1966 | 5/13/1967 | 5/13/1966 | 5/13/1967 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | GLP-07-93-29 | 5/13/1967 | 5/13/1968 | 5/13/1967 | 5/13/1968 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | GLP-14-72-39 | 5/13/1968 | 5/13/1969 | 5/13/1968 | 5/13/1969 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | GLP 22 78 40 | 5/13/1969 | 5/13/1970 | 5/13/1969 | 5/13/1970 |

114

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | GLP 22 79 77 | 5/13/1970 | 5/13/1971 | 5/13/1970 | 5/13/1971 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | GLP 30 83 96 | 5/13/1971 | 5/12/1972 | 5/13/1971 | 5/12/1972 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | Unknown | 5/13/1972 | 1/1/1973 | 5/13/1972 | 1/1/1973 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | GAL 21 16 51 | 1/1/1973 | 5/24/1973 | 1/1/1973 | 5/24/1973 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | XBC 97586 | 1/1/1974 | 1/1/1974 | 1/1/1974 | 1/1/1974 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | AGP 13 14 41 | 5/24/1973 | 1/1/1974 | 5/24/1973 | 1/1/1974 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | XBC 97752 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | AGP 13 14 75 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | AGP 13 14 75 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | XBC 97752 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | AGP 13 14 75 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sioux (733): Sioux 1927- (733) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 63 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Sioux (733): Sioux 1927- (733) | Insurance Company of North America | AGP 13 14 75 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Sioux (733): Sioux 1927- (733) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220285 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| South Florida (084): South Florida (084) | Continental Casualty Company | Unknown | 1/1/1959 | 1/1/1960 | 1/1/1959 | 1/1/1960 |
| South Florida (084): South Florida (084) | Continental Casualty Company | Unknown | 1/1/1960 | 1/1/1961 | 1/1/1960 | 1/1/1961 |
| South Florida (084): South Florida (084) | Continental Casualty Company | Unknown | 1/1/1961 | 1/1/1962 | 1/1/1961 | 1/1/1962 |
| South Florida (084): South Florida (084) | Consolidated Mutual Insurance Company | Unknown | 2/8/1963 | 2/8/1964 | 2/8/1963 | 2/8/1964 |
| South Florida (084): South Florida (084) | Consolidated Mutual Insurance Company | Unknown | 2/8/1964 | 2/8/1965 | 2/8/1964 | 2/8/1965 |
| South Florida (084): South Florida (084) | Consolidated Mutual Insurance Company | Unknown | 2/8/1965 | 2/8/1966 | 2/8/1965 | 2/8/1966 |
| South Florida (084): South Florida (084) | Consolidated Mutual Insurance Company | Unknown | 2/8/1966 | 2/8/1967 | 2/8/1966 | 2/8/1967 |
| South Florida (084): South Florida (084) | Consolidated Mutual Insurance Company | Unknown | 2/8/1967 | 2/8/1968 | 2/8/1967 | 2/8/1968 |
| South Florida (084): South Florida (084) | Consolidated Mutual Insurance Company | Unknown | 2/8/1968 | 2/8/1969 | 2/8/1968 | 2/8/1969 |
| South Florida (084): South Florida (084) | Consolidated Mutual Insurance Company | Unknown | 2/8/1969 | 2/8/1970 | 2/8/1969 | 2/8/1970 |
| South Florida (084): South Florida (084) | Consolidated Mutual Insurance Company | Unknown | 2/8/1970 | 2/8/1971 | 2/8/1970 | 2/8/1971 |
| South Florida (084): South Florida (084) | Consolidated Mutual Insurance Company | Unknown | 2/8/1971 | 1/1/1972 | 2/8/1971 | 1/1/1972 |
| South Florida (084): South Florida (084) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/8/1972 | 1/1/1973 |
| South Florida (084): South Florida (084) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/8/1972 | 1/1/1973 |
| South Florida (084): South Florida (084) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| South Florida (084): South Florida (084) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| South Florida (084): South Florida (084) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| South Florida (084): South Florida (084) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Florida (084): South Florida (084) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 79 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Florida (084): South Florida (084) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Florida (084): South Florida (084) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219927 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| South Florida (084): South Florida (084) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| South Georgia (098): Alapaha Area 1960-2012 (098) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| South Georgia (098): Alapaha Area 1960-2012 (098) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| South Georgia (098): Alapaha Area 1960-2012 (098) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| South Georgia (098): Alapaha Area 1960-2012 (098) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| South Georgia (098): Alapaha Area 1960-2012 (098) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| South Georgia (098): Alapaha Area 1960-2012 (098) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Georgia (098): Alapaha Area 1960-2012 (098) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 97 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Georgia (098): Alapaha Area 1960-2012 (098) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Georgia (098): Alapaha Area 1960-2012 (098) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Georgia (098): Alapaha Area 1960-2012 (098) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219944 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| South Georgia (098): Alapaha Area 1960-2012 (098) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| South Georgia (098): Alapaha Area 1960-2012 (098) | New Hampshire Insurance Company | GLA 282454 | 2/23/1977 | 2/23/1978 | 2/23/1977 | 2/23/1978 |
| South Georgia (098): Chehaw 1939-1984 (097) | Insurance Company of North America | SBL 5 11 87 | 4/23/1969 | 4/23/1970 | 4/23/1969 | 4/23/1970 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| South Georgia (098): Chehaw 1939-1984 (097) | Insurance Company of North America | SBL 5 11 87 | 4/23/1970 | 4/23/1971 | 4/23/1970 | 4/23/1971 |
| South Georgia (098): Chehaw 1939-1984 (097) | Insurance Company of North America | SBL 5 11 87 | 4/23/1971 | 4/23/1972 | 4/23/1971 | 4/23/1972 |
| South Georgia (098): Chehaw 1939-1984 (097) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/23/1972 | 1/1/1973 |
| South Georgia (098): Chehaw 1939-1984 (097) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/23/1972 | 1/1/1973 |
| South Georgia (098): Chehaw 1939-1984 (097) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| South Georgia (098): Chehaw 1939-1984 (097) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| South Georgia (098): Chehaw 1939-1984 (097) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| South Georgia (098): Chehaw 1939-1984 (097) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| South Georgia (098): Chehaw 1939-1984 (097) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| South Georgia (098): Chehaw 1939-1984 (097) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Georgia (098): Chehaw 1939-1984 (097) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Georgia (098): Chehaw 1939-1984 (097) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Georgia (098): Chehaw 1939-1984 (097) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 87 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Georgia (098): Chehaw 1939-1984 (097) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| South Georgia (098): Chehaw 1939-1984 (097) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| South Georgia (098): Chehaw 1939-1984 (097) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219935 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| South Plains (694): South Plains (694) | Hartford Casualty Insurance Company | 46 IC 632582 | 2/16/1973 | 2/16/1974 | 2/16/1973 | 2/16/1974 |
| South Plains (694): South Plains (694) | Hartford Casualty Insurance Company | 46 IC 632582 | 2/16/1974 | 2/16/1975 | 2/16/1974 | 2/16/1975 |
| South Plains (694): South Plains (694) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| South Plains (694): South Plains (694) | Hartford Casualty Insurance Company | 46 IC 632582 | 2/16/1975 | 2/16/1976 | 2/16/1975 | 2/16/1976 |
| South Plains (694): South Plains (694) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 82 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Plains (694): South Plains (694) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Plains (694): South Plains (694) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Plains (694): South Plains (694) | Hartford Casualty Insurance Company | 46 TMP 100576 | 2/16/1976 | 2/16/1977 | 2/16/1976 | 2/16/1977 |
| South Plains (694): South Plains (694) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220213 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| South Plains (694): South Plains (694) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| South Plains (694): South Plains (694) | Hartford Casualty Insurance Company | 46 TMP 100576 | 2/16/1977 | 2/16/1978 | 2/16/1977 | 2/16/1978 |
| South Plains (694): South Plains (694) | Hartford Casualty Insurance Company | 46 TMP 100576 | 2/16/1978 | 2/16/1979 | 2/16/1978 | 2/16/1979 |
| South Texas (577): Gulf Coast 1929-2002 (577) | U.S. Fire Insurance Company | CGL 48 44 08 | 5/16/1966 | 5/16/1967 | 5/16/1966 | 5/16/1967 |
| South Texas (577): Gulf Coast 1929-2002 (577) | U.S. Fire Insurance Company | Unknown | 5/16/1967 | 5/16/1968 | 5/16/1967 | 5/16/1968 |
| South Texas (577): Gulf Coast 1929-2002 (577) | U.S. Fire Insurance Company | Unknown | 5/16/1968 | 5/16/1969 | 5/16/1968 | 5/16/1969 |
| South Texas (577): Gulf Coast 1929-2002 (577) | U.S. Fire Insurance Company | Unknown | 5/16/1969 | 5/16/1970 | 5/16/1969 | 5/16/1970 |
| South Texas (577): Gulf Coast 1929-2002 (577) | U.S. Fire Insurance Company | Unknown | 5/16/1970 | 5/16/1971 | 5/16/1970 | 5/16/1971 |
| South Texas (577): Gulf Coast 1929-2002 (577) | U.S. Fire Insurance Company | Unknown | 5/16/1971 | 1/1/1972 | 5/16/1971 | 1/1/1972 |
| South Texas (577): Gulf Coast 1929-2002 (577) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| South Texas (577): Gulf Coast 1929-2002 (577) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| South Texas (577): Gulf Coast 1929-2002 (577) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| South Texas (577): Gulf Coast 1929-2002 (577) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| South Texas (577): Gulf Coast 1929-2002 (577) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| South Texas (577): Gulf Coast 1929-2002 (577) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 75 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Texas (577): Gulf Coast 1929-2002 (577) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Texas (577): Gulf Coast 1929-2002 (577) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| South Texas (577): Gulf Coast 1929-2002 (577) | Employers Casualty Company | C-558681 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| South Texas (577): Gulf Coast 1929-2002 (577) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| South Texas (577): Gulf Coast 1929-2002 (577) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220206 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Southeast Louisiana (214): New Orleans Area 1927-1993 (214) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Southeast Louisiana (214): New Orleans Area 1927-1993 (214) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Southeast Louisiana (214): New Orleans Area 1927-1993 (214) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Southeast Louisiana (214): New Orleans Area 1927-1993 (214) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Southeast Louisiana (214): New Orleans Area 1927-1993 (214) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Southeast Louisiana (214): New Orleans Area 1927-1993 (214) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Southeast Louisiana (214): New Orleans Area 1927-1993 (214) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Southeast Louisiana (214): New Orleans Area 1927-1993 (214) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Southeast Louisiana (214): New Orleans Area 1927-1993 (214) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Southeast Louisiana (214): New Orleans Area 1927-1993 (214) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southeast Louisiana (214): New Orleans Area 1927-1993 (214) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 60 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southeast Louisiana (214): New Orleans Area 1927-1993 (214) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southeast Louisiana (214): New Orleans Area 1927-1993 (214) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Southeast Louisiana (214): New Orleans Area 1927-1993 (214) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220108 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Southeast Louisiana (214): Southeast Louisiana (214) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Southeast Louisiana (214): Southeast Louisiana (214) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southeast Louisiana (214): Southeast Louisiana (214) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southeast Louisiana (214): Southeast Louisiana (214) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Southern Shores FSC (783): Southern Shores FSC (783) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Southern Shores FSC (783): Southern Shores FSC (783) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southern Shores FSC (783): Southern Shores FSC (783) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southern Shores FSC (783): Southern Shores FSC (783) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Southern Sierra (030): Southern Sierra 1965- (030) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Southern Sierra (030): Southern Sierra 1965- (030) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southern Sierra (030): Southern Sierra 1965- (030) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southern Sierra (030): Southern Sierra 1965- (030) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southern Sierra (030): Southern Sierra 1965- (030) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 28 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southern Sierra (030): Southern Sierra 1965- (030) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219877 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Southern Sierra (030): Southern Sierra 1965- (030) | Jefferson Insurance Company of New York | 65899 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Southern Sierra (030): Southern Sierra 1965- (030) | Jefferson Insurance Company of New York | 65898 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Southern Sierra (030): Southern Sierra 1965- (030) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Southern Sierra (030): Southern Sierra 1965- (030) | New Hampshire Insurance Company | GLA 282518 | 4/1/1977 | 4/1/1978 | 4/1/1977 | 4/1/1978 |
| Southwest Florida (088): Southwest Florida 1966- (088) | Insurance Company of North America | SBL 45392 | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Southwest Florida (088): Southwest Florida 1966- (088) | Insurance Company of North America | SBL 45392 | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Southwest Florida (088): Southwest Florida 1966- (088) | Insurance Company of North America | SBL 45392 | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Southwest Florida (088): Southwest Florida 1966- (088) | Insurance Company of North America | SBL 51305 | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Southwest Florida (088): Southwest Florida 1966- (088) | Insurance Company of North America | SBL 51305 | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Southwest Florida (088): Southwest Florida 1966- (088) | Insurance Company of North America | SBL 51305 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Southwest Florida (088): Southwest Florida 1966- (088) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Southwest Florida (088): Southwest Florida 1966- (088) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Southwest Florida (088): Southwest Florida 1966- (088) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Southwest Florida (088): Southwest Florida 1966- (088) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Southwest Florida (088): Southwest Florida 1966- (088) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 77 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southwest Florida (088): Southwest Florida 1966- (088) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219925 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Insurance Company of North America | SBL 4 53 54 | 11/17/1965 | 11/17/1966 | 11/17/1965 | 11/17/1966 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Insurance Company of North America | SBL 4 53 54 | 11/17/1966 | 11/17/1967 | 11/17/1966 | 11/17/1967 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Insurance Company of North America | SBL 4 53 54 | 11/17/1967 | 11/17/1968 | 11/17/1967 | 11/17/1968 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Insurance Company of North America | SBL 50422 | 11/17/1968 | 11/17/1969 | 11/17/1968 | 11/17/1969 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Insurance Company of North America | SBL 50422 | 11/17/1969 | 11/17/1970 | 11/17/1969 | 11/17/1970 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Insurance Company of North America | SBL 50422 | 11/17/1970 | 11/17/1971 | 11/17/1970 | 11/17/1971 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date¹ | Council End Date |
|---|---|---|---|---|---|---|
| Southwest Florida (088): Sunny Land 1925-1995 (724) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 82 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219930 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Southwest Florida (088): Sunny Land 1925-1995 (724) | New Hampshire Insurance Company | GLA 282417 | 2/10/1977 | 2/10/1978 | 2/10/1977 | 2/10/1978 |
| Spirit of Adventure (227): Boston 1921-1980 (227) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Spirit of Adventure (227): Boston 1921-1980 (227) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Boston 1921-1980 (227) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Boston 1921-1980 (227) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 68 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Boston 1921-1980 (227) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): Boston 1921-1980 (227) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220116 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): Cambridge 1919-2001 (229) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 3/1/1973 | 1/1/1974 |
| Spirit of Adventure (227): Cambridge 1919-2001 (229) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 3/1/1973 | 1/1/1974 |
| Spirit of Adventure (227): Cambridge 1919-2001 (229) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Spirit of Adventure (227): Cambridge 1919-2001 (229) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 70 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Cambridge 1919-2001 (229) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Cambridge 1919-2001 (229) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Cambridge 1919-2001 (229) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220120 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): Cambridge 1919-2001 (229) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): Greater Lowell 1927-1977 (238) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Spirit of Adventure (227): Greater Lowell 1927-1977 (238) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 78 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Greater Lowell 1927-1977 (238) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Greater Lowell 1927-1977 (238) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Greater Lowell 1927-1977 (238) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): Greater Lowell 1977-1999 (238) | Insurance Company of North America | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Spirit of Adventure (227): Greater Lowell 1977-1999 (238) | Insurance Company of North America | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Spirit of Adventure (227): Greater Lowell 1977-1999 (238) | Insurance Company of North America | Unknown | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Spirit of Adventure (227): Greater Lowell 1977-1999 (238) | Insurance Company of North America | Unknown | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Spirit of Adventure (227): Greater Lowell 1977-1999 (238) | Insurance Company of North America | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Spirit of Adventure (227): Greater Lowell 1977-1999 (238) | Insurance Company of North America | Unknown | 1/1/1970 | 3/6/1970 | 1/1/1970 | 3/6/1970 |
| Spirit of Adventure (227): Greater Lowell 1977-1999 (238) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/16/1972 | 1/1/1973 |
| Spirit of Adventure (227): Greater Lowell 1977-1999 (238) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/16/1972 | 1/1/1973 |
| Spirit of Adventure (227): Greater Lowell 1977-1999 (238) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Spirit of Adventure (227): Greater Lowell 1977-1999 (238) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Spirit of Adventure (227): Greater Lowell 1977-1999 (238) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Spirit of Adventure (227): Greater Lowell 1977-1999 (238) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Spirit of Adventure (227): Greater Lowell 1977-1999 (238) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220128 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): Greater Lowell 1977-1999 (238) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): Lone Tree 1926-1993 (749) | Insurance Company of North America | SBL 46915 | 3/6/1970 | 3/6/1971 | 3/6/1970 | 3/6/1971 |
| Spirit of Adventure (227): Lone Tree 1926-1993 (749) | Insurance Company of North America | SBL 51409 | 3/6/1971 | 3/6/1972 | 3/6/1971 | 3/6/1972 |
| Spirit of Adventure (227): Lone Tree 1926-1993 (749) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/6/1972 | 1/1/1973 |
| Spirit of Adventure (227): Lone Tree 1926-1993 (749) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/6/1972 | 1/1/1973 |
| Spirit of Adventure (227): Lone Tree 1926-1993 (749) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Spirit of Adventure (227): Lone Tree 1926-1993 (749) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Spirit of Adventure (227): Lone Tree 1926-1993 (749) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Spirit of Adventure (227): Lone Tree 1926-1993 (749) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Spirit of Adventure (227): Lone Tree 1926-1993 (749) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Spirit of Adventure (227): Lone Tree 1926-1993 (749) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Lone Tree 1926-1993 (749) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Lone Tree 1926-1993 (749) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 74 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Spirit of Adventure (227): Lone Tree 1926-1993 (749) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220124 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): Lone Tree 1926-1993 (749) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): Mass. Bay Federated 1976-1979 (850) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Mass. Bay Federated 1976-1979 (850) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Mass. Bay Federated 1976-1979 (850) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): Minuteman 1959-1993 (240) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Spirit of Adventure (227): Minuteman 1959-1993 (240) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Minuteman 1959-1993 (240) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 81 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Minuteman 1959-1993 (240) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): Minuteman 1959-1993 (240) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): Minuteman 1959-1993 (240) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220132 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): North Bay 1966-1993 (236) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Spirit of Adventure (227): North Bay 1966-1993 (236) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): North Bay 1966-1993 (236) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): North Bay 1966-1993 (236) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 80 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): North Bay 1966-1993 (236) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220131 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): North Bay 1966-1993 (236) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | Insurance Company of North America | SBL 50418 | 6/10/1968 | 6/10/1969 | 6/10/1968 | 6/10/1969 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | Insurance Company of North America | SBL 50418 | 6/10/1969 | 6/10/1970 | 6/10/1969 | 6/10/1970 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | Insurance Company of North America | SBL 50418 | 6/10/1970 | 6/10/1971 | 6/10/1970 | 6/10/1971 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | Insurance Company of North America | SBL 51562 | 6/10/1971 | 6/10/1972 | 6/10/1971 | 6/10/1972 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/10/1972 | 1/1/1973 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/10/1972 | 1/1/1973 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | New Hampshire Insurance Company | UL 078557 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | New Hampshire Insurance Company | SLP 63-47-76 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 77 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | New Hampshire Insurance Company | SLP 63-49-02 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220127 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Spirit of Adventure (227): North Essex 1925-1993 (712) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Suffolk County (404): Suffolk County (404) | Insurance Company of North America | XBC 65760 | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Suffolk County (404): Suffolk County (404) | Insurance Company of North America | XBC 65760 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Suffolk County (404): Suffolk County (404) | Hartford Accident and Indemnity Company | 12 CPP 500098 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Suffolk County (404): Suffolk County (404) | Insurance Company of North America | XBC 65760 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Suffolk County (404): Suffolk County (404) | Insurance Company of North America | XBC-73765 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Suffolk County (404): Suffolk County (404) | Hartford Accident and Indemnity Company | 12 CPP 500098 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Suffolk County (404): Suffolk County (404) | Insurance Company of North America | XBC-73765 | 6/1/1971 | 3/9/1972 | 6/1/1971 | 3/9/1972 |
| Suffolk County (404): Suffolk County (404) | Hartford Accident and Indemnity Company | 12 CPP 500098 | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Suffolk County (404): Suffolk County (404) | Insurance Company of North America | XBC 73765 | 3/9/1972 | 3/7/1973 | 3/9/1972 | 3/7/1973 |
| Suffolk County (404): Suffolk County (404) | Hartford Accident and Indemnity Company | 12 SMP 304687 | 6/1/1972 | 6/1/1973 | 6/1/1972 | 6/1/1973 |
| Suffolk County (404): Suffolk County (404) | Insurance Company of North America | XBC 73765 | 3/7/1973 | 6/1/1973 | 3/7/1973 | 6/1/1973 |
| Suffolk County (404): Suffolk County (404) | Hartford Accident and Indemnity Company | 12 SMP 304687 | 6/1/1973 | 6/1/1974 | 6/1/1973 | 6/1/1974 |
| Suffolk County (404): Suffolk County (404) | Hartford Accident and Indemnity Company | 12 SMP 304687 | 6/1/1974 | 6/1/1975 | 6/1/1974 | 6/1/1975 |
| Suffolk County (404): Suffolk County (404) | Hartford Accident and Indemnity Company | 12 CBP 400297 | 6/1/1974 | 6/1/1975 | 6/1/1974 | 6/1/1975 |
| Suffolk County (404): Suffolk County (404) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Suffolk County (404): Suffolk County (404) | Hartford Accident and Indemnity Company | 12 CBP 400297 | 6/1/1975 | 6/1/1976 | 6/1/1975 | 6/1/1976 |
| Suffolk County (404): Suffolk County (404) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Suffolk County (404): Suffolk County (404) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Suffolk County (404): Suffolk County (404) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 66 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Suffolk County (404): Suffolk County (404) | Hartford Accident and Indemnity Company | 12 CBP 400297 | 6/1/1976 | 6/1/1977 | 6/1/1976 | 6/1/1977 |
| Suffolk County (404): Suffolk County (404) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Suffolk County (404): Suffolk County (404) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220019 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Suffolk County (404): Suffolk County (404) | Hartford Accident and Indemnity Company | 12 CBP 400656 | 6/1/1977 | 6/1/1978 | 6/1/1977 | 6/1/1978 |
| Suffolk County (404): Suffolk County (404) | Hartford Accident and Indemnity Company | 12 CBP 400656 | 6/1/1978 | 6/1/1979 | 6/1/1978 | 6/1/1979 |
| Suffolk County (404): Suffolk County (404) | Hartford Accident and Indemnity Company | 12 CBP 400656 | 6/1/1979 | 6/1/1980 | 6/1/1979 | 6/1/1980 |
| Susquehanna (533): Susquehanna 1975- (533) | Insurance Company of North America | XBC 9 85 02 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Susquehanna (533): Susquehanna 1975- (533) | Insurance Company of North America | XBC 9 85 02 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Susquehanna (533): Susquehanna 1975- (533) | Insurance Company of North America | XBC 9 85 02 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Susquehanna (533): Susquehanna 1975- (533) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Susquehanna (533): Susquehanna 1975- (533) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 51 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Susquehanna (533): Susquehanna 1975- (533) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Susquehanna (533): Susquehanna 1975- (533) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Susquehanna (533): Susquehanna 1975- (533) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Susquehanna (533): Susquehanna 1975- (533) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220273 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Susquehanna (533): Susquehanna Valley Area 1927-1975 (533) | Insurance Company of North America | 4 47 50 | 6/14/1965 | 6/14/1966 | 6/14/1965 | 6/14/1966 |
| Susquehanna (533): Susquehanna Valley Area 1927-1975 (533) | Insurance Company of North America | 4 47 50 | 6/14/1966 | 6/14/1967 | 6/14/1966 | 6/14/1967 |
| Susquehanna (533): Susquehanna Valley Area 1927-1975 (533) | Insurance Company of North America | 4 47 50 | 6/14/1967 | 6/14/1968 | 6/14/1967 | 6/14/1968 |
| Susquehanna (533): Susquehanna Valley Area 1927-1975 (533) | Insurance Company of North America | SBL 4 84 64 | 6/14/1968 | 6/14/1969 | 6/14/1968 | 6/14/1969 |
| Susquehanna (533): Susquehanna Valley Area 1927-1975 (533) | Insurance Company of North America | SBL 4 84 64 | 6/14/1969 | 6/14/1970 | 6/14/1969 | 6/14/1970 |
| Susquehanna (533): Susquehanna Valley Area 1927-1975 (533) | Insurance Company of North America | SBL 4 84 64 | 6/14/1970 | 6/14/1971 | 6/14/1970 | 6/14/1971 |
| Susquehanna (533): Susquehanna Valley Area 1927-1975 (533) | Insurance Company of North America | SBL 53078 | 7/14/1971 | 7/13/1972 | 7/14/1971 | 7/13/1972 |
| Susquehanna (533): Susquehanna Valley Area 1927-1975 (533) | Insurance Company of North America | SBL 53078 | 7/14/1972 | 2/22/1973 | 7/14/1972 | 2/22/1973 |
| Susquehanna (533): Susquehanna Valley Area 1927-1975 (533) | Insurance Company of North America | GLP 411728 | 2/22/1973 | 2/22/1974 | 2/22/1973 | 2/22/1974 |
| Susquehanna (533): Susquehanna Valley Area 1927-1975 (533) | Insurance Company of North America | XBC 9 68 34 | 2/22/1973 | 2/22/1974 | 2/22/1973 | 2/22/1974 |
| Susquehanna (533): Susquehanna Valley Area 1927-1975 (533) | Insurance Company of North America | XBC 9 68 34 | 2/22/1974 | 2/22/1975 | 2/22/1974 | 2/22/1975 |
| Susquehanna (533): Susquehanna Valley Area 1927-1975 (533) | Insurance Company of North America | GLP 411728 | 2/22/1974 | 2/22/1975 | 2/22/1974 | 2/22/1975 |
| Susquehanna (533): Susquehanna Valley Area 1927-1975 (533) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Susquehanna (533): West Branch 1935-1975 (543) | Insurance Company of North America | SBL-4-48-96 | 2/9/1967 | 2/9/1968 | 2/9/1967 | 2/9/1968 |
| Susquehanna (533): West Branch 1935-1975 (543) | Insurance Company of North America | SBL-4-48-96 | 2/9/1968 | 2/9/1969 | 2/9/1968 | 2/9/1969 |
| Susquehanna (533): West Branch 1935-1975 (543) | Insurance Company of North America | SBL-4-48-96 | 2/9/1969 | 2/9/1970 | 2/9/1969 | 2/9/1970 |
| Susquehanna (533): West Branch 1935-1975 (543) | Insurance Company of North America | SBL 5 30 08 | 2/9/1970 | 2/9/1971 | 2/9/1970 | 2/9/1971 |
| Susquehanna (533): West Branch 1935-1975 (543) | Insurance Company of North America | SBL 5 30 08 | 2/9/1971 | 2/9/1972 | 2/9/1971 | 2/9/1972 |
| Susquehanna (533): West Branch 1935-1975 (543) | Insurance Company of North America | SBL 5 30 08 | 2/9/1972 | 2/9/1973 | 2/9/1972 | 2/9/1973 |
| Susquehanna (533): West Branch 1935-1975 (543) | Insurance Company of North America | XBC 9 68 17 | 2/9/1973 | 2/9/1974 | 2/9/1973 | 2/9/1974 |
| Susquehanna (533): West Branch 1935-1975 (543) | Insurance Company of North America | GLP 40 76 42 | 2/9/1973 | 2/9/1974 | 2/9/1973 | 2/9/1974 |
| Susquehanna (533): West Branch 1935-1975 (543) | Insurance Company of North America | XBC 9 68 17 | 2/9/1974 | 2/9/1975 | 2/9/1974 | 2/9/1975 |
| Susquehanna (533): West Branch 1935-1975 (543) | Insurance Company of North America | GLP 40 76 42 | 2/9/1974 | 2/9/1975 | 2/9/1974 | 2/9/1975 |
| Susquehanna (533): West Branch 1935-1975 (543) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Susquehanna (533): West Branch 1935-1975 (543) | Insurance Company of North America | GLP 40 76 42 | 2/9/1975 | 3/26/1975 | 2/9/1975 | 3/26/1975 |
| Susquehanna (533): West Branch 1935-1975 (543) | Insurance Company of North America | XBC 9 68 17 | 2/9/1975 | 2/9/1976 | 2/9/1975 | 2/9/1976 |
| Suwannee River Area (664): Suwannee River Area (664) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Suwannee River Area (664): Suwannee River Area (664) | Hartford Accident and Indemnity Company | 21 SMP 118708 | 9/15/1975 | 9/15/1976 | 9/15/1975 | 9/15/1976 |
| Suwannee River Area (664): Suwannee River Area (664) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Suwannee River Area (664): Suwannee River Area (664) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 84 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Suwannee River Area (664): Suwannee River Area (664) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Suwannee River Area (664): Suwannee River Area (664) | Hartford Accident and Indemnity Company | 21 SMP 118708 | 9/15/1976 | 9/15/1977 | 9/15/1976 | 9/15/1977 |
| Suwannee River Area (664): Suwannee River Area (664) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219932 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Suwannee River Area (664): Suwannee River Area (664) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Suwannee River Area (664): Suwannee River Area (664) | New Hampshire Insurance Company | Unknown | 2/10/1977 | 2/10/1978 | 2/10/1977 | 2/10/1978 |
| Suwannee River Area (664): Suwannee River Area (664) | Hartford Accident and Indemnity Company | 21 SMP 118708 | 9/15/1977 | 1/1/1978 | 9/15/1977 | 1/1/1978 |
| Tecumseh (439): Tecumseh (439) | Insurance Company of North America | AGP-68-33 | 12/15/1965 | 12/15/1966 | 12/15/1965 | 12/15/1966 |
| Tecumseh (439): Tecumseh (439) | Insurance Company of North America | AGP-68-33 | 12/15/1966 | 12/15/1967 | 12/15/1966 | 12/15/1967 |
| Tecumseh (439): Tecumseh (439) | Insurance Company of North America | AGP-68-33 | 12/15/1967 | 12/15/1968 | 12/15/1967 | 12/15/1968 |
| Tecumseh (439): Tecumseh (439) | Insurance Company of North America | AGP-1-64-96 | 12/15/1968 | 12/15/1969 | 12/15/1968 | 12/15/1969 |
| Tecumseh (439): Tecumseh (439) | Insurance Company of North America | Unknown | 12/15/1968 | 12/15/1969 | 12/15/1968 | 12/15/1969 |
| Tecumseh (439): Tecumseh (439) | Insurance Company of North America | AGP-1-64-96 | 12/15/1969 | 12/15/1970 | 12/15/1969 | 12/15/1970 |
| Tecumseh (439): Tecumseh (439) | Insurance Company of North America | Unknown | 12/15/1969 | 12/15/1970 | 12/15/1969 | 12/15/1970 |
| Tecumseh (439): Tecumseh (439) | Insurance Company of North America | Unknown | 12/15/1970 | 12/15/1971 | 12/15/1970 | 12/15/1971 |
| Tecumseh (439): Tecumseh (439) | Insurance Company of North America | AGP-1-64-96 | 12/15/1970 | 12/15/1971 | 12/15/1970 | 12/15/1971 |
| Tecumseh (439): Tecumseh (439) | Insurance Company of North America | Unknown | 12/15/1971 | 12/15/1972 | 12/15/1971 | 12/15/1972 |
| Tecumseh (439): Tecumseh (439) | Insurance Company of North America | Unknown | 12/15/1972 | 12/15/1973 | 12/15/1972 | 12/15/1973 |
| Tecumseh (439): Tecumseh (439) | Insurance Company of North America | Unknown | 12/15/1973 | 12/15/1974 | 12/15/1973 | 12/15/1974 |
| Tecumseh (439): Tecumseh (439) | Insurance Company of North America | Unknown | 12/15/1974 | 1/1/1975 | 12/15/1974 | 1/1/1975 |
| Tecumseh (439): Tecumseh (439) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Tecumseh (439): Tecumseh (439) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 72 11 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Tecumseh (439): Tecumseh (439) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Tecumseh (439): Tecumseh (439) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Tecumseh (439): Tecumseh (439) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220064 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Tecumseh (439): Tecumseh (439) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Texas Southwest (741): Concho Valley 1926-2012 (741) | Insurance Company of North America | SBL 51317 | 4/1/1970 | 4/1/1971 | 4/1/1970 | 4/1/1971 |
| Texas Southwest (741): Concho Valley 1926-2012 (741) | Insurance Company of North America | SBL 5 13 91 | 4/1/1970 | 4/1/1971 | 4/1/1970 | 4/1/1971 |
| Texas Southwest (741): Concho Valley 1926-2012 (741) | Insurance Company of North America | SBL 5 13 91 | 4/1/1971 | 4/1/1972 | 4/1/1971 | 4/1/1972 |
| Texas Southwest (741): Concho Valley 1926-2012 (741) | Insurance Company of North America | SBL 51317 | 4/1/1971 | 3/31/1972 | 4/1/1971 | 3/31/1972 |
| Texas Southwest (741): Concho Valley 1926-2012 (741) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Texas Southwest (741): Concho Valley 1926-2012 (741) | Insurance Company of North America | SBL 51317 | 4/1/1972 | 4/1/1973 | 4/1/1972 | 4/1/1973 |
| Texas Southwest (741): Concho Valley 1926-2012 (741) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Texas Southwest (741): Concho Valley 1926-2012 (741) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Texas Southwest (741): Concho Valley 1926-2012 (741) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Texas Southwest (741): Concho Valley 1926-2012 (741) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Texas Southwest (741): Concho Valley 1926-2012 (741) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 86 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Texas Southwest (741): Concho Valley 1926-2012 (741) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Texas Southwest (741): Concho Valley 1926-2012 (741) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220217 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Texas Southwest (741): Concho Valley 1926-2012 (741) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Texas Southwest (741): Texas Southwest 2012- (741) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Texas Southwest (741): Texas Southwest 2012- (741) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | Insurance Company of North America | SBL 5 14 98 | 2/15/1971 | 2/15/1972 | 2/15/1971 | 2/15/1972 |
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 2/15/1972 | 1/1/1973 |
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 2/15/1972 | 1/1/1973 |
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 70 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | Ambassador Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220201 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Texas Trails (561): Chisholm Trail 1926-2003 (561) | New Hampshire Insurance Company | GLA 332324 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | Insurance Company of North America | SBL 45420 | 12/5/1968 | 12/5/1969 | 12/5/1968 | 12/5/1969 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | Insurance Company of North America | SBL 45425 | 12/5/1969 | 12/5/1970 | 12/5/1969 | 12/5/1970 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | Insurance Company of North America | Unknown | 12/5/1970 | 12/5/1971 | 12/5/1970 | 12/5/1971 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | Insurance Company of North America | Unknown | 12/5/1971 | 1/1/1972 | 12/5/1971 | 1/1/1972 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 12/5/1972 | 1/1/1973 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 12/5/1972 | 1/1/1973 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | New Hampshire Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | New Hampshire Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 74 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Texas Trails (561): Comanche Trail 1932-2003 (479) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220205 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | Unknown | 1/1/1961 | 1/1/1962 | 1/1/1961 | 1/1/1962 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | Unknown | 1/1/1962 | 1/1/1963 | 1/1/1962 | 1/1/1963 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | Unknown | 1/1/1963 | 1/1/1964 | 1/1/1963 | 1/1/1964 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | Unknown | 1/1/1964 | 1/1/1965 | 1/1/1964 | 1/1/1965 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | Unknown | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | XBC 41011 | 1/12/1967 | 1/12/1968 | 1/12/1967 | 1/12/1968 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | XBC 41011 | 1/12/1968 | 1/12/1969 | 1/12/1968 | 1/12/1969 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | AGP-1-88-16 | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | XBC 41011 | 1/12/1969 | 1/12/1970 | 1/12/1969 | 1/12/1970 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | AGP-1-88-16 | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | XBC 43053 | 1/12/1970 | 1/12/1971 | 1/12/1970 | 1/12/1971 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | GLP 19 73 26 | 2/20/1970 | 2/20/1971 | 2/20/1970 | 2/20/1971 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | AGP-1-88-16 | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | XBC 43053 | 1/12/1971 | 1/12/1972 | 1/12/1971 | 1/12/1972 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | GLP 28 44 92 | 2/20/1971 | 2/20/1972 | 2/20/1971 | 2/20/1972 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | XBC 43053 | 1/12/1972 | 1/12/1973 | 1/12/1972 | 1/12/1973 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | XBC 45540 | 1/12/1973 | 1/12/1974 | 1/12/1973 | 1/12/1974 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | XBC 45540 | 1/12/1974 | 1/12/1975 | 1/12/1974 | 1/12/1975 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | AGP 09 98 41 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | XBC 45540 | 1/12/1975 | 1/12/1976 | 1/12/1975 | 1/12/1976 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 73 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Insurance Company of North America | XCP 12350 | 1/12/1976 | 3/1/1976 | 1/12/1976 | 3/1/1976 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Ambassador Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | Continental Casualty Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220026 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | New Hampshire Insurance Company | GLA 210262 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Theodore Roosevelt (386): Nassau County 1916-1997 (386) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Three Fires (127): Chief Shabbona 1931-1968 (735) | Insurance Company of North America | SBL 4 29 79 | 3/29/1965 | 3/29/1966 | 3/29/1965 | 3/29/1966 |
| Three Fires (127): Chief Shabbona 1931-1968 (735) | Insurance Company of North America | SBL 4 29 79 | 3/29/1966 | 3/29/1967 | 3/29/1966 | 3/29/1967 |
| Three Fires (127): Chief Shabbona 1931-1968 (735) | Insurance Company of North America | SBL 4 29 79 | 3/29/1967 | 3/29/1968 | 3/29/1967 | 3/29/1968 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Insurance Company of North America | RWP-2-70-86 | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Insurance Company of North America | RWP-2-70-86 | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Insurance Company of North America | RWP-2-70-86 | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Insurance Company of North America | SBL 5 11 76 | 4/29/1969 | 4/29/1970 | 4/29/1969 | 4/29/1970 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Insurance Company of North America | XPL 17137 | 4/29/1970 | 4/29/1971 | 4/29/1970 | 4/29/1971 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Insurance Company of North America | SBL 51829 | 4/29/1970 | 4/29/1971 | 4/29/1970 | 4/29/1971 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Insurance Company of North America | SBL 5 11 76 | 4/29/1970 | 4/29/1971 | 4/29/1970 | 4/29/1971 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Insurance Company of North America | SBL 5 11 76 | 4/29/1971 | 4/29/1972 | 4/29/1971 | 4/29/1972 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Insurance Company of North America | XPL 17137 | 4/29/1971 | 4/28/1972 | 4/29/1971 | 4/28/1972 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Insurance Company of North America | SBL 51829 | 4/29/1971 | 4/28/1972 | 4/29/1971 | 4/28/1972 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/29/1972 | 1/1/1973 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/29/1972 | 1/1/1973 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Three Fires (127): Du Page Area 1928-1992 (148) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Three Fires (127): Du Page Area 1928-1992 (148) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219973 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Three Fires (127): Du Page Area 1928-1992 (148) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Three Fires (127): Du Page Area 1928-1992 (148) | Hartford Accident and Indemnity Company | 82 UUN PN2419 | 6/1/1985 | 6/1/1986 | 6/1/1985 | 6/1/1986 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Insurance Company of North America | SBL-2-51-01 | 3/1/1967 | 3/1/1968 | 3/1/1967 | 3/1/1968 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Insurance Company of North America | SBL-2-51-43 | 3/1/1968 | 3/1/1969 | 3/1/1968 | 3/1/1969 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Insurance Company of North America | SBL 51809 | 3/1/1969 | 3/1/1970 | 3/1/1969 | 3/1/1970 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Insurance Company of North America | SBL 51826 | 3/1/1970 | 3/1/1971 | 3/1/1970 | 3/1/1971 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Insurance Company of North America | SBL 5 18 58 | 3/1/1971 | 3/1/1972 | 3/1/1971 | 3/1/1972 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/1/1972 | 1/1/1973 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Insurance Company of North America | GAL 24 20 22 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Insurance Company of North America | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Insurance Company of North America | GAL 23 79 42 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Three Fires (127): Two Rivers 1968-1992 (127) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Three Fires (127): Two Rivers 1968-1992 (127) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 25 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Three Fires (127): Two Rivers 1968-1992 (127) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Three Fires (127): Two Rivers 1968-1992 (127) | INA Insurance Company of Illinois | GAL 23 74 77 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Three Fires (127): Two Rivers 1968-1992 (127) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Three Fires (127): Two Rivers 1968-1992 (127) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219971 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Three Fires (127): Two Rivers/DuPage Area 1992-1993 (127) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 27 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Three Fires (127): Two Rivers/DuPage Area 1992-1993 (127) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Three Harbors (636): Kenosha 1961-1972 (623) | Insurance Company of North America | SBL 41511 | 2/5/1966 | 2/5/1967 | 2/5/1966 | 2/5/1967 |
| Three Harbors (636): Kenosha 1961-1972 (623) | Insurance Company of North America | SBL 41526 | 2/5/1967 | 2/5/1968 | 2/5/1967 | 2/5/1968 |
| Three Harbors (636): Kenosha 1961-1972 (623) | Insurance Company of North America | SBL-4-15-35 | 2/5/1968 | 2/5/1969 | 2/5/1968 | 2/5/1969 |
| Three Harbors (636): Kenosha 1961-1972 (623) | Insurance Company of North America | SBL-4-15-39 | 2/5/1968 | 2/5/1969 | 2/5/1968 | 2/5/1969 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | Insurance Company of North America | CGL190079 | 10/1/1962 | 10/1/1963 | 10/1/1962 | 10/1/1963 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | Insurance Company of North America | Unknown | 1/1/1963 | 1/1/1964 | 1/1/1963 | 1/1/1964 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | Insurance Company of North America | CGL190079 | 10/1/1963 | 10/1/1964 | 10/1/1963 | 10/1/1964 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | Insurance Company of North America | CGL190079 | 10/1/1964 | 10/1/1965 | 10/1/1964 | 10/1/1965 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | Insurance Company of North America | SBL 41515 | 10/1/1965 | 10/1/1966 | 10/1/1965 | 10/1/1966 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | Insurance Company of North America | SBL-4-15-20 | 10/1/1966 | 10/1/1967 | 10/1/1966 | 10/1/1967 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | Insurance Company of North America | SBL-4-15-31 | 10/1/1967 | 10/1/1968 | 10/1/1967 | 10/1/1968 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | Insurance Company of North America | SBL 4 15 42 | 10/1/1968 | 10/1/1969 | 10/1/1968 | 10/1/1969 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | Insurance Company of North America | SBL 4 15 50 | 10/1/1969 | 10/1/1970 | 10/1/1969 | 10/1/1970 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | Insurance Company of North America | SBL 4 15 59 | 10/1/1970 | 10/1/1971 | 10/1/1970 | 10/1/1971 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | Insurance Company of North America | Unknown | 10/1/1971 | 10/1/1972 | 10/1/1971 | 10/1/1972 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | Insurance Company of North America | Unknown | 10/1/1972 | 10/1/1973 | 10/1/1972 | 10/1/1973 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | St. Paul Fire and Marine Insurance Company | 648NA2353 | 10/1/1973 | 10/1/1974 | 10/1/1973 | 10/1/1974 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | St. Paul Fire and Marine Insurance Company | 648XA6131 | 3/12/1974 | 3/12/1975 | 3/12/1974 | 3/12/1975 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | St. Paul Fire and Marine Insurance Company | 648NA2353 | 10/1/1974 | 10/1/1975 | 10/1/1974 | 10/1/1975 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | St. Paul Fire and Marine Insurance Company | 648XA6131 | 3/12/1975 | 3/12/1976 | 3/12/1975 | 3/12/1976 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | St. Paul Fire and Marine Insurance Company | 648NA2353 | 10/1/1975 | 10/1/1976 | 10/1/1975 | 10/1/1976 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | St. Paul Fire and Marine Insurance Company | 648XA6131 | 3/12/1976 | 3/12/1977 | 3/12/1976 | 3/12/1977 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | St. Paul Fire and Marine Insurance Company | 648NA5036 | 10/1/1976 | 10/1/1977 | 10/1/1976 | 10/1/1977 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | American Re-Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220262 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | Continental Casualty Company | RDX9539468 | 2/11/1977 | 1/1/1978 | 2/11/1977 | 1/1/1978 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | St. Paul Fire and Marine Insurance Company | 648NA5036 | 10/1/1977 | 10/1/1978 | 10/1/1977 | 10/1/1978 |
| Three Harbors (636): Milwaukee County 1929-2011 (629) | St. Paul Fire and Marine Insurance Company | 648NA5036 | 10/1/1978 | 10/1/1979 | 10/1/1978 | 10/1/1979 |
| Three Harbors (636): Racine County 1927-1972 (631) | Insurance Company of North America | SBL 5 11 91 | 6/15/1969 | 6/15/1970 | 6/15/1969 | 6/15/1970 |
| Three Harbors (636): Racine County 1927-1972 (631) | Insurance Company of North America | SBL 5 11 91 | 6/15/1970 | 6/15/1971 | 6/15/1970 | 6/15/1971 |
| Three Harbors (636): Racine County 1927-1972 (631) | Insurance Company of North America | SBL 5 11 91 | 6/15/1971 | 6/15/1972 | 6/15/1971 | 6/15/1972 |
| Three Harbors (636): Southeast Wisconsin 1972-2011 (634) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 6/15/1972 | 1/1/1973 |
| Three Harbors (636): Southeast Wisconsin 1972-2011 (634) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 6/15/1972 | 1/1/1973 |
| Three Harbors (636): Southeast Wisconsin 1972-2011 (634) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Three Harbors (636): Southeast Wisconsin 1972-2011 (634) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Three Harbors (636): Southeast Wisconsin 1972-2011 (634) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Three Harbors (636): Southeast Wisconsin 1972-2011 (634) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Three Harbors (636): Southeast Wisconsin 1972-2011 (634) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Three Harbors (636): Southeast Wisconsin 1972-2011 (634) | Insurance Company of North America | GAL 21 22 13 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Three Harbors (636): Southeast Wisconsin 1972-2011 (634) | Insurance Company of North America | GAL 21 23 07 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Three Harbors (636): Southeast Wisconsin 1972-2011 (634) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Three Harbors (636): Southeast Wisconsin 1972-2011 (634) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Three Harbors (636): Southeast Wisconsin 1972-2011 (634) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220263 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Three Harbors (636): Southeast Wisconsin 1972-2011 (634) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Three Rivers (578): Three Rivers 1970- (578) | Maryland American General Group | CGA682849 | 11/18/1964 | 11/18/1965 | 11/18/1964 | 11/18/1965 |
