# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 11 |
| Boy Scouts of America | |
| 1325 West Walnut Hill Lane | |
| Irving, TX 75038 | |
|   **EIN:** 22−1576300 | **Case No.:** 20−10343−LSS |
| BSA | |

### NOTICE OF HEARING DURING PANDEMIC

A hearing on Third−Party Motion for Correction and Response has been scheduled for 7/21/2021 at 10:00am in the United States Bankruptcy Court for the District of Delaware. **This hearing will be held virtually.** All parties wishing to appear must do so by registering at the following link:

**https://debuscourts.zoomgov.com/meeting/register/vJItcuCvrjMuGL8hKqNOEdTIiHBtqzUDiIs**

no later than 12:00 PM, one business day prior to the hearing to sign up. Participants should log into the hearing not later than 10 minutes prior to the start of the scheduled hearing to ensure a proper connection. The appearance of pro−se litigants is mandatory and failure to appear may result in an adverse ruling.

If you are unable to appear virtually please contact the Judge's chambers at 302−252−2900 for further instructions.

*Una O'Boyle*
_____

Una O'Boyle, Clerk of Court

Dated: 6/15/21

(VAN−496a)

United States Bankruptcy Court
District of Delaware

In re:                                                                                          Case No. 20-10343-LSS

Boy Scouts of America                                                                            Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 27 |
|---|---|---|
| Date Rcvd: Jun 15, 2021 | Form ID: van496a | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

**Recip ID**       **Recipient Name and Address**
          + Jeff MacMillan, Columbia Correctional Institute, 286461, 2925 Columbia Dr., P.O. Box 900 Portage, WI 53901-0900

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | J.M. |
| intp | | J.M. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021               Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail Williams | |
| | on behalf of Plaintiff First State Insurance Company awilliams@goodwin.com |
| Abigail Williams | |
| | on behalf of Interested Party Twin City Fire Insurance Company awilliams@goodwin.com |
| Abigail Williams | |
| | on behalf of Interested Party First State Insurance Company awilliams@goodwin.com |
| Abigail Williams | |
| | on behalf of Plaintiff Hartford Accident and Indemnity Company awilliams@goodwin.com |
| Abigail Williams | |

on behalf of Interested Party Hartford Accident and Indemnity Company awilliams@goodwin.com

Adam Hiller

on behalf of Interested Party Guam Committee ahiller@adamhillerlaw.com

Adam Horowitz

on behalf of Attorney Horowitz Law Claimants adam@adamhorowitzlaw.com

Adam Krause

on behalf of Interested Party Krause and Kinsman  LLC adam@krauseandkinsman.com

Adam G. Landis

on behalf of Interested Party Survivors of Abuse landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam J. Goldberg

on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints adam.goldberg@lw.com

Alessandra Glorioso

on behalf of Creditor Girl Scouts of the United States of America glorioso.alessandra@dorsey.com

Amish R. Doshi

on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Amy Christine Quartarolo

on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints amy.quartarolo@lw.com  colleen.rico@lw.com

Amy D. Brown

on behalf of Creditor KS Does abrown@gsbblaw.com

Amy D. Brown

on behalf of Interested Party SA-105992  SA-71204 abrown@gsbblaw.com

Amy D. Brown

on behalf of Interested Party I.G. abrown@gsbblaw.com

Andrew C Dalton

on behalf of Interested Party Abuse Victims adalton@Dalton.law

Andrew Fotre O'Neill

on behalf of Debtor Boy Scouts of America aoneill@sidley.com  pcaruso@sidley.com;jboelter@sidley.com;kmills@sidley.com

Andrew John Roth-Moore

on behalf of Interested Party Evanston Insurance Company aroth-moore@coleschotz.com
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Andrew R. Remming

on behalf of Debtor Boy Scouts of America aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Annette P. Rolain

on behalf of Interested Party Hartford Accident and Indemnity Company arolain@goodwin.com

Annette P. Rolain

on behalf of Interested Party Twin City Fire Insurance Company arolain@goodwin.com

Annette P. Rolain

on behalf of Interested Party First State Insurance Company arolain@goodwin.com

Bernard George Conaway

on behalf of Creditor Cutter Law PC bgc@conaway-legal.com

Bernard George Conaway

on behalf of Interested Party Ichor Consulting  LLC bgc@conaway-legal.com

Bernard George Conaway

on behalf of Interested Party Krause and Kinsman  LLC bgc@conaway-legal.com

Bernard George Conaway

on behalf of Interested Party Parker Waichman LLP bgc@conaway-legal.com

Bernard George Conaway

on behalf of Interested Party Babin Law LLC bgc@conaway-legal.com

Blair M. Warner

on behalf of Debtor Boy Scouts of America blair.warner@whitecase.com

Blair M. Warner

on behalf of Interested Party Delaware BSA  LLC blair.warner@sidley.com

Bojan Guzina

on behalf of Debtor Boy Scouts of America bguzina@sidley.com

Bradley Rice
    on behalf of Creditor Jack Doe brice@nagelrice.com

Brett Grindrod
    on behalf of Creditor Clarendon America Insurance Company bgrindrod@steptoe.com
    rjohn@steptoe.com,msherman@steptoe.com

Brett D. Fallon
    on behalf of Creditor Lion Brothers Company  Inc. brett.fallon@faegredrinker.com, tracey.little@faegredrinker.com

Brett Michael Haywood
    on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints haywood@rlf.com
    rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brian A. Sullivan
    on behalf of Interested Party Edward Marcelino et al. bsullivan@werbsullivan.com  hbelair@werbsullivan.com

Brian A. Sullivan
    on behalf of Attorney Richard A. Grodeck  Esq. bsullivan@werbsullivan.com, hbelair@werbsullivan.com

Brian A. Sullivan
    on behalf of Attorney Daniel Bevere  Esq. bsullivan@werbsullivan.com, hbelair@werbsullivan.com

Brian J. McLaughlin
    on behalf of Creditor Waste Management brian.mclaughlin@offitkurman.com  Emily.Rodriguez@offitkurman.com

Bruce Ewing
    on behalf of Creditor Girl Scouts of the United States of America ewing.bruce@dorsey.com

Bruce W. McCullough
    on behalf of Interested Party Great American Assurance Company  f/k/a Agricultural Insurance Company
    bmccullough@bodellbove.com

Bruce W. McCullough
    on behalf of Interested Party Agricultural Insurance Company bmccullough@bodellbove.com

Bruce W. McCullough
    on behalf of Interested Party Great American E&S Insurance Company  f/k/a Agricultural Excess and Surplus Insurance Company
    bmccullough@bodellbove.com

Bruce W. McCullough
    on behalf of Interested Party Great American E&S Insurance Company bmccullough@bodellbove.com

Bruce William Leaverton
    on behalf of Interested Party Chief Seattle Council  Boy Scouts of America bleaverton@karrtuttle.com,
    mfeinberg@karrtuttle.com;mmunhall@karrtuttle.com

Brya Michele Keilson
    on behalf of Interested Party Old Republic Insurance Company bkeilson@morrisjames.com
    wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Carl N. Kunz, III
    on behalf of Interested Party Old Republic Insurance Company ckunz@morrisjames.com  wweller@morrisjames.com

Cassandra B. Burton
    on behalf of Creditor Pension Benefit Guaranty Corporation burton.cassandra@pbgc.gov  efile@pbgc.gov

Christopher Murphy
    on behalf of Creditor Texas Workforce Commission bk-cmurphy@oag.texas.gov  sherri.simpson@oag.texas.gov

