## Exhibit A

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**March 1, 2021 through March 31, 2021**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 36.4 | $21,575.00 |
| Cash | 102.8 | $63,495.00 |
| Claims | 102.8 | $56,167.50 |
| Contracts | 17.4 | $9,270.00 |
| Court | 3.5 | $3,340.00 |
| Employee | 3.8 | $2,520.00 |
| Fee Applications | 28.9 | $12,605.00 |
| Financial Analysis | 449.4 | $256,542.50 |
| Info Req | 260.9 | $173,812.50 |
| Litigation | 49.5 | $46,065.00 |
| MOR | 8.2 | $5,097.50 |
| Motions/Orders | 5.6 | $3,720.00 |
| Plan DS | 134.3 | $95,595.00 |
| Status Meeting | 47.5 | $39,435.00 |
| Travel | 2.0 | $2,150.00 |
| Vendor Management | 4.2 | $3,150.00 |
| **Subtotal** | **1,257.2** | **$794,540.00** |
| ***Voluntary Reduction - General*** | **-15.0** | **-$7,835.00** |
| ***Total*** | **1,242.2** | **$786,705.00** |