## Exhibit B

**Summary of Time Detail by Professional**

*Exhibit B*

**Boy Scouts of America and Delaware BSA, LLC**
*Summary of Time Detail by Professional*
*March 1, 2021 through March 31, 2021*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,075.00 | 100.6 | $108,145.00 |
| Erin McKeighan | Managing Director | $900.00 | 16.3 | $14,670.00 |
| Trevor Phillips | Managing Director | $725.00 | 1.5 | $1,087.50 |
| Carl Binggeli | Director | $750.00 | 217.2 | $162,900.00 |
| Robert Edgecombe | Director | $525.00 | 21.9 | $11,497.50 |
| Scott Blasingame | Manager | $475.00 | 0.2 | $95.00 |
| Ryan Walsh | Senior Associate | $675.00 | 226.0 | $152,550.00 |
| Tim Deters | Senior Associate | $650.00 | 150.7 | $97,955.00 |
| Christian Schoerner | Associate | $375.00 | 12.7 | $4,762.50 |
| Trevor DiNatale | Consultant | $575.00 | 1.1 | $632.50 |
| Gerard Gigante | Consultant | $525.00 | 67.8 | $35,595.00 |
| Davis Jochim | Analyst | $475.00 | 206.9 | $98,277.50 |
| Lewis Kordupel | Analyst | $475.00 | 184.7 | $87,732.50 |
| Cally McGee | Analyst | $400.00 | 33.6 | $13,440.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 16.0 | $5,200.00 |
| | | **Subtotal** | **1,257.2** | **$794,540.00** |
| | | **Voluntary Reduction - General** | **-15.0** | **-$7,835.00** |
| | | **Total** | **1,242.2** | **$786,705.00** |