## Exhibit E

**Summary of Expense Detail by Category**

*Exhibit E*

## Boy Scouts of America and Delaware BSA, LLC
## Summary of Expense Detail by Category
## March 1, 2021 through March 31, 2021

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $776.04 |
| Lodging | $631.05 |
| Miscellaneous | $798.37 |
| *Total* | **$2,205.46** |