## Exhibit F

**Expense Detail by Category Professional**

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### March 1, 2021 through March 31, 2021

### *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 3/26/2021 | $776.04 | Airfare roundtrip coach Chicago/Miami (3/29/2020 & 4/1/2020). |
| **Expense Category Total** | | **$776.04** | |

### *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 3/31/2021 | $631.05 | Hotel in Miami - 3 nights. |
| **Expense Category Total** | | **$631.05** | |

### *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Erin McKeighan | 3/31/2021 | $787.71 | CMS Monthly Data Storage Fee. |
| Ryan Walsh | 3/31/2021 | $10.66 | WebEx Charges. |
| **Expense Category Total** | | **$798.37** | |
| *Grand Total* | | **$2,205.46** | |