**Exhibit A**

**Service List**

**BY ELECTRONIC MAIL**

**Counsel for the Church of Jesus Christ of Latter-day Saints**

Benjamin A. Dozier
Robert Malionek
Adam Goldberg
Madeleine Parish
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Email: benjamin.butzin-dozier@lw.com
　　　　robert.malionek@lw.com
　　　　adam.goldberg@lw.com
　　　　madeleine.parish@lw.com

Jeff Bjork
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Email: jeff.bjork@lw.com

Michael J. Merchant
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: merchant@rlf.com

Randy T. Austin
Wade L. Woodard
KIRTON MCCONKIE PC
36 S. State Street
Suite 1900
Salt Lake City, UT 84111
Email: raustin@kmclaw.com

Wade L. Woodard
Jason W. Beutler
KIRTON MCCONKIE PC
2600 W. Executive Pkwy
Suite 400
Lehi, UT 84043
Email: wwoodard@kmclaw.com
　　　　jbeutler@kmclaw.com