TO: US DISTRICT BANKRUPTCY COURT
824. N. MARKET ST.
Wilmington, Delaware 19801

RE:

BSA

CASE# 20-10343 (LSS)

DATE: 6/7/2021

GENERAL NOTICE & exhibit A -

I want the court docket to reflect that this lawgroup officially sent a retainer & questionaire to me on BSA that my legal dept Deputy Velasquez / Vasquez opened & saw. I filled them out & sent them back immediatly he also witnessed.







Exhibit A to scan on court docket

ZONE 5 FLAT-RATE ENVELOPE
ComPlsPrice
FROM 59101
stamps endicia
05/07/2021

PRIORITY MAIL 3-DAY™

Legal mail

USPS TRACKING #

9405 5116 9900 0281 0901 20

"Retainer & Questionnaire"

LOCAL MAIL

U.S.M.S.
X-RAY

TO: US Bankruptcy Court
824 N. Market ST
Wilmington Delaware
19801

U.S. POSTAGE >> PITNEY BOWES
ZIP 90012
02 4W
0000366588
$ 000.51⁰
JUN 10 2021