June 14, 2021

FILED
2021 JUN 21  AM 10: 41
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Justice Lauri Selber Silvestein

I am writing this letter not just for me but any other boy that experience sexual abuse or harassment by boy a scout leader. I remember that day like it was yesterday I was so excited I was going on my first camping trip my parents had bought me by uniform and back pack and they were so proud of me they had celebrated my 10th birthday the day before. Little did I know it would be my worst nightmare. After that incident, I felt so ashamed. I felt I could not trust anyone and ~~started~~ tried using drugs at a very young age to cope with my shame but that did not help. I became an introvert and withdrawn. My parents could not understand why I had changed but I could not tell them. I left my home when I was 16 and struggled to stay in relationships. I married but my marriage failed. I live alone, and I'm legally blind now. I have had to confide in one of my sisters so that she could write this letter for me. It is my sincere hope that you will find it in your heart to feel our pain and hold the Boy Scots of America accountable for what they have don't by not acknowledging the pain and suffering boys have had to endure under their care.

Respectfully,

[redacted]