CASE [REDACTED]

[REDACTED] 2021

Dear Sirs

I am writting you about the Boy Scouts B.S.A. case I have with you a law[yer].
I hope you can read my writting.

I was in the Cub Scouts for 4 years and then when I was 10 years old. [REDACTED] came to my house and told my mother that I would have to join the Boy Scouts because I was 10 years old. He took me down to his house [REDACTED] and showed me were the meeting place was. I lived at [REDACTED] it was about 4 houses away from his.

He sexually abused me for about 2 years. I was afraid to tell my mother. She had arthritis and was in a wheel chair and my grandmother and my self had to take care of her.

The chief of police last name [REDACTED] lived 3 houses down from me. And he found out what was going on. And had him arrested.

We had our troup meetings at his house and he also abused me at his house.

He abused me for two years [REDACTED]

[REDACTED]

I HAD NOT GONE THROUGH PUBERTY YET SO I DIDNT KNOW WHAT WAS GOING ON.

ALSO THREE BROKE MY RIGHT ARM AND IT HEALED CROOKED SO THEY HAD TO RE BREAK IT AND PUT IT IN A CAST. WHEN HE BROKE IT

[REDACTED]

ONE DAY THE POLICE CAME TO MY HOUSE AND TOOK ME TO THE POLICE STATION MY GRANDFATHER WENT WITH ME. I HAD TO IDENTIFY [REDACTED] AND SOME OTHER BOYS THAT ABUSED ME.

I WENT TO THE VAN NUYS POLICE STATION AND THEN NEXT TIME I WENT TO THE LOS ANGELES STATION. ALTOGATHER I WENT 3 TIMES.

THEY ARRESTED [REDACTED] AND HIS BROTHER BUT THEY LET HIS BROTHER GO BECAUSE THEY SAID [REDACTED] ABUSED HIM TO.

WHAT FINALLY HAPPENED WAS THEY CASTRATED HIM THAT IS WHAT I WAS TOLD.

I DEFINITELY KNOW THEY CASTRATED HIM BECAUSE ONE TIME I WAS PLAYING FOOTBALL DOWN THE STREET FROM HIS HOUSE AND HE TOLD US TO COME TO HIS HOUSE HE WANTED TO

[REDACTED]

2

AFTER THAT HE SAID YOU LITTLE BASTARDS YOU RUINED MY LIFE. THEN WE RAN AWAY AND I NEVER SAW HIM AGAIN.

AFTER THIS HAPPENED TO ME I GOT PTSD AND HAD TO GO TO A PSYCHIATRIST FOR 2 YEARS. HE WAS ON VENTURA BLVD IN VAN NUYS. MY GRANDFATHER TOOK ME ON WEDNESDAYS.

I STILL CANT USE A COMPUTER OR DO MATH VERY GOOD.

MAY-15-2021

EVERY/THING I HAVE WRITTEN ON THIS ~~FREE~~ REPORT IS TRUE ILL EVEN TAKE A LIE DETECTOR TEST.

FEEL FREE TO CALL ME AT ANY TIME

 CELL