June 5, 2021

FILED
2021 JUN 21  AM 10: 27
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington DE 19801

Madam:

  I'm sure that we agree on two things. Namely, that pederasty is a serious crime; and that the concealing of the crime, as did the BSA, Inc., is an equally heinous crime.

  My brief encounter with Boy Scouts of America destroyed my physical health -- for my lifetime; it also warped and scarred my psyche. My life has been a tragedy.

  I have lived my life in poverty. When an adult has poor health, abscences and high insurance costs, a robust career is precluded. That is, even if one has an above average I Q.

  I have been diagnosed variously as Asperger's Syndrome, Dissociative personality, mild Autism etc. It has not been easy. I have lived a life in various stages of Depression.

  I lost my physical health to systemic toxic poisoning that was caused by the setting of the abuse. I have had many subsequent health problems directly related to that poisoning.

  I was eleven years old and completely ignorant of sexuality. That, along with the poisoning caused my missing the entirety of a school-semester. I almost died. In my late thirties, before my grandmother passed, she told me that the doctors had prepared my parents for my passing at that time of the poisoning.

  I have lived my life as an ersatz recluse. I have no criminal record and no arrest record. I am due compensation for that which was done to me. And at that, the figure must not insult; added to injury.

  I have not hated the Scouts; but, seeing one always pained my heart. I and many others are owed much. Hiding what was done by the leaders of the BSA, Inc., is an abominable sin. They need to pay a serious price, both corporately and individually.

  Unintended consequences do often extend much further than one can imagine; as in my instance. And, on behalf of all the others and myself, I thank you for reading my letter.

Sincerely,