Judge Silverstein,

I've been pointed to write you from my psych about my presented on 11-12-20 at 9:53 am that met the deadline for the BSA Abuse claims processing c/o Omni Agent Solutions from Authorization of Expendited Legal mail, which I have Documentation of proof, and the issue being I written and written multiple times with no response to what's going on have it been recieved, accepted, denied. I haven't gotten a response its feeling as if its then went on Deaf ear I've broken my silence for nothing I'm so angered by the redaction of the court I want a response to what's going on I like to also be heard not censored where the next do not be a

FILED
2021 JUN 22  AM 8:59
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

victim. My take been I've been on deaf ear which I presented to the Psych and being it's June, that claim been submitted a half year ago not a I recieved your claim. I like to hear your story the people that suppose to help the Boy Scouts Abuse people are doing little to put forth meaningful reparation to a vicit like myself abuse survivor. Please giving me a response about whats what for as everything stopping these folks so it don't continue and the status of my claim knowing you recieved and anything else you can tell me about it.

Sincerely,

P.S. Came out with whats going on like to know it hasn't went on Deaf Ear my main purpose

.S.M.S. X-RAY



GRAND RAPIDS MI 493
17 JUN 2021 PM 6

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 49444
02 4W
0000358298 JUN 16 2021
$ 000.51⁰

Judge
Laurie S. Silverstein
US Bankruptcy Court Judge
824 North Market Street
6th floor
Wilmington, DE. 19801