JUSTICE

LAURI SELBER SILVERSTEIN

My NAME IS ███████████

FILED

2021 JUN 22 AM 8:58

CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

Im 78 YEARS OLD. I WAS A BOY SCOUT

TROUP 59 IN HIGLAND, INDIANA. THE SCOUT

MASTER ███████████ I LOUE BEING

A BOY SCOUT. 1 THING I DID NOT LIKE

IS A MAN TOCHING ME IN MY PRIVET

PART. THAT WAS 1957 I LIVED WITH

THAT ALL THE YEAR. THE FIRST

TIME I TALKED ABOUT THIS. I HAD

TO LIE TO MY MOTHER&FATHER.



PRIORITY MAIL ★

UNITED STATES
POSTAL SERVICE ®

Domestic and International Use · Label 107R, May 2014

TRACKED
★ ★ ★
INSURED

EXPECTED DELIVERY DAY: 06/14/21

USPS TRACKING® #

*JUSTICE LAURI SERBER SILVERSTEIN*
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON, DE. # 19801

U.S. POSTAGE PAID
PM 2-DAY
SYLACAUGA, AL
35150
JUN 10, 21
AMOUNT
$8.50
R2305E125908-04

1004

19801







