June 18-2021

**FILED**
2021 JUN 22 AM 8:58
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

BSA Bankruptcy Case

In 1967 I was about 11 years old I went to a boy scout meeting. I met ▮▮▮▮ he began speaking how Great it was to be a member of the Boy Scouts of America. I joined. ▮▮▮▮ Complements me tells me how good I am doing all the time and gives me awards, patches, takes me to the County fair more than once ▮▮▮▮ took me and other Boy scouts boys to the County fair in Pleasanton in Livemore Cal.

The frist time it started was 4 months after I joined Boyscouts Den 3 Is my unit number ▮▮▮▮ took me to his house we always had boy scout meeting there ▮▮▮▮ showed me literature, books, and Nasty Magizines, In his bedroom. ▮▮▮▮ made Advances to me, he would say everything's going to be ▮▮▮▮ over my body. ▮▮▮▮ won my trust by being generous, taking me out to eat He was very opened minded, and very likeable to me and the rest of the boy Scouts. My mom ▮▮▮▮ asked ▮▮▮▮ if he was Abusing my son ▮▮▮▮ Denied everything.

BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801

SACRAMENTO CA 957
18 JUN 2021 PM 6 L

