# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 1922, 2361 & 2380** |

## NOTICE OF ERRATA REGARDING PRICEWATERHOUSECOOPERS LLP'S FIRST INTERIM APPLICATION, THIRD MONTHLY APPLICATION AND SECOND INTERIM APPLICATION

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On January 11, 2021, PricewaterhouseCoopers LLP ("PwC") filed the *First Interim Fee Application Request of PricewaterhouseCoopers LLP, as Independent Auditor and Tax Compliance Services Provider for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 and Including October 31, 2020* (D.I. 1922) (the "First Interim Application").

2. On March 11, 2021, PwC filed the *Third Combined Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation and Reimbursement of Expenses for the Period from November 1, 2020 through January 31, 2021* (D.I. 2361) (the "Third Monthly Application").

3. On March 15, 2021, PwC filed the *Second Interim Fee Application Request of PricewaterhouseCoopers LLP, as Independent Auditor and Tax Compliance Services Provider for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

*November 1, 2020 to and Including January 31, 2021* (D.I. 2380) (the "Second Interim Application," and together with the First Interim Application and Third Monthly Application, the "Applications").

4. The Compensation Period for the First Interim Application, Third Monthly Application and Second Interim Application was inadvertently incorrectly listed on the Applications.[2] The corrected Compensation Period for the First Interim Application is February 18, 2020 through September 30, 2020. The corrected Compensation Period for the Third Monthly Application and Second Interim Application is October 1, 2020 through January 31, 2021. The materials supporting the requests for compensation and expense reimbursement for the corrected periods was previously included in the Applications filed with the Court. For the avoidance of doubt, the amounts of compensation and expense reimbursement requested in the Applications remain correct and are unaffected by this notice.

Dated: June 23, 2021
       Dallas, Texas

PRICEWATERHOUSECOOPERS LLP

*/s/ Francis DeSouza, Jr.*
Francis DeSouza, Jr., Partner
PricewaterhouseCoopers LLP
2121 North Peral Street, Suite 2000
Dallas, Texas 75201
(214) 695-0663

*Independent Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession*

---

[2] Capitalized terms not defined herein are defined in the Second Interim Application.