IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors[1] | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Preston Rideout hereby withdraws as counsel for the Estate of Sherrye B. Howell in the above-captioned cases and would show in support thereof that this estate has no controversy pending before this Court and he certifies that the estate, by its Executor, consents to this withdrawal.  The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, remove him from the electronic and paper noticing matrix for the above-captioned cases.

PLEASE TAKE NOTICE that Preston Rideout represents no other Creditors in these cases.

Dated: June 7, 2021

/s/ Vivian A. Houghton
Vivian A. Houghton, Esquire
800 West Street, 1st Floor
Wilmington, DE 19801
TEL: (302) 658-0518
FAX: (302) 658-5731
bankruptcy@vivianhoughton.com

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

PRESTON RIDEOUT, MSB #5346
Attorney At Law
203 Walthall Street
Greenwood, MS 38930-4428
TEL: (662) 455-9999
FAX: (662) 455-1013
Email: bo@borideout.com