United States Bankruptcy Court for the District of Delaware

# WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Boy Scouts of America Case No. 20-10343 |
| --- | --- |
| Creditor Name and Address: | The Estate of Sherrye Howell<br>Peter Donald Buchanan, Jr., Executor<br>3896 County Road 176<br>Sidon, MS 38954 |
| Court Claim Number (if known): | 225 |
| Date Claim Filed: | August 17, 2020 |
| Total Amount of Claim Filed: | $750,000 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6/4/2021

Print Name: Peter Donald Buchanan, Jr.

Title (if applicable): Executor

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

/105

Cause Number: 20-pr-30

# LETTERS TESTAMENTARY

MINUTE BOOK __17__ PAGE __105__

| THE STATE OF MISSISSIPPI | } | |
|---|---|---|
| | s.s. | June 1, 2020 |
| LEFLORE COUNTY | } | |

WHEREAS, Sherrye B. Howell, deceased late of said County, made his Last Will and Testament, which was on the 1st day of June, 2020, proved and admitted to Probate in the Chancery Court of said County, and Letters thereof granted to Peter Donald Buchanan, Jr., Executor thereof, and the said Peter Donald Buchanan Jr. having complied with the statute in such cases provided:

THEREFORE, We do give, grant and commit to the said Peter Donald Buchanan, Jr., Executors of all and singular the Goods and Chattels, Rights and Credits of the said testator with full power to take the same into his possession, and to ask, levy, sue for, recover and receive the same, wherever they may be, and to fully execute the said Will according to law.



WITNESS MY HAND AND SEAL OF SAID COURT, this 1st day of June, 2020.

Johnny L. Gary Jr., Chancery Clerk

BY: _____ D.C.

# FILED

JUN 09 2020

JOHNNY L. GARY, JR. CHANCERY CLERK

BY: _____ D.C.

THE STATE OF MISSISSIPPI

LEFLORE COUNTY

I, Johnny L. Gary Jr., Clerk of the Chancery Court in and for said county, in said state, hereby certify that the foregoing and reverse side hereof contains a true and complete copy of the Letters Testamentary issued to Peter Donald Buchanan Jr. upon the Estate of Sherrye B. Howell, Deceased, as the same appears of record in my office.

I hereby certify that said Letters are, at this time, in full force and effect and that the said Peter Donald Buchanan Jr. is the qualified and acting Executor of said estate.

GIVEN UNDER MY HAND AND OFFICIAL SEAL the 1st day of June 2020.

JOHNNY L. GARY JR., CHANCERY CLERK

BY: ____Wanda Willea____ D.C.