# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **RE: D.I. 2380** |

## CERTIFICATE OF NO OBJECTION REGARDING THE SECOND INTERIM FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INDEPENDENT AUDITOR AND TAX COMPLIANCE SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2020 TO JANUARY 31, 2021

The undersigned hereby certifies that, as of the date hereof, PricewaterhouseCoopers LLP ("PwC") has received no answer, objection or other responsive pleading to the **Second Interim Fee Application of PricewaterhouseCoopers LLP for Payment of Compensation and Reimbursement of Expenses as Independent Auditor and Tax Compliance Services Provider to the Debtors for the Period from November 1, 2020 to January 31, 2021** (the "Application") (D.I. 2380), filed on March 15, 2021.

The undersigned further certifies that PwC has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than March 30, 2021 at 4:00 p.m. (ET).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

WHEREFORE, PwC respectfully requests that the Application be approved.

Dated: June 23, 2021  PRICEWATERHOUSECOOPERS LLP
Dallas, Texas

*/s/  Francis DeSouza, Jr.*
Francis DeSouza, Jr
Partner
PricewaterhouseCoopers LLP
2121 North Peral Street, Suite 2000
Dallas, Texas 75201
(214) 695-0663

*Independent Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession*