# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Re: Docket No. 167** |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Katelin M. Morales, Esquire is no longer associated with Reed Smith LLP (effective June 24, 2021) and should be removed from all service lists, including the court's electronic notification list, in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that Mark W. Eckard, Esquire, at the below-listed address and contact information, should be substituted for Katelin A. Morales, Esquire as counsel for the Official Committee of Unsecured Creditors[2] and should be added to all service lists, including the court's electronic notification list, in the above-captioned cases:

Mark W. Eckard, Esquire
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
E-mail:  meckard@reedsmith.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All other counsel of record for Kramer Levin Naftalis & Frankel LLP and Reed Smith LLP remain.

2

| | |
|---|---|
| Dated: June 24, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>**REED SMITH LLP** |

          By:   <u>*/s/ Mark W. Eckard*</u>
                 Kurt F. Gwynne (No. 3951)
                 Mark W. Eckard (No. 4542)
                 1201 North Market Street, Suite 1500
                 Wilmington, DE 19801
                 Telephone: (302) 778-7500
                 Facsimile: (302) 778-7575
                 E-mail: kgwynne@reedsmith.com
                 E-mail: meckard@reedsmith.com

                 *Delaware Counsel to the Official Committee of Unsecured Creditors*