**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Mark W. Eckard, certify that I am over 18 years of age and that on this 24th day of June 2021, true and correct copy of the **NOTICE OF SUBSTITUTION OF COUNSEL** was electronically filed via the Court's CM/ECF system and thereby served on those parties having to consented to electronic service.

By: */s/ Mark W. Eckard*
Mark W. Eckard (No. 4542)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.