

06/21/2021

FILED
2021 JUN 25 AM 9:49
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

BSA Court Docket

Case no. 20-10343

Court District of Delaware

Judge Hon. Laurie Selber Silverstein

BSA Restructuring

A Dream To Be A Scout Turned Nightmare

At my young age, there is absolutely no reason that my young heart was not fully eternal love, a promise, trust, and the true spirit. I was a child who always followed in the steps of a joyful heart. When I succeeded, my heart was overjoyed with wonder. I had an enormous promise in an enormous universe that was continuously focused on goals, successes, and most of all, eternal dreams. Then after being a cub scout, the wide open doors to be a boy scout was my exciting new dream. At my first camping experience to be a boy scout, an illegal and entirely wrong sexual situation took place. This happened with a fully respected and much admired scout leader who was a person I had dreamed to fully trust and follow. After this illegal sexual situation had happened, immediately afterward my heart was always extremely overwhelmed with paranoia, complete isolation, and the pain of a torn heart. Every second, I always had the feeling that I was being ghosted of something I had absolute no control over. I was so fearful and I had no one I could cry to. I realized that there was no escape from being haunted by this ghost of what had happened to me. My eyes were continuously opened to a daily nightmare. Every single day was a challenge of how to deal with others during daily routine.  Yes, I wanted to die. I left the middle of eleventh grade and I cried the depth of my heart while hiding down by a river. I never returned to high school again. It was becoming clearer that Jesus would be the only way possible to get back to my happy and joyful personality. I was continuously up against a permanent scar and nightmare. Then, I felt that the only proper and honest thing I could do is to confess to my parents of what had happened. I knew that Jesus wanted me to make this confession. This confession made my parents so extremely angry it is absolutely unbelievable what confusion and distance the confession had caused them. For one, I learned to not cry the deepest tears of my heart and ask for any help. I gradually continued to learn how to hide any tears while building a wall of complete isolation. I was fully

withdrawn from any kind of reality. My heart was slowly turning to stone. The pain from the scouting incident caused nothing but pain and confusion with every single part of existence. The anger and confusion that my parents had caused them to admit me in mental hospitals. A long story short, through time I was admitted in mental hospitals approximately fifteen times for a total of about one hundred or so weeks or, more than two years. It sure seemed like I stayed longer than others sometimes up to seven weeks at a time. I was always heavily medicated with psychotic drugs. Anyhow, I always cried in horror and kept it hidden. My fright and permanent scars are always and continuously treated as a complete mental condition. This is fully erroneous for a child who is unable to say one word. My young and aching heart was far, far away without the chance to ever to return to normalcy. A man must keep an open mind to the complete and hidden truth of his fellow being, especially a child's purest heart. There are so many more concrete answers to be found. If he looks into a child's heart and universe and temporarily stops thinking that he looks deeper into a mind, there's so much more heeling to be found. Today at age fifty eight, I am under complete and permanent disability diagnosed as a paranoid schizophrenia. However, I never gave up hope on conquering this disease of a mind to this very day. Actually, my daily and life long battle of a scar and a disease goes much, much deeper than the mind is able to perceive. Now and finally, I have the opportunity to bring the entire truth forward! Anyhow, in 1984 I obtained my GED, first try. This was through the help of psychiatric care at Harding Hospital Worthington, Ohio. I was admitted there for six months. Additionally, in the mid 90's I completed a total of 122 credit hours of higher education toward a bachelor's degree. I was a senior at Bowling Green State University. I failed to graduate. So many questions and blanks have been left unanswered. Every single day of my life time I could offer information and details on how this one illegal sexual experience has affected me in a very frightful and painful manner. Every single day I am up against confusion, pain, fear, and complete isolation. No wonder that I am fully impotent to this day. There's a world of scars

that I have been trying to conquer every morning I awake. Eternal love is our deepest reality and not just as a child.

The BSA is fully accountable! As we all look into our universe, it is clearly evident of how fragile one is. It's time for our one heart to immediately stop being ignored and overlooked and it needs to be stopped of only what's seen on the outside world and in the mind! Reality and answers are so much deeper.

Sincerely,

██████