6-17-21

From [redacted] subject Boy Scouts of America 2 The District Courthouse it is very hard for me to sit down and write this letter because it has his old memories memories that I have shoved into the back of my mind and choose to 4 over the years has propped up and has scared me in the middle of the night with cold sweat and Shakes this is the reason I did not let my 3 boys or my girl join the Boy Scouts or girl scouts because later in years I found out that what they were doing was not part of initiation my summer camp experience with the initiation process scared me so bad and when [redacted] supervisors in about five or six boys so therefore I hope we can come to some resolution to this because this still haunts me today even though I'm 67 years old I will never let my boys join the Cub Scouts or Boy Scouts I will never let my girl join any elite club without me being present 24 hours sincerely yours [redacted] this has been a traumatic experience and a life-changing event held on me thank you sincerely yours [redacted]

CASE SA-[redacted]