# EXHIBIT 1

## CERTIFICATION OF RACHAEL L. RINGER

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
Boy Scouts of America and                                    :    Case No. 20-10343 (LSS)
Delaware BSA, LLC,¹                                          :
                                                             :    (Jointly Administered)
                  Debtors.                                   :    Hearing Date: TBD
                                                             :    Objection Deadline: July 9, 2021 at 4:00 p.m. (ET)
------------------------------------------------------------ X
```

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS
FOR PROFESSIONALS IN RESPECT OF FIFTH INTERIM FEE APPLICATION
OF KRAMER LEVIN NAFTALIS & FRANKEL LLP FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, FOR THE PERIOD FROM
FEBRUARY 1, 2021 THROUGH AND INCLUDING APRIL 30, 2021**

I, Rachael L. Ringer, hereby certify that:

1. I am a member of Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), counsel to the Official Committee of Unsecured Creditors in the above captioned proceedings (the "**Chapter 11 Cases**"). Kramer Levin submits this fifth interim application for compensation and reimbursement in compliance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* effective as of November 1, 2013 (the "**U.S. Trustee Guidelines**") and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

2

*Related Relief* [Dkt. No. 341] entered in these Chapter 11 Cases (the "**Interim Compensation Order**" and, together with the U.S. Trustee Guidelines, the "**Guidelines**").

2. I am the professional designated by Kramer Levin with the responsibility for Kramer Levin's compliance in these cases with the Guidelines. This certification is made in respect of Kramer Levin's application, dated June 25, 2021 (the "**Application**"), for the allowance of compensation for professional services and reimbursement of expenses for the period commencing February 1, 2021 through and including April 30, 2021 (the "**Compensation Period**") in accordance with the Guidelines.

3. Pursuant to the Guidelines, I certify that:

    a) I have read the Application;

    b) To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically set forth herein or in the Application;

    c) To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Kramer Levin and generally accepted by Kramer Levin's clients; and

    d) To the best of my knowledge, information and belief formed after reasonable inquiry, in providing a reimbursable service, Kramer Levin does not make a profit on that service, whether the service is performed by Kramer Levin in-house or through a third party.

4. I certify that the Creditors' Committee, Debtors, Fee Examiner, and U.S. Trustee will each be provided with a copy of the Application concurrently with the filing thereof and will

4

have at least 14 days to review such Application prior to any objection deadline with respect thereto.

Dated: June 25, 2021

>  */s/ Rachael L. Ringer*
>  Rachael L. Ringer