# **EXHIBIT 2**

**BUDGET AND STAFFING PLAN**

# BUDGET

## February 1, 2021 – April 30, 2021

|  | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED[1] | ACTUAL HOURS BILLED | ACTUAL FEES SOUGHT[2] |
|---|---|---|---|---|---|
| 00001 | Case Administration | 30.00 | $27,450.00 | 9.30 | $5,558.50 |
| 00002 | Committee Meetings and Communications | 300.00 | $274,500.00 | 146.50 | $141,168.50 |
| 00003 | Asset Dispositions | 5.00 | $4,575.00 | 0.00 | $0.00 |
| 00004 | Automatic Stay | 10.00 | $9,150.00 | 0.00 | $0.00 |
| 00005 | Bar Date, Noticing and Claims Reconciliation Issues | 10.00 | $9,150.00 | 4.80 | $5,058.50 |
| 00006 | Adversary Proceedings and Bankruptcy Litigation | 30.00 | $27,450.00 | 13.60 | $13,707.00 |
| 00007 | Plan/Disclosure Statement Issues | 250.00 | $228,750.00 | 142.20 | $145,148.00 |
| 00008 | Coalition and Tort Committee Matters | 15.00 | $13,725.00 | 0.00 | $0.00 |
| 00009 | Corporate Governance | 0.00 | $0.00 | 0.00 | $0.00 |
| 00010 | Customer and Vendor Issues | 0.00 | $0.00 | 0.00 | $0.00 |
| 00011 | Creditor Communications | 15.00 | $13,725.00 | 0.50 | $404.50 |
| 00012 | Non-Profit Issues | 25.00 | $22,875.00 | 0.00 | $0.00 |
| 00013 | Employee and Labor Issues | 30.00 | $27,450.00 | 4.20 | $4,943.50 |
| 00014 | Exclusivity | 15.00 | $13,725.00 | 0.00 | $0.00 |
| 00015 | Executory Contracts and Leases | 15.00 | $13,725.00 | 0.00 | $0.00 |
| 00016 | Collateral Review | 15.00 | $13,725.00 | 2.10 | $2,118.00 |
| 00017 | Fee Statements and Applications | 60.00 | $54,900.00 | 64.60 | $37,899.50 |
| 00018 | Cash Collateral | 25.00 | $22,875.00 | 15.40 | $15,591.50 |
| 00019 | Motions | 25.00 | $22,875.00 | 0.00 | $0.00 |
| 00020 | Committee Investigation | 60.00 | $54,900.00 | 21.50 | $13,117.00 |
| 00021 | Hearings and Court Matters | 60.00 | $54,900.00 | 37.90 | $35,991.00 |
| 00022 | Insurance Issues | 25.00 | $22,875.00 | 1.80 | $1,287.00 |
| 00023 | Avoidance Actions | 15.00 | $13,725.00 | 0.00 | $0.00 |
| 00024 | Non-Working Travel | 0.00 | $0.00 | 0.00 | $0.00 |
| 00025 | Professional Retention | 5.00 | $4,575.00 | 1.00 | $832.00 |
| 00026 | Debtor Retention Applications | 5.00 | $4,575.00 | 0.10 | $71.50 |
| 00027 | Schedules and Statements | 5.00 | $4,575.00 | 0.00 | $0.00 |
| 00028 | Tax Issues | 10.00 | $9,150.00 | 0.00 | $0.00 |
| 00029 | Communications with the Debtors | 50.00 | $45,750.00 | 16.00 | $17,922.00 |
| 00030 | U.S. Trustee Issues | 10.00 | $9,150.00 | 0.00 | $0.00 |
| 00031 | Local Council and Chartered Organization Issues | 25.00 | $22,875.00 | 0.00 | $0.00 |
|  | **TOTAL** | **1,145.00** | **$1,047,675.00** | **481.50** | **$440,818.00** |

---

[1] Fees budgeted are calculated based on a blended rate of $915.00.

[2] Actual hours billed and actual fees sought are through April 30, 2021.

**STAFFING PLAN**

**February 1, 2021 – April 30, 2021**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Range of Hourly Rate[3] |
|---|---|---|
| Partner | 5 | $1,100-$1,575 |
| Counsel | 5 | $1,105-$1,525 |
| Special Counsel | 2 | $1,025-$1,220 |
| Senior Associate (7+ years of experience) | 3 | $1,040-$1,090 |
| Mid-level Associate (4-6 years of experience) | 5 | $880-$1,010 |
| Junior Associate (1-3 years of experience) | 5 | $615-$810 |
| Paralegal | 3 | $310-$475 |

---

[3] Reflects 2021 hourly rates.