**<u>EXHIBIT 3</u>**

**CUSTOMARY AND COMPARABLE COMPENSATION
DISCLOSURES FOR THE COMPENSATION PERIOD**

| TITLE | Non-Bankruptcy Blended Hourly Rate | Creditors' Committee Blended Hourly Rate in Application |
|---|---|---|
| Partner | $1,266.00 | $1,282.00 |
| Counsel | $1,182.00 | $1,130.00 |
| Special Counsel | $1,044.00 | $1,105.00 |
| Associate | $851.00 | $827.00 |
| Paralegal | $421.00 | $440.00 |
| **Total** | **$955.00** | **$916.00** |