**EXHIBIT 5**

## SUMMARY OF TIME BY BILLING
## CATEGORY FOR COMPENSATION PERIOD

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 073427-00001 | Case Administration | 9.30 | $5,558.50 |
| 073427-00002 | Committee Meetings and Communications | 146.50 | $141,168.50 |
| 073427-00005 | Bar Date, Noticing and Reconciliation Issues | 4.80 | $5,058.50 |
| 073427-00006 | Adversary Proceedings and Bankruptcy Litigation | 13.60 | $13,707.00 |
| 073427-00007 | Plan/Disclosure Statement Issues | 142.20 | $145,148.00 |
| 073427-00011 | Creditor Communications | 0.50 | $404.50 |
| 073427-00013 | Employee and Labor Issues | 4.20 | $4,943.50 |
| 073427-00016 | Collateral Review | 2.10 | $2,118.00 |
| 073427-00017 | Fee Statements and Applications | 64.60 | $37,899.50 |
| 073427-00018 | Cash Collateral | 15.40 | $15,591.50 |
| 073427-00020 | Committee Investigation | 21.50 | $13,117.00 |
| 073427-00021 | Hearings and Court Matters | 37.90 | $35,991.00 |
| 073427-00022 | Insurance Issues | 1.80 | $1,287.00 |
| 073427-00025 | Professional Retention | 1.00 | $832.00 |
| 073427-00026 | Debtor Retention Applications | 0.10 | $71.50 |
| 073427-00029 | Communications with Debtors | 16.00 | $17,922.00 |
| | TOTAL | 481.50 | $440,818.00 |