**EXHIBIT 7**

## DISBURSEMENTS AND EXPENSES FOR THE COMPENSATION PERIOD

| Expense Category | Service Provider (if applicable) | Total Expenses[15] |
|---|---|---:|
| Court Call Fees | Court Call | $244.50 |
| Lexis Online Research | Lexis | $1,218.29 |
| Pacer | Pacer | $28.30 |
| Telecommunications Charges | Kramer Levin | $600.93 |
| Transcript Fees | Reliable | $44.40 |
| **TOTAL** | | **$2,136.42** |

---

[15] Kramer Levin reduced expenses by $1,793.00 during the Compensation Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.