# **EXHIBIT A**

| Committee Member | Address | Affiliation |
|---|---|---|
| Rodney W. Oligmueller | 10843 Old Mill Rd<br>Omaha, NE 68154-2600 | Catholic Mutual Relief Society of America |
| Royce Ranninger | 1821 Jackson Street<br>Souix City, IA 51105 | Roman Catholic Diocese of Souix City |
| Brian Schroeder | 16555 Weber Road<br>Crest Hill, IL 60403 | Roman Catholic Diocese of Joliet |
| James J. Stolze | 2222 N. 111th Street<br>Omaha, NE 68164 | Roman Catholic Diocese of Omaha |
| Andrew D. Brannon | 55 W. Sanborn St.<br>Winona, MN 55987 | Roman Catholic Diocese of Winona-Rochester |
| Deacon Eric Simontis | P.O. Box 29260<br>Washington, D.C.  20017-0260 | Roman Catholic Archdiocese of Washington, D.C. |
| David Spotanski | 2401 Lake Park Drive. S.E.<br>Smyrna, GA 30080 | Roman Catholic Archdiocese of Atlanta |

CH2:24803682.5