**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 796, 889 & 1562** |

**SECOND SUPPLEMENTAL DECLARATION OF FRANCIS DESOUZA, JR.
IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
PRICEWATERHOUSECOOPERS LLP, AS INDEPENDENT AUDITOR
AND TAX COMPLIANCE SERVICES PROVIDER FOR THE DEBTORS
AND DEBTORS IN POSSESSION, EFFECTIVE AS OF FEBRUARY 18, 2020**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I, Francis DeSouza, Jr., under penalty of perjury, declare as follows, to the best of my knowledge, information, and belief:

1.　　I am a partner of PricewaterhouseCoopers ("PwC"). I am authorized to make this second supplemental declaration ("Second Supplemental Declaration") on behalf of PwC in further support of the application of the above-captioned debtors and debtors in possession (the "Debtors") to retain PwC as their independent auditor and tax compliance services provider, filed with the Court on June 5, 2020 [Docket No. 796] (the "Application").[2]

2.　　Unless otherwise stated, all facts set forth in this Second Supplemental Declaration are based upon my personal knowledge, upon documents or information maintained by PwC in

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America ("BSA") (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used in this Second Supplemental Declaration but not otherwise defined herein shall have the meanings ascribed to such terms in the Application, the Initial Declaration (submitted with the Application) [Docket No. 796], the First Supplemental Declaration [Docket No. 1562] or the Order.

the ordinary course of its business which have been reviewed by me and/or by other employees of PwC under my supervision and direction. To the extent any information disclosed herein requires amendment, modification or supplementation, a further supplemental declaration will be submitted to this Court reflecting such amended, modified supplemental information.

3. My prior declarations, including the Initial Declaration, submitted as Exhibit F in support of the Application, and the *Supplemental Declaration of Romaldo Francis DeSouza, Jr. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Independent Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession, Effective as of February 18, 2020* [Docket No. 1562] (the "First Supplemental Declaration") are incorporated herein by reference.

4. As stated in my Initial Declaration and First Supplemental Declaration, to the extent any information disclosed therein required amendment, modification or supplementation as additional information became available, a supplemental declaration was to be filed with the Court.

5. Since filing the Application, PwC received updated "Parties in Interest" lists from the Debtors (including confidential and non-confidential names). The cumulative current Parties in Interest are set forth on **Schedule 1** hereto.[3]

6. Schedule 2 that was previously attached to my Initial Declaration is amended and replaced by **Schedule 2** attached hereto.[4]

---

[3] The term "Parties in Interest" refers to the updated Parties in Interest list attached hereto as Schedule 1, with the newly added names since filing my Supplemental Declaration noted in bold. PwC understands that the confidential Parties in Interest will be separately filed under seal with the Court.

[4] Newly added names since the filing of my Initial Declaration are noted in bold. PwC understands that the confidential Parties in Interest identified in Schedule 2 will be separately filed under seal with the Court.

2

7. To the best of my knowledge and information, all such relationships identified on **Schedule 2**, including those previously disclosed and newly disclosed, are all in matters unrelated to the Debtors and these chapter 11 cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

| | |
|---|---|
| Dated:  June 25, 2021<br>          Dallas, Texas | */s/ Francis DeSouza, Jr.*<br>Francis DeSouza, Jr., Partner<br>PricewaterhouseCoopers LLP |