## Updated Schedule 1

| **Debtors** |
| --- |
| Boy Scouts of America |
| Delaware BSA, LLC |
| **Current and Former Directors and Officers of the Debtors** |
| Al Lambert |
| Alison K. Schuler |
| Arthur F. "Skip" Oppenheimer |
| Aubrey Harwell |
| Brad Haddock |
| Bradley D. Tilden |
| Bray B. Barnes |
| C. David Moody |
| Charles H. Smith |
| Charles W. Dahlquist |
| Craig Fenneman |
| D. Kent Clayburn |
| Dan Ownby |
| Daniel Cabela |
| David Biegler |
| David L. Steward |
| David M. Clark |
| David Rumbarger |
| David S. Alexander |
| Dennis H. Chookaszian |
| Devang Desai |
| Dominic Wolters |
| Doug Mitchell |
| Douglas H. Dittrick |
| Doyle Parrish |
| Drayton McLane Jr. |
| E. Gordon Gee |
| Ellie Morrison |
| Eric Schultz |
| Erin Eisner |
| Forrest Gertin |
| Francis McAllister |
| Frank D. Tsuru |
| Frank Ramirez |
| Fred Markham |
| Gary Crum |
| Gary E. Wendlandt |
| Glenn Adams |
| Hannah Carter |
| Hector A. "Tico" Perez |
| Howard Bulloch |

| |
| --- |
| J. Brett Harvey |
| Jack Furst |
| Jack Otto |
| James D. Rogers |
| James S. Turley |
| James S. Wilson |
| Janice Bryant Howroyd |
| Jeanette Prenger |
| Jeanne Arnold |
| Jeffrey R. Holland |
| Jennifer Hancock |
| Jim Ryffel |
| Joe Crafton |
| John C. Cushman |
| John Gottschalk |
| John Mosby |
| John R. Donnell Jr. |
| Jose Nino |
| Joseph P Landy |
| Joy Jones |
| Keith A. Clark |
| L.B. Eckelkamp Jr. |
| Lisa Argyros |
| Lyle Knight |
| Mark Logemann |
| Matthew K. Rose |
| Matthew Parsons |
| Michael Ashline |
| Michael E. Sears |
| Michael G. Hoffman |
| Michael Surbaugh |
| Nathan O. Rosenberg |
| Nevada "Al" Kent |
| Pamela Petterchak |
| Patrick Sterrett |
| Paul Raines |
| Philip M. Condit |
| Pratik Vaidya |
| Ralph de la Vega |
| Randall Stephenson |
| Ray Capp |
| Raymond Johns |
| Rex W. Tillerson |
| Rick Cronk |
| Robert H. Reynolds |

| | |
|---|---|
| Robert M. Gates | City of Bloomingdale |
| Roger C. Mosby | Corporation of the President of the Church of Jesus Christ of Latter-Day Saints |
| Ron Kirk | Country Farm Supply |
| Ronald O. Coleman | Diocese of Brooklyn |
| Roy S. Roberts | Diocese of Buffalo |
| Scott Christensen | **Diocese of Rockville Centre** |
| Scott Sorrels | Discalced Carmelite Nuns (O.C.D.) A.K.A. Order of Discalced Carmelites |
| Scott W. Beckett | First Baptist Church of Athens |
| Stephen Owen | First Baptist Church of Danville D/B/A Boy Scout Troop 354 |
| Steven E. Weekes | First Baptist Church of Gainesville |
| Steven Rendle | Glens Falls City School District |
| Tanya Acker | Greek Orthodox Archdiocese of America |
| Thear Suzuki | Green Acres Baptist Church |
| Thomas C. Edwards | Holy Family Church |
| Thomas S. Monson | Holy Family R.C. Church |
| Thomas Yarboro | House of Hope Presbyterian Church |
| Wayne Perry | Immaculate Conception R.C. Church |
| Wesley Coleman | Louisville Metro Police Department, City of Louisville, Jefferson County / Louisville Consolidated Government |
| Wesley J. Smith | Mohawk District of The Northern New York Annual Conference of The Methodist Episcopal Church of New York |
| William Rosner | |
| William W. Stark Jr. | |
| **Non-Debtor Affiliates** | Monastery of Christ In The Desert |
| Arrow WV, Inc. | Our Lady of Lourdes Catholic School |
| Atikaki Youth Ventures Inc. | Our Savior Lutheran Church |
| Atikokan Youth Ventures Inc. | Queen of Peace R.C. Church |
| BSA Asset Management, LLC | Reformation Lutheran Church |
| BSA Commingled Endowment Fund, LP | Regis High School |
| BSA Endowment Master Trust | Roman Catholic Archbishop of Agana |
| Learning for Life | Roman Catholic Archdiocese of New York, Archdiocese of New York |
| National Boy Scouts of America Foundation | Roman Catholic Parish of St. Frances Xavier Cabrini, Rochester NY (Formerly "Church of the Annunciation Of Rochester, New York"), a Religious Corporation |
| **Selected Chartered Organizations** | |
| All Saints R.C. Church | |
| Archdiocese of New York | Sacred Heart - Espanola |
| Audubon Baptist Church | Saint John The Baptist Church |
| Beech Haven Baptist Church | School Sisters of Notre Dame Central Pacific Province, Inc. |
| Big Cross Elementary School | School Sisters of Notre Dame, Region of Guam |
| Bishop Turner High School | Silver Springs Shores Presbyterian Church, Inc. |
| Calasanctius School of Buffalo | Society of Jesus, USA-Northeast Province A/K/A The Jesuits |
| Canisius High School of Buffalo | |
| Capuchin Franciscans | St. Ambrose Church |
| Capuchin Franciscans Custody of Star of The Sea | St. Benedict Joseph Labre Church |
| Capuchin Franciscans Province of St. Mary | St. Benedict Joseph Labre School |
| Carmel of the Immaculate Concepcion | |
| Cascade Charter Township | |
| Church of The Holy Innocents | |

| | |
|---|---|
| St. Brigid's R.C. Church | Boy Scouts of America Bay-Lakes Council |
| St. Catherine's Roman Catholic Church | Boy Scouts of America Black Hills Area Council |
| St. Catherine's Roman Catholic Church School | Boy Scouts of America Black Swamp Area Council |
| St. Demetrios Greek Orthodox Church | Boy Scouts of America Black Warrior Council |
| St. Francis of Assisi Roman Catholic Church | Boy Scouts of America Blackhawk Area Council |
| St. Francis Xavier Church | Boy Scouts of America Blue Grass Council |
| St. Helena Parish | Boy Scouts of America Blue Mountain Council |
| St. John Gualbert R.C. Church | Boy Scouts of America Blue Ridge Council |
| St. John Vianney R.C. Church | Boy Scouts of America Blue Ridge Mountains Council |
| St. Josephats R.C. Church | Boy Scouts of America Buckeye Council |
| St. Nicholas of Tolentine | Boy Scouts of America Buckskin Council |
| St. Paul's R.C. Church | Boy Scouts of America Bucktail Council |
| St. Pius V | Boy Scouts of America Buffalo Trace Council |
| St. Pius X Catholic Church of Rochester, Minnesota | Boy Scouts of America Buffalo Trail Council |
| St. Teresa Parish A/K/A Church of St. Teresa of The Infant Jesus | Boy Scouts of America Caddo Area Council |
| | Boy Scouts of America Calcasieu Area Council |
| St. Teresa R.C. Church | Boy Scouts of America California Inland Empire Council |
| The Blessed Trinity R.C. Church | Boy Scouts of America Cape Cod And Islands Council |
| The Diocese of Rochester (A/K/A "Roman Catholic Diocese of Rochester"), A Religious Corporation | Boy Scouts of America Cape Fear Council |
| | Boy Scouts of America Capitol Area Council |
| The Foundation of The Roman Catholic Diocese of Buffalo N.Y., Inc. | Boy Scouts of America Cascade Pacific Council |
| | Boy Scouts of America Catalina Council |
| The Pingry School | Boy Scouts of America Central Florida Council |
| The Roman Catholic Diocese of Syracuse | Boy Scouts of America Central Georgia Council |
| The Roman Catholic Diocese of Syracuse, NY | Boy Scouts of America Central Minnesota Council |
| The School Sisters Of Notre Dame, Milwaukee Province, Inc. | Boy Scouts of America Central North Carolina Council |
| | Boy Scouts of America Chattahoochee Council |
| Town of Deerfield | Boy Scouts of America Cherokee Area Council |
| Town of Trumbull | Boy Scouts of America Chester County Council |
| University Heights Presbyterian Church | Boy Scouts of America Chickasaw Council |
| USA Northeast Province of The Society of Jesus | Boy Scouts Of America Chief Cornplanter Council |
| Weedsport Central School District | Boy Scouts of America Chief Seattle Council |
| Weedsport Central School District Board of Education | Boy Scouts of America Chippewa Valley Council |
| **Local Councils** | Boy Scouts of America Choctaw Area Council |
| Boy Scouts of America Abraham Lincoln Council | Boy Scouts of America Cimarron Council |
| Boy Scouts of America Alabama-Florida Council | Boy Scouts of America Circle Ten Council |
| Boy Scouts of America Alamo Area Council | Boy Scouts of America Coastal Carolina Council |
| Boy Scouts of America Allegheny Highlands Council | Boy Scouts of America Coastal Georgia Council |
| Boy Scouts of America Aloha Council | Boy Scouts of America Colonial Virginia Council |
| Boy Scouts of America Andrew Jackson Council | Boy Scouts of America Columbia-Montour Council |
| Boy Scouts of America Anthony Wayne Area Council | Boy Scouts of America Connecticut Rivers Council |
| Boy Scouts of America Arbuckle Area Council | Boy Scouts of America Connecticut Yankee Council |
| Boy Scouts of America Atlanta Area Council | Boy Scouts of America Conquistador Council |
| Boy Scouts of America Baden-Powell Council | Boy Scouts of America Cornhusker Council |
| Boy Scouts of America Baltimore Area Council | Boy Scouts of America Coronado Area Council |
| Boy Scouts of America Bay Area Council | |

