**<u>Updated Schedule 2</u>**

**Schedule 2**

| **Debtors** |
|---|
| **Boy Scouts of America** |
| **Non-Debtor Affiliates** |
| Arrow WV, Inc. |
| BSA Asset Management, LLC |
| BSA Commingled Endowment Fund, LP |
| BSA Endowment Master Trust |
| Learning for Life |
| National Boy Scouts of America Foundation |
| **Selected Chartered Organizations** |
| Corporation of the President of the Church of Jesus Christ of Latter-Day Saints |
| **Louisville Metro Police Department, City of Louisville, Jefferson County / Louisville Consolidated Government** |
| **The Roman Catholic Diocese of Syracuse** |
| **The Roman Catholic Diocese of Syracuse, NY** |
| **Local Councils** |
| Boy Scouts of America Abraham Lincoln Council |
| Boy Scouts of America Alabama-Florida Council |
| Boy Scouts of America Alamo Area Council |
| Boy Scouts of America Allegheny Highlands Council |
| Boy Scouts of America Aloha Council |
| Boy Scouts of America Andrew Jackson Council |
| Boy Scouts of America Anthony Wayne Area Council |
| Boy Scouts of America Arbuckle Area Council |
| Boy Scouts of America Atlanta Area Council |
| Boy Scouts of America Baden-Powell Council |
| Boy Scouts of America Baltimore Area Council |
| Boy Scouts of America Bay Area Council |
| Boy Scouts of America Bay-Lakes Council |
| Boy Scouts of America Black Hills Area Council |
| Boy Scouts of America Black Swamp Area Council |
| Boy Scouts of America Black Warrior Council |
| Boy Scouts of America Blackhawk Area Council |
| Boy Scouts of America Blue Grass Council |
| Boy Scouts of America Blue Mountain Council |
| Boy Scouts of America Blue Ridge Council |
| Boy Scouts of America Blue Ridge Mountains Council |
| Boy Scouts of America Buckeye Council |
| Boy Scouts of America Buckskin Council |
| Boy Scouts of America Bucktail Council |
| Boy Scouts of America Buffalo Trace Council |
| Boy Scouts of America Buffalo Trail Council |
| Boy Scouts of America Caddo Area Council |
| Boy Scouts of America Calcasieu Area Council |

| |
|---|
| Boy Scouts of America California Inland Empire Council |
| Boy Scouts of America Cape Cod And Islands Council |
| Boy Scouts of America Cape Fear Council |
| Boy Scouts of America Capitol Area Council |
| Boy Scouts of America Cascade Pacific Council |
| Boy Scouts of America Catalina Council |
| Boy Scouts of America Central Florida Council |
| Boy Scouts of America Central Georgia Council |
| Boy Scouts of America Central Minnesota Council |
| Boy Scouts of America Central North Carolina Council |
| Boy Scouts of America Chattahoochee Council |
| Boy Scouts of America Cherokee Area Council |
| Boy Scouts of America Chester County Council |
| Boy Scouts of America Chickasaw Council |
| Boy Scouts Of America Chief Cornplanter Council |
| Boy Scouts of America Chief Seattle Council |
| Boy Scouts of America Chippewa Valley Council |
| Boy Scouts of America Choctaw Area Council |
| Boy Scouts of America Cimarron Council |
| Boy Scouts of America Circle Ten Council |
| Boy Scouts of America Coastal Carolina Council |
| Boy Scouts of America Coastal Georgia Council |
| Boy Scouts of America Colonial Virginia Council |
| Boy Scouts of America Columbia-Montour Council |
| Boy Scouts of America Connecticut Rivers Council |
| Boy Scouts of America Connecticut Yankee Council |
| Boy Scouts of America Conquistador Council |
| Boy Scouts of America Cornhusker Council |
| Boy Scouts of America Coronado Area Council |
| Boy Scouts of America Cradle Of Liberty Council |
| Boy Scouts of America Crater Lake Council |
| Boy Scouts of America Crossroads Of America Council |
| Boy Scouts of America Dan Beard Council |
| Boy Scouts of America Daniel Boone Council |
| Boy Scouts of America Daniel Webster Council |
| Boy Scouts of America De Soto Area Council |
| Boy Scouts of America Del-Mar-Va Council |
| Boy Scouts of America Denver Area Council |
| Boy Scouts of America East Carolina Council |
| Boy Scouts of America East Texas Area Council |
| Boy Scouts of America Erie Shores Council |
| Boy Scouts of America Evangeline Area Council |
| Boy Scouts of America Far East Council |
| Boy Scouts of America Five Rivers Council |
| Boy Scouts of America Flint River Council |

