FILED
2021 JUN 28 AM 9: 45
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

SA - 

Within the Boy Scout Law (it's pledge), it states:

A Boy Scout is:

- Trustworthy,
- Loyal,
- Helpful,
- Friendly,
- Courteous,
- Kind,
- Obedient,
- Cheerful,
- Thrifty,
- Brave,
- Clean,
- and Reverent.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801



SA – 

Your Honor:
I am writing to express the critical nature of the current lawsuit between plaintiffs and the Boy Scouts of America, that you are currently presiding over in court.

It is hard to express the pain that I (and I am sure many others) have had to deal with (for me it has been over 50 years) since being raped by an adult leader in the Boy Scouts of America.

It started when I was 13 years till, I was 15 years old, and the curse has been with me ever since. Personally, it created allot of confusion about my sexuality which I pushed through until I finally established myself when I was around 35 or 40 years old as a straight male.

1

It caused me to question anyone that assumed they had authority over me or anything that I might have been involved with. That has caused me a lot of challenges that I believe otherwise I would not have had to deal with. Honestly, even to this day I just don't feel like I can trust anyone in said authoritative positions to have my best interest in mind. This has been hard all the way through junior high, high school and further into my career as well as relationships. Relationships to include family, professional, friends and loving romantic.

More that anything else I believe that it has always, even to this day I had an issue with feeling that I am not good enough, just not good enough to have what I have worked so hard for in business, relationships, and everything else.
In the boy scouts I was even called before the scout master and was questioned as to whether or not I felt like I belonged there; at that time I had already accomplished "The Order of The Arrow , The God and Country Award, and I was only two or three merit badges away from Eagle Scout.
I was a great scout and loved it but when brought into that meeting I felt that I didn't deserve to stay.

Later I volunteered for the U.S. Army during the draft (Vietnam era).
I worked extremely hard to excel and it paid off.
I earned the Expert Infantry Badge (the highest honor outside of combat for an infantry man) and along with many other recognitions I earned the Marne Man of the Year Award (The top enlisted man in the 3rd Infantry division)
This led to my commander offering me a fantastic opportunity to go to college (at the expense of the Army), then attend officer training school and receive a commission as an officer.
It's the stuff that dreams are made of, but I declined thinking I wasn't good enough.
I have had similar opportunities presented to me over the years, I've owned a few businesses along the way, and it seems that every time I get to the point that I break out and reach the summit I never take that last step.
The good news is, I haven't stopped trying but there's always that shadow and the feeling that in the end I just won't take that last step.

I walked away from a perfectly good marriage with a woman that was clearly my best friend. I did not feel worthy.

Now I don't develop relationship well because I'm pretty sure I'll blow it.

I have see 4 different mental health councilors over the years and though they have tried and I've put the effort into the suggestions they've made the results I always slip when it's time to step up and accept the trophy.

Below is A letter I wrote to the man that assaulted me. I was asked by one of my councilors to write it for my own therapy.

I do hope that you to the degree that you have the authority, will hold the Boy Scouts accountable for their breach of the Boy Scout Laws.
Their Insurance company assumed responsibility for things like this and should not be given a break.
The very future of the Boy Scouts depends on whether they decide to take responsibility.

Thank you for your time,

▮

▮                                                                 05/09/05

You may not remember me. My name is ▮ and I lived in the Niceville, Florida area during some of the most influential times of my youth. While there, I was a member of Boy Scout Troop 157. Being a scout was a cool thing during my life because it opened the door to so many adventures which gave me, throughout my life an attitude that has help me understand that I can accomplish anything that I wish. I had the child hood that so many can't even dream about. My father was an officer in the Air force and that afforded him the ability to provide for his family in a very comfortable fashion. While living there in the Niceville area we had a home on the beach. It was cool as heck being able to get up on a summer morning and go out the door and jump in the bay. Fishing, boating or just running around and playing with friends in and around the water. God, what a dream childhood. By the time I was entering my early teens my father had helped me (he did most of the work) build an 8 foot sail boat. I learned how to sail it quickly. I was so crazy about boats then. It wasn't long before I had saved enough money cutting grass, washing neighbors cars and screens and delivering news papers that I was able (again with my fathers help) to buy myself a little motor boat. 10 feet long with a new power products 5 horse

