sorry you
read this
I have no one to
help me.

I am writing to Curate To let the
Judge know all what happened to me
and how it afected my life.
my cousin an myself ivited to a 3
day Scouting Jamborie at Marys Lake
in navada. this was back in 1949.
we had to be 11. or 12 yrs old to
atend, it ben so long ago that its hard
to rember. it was sponsard by the
L.D.S. church in Yeuington navada.
pleas forgive my writing I am 84 years
old and Im haveing a hard time. I
couldnot tell anyone about this not
even my father. I dident want him
to get in to trubble over this cause he
woud be so mad I was afraid of
what he woud do. I have had
to live with all mysef it has been
so hard.
I will start at when We go to camp
at Marys Lake camp grounds
me and my cousin                    were
asiyd to a camping tent with saveral
Beds in it. after that we wr told
to dinner at th Campfire. after that we



very hard all mon from
Plymouth Utah

FILED
2021 JUN 28 AM 9: 17

and rember that Lake out there and stoped
crying and tried to be quite. and then
I felt the most pain in all my life
everthing went bluiry. I thoat the pain
would never quit and after sum time he did
quite and the said he new where I lived and
if I told anyone he would know I would see
the dark bottom of that Lake.
I will never forget what hoppen that night
and I qoubt never but older poeple coase in
the back of my mind I knew what they
wanted and all the bad dreams and
hurt started all over gain.
and now all the big and importint people
the holling all that mony are fing each
oute and trying to keep the figurt sum for
themselfer and dont care about the
poeple that realy got hurt. and only wont
the begist shar for themself.
                    Thank you for listing

I hop some will listen
then time
and think of some beside
themselfi.

we was called to different tables and the scout master gave scouting lesson an how to be safe with campfire. I was having a good time this was my first trip in scouting and I like it. and he move to other tables and I was geting tired so went to my tent made my bed and layed down to rest. after a little while. someone came into the tent and it was the scout master that was at our table and he was mee and we talked about scouting he ask me if I gelling could and no not turned and he moved close to me and put arm around me stoller then he put his hand amy leg and borld to rub my leg he head close to me and talke in to ear and said that he realy likes mee we could have a good time and to real app. and just listen dont talk just do what he said shood do I dedin understand understand. then he said that lake was real drug and rest dark down there and we do as he said and be quit I was real scared and started to cry I couldn't help it. he put hand over my mouth and told me to shut up

The seconed day all Kim were dinner
and then they went to there tabber
was staing this scenting lessuns
I was watching down the path to our tent
I see him coming up the paths and ran
to back of our tent where there was hole
between to of the beds, and cralid thru it
and into the trees and Bush and hild
and stayed thar all night and most of
the next day till I seen the Buss
coming to ~~take~~ take us home I ran back
to our tent. and my Cusen ████ was
thar and told get get on the Bus and I did.
on the ~~of~~ way home I told Lui what happend
and what th scout master said. he said not
say anything to anyone at all.
and I have not till now


Im sorry my hand writing
is so bad



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. U.S. Postal Service; June 2020; All rights reserved.

PITNEY BOWES

$ 007.950

02 1P
0004752833 JUN 04 202_
MAILED FROM ZIP CODE 84330

UNITED STATES POSTAGE

FRO

U.S.M.S.
X-RAY

WHEN USED INTERNATIONALLY, A CUSTOMS
DECLARATION LABEL MAY BE REQUIRED.

**TO:** Justice
Lauri Selber
Silverstein
BSA Bankrupcy Case
824 Market St.
6th Floor
Wilmington, DE
19801

how2recycle.info
PAPER POUCH

FSC
MIX
FSC C16404

PRESS FIRMLY TO SEAL

EP14B June 2020
OD: 10 x 6

**UNITED STATES POSTAL SERVICE®**

**USPS TRACKING #**

9114 9023 0722 4575 7380 65

LABADIR Aug. 2013
7690-17-000-0669

PS00000100000012

AIS