June 23, 2021





FILED
2021 JUN 29  AM 9:44
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Judge Laurie Silverstein
824 N. Market St., 6th Floor, Courtroom No. 2
Wilmington, DE 19801

RE:  BSA Chapter 11 Case No. 20-10343:  **Two questions**

Dear Honorable Judge Silverstein:

I am one of the abuse survivors who filed my proof of claim prior to last year's deadline.  I am hoping your office can answer two questions I have been unable to get answers to from other parties.  They are:

1) Could you please give me a physical address for the Tort Claimants Committee I can submit questions to?  The Pachulski law firm copies me on transcripts of the TCC monthly meetings where they update survivors on the proceedings and answer questions we submit via email, but I can't email from prison.

2) Can you give me some names of law firms in Texas that are representing BSA victims?  A recent TCC transcript stated there are 73 firms they are "working closely with," and the Disclosure Statement alludes to Omni Agent Solutions having an even larger list.  Omni, however, did not respond to my question about who the firms in Texas are, and Pachulski simply told me I should contact any firm with experience in childhood sexual abuse.  I appreciated that suggestion, but it was not helpful since I need guidance from a firm that is familiar with the complicated BSA proceedings.

I GREATLY NEED SOME NAMES OF FIRMS IN TEXAS WHO ARE ALREADY REPRESENTING VICTIMS WHOM I CAN CONTACT.  I understand we are essentially barred from litigating against BSA at this time, but I need guidance during the settlement process, as the TCC recommends.

I appreciate your assistance very much.