FILED
2021 JUN 29 AM 9: 50
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I need to have it the courts. I was a cub scout very young, taking it all in really don't have much that I remember before then very open to new things.

As a scout I was average in my badges.

We had to outings first Alum Rock Park we went swimming and enjoying the park. The next outing we went was to Lake Tahoe it was snowing as we got there we all got settled in at the motel. Later went to our slope where everybody was enjoying the snow I was to until my feet started getting cold. I finally complained and once we came to the conclusion that my rubber boots, I put on my boots without shoes

I was just in my socks so the leader of the scouts said that he would take me back to the motel and fix me up when we got there I went in he went in I sat down and took off the boots

He started to rub himself and got closer I was wondering what and [REDACTED]

wasn't sure what I should do. He showed me. I couldn't do him so he grabed [REDACTED]

I didn't intill now. Well I was Held Back in the second grade. Everybody past me up I was a big chubby 2nd grader now being held back I felt like a loser different from everybody else.
Hung around the different ~~people~~ people got in trouble went to juvenile jail went in the army got geo grad ~~except~~ for the ~~my~~ army I was sent to Germany ending up the 1st Sargent hands
Been in 5 relationships for a total of 30 years really kind of in the closet Never Having a homosexual relationship
Now I stopped Being with Anybody Since ~~2004~~
2004



Justice Court? Silver
Solar System
BSA Bankruptcy Case
824 Market St 6th Floor
Wilmington DE 19801