FILED
2021 JUN 29 AM 10: 08
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Laurie Selber Silverstein
Boy Scouts of America Bankruptcy Case
824 Market Street
6th Floor
Wilmington, Delaware 19801



Dear Justice Laurie Selber Silverstein:

I am writing to you again because of an article I read that stated "Judge Silverstein in quandary over trying to help the Boy Scouts of America survive at their present state after coming out of Bankruptcy." I hate to say it but as a man with degrees in Business Administration with an emphasis in Corporate Finance and Accounting; Social Psychology with an emphasis in Deviant Behavior (breaking the law), Communications with an emphasis in Journalism, Radio, and Television; and an MA in English Composition, this statement from a reputable national media company in America makes it sound like you have a self-interest/connection to the Boy Scouts of America organization. And, if I am right, then I think the men that have filed molestation complaints and law suits against the Boy Scout organization might not be getting a fair shake/trial to champion their cause.

I make this statement because from what I have read, and know, judges are NOT supposed to have any feelings or favor any of the groups that appear in their courts, because they are only rule according to the laws in the books. If the judges, or judge, does add their feelings to their decisions, or not rule according the laws because they include their personal biases into their decisions, then they commit "Embroilment" and taint their official decisions. I hate to say it, but your honor, your job is not to save the Boy Scouts of America, or protect them from men that were once young boys that got molested by employees of the Boy Scouts of America organization. The fact that the Boy Scouts of America organization knew they had a problem and did nothing to protect us boys that were in their care is the law that was broken, and that is all that matters. If the Boy Scouts go down for lack of action is not the fault of the young boys that were molested. The responsibility lies in the hands of the BSA, and it is not your job to save them from their own mismanagement, or lack of action. I pray that you will soon put your foot down and do the right thing for all of the men (once young innocent boys) that were molested.

Since ▓▓▓▓▓▓▓▓▓▓▓▓ innocence to a BSA leader.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓

PS I p▓▓▓▓▓▓▓▓▓▓▓▓ you find the right answer to these proceedings. You are in my prayers. RC

"On My honor I will do my best..." Will you? As a senior Patrol leader, I promised to "...to lead my Patrols by example and I rit. & true..." Will you??




SANTA CLARITA CA 913
24 JUN 2021 PM 1 L

Justice Laurie Selber Silverstein
Boy Scouts of America Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

