FILED
2021 JUN 29  AM 10:10
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverman,

  Before I decided to go through with this action against B.S.A, I did a whole lot of praying and soul searching to make sure I was doing this for the right reasons instead of letting my thoughts of dollar signs guide me.
  This is what I would settle for: a letter of appology from B.S.A for letting this happen to me. But I doubt I'll even see that.
  The way I see things playing out is the lawyers and insurance companies are the ones that will get any money. I don't know any of the other people involved in the suit but I know how I'm feeling. When I learned of Insurance Company involvement I knew it was all going to go theyre way.
  I'm 63 years old, got three stints in my heart, Congestive Heartfailure, A-phib, went through 9½ months of chemo for Hep-C, and aggressive Rhuematoid Arthritus, so I'm probally not going be able to wait out the insurance company.

But your Honor, I swear that everything I put down on my complaint is true. I was molested and I remember it like it was yesterday even though it was 50 years ago.

I have zero faith in lawyers and even less in Big Insurance companies. All I've ever heard about either is they're out for themselves

I'm disappointed in the way things are playing out. Disappointed but not suprised. I just wonder how you would feel if this had happened to you?

Sincerely Disappointed



BIRMINGHAM AL 350
23 JUN 2021 PM 1 L

U.S.M.S.
X-RAY

Justice Lauri Selber Silverman
B.S.A Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE
19801-302458

