6-20-2021

Case # SA - ███
  Claim.

To: THE HONORABLE Judge Silverstein,

I know you are busy and have recieved many letters, so, I will try to get to the point. I was molested by Boy Scout leader when I was eleven or twelve years old. I am now Sixty Three years old.

███

I cannot remember troop Number either. My pack was Flaming Arrows. Pinedale California, Sequoia Council in 1969 or 1970. I never told anyone till the Boy Scouts recently urged victims to come forward. Please, your honor do not let us victims be abused again financially by BSA, Local Councils, Insurers and even Attorneys. I think 40% contingency seems high, especially if they have over 100 clients. (victims)

Thank you ███





Judge Laurie Selber Silverstein
824 N. Market St.
6th. Floor
Wilmington DE. 19801

GRAND RAPIDS MI 493
22 JUN 2021 PM 3 L