

FILED

UN 29  AM 10: 28

CLERK
ANKRUPTCY COURT
RICT OF DELAWARE

June 21st, 2021

Honorable Justice of the Court in Delaware
Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE  19801

My name is ▮▮▮▮▮▮▮▮ and I have upon my own
selected to apply for an upgrade on my United States Army Discharge.
They of Course have stalled the proceedings for 40 years based on their
claim that for reasons of the Army that I personally knew and signed a
Contract to my Discharge. Which is not true, and my defense in the
first few investigations was that I had asked why they discharged me.
But for some reason they continued to degrade the issue down grade
my assigned Discharge and device the procedure.

Of Course, I never filed it as Discrimination because I would
have needed an Attorney to do So in 1978 because the violation of Title
18 U.S.C. Section 1028A Aggravated Identity Theft had not been
created until 1991. Of course, they could have created it the same way
they created The Speedy Trial Act and changed it over to Expeditious
Discharge Program for the Army. My claim that it was a childhood
remedy they my family needed to steal my mail and bribe the Officials
could not be taken at that time due to Identity Theft claim.

I file it as an appeal in the United States Federal Claims Court
based on that Hostile Environment and Assault on a Younger fellow of
the Armed Services and causing a hostile environment in the way they
Honorably discharged the younger Veteran. Whereby, later added to
the discharge after a later date to add equity against the Veteran in
their statement of claim that states, Page 3 of the ABCMR Numbered
#14 states, "He may encounter substantial prejudice in civilian life if
he receives and under honorable conditions (general) discharge."
Whereby were hostile conditions enough to retain the Veteran so they
asked him if he would like to be Reserve. After the statements of their
Conductive and Construction of their ability to Discharge him without

I

any Protective Procedures Conduct in the immediate Red Herron of Escalations against the only African American in that troop.

I will send to your attention the documents that I have not been able to get reviewed due to my isolation as follows: I am attempting to get my Military Discharge upgraded and a reparation fee paid to me based on my being a Peace-time Volunteer Veteran that during the years I was in the Military during 09/29/1976 until 06/23/1978. Since I was not a draftee or a War time Veteran or Soldier, I was not allowed the Justice Advocates Counsel. Because, Justice Advocating Counsel are usually manned by Veterans of Foreign Wars, Purple Heart Veterans, Volunteer War Veterans, American Legion, Disabled American Veterans none of which I was a member of in the Military but so close to Vietnam my all white troop the United States 3rd Armored Cavalry Regiment were mostly War time Veterans and all a member of that long line of associations that where a conflict of interest to me because of Title 18 U.S.C. Section s 1028A.

I would like to add to this letter that when I was a child living with, I was the youngest of 4 siblings ███████         was the Oldest, ████████ was the younger of ████████ was the older of me I was ████ the youngest. They used to leave me as a single individual child at home many times. When I was 8, we used to have to walk to Church at Main Street Baptist Church in Lexington Kentucky Martha Lincoln's Church, but it was a Majority Black Congregation. We could have just gone to the Bethlehem Baptist right on the corner of Charlotte Court. However, the Cub Scouts and Boy Scouts were in that Building and I believe that is where my Dad ████████ was a Boy Scout Master. Most of the people who would go there are the Orphanage right next door to the Bethlehem Baptist. When I was there no one would ever be there. So, I as well would walk all the way at least 3 miles to Main Street Baptist Church on the way I saw the Public Library where I intended to visit on my own. When I finally did visit the Library, I borrowed a magazine with the address to a Preferred Share of Stock in the back.

So, I decided I was going to go to walk some hot horses and then purchase the stock. However, when I attempted to beat the family to the punch due to their isolation of me ████████ stood over me and although I knew what to do, he would claim that he helped me write it. 18 U.S.C. Section 1028A. I never knew what happened to the stock for many years I wondered why the Company

never replied.  Suddenly ███████████████ in the late 1960's began using my name to bill his telephone use, and then inline with him ███████████ and ████ and their children are now following.  Claiming Statutes of limitation because they have eluded me this many years.  However, even though after a while of not have heard from the Company I assumed the Company did not really exist.  Not knowing the ██████████ had taken the mail and used them as guardian affirmative in violation of 18 U.S.C. Section 1028A which did not exist at that time.

The way I found out about the most logical reason I did not get my share(s) was in 2017 I applied for upgrade in my Discharge asking the enclosed letters to explain to me why I did not get to go on my levy when in the Army.  They did not want to answer me, and the U.S. Attorney General send me a copy of my Military Records that I had never received because of the many necessities to move based on lack of funds and homelessness due to the discharge I got from the Military.

Anyway, my entry statement was missing which is what I had asked ██████████ to sign when I was 16 to get into the Military.  Then I remembered when I was 9 years Old ██████████ had come to me and was sliding through his fingers and smacking his own hand with some penny shares of stock.  As an obedient Child I stated, to him, "I hope I get some of those," not knowing at all that what he had was mine.  Added to that evidence is the fact that they all began using my name for their bills like the ██████ bill that just stopped collecting for nothing on my Credit report.

Later, ██████████ my mother who left me when I was a small child.  I was in my twenties, and I began a mother-son relationship with her in Cincinnati, Ohio.  I had attempted to start a Delaware Corporation called, "The Star Tour's Equity Hotel Resort."  One day I came to get what I had asked to keep there at her apartment for a few days my portfolio from Delaware.  She claimed it was lost or something but never involved me in anything other than that.

I truly believe ██████████████ started and funded the Boy Scouts in Lexington, Kentucky who changed their names to Micro-City Government a children group who agreed with their older commanders for sexual activities to deplete the Urban County Government and me from my opportunities including my Discharge upgrade.

3



ENCL: DOCUMENTS

UNITED STATES FEDERAL CLAIMS COURT
Howard T. Markey National Courts Building
717 Madison Place, NW
Washington, DC 20439

CASE NUMBER _____

Case numbers from the Army Boards of Review cases
Docket Numbers: █████████████████████████

████████████ APPELLANT PETITIONER

VS.

