## BOY SCOUT Law Suit

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington , Delaware 19801





**Reference Boy Scouts of American**

**Clauser & Illacks, etc.**

I would like to provide my information on the issue at hand, that is, concerning the Boy Scouts of America!

I began as a youngster outside of a small town in eastern Pennsylvania, and started as a Cub Scout! I was a Cub Scout from the age of 8 +/- . I then moved on to be a Boy Scout at a local scouting troop in Coopersburg, Pennsylvania!

At the time I began with the troop in Coopersburg and I was 11 - 12 years old! I was a very small boy from just outside of Coopersburg, living and working on a farm.

At the age of 9 +/- I was in Tohekon Valley Elementary School. I was working as a farm boy, and then went to a small junior

high school called Quakertown Junior High School located about 14 miles east from Coopersburg. At the age of 11+/- I left Tohekon Valley Elementary School in sixth grade for the 7th grade. In the seventh grade I moved to Quakertown Junior School!

At that time I had very little direct connection with the Coopersburg Boy Scouts, but I stayed with that troop! I was not so familiar with the boys at the troop, but I was going to a local church called the MORAVIAN CHURCH in Coopersburg. That was the reason that I stayed with the troop which was based in Coopersburg.

My problems really began when I was a scout that attended a facility called Camp Trexler. The camp was in the mountains about 45 miles from Coopersburg! I knew very little about that school. I attended a Boy Scouts summer camp that lasted for a week from a late Saturday arrival. I was staying in a tent which was for scouts and a master!

Although I had no real idea of how a summer camp with the Boy Scouts would work, and I didn't know the experience of three of the boys in my group! I did not know the person who was the head of my tent. These were the conditions which were in fact where the problems began!

As I recall, it took me about one day to move to another tent.

After I returned home from the camp I no longer went to the Boy Scouts in Coopersburg. Indeed I stopped going to the Boy Scouts. It was not a scenario I could endure. That was a radical change in life. I am now 77 and understand how difficult the change was.

I believe the records at Camp Trexler can affirm that I attended the camp.