FILED

6-21-21

2021 JUN 30 AM 9:19

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may Concern,

When my parents sent me to the cob scouts at a young age I believe their aim was to teach me a sense of pride. I do not believe there objective was to entrust a person with sick motives with Their son. The BSA knowingly allowed sick individuals into their upper ranks and ultimately alot of children myself included paid the price. Since a young age I endured panic attacks, anxiety, and depression as a direct result of what I experienced in the cub scouts. I've never been able to enjoy a normal relationship and have had two marriages disolve as a result. I began using drugs at a young age to try to manage and mask my intense depression and anxiety, That progressed briskly over the years. I seldom sleep through the night without waking having a panic attack The BSA minimicing the damage they have caused to peoples lives is utterly disgusting. They should not be allowed to even stay any type of organization after what they permitted to happen to children. Bankrupcy should not be a option they should be shut down entirely and never have the chance to ruin another childs life. As a direct

result of their shortage of supervision ultimately my life and the lives of my children have been very arduous to say the least. They should not be allowed to exsist any longer.

Yours Truely

Claim #
5A- ████