Clerk of the Court
U.S. Bankruptcy Courthouse
824 Market St.
Wilmington, DE. 19801

RE: Chapter 11 No. 20-10343 (LSS)

SA - ███████

FILED
2021 JUN 30 AM 9:28
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

June 25, 2021

Dear Clerk,

I am a plaintiff in the above entitled matter. At your earliest convenience, please forward to me a copy of the docket sheet for this case.

I thank you for your kind assistance in this matter.

Respectfully,

cc: file