# **EXHIBIT A**

Quarterly Statement of Compensation
of Ordinary Course Professionals

**Boy Scouts of America**
**Ordinary Course Professional Payments (3/1/2021 - 5/31/2021)**

| Professional Firm Name | Notes | Mar-21 | Apr-21 | May-21 | Total Compensation | Average Monthly Compensation | OCP Tier |
|---|---|---|---|---|---|---|---|
| STEPTOE & JOHNSON PLLC | | $ 54,317 | $ 42,230 | $ 15,765 | $ 112,312 | $ 37,437 | Tier 1 |
| WILLIS TOWERS WATSON INC | | 40,183 | 18,557 | 46,616 | 105,356 | 35,119 | Tier 1 |
| FTI CONSULTING INC | | 14,749 | 15,713 | 42,603 | 73,064 | 24,355 | Tier 1 |
| COVINGTON & BURLING | (1) | - | 6,031 | - | 6,031 | 2,010 | Tier 1 |
| FOX ROTHSCHILD LLP | | 45,964 | 29,987 | - | 75,951 | 25,317 | Tier 2 |
| BAX ADVISORS LLC | (2) | 10,045 | 5,005 | 14,560 | 29,610 | 9,870 | Tier 2 |
| WIGGIN & DANA LLP | | 8,774 | 11,186 | 315 | 20,276 | 6,759 | Tier 2 |
| VERNIS & BOWLING OF THE FL KEYS | | 9,340 | - | 1,685 | 11,025 | 3,675 | Tier 2 |
| WILSON ELSER MOSKOWITZ | | 1,295 | 3,454 | 5,861 | 10,610 | 3,537 | Tier 2 |
| LEWIS BRISBOIS BISGAARD & SMITH | | 374 | 7,693 | 352 | 8,419 | 2,806 | Tier 2 |
| HINSHAW & CULBERTSON LLP | | - | 3,728 | - | 3,728 | 1,243 | Tier 2 |
| MARKOWITZ HERBOLD GLADE AND MEHLHAF PC | | 335 | 2,283 | - | 2,618 | 873 | Tier 2 |
| KELEHER & MCLEOD PA, ATTORNEYS AT LAW | (3) | 509 | 1,812 | - | 2,320 | 773 | Tier 2 |
| CIVILLE & TANG PLLC | | 1,072 | - | 1,041 | 2,113 | 704 | Tier 2 |
| FLOYD PFLUEGER & RINGER | | 1,096 | 537 | - | 1,633 | 544 | Tier 2 |
| KIPP AND CHRISTIAN PC | | - | 1,502 | - | 1,502 | 501 | Tier 2 |
| SAUL EWING LLP | | 177 | 1,319 | - | 1,495 | 498 | Tier 2 |
| CLARKE SLIVERGLATE PA | | - | - | 1,060 | 1,060 | 353 | Tier 2 |
| MCLANE MIDDLETON PROF ASSOC | | 813 | - | 173 | 985 | 328 | Tier 2 |
| DENTONS US LLP | | 765 | - | - | 765 | 255 | Tier 2 |
| MITCHELL, WILLIAMS, SELIG, GATES | | 77 | - | 591 | 668 | 223 | Tier 2 |
| FREDRIKSON & BYRON PA | | - | - | 558 | 558 | 186 | Tier 2 |
| NORTON ROSE FULBRIGHT LLP | | - | - | 549 | 549 | 183 | Tier 2 |
| HEPLERBROOM LLC | | 94 | - | 401 | 495 | 165 | Tier 2 |
| BAYS LUNG ROSE HOLMA ATTORNEYS AT LAW | | - | - | 370 | 370 | 123 | Tier 2 |
| STITES & HARBISON PLLC | | 93 | 186 | - | 280 | 93 | Tier 2 |
| STICH ANGELL KREIDLER UNKE & SCATTERGOOD | | - | - | 258 | 258 | 86 | Tier 2 |
| NICHOLAS W MULICK PA | | - | - | 119 | 119 | 40 | Tier 2 |
| **Total** | | $ 190,070 | $ 151,223 | $ 132,876 | $ 474,169 | $ 158,056 | |

Footnotes:
(1) Includes retainer application of $6,031
(2) Includes retainer application of $8,505
(3) Includes retainer application of $1,613