# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC,<br><br>             Debtors. | Chapter 11<br><br>BK Case No. 20-10343 (LSS) |
| CENTURY INDEMNITY COMPANY,<br>WESTCHESTER FIRE INSURANCE<br>COMPANY and WESTCHESTER SURPLUS<br>LINES INSURANCE COMPANY,<br><br>             Appellants,<br><br>             v.<br><br>BOY SCOUTS OF AMERICA,<br>DELAWARE BSA, LLC, and<br>SIDLEY AUSTIN LLP<br><br>             Appellees. | C.A. No. 20-cv-00798 (RGA)<br><br>BAP No. 20-13 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby respectfully withdraws the appearance of Andrew Kirschenbaum as counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, in the above captioned cases.

**PLEASE TAKE FURTHER NOTICE** that the undersigned further requests that Andrew Kirschenbaum be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

**PLEASE TAKE FURTHER NOTICE** that the appearances by other attorneys at Stamoulis & Weinblatt LLC and O'Melveny & Myers LLP are unaffected by this request.

Dated: June 29, 2021

Respectfully Submitted,

By: _____
    Stamatios Stamoulis (No. 4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688

O'MELVENY & MYERS LLP
Andrew Kirschenbaum
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212-326-2000

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*