# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 5178** |

## CERTIFICATION OF COUNSEL REGARDING
## APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
## THE OFFICIAL TORT CLAIMANTS' COMMITTEE TO EXPAND THE
## SCOPE OF THE RETENTION OF CBRE, INC., EFFECTIVE AS OF APRIL 15, 2021

The undersigned hereby certifies that:

1. On June 1, 2021, the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), appointed in the above-captioned cases, filed the *Application for Entry of an Order Authorizing the Official Tort Claimants' Committee to Expand the Scope of the Retention of CBRE, Inc., Effective as of April 15, 2021* (the "Application") [Docket No. 5178].

2. The deadline to object to the Application was June 15, 2021 at 4:00 p.m. Eastern Time.

3. The TCC received informal comments from the United States Trustee (the "UST").

4. Attached hereto as **Exhibit A** is a revised proposed form of order (the "Revised Proposed Order").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

5. The informal comments have been resolved. The UST has no objection to entry of the Revised Proposed Order.

6. Attached hereto as **Exhibit B** is a blackline showing changes to the Revised Proposed Order from the version of the proposed order filed with the Application.

7. Accordingly, the TCC requests entry of the Revised Proposed Order at the Court's earliest convenience.

Dated: July 1, 2021                                              PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:   (302) 652-4400
Email:  jstang@pszjlaw.com
            rorgel@pszjlaw.com
            joneill@pszjlaw.com
            jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*