# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Dkt. 5461** |

### AMENDED MOVING INSURERS' MOTION TO SHORTEN NOTICE OF MOVING INSURERS' MOTION TO ADJOURN THE HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES FOR THE THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

The Moving Insurers[1] respectfully move to shorten notice (the "**Motion to Shorten**") of *Moving Insurers' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (the "**Motion to Adjourn**") so that the Motion to Adjourn may be heard at a date and time convenient for the Court before the July 8, 2021 deadline to object to the Debtors' revised Disclosure Statement.  In support of this Motion to Shorten, Moving Insurers respectfully state as follows:

### BASIS FOR RELIEF REQUESTED

1. Cause exists to shorten notice of the hearing scheduled for July 20, 2021 (with objections due on July 8, 2021) to consider approval of BSA's Disclosure Statement and Solicitation Procedures.

2. Last Friday, BSA told the insurers it plans to file a new Plan, new Disclosure Statement, and new TDPs together with a motion to approve the Restructuring Support

---
[1] "**Moving Insurers**" are those identified in the signature block below.

Agreement with the Claimants' Representatives and certain others (the "**RSA Motion**"), sometime this week. The term sheet sent that evening starkly reveal that the new Plan will materially modify the Third Amended Plan. Such drastic modifications warrant adjournment of the hearing so that parties receive the full notice and an opportunity to object to the disclosure statement as required by Bankruptcy Rule 3017(a).

3.  The Disclosure Statement Hearing is currently scheduled for July 20th—19 days from today—and the Debtors still have not filed the new Plan, new Disclosure Statement, or new TDPs. Given the delay in filing the revised Plan documents, the Moving Insurers thought BSA would adjourn the Disclosure Statement Hearing on its own initiative but, instead, it has held back filing the revised Plan, Disclosure Statement, and TDPs to the eve of a holiday weekend. By doing so, the Claimants and Debtors are jamming the parties and taking tactical advantage to run over extremely important issues.

4.  The current objection deadline for the Disclosure Statement is July 8, 2021. If the Court does not resolve the Motion to Adjourn prior to July 8, parties will be required to submit their Disclosure Statement objections to preserve their rights, and any order granting the relief sought in the Motion to Adjourn would be partially moot given the passage of time. Parties will have at most four business days (excluding the July 4 holiday weekend) after receiving the new Plan, new Disclosure Statement, and new TDPs to prepare objections on complex legal issues. That is not enough time to adequately and appropriately analyze the terms of the new Plan, especially given the significant changes to the new Plan. It would be a waste of judicial time and resources, and the Debtors' resources, to go forward on the current schedule.

5.     Accordingly, the Moving Insurers respectfully submit that sufficient cause exists pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) to shorten the notice period with respect to the Motion to Adjourn.

## RELIEF REQUESTED

6.     By this Motion to Shorten, Moving Insurers respectfully request entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), shortening notice of the hearing on the Motion to Adjourn so that it may be heard at a time convenient for the Court before July 8, 2021.

## COMPLIANCE WITH LOCAL RULE 9006-1(e)

7.     Prior to filing this Motion to Shorten, Century contacted counsel to the Debtors and the Debtors would not consent to the Motion to Adjourn and offered only to extend the Disclosure Statement Objection Deadline to July 13, 2021, a mere three business days.  In light of the extent of changes and the intervening holiday weekend, the Debtors' proposal does not address the prejudice imposed by BSA's significant delay in filing the documents, which have not even been filed as of now.

## NOTICE

8.     Notice of this Motion to Shorten has been provided to (a) the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors; (d) counsel to the Tort Claimants' Committee; (e) counsel to the Future Claimants' Representative; (f) counsel to the Coalition; (g) counsel to the Ad Hoc Committee of Local Councils; and (h) all parties requesting notice in the Bankruptcy Cases pursuant to Bankruptcy

Rule 2002.[2] Moving Insurers submit that no other or further notice is necessary under the circumstances.

## CONCLUSION

WHEREFORE, for the reasons set forth herein, Moving Insurers respectfully request that the Court enter the Proposed Order, granting the relief requested herein and such other and further relief as is appropriate under the circumstances.

Dated: July 1, 2021  Respectfully Submitted,

By: /s/ *Stamatios Stamoulis*
  Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile:  302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile:  212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*

---

[2] This Court has jurisdiction to consider this motion under 28 U.S.C. §§ 157 and 1334, and venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b). The bases for the relief requested herein are section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006(c), and Local Rule 9006-1(e).

