<u>Exhibit A</u>

July 1, 2021 email from Derek Abbott to Stamoulis Stamatios

# Hershey, Sam

| | |
|---|---|
| **From:** | Abbott, Derek <DAbbott@morrisnichols.com> |
| **Sent:** | Thursday, July 1, 2021 12:10 PM |
| **To:** | Stamoulis Stamatios |
| **Subject:** | BSA |

Stam, we will not consent to the motion you described but are willing allow you an extension of the objection deadline until 7/13.

Derek

    **DEREK C. ABBOTT**
    Partner
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347
    (302) 351-9357 Office | (302) 593-4729 Cell
    **dabbott@morrisnichols.com** | **vcard** | **bio** | **www.morrisnichols.com**