## CERTIFICATE OF SERVICE

I, Gregory J. Flasser, hereby certify that on the 2nd day of July 2021, a copy of the **Notice of Deposition of Roger C. Mosby** was served via CM/ECF and email on the parties listed on the following parties:

WHITE & CASE LLP
Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com

WHITE & CASE LLP
Michael C. Andolina
Matthew E. Linder
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com
        mlinder@whitecase.com

HAYNES AND BOONE, LLP
Ernest Martin
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Email: ernest.martin@haynesboone.com

HAYNES AND BOONE, LLP
Adrian C. Azer
800 17th Street NW, Suite 500
Washington, D.C. 20006
Email: Adrian.azer@haynesboone.com

*/s/ Gregory J. Flasser*
Gregory J. Flasser (No. 6154)