**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 2618** |

**NOTICE OF FILING OF REVISED PROPOSED
<u>CONFIRMATION SCHEDULING ORDER</u>**

　　　**PLEASE TAKE NOTICE** that, on April 15, 2021, Boy Scouts of America and Delaware BSA, LLC, as debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "<u>Debtors</u>") filed the *Debtors' Motion for Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 2618] (the "<u>Confirmation Scheduling Motion</u>" or the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

　　　**PLEASE TAKE FURTHER NOTICE** that attached to the Confirmation Scheduling Motion as Exhibit A was a proposed order (the "<u>Proposed Confirmation Scheduling Order</u>") granting the relief requested in the Motion.

　　　**PLEASE TAKE FURTHER NOTICE** that, on April 23, 2021, the Debtors held a group meet and confer with parties in interest in these chapter 11 cases to discuss the Confirmation Scheduling Motion, and have otherwise continued conferring with parties regarding the Motion and the relief requested therein.

　　　**PLEASE TAKE FURTHER NOTICE** that, on May 19, 2021, this Court held an initial setting of a hearing on various matters, including matters related to or otherwise impacting the Confirmation Scheduling Motion.  *See Notice of Amended Agenda of Matters Scheduled for Hearing on May 19, 2021, at 10:00 a.m. ET* [D.I. 4413].

　　　**PLEASE TAKE FURTHER NOTICE** that, on June 17, 2021, following such hearing, and based on comments from the Court and ongoing discussion between parties in interest, the Debtors filed the *Amended Chapter 11 Combined Plan & Disclosure Statement / Proposed Amendments to Disclosure Statement for the Third Amended Chapter 11 Plan of Reorganization*

---

[1]　The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

*for Boy Scouts of America and Delaware BSA, LLC* (hereinafter the "Third Amended Plan") [D.I. 5371].

**PLEASE TAKE FURTHER NOTICE** that, on July 1, 2021, following the filing of the Third Amended Plan, the Debtors entered into a Restructuring Support Agreement (the "RSA") with the Future Claimants' Representative, the Tort Claimants' Committee, the Coalition, and the State Court Counsel (together, the "Supporting Plaintiff Representatives") as well as the Ad Hoc Committee (and together with the Supporting Plaintiff Representatives, the "RSA Supporting Parties").

**PLEASE TAKE FURTHER NOTICE** that, following the entering of the RSA, the Debtors filed the *Amended Disclosure Statement for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC*, (hereinafter the "Fourth Amended Plan") [D.I. 5485] on July 2, 2021.

**PLEASE TAKE FURTHER NOTICE** that, following such filings, the Debtors have revised the Proposed Confirmation Scheduling Order (the "Revised Proposed Confirmation Scheduling Order").  The Revised Proposed Confirmation Scheduling Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a redline comparison of the Revised Proposed Confirmation Scheduling Order marked against the Proposed Confirmation Scheduling Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Revised Proposed Confirmation Scheduling Order at the continued hearing scheduled for **Tuesday, July 20, 2021, at 10:00 a.m. (ET)** before the Court.  *See Second Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 5463] (advising hearing has been continued to July 20, 2021).

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: July 2, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>          aremming@morrisnichols.com<br>          ptopper@morrisnichols.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email:  mandolina@whitecase.com<br>          mlinder@whitecase.com<br>          laura.baccash@whitecase.com<br>          blair.warner@whitecase.com<br><br>*COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION* |