# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

　　Pursuant to Del. Bankr. L.R. 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Glenn M. Kurtz of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, to represent the Debtors in the above-captioned case and any related proceedings.

Dated:  July 6, 2021  
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　*/s/ Paige N. Topper*  
　　　　　　　　　　　　　　　　　　　Paige N. Topper (No. 6470)  
　　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP  
　　　　　　　　　　　　　　　　　　　1201 N. Market Street, 16th Floor  
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801  
　　　　　　　　　　　　　　　　　　　Telephone: (302) 658-9200  
　　　　　　　　　　　　　　　　　　　Email:  ptopper@morrisnichols.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

　　Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bar of the State of New York.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  July 6, 2021

　　　　　　　　　　　　　　　　　　　*/s/ Glenn M. Kurtz*  
　　　　　　　　　　　　　　　　　　　Glenn M. Kurtz  
　　　　　　　　　　　　　　　　　　　WHITE & CASE LLP  
　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas  
　　　　　　　　　　　　　　　　　　　New York, NY 10020  
　　　　　　　　　　　　　　　　　　　Telephone: (212) 819-8200  
　　　　　　　　　　　　　　　　　　　Email: gkurtz@whitecase.com

## ORDER GRANTING MOTION

　　IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.