**WE ARE YOUR DOL**

**NEW YORK STATE OF OPPORTUNITY | Department of Labor**

Andrew M. Cuomo, Governor
Roberta L. Reardon, Commissioner

FILED
2021 JUL -6 AM 9: 32
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

June 30, 2021

Clerk of Court
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET STREET, 3RD FL
WILMINGTON, DE 19801

Re: BOY SCOUTS OF AMERICA NATIONAL COUNCIL
ER# 04-54871
BANKRUPTCY# 20-10343

Dear Sir:

We hereby withdraw our Priority Claim which was dated 10/26/2020 for $60,894.02.

Very truly yours,

*Suzanne Fay*

Suzanne Fay
UI Employer Compliance Agent 2
(518)457-1738

SF:sf

IA 37.1WD (6-12)