#1

Justice Lauri Selber Silberstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, De. 19801

FILED
2021 JUL -6 AM 9:20
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom this may concern I don't know why it's taken so long to be addressed, but I am pleased that we have someone to stand up an fight for us.

When I was approximately 12 years old me and my best friend decided to join Boy Scouts. Our leader and his volunteer helper whom I will never forget because of the nightmare invited us over to his house after scouts. This day would change our lives forever.

The scout leader and his volunteer helper knew that I came from a single parent home. We never had much money so things were always hard on me!!

The scout leader asked me and my best friend who is now deceased from cancer if we wanted to make extra cash to buy things, who wouldn't at 12 years old!!

The S[---]Leader and his [------] [redacted]

At the volunteer's resident in his garage and upstairs apartment. This continued for a couple of months.

This continued at the Iowa City Civic Center in the basement. Right above where this occured was ~~the~~ Iowa City Police and Fire Departments.

When this happen I was scared to report this to the ~~police~~. I was told I would get into trouble if I did so, harm would be done."

Ever since I was a young kid my life time dream was becoming a police officer. I was to scared to tell anyone about this, thinking it would ruin my dream.

FINALLY ONE DAY I CAME HOME WITH A NEW BIKE AND MY MOTHER WHOM IS NOW DECEASED OF CANCER ASK ME WHERE I GOT THE MONEY. I TOLD MY MOTHER WHO MADE ME QUIT SCOUTS.

MY DEAR MOTHER WROTE A LETTER TO THE BOY SCOUTS OF AMERICA COMPLAINING OF THE SEXUAL ABUSE BUT THEY NEVER CALLED OR ANSWERED HER LETTER.

THE PHYSICAL PAIN AND EMOTIONAL PAIN BECAME SO BAD I WANTED TO END MY LIFE. THANK GOD I REACH OUT TO MY RELIGION TEACHER FATHER ▮▮▮▮ WHO HELP ME GET THROUGH THE DIFFICULT TIMES.

I WAS OVERWHELMED BY THE EMBARRASSMENT, I COULD NOT TELL ANYONE OF THE HARM DONE TO ME.

THEN IN 1978 MY DREAM CAME TRUE, I BECAME A OFFICER/RESERVE DEPUTY SHERIFF FOR THE JOHNSON COUNTY SHERIFF'S DEPT HERE IN IOWA CITY. I CONTINUED TO SERVE FOR 25 YEARS.

PLEASE ALL I ASK IS TO DO YOUR ABSOLUTE BEST TO GET THIS BEHAVIOR STOPPED I NOW HAVE GRANDKIDS AND I PRAY TO GOD EVERYDAY THIS DOESN'T HAPPEN TO THEM.

WHEN I SEEN SOMEONE WANTED TO FIGHT FOR US SURVIVORS I WAS HESITANT TO RESPONDE I THOUGHT IT WAS A SCAM. NOW UNFORTUNATELY I AM RELIVING THE PAIN. BUT PLEASE GOD THIS WAS NOT A SCAM.

THANK YOU 



Sorry I had to write this but my computer is down at this time. Thank you for taking time to read my letter.

I apologize for my bad writing but I get shaking talking about this. Thank you for all you do for our court system's.

God Bless You!!
Thank You!!