Dear Judge Silverstein:

I am a victim of childhood sexual abuse at the hands of ███ the Scoutmaster of my Boy Scouts of America troop in Virginia. I am 60 years old, and I ask for no one's pity, sympathy, or comfort. However, I do ask that you hold in judgement those who allowed such atrocities to occur in the lives of children. These atrocities occurred for decades, and that judgement must become the standard in which all other are held.

I am cursed with vivid recall of memories that are so real that the emotions and sensation I feel and remember are hard to separate from the present. It's not like the recall of a math problem or even directions to the way home; it's more like I'm there in that very moment of the past and the violation is happening all over: every emotion, every touch, and pain forced on me is as real as my very breath.

When the advertisements for the Boy Scouts of America class action suit began, I found it more difficult to fight these memories from almost 48 years ago. Over the past four decades, I struggled with memories, feeling shame and blame for what had happened to me and against me. Almost every day is a struggle and I have been in and out of therapy since the assault. It follows me everywhere.

I grew up in the 1960s, a different time than now. People did not talk about suffering sexual abuse, keeping the abuse to themselves. People did this not only to protect yourself, but also your family. No one wants to be known as that person involved who was violated and abused; people just wouldn't understand. I do not wish the pain and embarrassment that I felt on anyone.

The stress of the sexual abuse and the stress of being too ashamed to tell anyone is a lot to place on the shoulders of a young boy like myself. To cope, I found that denying anything happened to me was the best approach. But this just made the stress build up inside of me.

The rape and the guilt have affected my whole life. My ability to have a normal relationship with my father, my marriages, and my interactions with other males have been severely, negatively impacted by the repeated sexual abuse I suffered.

I follow along with the printed news about the case as I do not have the resources to attend or even participate in any of the proceedings. From what I have read, the Boy Scouts of America is more interested in protecting themselves and not helping those to whom they have placed this debilitating burden.

After all they have done, the Boy Scouts are asking the court to protect them while offering so little to the victims without a mention of guilt or regret for their actions or lack thereof. For more than 60 years, the Boy Scouts has allowed and participated in child abuse and for that reason alone they should be stripped of all their assets much like they have stripped people, like myself, of having a normal childhood and life.

With Respect,
Unsigned

NORTH HOUSTON TX 773
29 JUN 2021 PM 2 L

19801-302499

Judge Laurie Silverstein
United States Bankruptcy Court
District of Delaware
824 North Market Street U.S.M.S.
Wilmington, DE 19801        X-Ray

BSA CASE

