(The Predator scouts)

FILED
2021 JUL -6 AM 9:34
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Judge

My experience in the boy scouts caused me to have life-long nightmares as well as an anti-social behavior disorder. I was already having enough issues living in the slums of Miami and having both a mom and dad who were alcoholics. However, God did give us an angel in the form of a grandmother who was all the parent us kids needed. We were able to move to a working-class neighborhood even though my parents rarely worked.

We drove through a neighborhood that had a old house for rent for $200.00 a month. The other neighbors lived in nice houses; ours were filled with roaches, rats and scorpions. The neighbors had Parents who worked so they had the best of everything while we smuggled for everything we got. But my grandma was determined to give her grandkids all the things that the privileged kids had. So when the other kids in the neighborhood became boy scouts she allowed me to join.

I learned that it was a organization where homosexual men could find prey. I can remember being so proud to be a scout,I felt like a soldier preparing to defend my country. I was proud to wear that uniform. At first it was good while we Had meetings at the church. We learned first aid, camping and, how to carry ourselves. But the meetings got strange after they moved to ███ house. There, we looked at porn magazines and watch dirty movies while we ███████████████████████████████
███████████████████████

- ███ did not like me very much. I was the poor, fat kid who he called the thug. I still remember after all these years the day he sent everyone outside while he brutally raped me. The pain was something that I could never forget. I had a nightmare the other night about it. When the ███████████████████████████████████████████████████
about20 tear old while we werev12 to 13 years old. ███ brother was robbing the other troops at the pool he was a theif. When he got caught ███ told him that I told on him. He beat me to a pulp; leaving me with black-eyes, bloody nose and mouth. I still have dreams about that beating, I wake up sweating and in trauma
After coming home, I was removed from the scouts
The pain I suffered in the scouts caused me to have life-long battles with drugs, being in and out of institutions. By the time that I was 18 I had been in the nut house ,jail, and drug treatment. In 2018 I celebrated 30 years of sobriety.
I have had some success in my life. After a year in jail, I took the contractor test and past it. I went to school thanks to academic grants and student loans.
I often imagine how my life would've turned out if I never would have met ███████ and the boy scouts. A lot better I know.

These predators should pay!!!!!!!!!

I am asking you to make them pay for the suicide victims they caused, for the boys who became homosexuals. For kids like me who were both mentally and physically abused.
Those predators should pay!!!!!!!!!!!!!

I was smart in school I could have been a doctor, lawyer, judge, or any asset to the public
THESE PREDATORS SHOULD PAY!!!!!!!!!!!!!!!!!!!!!!!!!

THE boy scouts should be permanently abolished When it was first established, society was not as sick as it currently is.
THESE PREDATORS SHOULD PAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 4th fl
Wilmington Delaware
19801