# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Dkt. 5461, 5467, 5472** |

**DECLARATION OF SALVATORE J. COCCHIARO IN SUPPORT OF MOVING INSURERS' REPLY IN SUPPORT OF THE MOVING INSURERS' MOTION TO ADJOURN THE HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES FOR THE THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC AND OBJECTION TO THE DEBTORS' MOTION TO SHORTEN TIME**

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile: 302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile: 212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

I, **SALVATORE J. COCCHIARO**, declare as follows:

1. I am an associate at the firm O'Melveny & Myers LLP ("OMM"). I submit this declaration based on my knowledge of the proceedings in the Boy Scouts of America bankruptcy and review of the pleadings, in support of the *Moving Insurers' Reply in Support of the Moving Insurers' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and Objection to the Debtors' Motion to Shorten Time*.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Sam Hershey's July 4, 2021 email from BSA counsel to the insurers and other parties.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Coalition of Abused Scouts for Justice's Responses and Objections to Century Indemnity Company's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (Or Adversary Proceeding) dated June 25, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Brown Rudnick LLP's Reponses and Objections to Century Indemnity Company's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (Or Adversary Proceeding) dated June 9, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of July 6, 2021 tweets from Kosnoff Law (@SexAbuseAttys).

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Debtors' Revised Responses and Objections to Century's Request to the Debtors for Production of Documents dated June 22, 2021.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Andrew Kirschenbaum's May 14, 2021 letter from Century to BSA counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of July 2021 in New York, New York.

*/s/ Salvatore J. Cocchiaro*
Salvatore J. Cocchiaro

OMM_US:80034477.1