IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**JOINDER OF CLARENDON NATIONAL INSURANCE COMPANY, AS SUCCESSOR BY MERGER TO CLARENDON AMERICA INSURANCE COMPANY TO THE MOVING INSURERS' MOTION TO ADJOURN THE HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES FOR THE THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC AND THE AMENDED MOVING INSURERS' MOTION TO SHORTEN NOTICE OF MOVING INSURERS' MOTION TO ADJOURN THE HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES FOR THE THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

Clarendon National Insurance Company ("Clarendon"), as successor in interest by merger to Clarendon America Insurance Company, by its undersigned attorneys, hereby joins in the *Moving Insurers' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and the Amended Moving Insurers' Motion to Shorten Notice of Moving Insurers' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC*.

Dated: July 7, 2021

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Wilmington, Delaware | */s/ Matthew G. Summers*<br>Matthew G. Summers (DE No. 5533)<br>Chantelle D. McClamb (DE No. 5978)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>Telephone: (302) 252-4428<br>Facsimile: (302) 252-4466<br>E-mail: summersm@ballardspahr.com<br>           mcclambc@ballardpshar.com<br><br>           -and-<br><br>Harry Lee*<br>John O'Connor*<br>Brett Grindrod*<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue NW<br>Washington, DC 20036<br>Telephone: (202) 429-8078<br>Facsimile: (202) 429-3902<br>E-mail:  hlee@steptoe.com<br>           joconnor@steptoe.com<br>           bgrindrod@steptoe.com<br>(*Admitted *pro hac vice*)<br><br>*Attorneys for Clarendon America Insurance Company* |

**CERTIFICATE OF SERVICE**

I, Matthew G. Summers, hereby certify that, on this 7th day of July, 2021, I caused a true and correct copy of the foregoing ***Joinder*** to be served *via* CM/ECF on all parties who have registered for electronic service in these cases.

Dated: July 7, 2021
Wilmington, Delaware

*/s/ Matthew G. Summers*
Matthew G. Summers (DE No. 5533)
BALLARD SPAHR LLP