# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC, *et al.¹*, | Chapter 11<br><br>Case No. 20-10343 (LSS) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
§  SS:
NEW CASTLE COUNTY §

I, Gregory J. Flasser, hereby certify that on the 6th day of July 2021, I caused a copy of **Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company's Response to the Debtors' Motion to Shorten Notice of the Debtors' Motion for Entry of an Order, Pursuant to Section 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief** [D.I. 5512] to be served via CM/ECF and email on the parties listed on the attached Exhibit A.

/s/ Gregory J. Flasser
Gregory J. Flasser (No. 6154)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## **Exhibit A**

(*counsel to the Debtors*)
White & Case LLP
Attn: Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com

White & Case LLP
Attn: Michael C. Andolina; Matthew E. Linder; Blair Warner
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com; mlinder@whitecase.com; blair.warner@whitecase.com

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott; Andrew R. Remming; Paige N. Topper
1201 North Market Street, 16th Floor,
P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com; aremming@morrisnichols.com;
       ptopper@morrisnichols.com

Office of the United States Trustee
 for the District of Delaware
Attn: David L. Buchbinder; Hannah M. McColllum
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: david.l.buchbinder@usdoj.gov; hannah.mccollum@usdoj.gov

(*counsel to the Tort Claimants' Committee*)
Pachulski Stang Ziehl & Jones LLP
Attn: James I. Stang; John A. Morris; James E. O'Neill; John W. Lucas
919 North Market Street, 17th Floor
P.O. Box 8705,
Wilmington, Delaware 19801
Email: jstang@pszjlaw.com; jmorris@pszjlaw.com; joneill@pszjlaw.com; jlucas@pszjlaw.com

(*counsel to the Creditors' Committee*)
Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer; Rachael Ringer; David E. Blabey, Jr.; Jennifer R. Sharret; Megan M. Wasson
1177 Avenue of the Americas
New York, New York 10036
Email: tmayer@kramerlevin.com; rringer@kramerlevin.com; dblabey@kramerlevin.com; jsharret@kramerlevin.com; mwasson@kramerlevin.com

(*counsel to the Future Claimants' Representative*)
Young Conaway Stargatt & Taylor, LLP
Attn: Robert S. Brady; Edwin J. Harron; Sharon M. Zieg
1000 North King Street
Wilmington, Delaware 19801
Email: rbrady@ycst.com; eharron@ycst.com; szieg@ycst.com

(*counsel to JPMorgan Chase Bank National Association*)
Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck ; Kristian W. Gluck
2200 Ross Avenue
Dallas, Texas 75201-7932
Email: louis.strubeck@nortonrosefulbright.com; kristian.gluck@nortonrosefulbright.com