Claim # SA-[redacted]  SA-[redacted]

FILED
2021 JUL -7 AM 8: 52
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

1 of 13
1-5- Letter
6-13- Photo's

06/27/2021

The Honorable Justice L. Silverstein

**Dear Your Honor Justice Silverstein**

I want to first apologize for my tardiness in writing this letter, I have tried to write this many many times, yet this is all extremely hard for me to do, every day is a battle to push myself through the day. If not for my children I doubt I would be here today to write you this letter.

If I may I would like to share a little of my background and my life first. I come from a family of strong men and women both of my grandfathers were military vets, 33rd° freemasons and Shriners my grandfathers wanted nothing but the best for me and my siblings, and they are a large reason for my being in the boy scouts.

I was a sick child who was diagnosed with a growth hormone deficiency as well as thyroid problems at the age of five years old. I had to take injections nightly for my medical conditions from age 5 until 16 I am now 35 years of age and I am a single father of 3 kids twin boys age 14 and a daughter 12 years old who is special needs with a very rare genetic disorder called STXBP1.

My children are the only reason to this day why I am still alive, I could not imagine not being here to protect them from the evils of this world.

I have not told my children about my abuse until recently, of course not in detail as I am in this letter, still I have always taught them to come to me about anything and everything and have taught them that no one should ever touch them or speak to them in any form of sexual way or any way that makes them feel uncomfortable and if so they are to tell me and the police immediately.

I feel as if the abuse that I suffered has also caused my kids to miss out on a lot of things growing up as I have always been terrified to put them in any form of scouts, sports or anything that there is a possibility that they could be abused.

I was abused by a scout leader upon a overnight trip aboard the USS Yorktown.

The scout leader was aware of my medical conditions and assured my family that he would he would take "extra special care" of me. His idea of extra special care was one of a sadistic nature that has haunted me ever since the night Onboard the USS Yorktown. I don't want to go into much detail in this letter as it is already hard enough for me to write this and I am beginning to feel sick to my stomach as I always do when I think of what he did to me.

Throughout the day aboard the USS Yorktown my abuser repeatedly groped me while he made it appear that he was assisting me to climb and move about through the USS YorkTown later that evening we all went to the movie room on the ship the scout leader sat beside me giving me an open can of 7-Up, it was shortly after drinking half of the 7-Up that I became tired and the scout leader walked me back to the barracks where he directed me to a cot in the back. He sat down beside me while I lay down he began to talk to me a little asking me if I had fun and was enjoying myself I was very tired and it was hard to keep my eyes open he started asking me if I had a girlfriend and laughingly

girlfriends and laughing he said hey you probably got some boyfriends also he must have seen the look on my face because he immediately said it's ok you know there is

afraid to close my eyes, he started telling me how he liked both guys and girls but really liked guys more he was by then ▮▮▮▮▮ and I couldn't help it I didn't want it to be happening and wished for it to stop but my body was responding to him

had ever been with a girl I shook my head no he then said what about a guy he must have again saw the look on my face as he said it's ok really it is all us guys experiment when we are young so don't be ashamed it's natural, and still my body was responding to him touching me I swear I didn't want it, I wanted it to stop I just wanted to go to sleep and hide I felt my eyes getting wet from tears he was being more aggressive with his

touching me he told me that the way my body was feeling was natural and that I would enjoy it. I was feeling confused at the time I now know the feeling was that of being

[redacted]

longer hold my eyes open nor did I want to, I felt as if I wanted to die and I hated myself for the way my body was responding. I wanted to die.

The next day I remember feeling pain and a weird soreness in my anus area, I was so afraid and ashamed I felt as if everyone was looking at me, I felt as if everyone knew what had happened and that everyone knew that I liked it but I didn't like it, I couldn't stop my body from feeling the way it did I was sick so very sick I felt dirty and alone I couldn't look at anyone I kept feeling like they could see it in my face like they knew what happened to me, knew what I did. I didn't talk to anyone, I did my best to stay away from everyone especially the scout leader, he found me in the bathroom asked me if I enjoyed myself I told him I did but I didn't feel well, lying I told him that my medical condition had me feeling sick cause I missed my injection due to the trip on the Yorktown, he rubbed my arm saying that I was such a special young man and that I had a big future ahead of me before leaving the bathroom when another scout came in. I went into the stall to hide. I didn't know what to do I even thought about jumping off the ship into the water and just dying but I was afraid someone would see me and I wouldn't die and then I would have to explain myself for jumping.

