FILED
2021 JUL -7 AM 8:50
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor:

I pray this finds you and yours well and in good health and spirit.

As a boy of tender age I was taught to respect my elders and to trust in those persons to whom authority has been given. And I did so without question.

Scouting played a major role in my life at the time and my experiences in the organization remain with me today. I loved scouting and all it represented. Despite what happened I loved scouting so much I was willing to swallow my fear and continue in the Troop until I could stand it no longer.

The strength of our Troop was our fathers World War II veterans all. Our father fought beside Patton, stormed beaches in the Pacific and flew mission in P-51 mustangs. To a kid I believed we all looked to these men with awe, certainly respect and trust.

It was during a camp-out at a nearby lake while we were practicing our canoeing skills for a 50 mile

trip down the Colorado River that my life and view of the world and scouting. You can read my story in brief should you need to in my case filing. Believe me that statement however condensed does not come close to the shame, humiliation and fear I felt for a long time after. I had great respect for my Scoutmaster until that evening.

It had not occurred to me if the Scouts had a vetting process for Scout leaders. They were our fathers, the fathers of my friends and schoolmates. He was my father's drinking buddy I went to school with his son.

I believe we learned from the years of experiences with the Catholic Church and its Priest that a long, protracted battle over insurance exposure only increases the plight of the victims, many with mental health issues while money is not the solution since it cannot give back a childs innocence it can give to some a sense of closure.

Please do not allow the Boy Scouts to drag this Bankruptcy out and low-ball the victims. Thank you for listening,

Legal mail

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, De 19801