# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1],** | Case No. 20-10343 (LSS) |
| Debtor. | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Arch Insurance Company, a Party in Interest, in the above-captioned action, and hereby requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the address, telephone, facsimile number, and email address indicated:

Matthew A. Hamermesh, Esquire
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
T: (215) 568-6200
F: (215) 568-0300
E: mhamermesh@hangley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

|  |  |
|---|---|
|  | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| Dated: July 8, 2021 | By:  */s/ Matthew A. Hamermesh*  <br>Matthew A. Hamermesh <br>One Logan Square, 27th Floor <br>Philadelphia, PA 19103 <br>T: (215) 568-6200 <br>F: (215) 568-0300 <br>E: mhamermesh@hangley.com |
|  | *Counsel for Arch Insurance Company* |