# **<u>EXHIBIT A</u>**

26806555.11



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 06/25/2021 | CI-034567 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 07/25/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

**Bill To:**
Young Conaway Stargatt & Taylor, LLP
1100 North Market Street
Wilmington, DE 19801
United States of America

**Project Information:**

| Project Name: | P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings |
|---|---|
| Project Number: | P-001551 |
| PO Number: | |

Professional Services rendered for period ending May 31, 2021.

| | |
|---|---|
| Net Amount: | 114,450.90 |
| Tax: | |
| Total Invoice Amount: USD | 114,450.90 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

Remittance Instructions

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

*Please call Philip Irvine at (312) 212-6100 for question or bank wire instructions.*

*Please make checks/wires payable to 'Ankura Consulting Group, LLC'.*

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



|  |  |
|---|---|
| **Project #:** | **P-001551** |
| **Invoice Date:** | **6/25/2021** |
| **Invoice Number:** | **CI-034567** |
| **Professional Services Through:** | **May 2021** |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Thomas Vasquez | Senior Managing Director | 750.00 | 26.2 | $ 19,650.00 |
| Nicholas Deluca | Senior Managing Director | 500.00 | 17.1 | $ 8,550.00 |
| Zsolt Macskasi | Managing Director | 450.00 | 68.4 | $ 30,780.00 |
| Matthew Burkett | Senior Director | 350.00 | 67.2 | $ 23,520.00 |
| Michael Northeim | Director | 294.00 | 30.6 | $ 8,996.40 |
| Annabel Maschal | Senior Associate | 265.00 | 1.1 | $ 291.50 |
| Connor Cosenza | Senior Associate | 265.00 | 59.7 | $ 15,820.50 |
| Autumn McCusker | Senior Associate | 175.00 | 39.1 | $ 6,842.50 |
| **Total** | | | **309.4** | **$ 114,450.90** |



|  |  |  |  | Project #: | P-001551 |
|--|--|--|--|--|--|
|  |  |  |  | Invoice Date: | 6/25/2021 |
|  |  |  |  | Invoice Number: | CI-034567 |
|  |  |  |  | Professional Services Through: | May 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/3/2021 | Zsolt Macskasi | Future claims analysis | 450.00 | 5.0 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/3/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 0.6 | $ 159.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/4/2021 | Zsolt Macskasi | Future claims analysis | 450.00 | 4.0 | $ 1,800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/5/2021 | Thomas Vasquez | Forecast Future claims | 750.00 | 4.0 | $ 3,000.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/5/2021 | Nicholas Deluca | Review forecast model. | 500.00 | 2.8 | $ 1,400.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/5/2021 | Zsolt Macskasi | Future claims analysis | 450.00 | 4.0 | $ 1,800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/5/2021 | Michael Northeim | Claims forecas ing | 294.00 | 4.1 | $ 1,205.40 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/5/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 6.7 | $ 1,775.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/5/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 4.0 | $ 700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/6/2021 | Nicholas Deluca | Review forecast updates and me hodology. | 500.00 | 2.5 | $ 1,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/6/2021 | Zsolt Macskasi | Future claims analysis | 450.00 | 4.0 | $ 1,800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/6/2021 | Michael Northeim | Claims forecas ing | 294.00 | 3.2 | $ 940.80 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/6/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 7.2 | $ 1,908.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/6/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 3.5 | $ 612.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/7/2021 | Thomas Vasquez | Forecast Future claims | 750.00 | 5.4 | $ 4,050.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/7/2021 | Michael Northeim | Claims forecas ing | 294.00 | 1.2 | $ 352.80 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/7/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 1.8 | $ 477.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/7/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/8/2021 | Thomas Vasquez | Draft report | 750.00 | 3.5 | $ 2,625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/10/2021 | Thomas Vasquez | Total abuse estimation | 750.00 | 2.5 | $ 1,875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/10/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 3.2 | $ 1,120.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/10/2021 | Matthew Burkett | Review of POC claims valuation by abuse severity. | 350.00 | 1.8 | $ 630.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/10/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 1.2 | $ 318.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/10/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/11/2021 | Matthew Burkett | Analysis of POC claims for use in future claims forecast. | 350.00 | 2.2 | $ 770.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/11/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 2.1 | $ 735.00 |



