# **<u>EXHIBIT B</u>**

Ankura did not incur any expenses during the Fee Period.