# EXHIBIT A

# MAY 2021 INVOICE

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

June 4, 2021
Invoice #  15029

In Reference To: Tort Claims--Insurance
Our File No.:    B029.001

**Professional Services**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Compensation of Professionals** | | | | |
| 5/20/2021 JLS | Draft/Revise fee application. | | 1.10 | 682.00 |
| **SUBTOTAL:** | | [ | 1.10 | 682.00] |
| **General Committee** | | | | |
| 5/1/2021 KAP | E-mails re settlement structure (0.2); review proposed term sheet and e-mails re same (0.4) | | 0.60 | 585.00 |
| 5/3/2021 JLS | Appear for/Attend insurance working group meeting (.7) and prepare for same (.2). | | 0.90 | 558.00 |
| 5/4/2021 KAP | E-mails re Coalition (0.2); attend mediation sessions with BSA, Coalition, and TCC (3.4) (partial); e-mail re additional offers (0.1) | | 3.70 | 3,607.50 |
| 5/5/2021 JLS | Appear for/Attend mediation. | | 9.00 | 5,580.00 |
| KAP | Mediation session with TCC, Coalition, and FCR (1.2) (partial); e-mails with Mr. Schulman (0.1) | | 1.30 | 1,267.50 |
| 5/6/2021 JLS | Appear for/Attend mediation (4); appear for/attend TCC meeting following same (1.3). | | 5.30 | 3,286.00 |
| KAP | Telephone conference with Mr. Schulman re mediation (0.1); conference with TCC (1.3) | | 1.40 | 1,365.00 |
| 5/10/2021 JLS | Appear for/Attend TCC working group meeting (1.3) and prepare for same (.6). | | 1.90 | 1,178.00 |

BSA Tort Claimants	Page    2

|  |  |  | | Hours | Amount |
|---|---|---|---|---:|---:|
| 5/13/2021 | JLS | Appear for/Attend state court counsel meeting regarding status (.8) and confer with state court counsel regarding upcoming court hearing (.6) | | 1.40 | 868.00 |
|  | KAP | Review e-mails re objections and objections (0.6); conference with TCC and state court counsel (0.8) | | 1.40 | 1,365.00 |
| 5/14/2021 | JLS | Confer with state court counsel regarding upcoming hearing. | | 1.10 | 682.00 |
| 5/15/2021 | JLS | Review/Analyze reply to objections to standing motion (.6); reply to objections to estimation motion (.9); objection to BSA confirmation scheduling motion (1.3); and Century's objections to the disclosure statement and trust distribution procedures (2.3). | | 5.10 | 3,162.00 |
| 5/16/2021 | JLS | Review/Analyze reply to exclusivity motion objections (.9); ad hoc local council statement in Support of the Disclosure Statement (.6); reply to confirmation scheduling objections (.5) and BSA's reply to disclosure statement objections (1.7). | | 3.70 | 2,294.00 |
| 5/17/2021 | JLS | Appear for/Attend insurance working group meeting (.7) and prepare for same (.3). | | 1.00 | 620.00 |
|  | JLS | Appear for/Attend TCC meeting in preparation for hearing (1.6) and continue reviewing court filings in preparation for same (2.8). | | 4.40 | 2,728.00 |
|  | KAP | Conference with state court counsel re disclosure and objections and review same (1.6) | | 1.60 | 1,560.00 |
| 5/18/2021 | JLS | Review/Analyze BSA's disclosure statement and TDP filings in preparation for hearing (2.4); review draft motion to compel (.6). | | 3.00 | 1,860.00 |
|  | KAP | Conference with counsel for coalition and FCR re Century (0.6); conference with state court counsel re settlements and objections (0.2) | | 0.80 | 780.00 |
| 5/19/2021 | JLS | Appear for/Attend court hearing (partial). | | 5.70 | 3,534.00 |
|  | KAP | Attend bankruptcy court hearing (partial) (1.5) | | 1.50 | 1,462.50 |
| 5/20/2021 | JLS | Appear for/Attend state court counsel meeting (.9) and TCC meeting (1.5). | | 2.60 | 1,612.00 |
|  | KAP | Conference with state court counsel (0.9); conference with TCC (1.7) | | 2.60 | 2,535.00 |
| 5/21/2021 | JLS | Confer with state court counsel regarding upcoming hearing and mediation (partial). | | 1.20 | 744.00 |
| 5/24/2021 | JLS | Appear for/Attend insurance working group meeting (1.7) and prepare for same (.7). | | 2.40 | 1,488.00 |
| 5/25/2021 | JLS | Appear for/Attend TCC meeting regarding mediation (1.1); appear for/attend state court counsel meeting (1.5). | | 2.60 | 1,612.00 |

