# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 5348** |

## DEBTORS' RESPONSE TO THIRD-PARTY MOTION FOR CORRECTION AND RESPONSE

Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), submit this response to the *Third-Party Motion for Correction and Response* [D.I. 5348] (the "Motion") and respectfully state as follows:

    1.    On June 15, 2021, the clerk of the United States Bankruptcy Court for the District of Delaware docketed the Motion on behalf of the Movant.[2] As detailed in the Motion, the Movant has requested that his contact information be updated to reflect the correct address listed in the Motion and that he receive confirmation that this update has occurred.

    2.    Following receipt of the Motion, the Debtors directed their claims agent, Omni Agent Solutions ("Omni"), to update the claims register and any relevant service lists with respect

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The Movant's identity will remain confidential pursuant to the *Final Order (I) Authorizing the Debtors to File (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [D.I. 274].

to the Movant's mailing address. On June 22, 2021, Omni sent a letter to the Movant at the updated mailing address, confirming that the Movant's address was updated. Attached hereto as **Exhibit A** is a copy of the letter with the Movant's name and address redacted (the "Letter"). As of the filing of this response, neither the Debtors nor Omni have received a reply to the Letter.

3. The Debtors will serve the Movant a copy of this response at the updated mailing address.

4. Based on the foregoing, the Debtors believe that the Motion is resolved and no further action from the Court is required.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: July 8, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Michelle M. Fu*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Michelle M. Fu (No. 6661)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>ptopper@morrisnichols.com<br>mfu@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>mlinder@whitecase.com<br>laura.baccash@whitecase.com<br>blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |

## **Exhibit A**

**Letter**