## EXHIBIT A





June 22, 2021

█████████,

We have received your letter and updated our database with your correct address information as provided.   We are not attorneys so we cannot give any legal advice on your claim or the case.  We do not send out updates to the case other than what the courts instruct us to disseminate.  Below is a general update for you of the case.

The advisors for the debtors, the creditors' committee, and the TCC, among others, continue to negotiate the terms of the plan of reorganization, the current version of which you can review [Docket No. 5368]. This is the document that will outline the terms of a global settlement for abuse claimants, among other things. There is a hearing to consider approval of the disclosure statement (which you can review [Docket No. 5373]), which is the document that describes the terms of the plan in greater detail. The solicitation hearing is scheduled in late July 20,2021.

Once approved, copies of the disclosure statement, including the plan, will be sent to abuse claimants (or their lawyers, depending on the communication preference indicated on the proof of claim form) to vote on. This process is called solicitation. Once that is complete, the court will hold a hearing to determine whether to approve the plan (called confirmation).

At the same this time, and for many months after, abuse claims will be evaluated by various professionals, including the ones I mentioned above, and negotiations will be ongoing as to settlement amounts. I do not have any details, but I suspect this will take quite some time.

 That is all we really know at-the-moment, but we are here for you if you want to talk or have questions, at (866) 907-2721.

Best Regards
Jd

John Doherty
Email: jdoherty@omniagnt.com