IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions ("**Omni**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 8, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Debtors' Response to Third-Party Motion for Correction and Response [Docket No. 5532]**

Dated: July 9, 2021

                                                  Randy Lowry
                                                  Omni Agent Solutions
                                                  5955 De Soto Avenue, Suite 100

{State of California       }
{                          } ss.     Woodland Hills, CA 91367
{County of Los Angeles     }         (818) 906-8300

Subscribed and sworn to (or affirmed) before me on this 9th day of July, 20 21, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Carolyn K. Cashman_
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **EXHIBIT A**

# **EXHIBIT A**

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Movant | Creditor Name Redacted | Address Redacted | | First Class Mail |
| United States Trustee | Office of the United States Trustee | Attn: David L. Buchbinder<br>Attn: Hannah M. McCollum<br>844 King St, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov | Email<br>First Class Mail |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones | James E. O'Neill | joneill@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones | James Stang | jstang@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones | Robert B. Orgel | rorgel@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Ilan D. Scharf | ischarf@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | John W. Lucas | jlucas@pszjlaw.com | Email |
| Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Iain Nasatir | inasatir@pszjlaw.com | Email |