**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed**<br>**Objections Due:  July 20, 2021 at 4:00 p.m. (ET)** |

**FIFTEENTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED FOR THE PERIOD MAY 1, 2021 THROUGH MAY 31, 2021**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Date of retention: | May 23, 2020, *Nunc Pro Tunc* to<br>March 4, 2020  [Docket No. 689] |
| Period for which compensation<br>and reimbursement is sought: | May 1, 2021 through May 31, 2021 |
| Amount of compensation sought as actual,<br>reasonable and necessary: | $110,359.00 |
| Amount of payment sought: | $88,287.20 (80% of $110,359.00) |
| Amount of expense reimbursement sought as<br>actual, reasonable and necessary: | $0.00 |

This is a(n):   ☑ Monthly   ☐ Interim   ☐ Final application

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**ALIXPARTNERS, LLP**

## SUMMARY OF MONTHLY FEE APPLICATIONS

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 06/09/2020 Docket #815 | 3/4/2020 - 3/31/2020 | $500,294.50 | $0.00 | $500,294.50 | $0.00 | 6/24/2020 Docket #894 | $0.00 |
| 06/24/2020 Docket #898 | 4/1/2020 - 4/30/2020 | $426,735.00 | $0.00 | $426,735.00 | $0.00 | 7/9/2020 Docket #1002 | $0.00 |
| 7/22/2020 Docket #727 | 5/1/2020 - 5/31/2020 | $252,516.50 | $0.00 | $217,987.80 | $0.00 | 8/11/2020 Docket #1099 | $34,528.70 |
| 8/21/2020 Docket #1136 | 6/1/2020 - 6/30/2020 | $343,685.00 | $0.00 | $343,685.00 | $0.00 | 9/14/2020 Docket #1319 | $0.00 |
| 9/1/2020 Docket #1214 | 7/1/2020 - 7/31/2020 | $236,881.00 | $0.00 | $236,881.00 | $0.00 | 9/16/2020 Docket #1334 | $0.00 |
| 10/15/2020 Docket #1527 | 8/1/2020 - 8/31/2020 | $352,776.00 | $0.00 | $282,220.80 | $0.00 | 10/30/2020 Docket #1608 | $70,555.20 |
| 10/30/2020 Docket #1609 | 9/1/2020 - 9/30/2020 | $148,583.50 | $0.00 | $118,866.80 | $0.00 | 11/16/2020 Docket #1691 | $29,716.70 |
| 11/25/2020 Docket #1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | 12/16/2020 Docket #1856 | $51,132.30 |
| 1/7/2021 Docket #1912 | 11/1/2020 - 11/30/2020 | $238,488.50 | $0.00 | $190,790.80 | $0.00 | 1/28/2021 Docket #1993 | $47,697.70 |
| 2/25/2021 Docket #2260 | 12/1/2020 - 12/31/2020 | $241,754.50 | $0.00 | $193,403.60 | $0.00 | 3/16/2021 Docket #2390 | $48,350.90 |
| 3/10/2021 Docket #2413 | 1/1/2021 - 1/31/2021 | $354,267.50 | $0.00 | $283,414.00 | $0.00 | 4/6/2021 Docket #2439 | $70,853.50 |
| 4/14/2021 Docket #2596 | 2/1/2021 - 2/28/2021 | $227,786.00 | $0.00 | $182,228.80 | $0.00 | 4/29/2021 Docket #2736 | $45,557.20 |
| 5/11/2021 Docket #3601 | 3/1/2021 - 3/31/2021 | $175,914.50 | $0.00 | $140,731.60 | $0.00 | 5/27/2021 Docket #5066 | $35,182.90 |
| 6/2/2021 Docket #5204 | 4/1/2021 - 4/30/2021 | $85,772.00 | $0.00 | $0.00 | $0.00 | | $85,772.00 |
| 6/23/2021 Docket N/A | 5/1/2021 - 5/31/2021 | $110,359.00 | $0.00 | $0.00 | $0.00 | | $110,359.00 |
| **Subtotal** | | **$3,951,475.00** | **$0.00** | **$3,321,768.90** | **$0.00** | | **$629,706.10** |
| Second Interim Reduction[1] | | **($34,528.70)** | | | | | **($34,528.70)** |
| Third Interim Reduction[2] | | **($11,061.75)** | | | | | **($11,061.75)** |
| **Total** | | **$3,905,884.55** | **$0.00** | **$3,321,768.90** | **$0.00** | | **$584,115.65** |

_____

1   AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $34,528.70 during the Second Interim Fee Period ("Second Interim Reduction").

2   AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $11,061.75 during the Third Interim Fee Period ("Third Interim Reduction").

