# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE:  3588** |

## CERTIFICATE OF NO OBJECTION REGARDING THE FIRST MONTHLY APPLICATION OF OMNI AGENT SOLUTIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2021 TO MARCH 31, 2021

The undersigned hereby certifies that, as of the date hereof, Omni Agent Solutions ("Omni") has received no answer, objection or other responsive pleading to the *First Monthly Application of Omni Agent Solutions for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2021 to March 31, 2021* (the "Application") (D.I. 3588), filed on May 11, 2021.

The undersigned further certifies that Omni has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed and served no later than May 25, 2021 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered

---

[1]  The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $71,612.00 | $0.00 | $57,289.60 | $57,289.60 |

WHEREFORE, Omni respectfully requests that the Application be approved.

Dated:  July 12, 2021
        New York, NY

**OMNI AGENT SOLUTIONS**

*/s/ Paul H. Deutch*_____
Paul H. Deutch
Executive Vice President
1120 Avenue of the Americas, 4th Fl.
New York, NY 10036
Telephone: 212-302-3580
Email: pdeutch@omniagnt.com

ADMINISTRATIVE AGENT TO THE DEBTORS AND DEBTORS IN POSSESSION