United States Bankruptcy Court
Wilmington DE

FILED
2021 JUL 12 AM 8:57

RE ███████

Case No. 20-10343 (LSS)
Claim # of mine SA███████

I'm a survivor in this case and was told on June 29, 2021 there would be a trial on this can you please send me all info I'm sending a Freedom of Information/Privacy Act Request sorry could not get prison staff to do the notary public at all I'm at war with all prison in Okla on there bad acts on me and other prisoner I most hated right now. Even in the courts these Okla cowboy don't go by state, laws are or U.S. Const. Amend Rights at all so I filed to U.S. Supreme Court DC to now get all Federal money stopped to all. I pray it work I got proof of all their wrongs anyway can you please send me any statement or what's going on now thanks for your time and help pice in Christ God bless ███████

7-2-21

EXAMPLE #1    *My Claim # SA [redacted]*

FREEDOM OF INFORMATION / PRIVACY ACT REQUEST

REQUESTOR _[redacted]_                  DATE OF BIRTH _[redacted]_

REG. NO _[redacted]_                    PLACE OF BIRTH _[redacted]_

ADDRESS _[redacted]_                    SOC. SEC. NO. _[redacted]_

AGENCY REQUESTED FROM: *Prison*   CASE NUMBER *20-10343 (LSS)*

DISTRICT COURT *United States Bankruptcy Delaware*

Pursuant to the Freedom Of Information Act, 5 USC 552, and the Privacy Act of 1974, 5 USC 552a, I hereby request copies of the following documents. If by reason you chose not to send me any of the documents or papers requested then please furnish me with a "Vaughn Index", as set forth in VAUGHN v. ROSEN, 484 F.2d 820 (D.C.D.C. 1973).

I am requesting all records, documents, and information you have in your files pertaining to me or mentioning my name.

Please consider this as a first-party request under the FOIA, 5 USC 552, and as a Privacy Act request, 5 USC 552a also.

In the event that some of the material is considered by you to be exempt form disclosure under both Acts, then please include all segregable portions of documents and the specific exemption you are relying upon to deny disclosure of the excised portions. Please note that in order to avoid disclosure you must claim an appropriate exemption under both Acts.

I am requesting that you abide by the statutory time within to make a determination on this request, that being ten (10) working days from your receipt under Section 552(a)(6)(A)(i).

I request a fee waiver or at least a fee reduction, however, in the event you deny this request for waiver I hereby agree to pay the fees for search and duplication while retaining my right to appeal your denial of waiver. The information requested will not be used for any commercial purpose.

I, _[redacted]_ hereby swear under the penalty of perjury that I am requesting all the above information and documents for my personal use.

*Staff would not do. Please call ask who to*

DATED _____

STATE OF _____                _[redacted]_

COUNTY OF _____

*Warden Scyne North Fork Corr*

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared known to me the person whose name is subscribed above and, being by me first duly sworn, declared that the information above is true and correct.
Given under my hand and seal of office this _____ day of _____, 200_.
NOTARY PUBLIC _____   MY COMMISSION EXPIRES: _____

- 3 -



Clerk of court
United States Bankruptcy Court
624 Market Street
Wilmington, DE 19801-3577

7-3-21