Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

FILED
2021 JUL 12 AM 9:00
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: SA - ███████████

I am writing today to express my thoughts/experiences and ultimately my feelings about the lawsuit against the BSA (Boy Scouts of America) as well as my involvement in it. First of all, thank you for hearing the case and including my letter for review.

I never realized how much damage I endured until trying to compose a letter. I have avoided mentioning it much less discussing it my entire life. I am humiliated to have a story like this. To go through the memories with purpose in order to put it in writing, black and white, is tormenting.

The abuse in BSA began when I was young, about 8 years old, continued through my teen years and a young adult. A period, much like many other people in which I had no control. Simply, adults in my life, making choices and my living through them, was something I was stuck with. Helpless, torture, humiliated, all words I don't think describe it enough.

When I became an adult and began my family I thought I was making choices to protect myself and my new family from experiences like mine. Little did I know I was living such a conditioned life. Nearly every choice I've made has been effected by the experiences I had in BSA.

It was both fear and torment that haunted me from the very beginning. I remember being abused like it was yesterday. My first experience was traumatic. My abuser, ███████████ was in a position of authority as my BSA leader. When he began touching me it felt wrong. When I tried to object and stand up for myself, he continued touching me saying "its ok, there is nothing wrong with this". When I tried to share my horrifying experience and fear with other adults in order to end it, I was told I was wrong and didn't understand what had happened. Each event after was an addition to the scars, leaving me with a list of permanent damage and trauma to my mind. The least of them being unable to express emotion and horrible embarrassment. Since that moment I have unable to trust people in any kind relationship or authority.

One of the worst effects from my experiences was to realize as an adult, my grown children who have begun coming to me with tears of their own torment from "the way they were raised". I will never forget the pain in my heart the day one of my grown sons came to me and asked me why I didn't love him enough to have shown him affection, tell him I love him and spend time with him as a child. He didn't know I didn't let him sit on my lap, or give him a bath or play with him much because I was afraid that somehow, sometime, if I let this innocent activity happen, I might be triggered to recreate the abuse I had experienced.

I avoided it and ultimately him to protect him. Even though he is free of sexual abuse scars of his own, I see now that he is not free of the mental and emotional abuse of neglect. He didn't do anything, I love him dearly, and I loved him enough to keep him from going through what I went through. I didn't realize I would be scaring him in a different way. This ripple effect is horrible to live with and has been lifelong.

I've had a marriage fall apart. She left me because I couldn't communicate with her. Counseling was not helpful. I didn't realize that not being able to communicate my feelings was from years of not being able to tell what was happening to me, how I felt about it and stop it. My true feelings were hidden as I had been taught to do.

I was unable to obtain a good job or even hold down a job. Each of the jobs I have had for any length of time were toxic environments where I allowed my bosses or coworkers to disrespect and take opportunities I earned. I was unable to see my worth and communicate my desire. I was unable to fight for something better, something I deserve as much as someone else. I allow others to say and do whatever they want at my expense all while thinking somehow I must deserve it, its ok and I just don't understand what was happening. This too has been lifelong.

I remarried, for an example, my wife asked me about meeting my family. I didn't realize that as a child I pulled away from everyone in my family because I couldn't trust anyone not feel the need to discuss my abuse. A humiliating experience in which I don't want to relive, ever, yet somehow continues to haunts me. The best way for me to have any control was to avoid others, even if it was family.

As a child I became very good at pushing the abuse back in my mind and avoiding memories. This a coping reaction, it was a poor way of dealing with it, certainly not healing. As an adult, I realize this skill has kept me isolated from everyone, any kind of social life, even a church. My abuser was very good at removing my self-esteem, confidence and pride. He removed the ability for me to fight for myself. He removed the ability for me to see myself as anything worthy. In writing this letter, I hope you can take in consideration the permanent, lifelong effect.

Boy Scouts was designed, among other things, to create bonds between men and boys, families and their young, impressionable, innocent youth. It was supposed to be a place for me to go develop lifetime memories, friendships and excellent skills. To learn how to be a better adult, exist in society, become the best me I could be. Ultimately, I became what my abuser designed me to be, submissive and less of a man. My childhood, and memories of BSA are of the worst in my life.

Please understand this process has been extremely difficult for me. However, I am both glad and saddened to have learned that there are enough situations like mine to have generated the lawsuit, this letter, and a need to review them. The cycle must stop and I hope healing can occur.








MISSOULA MT 598
07 JUL 2021 PM 1 T

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington, U.S. MS.
X-RAY 19801

1980133024

RE: SA