FILED
2021 JUL 12 AM 9:26
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri
Selber Silverstein
BSA Bankruptcy Case
824 Market St
6th Floor
Wilmington DE
19801

To Whom it may Concern
(Claim# SA-[redacted])

Dear, Justice Lauri

It really bothers my to address the court with this matter. This encounter that I was Expose to embarrass me. I hate thinking and talking about it. That saying I dont think that it is fair what BSA's is trying to do. I am an 18 yr disabled Veteran that served my country proudly from 1976-2003, I am a 100% disabled Veteran with PTSD, again its not fair to all victoms

Please Help US
Thank You

(Claim# SA-[redacted])

Claim #
SA- 

BALTIMORE MD 212
7 JUL 2021 PM 6 L




Justice Lauri
Selber Silverstein
BSA Bankruptcy Case
824 Market St
6th Floor
Wilmington. DE 19801

U.S.M.S.
X-RAY