Justice Lauri Selber Silverstein

BSA Bankruptcy Case   # 20-10343-LSS

824 Market Street

6th Floor

Wilmington, DE 19801

July 4, 2021

FILED

2021 JUL 12  AM 8:45

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

From ▇

PLIANTIFF/CLIENT  Claim # SA-▇

# APPOINT A BSA FINANCIAL MASTER

   I would like your Honor to install me, ▇ as the Financial Master in the BSA Bankruptcy case.

Whereas even if all the Walled Off Corporate Funding were to be revealed they would hardly be enough with all the Insurance and local BSA Councils and Sponsors or and their assets with the shenanigans of the Insurance companies to fund the actual $1 million payments to every PLAINTIFF VICTIM. That total and even when I secure a US Treasury/ Federal Bank Loan of $100 Billion to cover the actual monies due the PLAINTIFF VICTIMS could never alone make a sudden pre bankruptcy decision of ending this trial with solution satisfactory to your Honor and the BSA, her Insurers and PLAINTIFF VICTIMS and their lawyers.

#1 Name me, ▇ BSA FINANCIAL MASTER and CEO, COO and CFO and Chairman of the BSA for the duration of instituting the very final solution all will agree upon.

I will hire all the principal PLAINTIFF Representatives to the court and their principal lawyers for day-to-day BSA Corporate operations to implement the $100 Billion settlement vision.

I will secure a Federal/ TREASURY 5-year Loan of $100 Billion under the US Congressional Charter PPP loans currently in place and available up to $600 Billion.

I will pay each PLAINTIFF, VICTIM immediately $1 million

I shall pay the PLAINTIFF Lawyers the monies their efforts so far have won them in rendering a settlement of $6,000 per PLAINTIFF or 40% which would be $2,000 per PLAINTIFF Client 84,000 represented a sum of $168 million to be divided according to client numbers.

EXAMPLE: AVA Law Andrew Van Arsdale has 14,000 clients and would garner a lump sum from the $100 Billion Loan of $28 million.

I will retain the above PLAINTIFF Law Firms to help me, and the PLAINTIFFS implement new fees current annual scout dues are $600 per child and new fees will double that from the current and future 2 million annual paying scouts to $1,200 who shall be able to pay down the new Victim Payment molestation loan monies in fundraising activities we shall divine. We shall pay the scouts a sales wage and with their families and local business sponsors we expect new badges from earning sales from scout fund raising projects will fund the $50 Billion Loan payments.

The 50 Year $100 Billion loan will leave the BSA with a large robust operating budget, molestation monthly leadership and volunteer Psychological prurient protection testing's and protocols would be instituted bi-monthly and more often as needed.

I shall pay the PLAINTIFF Lawyers and PLAINTIFF VICTIM REPRESENTATIVE TEAM Corporate wages and established legal fees from a new BSA Operating budget increased from current $65 million to $650 million from new BSA fundraising instruments.

I shall insist that I be paid 10% 0f the PLAINTIFF Payments of $84 Billion or $8.4 billion from the $100 Billion Loan which I have by Providence established out of thin air. I am an International financial consultant to China, India, MLB and to President Obama, Nancy Pelosi and President Donald Trump allowing current Federal and Treasury monetary expansions financing without hardly a mention of the growing debt of coming $30 Trillion which I have shown the above parties is

essential to compete with Chinese expansion into all the world's poor nations to bring them out of poverty toward a robust prosperity which I, by Providence had written in my paper FAST TRACK ECONOMICS for India and China circa2000. The plan I laid out for US Infrastructure Investment monetary expansion was for $105 Trillions, for China and all poor nations was for $4 Quadrillion. My US plans funded the Federal Banks stockholders quite handsomely thus even Republicans are quite silent on pay as you grow new monetary expansion projects.

The New FRIENDLY (HOSTILE) TAKE OVER of the BSA appointed by the courts, Judge Silverstein who may want to have updated oversite as we proceed, and voted by the BSA Board, BSA Insurers, Local Sponsors PLAINTIFFS and their lawyers will divide the remaining $7 Billion shall be for the payroll of the new BSA Leadership wages and the necessary short-term funding of the temporarily replaced current corporate staff who may assist the new team if they so choose. The BSA can retain all the hidden and named assets for keeping the BSA liquid going forward and able to operate with new developed child protection protocols.

