Form 210A (10/06)

# United States Bankruptcy Court
# District of Delaware

In re:       Boy Scouts of America,
Case No.     20-10343) (Jointly Administered Under Case No 20-10343)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:  
**Fair Harbor Capital, LLC**  
As assignee of Hudson Graphics Inc (aka Fine Printing Hudson Printing)

Name of Transferor:  
Hudson Graphics Inc (aka Fine Printing Hudson Printing)

Name and Address where notices to transferee should be sent:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Court Claim # (if known):  267
Amount of Claim:  $4,417.82
Date Claim Filed:

Phone:  ___212 967 4035_____
Last Four Digits of Acct #:  _____n/a_____

Phone:
Last Four Digits of Acct. #:  ___n/a____

Name and Address where transferee payments should be sent (if different from above):

Phone:  _____n/a_____
Last Four Digits of Acct #:  _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____    Date:____July 12, 2021_____
           Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

In re:       **Boy Scouts of America,**
Case No.    20-10343) (Jointly Administered Under Case No 20-10343)

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

### Claim No. 267(if known)
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on July 12, 2021.

Name of Transferee:                                  Name of Alleged Transferor:
  **Fair Harbor Capital, LLC**                        **Hudson Graphics Inc (aka Fine Printing Hudson Printing)**
  As assignee of Hudson Graphics Inc (aka Fine Printing Hudson Printing)

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                              _____
                                                     Clerk of the Court

Notice of Transfer and Waiver of Notice

HUDSON GRAPHICS INC ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against **Boy Scouts of America** or any of its co-debtor affiliates (the "Debtor") in the aggregate amount of not less than **$2,335.53**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 20-10343. Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim. **In Witness Whereof,** HUDSON GRAPHICS INC (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

**HUDSON GRAPHICS INC ("Seller")**
P O BOX 7010
FINE PRINTING/HUDSON PRINTING
LONGVIEW, TX 75607-7010

Signature: _____  Date: 4-13-2021

Ph: _____  Fax: _____
Email: _____

Updated Address (If Changed): _____

Fair Harbor Capital, LLC ("Purchaser")
130 West 57th Street, 5th Floor
New York, NY 10019

Signature: _____

Fred Glass, Member Fair Harbor Capital, LLC
Victor Kno_