## Exhibit B

**Phase 2 Fees and Expense Itemization**



**FILE COPY ONLY – BILL SUBMITTED ELECTRONICALLY DO NOT SUBMIT TO CLIENT UNLESS EXPRESSLY REQUESTED BY CLIENT**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

June 9, 2021

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90443947
Client.Matter #  047657.000013

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through May 31, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ................................................................................................................................$2,355.00
Expenses..........................................................................................................................$0.00

**Total Due This Bill................................................................................................$2,355.00**

|  | Fees | Expenses |
|---|---|---|
| Year-To-Date | $270,645.50 | $184.73 |
| Life-To-Date | $1,973,480.00 | $2,495.31 |

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
06/09/21
Bill No. 90443947
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:   BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through May 31, 2021

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/10/21 | BAG | PHASE2 | Review email from Paige Topper at Morris Nichols regarding Century's Motion to Amend the Interim Compensation Procedure. | 0.10 | 64.00 |
| 05/10/21 | BAG | PHASE2 | Review Century's Motion to Amend the Interim Compensation. | 0.30 | 192.00 |
| 05/10/21 | BAG | PHASE2 | Follow up email exchange Paige Topper at Morris Nichols regarding Century's Motion to Amend the Interim Compensation Procedure. | 0.10 | 64.00 |
| 05/10/21 | BAG | PHASE2 | Review/revise March 2021 bills for inclusion in the monthly fee application. | 0.50 | 320.00 |
| 05/10/21 | BAG | PHASE2 | Complete 13th monthly application. | 0.50 | 320.00 |
| 05/12/21 | KJM | PHASE2 | Finalize monthly fee application exhibits and materials. | 1.00 | 150.00 |
| 05/12/21 | KJM | PHASE2 | Email exchange with Eric Moats regarding 13th monthly fee application. | 0.10 | 15.00 |
| 05/13/21 | KJM | PHASE2 | Review final fee examiner's report for the first second and third interim period in preparation for updating numbers in the 13th monthly fee app. | 0.30 | 45.00 |
| 05/13/21 | KJM | PHASE2 | Email to Eric Moats regarding 12th monthly fee app and updated chart including reflecting reduced fees. | 0.10 | 15.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/13/21 | KJM | PHASE2 | Email exchange with Nicole Liberatore at Melick & Porter regarding billing info for Annemarie Albateclaim in NY. | 0.10 | 15.00 |
| 05/17/21 | KJM | PHASE2 | Call with Eric Moats at Morris Nichols regarding revised 13th monthly fee application to include court approved amounts and fee examiner's reduction. | 0.20 | 30.00 |
| 05/17/21 | KJM | PHASE2 | Update 13th monthly fee application to include court approved amounts and fee examiner's reduction and re-calculation regarding same. | 0.50 | 75.00 |
| 05/17/21 | KJM | PHASE2 | Email communication to E. Moats regarding filing of 13th monthly fee application. | 0.10 | 15.00 |
| 05/17/21 | KJM | PHASE2 | Email to Carl Bingelli at Alvarez & Marsal regarding hold-back payments for third and fourth interim periods. | 0.10 | 15.00 |
| 05/18/21 | KJM | PHASE2 | Prepare fee and expense detail in connection with OD's 13th monthly fee application. | 0.50 | 75.00 |
| 05/18/21 | KJM | PHASE2 | Email to UST office and fee examiner regarding fee and expense detail in connection with 13th monthly fee application. | 0.10 | 15.00 |
| 05/24/21 | KJM | PHASE2 | Redact April fee statements in preparation for submission of OD's 14th monthly fee application. | 0.70 | 105.00 |
| 05/24/21 | KJM | PHASE2 | Email to Eric Moats regarding fee examiner's final fee report for third interim period and 14th monthly fee application. | 0.10 | 15.00 |
| 05/24/21 | KJM | PHASE2 | Begin preparation of OD's 14th monthly fee application materials and exhibits. | 2.70 | 405.00 |
| 05/25/21 | KJM | PHASE2 | Finalize draft of OD's 14th monthly application, exhibits and materials. | 1.90 | 285.00 |
| 05/25/21 | KJM | PHASE2 | Email communication to B. Griggs | 0.10 | 15.00 |



Page 4
06/09/21
Bill No. 90443947
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | regarding final draft of OD's 14th monthly application. | | |
| 05/26/21 | KJM | PHASE2 | Work on fee and expense detail in connection with OD's 14th fee application. | 0.70 | 105.00 |
| | | | Total Services: | 10.80 | 2,355.00 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 640.00 | 1.50 | 960.00 |
| Katie J. Murray | Other | 150.00 | 9.30 | 1,395.00 |

|  |  |
|---|---|
| TOTAL FEES | $2,355.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $2,355.00 |