## **Exhibit D**

### **Expense Summary**

| Category | Amount |
|---|---:|
| Legal Support Services | $81.19 |
| Delivery Services/Messenger | $9.80 |
| **Grand Total Expenses** | **$89.69** |