## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | CHAPTER 11 |
| BOY SCOUNTS OF AMERICA AND | : | |
| DELAWARE BSA, LLC | : | Case No.: 20-10343 (LSS) |
| | : | |
| | : | Jointly Administered |
| Debtors | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Myles H. Alderman, Jr. of Alderman & Alderman, LLC to the represent The Knights of Columbus, 1 Columbus Plaza, New Haven, CT 06510; Knights of Columbus, Council #462 ("Council #462"); Knights of Columbus, Saratoga Council #246 a/k/a Saratoga Knights of Columbus ("Council #246"); and Knights of Columbus, Father Baker Council #2243 ("Father Baker Council") (collectively the "Knights of Columbus Entities") in this action.

Dated: July 8, 2021                                    **BERGER HARRIS LLP**

*/s/ David J. Baldwin*
David J. Baldwin (No. 1010)
1105 North Market Street, 11th Fl.
Wilmington, DE 19801
(302) 655-1140
(302) 655-1131 Facsimile
dbaldwin@bergerharris.com
*Attorneys for Knights of Columbus Entities*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Connecticut and the Bars of the United States District Court of Connecticut and United States District Court Southern District of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 8, 2021

*/s/ Myles H. Alderman, Jr*
Myles H. Alderman, Jr.
Alderman & Alderman, LLC
100 Pearl Street, 14th Floor
Hartford, CT  06103
860-249-0093
myles.alderman@alderman.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: July 12th, 2021
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE