# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>　　　　　　　　Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF PROPOUNDING INSURERS' INTERROGATORIES TO THE DEBTORS

I hereby certify that on July 12, 2021, a true and accurate copy of Propounding Insurers' Interrogatories to the Debtors was served in the manner indicated on the parties identified below.

<u>Via Email</u>

Michael C. Andolina
White & Case LLP
111 South Wacker Drive
Chicago, IL 60606
mandolina@whitecase.com

OMM_US:77572191.2

Dated: July 12, 2021

Respectfully Submitted,

By: *Stamatios Stamoulis*_____
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone:  302 999 1540
Facsimile:  302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:  212 326 2000
Facsimile:  212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*