Chief Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801



FILED
2021 JUL 13 AM 8:46
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE



July 5, 2021

Dear Judge Silverstein,

I decided to write this after reading several of the letters from abuse victims, as well as the letters in support of the BSA scouting program. For this latter category, I believe many of the thoughts presented are quite off point and extremely short sighted. At the same time, I have much more compassion for my fellow survivors, and I stand with them. I believe the pain and damage done is reflected in their letters in various ways. I wish to express my thoughts because I believe I can speak to both perspectives.

The letters in support ask you to focus on all the good the scouting program has done. They seem to want to put the bulk of the accountability and responsibility on the perpetrators, and little to none on the organization. I can attest to the good that the scouting program has done, just as I can attest to the good I thought my perpetrator had done for me, at least seemingly so.

I joined the Boy Scouts at the age of 11 and it took little time for me to fall in love with scouting and embrace the principles it sought to instill. From then on it was my primary activity for the remainder of my childhood and adolescence. I went on to accomplish and contribute much to the program including being recognized as "Scout of the Year" and "Honored Camper" of my troop; completing a high adventure trek at Philmont Scout Reservation; serving as a staff member at my council camp in the Adirondacks for 7 years in various roles including Aquatic Director and Voyager/High Adventure/NY State Adirondack guide; and earning the rank of Eagle Scout. There are many cherished scouting memories mingled with the abuse that I endured.

I still view the bulk of my fellow camp staff members as a second family. Though it took some time, I have returned to a place where I embrace the fact that I am an Eagle Scout, and the principles of scouting are integral to who I am at my core. As the letters in support of the program indicate, I am not alone in this regard, and there is little doubt there are many Eagle Scouts, and other current and former scouts who feel the same way, including fellow survivors. Indeed, the scouting program has done much good. And at the same time, they do bear significant responsibility and accountability to survivors of abuse at the hands of adults involved with the BSA. It is not a question of whether they have done good **or** bear responsibility for the

pain and harm…. it is that they have done good **and** bear responsibility for the tremendous pain and harm that they allowed their scouts to endure.

The moment that I decided to file suit against the BSA, I was reticent to the point of being moved to tears and deciding to file anonymously. Months later, every bit of reticence disappeared when I learned an astounding 80,000 plus people filed claims of abuse with the BSA. False allegations of sexual assault are reported to be estimated between 5 and 10%. This means it is reasonable to assume the claims represent at least 72,000 credible accusations. At the same time, even half this number, 40,000, would represent an egregious failure at all levels of the BSA in protecting scouts. This is far from the acknowledgement of "some" abuse in the letters supporting the program, asking that the perpetrators be held solely responsible.

Highlighting the current safeguards in place, with the implication that those were different times, does not relieve the organization of its culpability. Firstly, with 52 being the average age at which a victim of childhood sexual abuse discloses, we still do not know how safe the program is at present. Beyond this, the abuse of scouts and the failure of the organization to protect scouts was never okay. We never deserved to be violated. We always deserved to be respected, protected, supported, and well prepared for threats.

My grooming and abuse lasted for about 10 years, and it was at the end of this period that I began to recognize what was happening over the previous few years was in fact abuse. That started a clock counting down to the statutes of limitations on my abuse expiring in my early twenties. By then I was only beginning to process all the abuse, and the concept of a statute of limitations had not ever crossed my mind. It is abundantly clear to me, and I think by now to most people, that such a limitation is not consistent with the grooming, the psychology, or the trauma of abuse, nor what it takes to survive. The BSA actively opposed the necessary changes, thus failing to support survivors who were abused through their program. If the BSA is not responsible, why did they invest so much in opposing statutes of limitation reform up until they claimed bankruptcy? I wonder if those writing letters of support of the program are aware of the BSA's opposition, and that in bankruptcy they turned around and asked any and all of us to come forward and expressed renewed support.

What I hope supporters of the program come to understand is that the very core values cited along with all the good done were exploited in the grooming and abuse process. Just like the parents and scouts who did not experience abuse, many of us survivors cherished the scout oath and law and all that scouting had to offer. They remain a part of my own core values and I strive to live up to them every day. As I said, I am an Eagle Scout. I own that. Sometimes I fall short, and at the same time I have never and will never fall as short as the BSA and my perpetrator.

I do recognize that you know best of what all that has been expressed in my letter, and letters submitted by others, is on point and relative. At the same time, I wish to add my dialectic perspective, which I am sure is similar to others, to the record.

2

Below are the scout oath and law. I hope you, and anyone else who may submit and or read letters on the docket keep in mind that these are recited at the start of every meeting, every gathering, every campfire, (and more) we participate in as a group in scouting. And an Eagle Scout like me has recited them countless times, and in fact had done so before my abuse even began. As Eagle Scouts we are charged to continue to live up to these principles throughout our lives. Some of the greatest suffering lies in the fact that our leaders and the organization failed to live up to them and even exploited them.

Respectfully,



The Scout Oath

On my Honor, I will do my best to do my duty to God and my country and to obey the Scout Law; to help other people at all times; to keep myself physically strong, mentally awake, and morally straight.

The Scout Law

A Scout is….

Trustworthy; Loyal; Helpful; Friendly; Courteous; Kind; Obedient; Cheerful; Thrifty; Brave; Clean and Reverent.