# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### AMENDED NOTICE OF DEPOSITION OF ROGER C. MOSBY

**TO:**  Roger C. Mosby
c/o Michael C. Andolina
White & Case LLP
111 South Wacker Drive
Chicago, IL 60606-4302

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, as made applicable to these proceedings by Rule 7030 of the Federal Rules of Bankruptcy Procedure and Rule 7030-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company (collectively, "Hartford"), though their undersigned counsel, will take the deposition of **Roger C. Mosby**.

The deposition will commence **July 15, 2021**, beginning at **8:00 a.m. (CT)** at the offices of Haynes & Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219, and by Zoom. The deposition will continue from day to day thereafter until complete.

---

[1] The Debtors in these Bankruptcy Proceedings, together with the last four digits of Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

The deposition will proceed before an officer authorized by law to administer oaths and will be recorded by audio, video, and/or stenographic means.

| | |
|---|---|
| Date:  July 13, 2021<br>Washington, DC | **SHIPMAN & GOODWIN LLP**<br><br>/s/  *James P. Ruggeri*<br>James P. Ruggeri (admitted *pro hac vice*)<br>Joshua D. Weinberg (admitted *pro hac vice*)<br>Annette P. Rolain (admitted *pro hac vice*)<br>Sara. K Hunkler (admitted *pro hac vice*)<br>Shipman & Goodwin LLP<br>1875 K Street, NW, Suite 600<br>Washington, D.C. 20006<br>Tel: (202) 469-7750<br>Fax: (202) 469-7751<br><br>-and-<br><br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, D.E. 19801<br>Tel: (302) 655-5000<br>Fax: (302) 658-6395<br>Email:  efay@bayardlaw.com<br>           gflasser@bayardlaw.com<br><br>-and-<br><br>Philip D. Anker (admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, N.Y. 10007<br>Tel: (212) 230-8890<br>Fax: (212) 230-8888<br><br>Danielle Spinelli (admitted *pro hac vice*)<br>Joel Millar (admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C. 20006<br>Tel: (202) 663-6000 |

Fax: (202) 663-6363

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company*