# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

## AMENDED NOTICE OF DEPOSITION OF BRIAN WHITTMAN

**TO:** Brian Whittman
c/o Michael C. Andolina
White & Case LLP
111 South Wacker Drive
Chicago, IL 60606-4302

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, as made applicable to these proceedings by Rule 7030 of the Federal Rules of Bankruptcy Procedure and Rule 7030-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company (collectively, "Hartford"), though their undersigned counsel, will take the deposition of **Brian Whittman**.

The deposition will commence **July 14, 2021**, beginning at **10:00 a.m. (CT)** at the offices of Haynes & Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219, and by Zoom. The deposition will continue from day to day thereafter until complete.

The deposition will proceed before an officer authorized by law to administer oaths and

---

[1] The Debtors in these Bankruptcy Proceedings, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

will be recorded by audio, video, and/or stenographic means.

Date:  July 13, 2021
       Washington, DC

**SHIPMAN & GOODWIN LLP**

/s/    *James P. Ruggeri*
James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Annette P. Rolain (admitted *pro hac vice*)
Sara. K Hunkler (admitted *pro hac vice*)
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, D.C. 20006
Tel: (202) 469-7750
Fax: (202) 469-7751

-and-

Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, D.E. 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Email:  efay@bayardlaw.com
        gflasser@bayardlaw.com

-and-

Philip D. Anker (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company*