# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on July 8, 2021, the undersigned counsel caused a copy of the documents listed below to be served in the manner indicated upon the parties listed on **Exhibit A** attached hereto:

1. *Debtors' Responses and Objections to Century's Request to the Debtors for Production of Documents;*

2. *Debtors' Responses and Objection to the Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Insurance Company, and Navigators Specialty Insurance Company's First Set of Interrogatories to Boy Scouts of America and Delaware BSA, LLC;*

3. *Debtors' Responses and Objections to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Insurance Company, and Navigators Specialty Insurance Company's First Set of Requests for Admission to Boy Scouts of America and Delaware BSA, LLC;*

4. *Debtors' Responses and Objections to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Insurance Company, and Navigators Specialty Insurance Company's First Set of Requests for Production of Documents to Boy Scouts of America and Delaware BSA, LLC;* and

5. *Debtors' Responses and Objections to Propounding Insurers' Requests to the Debtors for the Production of Documents.*

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: July 13, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Michelle M. Fu*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Michelle M. Fu (No. 6661)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>       aremming@morrisnichols.com<br>       ptopper@morrisnichols.com<br>       mfu@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>       mlinder@whitecase.com<br>       laura.baccash@whitecase.com<br>       blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |

**Exhibit A**

**Service List**

**BY ELECTRONIC MAIL**

Stamatios Stamoulis
Elisha A. Calhoon, ACP
**Stamoulis & Weinblatt LLC**
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Email: stamoulis@swdelaw.com
Calhoon@swdelaw.com

Tancred Schiavoni
Janine Panchok-Berry
Salvatore J. Cocchiaro
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
tschiavoni@omm.com
jpanchok-berry@omm.com
scocchiaro@omm.com

Philip D. Anker
**Wilmer Cutler Pickering Hale and Dorr LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
philip.anker@wilmerhale.com

Gregory Joseph Flasser
Erin R Fay
**Bayard, P.A.**
600 North King Street
Suite 400
Wilmington, DE 19801
gflasser@bayardlaw.com
efay@bayardlaw.com

Eric S. Goldstein
**Shipman & Goodwin LLP**
One Constitution Plaza
Hartford, CT 06103
860-251-5218 (fax)
egoldstein@goodwin.com

Sara K. Hunkler
Annette P. Rolain

James Ruggeri
Joshua Weinberg
Abigail Williams
**Shipman and Goodwin LLP**
1875 K Street NW, Suite 600
Ste 600
Washington, DC 20006-1251
shunkler@goodwin.com
arolain@goodwin.com
jruggeri@goodwin.com
awilliams@goodwin.com
jweinberg@goodwin.com

Joel Millar
Danielle Spinelli
**Wilmer Cutler Pickering Hale and Dorr LLP**
1875 Pennsylvania Avenue
Washington, DC 20006
joel.millar@wilmerhale.com
danielle.spinelli@wilmerhale.com

Harris B. Winsberg
**Troutman Sanders LLP**
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308
harris.winsberg@troutman.com

David M. Fournier
Marcy J. McLaughlin Smith
**Troutman Pepper Hamilton Sanders LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Marcy.Smith@troutman.com
David.Fournier@troutman.com

Ryan S. Smethurst
Margaret H. Warner
**McDermott Will & Emergy LLP**
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531

rsmethurst@mwe.com
mwarner@mwe.com

Matthew W. Sorem
**Nicolaides Fink Thorpe Michaelides Sullivan LLP**
10 S. Wacker Dr.
21st Floor
Chicago, IL 60606
msorem@nicolaidesllp.com

John E Bucheit
Todd C. Jacobs
**BRADLEY RILEY JACOBS PC**
500 West Madison Street
Suite 1000
Chicago, IL 60661
jbucheit@bradleyriley.com
tjacobs@bradleyriley.com

Deirdre M. Richards
**Fineman Krekstein & Harris P.C.**
1300 N. King Street
Wilmington, DE 19801
drichards@finemanlawfirm.com

Susan N.K. Gummow
**Foran Glennon Palandech Ponzi & Rudloff**
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
sgummow@fgppr.com

Michael A. Rosenthal
Jason Hallowell
**Gibson Dunn & Crutcher LLP**
200 Park Avenue
47th Floor
New York, NY 10166
mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com

Matthew G. Bouslog
**Gibson Dunn & Crutcher LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
mbouslog@gibsondunn.com

David Christian
**David Christian Attorneys LLC**
105 W. Madison St.
Suite 1400
Chicago, IL 60602
dchristian@dca.law

Konrad Krebs
**Clyde & Co US LLP**
200 Campus Drive
Suite 300
Florham Park, NJ 07932
konrad.kebs@clydeco.us

Bruce D Celebrezze
Clyde & Co US LLP
101 Second Street
25th Floor
San Francisco, CA 94105
bruce.celebrezze@clydeco.us

Bruce W. McCullough
**Bodell Bove, LLC**
1225 N. King Street, Suite 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

Tacie Yoon
**Crowell & Moring, LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
tyoon@crowell.com

Mark D. Plevin
**Crowell & Moring LLP**
Three Embarcadero Center
26th Floor
San Francisco, CA 94111
mplevin@crowell.com

Robert D. Cecil, Jr.
**Tybout, Redfearn & Pell**
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899
rcecil@trplaw.com