**Exhibit A**

**Service List**

**BY ELECTRONIC MAIL**

Stamatios Stamoulis
Elisha A. Calhoon, ACP
**Stamoulis & Weinblatt LLC**
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Email:  stamoulis@swdelaw.com
　　　　Calhoon@swdelaw.com

Tancred Schiavoni
Janine Panchok-Berry
Salvatore J. Cocchiaro
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
tschiavoni@omm.com
jpanchok-berry@omm.com
scocchiaro@omm.com

Philip D. Anker
**Wilmer Cutler Pickering Hale and Dorr LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
philip.anker@wilmerhale.com

Gregory Joseph Flasser
Erin R Fay
**Bayard, P.A.**
600 North King Street
Suite 400
Wilmington, DE 19801
gflasser@bayardlaw.com
efay@bayardlaw.com

Eric S. Goldstein
**Shipman & Goodwin LLP**
One Constitution Plaza
Hartford, CT 06103
860-251-5218 (fax)
egoldstein@goodwin.com

Sara K. Hunkler
Annette P. Rolain

James Ruggeri
Joshua Weinberg
Abigail Williams
**Shipman and Goodwin LLP**
1875 K Street NW, Suite 600
Ste 600
Washington, DC 20006-1251
shunkler@goodwin.com
arolain@goodwin.com
jruggeri@goodwin.com
awilliams@goodwin.com
jweinberg@goodwin.com

Joel Millar
Danielle Spinelli
**Wilmer Cutler Pickering Hale and Dorr LLP**
1875 Pennsylvania Avenue
Washington, DC 20006
joel.millar@wilmerhale.com
danielle.spinelli@wilmerhale.com

Harris B. Winsberg
**Troutman Sanders LLP**
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308
harris.winsberg@troutman.com

David M. Fournier
Marcy J. McLaughlin Smith
**Troutman Pepper Hamilton Sanders LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Marcy.Smith@troutman.com
David.Fournier@troutman.com

Ryan S. Smethurst
Margaret H. Warner
**McDermott Will & Emergy LLP**
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531

rsmethurst@mwe.com
mwarner@mwe.com

Matthew W. Sorem
**Nicolaides Fink Thorpe Michaelides Sullivan LLP**
10 S. Wacker Dr.
21st Floor
Chicago, IL 60606
msorem@nicolaidesllp.com

John E Bucheit
Todd C. Jacobs
**BRADLEY RILEY JACOBS PC**
500 West Madison Street
Suite 1000
Chicago, IL 60661
jbucheit@bradleyriley.com
tjacobs@bradleyriley.com

Deirdre M. Richards
**Fineman Krekstein & Harris P.C.**
1300 N. King Street
Wilmington, DE 19801
drichards@finemanlawfirm.com

Susan N.K. Gummow
**Foran Glennon Palandech Ponzi & Rudloff**
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
sgummow@fgppr.com

Michael A. Rosenthal
Jason Hallowell
**Gibson Dunn & Crutcher LLP**
200 Park Avenue
47th Floor
New York, NY 10166
mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com

Matthew G. Bouslog
**Gibson Dunn & Crutcher LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
mbouslog@gibsondunn.com

David Christian
**David Christian Attorneys LLC**
105 W. Madison St.
Suite 1400
Chicago, IL 60602
dchristian@dca.law

Konrad Krebs
**Clyde & Co US LLP**
200 Campus Drive
Suite 300
Florham Park, NJ 07932
konrad.kebs@clydeco.us

Bruce D Celebrezze
Clyde & Co US LLP
101 Second Street
25th Floor
San Francisco, CA 94105
bruce.celebrezze@clydeco.us

Bruce W. McCullough
**Bodell Bove, LLC**
1225 N. King Street, Suite 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

Tacie Yoon
**Crowell & Moring, LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
tyoon@crowell.com

Mark D. Plevin
**Crowell & Moring LLP**
Three Embarcadero Center
26th Floor
San Francisco, CA 94111
mplevin@crowell.com

Robert D. Cecil, Jr.
**Tybout, Redfearn & Pell**
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899
rcecil@trplaw.com