## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on July 12, 2021, the undersigned counsel caused a copy of the documents listed below to be served in the manner indicated upon the parties listed on **Exhibit A** attached hereto:

1. *Debtors' First Set of Requests for Admission to Hartford;*

2. *Debtors' First Set of Requests for the Production of Documents to Century*;

3. *Debtors' Frist Set of Requests for the Production of Documents to Hartford*;

4. *Debtors' First Set of Requests for the Production of Documents to the Propounding Insurers*;

5. *Debtors' First Set of Interrogatories to Century*;

6. *Debtors' First Set of Interrogatories to Hartford*; and

7. *Debtors' First Set of Interrogatories to Propounding Insurers.*

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated:  July 13, 2021
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Michelle M. Fu*
_____
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Michelle M. Fu (No. 6661)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
      aremming@morrisnichols.com
      ptopper@morrisnichols.com
      mfu@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
      mlinder@whitecase.com
      laura.baccash@whitecase.com
      blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION

## Exhibit A

**Service List**

**BY ELECTRONIC MAIL**

Tancred Schiavoni
Janine Panchok-Berry
Gary Svirsky
Andrew Kirschenbaum
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
tschiavoni@omm.com
jpanchok-berry@omm.com
gsvirsky@omm.com
akirschenbaum@omm.com

Sherin Parikh
**O'Melveny & Myers LLP**
400 South Hope Street
18th Floor
Los Angeles, CA  90071
sparikh@omm.com

Philip D. Anker
Lauren Lifland
**Wilmer Cutler Pickering Hale and Dorr LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
philip.anker@wilmerhale.com
Lauren.Lifland@wilmerhale.com

Sara K. Hunkler
Annette P. Rolain
James Ruggeri
Joshua Weinberg
Abigail Williams
Michele Backus Konigsberg
**Shipman and Goodwin LLP**
1875 K Street NW, Suite 600
Ste 600
Washington, DC 20006-1251
shunkler@goodwin.com
arolain@goodwin.com
jruggeri@goodwin.com
awilliams@goodwin.com
jweinberg@goodwin.com
MBackus@goodwin.com

Joel Millar
Danielle Spinelli
**Wilmer Cutler Pickering Hale and Dorr LLP**
1875 Pennsylvania Avenue
Washington, DC 20006
joel.millar@wilmerhale.com
danielle.spinelli@wilmerhale.com

Harris B. Winsberg
Matthew G. Roberts
**Troutman Sanders LLP**
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308
harris.winsberg@troutman.com
Matthew.Roberts2@troutman.com

Ryan S. Smethurst
Margaret H. Warner
**McDermott Will & Emergy LLP**
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
rsmethurst@mwe.com
mwarner@mwe.com

Matthew W. Sorem
Jodi S. Green
**Nicolaides Fink Thorpe Michaelides**
**Sullivan LLP**
10 S. Wacker Dr.
21st Floor
Chicago, IL 60606
msorem@nicolaidesllp.com
jgreen@nicolaidesllp.com

John E Bucheit
Todd C. Jacobs
David M. Caves
Ashley Wessels
**BRADLEY RILEY JACOBS PC**
500 West Madison Street
Suite 1000
Chicago, IL 60661
jbucheit@bradleyriley.com
tjacobs@bradleyriley.com
dcaves@bradleyriley.com
awessels@bradleyriley.com

Susan N.K. Gummow
Tracey Jordan
**Foran Glennon Palandech Ponzi & Rudloff**
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
sgummow@fgppr.com
tjordan@fgppr.com

Michael A. Rosenthal
Jason Hallowell
**Gibson Dunn & Crutcher LLP**
200 Park Avenue
47th Floor
New York, NY 10166
mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com

Matthew G. Bouslog
Keith R. Martorana
Vince Eisinger
Michelle Choi
Dylan S. Cassidy
**Gibson Dunn & Crutcher LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
mbouslog@gibsondunn.com
KMartorana@gibsondunn.com
VEisinger@gibsondunn.com
MChoi@gibsondunn.com
DCassidy@gibsondunn.com

David Christian
**David Christian Attorneys LLC**
105 W. Madison St.
Suite 1400
Chicago, IL 60602
dchristian@dca.law

Konrad Krebs
**Clyde & Co US LLP**
200 Campus Drive
Suite 300
Florham Park, NJ 07932
konrad.kebs@clydeco.us

Bruce D Celebrezze
**Clyde & Co US LLP**
101 Second Street
25th Floor
San Francisco, CA 94105
bruce.celebrezze@clydeco.us

Bruce W. McCullough
**Bodell Bove, LLC**
1225 N. King Street, Suite 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

Tacie Yoon
**Crowell & Moring, LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
tyoon@crowell.com

5

Mark D. Plevin
**Crowell & Moring LLP**
Three Embarcadero Center
26th Floor
San Francisco, CA 94111
mplevin@crowell.com

Brendan Gray
**Baker Tilly LLP**
Brendan.Gray@bakertilly.com

Clay Wilkerson
**Brown Sims**
1177 West Loop South
Tenth Floor
Houston, TX  77027
cwilkerson@brownsims.com

Jonathan Mulvihill
**AXA XL**
200 Liberty Street
21st Floor
New York, NY  10281
Jonathan.mulvihill@axaxl.com

