# Exhibit A

## Service List

**BY ELECTRONIC MAIL**

Tancred Schiavoni
Janine Panchok-Berry
Gary Svirsky
Andrew Kirschenbaum
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
tschiavoni@omm.com
jpanchok-berry@omm.com
gsvirsky@omm.com
akirschenbaum@omm.com

Sherin Parikh
**O'Melveny & Myers LLP**
400 South Hope Street
18th Floor
Los Angeles, CA  90071
sparikh@omm.com

Philip D. Anker
Lauren Lifland
**Wilmer Cutler Pickering Hale and Dorr LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
philip.anker@wilmerhale.com
Lauren.Lifland@wilmerhale.com

Sara K. Hunkler
Annette P. Rolain
James Ruggeri
Joshua Weinberg
Abigail Williams
Michele Backus Konigsberg
**Shipman and Goodwin LLP**
1875 K Street NW, Suite 600
Ste 600
Washington, DC 20006-1251
shunkler@goodwin.com
arolain@goodwin.com
jruggeri@goodwin.com
awilliams@goodwin.com
jweinberg@goodwin.com
MBackus@goodwin.com

Joel Millar
Danielle Spinelli
**Wilmer Cutler Pickering Hale and Dorr LLP**
1875 Pennsylvania Avenue
Washington, DC 20006
joel.millar@wilmerhale.com
danielle.spinelli@wilmerhale.com

Harris B. Winsberg
Matthew G. Roberts
**Troutman Sanders LLP**
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308
harris.winsberg@troutman.com
Matthew.Roberts2@troutman.com

Ryan S. Smethurst
Margaret H. Warner
**McDermott Will & Emergy LLP**
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
rsmethurst@mwe.com
mwarner@mwe.com

Matthew W. Sorem
Jodi S. Green
**Nicolaides Fink Thorpe Michaelides Sullivan LLP**
10 S. Wacker Dr.
21st Floor
Chicago, IL 60606
msorem@nicolaidesllp.com
jgreen@nicolaidesllp.com

John E Bucheit
Todd C. Jacobs
David M. Caves
Ashley Wessels
**BRADLEY RILEY JACOBS PC**
500 West Madison Street
Suite 1000
Chicago, IL 60661
jbucheit@bradleyriley.com
tjacobs@bradleyriley.com
dcaves@bradleyriley.com
awessels@bradleyriley.com

Susan N.K. Gummow
Tracey Jordan
**Foran Glennon Palandech Ponzi & Rudloff**
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
sgummow@fgppr.com
tjordan@fgppr.com

Michael A. Rosenthal
Jason Hallowell
**Gibson Dunn & Crutcher LLP**
200 Park Avenue
47th Floor
New York, NY 10166
mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com

Matthew G. Bouslog
Keith R. Martorana
Vince Eisinger
Michelle Choi
Dylan S. Cassidy
**Gibson Dunn & Crutcher LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
mbouslog@gibsondunn.com
KMartorana@gibsondunn.com
VEisinger@gibsondunn.com
MChoi@gibsondunn.com
DCassidy@gibsondunn.com

David Christian
**David Christian Attorneys LLC**
105 W. Madison St.
Suite 1400
Chicago, IL 60602
dchristian@dca.law

Konrad Krebs
**Clyde & Co US LLP**
200 Campus Drive
Suite 300
Florham Park, NJ 07932
konrad.kebs@clydeco.us

Bruce D Celebrezze
**Clyde & Co US LLP**
101 Second Street
25th Floor
San Francisco, CA 94105
bruce.celebrezze@clydeco.us

Bruce W. McCullough
**Bodell Bove, LLC**
1225 N. King Street, Suite 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

Tacie Yoon
**Crowell & Moring, LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
tyoon@crowell.com

Mark D. Plevin
**Crowell & Moring LLP**
Three Embarcadero Center
26th Floor
San Francisco, CA 94111
mplevin@crowell.com

Brendan Gray
**Baker Tilly LLP**
Brendan.Gray@bakertilly.com

Clay Wilkerson
**Brown Sims**
1177 West Loop South
Tenth Floor
Houston, TX 77027
cwilkerson@brownsims.com

Jonathan Mulvihill
**AXA XL**
200 Liberty Street
21st Floor
New York, NY 10281
Jonathan.mulvihill@axaxl.com

Laura Kathleen McNally
Emily H. Stone
**Loeb & Loeb LLP**
321 North Clark Street
Suite 2300
Chicago, IL 60654
lmcnally@loeb.com
estone@loeb.com

Gary P. Seligman
Ashley L. Criss
**Wiley Rein LLP**
1776 K Street NW
Washington, DC 20006
gseligman@wileyrein.com
ACriss@wiley.law

