## Exhibit A

**Summary of Time Detail by Task**

*Exhibit A*

*Boy Scouts of America and Delaware BSA, LLC*
*Summary of Time Detail by Task*
*February 1, 2021 through April 30, 2021*

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Bankruptcy Support | 91.3 | $55,625.00 |
| Cash | 241.3 | $149,620.00 |
| Claims | 410.4 | $223,120.00 |
| Contracts | 22.4 | $12,242.50 |
| Court | 10.7 | $9,130.00 |
| Employee | 8.9 | $6,125.00 |
| Fee Applications | 31.9 | $14,167.50 |
| Financial Analysis | 1,714.6 | $997,517.50 |
| Info Req | 458.0 | $316,427.50 |
| Litigation | 136.3 | $127,742.50 |
| MOR | 22.0 | $13,410.00 |
| Motions/Orders | 24.0 | $17,910.00 |
| Plan DS | 643.7 | $463,100.00 |
| Retention | 2.3 | $2,105.00 |
| Status Meeting | 179.8 | $155,542.50 |
| Travel | 4.0 | $4,300.00 |
| Vendor Management | 8.1 | $6,075.00 |
| *Subtotal* | 4,009.7 | $2,574,160.00 |
| *Voluntary Reduction - General* | -53.7 | -$28,143.00 |
| *Total* | 3,956.0 | $2,546,017.00 |