## Exhibit B

**Summary of Time Detail by Professional**

*Exhibit B*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### February 1, 2021 through April 30, 2021

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,075.00 | 431.5 | $463,862.50 |
| Erin McKeighan | Managing Director | $900.00 | 57.3 | $51,570.00 |
| Trevor Phillips | Managing Director | $725.00 | 2.0 | $1,450.00 |
| Carl Binggeli | Director | $750.00 | 645.1 | $483,825.00 |
| Mark Zeiss | Director | $675.00 | 2.4 | $1,620.00 |
| Robert Edgecombe | Director | $525.00 | 78.2 | $41,055.00 |
| Scott Blasingame | Manager | $475.00 | 0.5 | $237.50 |
| Ryan Walsh | Senior Associate | $675.00 | 627.0 | $423,225.00 |
| Tim Deters | Senior Associate | $650.00 | 496.5 | $322,725.00 |
| Christian Schoerner | Associate | $375.00 | 52.2 | $19,575.00 |
| Trevor DiNatale | Consultant | $575.00 | 12.0 | $6,900.00 |
| Gerard Gigante | Consultant | $525.00 | 189.6 | $99,540.00 |
| Davis Jochim | Analyst | $475.00 | 593.8 | $282,055.00 |
| Lewis Kordupel | Analyst | $475.00 | 654.4 | $310,840.00 |
| Cally McGee | Analyst | $400.00 | 151.2 | $60,480.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 16.0 | $5,200.00 |
| | | ***Subtotal*** | **4,009.7** | **$2,574,160.00** |
| | ***Voluntary Reduction - General*** | | **-53.7** | **-$28,143.00** |
| | | ***Total*** | **3,956.0** | **$2,546,017.00** |