## Exhibit C

**Summary of Expense Detail by Category**

*Exhibit C*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Expense Detail by Category
### February 1, 2021 through April 30, 2021

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| Airfare | $1,448.46 |
| Lodging | $631.05 |
| Miscellaneous | $2,357.33 |
| Transportation | $168.00 |
| *Total* | **$4,604.84** |

*Page 1 of 1*