IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BOY SCOUTS OF AMERICA AND | ) |
| DELAWARE BSA, LLC, | ) Case No. 20-10343 (LSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

### NOTICE OF MOTION OF JOHN C. BOBECK, BRIAN D. DRISCOLL AND ROBERT A. REIN TO MODIFY THE AUTOMATIC STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on July 14, 2021, John C. Bobeck, Brian D. Driscoll and Robert A. Rein ("Movants") filed the attached *Motion to Modify the Automatic Stay Pursuant to Section 362 of the Bankruptcy Code* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Motion must be filed with the Bankruptcy Court, 824 N. Market Street, Third Floor, Wilmington, Delaware 19801, on or before **July 28, 2021 at 4:00 p.m. (prevailing Eastern Time)** and served upon the undersigned counsel to the Movants.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion will be held on **August 25, 2021 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Laurie Selber Silverstein, Chief Judge, United States Bankruptcy Court, at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY

COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

| | |
|---|---|
| Dated: July 14, 2021<br>Wilmington, Delaware | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br><br>*/s/ Sally E. Veghte*<br>Sally E. Veghte (DE Bar No. 4762)<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-5503<br>Email: sveghte@klehr.com<br><br>-And-<br><br>**CHIACCHIA & FLEMING, LLP**<br>Daniel J. Chiacchia, Esq.<br>5113 South Park Avenue<br>Hamburg, New York 14075<br>Telephone: (716) 648-3030<br>Email: dan@cf-legal.com<br><br>*Counsel to the Movants* |