# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BOY SCOUTS OF AMERICA AND | ) |
| DELAWARE BSA, LLC, | ) Case No. 20-10343 (LSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket No. _____** |

## ORDER GRANTING MOTION OF JOHN C. BOBECK, BRIAN D. DRISCOLL AND ROBERT A. REIN TO MODIFY THE AUTOMATIC STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE

AND NOW, this matter coming before the Court on the Motion of John C. Bobeck, Brian D. Driscoll and Robert a. Rein ("<u>Movants</u>")[1] for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) ("<u>Motion</u>"); the Court having reviewed the Motion, any objections or responses to the Motion and all related pleadings; and the Court having determined that the legal and factual bases set forth in the Motion establish sufficient cause for the relief grated herein;

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted as set forth herein.

2. The automatic stay imposed by 11 U.S.C. § 362(a) in the above-referenced Chapter 11 bankruptcy proceeding is lifted for the purpose of allowing Movants to file amended complaints in the New York lawsuits filed in New York Supreme Court, and permitting Movant John C. Bobeck to add Rescue Volunteer Hose Company, No. 1, of Cheektowaga, N.Y. as a defendant to the New York lawsuit filed under Index No. 806601/2020; permitting Movant Brian D. Driscoll to add St. Paul's Roman Catholic Church Society of Kenmore as a defendant to the

---

[1] All capitalized terms in the Order shall have the same meaning ascribed to them in the Motion unless otherwise defined.

New York Lawsuit filed under Index No. 807731/2020; and permitting Movant Robert A. Rein to add St. Margaret's Church, a/k/a St. Margaret's Church d/b/a Holy Name Society as a defendant to the New York lawsuit filed under Index No. E173403/2020.

3. No stay of this Order shall be in effect, including but not limited to any stay contemplated under Fed. R. Bankr. P. 4001(a)(3).

4. This Court shall retain jurisdiction over all matters related to this Order and/or the implementation thereof.