# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Sally E. Veghte, hereby certify that on July 14, 2021, I caused a true and correct copy of the ***Motion of John C. Bobeck, Brian D. Driscoll and Robert A. Rein to Modify the Automatic Stay Pursuant to Section 362 of the Bankruptcy Code*** to be served on the parties listed below via electronic mail.  All other parties who have signed up for electronic filing in this case will receive electronic notice via CM/ECF.


                */s/ Sally E. Veghte*
                Sally E. Veghte (DE Bar No. 4762)

Derek C. Abbott
Andrew R. Remming
Eric W. Moats
Paige N. Topper
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
dabbott@mnat.com
aremming@mnat.com
emoats@mnat.com
ptopper@mnat.com


Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
Kramer Levin Naftalis & Frankel LLP
177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com


Jessica C. K. Boelter
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
jboelter@sidley.com



Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
Blair M. Warner
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
tlabuda@sidley.com
mandolina@sidley.com
mlinder@sidley.com
blair.warner@sidley.com

Kurt F. Gwynne, Esq.
Katelin A Morales, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
kgwynne@reedsmith.com
kmorales@reedsmith.com

Richard G. Mason, Esq.
Douglas K. Mayer, Esq.
Joseph C. Celentino, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
RGMason@wlrk.com
DKMayer@wlrk.com
JCCelentino@wlrk.com


James I. Stang, Esq.
John A. Morris, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
jstang@pszjlaw.com
jmorris@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com



Louis R. Strubeck, Jr. , Esq.
Kristian W. Gluck, Esq.
Ryan E. Manns, Esq.
Shivani Shah, Esq.
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
ryan.manns@nortonrosefulbright.com
shivani.shah@nortonrosefulbright.com

Matthew P. Ward, Esq.
Morgan L. Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com


David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
david.l.buchbiner@usdoj.gov


Brett D. Fallon, Esq.
Brya M. Keilson, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
bfallon@morrisjames.com
bkeilson@morrisjames.com


Margaret M. Anderson, Esq.
Fox Swibel Levin & Carroll LLP 200 W.
Madison Street Suite 3000
Chicago, IL 60606
panderson@foxswibel.com