UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **BOY SCOUTS OF AMERICA** | : | **Case No. 20-10343 (LSS)** |
| **AND DELAWARE BSA, LLC**[1] | : | |
| | : | |
| **Debtor.** | : | |
| | : | |

### NOTICE OF APPEARANCE AND
### DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company, a Party in Interest, in the above-captioned action, and hereby requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the address, telephone, facsimile number, and email address indicated:

Thaddeus J. Weaver, Esquire
DILWORTH PAXSON LLP
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031
(302) 571-8867 (telephone)
(302) 655-1480 (facsimile)
tweaver@dilworthlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation,

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's Federal tax identification number, are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

1

any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telephone, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Party in Interest is or may be entitled under agreements in law or in equity.

**DILWORTH PAXSON LLP**

By:  */s/ Thaddeus J. Weaver*
    Thaddeus J. Weaver (Id. No. 2790)
    704 King Street, Suite 500
    P.O. Box 1031
    Wilmington, DE  19899-1031
    (302) 571-8867 (telephone)
    (302) 655-1480 (facsimile)
    tweaver@dilworthlaw.com

Dated:  July 15, 2021

*Attorneys for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company*