**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re:  Chapter  11

Case No.  20 - 10343  ( LSS )

Debtor:  BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  William E. McGrath, Jr.

to represent  (see attached)

in this action.

/s/ Thaddeus J. Weaver

Firm Name:  Dilworth Paxson LLP, 704 N. King Street, Suite 500, P.O. Box 1031
Address:  Wilmington, DE  19899

Phone:  (302) 571-8867

Email:  tweaver@dilworthlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  (see attached)  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/  William E. McGrath, Jr.

Firm Name:  Dilworth Paxson LLP
Address:  2 Research Way
Princeton, NJ 08540

Phone:  (609) 987-6679
Email:  wmcgrath@dilworthlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105