**Party Represented:**

Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company.

**Bar Admissions (William E. McGrath, Jr., Esquire):**

The Bars of the Court of Appeals of the State of New York, the Supreme Court of the State of New Jersey, the District of Columbia Court of Appeals, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States District Court for the District of New Jersey, and the United States District Courts for the Southern and Eastern Districts of New York.

122377785_1