FILED
2021 JUL 15 AM 9: 37
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

July 6, 2021

**VIA CERTIFIED MAIL**

Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

    Re:    *Boy Scouts of America and Delaware BSA, LLC*
             *The United States Bankruptcy Court for the District of Delaware*
             *Case No: 20-10343*
             *SA – 63358*

Dear Judge Silverstein,

      As the youngest of 6 boys with only a mother to raise us it was hard to talk to my mother most of the time. We where which you call dirt poor and looked at as nothing . I remember my friends and two cousins went to big brothers and big sisters there was a man there ask me alot of questions and he took me home and talk to my mom about putting me into the program and I would have a big brother to help me through tuff times my mom agreed he pick me up one weekend and told my mom he was wanting to put me into the boy scouts it would be a great thing for me to make new friends and learn alot and feel proud of myself when I recieved patches ect. She said yes I went with my big brother to a place to sign me up after I was signed up I was told they where having a badge course when we could earn badges up Ogden Canyon so where I can't remember the name I chose to forget many years ago. Anyway I was to be picked up on a Friday by the scout master because my mom had one car and she worked I was so excited I couldnt sleep the morning came and I wait outside for the scout Master I saw a gray van pull up and I took off running to the van he didn't say a word to me nothing just a look I will never forget he said get in so I did. Soon we where picking up more kids then headed to the camp place it seem like hours but it wasn't we arrived . We started to unload the van and put our stuff away .it was getting late and the scout master told some other boys that had patches all over there uniform to take the othe kid hiking show the the area except for me he had some stuff to go over with me. He watch them leave told me to go to the tan big tent so I did as I walked in I felt to strong hands grab me a push me to a dirt floor I ask what scout master I cant remember his name

[redacted]

family will suffer by the hands of God he took the necklace of his neck which it was a holy cross and he put a light to it and burned me on my chest by my heart and said you be under the watch full eye of God and if you tell anyone any body I will know and your mother will be punished and family punished to where it will be your fault and your responsibility if they die this is what happens to all boys in scouts and its up to me and God who gets what they want and need and deserve. I remember how scared I was and the cross burned into my chest made it a reality it hurt so bad I finally remembered all this I choice I made long ago to forget it . I never went home and told no one at first because of the word he said I held it in for all that year never went back to scouts never talk to my big brother either I only went to school after that I hide down by Weber

river till school got out and go home as I did I became a alcoholic at the age 16 and I kept it up till adult life I then gotten married had kids then divorced had 8 DUIs and tried suicide 12 times all from what the Devil did to me I having a hard time believing I had to remember this again and I just want this to stop a child should never have to live the horror of abuse and if that man knew what he did to me and what it destroyed think he would care no I finding myself to want to ask him but he dead and I am still here trying to leave this behind me once again.

Sincerely,

███████████

\* I██████s daughter wrote this letter for my father that can't read and write it's one of the hardest thing i ever had to do to watch my father fight back the tears as he told me this and the look of pure pain in his face that just killed me to see my father is a very good honest caring giving man he is the best father a daughter could ask for and the greatest grandpapa my two daughter just love and charish I hope this ends soon so my father can begin to forget again if he can and we can all help support him in every way we can.

Thank you,

███████████



Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, Delaware 19801