FILED
2021 JUL 15 AM 9:45

July 2, 2021

From [redacted]

To: Justice
Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE. 19801

To Your Honor
The BSA has never been indicted convicted or incarserated. They are child molesters and criminals. I will not stop until the BSA is brought to justice. They offered to silence us (the victims) with wrongful actions. But our (the victims) attorney's stop the BSA. Justice Judge I ask you

-2-

for American Justice. I have lived with this horror all my life. Will you please contact President Biden. I want the whole world to know both foreign and domestic. I'm getting old now. My heart cry's out daily.

Thank you for hearing the truth
Your Honorable
Silverstein