# <u>EXHIBIT B</u>

26437925.14

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | July 14, 2021 |
| | | Invoice Number: | 50025719 |
| | | Matter Number: | 077494.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 05/24/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 2.55 |
| 06/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/01/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/01/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 3.06 |
| 06/01/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 3.44 |
| 06/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/01/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/01/21 | Docket Retrieval / Search | 9.00 | 0.90 |
| 06/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/01/21 | Docket Retrieval / Search | 24.00 | 2.40 |
| 06/01/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/01/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/01/21 | Color Photocopy Charges Duplication Color | 24.00 | 19.20 |
| 06/01/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/01/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/01/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/01/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/01/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/02/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/02/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/02/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/02/21 | Filing Fee 5/14/2021 - Pro Hac Vice Motions for R. Jennings and K. Dechant, on behalf of S. Zieg, by C. Cathcart, transaction: ADEDC-3615743 | 1.00 | 50.00 |
| 06/02/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 06/02/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/02/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/03/21 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 06/03/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/03/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/03/21 | Postage | 1.00 | 1.00 |
| 06/03/21 | Docket Retrieval / Search | 30.00 | 3.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | | July 14, 2021 |
| Invoice Number: | | 50025719 |
| Matter Number: | | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 06/04/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/04/21 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 06/04/21 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 06/04/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/04/21 | Postage | 1.00 | 0.51 |
| 06/04/21 | Color Photocopy Charges Duplication Color | 30.00 | 24.00 |
| 06/04/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/07/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/07/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/07/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/08/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/08/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/08/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/08/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/09/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/09/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/09/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/09/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/10/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/10/21 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 06/10/21 | Photocopy Charges Duplication BW | 17.00 | 1.70 |
| 06/10/21 | Postage | 1.00 | 1.20 |
| 06/10/21 | Transportation (one way) for J. Patton from Philadelphia airport to Wilmingotn, DE for 6/2 and 6/3/21 plan mediation in Chicago, IL | 1.00 | 113.00 |
| 06/10/21 | Transportation (one way) for J. Patton from Wilmington, DE to Philadelphia airport for 6/2 and 6/3/21 plan mediation in Chicago, IL | 1.00 | 107.00 |
| 06/10/21 | Photocopy Charges Duplication BW | 4.00 | 0.40 |
| 06/10/21 | Postage | 8.00 | 8.00 |
| 06/10/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/11/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/11/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 06/11/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/11/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/11/21 | Color Photocopy Charges Duplication Color | 22.00 | 17.60 |
| 06/11/21 | Color Photocopy Charges Duplication Color | 17.00 | 13.60 |
| 06/11/21 | Color Photocopy Charges Duplication Color | 24.00 | 19.20 |
| 06/11/21 | Docket Retrieval / Search | 2.00 | 0.20 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | July 14, 2021 |
| | Invoice Number: | 50025719 |
| | Matter Number: | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
| --- | --- | --- | --- |
| 06/14/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/14/21 | Reliable Wilmington - Transcript of 5/19/21 hearing | 1.00 | 320.40 |
| 06/14/21 | Transportation for E. Harron and R. Brady from New York, NY to Wilmington, DE re: 5/26 and 5/27/21 mediation | 1.00 | 476.00 |
| 06/14/21 | Hotel/Lodging (2 nights, Park Hyatt New York) for R. Brady re: 6/7 - 6/9/21 mediation | 1.00 | 1,000.00 |
| 06/14/21 | Dinner (Esiatori Milos, New York, NY) on 5/5/21 for R. Brady, K. Enos and K. Quinn re: mediation | 1.00 | 225.00 |
| 06/14/21 | Transportation for E. Harron and R. Brady from Philadelphia, PA to New York, NY for 5/26 and 5/27/21 mediation | 1.00 | 450.00 |
| 06/14/21 | Photocopy Charges Duplication BW | 1.00 | 0.10 |
| 06/14/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 06/14/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/14/21 | Color Photocopy Charges Duplication Color | 24.00 | 19.20 |
| 06/14/21 | Color Photocopy Charges Duplication Color | 16.00 | 12.80 |
| 06/14/21 | Photocopy Charges Duplication BW | 50.00 | 5.00 |
| 06/14/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/15/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/15/21 | Color Photocopy Charges Duplication Color | 26.00 | 20.80 |
| 06/15/21 | Photocopy Charges Duplication BW | 22.00 | 2.20 |
| 06/15/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/16/21 | Photocopy Charges Duplication BW | 3.00 | 0.30 |
| 06/16/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/16/21 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 06/16/21 | Photocopy Charges Duplication BW | 28.00 | 2.80 |
| 06/16/21 | Photocopy Charges Duplication BW | 1.00 | 0.10 |
| 06/16/21 | Color Photocopy Charges Duplication Color | 23.00 | 18.40 |
| 06/16/21 | Color Photocopy Charges Duplication Color | 16.00 | 12.80 |
| 06/17/21 | Photocopy Charges Duplication BW | 254.00 | 25.40 |
