# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 15, 2021, The Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, caused true and correct copies of the following documents to be served upon the individuals listed on Exhibit A in the manner indicated:

- *The Church of Jesus Christ of Latter-Day Saints' Responses and Objections to Century's Request for Production of Documents*

                                                  */s/ Michael J. Merchant*
                                                  Michael J. Merchant (No. 3854)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 25664265v.2

## EXHIBIT A

**Via Email**
Tancred Schiavoni
O'Melveny & Myers LLP
tschiavoni@omm.com

Stamatios Stamoulis
Stamoulis & Weinblatt LLC
stamoulis@swdelaw.com