# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2021, I caused the *Notice of Service* to be served on the attached service list in the manner indicated.

Dated: July 16, 2021

*/s/ Brett M. Haywood*
Brett M. Haywood (No. 6166)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 25664265v.2

## Service List

**Via Email**
Tancred Schiavoni
O'Melveny & Myers LLP
tschiavoni@omm.com

Stamatios Stamoulis
Stamoulis & Weinblatt LLC
stamoulis@swdelaw.com

RLF1 25664265v.2