## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Sandra Romero, am employed by Omni Agent Solutions, the Court appointed claims and noticing agent for the Debtor in the above-captioned case. I hereby certify that on July 12, 2021 I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A**:

- **Notice of Transferred Claim (re: Docket No. 5554)**

Dated: July 12, 2021

Sandra Romero
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California          }
{                                     } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 12th day of July, 20 21, by Sandra Romero, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# EXHIBIT A

Transferor:    Symphonix Solutions, Inc
               Attn: Alyson Moore
               623 S Cedar St
               Charlotte, NC 28202-1017


Transferee:    Fair Harbor Capital, LLC
               Re: Symphonix Solutions, Inc
               Attn: Fredric Glass
               Ansonia Finance Station
               P.O Box 237037
               New York, NY 10023


Addressee:     SYMPHONIX SOLUTIONS, INC
               ATTN: ALYSON MOORE
               623 S CEDAR ST
               CHARLOTTE, NC 28202-1017