12 July, 2021
SA-[redacted]

Dear Ma'am, Justice Selber Silverstein,

I have the deepest respect and admiration for you and can only imagine the weight of responsibility that is involved with this historic case. I send to you this letter with sockdake hopes + best wishes.

There are monsters in our midst and [redacted] (who is not on the list of BSA offenders) is the antagonist of this letter. Your Honor, this dude was brilliant despite his invidious proclivity: well liked, high standing in the Mormon Church, Scout Master Troop 111, Doctoral Student @ the UIUC in Electrical Engineering and other admirable traits but they all fade into and under the darkside of the BSA tent of child abuse that, in [redacted] case, went on for years before it was stopped by me (not prosecuted) when I finally told my parents of the occurrences.

There had been talk and whispers of [redacted] actions within our troop but the rumors never became real till the nights I just happened to be in the same tent, in my sleeping bag, beside [redacted]. "Fool me once, shame on You", fool me twice" but 3 times is three times the shame - I have a long history of not redressing wrongs directed toward me but as a teen who has/had been 'old schooled' to respect elders and authority and but didn't have the wherewithal needed to stop what happened at the times. If it had been me now, I would have slugged [redacted] in the face, removed myself from X and taken it to the authorities - and not to the Mormon Church.

But it was me who finally told my parents and got the ball rolling to get [redacted] out of the troop (but not out of commission and into prison for his legacy of criminal acts against other children including, I learned years later from my mother, my brother).

I know now that if I had spoken about it openly from the beginning it might not festered into the troublesome memories that haunt me now and again. - It's kind of like stepping on your shoelace that is stuck in place with the glue of shame and no way to extricate it - my heart sincerely goes out to all the other children who have been beset, and forever injured by those who have taken advantage of tender innocence.

The love, care + security came my way last year for a full 9 months just last year - as I have no children. I shared in the care of an 8 year old, the grandson of my Girlfriend (of 25 years). Having the experiences of my youth, good and bad, I was able to impart on [redacted] as much patience, goodness + protection from anything harmful that might of been part of his world before with the memories (above) from as a sort of backdrop of what children need sheltering from.

Bless you, Your Honor and your team and all who are part of this assembly in enstating a possible right to such a long wrong!

Yours sincerely,
[redacted]

P.S. Wonky thumb gets in the way of legibility.



CHAMPAIGN IL 618
12 JUL 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA bankruptcy  U.S.M.S.
824 Market  X-RAY
6th Fl.
Wilmington, DE 19801

19801-495520

