L1 5/16/21
CLAIM #:
SA-███

To Whom It May Concern,

My experience w/ BSA started in Bellview/Lake Weir Florida in 2002/03. Me & my single mother moved to FL from CA, 1 month after 9/11. To aid her in caring for me, & to be able to make friends/ be a part of something wholesome & bigger than me. ███████ was the Bellview Elementary/LW Middle/High School PC lab & Outdoors teacher. He was also got involved w/ BSA TR #311 w/ was ████ - Weeblo. I joind a wolf & was in BSA until Star level. He would mentor many boys @ the group as well as others from school activities. He would chapperone camp trips/events & parties. Alot of people trusted him. He began grooming me & taking advantage of my mothers/my trust from 2003-2006. He would ████████████████████████████ ████████████████████████ as quoted as "beahful & natural" ██████████ I was ████████████████████ which had negative affects on my social life. The last time I saw ████ I was 13-14, @ which time his wife was gone for a week & during this time, we ████████████████

/2

[REDACTED] One day of the week he had another [REDACTED] (but could not follow in after extenuating circumstances)

all I found out soon after this, after moving back to California, that he was caught, arrested & charged in Relation to hiding the boy I was w/ & his brother during a Runaway, having sexual relations & buying gifts. He did jail time & was added to sex offender list. I found this out @ 17 or 18 yrs old & told my mother @ this point. This situation has lasting effects of emotional/physical trauma; Anxiety/PTSD; Distrust in Men; a few years of drug use & social defecets.

None of This Would Have Happened if I never joined BSA; BSA gave [REDACTED] full, unchecked access to children & provided the facilities for him to hurt children.

Thank you for taking the time to read my Account. Hope this ends up helping others & keeps others from having same experience

Regards,

[redacted]

BSA Troop #311 (?) Bellview, FL/Lake Weir, FL
Troop Leader: [redacted] + Husband
Pedophile Troop Host: [redacted]

Case # SA - [redacted]

FILED
2021 JUL 16 AM 9:32
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE



SAN FRANCISCO CA 940
12 JUL 2021 PM 2 L

Justice Lauri Selber Silverstein U.S.M.S.
X-RAY
BSA Bankruptcy Case
824 Market St. Floor 6,
Wilmington, DE, 19801