# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I, Gregory J. Flasser, hereby certify that on July 17, 2021, copies of (i) **Hartford's Objections and Responses to Debtors' First Set of Requests for Admission to Hartford**, (ii) **Hartford's Objections and Responses to Debtors' First Set of Requests for the Production of Documents to Hartford**, and (iii) **Hartford's Objections and Responses to Debtors' First Set of Interrogatories to Hartford** were served via electronic mail on the parties listed on Exhibit 1 attached hereto.

Date: July 17, 2021
      Wilmington, DE

BAYARD, P.A.

/s/ Gregory J. Flasser
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, D.E. 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Email: efay@bayardlaw.com
        gflasser@bayardlaw.com
-and-

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

SHIPMAN & GOODWIN LLP
James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Annette P. Rolain (admitted *pro hac vice*)
Sara. K. Hunkler (admitted *pro hac vice*)
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, D.C. 20006
Tel: (202) 469-7750
Fax: (202) 469-7751
-and-

Philip D. Anker (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888
-and-

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company*

**EXHIBIT 1**

**WHITE & CASE LLP**
Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com

**WHITE & CASE LLP**
Michael C. Andolina
Matthew E. Linder
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com
         mlinder@whitecase.com

**HAYNES AND BOONE, LLP**
Ernest Martin
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Email: ernest.martin@haynesboone.com

**HAYNES AND BOONE, LLP**
Adrian C. Azer
800 17th Street NW, Suite 500
Washington, D.C. 20006
Email: Adrian.azer@haynesboone.com