# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

I, BRUCE W. McCULLOUGH, hereby certify that on this date I served a copy of (1) Great American Insurance Company, f/k/a Agricultural Insurance Company, Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company's Responses and Objections to Debtors' First Set of Interrogatories to Propounding Insurers and (2) Great American Insurance Company, f/k/a Agricultural Insurance Company, Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company's Responses and Objections to Debtors' First Set of Requests for Production to Propounding Insurers on the following by email:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Michelle M. Fu (No. 6661)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com
mfu@morrisnichols.com

HAYNES AND BOONE, LLP
Ernest Martin
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Email: ernest.martin@haynesboone.com

HAYNES AND BOONE, LLP
Adrian C. Azer
800 17th Street NW, Suite 500
Washington, D.C. 20006
Email: Adrian.azer@haynesboone.com

WHITE & CASE LLP
Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

WHITE & CASE LLP
Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com

/s/ Bruce W. McCullough
Bruce W. McCullough (Del. ID 3112)

Dated: July 19, 2021