## Exhibit A

**Service List**

**BY ELECTRONIC MAIL**

Stamatios Stamoulis
**Stamoulis & Weinblatt LLC**
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Email: stamoulis@swdelaw.com

Tancred Schiavoni
Salvatore J. Cocchiaro
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
tschiavoni@omm.com
scocchiaro@omm.com

Adrian C. Azer
**Haynes & Boone, LLP**
800 17th Street NW
Suite 500
Washington, DC 20006
adrian.azer@haynesboone.com

Ernest Martin, Jr
**Haynes & Boone, LLP**
2323 Victory Avenue
Suite 700
Dallas, TX 700
ernest.martin@haynesboone.com