①

To judge: Lauren Selber Silverstein:

Hi my name is ███████████ i was doing alright for some years i guess, i had pushed all the things that happened to me by my scout master, starting in the early summer of 1977, my dad had passed away in early 1974 and after a few months my brother and sisters all left my mom, my younger brother and myself to take care of herself and the both of us, the best she knew how without our father. i use to hang around the grocery store after school and help people with their bags for whatever tips i could make to feed my little brother our mom and myself, on the weekends during the day sometimes i would walk down to ben franklin pretzel bakery on kensington ave to buy some and i would walk up and down selling them to make money. then i heard of the boyscouts where you can learn things, go on camping trips, be in the parades on certain holidays, so i begged my mom to let me join and she can take me to the thrift store to buy me a uniform. in the beginning it was really cool and our meetings were at this big church on tioga st. between f & 6 streets on friday nights. the scout master use to have cookouts at his house on cambria street in the kensington section of philly. that went on being a really good thing for months, then one time after one of the cookouts at his house

② he asked me to stay behind and help clean up stuff, his wife took all the boys home cause it was night time, he had this big dog a German shepard and i was scared of it all the time, so after we got done outside we took stuff inside to clean and put away. he told me to come down stairs with him to watch tv. together, i didn't think anything of it because he was always nice to me we got down there he got me a soda and him a drink in a glass, he put a movie on a reel machine and it played on the wall all the people were naked and having sex he told me this, he asked me if i liked what what i was seeing and if i remember ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wanted to, i said no and to stop touching me there ▓▓▓ he told me i was ▓▓▓ ▓▓▓▓▓ or he was calling his dog on me so i went to get up away from him and he grabbed me pulling me back down, he said if i didn't do what he said he will have his dog bite me, i said no i wont put ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ his dog bit me on my face near my mouth on the right side, i still had to ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ or he will do it again (with the dog) after i did what he made me do he took me to

③

▮▮▮▮▮▮▮▮▮▮

mom and the nurse that we was playing around and the dog just bit me, so i said they same thing so i or my little brother didn't get taken away from our mother. So this happened alot of times, when we had our meetings at the church in the bathroom in the basement, and at the camping trips i was always teamed up with him and i had to sleep in his sleeping tent with him, but at Valley Forge camping trip him and another Scout master would switch out me for the boy he had with him for the nite.

I am Represented by attorney ▮▮▮▮▮
▮▮▮▮▮▮

i'm sorry for taking so long to write this on paper and get it in the mail. i truly gives you and the courts an idea what happened to me over and over for a long time.

P.S: i dropped out and we moved out of the neighborhood.

this will now all be fresh to bother for who know how long again

(4)

i'm so sorry for the letter being scrambled around some, but that is how it is all coming to me, all that has happened to me at at the hands of my Scout master and the other one too, also the Boy Scouts of America, my life was really messed up for many years after that stuff i went through, i was really just looking for a father figure in my life to teach me things. it affected me in school, in life itself all the time so i guess now i get to live through it all over again, i truly hope not but if that does happen, now i have God and my pastor to help me this time. this is the best i can do.

thank you for what you're doing for all of us.

Stay safe and have a Blessed week

FILED 2021 JUL 19 AM 9:18 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE



Lauren Selton Silverstein
834 Market N. 6th Floor
Wilmington De 19801

19801-301134

KNOXVILLE TN 377
13 JUL 2021 PM 3 L

U.S. MC X-RAY

USA ★ FOREVER