SA -

**FILED**

2021 JUL 19  AM 9: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Your Honor,

I hope my letter finds you well and in good spirits. Ive written this letter to you and the court dozens of times, then deleted it dozens of times over the last couple months. This entire process has opened so many old wounds that I've buried deeply. Had this happened 10 years ago I may have not come forward as I was still on active duty and would have had zero interest in being seen as damaged. The thing I didn't want to admit then or for the last 30+ years is that I was broken. My innocence had been taken from me by people I trusted to protect me.

In elementary school I had been part of cub scouts, my den mother was a close friends Mom and our den were other kids I'd grown up with. Then my fathers job moved us across the world to a country that cub scouts didn't exist. We returned after 6th grade and I had thought about looking at Boy Scouts because I loved camping and being outdoors as well as wanted to make many new friends. I put it aside though for a couple years while I focused on fitting in to a new school, now a teen, and while some of my friends joined me in this new school there was so many new people as we were all in middle school now and the world had become so much bigger for me. While in 8th grade id decided I wanted to join Boy Scouts and was able to get back in, making it to a few of the troop meetings in my small town in Iowa. After a matter of just a few weeks a trip by the troop was planned for Camp Loud Thunder and even though I was very new I was included. We made it to the camp outside of Rock Island, across the river from Iowa near the Quad Cities. I thought everything in life was perfect at that point. The first day and night at the camp went well, it was my first outing as a Boy Scout, I'm not even sure if I had earned my first badge yet but I was happy. This is when things changed drastically.

The second night at the camp id had to go off to the toilets, I thought nothing of doing this alone, we were safe in a camp surrounded by scouts and leaders. It was late, long past when everyone had gone to sleep. While in the toilets id had my back to door but heard someone open it and come in. The lighting wasn't very

didn't recognize them. Thats when he spoke for the first time, telling me not to scream but if I did he would kill me. I wasn't a big kid, I would have been 14 later that summer but I was small for my age. He then kept speaking telling me to not say anything to anyone because no one would believe me anyway, id be laughed at and many would then just think I was gay. At the time that final word scared me more than anything. I thought id just become gay and didn't understand. Id grown up in a very religious household and homosexuality was a sin. I thought right then and there I was going to hell. I didn't know what to do. I ran past him at that point for the door a few steps away, made it through the door and ran back to where my troop was sleeping. I climbed in to my sleeping bag, cried for most of the night and watched thinking I was going to be killed. The night though held no more violence for me, just a young naive kid now who had been sexually assaulted who didn't understand the world I thought existed.

The next few days were incredibly scary, I regularly avoided the toilets when possible and would only go when I saw many going that way. I would not leave my sleeping bag at night, even urinating in my sleeping bag the final night because I couldn't hold it but also could not go to the toilet by myself. I had only been a Boy Scout for a matter of weeks, I didn't know if this was what it would always be but I knew by the time I got home to Clinton and my family that I would neither speak about this very agin nor go anywhere near Boy Scouts or their leaders again. For years after when id see Boy Scouts marching in parades or selling things in the community, both in Iowa and later once we had relocated to Texas in 1988, I was worried for every one of them as I thought maybe they were all being abused.

Over the next few years in high school, both in Clinton Iowa and later in Houston Texas I struggled. I didn't sleep at times for days due to nightmares. I couldn't focus on school, id been a good student before this but after the abuse my view of everything became very cynical. I wound up taking 5 years in High School, almost quitting numerous times. My mother, having gone back to teaching when we moved to Texas, couldn't understand the change. I never told my parents, to this day I haven't and I'm not sure I ever will. I don't want them to think they failed in protecting me from predators. They did the best they could. My world changed that night in 1987.

I never knew my attacker, he was a leader from a different troop who also was at

the camp at the same time. I wish to this day I would have said something to someone but I wanted to protect my parents from this. By the time I finally finished high school I decided id join the military, id become a stronger person with that training and be able to protect others. This idea stayed in my head for years but when I finished high school I had respiratory issues related to asthma that at the time disqualified me from the Army so the recruiters told me at this time I couldn't join. For the next 10+ years I bounced around, perpetually having problems with my mental health and could not keep a steady job because I was damaged.

In 2003, after returning from living in the Philippines in what was my first real relationship, with my sons mother, which eventually fell apart I needed work. My son being born had changed the equation. Now almost 30 years old I decided id once again try to join the military and this time because the post 9/11 wars were needing anyone and everyone I breezed right through recruiting and was off to Bootcamp with the US Navy that summer. In many ways this time in the military is what game me the start to healing, I now could work to protect others. I served honorably for just over 9 years, reaching the rank of Petty Officer 1st class in the Master at Arms(military police) field but because id volunteered for every difficult unit and deployment by 2012 I was very physically and mentally damaged. What I didn't fully understand is the trauma from decades prior made all these issues so much worse for me but because I was seeing multiple different mental health doctors and counselors for PTSD, anxiety, depression and other mental health issues I was finally able to see this earlier trauma was part of my problems. The Navy retired me due to my medical issues and from 2012 on I've actually had to work on me. Ive finally allowed myself to start to heal. I still have yet to even say to any of my doctors I was sexually assaulted. I plan to do so soon though. I know if I don't this will be an anchor around my neck and Ive lost enough friends to suicide to know every anchor like this has only one true ending for so many. In 2019 I even had a plan to go to the steps of Capitol Hill in DC, where my wife(married in 2007 to only the second real relationship I've ever had) and I were living, but reached out to a hotline and got help spending some time in a VA mental health ward but still not truly addressing what was deep down.

Im glad I didn't end my life because at this point I think our voices need to be heard and many voices of BSA Abuse victims are gone having never said a word. I know that can't be me. I have to see change even if that means shining a light on what happened. I know this process is going to be painful. I know there will now be many bad days ahead as I work through this but I'm lucky that I have an amazing wife who now knows about this who has stood by me through all my other trails and tribulations of healing. In some ways this lawsuit has given me a chance to begin to heal. This has all taught me a lot of lessons but we have a long way to go for true healing.

Please don't let corporate interests bury us. Please make sure that our voices can be heard so wide spread abuse like this never happens again. This is the only way forward. We need you to be our protector.

Very Respectfully,



METROPLEX MI 480

13 JUL 2021  PM 8  L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6TH Floor
Wilmington, DE 19801

19801-493951

U.S.M.S.
X-RAY



