# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that the Archdiocese of New York ("ADNY"), hereby appears in these chapter 11 cases by its counsel, Norton Rose Fulbright US LLP, and demands, pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon counsel at the address set forth below. E-mail addresses are included, and notice by e-mail is affirmatively acknowledged as being acceptable:

> Howard Seife
> Andrew Rosenblatt
> **NORTON ROSE FULBRIGHT US LLP**
> 1301 Avenue of the Americas
> New York, New York  10019-6022
> Telephone: (212) 318-3000
> Facsimile: (212) 318-3400
> E-mail:  howard.seife@nortonrosefulbright.com
>               andrew.rosenblatt@nortonrosefulbright.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, complaint, demand, disclosure statement, plan of reorganization, or any other document that in any way affects the debtors or their property, whether transmitted or conveyed by mail delivery, telephone, facsimile, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and demand for notice is neither intended as nor is it a consent of ADNY to the jurisdiction of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) ADNY's right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) ADNY's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) ADNY's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which ADNY is or may be entitled under any agreement, in law, or in equity, and all such rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: New York, New York
         July 19, 2021

                                        Respectfully submitted,

                                        **NORTON ROSE FULBRIGHT US LLP**

                                   By:   /s/ Andrew Rosenblatt
                                        Howard Seife
                                        Andrew Rosenblatt
                                        1301 Avenue of the Americas
                                        New York, New York 10019-6022
                                        Telephone: (212) 318-3000
                                        Facsimile: (212) 318-3400

                                        *Counsel to the Archdiocese of New York*

## **CERTIFICATE OF SERVICE**

      I certify that on July 19 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware.

                                        */s/ Andrew Rosenblatt*
                                          Andrew Rosenblatt