## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:                              Chapter _____11_____

                                    Case No. __20__-__10343___ (_LSS_)

Debtor: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice
of __William E. McGrath, Jr._____

to represent __(see attached)_____

in this action.

                                    /s/ Thaddeus J. Weaver

Firm Name: Dilworth Paxson LLP, 704 N. King
           Street, Suite 500, P.O. Box 1031
Address:   Wilmington, DE  19899

Phone:     (302) 571-8867

Email:     tweaver@dilworthlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

        Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted,
practicing and in good standing as a member of the Bar of __(see attached)__      and submit to the
disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this
action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for
District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of
Court for District Court.

                                    /s/  William E. McGrath, Jr.

Firm Name: Dilworth Paxson LLP
           2 Research Way
Address:   Princeton, NJ 08540

Phone:     (609) 987-6679
Email:     wmcgrath@dilworthlaw.com

### ORDER GRANTING MOTION

        IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July 19th, 2021
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE