## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:                         Chapter _____

                               Case No. ____-_____ (_____)

Debtor:   _____

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of _____

to represent _____

in this action.

                            _____

                            Firm Name:

                            Address:

                            Phone:

                            Email:

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _____ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                            _____

                            Firm Name:

                            Address:

                            Phone:

                            Email:

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

                            _____

**Dated: July 19th, 2021**
**Wilmington, Delaware**

                            **LAURIE SELBER SILVERSTEIN**
                            **UNITED STATES BANKRUPTCY JUDGE**