IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[i], Debtors | : : : : : : : : : | Chapter 11  Case No. 20-10343-LSS  Jointly Administered |

**NOTICE OF SERVICE**

I, LOUIS J. RIZZO JR., hereby certify that on this date I served a copy of (1) Travelers Casualty and Surety Company, Inc. (fka Aetna Casualty & Surety Company), St. Paul Surplus Line Insurance Company and Gulf Insurance Company's Responses and Objections to Debtors' First Set of Interrogatories to Propounding Insurers and (2) Travelers Casualty and Surety Company, Inc. (fka Aetna Casualty & Surety Company), St. Paul Surplus Line Insurance Company and Gulf Insurance Company's Responses and Objections to Debtors' First Set of Requests for Production to Propounding Insurers on the following by email:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Michelle M. Fu (No. 6661)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com
mfu@morrisnichols.com

HAYNES AND BOONE, LLP
Ernest Martin
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Email: ernest.martin@haynesboone.com
HAYNES AND BOONE, LLP
Adrian C. Azer
800 17th Street NW, Suite 500
Washington, D.C. 20006
Email: Adrian.azer@haynesboone.com

                    REGER RIZZO & DARNALL LLP

                    */s/ Louis J. Rizzo, Jr., Esquire*
                    Louis J. Rizzo, Jr., Esquire (#3374)
                    1521 Concord Pike, Suite 305
                    Brandywine Plaza West
                    Wilmington, DE 19803
                    (302) 477-7100
                    Email: lrizzo@regerlaw.com

*Attorney for Defendants,
Travelers Casualty and Surety Company,
Inc. (f/k/a Aetna Casualty & Surety
Company), St. Paul Surplus Lines Insurance
Company and Gulf Insurance Company*

Dated: July 19, 2021

## **CERTIFICATE OF SERVICE**

I, Louis J. Rizzo, Jr., Esquire, attorney for defendants Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company) ("Travelers C and S"), St. Paul Surplus Lines Insurance Company ("St. Paul") and Gulf Insurance Company's ("Gulf's") (collectively, "Travelers"), certifies that on this 19th day of July 2021, he caused the attached Notice of Service to be to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

REGER RIZZO & DARNALL LLP

Dated: July 19, 2021　　　　　　　　*/s/ Louis J. Rizzo, Jr., Esquire*
　　　　　　　　　　　　　　　　　　Louis J. Rizzo, Jr., Esquire (#3374)
　　　　　　　　　　　　　　　　　　1521 Concord Pike, Suite 305
　　　　　　　　　　　　　　　　　　Brandywine Plaza West
　　　　　　　　　　　　　　　　　　Wilmington, DE 19803
　　　　　　　　　　　　　　　　　　(302) 477-7100
　　　　　　　　　　　　　　　　　　Email: lrizzo@regerlaw.com

　　　　　　　　　　　　　　　　　　*Attorney for Defendants,*
　　　　　　　　　　　　　　　　　　*Travelers Casualty and Surety Company,*
　　　　　　　　　　　　　　　　　　*Inc. (f/k/a Aetna Casualty & Surety*
　　　　　　　　　　　　　　　　　　*Company), St. Paul Surplus Lines Insurance*
　　　　　　　　　　　　　　　　　　*Company and Gulf Insurance Company*