FILED
2021 JUL 20 AM 8:31
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Your Honor,

You may want to put this letter at the top of the ones you have been getting from victims. You see, I've read all the hundreds of letters that have been written to you. A few every other day. So, I have a good overview of all of the harm that victims are expressing to you. It has been difficult and nauseating to read it all.

I am 70 years old and it took 60 years to get the ability to write a survivors claim like I did. I'm really not interested in the Boy Scouts of America continuing their "so-called" mission. Nothing has stopped any of this from happening all these years and I don't believe it will stop it in the years ahead. In order for Boy Scouts to continue their work I believe they would need to thoroughly explain and warn in detail to parents and young boys about to enroll in the scouts that it is possible that many bad things could happen to their boy. Because they have – to tens of thousands. Some things you would never imagine. And these things would be done in secret by "so-called" leaders who are respected people in the community - pastors, neighbors, co-workers of your parents, police, and others. No one would ever suspect them doing any things like this. But they do. And if they do these things they may threaten to hurt you or your parents or kill them or burn your house down if you say anything. Then you would need to explain

other boys or troop leaders. And because 8, 10 and 12 year old boys do not know what those terms mean, you would have to explain (sorry to be so ███████████████████████████████████████████

Now if they did do this, I can't imagine many parents allowing their boy to enroll and, if they did, how that boy would go to meetings without terrible fear in his heart.

I'm not trying to become a rich person from this case and I see the pitiful amount they are offering and settlement as another victimization of all of us. It's not in my interest that they continue to survive and I don't think that victimization will stop if they do. It's amazing that so many victims kept all of this to themselves for so long. It terribly affected their lives, ruined relationships, made them question their sexuality, screwed them up mentally and psychologically, never allow themselves to get close to people or believe they are loved when people told them.

I was 10 years old when I was sexually victimized by a Cub Scout leader in Lawrence, Massachusetts. My Den met at St. Augistine's Church on Ames Street just several blocks from my home at 5 Cypress Avenue, Methuen, Mass. I was the third boy from a family of seven in a good Roman Catholic home. I attended school taught by nuns and where we would prepare to go to confession and they would read a list of sins for us to consider before we confessed to the priest in confession. I was a good boy. In fact, I was an altar boy. Looking back, I don't think boys at that age sin at all. So. it would have been helpful if the nun had read much more serious sins to us. Ones that we may be sexually victimized by so that we would know when it happened. And it happened often. Just like the sins I detailed above. But it didn't happen that we were ever prepared for those things. I sure didn't have any idea what sex was and not until I was older could I understand that this deviant pervert that sexually victimized me was satisfying his sick sexual desires. How would I? Would any other 10 year old know that?

At 7 years old I was at a picnic with my family at my uncle's cabin right on a pond. My family was barbecuing food right near a wall on the water's edge. Being from a very large family, my parents did their best to watch out for us. I was watching the fish on the edge of the pond when I stumbled in. I was drowning and suddenly my father must have noticed me missing and jumped in thrashing around looking underwater for me. Luckily he spotted me and pulled me out gasping for air. I survived. But I was scared as hell of

the water after. So, when my parents signed me up with a Cub Scout Den they were happy to see they were offering swim lessons at a local pool conducted by a Cub Scout swim instructor. They trusted me to go. So, I was signed up and I walked the several blocks to that pool myself. There were four other boys at that class who were two or three years younger than I. The instructor was in his twenties. He had us all jump into the pool and was trying to teach us to float. I told him I was very scared of the water coming into my mouth and nose. He had the other boys sit on the edge of the pool and he would put his hands on my body in the pool to get me to ████ understand this happening and squirmed out of his grasp and went underwater swallowing water and gasping. Bad memories of when I nearly drowned. When I came to the surface he got the other boys to laugh at me for being unable to float. He would flip me over and put his hand under my ████ understand this happening and pulled away and went under water. Again, he got the boys to laugh at me. He did this a few times and I was very scared of him. He would come to the locker room where we were changing and stare at me naked taking my suit off and I felt so different and odd with all that. I walked home each time scared and my mother would ask how the class went. I told her okay but never about what that instructor did to me. I went to another class the following week and the same thing happened all over. I went the following week again and the same thing happened again. My mother was so interested to learn if I was overcoming my fear of swimming and water. I told her I was. There were five or six more lessons scheduled but I decided not to go to them anymore. To hide that, I would leave my house at that time and just walk around until it was time to come home. My parents never learned what victimization happened to me. They were confused and even upset later to see I wasn't able to swim or even float at ponds and lakes we went to together. It took me years to learn to swim on my own.

The years after that started a frightful path of victimization where I felt different from others boys, ugly, not joining in with play or sports with them, unloved, not believing people if they said they loved me or that I was handsome or cute. I had bad times in relationships and my sexuality was all confused badly. I never told anyone about what happened or what it had done to me. I didn't think anyone would ever believe it.

The harm isn't just in what they did to all of us but all the years of trauma afterwards in all of us. So, your honor, that is what you see in the hundreds of letters coming to you. Victims can't talk about it. They don't think anyone would believe them. They go through life messed up in many ways - unable to maintain relationships. They can't even tell their wives or children – for years – for life.

So, if the Boy Scouts of America think they can just throw a minimal settlement at us, we should just not accept it and let them go out of business. It seems extremely likely victimization will continue. Don't you think? Isn't that enough reason to stop it all? And the attorneys will be taking 40% of the small amount awarded. Can you get them to accept 20%? I further understand that the IRS will tax these amounts as income unless it is stipulated that this settlement is for damage done to us. So, you may want to be sure that that is added in the wording.

So, Your Honor, you have an awful lot on your plate for consideration. It must be totally unbelievable to digest all of this. It is an extremely horrible litany of terrible harm that has been done by an organization that presents itself continually as doing nothing but the best for children all these years. Even now in their advertising.

I'm trusting you have God's guidance in the difficult decision you have to make ahead.

