# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Kenneth M. Thomas, Esq., of Fox Swibel Levin & Carroll LLP in this case.

Dated:  July 20, 2021　　　　　　　　　　**MORRIS JAMES LLP**

　　　　　　　　　　　　　　　　　　　　/s/ Carl N. Kunz, III
　　　　　　　　　　　　　　　　　　　　Carl N. Kunz, III (DE Bar No. 3201)
　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1500
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 888-6800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, the United States Court of Appeals for the Sixth Circuit, and the United States District Court for the Northern District of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with the Court's Local Rules and with Standing Order for District Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 20, 2021　　　　　　　　　　/s/ Kenneth M. Thomas
　　　　　　　　　　　　　　　　　　　　Kenneth M. Thomas, Esq.
　　　　　　　　　　　　　　　　　　　　Fox Swibel Levin & Carroll LLP
　　　　　　　　　　　　　　　　　　　　200 W. Madison Street, Suite 3000
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 224-1241

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

13004791/1