# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

I hereby certify that on July 19, 2021, a true and accurate copy of Zurich Insurers' responses and objections to Debtors' Interrogatories and Document Requests concerning the RSA Motion were served, via email, to:

Adrian C. Azer, Esquire  
Haynes Boone  
800 17th Street, NW  
Washington, DC  20006

Michael C. Andolina, Esquire  
White & Case LLP  
111 South Wacker Drive  
Chicago, IL  60606

TYBOUT, REDFEARN & PELL

*/s/ Robert D. Cecil, Jr.*  
Robert D. Cecil, Jr., Esquire, #5317  
501 Carr Road, Suite 300  
P.O. Box 2092  
Wilmington, DE  19899  
(302) 658-6901  
rcecil@trplaw.com

{00065546-}