# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| BOY SCOUTS OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>A.A., *et al*.,<br><br>           Defendants. | Adv. Pro. No. 20-50527 (LSS) |

## NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 21, 2021, AT 10:00 A.M. (ET)

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by July 21, 2021, at 8:30 a.m. Eastern Time**
**COURTCALL WILL NOT BE USED FOR THIS HEARING.**
**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItcuCvrjMuGL8hKqNOEdTIiHBtqzUDiIs**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Boy Scouts of America

**Time: July 21, 2021, at 10:00 a.m. Eastern Time (US and Canada)**

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

RESOLVED MATTTER:

1.  Third-Party Motion for Correction and Response (D.I. 5349, filed 6/15/21).

    Objection Deadline:   July 7, 2021.

    Responses Received:

    a)  Debtors' Response to Third-Party Motion for Correction and Response (D.I. 5532, filed 7/8/21)**; and**

    b)  **Declaration of Catherine Nownes-Whitaker Regarding the Third-Party Motion for Correction and Response (D.I. 5642, filed 7/20/21).**

    Related Pleadings:

    a)  Notice of Hearing (D.I. 5350, filed 6/15/21);

    b)  Notice of Hearing During Pandemic (D.I. 5353, filed 6/15/21)**;**

    c)  **(FILED UNDER SEAL) Third-Party Motion for Audit of Agent Records and Assignment of Counsel (D.I. 5601, filed 7/15/21); and**

    d)  **(REDACTED) Third-Party Motion for Audit of Agent Records and Assignment of Counsel (D.I. 5602, filed 7/15/21).**

    Status: **This matter is going forward.**

ADJOURNED MATTER:

2.  Debtors' Motion for Entry of an Order (I) Approving Lehr Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 2719, filed 4/28/21).

    Objection Deadline:   May 12, 2021, at 4:00 p.m. (ET).

    Responses Received:

    a)  Objection of the Tort Claimants' Committee to Debtors' Motion for Entry of an Order (I) Approving Lehr Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 3781, filed 5/12/21);

    b)  Joinder of the Future Claimants' Representative to the Objection of the Tort Claimants' Committee to Debtors' Motion for Entry of an Order (I) Approving Lehr Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 3851, 5/12/21); and

c) Joinder and Statement of Support of the Coalition of Abused Scouts for Justice Regarding Objections to First Mediators' Report (D.I. 3854, filed 5/12/21).

Related Pleadings:   None.

Status:  This matter is adjourned to August 25, 2021.

MATTER GOING FORWARD:

3. Century's Motion to Amend the Court's Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief (Dkt. No. 341) (D.I. 3161, filed 5/5/21).

Objection Deadline:   May 12, 2021, at 4:00 p.m. (ET), extended to May 14, 2021, for the Debtors.

Responses Received:

a) Response of the Tort Claimants' Committee to Century's Motion to Amend the Court's Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief (D.I. 3775, filed 5/12/21); and

b) Debtors' Response to Century's Motion to Amend the Court's Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief (Dkt. No. 341) (D.I. 4094, filed 5/14/21).

Related Pleadings:

a) Declaration of Stamatios Stamoulis (D.I. 3286, filed 5/6/21);

b) Century's Submission of Proposed Order in Further Support of its Motion to Amend the Court's Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief (Dkt. No. 341) (D.I. 4113, filed 5/17/21); and

c) Response to Cancellation of 6/17/2021 Hearing and Request to Go Forward with Hearing on Century's Pending Motion (Dkt. 3161) (D.I. 5357, filed 6/16/21).

Status:  This matter is going forward.

ADVERSARY PROCEEDING

*Boy Scouts of America v. AA, et al..* Adv. Pro. No. 20-50527 (LSS)

1.     Notice of Fifth Stipulation by and Among the Boy Scouts of America, The Official Committee of Survivors of Abuse, and the Official Committee of Unsecured Creditors Modifying the Consent Order Granting the BSA's Motion for a Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a) and 362 and Further Extending the Termination Date of the Standstill Period (D.I. 178, filed 6/24/21).

   Objection Deadline:    July 8, 2021, at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Pleadings:

   a)     Amended Notice of Fifth Stipulation by and Among the Boy Scouts of America, The Official Committee of Survivors of Abuse, and the Official Committee of Unsecured Creditors Modifying the Consent Order Granting the BSA's Motion for a Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a) and 362 and Further Extending the Termination Date of the Standstill Period (D.I. 179, filed 6/25/21); and

   b)     Certificate of No Objection Regarding Amended Notice of Fifth Stipulation by and Among the Boy Scouts of America, The Official Committee of Survivors of Abuse, and the Official Committee of Unsecured Creditors Modifying the Consent Order Granting the BSA's Motion for a Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a) and 362 and Further Extending the Termination Date of the Standstill Period (D.I. 181, filed 7/12/21).

   Status:  A certificate of no objection has been filed. No hearing is necessary for this matter unless the Court has any questions.

   [*Remainder of this page intentionally left blank*]

| | |
|---|---|
| Dated: July 20, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Michelle M. Fu (No. 6661)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>ptopper@morrisnichols.com<br>mfu@morrsinichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>mlinder@whitecase.com<br>laura.baccash@whitecase.com<br>blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |