**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>                       Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF SERVICE OF CENTURY INDEMNITY COMPANY'S RESPONSE TO
DEBTORS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS
AND CENTURY INDEMNITY COMPANY'S RESPONSES AND OBJECTIONS OF
THE DEBTORS' FIRST SET OF INTERROGATORIES TO CENTURY**

I hereby certify that on July 19, 2021, a true and accurate copy of (1) Century Indemnity

Company's Response to Debtors' First Set of Requests for the Production of Documents and (2)

Century Indemnity Company's Responses and Objections of the Debtors' First Set of

Interrogatories to Century were served in the manner indicated on the parties identified below.

<u>Via Email</u>

Michael C. Andolina
White & Case LLP
111 South Wacker Drive
Chicago, IL 60606
mandolina@whitecase.com

Dated:  July 20, 2021

Respectfully Submitted,


By:  *Stamatios Stamoulis*_____
     Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:   302 999 1540
Facsimile:   302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:   212 326 2000
Facsimile:   212 326 2061

*Counsel for Century Indemnity Company, as
successor to CCI Insurance Company, as
successor to Insurance Company of North
America and Indemnity Insurance Company of
North America, Ace Insurance Group
Westchester Fire Insurance Company and
Westchester Surplus Lines Insurance Company*

OMM_US:77572191.2