FILED

2021 JUL 21  AM 8:36

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Judge,

I'm 63 now and I've been doing alot of looking back in the past year. For many years my aproach has been to not look back at my youth and just forget. I haven't forgotten what ▮▮▮▮ did to me. He took things from me that I'll never get back and he gave me bad memories that I'll keep forever,

I was a shy young boy who had just lost his mother to breast cancer when he choose to abuse me. He knew I was already in shock over loosing my mom. He was an engineer I believe. Calculating & smart.

He got to my friend ▮▮▮▮ also. ▮▮▮▮ told me what happened but I never told him that the same thing happened to me. ▮▮▮▮ has passed away from what I've heard. He also is a victim of ▮▮▮▮ of ST. ALBANS, W.V. SCENIC DRIVE.

I'm not sure what good this letter can do. Predators are out there, we all know that. My wife works for the WV State Police in their Offenders dept. keeping track of these sick people and my mom coincidentally lives next door to where ▮▮▮▮ grew up as a boy. I have plenty of reminders of what happened to me many years ago. What was stolen from me,

7/14/21



CHARLESTON WV 250.

16 JUL 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE 19801

19801-302499

