FILED
2021 JUL 21 AM 8:36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Judge Silverstien
824 North Market Street
Wilmington, De, 19801

June 12, 2021

Re: Boy Scout Abuse Case

Dear Honorable Judge,

I was an eleven year old boy when I joined the Boy Scouts. Within weeks of joining I was singled out for special favors. Then a few weeks after that the abuse started.

[redacted]

The Scout Master would visit my mother and urge me to come to meetings. I felt forced to go.

When I found out this is what gay men- do, I was afraid and scared someone would find out. My [redacted] was gay, (my dad's brother). My dad said terrible things about him, what a pervert and monster he was, and how he hated him for being gay.

Was I now gay? How could I tell my dad or my mom. I was so ashamed of myself, how could I have let this happen.

I did not speak about this for 42 years, in 2008 I told my brother [redacted] about what happened, he was now a lawyer, he wanted me to file a complaint against the Boy Scouts, then maybe a law suit, but I just could not do it.

I have abused alcohol for many years, it destroyed my marriage, then divorce. Many times I wanted to kill myself. I thought I was worthless.

I have flashbacks and nightmares about what happened. I wake up three to four times a week with these nightmares. I don't want to go back to sleep,

the only restful sleep I get is by taking sleeping pills. Was this my fault for not saying no.

I have had anger issues for many years. My family and children have suffered because of this. How do I tell my children? My 2 sons don't speak to me. I was divorced in 2002.

These people need to be punished. I did not deserve this, my family did not deserve this.

Thank you for listening.

