SA █
7.17.21

Justice Lauri Selber Silverstein
824 Market Street
Wilmington, DE

Justice Silverstein:

In my previous letter I detailed my abuse. I feel compelled to follow-up another letter that describes the psychological damage that I and all the other abuse victims will always live with. My hope is that I can accurately describe the aftermath of this loss of innocence. Strangely enough, I feel as though I may help myself as I attempt to help those that suffer as I do. I hope you are able to read this before the scheduled hearings. You may read this to the court if you wish.

The first, biggest, and all enduring problem a victim must deal with is preoccupation. You see, that after the abuse the survivor's only thoughts are how must I (and not we) deal with this. It is all consuming, day, night, 24-7, 365, waking AND sleeping. It controls EVERYTHING. And above all, it must be kept secret.

I'll forever remember looking at the school bus, full of kids, stopping to pick me for the first time post abuse. The view changed. My eyes changed. The kids changed and became monsters. All was now tempered with my abuse. I have to act like nothing happened. I'm the same kid I always was. Everything's fine. Of course everything wasn't fine and I was forced to become an actor EVERYTIME I'M AROUND PEOPLE. Forget about ambitions. I just want to crawl into a hole and die. That way I don't have to think about it anymore. This is how an abuse victim feels.

I don't consider myself a religious person but in my case I feel as though the only true relief I can hope for in this is to pray to Jesus. He is the one and only person that can fix this mess and it helps to know that he is beside me and knows what I'm going through. I don't deny other survivors their savior. I happen to think they are related.

I'm almost 61 now and am STILL tormented daily. My best sleep aid is knowing that Jesus is beside me and knows what I'm going through.

SA-█