Dear Justice

My name is █████████

I'm an abuse I've relived my abuse over over again for 50 years never feeling like a real man because of my abuse it was always on my mind when I was interacting with males I always felt different among my male friends I've been married Twice everytime I would relive my abuse after dreaming of my abuse I've been diagnosed with bi polar disorder Smy kids know about my abuse which is embarrassing my wife won't have sex with me

FILED 2021 JUL 21 AM 8:35  CLERK  BPTCY COURT  DELAWARE

anymore after finding out of my abuse quite a bet down

I don't know what to do at this point I'm glad somebody is fighting back at the BSA they should be ashamed of themselves for not seeing this abuse when its all

said and done I have to live this nightmare over and over its really to a toll on me. My abuse by the BSA has haunted me people in my family treat me like I have a disease I'm mentally tormented

Justice Lauri Silbstein

My name █████████
I'm 62 years old
I was sexually abused while in the BSA that whole ordeal has tormented me to this very day. I've never felt like a total man I keep on reliving this experience in my mind
I kept this abuse locked, afraid to discuss this with anyone. I don't know if I should have done that
My daughter was sexually abused, so I shared my experience with her I asked her to it between she and I, she broke her promise out of anger

Now everything has blown out of proportion. my wife turned her back on me my sons and daughter's looking at me sideways

Your honor

make them pay for their abuse upon my body and mind.

thank you