# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SERVICE OF ALLIANZ INSURERS'
## (I) RESPONSES AND OBJECTIONS TO DEBTORS'
## FIRST SET OF INTERROGATORIES TO PROPOUNDING INSURERS; AND
## (II) RESPONSES AND OBJECTIONS TO THE DEBTORS' FIRST SET OF REQUESTS
## FOR THE PRODUCTION OF DOCUMENTS TO THE PROPOUNDING INSURERS

I, Marcy J. McLaughlin Smith, hereby certify that on the 19th day of July 2021, copies of (i) *Allianz Insurers' Responses and Objections to Debtors' First Set of Interrogatories to Propounding Insurers*; and (ii) *Allianz Insurers' Responses and Objections to the Debtors' First Set of Requests for the Production of Documents to the Propounding Insurers* were served upon the following parties by email:

| (*Counsel to the Debtors*) | (*Counsel to the Debtors*) |
|---|---|
| Michael C. Andolina, Matthew E. Linder, Laura E. Baccash, and Blair Warner | Jessica C. Lauria, Andrew Hammond, Glenn M. Kurtz, and Sam Hershey |
| **WHITE & CASE LLP** | **WHITE & CASE LLP** |
| 111 South Wacker Drive | 1221 Avenue of the Americas |
| Chicago, Illinois 60606 | New York, New York 10020 |
| mandolina@whitecase.com; | jessica.lauria@whitecase.com; |
| mlinder@whitecase.com; | ahammond@whitecase.com; |
| laura.baccash@whitecase.com; | gkurtz@whitecase.com; |
| blair.warner@whitecase.com | sam.hershey@whitecase.com |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

117904742

| *(Special Insurance Counsel to the Debtors)*<br>Ernest Martin, Jr., Carla Verena Green, and S. Benjamin Schindler<br>**HAYNES AND BOONE, LLP**<br>2323 Victory Avenue, Suite 700<br>Dallas, Texas 75219<br>Ernest.Martin@haynesboone.com;<br>carla.green@haynesboone.com;<br>S.Benjamin.Schindler@haynesboone.com | *(Special Insurance Counsel to the Debtors)*<br>Adrian Azer<br>**HAYNES AND BOONE, LLP**<br>800 17th Street NW<br>Suite 500<br>Washington, D.C. 20006<br>adrian.azer@haynesboone.com |
|---|---|

Dated:        July 21, 2021
              Wilmington, Delaware

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Marcy J. McLaughlin Smith*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:  302.777.6500
    Facsimile:  302.421.8390

  -and-

    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:  404.885.3000
    Facsimile:  404.885.3900

  -and-

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Marcy J. McLaughlin Smith*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:  404.885.3000
    Facsimile:  404.885.3900

  -and-

    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:  404.885.3000
    Facsimile:  404.885.3900

  -and-

- 3 -

NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
Matthew S. Sorem (admitted *pro hac vice*)
10 S. Wacker Dr.
21st Floor
Chicago, IL 60606
Telephone:  312.585.1433
Facsimile:  312.585.1401

-and-

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:  202.756.8228
Facsimile:  202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone:  312.281.0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

117904742