# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Hearing Date**: TBD<br><br>**Objection Deadline:**<br>August 4, 2021 at 4:00 p.m. (ET) |

**FIFTH INTERIM FEE APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS BANKRUPTCY CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF MONTHLY COMPENSATION AND FOR MONTHLY REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FEBRUARY 1, 2021 THROUGH APRIL 30, 2021**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (D.I. 341) (the "Compensation Order"), Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") hereby submits its fifth interim fee application request, as bankruptcy co-counsel for the above-captioned debtors and debtors in possession (the "Debtors"), for allowance of monthly compensation and for monthly reimbursement of all actual and necessary expenses incurred for the period of February 1, 2021 through April 30, 2021 (the "Application Period"). Exhibits A, B, and C attached hereto, contain certain schedules pursuant to the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "UST Guidelines").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

In addition, Morris Nichols respectfully states as follows to address the questions set forth under paragraph C.5 of the UST Guidelines:

a. Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. **No**.

b. If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? **The fees sought during the Application Period as compared to the fees budgeted for the Application Period are not higher by 10% or more.**

c. Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? **No**.

d. Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees. **No. Morris Nichols reserves the right to seek such fees in subsequent applications**.

e. Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. **No**.

f. If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? and (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458? **Effective January 1, 2021, Morris Nichols implemented firm-wide rate increases. These rate increases are consistent with the Engagement Letter, which provides that the rates included therein are adjusted from time to time.**

Morris Nichols seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fees Requested | Total Expenses Requested | Certificate of No Objection, Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 5/25/2021 D.I. 4973 | 2/1/21-2/28/21 | $108,092.50 | $3,871.74 | 6/10/2021 D.I. 5296 | $86,474.00 | $3,871.74 | $21,618.50 |
| 5/25/2021 D.I. 5033 | 3/1/21-3/31/21 | $81,602.50 | $1,942.95 | 6/10/2021 D.I. 5297 | $65,282.00 | $1,942.95 | $16,320.50 |
| 6/30/2021 D.I. 5457 | 4/1/21-4/30/21 | $127,497.50 | $1,237.91 | 7/16/2021 D.I. 5607 | $101,998.00 | $1,237.91 | $25,499.50 |
| **TOTAL** | | **$317,192.50** | **$7,052.60** | | **$253,754.00** | **$7,052.60** | **$63,438.50** |

WHEREFORE, Morris Nichols, in accordance with the Compensation Order, respectfully requests that the Court approve the full amount of fees and expenses requested in the above-referenced fee applications, payment by the Debtors of the amounts requested in such fee applications in full, and such other and further relief as is just and proper.

*[Remainder of the Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: July 21, 2021<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Michelle M. Fu (No. 6661)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4664<br>Email: dabbott@morrisnichols.com<br>      aremming@morrisnichols.com<br>      ptopper@morrisnichols.com<br>      mfu@morrisnichols.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>      mlinder@whitecase.com<br>      laura.baccash@whitecase.com<br>      blair.warner@whitecase.com<br><br>*Attorneys for the Debtors and Debtors in Possession* |

# CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

## BOY SCOUTS OF AMERICA
(Case No. 20-10343 (LSS))
February 1, 2021 through April 30, 2021

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Derek C. Abbott | Partner/Bankruptcy. Partner since 2003. Joined firm as an associate in 1995. Member of the DE Bar since 1995. | 995 | 32.1 | 31,939.50 |
| Donna L. Culver | Partner/Bankruptcy. Partner since 2003. Joined firm as an associate in 1995. Member of the DE Bar since 1995. | 900 | 2.6 | 2,340.00 |
| Andrew R. Remming | Partner/Bankruptcy. Partner since 2016. Joined firm as an associate in 2008. Member of the DE Bar since 2008. | 875 | 96.4 | 84,350.00 |
| Matthew B. Harvey | Partner/Bankruptcy. Partner since 2020. Joined firm as associate from 2008 to Sept. 2013; rejoined the firm as an associate in Nov. 2014. Member of the DE Bar since 2008. | 850 | 0.9 | 765.00 |
| Jennifer Ying | Partner/Intellectual Property. Partner since 2019. Joined firm as an associate in 2011. Member of the DE Bar since 2010. | 775 | 0.2 | 155.00 |
| Daniel B. Butz | Special Counsel/Bankruptcy. Joined the firm as an associate in 2002. Member of the DE Bar since 2002. | 795 | 0.2 | 159.00 |
| Eric W. Moats | Associate/Bankruptcy. Joined the firm as an associate in 2017. Member of the DE Bar since 2017. | 595 | 130.7 | 77,766.50 |
| Matthew O. Talmo | Associate/Bankruptcy. Joined the firm as an associate in 2016. Member of the DE Bar since 2016. | 595 | 0.2 | 119.00 |
| Paige N. Topper | Associate/Bankruptcy. Joined the firm as an associate in 2017. Member of the DE Bar since 2017. | 560 | 123.5 | 69,160.00 |
| Jennifer A. Ward | Associate/Intellectual Property. Joined the firm as associate from 2017. Member of the DE Bar since 2017. | 560 | 0.1 | 56.00 |

