```
                                                        FILED
                                                     2021 JUL 20  AM 8: 32
                                                           CLERK
                                                     US BANKRUPTCY COURT
                                                     DISTRICT OF DELAWARE
```

July 13, 2021

Clerk of the Court
U.S. Bankruptcy Court
for the District of Delaware
824 North Market Street, 6th Floor
Wilmington DE 19801

RE: Case# 20-10343 (LSS)
    Boy Scouts of America and
    Delaware BSA, LLC

Sir:

    With this letter to the court I'm asking if the MOTIONS sent to this court (at or about) on January 29, 2021, March 5, 2021, April 6, 2021 and letter May 7, 2021 have been docketed in the court and I ask the status of my motion.

    Please mail me a copy of the court's record of the receipt of my MOTIONS and LETTERS, the date of scheduled hearing before the judge.

Sincerely,



enc: SASE for reply to this letter.





DENVER CO 802
13 JUL 2021 PM 6 L

U.S.M.S.
X-RAY

19801-302499

CLERK OF THE COURT
U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 6TH FLOOR
WILMINGTON DE 19801