IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  August 4, 2021 at 4:00 p.m.**
**Hearing Date:  To be scheduled.**

**FOURTH QUARTERLY APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES OF**
**BERKELEY RESEARCH GROUP, LLC,**
**AS FINANCIAL ADVISORS TO THE TORT CLAIMANTS' COMMITTEE**
**FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH JANUARY 31, 2021**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC |
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective as of March 6, 2020 by order signed on or about April 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2020 through January 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $1,712,235.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $        21.07 |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $1,369,788.40 |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $        21.07 |

This is a(n):  ___ monthly     _X_ interim     ___ final application.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

The total time expended for fee application preparation is 19.4 hours and the corresponding compensation requested is approximately $10,289.50, which represents less than 3.0% of total fees.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 06/03/20 | 03/06/20 – 03/31/20 | $281,697.00 | $0.00 | $225,357.60 | $0.00 |
| 08/07/20 | 04/01/20/ - 04/30/20 | $390,313.00 | $513.74 | $312,250.40 | $513.74 |
| 10/20/20 | 05/01/20 – 05/31/20 | $398,111.50 | $33.14 | $318,489.20 | $33.14 |
| 11/02/20 | 06/01/20 – 06/30/20 | $300,701.50 | $48.55 | $240,561.20 | $48.55 |
| 11/02/20 | 07/01/20 – 07/31/20 | $359,632.50 | $17.17 | $287,723.17 | $17.17 |
| 03/30/21 | 08/01/20 – 10/31/20 | $1,206,072.00 | $17,520.78 | $964,857.60 | $17,520.78 |
| 06/01/21 | 11/01/20 – 01/31/21 | $1,712,235.50 | $21.07 | $1,369,788.40 | $21.07 |

## BRG PROFESSIONALS

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson – 2021 | Managing Director; Over 40 Years Of Experience; BS Accountancy 1975; CPA Since 1981 | $875.00 | 83.1 | $72,712.50 |
| R. Todd Neilson – 2020 | Managing Director; Over 40 Years Of Experience; BS Accountancy 1975; CPA Since 1981 | 850.00 | 163.5 | 138,975.00 |
| David H. Judd – 2021 | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 770.00 | 189.4 | 145,838.00 |
| David H. Judd – 2020 | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 336.7 | 252,525.00 |
| Vernon Calder – 2021 | Managing Director; Over 37 Years Of Experience; Master Of Accountancy 1983 | 775.00 | 1.5 | 1,162.50 |
| Paul N. Shields – 2021 | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 750.00 | 28.8 | 21,600.00 |

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Paul N. Shields – 2020 | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 99.5 | 71,142.50 |
| D. Ray Strong – 2021 | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 705.00 | 84.3 | 59,431.50 |
| D. Ray Strong – 2020 | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 189.0 | 128,520.00 |
| Ozgur Kan – 2020 | Managing Director, Over 25 Years Of Academic, Financial Services, Credit Analytics and Consulting Experience; Series 50 Municipal Advisor since 2017; Ph.D in Finance and International Business 2001. | 660.00 | 4.1 | 2,706.00 |
| Matthew K. Babcock – 2021 | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 655.00 | 192.0 | 125,760.00 |
| Matthew K. Babcock – 2020 | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 336.5 | 210,312.50 |
| Jeffrey Shaw – 2021 | Senior Managing Consultant; Over 16 Years of Experience, Master of Accountancy 2002, CPA Since 2004. | 520.00 | 56.0 | 29,120.00 |
| Amy Strong | Consultant, Over 28 Years Of Experience, Master of Accountancy 1995, CPA | 350.00 | 117.6 | 41,160.00 |
| Chihhsin Wan – 2020 | Consultant, Over 5 Years of Experience, Master of Science, Business Analytics. | 350.00 | 50.6 | 17,710.00 |
| Christina Tergevorkian – 2021 | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 315.00 | 161.2 | 50,778.00 |

