IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al.*, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that The Episcopal Church ("TEC"), hereby enters its appearance by and through its counsel, Connolly Gallagher LLP and Squire Patton Boggs (US) LLP, pursuant to section 1109(b) of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 & 9007 and §§ 342 & 1109(b) of the Bankruptcy Code, that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

Jeffrey C. Wisler
Kelly M. Conlan
CONNOLLY GALLAGHER LLP
1201 N. Market Street, 20th Floor
Wilmington, DE  19801
Telephone: (302) 767-7300
Email: jwisler@connollygallagher.com
Email: kconlan@connollygallagher.com

Mark A. Salzberg
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone:  (202) 457-6000
Email:  mark.salzberg@squirepb.com

Jihyun Park
SQUIRE PATTON BOGGS (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, NY 10136
Telephone:  (212) 872-9836
Email: jihyun.park@squirepb.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code, but also includes without limitation any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email, electronic filing or otherwise filed or made with regard to the above-captioned case and proceedings therein, and for the purposes of CM/ECF.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive TEC's rights, remedies, and claims against other entities or any objection that may be had to the subject-matter jurisdiction of the court, and shall not be deemed or construed to submit TEC to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation, TEC's: (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) right to seek a change of venue, or (v) any other rights, claims, actions, setoffs or recoupments to which the Airport is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments TEC expressly reserves.

Dated:  July 22, 2021                  **CONNOLLY GALLAGHER LLP**

*/s/ Kelly M. Conlan*
Jeffrey C. Wisler (#2795)
Kelly M. Conlan (#4786)
1201 N. Market Street, 20th Floor
Wilmington, DE  19801
Telephone: (302) 888-6221
Email: jwisler@connollygallagher.com
Email:  kconlan@connollygallagher.com

-and-

Mark A. Salzberg
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone:  (202) 457-6000
Email:  mark.salzberg@squirepb.com

-and-

Jihyun Park
SQUIRE PATTON BOGGS (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, NY 10136
Telephone:  (212) 872-9836
Email: jihyun.park@squirepb.com


*Attorneys for The Episcopal Church*