FILED
2021 JUL 22 AM 8:36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

June 21, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Your Honor,

I am writing this in hopes that that it may help you understand the pain and suffering inflicted on myself and other similarly situated men at the hands of trusted leaders in the Boy Scouts of America (BSA). And how any amount, let alone the paltry sum being offered by the BSA and its insurers, could never replace the innocence and trust lost by so many.

I was 12 years old when my abuser ███████████ invited me to stay an extra few days at the newest scout camp in the area, Camp TL James, or as we called it, Camp Terrell. I was at that point in my life where I was craving independence. This was my opportunity to prove to my parents that I was no longer a child and that I could get along without them for a week. My abuser knew exactly how to approach me and make me feel special. He was funny and knowledgeable and offered me the opportunity I was wanting. He convinced my parents that I would be in good hands and that it wouldn't cost anything extra because I could stay with him, and he would take care of everything else...food and beverages. My parents agreed because they had grown to trust the organization that my brother and I flourished in after our move to Monroe the year before.

I thought I was so special because I was getting to do something no one else in my troop could...stay an extra few days at this new camp. I thought it was even more special because I was getting to stay in one of the leader's tent and sleep on a cot which was a lot better than the pup tents and the hard ground where I had been sleeping. The first night in his tent it rained and that was when it began. I was asleep ████████████████████████████████████████████████████████████████████████████████ I awoke the next morning in a sour mood but still excited about being on my own and went home the following day not really thinking about it.

Over the next few months, he would contact me about helping him on a job or some other project in order to get me alone in his van so he could fondle me. I went along with it because I was getting away from my family...parents, older brother and younger sister. Then one weekend he invited to spend the night to get started on an early project the next day. We played tennis that evening, and he ████████████████████████████████████████████████████████████████████████████████

The breaking point came soon afterwards. He invited me for another stay over. This time he was in a new house, and it had all kinds of military books and neat stuff in it. That night, we stayed in the same ██████████ morning, I told him that I felt sick and ask him to take me home. From that point on, I never talked to him again. I felt different, like something had changed within me. He moved to Houston not long after that. A couple of months later, I received a letter with a Houston postmark asking God to forgive "me" for what "I" had done. It did not have a name or return address. I can only assume that it came from him and that he was trying to blame me for his immorality.

During the next 6 years, I went through some self-destructive behavior. I dropped out of scouts just short of Eagle Scout because my heart just was not in it any longer. I started drinking when I was 14 and became a weekend alcoholic throughout my high school years. It seemed like I could never maintain a relationship for more than 3 months because I was always trying to prove to myself, and the girls, that I was a man and into women…as many as I could flirt with. This carried over into college. My grades suffered as my drinking progressed to the weekdays and I began to smoke pot.

I kept my secret for 10 years before I finally told my first wife. We divorced not long after that because of my drinking and carousing. I moved to Baton Rouge and sought help from a counselor. He wanted me to write a letter to the BSA as part of my treatment. I never went back because I could not bring myself to relive those memories. I began dating, and eventually married, a woman from a little town north of the city where the last abuse happened. I moved back to Monroe to be with her and eventually told her about the abuse. Every time we drove to her home, we would pass the house where it happened because it was located on the highway that we had to travel to get to her house. This caused, and still does to this day, untold anxiety in me as the house is still there.

I started seeing another counselor and he eventually asked me to do the same thing, write a letter to BSA. Once again, I stopped seeing him because I could not bring myself to put my ordeal on paper. After my second wife and I split because of my infidelity, I finally told a childhood friend who had been in the scouts with me. Not long after that I told my brother. My second wife and I got back together and are still together to this day.

The hardest thing was telling my parents in 2004. Not long after my brother died, I was really messed up. I came to my parents to discuss his death and just happened to mention that I was dealing with that and the abuse. They told me that they thought something had happened back then but did not know how to approach me about it. I was devastated. To think that I could have gotten some help back then but did not because I could not tell my parents and they did not know how to talk to me about it.

I have finally gotten to a point in my life where I could talk about it. I called the BSA to report the abuse a few years back. I could not remember the abuser's last name or the exact dates, but I felt better reporting it. I told them that I did not want to hurt the BSA or bring a lawsuit because I thought it was a great organization, but after hearing of all the covered-up abuses, I changed my mind. The BSA should have done more to protect us from perverts like the one I described above.

The final straw was after I joined the lawsuit. I spoke to my friend, and he remembered the guy's name. He even told me that the guy had made a move on him and that it freaked him out so much that his mom would not let him leave with the guy. Not long after that, I received a notice from LinkedIn that my abuser was looking for me. You cannot believe the shock and anxiety that swept over me. 44 years had gone by since I had last seen or heard from this guy and suddenly, he was looking for me. I was anxious for a week and questioned my lawyers about privacy in the case. They assured me that he could not have gotten my name from the case but was just more likely feeling remorse after all the publicity surrounding the case.

I apologize for this being so long, but I wanted you to know some of what I have personally gone through after my abuse and how it continues to this day. I know that no amount of money will ever help me get over this, and that by joining this case, I would open old wounds, but it is necessary to make sure that young scouts are protected in the future. I appreciate your time and can only hope that you will bring all of the BSA parties to the table and compel them to make an offer that is comparable to the pain and suffering caused to so many.

Respectfully yours,