1

1. IN THE UNITED STATES B. Court
2. Delaware

FILED
2021 JUL 22 AM 8:36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

3. ██████████
4. ██████████
5. ██████████
6. ██████████
7. ██████████
8. ██████████
9.
10. IN RE:
11. BOY SCOUTS OF AMERICA
12. +Delaware BSA LLC
13. CASE # 20-10343 (LSS)
14.
15. ██████████
16. ██████████
17.
18.
19. RE: SETTLEMENT
20.    ARRANGEMENT $
21.    REQUEST.              7-7-21
22.
23. ██████████
24. ██████████
25. ██████████
26.

2

1  I SAW ON T.V. That The B.S.A.
2  settled for $850,000,000.00 Million
3  for its 84,000 claimants. According
4  to my calculations that is
5  roughly $11,000 each.

7  #1 I AM ASKING this court, this
8  court's clerk to send me the forms
9  that I need (because IM A prisoner,
10 indigent & without access) to fill
11 out to claim & retrieve this money.

13 #2 I WANt the check to be
14 mailed to my mother:
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 As she has full power of
21 attorney over me, my bank,
22 and legal affairs and to
23 talk/do business with you or
24 its related lawyers.

3

#3 I feel that I am owed more money because I have ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I leave it at the court's discretion and policies put in place (IF any) on wether or not someone like me with more injuries gets more. IF there arent any policies or court orders, then so mote it be, I will not contest my equal $11,000 share.

#4 - I did all my filings pro-per. On my filings I DID put a prospective attorney AVA/AWgroup in hopes they would take over my filings. I did all the work. I didnt recieve their retainer until recent well after litigation/settlement, I put their retainer proof of service on file. So I dont even know if they're my lawyer or not cuz they dont call my mom or write me -

4

1  I WANT + am ASKING For
2  the courts help to determine:
3
4    #1 DID [redacted] do All the
5  work + Filings + we can just send
6  him the $ -
7                    OR
8    #2- DID AVA /Lawgroup File
9  anything recent or At all
10 saying [redacted] is their client
11 , filed papers on his behalf, $ IF
12 So:
13          make sure that the
14 retainer is valid + [redacted] gets
15 his 65% of the 100% (35%? to
16 lawyers)
17          sent to his MOM -
18
19  -I then need help with any
20 papers the courts need me to do
21 -AND any issues this court has
22 with me please write me - Are
23 my Filings OK? AM I even recognized,
24 etc....
25
26                    ☺