Justice Lauri Selber Silverstein FILED

2021 JUL 22 AM 8:35

My name is [REDACTED]
I was born July [REDACTED]
remember how excited I was
when I went to JCPenney's to
get my Cub Scout uniform. And
the Little Cub Scout clasp, that
was around my Cub Scout tie,
and how proud, and important
I felt when I wore this uniform.
My mother, and den mother
became friends. My younger
brother being sick, and was
placed in the hospital. I was
allowed to stay at my den mother's
house for over a week.
  What should have been enjoyable
week. Turned out to be a
nightmare for 6 year old child.
  A man named [REDACTED] I don't
know what relationship he had there
but was there. At my den mother's
house. Seems to have started

[REDACTED]

The next day this occurred again.

[redacted]

"mom" but 'mom' was not there. I cried for my dad but my dad was in the military. I told my den mother but was accussed of lying. Because I was crying I was forced to eat breakfast on the floor without any silverware beside the dog food bowl. I did tell my mother of this when she returned from the hospital taking care of my younger brother. I was told by her she told me that we did not discuss things such as this. I guess this to be true because I didn't come to the realization it wasn't my fault and that I had been a victim until I was 50 years old the most my life doing drugs, hiding my face in shame. I wonder what I have done to deserve this.

I know now it's not my fault. It's been a long road to get here. Many tears. And many more hours of wondering what I had done wrong. I cannot explain to you in words the pain I felt and the horror I felt, disgust that for myself for something that was not my fault. Thank God the time I have left here, I know this was not my doing. 45 years of feeling guilty for something that someone else had done to me. Thinking it was me. God Bless you guys thank you for listening this doesn't mean I understand why it happened. It's just nice to come to realization it wasn't my fault.

Thank you very much



To: Justice Lauri Salber Silverstein
BSA Bankruptsy Case
824 Market St 6th floor
Wilmington, DE 19801