## CERTIFICATE OF SERVICE

I, Brett M. Haywood, hereby certify that on July 22, 2021, I caused a copy of the foregoing *Limited Objection and Reservation of Rights of the Church of Jesus Christ Latter-Day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* to be served upon the parties on the attached service lists in the manner indicated.

        */s/ Brett M. Haywood*
        Brett M. Haywood (No. 6166)

# SERVICE LIST
## VIA CM/ECF AND COURTESY EMAIL

Abernathy, Roeder, Boyd & Hullett, P.C.
Attn: Larry R. Boyd
Attn: Emily M. Hahn
1700 Redbud Blvd, Ste 300
McKinney, TX 75069
ctimmons@ABERNATHY-LAW.com
bankruptcy@abernathy-law.com
ehahn@abernathy-law.com

Ashby & Geddes, PA
500 Delaware Ave, 8th Fl
P.O. Box 1150
Wilmington, DE 19899-1150
wbowden@ashbygeddes.com

Baird Mandalas Brockstedt, LLC
1413 Savannah Rd, Ste 1
Lewes, DE 19958
sws@bmbde.com

Bayard, PA
600 N King St, Ste 400
Wilmington, DE 19801
efay@bayardlaw.com
gflasser@bayardlaw.com

Bielli & Klauder, LLC
1204 N King St
Wilmington, DE 19801
dklauder@bk-legal.com

Bielli & Klauder, LLC
1204 N King St
Wilmington, DE 19801
tbielli@bk-legal.com

Bodell Bove, LLC
1225 N King St, Ste 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

Bradley Riley Jacobs PC
320 W Ohio St, Ste 3W
Chicago, IL 60654
tjacobs@bradleyriley.com

Brown Rudnick LLP
7 Times Square
New York, NY 10036
DMolton@brownrudnick.com

Brown Rudnick LLP
Attn: Tristan G. Axelrod
1 Financial Ctr
Boston, MA 02111
sbeville@brownrudnick.com
taxelrod@brownrudnick.com
EGoodman@brownrudnick.com

Buchalter, A Professional Corporation
55 Second St, 17th Fl
San Francisco, CA 94105-3493
schristianson@buchalter.com

Chipman, Brown, Cicero & Cole, LLP
1313 N Market St, Ste 5400
Wilmington, DE 19801
desgross@chipmanbrown.com

Choate, Hall & Stewart LLP
Attn: Jonathan D. Marshall
Attn: Michael J. Foley, Jr
Two International Place
Boston, MA 02110
dgooding@choate.com
jmarshall@choate.com
mjfoley@choate.com

Connolly Gallagher, LLP
Attn: Kelly M. Conlan
1201 N Market St, 20th Fl
Wilmington, DE 19801
kbifferato@connollygallagher.com
kconlan@connollygallagher.com

Cross & Simon, LLC
Attn: Kevin Mann
1105 N Market St, Ste 901
Wilmington, DE 19801
csimon@crosslaw.com
kmann@crosslaw.com

Crowell & Moring LLP
Attn: Austin J. Sutta
3 Embarcadero Center, 26th Fl
San Francisco, CA 94111
mplevin@crowell.com
asutta@crowell.com

Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, D.C. 20004
tyoon@crowell.com

Davies Hood PLLC
22 N Front St, Ste 620
Memphis, TN 38103-2100
Jason.Hood@davieshood.com

Dorsey & Whitney LLP
Attn: Alessandra Glorioso
300 Delaware Ave, Ste 1010
Wilmington, DE 19801
schnabel.eric@dorsey.com
glorioso.alessandra@dorsey.com

Dorsey & Whitney LLP
51 W 52nd St
New York, NY 10019
ewing.bruce@dorsey.com

Doshi Legal Group, P.C.
1979 Marcus Ave, Ste 210E
Lake Success, NY 11042
amish@doshilegal.com

Faegre Drinker Biddle & Reath LLP
600 E. 96th St, Ste 600
Indianapolis, IN 46240
jay.jaffe@faegredrinker.com

