IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re:  D.I. 5561** |

### COALITION OF ABUSED SCOUTS FOR JUSTICE'S
### NOTICE OF DEPOSITION OF JOHN J. KINNEY

**PLEASE TAKE NOTICE** that, in accordance with Federal Rules of Civil Procedure 26 and 30, made applicable to the above-captioned proceeding by Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014 and Rule 7030-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Coalition of Abused Scouts for Justice (the "Coalition") will take the deposition upon oral examination under oath of John J. Kinney on **July 23, 2021, at 9:00 a.m.** (Eastern time) or such other time as may be agreed to by the parties.

**PLEASE TAKE FURTHER NOTICE** that the deposition will be taken before a qualified notary public or before some other officer authorized by law to administer oaths.  The deposition will be conducted by remote video conference, recorded by stenographic means, may be videotaped or electronically recorded, and will continue from day to day until completed or may be continued for completion at a future date.  The testimony so obtained will be used for all purposes permitted under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00225219-1}

|  |  |
|---|---|
| Dated: July 22, 2021<br>Wilmington, Delaware | **COALITION OF ABUSED SCOUTS FOR JUSTICE**<br><br>MONZACK MERSKY & BROWDER, P.A.<br><br>*/s/ Rachel B. Mersky*<br>Rachel B. Mersky (DE No. 2049)<br>1201 North Orange Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 656-8162<br>Facsimile: (302) 656-2769<br>Email: rmersky@monlaw.com<br><br>-and-<br><br>BROWN RUDNICK LLP<br><br>David J. Molton, Esq.<br>Eric R. Goodman, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Email: dmolton@brownrudnick.com<br>Email: egoodman@brownrudnick.com<br><br>-and-<br><br>Sunni P. Beville, Esq.<br>Tristan G. Axelrod, Esq.<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>Email: sbeville@brownrudnick.com<br>Email: taxelrod@brownrudnick.com<br><br>*Attorneys for the Coalition of Abused Scouts for Justice* |