## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 29, 2021 at 10:00 a.m. (ET)**<br><br>**Re: D.I. 5466, 5674** |

## JOINDER AND RESERVATION OF RIGHTS OF THE EPISCOPAL CHURCH TO LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE CHURCH OF JESUS CHRIST LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF

The Episcopal Church ("**TEC**") hereby submits this joinder and reservation of rights (the "**Joinder**") in support of the *Limited Objection and Reservation of Rights of the Church of Jesus Christ Latter-Day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order, Pursuant to Section 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* [Docket No. 5674] (the "**Limited Objection**")[2] filed by the Church of Jesus Christ of Latter-Day Saints ("**LDS**"), and respectfully states as follows:

---

[1] The Debtors ("**Debtors**" or "**BSA**") in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Limited Objection.

## JOINDER AND RESERVATION OF RIGHTS

1. TEC, a Chartered Organization, hereby joins in LDS's Limited Objection and the arguments set forth therein, including those concerning the RSA's turnover provisions and the RSA and RSA Motion's request for findings regarding the confirmability of the Plan.

2. TEC reserves all rights, claims, defenses, and remedies, including, without limitation the right, to supplement this Joinder, and to raise any and all objections to the proposed Disclosure Statement and confirmation of the Plan, including any Plan exhibit and related documents, and to introduce evidence at the confirmation proceedings in connection with such objections. Nothing herein is or should be construed as waiver of any of TEC's rights, claims, and defenses available under the Bankruptcy Code or applicable nonbankruptcy law.

*[Remainder of page intentionally left blank]*

WHEREFORE, TEC respectfully requests that the Court enter an order denying the RSA Motion and granting such other relief as may be appropriate.

Dated: July 22, 2021

    */s/ Kelly M. Conlan*
Jeffrey C. Wisler (#2795)
Kelly M. Conlan (#4786)
1201 N. Market Street, 20th Floor
Wilmington, DE  19801
Telephone: (302) 888-6221
Email: jwisler@connollygallagher.com
Email:  kconlan@connollygallagher.com

-and-

Mark A. Salzberg
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone:  (202) 457-6000
Email:  mark.salzberg@squirepb.com

-and-

Jihyun Park
SQUIRE PATTON BOGGS (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, NY 10136
Telephone:  (212) 872-9836
Email: jihyun.park@squirepb.com

*Attorneys for The Episcopal Church*