## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of July, 2021, a copy of the foregoing was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case, and also was served on the parties listed below by electronic mail.

Dated:  July 22, 2021  */s/Kelly M. Conlan*
  Kelly M. Conlan (DE 4786)

Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Eric W. Moats, Esq.
Paige N. Topper, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19801
Email: dabbott@mnat.com
aremming@mnat.com
emoats@mnat.com
ptopper@mnat.com

Thomas A. Labuda, Esq.
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Blair M. Warner, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Email: tlabuda@sidley.com
mandolina@sidley.com
mlinder@sidley.com
blair.warner@sidley.com

Jessica C. K. Boelter, Esq.
William E. Curtin, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Email: jboelter@sidley.com
wcurtin@sidely.com