## CERTIFICATE OF SERVICE

I, Gregory J. Flasser, hereby certify that on the 22nd day of July 2021, I caused a copy of **Hartford's Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief** to be served via CM/ECF and email on the following parties:

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Andrew R. Remming, Paige N. Topper, Michelle M. Fu
1201 North Market Street, 16th Floor, P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com; aremming@morrisnichols.com;
ptopper@morrisnichols.com; mfu@morrisnichols.com

White & Case LLP
Attn: Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com

White & Case LLP
Attn: Michael C. Andolina, Matthew E. Linder, Blair Warner, Laura E. Baccash
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com; mlinder@whitecase.com; blair.warner@whitecase.com; laura.baccash@whitecase.com

Office of the United States Trustee
 for the District of Delaware
Attn: David L. Buchbinder, Hannah M. McColllum
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: david.l.buchbinder@usdoj.gov; hannah.mccollum@usdoj.gov

*/s/ Gregory J. Flasser*
Gregory J. Flasser (No. 6154)