# SERVICE LIST

| | | |
|---|---|---|
| Morris, Nichols, Arsht & Tunnell LLP<br>Derek C. Abbott, Esq.<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>dabbott@morrisnichols.com | Morris, Nichols, Arsht & Tunnell LLP<br>Andrew R. Remming, Esq.<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>aremming@morrisnichols.com | Morris, Nichols, Arsht & Tunnell LLP<br>Paige N. Topper, Esq.<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>ptopper@morrisnichols.com |
| Morris, Nichols, Arsht & Tunnell LLP<br>Michelle M. Fu, Esq.<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>mfu@morrisnichols.com | White & Case LLP<br>Jessica C. Lauria, Esq.<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Jessica.lauria@whitecase.com | White & Case LLP<br>Michael C. Andolina, Esq.<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>mandolina@whitecase.com |
| White & Case LLP<br>Matthew E. Linder, Esq.<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>mlinder@whitecase.com | White & Case LLP<br>Laura E. Baccash, Esq.<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Laura.baccash@whitecase.com | White & Case LLP<br>Blair M. Warner, Esq.<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Blair.warner@whitecase.com |