| Three Rivers (578): Three Rivers 1970- (578) | Maryland American General Group | Unknown | 11/18/1965 | 11/18/1966 | 11/18/1965 | 11/18/1966 |
| Three Rivers (578): Three Rivers 1970- (578) | Maryland American General Group | Unknown | 11/18/1966 | 11/18/1967 | 11/18/1966 | 11/18/1967 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Three Rivers (578): Three Rivers 1970- (578) | Maryland American General Group | Unknown | 11/18/1967 | 11/18/1968 | 11/18/1967 | 11/18/1968 |
| Three Rivers (578): Three Rivers 1970- (578) | Maryland American General Group | Unknown | 11/18/1968 | 3/16/1969 | 11/18/1968 | 3/16/1969 |
| Three Rivers (578): Three Rivers 1970- (578) | Maryland American General Group | 31-480583 | 3/16/1969 | 3/16/1970 | 3/16/1969 | 3/16/1970 |
| Three Rivers (578): Three Rivers 1970- (578) | Maryland American General Group | 31-476201 | 3/16/1971 | 3/16/1972 | 3/16/1971 | 3/16/1972 |
| Three Rivers (578): Three Rivers 1970- (578) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 3/16/1972 | 1/1/1973 |
| Three Rivers (578): Three Rivers 1970- (578) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 3/16/1972 | 1/1/1973 |
| Three Rivers (578): Three Rivers 1970- (578) | Maryland American General Group | 31-480583 | 3/16/1972 | 3/16/1973 | 3/16/1972 | 3/16/1973 |
| Three Rivers (578): Three Rivers 1970- (578) | Maryland American General Group | 7186226 | 6/25/1972 | 6/25/1973 | 6/25/1972 | 6/25/1973 |
| Three Rivers (578): Three Rivers 1970- (578) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Three Rivers (578): Three Rivers 1970- (578) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Three Rivers (578): Three Rivers 1970- (578) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Three Rivers (578): Three Rivers 1970- (578) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Three Rivers (578): Three Rivers 1970- (578) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Three Rivers (578): Three Rivers 1970- (578) | Maryland American General Group | 542TD5947 | 1/10/1975 | 1/10/1976 | 1/10/1975 | 1/10/1976 |
| Three Rivers (578): Three Rivers 1970- (578) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Three Rivers (578): Three Rivers 1970- (578) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 73 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Three Rivers (578): Three Rivers 1970- (578) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Three Rivers (578): Three Rivers 1970- (578) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220204 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Three Rivers (578): Three Rivers 1970- (578) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Three Rivers (578): Trinity-Neches 1942-1970 (565) | Maryland American General Group | 31-818523 | 3/16/1969 | 3/16/1970 | 3/16/1969 | 3/16/1970 |
| Three Rivers (578): Trinity-Neches 1942-1970 (565) | Maryland American General Group | 31-471819 | 3/16/1970 | 3/16/1971 | 3/16/1970 | 3/16/1971 |
| Tidewater (596): Tidewater (596) | Insurance Company of North America | LB 4 17 55 | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Tidewater (596): Tidewater (596) | Insurance Company of North America | ALB-4-17-88 | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Tidewater (596): Tidewater (596) | Insurance Company of North America | ALB-4-17-88 | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Tidewater (596): Tidewater (596) | Insurance Company of North America | ALB-4-17-88 | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Tidewater (596): Tidewater (596) | Insurance Company of North America | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Tidewater (596): Tidewater (596) | Insurance Company of North America | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Tidewater (596): Tidewater (596) | Insurance Company of North America | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Tidewater (596): Tidewater (596) | Insurance Company of North America | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Tidewater (596): Tidewater (596) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Tidewater (596): Tidewater (596) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Tidewater (596): Tidewater (596) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 10 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Tidewater (596): Tidewater (596) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Tidewater (596): Tidewater (596) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Tidewater (596): Tidewater (596) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220232 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Tidewater (596): Tidewater (596) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Tidewater (596): Tidewater (596) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Transatlantic (802): Transatlantic 1953- (802) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 8/1/1974 | 1/1/1975 |
| Transatlantic (802): Transatlantic 1953- (802) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Transatlantic (802): Transatlantic 1953- (802) | American Foreign Insurance Association | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Transatlantic (802): Transatlantic 1953- (802) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Transatlantic (802): Transatlantic 1953- (802) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 93 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Transatlantic (802): Transatlantic 1953- (802) | American Foreign Insurance Association | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Transatlantic (802): Transatlantic 1953- (802) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Transatlantic (802): Transatlantic 1953- (802) | American Foreign Insurance Association | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Transatlantic (802): Transatlantic 1953- (802) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220224 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Transatlantic (802): Transatlantic 1953- (802) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Tukabatchee Area (005): Tukabatchee Area (005) | Insurance Company of North America | SBL 45391 | 11/1/1966 | 11/1/1967 | 11/1/1966 | 11/1/1967 |
| Tukabatchee Area (005): Tukabatchee Area (005) | Insurance Company of North America | SBL 45391 | 11/1/1967 | 11/1/1968 | 11/1/1967 | 11/1/1968 |
| Tukabatchee Area (005): Tukabatchee Area (005) | Insurance Company of North America | SBL 45391 | 11/1/1968 | 11/1/1969 | 11/1/1968 | 11/1/1969 |
| Tukabatchee Area (005): Tukabatchee Area (005) | Insurance Company of North America | SBL 5 11 98 | 11/1/1969 | 11/1/1970 | 11/1/1969 | 11/1/1970 |
| Tukabatchee Area (005): Tukabatchee Area (005) | Insurance Company of North America | SBL 5 11 98 | 11/1/1970 | 11/1/1971 | 11/1/1970 | 11/1/1971 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Tukabatchee Area (005): Tukabatchee Area (005) | Insurance Company of North America | SBL 5 11 98 | 11/1/1971 | 11/1/1972 | 11/1/1971 | 11/1/1972 |
| Tukabatchee Area (005): Tukabatchee Area (005) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Tukabatchee Area (005): Tukabatchee Area (005) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 11/1/1972 | 1/1/1973 |
| Tukabatchee Area (005): Tukabatchee Area (005) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Tukabatchee Area (005): Tukabatchee Area (005) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Tukabatchee Area (005): Tukabatchee Area (005) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Tukabatchee Area (005): Tukabatchee Area (005) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Tukabatchee Area (005): Tukabatchee Area (005) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Tukabatchee Area (005): Tukabatchee Area (005) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Tukabatchee Area (005): Tukabatchee Area (005) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Tukabatchee Area (005): Tukabatchee Area (005) | Continental Insurance Company | CBP 76715 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Tukabatchee Area (005): Tukabatchee Area (005) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 12 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Tukabatchee Area (005): Tukabatchee Area (005) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Tukabatchee Area (005): Tukabatchee Area (005) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219862 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Tukabatchee Area (005): Tukabatchee Area (005) | Continental Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Tuscarora (424): Tuscarora (424) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 7/1/1972 | 1/1/1973 |
| Tuscarora (424): Tuscarora (424) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Tuscarora (424): Tuscarora (424) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Tuscarora (424): Tuscarora (424) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Tuscarora (424): Tuscarora (424) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 76 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Tuscarora (424): Tuscarora (424) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Tuscarora (424): Tuscarora (424) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Tuscarora (424): Tuscarora (424) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220039 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Twin Rivers (364): Adirondack 1924-2006 (394) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Twin Rivers (364): Adirondack 1924-2006 (394) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Twin Rivers (364): Adirondack 1924-2006 (394) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Twin Rivers (364): Adirondack 1924-2006 (394) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Twin Rivers (364): Adirondack 1924-2006 (394) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Twin Rivers (364): Adirondack 1924-2006 (394) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Adirondack 1924-2006 (394) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Adirondack 1924-2006 (394) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 70 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Adirondack 1924-2006 (394) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220023 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Twin Rivers (364): Adirondack 1924-2006 (394) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Twin Rivers (364): Fort Orange-Uncle Sam 1963-1971 (364) | St. Paul Fire and Marine Insurance Company | Unknown | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Twin Rivers (364): Governor Clinton 1971-1990 (364) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Twin Rivers (364): Governor Clinton 1971-1990 (364) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Governor Clinton 1971-1990 (364) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Governor Clinton 1971-1990 (364) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 65 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Governor Clinton 1971-1990 (364) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Twin Rivers (364): Governor Clinton 1971-1990 (364) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220018 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Twin Rivers (364): Mohican 1927-1998 (378) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Twin Rivers (364): Mohican 1927-1998 (378) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 4/1/1972 | 1/1/1973 |
| Twin Rivers (364): Mohican 1927-1998 (378) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Twin Rivers (364): Mohican 1927-1998 (378) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Twin Rivers (364): Mohican 1927-1998 (378) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Twin Rivers (364): Mohican 1927-1998 (378) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Twin Rivers (364): Mohican 1927-1998 (378) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Twin Rivers (364): Mohican 1927-1998 (378) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Mohican 1927-1998 (378) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 58 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Mohican 1927-1998 (378) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Mohican 1927-1998 (378) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220011 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Twin Rivers (364): Mohican 1927-1998 (378) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Twin Rivers (364): Saratoga County 1924-1990 (684) | Hartford Accident and Indemnity Company | 01 C 530923 | 5/1/1972 | 5/1/1973 | 5/1/1972 | 5/1/1973 |
| Twin Rivers (364): Saratoga County 1924-1990 (684) | Hartford Accident and Indemnity Company | 01 C 531176 | 5/1/1972 | 5/1/1973 | 5/1/1972 | 5/1/1973 |
| Twin Rivers (364): Saratoga County 1924-1990 (684) | Hartford Accident and Indemnity Company | 01 HU 300166 | 12/15/1972 | 12/15/1973 | 12/15/1972 | 12/15/1973 |
| Twin Rivers (364): Saratoga County 1924-1990 (684) | Hartford Accident and Indemnity Company | 01 HU 300166 | 12/15/1973 | 12/15/1974 | 12/15/1973 | 12/15/1974 |
| Twin Rivers (364): Saratoga County 1924-1990 (684) | Hartford Accident and Indemnity Company | 01 HU 300166 | 12/15/1974 | 12/15/1975 | 12/15/1974 | 12/15/1975 |
| Twin Rivers (364): Saratoga County 1924-1990 (684) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Twin Rivers (364): Saratoga County 1924-1990 (684) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 49 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Saratoga County 1924-1990 (684) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Saratoga County 1924-1990 (684) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Saratoga County 1924-1990 (684) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Twin Rivers (364): Saratoga County 1924-1990 (684) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220001 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Twin Rivers (364): Schenectady County 1926-1991 (399) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Twin Rivers (364): Schenectady County 1926-1991 (399) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Schenectady County 1926-1991 (399) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 74 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Schenectady County 1926-1991 (399) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Schenectady County 1926-1991 (399) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Twin Rivers (364): Schenectady County 1926-1991 (399) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220027 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Twin Rivers (364): Sir William Johnson 1937-1990 (377) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Twin Rivers (364): Sir William Johnson 1937-1990 (377) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Twin Rivers (364): Sir William Johnson 1937-1990 (377) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Twin Rivers (364): Sir William Johnson 1937-1990 (377) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Twin Rivers (364): Sir William Johnson 1937-1990 (377) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Twin Rivers (364): Sir William Johnson 1937-1990 (377) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Sir William Johnson 1937-1990 (377) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Sir William Johnson 1937-1990 (377) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 59 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Rivers (364): Sir William Johnson 1937-1990 (377) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220012 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Twin Rivers (364): Sir William Johnson 1937-1990 (377) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Twin Valley (283): Cedar Valley Area 1937-1969 (282) | Insurance Company of North America | SBL 45389 | 6/20/1966 | 6/20/1967 | 6/20/1966 | 6/20/1967 |
| Twin Valley (283): Cedar Valley Area 1937-1969 (282) | Insurance Company of North America | SBL-4-46-15 | 6/20/1967 | 6/20/1968 | 6/20/1967 | 6/20/1968 |
| Twin Valley (283): Twin Valley 1969- (283) | Insurance Company of North America | SBL 44634 | 10/1/1967 | 10/1/1968 | 10/1/1967 | 10/1/1968 |
| Twin Valley (283): Twin Valley 1969- (283) | Insurance Company of North America | SBL 44646 | 10/1/1968 | 10/1/1969 | 10/1/1968 | 10/1/1969 |
| Twin Valley (283): Twin Valley 1969- (283) | Insurance Company of North America | SBL 4 46 54 | 10/1/1969 | 10/1/1970 | 10/1/1969 | 10/1/1970 |
| Twin Valley (283): Twin Valley 1969- (283) | Insurance Company of North America | SBL 44673 | 10/1/1970 | 10/1/1971 | 10/1/1970 | 10/1/1971 |
| Twin Valley (283): Twin Valley 1969- (283) | Insurance Company of North America | GAL 11 80 46 | 10/1/1971 | 10/1/1972 | 10/1/1971 | 10/1/1972 |
| Twin Valley (283): Twin Valley 1969- (283) | Insurance Company of North America | Unknown | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Twin Valley (283): Twin Valley 1969- (283) | Insurance Company of North America | GAL 13 61 40 | 10/1/1972 | 1/1/1973 | 10/1/1972 | 1/1/1973 |
| Twin Valley (283): Twin Valley 1969- (283) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Twin Valley (283): Twin Valley 1969- (283) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Twin Valley (283): Twin Valley 1969- (283) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Twin Valley (283): Twin Valley 1969- (283) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Twin Valley (283): Twin Valley 1969- (283) | New Hampshire Insurance Company | Unknown | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Twin Valley (283): Twin Valley 1969- (283) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Twin Valley (283): Twin Valley 1969- (283) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 00 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Valley (283): Twin Valley 1969- (283) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Valley (283): Twin Valley 1969- (283) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Twin Valley (283): Twin Valley 1969- (283) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220150 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Twin Valley (283): Twin Valley 1969- (283) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Twin Valley (283): Twin Valley 1969- (283) | Travelers Indemnity Company | 660845F6308COF90 | 4/1/1990 | 4/1/1991 | 4/1/1990 | 4/1/1991 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | LG 67 00 88 | 2/1/1964 | 2/1/1965 | 2/1/1964 | 2/1/1965 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | OLT 77 92 72 | 5/3/1964 | 5/3/1965 | 5/3/1964 | 5/3/1965 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | LG 67 00 88 | 2/1/1965 | 2/1/1966 | 2/1/1965 | 2/1/1966 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | OLT 77 39 54 | 2/16/1965 | 2/16/1966 | 2/16/1965 | 2/16/1966 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | OLT 77 92 72 | 5/3/1965 | 5/3/1966 | 5/3/1965 | 5/3/1966 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | OLT 74 48 16 | 5/24/1965 | 5/24/1966 | 5/24/1965 | 5/24/1966 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | OLT 784768 | 1/26/1966 | 1/26/1967 | 1/26/1966 | 1/26/1967 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | LG 67 00 88 | 2/1/1966 | 2/1/1967 | 2/1/1966 | 2/1/1967 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | OLT 77 39 54 | 2/16/1966 | 2/16/1967 | 2/16/1966 | 2/16/1967 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | OLT 78 88 46 | 3/28/1966 | 3/28/1967 | 3/28/1966 | 3/28/1967 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | OLT 77 92 72 | 5/3/1966 | 5/3/1967 | 5/3/1966 | 5/3/1967 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | OLT 78 88 36 | 5/24/1966 | 5/24/1967 | 5/24/1966 | 5/24/1967 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | LG-69-82-98 | 8/8/1966 | 8/8/1967 | 8/8/1966 | 8/8/1967 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 62 83 | 10/4/1966 | 10/4/1967 | 10/4/1966 | 10/4/1967 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 20490 | 1/11/1967 | 1/11/1968 | 1/11/1967 | 1/11/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-4-20-49 | 1/26/1967 | 1/26/1968 | 1/26/1967 | 1/26/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 27123 | 2/14/1967 | 2/14/1968 | 2/14/1967 | 2/14/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | OLT 77 39 54 | 2/16/1967 | 2/16/1968 | 2/16/1967 | 2/16/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 42204 | 3/6/1967 | 3/6/1968 | 3/6/1967 | 3/6/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-4-20-28 | 3/28/1967 | 3/28/1968 | 3/28/1967 | 3/28/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 44650 | 3/30/1967 | 3/30/1968 | 3/30/1967 | 3/30/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 07 11 59 | 4/11/1967 | 4/10/1968 | 4/11/1967 | 4/10/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-07-08-30 | 5/3/1967 | 5/3/1968 | 5/3/1967 | 5/3/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 07 08 30 | 5/3/1967 | 5/3/1968 | 5/3/1967 | 5/3/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | OLT 78 88 36 | 5/24/1967 | 5/24/1968 | 5/24/1967 | 5/24/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 07 17 68 | 6/10/1967 | 6/10/1968 | 6/10/1967 | 6/10/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-7-10-90 | 6/10/1967 | 6/10/1968 | 6/10/1967 | 6/10/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 07 77 68 | 6/10/1967 | 6/10/1968 | 6/10/1967 | 6/10/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | LG-69-82-98 | 8/8/1967 | 8/8/1968 | 8/8/1967 | 8/8/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-06-40-05 | 10/4/1967 | 10/4/1968 | 10/4/1967 | 10/4/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-06-40-05 | 10/4/1967 | 10/4/1968 | 10/4/1967 | 10/4/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GAL 15474 | 10/17/1967 | 10/16/1968 | 10/17/1967 | 10/16/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 17683 | 12/21/1967 | 12/20/1968 | 12/21/1967 | 12/20/1968 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-13-77-44 | 1/11/1968 | 1/11/1969 | 1/11/1968 | 1/11/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-4-20-49 | 1/26/1968 | 4/9/1969 | 1/26/1968 | 4/9/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-14-65-79 | 2/14/1968 | 2/14/1969 | 2/14/1968 | 2/14/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-13-44-76 | 2/16/1968 | 2/16/1969 | 2/16/1968 | 2/16/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-13-82-64 | 3/6/1968 | 3/6/1969 | 3/6/1968 | 3/6/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-13-63-87 | 3/20/1968 | 3/20/1969 | 3/20/1968 | 3/20/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-13-78-83 | 3/30/1968 | 3/30/1969 | 3/30/1968 | 3/30/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-07-08-30 | 5/3/1968 | 5/3/1969 | 5/3/1968 | 5/3/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 07 08 30 | 5/3/1968 | 5/3/1969 | 5/3/1968 | 5/3/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | OLT 78 88 36 | 5/24/1968 | 5/24/1969 | 5/24/1968 | 5/24/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-7-10-90 | 6/10/1968 | 6/10/1969 | 6/10/1968 | 6/10/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 07 17 68 | 6/10/1968 | 6/10/1969 | 6/10/1968 | 6/10/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 07 77 68 | 6/10/1968 | 6/10/1969 | 6/10/1968 | 6/10/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | LG-69-82-98 | 8/8/1968 | 8/8/1969 | 8/8/1968 | 8/8/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-06-40-05 | 10/4/1968 | 8/7/1969 | 10/4/1968 | 8/7/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-06-40-05 | 10/4/1968 | 10/4/1969 | 10/4/1968 | 10/4/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GAL 15556 | 10/17/1968 | 10/17/1969 | 10/17/1968 | 10/17/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-18-01-66 | 12/21/1968 | 12/21/1969 | 12/21/1968 | 12/21/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-13-44-76 | 2/16/1969 | 2/16/1970 | 2/16/1969 | 2/16/1970 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-22-32-34 | 3/30/1969 | 3/30/1970 | 3/30/1969 | 3/30/1970 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 07 08 30 | 5/3/1969 | 5/3/1970 | 5/3/1969 | 5/3/1970 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-07-08-30 | 5/3/1969 | 5/3/1970 | 5/3/1969 | 5/3/1970 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-22-87-11 | 5/18/1969 | 5/19/1969 | 5/18/1969 | 5/19/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 07 17 68 | 6/10/1969 | 6/10/1970 | 6/10/1969 | 6/10/1970 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-7-10-90 | 6/10/1969 | 6/10/1970 | 6/10/1969 | 6/10/1970 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 07 77 68 | 6/10/1969 | 6/10/1970 | 6/10/1969 | 6/10/1970 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-19-66-19 | 6/15/1969 | 6/16/1969 | 6/15/1969 | 6/16/1969 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-06-40-05 | 10/4/1969 | 10/4/1970 | 10/4/1969 | 10/4/1970 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-24-50-57 | 12/21/1969 | 12/21/1970 | 12/21/1969 | 12/21/1970 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-24-50-57 | 12/21/1969 | 12/21/1970 | 12/21/1969 | 12/21/1970 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-13-44-76 | 2/16/1970 | 2/16/1971 | 2/16/1970 | 2/16/1971 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-25-10-46 | 3/30/1970 | 12/3/1970 | 3/30/1970 | 12/3/1970 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 25 19 91 | 6/10/1970 | 6/10/1971 | 6/10/1970 | 6/10/1971 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-25-19-91 | 6/10/1970 | 6/10/1971 | 6/10/1970 | 6/10/1971 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-25-19-91 | 6/10/1971 | 6/10/1972 | 6/10/1971 | 6/10/1972 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 25 19 91 | 6/10/1971 | 6/10/1972 | 6/10/1971 | 6/10/1972 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-30-95-03 | 6/20/1971 | 6/21/1971 | 6/20/1971 | 6/21/1971 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 25 19 91 | 6/10/1972 | 6/10/1973 | 6/10/1972 | 6/10/1973 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP-25-19-91 | 6/10/1972 | 6/10/1973 | 6/10/1972 | 6/10/1973 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 37 85 02 | 7/1/1972 | 7/1/1973 | 7/1/1972 | 7/1/1973 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 37 85 02 | 7/1/1973 | 7/1/1974 | 7/1/1973 | 7/1/1974 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 37 85 02 | 7/1/1974 | 7/1/1975 | 7/1/1974 | 7/1/1975 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 59 12 04 | 2/20/1975 | 2/20/1976 | 2/20/1975 | 2/20/1976 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 59 12 04 | 2/20/1976 | 2/20/1977 | 2/20/1976 | 2/20/1977 |
| Unknown (N/A): Unknown (N/A) | St. Paul Fire and Marine Insurance Company | 584JB6615 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Unknown (N/A): Unknown (N/A) | New Hampshire Insurance Company | GLA 301334 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Unknown (N/A): Unknown (N/A) | New Hampshire Insurance Company | GLA 332378 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Unknown (N/A): Unknown (N/A) | New Hampshire Insurance Company | GLA 332388 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Unknown (N/A): Unknown (N/A) | New Hampshire Insurance Company | GLA 332387 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Unknown (N/A): Unknown (N/A) | New Hampshire Insurance Company | GLA 332365 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Unknown (N/A): Unknown (N/A) | New Hampshire Insurance Company | GLA 332374 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Unknown (N/A): Unknown (N/A) | New Hampshire Insurance Company | 25852 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Unknown (N/A): Unknown (N/A) | New Hampshire Insurance Company | GLA301308 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Unknown (N/A): Unknown (N/A) | Jefferson Insurance Company of New York | JE 65928 | 1/14/1977 | 1/1/1978 | 1/14/1977 | 1/1/1978 |
| Unknown (N/A): Unknown (N/A) | Insurance Company of North America | GLP 59 12 04 | 2/20/1977 | 2/20/1978 | 2/20/1977 | 2/20/1978 |
| Ventura County (057): Ventura County (057) | Insurance Company of North America | SBL xxx78 | 5/23/1965 | 5/23/1966 | 5/23/1965 | 5/23/1966 |
| Ventura County (057): Ventura County (057) | Insurance Company of North America | SBL xxx78 | 5/23/1966 | 5/23/1967 | 5/23/1966 | 5/23/1967 |
| Ventura County (057): Ventura County (057) | Insurance Company of North America | SBL xxx78 | 5/23/1967 | 5/23/1968 | 5/23/1967 | 5/23/1968 |
| Ventura County (057): Ventura County (057) | Insurance Company of North America | SBL 46938 | 5/23/1968 | 5/23/1969 | 5/23/1968 | 5/23/1969 |
| Ventura County (057): Ventura County (057) | Insurance Company of North America | SBL 46938 | 5/23/1969 | 5/23/1970 | 5/23/1969 | 5/23/1970 |
| Ventura County (057): Ventura County (057) | Insurance Company of North America | SBL 46938 | 5/23/1970 | 5/23/1971 | 5/23/1970 | 5/23/1971 |
| Ventura County (057): Ventura County (057) | Insurance Company of North America | SBL 51453 | 5/23/1971 | 5/23/1972 | 5/23/1971 | 5/23/1972 |
| Ventura County (057): Ventura County (057) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/23/1972 | 1/1/1973 |
| Ventura County (057): Ventura County (057) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/23/1972 | 1/1/1973 |
| Ventura County (057): Ventura County (057) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Ventura County (057): Ventura County (057) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Ventura County (057): Ventura County (057) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Ventura County (057): Ventura County (057) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Ventura County (057): Ventura County (057) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Ventura County (057): Ventura County (057) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ventura County (057): Ventura County (057) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ventura County (057): Ventura County (057) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 29 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ventura County (057): Ventura County (057) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Ventura County (057): Ventura County (057) | New Hampshire Insurance Company | GLA 332352 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Ventura County (057): Ventura County (057) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Ventura County (057): Ventura County (057) | Ambassador Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Ventura County (057): Ventura County (057) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219878 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Verdugo Hills (058): Verdugo Hills (058) | New Hampshire Insurance Company | 600326 | 6/1/1965 | 6/1/1966 | 6/1/1965 | 6/1/1966 |
| Verdugo Hills (058): Verdugo Hills (058) | New Hampshire Insurance Company | 600326 | 6/1/1966 | 6/1/1967 | 6/1/1966 | 6/1/1967 |
| Verdugo Hills (058): Verdugo Hills (058) | New Hampshire Insurance Company | 600326 | 6/1/1967 | 6/1/1968 | 6/1/1967 | 6/1/1968 |
| Verdugo Hills (058): Verdugo Hills (058) | New Hampshire Insurance Company | 600383 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Verdugo Hills (058): Verdugo Hills (058) | New Hampshire Insurance Company | 600383 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Verdugo Hills (058): Verdugo Hills (058) | New Hampshire Insurance Company | 600383 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Verdugo Hills (058): Verdugo Hills (058) | New Hampshire Insurance Company | Unknown | 6/1/1971 | 6/1/1972 | 6/1/1971 | 6/1/1972 |
| Verdugo Hills (058): Verdugo Hills (058) | New Hampshire Insurance Company | Unknown | 6/1/1972 | 6/1/1973 | 6/1/1972 | 6/1/1973 |
| Verdugo Hills (058): Verdugo Hills (058) | New Hampshire Insurance Company | Unknown | 6/1/1973 | 6/1/1974 | 6/1/1973 | 6/1/1974 |
| Verdugo Hills (058): Verdugo Hills (058) | New Hampshire Insurance Company | Unknown | 6/1/1974 | 1/1/1975 | 6/1/1974 | 1/1/1975 |
| Verdugo Hills (058): Verdugo Hills (058) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Verdugo Hills (058): Verdugo Hills (058) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Verdugo Hills (058): Verdugo Hills (058) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Verdugo Hills (058): Verdugo Hills (058) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 35 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Verdugo Hills (058): Verdugo Hills (058) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Verdugo Hills (058): Verdugo Hills (058) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219884 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Verdugo Hills (058): Verdugo Hills (058) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Verdugo Hills (058): Verdugo Hills (058) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 6/1/1977 | 1/1/1977 | 6/1/1977 |
| Verdugo Hills (058): Verdugo Hills (058) | Ambassador Insurance Company | 2 60 35 | 6/1/1977 | 6/1/1978 | 6/1/1977 | 6/1/1978 |
| Verdugo Hills (058): Verdugo Hills (058) | New Hampshire Insurance Company | GLA 282523 | 6/1/1977 | 6/1/1978 | 6/1/1977 | 6/1/1978 |
| Verdugo Hills (058): Verdugo Hills (058) | Insurance Company of North America | GLP 706452 | 1/1/1978 | 1/1/1979 | 1/1/1978 | 1/1/1979 |
| Virginia Headwaters (763): Stonewall Jackson Area -2019 (763) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Virginia Headwaters (763): Stonewall Jackson Area -2019 (763) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Virginia Headwaters (763): Stonewall Jackson Area -2019 (763) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Virginia Headwaters (763): Stonewall Jackson Area -2019 (763) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Virginia Headwaters (763): Stonewall Jackson Area -2019 (763) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Virginia Headwaters (763): Stonewall Jackson Area -2019 (763) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Virginia Headwaters (763): Stonewall Jackson Area -2019 (763) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Virginia Headwaters (763): Stonewall Jackson Area -2019 (763) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 14 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Virginia Headwaters (763): Stonewall Jackson Area -2019 (763) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Virginia Headwaters (763): Stonewall Jackson Area -2019 (763) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220235 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | Insurance Company of North America | SBL 4 53 58 | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | Insurance Company of North America | SBL 4 53 58 | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | Insurance Company of North America | SBL 4 53 58 | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | Insurance Company of North America | SBL 4 69 23 | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | Insurance Company of North America | SBL 4 69 23 | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | Insurance Company of North America | SBL 4 69 23 | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | Insurance Company of North America | SBL 5 13 96 | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | Insurance Company of North America | SBL 5 13 96 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 99 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220149 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Voyageurs Area (286): Headwaters Area 1929-1994 (290) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Voyageurs Area (286): Lake Superior 1959-1994 (286) | American Employers' Insurance Company | AW-8504-058 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Voyageurs Area (286): Lake Superior 1959-1994 (286) | American Employers' Insurance Company | AW-8504-063 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Voyageurs Area (286): Lake Superior 1959-1994 (286) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Voyageurs Area (286): Lake Superior 1959-1994 (286) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 98 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Voyageurs Area (286): Lake Superior 1959-1994 (286) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Voyageurs Area (286): Lake Superior 1959-1994 (286) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Voyageurs Area (286): Lake Superior 1959-1994 (286) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Voyageurs Area (286): Lake Superior 1959-1994 (286) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220148 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| W.D. Boyce (138): Creve Coeur 1929-1973 (138) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/1/1972 | 1/1/1973 |
| W.D. Boyce (138): Creve Coeur 1929-1973 (138) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/1/1972 | 1/1/1973 |
| W.D. Boyce (138): Creve Coeur 1929-1973 (138) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| W.D. Boyce (138): Creve Coeur 1929-1973 (138) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| W.D. Boyce (138): Creve Coeur 1929-1973 (138) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| W.D. Boyce (138): Creve Coeur 1929-1973 (138) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| W.D. Boyce (138): Starved Rock Area 1926-1973 (132) | Insurance Company of North America | SBL-2-50-34 | 9/21/1966 | 9/21/1967 | 9/21/1966 | 9/21/1967 |
| W.D. Boyce (138): Starved Rock Area 1926-1973 (132) | Insurance Company of North America | SBL-4-89-01 | 9/21/1967 | 9/21/1968 | 9/21/1967 | 9/21/1968 |
| W.D. Boyce (138): Starved Rock Area 1926-1973 (132) | Insurance Company of North America | SBL-4-89-01 | 9/21/1968 | 9/21/1969 | 9/21/1968 | 9/21/1969 |
| W.D. Boyce (138): Starved Rock Area 1926-1973 (132) | Insurance Company of North America | SBL-4-89-01 | 9/21/1969 | 9/21/1970 | 9/21/1969 | 9/21/1970 |
| W.D. Boyce (138): Starved Rock Area 1926-1973 (132) | Insurance Company of North America | SBL-4-89-01 | 9/21/1970 | 9/21/1971 | 9/21/1970 | 9/21/1971 |
| W.D. Boyce (138): Starved Rock Area 1926-1973 (132) | Hartford Accident and Indemnity Company | 10 HUA 43300 | 5/1/1971 | 5/1/1972 | 5/1/1971 | 5/1/1972 |
| W.D. Boyce (138): Starved Rock Area 1926-1973 (132) | Hartford Accident and Indemnity Company | 10CA43315 | 9/21/1971 | 1/1/1972 | 9/21/1971 | 1/1/1972 |
| W.D. Boyce (138): Starved Rock Area 1926-1973 (132) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| W.D. Boyce (138): Starved Rock Area 1926-1973 (132) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| W.D. Boyce (138): Starved Rock Area 1926-1973 (132) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| W.D. Boyce (138): Starved Rock Area 1926-1973 (132) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| W.D. Boyce (138): Starved Rock Area 1926-1973 (132) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| W.D. Boyce (138): Starved Rock Area 1926-1973 (132) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| W.D. Boyce (138): W.D. Boyce 1973- (138) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 4/1/1973 | 1/1/1974 |
| W.D. Boyce (138): W.D. Boyce 1973- (138) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 4/1/1973 | 1/1/1974 |
| W.D. Boyce (138): W.D. Boyce 1973- (138) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| W.D. Boyce (138): W.D. Boyce 1973- (138) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 22 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| W.D. Boyce (138): W.D. Boyce 1973- (138) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| W.D. Boyce (138): W.D. Boyce 1973- (138) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| W.D. Boyce (138): W.D. Boyce 1973- (138) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| W.D. Boyce (138): W.D. Boyce 1973- (138) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219968 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| W.D. Boyce (138): W.D. Boyce 1973- (138) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| W.D. Boyce (138): W.D. Boyce 1973- (138) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Washington Crossing (777): Bucks County 1927-2015 (777) | Aetna Casualty and Surety Company | Unknown | 1/1/1964 | 1/1/1965 | 1/1/1964 | 1/1/1965 |
| Washington Crossing (777): Bucks County 1927-2015 (777) | American Casualty Company of Reading, Pennsylvania | CCP 903 04 46 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Washington Crossing (777): Bucks County 1927-2015 (777) | Continental Casualty Company | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Washington Crossing (777): Bucks County 1927-2015 (777) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Washington Crossing (777): Bucks County 1927-2015 (777) | Continental Casualty Company | CCP 191 05 38 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Washington Crossing (777): Bucks County 1927-2015 (777) | Continental Casualty Company | RDU 9998388 | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Washington Crossing (777): Bucks County 1927-2015 (777) | Continental Casualty Company | CCP 244 22 48 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Washington Crossing (777): Bucks County 1927-2015 (777) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Washington Crossing (777): Bucks County 1927-2015 (777) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 33 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Washington Crossing (777): Bucks County 1927-2015 (777) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Washington Crossing (777): Bucks County 1927-2015 (777) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220088 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Washington Crossing (777): Bucks County 1927-2015 (777) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Washington Crossing (777): Bucks County 1927-2015 (777) | Maryland Casualty Company | Unknown | 3/1/1977 | 1/1/1978 | 3/1/1977 | 1/1/1978 |
| Water and Woods FSC (782): Water and Woods FSC (782) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Water and Woods FSC (782): Water and Woods FSC (782) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Water and Woods FSC (782): Water and Woods FSC (782) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Water and Woods FSC (782): Water and Woods FSC (782) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| West Tennessee Area (559): West Tennessee Area (559) | Insurance Company of North America | SBL 3 95 48 | 5/29/1968 | 5/29/1969 | 5/29/1968 | 5/29/1969 |
| West Tennessee Area (559): West Tennessee Area (559) | Insurance Company of North America | SBL 3 95 54 | 5/29/1969 | 5/29/1970 | 5/29/1969 | 5/29/1970 |
| West Tennessee Area (559): West Tennessee Area (559) | Insurance Company of North America | Unknown | 5/29/1970 | 5/29/1971 | 5/29/1970 | 5/29/1971 |
| West Tennessee Area (559): West Tennessee Area (559) | Insurance Company of North America | Unknown | 5/29/1971 | 1/1/1972 | 5/29/1971 | 1/1/1972 |
| West Tennessee Area (559): West Tennessee Area (559) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| West Tennessee Area (559): West Tennessee Area (559) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/29/1972 | 1/1/1973 |
| West Tennessee Area (559): West Tennessee Area (559) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| West Tennessee Area (559): West Tennessee Area (559) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| West Tennessee Area (559): West Tennessee Area (559) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| West Tennessee Area (559): West Tennessee Area (559) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| West Tennessee Area (559): West Tennessee Area (559) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| West Tennessee Area (559): West Tennessee Area (559) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 65 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| West Tennessee Area (559): West Tennessee Area (559) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| West Tennessee Area (559): West Tennessee Area (559) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| West Tennessee Area (559): West Tennessee Area (559) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| West Tennessee Area (559): West Tennessee Area (559) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220287 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| West Tennessee Area (559): West Tennessee Area (559) | Continental Casualty Company | CCP 3036625 | 4/1/1977 | 4/1/1978 | 4/1/1977 | 4/1/1978 |
| Westark Area (016): Westark Area (016) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 10/1/1972 | 1/1/1973 |
| Westark Area (016): Westark Area (016) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 10/1/1972 | 1/1/1973 |
| Westark Area (016): Westark Area (016) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Westark Area (016): Westark Area (016) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Westark Area (016): Westark Area (016) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Westark Area (016): Westark Area (016) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Westark Area (016): Westark Area (016) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Westark Area (016): Westark Area (016) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Westark Area (016): Westark Area (016) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Westark Area (016): Westark Area (016) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 23 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Westark Area (016): Westark Area (016) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Westark Area (016): Westark Area (016) | New Hampshire Insurance Company | GLA 332338 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Westark Area (016): Westark Area (016) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Westark Area (016): Westark Area (016) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219872 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Westchester-Putnam (388): Hutchinson River 1962-1973 (401) | Aetna Casualty and Surety Company | Unknown | 1/1/1953 | 1/1/1954 | 1/1/1953 | 1/1/1954 |
| Westchester-Putnam (388): Hutchinson River 1962-1973 (401) | Aetna Casualty and Surety Company | Unknown | 1/1/1954 | 1/1/1955 | 1/1/1954 | 1/1/1955 |
| Westchester-Putnam (388): Hutchinson River 1962-1973 (401) | Aetna Casualty and Surety Company | Unknown | 1/1/1955 | 1/1/1956 | 1/1/1955 | 1/1/1956 |
| Westchester-Putnam (388): Hutchinson River 1962-1973 (401) | Aetna Casualty and Surety Company | Unknown | 1/1/1956 | 1/1/1957 | 1/1/1956 | 1/1/1957 |
| Westchester-Putnam (388): Hutchinson River 1962-1973 (401) | Aetna Casualty and Surety Company | Unknown | 1/1/1957 | 1/1/1958 | 1/1/1957 | 1/1/1958 |
| Westchester-Putnam (388): Hutchinson River 1962-1973 (401) | Aetna Casualty and Surety Company | Unknown | 1/1/1958 | 1/1/1959 | 1/1/1958 | 1/1/1959 |
| Westchester-Putnam (388): Hutchinson River 1962-1973 (401) | Aetna Casualty and Surety Company | Unknown | 1/1/1959 | 1/1/1960 | 1/1/1959 | 1/1/1960 |
| Westchester-Putnam (388): Hutchinson River 1962-1973 (401) | Aetna Casualty and Surety Company | Unknown | 1/1/1960 | 1/1/1961 | 1/1/1960 | 1/1/1961 |
| Westchester-Putnam (388): Hutchinson River 1962-1973 (401) | Aetna Casualty and Surety Company | Unknown | 1/1/1961 | 1/1/1962 | 1/1/1961 | 1/1/1962 |
| Westchester-Putnam (388): Hutchinson River 1962-1973 (401) | Aetna Casualty and Surety Company | Unknown | 1/1/1962 | 1/1/1963 | 1/1/1962 | 1/1/1963 |
| Westchester-Putnam (388): Hutchinson River 1962-1973 (401) | Aetna Casualty and Surety Company | Unknown | 1/1/1963 | 1/1/1964 | 1/1/1963 | 1/1/1964 |
| Westchester-Putnam (388): Hutchinson River 1962-1973 (401) | Aetna Casualty and Surety Company | Unknown | 1/1/1964 | 1/1/1965 | 1/1/1964 | 1/1/1965 |
| Westchester-Putnam (388): Hutchinson River 1962-1973 (401) | Aetna Casualty and Surety Company | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Westchester-Putnam (388): Hutchinson River 1962-1973 (401) | Aetna Casualty and Surety Company | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Westchester-Putnam (388): Hutchinson River 1962-1973 (401) | Aetna Casualty and Surety Company | Unknown | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Westchester-Putnam (388): Siwanoy 1922-1958 (401) | Travelers Indemnity Company | Unknown | 8/1/1950 | 8/1/1951 | 8/1/1950 | 8/1/1951 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Insurance Company of North America | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Insurance Company of North America | XBC 27296 | 6/1/1968 | 6/1/1969 | 6/1/1968 | 6/1/1969 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Aetna Casualty and Surety Company | 74AL141036 | 2/1/1969 | 2/1/1970 | 2/1/1969 | 2/1/1970 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Insurance Company of North America | XBC 27379 | 6/1/1969 | 6/1/1970 | 6/1/1969 | 6/1/1970 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Aetna Casualty and Surety Company | 74AL141036 | 2/1/1970 | 2/1/1971 | 2/1/1970 | 2/1/1971 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Insurance Company of North America | XBC 27487 | 6/1/1970 | 6/1/1971 | 6/1/1970 | 6/1/1971 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Hartford Fire Insurance Company | 02 SMP 111101 | 1/20/1976 | 1/20/1977 | 1/20/1976 | 1/20/1977 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Hartford Fire Insurance Company | 02 SMP 111101 | 1/20/1977 | 1/20/1978 | 1/20/1977 | 1/20/1978 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Hartford Fire Insurance Company | 02 SMP 111101 | 1/20/1978 | 1/20/1979 | 1/20/1978 | 1/20/1979 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Hartford Fire Insurance Company | 02 SMP 117538 | 1/20/1979 | 1/20/1980 | 1/20/1979 | 1/20/1980 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Hartford Fire Insurance Company | 02 SMP 117538 | 1/20/1980 | 1/20/1981 | 1/20/1980 | 1/20/1981 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Hartford Fire Insurance Company | 02 SMP 117538 | 1/20/1981 | 1/20/1982 | 1/20/1981 | 1/20/1982 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Hartford Casualty Insurance Company | 02 SMP 118672 | 1/20/1982 | 1/20/1983 | 1/20/1982 | 1/20/1983 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Hartford Casualty Insurance Company | 02 SMP 118672 | 1/20/1983 | 1/20/1984 | 1/20/1983 | 1/20/1984 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Hartford Casualty Insurance Company | 02 SMP WC7495 | 1/20/1984 | 1/20/1985 | 1/20/1984 | 1/20/1985 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Hartford Casualty Insurance Company | 02 SMP 118672 | 1/20/1984 | 1/20/1985 | 1/20/1984 | 1/20/1985 |
| Westchester-Putnam (388): Washington Irving 1951-1973 (388) | Hartford Casualty Insurance Company | 02 UUC NW2936 | 1/20/1985 | 1/20/1986 | 1/20/1985 | 1/20/1986 |
| Westchester-Putnam (388): Westchester-Putnam 1973- (388) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Westchester-Putnam (388): Westchester-Putnam 1973- (388) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 79 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Westchester-Putnam (388): Westchester-Putnam 1973- (388) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Westchester-Putnam (388): Westchester-Putnam 1973- (388) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Westchester-Putnam (388): Westchester-Putnam 1973- (388) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220033 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Westchester-Putnam (388): Westchester-Putnam 1973- (388) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Western Los Angeles County (051): Great Western 1972-1985 (051) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Western Los Angeles County (051): Great Western 1972-1985 (051) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Western Los Angeles County (051): Great Western 1972-1985 (051) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 69 58 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Western Los Angeles County (051): Great Western 1972-1985 (051) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Western Los Angeles County (051): Great Western 1972-1985 (051) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Western Los Angeles County (051): Great Western 1972-1985 (051) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Western Los Angeles County (051): Great Western 1972-1985 (051) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Western Los Angeles County (051): Great Western 1972-1985 (051) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219906 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Western Los Angeles County (051): San Fernando Valley 1923-1972 (050) | Zurich Insurance Company | 80-39-959 | 7/19/1960 | 7/19/1961 | 7/19/1960 | 7/19/1961 |
| Western Los Angeles County (051): San Fernando Valley 1923-1972 (050) | Insurance Company of North America | XCP 6616 | 7/1/1970 | 7/1/1971 | 7/1/1970 | 7/1/1971 |
| Western Los Angeles County (051): San Fernando Valley 1923-1972 (050) | Insurance Company of North America | SBL 5 14 06 | 7/1/1970 | 7/1/1971 | 7/1/1970 | 7/1/1971 |
| Western Los Angeles County (051): San Fernando Valley 1923-1972 (050) | Insurance Company of North America | SBL 5 14 06 | 7/1/1971 | 7/1/1972 | 7/1/1971 | 7/1/1972 |
| Western Los Angeles County (051): San Fernando Valley 1923-1972 (050) | Insurance Company of North America | XCP 6616 | 7/1/1971 | 7/1/1972 | 7/1/1971 | 7/1/1972 |
| Western Los Angeles County (051): San Fernando Valley 1923-1972 (050) | Insurance Company of North America | XCP 6616 | 7/1/1972 | 8/7/1972 | 7/1/1972 | 8/7/1972 |
| Western Los Angeles County (051): San Fernando Valley 1923-1972 (050) | Insurance Company of North America | SBL 5 14 06 | 7/1/1972 | 8/7/1972 | 7/1/1972 | 8/7/1972 |
| Western Los Angeles County (051): Western Los Angeles County (051) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Western Los Angeles County (051): Western Los Angeles County (051) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Western Los Angeles County (051): Western Los Angeles County (051) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Western Los Angeles County (051): Western Los Angeles County (051) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Western Massachusetts (234): Great Trails 1969-2008 (243) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Western Massachusetts (234): Great Trails 1969-2008 (243) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Western Massachusetts (234): Great Trails 1969-2008 (243) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Western Massachusetts (234): Great Trails 1969-2008 (243) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Western Massachusetts (234): Pioneer Valley 1960-2008 (234) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Western Massachusetts (234): Pioneer Valley 1960-2008 (234) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Western Massachusetts (234): Pioneer Valley 1960-2008 (234) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |

133

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Western Massachusetts (234): Pioneer Valley 1960-2008 (234) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Western Massachusetts (234): Pioneer Valley 1960-2008 (234) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Western Massachusetts (234): Pioneer Valley 1960-2008 (234) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Western Massachusetts (234): Pioneer Valley 1960-2008 (234) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 84 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Western Massachusetts (234): Pioneer Valley 1960-2008 (234) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Western Massachusetts (234): Pioneer Valley 1960-2008 (234) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Western Massachusetts (234): Pioneer Valley 1960-2008 (234) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220135 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | Insurance Company of North America | GLP-4-39-53 | 5/14/1967 | 5/14/1968 | 5/14/1967 | 5/14/1968 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | Insurance Company of North America | GLP-17-15-33 | 5/14/1968 | 5/14/1969 | 5/14/1968 | 5/14/1969 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | Insurance Company of North America | Unknown | 5/14/1969 | 5/14/1970 | 5/14/1969 | 5/14/1970 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | Insurance Company of North America | Unknown | 5/14/1970 | 5/14/1971 | 5/14/1970 | 5/14/1971 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | Insurance Company of North America | Unknown | 5/14/1971 | 1/1/1972 | 5/14/1971 | 1/1/1972 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1972 | 1/1/1973 | 5/14/1972 | 1/1/1973 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1972 | 1/1/1973 | 5/14/1972 | 1/1/1973 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 36 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | New Hampshire Insurance Company | Unknown | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Westmoreland-Fayette (512): Westmoreland-Fayette (512) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220091 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Winnebago (173): Winnebago 1937- (173) | Insurance Company of North America | CLP-10-11-88 | 4/6/1966 | 4/6/1967 | 4/6/1966 | 4/6/1967 |
| Winnebago (173): Winnebago 1937- (173) | Insurance Company of North America | GAL-2-42-19 | 4/6/1967 | 4/6/1968 | 4/6/1967 | 4/6/1968 |
| Winnebago (173): Winnebago 1937- (173) | Insurance Company of North America | GAL-23819 | 4/6/1968 | 4/6/1969 | 4/6/1968 | 4/6/1969 |
| Winnebago (173): Winnebago 1937- (173) | Insurance Company of North America | GAL 9 51 19 | 4/6/1969 | 4/6/1970 | 4/6/1969 | 4/6/1970 |
| Winnebago (173): Winnebago 1937- (173) | Insurance Company of North America | GAL 96141 | 4/6/1970 | 4/6/1971 | 4/6/1970 | 4/6/1971 |
| Winnebago (173): Winnebago 1937- (173) | Insurance Company of North America | SBL 52141 | 4/6/1971 | 11/1/1971 | 4/6/1971 | 11/1/1971 |
| Winnebago (173): Winnebago 1937- (173) | Insurance Company of North America | Unknown | 11/1/1971 | 11/1/1972 | 11/1/1971 | 11/1/1972 |
| Winnebago (173): Winnebago 1937- (173) | Insurance Company of North America | Unknown | 11/1/1972 | 1/1/1973 | 11/1/1972 | 1/1/1973 |
| Winnebago (173): Winnebago 1937- (173) | Insurance Company of North America | Unknown | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Winnebago (173): Winnebago 1937- (173) | Insurance Company of North America | Unknown | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Winnebago (173): Winnebago 1937- (173) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Winnebago (173): Winnebago 1937- (173) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 70 44 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Winnebago (173): Winnebago 1937- (173) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Winnebago (173): Winnebago 1937- (173) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Winnebago (173): Winnebago 1937- (173) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Winnebago (173): Winnebago 1937- (173) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1219990 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Yocona Area (748): Yocona Area (748) | American Home Fire Assurance Company | Unknown | 2/1/1942 | 2/1/1943 | 2/1/1942 | 2/1/1943 |
| Yocona Area (748): Yocona Area (748) | American Home Fire Assurance Company | Unknown | 2/1/1943 | 2/1/1944 | 2/1/1943 | 2/1/1944 |
| Yocona Area (748): Yocona Area (748) | American Home Fire Assurance Company | Unknown | 2/1/1944 | 2/1/1945 | 2/1/1944 | 2/1/1945 |
| Yocona Area (748): Yocona Area (748) | American Home Fire Assurance Company | Unknown | 2/1/1945 | 2/1/1946 | 2/1/1945 | 2/1/1946 |
| Yocona Area (748): Yocona Area (748) | Insurance Company of North America | Unknown | 1/1/1965 | 1/1/1966 | 1/1/1965 | 1/1/1966 |
| Yocona Area (748): Yocona Area (748) | Insurance Company of North America | Unknown | 1/1/1966 | 1/1/1967 | 1/1/1966 | 1/1/1967 |
| Yocona Area (748): Yocona Area (748) | Insurance Company of North America | Unknown | 1/1/1967 | 1/1/1968 | 1/1/1967 | 1/1/1968 |
| Yocona Area (748): Yocona Area (748) | Insurance Company of North America | Unknown | 1/1/1968 | 1/1/1969 | 1/1/1968 | 1/1/1969 |
| Yocona Area (748): Yocona Area (748) | Insurance Company of North America | Unknown | 1/1/1969 | 1/1/1970 | 1/1/1969 | 1/1/1970 |
| Yocona Area (748): Yocona Area (748) | Insurance Company of North America | SBL 51310 | 1/1/1970 | 1/1/1971 | 1/1/1970 | 1/1/1971 |

| Current Council: Predecessor Council | Carrier | Policy Number | Start Date | End Date | Council Start Date[1] | Council End Date |
|---|---|---|---|---|---|---|
| Yocona Area (748): Yocona Area (748) | Insurance Company of North America | SBL 51310 | 1/1/1971 | 1/1/1972 | 1/1/1971 | 1/1/1972 |
| Yocona Area (748): Yocona Area (748) | Insurance Company of North America | SBL 51310 | 1/1/1972 | 1/1/1973 | 1/1/1972 | 1/1/1973 |
| Yocona Area (748): Yocona Area (748) | Hartford Accident and Indemnity Company | 10HUA43302 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Yocona Area (748): Yocona Area (748) | Hartford Accident and Indemnity Company | 10CA43303 | 1/1/1973 | 1/1/1974 | 1/1/1973 | 1/1/1974 |
| Yocona Area (748): Yocona Area (748) | Hartford Accident and Indemnity Company | 10HUA43331 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Yocona Area (748): Yocona Area (748) | Hartford Accident and Indemnity Company | 10CA43329 | 1/1/1974 | 1/1/1975 | 1/1/1974 | 1/1/1975 |
| Yocona Area (748): Yocona Area (748) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Yocona Area (748): Yocona Area (748) | New Hampshire Insurance Company | Unknown | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Yocona Area (748): Yocona Area (748) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Yocona Area (748): Yocona Area (748) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 71 10 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Yocona Area (748): Yocona Area (748) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Yocona Area (748): Yocona Area (748) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Yocona Area (748): Yocona Area (748) | New Hampshire Insurance Company | GLA 332341 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Yocona Area (748): Yocona Area (748) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220160 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Yucca (573): Yucca (573) | Hartford Accident and Indemnity Company | 10CA43342E | 1/1/1975 | 1/1/1976 | 1/1/1975 | 1/1/1976 |
| Yucca (573): Yucca (573) | American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Yucca (573): Yucca (573) | National Union Fire Insurance Company of Pittsburgh, PA | BE121 73 77 | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Yucca (573): Yucca (573) | Hartford Accident and Indemnity Company | 10CA43349E | 1/1/1976 | 1/1/1977 | 1/1/1976 | 1/1/1977 |
| Yucca (573): Yucca (573) | National Union Fire Insurance Company of Pittsburgh, PA | BE 1220208 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |
| Yucca (573): Yucca (573) | American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | 1/1/1977 | 1/1/1978 |

[1] Certain limits incorporate assumptions or are extrapolated from other known coverage.