Christopher A. Wadley
    on behalf of Defendant Insurance Company of North America cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley
    on behalf of Interested Party Century Indemnity Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley
    on behalf of Defendant Westchester Surplus Lines Insurance Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley
    on behalf of Defendant United States Fire Insurance Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley
    on behalf of Defendant Federal Insurance Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley
    on behalf of Defendant Chubb Custom Insurance Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley
    on behalf of Defendant Pacific Employers Insurance Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher Dean Loizides
    on behalf of Interested Party Certain tort claimants represented by Lujan & Wolff LLP loizides@loizides.com

Christopher Page Simon

on behalf of Attorney Sidley Austin LLP csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher V. Hawkins

on behalf of Creditor Episcopal Diocese of San Diego hawkins@sullivanhill.com
hill@sullivanhill.com;bkstaff@sullivanhill.com;Hawkins@ecf.inforuptcy.com

Craig Trent Fessenden

on behalf of Creditor Pension Benefit Guaranty Corporation fessenden.craig@pbgc.gov  efile@pbgc.gov

Curtis A Hehn

on behalf of Creditor Claimant No. 45448 curtishehn@comcast.net

Curtis A Hehn

on behalf of Creditor BCA Claimants curtishehn@comcast.net

Curtis A Hehn

on behalf of Creditor Aidan Boushell curtishehn@comcast.net

Daniel Miller

on behalf of Interested Party D. Miller & Associates PLLC dmiller@wmhlaw.com

Daniel C. Kerrick

on behalf of Interested Party Bay-Lakes Council dckerrick@dkhogan.com

Daniel K. Astin

on behalf of Creditor 54540 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor 36441 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor SA-1605 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor SA-1173 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor SA-10735 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor SA-36441 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor Michael O'Malley dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Hogan

on behalf of Interested Party Eisenberg  Rothweiler, Winkler, Eisenberg & Jeck, P.C. dkhogan@dkhogan.com,
gdurstein@dkhogan.com,

Daniel Paul Massey

on behalf of Creditor Massey Law Firm Claimants dan@dmasseylaw.com

Daniel R Lapinski

on behalf of Interested Party Abuse Victims dlapinski@motleyrice.com  hfonseca@motleyrice.com

Daniel S. Shamah

on behalf of Interested Party Century Indemnity Company dshamah@omm.com

Danielle Anderson

on behalf of Creditor Stryker Medical andersond@millercanfield.com

Danielle Spinelli

on behalf of Interested Party Twin City Fire Insurance Company danielle.spinelli@wilmerhale.com

Danielle Spinelli

on behalf of Interested Party Hartford Accident and Indemnity Company danielle.spinelli@wilmerhale.com

Danielle Spinelli

on behalf of Interested Party First State Insurance Company danielle.spinelli@wilmerhale.com

David A. Lebowitz

on behalf of Creditor Ronald Hernandez Hunter dlebowitz@kllflaw.com

David A. Lebowitz

on behalf of Defendant Ronald Hernandez Hunter dlebowitz@kllflaw.com

David E. Blabey, Jr.

on behalf of Creditor Committee Official Committee of Unsecured Creditors dblabey@kramerlevin.com
corporate-reorg-1449@ecf.pacerpro.com

David E. Wilks

on behalf of Interested Party Timothy Kosnoff dwilks@wlblaw.com  tmcknight@wlblaw.com

District/off: 0311-1

Date Rcvd: Jun 15, 2021

User: admin

Form ID: van496a

Page 5 of 27

Total Noticed: 1

David E. Wilks
    on behalf of Interested Party Kosnoff Law dwilks@wlblaw.com  tmcknight@wlblaw.com

David E. Wilks
    on behalf of Interested Party AVA Law Group dwilks@wlblaw.com  tmcknight@wlblaw.com

David E. Wilks
    on behalf of Interested Party Andrew Van Arsdale dwilks@wlblaw.com  tmcknight@wlblaw.com

David J. Baldwin
    on behalf of Interested Party Knights of Columbus  Saratoga Council #246 a/k/a Saratoga Knights of Columbus dbaldwin@bergerharris.com

David J. Baldwin
    on behalf of Interested Party Knights of Columbus  Father Baker Council #2243 dbaldwin@bergerharris.com

David J. Baldwin
    on behalf of Interested Party The Knights of Columbus dbaldwin@bergerharris.com

David J. Baldwin
    on behalf of Interested Party Knights of Columbus  Council #462 dbaldwin@bergerharris.com

David J. Molton
    on behalf of Creditor The Coalition of Abused Scouts for Justice dmolton@brownrudnick.com  slocascio@brownrudnick.com

David L. Buchbinder
    on behalf of U.S. Trustee U.S. Trustee david.l.buchbinder@usdoj.gov  david.l.buchbinder@usdoj.gov

David M. Fournier
    on behalf of Interested Party National Surety Corporation David.Fournier@troutman.com wlbank@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Fournier
    on behalf of Defendant National Surety Corporation David.Fournier@troutman.com wlbank@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Fournier
    on behalf of Interested Party Interstate Fire & Casualty Company David.Fournier@troutman.com wlbank@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Fournier
    on behalf of Defendant Allianz Global Risks US Insurance Company David.Fournier@troutman.com wlbank@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Fournier
    on behalf of Interested Party Allianz Global Risks US Insurance Company David.Fournier@troutman.com wlbank@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Klauder
    on behalf of Creditor Gair  Gair, Conason, et al Claimants dklauder@bk-legal.com

David M. Klauder
    on behalf of Creditor Anderson & Cummings  L.L.P. dklauder@bk-legal.com

David M. Klauder
    on behalf of Creditor OSHAN Claimants dklauder@bk-legal.com

David M. Klauder
    on behalf of Creditor Beasley Allen Law Firm Claimants dklauder@bk-legal.com

David M. Klauder
    on behalf of Creditor OLF Claimants dklauder@bk-legal.com

David M. Klauder
    on behalf of Creditor PCVA Claimants dklauder@bk-legal.com

David M. Klauder
    on behalf of Interested Party Herman Law dklauder@bk-legal.com

David M. Klauder
    on behalf of Creditor Messa & Associates Claimants dklauder@bk-legal.com

David M. Klauder
    on behalf of Creditor D & V Claimants dklauder@bk-legal.com

David M. Klauder
    on behalf of Interested Party Certain Tort Claimants dklauder@bk-legal.com

David M. Klauder
    on behalf of Creditor Colter Legal Claimants dklauder@bk-legal.com

David M. Klauder
    on behalf of Creditor Herman Law Claimants dklauder@bk-legal.com

David M. Klauder
    on behalf of Creditor Cannata & Associates Claimants dklauder@bk-legal.com

David M. Klauder
    on behalf of Interested Party Various Tort Claimants dklauder@bk-legal.com

David M. Klauder
    on behalf of Interested Party PCVA Claimants dklauder@bk-legal.com

David M. Klauder
    on behalf of Creditor A+F Claimants dklauder@bk-legal.com

David Michael Barnes, Jr.
    on behalf of Creditor Indian Waters Council david.barnes@nelsonmullins.com

David N Rutt
    on behalf of Creditor FLORIDA CONFERENCE OF UNITED METHODIST CHURCH and VARIOUS CHURCHES IN THE
    CONFERENCE THAT ARE CHARTERED ORGANIZATIONS dnrutt@mooreandrutt.com  dkendall@mooreandrutt.com

David Ryan Slaugh
    on behalf of Interested Party Catholic Mutual Relief Society of America rslaugh@potteranderson.com
    bankruptcy@potteranderson.com;nrainey@potteranderson.com

David Ryan Slaugh
    on behalf of Interested Party United Methodist Ad Hoc Committee rslaugh@potteranderson.com
    bankruptcy@potteranderson.com;nrainey@potteranderson.com