| | |
|---|---|
| Boy Scouts of America Cradle Of Liberty Council | Boy Scouts of America Hawk Mountain Council |
| Boy Scouts of America Crater Lake Council | Boy Scouts of America Hawkeye Area Council |
| Boy Scouts of America Crossroads Of America Council | Boy Scouts of America Heart Of America Council |
| Boy Scouts of America Dan Beard Council | Boy Scouts of America Heart Of New England Council |
| Boy Scouts of America Daniel Boone Council | Boy Scouts of America Heart Of Virginia Council |
| Boy Scouts of America Daniel Webster Council | Boy Scouts of America Hoosier Trails Council |
| Boy Scouts of America De Soto Area Council | Boy Scouts of America Housatonic Council |
| Boy Scouts of America Del-Mar-Va Council | Boy Scouts of America Hudson Valley Council |
| Boy Scouts of America Denver Area Council | Boy Scouts of America Illowa Council |
| Boy Scouts of America East Carolina Council | Boy Scouts of America Indian Nations Council |
| Boy Scouts of America East Texas Area Council | Boy Scouts of America Indian Waters Council |
| Boy Scouts of America Erie Shores Council | Boy Scouts of America Inland Northwest Council |
| Boy Scouts of America Evangeline Area Council | Boy Scouts of America Iroquois Trail Council |
| Boy Scouts of America Far East Council | Boy Scouts of America Istrouma Area Council |
| Boy Scouts of America Five Rivers Council | Boy Scouts of America Jayhawk Area Council |
| Boy Scouts of America Flint River Council | Boy Scouts of America Jersey Shore Council |
| Boy Scouts of America French Creek Council | Boy Scouts of America Juniata Valley Council |
| Boy Scouts of America Gamehaven Council | Boy Scouts of America Katahdin Area Council |
| Boy Scouts of America Garden State Council | Boy Scouts of America La Salle Council |
| Boy Scouts of America Gateway Area Council | Boy Scouts of America Lake Erie Council |
| Boy Scouts of America Georgia-Carolina Council | Boy Scouts of America Las Vegas Area Council |
| Boy Scouts of America Glacier's Edge Council | Boy Scouts of America Last Frontier Council |
| Boy Scouts of America Golden Empire Council | Boy Scouts of America Laurel Highlands Council |
| Boy Scouts of America Golden Spread Council | Boy Scouts of America Leatherstocking Council |
| Boy Scouts of America Grand Canyon Council | Boy Scouts of America Lincoln Heritage Council |
| Boy Scouts of America Grand Columbia Council | Boy Scouts of America Long Beach Area Council |
| Boy Scouts of America Grand Teton Council | Boy Scouts of America Longhorn Council |
| Boy Scouts of America Great Alaska Council | Boy Scouts of America Longhouse Council |
| Boy Scouts of America Great Rivers Council | Boy Scouts of America Longs Peak Council |
| Boy Scouts of America Great Salt Lake Council | Boy Scouts of America Los Padres Council |
| Boy Scouts of America Great Smoky Mountain Council | Boy Scouts of America Louisiana Purchase Council |
| Boy Scouts of America Great Southwest Council | Boy Scouts of America Marin Council |
| Boy Scouts of America Great Trail Council | Boy Scouts of America Mason-Dixon Council |
| Boy Scouts of America Greater Alabama Council | Boy Scouts of America Mayflower Council |
| Boy Scouts of America Greater Los Angeles Area Council | Boy Scouts of America Mecklenburg County Council |
| Boy Scouts of America Greater New York Council | Boy Scouts of America Miami Valley Council |
| Boy Scouts of America Greater Niagara Frontier Council | Boy Scouts of America Michigan Crossroads Council |
| Boy Scouts of America Greater St. Louis Area Council | Boy Scouts of America Mid-America Council |
| Boy Scouts of America Greater Tampa Bay Area Council | Boy Scouts of America Middle Tennessee Council |
| Boy Scouts of America Greater Wyoming Council | Boy Scouts of America Mid-Iowa Council |
| Boy Scouts of America Greater Yosemite Council | Boy Scouts of America Midnight Sun Council |
| Boy Scouts of America Green Mountain Council | Boy Scouts of America Minsi Trails Council |
| Boy Scouts of America Greenwich Council | Boy Scouts of America Mississippi Valley Council |
| Boy Scouts of America Gulf Coast Council | Boy Scouts of America Mobile Area Council |
| Boy Scouts of America Gulf Stream Council | Boy Scouts of America Monmouth Council |

| | |
|---|---|
| Boy Scouts of America Montana Council | Boy Scouts of America Quapaw Area Council |
| Boy Scouts of America Moraine Trails Council | Boy Scouts of America Quivira Council |
| Boy Scouts of America Mount Baker Council | Boy Scouts of America Rainbow Council |
| Boy Scouts of America Mountaineer Area Council | Boy Scouts of America Redwood Empire Council |
| Boy Scouts of America Muskingum Valley Council | Boy Scouts of America Rio Grande Council |
| Boy Scouts of America Narragansett Council | Boy Scouts of America Rip Van Winkle Council |
| Boy Scouts of America National Capital Area Council | Boy Scouts of America Rocky Mountain Council |
| Boy Scouts of America Nevada Area Council | Boy Scouts of America Sagamore Council |
| Boy Scouts of America New Birth Of Freedom Council | Boy Scouts of America Sam Houston Area Council |
| Boy Scouts of America North Florida Council | Boy Scouts of America Samoset Council |
| Boy Scouts of America Northeast Georgia Council | Boy Scouts of America San Diego-Imperial Council |
| Boy Scouts of America Northeast Illinois Council | Boy Scouts of America Santa Fe Trail Council |
| Boy Scouts of America Northeast Iowa Council | Boy Scouts of America Seneca Waterways Council |
| Boy Scouts of America Northeastern Pennsylvania Council | Boy Scouts of America Sequoia Council |
| Boy Scouts of America Northern Lights Council | Boy Scouts of America Sequoyah Council |
| Boy Scouts of America Northern New Jersey Council | Boy Scouts of America Shenandoah Area Council |
| Boy Scouts of America Northern Star Council | Boy Scouts of America Silicon Valley Monterey Bay Council |
| Boy Scouts of America Northwest Georgia Council | Boy Scouts of America Simon Kenton Council |
| Boy Scouts of America Northwest Texas Council | Boy Scouts of America Sioux Council |
| Boy Scouts of America Norwela Council | Boy Scouts of America Snake River Council |
| Boy Scouts of America Occoneechee Council | Boy Scouts of America South Florida Council |
| Boy Scouts of America Ohio River Valley Council | Boy Scouts of America South Georgia Council |
| Boy Scouts of America Old Hickory Council | Boy Scouts of America South Plains Council |
| Boy Scouts of America Old North State Council | Boy Scouts of America South Texas Council |
| Boy Scouts of America Orange County Council | Boy Scouts of America Southeast Louisiana Council |
| Boy Scouts of America Oregon Trail Council | Boy Scouts of America Southern Sierra Council |
| Boy Scouts of America Ore-Ida Council | Boy Scouts of America Southwest Florida Council |
| Boy Scouts of America Overland Trails Council | Boy Scouts of America Spirit Of Adventure Council |
| Boy Scouts of America Ozark Trails Council | Boy Scouts of America Stonewall Jackson Area Council |
| Boy Scouts of America Pacific Harbors Council | Boy Scouts of America Suffolk County Council |
| Boy Scouts of America Pacific Skyline Council | Boy Scouts of America Susquehanna Council |
| Boy Scouts of America Palmetto Council | Boy Scouts of America Suwannee River Area Council |
| Boy Scouts of America Pathway To Adventure Council | Boy Scouts of America Tecumseh Council |
| Boy Scouts of America Patriots' Path Council | Boy Scouts of America Texas Southwest Council |
| Boy Scouts of America Pee Dee Area Council | Boy Scouts of America Texas Trails Council |
| Boy Scouts of America Pennsylvania Dutch Council | Boy Scouts of America Theodore Roosevelt Council |
| Boy Scouts of America Piedmont Council | Boy Scouts of America Three Fires Council |
| Boy Scouts of America Pikes Peak Council | Boy Scouts of America Three Harbors Council |
| Boy Scouts of America Pine Burr Area Council | Boy Scouts of America Three Rivers Council |
| Boy Scouts of America Pine Tree Council | Boy Scouts of America Tidewater Council |
| Boy Scouts of America Pony Express Council | Boy Scouts of America Transatlantic Council |
| Boy Scouts of America Potawatomi Area Council | Boy Scouts of America Trapper Trails Council |
| Boy Scouts of America Prairielands Council | Boy Scouts of America Tukabatchee Area Council |
| Boy Scouts of America Puerto Rico Council | Boy Scouts of America Tuscarora Council |
| Boy Scouts of America Pushmataha Area Council | Boy Scouts of America Twin Rivers Council |