<b><u>Schedule 2</u></b>

| | |
|---|---|
| Boy Scouts of America French Creek Council | Boy Scouts of America Juniata Valley Council |
| Boy Scouts of America Gamehaven Council | Boy Scouts of America Katahdin Area Council |
| Boy Scouts of America Garden State Council | Boy Scouts of America La Salle Council |
| Boy Scouts of America Gateway Area Council | Boy Scouts of America Lake Erie Council |
| Boy Scouts of America Georgia-Carolina Council | Boy Scouts of America Las Vegas Area Council |
| Boy Scouts of America Glacier's Edge Council | Boy Scouts of America Last Frontier Council |
| Boy Scouts of America Golden Empire Council | Boy Scouts of America Laurel Highlands Council |
| Boy Scouts of America Golden Spread Council | Boy Scouts of America Leatherstocking Council |
| Boy Scouts of America Grand Canyon Council | Boy Scouts of America Lincoln Heritage Council |
| Boy Scouts of America Grand Columbia Council | Boy Scouts of America Long Beach Area Council |
| Boy Scouts of America Grand Teton Council | Boy Scouts of America Longhorn Council |
| Boy Scouts of America Great Alaska Council | Boy Scouts of America Longhouse Council |
| Boy Scouts of America Great Rivers Council | Boy Scouts of America Longs Peak Council |
| Boy Scouts of America Great Salt Lake Council | Boy Scouts of America Los Padres Council |
| Boy Scouts of America Great Smoky Mountain Council | Boy Scouts of America Louisiana Purchase Council |
| Boy Scouts of America Great Southwest Council | Boy Scouts of America Marin Council |
| Boy Scouts of America Great Trail Council | Boy Scouts of America Mason-Dixon Council |
| Boy Scouts of America Greater Alabama Council | Boy Scouts of America Mayflower Council |
| Boy Scouts of America Greater Los Angeles Area Council | Boy Scouts of America Mecklenburg County Council |
| Boy Scouts of America Greater New York Council | Boy Scouts of America Miami Valley Council |
| Boy Scouts of America Greater Niagara Frontier Council | Boy Scouts of America Michigan Crossroads Council |
| Boy Scouts of America Greater St. Louis Area Council | Boy Scouts of America Mid-America Council |
| Boy Scouts of America Greater Tampa Bay Area Council | Boy Scouts of America Middle Tennessee Council |
| Boy Scouts of America Greater Wyoming Council | Boy Scouts of America Mid-Iowa Council |
| Boy Scouts of America Greater Yosemite Council | Boy Scouts of America Midnight Sun Council |
| Boy Scouts of America Green Mountain Council | Boy Scouts of America Minsi Trails Council |
| Boy Scouts of America Greenwich Council | Boy Scouts of America Mississippi Valley Council |
| Boy Scouts of America Gulf Coast Council | Boy Scouts of America Mobile Area Council |
| Boy Scouts of America Gulf Stream Council | Boy Scouts of America Monmouth Council |
| Boy Scouts of America Hawk Mountain Council | Boy Scouts of America Montana Council |
| Boy Scouts of America Hawkeye Area Council | Boy Scouts of America Moraine Trails Council |
| Boy Scouts of America Heart Of America Council | Boy Scouts of America Mount Baker Council |
| Boy Scouts of America Heart Of New England Council | Boy Scouts of America Mountaineer Area Council |
| Boy Scouts of America Heart Of Virginia Council | Boy Scouts of America Muskingum Valley Council |
| Boy Scouts of America Hoosier Trails Council | Boy Scouts of America Narragansett Council |
| Boy Scouts of America Housatonic Council | Boy Scouts of America National Capital Area Council |
| Boy Scouts of America Hudson Valley Council | Boy Scouts of America Nevada Area Council |
| Boy Scouts of America Illowa Council | Boy Scouts of America New Birth Of Freedom Council |
| Boy Scouts of America Indian Nations Council | Boy Scouts of America North Florida Council |
| Boy Scouts of America Indian Waters Council | Boy Scouts of America Northeast Georgia Council |
| Boy Scouts of America Inland Northwest Council | Boy Scouts of America Northeast Illinois Council |
| Boy Scouts of America Iroquois Trail Council | Boy Scouts of America Northeast Iowa Council |
| Boy Scouts of America Istrouma Area Council | Boy Scouts of America Northeastern Pennsylvania Council |
| Boy Scouts of America Jayhawk Area Council | Boy Scouts of America Northern Lights Council |
| Boy Scouts of America Jersey Shore Council | Boy Scouts of America Northern New Jersey Council |