power engine, what a cool boat and the adventures that my friends and I had are things that one can only find otherwise, in books.
I laugh at it sometimes now because so many of the other kids thought that I was spoiled. The truth is I worked extremely hard to gain these things. You see my father was big on teaching his boys how to acquire things through hard work. He even got a contract with Sears and Roebuck once to assemble the gates for all the chain link fences that they sold in the area. Man was that a financial windfall. He gave it all to me. He showed me how to build a jig so that I could (as if in a real production plant) easily cut and bolt the piping together and then stretch the fencing over the frame, cut it and SWISH! Like magic, I had a gate. Ha! Sometimes I find it hard even today, to imagine a kid that had it so good. Oh I sweat for it all, but I also got it all. Work ethic he called it. A man must work for what he gets. Well, back to the scout thing. I was, I guess what some might call the golden boy. I had so much help from so many people in achieving my merit badges. It was always a lot of fun, learning to do things from rope lore to cooking over a campfire. One of the things I liked most was when we went on our hiking trips, back packing through the woods seeing the wildlife, breathing the fresh air, camping and just walking our butts off and being active. I was able to get involved with the church in a big way because of my association with the scouts as well. I was presented with an offer to go for the God and Country Award through my scout master and the pastor at the church that my family attended. I was at the church after school and in the summer for what seems like now, all the time. I helped the pastor write his sermons and was introduced to the bible in a way that has been greatly beneficial to me all through the years. Then I was inducted into the Order of the Arrow. I think sometimes that even though I was very young at that stage, that the night around that giant campfire, when that big guy, dressed like an Indian, came around the circle and taped my shoulder with a hand that felt like it weighed a thousand pounds, was my first introduction to manhood, scared the heck out of me. What happened after that I can't discuss because as you might well know, once taken out of the circle one is sworn to secrecy forever. I will say that it was the first time that I was left on my own, in difficult circumstances, and had no one to call on. A life changing event I must say. By now I had received so many merit badges that I was right on the edge of receiving the Eagle Scout Award. Man would that have been the coolest thing. I already had confidence enough to take on any, and I do mean any challenge that might have come my way. I know that children that are fortunate enough to experience these things typically become the over achievers in this world. Not only do they enter into the world as highly

confident young men, but they are also respected highly not only by their peers, but also by government and industry leaders. Doors open for these young men that may never open for others. These are men that at an early age are considered to have already earned their metal. I was right there on the edge of an achievement, that would catapult me into a life that not only would give me the respect of those that would help further my future achievements, but would also give me the sense of achievement needed to go all the way to the top. All the way to the top!

Well ▮ then I meet you. Troop 157's new assistant Scout Master. You were so convincing with your seeming "to care" approach. You even had my parents thinking that you were really concerned about my growth. They let you have an enormous amount of private time with me. Going places, doing things. I remember that you had a horse you had trucked in and delivered to a stable. When they off loaded that horse from that trailer, I will never forget it stepping on my foot. Christ, that hurt and from that moment I knew that the horse and I would never get along.

Apparently, he didn't think much of me either, because a few days later when it was time for me to ride him, he obviously thought that running through the wood as fast as he could, coming as close as he could to trees, as he passed by them in an attempt to "brush me off" was his purpose in life. Man I hated that horse, but heck he was after all just a dumb ass, old, horse, and (I'm laughing as I write) WHAT AN ADVENTURE! Today I must say that I like horses. What is it they say? Horse taste kind of like chicken. HA!

I don't remember exactly when it was in those days of unbridled fun and the curiosity of a child that it happened, but I do remember another time that you and I spent time together. I'm a little confused about the time frame in which it all happened but I do, no doubt, remember what happened. We (you and I) had been doing something during the day and it was getting a little late so you called my mother and asked if I could spend the night and you would take me home in the morning. Well, it was set, I would, and then we sat down to watch a little television. After a while you said that you were going to have a drink and asked if I wanted one. Of course, a boy of that age never turns down food or drink. You had poured yourself a drink that had liquor in it and asked me if I wanted one. Wellbeing a kid and thinking that to do that would be a grown up thing to do, I was all for it. So we drank. I remember you laughing at me as I got tipsy and as a first timer would in that situation, I thought I was pretty funny myself.