UNITED STATES ARMY REVIEW BOARDS AGENCY
251 18TH STREET SOUTH, SUITE 385
ARLINGTON, VIRGINIA  22202-3531

\*\*\*\*\*

NOTICE OF APPEAL

\*\*\*\*\*\*\*

Notice is hereby given that ███████████████████

the Plaintiff is all of the parties taking this appeal, in this

the above mannered named case, █████ hereby appeal to

the United States Federal Court of Claims from the

United States Army Review Boards Agency located at 251

18th Street South, Suite 385, Arlington, VA  22202-3531;

after giving it many thoughts, it is requested that Post

Judgment relief be allowed for the Plaintiff/Petitioner due

to wanting of prosecutions without cause by the

1

Appellees, Defendants.

This Notice of Appeal is from a request by the Plaintiff/ Petitioner that his Discharge be corrected to reflect his own personal data instead of that of the arbitrators harassing him; Instead the Army Review Boards Agency had the Jurisdiction to change the misappropriated acts of Assault and harassment but did not.

The Army Review Boards Agency order is claiming that reconsideration is final judgment by them entered May 11, 2021. The decision by the Army Review Boards Agency is in error and is an attempt to add the Plaintiff to their list of cashiering based on lies and diabolic choice.



CERTIFICATIONS OF SERVICE

This is to certify that a true and concise copy of this Notice by the Plaintiff for a Notice of Appeal has been sent to the Defendants as follows:

1.) United States Army Review Board Agency 251 18th Street South, Suite 385, Arlington, VA 22202-3531

2

On this the 15th day of June, in the year of 2021.

By



**DEPARTMENT OF THE ARMY**
ARMY BOARD FOR CORRECTION OF MILITARY RECORDS
251 18TH STREET SOUTH, SUITE 385
ARLINGTON, VA 22202-3531

May 11, 2021



Dear Mr

I regret to inform you that the Army Board for Correction of Military Records denied your application.

The Board considered your application under procedures established by the Secretary of the Army. I have enclosed a copy of the Board's Record of Proceedings. This decision explains the Board's reasons for denying your application.

This decision in your case is final. You may request reconsideration of this decision letter to the above address only if you can present new evidence or argument that was not considered by the Board when it denied your original application.

Sincerely,



Enclosure

Printed on Recycled Paper

ARMY BOARD FOR CORRECTION OF MILITARY RECORDS

## RECORD OF PROCEEDINGS

IN THE CASE OF: █████████████████

BOARD DATE: 13 November 2020

DOCKET NUMBER: █████████████████

APPLICANT REQUESTS: Reconsideration of the previous Army Board for Correction of Military Records (ABCMR) decision promulgated in Docket Number█████████████ on 17 May 2016. In effect, he requests his under honorable conditions (general) discharge be upgraded to an honorable discharge. Additionally, he seeks Department of Veterans Affairs (VA) disability compensation for several physical conditions.

## APPLICANT'S SUPPORTING DOCUMENTS CONSIDERED BY THE BOARD:

- DD Form 149 (Application for Correction of Military Record Under the Provisions of Title 10, U.S. Code, Section 1552), dated 6 December 2019, with self-authored statement

## FACTS:

1. Incorporated herein by reference are military records that were summarized in the previous consideration of the applicant's case by the ABCMR in Docket Number ██████████████ on 17 May 2016.

2. Title 10, U.S. Code, Section 1552a (3)(d) provides that any request for reconsideration of a determination of a Board under this section, no matter when filed, shall be reconsidered by a Board under this section if supported by materials not previously presented to or considered by the Board in making such determination.

3. Army Regulation 15-185 (ABCMR) currently provides that a request for reconsideration will be resubmitted to the Board if there is evidence (including but not limited to any facts or arguments as to why relief should be granted) that was not in the record at the time of the Board's prior consideration.

4. A portion of the applicant's request concerns the VA's awarding of, and compensation for, certain physical conditions. Disability compensation and pension awarding is a function of the VA and is outside this Board's purview. As such, requests and contentions related to disability compensation, as they pertain to the VA, will not be further addressed after the applicant's statement.

1

ABCMR Record of Proceedings (cont)

5. The applicant states, in effect:

a. He was trained to be a Quartermaster specialist; however, he was sent to the 3rd Armored Cavalry Regiment after his leadership lost his entry documents and told him his military occupational specialty had been abolished. Consequently, he was left without advocacy. He was a Quartermaster Soldier who was sent to a tank squadron, an elite group of white men, and although he was the only African-American, the "gerrymandering" came from other Black men whose fathers were white.

b. His commander stated that he was going to be separated under the Expeditious Discharge Program (EDP), because he had been found in possession of a half-ounce of marijuana. He was told he could either accept an Article 15 of be tried by a court-martial, so he took the Article 15.

c. He seeks compensation and a disability rating for the compensation exam he completed on 5 December 2019. Due to misconception by a third party, his disability was overlooked and withdrawn at the onset. The December 2019 compensation exam found that his ear was infected and was holding fluid in the back of his ear; and his neck had a goiter; and these issues are stated in the codes as:

- Code 6260: Tinnitus (ringing in the ears)
- Code 6200: Chronic suppurative Otitis media swelling caused by bacteria and is taking eardrops called (Neomycin and Polymyxin B Sulfates and Hydrocortisone Otic Suppression, USP Sterile)
- Code 6201: Chronic nonsupurative Otitis media with effusion
- Code 6204: Peripheral Vestibular Disorder

d. He seeks redress in the form of an immediate injunction blocking their [unspecified parties] claim to have him added to the "street people roster" and their claim that he was a problematic Soldier when it was they who blocked training and entry for their own gains. He seeks compensation and back pay for the error that was beyond his control.

6. The applicant enlisted in the Regular Army on 29 September 1976.

7. The applicant was formally counseled on three separate occasions between 2 November through 17 November 1977, for reasons including but not limited to:

- being late for formation, on or about 2 November 1977
- being late for formation, on or about 10 November 1977
- being disrespectful toward and cursing at a noncommissioned officer (NCO), on or about 17 November 1977

2

ABCMR Record of Proceedings (cont)

8. The applicant was counseled on 2 March 1978 for substandard personal appearance and hygiene. It was noted that he had been counseled on several occasions for the same issues and was made aware that continued behavior of a similar nature may result in the initiation of elimination actions.