/s/ Robert D. Cecil, Jr.
Robert D. Cecil, Jr. (No. 5317)
Tybout, Redfearn & Pell
501 Carr Road, Suite 300
Wilmington, DE 19809Phone: (302) 658-6901
E-mail:  rcecil@trplaw.com

Mark D. Plevin  (admitted *pro hac vice*)
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, California  94111
Phone:  (415) 986-2800
E-mail:  mplevin@crowell.com

Tacie H. Yoon  (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Phone: (202) 624-2500
Email:   tyoon@crowell.com

*Attorneys for American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company*


/s/ Deirdre M. Richards
FINEMAN KREKSTEIN & HARRIS PC
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone:    (302) 538-8331
Facsimile:     (302) 394-9228
Email: drichards@finemanlawfirm.com

-and-

FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone:    (312) 863-5000
Facsimile:     (312) 863-5009
Email: sgummow@fgppr.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035
Email:        mrosenthal@gibsondunn.com
         jhallowell@gibsondunn.com
         kmartorana@gibsondunn.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Matthew G. Bouslog (admitted *pro hac vice*)
3161 Michelson Drive
Irvine, California 92612
Telephone:   (949) 451-3800
Facsimile:   (949) 451-4220
Email: mbouslog@gibsondunn.com

*Attorneys for the AIG Companies*

**Goldstein & McClintock LLLP**

/s/ *Maria Aprile Sawczuk*
Maria Aprile Sawczuk (DE #3320)
501 Silverside Road
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com

-and-

Laura McNally (admitted *pro hac vice*)
Emily Stone
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for The Continental Insurance Company and Columbia Casualty Company*

/s/ *Bruce W. McCullough*
BODELL BOVÉ, LLC
Bruce W. McCullough  (No.  3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: (302) 655-6749,
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

- and -

CLYDE & CO US LLP
Bruce D. Celebrezze (*pro hac vice*)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone:  (415) 365-9800
Facsimile:  (415) 365-9801
Email:    bruce.celebrezze@clydeco.us

Konrad R. Krebs (*pro hac vice*)
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone:  (973) 210-6700
Facsimile:  (973) 210-6701
Email:    konrad.krebs@clydeco.us

- and –

DAVID CHRISTIAN ATTORNEYS LLC
David Christian (*pro hac vice*)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone: (862) 362-8605
Email:  dchristian@dca.law

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*


REGER RIZZO & DARNALL LLP
/s/ *Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr., Esquire (#3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email:  lrizzo@regerlaw.com

*Attorney for Defendants, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

Troutman Pepper Hamilton Sanders LLP

By: /s/ *David M. Fournier*
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:    302.777.6500
Facsimile:    302.421.8390

*-and-*

Harris B. Winsberg (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:    404.885.3000
Facsimile:    404.885.3900

*-and-*

Nicolaides Fink Thorpe Michaelides Sullivan LLP
Matthew S. Sorem (admitted *pro hac vice*)
10 S. Wacker Dr.
21st Floor
Chicago, IL 60606
Telephone:    312.585.1433
Facsimile:    312.585.1401

*-and-*

McDermott Will & Emery LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:      202.756.8228
Facsimile:      202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

Troutman Pepper Hamilton Sanders LLP

By: /s/ *David M. Fournier*
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 302.777.6500
Facsimile: 302.421.8390

*-and-*

Harris B. Winsberg (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone: 404.885.3000
Facsimile: 404.885.3900

*-and-*

Bradley Riley Jacobs PC
Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone: 312.281.0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Dkt. 2618** |

**[PROPOSED] ORDER GRANTING MOVING INSURERS' MOTION TO SHORTEN NOTICE OF MOVING INSURERS' MOTION TO ADJOURN THE DEBTORS' MOTION FOR ENTRY OF ORDER (I) SCHEDULING CERTAIN DATES AND DEADLINES IN CONNECTION WITH CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION, (II) ESTABLISHING CERTAIN PROTOCOLS, AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "**Motion to Shorten**") filed by counsel for Moving Insurers[2] for entry of an order to shorten notice of *Moving Insurers' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (the "**Motion to Adjourn**") so that the Motion to Adjourn may be heard at a date and time convenient for the Court before the July 8, 2021 objection date, all as more fully set forth in the Motion to Shorten; and due and sufficient notice of the Motion to Shorten having been provided under the particular circumstances; and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] "**Moving Insurers**" are those identified in the signature block of the Motion to Shorten.

February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and this Court's entry of a final order being consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. The hearing to consider the Motion to Adjourn will be held on July __, 2021.

3. Any responses or objections to the Motion to Adjourn are due on or before July __, 2021.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.