When my family picked me up I didn't say anything right off as I was afraid that my grandfather would be upset with me and I was worried that they would find out that I liked it even though I really didn't like it I didn't know how the body worked back then I didn't know that the body would respond to things that you didn't really like and you couldn't control it I didn't know till later in life when I began to study and research the human body and I learned how the body responded to sexual stimulation and how hormones and the brain chemicals would respond even when you don't want them to. I was afraid that my family especially my grandfather would hate me and be angry with me and that I was gay and I knew that people didn't like gay people and I was afraid that

people would hate me because I thought I was gay because of the way my body responded.

That night on the Yorktown was a turning point in my life, I began to act out , my grades went down , I went from getting awards in school to getting suspended every week, I had dreams of becoming a great preacher that went out the window because I lost my faith and I knew that god didn't like gay people. The years after my abuse I stayed in trouble in school and I began using substances at age 12, I struggled with my sexuality and my sexual identity, and I still do to this day, I ended up at an alternative school because I was always fighting and getting in trouble. I had many run ins with the law and have been to prison 4 times with my longest time in being 2 years, I have battled with addiction since I was 12 years old and have been to rehab 4 times. I was married for 10 years and I have 3 kids who I have full custody of I am single my marriage failed due to my wife thinking that I was gay because I had issues with certain arousal to stimulations that are found in "gay" relationships, I hate that I deal with this it drives me crazy and I can't be in a relationship I have got to a point where I am simply a single father who is celibate and even though I would love to find love and have a real relationship with a woman as I am attracted to women I find that it is all easier for me and my mental health to just be single and take care of my children as they are my life and the only thing that keeps me alive.

I have been in mental health counseling all my life and still am to this day, I have had times in the past where I was placed in inpatient mental health facility for attempted suicide and mental breakdowns due to trying to have a normal regular marriage but I can't and I just stay single now I have lost all chances of ever being in a lasting relationship with a wife due to what happened to me and the lasting problems it has caused me by being submitted to the abuse I went through I have done much research on the matter and I have learned that due to my being so young and my brain going through the chemical excitement that it went through that it will be very hard for me to ever get to a point where I am able to have a natural heterosexual relationship and do so without the thoughts or desires for homosexual behavior even though I don't want it and I hate it, with the way the human brain works and the chemical reactions to sexual stimulation at young ages can cause lasting harm that is harder to quit than drug addiction so for that matter I don't have any type of sexual relationship period I am single and celibate and I will stay that way.

When I got abused at the hands of the ones I trusted my entire life was stolen from me, my innocence, my happiness, my chance to ever have a relationship and marriage. I don't understand nor will I ever understand how someone can abuse a child or how people even get any type of sexual satisfaction from being with a child I just can't understand it, I have heard the many excuses they use for pedophiles but I feel like that is all they are is excuses, an adult knows better than to do something like that and for an adult to find any type of sexual satisfaction with a child it completely disgusting and sadistic. I see pedophiles as the lowest scum of the earth and I hate them all.

How people can do things like this to children is just sick and evil.

Children are innocent and they are the light and love of this world and they should never have to endure what I did.   The only thing that keeps me alive today is my children and fear of something like this happening to them.  I cry myself to sleep every night of my life and I hate myself for my sexual identity issues. Every night when I sleep I have nightmares, I can't ever escape this prison that I am in and this life sentence is worse than any life sentence in a cell any day. I know because I have dealt with both prisons and the prison I have been in since the night of my abuse is the worse prison one could ever be stuck in.

 The Boy Scouts stole everything from me , my innocence, my life, my wife, my dreams , my goals, my future, my religion, my soul, and I hope the cowardly pedophile that put me in this prison burns in hell for eternity. Because he has made my entire life on earth hell.

I have attached a few pictures of a timeline for you to see me before during and after, they say pictures say a thousand words well these pictures say so much more.

I ask that you forgive me for my hatred for my abuser and that you forgive me for my anger it hurts to tell this I have never told anyone this much ever and it hurts so very bad.

I thank you for your time, and I thank you for the justice you will serve.

Thank you kindly.

1995
one of many school Awards
before Boy Scouts



1995 one of many school Awards
Boyscouts.



Before

Early 1995



late 1995



mid-late 1996
(during scouts)



Mid-late 1996
scouts)



Mid-late 1996
scouts)

Christmas 1997
After Scouts
No longer won Awards, Was Rebellious, Acting out, In trouble, Everything Changed Always Angry Even on Christmas



Christmas 1998
After Scouts
still Acting out, Rebelling, In trouble & Always Angry and mad Even on Christmas day.