|  |  |
|---|---|
| Project #: | P-001551 |
| Invoice Date: | 6/25/2021 |
| Invoice Number: | CI-034567 |
| Professional Services Through: | May 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/11/2021 | Michael Northeim | Claims forecas ing | 294.00 | 0.8 | $ 235.20 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/12/2021 | Matthew Burkett | Analysis of POC claims for use in future claims forecast. | 350.00 | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/12/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 4.8 | $ 1,680.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/12/2021 | Michael Northeim | Claims forecas ing | 294.00 | 2.8 | $ 823.20 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/12/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 1.6 | $ 424.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/13/2021 | Zsolt Macskasi | Perform analysis of claims forecast model with Deluca, McCusker, Burkett, Macskasi, Northeim, Cosenza, and Vasquez (2.2); future claims forecast methodology (3.8). | 450.00 | 6.0 | $ 2,700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/13/2021 | Matthew Burkett | Analysis of POC claims for use in future claims forecast. | 350.00 | 0.9 | $ 315.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/13/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 3.7 | $ 1,295.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/13/2021 | Michael Northeim | Working session with Deluca, McCusker, Burkett, Macskasi, Nor heim, Cosenza, and Vasquez (2.2); Claims forecasting analysis (0.9) | 294.00 | 3.1 | $ 911.40 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/14/2021 | Thomas Vasquez | Total abuse estimation | 750.00 | 4.4 | $ 3,300.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/14/2021 | Nicholas Deluca | Review claim categories for forecast | 500.00 | 2.1 | $ 1,050.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/14/2021 | Zsolt Macskasi | Forecasting future claims | 450.00 | 6.0 | $ 2,700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/14/2021 | Matthew Burkett | Research future claims forecast methodology. | 350.00 | 4.6 | $ 1,610.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/14/2021 | Michael Northeim | Claims forecas ing | 294.00 | 3.5 | $ 1,029.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/14/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 8.2 | $ 2,173.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/14/2021 | Autumn McCusker | Futures forecast analysis | 175.00 | 3.2 | $ 560.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/17/2021 | Matthew Burkett | Analyze alternative claims forecast me hodologies. | 350.00 | 2.6 | $ 910.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/18/2021 | Nicholas Deluca | Review forecast methodology by type | 500.00 | 1.8 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/18/2021 | Zsolt Macskasi | Forecasting future claims | 450.00 | 3.3 | $ 1,485.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/18/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 3.9 | $ 1,365.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/18/2021 | Michael Northeim | Forecast of claims | 294.00 | 2.2 | $ 646.80 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/18/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 4.4 | $ 1,166.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/18/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 3.0 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/19/2021 | Nicholas Deluca | Review forecast methodology | 500.00 | 1.9 | $ 950.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/19/2021 | Zsolt Macskasi | Analyze historical filing patterns of mass torts and class actions | 450.00 | 3.2 | $ 1,440.00 |



|  |  | Project #: | P-001551 |
|---|---|---|---|
|  |  | Invoice Date: | 6/25/2021 |
|  |  | Invoice Number: | CI-034567 |
|  |  | Professional Services Through: | May 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/19/2021 | Zsolt Macskasi | Create unified forecas ing model | 450.00 | 1.8 | $ 810.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/19/2021 | Matthew Burkett | Research class action abuse cases to iden ify claims filing patterns. | 350.00 | 1.6 | $ 560.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/19/2021 | Matthew Burkett | Analysis of future claims filing patterns. | 350.00 | 2.9 | $ 1,015.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/19/2021 | Michael Northeim | Forecast of claims | 294.00 | 3.2 | $ 940.80 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/19/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 5.1 | $ 1,351.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/19/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 4.4 | $ 770.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/20/2021 | Zsolt Macskasi | Analyze historical filing patterns of mass torts and class actions | 450.00 | 2.7 | $ 1,215.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/20/2021 | Zsolt Macskasi | Forecasting future claims | 450.00 | 3.1 | $ 1,395.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/20/2021 | Zsolt Macskasi | Regression analysis to forecast future claims | 450.00 | 2.2 | $ 990.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/20/2021 | Matthew Burkett | Analysis of future claims filing patterns for use in forecast methodology. | 350.00 | 4.1 | $ 1,435.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/20/2021 | Michael Northeim | Forecast of claims | 294.00 | 1.5 | $ 441.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/20/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 4.7 | $ 1,245.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/20/2021 | Autumn McCusker | Conduct background research to use in forecast model. | 175.00 | 3.0 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/20/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/21/2021 | Zsolt Macskasi | Forecasting future claims | 450.00 | 2.6 | $ 1,170.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/21/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 1.5 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/21/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 2.1 | $ 556.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/21/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/24/2021 | Nicholas Deluca | Analysis Of futures by category. | 500.00 | 2.8 | $ 1,400.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/24/2021 | Zsolt Macskasi | Revising presentation of future claims forecast | 450.00 | 3.3 | $ 1,485.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/24/2021 | Zsolt Macskasi | Revising future claims forecast spreadsheet model | 450.00 | 3.4 | $ 1,530.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/24/2021 | Matthew Burkett | Analysis of future claims forecast methodology and results. | 350.00 | 5.2 | $ 1,820.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/24/2021 | Michael Northeim | Claims forecas ing | 294.00 | 3.8 | $ 1,117.20 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/24/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 6.6 | $ 1,749.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/24/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 4.5 | $ 787.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/25/2021 | Thomas Vasquez | Forecast procedures for future claims | 750.00 | 2.3 | $ 1,725.00 |