BSA Tort Claimants                                                                                                        Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/25/2021 | KAP | Conference with TCC (1.1); review Century discovery responses (0.5); review and revise letter to court re Century responses (0.2); conference with state court counsel (1.5) | 3.30 | 3,217.50 |
| 5/26/2021 | KAP | Attend mediation sessions (3.9) and conferences with TCC and state court counsel (0.5) | 4.40 | 4,290.00 |
| 5/27/2021 | JLS | Appear for/Attend mediation (8.0) | 8.00 | 4,960.00 |
|  | KAP | Conferences with TCC in mediation sessions (3.2) (0.2) | 3.40 | 3,315.00 |
| 5/28/2021 | KAP | Review e-mails (0.4); review TDP approaches and factors and analyze same (1.9) | 2.30 | 2,242.50 |
| 5/31/2021 | JLS | Confer with TCC regarding trust distribution procedures (2.9) (partial); review/analyze various drafts of proposed claims allowance procedures (1.3). | 4.20 | 2,604.00 |
|  | KAP | Conference with state court counsel re TDP (2.9) | 2.90 | 2,827.50 |
|  |  | **SUBTOTAL:** [ | 94.70 | 69,790.00] |

**Insurance Coverage**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/1/2021 | JLS | Review/Analyze current draft of term sheet response. | 1.70 | 1,054.00 |
| 5/3/2021 | JLS | Confer with FCR and Coalition coverage counsel regarding mediation (.3) and prepare for same (.3). | 0.60 | 372.00 |
|  | KAP | Conference with Insurance Working Group (0.7); e-mails re Coalition positions (0.2); conference with Coalition coverage lawyers re offers (0.3) | 1.20 | 1,170.00 |
|  | JLS | Plan and prepare for mediation. | 1.40 | 868.00 |
|  | JLS | Review/Analyze draft claimants' objections to BSA plan. | 2.00 | 1,240.00 |
|  | JLS | Review/Analyze Royal policies and corresponding claims data. | 2.20 | 1,364.00 |
| 5/4/2021 | JLS | Appear for/Attend mediation (8.5) and confer with TCC following same (.8). | 9.30 | 5,766.00 |
|  | CO | Draft a chart ███████████████████████ ███████████████████ | 0.10 | 26.00 |
|  | JLS | Review/Analyze ████████████████████████ and corresponding claims data (4.4) | 4.40 | 2,728.00 |
| 5/5/2021 | CO | Draft a chart ████████████████████████████ ██████████ (.2). | 0.20 | 52.00 |

BSA Tort Claimants                                                                                                           Page    4