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**MAY 1, 2021 THROUGH MAY 31, 2021**

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Richard Collura | Managing Director | $1,125 | 1.3 | $ 1,462.50 |
| David MacGreevey | Managing Director | $1,185 | 13.3 | 15,760.50 |
| Kathryn McGlynn | Managing Director | $1,055 | 27.7 | 29,223.50 |
| Robert B Winning | Director | $935 | 9.1 | 8,508.50 |
| Heather Saydah | Senior Vice President | $480 | 0.9 | 432.00 |
| Kaitlyn A Sundt | Senior Vice President | $530 | 0.7 | 371.00 |
| Scott Weiner | Senior Vice President | $665 | 64.1 | 42,626.50 |
| Joy N Ibanga | Vice President | $530 | 16.9 | 8,957.00 |
| Brooke F Filler | Vice President | $460 | 1.0 | 460.00 |
| Lisa Marie Bonito | Associate | $465 | 5.5 | 2,557.50 |
| **Total Professional Hours and Fees** | | | **140.5** | **$ 110,359.00** |
| Less 20% Holdback | | | | (22,071.80) |
| **Total Professional Fees** | | | | **$ 88,287.20** |
| | | | | |
| **Average Billing Rate** | | | | **$ 785.47** |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**MAY 1, 2021 THROUGH MAY 31, 2021**

| CODE | MATTER CATEGORY | HOURS | FEES |
|---|---|---|---|
| 101 | Planning, Coordination and Case Management | 0.6 | $ 597.00 |
| 102 | Meetings and Communications with UCC & Professionals | 20.2 | 19,895.00 |
| 103 | Meetings and Communications with Management & Debtors' Professionals | 4.3 | 3,424.00 |
| 104 | Meetings and Communications with Lenders & Professionals | - | - |
| 105 | Meetings and Communications with Tort Committee | - | - |
| 106 | Analysis of Cash Collateral | - | - |
| 107 | Analysis of Liquidity and Cash Management | 26.2 | 18,805.50 |
| 108 | Sale of Assets | 1.9 | 1,452.50 |
| 109 | Business and Strategic Plan Analysis | 27.0 | 18,163.00 |
| 110 | Valuation Analysis | - | - |
| 111 | Employee Compensation and Advisor Retention Matters | - | - |
| 112 | Financial and Other Diligence | 22.7 | 16,349.50 |
| 113 | Collateral Analysis | - | - |
| 114 | Forensic Analysis | - | - |
| 115 | Litigation Support | - | - |
| 116 | Claims Analysis | 0.4 | 422.00 |
| 117 | RSA, Disclosure Statement & Plan of Reorganization | 11.1 | 11,103.50 |
| 118 | Retention Applications & Relationship Disclosure Schedules | 0.3 | 159.00 |
| 119 | Attend Court Hearings | 14.0 | 11,885.50 |
| 120 | Fee Statements and Fee Applications | 11.8 | 8,102.50 |
| 150 | Travel Time | - | - |
| | **Total Hours and Professional Fees Prior to Holdback** | **140.5** | **$ 110,359.00** |
| | **Average Billing Rate** | | **$ 785.47** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: Only if objections are filed** **Objections Due:  July 20, 2021 at 4:00 p.m. (ET)** |

**FIFTEENTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED FOR THE PERIOD MAY 1, 2021 THROUGH MAY 31, 2021**

AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC (the "Debtors"), hereby submits its fifteenth monthly application (the "Application") for allowance of compensation for professional services rendered for the period May 1, 2021 through May 31, 2021 (the "Compensation Period").  By this Application, AlixPartners seeks payment of professional fees of $88,287.20 (80% of $110,359.00).  AlixPartners respectfully states as follows:

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

**Jurisdiction and Venue**

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware (the "Local Bankruptcy Rules"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020  [Docket No. 341] (the "Interim Compensation Order").

**Background**

4.      On February 18, 2020, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "Chapter 11 Cases").

5.      On March 5, 2020, the Office of the United States Trustee for the District of Delaware ("UST") appointed the Committee [Docket No. 141].

**AlixPartners Retention**

6.      On April 23, 2020, the Committee filed its *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020*  [Docket No. 483].

2

7.      On May 23, 2020, the Bankruptcy Court entered the *Order Authorizing the Employment and Retention of AlixPartners LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 689] (the "Retention Order").

8.      The Retention Order authorizes AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Order.

9.      The Interim Compensation Order provides that upon the expiration of the Objection Deadline, a Professional may file a certificate of no objection (a "CNO") with the Court with respect to any fees and expenses not subject to objection. After a Professional files a CNO, the Debtors are authorized and directed to pay the Professional 80% of the fees and 100% of the expenses requested in the applicable Application that are not subject to an objection.

### Relief Requested

10.      During the Compensation Period, AlixPartners has provided an aggregate of 140.5 hours for professional services in the amount of $110,359.00.  After applying a 20% holdback of fees in the amount of $22,071.80, AlixPartners is requesting an allowance of professional fees in the amount of $88,287.20.

11.      Detailed time descriptions of the services performed by each professional, organized by discrete project by day and the aggregate hours is attached hereto as **Exhibit A**. Also included in **Exhibit A** is a list of professionals providing services; arranged by project category, the aggregate hours and professional fees expended by each professional and support person; summarized by matter code.

3

**Professional Services By Category During the Compensation Period**

12.     AlixPartners classified all services performed for which compensation is sought into separate categories.  Summarized below is a description of the services provided by AlixPartners to the Committee during the Compensation Period in each significant service area.