I do not want to be involved day to day for more than a single month now that the BSA recovery and PLAINTIFF /VICTIM payment vision is set in motion and validated by Judge Silverstein etc. and the Loan secured, and immediate payments consummated. The PLAINTIFF Representative team and their lawyers shall implement day to day long term operating protocols implementation.

The authority of the FRIENDLY/ HOSTILE BSA TAKE OVER appointed by Judge Silverstein shall last for 6 months to no more than 1 year at which time the TAKE OVER OVERSIGHT shall be dissolved and the BSA shall then again run its own operations with a new larger robust budget and anti-molestation protection protocols ongoing.

The remaining $100 Billion BSA Loan of $7 billion will be divided equally between the PLAINTIFF/VICTIM Court Representative team as an equal Pro Se legal equal and current client lawyers by client numbers shall be paid for the 6 months to 1 year overseeing the new BSA CORP Operations and new larger annual fundraising and dues budget of $1,200 per child for each 2 million scouts ($2.4 Billion yearly for BSA Operation and Loan payments) which scouts and families, by fundraising sales, can reduce their dues to zero and or make a sales profit.

# FEDERAL BANK/ US TREASURY 3-4 year paydown $100 Billion LOAN program of the newly to be appointed BSA FINANCIAL MASTER

The $100 Billion BSA PLAINTIFF VICTIM loan from the Federal Bank and US Treasury with Congressional Charter oversight has well over $600 remaining PPP Stimulus monies available for the BSA FINANCIAL MASTER Jobs Creation BE PREPARED Fund Raising and income for all 2 million BSA Scouts and 1 million Girl Scouts.

My company is beginning to hire 10 million out of work poor, globally Our ZEGE-MiNi package of Long Duration Cell Phone battery packs, ON-STAR type satellite cell phone emergency GPS locator, ZAGG-MOPHIE 1 year emergency cell phone power and car battery charger and emergency 20-mile range light, 2 of the 20 volt HAART E TOOL batteries with chargers and USB Cell Phone adapters and a Crank Emergency radio with USB port for cell phone charging.

ZEGE is selling its BE PREPARED for any Emergency with unlimited power

Electricity stand-by and power generating KITS for$1,200.

Our 10 million sales force salespersons can earn $100 per package sold or $10,000 a week, month or up to $500,000 a year.

ZEGE-MiNi will donate through the Scouts sales an extra $100 per kit for the BSA Molestation PLAINTIFF/VICTIM $100 Billion LOAN payoff.

Scouts male or female shall earn 50% of the sales commissions for a sales salary which will be an equal $100 per ZEGE -MiNi Kit, ZEGE, LLC will donate

an additional $50 for the drawdown of the 3-to 4 year $100 Billion Loan pay down.

ZEGE will be offering 10 million jobs globally to battered woman, Shelters, Impoverished villages, poor men and woman needing great paying jobs and cell phones. Churches who fund water drilled wells, schools, electricity for villages and jobs will be offered a ZEGE, LLC sales job for all its poor persons in need. Our Blog Site ZEGE-MiNi 10 million jobs creation sales site will match are sales force poor elderly men and woman, Boy Scouts and Girl Scouts, the impoverished or battered or molestation recoveree salespersons story to our ZEGE buying customers.

BSA under the FINANCIAL MASTER will implement with his Legal Team and Scout Victims Representatives many other FEDERAL/ US TREASURY/ Congressional PPP Stimulus Jobs Creation $100 Billion LOAN draw down payment fund raising projects and products like the Girl Scout Cookies program.

███████████ Global Financial Advisor to nations and large organizations.

███████████  7/7/21

TO: Justice Laur Silverstein
BAS Bankruptcy Corp
# 20-10343-LSS
824 Market St.
6th Floor
Wilmington DE 19801

USPS Priority Mail 2-Day label:
- US POSTAGE PAID $7.95
- Origin: 40475
- 07/07/21
- 2065240474-25
- 0 Lb 4.00 Oz
- 1006
- EXPECTED DELIVERY DAY: 07/10/21
- SHIP TO: Wilmington DE 19801
- USPS TRACKING #: 9505 5102 6206 1188 6456 62