Laura Kathleen McNally
Emily H. Stone
**Loeb & Loeb LLP**
321 North Clark Street
Suite 2300
Chicago, IL 60654
lmcnally@loeb.com
estone@loeb.com

Gary P. Seligman
Ashley L. Criss
**Wiley Rein LLP**
1776 K Street NW
Washington, DC 20006
gseligman@wileyrein.com
ACriss@wiley.law

Michael Hrinewski
Lorraine M. Armenti
**Coughlin Duffy, LLP**
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ  07962
mhrinewski@coughlinduffy.com
LArmenti@coughlinduffy.com

Douglas R. Gooding
Jonathan D. Marshall
**Choate, Hall & Stewart LLP**
Two International Place
Boston, MA  02110
dgooding@choate.com
jmarshall@choate.com

Kim V. Marrkand
**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo**
One Financial Center
Boston, MA  02111
kmarrkand@mintz.com

Margaret M. Anderson
Adam A. Hachikian
**Fox Swibel Levin & Carroll LLP**
200 W. Madison Street
Suite 3000
Chicago, IL  60606
panderson@foxswibel.com
ahachikian@foxswibel.com

Russell Dennis
Jessica O'Neill
Cody Moorse
**Markel**
9737 Great Hills Trail
Suite 320
Austin, TX  78759
Russell.Dennis@Markel.com
Jessica.oneill@markel.com
Cody.moorse@markel.com

Michael J. Pankow
**Brownstein Hyatt Farber Schreck**
410 Seventeenth Street
Suite 2200
Denver, CO  80202-4432
MPankow@BHFS.com

Scott P. Myers
**The Travelers Companies, Inc.**
Hartford, CT  06183
spmyers@travelers.com

Louis J. Rizzo, Jr.
**Reger & Rizzo, LLP**
1523 Concord Pike, Suite 200
Brandywine Plaza East
Wilmington, DE 19803
lrizzo@regerlaw.com

Christopher A. Wadley
**Walker Wilcox Matousek LLP**
One North Franklin, Suite 3200
Chicago, IL 60606
cwadley@walkerwilcox.com

Thomas A. Dare
**Old Republic Insurance Company**
307 N Michigan Avenue
Chicago, IL  60601
tdare@oldrepublic.com

Kenya Spivey
**Enstar Group Limited**
HM 227 Windsor Place
3rd Floor
22 Queen Street
Hamilton, Hamilton City
Bermuda
Kenya.Spivey@enstargroup.com

Harry Lee
Brett Grindrod
John Frederick O'Connor, Jr.
Nailah Z. Ogle
**Steptoe & Johnson LLP**
1330 Connecticut Avenue, N.W.
Washington, DC 20036
hlee@steptoe.com
bgrindrod@steptoe.com
joconnor@steptoe.com
nogle@steptoe.com

Matthew G. Summers
**Ballard Spahr LLP**
919 North Market Street
11th Floor
Wilmington, DE 19801
summersm@ballardspahr.com

Laura Archie
**Argo Group**
90 Pitts Bay Road
Pembroke
Bermuda
laura.archie@argogroupus.com

Kathleen K. Kerns
**Post & Schell, P.C.**
Four Penn Center - 13th Floor
Philadelphia, PA  19103
kkerns@postschell.com

Eileen Garrity
**Arch Insurance Group Inc.**
EGarrity@archinsurance.com

John Tollefson
**Tollefson Bradley Mitchell & Melendi, LLP**
2811 McKinney Avenue
Suite 250
Dallas, TX  75204
johnt@tbmmlaw.com

Kristin V. Gallagher
**Kennedys**
120 Mountain View Boulevard
Basking Ridge, NJ  07920
kristin.gallagher@kennedyslaw.com

Jedidiah Vander Klok
**Kennedys**
1395 Brickell Avenue, Suite 610
Miami, FL  33131
jedidiah.vanderklok@kennedyslaw.com

David M. Dolendi
**Hinkhouse Williams Walsh LLP**
180 North Stetson Avenue
Suite 3400
Chicago, IL  60601
ddolendi@hww-law.com

Michelle Castle
**Everest Re Group Ltd.**
Seon Place, 4th Floor
141 Front Street
Hamilton, Hamilton City
Bermuda
Michelle.Castle@everestre.com

Allen Blum
**Berkeley Custom Insurance Managers LLC**
ablum@berkleycustom.com

Joseph A. Ziemianski
**Cozen O'Connor**
LyondellBasell Tower
1221 McKinney Street, Suite 2900
Houston, TX  77010
jziemianski@cozen.com

Allison Confer
**Swiss Re Corporate Solutions**
allison_confer@swissre.com

Ronald P. Schiller
Sharon F. McKee
Elizabeth C. Dolce
**Hangley Aronchick Segal Pudlin & Schiller**
One Logan Square
18th & Cherry Streets
27th Floor
Philadelphia, PA  19103-6933
rschiller@hangley.com
smckee@hangley.com
edolce@hangley.com

Pamela J. Minetto
Lloyd A. Gura
**Mound Cotton Wollan & Greengrass LLP**
30A Vreeland Road, Suite 210
Florham Park, NJ 07932
pminetto@moundcotton.com
lgura@moundcotton.com