Michael Hrinewski
Lorraine M. Armenti
**Coughlin Duffy, LLP**
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
mhrinewski@coughlinduffy.com
LArmenti@coughlinduffy.com

Douglas R. Gooding
Jonathan D. Marshall
**Choate, Hall & Stewart LLP**
Two International Place
Boston, MA 02110
dgooding@choate.com
jmarshall@choate.com

Kim V. Marrkand
**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo**
One Financial Center
Boston, MA 02111
kmarrkand@mintz.com

Margaret M. Anderson
Adam A. Hachikian
**Fox Swibel Levin & Carroll LLP**
200 W. Madison Street
Suite 3000
Chicago, IL 60606
panderson@foxswibel.com
ahachikian@foxswibel.com

Russell Dennis
Jessica O'Neill
Cody Moorse
**Markel**
9737 Great Hills Trail
Suite 320
Austin, TX 78759
Russell.Dennis@Markel.com
Jessica.oneill@markel.com
Cody.moorse@markel.com

Michael J. Pankow
**Brownstein Hyatt Farber Schreck**
410 Seventeenth Street
Suite 2200
Denver, CO 80202-4432
MPankow@BHFS.com

Scott P. Myers
**The Travelers Companies, Inc.**
Hartford, CT 06183
spmyers@travelers.com

Louis J. Rizzo, Jr.
**Reger & Rizzo, LLP**
1523 Concord Pike, Suite 200
Brandywine Plaza East
Wilmington, DE 19803
lrizzo@regerlaw.com

Christopher A. Wadley
**Walker Wilcox Matousek LLP**
One North Franklin, Suite 3200
Chicago, IL 60606
cwadley@walkerwilcox.com

Thomas A. Dare
**Old Republic Insurance Company**
307 N Michigan Avenue
Chicago, IL 60601
tdare@oldrepublic.com

Kenya Spivey
**Enstar Group Limited**
HM 227 Windsor Place
3rd Floor
22 Queen Street
Hamilton, Hamilton City
Bermuda
Kenya.Spivey@enstargroup.com

Harry Lee
Brett Grindrod
John Frederick O'Connor, Jr.
Nailah Z. Ogle
**Steptoe & Johnson LLP**
1330 Connecticut Avenue, N.W.
Washington, DC 20036
hlee@steptoe.com
bgrindrod@steptoe.com
joconnor@steptoe.com
nogle@steptoe.com

Matthew G. Summers
**Ballard Spahr LLP**
919 North Market Street
11th Floor
Wilmington, DE 19801
summersm@ballardspahr.com

Laura Archie
**Argo Group**
90 Pitts Bay Road
Pembroke
Bermuda
laura.archie@argogroupus.com

Kathleen K. Kerns
**Post & Schell, P.C.**
Four Penn Center - 13th Floor
Philadelphia, PA 19103
kkerns@postschell.com

Eileen Garrity
**Arch Insurance Group Inc.**
EGarrity@archinsurance.com

John Tollefson
**Tollefson Bradley Mitchell & Melendi, LLP**
2811 McKinney Avenue
Suite 250
Dallas, TX 75204
johnt@tbmmlaw.com

Kristin V. Gallagher
**Kennedys**
120 Mountain View Boulevard
Basking Ridge, NJ 07920
kristin.gallagher@kennedyslaw.com

Jedidiah Vander Klok
**Kennedys**
1395 Brickell Avenue, Suite 610
Miami, FL 33131
jedidiah.vanderklok@kennedyslaw.com

David M. Dolendi
**Hinkhouse Williams Walsh LLP**
180 North Stetson Avenue
Suite 3400
Chicago, IL 60601
ddolendi@hww-law.com

Michelle Castle
**Everest Re Group Ltd.**
Seon Place, 4th Floor
141 Front Street
Hamilton, Hamilton City
Bermuda
Michelle.Castle@everestre.com

Allen Blum
**Berkeley Custom Insurance Managers LLC**
ablum@berkleycustom.com

Joseph A. Ziemianski
**Cozen O'Connor**
LyondellBasell Tower
1221 McKinney Street, Suite 2900
Houston, TX 77010
jziemianski@cozen.com

Allison Confer
**Swiss Re Corporate Solutions**
allison_confer@swissre.com

Ronald P. Schiller
Sharon F. McKee
Elizabeth C. Dolce
**Hangley Aronchick Segal Pudlin & Schiller**
One Logan Square
18th & Cherry Streets
27th Floor
Philadelphia, PA 19103-6933
rschiller@hangley.com
smckee@hangley.com
edolce@hangley.com

Pamela J. Minetto
Lloyd A. Gura
**Mound Cotton Wollan & Greengrass LLP**
30A Vreeland Road, Suite 210
Florham Park, NJ 07932
pminetto@moundcotton.com
lgura@moundcotton.com