| 06/17/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/18/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/18/21 | Docket Retrieval / Search | 14.00 | 1.40 |
| 06/18/21 | Docket Retrieval / Search | 0.00 | 0.00 |
| 06/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/18/21 | Postage | 8.00 | 4.08 |
| 06/18/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/18/21 | Postage | 1.00 | 2.60 |
| 06/18/21 | Docket Retrieval / Search | 167.00 | 16.70 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | July 14, 2021 |
|---|---|---|
| | Invoice Number: | 50025719 |
| | Matter Number: | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 06/18/21 | Docket Retrieval / Search | 19.00 | 1.90 |
| 06/18/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/18/21 | Photocopy Charges Duplication BW | 578.00 | 57.80 |
| 06/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/18/21 | Docket Retrieval / Search | 1.00 | 2.40 |
| 06/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/18/21 | Docket Retrieval / Search | 15.00 | 1.50 |
| 06/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/18/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 06/18/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/18/21 | Docket Retrieval / Search | 21.00 | 2.10 |
| 06/18/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/18/21 | Docket Retrieval / Search | 14.00 | 1.40 |
| 06/18/21 | Docket Retrieval / Search | 29.00 | 2.90 |
| 06/18/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/18/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/18/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/18/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/18/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/19/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/19/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/21/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/21/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/21/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/21/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/21/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/21/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/21/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/22/21 | Photocopy Charges Duplication BW | 28.00 | 2.80 |
| 06/22/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/22/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/23/21 | Edwin J. Harron - Air/Rail Travel Airfare (round trip, coach) from Philadelphia, PA to Chicago, IL for E. Harron re: 6/2 and 6/3/21 mediation | 1.00 | 444.80 |
| 06/23/21 | Transportation (one way) from Chicago airport to hotel on 6/1/21 for E. Harron and R. Brady re: mediation | 1.00 | 62.19 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | July 14, 2021 |
|---|---|---|
| | Invoice Number: | 50025719 |
| | Matter Number: | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 06/23/21 | Transportation (round trip) from Wilmington, DE to Philadelphia airport for E. Harron and R. Brady re: 6/2 and 6/3 mediation in Chicago, IL | 1.00 | 249.60 |
| 06/23/21 | Hotel/Lodging (2 nights, Park Hyatt New York) for E. Harron re: 6/7 - 6/9/21 mediation | 1.00 | 1,000.00 |
| 06/23/21 | Dinner (Carbone, New York, NY) on 6/7/21 for Harron, Brady, Quinn, Molton, Goodman, Levy, Slater, Patton, Andrews, Schulman, and Reich re: mediation | 1.00 | 825.00 |
| 06/23/21 | Dinner (Campagnola, New York, NY) on 5/4/21 for Harron, Levy, Lapinski, Grassgreen, Lucas, Nasatir, Enos, Quinn, and Brady re: mediation | 1.00 | 675.00 |
| 06/23/21 | Dinner (Campagnola, New York, NY) on 5/26/21 for Harron, Brady, Quinn, Andrews, Levy, and Goodman re: mediation | 1.00 | 450.00 |
| 06/23/21 | Breakfast (Park Hyatt New York) for E. Harron on 6/8 and 6/9/21 re: mediation | 1.00 | 70.00 |
| 06/23/21 | Photocopy Charges Duplication BW | 41.00 | 4.10 |
| 06/24/21 | Color Photocopy Charges Duplication Color | 28.00 | 22.40 |
| 06/24/21 | Hotel/Lodging (1 night, The Langham) for J. Patton re: 6/2 and 6/3/21 mediation in Chicago, IL | 1.00 | 352.20 |
| 06/24/21 | Transportation for J. Patton from Chicago airport to hotel on 6/2/21 re: mediation | 1.00 | 83.25 |
| 06/24/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 06/24/21 | Color Photocopy Charges Duplication Color | 22.00 | 17.60 |
| 06/24/21 | Color Photocopy Charges Duplication Color | 25.00 | 20.00 |
| 06/25/21 | Photocopy Charges Duplication BW | 21.00 | 2.10 |
| 06/25/21 | Photocopy Charges Duplication BW | 4.00 | 0.40 |
| 06/25/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/25/21 | Postage | 1.00 | 0.51 |
| 06/25/21 | Color Photocopy Charges Duplication Color | 27.00 | 21.60 |
| 06/25/21 | Color Photocopy Charges Duplication Color | 55.00 | 44.00 |
| 06/25/21 | Color Photocopy Charges Duplication Color | 29.00 | 23.20 |
| 06/25/21 | Docket Retrieval / Search | 12.00 | 1.20 |
| 06/25/21 | Photocopy Charges Duplication BW | 209.00 | 20.90 |
| 06/25/21 | Color Photocopy Charges Duplication Color | 28.00 | 22.40 |
| 06/25/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/25/21 | Color Photocopy Charges Duplication Color | 18.00 | 14.40 |
| 06/28/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/28/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/28/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/28/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/28/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/28/21 | Docket Retrieval / Search | 3.00 | 0.30 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | July 14, 2021 |
|---|---|---|
| | Invoice Number: | 50025719 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 06/28/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/28/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/29/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/30/21 | Transportation for J. Patton from hotel to Chicago airport on 6/3/21 re: mediation | 1.00 | 125.66 |
| 06/30/21 | Airfare (round trip) for J. Patton from Philadelphia, PA to Chicago, IL re: 6/2 and 6/3/21 mediation | 1.00 | 444.80 |
| 06/30/21 | Expert A May 2021 | 1.00 | 2,750.00 |
| | **Total** | | **$10,898.05** |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | July 14, 2021 |
| Invoice Number: | 50025719 |
| Matter Number: | 077494.1001 |

**Cost Summary**

| Description | Amount |
|---|---|
| Air/Rail Travel | 889.60 |
| Car/Bus/Subway Travel | 1,666.70 |
| Deposition/Transcript | 320.40 |
| Docket Retrieval / Search | 100.10 |
| Expert Fee | 2,750.00 |
| Filing Fee | 50.00 |
| Hotel/Lodging | 2,352.20 |
| Postage | 17.90 |
| Reproduction Charges | 497.10 |
| Teleconference / Video Conference | 9.05 |
| Travel Meals | 2,245.00 |
| **Total** | **$10,898.05** |