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Brett Turlington | Associate/Bankruptcy. Joined the firm as an associate in 2019. Member of the DE Bar since 2019. | 535 | 4.1 | 2,193.50 |
| Matthew W. Catron | Associate/Bankruptcy. Joined the firm as a Certified Limited Practice Licensee in 2020. | 455 | 13.8 | 6,279.00 |
| Tori L. Remington | Associate/Bankruptcy. Joined the firm as a Certified Limited Practice Licensee in 2020. | 455 | 14.1 | 6,415.50 |
| Byron Poland | Litigation Support | 350 | 0.1 | 35.00 |
| Desiree M. Vale | Paralegal | 345 | 41.5 | 14,317.50 |
| Emily R. Malafronti | Paralegal | 345 | 11.6 | 4,002.00 |
| Megan R. Leyh | Paralegal | 345 | 17.2 | 5,934.00 |
| Vicki L. O'Neill | Paralegal | 345 | 15.1 | 5,209.50 |
| Theresa M. Naimoli | Legal Assistant | 335 | 17.9 | 5,996.50 |
| **Total** | | **607.30** | **522.3** | **$317,192.50** |
| **GRAND TOTAL: $137,192.50** | | | | |
| **BLENDED RATE: $607.30** | | | | |
| **ATTORNEY BLENDED RATE: $672.47** | | | | |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**
**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**
**February 1, 2021 through April 30, 2021**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 9.0 | 4,909.50 |
| Automatic Stay Matters | 3.6 | 2,360.50 |
| Creditor Communications and Meetings | 6.3 | 4,146.50 |
| Fee Applications (MNAT - Filing) | 23.6 | 11,081.00 |
| Fee Applications (Others - Filing) | 60.3 | 25,793.50 |
| Executory Contracts/Unexpired Leases | 2.3 | 1,368.50 |
| Other Contested Matters | 74.4 | 50,953.00 |
| Financing Matters/Cash Collateral | 2.9 | 2,117.50 |
| Tax Matters | 0.8 | 472.50 |
| Insurance Matters | 0.1 | 99.50 |
| Court Hearings | 89.5 | 53,656.00 |
| Claims Objections and Administration | 39.3 | 23,375.50 |
| Plan and Disclosure Statement | 156.7 | 102,733.50 |
| Litigation/Adversary Proceedings | 43.9 | 27,112.50 |
| Professional Retention (MNAT - Filing) | 0.3 | 206.50 |
| Professional Retention (Others - Filing) | 1.6 | 756.00 |
| General Case Strategy | 5.9 | 5,078.50 |
| Schedules/SOFA/U.S. Trustee Reports | 1.8 | 972.00 |
| **TOTAL** | **522.3** | **$317,192.50** |

## CUMULATIVE EXPENSE SUMMARY

## BOY SCOUTS OF AMERICA
(Case No. 20-10343 (LSS))
February 1, 2021 through April 30, 2021

| Expense Category | Total Expenses |
|---|---:|
| Pacer | 1,301.10 |
| In-House Printing - black & white | 645.00 |
| In-House Printing - color | 102.40 |
| Photos/Art/Spec Duplicating-Out of Office | 1,853.69 |
| Courier/Delivery Service | 61.74 |
| Conference Calls | 2,020.16 |
| Court Costs | 75.00 |
| Transcripts | 833.60 |
| Secretarial Overtime | 96.43 |
| Computer Research - Westlaw | 58.48 |
| Messenger Service | 5.00 |
| **Grand Total Expenses** | **$7,052.60** |