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Christina Tergevorkian – 2020 | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 365.4 | 107,793.00 |
| Jason Strong – 2020 | Senior Associate; Over 20 Years Of Experience; EnCase Certified Examiner; Microsoft Certified Professional. | 150.00 | 4.0 | 600.00 |
| Tasha Hatton | Associate, Over 20 Years of Experience; Bachelor of Science in Accounting | 265.00 | 78.1 | 20,696.50 |
| Shelby Chaffos – 2021 | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 255.00 | 147.9 | 37,714.50 |
| Shelby Chaffos – 2020 | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 375.0 | 90,000.00 |
| Caroline Bates | Associate, Over 28 Years Of Experience, Bachelor Of Accountancy 1993, CPA | 235.00 | 95.3 | 22,395.50 |
| Jose Rosario – 2021 | Associate, Over 2 Years Of Experience, BBA, Finance, Accounting 2019 | 235.00 | 63.8 | 14,993.00 |
| Jose Rosario – 2020 | Associate, Over 2 Years Of Experience, BBA, Finance, Accounting 2019 | 225.00 | 136.1 | 30,622.50 |
| Sherry Anthon – 2020 | Case Assistant; Over 3 Years Of Experience; Master Of Accountancy 2000 | 205.00 | 60.3 | 12,361.50 |
| Evelyn Perry – 2020 | Case Assistant; Over 32 Years Of Experience | 185.00 | 30.3 | 5,605.50 |
| | **Blended Rate** | **$496.30** | **3,450.0** | **$1,712,235.50** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| **200.10** – Document / Data Analysis (Merrill DatasiteOne) | 14.0 | $4,814.50 |
| **200.30** – Document / Data Analysis (Financial / Accounting) – PeopleSoft Accounting System | 8.1 | 5,473.00 |
| **200.60 –** Document / Data Analysis (Local Councils) | 49.2 | 15,971.00 |

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| **221.00** – Debtor Operations / Monitoring (Cash Flow Reports) | 4.7 | 1,128.00 |
| **223.00** – Debtor Operations / Monitoring (Cash Management Reports) | 6.9 | 1,683.00 |
| **224.00** – Debtor Operations / Monitoring (Shared Services Reports) | 0.9 | 216.00 |
| **300.00** – Asset Analysis (General – Debtors) | 66.9 | 45,082.50 |
| **303.00** – Asset Analysis (General – Local Councils) | 793.9 | 431,181.50 |
| **303.10** – Asset Analysis (General – Local Councils / Credit Analysis) | 1,079.3 | 413,076.50 |
| **310.00** – Asset Analysis (Cash / Bank Accounts - Debtors) | 36.1 | 12,606.50 |
| **333.00** – Asset Analysis (Real Property – Local Councils) | 971.8 | 498,190.50 |
| **600.00** – Claims / Liability Analysis | 143.8 | 92,121.50 |
| **800.00** – Plan & Disclosure Statement Analysis | 72.6 | 51,033.50 |
| **1020.00** – Meeting Preparation & Attendance | 139.0 | 99,015.50 |
| **1030.00** – Mediation Preparation & Attendance | 43.4 | 29,649.50 |
| **1060.00** – Fee Application Preparation & Hearing | 19.4 | 10,992.50 |
| **Total** | **3,450.0** | **$1,712,235.50** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (If Applicable)[2] | Total Expenses |
|---|---|---|
| Research Services | GuideStar (guidestar.org) | $19.05 |
| Research Services | TLOxp* (tlo.com) | 2.02 |
| **Total** | | **$21.07** |

---

[2] BRG may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  August 4, 2021 at 4:00 p.m.**
**Hearing Date:  To be scheduled.**

**FOURTH QUARTERLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
BERKELEY RESEARCH GROUP LLC,
AS FINANCIAL ADVISORS TO THE TORT CLAIMANTS' COMMITTEE
<u>FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH JANUARY 31, 2021</u>**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively,

the "Bankruptcy Rules"), and the "Order (I) Approving Procedures for (A) Interim

Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense

Reimbursement for Official Committee Members and (II) Granting Related Relief," signed on or

about April 6, 2020 (the "Administrative Order"), Berkeley Research Group LLC ("BRG" or

"Applicant"), Financial Advisors to the Tort Claimants' Committee (the "Committee"), hereby

submits its Fourth Quarterly Application for Compensation and for Reimbursement of Expenses

for the Period from November 1, 2020 through January 31, 2021 (the "Fourth Quarterly

Application").

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

By this Fourth Quarterly Application BRG seeks an interim allowance of compensation in the amount of $1,712,235.50 and actual and necessary expenses in the amount of $21.07 for a total allowance of $1,712,256.57 and payment of the unpaid amount of such fees and expenses for the period November 1, 2020 through January 31, 2021 (the "Interim Period"). In support of this Fourth Quarterly Application, BRG respectfully represents as follows:

## Background

1.      On February 18, 2020 (the "Petition Date"), the Debtors commenced their Chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in possession of their property and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about April 6, 2020, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within fourteen (14) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the period ending April 30, 2020 and at three-month intervals thereafter, each of the Professionals

shall file and serve an interim application for allowance of the amounts sought in its monthly fee

applications for that period.  All fees and expenses paid are on an interim basis until final

allowance by the Court.