Faegre Drinker Biddle & Reath LLP
1177 Ave of the Americas, 41st Fl
New York, NY 10036-2714
michael.pompeo@faegredrinker.com

Faegre Drinker Biddle & Reath LLP
Attn: Kaitlin W. MacKenzie
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Patrick.Jackson@faegredrinker.com
kaitlin.mackenzie@faegredrinker.com

Fineman Krekstein & Harris, PC
1300 N King St
Wilmington, DE 19801
drichards@finemanlawfirm.com

Flordia M. Henderson
Memphis, TN 38130-0604
flordia@fhendersonlaw.net

| | |
|---|---|
| Foley & Lardner LLP<br>90 Park Ave<br>New York, NY 10016<br>rbernard@foley.com | Foley & Lardner LLP<br>3579 Valley Centre Dr, Ste 300<br>San Diego, CA 92130<br>vavilaplana@foley.com |
| Foran Glennon Planadech Ponzi & Rudloff, P.C.<br>Attn: Igor Shleypak<br>222 N LaSalle St, Ste 1400<br>Chicago, IL 60614<br>sgummow@fgppr.com<br>ishleypak@fgppr.com | Gilbert LLP<br>Attn: Emily Grim / Attn: Jasmine Chalashtori<br>700 Pennsylvania Ave, SE Ste 400<br>Washington, DC 20003<br>quinnk@gilbertlegal.com<br>neelym@gilbertlegal.com<br>grime@gilbertlegal.com<br>chalashtorij@gilbertlegal.com |
| Jacobs & Crumplar, PA<br>750 Shipyard Dr, Ste 200<br>Wilmington, DE 19801<br>Raeann@jcdelaw.com<br>tom@jcdelaw.com | Jpmorgan Chase Bank, NA<br>Attn: Louis R. Strubeck, Jr<br>1301 Ave of the Americas<br>New York, NY 10019-6022<br>louis.strubeck@nortonrosefulbright.com |
| Karr Tuttle Campbell, PS<br>701 5th Ave, Ste 3300<br>Seattle, WA 98104<br>bleaverton@karrtuttle.com | Kelly, Morgan, Dennis, Corzine & Hansen, P.C.<br>P.O. Box 1311<br>Odessa, TX 79760-1311<br>mkelly@kmdfirm.com |
| Klehr Harrison Harvey Branzburg LLP<br>919 Market St, Ste 1000<br>Wilmington, DE 19801<br>dpacitti@klehr.com | Klehr Harrison Harvey Branzburg LLP<br>1835 Market St, Ste 1400<br>Philadelphia, PA 19103<br>mbranzburg@klehr.com |
| Kramer Levin Naftalis & Frankel LLP<br>Attn: David E. Blabey Jr./Jennifer R. Sharret<br>Attn: Megan M. Wasson<br>177 Ave of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com | Latham & Watkins LLP<br>Attn: Kimberly A Posin<br>Attn: Nicholas J Messana<br>355 S Grand Ave, Ste 100<br>Los Angeles, CA 90071-1560<br>jeff.bjork@lw.com<br>kim.posin@lw.com<br>nicholas.messana@lw.com |

Latham & Watkins LLP
885 3rd Ave
New York, NY 10022-4834
adam.goldberg@lw.com

Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Fwy, Ste 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

Miller, Canfield, Paddock and Stone, P.L.C.
277 S Rose St, Ste 5000
Kalamazoo, MI 49007
andersond@millercanfield.com

Mirick, O'Connell, DeMallie & Lougee, LLP
1800 W Park Dr, Ste 400
Westborough, MA 01581
kfoley@mirickoconnell.com

Monzack Mersky McLaughlin & Browder, PA
Attn: Rachel B. Mersky
1201 N Orange St, Ste 400
Wilmington, DE 19801
bmclaughlin@monlaw.com
rmersky@monlaw.com

Morris James LLP
Attn: Eric J. Monzo
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
jwaxman@morrisjames.com
emonzo@morrisjames.com