## LOCAL COUNCIL POLICIES

**SCHEDULE 4**

**OIL AND GAS INTERESTS**

## OIL AND GAS INTERESTS

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| ARKANSAS | COLUMBIA | COLUMBIA CO AR MI<br> SEC 16-17S-22W: W/2 NW/4 NW/4, 20 ACS<br> SEC 17-17S-22W: E/2<br>NW/4 NE/4, 20 ACS<br> SALT WATER ROYALTY- CONTRACT<br> # 08178068 DATED 01/16/80 (ALBEMARLE)<br> SWD BRINE LEASE | MINERAL INTEREST | PRODUCING |
| LOUISIANA | CLAIBORNE | CLAIBORNE PA LA MI<br>SEC 5-22N-6W: NE/4, NW/4 NE/4, 200 ACS<br>SEC. 4-22N-6W: W/2NW/4, NW/4 SE/4, NW/4, 280 ACS<br>G.W. TIGNER #2<br>.0091146 RI | MINERAL INTEREST | PRODUCING |
| LOUISIANA | CLAIBORNE | CLAIBORNE PA LA MI<br>SEC 4-22N-6W: NW/4, 160 ACS<br>SEC 5-22N-6W: NE/4, 160 ACS<br>MOWER 1 .00607638 RI | MINERAL INTEREST | PRODUCING |
| LOUISIANA | CONCORDIA | CONCORDIA/TENSAS PARISH LA 1/3 MI, SEC 1-9N-10E,<br>SEC 2 9N-10E, SEC 51 9N-10E, 275 ACS,<br>20 ACS GIN HOUSE TRACT TENSAS PARISH LA<br>BAYOU L'ARGENT ADDITIONAL PROPERTY TO<br>ACCOUNT, ANCILLARY SUCCESSION DATED<br>MAY 7, 1983, BOOK 226 PG 49 | MINERAL INTEREST | PRODUCING |
| LOUISIANA | TENSAS | TENSAS PH LA .001109 RI<br>LAKE ST JOHN UNIT TR 116, 117, 119<br>121, 128, 140, 193,216, 219, 221, 222, 223<br>230, 239, 240, 249, 303, 304, 416, 417, 419<br>421,428VA<br>RIOUS RI INTEREST<br>LAKE ST JOHN UNIT<br>DENBURY (PAYS ON DEEP RIGHTS) ; MCGOWAN<br>OPERATING (PAYS ON SHALLOW RIGHTS) | ROYALTY INTEREST | PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 12-20N-6W: W/2, 320 ACS<br>SEC 11-20N-6W: E/2, 320 ACS<br>STATE<br>WINTERFIELD 2-12 | ROYALTY INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 30-20N-6W: S/2<br>SEC 31-20N-6W: N/2<br>WINTERFIELD #2-31 .0035888 RI | ROYALTY INTEREST | PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br> SEC 7-20N-5W: W/2<br> SEC 12-20N-6W: E/2<br> STATE WINTERFIELD 1-12REG# 8550 | ROYALTY INTEREST | PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 19-20N-6W: SE/4 SE/4, 40 ACS<br>SEC 29-20N-6W: W/2, W/2 NE/4,<br>SEC 31-20N-6W: ALL, EXC SW/4 SW/4,<br>SEC 20-20N-6W: SW, SWSE,<br>SEC 30-20N-6W:ALL,<br>SEC 32-20N-6W: W/2 W/2<br>WINTERFIELD TOWNSHIP,<br>WINTERFIELD RICHFIELD UNIT | MINERAL INTEREST | PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 12-20N-6W: NE/4, 160 ACS<br>H TOPE #4  .002927 RI | ROYALTY INTEREST | PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br> SEC 1,2,11,12-T20-R6W: WINTERFIELD TOWNSHIP<br> CRANBERRY LAKE RICHFIELD UNIT .00046112 RI | MINERAL INTEREST | PRODUCING |
| MICHIGAN | MIDLAND | MIDLAND CO MI MI<br>SEC 28-15N-2E: NW/4 NE/4, 40 ACS<br>WASKEVICH 1-28 E .0131844 RI | ROYALTY INTEREST | PRODUCING |
| MICHIGAN | MISSAUKEE | MISSAUKEE CO MI MI<br> SEC 35-22N-6W: N/2,  BUNING A UNIT<br> SEC 26-22N-6W: S/2 SW/4, REAMES UNIT<br> SEC 26-22N-6W: SW/4 SE/4, WING UNIT<br> UNITIZED INTO PROSPER DUNDEE UNIT .0167808 RI | ROYALTY INTEREST | PRODUCING |
| MICHIGAN | MISSAUKEE | MISSSAUKEE CO MI, MI<br>SEC 36; T22N-R6W, SE/4 NW/4 &<br>SEC 26; T22N-R6W, SW/4 SE/4<br>AETNA TOWNSHIP<br>WING 2, .01996874 RI | ROYALTY INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| MICHIGAN | OSCEOLA | OSCEOLA CO MI<br>TR 1: SW4 SW4 & W2 SE4 SEC 17-18N-10W;<br>TR 3: E2 NW4 & NW4 NE4SEC19-18N-10W;<br>TR 5: W2 NW4 SEC 20-18N-10W<br>REED CITY UNIT-<br>(TR1) .00051560 RI<br>(TR3) .00151566 RI<br>(TR5) .00281254 RI | ROYALTY INTEREST | PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 28-18N-9W: S2 NE, N2 NESE & SESE<br>ZIMMERMAN .0087892 RI | ROYALTY INTEREST | PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 28-18N-9W: S2 & NESE<br>ZIMMERMAN A1 & B .0087892 RI | ROYALTY INTEREST | PRODUCING |
| NEW MEXICO | EDDY | EDDY CO NM .0003906 ORISEC 17-19S-29ESOUTHWEST<br>ROYALTIES-UNION TEXAS STATE 1;SEC 6-23S-25E<br>(ROCK TANK UNIT) .00002697 ORI | OVERRIDING ROYALTY | PRODUCING |
| OKLAHOMA | BEAVER | BEAVER CO OK<br>SEC 17-4N-25ECM: ALL<br>EVANS UNIT .0008136 ORRI | OVERRIDING ROYALTY | PRODUCING |
| OKLAHOMA | BEAVER | BEAVER CO OK<br>SEC 29-6N-22 ECM: SE/4 & E/2 SW/4<br>PREWITT GAS UNIT .0001196 ORRI | OVERRIDING ROYALTY | PRODUCING |
| OKLAHOMA | BEAVER | BEAVER CO OK<br>SEC 17-4N-25EM: ALL<br>LEROY 1-17 .000824 ORRI | OVERRIDING ROYALTY | PRODUCING |
| OKLAHOMA | ELLIS | ELLIS CO OK 1/4 MI<br>SEC 18-19N-21W: W/2 W/2<br>AKA LOT 1 OF 36.9 ACS LOT 2, 37.13ACS<br>LOT 3 OF 37.36 ACS LOT 4 37.58 ACS<br>CORAM "B" .00740197 RI | MINERAL INTEREST | PRODUCING |
| OKLAHOMA | ELLIS | ELLIS CO OK 1/4 MI<br>SEC 5-19N-23W: SW/4<br>ANNE 5-1 .00778984 RI | MINERAL INTEREST | PRODUCING |

3

| State | County | Legal Description | Interest Type | Status |
|---|---|---|---|---|
| OKLAHOMA | ELLIS | ELLIS CO OK<br>SEC 6-19N-23W: NW/4<br>SEC 8-19N-23W: N/2 NE/4<br>SEC 13-19N-22W: S/2<br>SEC 17-19N-23W: SE/4<br>SEC 14-19N-22W: E/2 E/2<br>SEC 23-19N-22W: S/2 SE/4,<br>SEC 24-19N-22W: NW/4 | MINERAL INTEREST | PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>G W TUGGLE SVY A-771 &<br>WILLIAM WRIGHT SVY A-798, 111.93 ACS<br>HUMBLE-NECHES UNIT<br>NECHES SUB CLARKVILLE UNIT TR 30 | MINERAL INTEREST | PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>F CURBIER SVY A-221, 148 ACS<br>TODD .00156226 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>ALFRED BENGE A-106 &<br>JOSE CHREINO SVY A-168, 157.050 ACS<br>FAIRWAY JAMES LIME UNIT TR 853 | MINERAL INTEREST | PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>JOHN FERGUSON SVY A-22<br>JOSEPH FERGUSON SVY A-23, 156.551 ACS<br>FAIRWAY JAMES LIME UNIT TR 661 | MINERAL INTEREST | PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>JOSE CHERINO SVY A-168, 158.94 ACS<br>FAIRWAY JAMES LIME UNITTR 756 | MINERAL INTEREST | PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>JOSE CHERINO SVY A-168, 159.959 ACS<br>FAIRWAY JAMES LIME UNIT<br>TR 758 & TR 856 | MINERAL INTEREST | PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>JOSEPH FERGUSON SVY A-23, 152.73 ACS<br>FAIRWAY JAMES LIME UNIT TR 759 | MINERAL INTEREST | PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>JOSE CHERINO SVY A-168, 133.698 ACS<br>FAIRWAY JAMES LIME UNIT<br>TR 858 | MINERAL INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>JOSE CHERINO A-168, 160 ACS<br>FAIRWAY JAMES LIME UNIT TR 855 | MINERAL INTEREST | PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>JOHN FERGUSON SVY A-22, 99.76 ACS<br>FAIRWAY JAMES LIME UT TR663<br>J M COOK SVY A-972 &<br>JOSEPH FERGUSON A-23, 156.599 ACS<br>FAIRWAY JAMESLIME UTTR 860 | MINERAL INTEREST | PRODUCING |
| TEXAS | ANDREWS | ANDREWS CO TX MI<br>SEC 4 BLK A-35 PSL SVY A-950: NE/4, 160 ACS<br>YATES FORMATION,<br>M. GROOM<br>GROOM 0.000868 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | ANDREWS | ANDREWS CO TX MI<br>SEC 4 BLK A-35 PSL SVY A-950: E/2, 320 ACS<br>SEC 7 BLK A-35 PSL SVY A-951: NE/4, 160 ACS<br>J. CLEO THOMPSON-WEST MEANS<br>GRAYSBURG-SAN ANDRES UNIT .0017360 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | BORDEN | BORDEN CO TX MI<br>320 ACS, 40 ACS OF 214.9 LOCATED IN<br>E/2 SEC 69 BLK20 LAVACA NAVIGA SVY<br>SOUTH LAKE THOMAS 69 -B3- RRC 68663 | MINERAL INTEREST | PRODUCING |
| TEXAS | BORDEN | BORDEN CO TX MI<br>SEC 80 BLK 20 LAVACA NAV<br>JOANN .015625 RI (RRC 64823) | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI J C WALKER SVY, 309.73 ACS | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX 9.398 MI<br>56.39 ACS OUT OF J P COLE SVY, A-12<br>DESCRIBED IN DEED DTD 3/12/1999 FROM<br>ALTA MAE KEMP TO SANDRA G. JACKSON<br>RECORDED IN VOL. 499, PG 214 | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>LEMUEL MOORE SVY, 15.95 ACS<br>YEZAK | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>IGN CO SVY<br>COFFIELD B-10 ETAL .0625 RI | MINERAL INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | BURLESON | BURLESON CO TX MIHENRY MARTIN SVY A-185COFFIELD M-2 (RRC 71500) & (RRC 23057).064375 RI & .01072916 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>J C WALKER SVY<br>COFFIELD B-7A "A"<br>.0625 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>ABNER SMITH SVY<br>COFFIELD B-4  .0625 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI 20 ACRES M/L<br>E SANTE SVY, A-210 & ABNER SMITH SVY, A-209<br>COFFIELD-RUSSELL UNIT (RRC 10994)<br>.01041666 ORI & .02083332 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>SMITH SVY<br>COFFIELD-SHAW<br>.046875 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>SMITH SVY<br>COFFIELD-SMITH A,C,D<br>.0625 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>J S WINSTON SVY A-251<br>COFFIELD-WINSTON A & B .0625 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX 9.6933 MI<br>58.16 ACS, J P COLE SVY A-12<br>DESCRIBED IN DEED DTD 10/26/1949<br>FROM ROBERT KEMP ETAL TO ALMA DAVIS<br>RECORDED IN VOL. 106, PG 133 | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>MOSES CUMMINGS SVY A-16, 200 ACS | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>J M SANCHES SVY A-55<br>KNESEK-FINLEY UNIT #1<br>.00165126 RI | MINERAL INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | BURLESON | BURLESON CO TX MI<br>MOSES CUMMINGS SVY A-16, 455.852 ACS<br>LOUISE PORTER 1-H .0020466 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX .1875 MI<br>HUGH MCKEEN SVY<br>STANLEY A .125 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>MARY CARNAGHAN SVY A-8<br>STORM UNIT (RRC 23276)<br>.01841214 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>H COVINGTON SVY A-14<br>CHARLES MATTHEWS SVYA-40, 488.882 ACS<br>COLLEY-TREYBIG UNIT 1RE | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>SEC 9 A SMITH SVY A-209<br>RECORDED VOL 21 PAGE 652<br>COFFIELD-SMITH "E" AND "F"<br>.0625 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>MOSES CUMMINGS SVY A-16, 360 ACS<br>KOVAR-PORTER .0020932 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>E SANTE SVY A-317 & A-210<br>COFFIELD B UNIT(RRC 10378) TR 17,39 ACS<br>.0416666 RI & .02083332 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>E SANTE SVY A-210, 40.25 ACS<br>COFFIELD "E"  RRC 10227<br>.0416666 RI  & .02083332 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX  MI<br>E. SANTE SVY A-210<br>COFFIELD (RRC 4390) NR<br>.0416666 RI & .02083332 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MIE. SANTE SVY A-210COFFIELD "A"<br>(RRC 04396).0416666 RI & .02083332 ORI | MINERAL INTEREST | PRODUCING |

7

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | BURLESON | BURLESON CO TX MI<br>E SANTE SVY A-210: 46 ACS<br>COFFIELD W (C2475) RRC 4365<br>.0416666 RI & .02083332 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON & MILAM CO TX MI<br>SANTE SVY A-272<br>HENRY MARTIN SVY A-125, 40 ACS<br>COFFIELD -C- (RRC 04332)<br>.0416666RI & .02083332 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>E SANTE SVY A-210: 40 ACS<br>H H COFFIELD (RRC 03979)<br>.0416666RI & .03116822 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX  MI<br>E SANTE SVY A-210<br>COFFIELD 2A9 UNIT<br>.0416666 ORI & .02083332 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>39.2 ACS BEING A TRACT OF LAND OUT<br>OF THE E. SANTE SVY, A-210 (RRC 10446)<br>COFFIELD "G" .0416666 RI & .02083332 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | CALDWELL | CALDWELL CO TX 1/32 ORI<br>30 ACES IN THE GERRON HINDS LEAGUE, A-13<br>TILLER UNIT (VARIOUS INTEREST) .02083332 ; .00260966 | OVERRIDING<br>ROYALTY | PRODUCING |
| TEXAS | CHEROKEE | CHREOKEE CO TX MI<br>HERDON SVY & LEVI JORDAN SVY<br>AND J. H. ARMSTRONG, A-69<br>SALLI D. WHITEMAN #2  .00018606 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | CHEROKEE | CHEROKEE CO TX MI<br>LEVI JORDAN LGE A-28, 649 ACS<br>J O HUGGINS GU -1- 0.00017358<br>RI | MINERAL INTEREST | PRODUCING |
| TEXAS | COLORADO | COLORADO CO TX MI<br>T P ANDERSON SVY A-54<br>C SIMON SVY A-502<br>R WEED A-598 | MINERAL INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | CROCKETT | CROCKETT CO TX 45/2460 X1/16 MI<br>SEC 4 CHAMBERS CSL A-1689, 4428 ACS<br>CHAMBERSCO SCHOOL LANDS .0003811 RI<br>MIDWAY LANE 1100 UNIT (RRC 5579)<br>MIDWAY LANE 1050 UNIT<br>MIDWAY LANE 850 | MINERAL INTEREST | PRODUCING |
| TEXAS | DE WITT | DE WITT CO TX  1/8 MI<br>JAMES DUFF LGE A-153, 236.3 ACS<br>E C SCHAEFER .0104166 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | DE WITT | DE WITT CO TX 7.5/103 RI<br>JAMES MAY 1/4 LGE, 103 ACS<br>LTD TO DEPTHS 100' BELOW ALVES WELLS<br>HENSON 1H, 2H, 3H  .00089188 RI | ROYALTY INTEREST | PRODUCING |
| TEXAS | DIMMIT | DIMMIT CO TX 1/3 MI<br>SEC 57 LOT 8 BLK 2 SUBD A<br>T&NO SVY A-758, 40 ACS | MINERAL INTEREST | PRODUCING |
| TEXAS | DIMMIT | DIMMIT CO TX NPRI<br>SEC 140 & 502, 1136.5 ACS<br>RAY MORRIS | ROYALTY INTEREST | PRODUCING |
| TEXAS | DIMMIT | DIMMIT CO TX 1/6 NPRI<br>SEC 7 GC&SF SVY A-1201<br>DIAMOND H RANCH 1-H<br>.08333334 RI | ROYALTY INTEREST | PRODUCING |
| TEXAS | DIMMIT | DIMMIT CO TX MI<br>40 ACS, SEC 68 LOT 16 BLK 2<br>VANDERVOORT SVY A-1238 | MINERAL INTEREST | PRODUCING |
| TEXAS | DIMMIT | DIMMIT CO TX 1/3 MI<br>LOT 7 BLK 175 SVY<br>CATARINA FARMS SUBD, 200 ACS<br>LOT 7 T&NORR CO/CASSIN,W A-1077<br>BRISCOE B #11 | ROYALTY INTEREST | PRODUCING |
| TEXAS | DIMMIT | DIMMIT CO TX NPRI<br>SEC 78 BLK 2 T&NO RR CO<br>F. VANDERVOORT SVY, A-1243 | PERPETUAL NON-PARTICIPATING ROYALTY INTEREST | PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX 139 ACS<br>ROBERT G. BAUGH SVY A-12<br>TANNER UNIT .00214311 RI | MINERAL INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | FAYETTE | FAYETTE CO TX 1/4<br>ROBERT G. BAUGH SVY A-12, 139 ACS<br>JOHN VANDERWORTH LGE A-312, 237 ACS<br>SPECKELS UNIT #1 .00715 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX 1/8 MI 237 ACS<br>JOHN VANDERWORTH LGE A-312<br>PATSY UNIT .00651368RI | MINERAL INTEREST | PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX 237 ACSJOHN VANDERWORTH LGE A-312KATHY UNIT .003347 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX 1/8 MI 237 ACS<br>JOHN VANDERWORTH LGE A-312,<br>OPAL UNIT #1.00198532RI<br>(TRS 1,2 & 3) (135.32 ACS) | ROYALTY INTEREST | PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX MI 237 ACS<br>JOHN VANDERWORTH LGE A-312<br>(TRS 1-20) IVORY OIL UNIT#1 .000236 RI | ROYALTY INTEREST | PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX MI<br>W J WILLIAMSON SVY A-113<br>GARNET UNIT OL #1-H | MINERAL INTEREST | PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX<br>A. E. BAKER SVY A-8<br>JASPER UNIT .00089512 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX MI<br>J G WILKINSON SVY A-108<br>CONIE B #1 .01510722 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | GAINES | GAINES CO TX MI<br> SEC 1 BLK C-30 PSL SVY<br> SEC 2 BLK C-30 PSL,<br> SEC 4 BLK H, D&W SVY<br> SEC 10 BLK H D&W SVY<br> EXCEPT SW/4 SW/4 OF SEC 10<br> CEDAR LAKE UNIT | MINERAL INTEREST | PRODUCING |
| TEXAS | GOLIAD | GOLIAD CO TX  1/12 NPRI<br>M. G. CARICO SVY A-90, 50.6 ACS<br>ANNIE WEISE LSE .006942 RI | ROYALTY INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | GRAY | GRAY CO TX MI<br>COFFIELD 1 & 2<br>COFFIELD-GRAY, SEC.89, BLK. 23<br>H AND GN RR CO.<br>SVY.SE/4 SEC.94<br>BLK. 23 H&GN CO. SVY. | MINERAL INTEREST | PRODUCING |
| TEXAS | GRAYSON | GRAYSON CO TX 1/48 MI<br>J B MC ANAIR SVY A-763, 202 ACS<br>SHERMAN 7,500' SU (VARIOUS UNIT INT) | MINERAL INTEREST | PRODUCING |
| TEXAS | GRAYSON | GRAYSON CO TX 1/48 MI<br>J B MC ANAIR SVY A-763, 202 ACS<br>SHERMAN 8900 PENN SU<br>(VARIOUS UNIT INTEREST) | MINERAL INTEREST | PRODUCING |
| TEXAS | GREGG | GREGG CO TX 1/16 MI<br>50 ACS DOLORES SANCHEZ SVY A-186<br>C J DOLLAHITE LSE .0052086 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | GREGG | GREGG CO TX 5/16 MI<br>24.95 ACS W P CHISM SVY A-36<br>HILBURN-LLOYD "B" LSE .026042RI | MINERAL INTEREST | PRODUCING |
| TEXAS | GREGG | GREGG CO TX  1/8 MI<br>33.5 ACS JOHN RUDDLE SVY A-176<br>IRENE ZIEGLER LSE .010416 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | GREGG | GREGG CO TX 1/3 X 1/16 MI<br>52 ACS DELORES SANCHEZ SVY A-186<br>COTTON VALLEY FORMATION<br>MCKINLEY WELLS .00112332 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | GREGG | GREGG CO TX  MI<br>G W HOOPER SVY A-92<br>ALFRED JONES  .00520866 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | GREGG | GREGG CO TX MI<br>P P RAINS SVY A-258<br>A J TUTTLE GAS UT<br>.00364800 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | GREGG | GREGG CO TX MI<br>G W HOOPER SVY A-92<br>SHILOH SCHOOL 1,2,3 GU<br>.00073752 RI | MINERAL INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | GREGG | GREGG CO TX MI<br>247.5 ACS W H CASTLEBERRY SVY A-38<br>MATTIE MONCRIEF 1,2,3 | ROYALTY INTEREST | PRODUCING |
| TEXAS | HARRIS | HARRIS CO TX 1/44 X 1/8 RI<br>67.04 ACS C. GOODRICH SVY A-311<br>HULDA MARTENS .001894 RI | ROYALTY INTEREST | PRODUCING |
| TEXAS | HARRIS | HARRIS CO TX MI<br>RALPH HUBBARD SVY A-383, WM HURD SVY A-371,<br>JOSEPH MILLER SVY<br>A-50, 566.094 ACS<br>TOMBALL GAS UNIT #8 (RRC 8544)<br>.00000734 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | HARRISON | HARRISON CO TX 1/16 MI<br>252 ACS A. B. WYATT SVY A-796<br>PEARCE GAS UNIT .0030762<br>RI | MINERAL INTEREST | PRODUCING |
| TEXAS | HARRISON | HARRISON CO TX 704 ACSJOHN HUSBAND, A-297,R W<br>SMITH, A-626, AND H VARDEMAN,A-726, FRANK DAVIS<br>ESTATE DEEP GU.000423 ORI | OVERRIDING<br>ROYALTY | PRODUCING |
| TEXAS | HENDERSON | HENDERSON CO TX MI<br> STEPHEN HATTON SVY A-291<br> JOHN LAWSON SVY A-434<br> OPELIKAGAS UNIT | MINERAL INTEREST | PRODUCING |
| TEXAS | HOWARD | HOWARD CO TX MI<br>SEC 3 BLK 34 T1S T&P SVY A-405<br>SAUNDERS  -A- & -B- .0347222 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | JACK | JACK CO TX MI 1/4<br>SEC 2, S M SNODGRASS SVY, A-1314; S H TILGHMAN<br>SVY A-1724<br>TR1- 7 1/2 ACS, TR 249 ACS,<br>TR 3 40 ACS, SEC 2, TR 4 40 ACS<br>136.5 ACS L&E 20 AC<br>S VOL 79 PG 557<br>LEACH 1-A | ROYALTY INTEREST | PRODUCING |
| TEXAS | LEE | LEE CO TX 1/2 MI<br>HUMPHREY BEST SVY A-2, 103 ACS<br>USING 2 TRS OF 21.78 &24.77ACSIN<br>A 301.89 AC UNIT, GIDDINGS FLD<br>COLVIN #1 UNIT .00963722 RI | MINERAL INTEREST | PRODUCING |

12

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | LEE | LEE CO TX MI<br>P W OWENS SVY A-250, 374 ACS<br>OWENS & OWENS "A"  .0125 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br> G. B. LOFTIN SVY A-197, 81.666 ACS | MINERAL INTEREST | PRODUCING |
| TEXAS | LEE | LEE CO TX MI 80 ACS<br>PART OF JOHN CHENOWITH SVY, A-60<br>MALOY-COFFIELD .04687334RI | MINERAL INTEREST | PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>HUMPHREY BEST SVY A-2<br>THOMAS WARD SVY A-330, 577.7 ACS,<br>EVA MAE3& 4  .01170554 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>F BOATWRIGHT SVY, 151.54 ACS<br>COFFIELD-ORSAGE .02402732 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | LEON | LEON CO TX MI<br>S SANCHEZ SVY, 458,13 ACS<br>CARTER 1 & 2 .00130214 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | LIBERTY | JEFFERSON & LIBERTY CO TX 1/4 MI<br>G K PETRY SVY A-775 (LIBERTY)<br>G K PETRY SVYA-935 (JEFFERSON)<br>FUTER SACE, LLC #1 .04166666 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MARTIN | MARTIN CO TX MI<br>SEC 36 BLK 36 T2N T&P SVY A-757: E/2, 320 ACS<br>HOPPER 36 #5 .009375 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MARTIN | MARTIN CO TX MI<br>SEC 36 BLK 36 T2N T&P SVY A-757: SW/4, 160 ACS<br>WILLIAMS  .00703126 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MARTIN | MARTIN CO TX MI<br>SEC 25 BLK 36 T2N T&P SVY A-163: NE/4, 160 ACS<br>MORRISON "25" .0075 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MARTIN | MARTIN CO TX MI<br>SEC 38 BLK 36 T2N T&P RR SVY A-896: E/2 , 320 ACS<br>GASKIN #3801(NE/4)  .00421876 RI<br>GASKIN #3803 (SE/4)  .00445314 RI<br>GASKIN #3804 (E/2NW/4)<br>.00445314 RI | MINERAL INTEREST | PRODUCING |

13

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MIDLAND | MIDLAND CO TX 1/16 ORI<br>SEC 40 BLK A, W T GRAY SVY, 656 ACS<br>BAXTER-WILLIS; WILLIS 40<br>.0208332 ORI | OVERRIDING ROYALTY | PRODUCING |
| TEXAS | MIDLAND | MIDLAND CO TX 1/16 ORI<br>SEC 11 BLK 38 T2S T&P SVY A-159, 125 ACS<br>S/58 ACS NE/4<br>&N/67 ACS SE/4,<br>CASBEER 1 .0029124 ORI | OVERRIDING ROYALTY | PRODUCING |
| TEXAS | MILAM | MILAM CO TX<br>D H VAN VEIGHTON SVY<br>SMITH VINCENT SVY, 275 ACS<br>LTD TO DEPTH OF4,000'<br>W P HOGAN .0416666 ORI | OVERRIDING ROYALTY | PRODUCING |
| TEXAS | MILAM | MILAM CO TX<br>ELIZ SANTA SVY A-317, 80 ACS<br>COFFIELD B (RRC 04331)<br>.04166668 RI<br>.02083332 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>BROWN & MCKENZIE & ELIZA SANTE SVY<br>COFFIELD H H -A- (04299)<br>.02577066 RI<br>.02083334 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI W W HILL SVY CALUGIA-COFFIELD<br>.1875 | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>VAN VEIGHTON SVY<br>COFFIELD - CAMP<br>.04166666 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>ELIZA SANTE SVY A-317<br>HERNDON-HENSLEY (RRC 11882)<br>.0625 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>HENRY MARTIN SVY A-272<br>COFFIELD-MARTIN (RRC 04429)<br>.08046876 RI<br>.01341146 ORI | MINERAL INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX MI<br>WILLIAM BENTON SVY A-111<br>COFFIELD-STEWART<br>.0699094 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>CHARLES BIGELOW SVY A-100, 40 ACS<br>COFFIELD ESTATE (RRC 09869)<br>.125 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>FURHAM SVY<br>WOLFDEN UNIT #1<br>.08556646 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX  MI<br>T. J. CHAMBERS SVY A-7 AND<br>A. F. BURCHARD SVY A-87<br>BEING 450ACS CONYEYED FROM C.A.<br>PRATER 2/26/1940. VOL 234 PG 441<br>581.609 ACS CONVEYEDFROM B.K. ISAACS<br>11/18/1943 VOL 241 PG 96 & 98 ANNIE ISAACS<br>KOONSEN .05333334 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX  NPRI<br>JAMES PREWITT SVY, 3.576 ACS<br>ELZIE LEWIS, EXC OF J. LEWIS | ROYALTY INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX  NPRI<br>120 ACRES OUT OF THE T.S. ARNETT SVY, A-74 &<br>T.J. CHAMBERS<br>SVY,  A-7, FOR THE EST OF H. C. VANCE<br>SCHWAMP A-1 .01845188 RI | ROYALTY INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>ELIZA SANTE SVY<br>COFFIELD- HENSLEY<br>.0477656 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>HENRY MARTIN SVY A-272<br>37 ACS  IN SVY<br>H H COFFIELD<br>.01401670<br>RI<br>.00520830 ORI | MINERAL INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX MI<br>B F SWOAP SVY A-328<br>COFFIELD M-11 1 & 2<br>.0625 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>SMITH VINCENT SVY A-372<br>D H VAN VEIGHTON SVY A-373<br>WELLS 1,2,4RRC LEASE #10198<br>WELL 3 RRC LEASE #10397<br>210 ACS - 50 ACS IN SMITH VINCENT SV<br>Y A-372<br>160 ACS IN D.H. VANVEIGHTON SVY A-373<br>BELT III 1,2,3,4 .0104166 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>J. A. PREWITT SVY, A-288<br>BULLOH (NAVARRO) FIELD; (LSE 7129)<br>COFFIELD-COOK UNIT .056694 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>ELIZA SANTE SVY A-317, 40 ACS<br>VAUGH #2 & WILMA OWENS .0416666<br>RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>WILLIAM BENTON SVY A-111, 164 ACS<br>COFFIELD -G (RRC 4663)<br>.125<br>RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>SANTE SVY A-317<br>COFFIELD UNIT (A/K/A COFFIELD UNIT A-1)<br>.03181666 RI<br>.02083332 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MIE SANTE SVY A-317 FOUND AT A<br>DEPTH OF 2830' IN THE TETEN AND LEONARD NO 1<br>COFFIELD WELLH COFFIELD B (04294).0401575 RI<br>.02614584 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>WILLIAM W HILL SVY A-191, 40 ACS<br>H H COFFIELD HILL A-1<br>.07208334 RI | PERPETUAL NON-<br>PARTICIPATING<br>ROYALTY INTEREST | PRODUCING |