Debra L. Greenberger
    on behalf of Creditor Ronald Hernandez Hunter dgreenberger@ecbalaw.com  gmejia@ecbalaw.com;docketing@ecbalaw.com

Debra L. Greenberger
    on behalf of Defendant Ronald Hernandez Hunter dgreenberger@ecbalaw.com  gmejia@ecbalaw.com;docketing@ecbalaw.com

Deirdre M. Richards
    on behalf of Interested Party The Insurance Company of the State of Pennsylvania drichards@finemanlawfirm.com

Deirdre M. Richards
    on behalf of Creditor AIG drichards@finemanlawfirm.com

Deirdre M. Richards
    on behalf of Interested Party Lexington Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards
    on behalf of Defendant The Insurance Company of the State of Pennsylvania drichards@finemanlawfirm.com

Deirdre M. Richards
    on behalf of Defendant National Union Fire Insurance Company Of Pittsburgh PA drichards@finemanlawfirm.com

Deirdre M. Richards
    on behalf of Interested Party Landmark Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards
    on behalf of Defendant Lexington Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards
    on behalf of Defendant Landmark Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards
    on behalf of Interested Party NATIONAL UNION FIRE CO. OF PITTSBURGH PA drichards@finemanlawfirm.com

Derek C. Abbott
    on behalf of Defendant Boy Scouts of America dabbott@mnat.com
    meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Derek C. Abbott
    on behalf of Debtor Boy Scouts of America dabbott@mnat.com
    meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Derek C. Abbott
    on behalf of Debtor Delaware BSA  LLC dabbott@mnat.com,
    meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Derek C. Abbott
    on behalf of Plaintiff Boy Scouts of America dabbott@mnat.com
    meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Derek C. Abbott
    on behalf of Interested Party Delaware BSA  LLC dabbott@mnat.com,
    meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Derek C. Abbott
    on behalf of Defendant Delaware BSA  LLC dabbott@mnat.com,
    meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

District/off: 0311-1

Date Rcvd: Jun 15, 2021

User: admin

Form ID: van496a

Page 7 of 27

Total Noticed: 1

Domenic E. Pacitti

on behalf of Interested Party Various Abuse Victims dpacitti@klehr.com

Domenic E. Pacitti

on behalf of Interested Party Abuse Victims dpacitti@klehr.com

Domenic E. Pacitti

on behalf of Creditor Jorge Vega dpacitti@klehr.com

Don Stecker

on behalf of Creditor Ector CAD don.stecker@lgbs.com

Dougherty A. Kimberly

on behalf of Interested Party Andrus Wagstaff  PC Kim@justicelc.com, lisa@justicelc.com;sluther@wagstafflawfirm.com

Douglas K Mayer

on behalf of Interested Party Ad Hoc Committee of Local Councils of the Boy Scouts of America dkmayer@wlrk.com

Douglas R Gooding

on behalf of Creditor Liberty Mutual Insurance Company dgooding@choate.com

Edwin H. Caldie

on behalf of Interested Party Guam Committee ed.caldie@stinson.com  laura.schumm@stinson.com

Edwin J. Harron

on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Elaina L. Holmes

on behalf of Creditor C. M. G. ElainaHolmes@dplaw.com  bankcourt@dplaw.com;holmeser44178@notify.bestcase.com

Elaina L. Holmes

on behalf of Interested Party C. M. G. ElainaHolmes@dplaw.com  bankcourt@dplaw.com;holmeser44178@notify.bestcase.com

Emily Grim

on behalf of Other Prof. Future Claimants' Representative grime@gotofirm.com  quinnk@gotofirm.com

Emily Margaret Hahn

on behalf of Creditor Collin County Tax Assessor/Collector ehahn@abernathy-law.com

Eric Moats

on behalf of Fee Examiner Rucki Fee Review  LLC emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Defendant Boy Scouts of America emoats@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Spec. Counsel Quinn Emanuel Urquhart & Sullivan  LLP emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Interested Party Boy Scouts of America emoats@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Debtor Boy Scouts of America emoats@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Interested Party Ogletree  Deakins, Nash, Smoak & Stewart, P.C. emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Spec. Counsel Haynes and Boone LLP emoats@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Interested Party Dawn M. Powell Appraisals Inc. emoats@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Claims Agent Omni Agent Solutions  Inc. emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Attorney Sidley Austin LLP emoats@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Other Prof. KCIC  LLC emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

District/off: 0311-1
Date Rcvd: Jun 15, 2021

User: admin
Form ID: van496a

Page 8 of 27
Total Noticed: 1

Eric Moats
on behalf of Other Prof. Bates White  LLC emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Appraiser Appraisers of the Keys  Inc. emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Debtor Delaware BSA  LLC emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Interested Party Delaware BSA  LLC emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Interested Party White & Case LLP emoats@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Other Prof. PricewaterhouseCoopers LLP emoats@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Appraiser Hotel & Leisure Advisors  LLC emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Plaintiff Boy Scouts of America emoats@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Other Prof. Alvarez & Marsal North America  LLC emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Defendant Delaware BSA  LLC emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Lopez Schnabel
on behalf of Creditor Girl Scouts of the United States of America de.ecf@Dorsey.com

Eric S. Goldstein
on behalf of Interested Party Hartford Accident and Indemnity Company egoldstein@goodwin.com
bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Eric S. Goldstein
on behalf of Interested Party First State Insurance Company egoldstein@goodwin.com
bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Eric S. Goldstein
on behalf of Interested Party Twin City Fire Insurance Company egoldstein@goodwin.com
bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Eric W Siegle
on behalf of Creditor Siegle & Sims LLP Claimants e.siegle@siegleandsims.com

Erin Edwards
on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Erin A. West
on behalf of Interested Party Bay-Lakes Council ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Erin R Fay
on behalf of Plaintiff Hartford Accident and Indemnity Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay
on behalf of Interested Party Hartford Accident and Indemnity Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay
on behalf of Plaintiff First State Insurance Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay
on behalf of Interested Party First State Insurance Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay
on behalf of Interested Party Twin City Fire Insurance Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

District/off: 0311-1                                    User: admin                                    Page 9 of 27
Date Rcvd: Jun 15, 2021                          Form ID: van496a                              Total Noticed: 1

Evan Smola

on behalf of Creditor HMM Claimants esmola@hurley-law.com

Flordia M Henderson

on behalf of Creditor Trinnie & Kiwana Willliams flordia@fhendersonlaw.net

Frank Vincent Floriani

on behalf of Creditor C. M. G. ffloriani@triallaw1.com

Frank Vincent Floriani

on behalf of Interested Party C. M. G. ffloriani@triallaw1.com

Gary Svirsky

on behalf of Interested Party Century Indemnity Company gsvirsky@omm.com

Gary P. Seligman

on behalf of Defendant General Star Indemnity Company gseligman@wileyrein.com

Gary P. Seligman

on behalf of Interested Party General Star Indemnity Company gseligman@wileyrein.com

George R. Calhoun, V

on behalf of Interested Party Argonaut Insurance Company george@ifrahlaw.com

Gregory Joseph Flasser

on behalf of Interested Party First State Insurance Company gflasser@bayardlaw.com

Gregory Joseph Flasser

on behalf of Interested Party Twin City Fire Insurance Company gflasser@bayardlaw.com

Gregory Joseph Flasser

on behalf of Plaintiff Hartford Accident and Indemnity Company gflasser@bayardlaw.com

Gregory Joseph Flasser

on behalf of Interested Party Hartford Accident and Indemnity Company gflasser@bayardlaw.com