**Schedule 1**

| | |
|---|---|
| Boy Scouts of America Twin Valley Council | Bank of America |
| Boy Scouts of America Utah National Parks Council | BB&T |
| Boy Scouts of America Ventura County Council | Blackrock |
| Boy Scouts of America Verdugo Hills Council | Charles Schwab |
| Boy Scouts of America Voyageurs Area Council | CIBC - First Caribbean Bank |
| Boy Scouts of America W.D. Boyce Council | Federated Bank |
| Boy Scouts of America Washington Crossing Council | Fidelity Investments |
| Boy Scouts of America West Tennessee Area Council | Fifth Third Bank |
| Boy Scouts of America Westark Area Council | First Bank - Virgin Islands |
| Boy Scouts of America Westchester-Putnam Council | First State Bank |
| Boy Scouts of America Western Los Angeles County Council | Goldman Sachs |
| Boy Scouts of America Western Massachusetts Council | InBank |
| Boy Scouts of America Westmoreland-Fayette Council | JPMorgan Chase Bank, N.A. |
| Boy Scouts of America Winnebago Council | Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| Boy Scouts of America Yocona Area Council | Northern Trust Corporation |
| Boy Scouts of America Yucca Council | PNC Bank |
| **Secured Parties** | RBC Bank |
| AT&T Capital Services, Inc. | Regions Bank |
| AT&T Corporation | Scotiabank |
| Automation Tools, LLC | State Street Bank |
| CIT Bank, N.A. | TD Bank |
| Datamax, Inc. | US Bank |
| EverBank Commercial Finance, Inc. | Wells Fargo & Company |
| Firebird Structures, LLC | **Credit Card Processors** |
| Giant Bicycle, Inc. | American Express |
| HYG Financial Services, Inc. | Authorize.net |
| ImageNet Consulting, LLC | Bank of America Merchant Services |
| Insight Investments, LLC | Card Connect |
| JPMorgan Chase Bank, N.A. | Discover |
| Kaufman Fire Protection Systems, Inc. | Dynamic Payments |
| Key Equipment Finance | Global Payments Inc. |
| Konica Minolta Premier Finance | JPMorgan Chase Bank, N.A. |
| MB Financial Bank, N.A. | Mastercard |
| Raymond Leasing Corp | Moneris |
| TCF Equipment Finance, Inc. | Opticard |
| The Chase Manhattan Bank | Paymentech, LLC |
| The "Green Bar Bill" Hillcourt Foundation | PayPal, Inc. |
| The "Green Bar Bill" Hillcourt Foundation, C/O Winstead PC | Shift4 |
| TIAA Commercial Finance, Inc. | Stripe (Shopify) |
| UniFi Equipment Finance, Inc. | TSYS/Cayan |
| Veristor Capital, LLC | Valutec |
| Wells Fargo Financial Leasing, Inc. | Visa |
| **Banks** | Wells Fargo & Company |
| Banco Popular | Wild Apricot |
| | **Insurers** |

| | |
|---|---|
| Ace Insurance Group | Clarendon America Insurance Company |
| Aetna Casualty and Surety Company | Clarendon National Insurance Company |
| Agricultural Excess & Surplus Insurance Company | CNA Insurance Companies |
| Agricultural Insurance Company | Colony Insurance Company |
| AIG | Columbia Casualty Company |
| Allianz Global Corporate & Specialty SE | Continental Insurance Company |
| Allianz Global Risks US Insurance Company | Endurance American Insurance Company |
| Allianz Insurance Company | Endurance American Specialty Insurance Company |
| Allianz Societas Europaea | Enstar Group Limited |
| Allied World Assurance Co. | Euclid Insurance Services, Inc. |
| Allied World Assurance Company (U.S.), Inc. | Evanston Insurance Company |
| Allied World Assurance Company, Ltd | Everest National Insurance Company |
| Alterra Excess & Surplus Insurance Company | Everest Re Group |
| American Guarantee and Liability Insurance Company | Fairfax (US) Inc. |
| American International Group, Inc. | Fairfax Financial (USA) Group |
| American Re-Insurance Company | Federal Insurance Company |
| American Zurich Insurance Company | Fireman's Fund Insurance Companies |
| Arch Capital Group (U.S.) | First Specialty Insurance Corporation |
| Arch Insurance Company | First State Insurance Company |
| Arch Reinsurance Ltd. | Gemini Insurance Company |
| Argo Group International Holdings, Ltd | General Star Indemnity Company |
| Argonaut Insurance Company | Great American |
| Argonaut Insurance Group | Great American Assurance Company |
| Arrowood Indemnity Company | Great American E & S Insurance Company |
| Arrowpoint Capital Corp. | Great American Property and Casualty Insurance Group |
| Aspen Insurance Holdings Limited | Gulf Insurance Company |
| Ategrity Specialty | Hallmark Specialty Insurance Company |
| Ategrity Specialty Insurance Company | Harbor Insurance Company |
| AXA Insurance Company | Hartford Accident and Indemnity Company |
| AXA XL | Houston Casualty Company |
| Axis Capital Holdings Limited | Indemnity Insurance Company of North America |
| Axis Insurance Company | Indian Harbor Insurance Company |
| Axis Specialty Insurance Company | Industrial Indemnity |
| Axis Surplus Insurance Company | Industrial Insurance Company of Hawaii |
| Beazley Insurance Company, Inc. | Insurance Company of North America |
| Berkley Insurance Company | Insurance Company of the State of Pennsylvania (The) |
| Berkshire Hathaway Insurance Group | International Insurance Company |
| California Union Insurance Company | Interstate Fire & Casualty Company |
| Catlin Underwriting Agencies Limited | Landmark Insurance Company |
| Century Indemnity Company | Lexington Insurance Company |
| Chubb Atlantic Indemnity Ltd. | Liberty Insurance Underwriters, Inc. |
| Chubb Custom Insurance Company | Liberty Mutual Insurance Company |
| Chubb Executive Risk | Liberty Surplus Insurance Corporation |
| Chubb Group of Insurance Companies | Lloyd's of London |
| Cincinnati Specialty Underwriters Insurance Company | London Market |

| | |
|---|---|
| Markel American Insurance Company | Universal Re-Insurance Company Limited |
| Markel Corporation Group | Utica Mutual Insurance Company |
| Marsh & McLennan Companies | W. R. Berkley Corporation |
| MHBT, a Marsh & McLennan Agency | W.R. Berkley Group |
| Munich Re Group | Westchester Fire Insurance Company |
| Munich Reinsurance America, Inc. | Westchester Surplus Lines Insurance Company |
| National Casualty Company | XL Catlin |
| National Surety Corporation | XL Europe Limited |
| National Union Fire Insurance Company Of Pittsburgh, PA | XL Insurance (Dublin) Ltd. |
| Navigators Group, Inc. | XL Insurance Company SE |
| Navigators Insurance Company | Zurich Financial (USA) Group |
| Navigators Specialty Insurance Company | Zurich Financial Services Group |
| Niagara Fire Insurance Company | **Landlords** |
| Normandy Reinsurance Company Limited | 1040 Avenue of the Americas LLC |
| Ohio Casualty Insurance Company (The) | IRC Retail Centers |
| Old Republic General Group | **Litigation Parties** |
| Old Republic Insurance Company | 90 Merrick LLC |
| Old Republic Insurance Group | Aaron Moore |
| Pacific Employers Ins. Company | Aaron Yates |
| Pacific Indemnity Company | ABC Insurance Corporation |
| Property/Casualty Insurance Co. Of Hartford | Adam Herrington |
| RLI Professional Risk | Aderion Adkisson |
| Royal Indemnity Company | Adrian Senentz |
| RSUI Group | Alicia Lifrak |
| R-T Specialty | All Saints R.C. Church |
| Sompo - Endurance American Insurance Company | Allegheny Highlands Council |
| Sompo Holdings, Inc. | Allen Hughes |
| St. Paul Surplus Lines Insurance Company | Aloha Council Chamorro District |
| Starr Indemnity & Liability Company | Alpine Scout Camp |
| Starr Specialty | Andrea Watson |
| Steadfast Insurance Company | Andrew Aston |
| Swiss Re Group | Andrew Bloom |
| Texas Pacific Indemnity Company | Andrew Mannetta |
| The Hartford Financial Services Group, Inc. | Andrew McMorris |
| The Hartford Fire | Anita Gettleson |
| The Hartford Insurance Group | Anna Lee Ingram |
| The Hartford Steam Boiler Inspection And Insurance Company | Antonia Michelson |
| The Travelers Companies, Inc. | Aramark Campus, LLC |
| Traders and Pacific Insurance Company | Archbishop Christopher Pierre, Apostolic Nuncio of The Holy See For The United States |
| Travelers (Bermuda) Limited | Archbishop Timothy Dolan, Archbishop of New York |
| Travelers Casualty and Surety Company | Archdiocese of New York And Our Lady of Lourdes Catholic School |
| Travelers Indemnity Company | Astral Energy, LLC |
| Twin City Fire Insurance Company | Atlanta Area Council, Inc. |
| U.S. Fire Insurance Company | Attorney(s) ABC and Accountant(S) XYZ |