| | |
|---|---|
| Boy Scouts of America Northern Star Council | Boy Scouts of America Silicon Valley Monterey Bay Council |
| Boy Scouts of America Northwest Georgia Council | Boy Scouts of America Simon Kenton Council |
| Boy Scouts of America Northwest Texas Council | Boy Scouts of America Sioux Council |
| Boy Scouts of America Norwela Council | Boy Scouts of America Snake River Council |
| Boy Scouts of America Occoneechee Council | Boy Scouts of America South Florida Council |
| Boy Scouts of America Ohio River Valley Council | Boy Scouts of America South Georgia Council |
| Boy Scouts of America Old Hickory Council | Boy Scouts of America South Plains Council |
| Boy Scouts of America Old North State Council | Boy Scouts of America South Texas Council |
| Boy Scouts of America Orange County Council | Boy Scouts of America Southeast Louisiana Council |
| Boy Scouts of America Oregon Trail Council | Boy Scouts of America Southern Sierra Council |
| Boy Scouts of America Ore-Ida Council | Boy Scouts of America Southwest Florida Council |
| Boy Scouts of America Overland Trails Council | Boy Scouts of America Spirit Of Adventure Council |
| Boy Scouts of America Ozark Trails Council | Boy Scouts of America Stonewall Jackson Area Council |
| Boy Scouts of America Pacific Harbors Council | Boy Scouts of America Suffolk County Council |
| Boy Scouts of America Pacific Skyline Council | Boy Scouts of America Susquehanna Council |
| Boy Scouts of America Palmetto Council | Boy Scouts of America Suwannee River Area Council |
| Boy Scouts of America Pathway To Adventure Council | Boy Scouts of America Tecumseh Council |
| Boy Scouts of America Patriots' Path Council | Boy Scouts of America Texas Southwest Council |
| Boy Scouts of America Pee Dee Area Council | Boy Scouts of America Texas Trails Council |
| Boy Scouts of America Pennsylvania Dutch Council | Boy Scouts of America Theodore Roosevelt Council |
| Boy Scouts of America Piedmont Council | Boy Scouts of America Three Fires Council |
| Boy Scouts of America Pikes Peak Council | Boy Scouts of America Three Harbors Council |
| Boy Scouts of America Pine Burr Area Council | Boy Scouts of America Three Rivers Council |
| Boy Scouts of America Pine Tree Council | Boy Scouts of America Tidewater Council |
| Boy Scouts of America Pony Express Council | Boy Scouts of America Transatlantic Council |
| Boy Scouts of America Potawatomi Area Council | Boy Scouts of America Trapper Trails Council |
| Boy Scouts of America Prairielands Council | Boy Scouts of America Tukabatchee Area Council |
| Boy Scouts of America Puerto Rico Council | Boy Scouts of America Tuscarora Council |
| Boy Scouts of America Pushmataha Area Council | Boy Scouts of America Twin Rivers Council |
| Boy Scouts of America Quapaw Area Council | Boy Scouts of America Twin Valley Council |
| Boy Scouts of America Quivira Council | Boy Scouts of America Utah National Parks Council |
| Boy Scouts of America Rainbow Council | Boy Scouts of America Ventura County Council |
| Boy Scouts of America Redwood Empire Council | Boy Scouts of America Verdugo Hills Council |
| Boy Scouts of America Rio Grande Council | Boy Scouts of America Voyageurs Area Council |
| Boy Scouts of America Rip Van Winkle Council | Boy Scouts of America W.D. Boyce Council |
| Boy Scouts of America Rocky Mountain Council | Boy Scouts of America Washington Crossing Council |
| Boy Scouts of America Sagamore Council | Boy Scouts of America West Tennessee Area Council |
| Boy Scouts of America Sam Houston Area Council | Boy Scouts of America Westark Area Council |
| Boy Scouts of America Samoset Council | Boy Scouts of America Westchester-Putnam Council |
| Boy Scouts of America San Diego-Imperial Council | Boy Scouts of America Western Los Angeles County Council |
| Boy Scouts of America Santa Fe Trail Council | Boy Scouts of America Western Massachusetts Council |
| Boy Scouts of America Seneca Waterways Council | Boy Scouts of America Westmoreland-Fayette Council |
| Boy Scouts of America Sequoia Council | Boy Scouts of America Winnebago Council |
| Boy Scouts of America Sequoyah Council | Boy Scouts of America Yocona Area Council |
| Boy Scouts of America Shenandoah Area Council | |