I remember you asking me if I had ever been hypnotized. Well, no, but it sounded like another fun adventure to me so when you went on and asked if I'd like to be, of course I agreed. You invited me into your bedroom saying

5


that the best way to do it would be to lie down on the bed so I complied. You did this swinging of the watch thing and when you thought it was appropriate you said that I was to raise one of my legs and that I would be able to hold it up for as long as you wanted me to and that it would be no strain.

Well, I don't really think that it worked because I was fighting my butt off to keep my leg up. After a while I'm sure that you saw that and decided to tell me to lower my leg. Sitting up you said (with that smile on your face) that it was time for bed anyway and then you told me that it would be more comfortable to sleep if I were to take all my clothes off. Being tipsy and being an ignorant kid, I didn't see anything wrong with the suggestion, so again, I complied. Lying under the covers I clearly recall you rolling (with your hands) me over on my side and resting your hand on my hip for a while. Then you scooted up close to me in spooning like position and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ You got a kid drunk and then got you a little piece of virgin tail. Well, ▮▮▮▮▮▮▮ you did something else to, you screwed up my whole God Damned life you piece of shit. I immediately became rebellious about everything that was around me. I ran into trouble at the Boy Scout meeting and in an attempt to explain myself I became very frustrated and just quit. Soon after that I went out with some rebellious boys that I didn't usually hang out with and wound up painting sexual graffiti on the school walls and doors. I got busted for that and the punishment that my father dealt out was nothing, compared to the shame that I felt as word got around that little town of Niceville. It wasn't so Nice anymore. ▮▮▮ I wasn't allowed in my friends homes anymore, my parents were put under so much pressure that they decided to move to my Fathers home town in Greenville, South Carolina. I recall them talking about the only way that I would ever survive this would be to move to a place where nobody knew about this incident. Nobody knew about what you did to me at the time ▮▮▮ My family prepared to move and through it all I was feeling that I was the one that was to blame, for the need to have my father move out of his dream retirement home, which he had built with his own hands. I was the cause of the displacement of my entire family, from a place that we had all had so many fond memories and that had provided things, times and activities that we never dreamed of.

6

Moving to South Carolina wasn't something that did me a lot of good. I just went own being rebellious and causing trouble. No, I wasn't a bad kid, but I had no respect for authority anymore and I would argue or rebel at the drop of a hat, if I didn't think that something was in my best interest. You see, you grownups no longer had any value to me. You were there to use me. The people that were the most trusted were the perpetrators of horrible and despicable acts on children. I lost trust in those that were supposed to be looking out for my interest. My parents were at a total loss as to how to handle it all. They couldn't figure out what it was that had caused such a sudden change in me. In the meantime you had gone off to Viet Nam. My parents thought so much of you. They thought that you were some kind of frikin hero when I knew that the whole time you were over there with your head up between some ass holes legs being the queer that you are. I was praying that you would be killed. You had built further trust with my parents by asking them to keep your car while you were gone. I remember swiping that stupid car and driving it into a ditch. Ha! My Dad was really pissed. He drove up and it was raining and the car was so deep in the ditch that it was all the way up on its side, heck I was sitting on the side of the tire. Sitting there in the rain I will never forget the very words that my father said to me: "I give you my blood, my sweat and my tears and what do you do? You piss in it!" Ha! ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Then you came back from Viet Nam and my parents were so pleased to see you because they thought that you were a good, grown up figure for me, a good example. So they graciously asked you to stay at the house. You did your usual con B.S. on them and around the second or third night you asked me (in front of them) if I wanted to go and get some ice cream. I was already to the point where I didn't care for you, but the one person that I had not rebelled against was my mother, she thought it was a good idea, so I agreed. Off we went and after some ice cream and you (like you used to do in Florida) let me drive your car. You took the wheel after a while and found a place where you ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ felt trapped at the time and didn't respond either way. You drove us to my house and we got out and you acted like there was nothing wrong. I was so pissed at you. My parents said that you could sleep in the same room with my brother and I, later that night you got up and snuck over to where I was sleeping in the top bunk, with my brother down on the bottom. I awoke with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I've had enough, so I kicked you in the jaw as hard as I could. You piece of crap jerk! Seems like you finally got it. The next day you told my parents that you needed to get to your new duty