9. The applicant was apprehended by El Paso, Texas police department on 5 April 1978, for disorderly conduct. He was released and charges were dismissed without trial.

10. The applicant was formally counseled on four separate occasions between 8 April 1978 through 8 May 1978, for reasons including but not limited to:

- conduct, duty performance, and military bearing below acceptable standards
- continually being picked up by law enforcement for disorderly conduct
- driving while intoxicated and without a license
- being late for formation and not being up to standards
- failing to make formation

11. The applicant received non-judicial punishment (NJP) on 23 May 1978, under the provisions of Article 15 of the Uniform Code of Military Justice (UCMJ), for wrongfully possessing .5 ounces, more or less, of marijuana, on or about 14 May 1978.

12. The applicant underwent a mental status evaluation on 25 May 1978. The relevant DA Form 3822-R (Report of Mental Status Evaluation) shows he had normal behavior; was fully alert and oriented; and had clear thought process and normal thought content. The evaluating physician determine he had the mental capacity to understand and participate in any administrative proceedings and he was psychiatrically cleared for any administrative action deemed appropriate by his Command.

13. The applicant's immediate commander notified the applicant on 15 June 1978 that he was initiating actions to separate him from service under the provisions of Army Regulation 635-200 (Personnel Separations – Enlisted Personnel), paragraph 5-31, under the EDP. The applicant's commander advised him of the rights available to him and of the effect of any action taken by him to waive his rights.

14. The applicant acknowledged receipt of the proposed separation memorandum on 16 June 1978. He further acknowledged that he may encounter substantial prejudice in civilian life if he received an under honorable conditions (general) discharge. He voluntarily consented to the separation on 16 June 1978. He elected not to submit statements in his own behalf.

15. The applicant's commander formally recommended his separation from service under the provisions of Army Regulation 635-200, paragraph 5-31, based on his poor

3

ABCMR Record of Proceedings (cont)

attitude and performance despite continuous counseling and correction. His repeated instances of absence from place of duty and disobedience of superiors demonstrated a lack of self-discipline, while his shirking of duty and need for constant supervision showed no motivation for continued service. All indications were that continued attempts at rehabilitation would be fruitless.

16. Consistent with the chain of command's recommendations, the separation authority approved the applicant's discharge, under the provisions of Army Regulation 635-200, paragraph 5-31, and directed the issuance of a DD Form 257A (General Discharge Certificate).

17. The applicant was discharged on 23 June 1978, under the provisions of Army Regulation 635-200, paragraph 5-31. His DD Form 214 (Certificate of Release or Discharge from Active Duty) confirms his service was characterized as under honorable conditions (general).

18. The applicant petitioned the Army Discharge Review Board (ADRB) for an upgrade of his service characterization. The ADRB considered his request on 15 October 1986, determined he was properly discharged, and denied his request for relief.

19. The applicant petitioned the ABCMR for an upgrade of his service characterization. The ABCMR considered his request on 17 May 2016, determined he was properly discharged, and denied his request for relief.

20. The Board should consider the applicant's request in accordance with the published equity, injustice, or clemency determination guidance.

## BOARD DISCUSSION:

The Board carefully considered the applicant's request, evidence in the records, and published Department of Defense guidance for consideration of discharge upgrade requests. The Board considered the applicant's statement, his record of service, the frequency and nature of his misconduct, the reason for his separation, and whether to apply clemency. The Board found insufficient evidence of in-service mitigating factors and the applicant provided no evidence of post-service achievements or letters of reference in support of a clemency determination. Based on a preponderance of evidence, the Board determined the character of service the applicant received upon separation was not in error or unjust.

ABCMR Record of Proceedings (cont)

## BOARD VOTE:

| Mbr 1 | Mbr 2 | Mbr 3 | |
|-------|-------|-------|-|
| : | : | : | GRANT FULL RELIEF |
| : | : | : | GRANT PARTIAL RELIEF |
| : | : | : | GRANT FORMAL HEARING |
| :JD | :SP | :GK | DENY APPLICATION |

## BOARD DETERMINATION/RECOMMENDATION:

The evidence presented does not demonstrate the existence of a probable error or injustice. Therefore, the Board determined that the overall merits of this case are insufficient as a basis to amend the decision of the ABCMR set forth in Docket Number ██████████ dated 17 May 2016.

3/6/2021



I certify that herein is recorded the true and complete record of the proceedings of the Army Board for Correction of Military Records in this case.

## REFERENCES:

1. Title 10, USC, Section 1552(b), provides that applications for correction of military records must be filed within three years after discovery of the alleged error or injustice. This provision of law also allows the ABCMR to excuse an applicant's failure to timely file within the three-year statute of limitations if the ABCMR determines it would be in the interest of justice to do so.

2. Army Regulation 635-200 sets forth the basic authority for the separation of enlisted personnel. The version in effect at the time provided that:

a. An honorable discharge is a separation with honor and entitles the recipient to benefits provided by law. The honorable characterization is appropriate when the quality of the member's service generally has met the standards of acceptable conduct

5

and performance of duty for Army personnel, or is otherwise so meritorious that any other characterization would be clearly inappropriate.

b. A general discharge is a separation from the Army under honorable conditions. When authorized, it is issued to Soldiers whose military record is satisfactory but not sufficiently meritorious to warrant an honorable discharge.

c. Chapter 5 provided for the EDP. The pertinent paragraph in chapter 5 provided that members who had completed at least 6 months but less than 36 months of continuous active service on their first enlistment and who had demonstrated that they could not or would not meet acceptable standards required of enlisted personnel because of poor attitude, lack of motivation, lack of self-discipline, inability to adapt socially or emotionally, or failure to demonstrate promotion potential could be discharged under the EDP. It provided for the expeditious elimination of substandard, nonproductive Soldiers before board or punitive action became necessary. Soldiers had to consent to separation under this program in order for commanders to separate them under the provisions of the EDP. Otherwise, a commander was required to separate Soldiers under other provisions of the regulation, which in most cases resulted in an under other than honorable conditions discharge. Individuals discharged under this provision of the regulation were issued either a general or honorable discharge.