Project #: P-001551
Invoice Date: 6/25/2021
Invoice Number: CI-034567
Professional Services Through: May 2021

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/25/2021 | Zsolt Macskasi | Revising presentation of future claims forecast | 450.00 | 2.8 | $ 1,260.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/25/2021 | Matthew Burkett | Evaluation of future claims forecast methodologies. | 350.00 | 4.1 | $ 1,435.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/25/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 3.0 | $ 795.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/25/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/26/2021 | Thomas Vasquez | Forecast procedures for future claims | 750.00 | 4.1 | $ 3,075.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/26/2021 | Zsolt Macskasi | Forecast future claims | 450.00 | 2.7 | $ 1,215.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/26/2021 | Zsolt Macskasi | Revising presentation of future claims forecast | 450.00 | 1.6 | $ 720.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/26/2021 | Matthew Burkett | Analysis of future claims forecast procedures. | 350.00 | 3.6 | $ 1,260.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/26/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 0.9 | $ 238.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/26/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/27/2021 | Zsolt Macskasi | Forecast future claims | 450.00 | 3.9 | $ 1,755.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/27/2021 | Matthew Burkett | Analysis of POC data for use in future claims forecast. | 350.00 | 2.5 | $ 875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/27/2021 | Michael Northeim | Claims forecasting | 294.00 | 1.2 | $ 352.80 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/27/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 1.3 | $ 344.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/27/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/28/2021 | Zsolt Macskasi | Future claims forecast | 450.00 | 2.8 | $ 1,260.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/28/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 2.9 | $ 1,015.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 5/28/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 2.1 | $ 556.50 |
| | **Historical Data Analysis-Model Building Total** | | | | | **294.0** | **$ 109,211.40** |
| **Actuarial and other Analyses Total - B007** | | | | | | **294.0** | **$ 109,211.40** |
| Fee Application Preparation | Fee Application Preparation | 5/12/2021 | Matthew Burkett | Preparation of monthly fee statement. | 350.00 | 1.4 | $ 490.00 |
| Fee Application Preparation | Fee Application Preparation | 5/14/2021 | Matthew Burkett | Preparation of monthly fee statement. | 350.00 | 1.1 | $ 385.00 |
| Fee Application Preparation | Fee Application Preparation | 5/18/2021 | Matthew Burkett | Audit of monthly invoices. | 350.00 | 0.7 | $ 245.00 |
| Fee Application Preparation | Fee Application Preparation | 5/20/2021 | Matthew Burkett | Audit of monthly invoice. | 350.00 | 0.9 | $ 315.00 |
| Fee Application Preparation | Fee Application Preparation | 5/21/2021 | Nicholas Deluca | Review of fee requests | 500.00 | 0.5 | $ 250.00 |
| Fee Application Preparation | Fee Application Preparation | 5/21/2021 | Matthew Burkett | Audit of monthly invoices. | 350.00 | 0.4 | $ 140.00 |
| **Fee Application Preparation Total - B018** | | | | | | **5.0** | **$ 1,825.00** |

6



|  |  | Project #: | P-001551 |
|---|---|---|---|
|  |  | Invoice Date: | 6/25/2021 |
|  |  | Invoice Number: | CI-034567 |
|  |  | Professional Services Through: | May 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Administrative/ Attend Calls/ Meetings | Administrative | 5/21/2021 | Annabel Maschal | Analysis re: potential litigation issues | 265.00 | 1.1 | $ 291.50 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 5/11/2021 | Nicholas Deluca | Particpate in call with fee examiner, Rucki, to discuss invoice. | 500.00 | 0.3 | $ 150.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 5/13/2021 | Nicholas Deluca | Work session with Deluca, McCusker. Burkett, Macskasi, Nor heim, Cosenza, and Vasquez | 500.00 | 2.2 | $ 1,100.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 5/13/2021 | Matthew Burkett | Participate in future claims forecast status meeting with DeLuca, Cosenza, Vasquez, Northeim, McCusker (2.2); analysis of future claims forecast (0 2). | 350.00 | 2.4 | $ 840.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 5/13/2021 | Connor Cosenza | Perform analysis of claims forecast model with Deluca, McCusker, Burkett, Macskasi, Northeim, Cosenza, and Vasquez | 265.00 | 2.2 | $ 583.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 5/13/2021 | Autumn McCusker | Perform analysis of claims forecast model with Deluca, McCusker, Burkett, Macskasi, Northeim, Cosenza, and Vasquez | 175.00 | 2.0 | $ 350.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 5/24/2021 | Nicholas Deluca | Participate in conference call with YCST personnel to progress and project administrative items. | 500.00 | 0.2 | $ 100.00 |
| **Administrative/ Attend Calls/ Meetings Total - B008** |  |  |  |  |  | **10.4** | **$ 3,414.50** |
| **Grand Total** |  |  |  |  |  | **309.4** | **$ 114,450.90** |