|            |     |                                                                                                                                                                                                                                                                                                                                    | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 5/5/2021   | JLS | Research regarding ███████████████████████████.                                                                                                                                                                                                                                                                                    | 2.60  | 1,612.00 |
| 5/7/2021   | KAP | Review e-mails re local councils and calculations of local council assets, objections to discovery (0.7)                                                                                                                                                                                                                           | 0.70  | 682.50   |
| 5/8/2021   | JLS | Review/Analyze BSA's responses and objections to the interrogatories and requests for production regarding estimation (.7); review/analyze ad hoc local counsel settlement and allocation formula (.8) and emails from state court counsel regarding same (.2); review/analyze Hartford's objections and responses to discovery demands (.8); review/analyze LDS objection to disclosure statement (.6). | 3.10  | 1,922.00 |
| 5/10/2021  | JLS | Review/Analyze and edit objection to disclosure statement (1.6); review/analyze motion to approve Lehr settlement and coverage for same (.5); review/analyze FCR and Coalition objections to disclosure statement (1.1).                                                                                                            | 3.20  | 1,984.00 |
|            | JLS | Appear for/Attend meeting with Royal (.7) and prepare for same (1.2).                                                                                                                                                                                                                                                              | 1.90  | 1,178.00 |
|            | KAP | Conference with Insurance Working Group (1.3); review disclosure statement objection and objections to discovery (0.6); e-mails re Century (0.1); e-mails with state court counsel and with Mr. Schulman re insurance issues (0.4)                                                                                                 | 2.40  | 2,340.00 |
| 5/12/2021  | JLS | Draft/Revise draft objection to Lehr settlement.                                                                                                                                                                                                                                                                                   | 0.60  | 372.00   |
|            | JLS | Appear for/Attend meeting with insurance professionals following mediation (.3) and prepare for same (.3).                                                                                                                                                                                                                         | 0.60  | 372.00   |
|            | JLS | Review/Analyze all insurer's objections to disclosure statement.                                                                                                                                                                                                                                                                   | 1.40  | 868.00   |
| 5/13/2021  | DKP | Research Delaware bankruptcy court docket on PACER and identify insurers who filed objections to BSA's disclosure statement (1.8); download and save documents from PACER and forward to Mr. Schulman for review (0.2).                                                                                                            | 2.00  | 520.00   |
|            | JLS | Review/Analyze state court counsel objections to disclosure statement (2.3); review/analyze BSA's discovery responses regarding plan solicitation procedures motion (.8).                                                                                                                                                          | 3.10  | 1,922.00 |
|            | CO  | Research and draft a chart ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████                                                                                                                                                                                  | 0.70  | 182.00   |
| 5/14/2021  | JLS | Review/Analyze ███████████████████████████ in preparation for upcoming hearing.                                                                                                                                                                                                                                                    | 1.20  | 744.00   |

BSA Tort Claimants                                                                                                   Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/17/2021 | CO | Research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 | 26.00 |
| 5/18/2021 | JLS | Appear for/Attend meet and confer with Century (partial) (.4); appear for/attend state court counsel meeting (.8) | 1.20 | 744.00 |
|  | JLS | Confer with FCR and Coalition coverage counsel regarding insurance issues (.6); confer with mediator regarding mediation (.3). | 0.90 | 558.00 |
|  | JLS | Review/Analyze proposed amendments to disclosure statement regarding insurance issues as compared to reply in support of motion to approve disclosure statement and confer with TCC counsel regarding same. | 3.90 | 2,418.00 |
| 5/20/2021 | JLS | Review/Analyze insurance issues in response to TCC requests (1.7); continued review of CNA, Fireman's Fund and AIG coverage regarding potential demands (2.4). | 4.10 | 2,542.00 |
| 5/24/2021 | JLS | Confer with TCC and state court counsel regarding TDPs and insurance. | 3.20 | 1,984.00 |
|  | KAP | Conference with Insurance Working Group (1.7) | 1.70 | 1,657.50 |
| 5/25/2021 | JLS | Review/Analyze Century discovery responses. | 0.60 | 372.00 |
|  | JLS | Review/Analyze research regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.9); review/analyze research regarding ▓▓▓▓▓▓▓ (1.2) | 2.10 | 1,302.00 |
| 5/26/2021 | JLS | Appear for/Attend mediation (partial). | 11.00 | 6,820.00 |
|  | CO | Draft two charts ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.4). | 0.40 | 104.00 |
| 5/28/2021 | JLS | Confer with coverage and bankruptcy counsel regarding proposed plan amendments (1.3); review debtor's draft and proposed claims allowance procedures (1.4); confer with state court counsel regarding TDP options (.8) | 3.50 | 2,170.00 |
| 5/30/2021 | JLS | Confer with counsel regarding TDPs and claims allowance procedures (1); review drafts and edits in preparation for same (1.8). | 2.80 | 1,736.00 |
| 5/31/2021 | CO | Call with Mr. Schulman regarding a bankruptcy research question: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.1); ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (3.1). | 3.20 | 832.00 |

|  |  |  |
|---|---|---|
| **SUBTOTAL:** | [ 85.30 | 52,604.00] |
| **Subtotal of charges** |  | $123,076.00 |
| Courtesy Deduction of Time |  | ($2,740.00) |
| **For professional services rendered** | 181.10 | $120,336.00 |

BSA Tort Claimants                                                                                                          Page    6

                                                                                                                            <u>Amount</u>

**Previous balance**                                                                                                        $550,053.46

**Accounts receivable transactions**

5/28/2021   Payment – Thank You.  Check No. EFT                                                                             ($129,971.60)