13.     The following summaries are intended only to highlight key services rendered by AlixPartners during the Compensation Period in certain project billing categories where AlixPartners has expended a considerable number of hours on behalf of the Committee, and are not meant to be a detailed description of all of the work performed by AlixPartners.  The primary focus of AlixPartners was centered around the following areas:

**Matter Code 101:  Planning, Coordination and Case Management**
**0.6 hours - $597.00**
Time spent includes engagement scoping, resource planning, workstream coordination, and engagement execution strategy.

**Matter Code 102: Meetings and Communications with Committee Members and Professionals**
**20.2 hours - $19,895.00**
Time spent includes updating the Committee regarding the status of the Chapter 11 Cases, including the preparation of related presentation materials.  In addition, this also includes discussion with other professionals representing the Committee regarding case developments.

**Matter Code 103: Meetings and Communications with Management and Debtors' Professionals**
**4.3 hours - $3,424.00**
Time spent includes meetings and discussions held with Management and Debtors' professionals.

**Matter Code 107: Analysis of Liquidity and Cash Management**
**26.2 hours - $18,805.50**
Time spent includes analyzing and reviewing weekly cash flow reports and their respective variances from budgeted amounts.  Time spent also includes analyzing cash flow budgets published during the case.

**Matter Code 108: Sale of Assets**
**1.5 Hours - $1,452.50**
Time spent reviewing terms of the Scouting U asset sale.

4

**Matter Code 109:  Business and Strategic Plan Analysis**
**27.0 hours - $18,163.00**
Time spent includes analyzing the Debtors' business plans, and their reasonableness as with respect to a successful emergence from Chapter 11.

**Matter Code 112: Financial and Other Diligence**
**22.7 Hours - $16,349.50**
Time spent includes researching and documenting relevant information regarding the Debtors' state of affairs from public and non-public sources, including, but not limited to, SEC filings, filings on the electronic court docket, press releases, monthly operating reports provided by the Debtors, as well as documents and schedules provided in the virtual data room.

**Matter Code 116:  Claims Analysis**
**0.4 hours - $422.00**
Time spent includes reviewing and analyzing claims filed against the Debtors and evaluating its expected recovery to the unsecured creditors.

**Matter Code 117:  RSA, Disclosure Statement & Plan of Reorganization**
**11.1 hours - $11,103.50**
Time spent includes negotiating, analyzing, reviewing and providing commentary on the Debtors' proposed plan of reorganization, disclosure statement, and related restructuring support agreement.  Time spent also includes preparing for and attending mediation sessions.

**Matter Code 118:  Retention Applications and Relationship Disclosure Schedules**
**0.3 hours - $159.00**
Time spent includes managing the retention and relationship disclosure processes.

**Matter Code 119:  Attend Court Hearings**
**14.0 hours - $11,885.50**
Time spent includes attending Court hearings.

**Matter Code 120:  Fee Statements and Fee Applications**
**11.8 hours - $8,102.50**
Time spent includes managing the monthly and interim fee application processes. Appropriate staffing levels were utilized to minimize the cost associated with these activities.

14.    AlixPartners believes that the fees and expenses requested are reasonable, and all

amounts requested are for actual and necessary services rendered on behalf of the Committee.

15.    AlixPartners has not entered into any agreement, express or implied, with any other

party for the purpose of fixing or sharing fees or other compensation to be paid for professional

5

services rendered in these cases. No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## **Certification**

16.    A Certification of David MacGreevey is attached hereto as **Exhibit B** and made part of this Application.

## **No Prior Request**

17.    No prior request for the relief sought in this Application has been made to this or any other court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

*[Remainder of page intentionally left blank.]*

6

**WHEREFORE**, AlixPartners respectfully requests that: (i) an allowance of compensation for professional services rendered to the Committee during the Compensation Period in the amount of $88,287.20 (80% of $110,359.00); (ii) that the Debtors are authorized and directed to pay AlixPartners the sum of $88,287.20; and (iii) and that this Court grant AlixPartners such other and further relief as is just and proper.