4.      The retention of BRG, as financial advisors to the Tort Claimants'

Committee, was approved effective as of March 6, 2020 by this Court's "Order Authorizing and

Approving the Retention of Berkeley Research Group, LLC as Financial Advisors to the

Additional Tort Claimants' Committee Effective as of March 6, 2020," signed on or about April

11, 2020 (the "Retention Order").  The Retention Order authorized BRG to be compensated on

an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  The

Retention Order further authorized BRG to be reimbursed for Committee Members' expenses

that BRG paid directly or reimbursed to Committee Members.  BRG is not requesting

reimbursement in this Fourth Quarterly Application for any Committee Members' expenses.

## BRG's APPLICATION FOR COMPENSATION AND
## FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5.      A combined monthly fee application for the period November 1, 2020

through January 31, 2021 of BRG has been filed and served pursuant to the Administrative

Order.

6.      On June 17, 2021, BRG filed its Ninth, Tenth & Eleventh Combined

Monthly Application for Compensation and Reimbursement of Expenses of Berkeley Research

Group, LLC, as Financial Advisors to the Tort Claimants' Committee, for the Period from

November 1, 2020 through January 31, 2021 (the "Combined Monthly Fee Application")

requesting $1,712,235.50 in fees and $21.07 in expenses (Docket 5365). Pursuant to the Administrative Order, BRG has requested payment of $1,369,788.40 of the fees and $21.07 of the expenses requested in the Combined Monthly Fee Application. A true and correct copy of the Combined Monthly Fee Application is attached hereto as <u>Exhibit A</u>.

7.    The Combined Monthly Fee Application covered by this Fourth Quarterly Application contain detailed daily time logs describing the actual and necessary services provided by BRG during the periods covered by such applications as well as other detailed information required to be included in fee applications.

<b><u>Requested Relief</u></b>

8.    By this Fourth Quarterly Application, BRG requests that the Court approve payment of one hundred percent (100%) of the fees and expenses incurred by BRG during the Interim Period of November 1, 2020 through January 31, 2021.

9.    At all relevant times, BRG has not represented any party having an interest adverse to these cases.

10.    All services for which BRG requests compensation were performed for or on behalf of the Committee.

11.    BRG has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fourth Quarterly Application. There is no agreement or understanding between BRG and any other person other than the partners of BRG

for the sharing of compensation to be received for services rendered in these cases.  BRG did not

receive a retainer in this matter.

12.     The professional services and related expenses for which BRG requests

interim allowance of compensation and reimbursement of expenses were rendered and incurred

in connection with these cases in the discharge of BRG's professional responsibilities as

financial advisors for the Committee in these chapter 11 cases.  BRG's services have been

necessary and beneficial to the Committee, the Debtors and their estates, creditors and other

parties in interest.

13.     In accordance with the factors enumerated in section 330 of the

Bankruptcy Code, it is respectfully submitted that the amount requested by BRG is fair and

reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under the Bankruptcy Code.  Moreover, BRG has reviewed the requirements

of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Fourth Quarterly

Application complies with such Rule and Order.

**WHEREFORE,** BRG respectfully requests that the Court enter an order, in the

form attached hereto, providing that an interim allowance be made to BRG in the total amount of

$1,712,256.57 for the period from November 1, 2020 through January 31, 2021, including the

sum of $1,712,235.50, as compensation for necessary professional services rendered, and the

sum of $21.07 for reimbursement of actual necessary costs and expenses; that the Debtors be

authorized and directed to pay to BRG the outstanding amount of such sums; and for such other

and further relief as may be just and proper.

Dated this ___19ᵀᴴ___ day of July, 2021.

R. Todd Neilson, CPA
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Financial Advisor to the Official Tort Claimants'
Committee

## VERIFICATION

STATE OF UTAH:

COUNTY OF SALT LAKE:

      R. Todd Neilson, after being duly sworn according to law, deposes and says:

      a)    I am a Certified Public Accountant and am a Managing Director with Berkeley Research Group, LLC ("BRG").

      b)    I have read the foregoing "*Fourth Quarterly Application for Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisors to the Tort Creditors' Committee for the Period from November 1, 2020 through January 31, 2021*" (the "Fourth Quarterly Application") and know the contents thereof. I certify the facts stated therein are true of my own knowledge, except for those stated upon information and belief, which I believe to be true. If called upon I could and would testify completely thereto.

      c)    I have reviewed Del. Bankr. LR 2016-2 and the Interim Order signed on or about April 6, 2020, and submit that the Fourth Quarterly Application substantially complies with such Rule and Order.

Dated this _19th_ day of July, 2021.

                                                              R. Todd Neilson

SUBSCRIBED AND SWORN to before me this **19** day of July, 2021.

Notary Public
My Commission Expires: **02/14/2023**

NOTARY PUBLIC
JAMES ERIK ANDRUS
COMM. # 704643
COMMISSION EXPIRES
02/14/2023
STATE OF UTAH