Nagel Rice LLP
103 Eisenhower Pkwy
Roseland, NJ 07068
brice@nagelrice.com

Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

McCreary, Veselka, Bragg & Allen, PC
P.O. Box 1269
Round Rock, TX 78680
tleday@mvbalaw.com

Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front St
Worcester, MA 01608
pcarey@mirickoconnell.com

Monzack Mersky Browder & Hochman, P.A.
1201 N Orange St, Ste 400
Wilmington, DE 19801
rmersky@monlaw.com

Morris James LLP
Attn: Brya M. Keilson
500 Delaware Ave, Ste 1500
P.O. Box 2306
Wilmington, DE 19899-2306
bfallon@morrisjames.com
bkeilson@morrisjames.com

Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE, 19899
dabbott@morrisnichols.com
barsalona@morrisnichols.com
emoats@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com
mfu@morrisnichols.com

Napoli Shkolnnik PLLC
919 N Market St, Ste 1801
Wilmington, DE 19801
RHrubiec@NapoliLaw.com

Norton Rose Fulbright Us LLP
Attn: Ryan Manns
2200 Ross Ave, Suite 3600
Dallas, TX 75201-7932
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
ryan.manns@nortonrosefulbright.com

Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd, 13th Fl
Los Angeles, CA 90067-4003
jstang@pszjlaw.com

Pachulski Stang Ziehl & Jones LLP
Attn: James O'Neill/John Lucas/Ilan Scharf
919 N Market St, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705
jlucas@pszjlaw.com
joneill@pszjlaw.com
ischarf@pszjlaw.com
rorgel@pszjlaw.com
lcantor@pszjlaw.com

Perdue, Brandon, Fielder, Collins & Mott, LLP
3301 Northland Dr, Ste 505
Austin, TX 78731
jbanks@pbfcm.com

Reed Smith LLP
Attn: Katelin A. Morales
120 N Market St, Ste 1500
Wilmington, DE 19801
kgwynne@reedsmith.com
kmorales@reedsmith.com

Richards, Layton & Finger, PA
One Rodney Square
920 N King St
Wilmington, DE 19801
merchant@rlf.com
haywood@rlf.com

Schnader Harrison Segal & Lewis LLP
Attn: Kristi J. Doughty
824 N Market St, Ste 800
Wilmington, DE 19801-4939
rbarkasy@schnader.com
kdoughty@schnader.com

Seitz, Van Ogtrop & Green, P.A.
222 Delaware Ave, Ste 1500
Wilmington, DE 19801
khill@svglaw.com

Shipman & Goodwin LLP
1 Constitution Plz
Hartford, CT 06103-1919
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com

Shipman & Goodwin LLP
Attn: Joshua Weinberg/ Michele B Konigsberg
1875 K St NW, Ste 600
Washington, DC 20006-1251
awilliams@goodwin.com
jweinberg@goodwin.com
mkonigsberg@goodwin.com
jruggeri@goodwin.com

Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
blair.warner@sidley.com
mlinder@sidley.com
tlabuda@sidley.com
kbasaria@sidley.com

Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
jboelter@sidley.com

Stamoulis & Weinblatt LLC
Attn: Richard Weinblatt
800 N West St, Ste 800
Wilmington, DE 19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Stark & Stark, PC
P.O. Box 5315
Princeton, NJ 08543
jlemkin@stark-stark.com

Sullivan Hazeltine Allinson LLC
919 N Market St, Ste 420
Wilmington, DE 19801
bsullivan@sha-llc.com

The Law Office of James Tobia, LLC
1716 Wawaset St
Wilmington, DE 19806
jtobia@tobialaw.com

The Law Offices of Joyce, LLC
1225 King St, Ste 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

The Neuberger Firm
Attn: Stephen J. Neuberger
17 Harlech Dr
Wilmington, DE 19807
tsn@neubergerlaw.com
sjn@neubergerlaw.com

The Powell Firm, LLC
Attn: Thomas Reichert
1201 N Orange St, Ste 500
P.O. Box 289
Wilmington, DE 19899
jpowell@delawarefirm.com
treichert@delawarefirm.com