16

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX MI<br>ELIZA SANTE SVY A-317<br>COFFIELD-SANTE (RRC 23875)<br>.0416666 RI<br>.02083334 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX UNDI 1/2 MI<br>WILLIAM ALLEN SVY; A-72<br>COFFIELD (RRC 11856)<br>.01184834 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JAMES REESE SVY, A-303<br>(MINERVA-ROCKDALE) RRC 872136 | ROYALTY INTEREST | PRODUCING |
| TEXAS | MILAM | MILAM CO TX 1/6 NPRI<br>139.012 AC IN THE COLTON WELLS SVY A-390 | PERPETUAL NON-PARTICIPATING ROYALTY INTEREST | PRODUCING |
| TEXAS | MITCHELL | MITCHELL & SCURRY COS TX MI<br>SUBD 7 OF C. A. O'KEEFE SUBD OF<br>GEORGE A REIGER& KIRKLAND &<br>FIELDS SVYS, 258 ACS FEE UNIT #1;<br>EDMONDSON .006944446 RI | ROYALTY INTEREST | PRODUCING |
| TEXAS | MONTGOMERY | MONTGOMERY CO TX MI<br>JOHN A DAVIS SVY A-188, 70.5256 ACS<br>HARRIS A, B, D TRACTS<br>CONROE FU TR E1,E2,E5 | MINERAL INTEREST | PRODUCING |
| TEXAS | MONTGOMERY | MONTGOMERY CO TX MI<br>WILSON STRICKLAND SVY, 29 ACS<br>J. C. YOUNG LSE | ROYALTY INTEREST | PRODUCING |
| TEXAS | MONTGOMERY | MONTGOMERY CO TX MI<br>I&GN RR CO SVY<br>HOOPER B;<br>CONROE FIELD UT TRACT A-31<br>.01528894 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | MONTGOMERY | MONTGOMERY CO TX MI<br>HOOPER J G WATSON SVY<br>CONROE FIELD WIDE UNIT<br>CONROE PLANTTRACT A-28<br>.02278000 RI | MINERAL INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MONTGOMERY | MONTGOMERY CO TX MI<br>L A LANG SVY, 40 ACS<br>T&NO/T M WIGGINGS SVY A-714<br>E. MOREHEAD -B- UNIT<br>WIGGINS HEIRS<br>PERRY HEIRS<br>CONROE FLD UT E-19,35,36,37 | MINERAL INTEREST | PRODUCING |
| TEXAS | MONTGOMERY | MONTGOMERY CO TX MI<br>C T DARBY SVY<br>A. E. WALKER UNIT<br>CONROE FIELD UNIT E-17 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | PALO PINTO | PALO PINTO CO TX  7.5 % ORI<br>SEC 18 T&P SVY A-1667<br>GEORGE A. WRIGHT G U#1<br>.0250000 ORI | OVERRIDING ROYALTY | PRODUCING |
| TEXAS | PARKER | PARKER CO TX  1/16 ORI<br>JOHN L. SEE SVY A-1194,<br>SEC 325 T&P SVY A-1532,<br>SEC 326 T&P SVY A-1748, NW/C, 395 ACS<br>LEATHERMAN UNIT .041666 ORI | OVERRIDING ROYALTY | PRODUCING |
| TEXAS | PARKER | PARKER CO TX  7.5% ORI<br>SEC 327 T&P SVY A-1537, 320 ACS<br>TIERCE-MCDONALD UNIT (RRC 63637)<br>.04773436 ORI | OVERRIDING ROYALTY | PRODUCING |
| TEXAS | REAGAN | REAGAN CO TX  2/3 X 3/256 MI & 2/3 X  3/32 RI<br>SEC 13 CERT 551 BLK E HE&WT SVY:<br>SW/4, 160 ACS<br>MWJ-TRAMMELL A LSE .0078125 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | REAGAN | REAGAN CO TX 1/2 X 3/64 X 7/8 ORI<br>SEC 9 BLK 2 UNIVERSITY LANDS SVY;<br>SW/4 LTD TO DEPTH OF 7,200', 164.93 ACS<br>UNIVERSITY 1-9  .00683593 ORI | OVERRIDING ROYALTY | PRODUCING |
| TEXAS | RUSK | RUSK CO TX 1/20 MI<br>19.25 ACS MARY COGSWELL SVY<br>(DICKSON LSE) .00416666 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | RUSK | RUSK CO TX MIM J PRU SVY, 79 ACSSOUTH 7.5 ACRES<br>OF THE EAST 15 ACRESOF THEWEST 30 ACRES OF THE<br>SOUTH 60ACRES OF BLK 22 BEING 79 ACRESGILES A<br>.00277800 RI | MINERAL INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | SCURRY | SCURRY CO TX 3/160 MI<br>SEC 117 BLK 97 H&TC SVY: NE/4, 160 ACS<br>T J ELLIS .00156252 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX  1/16 ORI<br>SEC 129 BLK 97 H & TC RY CO SVY: NE/4, 160 ACS<br>FIRST NATLBANK OF SNYDER LSE<br>.04166666 ORI | OVERRIDING<br>ROYALTY | PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX 1/32 X 7/8 ORI<br>SEC 253 BLK 97 H&TC SVY: NW/PT, 193.6 ACS<br>SACROC UNIT TR 167 (LUNSFORD LSE)<br>.0182292 ORI | OVERRIDING<br>ROYALTY | PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX 1/2 X 1/16 ORI<br>SEC 115 BLK 97 H&TC RY CO SVY<br>S/60 ACS OF W/2 SE/4(LTD TO 2,000')<br>MURPHY D .02083334 ORI | OVERRIDING<br>ROYALTY | PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX MI 160 ACS<br>SEC 130 BLK 97 H&TC SVY: NW/4<br>W F STERLING .00520866 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX MI<br>SEC 114 BLK 97 H&TC SVY: SE/4 NE/4 NE/4<br>& NE/4 SE/4 NE/4, 20ACS<br>J E (ALSO L E) MURPHY .02083334  & .00260416 ORI<br>IRA 1700 ZONE UNIT TR 24 | MINERAL INTEREST | PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX MI<br>SEC 142 BLK 97 H&TC SVY<br>S/2 W/2 NE/4 SW/4,<br>S/2 E/2 NW/4 SW/4,20 ACS<br>MCCLURE, R. O. .00260416 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX MI<br>SEC 115 BLK 97 H&TC SVY: N/2 NE/4, 80 ACS<br>S H NEWMAN .00260414ORI<br>IRA UNIT TR 28 - | MINERAL INTEREST | PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX MI<br>SEC 115 BLK 97 H&TC SVY<br>W A REITER .00260414 ORI<br>IRA UNIT  TR54 | MINERAL INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | SCURRY | SCURRY CO TX MI<br>SEC 115 BLK 97 H&TC SVY: W/2 NW/4, 80 ACS<br>WADE .00260416 ORI<br>IRA UNIT TR 25 | MINERAL INTEREST | PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX MI<br>SEC 146 BLK 97 H&TC SVY: 80 ACS<br>ALLIANCE TRUST .00260414 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX MI<br>SEC 146 BLK 97 H&TC SVY<br>O L BURNEY .0026042 ORI | OVERRIDING ROYALTY | PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX  MI<br>SEC 116 BLK 97 H&TC SVY, PT SW/4, 120 ACS<br>RI IRA 1700 ZONE UNIT<br>JJ MOORE  LSE<br>IRA UNIT TR 35 - .00206414 RI<br>IRA UNIT TR 46 - .00260414 RI | MINERAL INTEREST | PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX  MI<br>SEC 116 BLK 97 H&TC SVY, PT SW/4, 120 ACS<br>IRA 1700 ZONE UNIT<br>MOORE LSE .02083334 ORI<br>IRA UNIT TR 33 | MINERAL INTEREST | PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX  .0182292 ORI<br>SEC 253 BLK 97 H&TC SVY: NW/PT, 193.6 ACS<br>SACROC UNIT TR 168 | OVERRIDING ROYALTY | PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX  .0182292 ORI<br>SEC 291 BLK 97 H&TC SVY<br>SACROC UNIT TR 156 | OVERRIDING ROYALTY | PRODUCING |
| TEXAS | TERRY | TERRY CO TX  1/4 MI S/440 ACS<br>SEC 22 BLK K PSL SVY A-1292<br>C B TOWNES BLEASE<br>PRENTICE SOUTHWEST UNIT | MINERAL INTEREST | PRODUCING |
| TEXAS | TERRY | TERRY CO TX  1/4 MI S/440.8 ACS<br>SEC 22 BLK K PSL SVY A-1292<br>C B TOWNES "A" TR<br>3<br>PRENTICE CENTRAL GLORIETA UT<br>.020834 RI AND .041666 ORI | MINERAL INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | TERRY | TERRY CO TX  1/4 MI S/440.8 ACS<br>SEC 22 BLK K PSL SVY A-1292<br>LTD TO CLRFK FM ONLY<br>C B TOWNES "A" TR 3<br>PRENTICE 6700' CLEARFORK CENTRAL UNIT<br>.020834 RI AND .041666 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | UPTON | UPTON CO TX  7/64 X 1/8 RI640 ACS S/2 SVY 36 BLK 1<br>CERT-334 MK&T RR CO SVY &N/2 SVY 1 CERT- 4260 A-<br>211 GC&SF RR CO SVY (LANE LSE) MCCAMEY UNIT TR<br>13,14,15,16 | ROYALTY INTEREST | PRODUCING |
| TEXAS | WARD | WARD CO TX MI<br> SEC 58, BLK 33, H&TC RR SVY A-892, 640 ACS | MINERAL INTEREST | PRODUCING |
| TEXAS | WILLIAMSON | WILLIAMSON CO TX MI<br>SIMON MILLER SVY; A-492<br>PHILLIP PRATER SVY; A-418<br>CHAPMAN-ABBOTT UNIT - TRACT 1<br> *** COMBINED ALL TRACTS HERE; SEE REMARKS*** | MINERAL INTEREST | PRODUCING |
| TEXAS | WINKLER | WINKLER CO TX MCL<br>SEC 8 BLK B-2 PSL SVY A-1239,<br>S/2 S/2 & S/2 N/2, 320 ACS<br>SEC 9 BLK B-2 PSL SVY A-1931,<br>N/2 NW/4, N/2 SW/4, NW/4 SE/4, 200 ACS<br>EAST KEYSTONE FIELDWIDE UNIT | MINERAL CLASSIFIED LAND | PRODUCING |
| TEXAS | WINKLER | WINKLER CO TX MI<br>SEC 41 BLK 21 UL SVY A-81U<br>UNIVERSITY -41 (RRC 74260) | MINERAL INTEREST | PRODUCING |
| TEXAS | WINKLER | WINKLER CO TX<br>SEC 31 BLK 21 UL SVY A-71U: SW/4<br>UNIVERSITY -31- A (RRC 19550)<br>.0208334 ORI | MINERAL INTEREST | PRODUCING |
| TEXAS | WOOD | WOOD CO TX  1.25/99 RI<br>99 ACS BERRY SMITH SVY A-534<br>COKE UNIT .0006554 RI & .0006434 RI | ROYALTY INTEREST | PRODUCING |
| TEXAS | WOOD | WOOD CO TX 1/16 X 7/8 RI<br>TR. 5 & 1/3 X 1.25/113 RI-TR. 21 IN<br>J. D. MATTHEWS SVY & DAVID<br>GILLILAND SVY A-229<br>SECOND-SUB CLARKSVILLE FORM UNIT TR 4 & 5 | ROYALTY INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | WOOD | WOOD CO TX<br>G B WATKINS SVY A-629<br>WOODBINE -A- FORMATION UNIT<br>TRACT 40 (25<br>WELLS) RRC 4887 | ROYALTY INTEREST | PRODUCING |
| TEXAS | WOOD | WOOD CO TX MI<br>GEORGE BREWER SVY A-41<br>LOTS 10-13, BLK 23 OF HAWKINS TOWN SITE,<br>HAWKINS FIELD UT TR B7-12,B9-7,B7-11<br>HAWKINS FIELD UNIT (747 WELLS) RRC 5743 | MINERAL INTEREST | PRODUCING |
| TEXAS | WOOD | WOOD CO TX MI<br>GEORGE BREWER SVY A-41<br>CRAIN (J M HENRY B9-7) .00205934 RI<br>HAWKINS FIELD UNIT (747 WELLS) RRC 5743 | MINERAL INTEREST | PRODUCING |
| TEXAS | YOAKUM | YOAKUM CO TX MI<br>SEC 25 BLK K PSL SVY A-1559: NE/4, 160 ACS<br>PRENTICE GLORIETATR 16<br>PRENTICE 6700' TR 16<br>PRENTICE SW TR 16 | MINERAL INTEREST | PRODUCING |
| TEXAS | ZAVALA | ZAVALA CO TX MI<br>SVY 385 J D OWEN A-1061<br>PICKENS-COFFIELD .0625 RI<br>SVY 4 JMWILLIAMS A-1139<br>SVY 387 J M WILLIAMS A-1244<br>SVY 12 E C RUTLEDGE A-1211<br>SV<br>Y 12 E C RUTLEDGE A-1379<br>SVY 12 E C RUTLEDGE A-1381<br>SVY 13 GC&SF A-754<br>SVY14 J F CRAWFORD A-1170<br>SVY 386 1/2 HENRY HUBBLE A-191<br>SVY 388 H W WILLAIMS~<br>~ SVY 389 J C RUFF A-562<br>SVY 392 W HADDEN A-1121<br>SVY 388 GB&N A-646<br>SVY 449 H W DAVIS A-1120 | MINERAL INTEREST | PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| WYOMING | WESTON | WESTON CO WY<br>SEC 7-45N-67W: LOT 1 W/2 NE/4, NE/4 NW/4,<br>SE/4 SE/4, 200.07 ACS<br>BEING TRACT 4 & SE/4 NW/4, 40 ACS<br>QUEST MUDDY UNIT TR 5B .0014168 ORI | OVERRIDING<br>ROYALTY | PRODUCING |
| ALABAMA | BALDWIN | BALDWIN CO AL MI<br>SEC 3-2S-4E: S/2 SE/4, 80 ACS<br>SEC 10-2S-4E: W/2 NE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| ALABAMA | BALDWIN | BALDWIN CO AL MI<br>SEC 14-2S-4E: SW/4, 160 ACS<br>SEC 15-2S-4E: SE/4, 160 ACS<br>SEC 2-2S-4E: NE/4 SE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| ALABAMA | BALDWIN | BALDWIN CO AL MI<br>SEC 23-2S-4E: NW/4 SE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| ALABAMA | BALDWIN | BALDWIN CO AL MI SEC 31-4S-5E: E/2 NW/4; W/2 NE/4<br>SW/4; NW/4 SE/4; N/2 SW/4SE/4, 234 ACS | MINERAL INTEREST | NON PRODUCING |
| ALABAMA | BALDWIN | BALDWIN CO AL MI<br>SEC 6-5S-5E: NW/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| ALABAMA | BALDWIN | BALDWIN CO AL MI<br>SEC 2-2N-4E: E/2 SW/4 & W/2 SE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| ALABAMA | BALDWIN | BALDWIN CO AL MI<br>SEC 17-4S-5E: W/2 E/2, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| ALABAMA | COVINGTON | COVINGTON CO AL MI<br>SEC 12-3N-17E: S/2 SE/4, 80 ACS<br>SEC 13-3N-17E: 2 ACS NW/CNW/4 NE/4, 2 ACS | MINERAL INTEREST | NON PRODUCING |
| ALABAMA | COVINGTON | COVINGTON CO AL MI<br>SEC 24-3N-17E: E/2 SW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| ALABAMA | COVINGTON | COVINGTON CO AL MI<br>SEC 35-1N-18E: NW/4 SW/4, SW/4 NW/4, NW/4 NE/4, NE/4<br>SW/4,<br>SW/4 SW/4, 200 ACS<br>SEC 26-1N-18E: E/2 SW/4 SE/4, 20 ACS | MINERAL INTEREST | NON PRODUCING |
| ALABAMA | COVINGTON | COVINGTON CO AL MI<br>SEC 13-3N-17E: NE/4 SW/4 & SE/4 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| ALABAMA | COVINGTON | COVINGTON CO AL MI<br>SEC 24-1N-18E: S/2 SW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| ALABAMA | COVINGTON | COVINGTON CO AL MI<br>SEC 24-3N-17E: SE/4 & SE/4 SE/4, 200 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|---|---|---|---|---|
| ALABAMA | COVINGTON | COVINGTON CO AL MI<br>SEC 10-3N-17E: SW/4 SE/4, NE/4 NW/4, NW/4 NE/4,<br>SW/4 SE/4, SE/4 SW/4, SW/4 SW/4 EAST OF SANFORD<br>RD, 207 ACS | MINERAL INTEREST | NON PRODUCING |
| ALABAMA | ESCAMBIA | ESCAMBIA CO AL MI<br>SEC 26: NW/4 SW/4, 40 ACS<br>SEC 34: 11 ACS | MINERAL INTEREST | NON PRODUCING |
| ALABAMA | ESCAMBIA | ESCAMBIA CO AL MI<br>SEC 9-2N-5E: SW/4 SW/4, 40 ACS<br>SEC 22-2N-5E: NW/4 SE/4, 40ACS | MINERAL INTEREST | NON PRODUCING |
| ALABAMA | HOUSTON | HOUSTON CO AL MI<br>SW/4 LYING EAST OF PANSY CROSBY RDTWP 1 RNG<br>29, 86 ACS | MINERAL INTEREST | NON PRODUCING |
| ARKANSAS | COLUMBIA | COLUMBIA CO AR MI<br>SEC 15-16S-22W: SW/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| ARKANSAS | LAFAYETTE | LAFAYETTE CO AR MI<br>SEC 24-17S-24W: S/2 SW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| ARKANSAS | LAFAYETTE | LAFAYETTE CO AR MI<br>SEC 24-17S-24W: SW/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| ARKANSAS | LAFAYETTE | LAFAYETTE CO AR MI<br>SEC 25-17S-24W: NW/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| ARKANSAS | MILLER | MILLER CO AR MI<br>SEC 19-19S-27W: SW/4 NW/4 & NW/4 SW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| ARKANSAS | MILLER | MILLER CO AR MI<br>SEC 35-19S-27W: W/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| ARKANSAS | OUACHITA | OUACHITA CO AR MI<br>SEC 34-11S-19W: NE/4 SW/4, SE/4 NW/4, E/4 SW/4 NW/4,<br>90 ACS | MINERAL INTEREST | NON PRODUCING |
| ARKANSAS | OUACHITA | OUACHITA CO AR MI<br>SEC 34-11S-19W: W/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| CALIFORNIA | KERN | KERN CO, CA MI<br>SECTION 25; 27S-28E ALL,<br>640 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | CALHOUN | CALHOUN CO FL MI<br>SEC 4-1N-9W: NW/4 SE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | CALHOUN | CALHOUN CO FL MI<br>SEC 30-2N-9W: S/2 SW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| FLORIDA | CALHOUN | CALHOUN CO FL MI<br>SEC 17-1N-9W: SE/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | CALHOUN | CALHOUN CO FL MI<br>SEC 13-1N-10W: N/2 NE/4 & SW/4 NE/4, 120 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | CALHOUN | CALHOUN CO FL MI<br>SEC 18-1N-9W: NW/4 NW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | CALHOUN | CALHOUN CO FL MI<br>SEC 14-2N-9W: W/2 NE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | CALHOUN | CALHOUN CO FL MI<br>SEC 3-1N-9W: SW/4 SE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | CALHOUN | CALHOUN CO FL NPRI<br>SEC 6-1N-11W<br>SEC 7-1N-11W<br>SEC 8-1N-11W<br>SEC 15-1N-11W<br>1440 ACS | ROYALTY INTEREST | NON PRODUCING |
| FLORIDA | CALHOUN | CALHOUN CO FL MI<br>SEC 36-2N-9W: NE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | CALHOUN | CALHOUN CO FL MI<br>SEC 4-1N-9W: NW/4 SE/4, 40 ACS<br>SEC 20-2N-9W: S/2 SW/4, 80 ACS<br>SEC 17-1N-9W: SE/4 NE/4, 40 ACS<br>SEC 13-1N-10W: N/2 NE/4, SW/4 NE/4, 120 ACS<br>SEC 18-1N-9W: NW/4 NW4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | CALHOUN | CALHOUN CO FL MI<br>SEC 15-1N-11W: ALL, 640 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | CALHOUN | CALHOUN CO FL MI SEC 7-1N-11W SEC 8-1N-11W SEC 6-1N-11W: SW/4 SW/4, 40 ACS 770 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>SEC 34-7N-15W: SW/4 SE/4 & 1.5 TO 2 ACS IN A V SHAPE IN NE/C SE/4 SW/4  & E/2 SE/4, 122 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>NW/4 SW/4 SEC 16-5N-16W: | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>120 AC N/2 SW/4 AND NW/4 SE/4 OF SEC 28-7N-15W: | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| FLORIDA | HOLMES | HOLMES CO FL MI<br> SEC 16-5N-16W: ALL NORTH OF BONIFAY AND GENEVA PUBLIC ROAD ANDWEST OF CARYVILLE AND GENEVA RD IN NE/4 OF SW/4 AND NW/4 OF SE/4 OF SEC 16-5N-16W LESS ONE ACRE IN NW CORNER  AND LESS ONE ACRE W OF CARYVILLE AND GENEVA RD CROSSING AND N. OF BONIFAY AND GENEVA RD, 39 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br> 175 ACS E/2 OF NW/4 AND SE/4 OF THE NE/4 AND 12 1/2 AC.ON THE<br>EAST SIDE OF  NW/4 OF THE NW/4 AND 12 1/2 AC. ON THE EAST SIDE OF THE SW/4OF THENE/4,  KNOWN AS THE 7 AC. SOUTH OF THE CREEK. ALL IN SEC 32-7N-15W: | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br> 175 ACS E/2 OF NW/4 AND SE/4 OF THE NE/4 AND 12 1/2 AC. ON THEE. SIDE OF NW/4   OF THE NW/4 AND 12 1/2 AC. ON THE E. SIDE OF THE SW/4OFTHE NE /4 KNOWN AS THE  7 AC. S. OF THE CREEK, ALL IN SEC 32-7N-15W: | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br> 5 AC. NW CORNER OF NE/4 OF SE/4 OF SEC 32-7N-17W: | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br> 40 ACS SE/4 OF SE/4 OF SEC 6-6N-17W: | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br> 40 ACS NE/4 OF NW/4 SEC 35-7N-15W: | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| FLORIDA | HOLMES | HOLMES CO FL MI<br>NW/4 LESS 9 AC. OUT OF SE/CORNER OF SEC. 30,E/2 OF SEC. 31; SEC. 30 S/2 OF NE/4 AND 6 AC. IN THE SE/CORNER OF SE/4 OF SW/4;LOTS 1 AND 2 OF BLOCK CYPRESS; LOTS 4,21,22 OF BLK G; LOTS 1 AND 2 OF BLK 1; LOT 6OF BLOCK J. ALL OFBLK K, LESS LOTS 1,2,3 AND LOT SOLD TO CARY HAMILTON; LOT2 BLK M; LOTS 1,2,7,8<br>OF BLOCK O; LOTS 1,2,4,5,8,14,15 OF BLOCK P; LOTS 1,2,15,16,18,19,20, OF BLK. R;ALL OF BLK S; LOTS 3,4,5,6,7,8 OF BLK. T; LOTS 1,2,3,6 OF BLK. U. ALL IN TWP 4N<br>-RNG 8W, 480 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>SEC 24-4N-9W: SW/4 SE/4, 40 ACS<br>SEC 25-4N-9W: ALL, 640 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>SEC 21 S/2 OF NE/4; N/2 OF SE/4;<br>SEC 23 SW/4; S/2 OF NW/4; NE/4 OF SE/4;<br>SEC 24 NW/4 OF NW/4; SE/4 OF SW/4,<br>SEC 13 W/2 SW/4 TWP. 4-N RNG. 9-W | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>SEC 31-4N-9W:  E/2 OF W/2; SW/4 OF NW/4;<br>SEC 36-4N-9W:  E/2OF E/2 SW/4 OF NE/4; SE/4 OF NW/4; SW/4 AND W/2 OF SE/4, | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>SEC 27 ALL EXCEPT NE/4 NW/4, 600 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>SEC 11-4N-9W: NW/4 NW/4; SE/4 NW/4; S/2 NE/4; E/2 SW/4; SE/4,<br>27 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>SEC 26-5N-9W: S/2, 320 ACS<br>SEC 35-5N-9W: N/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>SEC 34-7N-15W: SW/4 SE/4 & 2 ACS IN NE/C SE/4 SW/4, E/2 SE/4,<br>122 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|------------------|---------------|--------|
| FLORIDA | HOLMES | HOLMES CO FL MI<br>40 ACS BEING NW/4 SW/4 16-5N-16W | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>SEC 16-5N-16W: NW/4 SW/4, NW/4 SE/4 L&E 1 AC IN NW/C & 1 AC W<br>OF CARYVILLE & GENEVA RDS, 41 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>SEC 28-7N-15W: N/2 SW/4, NW/4 SE/4, 120 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>SEC 32-7N-15W: E/2 NW/4, SW/4 NE/4 ON THE E/SIDE NW/4 NW/4,<br>12-1/2 ACS ON THE E/SIDE<br>SW/4 NW/4, SE/4 NE/4 L & E 7 ACS OFF S/SIDE SE/4 NE/4, 175 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>SEC 32-7N-17W: NW/C NW/4, 5 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>SEC 6-6N-17W: SE/4 SE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI SEC 35-7N-15W: NE/4 NW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>SEC 2-5N-16W: E/2 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | HOLMES | HOLMES CO FL MI<br>SEC 27-5N-17W: 110 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | JACKSON | JACKSON CO FL MI<br>SEC 4-2N-10W: S/2 NW/4 & NW/4 SW/4, 120 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | JACKSON | JACKSON CO FL MI<br>SEC 31-3N-10W: N/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|---|---|---|---|---|
| FLORIDA | JACKSON | JACKSON CO FL MI<br>SEC 11,12,14-4N-10W: BEGIN ON THE E. ROW LINE OF THE MARIANNA<br>AIRBASE RAILROAD AT IT'S POINT OF INTERSECTION WITH STATE RD. NO. 1 (US90) THENCE SOUTHERLY ALONG SAID RIGHT OF WAY LINE TO THE ROW OF THELAND N RAILROAD; THENCE IN A SOUTHEASTERLY DIRECTION ALONG SAID ROW TO SPRING CREEK; THENCE NORTHEASTERLY ALONG SAID CREEK TO THE EASTERN SECTION LINE OF SEC 14; THENCE NORTH ALONG<br>SAID SEC LINE TO THE NE CORNER OF SAID SEC; THENCEEASTALONG SECTION LINE BETWEENSEC 12 AND 13 TO THE ROW OF STATE ROAD NO. 1 TO POB, 275 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | JACKSON | JACKSON CO FL MI<br> SEC 33-5N-9W: E/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | JACKSON | JACKSON CO FL MI<br> SEC 26-3N-10W: W/2 NE/4 & E/2 NW/4 LESS E/2 NW/4 NE/4, 140 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | JACKSON | JACKSON CO FL MI<br> SEC 32-3N-10W: N/2  LESS 10 ACS IN THE NE/C NE/4 NE/4, 311.88ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | JACKSON | JACKSON CO FL MI<br> SEC 7-4N-8W: ALL EXCEPT SW/4 SW/4, 600 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| FLORIDA | JACKSON | JACKSON CO FL MI<br>SEC 36-4N-9W: SW/4 NE/4; SE/4 NW/4; SW/4; W/2 SE/4,<br>480 ACS,<br>SEC 30-4N-8W: S/2 NE/4; 6 ACRES IN SE/CORNER SE/4<br>SW/4;<br>LOTS 1 & 2 OF BLK CYPRESS; LOTS 4 & 22 OF BLK G;<br>LOTS 1 &<br>2 OF BLK 1; LOT 6 OFBLK J; BLK K LESS LOTS 1,2,3 &<br>LOT SOLD<br>TO CARY HAMILTON; LOT 2 OF BLK M; LOTS1,2,7, & 8<br>OF BLK O;<br>LOTS 1,2,4,5,8,14, AND 15 OF BLK P; LOTS 1,2,15,16,18,19,<br>& 20<br>OF BLK R; BLK S; LOTS 3,4,5,6,7, & 8 OF BLK T LOTS<br>1,2,3, & 6 OF BLK J | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | JACKSON | JACKSON CO FL MI<br>SEC 7-4N-8W L&E SW/4 SW/4,<br>SEC 30-4N-8W: NW/4 L&E 9 ACS INSE/CE/2, E/2 W/2;<br>SEC 31-4N-8W: SW/4 NW/4, 40 ACS<br>SEC 25-4N-9W: ALL L&E NE/4<br>NW/4, 440 ACS<br>SEC 36-4N-9W: E/2 E/2, 160 ACS<br>SEC 21-4N-9W: S/2 NE/4, N/2 SE/4, 160 ACS<br>SEC 23-4N-9W: SW/4, S/2 NW/4, NE/4 SE/4,<br>SEC 24-4N-9W: NW/4 NW/4, SE/4 SW/4, SW/4 SE/4, 120<br>ACS<br>SEC13-4N-9W: W/2 SW/4, 80 ACS<br>SEC 11-4N-9W:<br>NW/4 NW/4, SE/4 NW/4, S/2 NE/4, E/2 SW/4, SE/4, | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | JACKSON | JACKSON CO FL MI<br>SEC 31-3N-10W: N/2, 320 ACS<br>SEC 32-3N-10W: N/2 L&E 10 ACS IN NE/C NE/4 NE/4,<br>311.88 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | JACKSON | JACKSON CO FL MI<br>SEC 26-5N-9W: S/2, 320 ACS<br>SEC 35-5N-9W: N/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | JACKSON | JACKSON CO FL MI<br>SEC 26-3N-10W: W/2 NE/4, E/2 NW/4 L&E E/2 NW/4 NE/4,<br>140 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| FLORIDA | JACKSON | JACKSON CO FL MI<br>SEC 4-2N-10W: S/2 NW/4 & NW/4 SW/4, 120 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | JACKSON | JACKSON CO FL MI<br>SECS 11, 12, 14-4N-10W: 275 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | JACKSON | JACKSON CO FL MI<br>SEC 33-5N-9W: E/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | JACKSON | JACKSON CO FL MI<br>SEC 4N-8W & 4N-9W: 231.94 ACS SCATTERED | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 28-5N-23W: E/2 NW/4 SW/4, SW/4 NW/4 SW/4 & SW/4<br>SW/4, 70ACS<br>SEC 29-5N-23W: E/2 L&E PT LYING W OF  YELLOW<br>RIVER, 120 ACS<br>SEC 34-5N-2<br>3W: NW/4 NW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 26-5N-23W: SW/4 NE/4 & W/2 SE/4, 120 ACS<br>SEC 35-5N-23W: N/2 SW/4 NE/4 & SW/4 NW/4 NE/4, 30<br>ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 26-5N-23W: E/2 SE/4, 80 ACS<br>SEC 35-5N-23W: NE/4 NE/4,40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 14-5N-23W: SE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 36-5N-22W: NE/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI SEC 33-4N-23W: SE/4 NE/4 & SE/4<br>NW/4 & N/2 N/2 NE/4 SW/4 &W/2 SE/4 LESS S/15 AC OF<br>SW/4 SE/4, 155 ACS SEC 34-4N-23W: NW/4 NW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 14-4N-23W: NE/4 NE/4, 40 ACS<br>SEC 23-4N-23W: N/2 NW/4,<br>SW/4 NW/4, 120 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 19-4N-24W: S/2 NE/4, E/2 SE/4 NW/4, 780 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 11-5N-24W: SE/4 SE/4, 40 ACS<br>SEC 14-5N-24W: NE/4 NE/4,40 ACS<br>SEC 12-5N-24W: S/2 SW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 30-5N-23W: SW/4 EXCEPT THE W/18 AC SW/4 SW/4<br>& SW/4 NE/4 & S/2 NW/4 & NW/4 SE/4, 142 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 15-5N-23W: S/2 SW/4, 80 ACS<br>SEC 16-5N-23W: SW/4 SW/4,<br>40 ACS<br>SEC 21-5N-23W: W/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 19-4N-24W: SE/4 SE/4, EXCEPT 3 AC COMMENCING AT THE SW<br>CORNER OF SAID  QUARTER AND RUNNING THENCE EAST 210  YDS  THENCE NORTH 70 YDS THENCE WEST 210 YDS. THENCE SOUTH  70  YRDS TO THE PLACE OF BEGINNING.<br>SEC 20-4N-24W: W/2 NE/4 SE/4, 20 ACS<br>SEC 21-4N-24W: SW/4 SW/4, S/2 NW/4 SW/4, A STRIP OF LAND 48 FT WIDE OFF S SIDE  OF THE N/2 NW/4 SW/4 OF SEC 21,<br>SEC 19-4N-24W: E/2 SW/4 & SE/4, 240 ACS<br>SEC 29-4N-24W: SW/4, 160 ACS<br>SEC 29-4N-24W: W/2<br>NW/4, 80 ACS<br>SEC 30-4N-24W: E/2 NE/4, 80 ACS<br>ALSO 1 AC LOCATED IN THE NE CORNER OF THE NW/4 SW/4 OF SEC 19  COMMENCING  AT THE H.H. BOYETT CORNER AND THE PUBLIC ROAD  RUNNING THENCE 115 FT.  SOUTH 228 FT WEST 257 FT.TO THE PUBLIC ROAD<br>IN A NORTHEASTERLY DIRECTION   ALONG SAID PUBLIC RD. TO  THE PLACE OF BEGINNING, | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 19-4N-24W: SE/4 SE/4 L&E 3 ACS,<br>SEC 20-4N-24W: W/2 NE/4 SE/4,<br>SEC 21-4N-24W: SW/4 SW/4, S/2 NW/4 SW/4, A STRIP OF<br>LAND 48' WIDEACROSS<br>THE S/SIDE N/2 NW/4 SW/4,<br>SEC 19-4N-24W: S/2 NE/4, E/2 SE/4 NW/4, E/2 SW/4, SE/4,<br>SEC 20-4N-24W: SW/4, 160 ACS<br>SEC 29-4N-24W: W/2 NW/4, 80 ACS<br>SEC30-4N-24W: E/2 NE/4, 80 ACS<br>SEC 19-4N-24W: 1AC M/L IN NE/C NW/4 SW/4, | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 15-5N-23W: S/2 SW/4, 80 ACS<br>SEC 16-5N-23W: SW/4 SW/4,<br>40 ACS<br>SEC 21-5N-23W: W/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 28-5N-23W: E/2 NW/4 SW/4, SW/4 NW/4 SW/4, SW/4<br>SW/4, 70<br>ACS<br>SEC 29-5N-23W: E/2 L&E THAT PT LYING W OF<br>YELLOW RIVER, 120 ACS<br>SEC 34-5N-23W: NW/4 NW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 14-4N-23W: NE/4 NE/4, 40 ACS<br>SEC 22-4N-23W: N/2 NW/4,<br>SW/4 NW/4, 120 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 20-5N-23W: SW/4 L&E THE W/18 ACS<br>OF SW/4 SW/4, SW/4 NE/4, S/2 NW/4,<br>NW/4 SE/4, 302 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 26-5N-23W: SW/4 NE/4, W/2 SE/4, 120 ACS<br>SEC 35-5N-23W: N/2 NW/4 NE/4, SW/4 NW/4 NE/4, 30 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 11-5N-24W: SE/4 SE/4, 40 ACS<br>SEC 14-5N-24W: NE/4 NE/4,40 ACS<br>SEC 12-5N-24W: S/2 SW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|---|---|---|---|---|