Gregory Joseph Flasser

on behalf of Plaintiff First State Insurance Company gflasser@bayardlaw.com

Hannah Mufson McCollum

on behalf of U.S. Trustee U.S. Trustee hannah.mccollum@usdoj.gov

Helen Elizabeth Weller

on behalf of Creditor Harris County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Orange County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Fort Bend County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Montgomery County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Dallas County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Iain A. Macdonald

on behalf of Creditor The Roman Catholic Archbishop of San Francisco imac@macfern.com
6824376420@filings.docketbird.com

Ian Connor Bifferato

on behalf of Interested Party Bailey Cowan Heckaman PLLC  on behalf of its represented claimants cbifferato@tbf.legal,
mstewart@tbf.legal

Igor Shleypak

on behalf of Interested Party Lexington Insurance Company ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak

on behalf of Interested Party NATIONAL UNION FIRE CO. OF PITTSBURGH PA ishleypak@fgppr.com, bcastillo@fgppr.com

Igor Shleypak

on behalf of Defendant National Union Fire Insurance Company Of Pittsburgh PA ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak

on behalf of Defendant Landmark Insurance Company ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak

on behalf of Interested Party The Insurance Company of the State of Pennsylvania ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak

on behalf of Interested Party Landmark Insurance Company ishleypak@fgppr.com  bcastillo@fgppr.com

District/off: 0311-1                          User: admin                                Page 10 of 27
Date Rcvd: Jun 15, 2021                       Form ID: van496a                           Total Noticed: 1

Igor Shleypak
on behalf of Defendant The Insurance Company of the State of Pennsylvania ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak
on behalf of Defendant Lexington Insurance Company ishleypak@fgppr.com  bcastillo@fgppr.com

Ilan B. Scharf
on behalf of Interested Party Tort Claimants' Committee ischarf@pszjlaw.com

James Ruggeri
on behalf of Plaintiff First State Insurance Company jruggeri@goodwin.com

James Ruggeri
on behalf of Interested Party Hartford Accident and Indemnity Company jruggeri@goodwin.com

James Ruggeri
on behalf of Interested Party Twin City Fire Insurance Company jruggeri@goodwin.com

James Ruggeri
on behalf of Interested Party First State Insurance Company jruggeri@goodwin.com

James Ruggeri
on behalf of Plaintiff Hartford Accident and Indemnity Company jruggeri@goodwin.com

James Tobia
on behalf of Interested Party Betti & Associates Claimants jimtobia@comcast.net;bankserve@tobialaw.com

James Tobia
on behalf of Interested Party Nichole Erickson jimtobia@comcast.net;bankserve@tobialaw.com

James B. Glucksman
on behalf of Creditor Larry St. Stephen's Episcopal Church jbg@dhclegal.com  jbglucksman-esq@outlook.com

James E O'Neill
on behalf of Other Prof. Keen-Summit Capital Partners LLC joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Other Prof. Pachulski Stang Ziehl & Jones LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Other Prof. Berkeley Research Group  LLC joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill
on behalf of Plaintiff Official Tort Claimants' Committee of Boy Scouts of America and Delaware BSA  LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill
on behalf of Interested Party Tort Claimants' Committee joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Other Prof. Pasich LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James I. Stang
on behalf of Interested Party Tort Claimants' Committee jstang@pszjlaw.com  hrafatjoo@pszjlaw.com

Janine Panchok-Berry
on behalf of Interested Party Century Indemnity Company jpanchok-berry@omm.com
janine-panchok-berry-0545@ecf.pacerpro.com

Jared W Kochenash
on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Jason A. Gibson
on behalf of Interested Party SA-35 gibson@teamrosner.com

Jason A. Gibson
on behalf of Interested Party SA-44313 gibson@teamrosner.com

Jason A. Gibson
on behalf of Defendant Ronald Hernandez Hunter gibson@teamrosner.com

Jason A. Gibson
on behalf of Creditor Ronald Hernandez Hunter gibson@teamrosner.com

Jason A. Gibson
on behalf of Creditor 1040 Avenue of the Americas  LLC gibson@teamrosner.com

Jason Custer Powell
on behalf of Interested Party The Waite and Genevieve Phillips Foundation jpowell@delawarefirm.com
dtroiano@delawarefirm.com

Jason Paul Hood
on behalf of Interested Party Chickasaw Council  Boy Scouts of America, Inc. jason.hood@davieshood.com

District/off: 0311-1

Date Rcvd: Jun 15, 2021

User: admin

Form ID: van496a

Page 11 of 27

Total Noticed: 1

Jeff Paradowski

on behalf of Interested Party Paradowski Law on behalf of Claimant Paul Baumann jeff@paradowskilaw.com

Jeffrey E. Bjork

on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints jeff.bjork@lw.com

Jeffrey R. Waxman

on behalf of Other Prof. Pearson Education  Inc. and NCS Pearson, Inc. jwaxman@morrisjames.com,
wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey Thomas Testa

on behalf of Interested Party Boy Scouts of America Northern New Jersey Council jtesta@mccarter.com  lrestivo@mccarter.com

Jennifer Liakos

on behalf of Creditor Claimant 35542 jenn@jennliakoslaw.com

Jennifer Liakos

on behalf of Creditor Claimant 31245 jenn@jennliakoslaw.com

Jennifer Liakos

on behalf of Creditor Claimant 26704 jenn@jennliakoslaw.com

Jennifer Liakos

on behalf of Creditor Claimant 41005 jenn@jennliakoslaw.com

Jennifer Liakos

on behalf of Creditor Claimant 31384 jenn@jennliakoslaw.com

Jennifer R Sharret

on behalf of Creditor Committee Official Committee of Unsecured Creditors jsharret@kramerlevin.com
corporate-reorg-1449@ecf.pacerpro.com

Jenny Kasen

on behalf of Creditor Richard Danner jkasen@kasenlaw.com

Jenny Kasen

on behalf of Creditor Jonathan Stone jkasen@kasenlaw.com

Jeremy William Ryan

on behalf of Interested Party Catholic Mutual Relief Society of America jryan@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jeremy William Ryan

on behalf of Interested Party United Methodist Ad Hoc Committee jryan@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jerrold K Guben

on behalf of Interested Party Boy Scouts of America  Hawaii and Guam Chapter (Aloha Council) jkg@opglaw.com,
julie@opglaw.com

Joel M Walker

on behalf of Interested Party Various Tort Claimants jmwalker@nshmlaw.com  gina@nshmlaw.com

Joel M. Taylor

on behalf of Interested Party Slater Slater Schulman  LLP jtaylor@kcbfirm.com, kpratt@kcbfirm.com

John A. Morris

on behalf of Interested Party Tort Claimants' Committee jmorris@pszjlaw.com

John Chad Edwards

on behalf of Interested Party Abuse Victims chad@IchorConsulting.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Simon Kenton Council jmclaughlin@ferryjoseph.com  jack@mclaughlincounsel.com

John Daniel McLaughlin, Jr.

on behalf of Interested Party Ad Hoc Committee of Local Councils of the Boy Scouts of America jmclaughlin@ferryjoseph.com
jack@mclaughlincounsel.com

John P. Dillman

on behalf of Creditor Fort Bend County houston_bankruptcy@publicans.com

John P. Dillman

on behalf of Creditor Houston Liens houston_bankruptcy@publicans.com

John P. Dillman

on behalf of Creditor Montgomery County houston_bankruptcy@publicans.com

John P. Dillman

on behalf of Creditor Harris County houston_bankruptcy@publicans.com

John P. Dillman

on behalf of Creditor Orange County houston_bankruptcy@publicans.com

John P. Dillman
    on behalf of Creditor Cleveland ISD houston_bankruptcy@publicans.com