| | |
|---|---|
| Austin Boley | Brooklyn Chinese-American Association |
| Austin Fruge' | Brooklyn Council |
| Baden-Powell Council, Inc. | Bruce Desandre |
| Baiting Hollow Scout Camp | Buffalo Trail Council |
| Barbara Cowles | Buffalo Trail Scout Ranch |
| Beech Haven Baptist Church | Calasanctius School of Buffalo |
| Benjamin Cudeck | Caleb Steinhoff |
| Betty Boland, as the Administrator of The Estate of Ernest Boland | California Inland Empire Council |
| Big Cross Elementary School | Camille Travis |
| Billie Jo Mojoinner | Camp Aquehonga |
| Bishop Turner High School | Camp Big Timber |
| Blackhawk Area Council of Boy Scouts | Canisius High School of Buffalo |
| Blue Ridge Mountains Council | Capuchin Franciscans |
| Board of Trustees of The First Baptist Church of Gainesville, Inc. | Capuchin Franciscans Custody of Star of The Sea |
| Bobby C. Jones | Capuchin Franciscans, Province of St. Mary |
| Bowmansville Fire Co., Inc. | Carol Chacon |
| Boy Scout Troop #50 of Hattiesburg, Mississippi | Carolyn Hemphill |
| Boy Scout Troop 163 | Carrie Stafford |
| Boy Scout Troop 204 Memphis - Chickasaw Council - Thunderbird District | Carroll Township Police Department |
| Boy Scout Troop 95 | Cascade Charter Township |
| Boy Scout Trust Fund | Cascade Pacific Council |
| Boy Scouts 11 of America | Casey Scott |
| Boy Scouts of America - Hiawatha Council | Catholic Cemeteries of Roman Catholic Diocese of Buffalo, Inc. |
| Boy Scouts of America Atlantic Area Council Inc. | Catholic Health of WNY and its subsidiaries |
| Boy Scouts of America Atlantic Area Council No. 331 | Cathy Ostrenga |
| Boy Scouts of America Big Apple District | Celeste Rone-Moss |
| Boy Scouts of America Greater Los Angeles Area Council | Charles Copeland |
| Boy Scouts of America Pack 494 | Charles Oglesby, Sr. |
| Boy Scouts of America Phoenix District Troop 49 | Charles Stauder |
| Boy Scouts of America San Diego-Imperial Council | Charlie Bate |
| Boy Scouts of America Troop 1000 Inc. | Chase Dansereau |
| Boy Scouts Troop #64 | Cherokee Area Council, Inc. |
| Boy Scouts Troop 460 | Chicago Area Council |
| Brad Ewell | Chickasaw Council |
| Bradley Schumann | Chief of Police Jon Belmar |
| Brandon Wood | Chief Seattle Council |
| Brazen Matson | Chris Alvelo |
| Brennan Johnston | Chris Larrabee |
| Brentley Wells | Chris McCullough |
| Bretty Bybee | Christ The King Seminary Fund, Inc. |
| Brian P. Wagner | Christina Vovchuk |
| Bronx Council | Christopher Finks |
| | Christopher Larrabee |
| | Christopher Payne |
| | Christopher Pelletier |

| | |
|---|---|
| Christopher Vogel | David Lannes |
| Church of The Holy Innocents | David McDaniel |
| Cincinnati Insurance Company | David Michelson |
| Circle Ten Council | David Silva |
| Citizens' Hose Company No. 1 of Dillsburg Penna | Debra Schwamberger |
| City of Columbus | Dechaison White |
| City of Louisville | Denis Lane |
| City of Louisville-Jefferson County-Louisville Consolidated Government | Dillsburg Community Fair Association |
| Clark Martin | Dillsburg Lions Club And Dillsburg Boy Scout Troop #38 |
| Claudius Douglas Mair-Worley | Diocese of Brooklyn |
| Clayton Historical Society | Dolores Snyder |
| Clifton Neyrey | Donald C. Shriver |
| CLK/HP 90 Merrick LLC | Donald Grande |
| Clyde Noland | Donald J. Hebert |
| CMR A/S/O Cox Communication | Doug Stevenson |
| Columbus School District | Douglas Nail |
| Complaint and Michigan Crossroads Council, Inc. | Dwight Cable |
| Connecticut Rivers Council | Eamonn Ferrante |
| Connecticut Rivers Council Troops 258 & 302 | East Meadow Youth Baseball & Softball Association |
| Connecticut Yankee Council, Inc. | Ed Miller |
| Connor Cudeck | Eddie Blue |
| Continental Tire The Americas, LLC | Edgar Riecke |
| Cornelia Berrocal | Edward M. Bednarczyk |
| Corporation of the President of the Church of Jesus Christ of Latter-Day Saints | Edward Perriera |
| Country Farm Supply | Elijah Knight |
| Cradle of Liberty Boy Scouts of America | Elliott Litz |
| Craig Bingham | Elwood Union Free School District |
| Ct Yankee Council | Emely Santos |
| Cub Scout Pack 601 | Emma O'Connor |
| Curtis Flaherty | Eric L. Young, Administrator of The Estate of Christopher Alvelo |
| Dan McGill | Eric R. Park |
| Daniel Boone Council Inc. | Essex County Council of The Boy Scouts of America |
| Daniel Camerano | Estate of Robert Whitelaw, Deceased |
| Daniel P. Sturtzel | Ethan Fuller |
| Daniel Richardson | Ethan Rapier |
| Daniel Wagner | Evan Park Howell, Iii |
| Daniel Webster Council Inc. | Evergreen Area Council, Boy Scouts of America |
| Darla Duarte | Fabian Lopez |
| David A. Declue | Fairfield County Council of Boy Scouts of America, Inc. |
| David Dale | Fayetteville United Methodist Church |
| David G. Derrick | First Baptist Church of Athens |
| David Gomes | First Baptist Church of Danville D/B/A Boy Scout Troop 354 |
| David H. Scharf | First Baptist Church of Gainesville |
| David K. Buterbaugh | Five Rivers Council Inc. |

| | |
|---|---|
| Floodwood Mountain Scout Reservation Association, Inc. | Heart of Virginia Council, Inc., Boy Scouts of America |
| Ford Motor Company | Heath Faucheux |
| Francis (Skip) Toomey II | Henry Reinsburrow |
| Frank Pedone | Holy Family Church |
| G.A.C. | Holy See Instrumentalities |
| Gabriel Racine | Holy See, State of Vatican City - The Vatican |
| Gage Wilson | House of Hope Presbyterian Church |
| Garden State Council | Hudson Valley Council |
| Gary Ackerman | Hunter Iverson |
| Gary Carroll | Ian Simpson |
| Gary L Strain | Immaculate Conception R.C. Church |
| Gary Langsdale | Indian Waters Council Boy Scouts of America Inc. |
| George D. McClay | Iroquois Trail Council Inc. |
| George J. Eberl | Irwindale Police Department |
| Geovanni McClain | Istrouma Area Council |
| Glens Falls City School District | J.E. Mathis |
| Gloria Garcia | Jack Rose |
| Governor Clinton Council, Inc., Boy Scouts of America | Jacob Nelson |
| Grace Gordon | James Gambrell King |
| Grand Canyon Council | James Kennedy |
| Great Alaska Council | James Potjunas |
| Great Salt Lake Council | James Stillwell, Jr. |
| Great Southwest Council | James T. Grace Jr. |
| Greater Alabama Council | Jane Sutterlin |
| Greater New York City Councils | Janessa Miller |
| Greater Niagara Frontier Council | Jarred Pai |
| Greater Niagara Frontier Council #380 of The Boy Scouts of America | Jasiah Marshall |
| Greater St. Louis Area Council, Boy Scouts of America, Inc. | Jason Hofmann |
| | Jason R. Brockman |
| Greater Tampa Bay Area Council, Inc. | Jayshawn Brown |
| Greater Yosemite Council, Inc. | Jefferson County |
| Greek Orthodox Archdiocese of America | Jefferson County / Louisville Consolidated Government |
| Green Acres Baptist Church | Jeffery Leonard And Individual |
| Greenport Fire Department | Jersey Shore Council |
| Greg Day | Jesse Bessette |
| Greg Ploski | Jessie Tomeo |
| Guy Rollf | Joanne Nauheimer (Class Action) |
| Guy Thomas Buker | Joanne Nauheimer (Individual) |
| Hacker Coverage Dispute | Joel Shumway |
| Harley Avenue Primary School | John B. Lowell |
| Hawk Mountain Council, Inc., Boy Scouts of America | John Cimral |
| Hawkeye Area Council, Boy Scouts of America, An Iowa Corporation | John Gruber |
| | John J. Beardsworth, Jr. |
| Heart of America Council | John Jones |
| Heart of New England | John Lund |

| | |
|---|---|
| John Richers | Linda Jensen |
| Jonathan Dunn | Lindsay Bishop |
| Joseph Alvarado | Lisa C. Crocus |
| Joseph F. Snyder | Lloyd Bryant |
| Joseph L. Snyder | Logan Bogardus |
| Joseph Porter and Gail Porter | Logan Larrabee |
| Joseph Tetlow | Logan Mackay |
| Joshua Goodwin | Longhouse Council |
| Joshua P. Christ | Louisville Metro Police Department |
| Joshua Simpson | Luke Bennett |
| Joshua White | Madison Osborne |
| Judy Crawford | Malcolm Boykin |
| Julie Hedrick | Malmaison District |
| Julie Schmidt | Manhattan Council, Boy Scouts of America |
| Kaden Lynch | Marc Anderson |
| Kalin Bart Talbott River Road Trust | Marco Romero |
| Kalvin Marshall | Marcus Kang |
| Karin Larrabee | Marcus Mack |
| Karina Miller | Marjorie Bewley |
| Kathleen Hufford | Marjorie Morris |
| Kathryn (Katie) Schulze | Mark Helser and Jane Doe Helser |
| Keegan Day | Mark Kern |
| Kellie Bogardus | Mark Tibbetts |
| Kenneth Betts | Mark Tumeo |
| Kent L. Wallace | Mark Vincent |
| Kerrie Galvin (Obo Trevor Galvin) | Mathew Zaiss |
| Keystone College | Matt Day |
| Kimberly Payne | Matthew Gelhausen |
| Kincaid Tyas | Matthew Inbody |
| Kireon D. Pleis | Matthew McClay |
| Kristopher Bartee | Matthew S. Devore |
| Kyle Boell | Matthew Teixeira |
| Landon Bassett | Matthew Yakaboski |
| Las Vegas Area Council, Inc. | Max Moon |
| Laurie Buckelew | Maya Cann |
| Lawrence Svrcek | Mayflower Council |
| Leanna Stanley | Megan Knoernschild |
| Learning For Life Inc. | Micah Hattaway |
| Leatherstocking Council | Michael Frys |
| Lebanon Lions Club | Michael Kelsey |
| Lee Shedroff | Michael Maffetone |
| Leo Kelly | Michael Rega |
| Lincoln Heritage Council | Michael Sandifer |
| Linda Davis | Michelle Delutri |
| Linda Fant | Michigan Crossroads Council, Inc. |