**Schedule 2**

| | |
|---|---|
| Boy Scouts of America Yucca Council | Discover |
| **Secured Parties** | **Global Payments Inc.** |
| AT&T Capital Services, Inc. | JPMorgan Chase Bank, N.A. |
| AT&T Corporation | Mastercard |
| CIT Bank, N.A. | Opticard |
| **Datamax, Inc.** | Paymentech, LLC |
| EverBank Commercial Finance, Inc. | PayPal, Inc. |
| **Insight Investments, LLC** | Shift4 |
| JPMorgan Chase Bank, N.A. | Stripe (Shopify) |
| Key Equipment Finance | **TSYS/Cayan** |
| Konica Minolta Premier Finance | Valutec |
| MB Financial Bank, N.A. | Visa |
| Raymond Leasing Corp | Wells Fargo & Company |
| TCF Equipment Finance, Inc. | **Insurers** |
| The Chase Manhattan Bank | **Ace Insurance Group** |
| The "Green Bar Bill" Hillcourt Foundation, C/O Winstead PC | Aetna Casualty and Surety Company |
| TIAA Commercial Finance, Inc. | Agricultural Insurance Company |
| Wells Fargo Financial Leasing, Inc. | AIG |
| **Banks** | Allianz Global Corporate & Specialty SE |
| Banco Popular | Allianz Global Risks US Insurance Company |
| Bank of America | Allianz Insurance Company |
| BB&T | Allianz Societas Europaea |
| Blackrock | Allied World Assurance Co. |
| Charles Schwab | Allied World Assurance Company (U.S.), Inc. |
| CIBC - First Caribbean Bank | Allied World Assurance Company, Ltd |
| Fidelity Investments | American Guarantee and Liability Insurance Company |
| Fifth Third Bank | American International Group, Inc. |
| First Bank - Virgin Islands | **American Re-Insurance Company** |
| Goldman Sachs | American Zurich Insurance Company |
| InBank | Arch Capital Group (U.S.) |
| JPMorgan Chase Bank, N.A. | Arch Insurance Company |
| Merrill Lynch, Pierce, Fenner & Smith, Inc. | Arch Reinsurance Ltd. |
| Northern Trust Corporation | Argo Group International Holdings, Ltd |
| PNC Bank | Argonaut Insurance Company |
| RBC Bank | Argonaut Insurance Group |
| Regions Bank | Arrowood Indemnity Company |
| Scotiabank | Arrowpoint Capital Corp. |
| State Street Bank | Aspen Insurance Holdings Limited |
| TD Bank | **Ategrity Specialty** |
| US Bank | **Ategrity Specialty Insurance Company** |
| Wells Fargo & Company | AXA Insurance Company |
| **Credit Card Processors** | AXA XL |
| American Express | Axis Capital Holdings Limited |
| **Authorize.net** | Axis Insurance Company |
| Bank of America Merchant Services | Axis Specialty Insurance Company |