station down in Florida so you'd be leaving. That was the last time I saw you ▓▓▓ Except that for years, decades, I saw your face and that stupid smile that you had. I was so pissed that I had let you violate me. I told my parents after you left to go back to your Air Force job in Florida. They never did know how to handle it, or even how to handle me from that point on. I know that they wrote you a letter and I have no doubt that after you freaked for a minuet or two you just went out and conned your way into somebody else's home and raped their kid too. I felt as though I was undeserving of most of the things that came my way. I rejected the nicer people with the exception of a few. You see, I couldn't trust them. With the attitude that I had they didn't think much of me either, but I could have cared less. I still wasn't a bad kid, I just didn't give a crap about what this society and all you fucking pillars of the community thought of me anymore. I wound up quitting high school and after working at a gas station on third shift, pretty much feeling like the town loser, I just ran off and joined the army. I joined the Infantry during Viet Nam, now there's a guy that hasn't got all his marbles. I thought that I was escaping all the craziness that was around amongst teenagers during that time and I thought that I was being patriotic. Hell, I was just running scared and trying to prove to myself that I was a man. I thought that it was time to go be a man. It was a good move. I went through all of my initial training and quickly became, after being assigned to my duty station, a super trooper. I won all kinds of awards and meet every challenge that they put in front of me. Then the time came when I was coming up on one year left in service, according to my contract. They wanted me to re-enlist. They promised me everything and I had no reason to doubt them because I was the man. Heck I had my E.I.B. badge, I was selected as Marne Man of the year. They had treated me pretty good and now they wanted me to be an officer. They'd pay for college and I didn't have to report, wear uniforms or get a hair cut. That's what they finally got down to selling me. I didn't buy it. I had no particular reason to deny the US ARMY of my presence. I just thought that it was time to move on. God Damned! If I had only gotten that Eagle Scout Badge, I might have gone ahead and done it.▓▓▓ I'm not saying that you're the fault of me not getting ahead in life. What I am saying is that the shame that you put on me with your self-serving, greedy, little perversions, has kept me from feeling like I deserve the things that are rightfully mine. After the Army I foundered for a while and then opened my own construction company and took it to a point over a few years that it was providing very nicely for my wife and I. then I blew it. I just quit, I walked away from all the success I had worked so hard to build, I gave it away. Well time after time I have gotten involved with companies and started my

own as well and all just to set myself up for sabotage. It seems that every time I get to a point that I can gain major rewards for the job I am doing, I just do something to make it all stop, fall down or I just walk away. I am still one of the lucky ones I think because I have read so very much in my life and now at 52 years old I find myself able to hold an equal conversation with anybody. I am as intelligent as any I know and I have the motivation to start anything. I am afraid of nothing, except that I might actually achieve something that I don't deserve. Because I let you do that to me. Even in the relationships I have had with woman, your stupid ass has been there because for me all I want to do is please them because I felt so undeserving and as a result I lose grip on what's important to me. I have found myself having what now is described as a sexual addiction, yes that's right, I masturbate a lot. I don't really want to and as much as I do it I feel like a loser. Yes, I do it to punish myself, I deprive the woman I am with and myself of the intimate sexual pleasures because I feel that I don't deserve it. That alone has caused me so many problems with a very special woman, she knows that I do it but she doesn't really know where it all started and how much I really do it. Then this internet thing came up and there I found many perversions. All of that was no more than a lending hand to assist me in my self-destructive activities, searching the net looking for a thrill. As a result of that I can't even be myself and just so you know ▇ I'm a pretty cool guy. I'm good looking, intelligent, as articulate as they come, witty, easy to get along with and very motivated however, when I finally get to the point in anything in my life when I can honestly say, "This is what I always wanted" there you are again, you stupid piece of crap, taking all my spirit and causing me to sabotage that which I worked so hard for. You see ▇ all you had to do was take from me once to get it all. That's right you got it all. Like a thief in the night you kept on coming back day after day, year after year, decade after decade, steeling all that I had hoped, dreamed, and worked so God Damned hard for. Well, here I am pissed to no end, believe me ass hole you have no idea. There have been times that I truly prayed that I would see you again, from a distance, about 400 yards, so I could show you that I could shoot you right between the eyes at that range and there would be nothing anybody could do to bring you back. I've wanted to choke you till you were on your last breath then let you up and tell you that there should be no misunderstanding in the fact that I could kill you and not lose any sleep. Hell I don't even believe in the death penalty but you ▇ YOU should surely die. Slow and miserable, quick like a light, doesn't matter how, just being switched off. With all the power that you had over my life I just wanted once to show you the power that I could have over your stinking,