3. The Under Secretary of Defense for Personnel and Readiness issued guidance to Military Discharge Review Boards and Boards for Correction of Military/Naval Records on 25 July 2018, regarding equity, injustice, or clemency determinations. Clemency generally refers to relief specifically granted from a criminal sentence. Boards for Correction of Military/Naval Records may grant clemency regardless of the court-martial forum. However, the guidance applies to more than clemency from a sentencing in a court-martial; it also applies to any other corrections, including changes in a discharge, which may be warranted on equity or relief from injustice grounds.

a. This guidance does not mandate relief, but rather provides standards and principles to guide Boards in application of their equitable relief authority. In determining whether to grant relief on the basis of equity, injustice, or clemency grounds, Boards shall consider the prospect for rehabilitation, external evidence, sworn testimony, policy changes, relative severity of misconduct, mental and behavioral health conditions, official governmental acknowledgement that a relevant error or injustice was committed, and uniformity of punishment.

b. Changes to the narrative reason for discharge and/or an upgraded character of service granted solely on equity, injustice, or clemency grounds normally should not result in separation pay, retroactive promotions, and payment of past medical expenses or similar benefits that might have been received if the original discharge had been for the revised reason or had the upgraded service characterization.

//NOTHING FOLLOWS//

# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| ███████████████ | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff(s),** | ) | Case No. _____ |
| | ) | |
| v. | ) | Judge _____ |
| | ) | |
| THE UNITED STATES, | ) | |
| ARMY BOARD **Defendant.** | ) | |
| OF CORRECTION | ) | |
| OF MILITARY RECORDS | | |

### Application to Proceed *In Forma Pauperis*

███████████████████, declare that the following is true and correct; that I am the plaintiff in the above entitled case; that in support of my application to proceed without being required to prepay fees, costs, or give security thereof, I state that because of my poverty, I am unable to pay the costs of said proceedings or to give security thereof, and that I am entitled to relief pursuant to 28 U.S.C. § 1915.

1. Are you incarcerated?  ◯Yes ⬤No  (If the answer is no, go to question 2.)

   I am being held at:  NA-------------------------------------------------

   Do you receive any payment from this institution?  ◯Yes ⬤No
   Monthly amount: _____

   ☐ I have attached a certified copy of my trust fund account statement (or institutional equivalent) for the six (6)-month period immediately preceding the filing of this complaint, as required by 28 U.S.C. § 1915(a)(2).

   ☐ I have attached a "Prisoner Authorization form" authorizing the Facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the court certified copies of my account statements for the past six (6) months.

2. Are you currently employed?  ⬤Yes ◯No
   a. If the answer is yes, give the name and address of your employer and state the amount of your salary or wages per month (both gross and net).

   Title V employment same as my Veterans Benefits and Social Security

b. If the answer is no, state the date of last employment and the amount of your salary or wages per month (both gross and net).

NA---------------------------------------------------------------------------------------

3. *Within the past twelve (12) months*, have you received any money from the following sources?
   a. Business, profession, or other form of self-employment?  ○ Yes  ● No
   b. Rent payments, interest, or dividends?  ○ Yes  ● No
   c. Pensions, annuities, or life insurance payments?  ○ Yes  ● No
   d. Gifts or inheritances?  ○ Yes  ● No
   e. Any other sources?  ● Yes  ○ No

If the answer to any of the above is yes, describe each source of money and the amount received in the last twelve (12) months, and what you expect to receive in the future.
Social Security Administration and the Veterans Administration and a Title V Job that rehabilitating Citizen get for being Senior Citizens employment.

If the answer is no to all of the questions above, explain how you are paying your expenses.
See the Affidavit Complaint attached---->

4. How much money do you have in cash or in a checking, savings, or inmate account?
$0

5. Do you own any automobiles, real estate, stocks, bonds, securities, trusts, jewelry, art work, or other financial instruments or items of value, including any items of value held in someone else's name? If so, describe each property and its approximate value.
I Pay $200 and Insurance for a Chrysler Sebring and paying for loan to for it to run.

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of each monthly expense.
$565 a month for rent $140 a month for haviing get a loan to fix the Car. and have other loans

7. List any persons dependent upon you for support, your relationship to those persons, and how much you contribute toward their support.
NA I think the one Girl friend I had in the Service my Brother ended up with her.

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable.
Rental Insurance $12 a month, Life Insurance $40 a month

*Affidavit:* I declare under penalty of perjury that the fo[r] statement may result in dismissal of my complaint.

06/15/2021  06/18/2021
(Date)

NA----------------------------
Prison Identification # (if incarcerated)

Print Name (Last, First, MI)

# In the United States Court of Federal Claims

|                                                        |
| ------------------------------------------------------ |
| ████████████████████████ )                             |
|                                                    )   |
|                                                    )   |
|        Plaintiff(s),  )   |
|                                                    )   |
| v.                                                 )   |
|                                                    )   |
| THE UNITED STATES, ARMY BOARD )                        |
| OF ~~MILI~~ CORRECTION OF MILITARY )                   |
| RECORDS      Defendant.        )   |
|                                                    )   |

Case No. _____

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.
If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.*, 28 U.S.C. §§ 1491-1509).

Now comes the Petitioner or Plaintiff and deposed states that he believes he is entitled to redress based on 18 USC Section 1028A Aggravated Identity Theft which didn't exist when he was discharged based on what the Army called the Expeditious Discharge Program in which if was in a Civilian Capacity it would be called the 1974 Speedy Trial Act. Where the Defendants or respondents are claiming that the Plaintiff established himself at this so Called Expeditious Discharge Program based on a issue of concern; Whether or not he is guilty or if he was guilty? The Defendant's involved entrapped the Plaintiff by calling on him to except that he was in possession of Marijuana or Weed in the so called Iran Contra era of the Military in a Peace-time filled with empty barracks and a loss of the use of African American as a Race name. Many Blacks whose Parents where mixed called upon their children to establish themselves as African American although they had at least a Mother or Dad that was white or Caucasian. Eliminating the effects of discrimination on the real African American's who like me was African American with a Mother that was African American, and a Dad that was African American.