**Total Payments and adjustments**                                                                                          ($129,971.60)

**Balance due**                                                                                                             <u>$540,417.86</u>

| | |
|---|---|
| Total Courtesy Deduction of Time: | $2,740.00 |
| Total Discount on Rates: | $36,511.50 |
| Total Reductions/Discounts: | $39,251.50 |

### Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 4.7 | 325 | 260 | 1,527.50 | 1,222.00 | 305.50 |
| Donald K. Piper | 2.0 | 290 | 260 | 580.00 | 520.00 | 60.00 |
| Jeffrey L. Schulman | 137.2 | 775 | 620 | 106,330.00 | 85,064.00 | 21,266.00 |
| Kirk A. Pasich | 37.2 | 1,375.00 | 975 | 51,150.00 | 36,270.00 | 14,880.00 |
| Mikaela C. Whitman | 0 | 625 | 500 | 0.00 | 0.00 | 0.00 |
| TOTAL | 181.10 | | | $159,587.50 | $123,076.00 | $36,511.50 |

# JUNE 2021 INVOICE

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

June 30, 2021
Invoice #  15179

In Reference To: Tort Claims--Insurance
Our File No.:   B029.001

**Professional Services**

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| | | **Compensation of Professionals** | | |
| 6/23/2021 | JLS | Review/Analyze fee examiner's report (.3) and confer with Mr. Rucki regarding same (.1). | 0.40 | 248.00 |
| | **SUBTOTAL:** | | [ 0.40 | 248.00] |
| | | **General Committee** | | |
| 6/1/2021 | JLS | Confer with coverage professionals in preparation for mediation (partial). | 0.50 | 310.00 |
| | JLS | Travel for Chicago mediation. | 3.50 | 2,170.00 |
| | JLS | Review/Analyze documents in preparation for meet and confer regarding estimation. | 2.40 | 1,488.00 |
| | KAP | Telephone conference with Mr. Schulman re ▇▇▇▇ and review ▇▇▇▇ (0.2); review draft letter to Court re Century discovery and comment re same (0.1) | 0.30 | 292.50 |
| 6/2/2021 | JLS | Appear for/Attend mediation and prepare for same. | 11.50 | 7,130.00 |
| | KAP | Attend mediation sessions (3.0) (1.2) (partial) | 4.20 | 4,095.00 |
| 6/3/2021 | JLS | Appear for/Attend mediation and prepare for same (8.5); return travel home (3). | 11.50 | 7,130.00 |
| | KAP | Attend mediation session with coalition and TCC (1.1) (partial) | 1.10 | 1,072.50 |

BSA Tort Claimants                                                                                                           Page    2