Dated:  June 29, 2021

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022


*/s/ David MacGreevey*
By:  David MacGreevey
       Managing Director

7

**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2136024-1 |
|---|---|
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/06/21 | RBW | Call with K. McGlynn (AlixPartners) re: case updates and next steps | 0.30 |
| 05/06/21 | KM | Call with R. Winning (AlixPartners) re: case updates and next steps | 0.30 |
| | | **Total** | **0.60** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2136024-1 |
|---|---|
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Robert B Winning | 0.30 | 935.00 | 280.50 |
| Kathryn McGlynn | 0.30 | 1,055.00 | 316.50 |
| **Total Hours & Fees** | **0.60** | | **597.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/03/21 | KM | Communication with Committee member and S. Weiner (AlixPartners) re: registration questions | 0.60 |
| 05/07/21 | KM | Review and revise weekly Committee update presentation | 0.60 |
| 05/07/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.60 |
| 05/10/21 | DM | Participate in call with Committee advisors including  I. Ibanga, K. McGlynn, R. Winning and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, M. Wasson and N. Hamerman (all Kramer Levin) re: general case updates | 0.50 |
| 05/10/21 | DM | Participate in conference call with the BSA Committee, I. Ibanga, K. McGlynn, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, Z. Essner (all Kramer Levin) re: general case updates | 0.90 |
| 05/10/21 | INI | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, M. Wasson and N. Hamerman (all Kramer Levin) re: general case updates | 0.50 |
| 05/10/21 | KM | Prepare for call with Committee member re: membership renewals | 0.40 |
| 05/10/21 | KM | Participate in conference call with S. Weiner (AlixPartners) and Committee member re: membership renewal analysis | 1.00 |
| 05/10/21 | KM | Participate in call with Committee advisors including D. MacGreevey, R. Winning, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, M. Wasson and N. Hamerman (all Kramer Levin) re: general case updates | 0.50 |
| 05/10/21 | KM | Participate in conference call with the BSA Committee, D. MacGreevey, R. Winning, S. Weiner and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson, Z. Essner (all Kramer Levin) re: general case updates | 0.90 |
| 05/10/21 | KM | Review and revise weekly Committee update presentation | 0.60 |
| 05/10/21 | RBW | Participate in conference call with the BSA Committee, D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson, Z. Essner (all Kramer Levin) re: general case updates | 0.90 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2136024-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/10/21 | RBW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, M. Wasson and N. Hamerman (all Kramer Levin) re: general case updates | 0.50 |
| 05/10/21 | INI | Participate in conference call with the BSA Committee, D. MacGreevey, K. McGlynn, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, Z. Essner (all Kramer Levin) re: general case updates | 0.90 |
| 05/10/21 | SW | Participate in conference call with K. McGlynn (AlixPartners) and Committee member (E. Schnabel) re: membership renewal analysis | 1.00 |
| 05/10/21 | SW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, M. Wasson and N. Hamerman (all Kramer Levin) re: general case updates | 0.50 |
| 05/10/21 | SW | Participate in conference call with the BSA Committee, D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson, Z. Essner (all Kramer Levin) re: general case updates | 0.90 |
| 05/14/21 | KM | Review case updates and next steps from Committee Counsel | 1.10 |
| 05/17/21 | KM | Revise weekly Committee update presentation | 0.70 |
| 05/17/21 | DM | Review emails with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.40 |
| 05/18/21 | DM | Review draft presentation to BSA Committee re: weekly updates | 0.30 |
| 05/18/21 | DM | Review email from Z. Essner (Kramer Levin) re: BSA updates | 0.30 |
| 05/18/21 | DM | Emails with BSA Committee member re: claim detail | 0.30 |
| 05/18/21 | KM | Review case updates and next steps from Committee Counsel | 0.70 |
| 05/20/21 | DM | Review email from Z. Essner (Kramer Levin) re: BSA updates | 0.30 |
| 05/21/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) re:BSA updates | 0.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2136024-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/21/21 | KM | Review case updates and next steps from Committee Counsel | 0.50 |
| 05/24/21 | INI | Participate in call with Committee advisors including K. McGlynn, R. Winning and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, M. Wasson and N. Hamerman (all Kramer Levin) re: general case updates and upcoming Committee professionals calls | 0.20 |
| 05/24/21 | KM | Participate in call with Committee advisors including R. Winning, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, M. Wasson and N. Hamerman (all Kramer Levin) re: general case updates and upcoming Committee professionals calls | 0.20 |
| 05/24/21 | KM | Review and revise weekly Committee presentation | 0.50 |
| 05/24/21 | RBW | Participate in call with Committee advisors including K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, M. Wasson and N. Hamerman (all Kramer Levin) re: general case updates and upcoming Committee professionals calls | 0.20 |
| 05/24/21 | RBW | Prepare for presentation to Committee on new budget and recent operational performance | 0.40 |
| 05/24/21 | RBW | Participate in call with Committee advisors including K. McGlynn, R. Winning and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, M. Wasson and N. Hamerman (all Kramer Levin) re: general case updates and upcoming Committee professionals calls | 0.20 |
| 05/27/21 | KM | Review case updates and next steps from Committee Counsel | 0.90 |
| 05/28/21 | DM | Review draft presentation for BSA Committee re: weekly updates | 0.40 |
| 05/28/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.30 |
| | | **Total** | **20.20** |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| | |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 1.60 | 530.00 | 848.00 |
| Scott Weiner | 2.40 | 665.00 | 1,596.00 |
| Robert B Winning | 2.20 | 935.00 | 2,057.00 |
| Kathryn McGlynn | 9.20 | 1,055.00 | 9,706.00 |
| David MacGreevey | 4.80 | 1,185.00 | 5,688.00 |
| **Total Hours & Fees** | **20.20** | | **19,895.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