Troutman Pepper Hamilton Sanders LLP
Attn: Marcy J. McLaughlin Smith
1313 Market St, Ste 5100
P.O. Box 1709
Wilmington, DE 19899-1709
david.fournier@troutman.com
marcy.smith@troutman.com

Troutman Pepper Hamilton Sanders LLP
Attn: Matthew G. Roberts
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308
harris.winsberg@troutman.com
matthew.roberts2@troutman.com

Tybout, Redfearn & Pell
750 Shipyard Dr, Ste 400
P.O. Box 2092
Wilmington, DE 19899-2092
sreidenberg@trplaw.com

Wachtell, Lipton, Rosen & Katz
Attn:Joseph C. Celentino
51 W 52nd St
New York, NY 10019
rgmason@wlrk.com
dkmayer@wlrk.com
jccelentino@wlrk.com

Ward and Smith, P.A.
P.O. Box 8088
Greenville, NC 27835-8088
paf@wardandsmith.com

Whiteford, Taylor & Preston LLP
7 St Paul St, 15th Fl
Baltimore, MD 21202-1626
tbrooks@wtplaw.com

White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

Womble Bond Dickinson (US) LLP
1313 N Market St, Ste 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com

Walker Wilcox Maousek LLP
1 N Franklin, Ste 3200
Chicago, IL 60606
cwadley@walkerwilcox.com

Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 N King St, Ste 500
Wilmington, DE 19801
rriley@wtplaw.com

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
jessica.lauria@whitecase.com

Wilks Law, LLC
4250 Lancaster Pike, Ste 200
Wilmington, DE 19805
dwilks@wilks.law

Young Conaway Stargatt & Taylor
Attn: Robert Brady/Edwin Harron
Rodney Square
1000 N King St
Wilmington, DE 19801
jpatton@ycst.com
rbrady@ycst.com
eharron@ycst.com

**SERVICE LIST**
**VIA CM/ECF, COURTESY EMAIL AND FIRST CLASS MAIL**

Commonwealth of Pennsylvania
Attn: Deb Secrest/Collections Support Unit
651 Boas St, Rm 925
Harrisburg, PA 17121
ra-li-ucts-bankrupt@state.pa.us

Missouri Dept of Revenue
Attn: Steven A Ginther
P.O. Box 475
Jefferson City, MO 65105-0475
deecf@dor.mo.gov

Office of the Attorney General
Attn: Sherri K Simpson
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
christopher.murphy@oag.texas.gov
sherri.simpson@oag.texas.gov

Office of the United States Trustee
Attn: Hannah Mufson McCollum
844 King St, Suite 2207
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov

Pension Benefit Guaranty Corporation
Attn: C. Burton/ C. Fessenden
1200 K St NW
Washington, DC 20005
Kelly.Patricia@Pbgc.Gov
burton.cassandra@pbgc.gov
fessenden.craig@pbgc.gov

TN Dept of Labor - Bureau of Unemployment Insurance
Attn: Laura L. McCloud
PO Box 20207
Nashville, TN 37202-0207
AGBankDelaware@ag.tn.gov

# SERVICE LIST
## VIA COURTESY EMAIL AND FIRST CLASS MAIL

Adams and Reese LLP
6075 Poplar Ave, Ste 700
Memphis, TN 38119
Henry.Shelton@arlaw.com

Baker Manock & Jensen, PC
5260 N Palm Ave, Ste 421
Fresno, CA 93704
jperkins@bakermanock.com

Butler Snow LP
P.O. Box 171443
Memphis, TN 38187-1443
Danny.VanHorn@butlersnow.com

Carruthers & Roth, PA
235 N Edgeworth St
P.O. Box 540
Greensboro, NC 27401
bcl@crlaw.com

Coughlin Duffy, LLP
Attn: Michael Hrinewski
350 Mt Kemble Ave
P.O. Box 1917
Morristown, NJ 07960
kcoughlin@coughlinduffy.com
larmenti@coughlinduffy.com
mhrinewski@coughlinduffy.com