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 14-5N-23W: SE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 26-5N-23W: E/2 SE/4, 80 ACS<br>SEC 35-5N-23W: NE/4 NE/4,<br>40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI SEC 36-5N-22W: NE/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | OKALOOSA | OKALOOSA CO FL MI<br>SEC 33-4N-23W: SE/4 NE/4, SE/4 NW/4,<br>N/2 N/2 NE/4 SW/4,W/2SE/4 (L&E S/15<br>ACS OF SW/4 SE/4), 155 ACS<br>SEC 34-4N-23W: NW/4 NW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 2-1N-29W: S/2 S/2 SW/4, DESCRIBED AS<br>BEG AT SW CORNER OF SEC. 2; N 10 CHAINS;<br>E 32 CHAINS S 10 CHAINS; W32 CHAINS, 32 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 4-2N-29W: W/2 SW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 28-2N-28W: S/2 NW/4 & NW/4, 120 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 5-2N-28W: S/2 S/2 SW/4, 334 ACS<br>SEC 9-2N-28W: N/2, S/2, SW/4 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 8-2N-28W: NW/4 & W/2 NE/4  LESS 5 ACS<br>SEC 9-2N-28W:<br>RUN S 350 YRDS. W 70 YRDS N<br>350 YRDS. E 70 RDS TO POINT OF BEGINNING<br>CONTAINING 275 AC & THAT PORTION OF SE/4<br>SW/4 OF SEC 9 T2N R28W LYING WEST OF STATE<br>HWY 188 CONTAINING 19 AC & SE/4 SW/4 LESS 2 AC<br>LYING E OF STATE HWY 188 OF SE<br>C 9 T2N R28W, 334 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 6-2N-28W: NE/4 NE/4 & E/2 SW/4 &<br>S/2 SE/4 EXCEPT 3 AC, 157 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 31-3N-28W: 5 ACS IN BEG SEC 31<br>& RUNNING N 2 1/2 CHAINS; THENCE<br>W 20; THENCE S 2 1/2 CHAINS; THENCE E 20 CHAINS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 32-3N-28W: SE/4 NE/4 & NE/4 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 4-4N-28W: W/2 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 5-4N-28W: S/2 SW/4 L&E 10 ACS<br>SW/4 SE/4 L&E 10 ACS OFF W/SIDE, 100 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 8-4N-28W: N/2 NE/4, 80 ACS<br>SEC 9-4N-28W:NW/4 NW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 7-3N-28W: SE/4 NW/4 & S/2 SW/4 NW/4, 60 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 8-3N-28W: SE/4 NW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 12-3N-28W: E/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 30-3N-28W: NW/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 10-4N-30W: SE/4 SE/4, 40 ACS<br>SEC 11-4N-30W: SW/4 SW/4, 40 ACS<br>SEC 15-4N-30W: NE/4 NW/4  & SW/4 SW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 27-4N-29W: NE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 3-3N-29W: E/2 NE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 10-1N-29W: NE/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 11-3N-29W: E/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 12-3N-29W: E/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 12-3N-28W: E/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 12-3N-29W: E/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 10-1N-29W<br>40 ACS NE/4 NE/4 | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 11-3N-29W: E/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 30-3N-28W: NW/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 4-2N-29W: W/2 SW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 2-1N-29W: S/2 S/2 SW/4, 32 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 32-3N-28W: SE/4 NE/4; NE/4 SE/4, 80 ACS<br>SEC 28-2N-28W: S/2 NW/4 & NW/4 NW/4, 120 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI SEC 6-2N-28W: NE/4 NE/4, 40<br>ACS SEC 31-3N-28W: 5 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 6-2N-28W: E/2 SW/4 & S/2 SE/4<br>L&E 3 ACS OUT OF SE/C,157 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 5-4N-28W: SW/4 SE/4 L&E 10 ACS OFF W/SIDE, 30<br>ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 5-4N-28W: S/2 SW/4 L&E E 10 ACS, 120 ACS<br>SEC 8-4N-28W: NW/4 NW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 5-2N-28W: S/2 S/2 SW/4, NW/4; W/2 NE/4; NE/4 NE/4<br>L&E 5 ACS DESCRIBED AS BEG AT NE/C OF 8-2N-28W,<br>315 ACS<br>SEC 9-2N-28W: SE/4 SW/4,19 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 5-2N-28W: N/2 S/2 SW/4; SW/4 SE/4, 80 ACS<br>SEC 9-2N-28W: SE/4 SW/4 L&E 2 ACS, 38 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 10-4N-30W: SE/4 SE/4, 40 ACS<br>SEC 11-4N-30W: SW/4 SW/4, 40 ACS<br>SEC 15-4N-30W: NE/4 NW/4, SW/4 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|---|---|---|---|---|
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 3-3N-29W: E/2 NE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | SANTA ROSA | SANTA ROSA CO FL MI<br>SEC 27-4N-29W: NE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 12-5N-19W: SW/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 32-5N-21W: NE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 2-5N-19W: NW/4 NW/4 LESS 140 YRDS (4 AC)<br>SQUARE NE/C OF TR, 39.971074 ACS<br>SEC 3-5N-19W: NE/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 22-5N-21W: SE/4 SW/4<br>SEC 21-5N-21W: SE/4 SE/4<br>SEC 22-5N-21W: SW/4 SW/4<br>SEC 28-5N-21W: NE/4 NE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 31-5N-21W: NW/4 NW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 12-2N-18W: SW/4 SE/4, E/2 SE/4 & SE/4 NE/4,<br>SEC 13-2N-18W: NW/4 NE/4, 200 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 3-2N-18W: S/2 L&E PT OF NE/4 SE/4<br>EAST OF VALLEY CHURCH<br>ROAD, 300 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 35-3N-17W: LOT 6, 69 ACS<br>SEC 19-3N-17W: S3/4 SE/4 SE/4,<br>21 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 28-2N-18W: W/2 NW/4; SE/4 NW/4 & N/2 SW/4, 360<br>ACS<br>SEC 29-2N-18W: E/2 NE/4, 280 ACS<br>SEC 28-2N-18-W: N/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 33-2N-18W: NE/4 NE/4; SW/4 NE/4; NW/4 SE/4; 120<br>ACS, 1/6 MI | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 32-2N-18W: S/2 SW/4 & SW/4 SE/4, 120 ACS<br>SEC 2-2N-18W: NE/4 NE/4, 40 ACS<br>SEC 1-1N-18W: NW/4 NW/4 & NW/4 NE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 23-2N-18W: NE/4 SE/4 & SE/4 NE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 24-2N-18W: NE/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 36-2N-18W: S/2 SW/4; SW/4 SE/4;<br>SEC 2-1N-18W: NE/4 NE/4;<br>SEC 1-1N-18W: NW/4 NW/4; NW/4 NE/4; 240 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 28-2N-18W: W/2 NW/4; SE/4 NW/4; N/2 SW/4; N/2<br>SE/4;<br>SEC<br>29-2N-18W: E/2 NE/4; 360 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 33-2N-18W: NE/4 NE/4; SW/4 NE/4; NW/4 SE/4; 120<br>ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 23-2N-18W: NE/4 SE/4 & SE/4 NE/4, 80 ACS, 1/4 MI | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 12-2N-18W: SW/4 SE/4, E/2 SE/4 & SE/4 NE/4;<br>SEC 13-2N-18W: NW/4 NE/4, 200 ACS 1/8 MI | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 12-5N-19W: SW/4 NE/4, 40 ACS<br>SEC 25-3N-17W:LOT 6, 69 ACS<br>SEC 19-3N-17W: S3/4 SE/4 SE/4, 21 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI SEC 2-5N-19W: NW/4 NW/4 L&E 140<br>SQ YDS IN NE/C 39.971074 ACS, 1/4 MI SEC 3-5N-19W:<br>NE/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 22-5N-21W: SE/4 SW/4<br>SEC 21-5N-21W: SE/4 SE/4<br>SEC 22-5N-21W: SW/4 SW/4<br>SEC 28-5N-21W: NE/4 NE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 3-2N-18W: 320 ACS S/2 L&E THAT 20 ACS M/L OF<br>NE/4 SE/4 LYING E  OF VALLEY CHURCH RD | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 24-2N-18W: NE/4 NE/4, 40 ACS, 1/4 MI | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WALTON | WALTON CO FL MI<br>SEC 31-5N-21W: 40 AC NW/4 NW/4, 1/4 MI | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WASHINGTON | WASHINGTON CO FL MI<br>SEC 7-4N-13W: TRACT 1: SE/4 SE/4 OF SEC 7 & SW/4<br>NW/4 OF SEC 17 & W/2 SW/4 LESS<br>NW/4 NW/4 SW/4 OF SEC 17 & S/2 NW/4 NW/4 SW/4 LESS<br>2 AC<br>OFF EAST END OF SEC<br>17 & 2 1/2 AC DESCRIBED AS COMMENCING 110<br>YARDS EAST OF THE NW CORNER OF<br>NW/4 SW/4 OF SEC 17, THENCE S 10 YARDS.THENCE E<br>10 YRDS THENCE<br>N 110 YRDS TO<br>THE BEGINNING & 2 1/2 AC IN NW CORNER OF NW/4<br>SW/4 OF SEC 17 BEING 110 YRDS<br>SQUARE, 238 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WASHINGTON | WASHINGTON CO FL MI<br>SEC 20-2N-13W: SE/4 SW/4 LESS 4 ACS IN NW/C & N/2<br>SE/4 & SE/4, 156 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WASHINGTON | WASHINGTON CO FL MI<br>SEC 18-4N-12W: N/2 SE/4 & S/2 S/2 NE/4, 120 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WASHINGTON | WASHINGTON CO FL MI<br>SEC 4-2N-29W: W/2 SW/4, 80.63 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WASHINGTON | WASHINGTON CO FL MI<br>SEC 6-2N-16W: NE/4 SW/4 & NW/4 SE/4 LESS 14 AC OFF<br>EAST SIDE, 66 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WASHINGTON | WASHINGTON CO FL MI<br>SEC 19-2N-14W: N/2 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WASHINGTON | WASHINGTON CO FL MI<br>SEC 13-4N-13W: E/2 SW/4 & W/2 SE/4 & SE/4 SE/4, 200<br>ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WASHINGTON | WASHINGON CO FL MI<br>SEC 24-4N-19W: N/2 NE/ 4 & SW/4 NE/4 & NE/4 NW/4 &<br>W/2 SE/4NE/4, 180 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|---|---|---|---|---|
| FLORIDA | WASHINGTON | WASHINGTON CO FL MI<br>SEC 13-4N-13W: E/2 SW/4; W/2 SE/4; SE/4 SE/4, 200 ACS;<br>N/2 NE/4; SW/4 NE/4; NE/4 NW/4; W/2 SE/4 NE/4, 180 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WASHINGTON | WASHINGTON CO FL MI<br>SEC 18-4N-12W: N/2 SE/4 & S/2 S/2 NE/4, 120 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WASHINGTON | WASHINGTON CO FL MI<br>SEC 7-4N-13W: SE/4 SE/4<br>SEC 17-4N-13W: SW/4 NW/4; NE/2 NW/4 SW/4; S/2 NW/4<br>SW/4; SW/4  SW/4; S/2 NW/4<br>NW/4 L&E 2ACS OFF E/END; 2-1/2<br>ACS DESCRIBED AS COMMENCING 110 YDS OFF NW/C<br>NW/4 SW/4, THENCE S 110 YDS, THENCE E 110 YDS,<br>THENCE N 110 YDS, THENCE W 110<br>YDS TO POB 2-1/2 ACS IN NW/C NW/4SW/4 BEING 110<br>YDS SQ SEC 17-4N-13W, 158 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WASHINGTON | WASHINGTON CO FL MI<br>SEC 22-5N-13W: S/2 NE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WASHINGTON | WASHINGTON CO FL MI<br>SEC 6-2N-16W: NE/4 SW/4; NW/4 SE/4 L&E 14 ACS OFF<br>E/SIDE,<br>66 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WASHINGTON | WASHINGTON CO FL MI<br>SEC 19-2N-14W: N/2 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WASHINGTON | WASHINGTON CO FL MI<br>SEC 20-2N-29W: SE/4 SW/4 L&E 4 ACS IN NW/C; SE/4<br>SE/4 SE/4, 41 ACS | MINERAL INTEREST | NON PRODUCING |
| FLORIDA | WASHINGTON | WASHINGTON CO FL MI<br>SEC 4-2N-29W: W/2 SW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | BAKER | BAKER CO GA MI<br>LOTS 32,48,49,73,88,89,90,91,110,111,112,113<br>OUT OF MCRAINEY<br>PLANTATION SVY, 2833.5 ACS | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | COFFEE | COFFEE CO GA MI<br>LOT 23,24,25,68 IN 5TH DISTRICT<br>LOT 1 IN 6TH DISTRICT<br>LOT<br>15 IN 4TH DISTRICT<br>LOT 47,92,139 IN 1ST DISTRICT, 1729 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| GEORGIA | DECATUR | DECATUR CO GA MI<br>LOTS 142 & 143 IN 16TH DISTRICT, 323 ACS | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | DECATUR | DECATUR CO GA MI 250 ACS LOT 223, 16TH DISTRICT | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | DECATUR | DECATUR CO GA MI<br>LOT 179, 16TH DISTRICT, 125 ACS | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | EARLY | EARLY CO GA MI<br>LOT 188 W. OF SPRING CREEK, 380 ACS<br>PT LOT 175, 44 ACS | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | EARLY | EARLY CO GA MI<br>LOTS 186-187 LYING W/SPRING CREEK, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | MILLER | MILLER CO GA MI<br>LOT 265, ALL, 12TH DISTRICT<br>LOT 290, SE/PT, 12TH DISTRICT<br>LOT 312, SE/C, 12TH DISTRICT<br>LOT 312, SW/C, 12TH DISTRICT<br>LOT 311, NE/C, 12TH DISTRICT | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | MILLER | MILLER CO GA MI<br>LOT 311, S&E 75 AC 12TH DISTRICT<br>LOT 312, 12TH DISTRICT | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | MILLER | MILLER CO GA MI<br>LOT 313, S/E CORNER, 12TH DISTRICT | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | MILLER | MILLER CO GA MI<br>LOT 241, PT, 13TH DISTRICT<br>LOT 280, PT, 13TH DISTRICT | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | MILLER | MILLER CO GA MI<br>LOT 313, SW/PT, 12TH DISTRICT | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | MITCHELL | MITCHELL CO GA MI<br>LOT 154 10 DISTRICT, S/2 LESS 10 ACS<br>LOT 167 10TH DISTRICT, 10 ACS | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | MITCHELL | MITCHELL CO GA MI<br>LOT 195, 10TH DISTRICT, W/SIDE, 106.27 ACS | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | MITCHELL | MITCHELL CO GA MI<br>LOT 194 10TH DISTRICT, W/SIDE 110.18 ACS | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | WARE | WARE CO GA MI<br>LOTS 401,308,354,382,336,349,403, 5TH DISTRICT,<br>3,101.33 ACS | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | WARE | WARE CO GA MI<br>LOTS 47,92,91 IN 7TH DISTRICT, 754 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| GEORGIA | WARE | WARE CO GA MI<br>PT OF LOT 94, 7TH DISTRICT, 411 ACS | MINERAL INTEREST | NON PRODUCING |
| GEORGIA | WARE | WARE CO GA MI<br>PT OF LOT 137, 7TH DISTRICT, 450 ACS | MINERAL INTEREST | NON PRODUCING |
| ILLINOIS | FRANKLIN | FRANKLIN CO IL MI<br>SEC 19-5S-3E: W/19 ACS NE/4 SW/4 & E/19 ACS NW/4<br>SW/4, 38 ACS | MINERAL INTEREST | NON PRODUCING |
| ILLINOIS | FRANKLIN | FRANKLIN CO IL MI<br>SEC 19-5S-3E: NW/4 SW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 12-20N-6W: NW/4 NW/4, 40 ACS<br>.0011000 RI, TR PART .0980860<br>CRANBERRY LAKE RICHFIELD TR7 REG # 19887 | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 12-20N-6W: W/2 NE/4, 80 ACS<br>.0014636 RI, REG # 19887<br>CRANBERRY LAKE RICHFIELD TR11 REG# 19887 | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 31-20N-6W: SE NW, WINTERFIELD<br>TOWNSHIP,.00791016 RI, CALVERT 2-31 | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 30-20N-6W: SW SW<br>WINTERFIELD TOWNSHIP<br>JACKSON 10-30, .00322534 RI | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 31-20N-6W: NE NW<br>WINTERFIELD TOWNSHIP, .00527333 RI<br>BENCHLEY-HOTCHKISS 1-31 | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 36-22N-6W: W/2 SW/4<br>AETNA TOWNSHIP  .00585937 RI<br>& .00292966 ORI<br>CAVANAGH 1-36 & 2-36 | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 30-20N-6W: S/2, 320 ACS (.03515625 MI);<br>SEC 30-20N-6W: SE/4, 160 ACS (.01757813 MI);<br>SEC 5-19N-3W: N/2, 320 ACS (.01757813 MI);<br>SEC 31-20N-3W: SE/4, 160 ACS (.03515625 MI)<br>H.H.COFFIELD 19.6875 NMA | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 5-19N-3W: W/2 NE/4, NE/4 NW/4, 120 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 31-20N-3W: E/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 30-20N-6W: W/2 E/2 SW/4, 109 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 3-20N-14W: SW/4 SE/4, 40 ACS<br>SEC 11-20N-14W: N/2 NW/4 & S/2 NE/4 & NW/4 NE/4 &<br>N/2 NE/4, 220 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI SEC 10-18N-12W: SW/4 SE/4, 40 ACS<br>SEC 14-18N-12W: S/2 NE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 12 -18N-12W: ALL, 600 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 2-20N-14-W: S/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | CLARE | CLARE CO MI MI<br>SEC 11-20N-6W: NW/4 NW/4 NW/4<br>WINTERFIELD TOWNSHIP<br>BLANEY 1& 2-12 .00110 RI | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | LAKE | LAKE CO MI MI<br>SEC 10-18N-12W: SE/4, 160 ACS (.0703125 MI)<br>SEC 3-20N-14W: SE/4, 160 ACS (.0922375)<br>SEC 2-20N-14W: SE/4, 160 ACS (.0158125 MI) | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MECOSTA | MECOSTA CO MI MI<br>SEC 9-16N-7W: NW/4, 160 ACS (.01171875 MI);<br>SEC 28-14N-8W:<br>W/2, 320 ACS (.01757813 MI) | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MECOSTA | MECOSTA CO MI MI<br>SEC 8-16N-7W: S/2 NE/4, 80 ACS<br>SEC 9-16N-7W: NW/4 NW/4, 40<br>ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MECOSTA | MECOSTA CO MI MI<br>SEC 28-14N-8W: W/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MECOSTA | MISSAUKEE CO MI MI<br>SEC 3-21N-6W: NW/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MECOSTA | MISSAUKEE CO MI MI<br>SEC 19-21N-6W: NW/4 SW/4, 42.12 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|---|---|---|---|---|
| MICHIGAN | MECOSTA | MISSAUKEE CO MI MI<br>SEC 26-22N-6W: S/2 SW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MECOSTA | MISSAUKEE CO MI MI<br>SEC 13-21N-7W: N/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MECOSTA | MISSAUKEE CO MI MI<br>SEC 13-21-7W: E/2 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MECOSTA | MECOSTA CO MI MI<br>SEC 11-2N-7W: W/2 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MECOSTA | MISSAUKEE CO MI MI<br>SEC 25-21N-6W: SW/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MECOSTA | MISSAUKEE CO MI MI<br>SEC 35-22N-6W: NW/4 SW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MIDLAND | MIDLAND CO MI MI<br>SEC 28-15N-2E: SW/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MIDLAND | MIDLAND CO MI MI<br>SEC 20-15N-2E: S/2, 320 ACS (.026236875 MI)<br>SEC 28-15N-2E:<br>NE/4, 160 ACS (.0527375 MI) | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MIDLAND | MIDLAND CO MI MI<br>SEC 12-16N-2E: E/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MIDLAND | MIDLAND CO MI MI<br>SEC 20-15N-2E: N/2 SE/4 S/2 NE/4 SW/4, 100 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MISSAUKEE | MISSAUKEE CO MI MI<br>SEC 26-22N-6W: S/2 SW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MISSAUKEE | MISSAUKEE CO MI MI<br>SEC 35-22N-6W: NE/4 NW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| MICHIGAN | MISSAUKEE | MISSAUKEE CO MI MI<br>SEC 34-22N-6W: NE/4, 160 ACS<br>SEC 35-22N-6W: SW/4, 160 ACS<br>SEC 26-22N-6W: NE/4 & SE/4, 320 ACS<br>SEC 34-22N-6W: SE/4 & NE/4, 320 ACS<br>SEC 25-21N-7W: SW/4, 160 ACS<br>SEC 11-21N-7W: NW/4, 160 ACS<br>SEC 13-21N-7W: NW/4& SE/4, 320 ACS<br>SEC 24-21N-7W: NE/4, 160 ACS<br>SEC 19-21N-6W: SW/4, 160 ACS<br><br>SEC 1-21N-6W: NW/4, 160 ACS<br>SEC 6-21N-5W: SW/4, 160 ACS<br>SEC 3-21N-6W: NE/4,<br>160 ACS<br>H H COFFIELD ESTATE 109.312 NMA | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MISSAUKEE | MISSAUKEE CO MI MI<br>SEC 36-22N-6W: W/2 SW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MISSAUKEE | MISSAUKEE CO MI MI<br>SEC 24-21N-7W: N/2 NE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MISSAUKEE | MIDLAND CO MI MI<br>SEC 28-15N-2E: E/2 W/2 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MISSAUKEE | MISSAUKEE CO MI MI<br>SEC 34-22N-6W: NE/4 SE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MISSAUKEE | MISSAUKEE CO MI MI<br>SEC 34-22N-6W: SW/4 SE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MISSAUKEE | MISSAUKEE CO MI MI<br>SEC 6-21N-5W: E/2 SW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MISSAUKEE | MISSAUKEE CO MI MI<br>SEC 34-22N-6W: SE/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MISSAUKEE | MISSAUKEE CO MI MI SEC 26-22N-6W: SE/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MISSAUKEE | MISSAUKEE CO MI MI<br>SEC 26-22N-6W: E/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MISSAUKEE | MISSAUKEE CO MI MI<br>SEC 26-22N-6W: SW/4 SE/4, 40 ACS<br>SEC 36-22N-6W: NW/4, 160ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | MONROE | MISSAUKEE CO MI MI<br>SEC 1-21N-6W: NE/4 NW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| MICHIGAN | NEWAYGO | NEWAYGO CO MI MI<br>SEC 28-16N-11W: NE/4, 160 ACS (.02636719 MI)<br>SEC 29-16N-11W: NE/4, 160 ACS (.02636719 MI)<br>SEC 21-15N-11W: SE/4 & NE/4, 320 ACS (.03515626MI)<br>SEC 22-15N-11W: SW/4, 160 ACS (.01757813 MI)<br>H H COFFIELD ESTATE 16.875<br>NMA | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | NEWAYGO | NEWAYGO CO MI MI<br>SEC 22-15N-11W: S/2 SW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | NEWAYGO | NEWAYGO CO MI MI<br>SEC 28-16N-11W: NE/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | NEWAYGO | NEWAYGO CO MI MI<br>SEC 29-16N-11W: NE/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | NEWAYGO | NEWAYGO CO MI MI<br>SEC 21-15N-11W: S/2 S/2 NE/4 & N/2 S/2 NE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | NEWAYGO | OSCEOLA CO MI MI<br>SEC 19-18N-10W: E/2 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | NEWAYGO | OSCEOLA CO MI MI<br>SEC 20-18N-10W: W/2 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | NEWAYGO | OSCEOLA CO MI MI<br>SEC 18-18N-10W: W/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | NEWAYGO | OSCEOLA CO MI MI<br>SEC 27-18N-8W: N/2 NE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | NEWAYGO | OSCEOLA CO MI MI<br>SEC 22-18N-8W: S/2 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | NEWAYGO | OSCEOLA CO MI MI<br>SEC 36-19N-10W: NW/4 SW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | NEWAYGO | OSCEOLA CO MI MI<br>SEC 28-19N-10W: SW/4 SW/4, 80 ACS<br>SEC 29-19N-10W: SE/4 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | NEWAYGO | OSCEOLA CO MI MI<br>SEC 26-19N-10W: E/2 NE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | NEWAYGO | OSCEOLA CO MI MI<br>SEC 25-19N-10W: W/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | NEWAYGO | NEWAYGO CO MI MI<br>SEC 21-15N-11W: S/2 S/2 NE/4 & N/2 S/2 NE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| MICHIGAN | NEWAYGO | NEWAYGO CO MI MI<br>SEC 16-15N-11W: N/2 & THAT PT OF THE<br>N/2 SW/4 & N/2 SE/4 LYING NORTH OF<br>BIG  RAPIDS AND WHITEHALL RD EXCEPT<br>A PARCEL DESCRIBED AS COMMENCING<br>AT E/4 POST, THENCE N 27 2/5 RODS W<br>25 RODS S 6 2/5 RODS W 7 1/2 RODS<br>S 21<br>RODS MORE OR LESS TO CENTER OF SAID<br>RD E ALONG CENTER OF SAME 32 1/2 RODS<br>MORE OR LESS TO POB, 400 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 21-22-18N-8W: PT<br>SEC 1-17N-8W: PT<br>SEC 27-18N-8W: PT<br>SECS 18,7,21,1,16-18N-10W: PTS<br>SECS 5,6,28-18N-9W: PTS<br>SECS 25,26,29,36-19N<br>-10W: PTS<br>H H COFFIELD ESTATE 92.0986 NMA | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 5-18N-9W: SE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 6-18N-9W: NORTH FRACTIONAL HALF SW/4<br>EXCEPT 20 RODS OFF<br>THE N SIDE | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 28-18N-9W: E/2 SE/4, S/2 NE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 28-18N-9W: NE/4 NE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 7-18N-10W: SE/4 SE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 7-18N-10-W: SE/4 SE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 16-18W-10W: S/2 SW/4, EXCEPT THE ROW OF<br>GRAND RAPIDS INDIANA RR, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 21-18N-10W: NW/4 SW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI SEC 22-18N-8W: NW/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | MISSAUKEE CO MI MI<br>SEC 35-22N-6W: N/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 27-18N-8W: PT, 260 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 19-18N-10W: E/2 NW/4 SE/4, 20 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 17-18N-10W: SW/4 SW/4 & W/2 SE/4, 120 ACS<br>0.0007734 REED CITY UNIT TRACT 1 | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 21-18N-8W: NE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 19-18N-10W: NW/4 NE/4, 40 ACS<br>SEC 17-18N-10W: SW/4 SW/4, W/2 SE/4 SW/4, 60 ACS | MINERAL INTEREST | NON PRODUCING |
| MICHIGAN | OSCEOLA | OSCEOLA CO MI MI<br>SEC 28-19N-10W: NW/4 SW/4, 40 ACS<br>SEC 29-19N-10W: N/2 SE/4,80 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | CHICKASAW | CHICKSAW CO MS MI<br>SEC 1-13S-5E: NE/4 SE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | CHICKASAW | CHICKSAW CO MS MI<br>SEC 12-13S-5E: SE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | CHICKASAW | CHICKSAW CO MS MI<br>SEC 32-13S-5E: NE/4, SW/4, SOUTH SIDE OF NW/4 BEING<br>20 AC, 340 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | CHICKASAW | CHICKSAW CO MS MI<br>SEC 7-13S-5E: SW/4 & 4 AC ON THE SOUTH SIDE OF<br>NW/4, 164 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | CHICKASAW | CHICKSAW CO MS MI<br>SEC 7-13S-5E: S/2 NW/4 & 2 ACS IN SW/C NE/4, 82 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | CHICKASAW | CHICKSAW CO MS MI<br>SEC 30-12N-5E: NW/4 & 60 ACS ON NORTH SIDE OF<br>SW/4, 220 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | CHICKASAW | CHICKSAW CO MS MI<br>SEC 12-13S-4E: SE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | CHICKASAW | CHICKSAW CO MS MI<br>SEC 33-12N-5E: W/2 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| MISSISSIPPI | COPIAH | COPIAH CO MS MI<br>SEC 26-10N-9E: NW/4 NE/4, NE/4 NE/4 NW/4, W/2 NE/4 NW/4, 70 ACS<br>SEC 22-10N-9E: NE/4 SE/4, 40 ACS<br>SEC 23-10N-9E: SW/4 NW/4, 30 ACS EAST SIDE NW/4 SW4, 70 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | FORREST | FORREST CO MS MI<br>SEC 25-1N-12W: SE/2 NW/4 & W/2 SE/4, 160 ACS<br>SEC 1-1S-12W:<br>SE/4 SW/4, SE/4 & NE/4 SE/4,<br>NE/4, SE/4 NW/4, N/2 SW/4 & NE/4 SE/4, 440 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | GREENE | GREENE CO MS MI<br>SEC 31-3N-5W:<br>SEC 36-3N-6W:<br>SEC 31-3N-5W:<br>NW/4 SW/4, SEC. 31-3N-5W NE/4, SEC 36-3N-6W. LYING EAST OF THE CHICKASAWHAY RIVER AND  ALL THAT PART OF NE/2  SE/4,  SEC 36-3N-6-W LYING E. OF SAME RIVER NW/4 NW/4, SEC 31-3N-5W & A STRIP ONE WIDE W/SIDE OF SW/4 NW/4 SEC 31-3N- 5W | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | JACKSON | JACKSON CO MS 1/3 MI<br>SEC 13-5S-5W: SW/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | JASPER | JASPER CO MS MI<br>SEC 13-4N-12E: SE/4 SW/4, 40 ACS<br>SEC 25-4N-12E: W/2 E/2 SE/4& SE/4 NE/4, 80 ACS<br>SEC 24-4N-12E: E/2 NW/4, 80 ACS<br>SEC 19-4N-13E: 31 ACS O<br>F SW/4 SW/4, 31 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | LAUDERDALE | LAUDERDALE CO MS MI<br>SEC 29-6N-14E: SW/4 SW/4 L&E 2 ACS NE/C, 38 ACS<br>SEC 30-6N-14E: SE/4, 160 ACS<br>SEC 31-6N-14E: W/2 NE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | NEWTON | NEWTON CO MS MI<br>SEC 22-5N-13E: E/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| MISSISSIPPI | NEWTON | NEWTON CO MS MI<br>SEC 2-6N-13E: SE/4 SW/4, 40 ACS<br>SEC 11-6N-13E:  NE/4 NW/4 &SE/4 NW/4<br>LESS 1 AC. IN SE/C & 10 AC ON SOUTH SIDE<br>OF  NW/4 NE/4 & SW/4 NE/<br>4 LESS 2 AC IN<br>SW/C & 22 AC ON NORTH SIDE OF SE/4 NE/4, 109 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | NEWTON | NEWTON CO MS MI<br>SEC 22-6N-12E: S/2 NE/4 & N/2 NW/4 & N/2 N/2 S/2 NW/4,<br>180 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | PERRY | PERRY CO MS MI<br>SEC 8-1S-11W: SE/4 SW/4, 40 ACS<br>SEC 6-1S-11W: SE/4 NE/4, SW/4SW/4, 80 ACS<br>SEC 5-1S-11W: NW/4 NW/4, 40 ACS<br>SEC 30-1S-11W: W/2 NW/4, NW/4<br>SW/4, NE/4 SE/4, SW/4 SE/4, 200 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | PERRY | PERRY CO MS MI SEC 17-1S-11W: NE/2 NE/4, NE/4 NW/4,<br>SW/4 NW/4 W/2 SW/4, SE/4SW/4, S/2, 680 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | PERRY | PERRY CO MS MI<br>SEC 19-1S-11W: NE/4 NE/4, SW/4 NE/4, S/2 NW/4, N/2<br>SW/4, SW/4 SW/4, W/2 SE/4, 360<br>SEC 18-1S-11W: N/2 NW/4, N/2 SE/4, SE/4 SE/4, 200 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | PERRY | PERRY CO MS MI<br>SEC 21-1S-11W: NE/4 NE/4, S/2 NE/4, NW/4, NW/4<br>NW/4, S/2 NW/4N/2 SW/4, N/2 SE/4, 160 ACS<br>SEC 20-1S-11W: N/2 NE/4, NE/4 NW/4, SW/4<br>SW/4,<br>E/2 SE/4, 480 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | PERRY | PERRY CO MS MI<br>SEC 13-1S-11W: SE/4 SE/4, 40 ACS<br>SEC 24-1S-11W: W/2 SE/4, 40<br>ACS<br>SEC 26-1S-11W: NE/4 NE/4, 40 ACS<br>SEC 23-1S-11W: S/2 NW/4, NW4 NW/4, SE/4SW/4, N/2<br>SW/4 & NW/4 SE/4, 400 ACS<br>SEC 14-1S-11W: SW/4 SW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|---|---|---|---|---|
| MISSISSIPPI | PERRY | PERRY CO MS MI<br>SEC 22-1S-11W: E/2 NE/4, NW/4 NE/4, NE/4 NW/4, SW/4 NW/4, N/2 SW/4, N/2 SE/4,<br>SEC 15-1S-11W: NW/4 NW/4, S/2 SW/4, NE/4 SW/4, S/2 SE/4, NW/4 E/4, | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | RANKIN | RANKIN CO MS MI<br>SEC 27-4N-1E: N/2 SW/4 LESS 5 AC OFF EAST END & SW/4 NW/4 &<br>W/2 SE/4 NW/4, 135 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | RANKIN | RANKIN CO MS MI<br>SEC NE/4 NW/4 & 13 AC OFF EAST SIDE OF NW/4 NW/4, NW/2 SE/4<br>NW/4 & THAT<br>PT N/2 SW/4 NW/4 LYING E OF PUBLIC RD, 29 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | RANKIN | RANKIN CO MS MI<br>SEC 33-4N-1E: W/2 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | RANKIN | RANKIN CO MS MI<br>SEC 27-4N-1E: N/2 SW/4 LESS 5 AC OFF EAST END & SW/4 NW/4 &<br>W/2 SE/4 NW/4, 135 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | RANKIN | RANKIN CO MS MI<br>SEC NE/4 NW/4 & 13 AC OFF EAST SIDE OF NW/4 NW/4, NW/2 SE/4<br>NW/4 & PT<br>N/2 SW/4  NW/4 LYING EAST OF PUBLIC RD, 29 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | RANKIN | RANKIN CO MS MI<br>SEC 29-4N-1E: W/2 NE/4, E/2 SE/4 NW/4, 100 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | RANKIN | RANKIN CO MS MI<br>SEC 33-4N-1E: W/2 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | RANKIN | RANKIN CO MS MI<br>SEC 29-4N-1E: W/2 NE/4, E/2 SE/4 NW/4, 100 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | TALLAHATCHIE | TALLAHATCHIE CO MS MI<br>SEC 7-24N-1W: PT SE/4 NE/4, 32 ACS<br>SEC 8-24N-1W: NW/4SW/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | TALLAHATCHIE | TALLAHATCHIE CO MS MI<br>NE/2 OF SEC 3 SOUTH OF MUDDY BAYOU<br>& E/2 W/2 OF SEC 3<br>NORTH OF MUDDY BAYOU, 245 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| MISSISSIPPI | TALLAHATCHIE | TALLAHATCHIE CO MS MI<br>SEC 24-T25-R2W: NE/4 NE/4, ALL THAT PART<br>OF NW/4 LYINGCENTER OF LONG BRAKE;<br>N/2 SW/4 NE/4 THAT PART OF SE/4 NE/4, 245 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | WINSTON | WINSTON CO MS 3/8 MI<br>SEC 33-13 N-10E: E/2 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | WINSTON | WINSTON CO MS 3/8 MI<br>SEC 32-13N-10E: SE/4 SE/4, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | WINSTON | WINSTON CO MS 3/8 MI<br>SEC 29-13N-10E: W/2 SE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | WINSTON | WINSTON CO MS 1/4 MI<br>SEC 29-13N-10E: 42 ACS NE/4 NE/4 SW/4 & 12 ACS IN<br>SE/C SE/4 NW/4 | MINERAL INTEREST | NON PRODUCING |