John R. Weaver, Jr.
    on behalf of Creditor Claimant No. 60051 jrweaverlaw@verizon.net  DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
    on behalf of Defendant R.L. and C.L.  his wife jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
    on behalf of Creditor Claimant No. 63823 jrweaverlaw@verizon.net  DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
    on behalf of Creditor R.L. and C.L.  his wife jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com

John T. Banks
    on behalf of Creditor Milano ISD Tax Office jbanks@pbfcm.com

John T. Banks
    on behalf of Creditor Colorado County Tax Office jbanks@pbfcm.com

John T. Banks
    on behalf of Creditor Fayette County Tax Office jbanks@pbfcm.com

John T. Banks
    on behalf of Creditor Burleson County Tax Office jbanks@pbfcm.com

John T. Banks
    on behalf of Creditor Gause ISD Tax Office jbanks@pbfcm.com

John T. Banks
    on behalf of Creditor Luling ISD Tax Office jbanks@pbfcm.com

Joseph Charles Barsalona II
    on behalf of Debtor Boy Scouts of America jbarsalona@mnat.com
    joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Joseph Charles Pickens
    on behalf of Interested Party Babin Law LLC jpickens@taftlaw.com

Joseph Fred Rice
    on behalf of Interested Party Abuse Victims jrice@motleyrice.com

Joseph H Lemkin
    on behalf of Creditor R.L. and C.L.  his wife jlemkin@stark-stark.com

Joseph H Lemkin
    on behalf of Creditor Claimant No. 60051 jlemkin@stark-stark.com

Joseph H Lemkin
    on behalf of Creditor Claimant No. 63823 jlemkin@stark-stark.com

Joseph H Lemkin
    on behalf of Defendant R.L. and C.L.  his wife jlemkin@stark-stark.com

Joseph H. Huston, Jr.
    on behalf of Defendant LG 37 Doe jhh@stevenslee.com

Joseph H. Huston, Jr.
    on behalf of Interested Party LG 37 Doe jhh@stevenslee.com

Joseph H. Huston, Jr.
    on behalf of Respondent Daniel Webster Council jhh@stevenslee.com

Joseph H. Saunders
    on behalf of Interested Party Certain Tort Claimants joe@saunderslawyers.com

Joseph M Kar
    on behalf of Interested Party Abuse Victims jkar@civillegal.com

Joseph P. Rusnak
    on behalf of Creditor John Doe # 7 jrusnak@tewlawfirm.com  thobbs@tewlawfirm.com

Joshua Weinberg
    on behalf of Plaintiff Hartford Accident and Indemnity Company jweinberg@goodwin.com

Joshua Weinberg
    on behalf of Interested Party First State Insurance Company jweinberg@goodwin.com

Joshua Weinberg
    on behalf of Interested Party Hartford Accident and Indemnity Company jweinberg@goodwin.com

Joshua Weinberg

on behalf of Interested Party Twin City Fire Insurance Company jweinberg@goodwin.com

Joshua Weinberg

on behalf of Plaintiff First State Insurance Company jweinberg@goodwin.com

Julia Bettina Klein

on behalf of Interested Party The Claimants represented by Linder Sattler & Rogowsky LLP klein@kleinllc.com

KEVIN T STOCKER

on behalf of Creditor KS Does kstockeresq@yahoo.com

Kami Elizabeth Quinn

on behalf of Other Prof. Future Claimants' Representative QuinnK@gilbertlegal.com

Karen Barth Menzies

on behalf of Creditor SA-71855 kbm@classlawgroup.com

Karen Barth Menzies

on behalf of Creditor SA-66172 kbm@classlawgroup.com

Karen Barth Menzies

on behalf of Creditor SA-78274 kbm@classlawgroup.com

Karen C. Bifferato

on behalf of Creditor IRC Burnsville Crossing  L.L.C. kbifferato@connollygallagher.com

Karim Basaria

on behalf of Debtor Boy Scouts of America kbasaria@sidley.com
efilingnotice@sidley.com;karim-basaria-6831@ecf.pacerpro.com

Karim Basaria

on behalf of Interested Party Delaware BSA  LLC kbasaria@sidley.com,
efilingnotice@sidley.com;karim-basaria-6831@ecf.pacerpro.com

Kate P. Foley

on behalf of Creditor Sun Life Assurance Company of Canada kfoley@mirickoconnell.com

Kate R. Buck

on behalf of Interested Party Boy Scouts of America Northern New Jersey Council kbuck@mccarter.com

Katelin Ann Morales

on behalf of Creditor Committee Official Committee of Unsecured Creditors kmorales@reedsmith.com

Kathleen M. Miller

on behalf of Defendant General Star Indemnity Company kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Interested Party General Star Indemnity Company kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Interested Party Indian Harbor Insurance Company kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kelly M. Conlan

on behalf of Creditor IRC Burnsville Crossing  L.L.C. kconlan@connollygallagher.com

Kenneth H. Brown

on behalf of Interested Party Tort Claimants' Committee kbrown@pszjlaw.com  azaragoza@pszjlaw.com

Kevin D. Swenson

on behalf of Interested Party Abuse Victims kevin@swensonshelley.com

Kevin D. Swenson

on behalf of Interested Party Various Abuse Victims kevin@swensonshelley.com

Kimberly A. Posin

on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints kim.posin@lw.com

Konrad Krebs

on behalf of Interested Party Great American E&S Insurance Company  f/k/a Agricultural Excess and Surplus Insurance Company
konrad.kebs@clydeco.us

Konrad Krebs

on behalf of Interested Party Great American E&S Insurance Company konrad.kebs@clydeco.us

Konrad Krebs

on behalf of Interested Party Great American Assurance Company  f/k/a Agricultural Insurance Company
konrad.kebs@clydeco.us

Konrad Krebs

on behalf of Interested Party Agricultural Insurance Company konrad.kebs@clydeco.us

Kristi JoLynn Doughty

on behalf of Creditor Kasandra Lopez Ramirez kdoughty@schnader.com

Kristi JoLynn Doughty

on behalf of Creditor Courtney and Stephen Knight  Jointly as the Surviving Parents of E.J.K., a minor child, and Stephen Knight as the Personal Representative of the Estate of E.J.K. kdoughty@schnader.com

Kristi JoLynn Doughty

on behalf of Creditor Salvador Contreras Rivera kdoughty@schnader.com

Kristi JoLynn Doughty

on behalf of Creditor Margaret Henderson  Personal Representative of the Estate of N.G.H. kdoughty@schnader.com

Kristian W. Gluck

on behalf of Creditor JPMorgan Chase Bank  National Association kristian.gluck@nortonrosefulbright.com

Kurt F. Gwynne

on behalf of Creditor Committee Official Committee of Unsecured Creditors kgwynne@reedsmith.com
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Attorney Reed Smith LLP kgwynne@reedsmith.com  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kyle Y. Dechant

on behalf of Other Prof. Future Claimants' Representative dechantk@gilbertlegal.com

Laura Kathleen McNally

on behalf of Interested Party The Continental Insurance Company lmcnally@loeb.com
_CHLitParalegals@loeb.com,chdocket@loeb.com

Laura Kathleen McNally

on behalf of Interested Party Columbia Casualty Company lmcnally@loeb.com
_CHLitParalegals@loeb.com,chdocket@loeb.com

Laura L. McCloud

on behalf of Creditor TN Dept of Labor - Bureau of Unemployment Insurance agbankdelaware@ag.tn.gov

Laura L. McCloud

on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov

Laurel Li Harris

on behalf of Interested Party Porter & Malouf  P.A. LaurelLi@portermalouf.com

Lloyd A. Gura

on behalf of Interested Party Indian Harbor Insurance Company lgura@moundcotton.com

Louis J. Rizzo, Jr.

on behalf of Defendant Travelers Casualty and Surety Company  Inc. lrizzo@regerlaw.com, mhalter@regerlaw.com