| | |
|---|---|
| Mid-America Council | Pine Burr Area Council, Inc. |
| Middle Tennessee Council | Police Officer Annette Hoyt |
| Miles Woolsey | Polly Root |
| Monastery of Christ In The Desert | Pope Francis |
| Monmouth Council | Progressive Casualty Insurance Company |
| Monsignor Michael Harrington | Quapaw Area Council |
| Monsignor William Stanton | Queen of Peace R.C. Church |
| Montana Council | Queens Council |
| Mossy Ford, Inc. | R. Fleming Weaver, Jr. |
| Most Reverend Edward U. Kmiec | Randolph "Randy" Nowak |
| Most Reverend Henry J. Mansell | Raul Cadena |
| Most Reverend Richard J. Malone | Reckson Operating Partnership, L.P |
| New York Greater Councils | Red Mountain Asset Fund, LLC |
| Newport Sea Base - Orange County Council | Regina McCullough |
| Niagara Frontier Council, Boy Scouts of America | Regis High School |
| Nina Baldinucci | Reid Comita |
| Nipmuck District of the Connecticut Rivers Council of The Boy Scouts of America | Reilly Nahill |
| Nolan Henderson | Rev. Basil Ormsby, S.J. |
| North Florida Council | Rev. David Bialakowski |
| Northeast Georgia Council, Inc. | Rev. Donald W. Becker |
| Northeastern Pennsylvania Council | Rev. Florian Jasinski |
| Northern New Jersey Council | Rev. Frederick Fingerle |
| Northern Star Council | Rev. Gerald Jasinski |
| Old Republic Insurance Company, Inc. | Rev. John P. Hajduk |
| Omega Pacific, Inc. | Rev. Joseph Persich, S.J. |
| Orange County Council | Rev. Nelson Kinmartin |
| Orange County Rowing Club | Rev. Norbert Orsolits |
| Oregon Trail Council, Inc. | Rev. Ronald Sajak |
| Our Savior Lutheran Church | Rev. Ronald Silverio |
| Parker Irey | Rev. Theodore Podson |
| Pat Currie | Rev. William White |
| Pathway To Adventure Council | Richard L. Lucero |
| Patricia Donehue | Richard Lehr |
| Patricia Gerber | Richard Mathews |
| Patrick A. Mancuso | Richard Robbins |
| Patriots' Path Council | Richard Rognsvoog |
| Paul Antosh | River Rivers Council, Boy Scouts of America |
| Paul Brandon Paris | Robert Bulens |
| Paul R. Thomson, Jr. | Robert Hallum |
| Paul Scarola | Robert Jorgensen |
| Pauline Jenkins | Robert Logan Talbott River Road Trust |
| Penn Mountains Council | Robert Sutterlin |
| Penny Nomura | Robert Talbott, Inc |
| Peter Rymut | Roberts. Talbott Revocable Trust |
| Pierce Hull | Roman Catholic Archbishop |

| | |
|---|---|
| Roman Catholic Archbishop of Agana | St. Demetrios Greek Orthodox Church |
| Roman Catholic Archdiocese of New York, Archdiocese of New York | St. Francis of Assisi Roman Catholic Church |
| Ronald Hegwood | St. Francis Xavier Church |
| Ronnie Mason | St. Helena Parish |
| Ruth Kvistad | St. John Gualbert R.C. Church |
| Sacred Heart - Espanola | St. John Vianney R.C. Church |
| Saint John The Baptist Church | St. Joseph Investment Fund, Inc. |
| Salvador Rivera | St. Josephats R.C. Church |
| Sam Houston Area Council | St. Paul's R.C. Church |
| Sam Houston Area Council Phoenix District | St. Teresa R.C. Church |
| Samuel Christian Carelton | Stanley Bassett |
| Samuel Roche | State of Wisconsin |
| San Gabriel Valley Council | Stephanie K. Jones |
| Sandy Potjunas | Stephanie Regalia |
| Sarah Case Talbott River Road Trust | Stephen White |
| SC Boy Scouts Council Inc. | Stephen Zanetti |
| School Sisters of Notre Dame Central Pacific Province, Inc. | Steve Stenger |
| School Sisters of Notre Dame, Region of Guam | Steven Harris |
| Scott Michelson | Steven N. Brown |
| Scout Troop 4200 | Strawbridge United Methodist Church |
| Second Baptist Church | Suffolk County Council |
| Seneca Waterways Council, Boy Scouts of America | Suffolk County Policy Department |
| Sequoia Council | Susan Burk |
| Sergeant Konrad Wojciehowski | Susan Reisinger |
| Sharon Giovingo | Susanna Otto |
| Sharon Richardson | Susquenango Council |
| Shawn Pelletier | Sussex District Boy Scouts of America |
| Sheree Dodge | T.B.C.P.C |
| Sherrilynn Wood | T.B.S.O.A.I. |
| Sherrye Howell | Tanner Bailey |
| Shirley Williams | Ten Mile River Scout Camps A/K/A Ten Mile River Scout Camps, Boy Scouts of America |
| Silicon Valley Monterey Bay Council | Terry A. Wright |
| Skylar Prestano | Terry Zellers |
| Sleepy Hollow Vineyards, L.P. | Thad Alton |
| Society of Jesus, USA-Northeast Province | The Blessed Trinity R.C. Church |
| Southeast Louisiana Council | The Church of Jesus Christ of Latter Day Saints |
| Southern California Scullers Club | The City of Irwindale |
| Southern Shores Field Service Council | The County of Nassau |
| Southwest Bartholomew Volunteer Fire Department, Inc. | The Diocese of Rochester |
| St. Benedict Joseph Labre Church | The Estate of F.E. (Gene) Bobo |
| St. Benedict Joseph Labre School | The Fidelis Care as a Trademark for the Centene Corporation |
| St. Brigid R.C. Church | The Foundation of The Roman Catholic Diocese of Buffalo, N.Y., Inc. |
| St. Catherine's Roman Catholic Church | The Hamlet of East Meadow |
| St. Catherine's Roman Catholic Church School | |

| | |
|---|---|
| The Hartford Insurance Group | Walgreen Company |
| The National Boy Scouts of America Foundation | Washington Crossing Council |
| The Roman Catholic Diocese of Syracuse, NY | Wayne Farrar |
| The School Sisters of Notre Dame Milwaukee Providence, Inc. | Weedsport Central School District |
| The Temple Congregation Adath Israel-B'rith Sholom Inc. | Westchester Putnam Council |
| | Westlake Hills Presbyterian Church |
| The Town of Hempstead | William Bewley |
| Theodore Roosevelt Council | William Brannon |
| Theresa Kennedy | William Edward Bewley |
| Thomas Bogardu | William Greenwald |
| Thomas Doering | William Hoke |
| Thomas Kiely | William Pugh |
| Thomas Lane | William Pugh Jr |
| Thomas Larry | William Rick Bailey |
| Thomas M. Thackeray | William Rish Jr |
| Thomas Scott | William Ruscoe |
| Three Fires Council | William Short |
| Tidwald Law | XYZ Corporation |
| Tiffany Riggs | XYZ Corporation 1-100 |
| Timothy Fedor | XYZ Entities 1-100 |
| Timothy Savage | XYZ Insurance Corporation |
| Todd Puccio | Yucca Council |
| Tom Hartmann | Zachary Babel |
| Tomas A. Camacho | Zachary Schmidt |
| Town of Deerfield | Zachary Spahr |
| Town of Trumbull | Zorro Ragsdale |
| Trapper Trails Council | **Professionals Retained by the Debtors** |
| Travis Leppi | Alvarez & Marsal North America, LLC |
| Trent Herlihy | Appraisers of the Keys, Inc. |
| Trevor B. Paulson | Bates White LLC |
| Troop #7354 | BW Ferguson & Associates Ltd. |
| Troop 141 BSA | Dawn M. Powell Appraisals Inc. |
| Twin Rivers Council | F.I. Salter, Inc. |
| Union United Methodist Church | Haynes & Boone, LLP |
| United Services Automobile Association | Hotel & Leisure Advisors |
| Unitedhealthcare Insurance Company | **JLL Valuation & Advisory Services, LLC** |
| USA Northeast Province of The Society of Jesus | KCIC, LLC |
| Valerie Mcgriff (Gawle) | Morris, Nichols, Arsht & Tunnell LLP |
| Varteni Yerjanian | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Vern Iverson | Omni Agent Solutions |
| Vernon Wunnenberg | PricewaterhouseCoopers LLP |
| Victor Caps | Quinn Emanuel Urquhart & Sullivan LLP |
| Vincent Liberto | Sidley Austin LLP |
| Virgil Sanders | **Professionals Representing Certain Parties in Interest** |
| Virginia Adkins | AlixPartners LLP |