**Schedule 2**

| | |
|---|---|
| Axis Surplus Insurance Company | Liberty Insurance Underwriters, Inc. |
| Beazley Insurance Company, Inc. | Liberty Mutual Insurance Company |
| Berkley Insurance Company | Liberty Surplus Insurance Corporation |
| Berkshire Hathaway Insurance Group | Lloyd's of London |
| Catlin Underwriting Agencies Limited | Markel American Insurance Company |
| Century Indemnity Company | Markel Corporation Group |
| Chubb Atlantic Indemnity Ltd. | Marsh & McLennan Companies |
| Chubb Custom Insurance Company | MHBT, a Marsh & McLennan Agency |
| Chubb Executive Risk | **Munich Re Group** |
| Chubb Group of Insurance Companies | Munich Reinsurance America, Inc. |
| Cincinnati Specialty Underwriters Insurance Company | **National Casualty Company** |
| **Clarendon America Insurance Company** | National Surety Corporation |
| **Clarendon National Insurance Company** | **National Union Fire Insurance Company Of Pittsburgh, PA** |
| CNA Insurance Companies | Navigators Group, Inc. |
| Colony Insurance Company | Navigators Insurance Company |
| Columbia Casualty Company | Navigators Specialty Insurance Company |
| Continental Insurance Company | **Ohio Casualty Insurance Company (The)** |
| Endurance American Insurance Company | Old Republic General Group |
| Endurance American Specialty Insurance Company | Old Republic Insurance Company |
| Enstar Group Limited | Old Republic Insurance Group |
| Evanston Insurance Company | **Pacific Employers Ins. Company** |
| Everest National Insurance Company | Pacific Indemnity Company |
| Everest Re Group | Property/Casualty Insurance Co. Of Hartford |
| Fairfax (US) Inc. | RLI Professional Risk |
| Fairfax Financial (USA) Group | Royal Indemnity Company |
| Federal Insurance Company | RSUI Group |
| Fireman's Fund Insurance Companies | Sompo - Endurance American Insurance Company |
| First Specialty Insurance Corporation | Sompo Holdings, Inc. |
| First State Insurance Company | St. Paul Surplus Lines Insurance Company |
| Gemini Insurance Company | Starr Indemnity & Liability Company |
| General Star Indemnity Company | Starr Specialty |
| Great American | Steadfast Insurance Company |
| Great American Assurance Company | Swiss Re Group |
| Great American E & S Insurance Company | Texas Pacific Indemnity Company |
| Gulf Insurance Company | The Hartford Financial Services Group, Inc. |
| Hallmark Specialty Insurance Company | The Hartford Fire |
| Hartford Accident and Indemnity Company | The Hartford Insurance Group |
| Houston Casualty Company | The Hartford Steam Boiler Inspection And Insurance Company |
| Indemnity Insurance Company of North America | The Travelers Companies, Inc. |
| **Indian Harbor Insurance Company** | Travelers (Bermuda) Limited |
| Industrial Indemnity | Travelers Casualty and Surety Company |
| Insurance Company of North America | Travelers Indemnity Company |
| **Insurance Company of the State of Pennsylvania (The)** | Twin City Fire Insurance Company |
| Interstate Fire & Casualty Company | W. R. Berkley Corporation |
| Lexington Insurance Company | |