rotten life. Know what ass hole? I even prayed for you. So here I sit today ▮▮▮▮ 52 years old and all has passed me by wondering, "What in the hell is wrong with that guy?" NOTHING! Nothing at all except that some queer ass hole stole my spirit when I was just a kid. A bright kid that could have done anything, been anything, had it all. Some piece of shit introduced me to hate, and a feeling that I did not deserve, that which is good and healthy. OK! Now! Here I sit on this day May 9, 2005, and I'm taking it back. I'm taking my spirit back and I don't give a rats ass what your agenda is Mr. You have made it all very difficult and I am certain that you have victimized others as well. Look out ass hole I am going to survive what you did to me. I have suffered the shame that you have laid on me for all this time, 40 years or so ▮▮▮, it's your shame now. I have realized that I never let you do anything to me. I realize now that you just took it. You just reached out a stole it, knowing that some dumb kid wasn't going to rat you out because they would feel way to ashamed to admit it. I never did anything wrong you ass hole. IT WAS ALL YOU, YOU ARE THE WRONG DOER IN THIS MAZE OF PERVERSION AND I WILL NOT PAY FOR IT ANYMORE. You made me feel like shit for 40 years and it hasn't phased you one bit. I have grown tired ▮▮▮ tired of facing every challenge that has come my way and then loosing in the final ending, just because I didn't feel like I deserved to win. I'm growing tired of writing this letter to you. You and your actions have worn me out. There are three things that I want you to know SHIT HEAD! before I close this. 1. I do deserve to win and have that which I have worked so hard for and I will have it, I do deserve it and I am going to go out now and have it. 2. I have been for all these years your victim. I am no longer a victim I stand here on my own and I dismiss you, therefore I will no longer be your victim. 3. I will, one last time, pray for you.

You do remember me, don't you?

Know this ▮▮▮ What you did to me will no longer affect me. I am dropping all the guilt that your antics laid on me and I will not look back. I will not have job problems, or good relationships gone bad because of you. You see, I have paid and paid all my life mister, I will not pay for you any longer. As of this day, I am free of you and your perversions. I am no longer a slave to the guilt that you so wrongly placed in my life. I am no longer your victim. I am no longer a victim; I proudly walk away from all the guilt and shame. The only part that you may like is that now that I realize what has been

10

happening to me over the past 40 years I will now stand up and take full responsibility for my actions and my behavior. Having you and all of those around me to blame is no longer a part of the equation. I'm one of the lucky ones ███ I didn't fall into that trap to so far. I survived the worst that could happen, I didn't follow in your footsteps. For that I am proud.
So as far as your actions having an influence on me, it is gone, it's over. Goodbye to the ███ that you so influenced. Hello to me, ███ without guilt without shame, ███ hat will from this day forward take full responsibility.

You do remember me, don't you?

███

Life Scout
God and Country Award
Order of the Arrow
 U.S Army, Marne Man of the Year
U.S Army, E.I.B. recipient
Responsible human being
No Criminal record
Gods Child