This jurisdiction should run concurrent with the fact that it was the Petitioner's Plaintiff's Dad who caused Title 18 USC Section 1028A by allowing ████████████ My Brother to bring my entry form to the Recruiters Office. Causing an immediate Prejudicial effect of Discrimination on the Plaintiff. See the Attached Declarative Complaint.

## 2. PARTIES

Plainti␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣, resides a␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣

                              (Street Address)

     (City, State, ZIP Code)                 (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

NA--------------------------------------------------------------------------------------------------------------
NA--------------------------------------------------------------------------------------------------------------
NA--------------------------------------------------------------------------------------------------------------

## 3. PREVIOUS LAWSUITS.

Have you begun other lawsuits in the United States Court of Federal Claims?    ☑ Yes  ☐ No

If yes, please list cases: It wouldn't be clear to say it can only be established at the recording level

## 4. STATEMENT OF THE CLAIM.

State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

The U.S. Army has established that I had an otherwise satisfactory status but for some reason a few months before my End of time Service for Honorable discharge status the Captain on his own motion acted to establish an Expeditious Discharge for some reason I would say medical but having Marijuana that all of the other Soldier would have probably had as well in an abundance due to the Iran Contras during the Carter Administration would have to had violated the new Law of 1991 Title 18 USC Section 1028A. Because the things they were adding to the Plaintiff's report was unentitled and was backed by claims of witnesses. The witnesses were unknown to the Plaintiff and the Plaintiff could only add that if they had witness then the issue was corrupted but there were no laws at that time to support a claim as if the Captain would have went through a full Court Martial. The Jag would not have been in existence, or the Plaintiff with no law practice would have taken on an unknown witness without question or Military Backing if you see the claims on the decision by the Defendant's the Plaintiff States he of (I) didn't do any of the things they are saying in fact the police dismissed the one where the defendant called them to claim that I was drunk driving on base. All of the claims made by the Defendant were fabricated including the witnesses.

Assault by Misrepresentation and Theft of identity 18 USC 1028A. Then to come in to the use of identities property by false witness using. During on issues.

A-6

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

Upgrade my discharge to Honorable and return my Property to me as stated in re:  The Property of William Clay Maxberry all but his

In no way can they establish some sort of unsatisfactory claim on property

Back Pay and my Commission status when they find the filibuster who took it.

Add Medical due to the PTSD and Brainwashing techniques  They utilized.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ~~15th~~ 15th   day of June

    (day)               (month)

# In the United States Court of Federal Claims

███████████████████████ )
                        )
                        )
                        )
           Plaintiff(s), )        Case No. _____
                        )
v.                      )        Judge _____
                        )
THE UNITED STATES,      )
                        )
           Defendant.   )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that on 06/15/2021 , _____, a copy of My complaint and
In forma Pauperis and Affidavit and ~~Notice of Appeal~~ (
was mailed via U.S. First Class , to Army Review Boards Agency ,
at 251 18th Street South, Suite 385, Arlington, VA 22202-3531 .

_____
(Signature of Applicant)

███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
(Phone Number)

1

2

3

4

# UNITED STATES OF AMERICA FEDERAL CLAIM

5

6

**THIS IS A STATE AND FEDERAL OATH /DECLARATION - 28 U.S. Code § 1746 &**
7      **Wisconsin Statutes of 877.015(f)**

8

   **IN THE COUNTRY OF THE UNITED STATES OF AMERICA STATE OF**
9      **WISCONSIN**

10      **AT: CHIPPEWA COUNTY, WISCONSIN**

11      **AT: EAU CLAIRE COUNTY, WISCONSIN**

12      The undersigned ▮▮▮▮▮▮▮▮▮▮ being duly sworn, deposes and states:

13

14      1. I am over the age of 18 and I am a resident of the State of Wisconsin in the County of
Chippewa, at Eau Claire County Library and a United States Citizen and prior Military Service
15      member. I have personal knowledge of the facts herein and if called as a witness can testify
completely hereto.

16

17      2. I suffer no legal disabilities in this matter and have personal knowledge of the facts set
below.

18      3. I am ▮▮▮▮▮▮▮▮ nd I am the person the legal description of the ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮ who's Military Driver's License described as ▮▮▮▮▮▮▮▮▮▮
19      who served in the Military in the United States Army from September 29, 1976, to June 23,
1978.

20

21      4. I am the same ▮▮▮▮▮▮▮▮ that served in the United States Military from
September 29, 1976, to June 23, 1978, and I have never served anytime else in the United States
22      Military.

23      5. I am the same ▮▮▮▮▮▮▮ that served in the United States Military from
24      September 29, 1976, to June 23, 1978, and I have never served anytime else in the United States
Military. Whose mail was stolen from him in his childhood this is new and undeveloped
25      information. ▮▮▮▮▮▮▮▮ had gave my Entry Statement to ▮▮▮▮▮▮▮ who by
18 USC 1028A assumed my identity and ended up going to Hawaii like I had asked.

26

27      6. I attempt to use imaginary damages to run my property by saying the above and
stating that the present owners are not my parents. However, I have still been illegally and
28      aggregately removed from the company's assets and blinded due to childhood misrepresentation

PLEADING TITLE - 1

by my own family. I would like to void out any expenses due to the lack of receiving any assets so far. By a group of 3rd and 4th Parties who intentionally go AWOL and other demerits and then adds satisfactory people or me as an African American to that heinous deceitful blank letter with many false accusers as witnesses it finds its way straight through without investigation.

7. It was ████████████ offense of purchasing Micro City Government, for the Boy Scouts, with the Plaintiff Preferred Share of Stock. ████████ nd 3 other big guys although I was in the living room when the City of Lexington barged in and extracted him as though he was a child molester of my older brother ████████████ Who had told ████ a Gay man that ████████ ad molested him, now known as the ill-fated Micro-City Government?

8. Micro-City Government is a School Age Childhood organization that mocks the City's Official Structure that got [(Dunbar High School Then Junior High-A Majority Black or African American School)] Closed down due to rioting. I never got to touch one penny of the Penny Stocks they utilized to develop such a corrupted structure now known as the Boy Scout Claims.