|            |     |                                                                                                                                                                                                                       | Hours | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 6/5/2021   | KAP | Telephone conference with Mr. Orgel, Ms. Grassgreen, et al. re TDP and insurance (1.1)                                                                                                                                | 1.10  | 1,072.50 |
| 6/6/2021   | JLS | Confer with state court counsel regarding TDPs (partial).                                                                                                                                                             | 0.70  | 434.00   |
| 6/7/2021   | JLS | Appear for/Attend mediation.                                                                                                                                                                                          | 7.50  | 4,650.00 |
| 6/8/2021   | JLS | Appear for/Attend mediation.                                                                                                                                                                                          | 7.50  | 4,650.00 |
| 6/9/2021   | JLS | Appear for/Attend meeting with survivor groups regarding plan documents (11.5) and review current drafts in preparation for same (2.8).                                                                               | 14.30 | 8,866.00 |
|            | KAP | Attend mediation sessions (partial (0.9) (0.6); e-mails re status and approach (0.6)                                                                                                                                  | 2.10  | 2,047.50 |
| 6/10/2021  | JLS | Appear for/Attend mediation.                                                                                                                                                                                          | 3.00  | 1,860.00 |
| 6/11/2021  | KAP | Review e-mails re issues and review TDP procedures and approaches (0.8); conference with Mr. Stang and state court counsel re same (1.6)                                                                              | 2.40  | 2,340.00 |
| 6/13/2021  | JLS | Appear for/Attend TCC meeting.                                                                                                                                                                                        | 2.10  | 1,302.00 |
|            | KAP | Conference with TCC re plan, settlement options, and issues (2.1)                                                                                                                                                     | 2.10  | 2,047.50 |
| 6/14/2021  | JLS | Confer with insurance professionals regarding insurance issues (.5); confer with state court counsel regarding plan (2.6); review current drafts in preparation for same (.6); follow-up discussion with state court counsel regarding same (1). | 4.70  | 2,914.00 |
|            | KAP | Review e-mails re plan and process and questions re same (0.8); conference with state court counsel re same (1.6) (0.5) (partial)                                                                                     | 2.90  | 2,827.50 |
| 6/15/2021  | JLS | Appear for/Attend SCC meeting (1.1); revise letter regarding estimation discovery (.4) and confer with counsel regarding same (.4); appear for/attend TCC meeting (.8).                                               | 2.70  | 1,674.00 |
|            | KAP | Conferences with Mr. Stang and state court counsel re settlement and plan terms and insurance-related issues (1.1)                                                                                                    | 1.10  | 1,072.50 |
| 6/16/2021  | JLS | Appear for/Attend TCC meeting.                                                                                                                                                                                        | 2.50  | 1,550.00 |
| 6/17/2021  | JLS | Appear for/Attend TCC and state court counsel meetings (3.1) and prepare for same (1.1).                                                                                                                              | 4.20  | 2,604.00 |
| 6/22/2021  | JLS | Appear for/Attend state court counsel meeting.                                                                                                                                                                        | 1.50  | 930.00   |
|            | KAP | Conference with state court counsel re plan and issues re same (1.5)                                                                                                                                                  | 1.50  | 1,462.50 |
| 6/23/2021  | JLS | Confer with counsel and mediator regarding UCC issues (1.1); confer with state court counsel regarding mediation status (1.5)                                                                                         | 2.60  | 1,612.00 |

BSA Tort Claimants                                                                                                                Page    3

|            |     |                                                                                                                                                                              | Hours  | Amount      |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-------------|
| 6/23/2021  | KAP | Conference with state court counsel (partial) (0.5)                                                                                                                          | 0.50   | 487.50      |
| 6/24/2021  | JLS | Appear for/Attend meeting regarding plan and TDP (4) (partial) and review working drafts in preparation for same (1.7).                                                      | 5.70   | 3,534.00    |
|            | KAP | Conference with BSA representatives and counsel re plan and TDP (partial) (4.0)                                                                                              | 4.00   | 3,900.00    |
| 6/25/2021  | JLS | Appear for/Attend state court counsel meeting (partial).                                                                                                                     | 0.50   | 310.00      |
| 6/27/2021  | KAP | Review redlined and TDP (0.9); conference with state court counsel re same (0.5); conference with Coalition, FRC, and state court counsel re same (2.3)                      | 3.70   | 3,607.50    |
|            | JLS | Confer with state court counsel (.5); confer with claimants' counsel and bankruptcy professionals (2.3); review insurance-related provisions of draft documents in preparation for same (.9). | 3.70   | 2,294.00    |
| 6/29/2021  | JLS | Appear for/Attend meetings with claimants' groups (1.7) and review working draft in preparation for same (.8); further discussion regarding same (3)(partial).                | 5.50   | 3,410.00    |
|            | KAP | E-mails with Mr. Kennedy, Mr. Thompson re ▊▊▊▊ (0.3); reviiw redlined drafts with proposed changes (0.8); attend mediation sessions (partial) (2.8)                           | 3.90   | 3,802.50    |
| 6/30/2021  | JLS | Appear for/Attend mediation (3.9) (partial); appear for/attend state court counsel meeting (.3); appear for/attend TCC meeting (2.5).                                        | 6.70   | 4,154.00    |
|            | KAP | Attend mediation sessions (partial) (3.3); review e-mails and revised TDP and plan provisions (0.6); attend TCC and state court counsel sessions (2.2) (partial)             | 6.10   | 5,947.50    |
|            |     | **SUBTOTAL:**                                                                                                                                                                | [ 141.80 | 101,051.00] |