Invoice #            2136024-1

Re:                  Mtgs and Communications with Mgmt & Debtors' Professionals
Client/Matter #      013446.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/07/21 | DM | Emails with attachment with C. Binggeli (A&M) and K. McGlynn (AlixPartners) re: PBGC claim in BSA | 0.20 |
| 05/07/21 | INI | Participate in conference call with R. Walsh (A&M), K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: March monthly operating report and weekly variance report for the week ended April 30th | 0.50 |
| 05/07/21 | RBW | Participate in conference call with R. Walsh (A&M), K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: March monthly operating report and weekly variance report for the week ended April 30th | 0.50 |
| 05/07/21 | KM | Participate in conference call with R. Walsh (A&M), R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: March monthly operating report and weekly variance report for the week ended April 30th | 0.50 |
| 05/07/21 | SW | Participate in conference call with R. Walsh (A&M), K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: March monthly operating report and weekly variance report for the week ended April 30th | 0.50 |
| 05/10/21 | KM | Review and coordinate request from Debtors related to support for PBGC claim | 0.30 |
| 05/21/21 | INI | Participate in conference call with C. Binggeli, R. Walsh and D. Jochim (all A&M), R. Winning and S. Weiner (all AlixPartners) re: revised 13-week budget dated May 14th, weekly variance report and general case updates | 0.60 |
| 05/21/21 | RBW | Participate in conference call with C. Binggeli, R. Walsh and D. Jochim (all A&M), S. Weiner and J. Ibanga (all AlixPartners) re: revised 13-week budget dated May 14th, weekly variance report and general case updates | 0.60 |
| 05/21/21 | SW | Participate in conference call with C. Binggeli, R. Walsh and D. Jochim (all A&M), R. Winning and J. Ibanga (all AlixPartners) re: revised 13-week budget dated May 14th, weekly variance report and general case updates | 0.60 |
| | | **Total** | **4.30** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038


| Invoice # | 2136024-1 |
|---|---|
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |


**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 1.10 | 530.00 | 583.00 |
| Scott Weiner | 1.10 | 665.00 | 731.50 |
| Robert B Winning | 1.10 | 935.00 | 1,028.50 |
| Kathryn McGlynn | 0.80 | 1,055.00 | 844.00 |
| David MacGreevey | 0.20 | 1,185.00 | 237.00 |
| **Total Hours & Fees** | **4.30** | | **3,424.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/03/21 | INI | Revise weekly liquidity update presentation to the Committee | 0.40 |
| 05/03/21 | KM | Review Debtors' weekly liquidity updates | 0.70 |
| 05/04/21 | RBW | Revise weekly presentation to Committee re: recent operating performance and liquidity | 0.40 |
| 05/04/21 | INI | Review revised weekly liquidity update deck to the Committee | 0.20 |
| 05/07/21 | SW | Review weekly variance report and draft question list in advance of call with Debtors' advisor | 0.40 |
| 05/07/21 | INI | Review the Debtors weekly cash flow variance report for the week ended April 30th | 0.30 |
| 05/07/21 | INI | Prepare weekly liquidity update for the Committee | 0.20 |
| 05/07/21 | DM | Review BSA budget variance week ended May 7th | 0.30 |
| 05/07/21 | RBW | Review weekly variance report from Debtors | 0.40 |
| 05/07/21 | KM | Review and analyze Debtors' weekly liquidity updates | 0.70 |
| 05/09/21 | INI | Prepare weekly liquidity update slides for the 5/10 Committee meeting | 0.80 |
| 05/10/21 | RBW | Revise weekly report on liquidity | 0.40 |
| 05/10/21 | INI | Respond to R. Winning's (AlixPartners) questions re: variance report | 0.40 |
| 05/14/21 | DM | Review budget package week ended May 7th | 0.30 |
| 05/14/21 | KM | Analyze Debtors' weekly liquidity updates | 0.70 |
| 05/16/21 | INI | Email with A&M re: causes of weekly cash flow variance for the week ended 5/7/2021 | 0.10 |
| 05/16/21 | INI | Review weekly cash flow variance report for the week ended May 7th | 0.30 |
| 05/16/21 | INI | Prepare weekly liquidity update for the Committee | 0.60 |
| 05/17/21 | INI | Prepare weekly liquidity update for the Committee | 1.30 |
| 05/17/21 | SW | Review weekly liquidity update presentation | 0.40 |
| 05/18/21 | DM | Review extended BSA budget forecast, related bridge and budget variance week ended May 14th | 0.70 |
| 05/20/21 | SW | Detailed review of updated cash flow budget and comparison to prior budget | 1.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/20/21 | SW | Compare updated cash flow budget to 2021 business plan forecast | 1.70 |
| 05/20/21 | SW | Derive question list for Debtors' financial advisor related to cash flow budget | 0.70 |
| 05/20/21 | KM | Analyze Debtors' updated 13 week cash flow forecast | 1.20 |
| 05/21/21 | KM | Review and analyze Debtors weekly liquidity updates | 0.60 |
| 05/21/21 | SW | Derive question list for Debtors' financial advisor related to weekly variance report | 0.50 |
| 05/21/21 | INI | Prepare weekly liquidity update for the Committee | 2.50 |
| 05/21/21 | INI | Review the Debtors' new 13-week cash flow budget dated May 14th | 1.90 |
| 05/21/21 | DM | Review BSA budget variance week ended May 14th | 0.30 |
| 05/23/21 | INI | Prepare weekly liquidity update for the Committee. | 0.90 |
| 05/24/21 | INI | Revise weekly liquidity report for the Committee update. | 1.00 |
| 05/24/21 | SW | Review weekly Committee update report | 0.60 |
| 05/24/21 | SW | Respond to internal questions related to budget changes in advance of proposed Committee call | 1.20 |
| 05/28/21 | INI | Review cash flow variance report for the week ended May 21st | 1.00 |
| 05/28/21 | DM | Review BSA budget variance week ended May 21st | 0.30 |
| 05/28/21 | DM | Review BSA budget variance week ended May 21st | 0.30 |
| | | **Total** | **26.20** |