Crew Janci LLP
Attn: Peter Janci
1200 NW Naito Pkwy, Ste 500
Portland, OR 97209
steve@crewjanci.com
peter@crewjanci.com

Fox Swibel Levin & Carroll LLP
200 W Madison St, Ste 3000
Chicago, IL 60606
panderson@foxswibel.com

James, Vernon & Weeks, P.A.
Attn: Craig K. Vernon
Attn: R. Charlie Beckett
1626 Lincoln Wy
Coeur d'Alene, ID 83815
ljames@jvwlaw.net
cvernon@jvwlaw.net
rbeckett@jvwlaw.net

Janet, Janet & Scuggs, LLC
500 Taylor St, Ste 301
Columbia, SC 29201
GJowers@JJSJustice.com

Linebarger Goggan Blair & Sampson, LLP
112 E Pecan St, Ste 2200
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Maurice Wutscher LLP
23611 Chagrin Blvd. Ste 207
Beachwood, OH 44122
ahochheiser@mauricewutscher.com

McDermott Will & Emery LLP
Attn: Margaret Warner
500 N Capitol St NW
Washington, DC 20001-1531
rsmethurst@mwe.com
mwarner@mwe.com

| | |
|---|---|
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.<br>Attn: Nancy D. Adams<br>Attn: Laura Bange Stephens<br>One Financial Center<br>Boston, MA 02111<br>kmarrkand@mintz.com<br>ndadams@mintz.com<br>lbstephens@mintz.com | Nelson Comis Kettle & Kinney, LLP<br>300 E Esplande Dr, Ste 1170<br>Oxnard, CA 93036<br>wwinfield@calattys.com |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>10 S Wacker Dr, 21st Fl<br>Chicago, IL 60606<br>msorem@nicolaidesllp.com | Paul Mones PC<br>13101 Washington Blvd<br>Los Angeles, CA 90066<br>paul@paulmones.com |
| Pfau Cochran Vertetis Amala PLLC<br>Attn: Vincent Nappo<br>403 Columbia St, Ste 500<br>Seattle, WA 98104<br>michael@pcvalaw.com<br>jason@pcvalaw.com<br>vnappo@pcvalaw.com | Phillips Lytle LLP<br>One Canalside<br>125 Main St<br>Buffalo, NY 14203<br>amiller@phillipslytle.com |
| Raul Diaz<br>rauldiaz2503@gmail.com | Sequoia Counsel of Boy Scouts, Inc.<br>6005 N Tamera Ave<br>Fresno, CA 93711<br>michael.marchese@scouting.org |
| Synchrony Bank<br>Attn: Valerie Smith<br>P.O. Box 41021<br>Norfolk, VA 23541<br>claims@recoverycorp.com | Thomas Law Office, PLLC<br>9418 Norton Commons Blvd, Ste 200<br>Louisville, KY 40059<br>tad@thomaslawoffices.com<br>lou.schneider@thomaslawoffices.com |
| Tremont Sheldon Robinson Mahoney PC<br>Attn: Doug Mahoney<br>64 Lyon Ter<br>Bridgeport, CT 06604<br>crobinson@tremontsheldon.com<br>dmahoney@tremontsheldon.com | US Attorney For Delaware<br>1007 Orange St, Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br>usade.ecfbankruptcy@usdoj.gov |

3

| | |
|---|---|
| Wanger Jones Helsley, PC.<br>265 E River Park Circle, Ste 310<br>Fresno, CA 93720<br>rwalter@wjhattorneys.com | Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006<br>craig.goldblatt@wilmerhale.com |

# SERVICE LIST
# VIA FIRST CLASS MAIL

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, NA
10 S Dearborn St
Mail Code Il1-1415
Chicago, Il 60603

The County Commission Of Fayette County
P.O. Box 307
Fayetteville, WV 25840

The County Commission Of Fayette County
Attn: John Stump, Esq
Chase Tower - 8th Fl
707 Virginia St E.
Charleston, WV 25301