| MISSISSIPPI | WINSTON | NEWTON CO MS MI<br>SEC 13-6N-13E: W/2 NW/4 LESS 10 AC OUT OF SE/C, 70<br>ACS<br>SEC 14-6N-13E: E/2 NE/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| NEBRASKA | CUSTER | CUSTER CO NEBRASKA 1/2 MI<br>T20N-R17W OF THE 6TH P.M. IN SECTION 34 (E/2SE/4);<br>80 ACS<br>T19N,R17W OF THE 9TH P.M. IN SECTION 3 (SW/4) 160<br>ACS & SECTION 4 (E/2) 320 ACS<br>PER MINERAL DEED DTD 04/22/1953 RECORDED 5/18/53,<br>IN BOOK 130, PG 643 | MINERAL INTEREST | NON PRODUCING |
| NEBRASKA | GARFIELD | GARFIELD CO NEBRASKA 1/2 MI T22N-R15W OF THE<br>6TH P.M.SECTION 10: N/2 SE/4; SECTION 11: E/2, SW/4,<br>S/2 NW/4 AND NE/4 NW/4; SECTION 12: W/2 W/2PER<br>MINERAL DEED RECORDED IN BOOK 5, PG 553 | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | BENSON | BENSON CO ND MI<br>TOWNSHIP 153, RANGE 71<br>SECTION 1: SW/4, AND S/2 NW/4<br>SECTION2: SE/4 NE/4; NE/4 SE/4; SW/4 NE/4; NW/4 SE/4;<br>NW/4 SW/4<br>SECTION 12: N/2 SW/4,<br>NW/4 | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| NORTH DAKOTA | BOTTINEAU | BOTTINEAU CO ND MI 596.59 ACS<br> SEC 21-163N-75W: LOTS 3(32.19), 4(17.20), 6(16.80), N/2 NE/4, SW/4 NW/4, W/2 SW/4,<br> SEC 28-163N-75W: LOTS 2(39.10), 3(11.30), SW/4, W/2 SE/4, SW/4 NE/4, | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | BURLEIGH | BURLEIGH CO ND MI<br> NW/4 & SE/4 SEC 29-T139-R75, SE/4 & NE/4 SEC 11-T138-R75, 640 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | BURLEIGH | BURLEIGH CO ND MI<br>NW/4; SE/4; S/2; SE/4 SW/4 SEC 21-139-75W, SW/4; SE/4SEC 3-139-75, 600 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | BURLEIGH | BURLEIGH CO ND MI<br>SW/4 SEC 24-140-75, NE/4; NE/4 SEC 23-140-75, NW/4 SEC 3-140-75, 640 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | BURLEIGH | BURLEIGH CO ND MI<br>NW/4 SEC 27-142-75, NE/4 SEC 34-142-75, NW/4 SEC 2-141-75, SW/4 SEC 6-142-76, 640 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | BURLEIGH | BURLEIGH CO ND MI<br>NE/4 SEC 32-143-78, SE/4 SEC 29-143-78, NW/4 SEC 12-143-76, 480 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | BURLEIGH | BURLEIGH CO ND MI<br>S/2 SE/4 SEC 23-138-78, NE/4 SEC 26-138-78, SE/4 SEC35-138-78, W/2 SEC 5-139-79, 720 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | EDDY | EDDY CO ND MI 480 ACS<br> SEC 4-T150-R67: LOTS 1,2; S/2, NE/4; SE/4 LOT 4; SW/4, NW/4; SE/4, NW/4; LOT 3 | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | EDDY | EDDY CO ND MI 480 ACS<br> SEC 33-T148-R67: NE/4 & SW/4<br> SEC 33-T148-R66: SW/4 | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | FOSTER | FOSTER CO ND MI<br> SEC 22-T142N-R77W: S/2 SW/4, 80 ACS<br> SEC 2-143N-77W: N/2, 320ACS<br> SEC 4-143N-77W: NE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | FOSTER | FOSTER CO ND MI<br> SEC 22-144N-77W: SE/4, 160 ACS<br> SEC 26-144N-77W: SW/4, 160 ACS<br> SEC 27-144N-77W: N/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|---|---|---|---|---|
| NORTH DAKOTA | FOSTER | FOSTER CO ND MI<br>SEC 15-144N-77W: E/2 & SW/4, 480 ACS<br>SEC 14-144N-77W: NW/4,<br>160 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | FOSTER | FOSTER CO ND MI<br>SEC 24-144N-77W: E/2 & LOTS 1, 2, 480 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | FOSTER | FOSTER CO ND MI<br>SEC 26-144N-76W: SE/4, NW/4, SW/4,<br>SEC 34-144N-76W: N/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | FOSTER | FOSTER CO ND MI<br>SEC 7-144N-75W: SW/4 & SE/4, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | FOSTER | FOSTER CO ND MI<br>SEC 35-144N-75W: ALL, 640 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | FOSTER | FOSTER CO ND MI<br>SEC 31-T147-R66: E/2, 320 ACS<br>SEC 32-T147-R66: W/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | FOSTER | FOSTER CO ND MI 480 ACS<br>NE/4 SEC 13-T146-R66<br>SE/4 SEC 3-T146-R66<br>SE/4 SEC<br>32-T147-R66 | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | FOSTER | FOSTER CO ND MI 640 ACS<br>SEC 5-146-66: ALL | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | FOSTER | FOSTER CO ND MI 640 ACS<br>SEC 32-T145-R66: ALL | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI<br>SEC 30-144N-74W: E/2, NW/4, LOTS 1,2,<br>SEC 19-144N-74W: SW/4,<br>SEC 30-144N-74W: NE/4; E/2 SW/4, LOTS 3,4, | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI<br>SEC 19-144N-74W: SE/4, 160 ACS<br>SEC 18-T144N-R74W: NE/4, 160<br>ACS<br>SEC 28-T144N-R73W: SE/4 & SW/4, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI SEC 33-T143N-R74W: E/2, 320 ACS<br>SEC 32-T144N-R74W: S/2, SW/4, W/2 SE/4,  SEC 32-T144N-R74W: N/2 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|---|---|---|---|---|
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI<br>SEC 28-141N-73W: SE/4, 160 ACS<br>SEC 16-141N-73W: SW/4, 160 ACS<br>SEC 5-141N-73W: SW/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI<br>SEC 17-142N-72W: N/2 & SW/4, 480 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI<br>SEC 31-T142N-R72W: NW/4, 160 ACS<br>SEC 30-T142N-R72W: E/2 W/2,160 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI<br>SEC 20-144N-73W: NE/4, 160 ACS<br>SEC 17-T144N-R73W: NE/4 & SE/4, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | MORTON CO ND MI<br>SEC 8-137N-85W: NE/4, 160 ACS<br>SEC 9-137N-85W: W/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | MORTON CO ND MI<br>SEC 31-137N-85W: S/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI<br>SEC 15-143-71: NE/4 & SE/4, 320 ACS<br>SEC 22-141-71: W/2 NW/4,N/2 SW/4, S/2 NE/4 N/2 SE/4, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI<br>SEC 9-141-72: E/2 & NW/4, 480 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI<br>SEC 4-141-72:  E/2 SE/4; E/2 NE/4 & SW LOT 2,3,4, 480 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI<br>SEC 14-137-71: NW/4, 160 ACS<br>SEC 28-137-71: N/2 NW/4; NW/4 SE/4; SW/4 NE/4, 240 ACS<br>SEC 22-137-71: N/2 NW/4, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI<br>SEC 10-137-71: NE/4 & NW/4, 320 ACS<br>SEC 11-137-71: W/2, 320<br>ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI<br>SEC 7-137-71: NW/4 & SW/4, 320 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI<br>SEC 25-138-72: N/2 & SE/4, 480 ACS<br>SEC 19-138-71: SW/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI<br>SEC 18-138-72: SW/4, 160 ACS<br>SEC 19-138-72: NW/4, 160 ACS<br><br>SEC 13-138-73: SW/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | KIDDER | KIDDER CO ND MI<br>SEC 9-137-71: NE/4, 160 ACS<br>SEC 9-137-71: SW/4, 160 ACS<br>SEC 8-137-71: NW/4, 160 ACS<br>SEC 17-137-71: SW/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | MC LEAN | MCLEAN CO ND MI<br>SEC 21-149N-79W: SW/4, 160 ACS<br>SEC 20-149N-79W: SE/4, 160 ACS<br>SEC 3-149-N-80W: SW/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | MC LEAN | MCLEAN CO ND MI<br>SEC 11-150N-80W: W/2 & NE/4, 480 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | MORTON | MORTON CO ND MI<br>SEC 1-137N-85W: NE/4 & SW/4, 320 ACS<br>SEC 2-137N-85W: SE/4 &<br>S/2 NE/4, 240 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | MORTON | MORTON CO ND MI<br>SEC 9-137N-85W: E/2, 320 ACS<br>SEC 10-137N-85W: W/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | MORTON | MORTON CO ND MI<br>SEC 21-137N-85W: E/2, 320 ACS<br>SEC 27-137N-85W: N/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | SIOUX | SIOUX CO ND MI<br>SEC 5-129N-83W: W/2, 320 ACS<br>SEC 6-129N-83W: E/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | SIOUX | SIOUX CO ND MI<br>SEC 30-130N-83W: SE/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | SIOUX | SIOUX CO ND MI<br>SEC 31-129N-80W: LOTS 2,3,4 & SE/4 NW/4 & E/2 SW/4, 240 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| NORTH DAKOTA | WALSH | WELLS CO ND MI<br>SEC 34-T148-R72: E/2 NE/4; SW/4 NE/4<br>SEC 26-T148-R72: SE/4 NW/4; SW/4<br>SEC 4-T147-R72: LOTS 1,2; S/2 NE/4, 480 ACS. | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | WELLS | WELLS CO ND MI<br>SEC 27-T145-R69: N/2 & N/96 ACS, 416 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | WELLS | WELLS CO ND MISEC 26-T150-R68: NE/4, NW/4; W/2 NE/4; NE/4, NE/4SEC 14-T150-R68: SE/4 & SW/4SEC 22-T150-R68: E/2 & NE/4SEC 23-T150-R68: NW/4, 600 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | WELLS | WELLS CO ND MI<br>SEC 21-T150-R68: S/2 & SE/4<br>SEC 28-T150-R68: E/2 NE/4<br>SEC 27-T150-R68: NW/4<br>SEC 22-T150-R68: SW/4, 480 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | WELLS | WELLS CO ND MI<br>SEC 34-T150-R68: E/2, NE/4; E/2 SE/4<br>SEC 35-T150-R-68: W/2 NW/4& SW/4<br>SEC 27-T150-R68: SW/4 & SE/4, 640 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | WELLS | WELLS CO ND MI<br>SEC 5-T149-R68: S/2 NE/4; LOTS 1, 2<br>SEC 32-T150-R68: S/2 SW/4S/2 SE/4; NE/4 SE/4<br>SEC 33-T150R68: N/2 SE/4; SW/4 SW/4, 520 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | WELLS | WELLS CO ND MI<br>SEC 1-T159-R69: SE/4, NE/4 LOT 1<br>SEC 31-T150-R68: NE/4 SW/4;SW/4 SE/4; SE/4 SW/4<br>SEC 32-T150-R68: NW/4 SW/4; SW/4 NW/4; NW/4, 640 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | WELLS | WELLS CO ND MI<br>SEC 19-T150-R71: NE/4 & SW/4<br>SEC 18-T150-R71: SE/4<br>SEC 24-T150-R72: SE/4, 640 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | WELLS | WELLS CO ND MI<br>SEC 15-T148-R72: SE/4, NW/4<br>SEC 21-T148-R72: S/2, SE/4; SW/4SW/4;N/2 S/2; E/3 NE/4<br>SEC 28-T148-R72: NE/4 NE/4; S/2 NW/4; W/2 NE/4<br>SEC 22-T148-R72: W/2 NW/4; NW/4 SW/4, 720 ACS | MINERAL INTEREST | NON PRODUCING |
| NORTH DAKOTA | WELLS | WELLS CO ND MI<br>SEC 27-T148-R72: N/2; E/2 SW/4; SW/4 SW/4; SE/4<br>SEC 34-T148-R72: NW/4 NW/4, 640 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| NORTH DAKOTA | WELLS | WELLS CO ND MI<br>SEC 29-T149-R71: E/2<br>SEC 11-T149-R72: NW/4, 480 ACS | MINERAL INTEREST | NON PRODUCING |
| OKLAHOMA | BEAVER | OKLAHOMA WITHHOLDING | ROYALTY INTEREST | NON PRODUCING |
| OKLAHOMA | ELLIS | ELLIS CO OK MI<br>SEC 16-17S-22W: 40 ACS<br>SALT WATER ROYALTY<br>ALBERMARIE CORP | MINERAL INTEREST | NON PRODUCING |
| OKLAHOMA | LE FLORE | LEFLORE CO OK NPRI<br>SEC 13-7N-25E<br>SEC 14-7N-25E<br>SEC 23-7N-25E<br>SEC 24-7N-25E<br>SEC 25-7N-25E<br>SEC 26-7N-25E<br>SEC 31-7N-25E<br>SEC 36-7N-25E<br>HENRY CHASTAIN, ET UX | ROYALTY INTEREST | NON PRODUCING |
| OREGON | CLATSOP | CLATSOP CO OR MI<br>TOWNSHIP 6 NORTH RANGE 6 WEST<br>SEC 4 LOTS 1,2,3,4, S/2 N/2,S/2, SEC 5 LOTS 1,2,3,4, S/2 N/2, S/2,<br>SEC 6 LOTS 1,2, S/2 NE, SENW, NESW, SE,SEC7NENE,<br>SEC 8 ALL, SEC 9 ALL, SEC 14 W/2 S & E LOUIS IGOT CREEK,<br>SEC 15 ALL EX<br>CEPT 77.5 ACS, SEC 16 ALL, SEC 17 ALL,<br>SEC 18 LOTS 2,3,4, SENW, S/2 NE, E/2 SW,SE,<br>SEC 19 LOTS 1,2,3,4 E/2W/2, E/2, SEC 20 ALL,<br>SEC 21W/2, N/2NE,SENE, SEC22 N/2N/2,<br>SEC 23 N/2 NW EXCEPT 8 ACS, SEC 30 LOT 1,2,E/2 NW, NE,<br>TOWNSHIP 6 NOR<br>TH RANGE 7 WEST<br>SEC 1 LOTS 1,2,3,4, SEC 2 LOTS 1,2,3,4,5,<br>SEC 3 LOTS 1,2,3,4,<br>SEC 24 E/2 E/2, W/2 NE, NWSE, SWSE,<br>SEC 25 NWNE,E/2 NW,  8,748.68 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|---|---|---|---|---|
| OREGON | COOS | COOS CO OR MI<br>1166 ACS PARTS OF<br>SEC 21-28S-13W<br>SEC 22-28S-13W<br>SEC26-28S-13W<br>SEC 27-28S-13W<br>SEC 28-28S-13W | MINERAL INTEREST | NON PRODUCING |
| SOUTH DAKOTA | CORSON | CORSON CO SD MIT22N-R26E (1/4 MI) SECTION 14; T22N-R27E (1/4 MI) SECTION 23(SE/4 & NW/4) T22N-R28E (1/8 MI) SECTION 9: ALL;T23N-R22E (1/4 MI) SECTIONS25,26;T23N-R23E (3/8 MI) SECTIONS 19, 23, 28;T23N-R23E (1/4 MI) SECTIONS 29,30;T23N-R26E (1/4 MI) SECTION 28 (S/2, NE/4)T23N-R28E (3/8 MI) SECTION 21, LOTS 1 & 2, SW/4 | MINERAL INTEREST | NON PRODUCING |
| SOUTH DAKOTA | HAAKON | HAAKON CO SD MI<br>TOWNSHIP 1, RANGE 18E (1/2 MI) IN SECTIONS 26, 35;<br>TOWNSHIP 4,RANGE 21E (1/2 MI) IN SECTION 24;<br>TOWNSHIP 6, RANGE 24E (1/8 MI) IN SECTIONS 5<br>, 8, 9 AND  (1/2 MI) IN SECTION 6 (NW/4);<br>TOWNSHIP 7, RANGE 23E (1/2 MI) IN SEC1 (N/2, SW/4) ,<br>SEC 7 (S/2 S/2), SEC 27,28;<br>TOWNSHIP 7, RANGE 24E (1/2 MI) IN<br>SECTIONS 18 (NW/4 & SECTION 31 (S/2);<br>TOWNSHIP 8, RANGE 23E (1/2 MI) IN SECTIONS 19,21,28,29,30 | MINERAL INTEREST | NON PRODUCING |
| SOUTH DAKOTA | HUGHES | HUGHES CO SD 1/2 MI<br>TOWNSHIP 111, RANGE 74 IN SECTIONS 14, 15;<br>TOWNSHIP 112, RANGE 75 IN SECTION 19;<br>TOWNSHIP 112, RANGE 76 IN SECTIONS 13, 24 | MINERAL INTEREST | NON PRODUCING |
| SOUTH DAKOTA | HYDE | HYDE CO SD 1/2 MI<br>TOWNSHIP 112, RANGE 73 IN SECTIONS 2,3,4,5,10,14,15;<br>TOWNSHIP 113, RANGE 72 IN SEC 4 (SW/4), SEC 8 (SE/4), SEC 26 (SE/4), SEC 28 (NW/4);<br>TOWNSHIP 113, RANGE 73 IN SECTION 25: SW/4, SE/4;<br>TOWNSHIP 114, RANGE 72 IN SECTIONS 27,33,34,35, | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|---|---|---|---|---|
| SOUTH DAKOTA | PERKINS | PERKINS CO SD MI<br>TOWNSHIP 22 RANGE 10 (3/16 MI) IN SECTION 18 19;<br>TOWNSHIP 22RANGE 11 (3/16 MI) IN SECTIONS 14,23,24, 26;<br>TOWNSHIP 22 RANGE 11 (1/8 MI) IN<br>SECTIONS 14, 23,24,26, 29, 30 AND 31;<br>TOWNSHIP 23 RANGE 10 (1/2 MI) IN SECTIONS 25, 35 | MINERAL INTEREST | NON PRODUCING |
| SOUTH DAKOTA | STANLEY | STANLEY CO SD (1/2) MI<br>TOWNSHIP 5, RANGE 27 E IN SECTION 33;<br>TOWNSHIP 7, RANGE 25 E IN SECTION 21, 28, 29 | MINERAL INTEREST | NON PRODUCING |
| SOUTH DAKOTA | SULLY | SULLY CO SD MI<br>TOWNSHIP 114, RANGE 80 (3/8 MI) IN SECTIONS 5,6,8;<br>TOWNSHIP 115, RANGE 80 (3/8 MI) IN SECTION 9, 28, 29,30,31 AND 32;<br>TOWNSHIP 115, RANGE 81<br>(3/8 MI) IN SECTION SECTION 25;<br>TOWNSHIP 113, RANGE 75 (1/2 MI) IN SECTIONS 25,26;<br>TOWNSHIP 113, RANGE 74 (1/2 MI) IN SEC 1 (NW/4); SEC 3 (W/2& E/2); SEC 10<br>(NE/4); | MINERAL INTEREST | NON PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>F CURBIER SVY A-221, 148 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>G W TUGGLE SVY A-771<br>WILLIAM WRIGHT SVY A-798, 224.25 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>THOMAS GOSS SVY A-27 & W L POOL SVY A-57, 638.8 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>SEC 1 I&GN RR SVY BLK 1 PAT 583, 134.8 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>ROBERT ERWIN SVY A-262, 55 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>C C MCDONALD SVY A-1058, 88 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | ANDERSON | ANDERSON CO TX MI<br>SVY, 160 ACS<br>MITCHELL LEASE 0.000189 RI | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | ANDERSON | ANDERSON CO TX NPRI<br>J W CARPENTER SVY A-222 &<br>ANDERSON CSL SVY A-71, 3,573.9ACS<br>DOUGLAS LATIMER | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BASTROP | BASTROP CO TX MI<br>CALVIN GAGE SVY A-174<br>CHARLES KESSLER SVY A-218<br>180.5 ACS(80.5 + 100) | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BASTROP | BASTROP CO TX MI<br>J FARRELL & SARAH CASTLEBURY SVY, 79.9 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BASTROP | BASTROP CO TX MI<br>HEADRIGHT SVY, 200 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BASTROP | BASTROP CO TX MI<br>R H GRIMES SVY, 130 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BASTROP | BASTROP CO TX MI<br>J FERRELL SVY, 100 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BASTROP | BASTROP CO TX MI<br>S S BEASLEY SVY, 750 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BASTROP | BASTROP CO TX NPRI J MARTIN SVY, 124 ACS J O<br>BROWNING | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BASTROP | BASTROP CO TX NPRI<br>J MARTIN & E HARRIS SVYS, 437.2 ACS<br>GEORGE OWEN (DANNELLEY) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BASTROP | BASTROP CO TX NPRI<br>J WRIGHT & J P WALLACE SVY, 242.5 ACS<br>H B EDWARDS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BASTROP | BASTROP CO TX NPRI<br>J CUNNINGHAM & J OGLESBY SVY, 2 ACS<br>AUGUST LINDNER ETUX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BASTROP | BASTROP CO TX NPRI<br>JAS WEST SVY, 200 ACS<br>HENRY MOBLEY | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BASTROP | BASTROP CO TX NPRI<br>J FERRELL SVY, 105.92 ACS<br>C W MOEHRING NETTLES | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BASTROP | BASTROP CO TX NPRI<br>T G ALLEN & P B ISLES SVY, 708.909 ACS<br>GEORGE NINK, ETAL | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | BASTROP | BASTROP CO TX NPRI<br>DEMPSEY PACE SVY, 191 ACS<br>O M WEATHERBY | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BASTROP | BRAZORIA CO TX NPRI<br>H. E. WEAVER F. S. PHILLIPS, 105 ACS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BEE | BEE CO TX MI<br>SEC 216 DAN MALEY SVY A-567, 127.9 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BORDEN | BORDEN CO TX MI<br>S. LAKE THOMAS  LAVACA NAVIGATION SVY, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BRAZORIA | BRAZORIA CO TX MI<br>J W HALL SVY A-68, 322.01 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BROWN | BROWN CO TX MI<br>GC&SF RR CO SVY 3, A-1403,<br>KERR CSL SVY 271,<br>ALL OF F. M. WILSON SVY, A-1372,<br>ALL OF DAY LAND & CATTLE CO SVY A-1727, 318.41<br>ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>A. R. GUILD SVY A-268, 571.236 ACS<br>LSED 04/04/08 3 YRS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX 1/3 X 50/136.5 MI<br>136.5 ACS ABNER SMITH SVY<br>(JOHN COWDEN LSE)<br>.02289377 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>JOHN CHEASEY SVY, 267.5 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>THOMPSON AND SANCHEZ LGES, 157 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>CHRISTIAN LABOR SVY, 13 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON  CO TX MI<br>S C ROBERTSON LGE 2, 59.75 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>LOTS 1-20 BLK 11 CHRISMAN TX, 1.7218 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>SVY, 17.625 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>MCKEEN SVY, 110.1205 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | BURLESON | BURLESON CO TX MI<br>GUILD & O PERRY SVY, 163 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>A CALVIN SVY, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>JAS. LASTLEY LGE, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON & MILAM CO TX MI<br>H MARTIN GRANT, 40.177 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON & MILAM CO TX MI<br>I. MAIDEN SVY,<br>SAMUEL SLATER SVY, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON & MILAM CO TX MI<br>CHARLES SEVIER SVY A-226, 340 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>DAVID HOUSTON SVY, 194 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>JAS. DUNN SVY, 16.5 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>WM. ALLEN SVY, 53 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>S. A. LONG SVY, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>W. W. HILL SVY, 103.85 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>W. W. HILL SVY, 130 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>S. Y. REAMS SVY, 102 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI F. A. RUIZ SVY, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>MILES & MOORE SVY, 173.25 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>E SANTE SVY, 39.2 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>C A SMITH SVY A-209<br>PCC 634673 COFFIELD B-3 #1 0.09375 RI<br>PCC 634678 COFFILED B-3 #2 0.09375 RI (98875) | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | BURLESON | BURLESON CO TX MI<br>E. SANTE AND ABNER SVYS<br>COFFIELD-RUSSELL .09375 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>ABNER SMITH SVY<br>COFFIELD-SMITH .1875 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>ABNER SMITH SVY<br>COFFIELD-SMITH B .09375 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>ABNER SMITH SVY<br>COFFIELD-SMITH .1875 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>JOHN CHESNEY SVY A-10: 425.85 ACS<br>TR 1 133.36 AC, TR 2 50.84AC, TR 3 126.75, TR 3B 2.38, TR 4 112.52 AC<br>ADAMS-LAKEVIEW DEVELOPMENT NO.1-AREUNIT LAKEVIEW UNIT 1 .0625 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>SEC 1 MOSES CUMMINGS SVY A-16, 300 ACS<br>J M ORSAG UNIT 1, 2,<br>0.0046542 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>E SANTE SVY<br>GRAMM LEASE .0628 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>ABNER SMITH SVY, 25 ACS<br>W. A. BOUNDS, ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>J S WINSTON SVY, 645 ACS<br>F. C. EDMINSTON ESTATE | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>A.THOMPSON SVY, 262 ACS<br>H NEVILLS SVY<br>J. M. SANCHEZ SVY<br>F. M. ETHERIDGE EST. | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>ABNER SMITH SVY, 125 ACS<br>M. T. FOOD LAND | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>ELIZA SANTE SVY, 221 ACS<br>NELLIE K. GRAMM | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>ABNER SMITH SVY, 379 ACS<br>J. N. GREEN LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>JAMES SHAW SVY, 44.8 ACS<br>M.H. HELFORD ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>WILLIAM OLDHAM SVY, 160 ACS<br>T. S. HENDERSON LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>JOHN WINSTON SVY, 645 ACS<br>JOHN A. JACKSON LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>SAM WILLIAMS SVY, 20 ACS<br>SARAH ANN JACKSON ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>I&GN RR SVY, 140 ACS<br>E. A. LARREMAORE ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>ELIZA SANTE SVY, 500 ACS<br>GENEVIEVE MAAS, A WIDOW &<br>NELLIE GRAMM ET VIR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>ELIZA SANTE SVY, 218 ACS<br>GENEVIEVE MAAS, A WIDOW | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>ABNER SMITH SVY, 86 ACS<br>W. T. MACY & A. S. CROW LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>MARY CARNAGHAN, 99 ACS<br>ROBERT MCLANE LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI J. C. WALKER SVY, 247 ACS P. H. HARRISS ET UX (OGLE LAND) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>SVY, 160.33 ACS<br>J. P. STEVENS & W. EVANS DOVIE RAY JONES, ET VIR | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>ABNER SMITH SVY, 100 ACS<br>RAY AND JONES LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>ABNER SMITH SVY, 103 ACS<br>JESSE Q. RAY, A SINGLE MAN | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>J. C. WALKER SVY, 664.25 ACS<br>W.H. ORR, ET UX, B. REGENBRECHT LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>J. C. WALKER SVY, 175 ACS<br>MRS. CADDIE SCARBROUGH, A WIDOW | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>ABNER SMITH SVY, 80 ACS<br>TEX-OKAN MILLING CO LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>JAMES SHAW SVY, 280 ACS<br>VOGEL LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX NPRI<br>HENRY MARTIN SVY, 40 ACS<br>I. H. WARREN, ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>AARON COLVIN SVY A-13, 80 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>E. SANTE SVY A-210, 40 ACS<br>COFFIELD UNIT A (C2502) .1250 RI<br>COFFIELD UNIT A (C2502) .0625 ORRI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | BURLESON | BURLESON CO TX MI<br>E SANTE SVY A-210, 43.6 ACS<br>H H COFFIELD -A- #2 (04209)<br>.0416666 RI & .02083332 ORI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | CALDWELL | CALDWELL CO TX NPRI<br>MILES G. DYKES SVY, 3 ACS<br>W. V. HARDIN | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | COOKE | COOKE CO TX MI<br>GARCIA SVY A-404, 112 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | DALLAS | DALLAS CO TX NPRI<br>WILLIAM B. COATS SVY, .29 AC<br>ETTA D. BLANDCHARD ET VIR | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | DALLAS | DALLAS CO TX NPRI<br>JAMES MATTHEWS SVY, 8.45 ACS<br>FOREST LAWN LOT OWNERS ASSN | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | DALLAS | DALLAS CO TX MI<br>JOHN S JONES SVY A-687, 155 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | DE WITT | DE WITT CO TX MI<br>JAMES DUFF SVY A-153, 167 ACS<br>LUKE M. MASON SVY A-335, 20<br>ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | DE WITT | DEWITT CO TX MI<br>JAMES MAY 1/4 LGE A-324, 103 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | DE WITT | DEWITT CO TX MI<br>JAMES DUFF SVY A-153<br>& LUKE MASON SVY A-325, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | DIMMIT | DIMMIT CO TX MI<br>LOT 7, BLK 175 OF SUB L, 80 ACS<br>LOT 7 & 10 BLK 11 SUB A, 80<br>ACS<br>LOT 9 BLK 11 & LOT 11 BLK 10 SUB A, 80 ACS<br>ALL IN TAFT-CATARINA PROPERTIES SUBD | MINERAL INTEREST | NON PRODUCING |
| TEXAS | DIMMIT | DIMMIT CO TX NPRI<br>T&NO RR SVY, 40 ACS<br>JEFF ARCHER ESTATE | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | DIMMIT | DIMMIT CO TX NPRI<br>SEC 651 A-102, 40 ACS<br>SAM F. SHROUT ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | DIMMIT | DIMMIT CO TX 2/3 MI LOT 14 BLK-4 SUBD A,<br>W R RUTLEDGE SVY A-1229 TAFT-CATARINA, LOT 14<br>BLK-8 W R RUTLEDGE SVY A-1229 CATARINA<br>TOWNSITE 80 ACS<br>ADDITIONAL PROPERTY TO ACCOUNT, SEE DEED<br>DATED 08/30/1984, VOL. 206, PG 6 | MINERAL INTEREST | NON PRODUCING |
| TEXAS | DIMMIT | DIMMIT CO TX 3/128 NPRI<br>LOTS 11 & 12 BLK 2<br>TAFT-CATARINA SUBD A, 80 ACS<br>DEED DTD 07/18/1953,<br>RECORDD IN VOL. 106, PG 539-540 | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | DIMMIT | DIMMIT CO TX 3/128 NPRILOT 12 BLK 6 TAFT-CATARINA SUBD A, 40 ACS DEED DTD 05/29/1961,RECORDD IN VOL. 120, PG 361 | MINERAL INTEREST | NON PRODUCING |
| TEXAS | DIMMIT | DIMMIT CO TX 3/128 NPRI LOT 1 BLK 10 TAFT-CATARINA SUBD A, 40 ACS DEED DTD 11/02/1953, RECORDD IN VOL. 107, PG 93 | MINERAL INTEREST | NON PRODUCING |
| TEXAS | ECTOR | ECTOR CO TX MI GOLDSMITH ADOBE UNIT | MINERAL INTEREST | NON PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX 1/2 X 3/4 X 1/8 X 7/8 ORI J T WHITESIDE LEAGUE A-107, 500 ACS JANECKA -A- (RRC 700) | OVERRIDING ROYALTY | NON PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX MI 237 ACS, JOHN VANDERWORTH LGE A-312 IRENE UNIT- A NO. 1 | MINERAL INTEREST | NON PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX MI AMAZIAH E BAKER LGE A-8 | MINERAL INTEREST | NON PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX MI A.E. BAKER LEAGUE A-8 & MARY PHELPS LEAGUE A-82, 210.7 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX MI A.E. BAKER LEAGUE A-8 & MARY PHELPS LEAGUE A-82, 210.7 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX MI J.G. WILKINSON SVY A-108, 94.9 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX MI MARY PHELPS LGE A-82, 50 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX MI W. WILLIAMSON SVY A-113, 795.084 GEOSOUTHERN-AMY .03125 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | FAYETTE | FAYETTE CO TX MI J G WILKINSON SVY A-108 GEOSOUTHERN-STAR .046875 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | GALVESTON | GALVESTON CO TX MI JOHN D. MOORE LEAGUE | MINERAL INTEREST | NON PRODUCING |