Louis J. Rizzo, Jr.

on behalf of Interested Party Travelers Casualty and Surety Company  Inc. lrizzo@regerlaw.com, mhalter@regerlaw.com

Louis J. Rizzo, Jr.

on behalf of Defendant Paul Fire Surplus Lines Insurance Company lrizzo@regerlaw.com  mhalter@regerlaw.com

Louis J. Rizzo, Jr.

on behalf of Defendant Gulf Insurance Company lrizzo@regerlaw.com  mhalter@regerlaw.com

Louis R. Strubeck, Jr.

on behalf of Creditor JPMorgan Chase Bank  National Association louis.strubeck@nortonrosefulbright.com

Mahzad Hite

on behalf of Interested Party Schneider Wallace Cottrell Konecky on behalf of various tort claimants
mhite@schneiderwallace.com

Malhar S. Pagay

on behalf of Interested Party Tort Claimants' Committee mpagay@pszjlaw.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Allianz Global Risks US Insurance Company Marcy.Smith@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith

on behalf of Defendant Allianz Global Risks US Insurance Company Marcy.Smith@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith

on behalf of Interested Party National Surety Corporation Marcy.Smith@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith

on behalf of Defendant National Surety Corporation Marcy.Smith@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Interstate Fire & Casualty Company Marcy.Smith@troutman.com

wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Maria Aprile Sawczuk

on behalf of Interested Party The Continental Insurance Company marias@goldmclaw.com  marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party The Continental Insurance Company successor by merger to Niagara Fire Insurance Company
marias@goldmclaw.com  marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party Columbia Casualty Company marias@goldmclaw.com  marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party The Continental Insurance Company as successor in interest to certain policies issued by Harbor
Insurance Company marias@goldmclaw.com  marias@ecf.courtdrive.com

Mark Abramowitz

on behalf of Creditor SA-67872 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-63616 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-69007 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-71077 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-58745 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-46611 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68031 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67782 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-20149 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-69027 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68882 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-59043 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-49223 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-63393 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-58936 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-49256 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-89386 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60275 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68733 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67946 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-17955 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68466 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67952 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67846 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-17785 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68067 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67839 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67895 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60746 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-63468 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60417 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60870 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60360 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60198 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-89350 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67790 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67860 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-59136 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-17892 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60373 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67999 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-69043 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-58758 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68531 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-46695 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-69018 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-95798 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-69061 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68709 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67953 mabramowitz@dicellolevitt.com

District/off: 0311-1

Date Rcvd: Jun 15, 2021

User: admin

Form ID: van496a

Page 17 of 27

Total Noticed: 1

Mark Abramowitz

on behalf of Creditor SA-68620 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-46626 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68792 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68932 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-46662 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-49226 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-49251 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68848 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67832 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67918 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-46869 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60826 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-20622 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60432 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-89727 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-89465 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-95698 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68603 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-89997 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68200 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60266 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67825 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-95781 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-49217 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-63430 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-46881 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68695 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68098 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-67773 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-68838 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-68978 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-59265 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-63369 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-60743 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-95691 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-67835 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-49235 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-68529 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-63639 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-49203 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-63358 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-63335 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-46575 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-89466 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-89453 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-68726 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-67796 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-58615 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-49227 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-49236 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-68028 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-95978 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-46560 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-68083 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-68058 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-67764 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-67848 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-69008 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-68228 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-71046 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-59052 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-70921 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-60399 mabramowitz@dicellolevitt.com

Mark D. Olivere
on behalf of Interested Party James Harris Law  PLLC olivere@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark D. Plevin
on behalf of Interested Party American Zurich Insurance Company mplevin@crowell.com

Mark Iver Duedall
on behalf of Interested Party Greater St. Louis Area Council  Boy Scout of America mark.duedall@bryancave.com,
Deborah.field@bclplaw.com

Mark L. Desgrosseilliers
on behalf of Interested Party Jane Doe desgross@chipmanbrown.com  dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark L. Desgrosseilliers
on behalf of Defendant LG 37 Doe desgross@chipmanbrown.com  dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark W. Eckard
on behalf of Creditor Committee Official Committee of Unsecured Creditors meckard@reedsmith.com

Mary E. Augustine
on behalf of Interested Party Andrews & Thornton  Attorneys at Law meg@saccullolegal.com

Mary E. Augustine
on behalf of Interested Party ASK LLP meg@saccullolegal.com

Matthew B. McGuire
on behalf of Interested Party Zuckerman Claimants mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew G. Summers
on behalf of Creditor Clarendon America Insurance Company summersm@ballardspahr.com  hartlt@ballardspahr.com

Matthew O Talmo
on behalf of Interested Party White & Case LLP mtalmo@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Matthew O Talmo
on behalf of Defendant Delaware BSA  LLC mtalmo@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Matthew O Talmo
on behalf of Defendant Boy Scouts of America mtalmo@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Matthew O Talmo
on behalf of Debtor Boy Scouts of America mtalmo@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Matthew O Talmo
on behalf of Interested Party Delaware BSA  LLC mtalmo@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Matthew P. Ward
on behalf of Creditor JPMorgan Chase Bank  National Association matthew.ward@wbd-us.com,
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Maxim B. Litvak
on behalf of Interested Party Tort Claimants' Committee mlitvak@pszjlaw.com

Meredith Neely
on behalf of Other Prof. Future Claimants' Representative neelym@gilbertlegal.com

District/off: 0311-1                                         User: admin                                         Page 20 of 27
Date Rcvd: Jun 15, 2021                                   Form ID: van496a                                  Total Noticed: 1

Michael G. Kelly
on behalf of Interested Party Buffalo Trail Council  Inc. mkelly@kmdfirm.com, dreynolds@kmdfirm.com

Michael Joseph Joyce
on behalf of Interested Party Arrowood Indemnity Company mjoyce@mjlawoffices.com

Michael Joseph Joyce
on behalf of Creditor Labatt Food Service mjoyce@mjlawoffices.com

Michael Joseph Merchant
on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Morgan L. Patterson
on behalf of Intervenor JPMorgan Chase Bank  National Association morgan.patterson@wbd-us.com,
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Morgan L. Patterson
on behalf of Creditor JPMorgan Chase Bank  National Association morgan.patterson@wbd-us.com,
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Morton R. Branzburg
on behalf of Interested Party Abuse Victims mbranzburg@klehr.com  jtaylor@klehr.com

Natan M. Hamerman
on behalf of Creditor Committee Official Committee of Unsecured Creditors nhamerman@kramerlevin.com
atigroup@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Paige Noelle Topper
on behalf of Other Prof. KCIC  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Paige Noelle Topper
on behalf of Other Prof. Bates White  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Paige Noelle Topper
on behalf of Spec. Counsel Haynes and Boone LLP ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Paige Noelle Topper
on behalf of Interested Party Ogletree  Deakins, Nash, Smoak & Stewart, P.C. ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Paige Noelle Topper
on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Paige Noelle Topper
on behalf of Other Prof. PricewaterhouseCoopers LLP ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Paige Noelle Topper
on behalf of Other Prof. Alvarez & Marsal North America  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Paige Noelle Topper
on behalf of Defendant Delaware BSA  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Paige Noelle Topper
on behalf of Interested Party Delaware BSA  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Paige Noelle Topper
on behalf of Debtor Boy Scouts of America ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Paige Noelle Topper
on behalf of Fee Examiner Rucki Fee Review  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Paige Noelle Topper
on behalf of Interested Party White & Case LLP ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Paige Noelle Topper
on behalf of Plaintiff Boy Scouts of America ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Paige Noelle Topper
on behalf of Defendant Boy Scouts of America ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Paige Noelle Topper
on behalf of Attorney Sidley Austin LLP ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Pamela J. Minetto
on behalf of Interested Party Indian Harbor Insurance Company pminetto@moundcotton.com