| | |
|---|---|
| Andrews & Thornton | Slater Slater Schulman LLP |
| Ankura Consulting Group, LLC | **Stamoulis & Weinblatt LLC** |
| ASK LLP | Stampoulis & Weinblatt LLC |
| Bayard, P.A. | **The Brattle Group** |
| Berkeley Research Group, LLC | The Panitch Law Group, P.C. |
| Bradley Riley Jacobs PC | Troutman Sanders LLP |
| Brown Rudnick LLP | Wachtell, Lipton, Rosen & Katz |
| **CBRE, Inc.** | **Walker Wilcox Matousek LLP** |
| Choate, Hall & Stewart LLP | **Wiley Rein LLP** |
| **Clyde & Co.** | **Wilmer Cutler Pickering Hale and Dorr LLP** |
| Crew Janci LLP | Young Conway Stargatt & Taylor, LLP |
| Dr. Jon R. Conte, Ph.D. | **Ordinary Course Professionals** |
| Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. | An, Tian, Zhang & Partners |
| Fineman Krekstein & Harris PC | Bassford Remele PA |
| Foran Glennon Palandech Ponzi & Rudloff P.C. | BAX Advisors LLC |
| Gilbert LLP | Bays Lung Rose Holma Attorneys at Law |
| Hurley McKenna & Mertz, P.C. | Bond, Schoeneck & King PLLC |
| Jeff Anderson & Associates, PA | Boone Karlberg P.C. |
| **Junell & Associates PLLC** | Carolina Fridman Law Corporation |
| **Keen-Summit Capital Partners LLC** | CCPIT Patent & Trademark Law Office |
| Kramer Levin Naftalis & Frankel LLP | Christopher T Hurley & Associates P.C. |
| **Krause & Kinsman LLC** | Civille & Tang PLLC |
| **Loeb & Loeb** | Clarke Silverglate P.A. |
| Lujan & Wolff, LLP | Connell Foley LLP |
| **Marc J. Bern & Partners LLP** | Cranfill Sumner & Hartzog LLP |
| McDermott Will & Emery LLP | Crotty & Schiltz LLC |
| Merson Law | Dentons US LLP |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Foland, Wickens, Roper Hofer & Crawford, P.C. |
| Monzack Mersky Browder and Hochman, P.A. | Fox Rothschild LLP |
| **Motley Rice LLC** | Gerolamo Mcnulty Divis & Lewbart, P.C. |
| **Napoli Shkolnik PLLC** | Grefe & Sidney, P.L.C. |
| **NextClaim** | Gruber Thomas & Co. |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP | Harper & Pearson |
| Norton Rose Fulbright US, LLP | Hawley Troxell Ennis & Hawley LLP |
| O'Melveny & Myers LLP | Hecht, Latham Spencer & Associates, Inc. |
| Pachulski Stang Ziehl & Jones | Heplerbroom LLC |
| Pasich LLP | Herman Law Firm P.A. Trust Account |
| Paul Mones PC | Hinshaw & Culbertson LLP |
| Pepper Hamilton LLP | Howard & Co., LLC |
| Pfau Cochran Vertetis Amala PLLC | Hueston Hennigan |
| PJT Partners, Inc. | Keleher & McLeod PA, Attorneys at Law |
| Reed Smith LLP | Keller & Almassian, PLC |
| **Reich & Binstock LLP** | Kipp and Christian, P.C. |
| Seitz, Van Ogtrop & Green, P.A. | Kosnoff Fasy PLLC Trust Account |
| Shipman & Goodwin LLP | LCG Associates, Inc. |

| | |
|---|---|
| Lightfoot Franklin & White LLC | Douglas A. Kennedy |
| Locke Lord LLP | John Humphrey |
| Mandell Menkes, LLC | Jorge Tabon |
| Mark Gallagher Attorney | Jorge Vega |
| Markowitz Herbold PC | Morgan Wade Paul |
| McAngus Goudelock & Courie | Richard Halvorson |
| McGuire Woods LLP | Robb Lawson |
| McGuire, Craddock & Strother, P.C. | Robert Grier |
| McLane Middleton, Prof. Assoc. | **Unsecured Creditors Committee** |
| Mead & Hunt, Inc. | Girl Scouts of the United States of America |
| Melick Porter, LLP | Lion Brothers Company Inc. |
| Miller & Martin PLLC | Pearson Education, Inc. |
| Miller, Johnson, Snell & Cummiskey, P.L.C. | Pension Benefit Guaranty Corporation |
| Milliman Inc. | Roger A. Ohmstede |
| Milliman USA Inc. | **Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors** |
| Mitchell Garabedian Attorney | |
| Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C | Andreozzi & Associates, P.C. |
| MNP LLP | Ava Law Group, Inc. |
| Nicholas W Mulick PA | Bondurant, Mixson & Elmore, LLP |
| Nigro Karlin Segal & Feldstein | Crew Janci LLP |
| Park Dietz & Associates, Inc. | Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law) |
| Perkins Coie | Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C. |
| Ruhter & Reynolds, Inc. | Green & Gillispie |
| Saul Ewing LLP | Gregg, Hunt, Ahern & Embry Attorneys at Law |
| Scheper Kim & Harris, LLP | Hurley McKenna & Mertz, P.C. |
| Sheehy Ware & Pappas PC | Jeff Anderson & Associates, PA |
| Sitlinger & Theiler | Kosnoff Law |
| Steptoe & Johnson PLLC | Law Offices of Mitchell Garabedian |
| Stich, Angell, Kreidler, Dodge & Unke, P.A. | Lindsay Hart, LLP |
| Stillwell Midgley PLLC | Lujan & Wolff, LLP |
| Stites & Harbison PLLC | Marsh Law Firm |
| Taylor, Porter, Brooks & Phillips, L.L.P. | Merson Law |
| Texas Medical Legal Consultants | Michael G. Dowd |
| Thompson Coe & O'Meara LLP | Paul Mones PC |
| Towers Watson Delaware, Inc. | Penn Law Group |
| Upshaw Williams Biggers | Pfau Cochran Vertetis Amala PLLC |
| Vinson & Elkins LLP | Rebenack, Aronow, Mascolo, LLP |
| White and Williams LLP | Robins Kaplan LLP |
| Whitney Smith Company Inc. | Rubenstein & Rynecki |
| Wicker, Smith, O'Hara, McCoy, & Ford, PA | Sweeny Reich & Bolz, LLP |
| Wiggin & Dana LLP | Thomas Law Office, PLLC |
| Wilson Elser Moskowitz Edelman & Dicker LLP | **Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)** |
| Winston & Strawn LLP | |
| **Tort Claimants Committee** | American Engineers & Contractors |
| Christopher Desmond Haywood | |

| | |
|---|---|
| Anne Terry | Gary Butler |
| Bradley Farmer | Jeffrie A. Herrmann |
| C. Michael Hoover Jr. | Mark Holtz |
| C. Wayne Brock | J Carey Keane |
| David J. Ross II | Jeffrey Hunt |
| Donald McChesney | John Green |
| Gary Butler | John Mosby |
| Hugh Travis | Joseph S Coco |
| Jeffrey Hunt | Judith Ratcliffe |
| John Green | Justin McCarthy |
| Judith Ratcliffe | Kathy Sue Stone |
| Kathy Sue Stone | Kendrick Miller |
| Kenneth L. Connelly | Kenneth L Connelly |
| Michael Surbaugh | Randall Kopsa |
| NCS Pearson, Inc. | Albert Kugler |
| Quad/Graphics, Inc. | Lawrence F Potts |
| Raymond L. Blackwell | Lawrence L Otto |
| Richard Lehr | Mark Logemann |
| Robert J. Mazzuca | Robert J. Mazzuca |
| Robert Tuggle | Michael Ashline |
| Roy L. Williams | Michael Kaufman |
| Thomas H. Fitzgibbon | Michael Surbaugh |
| Thomas Harrington | Alfred D Morin |
| Thomas Varnell | Patrick Sterrett |
| **Deferred Compensation and Restoration Plan Participants** | Ponciano Duran |
| Alan Lambert | John Primrose |
| Alfred D Morin | Raymond L Blackwell |
| John Andrews | Richard J Mathews |
| Anne Terry | Robert J Mazzuca |
| Bonnie H Bishop | Robert Tuggle |
| Bradford C Allen | Roger A Ohmstede |
| Bradley Farmer | Ron Oats |
| C. Wayne Brock | Ronald K Hegwood |
| C Michael Hoover Jr | Roy L Williams |
| C Wayne Brock | Steven P. McGowan |
| Pamela E. Carroll | Michael Surbaugh |
| Danny R. Clifton | Thomas H Fitzgibbon |
| John A. Coyle | Thomas Harrington |
| David J Ross II | Hugh Travis |
| Donald McChesney | Thomas Varnell |
| Douglas S Smith Jr | Harold Watson |
| Erik L Nystrom | Willie Iles Jr. |
| Erin Eisner | **Significant Contract Counterparties** |
| Frances Lynne Park | 3096-3227 Quebec Inc/Groupe Access |
| Frederick Wallace | 501c Services |