**Schedule 2**

| | |
|---|---|
| W.R. Berkley Group | **Hawk Mountain Council, Inc., Boy Scouts of America** |
| Westchester Fire Insurance Company | **Hawkeye Area Council, Boy Scouts of America, An Iowa Corporation** |
| Westchester Surplus Lines Insurance Company | **Heart of Virginia Council, Inc., Boy Scouts of America** |
| XL Catlin | **Indian Waters Council Boy Scouts of America Inc.** |
| XL Europe Limited | **Jefferson County** |
| XL Insurance (Dublin) Ltd. | **Jefferson County / Louisville Consolidated Government** |
| XL Insurance Company SE | **Learning For Life Inc.** |
| Zurich Financial (USA) Group | **Manhattan Council, Boy Scouts of America** |
| Zurich Financial Services Group | **Niagara Frontier Council, Boy Scouts of America** |
| **Litigation Parties** | **Nipmuck District of the Connecticut Rivers Council of The Boy Scouts of America** |
| **Aramark Campus, LLC** | **Northern Star Council** |
| **Blackhawk Area Council of Boy Scouts** | **Old Republic Insurance Company, Inc.** |
| **Boy Scouts 11 of America** | **Progressive Casualty Insurance Company** |
| **Boy Scouts of America - Hiawatha Council** | **River Rivers Council, Boy Scouts of America** |
| **Boy Scouts of America Atlantic Area Council Inc.** | **SC Boy Scouts Council Inc.** |
| **Boy Scouts of America Atlantic Area Council No. 331** | **Second Baptist Church** |
| **Boy Scouts of America Big Apple District** | **Seneca Waterways Council, Boy Scouts of America** |
| Boy Scouts of America Greater Los Angeles Area Council | **State of Wisconsin** |
| **Boy Scouts of America Pack 494** | **Suffolk County Council** |
| **Boy Scouts of America Phoenix District Troop 49** | **Susan Reisinger** |
| Boy Scouts of America San Diego-Imperial Council | **Sussex District Boy Scouts of America** |
| **Boy Scouts of America Troop 1000 Inc.** | **Ten Mile River Scout Camps A/K/A Ten Mile River Scout Camps, Boy Scouts of America** |
| **Boy Scouts Troop #64** | **The Church of Jesus Christ of Latter Day Saints** |
| **Boy Scouts Troop 460** | The Hartford Insurance Group |
| **Cincinnati Insurance Company** | **The National Boy Scouts of America Foundation** |
| **City of Columbus** | **The Roman Catholic Diocese of Syracuse, NY** |
| **City of Louisville-Jefferson County-Louisville Consolidated Government** | **Troop 141 BSA** |
| **CMR A/S/O Cox Communication** | **United Services Automobile Association** |
| **Connecticut Yankee Council, Inc.** | **Unitedhealthcare Insurance Company** |
| **Continental Tire The Americas, LLC** | **Walgreen Company** |
| Corporation of the President of the Church of Jesus Christ of Latter-Day Saints | **Washington Crossing Council** |
| **Cradle of Liberty Boy Scouts of America** | **Professionals Retained by the Debtors** |
| **Essex County Council of The Boy Scouts of America** | Alvarez & Marsal North America, LLC |
| **Evergreen Area Council, Boy Scouts of America** | **Bates White LLC** |
| **Fairfield County Council of Boy Scouts of America, Inc.** | Haynes & Boone, LLP |
| **Ford Motor Company** | Morris, Nichols, Arsht & Tunnell LLP |
| **Governor Clinton Council, Inc., Boy Scouts of America** | **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.** |
| **Greater Niagara Frontier Council** | **PricewaterhouseCoopers LLP** |
| **Greater Niagara Frontier Council #380 of The Boy Scouts of America** | **Quinn Emanuel Urquhart & Sullivan LLP** |
| | Sidley Austin LLP |
| **Greater St. Louis Area Council, Boy Scouts of America, Inc.** | **Professionals Representing Certain Parties in Interest** |
| | AlixPartners LLP |

**Schedule 2**

| | |
|---|---|
| Ankura Consulting Group, LLC | Pearson Education, Inc. |
| Berkeley Research Group, LLC | Pension Benefit Guaranty Corporation |
| Brown Rudnick LLP | **Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors** |
| **CBRE, Inc.** | |
| **Choate, Hall & Stewart LLP** | |
| **Clyde & Co.** | Bondurant, Mixson & Elmore, LLP |
| Gilbert LLP | **Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)** |
| Kramer Levin Naftalis & Frankel LLP | |
| **Loeb & Loeb** | NCS Pearson, Inc. |
| McDermott Will & Emery LLP | Quad/Graphics, Inc. |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | **Deferred Compensation and Restoration Plan Participants** |
| Norton Rose Fulbright US, LLP | |
| **O'Melveny & Myers LLP** | **Michael Kaufman** |
| Pepper Hamilton LLP | **Significant Contract Counterparties** |
| PJT Partners, Inc. | Adobe Systems Inc. |
| Reed Smith LLP | Alert Logic Inc. |
| Troutman Sanders LLP | Amazon Web Services Inc. |
| **Wachtell, Lipton, Rosen & Katz** | American Food & Vending Corp |
| **Wiley Rein LLP** | Arrow Capital Solutions Inc. |
| **Wilmer Cutler Pickering Hale and Dorr LLP** | AT&T (5019) |
| **Ordinary Course Professionals** | AT&T Capital Services, Inc. |
| Bond, Schoeneck & King PLLC | AT&T Mobility |
| Dentons US LLP | Automatic Data Processing Inc. |
| Fox Rothschild LLP | Avalara Inc. |
| Hinshaw & Culbertson LLP | Blackbaud Inc. |
| Hueston Hennigan | Buxton Company |
| Lightfoot Franklin & White LLC | **CircuiTree, LLC** |
| Locke Lord LLP | Constellation NewEnergy, Inc. |
| Markowitz Herbold PC | Datamax |
| McGuire Woods LLP | Dupont Hotel Project Owner LLC |
| Miller & Martin PLLC | Durham School Services, L.P. |
| Milliman Inc. | Freeman Decorating Co |
| Milliman USA Inc. | **Golin Harris International Inc.** |
| Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C | Grant Thornton |
| Perkins Coie | Hyatt Regency Atlanta, Inc. |
| Saul Ewing LLP | Hyatt Regency Dallas |
| Steptoe & Johnson PLLC | **Hyatt Regency New Orleans** |
| Stites & Harbison PLLC | IBM |
| Towers Watson Delaware, Inc. | Infosys |
| Vinson & Elkins LLP | Infosys Limited |
| Wiggin & Dana LLP | **Insight Investments LLC** |
| Wilson Elser Moskowitz Edelman & Dicker LLP | JDA Software Inc. |
| Winston & Strawn LLP | Lumos Networks |
| **Unsecured Creditors Committee** | MetLife |
| Girl Scouts of the United States of America | Mi9 Retail Na Corp |
| | Microsoft Services |