9. Since, I the only determination of overseas duty that I had was Reforger 1977 a training academy I am not considered a War Time over Seas Military Person. As for that reason the Veterans of Foreign Wars Organization has not participated in helping me clear my name from a 3rd Party harassment and claim that I have liability in the place of the Military. 18 U.S.C. Section 1028A.

10. Although I needed my dad to sign the entry document when I was in the Recruiter's Office, he had stated that he had the entry document which is not in my files that the United States Attorney General sent to me, and it seems that the Boy Scouts were utilized to keep the Corrupt from getting prosecuted.

11. My Official Records where somehow changed with the documents I have now, and the then Captain ████████████ was bribed to cause this 5th and 6th Amendment error, stating that if I did not sign the Article 15 that I would be Court martialed and no Attorneys would help, it did seem like the base had closed and there were no advocacies to be found.

12. ████████ was apparently bribed by ████ an assistant of the Boy Scouts or Micro City Government, such effect that in World War I when the Germany Soldier had the African Women to themselves caused another type of issue that caused me to witness some Blacks who knew exactly how to handle the white soldiers but since I am African American a Black Mother and a Black Dad. The Darker Blacks who claim not to be African's are the actual Black Whites and they are very prejudice about their white Dads. On the other hand, they were White men darkening their skin in my presences. Causing a Hostile environment. As for instance in the Days of Black or the Negro Leagues Atlanta Called their team name The Black Cr######! This is an Affidavit and not a harassing image of the truth.

13. I have never been allowed to join the Veterans of Foreign Wars Organization and in Milwaukee this was seen by the other organizations as a conflict of interest along with Disabled

PLEADING TITLE - 2

1  American Veterans.  These are reasons why the stall has caused this issue to extend out to 40+
2  years.

3          14. I am pro se, and having to develop the claim myself, and that I am Post Vietnam all
   by myself without Vietnam Veterans Help, or VFW, or DAV the conflict of interest is not mine.
4  They are attempting to make me sue in Court which would be me suing myself.

5          15.  I am an unprotected in legality by Veterans of Foreign Wars, Purple Heart Veterans,
6  Jewish Veterans, Vietnam Veterans, Disabled American Veterans, American Legion because I
   am a Peace time Veterans and they have made it their essences to call my claim a conflict of
7  Interest.  I had no ability to obtain representation during my claim while in the Military Service
   due to discrimination.  I never had marijuana, and the 3rd party and the captain were in cahoots
8  as bribing and denial of due process since there were no attorneys on Fort Bliss, and if there was,
9  they had hidden from me to force me into my own protection.

10         16.  Although I was charged and given a misdemeanor at Wis. Stats. Section 944.30 I
   only had $3 in my Pocket they claimed I offered the Police lady $20 because I made a turn into
11 their sting area on 14th and National in Milwaukee, WI  the Judge wa█████████ Who was
   on the board in the Wisconsin Supreme Court in the Maxberry v. ERD claim?  Then they
12 charged me with the Mann Act and sanctioned me to pay $1,000 even after they helped to dilute
13 my shares of blinded ambition of buying a preferred share that I never got to touch because they
   let Bootlegger ███████████████ corrupt the Security of the Exchange by under the table
14 trading and insider trading.

15         17.  I believe that the Defendant is causing IX retaliation by funding Goodwill with my
16 efforts in order to get a job with them.  Considering that they are holding on to a request for
   sponsorship when I attended the University of Wisconsin-Milwaukee, my claim on Sub Form
17 theory that they also gave to another organization.

18         18.  The Defendants are using what the kids in the U.S. Army used when they attached
19 fair minded Plaintiff as witnesses attached to each other as a Union giving false testimony almost
   caused the Plaintiff to get a dishonorable discharge for nothing except his good character and no
20 union affiliation.

21         19.  If there is a question at Veterans Administration about the personal identity of the
22 Veterans █████████ then the next hearing the Board has they must allow the Veteran
   █████████████ to present his own claim as to this:  It would allow █████████████ to
23 present to them his personal Identification and identity.  Many of the usual representatives are in
24 conflict of interest with the Veterans███████████ do to his it was an involuntary seed
   money by the taking or corruption.
25                              ANSWER TO THE ARBA DECISION

26         20. The facts established by Records of Proceedings seems to reflect that a fact is their
27 rebuttal to the facts that disability was present at the time of end of time served and therefore
   must be established in a trustworthy way when it is deemed that the rebuttal fumbles, or on the
28

PLEADING TITLE - 3

other hand makes steamed peas for a cold, cold salad. See Record of Proceedings Facts: Numbered #4. Reconsideration should be had when the information used is incorrect as well.

21. At Records of Proceedings at 5 a. The Applicant Veteran states that the Clerk in which that is receiving the statements to write on behalf of the Appellant half steps and misrepresents the Appellant badly. The Statement by the Appellant was that many of the marque that the Army let tamper with the documents stole documents and misrepresented the Veterans Appellant because he was a Peacetime Veteran and was unprotected by these misfits. In the same calling it would be Gerrymandering.

22. The Appellant/ Veteran answer compared to Records of Proceedings 5 b. The Speedy Trial Act of 1974 is in its understanding is like an Expeditious Discharge. Generally, when someone is unrepresented, and they represent themselves under U.S. Constitution Article III and 5th and 6th Amendment an individual cannot incriminate himself but if the Veteran Appellant is the only one, they found to have marijuana where did it come from, he snapped his finger, and it came from thin air? The Appellant Veterans stated that he did not have either Marijuana or an Attorney. Wherefore, signing the Article 15 was supposed to end his understanding of the issue. (It was Forced based on a before entry into the Military model that allowed 3rd and 4th party older claims to invalidate one, and by using the speedy trial act of 1974 it is supposed had concluded without prosecution. Instead, the Commander changed the name of the speedy trial act of 1974 to the expeditious discharge program and no one else was selected for this program except the Appellant Veteran whose preferred share of stock was taken in the mail the same way his entry statement was removed through corrupt influences. Otherwise, there is not any such a thing as an expeditious discharge program. The fact is that the Appellant/Veteran was opposed to accept a Court Martial for something that did not exist (The Marijuana) He feels he was discharged for being smart.