**Insurance Coverage**

|            |     |                                                                                                                                            | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 6/1/2021   | JLS | Research ▊▊▊▊ issues.                                                                                                                       | 1.30  | 806.00   |
| 6/4/2021   | JLS | Review/Analyze draft claims procedures and trust agreement (1.9) and confer with Mr. Nasatir regarding ongoing mediation (.2)              | 2.10  | 1,302.00 |
| 6/5/2021   | JLS | Confer with bankruptcy professionals regarding TDPs (1.1); confer with Mr. Orgell (.7) and review case law and drafts in preparation for same (1.2) | 3.00  | 1,860.00 |
| 6/10/2021  | KAP | Review trust distribution procedures and e-mails re same and review insurance rights assignment (1.1)                                      | 1.10  | 1,072.50 |
| 6/11/2021  | JLS | Confer with coverage professionals regarding insurance issues (.9); confer with TCC regarding TDP issues (1.6); confer with Mr. Orgell regarding same (.2) | 2.70  | 1,674.00 |

BSA Tort Claimants                                                                                                          Page    4

|            |     |                                                                                                                                                                                                                       | Hours | Amount |
|------------|-----|-----|-----|-----|
| 6/12/2021  | JLS | Confer with coverage professionals regarding BSA's discovery responses (.4); review documents in data room (1.2) and formal responses (.5) in preparation for same.                                                        | 2.10  | 1,302.00 |
| 6/15/2021  | JLS | Research ███████████████████████████.                                                                                                                                                                                       | 1.40  | 868.00 |
| 6/16/2021  | JLS | Appear for/Attend meeting of insurance coverage professionals.                                                                                                                                                            | 0.50  | 310.00 |
| 6/17/2021  | JLS | Review/Analyze insurance and coverage claims data.                                                                                                                                                                         | 2.20  | 1,364.00 |
| 6/21/2021  | JLS | Plan and prepare for working group call.                                                                                                                                                                                   | 0.30  | 186.00 |
| 6/22/2021  | JLS | Review/Analyze insurance provisions of amended plan and disclosure statement.                                                                                                                                             | 1.80  | 1,116.00 |
| 6/28/2021  | JLS | Appear for/Attend insurance working group meeting (.9) and prepare for same (.3); appear for/attend SCC meeting (.5); appear for/attend TCC meeting (1.7) and prepare for same (1.4).                                     | 4.80  | 2,976.00 |
|            | KAP | Conference with insurance working group re TDP issues (partial) (0.5); review TDP drafts and redlines and annotate same (2.1); conference with TCC and with state court counsel (1.7)                                     | 4.30  | 4,192.50 |

|              |       |            |
|--------------|-------|------------|
| SUBTOTAL:  [ | 27.60 | 19,029.00] |

| Subtotal of charges        | $120,328.00  |
|----------------------------|--------------|
| Courtesy reductions        | ($5,674.46)  |
| For professional services rendered | 169.80 $114,653.54 |

**Expenses**

**General Committee**

| 6/7/2021 | Out-of-town travel: Chicago mediation, Jeff Schulman hotel lodging (2 nights) | 429.70 |
|----------|-------------------------------------------------------------------------------|--------|
|          | Out-of-town travel: Chicago mediation, Jeff Schulman-Delta airtickets          | 696.80 |
|          | Out-of-town travel: Chicago mediation, Jeff Schulman - Uber service, 4 rides   | 95.00  |

|              |   |           |
|--------------|---|-----------|
| SUBTOTAL:  [ |   | 1,221.50] |

| Total expenses          | $1,221.50   |
|-------------------------|-------------|
| Total amount of this bill | $115,875.04 |
| Previous balance        | $540,417.86 |

BSA Tort Claimants                                                                                                          Page    5

                                                                                                                            <u>Amount</u>

**Accounts receivable transactions**

| 7/2/2021 | Payment – Thank You.  Check No. EFT | ($97,210.80) |
|---|---|---|
| | **Total payments** | **($97,210.80)** |
| | **Balance due** | **$559,082.10** |

| Total Courtesy Deduction of Time: | $5,674.46 |
|---|---|
| Total Discount on Rates: | $36,676.00 |
| **Total Reductions/Discounts:** | **$42,350.46** |

### Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Jeffrey L. Schulman | 127.20 | 775 | 620 | 98,580.00 | 78,864.00 | 19,716.00 |
| Kirk A. Pasich | 42.40 | 1,375 | 975 | 58,300.00 | 41,340.00 | 16,960.00 |
| TOTAL | 169.60 | | | $156,880.00 | $120,204.00 | $36,676.00 |