909 Third Avenue       **T** 212.490.2500
New York, NY 10022    **F** 212.490.1344
                      **alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 11.90 | 530.00 | 6,307.00 |
| Scott Weiner | 7.00 | 665.00 | 4,655.00 |
| Robert B Winning | 1.20 | 935.00 | 1,122.00 |
| Kathryn McGlynn | 3.90 | 1,055.00 | 4,114.50 |
| David MacGreevey | 2.20 | 1,185.00 | 2,607.00 |
| **Total Hours & Fees** | **26.20** | | **18,805.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| Re: | Sale of Assets |
| Client/Matter # | 013446.00108 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/25/21 | RBW | Analyze Scouting U sale | 0.70 |
| 05/26/21 | SW | Review terms of Scouting U asset sale and provide summary comparison to budget and dataroom documents | 1.20 |
| | | **Total** | **1.90** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| | |
| Re: | Sale of Assets |
| Client/Matter # | 013446.00108 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Scott Weiner | 1.20 | 665.00 | 798.00 |
| Robert B Winning | 0.70 | 935.00 | 654.50 |
| **Total Hours & Fees** | **1.90** | | **1,452.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2136024-1 | |
| Re: | Business and Strategic Plan Analysis | |
| Client/Matter # | 013446.00109 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/03/21 | SW | Review data room documents to find prepetition program pricing details | 1.80 |
| 05/03/21 | SW | Create exhibit detailing year over year renewal data | 1.70 |
| 05/03/21 | SW | Perform analysis on 1Q20 and 1Q21 registration revenue | 2.30 |
| 05/03/21 | SW | Create table detailing results of analysis for 1Q20 and 1Q21 registration revenue | 0.70 |
| 05/03/21 | SW | Draft commentary for slide detailing 1Q20 and 1Q21 registration revenue and attribution analysis | 0.90 |
| 05/03/21 | SW | Begin to create bridge detailing year over year change in first quarter registration revenue | 0.60 |
| 05/04/21 | SW | Complete creating bridge exhibit detailing year over year change in first quarter registration revenue | 1.40 |
| 05/04/21 | SW | Review and finalize presentation relating to 1Q20 and 1Q21 Plan registration revenue | 1.60 |
| 05/04/21 | DM | Review draft presentation for BSA Committee re: analysis of membership renewals | 0.40 |
| 05/13/21 | SW | Input monthly membership data each month in 2018 based on data from Grey Books for renewal analysis | 2.80 |
| 05/13/21 | SW | Input monthly membership data each month in 2019 based on data from Grey Books for renewal analysis | 2.60 |
| 05/13/21 | SW | Incorporate monthly membership data for 2020 and 2021 provided in business plan for renewal analysis | 2.10 |
| 05/13/21 | SW | Begin to analyze 2018-2021 data for renewal analysis | 0.50 |
| 05/14/21 | SW | Complete analyzing 2018-2021 monthly membership data and create exhibits for renewal analysis | 2.70 |
| 05/14/21 | SW | Draft commentary for slides related to Committee member requested renewal analysis | 1.90 |
| 05/14/21 | SW | Utilize dataroom and BSA provided data to right size 2018 and 2019 monthly membership data | 1.50 |
| 05/14/21 | SW | Process internal edits related to renewal analysis slide | 1.50 |
| | | **Total** | **27.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Scott Weiner | 26.60 | 665.00 | 17,689.00 |
| David MacGreevey | 0.40 | 1,185.00 | 474.00 |
| **Total Hours & Fees** | **27.00** | | **18,163.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/05/21 | SW | Input data related to receivables aging from MORs during the November 2020 to March 2021 period | 1.20 |
| 05/05/21 | SW | Create exhibit detailing receivables aging from MORs during the November 2020 to March 2021 period | 1.40 |
| 05/05/21 | SW | Input data related to payables aging from MORs during the November 2020 to March 2021 period | 0.90 |
| 05/05/21 | SW | Create exhibit detailing payables aging from MORs during the November 2020 to March 2021 period | 1.30 |
| 05/05/21 | SW | Create exhibits detailing balance sheet as of 3/31/21 per MOR versus petition date and CYE20 | 1.50 |
| 05/05/21 | SW | Begin to create income statement for 2020 utilizing 1Q20 Grey Books | 1.80 |
| 05/06/21 | SW | Complete creating income statement for 2020 utilizing 1Q20 Grey Books | 2.30 |
| 05/06/21 | SW | Input income statement detail from 1Q21 MORs to create comparison to 1Q20 Grey Books | 0.90 |
| 05/06/21 | SW | Draft question list for Debtors' advisor relating to 1Q21 MORs and diligence requests for business plan refresh | 2.30 |
| 05/07/21 | SW | Complete reconciliation of 1Q20 Grey Book Income Statement Data to 1Q21 MOR data | 1.80 |
| 05/07/21 | KM | Call with S. Weiner (AlixPartners) re: membership renewal analyses | 0.30 |
| 05/07/21 | KM | Review and analyze presentation re:membership renewals between 2020 actuals and 2021 forecast | 1.10 |
| 05/07/21 | SW | Call with K. McGlynn (AlixPartners) re: membership renewal analyses | 0.30 |
| 05/10/21 | SW | Prepare for discussion with Committee Member re: renewal revenues | 2.30 |
| 05/10/21 | RC | Review weekly materials provided to the Committee and case updated provided by counsel | 0.30 |
| 05/17/21 | RBW | Review and revise weekly liquidity report for Committee | 0.30 |
| 05/17/21 | RC | Review information re: case updates and upcoming court hearing | 0.30 |
| 05/21/21 | SW | Review recently uploaded dataroom documents | 1.10 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2136024-1 | |
| Re: | Financial and Other Diligence | |
| Client/Matter # | 013446.00112 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/24/21 | RBW | Revise presentation re: new 13-week budget and weekly liquidity report | 0.70 |
| 05/24/21 | RBW | Analyze updated 13-week budget | 0.60 |
| | | **Total** | **22.70** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Scott Weiner | 19.10 | 665.00 | 12,701.50 |
| Robert B Winning | 1.60 | 935.00 | 1,496.00 |
| Kathryn McGlynn | 1.40 | 1,055.00 | 1,477.00 |
| Richard Collura | 0.60 | 1,125.00 | 675.00 |
| **Total Hours & Fees** | **22.70** | | **16,349.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/18/21 | KM | Communication with PBGC and C. Binggeli (A&M) re: PBGC claim support | 0.40 |
| | | **Total** | **0.40** |