68

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | GARZA | GARZA CO TX MI<br>SEC 1111 TWN G RY CO SVY A-353: SW/4, 160 ACS<br>PATENT 436 VOL<br>29 CERT 0/38 | MINERAL INTEREST | NON PRODUCING |
| TEXAS | GOLIAD | GOLIAD CO TX NPRI<br>321.2 ACS OUT OF THE R. E. HANDY SVY<br>AND M. G. CARICO SVY A-90 | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | GRAY | GRAY CO TX NPRI<br>H&GN RR CO SVY, 562.2 ACS<br>FEDERAL FARM MORTGAGE CORP. | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | GREGG | GREGG CO TX MI<br>L B OUTLAW SVY A-159<br>CALVIN BROWN .005 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | GREGG | GREGG CO TX MI<br>L B OUTLAW SVY A-159<br>ROSA BROWN .03125 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | GREGG | GREGG CO TX<br>L B OUTLAW SVY A-159<br>ROSA BROWN .020834 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | GRIMES | GRIMES CO TX MI<br>J. G. TONG SVY A-446, 188 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | HARRIS | HARRIS CO TX MI<br>JACOB HALL SVY, 161.75 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | HARRIS | HARRIS CO TX MI<br>JOHN WHITE SVY, 140 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | HARRIS | HARRIS CO TX NPRI<br>HARRIS-WILSON 2 LGE GRANT, 2.09 ACS<br>BANKERS MORTGAGE CO. | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | HARRIS | HARRIS CO TX NPRI<br>HARRIS-WILSON 2 LGE GRANT, 3.32157 ACS<br>A.B. O'DONNELL ET,<br>UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | HARRIS | HARRIS CO TX NPRI<br>HARRIS-WILSON FIRST TIER, .5603 ACS<br>JOHN CLAYTON | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | HARRIS | HARRIS CO TX NPRI<br>HARRIS -WILSON FIRST TIER, .7 AC<br>N.J. KLIEN | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | HARRIS | HARRIS CO TX NPRI<br>HARRIS-WILSON 2 LGE GRANT, 3.305 ACS<br>ANTHONY B. O'DONNELL<br>ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | HARRIS | HARRIS CO TX NPRI<br>J. MITCHELL SVY A-570, 100 ACS<br>E.A. SCROGGINS, ETUX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | HARRIS | HARRIS CO TX NPRI J. MITCHELL SVY A-570, 4.556 ACS<br>E.A. SCROGGINS ET, UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | HARRIS | HARRIS CO TX NPRI<br>HARRIS-WILSON 2-LEAGUE GRANT, .7 ACS<br>TEXAS-LOUISIANA CORP | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | HARRIS | HARRIS CO TX NPRI<br>PART OF LOT 3, BLK. 35, 2.778 ACS<br>URSULINE ACADEMY OF GALVESTON ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | HARRIS | HARRIS CO TX NPRI<br>JOHN BROWN SVY, 2.778 ACS<br>U.S.A. ADM. OF GENERAL SVCS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | HARRIS | HARRIS CO TX NPRI<br>JOHN BROWN SVY, 11.5 ACS<br>E. MONROE WISE ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | HARRIS | HARRIS CO TX NPRI<br>HARRIS-WILSON 2 LGE GRANT, 2.245 ACS<br>JOHN H. BLAFFER, T.J.HILL & KINCAID SC | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | HARRISON | HARRISON CO TX MI<br>P.R. PEARSON SVY, 50 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | HARRISON | HARRISON CO TX MI<br>DAVID HILL SVY, 41.5 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | HARRISON | HARRISON CO TX MI<br>PRANSON & FAZER SVY, 72.5 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | HOUSTON | HOUSTON CO TX MI<br>S. A. RINGO & JESSIE DODSON, 6.8 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | HOUSTON | HOUSTON CO TX MI<br>MARY INGRAM SVY A-1263, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | HOWARD | HOWARD CO TX MI<br>SEC 4 BLK 34 T1S T&P SVY, 320 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | HUNT | HUNT CO TX NPRI<br>PRICE SVY, 269.6926 ACS<br>W.M. JACKSON | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | JACK | JACK CO TX MI<br>S H TRIGHMAN SVY A-1724; A-2339<br>STEED-LEACH<br>LEACH #1 .0208334<br>RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | JACK | JACK CO TX MI 160 ACS<br>S. H. TILGHMAN SVY A-2339<br>CATLIN-LEACH #1 .0138890RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | JACK | JACK CO TX MI<br>S H TILGHMAN SVY A-1724, E/40 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | JASPER | JASPER CO TX MI<br>A. WRIGHT SVY, 63 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | JASPER | JASPER CO TX MI<br>A. WRIGHT SVY, 65 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | JEFFERSON | JEFFERSON & LIBERTY CO TX MI<br>SEC 31 T&NO SVY, A-375, LIBERTY CO TX<br>SEC 1140<br>WHEELER SVY JEFFERSON CO TX<br>980 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | KARNES | KARNES CO TX MI<br>VICTOR BLANCO ORIG GRANT A-3, 60.25 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | KAUFMAN | KAUFMAN CO TX NPRI<br>NELSON SVY, 1343.78 ACS<br>W.P. KING SVY, 97.2 ACS<br>F.S. OLDT, ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LAMB | LAMB CO TX MI<br>ABNER TAYLOR SVY LABOR 7 LGE 642, 177.1 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LAMB | LAMB CO TX MI<br>ABNER TAYLOR SVY, 191.5 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LAMB | LAMB CO TX MI<br>ABNER TAYLOR SVY LABOR 25 LGE 642, 100 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LAMB | LAMB CO TX MI<br>ABNER TAYLOR SVY LABOR 3 LGE 642, 177.1 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LAMB | LAMB CO TX MI<br>THOMSON SVY SEC 24, 637.7 ACS | MINERAL INTEREST | NON PRODUCING |

71

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | LEE | LEE CO TX MI<br>JOHN CHENOWETH SVY A-60, 117.469 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>R. MILBUM SVY, 100 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>PEVEYHOUSE SVY, 45 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>THOS. MORROW SVY A-222, 276 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>JOHN PREWITT LGE A-259, 100 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>JOHN PREWITT LGE A-259, 106 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>W S DOBBINS LGE A-88, 116 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>J. M. DICKSON SVY A-94: 71.125 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI E MILBURN SVY, 100 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>S.S. CURTIS & E. MILBURN SVY, 248 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>A. ESTES LGE, 157.5 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>W. H. BYNUM SVY A-6, 174 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>IRA CLEMONS SVY A-58, 204.1 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>AARON D. DODD SVY A-85, 125 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | BURLESON & LEE CO TX MI<br>LEWIS MOORE SVY A-236<br>JOHN FURNASH LGE A-107<br>263.333 ACS, LSED 11/15/10 3 YRS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>S. S. CURTIS & B .W. SWEARAGIN SVYS, 71 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>NICHOLAS S. CRUNK SVY A-62, 61.25 ACS<br>NICHOLAS S. CRUNK SVY A-62, 42.827 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>JOHN PREWITT SVY, 111 ACS | MINERAL INTEREST | NON PRODUCING |

72

| State | County | Legal Description | Interest Type | Status |
|---|---|---|---|---|
| TEXAS | LEE | LEE CO TX MI<br>JOHN FURNASH LGE A-107, 200 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>DANIEL WALKER SVY, 125 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>R T. S. MAHAN & S. S. CURTIS 1/3 LGE, 175 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>JOHN EASLEY SVY, 45.7 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>JOHN NEWTON SVY A-244, 120 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>DANIEL WALKER LGE, 105 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>GEORGE DARR SVY, 50 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>P. WIMBERLY SVY, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>THOMAS WARD LGE, 68.5 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>THOS MORROW SVY A-222, 51.6 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>DANIEL WALKER SVY, 39.75 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>GEORGE KESSNER SVY, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>WM. C. HUGHES SVY, 95 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>ARMSTRONG SVY, 100 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>IRA CLEMONS SVY A-58, 100 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>E. MILBURN SVY, 116.5 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>E. MILBURN SVY, 193 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>S.S. CURTIS SVY & E. MILBUM SVY, 175 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>E. MILBUM SVY, 24.405 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | LEE | LEE CO TX MI<br>A. S. MITCHELL SVY, 15 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>F. BOATWRIGHT LGE, 151.54 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>GEORGE DARR SVY 201 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>A. S. MITCHELL 1/3 LGE SVY A-221, 325 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>IRA CLEMMONS SVY A-58, 108 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>P. T. CUMEAL SVY, 70 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI<br>W. N. MOCK LGE, 164 ACS<br>JOHN CURREY ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI<br>C. L. L. CHILES & JOHN CHENOWITH SVY, 248 ACS<br>FIRST NATIONAL<br>BANK | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI<br>J. A. TANNER LGE & FRANKLIN J. WILLIAMS SVY,<br>283.5 ACS<br>P. A.HELMS, ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI IRA CLEMMONS SVY, 100 ACS B.<br>HESTER ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI<br>WILLIAM N MOCK SVY, 50 ACS<br>JOHN JENKINS ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI<br>THOMAS MORROW SVY, 112.23 ACS<br>NORAH E. MARTIN | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI<br>JOHN CHENOWETH SVY, 132.75 ACS<br>PEARL MCCAWLEY, A WIDOW | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI<br>GEORGE W. GUTHIE & WARREN LYONS SVYS, 140<br>ACS,<br>ROSA A. MUSTONAL BY  J. KNOX | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | LEE | LEE CO TX NPRI<br>P OWENS GRANT, 374 ACS<br>J. B. NEWTON ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI<br>W. H. BYNUM LGE, 174 ACS<br>T. S. PEEBLES ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI<br>JOHN CHENOWETH SVY, 144 ACS<br>J. T. PRUETT, ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI<br>P. T. CUMEAL LGE A-61, 255 ACS<br>F. W. RETZLOFF ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI<br>WILEY HARRISON SVY, 322.853 ACS<br>STATE BANK AND TRUST CO | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI<br>WILLET HEADRIGHT SVY, 55 ACS<br>A. L. TURNIPSEED, ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI<br>HENRY COOK LGE, 102 ACS<br>BETTIE WALDEN A WIDOW | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI<br>THOMAS H. MAYS SVY, 130 ACS<br>H. M. WEST LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX NPRI<br>A. S. MITCHELL SVY, 200 ACS<br>FRED VOLLHUE | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>J F MANCHA SVY A-207 | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>JAMES SHAW SVY A-289, 139.6 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LEE | LEE CO TX MI<br>ROBERT FINNEY A-108, 91 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LIBERTY | LIBERTY CO TX MI<br>JAS. HANNEY LGE, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LIBERTY | LIBERTY CO TX MI<br>JAS. HANNEY & H. B. JOHNSON LGE, 106 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | LIBERTY | LIBERTY CO TX MI<br>ELDRIDGE SVY, 10 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LIBERTY | LIBERTY CO TX MI<br>S. O. THOMPSON SVY, 41 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LIBERTY | LIBERTY CO TX MI<br>H. B. JOHNSON & JAS. HANDRY LGE, 130 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | LIBERTY | LIBERTY CO TX MI<br>JAMES HANEY LGE, 77 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>29.62 ACS OUT OF THE B W HOLTZCLAW SVY, A-187<br>(COFFIELD-STANISLAW) | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 16 ACS<br>JOHN HALL (R L ABBOTT, ET UX) GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>R L BATTE SVY A-453, 357.8 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>J L NICHOLSON SVY, 128.8 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>ELI WILLIAMS SVY A-380<br>JOHN NOLAN SVY A-286, 236 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>E SANTE SVY, 54.5 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>M A SACKETT SVY A-337, 105 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>D A THOMPSON SVY A-398 AND WILLIAM ALLEN SVY<br>MINERVA-ROCKDALE FIELD<br>H H COFFIELD E(A/K/A H H SHAMROCK 1) .0833334 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>J. LEAL SVY, 100 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>T. J. CHAMBERS SVY, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MIJ. B. HARVEY SVY A-186, 103 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>MARY SACKETT SVY A-337, 72 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>J. A. PREWITT SVY A-288, 45 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX MI<br>MARY SACKETT SVY A-337, 75 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>MARY SACKETT SVY A-337, 16.33 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>MARY SACKETT SVY A-337, 82 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>B. F. SWOAP SVY A-328, 218.5 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>J. B. HARVEY SVY A-186, 130 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>J. LEAL SVY A-29, 20 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>ELIZA SANTE SVY A-210, 40 ACS<br>BROWN & MCKENZIE | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>WILLIAM ALLEN SVY A-72 | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>ROBERT WALKER HEIRS SVY A-382 | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>W W HILL SVY<br>COFFIELD -LOCKHART .1875 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>D A THOMPSON SVY, 5 ACS<br>A. AGUILLAR, ET UX GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>WM. ISAACS & JAS. STEVENS SVY, 336 ACS<br>SAM GARDNER (J. BALFORD EST) GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>S. C. ROBERTSON SVY A-52, 101.666 ACS<br>ALUMINUM CO. OF AMERICA GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>J. P. SMITHSON & E.S.C. ROBERTSON SVY, 160.5 ACS<br>T.F. CRISWELL (G.W. MARZILLA APPLIN) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>J. J. ACOSTA SVY, 134.167 ACS<br>DORIS SIMMS AVRETT, ET AL, GRANTOR | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX NPRI<br>J. J. ACOSTA SVY, 16 ACS<br>JIM BARTLETT ET UX  GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>S. Y. REAMS SVY, 17.9 ACS<br>ELDON BATTE ET UX  GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>HENRY MARTIN SVY, 65 ACS<br>KATE BEATY, ET AL  GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>J. J. ACOSTA SVY, 2.5 ACS<br>CARL C. BLACK GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>ROBERT WALKER SVY, 660.3 ACS<br>ED. J. BAHAC ET AL  GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>WILLIAM ALLEN SVY A-72, 5 ACS<br>DAN F. BOUNDS LAND GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>T.S. ARNETT SVY, 9.601 ACS<br>BRIDLE BIT MRS. SUE HALE,<br>A FEME SOLE  GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>G. W. TEVIS SVY, 263 ACS<br>C. W. HINYARD (R.N. BRENNAN ETAL)<br>GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>S. P. CARSON SVY, 10 ACS<br>KENNETH BRODNAX  GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 175 ACS<br>J. MCGREGOR (MRS. NM BULLOCK) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>H. MARTIN & J SHAW SVY, 133 ACS<br>MRS. N. M. BULLOCK  GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 30 ACS<br>J.W. BUSBY ETUX   GRANTOR | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX NPRI<br>W. THOMPSON SVY, 820.9 ACS<br>LENA EVANS CALLIER GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI D. A. THOMPSON SVY, 1 AC<br>CHARLES CALVIN GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>F. RUIZ SVY, 256.4 ACS<br>C.W. HINYARD (ARCHBISHOP OF<br>SAN ANTONIO) GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 55 ACS<br>WM. CAMERON CO. (CAYWOOD LN.) GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 100 ACS<br>A.L. CAYWOOD ETUX GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 100 ACS<br>LOUIS CAYWOOD GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 55 ACS<br>RUBEN CAYWOOD GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 70 ACS<br>W. T. CAYWOOD GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>J. J. ACOSTA SVY, 128.61 ACS<br>WILLARD T. SCURLOCK (O. CHARLES ETUX) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>WILLIAM ALLEN SVY A-72, 10.4 ACS<br>BERTIE W. CHINN GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JAMES SHIELDS SVY, 180 ACS<br>E. GUNN (J. M. COLLINS EST.LAND) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 15 ACS<br>SONS OF HERMAN (CORBITT LAND) GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 8 ACS<br>MRS. EDNA COULTER GRANTOR | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX NPRI<br>J. J. ACOSTA SVY, 115.5 ACS<br>J. COX (M. G. COX, ESTATE) GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>B. W. HOLTZCLAW SVY, 1,389.66 ACS<br>CULPEPPER-SIMMS LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>J. J. ACOSTA SVY, 40 ACS<br>CRAYTON LAND  GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>E. BAILEY SVY, 605.5 ACS<br>J. M. CUNNINGHAM LANDS. GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>T. J. CHAMBERS SVY, 65.77 ACS<br>HOWARD J. DEBUS. GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>T. J. CHAMBERS SVY, 50 ACS<br>J. W. DYER, TE UX GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>WILLIAM ALLEN SVY A-72, 4.6 ACS<br>VERNON DYJMKE, ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>WILLIAM ALLEN SVY A-72, 3 ACS<br>FRANK BYMKE, ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>WILLIAM ALLEN SVY A-72, 10.5 ACS<br>VERNON DYMKE, ET UX GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>ELIZA SANTE SVY, 47 ACS<br>R.E. EAKIN LAND GRANTOR | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JAMES SHIELDS SVY, 108 ACS<br>J. J. ELLIOTT LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>F. RUIZ SVY, 80.75 ACS<br>FEDERAL LAND BANK (T. A. FISHER) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>J. W. HAYS SVY, 68.33 ACS<br>R. A. THOMAS ET UX ( FIRST NAT.BANK) GRANTOR | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX NPRI<br>T. F. HAILEY SVY. I & GN RR SVY, 68.33 ASC<br>BENTLEY FLETCHERET UX, WIDOW GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>T. F. HAILEY SVY, 67.5 ACS<br>LOUISE FLETCHER, WIDOW GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI I & G N RR T. F. HAILEY SVY, 119.2<br>ACS WILLIAM S. FLETCHERET AL GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>C. S. WALDEN & D. A. THOMPSON SVY, 807.6 ACS<br>E. H. FOSTER ET UX GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>SMITH VINCENT SVY, 25 ACS<br>J. R. FRAIM LAND | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>RICHARD ROSS SVY, 100 ACS<br>J. S. FRANKLIN, ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>CHAMBERS, THOMPSON, ARNETT SVYS, 128.75 ACS<br>MRS. J. A. GAMBILL, ET AL  GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>W. W. HILL SVY, 84.25 ACS<br>DAVIS R. GARLAND ET AL GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>G. W. TEVIX & S. Y. REAMS SVY, 130.5 ACS<br>W.V. HARDIN (TOM E.<br>GARRARD ET UX) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JAS. SHELTON SVY, 50 ACS<br>L.  FYKES ET AL (W GIBSON) | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 36 ACS<br>W. GIBSON (JESSE H. GORE LAND) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>D. A. THOMPSON SVY, 8 ACS<br>JOE W. GRABENER | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>WM. THOMPSON SVY, 250 ACS<br>H. L. GREEN ET UX (LELAND GREEN) | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX NPRI<br>JAMES LEWIS SVY, 194.5 ACS<br>LELAND GREEN JR. ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>S. P. CARSON SVY, 5 ACS<br>R.O. GREER, ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>T. J. CHAMBERS SVY, 21 ACS<br>FLOYD Y. GRIFFIS, ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>W. W. HILL SVY, 116 ACS<br>JOSIE PALMER, S. C. GRUBAUGH ET UX<br>GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>CHARLES BIGELOW SVY A-100, 435.2 ACS<br>E. A. CAMP (C. H. GUSTAFSON ETUX) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>T. J. CHAMBERS SVY, 50 ACS<br>JOHN T. HALE  ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>ELIZA SANTA SVY, 520.054 ACS<br>W. N. HALE LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>A. M. TANDY SVY, 932.2 ACS<br>W.M. KELLER (H.H. HALL EST) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>J. J. ACOSTA SVY, 17 ACS<br>WALLIS M HARRIS ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>ELIZA SANTE SVY, 52.11 ACS<br>LEO HARRIS LAND GRANTOR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JAMES DUNN A-146, 50 ACS<br>R. A. HAIRSTON | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>SMITH VINCENT SVY, 75 ACS<br>LEE BATTE HARVEY (JEAN KAY) GRANTOR | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX NPRI<br>JAS. SHELTON SVY, 185.25 ACS<br>HAYNIE ESTATE LANDS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 150.6 ACS<br>P. SANDERS, W. L. HALL ET UX (HELMS LAND) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>B. C. ROBERTSON SVY, 94.456 ACS<br>CARROL ROBERTSON ET UX (OSWALD HENNIGER) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>T. J. CHAMBERS SVY, 15 ACS<br>HOLCOMB OR LOCKETT LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI JOSE LEAL SVY, 1.02 ACS ROBERT<br>F. HOSKINS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>D. A. THOMPSON SVY, 70 ACS<br>W. V. HARDIN ET UX (LON HUDSON LAND) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 1013 ACS<br>INTERNATIONAL COAL MINE PROPERTY | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOHN DUNLAP MRS M. I. JAMES, 303 ACS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>J. J. ASOSTA SVY, 176.33 ACS<br>J. G. THOMPSON (LOUIE JENNESSLAND) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>J.J, ACOSTA SVY, 21.25 ACS<br>MRS. IDA JENNESS, ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JAS. SHELTON SVY, 141 ACS<br>A. B. KERR ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>J. M. HAYS SVY, 120.37 ACS<br>HELEN C. KIEFERS. A WIDOW | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>CARSON AND STEPHENS SVY, 901.25 ACS<br>C. A. PRATER ET UX (G.B. KINCAID LAND) | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX NPRI<br>GABRIEL JACKSON SVY, 4 ACS<br>EARL LEECH ET UX (FITZ KOCH LAND) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>T. J. CHAMBERS SVY, 41 ACS<br>C.L. KOLB ESTATE | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>T. J. CHAMBERS &  J. LEAL SVY, 220 ACS<br>KRULL PLACE | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JAMES SHIELDS SVY, 100 ACS<br>P. SANDERS (HARRY LANDA) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>G.B. BOWEN, 160.5 ACS<br>ROY LAW | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 95 ACS<br>J.F. LEEPER | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>ELIZA SANTE SVY, 209.07 ACS<br>LENA PETER LIBERTO, ET VIR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>W. W. HILL SVY, 120 ACS<br>PRESTON SANDERS (LINDSEY FARM) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>W W HILL SVY, 54.75 ACS<br>L L LONG ESTATE | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>M. DAVILLA SVY, 183.656<br>L. M. MASSEY ESTATE | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>J. A. JONES SVY, 72 ACS<br>MRS. IDA MATHEWS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>S. A. LONG SVY, 640 ACS<br>MARTHA DANA MERCER | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 61 ACS<br>W. GIBSON (MIKE MONTOYA) | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX NPRI<br>J. H. SVY, 131 ACS<br>CARL C. BLACK (J.G. MOON, EST.) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>S. Y. REAMS SVY, 31.5 ACS<br>MARY MULLINS ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>C. M. MATHEWS SVY, 178 ACS<br>P. SANDERS (MCGOWN & ANDERSON) | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>E & H HARDCASTLE SVY, 260.4 ACS<br>HOMER NABOURS, ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>THOMPSON-CHAMBERS SVY, 460 ACS<br>GABINO NIETRO | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>W. W. HILL SVY, 148.9 ACS<br>A. N. OWENS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI ELIZA SANTA SVY, 209.07 ACS<br>ALBERT V. PETER ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>S. G. ROBERTSON SVY, 193 ACS<br>PHILLIPS LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>J. J. ACOSTA SVY, 13.125 ACS<br>CECIL PLATE, ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>W. W. HILL SVY, 60 ACS<br>PAULINE PRIESS, ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>S. C. ROBERTSON SVY, 96.4 ACS<br>CARROLL ROBERTSON ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>S. C. ROBERTSON SVY, 96.4 ACS<br>CARROLL ROBERTSON ET UX | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX 1,008.76 NPRI<br>TRACT 1: W. ISAACS SVY A-219; J. STEPHENS SVY<br>A-322 & JAMES A SMITH SVY A-331 AND<br>TRACT 2: WILLIAM ISAACS SVY A-219;<br>J. STEPHENS SVY A-322 | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 81.25 ACS<br>MRS. MARY ROBINSON & W.A.L. ROBINSON | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>M. J. DELGADO SVY, 11 ACS<br>RUTH C. ROBINSON, ET VIR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>T. J. CHAMBERS SVY, 37.27 ACS<br>NANCY A. ROUNTREE | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 122 ACS<br>W. P. ROSE, ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>H. HAWFORD SVY, 34.5 ACS<br>P. SANDERS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>DAVID HOUSTON SVY, 50 ACS<br>T.C. SCARBOROUGH LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>HENRY MARTIN SVY, 86.75 ACS<br>SCOTT HEIRS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JACOB WILCOX SVY, 10 ACS<br>SCOTT AND WHITE LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>CARSON AND ROBERTSON SVY, 7.42 ACS<br>HATTIE SIDES ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>A. T. MILES SVY, 58 ACS<br>R. J. SLOAN, ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>MORRIS MOORE SVY, 35 ACS<br>R J SLONE | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX NPRI<br>J. F. FRAZIER SVY, 753.2 ACS<br>DORCAS BATTE SMITH ET VIR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>G. H. BORROUGHS SVY, 80 ACS<br>STEWART LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JAMES SHELTON SVY, 80 ACS<br>JEWEL O. STEWART ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 159.85 ACS<br>D.J. SULLIVAN | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>ELIZA SANTE SVY, 103 ACS<br>CLAUD SWEAKS ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>SMITH VINCENT SVY, 130 ACS<br>LEO TAYLOR ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 89.79 ACS<br>JAMES A TERRY ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JAS. SHELTON & GEORGE DAMPKIN SVYS, 157.5 ACS<br>RAY E. THOMPSON | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>S. C. ROBERTSON & T. J. CHAMBERS SVYS, 68 ACS<br>JOHN TIMMERMAN ET AL LAND | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI J.J. ACOSTA SVY, 17 ACS A. G. TRIGGS ET  UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>H. HARDCASTLE SVY, 100 ACS<br>ELLA TAYLOR VANOVER ET AL | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JACOB WILCOX SVY, 4.772 ACS<br>HERBERT M WALKER, SR. ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JAS. PREWITT SVY, 36 ACS<br>W. R. WILLIAMS ET AL | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX NPRI<br>D. H. VAN VEIGHTON SVY, 80 ACS<br>HOUSTON WILLIAMS & B. R. WILLIAMS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>DAVID CURRY SVY, 37.5 ACS<br>D. B. WILLESS ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL GRANT, 109 ACS<br>H.D. YOAKUM ET UX | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>D. A. THOMPSON SVY<br>J. TOM WILLIAMS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br>JOSE LEAL SVY, 70.5 ACS<br>D. A. THOMPSON SVY<br>J. TOM WILLIAMS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>CHARLES BIGELOW SVY A-100, 40 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>WM PHARARRAS SVY, 177 ACS<br>TRS OF 88 & 89 ACS,<br>R W WALLIS TO TOM PREWITT | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>MINERVA ROCKDALE A-7, 5.5 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>W W HILL SVY A-191, 103.85 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>JOSE LEAL SVY<br>COOK E M  (03465)<br>.0555668 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>ELIZA SANTE SVY A-317, 40 ACS<br>H H COFFIELD -D- (RRC 4315)<br>.01041666 RI &.01041666 ORRI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX MI<br>J W COLLINS SVY A-130, 180 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX NPRI<br> JOSEPH COTTLE SVY A-129: 121.799 ACS | ROYALTY INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | MILAM | MILAM CO TX MI<br>F A RUIZ SVY A-308, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MILAM | MILAM CO TX 2/3 MI<br>190.80 ACS, C M MATTHEWS SVY A-57 | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MONTGOMERY | MONTGOMERY CO TX MI<br>W. DUNLAVY SVY, 100 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MONTGOMERY | MONTGOMERY CO TX MI<br>PETER WITTAKER SVY, 80 ACS<br>SAN JACINTO CO | MINERAL INTEREST | NON PRODUCING |
| TEXAS | MONTGOMERY | MONTGOMERY CO TX NPRI<br>DUNCAN MCINTIRE SVY A-386, 91.8 ACS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | NAVARRO | NAVARRO CO TX MI<br>JOHN MCNEAL SVY, 65 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | NAVARRO | NAVARRO CO TX NPRI<br>S.F. MCCANLESS A-516, 2 ACS<br>ELEANOR MUNSEY SLOAN ET VIR | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | ORANGE | ORANGE CO TX NPRI<br>SEC 26 T&NO SVY: NW/4, 160 ACS<br>AKA BECKWITH SVY A-391 HARRY<br>LUCAS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | PARKER | PARKER CO TX MI<br>T T HINES SVY A-2611, 80 ACS<br>JAMES MULBERRY SVY A-1887, 64 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | PARMER | PARMER CO TX NPRI<br>SEC 20 IN BLK B: NE/4, 160 ACS<br>OF THE CAPITOL SYNDICATE SUBD<br>FARWELL NATL FARM LOAN ASSOC | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | POLK | POLK CO TX MI<br>P A  SUBLET SVY A-71, 52.76 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | POLK | POLK CO TX MI<br>I D THOMAS LGE, 85.5 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | POLK | POLK CO TX MI<br>WM SHADBURN & J C PITE SVYS, 35 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | POLK | POLK CO TX MI<br>SHANBUM SVY, 35 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | POLK | POLK CO TX MI J. C. PITTS SVY, 35 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | POLK | POLK CO TX MI<br>WILLIAM DAVIS SVY, 85.5 ACS<br>LESTER 2.5 ACS<br>LIVELY 83 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | POLK | POLK CO TX MI<br>THOMAS & PACE LEAGUE, 41.5 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | POLK | POLK CO TX MI<br>P A SUBLET SVY A-71, 48.5 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | POLK | POLK CO TX MI<br>MARY SWINNEY SVY, 50 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | POLK | POLK CO TX MI<br>MARY SWINNEY SVY, 10 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | REAGAN | REAGAN CO TX MI<br>SEC 13 BLK E HE&WT SVY A-211: NW/4, 160 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | ROBERTSON | ROBERTSON CO TX MI<br>JOHN FISHER 1/4 LEAGUE SVY, 30 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | RUSK | RUSK CO TX MI<br>W. F. HYDE SVY, 111.3 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | SAN JACINTO | SAN JACINTO CO TX MI<br>J. F. D. RUMAYON SVY, 85 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | SAN JACINTO | SAN JACINTO CO TX MI<br>SMITH AND WHITE SVY, 50 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | SAN JACINTO | SAN JACINTO CO TX MI<br>C. SMITH SVY, 64 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX MI<br>SEC 253 BLK 97, H&TC SVY: NE/4, 160 ACS<br>LEE .0273438 RI | MINERAL INTEREST | NON PRODUCING |
| TEXAS | SCURRY | SCURRY CO TX NPRI<br>H&TC SVY W H MURPHY, 21 ACS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | SMITH | SMITH CO TX MI<br>CICERO WARREN JAMES CHAFFIN SVY, 53.17 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | SMITH | SMITH CO TX NPRI<br>J.H. SANDERS SVY, J.H. WILKERSON SVY, A. WALSH SVY<br>MRS. WAUNETTE BARR, FEME SOLE, 182.98 ACS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | SMITH | SMITH CO TX MI<br>P LIVELY SVY A-566<br>KARPER-PALUXY GU 1,2,3 | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | TAYLOR | TAYLOR CO TX NPRI<br>NOT SOLD  WM. BISHOP SVY 43 JOHN ADAMS SVY 44 (ROSIE LEE JONES, ET AL), 276.7 ACS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | TRAVIS | TRAVIS CO TX NPRI<br>WILKINSON SPARKS 44 (W. W. BENNETT ET UX), .047 ACS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | TRAVIS | TRAVIS CO TX NPRI<br>WILKINSON SPARKS 4 A-21 (ALLEN M. CAIN), 3.82 ACS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | TRAVIS | TRAVIS CO TX NPRI<br>WILKINSON SPARKS 4 (ALLEN M. CAIN ET UX), 1.16 ACS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | TRAVIS | TRAVIS CO TX NPRI<br>WILKINSON SPARKS 4 (PAUL S. CEDER), 125.24 ACS | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | WALLER | WALLER CO TX MI<br>S. MARSH SVY A-217, 137 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | WALLER | WALLER CO TX MI<br>S. MARSH SVY, 74 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | WALLER | WALLER CO TX MI<br>WINGFIELD LEAGUE, 450 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | WINKLER | WINKLER CO TX MCL<br>SEC 9 BLK B-2 PSL SVY A-1931: N/2 S/2, 160 ACS | MINERAL CLASSIFIED LAND | NON PRODUCING |
| TEXAS | WINKLER | WINKLER CO TX NPRI<br>SEC 42 BLK 21 UNIVERSITY SVY: NW/4 | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | WOOD | WOOD CO TX MI<br>BROOKS & BURLESON SVY A-92, 495.66 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | WOOD | WOOD CO TX  7.5/92.6 RI<br>BERRY SMITH SVY, 92.6 ACS<br>BESSIE CONNOR LSE .0068742RI<br>HAWKINS FIELD UNIT (747 WELLS) RRC 5743 | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | WOOD | WOOD CO TX MI<br>GREEN B WATKINS SVY A-629, 207.9 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | WOOD | WOOD CO, TX 1.25/99 RI<br>BERRY SMITH SVY A-534, 99 ACS<br>J. D. KENNEMER LSE .00106132 RI<br>HAWKINS FIELD UNIT (747 WELLS) RRC 5743 | ROYALTY INTEREST | NON PRODUCING |
| TEXAS | WOOD | WOOD CO TX MI<br>DAVID GILLILAND SVY A-162, 87.7 ACS | MINERAL INTEREST | NON PRODUCING |

| State | County | Legal Description | Interest Type | Status |
|-------|--------|-------------------|---------------|--------|
| TEXAS | YOAKUM | YOAKUM CO TX MI<br>SEC 788 JOHN H GIBSON SVY, 640 ACS<br>SEC 854 JOHN H GIBSON SVY, 640 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | YOAKUM | YOAKUM CO TX MI<br>SEC 756 BLK D JOHN H GIBSON SVY: E/2, 320 ACS | MINERAL INTEREST | NON PRODUCING |
| TEXAS | ZAVALA | ZAVALA CO TX NPRI SVY NO 386, SVY NO 387, SVY NO 388, SVY NO 389, SVYNO 390, SVY NO 391, SVY NO 392, DEWITT LANGFORD ET UX, 2,213.315 ACS | ROYALTY INTEREST | NON PRODUCING |