Patricia Baron Tomasco
on behalf of Spec. Counsel Quinn Emanuel Urquhart & Sullivan  LLP pattytomasco@quinnemanuel.com,
barbarahowell@quinnemanuel.com

Patrick A. Jackson
on behalf of Creditor Marco Romero  Jr. Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com

Patrick A. Jackson
on behalf of Creditor The Roman Catholic Archbishop of Los Angeles Patrick.jackson@faegredrinker.com
rokeysha.ramos@faegredrinker.com

Patrick A. Jackson
on behalf of Interested Party The Roman Catholic Diocese of Brooklyn New York Patrick.jackson@faegredrinker.com
rokeysha.ramos@faegredrinker.com

Patrick A. Jackson
on behalf of Creditor Audrey Romero Patrick.jackson@faegredrinker.com  rokeysha.ramos@faegredrinker.com

Paul A Fanning
on behalf of Interested Party East Carolina Council BSA  Inc. paf@wardandsmith.com,
DocketCR@wardandsmith.com;nsf@wardandsmith.com;blh@wardandsmith.com;JSCotten@wardandsmith.com

Paul A Logan
on behalf of Defendant Argonaut Insurance Company plogan@postschell.com  BMinutola@postschell.com

Paul A Logan
on behalf of Interested Party Colony Insurance Company plogan@postschell.com  BMinutola@postschell.com

Paul A Logan
on behalf of Interested Party Argonaut Insurance Company plogan@postschell.com  BMinutola@postschell.com

Paul W. Carey
on behalf of Creditor Sun Life Assurance Company of Canada pcarey@mirickoconnell.com

Peter Klaus Muthig
on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov  geiserr@mcao.maricopa.gov

Philip Edwards
on behalf of Creditor LBK Claimants pedwards@msllaw.com

Philip D. Anker
on behalf of Interested Party Twin City Fire Insurance Company philip.anker@wilmerhale.com
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.
com

Philip D. Anker
on behalf of Interested Party Hartford Accident and Indemnity Company philip.anker@wilmerhale.com
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.
com

Philip D. Anker
on behalf of Interested Party First State Insurance Company philip.anker@wilmerhale.com
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.
com

Preston Davis Rideout, Jr
on behalf of Interested Party Peter Donald Buchanan  Jr. borideout@gmail.com

R. Craig Martin
on behalf of Interested Party Ad Hoc Committee of Local Councils of the Boy Scouts of America craig.martin@dlapiper.com
carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com

R. Grant Dick, IV
on behalf of Creditor Claimant 18867 gdick@coochtaylor.com

R. Grant Dick, IV
on behalf of Creditor Claimant 43995 gdick@coochtaylor.com

R. Grant Dick, IV
on behalf of Creditor Claimant 50263 gdick@coochtaylor.com

R. Joseph Hrubiec
on behalf of Creditor J.M. rhrubiec@napolilaw.com

R. Joseph Hrubiec
on behalf of Interested Party Napoli Shkolnik  LLC rhrubiec@napolilaw.com

District/off: 0311-1                    User: admin                                    Page 22 of 27
Date Rcvd: Jun 15, 2021                  Form ID: van496a                        Total Noticed: 1

R. Karl Hill
> on behalf of Creditor Liberty Mutual Insurance Company khill@svglaw.com  csnyder@svglaw.com,cwalters@svglaw.com

Rachael Ringer
> on behalf of Creditor Committee Official Committee of Unsecured Creditors rringer@kramerlevin.com
> AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Rachel Jennings
> on behalf of Other Prof. Future Claimants' Representative jenningsr@gilbertlegal.com

Rachel B. Mersky
> on behalf of Other Prof. Coalition of Abused Scouts for Justice rmersky@monlaw.com

Rachel B. Mersky
> on behalf of Creditor Waste Management rmersky@monlaw.com

Raeann C Warner
> on behalf of Creditor John Doe #3 raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Defendant F. A. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor Various Claimants for the Boy Scouts of American Sexual Abuse Claims raeann@jcdelaw.com
> regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Defendant A. S. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor JOhn T. Ward raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor A. S. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor John Michael Vai raeann@jcdelaw.com
> regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor Joseph Elmer Kaminski raeann@jcdelaw.com
> regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor F. A. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor Gordon & Partners Claimants raeann@jcdelaw.com
> regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor Julius Paoli raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor Lewis Busby raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor Raymond Donahue raeann@jcdelaw.com
> regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor C. F. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor John Doe #2 raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor Larry Hollis raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor A. W. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor Claimant 39334 raeann@jcdelaw.com
> regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Defendant C. F. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
> on behalf of Creditor B. L. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Z. R. S.  a minor raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor E. B. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor N. C. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor AW-JLC Claimants raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Defendant N. C. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Claimant No. 39334 raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Defendant B. L. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor R. S. H. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Sheri Dougherty raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Karen Spahr raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Defendant K. W. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor R. B. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor R. W. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor S. H. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Jean Dougherty raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Defendant J. M. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Defendant E. B. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor KJS Claimants raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor J. M. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor K. W. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Timothy Spahr raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor S. P. R. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Various Claimants (Wagstaff and JLC  LLC) raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor John Doe #1 raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Joseph E. Kaminski raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor R. R. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

District/off: 0311-1
Date Rcvd: Jun 15, 2021

User: admin
Form ID: van496a

Page 24 of 27
Total Noticed: 1

Raeann C Warner
on behalf of Creditor F. D. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Regina S. Kelbon
on behalf of Creditor Lianfen Qian kelbon@blankrome.com

Reliable Companies
gmatthews@reliable-co.com

Richard A. Barkasy
on behalf of Creditor Courtney and Stephen Knight  Jointly as the Surviving Parents of E.J.K., a minor child, and Stephen Knight as the Personal Representative of the Estate of E.J.K. rbarkasy@schnader.com

Richard Charles Beckett
on behalf of Interested Party Various Tort Claimants rbeckett@jvlaw.net

Richard Charles Beckett
on behalf of Creditor Claimant 2258 & Others rbeckett@jvlaw.net

Richard Charles Weinblatt
on behalf of Interested Party Century Indemnity Company weinblatt@swdelaw.com

Richard J. Bernard
on behalf of Creditor Three Harbors Council Inc. Boy Scouts of America richard.bernard@faegredrinker.com docketflow@foley.com

Richard J. Bernard
on behalf of Creditor - Imperial Council Boy Scouts of America San Diego richard.bernard@faegredrinker.com docketflow@foley.com

Richard W. Riley
on behalf of Creditor Baltimore Area Council Boy Scouts of America  Inc. rriley@wtplaw.com, clano@wtplaw.com

Riley C. Walter
on behalf of Other Prof. Sequoia Council of Boy Scouts  Inc. ecf@w2lg.com

Robert D. Cecil, Jr.
on behalf of Interested Party American Zurich Insurance Company rcecil@trplaw.com

Robert E. Opera
on behalf of Interested Party Orange County Council of the Boy Scouts of America ropera@wghlawyers.com jmartinez@wghlawyers.com

Robert S. Brady
on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Ronald S. Gellert
on behalf of Creditor KS Does rgellert@gsbblaw.com

Ryan Hicks
on behalf of Interested Party Schneider Wallace Cottrell Konecky on behalf of various tort claimants rhicks@schneiderwallace.com

Sally E. Veghte
on behalf of Creditor Chiacchia & Fleming Claimants sveghte@klehr.com