| | |
|---|---|
| Accelogix LLC | Hyatt Regency Atlanta, Inc. |
| Ace Adventure Resort Inc. | Hyatt Regency Dallas |
| Adobe Systems Inc. | Hyatt Regency New Orleans |
| AdvantageCS | IBM |
| Adven Capital Group LLC | Iidon Inc. |
| Adventures WV | ImageNet Consulting LLC |
| Alert Logic Inc. | Infosys |
| Amazon Web Services Inc. | Infosys Limited |
| American Audio Visual Inc. | Insight Investments LLC |
| American Electric Equipment Inc. | JDA Software Inc. |
| American Food & Vending Corp | Ksquare Solutions Inc. |
| AMS America Inc. | Lumos Networks |
| Arnica Software Corp | Maitreyi Consultants Inc. |
| Arrow Capital Solutions Inc. | Manchester Grand Hyatt |
| AT&T (5019) | Mark Monitor Inc. |
| AT&T Capital Services, Inc. | Meetings By Design Inc. |
| AT&T Mobility | MetLife |
| Automatic Data Processing Inc. | Mi9 Retail Na Corp |
| Avalara Inc. | Microsoft Services |
| Ayers Construction | Mimeo.com Inc. |
| Ayoka LLC | Montclair State University |
| Blackbaud Inc. | Morneau Shepell Limited (formerly known as Mercer Inc.) |
| Brown & Bigelow, Inc. | MuleSoft Inc. |
| Butch Whitten Construction | MXD Group Inc. |
| Buxton Company | Naturally Slim |
| CEC Facilities Group LLC | Nelson Westerberg/Atlas Van Lines |
| Certain Inc. | NTT Com Security (US) Inc. |
| CircuiTree, LLC | Oracle America Inc. |
| Constellation NewEnergy, Inc. | Perimeter International |
| Corra Technology Inc. | Philadelphia Marriott Downtown |
| Datamax | Raymond Leasing Corporation |
| Dci / Shires Inc. | RCG Global Services Inc. |
| Dci Shires | Riskonnect Inc. |
| Dupont Hotel Project Owner LLC | River Expeditions |
| Durham School Services, L.P. | Robot And Pencils |
| First Advantage Lns | Rpe Outsourcing, LLC |
| First Maintenance Company | S & Me Inc. |
| Freeman Decorating Co | Shawn H Jackson |
| Gaylord National Resort And Convention Center | Sheraton Birmingham |
| Gaylord Texan Resort And Convention Center | Skillsoft Corporation |
| Glas | Southern Air, Inc. |
| Golin Harris International Inc. | Sovos Compliance LLC |
| Grant Thornton | Sun Life Assurance Company of Canada |
| Groupe Access | Tech Plan Inc. |
| High Towers Wood, Welding & Fabrication, Inc. | The Vitality Group LLC (TVG) |

| | |
|---|---|
| Thomas Hjellming | Stephen D. Bechtel, Jr. Foundation |
| Town Sports International Holdings, Inc. | Steven A. Antoline |
| United Healthcare | Steven E. Zachow |
| Unum | The James Annenberg La Vea Charitable Foundation |
| Upp Technology | The Walter R. Wormell Trust |
| Upper Keys Marine Construction, LLC | Tilden Family Philanthropy Fund |
| Verifone | Todd L. Johnson |
| VSP | Tridave, LLC |
| Wage Works | **Significant Vendors** |
| Weston Solutions Inc. | 1-800-Pack-Rat |
| Yeti Coolers, LLC | Ace / Esis |
| **Significant Customers** | Ace Adventure Resort Inc. |
| A-B Emblem | Ace American Insurance Company |
| Classb | Adventure Medical/Tender Corp |
| Flemington Dept. Store | Allied Rentals Inc. |
| Ramsey Outdoor Store | American Airlines |
| The Moritz Embroidery Works, Inc. | American Outdoor Products |
| **Significant Donors** | AR & JO & MH LLP |
| Abigail Maddi | Aspen Corporation |
| America's Charities | Automotive Rentals Inc. |
| Anadarko Petroleum Corporation | AVIO Consulting LLC |
| Blake Family Trust | Barebones Systems |
| Dean Wm. Carr, Jr. Trust | Barkley House Ii Inc. |
| Estate of Allen C. Weiss | BC Sales And Sourcing |
| Estate of Ingeborg M. Borre | Berman O'Connor & Mann |
| Estate of Steven C. Schoger | BHG Structured Settlements Inc. |
| Estate of Thomas Parissidi | Bison Designs LLC |
| Fowler Family Fund | Boxley Aggregates of West Virginia LLC |
| Gorini & Gorini LLP | Boy Scouts GA Recon Acct |
| Greater Kansas City Community Foundation | Boy Scouts of America Recon Clearance |
| H P Farrington Trust C/O Bank of America | BSA Florida Sea Base BPC |
| H. P. Farrington - HPF Foundation RSDY | BSA Parents Inc. |
| Insurance Auto Auction | Buzzshift Inc. |
| James S. Turley | Cai Design Inc. |
| John C. Jadel | Calypso Water Sports & Charters, Inc. |
| John D. Harkey | Capital Printing Co |
| John D. Tickle | Capitol Business Equipment |
| John E. Link | CDW Direct, LLC |
| Krevsky, Silber & Bergen | Chasan & Walton LLC |
| Lonnie C. Poole | Coleman Co Inc. |
| Murray Energy Corporation | Compass Group USA Inc. |
| Mutual of Omaha Insurance Company | Computer Digital Imaging Corporation |
| Publishing Concepts, L.P. | Council Unemployment |
| R. Doyle Parrish | Covington & Burling LLP |
| Robert Cruickshank | Cramer Security & Investigations Inc. |

| | |
|---|---|
| Crest Craft Company | Low Impact Excavators Inc. |
| Crown Awards | Lowe's Companies, Inc. |
| Crystal Bay Corporation | Macro Integration Services Inc. |
| David W McKeehan | Magic Novelty Co Inc. |
| Davis Polk & Wardwell LLP | Marriott Business Services |
| Deprez Travel Bureau Inc. | Marriott International |
| Derby Worx Inc. | Marsh & McLennan Agency LLC |
| Diamond Brand Canvas Products | McGovern & Company |
| Eagles Nest Outfitters, Inc. | Mercer |
| EAN Services LLC | Mittera Group |
| Eco Structures Australia Pty LTD | Morris & Player PLLC |
| Egroup Recognition | MTM Recognition Corp |
| Eski Inc. | Mutual of Omaha Structured |
| Facebook Inc. | Myers Lawn Care Services |
| FedEx | NCS Pearson Inc. |
| Fenwick & West LLP | Nichols Kaster PLLP |
| Fidelity Retirement Services | Optum Health Bank |
| Fiji Elevator Company | Oregon Freeze Dry Inc. |
| Forest Fitness LLC | Orkin |
| FTI Consulting Inc. | Osprey Packs, Inc. |
| G&G Outfitters Inc. | Out Island Sailing Adventures LLC |
| Gateway Press Inc. | Pacific Life & Annuity Services Inc. |
| General Datatech LP | Paradies Gifts Inc. |
| Gerald Magar Jr | Paramount Builders LLC |
| Gilbert LLP | Paramount Headwear Inc. |
| Gillmann Services Inc. | Partnership Employment Dallas LLC |
| Gregory M Skinner | Peak Industries Inc. |
| GSI Outdoors Inc. | Peiyork Intl Co Inc. |
| GSR LLC | People 2.0 Global Inc. |
| Guinn Consulting LLC | Pray Publishing |
| Health Special Risk Inc. | Pro-Honor Design & Casting |
| Hike America | Quad Graphics Inc. |
| Hintz Targeted Marketing, LLC | Renegade Productions Inc. |
| Insigniam Performance LP | Royle Printing Co |
| Jesse Scofield Productions LLC | Ryder Last Mile Inc. |
| Jurisprudent Deferral Solutions LLC | Saunders Staffing Inc. |
| Kahoot Products Inc. | Schwebel Goetz & Sieben PA |
| Klymit (Argon Technologies) | Shamrock Foods Company |
| KT Brown Consulting LLC | Shutterstock Inc. |
| Kuehne and Nagel | Silver Creek Leather Co |
| Labatt Food Service | Silver Golub & Teitell LLP |
| Leatham Family LLC | Stamps.Com |
| Leatherman Tool Group Inc. | Stange Company Inc. |
| Lewis A Whitten | State Board of Equalization |
| Liberty Mountain Sports LLC | Strategic Orient Sourcing |

| | |
|---|---|
| Sunbelt Rentals | Bossier City - Parish |
| Supplyone Rockwell, Inc. | Caddo Shreveport Sales |
| Symphonix Solutions Inc. | Calcasieu Parish School Board |
| Syncb/Amazon | California Department of Justice |
| Sysco South Florida Inc. | Canada Revenue Agency |
| Target Creative Group Inc. | Capitol Corporate Services Inc. |
| Texas State Comptroller | Charleston County |
| The Duck Company | City of Canon City |
| The McClellan Law Firm A/C Trust Fund | City of Chicago - Dept. Of Revenue |
| The Special Event Company | City of Colorado Springs |
| The Thrasher Group, Inc. | City of Craig Alaska |
| Thiel Law Office PLLC | City of Davenport |
| Thorlo, Inc. | City of Detroit |
| Tower Legal Staffing Inc. | City of Grand Junction Finance |
| Trainham Cattle Company | City of Greenwood Village |
| Transportation Management Services | City of Gustavus |
| True Digital Security Inc. | City of Johnson City |
| Ugly Mugz | City of Knoxville |
| Unblind Productions Inc. | City of Kodiak |
| US Foods, Inc. | City of Lakewood |
| USPS / Eps | City of Loveland |
| Vandalia Bronze | City of Melbourne |
| Vigna Information System LLC | City of Palmer |
| Vision Service Plan | City of Pueblo |
| Vista Outdoor Sales LLC | City of Seattle |
| Wagner Equipment Company | City of Steamboat Springs |
| Wealth-X LLC | City of Tacoma |
| White Wilderness Inc. | City of Thorne Bay |
| Wolverine World Wide Inc. | Collin County Tax Assessor Collector |
| World Scout Bureau | Colorado Dept. of Revenue |
| World Scout Foundation | Colorado Secretary of State |
| World Scout Shop LTD | Commonwealth of Massachusetts |
| Yadgarov & Associates PLLC | Commonwealth of Pennsylvania |
| You Are Here LLC | Commonwealth of Puerto Rico |
| **Significant Taxing Authorities** | Commonwealth of Virginia |
| Acadia Parish School Board | Concordia Parish School Board |
| Alabama Attorney General's Office | Connecticut Public Charity Unit |
| Alabama Securities Commission | DC Treasurer |
| Arizona Corporation Commission | Delaware Secretary of State |
| Arizona Dept. of Revenue | Denton County Tax Assessor Collector |
| Arkansas Dept. of Finance | Departamento De Finanzaz, Municipio Autonomo De Guaynabo |
| Ascension Parish Sales Tax Authority | City of New Orleans, Department of Finance Bureau |
| Assumption Parish | Department of The Treasury, IRS |
| Avoyelles Parish School Board | Desoto Parish Sales |
| Beauregard Parish Sales Tax | East Feliciana Parish |