| | |
|---|---|
| Montclair State University | Covington & Burling LLP |
| **Morneau Shepell Limited (formerly known as Mercer Inc.)** | Davis Polk & Wardwell LLP |
| | Facebook Inc. |
| MuleSoft Inc. | FedEx |
| **MXD Group Inc.** | Fenwick & West LLP |
| NTT Com Security (US) Inc. | Fidelity Retirement Services |
| Oracle America Inc. | FTI Consulting Inc. |
| Philadelphia Marriott Downtown | Gilbert LLP |
| Raymond Leasing Corporation | Kuehne and Nagel |
| **Riskonnect Inc.** | **Leatherman Tool Group Inc.** |
| Robot And Pencils | Lowe's Companies, Inc. |
| Sheraton Birmingham | Marriott Business Services |
| Skillsoft Corporation | Marriott International |
| Southern Air, Inc. | Marsh & McLennan Agency LLC |
| Sovos Compliance LLC | Mercer |
| Sun Life Assurance Company of Canada | Mutual of Omaha Structured |
| Town Sports International Holdings, Inc. | NCS Pearson Inc. |
| United Healthcare | Optum Health Bank |
| Unum | Orkin |
| Verifone | Pacific Life & Annuity Services Inc. |
| VSP | **People 2.0 Global Inc.** |
| **Wage Works** | Quad Graphics Inc. |
| **Weston Solutions Inc.** | Ryder Last Mile Inc. |
| Yeti Coolers, LLC | Shutterstock Inc. |
| **Significant Donors** | Stamps.Com |
| Anadarko Petroleum Corporation | State Board of Equalization |
| **H P Farrington Trust C/O Bank of America** | Sunbelt Rentals |
| **Insurance Auto Auction** | **Syncb/Amazon** |
| **John D. Harkey** | Sysco South Florida Inc. |
| Murray Energy Corporation | **Texas State Comptroller** |
| Mutual of Omaha Insurance Company | US Foods, Inc. |
| Stephen D. Bechtel, Jr. Foundation | Vision Service Plan |
| **Significant Vendors** | Vista Outdoor Sales LLC |
| **1-800-Pack-Rat** | Wagner Equipment Company |
| **Ace / Esis** | **Wealth-X LLC** |
| Ace American Insurance Company | Wolverine World Wide Inc. |
| Allied Rentals Inc. | **Significant Taxing Authorities** |
| American Airlines | Arizona Dept. of Revenue |
| **BHG Structured Settlements Inc.** | Arkansas Dept. of Finance |
| Boy Scouts GA Recon Acct | California Department of Justice |
| Boy Scouts of America Recon Clearance | Canada Revenue Agency |
| BSA Florida Sea Base BPC | City of Chicago - Dept. Of Revenue |
| BSA Parents Inc. | City of Colorado Springs |
| CDW Direct, LLC | City of Detroit |
| **Coleman Co Inc.** | City of Greenwood Village |
| Compass Group USA Inc. | |