23. The Military should be liable for the actions they choose to take and because I know I have ridden my foot truck to the end and feel I have paid my debt to society and if corruption is only in my world, then I ask for redress for stealing my mail. See Record of Proceeding 5c.

24. The Military sometimes call for an investigation on the innocent see Slovic Case, then they shoot down the wrong team members and then they are not willing to change the wrongs they have done. I duly expressed to the Military through the Captain they choose that I, "████ ever had marijuana so when they forced me to sign the Article 15 it was Witness Intimidation, See Page 96, of Article 134 Because the Captain made the statement, "Sign this Article 15 or I will Court Martial you." Was a threat and an intimidation to the Private ████ ████ Then Later the Captain becoming Attorney, Judge and Jury established the Expeditious Discharge or like the Speedy Trial Act Judgment and Force the Discharge of the ████████ (me) for the benefit of the corruption of Mail Theft at 18 U.S.C. 1028A.

25. From then on in the Defendant Respondent through their 3rd and 4th Party Harassment has established that the Plaintiff/Appellant/ discharge was a contract that puts him in equity violation of the Army.

PLEADING TITLE - 4

26. The Decision from the ABCMR are sure to cause equity in thought to a derelict group who sees the decision as a denial of the Plaintiff's rights due to tampering and intimidation of witnesses by prior mail theft of the Plaintiff's child hood mail at 18 U.S.C. Section 1028A and then they provided Boy Scouts to harass the Plaintiff because he was 17 when entering the Military and those who skipped the Military when Drafted opposed the Plaintiff's entry into the Military and the Protesting that was tampering with witnesses made easy work of the Plaintiff who was put to take the blame by discharge by the 3rd and 4th Parties who actually took up housing on empty barracks. The Preferred Share of Stock paid for by the Plaintiff after he took up a hot horse walking job with Big███████ in Georgetown Kentucky just outside of Lexington, Ky  was just enough to pay for the preferred Share that ███████████████the Boy Scout Master stole from the Plaintiff in his childhood see 18 USC 1028A. The Plaintiff states that, "the 1968 Civil Rights Act, the Boy Scouts through Urban County Government were started with start up monies from that Share of Stock that ███████████took from the Mail and any other 3rd or 4th party was insider trading and witness tampering to cause harm to the Plaintiff. See ABCMR Record of Proceedings 5 d.

27. The Plaintiff at ABCMR Record of Proceedings #6 was 17 years old and needed a guardian to sign his entry statement and ███████████████ had promised to do that before he so heinously changed his mind and gave the Entry statement to his Orphaned adopted Sons and Daughters ██████████

28. The statements the ABCMR Record of Proceedings Statements on Pages 2 at #7 are rebuttal statements and tends to attach themselves as an argument in violation of stalking the Plaintiff at Title 18 USC Section 1028A.  No such late formations or disrespect happened they are as well the use of someone else's disciplines as a blank report and then at 18 USC 1028A the writer adds the Plaintiff's name to the blank statement without nexus or action heinously occupying the Plaintiff's as they said Satisfactory time name into a dubious document it would not have worked for anyone else, so the Plaintiff was an overburden selected to steal from.  The Plaintiff has self-chosen the application for Officer Commission and this is their rebuttal action of lies and targeting of a minor and African American.  See Page 3 #8 The Plaintiff's grooming was of high quality.  See at #9 Someone called the El Paso Police from the Barracks because the so-called NCO who was a Private Jefferies that is the name tag of the individual who they allowed a room, and he was not even a soldier.  #9 happened on Post and they did stop me, but I had not gotten off post and it was 8 am in the morning on a Saturday. There was nothing found and even though I had to wait until the 1st Sergeant got there for release they dismissed the charges and said someone from the barracks had called.

29. Title 5 - Administrative Personnel Chapter II - MERIT SYSTEMS PROTECTION BOARD Subchapter A - ORGANIZATION AND PROCEDURES Part 1201 - PRACTICES AND PROCEDURES
Subpart B - Procedures for Appellate Cases Subjgrp - Parties, Representatives, and Witnesses Section 1201.37 - Witness fees. This happens when the Army allows 3rd Parties abolish the 76 P 10 which is Stock Control Accounting Specialist from the Military Occupational Group of the Plaintiff and leave with 76 D 10.  However, the arbitration that the 3rd and 4th Party defendants were well known to the Army now represented as Army Boards of Correction of Military Record.  The fact that they except that Satisfactory duty on a two year term deserves

PLEADING TITLE - 5

1    discharge with equity in June of 1978 instead of September 29, 1978 for a claim that a ½ ounce
2    of weed was found but because they had already restricted the Plaintiff to the Barracks what snap
     of the finger could have tampered with the already brewing evidence. See 18 U.S.C. Section
3    1028A and tampering with the Plaintiff mail which was an order sent a year earlier after handing
     the Plaintiff the Presidential Unit Citation his levy to Korea.
4

5        30.  The question of timeliness for bringing this case is due to the timing of the process
     by ABCMR when they send back as attached similar decisions with inaccurate statements as if
6    the Plaintiff had said it like they have it worded in order to make it seem like a formality to
     upgrade the discharge where errors are apparent for instance: Establishing that a contract was
7    achieved at Discharge claiming the Plaintiff had every opportunity to get an Attorney but there is
     no nexus of an Attorney being activated for the young Solider leaving him to fend for himself as
8    for the 5th and 6th Amendment self-incrimination could have been clearly seen if just one witness
9    had stepped forward proving witness tampering occurred. 18 U.S.C. § 1512(a)(2)(A) and (B)
     provide:
10        Whoever uses physical force or the threat of physical force against any person, or
11    attempts to do so, with intent to—
          (A) influence, delay, or prevent the testimony of any person in an official proceeding;
12        (B) cause or induce any person to—  (i) withhold testimony, or withhold a record,
     document, or other object, from
13    an official proceeding; (ii) alter, destroy, mutilate, or conceal an object with intent to
     impair the integrity or availability of the object for use in an official proceeding;
14        (iii) evade legal process summoning that person to appear as a witness, or to produce a
15    record, document, or other object, in an official proceeding; or
          (iv) be absent from an official proceeding to which that person has been summoned by
16    legal process; * *