909 Third Avenue       **T** 212.490.2500
New York, NY 10022    **F** 212.490.1344
                       **alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

Invoice #              2136024-1

Re:                    Claims Analysis
Client/Matter #        013446.00116

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kathryn McGlynn | 0.40 | 1,055.00 | 422.00 |
| **Total Hours & Fees** | **0.40** | | **422.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2136024-1 |
| --- | --- |
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 05/07/21 | RC | Review case updates provided by counsel re: disclosure statement objections, TCC's draft stipulation to intervene and ruling on the Sidley retention appeal | 0.30 |
| 05/11/21 | DM | Review TCC objection to BSA disclosure statement | 1.20 |
| 05/11/21 | DM | Review GSUSA objection to BSA disclosure statement | 0.30 |
| 05/11/21 | DM | Review Coalition objection to BSA disclosure statement | 0.50 |
| 05/11/21 | DM | Review UST objection to BSA disclosure statement | 0.40 |
| 05/14/21 | DM | Review Century objection to BSA disclosure statement | 0.80 |
| 05/18/21 | DM | Review revised BSA Plan and disclosure statement (redline) | 0.80 |
| 05/18/21 | KM | Review Debtors' amended Plan and disclosure statement | 1.10 |
| 05/18/21 | KM | Review Debtors' reply re: extending exclusivity | 0.90 |
| 05/18/21 | SW | Review redlines to plan and disclosure statement | 1.70 |
| 05/18/21 | RBW | Review Debtors' responses re: disclosure statement | 0.40 |
| 05/19/21 | RBW | Review reports summarizing the disclosure statement hearing | 0.40 |
| 05/20/21 | RC | Review information related to the disclosure statement hearing and other case-related updates | 0.40 |
| 05/21/21 | SW | Review Committee minutes and Kramer Levin committee update | 0.70 |
| 05/28/21 | RBW | Continue review of revised disclosure statement | 1.20 |
| | | **Total** | **11.10** |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Scott Weiner | 2.40 | 665.00 | 1,596.00 |
| Robert B Winning | 2.00 | 935.00 | 1,870.00 |
| Kathryn McGlynn | 2.00 | 1,055.00 | 2,110.00 |
| Richard Collura | 0.70 | 1,125.00 | 787.50 |
| David MacGreevey | 4.00 | 1,185.00 | 4,740.00 |
| **Total Hours & Fees** | **11.10** | | **11,103.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| Re: | Retention Applications & Relationship Disclosure Schedules |
| Client/Matter # | 013446.00118 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/14/21 | KAS | Review Z. Essner (Kramer Levin) email re: supplemental declaration | 0.30 |
| | | **Total** | **0.30** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| Re: | Retention Applications & Relationship Disclosure Schedules |
| Client/Matter # | 013446.00118 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kaitlyn A Sundt | 0.30 | 530.00 | 159.00 |
| **Total Hours & Fees** | **0.30** | | **159.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2136024-1 |
|---|---|
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/19/21 | SW | Dial-in to portion of omnibus hearing | 4.30 |
| 05/19/21 | INI | Attend Omnibus hearing | 2.30 |
| 05/19/21 | KM | Attend Omnibus hearing | 7.40 |
| | | **Total** | **14.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 2.30 | 530.00 | 1,219.00 |
| Scott Weiner | 4.30 | 665.00 | 2,859.50 |
| Kathryn McGlynn | 7.40 | 1,055.00 | 7,807.00 |
| **Total Hours & Fees** | **14.00** | | **11,885.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2136024-1 |
|---|---|
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/03/21 | LMB | Revise March 2021 monthly fee application | 0.40 |
| 05/03/21 | KM | Revise March fee application | 0.70 |
| 05/07/21 | DM | Review BSA March fee application | 0.50 |
| 05/07/21 | LMB | Finalize 13th monthly fee application, supporting schedules and exhibits | 0.40 |
| 05/07/21 | LMB | Email to Z. Essner (Kramer Levin) attaching March monthly fee statement for filing on the Court docket | 0.20 |
| 05/10/21 | LMB | Prepare professional fees for April 2021 monthly fee application | 1.50 |
| 05/10/21 | DM | Review proposed revised BSA interim compensation order | 0.40 |