Sally E. Veghte
on behalf of Creditor Claimant E.G.W. sveghte@klehr.com

Sally E. Veghte
on behalf of Creditor Law Offices of Anthony M. DeMarco Claimant sveghte@klehr.com

Sally E. Veghte
on behalf of Creditor The Panitch Law Group  PC Claimants sveghte@klehr.com

Sally E. Veghte
on behalf of Creditor Kenneth J. Ready & Associates' Claimants sveghte@klehr.com

Sally E. Veghte
on behalf of Creditor Penn Law LLC Claimants sveghte@klehr.com

Sally E. Veghte
on behalf of Creditor Van Zanten & Onik  LLC Claimant sveghte@klehr.com

Sally E. Veghte
on behalf of Interested Party Crew Janci Claimants sveghte@klehr.com

Sally E. Veghte
on behalf of Creditor Crew Janci Claimants sveghte@klehr.com

Sally E. Veghte
on behalf of Creditor Nesenoff & Miltenberg Claimant sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor The Law Office of Michael G. Dowd and Sweeney  Reich & Bolz, LLP Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Perdue & Kidd Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Alonso Krangle Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Green & Gillispie Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Paul Mones  P.C. Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor The Mallard Law Firm Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor James F. Humphreys & Associates  L.C. Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Harnick and Harnick Claimant sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Hach Rose Schirripa & Cheverie LLP Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Spagnoletti Law Firm Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Cooper Elliott Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Berman & Simmons Claimants sveghte@klehr.com

Samuel Wendt
                    on behalf of Interested Party Krause and Kinsman  LLC sam@wendtlaw.com

Sara Beth A.R. Kohut
                    on behalf of Other Prof. Future Claimants' Representative skohut@ycst.com  bankfulings@ycst.com

Sara K. Hunkler
                    on behalf of Interested Party Twin City Fire Insurance Company shunkler@goodwin.com

Sara K. Hunkler
                    on behalf of Interested Party Hartford Accident and Indemnity Company shunkler@goodwin.com

Sara K. Hunkler
                    on behalf of Interested Party First State Insurance Company shunkler@goodwin.com

Scott D. Cousins
                    on behalf of Interested Party Slater Slater Schulman  LLP scott.cousins@cousins-law.com

Scott D. Cousins
                    on behalf of Interested Party Junell & Associates  PLLC scott.cousins@cousins-law.com

Scott G. Wilcox
                    on behalf of Creditor FLORIDA CONFERENCE OF UNITED METHODIST CHURCH and VARIOUS CHURCHES IN THE
                    CONFERENCE THAT ARE CHARTERED ORGANIZATIONS swilcox@mooreandrutt.com  bhastings@mooreandrutt.com

Seth J. Reidenberg
                    on behalf of Interested Party American Zurich Insurance Company sreidenberg@trplaw.com  shall@trplaw.com

Sharon M Zieg
                    on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Shawn M. Christianson
                    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Sin-ting Mary Liu
                    on behalf of Attorney Aylstock  Witkin, Kreis & Overholtz, PLLC mliu@awkolaw.com, dcross@awkolaw.com

Sin-ting Mary Liu
                    on behalf of Interested Party Abuse Victims mliu@awkolaw.com  dcross@awkolaw.com

Stamatios Stamoulis
                    on behalf of Defendant Westchester Surplus Lines Insurance Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis
                    on behalf of Interested Party Century Indemnity Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Defendant Pacific Employers Insurance Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Defendant Federal Insurance Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Defendant Chubb Custom Insurance Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Defendant United States Fire Insurance Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Defendant Insurance Company of North America stamoulis@swdelaw.com  filings@swdelaw.com

Stanley B. Tarr

on behalf of Creditor The Coalition of Abused Scouts for Justice tarr@blankrome.com

Stephanie Morris

on behalf of Interested Party C.B. smorrislaw@outlook.com

Stephen W. Spence

on behalf of Creditor Sexual Abuse Survivor Claimants sws@bmbde.com  sumspence@gmail.com

Steven A. Ginther

on behalf of Creditor Missouri Department of Revenue deecf@dor.mo.gov

Steven A. Leyh

on behalf of Creditor Chapelwood United Methodist Church leyh@hooverslovacek.com  graham@hooverslovacek.com

Susan N.K. Gummow

on behalf of Interested Party NATIONAL UNION FIRE CO. OF PITTSBURGH PA sgummow@fgppr.com, bcastillo@fgppr.com

Susan N.K. Gummow

on behalf of Interested Party Landmark Insurance Company sgummow@fgppr.com  bcastillo@fgppr.com

Susan N.K. Gummow

on behalf of Interested Party Lexington Insurance Company sgummow@fgppr.com  bcastillo@fgppr.com

Susan N.K. Gummow

on behalf of Interested Party The Insurance Company of the State of Pennsylvania sgummow@fgppr.com  bcastillo@fgppr.com

Tacie Yoon

on behalf of Interested Party American Zurich Insurance Company tyoon@crowell.com

Tancred Schiavoni

on behalf of Interested Party Century Indemnity Company tschiavoni@omm.com

Tara LeDay

on behalf of Creditor Texas Taxing Authorities bankruptcy@mvbalaw.com tleday@ecf.courtdrive.com,alocklin@mvbalaw.com

Thomas Carl Crumplar

on behalf of Defendant C. F. tom@jcdelaw.com  lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant F. A. tom@jcdelaw.com  lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant A. S. tom@jcdelaw.com  lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant B. L. tom@jcdelaw.com  lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant K. W. tom@jcdelaw.com  lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant N. C. tom@jcdelaw.com  lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant E. B. tom@jcdelaw.com  lynn@jcdelaw.com

Todd C. Jacobs

on behalf of Interested Party National Surety Corporation tjacobs@bradleyriley.com

Todd M. Brooks

on behalf of Creditor Baltimore Area Council Boy Scouts of America  Inc. tbrooks@wtplaw.com, mfletcher@wtplaw.com

Travis A. McRoberts

on behalf of Interested Party The Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America travis.mcroberts@squirepb.com  sarah.conley@squirepb.com;travis-a-mcroberts-1747@ecf.pacerpro.com

U.S. Trustee

District/off: 0311-1

Date Rcvd: Jun 15, 2021

User: admin

Form ID: van496a

Page 27 of 27

Total Noticed: 1

USTPRegion03.WL.ECF@USDOJ.GOV

Vivian A. Houghton

on behalf of Creditor Estate of Sherrye B. Howell vivianhoughton@comcast.net bankruptcyatvivianhoughton@vivianhoughton.com

Vivian A. Houghton

on behalf of Creditor Peter Donald Buchanan  Jr., Executor of the Estate of Sherrye B. Howell vivianhoughton@comcast.net, bankruptcyatvivianhoughton@vivianhoughton.com

William A. Crawford

on behalf of Defendant Utica Mutual Insurance Company wcrawford@fandpnet.com acole@fandpnet.com;lwardell@fandpnet.com

William D. Sullivan

on behalf of Creditor Eric Pai  as administrator of the Estate of J. Pai wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Interested Party Marc J. Bern & Partners LLP wdsecfnotices@sha-llc.com

William E. Curtin

on behalf of Debtor Boy Scouts of America wcurtin@sidley.com  nyefiling@sidley.com;william-curtin-5829@ecf.pacerpro.com

William M. Kelleher

on behalf of Creditor Sexual Abuse Survivor Claimants wkelleher@gfmlaw.com

William Pierce Bowden

on behalf of Interested Party Del-Mar-Va Council  Inc., Boy Scouts of America wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Interested Party Capitol Area Council wbowden@ashby-geddes.com  ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Interested Party Circle Ten Council wbowden@ashby-geddes.com  ahrycak@ashbygeddes.com

TOTAL: 664