| | |
|---|---|
| False Alarm Reduction Unit, County of Fairfax (VA) | New York Sales Tax Bureau |
| Florida Department of Revenue | New York State Corporation Tax |
| Florida Department of State | New York State Dept. of Law |
| Florida Dept. of Agri & Consumer Svcs | NJ Division of Consumer Affairs |
| Forsyth County Tax Collector | NM Taxation & Revenue Dept. |
| Fred Sisk Knox County Trustee, County of Knox | North Carolina Secretary Of State |
| Georgia Secretary of State | NV Stmt of Business Publication |
| Grant Parish School Board | Office of State Tax Commissioner, North Dakota |
| Harris County Sheriff's Office Alarm Detail | Office of The Attorney General, California, Registry of Charitable Trusts |
| Iberia Parish School Board | Ohio Attorney General |
| Illinois Charity Bureau Fund | Ohio Treasurer of State |
| Illinois Department of Revenue | Oklahoma Secretary of State |
| Iowa Dept. of Revenue And Finance | Oklahoma Tax Commission |
| Jackson Parish Sales Tax Collection | Orange County Tax Collector |
| Jefferson Davis Parish School | Oregon Dept. of Justice |
| Jefferson Parish Sheriff's Office | Pa Dept. of Labor & Industry |
| Jefferson Parish Tax Collector | Parish of East Baton Rouge |
| Kansas Department of Revenue | Parish of Iberville |
| Kansas Secretary of State | Parish of St Bernard |
| Kentucky State Treasurer | Parish of Terrebonne |
| Lafayette Parish School Board | Plaquemines Parish |
| Lafourche Parish School Board | Puerto Rico Department of The Treasury |
| Lincoln Parish | Rapides Parish |
| Livingston Parish School Board | Sabine Parish |
| Louisiana Dept. of Justice | Sacramento County |
| Louisiana Dept. of Revenue And Taxation | Sales And Use Tax Office, St. John The Baptist Parish |
| Maine Revenue Services | SBC Tax Collector, County of San Bernardino |
| Maricopa County Treasurer | SD Secretary of State |
| Mass DOR (Dept. of Revenue) | Secretary of State - ND |
| Massachusetts Dept. of Revenue | Secretary of State of Rhode Island |
| Maryland Secretary of State | Shelby County Trustee- David Lenor |
| Michigan Dept. of Treasury | South Carolina Department of Revenue |
| Minister of Finance - Manitoba | South Carolina Secretary of State |
| Minnesota Dept. of Revenue | South Dakota Dept. of Revenue |
| Montana Secretary of State | St Charles Parish School Board |
| Monterey County Tax Collector | St James Parish School Board |
| Montgomery County | St Landry Parish School Board |
| Morehouse Sales & Use Tax Commission | St Martin Parish School Board |
| Minnesota Pollution Control Agency (MPCA) | St Mary Parish |
| MS Secretary of State | St Tammany Parish Sheriff's DPT |
| NC Department of Revenue | State Board of Equalization, California |
| Nebraska Dept. of Revenue | State of Alaska |
| Nevada Secretary of State | State of Connecticut |
| New Mexico Secretary of State | State of Delaware |
| New Mexico Taxation & Revenue Dept. | State of Georgia |

| | |
|---|---|
| State of Maine | Winn Parish |
| State of Maryland | Wisconsin Department of Revenue |
| State of Minnesota | WV Secretary of State |
| State of New Hampshire | **<u>Significant Utility Providers</u>** |
| State of NJ-Sales & Use Tax | AAF Hauling Inc. |
| State of Rhode Island Division/ Taxation | Advanced Disposal |
| State of Rhode Island General Treasurer | Allstream Business Us Inc. |
| State of Tennessee | Amerigas |
| State of Washington Dept. Of Revenue | Appalachian Power |
| State of Wyoming | Aspen Waste Systems, Inc. |
| State Tax Commission, Mississippi | AT&T |
| State of Idaho Tax Commission | AT&T - Opus |
| Tangipahoa Parish School System | AT&T Mobility |
| Tarrant County Tax Assessor-Collector | AT&T Wireless |
| Tax Collector Monroe County FL | Cablevision Systems Corporation |
| Taxation & Revenue Department, Monroe, Louisiana | CenterPoint Energy |
| Taxation & Revenue Dept., Santa Fe, New Mexico | CenturyLink |
| Tennessee Dept. of Revenue | City of Charlotte |
| Texas State Comptroller | City of Irving - Utility Billing |
| The City of Cortez | City of Irving - Municipal Services Bill |
| Treasurer of Virginia | City of Mount Hope - Sewer |
| Treasurer State of Connecticut | City of Mount Hope - Water |
| Treasurer State of Ohio | Claro Puerto Rico |
| Treasurer, City of Memphis | Consolidated Communications |
| U.S. Department of Homeland Security, Customs and Border Protection | County of Colfax |
| Utah Department of Agriculture And Food (UDAF) | Crosier's Sanitary Service Inc. |
| Union Parish | Dakota Electric Association |
| United States Department of The Treasury | Direct Communications Rockland |
| Utah Dept. of Commerce | Direct Energy Business, Inc. |
| VDH - Bedding, Commonwealth of Virginia | Duke Energy |
| Vermillion Parish School Board | EarthLink (Windstream) |
| Vermont Department of Taxes | EarthLink Business |
| Vernon Parish School Board | Eversource |
| Virgin Islands Bureau of Internal Revenue | Ferrellgas |
| Washington County Trustee | Florida Keys Aqueduct Authority |
| Washington Office of Insurance | Florida Keys Electric Cooperative |
| Washington Parish | Frontier Communications |
| Washington Secretary of State | Getronics Pomeroy IT Solutions |
| Webster Parish School Board | Granite Telecommunications |
| West Baton Rouge Parish | Keys Energy Services |
| West Feliciana Parish School BD | Kit Carson Electric Cooperative |
| West Virginia Division of Labor | Lake Country Power |
| West Virginia Secretary of State | Level 3 Communications LLC |
| West Virginia State Tax Dept. | Lumos Networks |
| WI Dept. of Financial Institutions | Lumos Networks DBA Segra |

| | |
|---|---|
| Mountaineer Gas Company | David Buchbinder |
| National Grid | David Villagrana |
| Northern New Mexico Gas | Diane Giordano |
| Oak Hill Garbage Disposal Inc. | Dion Wynn |
| Pacific Centrex (Datavo LLC) | Donna Grottini |
| Piedmont Natural Gas Company | Edith A. Serrano |
| Plyler Paper Stock Co Inc. | Hannah M. McCollum |
| Raleigh County Solid Waste | Holly Dice |
| Republic Services, Inc. | James R. O'Malley |
| Shentel | Jane Leamy |
| Sierra Communications, Inc. | Janet Moore |
| Springer Electric Cooperative, Inc. | Jeffrey Heck |
| Time Warner Cable | Jill Walker |
| Tri-County Electric Cooperative Inc. | Hon. John T Dorsey |
| Trophy Club Muds | Juliet Sarkessian |
| Verizon Wireless | Hon. Karen B. Owens |
| Village of Cimarron | Karen Starr |
| Waste Connections, Inc. | Karen Strupczewski |
| Waste Management | Hon. Kevin Gross |
| Waste Management - Blaine MN | Laura Haney |
| Waste Management Florida | Lauren Attix |
| Waste Management- Ft Worth Hauling | Laurie Capp |
| Waste Management Lewisville Hauling | Hon. Laurie Selber Silverstein |
| Waste Management of Denver | Linda Casey |
| Waste Management of Michigan Inc. | Linda Richenderfer |
| West Virginia American Water | Lora Johnson |
| West Virginia American Water Co | Marquietta Lopez |
| White Oak Public Service District | Hon. Mary F. Walrath |
| Windstream Communications Inc. | Michael Panacio |
| Wow! Business | Nancy Hunt |
| Xcel Energy | Rachel Bello |
| Zia Natural Gas Company | Rachel Werkheiser |
| **U.S. Trustee, Judges, and Court Contacts for the District of Delaware** | Ramona Vinson |
| Agarwal, Robert | Richard Schepacarter |
| Hon. Ashley M. Chan | Shakima L. Dortch |
| Benjamin Hackman | Sherry Scaruzzi |
| Hon. Brendan L. Shannon | T. Patrick Tinker |
| Brian Cavello | Timothy J. Fox Jr. |
| Cacia Batts | Una O'Boyle |
| Catherine Farrell | **Al Lugano** |
| Cheryl Szymanski | **Craig T. Goldblatt** |
| Christine Green | **Demitra Laletas** |
| Hon. Christopher S. Sontchi | **Denis Cooke** |
| Claire Brady | **J. Kate Stickles** |
| Danielle Gadson | **Joan Ranieri** |

| |
|---|
| **Joseph Cudia** |
| **Joseph McMahon** |
| **Nicki Barksdale** |
| **Nyanquoi Jones** |
| **Paula Subda** |
| **Ramona Harris** |
| **Robert Cavello** |
| **Rosa Sierra** |
| **Mediators** |
| Hon. Kevin Carey (Ret.) |
| Paul Finn |
| Timothy Gallagher |
| **Mediation Parties** |
| **Commonwealth Mediation & Conciliation, Inc.** |
| **Hogan Lovells US LLP** |
| **The Gallagher Law Group** |