**Schedule 2**

| | |
|---|---|
| **City of Johnson City** | Secretary of State of Rhode Island |
| City of Seattle | South Carolina Department of Revenue |
| Colorado Dept. of Revenue | South Carolina Secretary of State |
| **Colorado Secretary of State** | South Dakota Dept. of Revenue |
| Commonwealth of Massachusetts | State Board of Equalization, California |
| Commonwealth of Pennsylvania | State of Alaska |
| Commonwealth of Puerto Rico | State of Connecticut |
| Commonwealth of Virginia | State of Delaware |
| DC Treasurer | State of Georgia |
| Delaware Secretary of State | State of Maine |
| Department of The Treasury, IRS | State of Maryland |
| False Alarm Reduction Unit, County of Fairfax (VA) | State of Minnesota |
| **Florida Department of Revenue** | State of New Hampshire |
| Florida Department of State | State of NJ-Sales & Use Tax |
| Georgia Secretary of State | State of Rhode Island Division/ Taxation |
| Illinois Department of Revenue | State of Rhode Island General Treasurer |
| Iowa Dept. of Revenue And Finance | State of Washington Dept. Of Revenue |
| **Jefferson Parish Sheriff's Office** | **State Tax Commission, Mississippi** |
| Kansas Department of Revenue | State of Idaho Tax Commission |
| Kentucky State Treasurer | **Taxation & Revenue Department, Monroe, Louisiana** |
| Louisiana Dept. of Revenue And Taxation | **Taxation & Revenue Dept., Santa Fe, New Mexico** |
| Mass DOR (Dept. of Revenue) | **Texas State Comptroller** |
| Massachusetts Dept. of Revenue | **Treasurer of Virginia** |
| Michigan Dept. of Treasury | Treasurer State of Connecticut |
| Minnesota Dept. of Revenue | Treasurer State of Ohio |
| Montgomery County | Treasurer, City of Memphis |
| Nebraska Dept. of Revenue | **U.S. Department of Homeland Security, Customs and Border Protection** |
| Nevada Secretary of State | United States Department of The Treasury |
| **New Mexico Taxation & Revenue Dept.** | **VDH - Bedding, Commonwealth of Virginia** |
| New York Sales Tax Bureau | Vermont Department of Taxes |
| New York State Corporation Tax | West Virginia Division of Labor |
| NJ Division of Consumer Affairs | West Virginia Secretary of State |
| NM Taxation & Revenue Dept. | **WI Dept. of Financial Institutions** |
| North Carolina Secretary Of State | Wisconsin Department of Revenue |
| Office of State Tax Commissioner, North Dakota | **Significant Utility Providers** |
| **Office of The Attorney General, California, Registry of Charitable Trusts** | Advanced Disposal |
| Ohio Attorney General | Allstream Business Us Inc. |
| Ohio Treasurer of State | Amerigas |
| Orange County Tax Collector | Appalachian Power |
| Oregon Dept. of Justice | AT&T |
| Pa Dept. of Labor & Industry | AT&T - Opus |
| **Parish of St Bernard** | AT&T Mobility |
| Puerto Rico Department of The Treasury | AT&T Wireless |
| Sacramento County | Cablevision Systems Corporation |
| SD Secretary of State | CenterPoint Energy |

**Schedule 2**

| |
|---|
| CenturyLink |
| Direct Energy Business, Inc. |
| Duke Energy |
| EarthLink (Windstream) |
| EarthLink Business |
| Eversource |
| Ferrellgas |
| **Florida Keys Aqueduct Authority** |
| Frontier Communications |
| Granite Telecommunications |
| Level 3 Communications LLC |
| Lumos Networks |
| Lumos Networks DBA Segra |
| **Mountaineer Gas Company** |
| National Grid |
| Piedmont Natural Gas Company |
| Republic Services, Inc. |
| Time Warner Cable |
| Verizon Wireless |
| **Waste Connections, Inc.** |
| Waste Management |
| Waste Management - Blaine MN |
| Waste Management Florida |
| Waste Management- Ft Worth Hauling |
| Waste Management Lewisville Hauling |
| Waste Management of Denver |
| Waste Management of Michigan Inc. |
| West Virginia American Water |
| West Virginia American Water Co |
| Windstream Communications Inc. |
| Xcel Energy |
| **U.S. Trustee, Judges, and Court Contacts for the District of Delaware** |
| **J. Kate Stickles** |
| **Mediation Parties** |
| **Hogan Lovells US LLP** |