17        31.  The Plaintiff has on many occasions attempted to explain to the Officer in charge
18    that at ABCMR Record of Proceedings at #9, #10, #11 that these performance didn't occur and
     that if they did why he didn't get UCMJ handed to him on the spot. The Plaintiff asserts that
19    these issues must have happened to someone else on their own making because driving without a
     license means that a person doesn't have a military license and the Plaintiff did have Military
20    license and never got a ticket for such a charge. If the police stopped him 2 to 3 times then it
21    was then they had to arrest not arrest later when he is up for Commission. #12 was supposed to
     be two of one thing the Officer Commission Evaluation, or Discharge End of time served based
22    on his two year signing. Then the tampering of the documents states that the Plaintiff was a 6
     year assignment if someone else put that 6 year assignment in his packet tampering with it was
23    supposed to inadvertently get the plaintiff in trouble. How much good time were they taking?
24
25        32.  ▮▮▮▮▮▮▮▮▮▮  spoke to the Plaintiff when he had claimed the Plaintiff had had a
     .5 ounces of marijuana in which time the Plaintiff full and whole heartedly denied having such at
26    which time the 18 U.S.C. § 1512(a)(2)(A) and (B) provide "The Boy Scout looking plain clothes
     person stated, "If you don't sign this article 15 I will court martial you knowing that if you didn't
27    have it what will happen based on my findings." At #13.  There was never any indication that
     EDP was initiated until I was brought in to U2 and asked if I wanted to go to the Reserves? I
28

PLEADING TITLE - 6

answered no because the issue was very overwhelming and disclosed, without an nexus of though. Tampering with levy mail.

33. The statement at #14 of the ABCMR Record of Proceedings is unclear and there is no sworn statement to that affect or effect if violates the 18 U.S.C. § 1512(a)(2)(A) and (B) provide Title 5 - Administrative Personnel Chapter II - MERIT SYSTEMS PROTECTION BOARD Subchapter A - ORGANIZATION AND PROCEDURES Part 1201 - PRACTICES AND PROCEDURES Subpart B.

34. PART III  MILITARY RULES OF EVIDENCE SECTION I GENERAL PROVISIONS Rule 101. Scope     (a) Scope. These rules apply to courts-martial proceedings to the extent and with the exceptions stated in Mil. R. Evid. 1101.  (b) Sources of Law. In the absence of guidance in this Manual or these rules, courts-martial will apply:  (1) First, the Federal Rules of Evidence and the case law interpreting them; and  (2) Second, when not inconsistent with subdivision (b)(1), the rules of evidence at common law.  (c) Rule of Construction. Except as otherwise provided in these rules, the term "military judge" includes the president of a special court-martial without a military judge and a summary court-martial officer. The Plaintiff was not Court Martialed.

35. PART III  MILITARY RULES OF EVIDENCE SECTION I GENERAL PROVISIONS  Rule 103. Rulings on evidence   (a) Preserving a Claim of Error. A party may claim error in a ruling to admit or exclude evidence only if the error materially prejudices a substantial right of the party and: (1) if the ruling admits evidence, a party, on the record:  (A) timely objects or moves to strike; and  (B) states the specific ground, unless it was apparent from the context; or   (2) if the ruling excludes evidence, a party informs the military judge of its substance by an offer of proof, unless the substance was apparent from the  context. (b) Not Needing to Renew an Objection or Offer objections.  The Captain was the Judge Jury and Attorney the Plaintiff then a Private seeking to become an Officer through Officer Candidate School was subjected to the tests without Merit and the Army's witnesses were the Micro City Government who claimed they were Senators of the United States Government.

36. See the Army Board of Correction of Military Record(s) – Record of Proceedings (cont) on going claims Page 3  #13 & # ADD #15.  14 If the Plaintiff was informed of the issues on #13 & #14 then the Applicant Plaintiff could be allowed a Witness or an Attorney but if he were not allowed witness or attorney witness then he was isolated and the evidence was tampered with: 18 U.S.C. § 1512(a)(2)(A) and (B) provide Title 5 - Administrative Personnel Chapter II - MERIT SYSTEMS PROTECTION BOARD Subchapter A - ORGANIZATION AND PROCEDURES Part 1201 - PRACTICES AND PROCEDURES Subpart B.

37. The Plaintiff still believes that the discharge was handed to someone else and then added the Plaintiff's name to it in order to Corruptly violated a rule that was not available to his ability to avail by his rights at the time at Title 18 U.S.C. Section 1028A.  Then as well, as established on Page 4 of ABCMR Record of Proceedings ▊▊▊▊▊▊  Board Discussion: The Board Authorized them to upgrade but before the Decision got back to the Plaintiff it was scribed in another way again against the Plaintiff making the decision more than Summary and more than reconsiderable and Appealable to another jurisdiction in this Court. Based on

PLEADING TITLE - 7

1   Evidence Tampering and denial based on the need to compensate the Plaintiff for error based on

2   Name ████████████████████████

3

4                          NATURE AND APPELLANT.

                             DECLARED

5

6         Unsworn declarations under penalty of perjury. If executed without the United States: "I

  declare (or certify, verify, or state) under penalty of perjury under the laws of the United States

7   of America that the foregoing is true and correct. Executed on

  (date   06/ 18 /2021 )

8

9                     THAT THE ABOVE AND FOREGOING

                    RUE AND CORRECT TO THE BEST OF MY

10                   GE, AND BELIEF.

11

12

13       IN THE COUNTRY OF THE UNITED STATES OF AMERICA

      IN THE STATE OF WISCONSIN / COUNTY OF CHIPPEWA / EAU CLAIRE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. POSTAGE PAID
ECM9 ENV
EAU CLAIRE, WI
54703
JUN 24 21
AMOUNT
**$2.00**
R2303S10201407

1024

19801



Honorable Mrs. Justice of
the Court in Delaware
Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market St, 6th Flr.
Wilmington, DE 19801



U.S.M.S.