| 05/11/21 | HS | Review fee examiner's initial report | 0.40 |
| 05/12/21 | HS | Review emails from B. Filler (AlixPartners) re: fee examiner's report and response | 0.20 |
| 05/12/21 | BFF | Review and summarize Fee Examiner's initial report re: Fourth Interim Fee Application | 0.60 |
| 05/14/21 | DM | Emails with B. Filler (AlixPartners) re: BSA fee examiner and proposed revision to interim compensation procedures | 0.30 |
| 05/17/21 | LMB | Prepare professional fees for April 2021 monthly fee application | 0.80 |
| 05/19/21 | HS | Review email from J. Rucki (fee examiner) re: motion to modify interim compensation procedures | 0.10 |
| 05/20/21 | KM | Review and revise April 2021 fee application | 1.10 |
| 05/24/21 | LMB | Prepare 14th monthly fee application, supporting schedules and exhibits | 2.20 |
| 05/24/21 | KAS | Review draft 14th monthly fee application | 0.40 |
| 05/27/21 | DM | Review BSA April fee application | 0.50 |
| 05/27/21 | KM | Revise April 2021 fee application | 0.50 |
| 05/28/21 | HS | Call with fee examiner and B. Filler (AlixPartners) re: fee examiner's preliminary report in response to interim fee application | 0.20 |
| 05/28/21 | BFF | Call with H. Saydah (AlixPartners) and J. Rucki (Fee Examiner) re: Fee Examiner's initial report | 0.20 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136024-1 |
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/28/21 | BFF | Call with fee examiner and H. Saydah (AlixPartners) re: fee examiner's preliminary report in response to interim fee application | 0.20 |
| | | **Total** | **11.80** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2136024-1 | |
| Re: | Fee Statements and Fee Applications | |
| Client/Matter # | 013446.00120 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brooke F Filler | 1.00 | 460.00 | 460.00 |
| Lisa Marie Bonito | 5.50 | 465.00 | 2,557.50 |
| Heather Saydah | 0.90 | 480.00 | 432.00 |
| Kaitlyn A Sundt | 0.40 | 530.00 | 212.00 |
| Kathryn McGlynn | 2.30 | 1,055.00 | 2,426.50 |
| David MacGreevey | 1.70 | 1,185.00 | 2,014.50 |
| **Total Hours & Fees** | **11.80** | | **8,102.50** |

**ALIXPARTNERS, LLP**

**Exhibit B**

**<u>Certification of David MacGreevey</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**<u>CERTIFICATION OF DAVID MACGREEVEY</u>**

I, **David MacGreevey**, declare under the penalty of perjury as follows:

1.      I am a Managing Director at AlixPartners, LLP ("<u>AlixPartners</u>"), financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Boy Scouts of America and Delaware BSA, LLC and its affiliates (the "<u>Debtors</u>") in the above-captioned Chapter 11 Cases.

2.      I have reviewed the *Fifteenth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services Rendered for the Period May 1, 2021 through May 31, 2021* (the "<u>Fifteenth Monthly Application</u>").

3.      I have reviewed Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware ("<u>Local Rule</u>") and submit that the Fifteenth Monthly Application substantially complies with such Local Rule.

4.      To the best of my knowledge, information and belief formed after reasonable inquiry, the Fifteenth Monthly Application complies with the *United States Trustee Guidelines for Reviewing*

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted September 17, 2013 (the "UST Guidelines").

5.      The fees and out-of-pocket expenses are billed in accordance  with the billing practices described below, and except as  otherwise indicated therein fall within the UST Guidelines. Except to the extent prohibited by the UST Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by the AlixPartners' clients.

6.      With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

1. Does not make a profit;

2. Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and

3. Seeks reimbursement of services purchased from or contracted for with a third-party vendor only in the amount billed to AlixPartners by and paid or to be paid by the Applicant to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated:  June 29, 2021

*/s/ David MacGreevey*
By:  David MacGreevey
     Managing Director