**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **Re: D.I. 5466** |

**DECLARATION OF KRISTIAN ROGGENDORF, ESQ., IN SUPPORT OF
OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN  ORDER, PURSUANT TO
SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING
THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING
SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF**

I, Kristian Roggendorf, hereby state as follows:

1.      I am an attorney duly admitted to practice in the states of Oregon and Colorado, and am authorized to appear before this Court pro hac vice per the Court's order of April 9, 2021. I make this declaration based on my own personal knowledge, I am presenting the following facts on behalf of my clients identified in Exhibit A to the Objection fled contemporaneously with this Declaration, and I am competent to testify to the facts asserted herein.

2.      I am employed at the Zalkin Law Firm, P.C. ("the Zalkin Law Firm"), 10590 W Ocean Air Dr. #125, San Diego, CA 92130.  The Zalkin Law Firm represents 144 sexual abuse claimants in the above-captioned matter.

3.      I have been representing survivors of childhood sexual abuse as a lawyer since admitted to the Oregon Bar in October of 2001.  In that capacity, I have been involved in dozens of cases against the Boy Scouts of America, representing primarily men who were sexually harmed as minors during their time in scouting, first with the firm of O'Donnell Clark & Crew, LLP in Portland, Oregon from 2001 to 2013.  In 2009-10, I was acting as a partner at O'Donnell

1

Clark & Crew, representing the plaintiffs in the case of *Jack Doe 1 v. Corporation of the Presiding Bishop (and Boy Scouts of America)*, Case No. 0710-11295 (Or. Circ. Apr 23, 2010) (punitive damages verdict).  In the course of preparation of the case for trial, I completed virtually all of the substantive pretrial briefing involving the structure of the Boy Scouts, its interrelation with the local scout Councils and its chartered troop sponsors, the nature of the relationship between the Scout entities and sponsoring organizations, the control exercised by these entities over volunteer adult scout leaders, and the BSA's decades-long knowledge of child abuse within scouting through its use of the Ineligible Volunteer Files ("Red Flag Files" or "Perversion Files" [BSA's own terms]) that tracked child molesting scout leaders.  That case resulted in a verdict of $19.9 million for one of our plaintiffs in a severed single-plaintiff trial.

4.    Attached as Exhibit 1 to this Declaration is a true and correct copy of the Declaration of Nathaniel E. Marshall, the Assistant Director of Registration for the Boy Scouts of America, filed in the Oregon *Jack Doe 1* case.

5.    Attached as Exhibit 2 to this Declaration is a true and correct copy of the two Declarations of Martin Walsh, filed in *N.K. v. Corporation of the Presiding Bishop, et al*., King County Superior Court Case No. 09-2-41575-7 KNT (Wash. Sup. Ct. March 3, 2011), a case in which I was involved as co-counsel with the firm of the firm now known as Pfau Cochran Vertetis and Amala, PLCC, co-signatories to the Objection filed with this Declaration.

6.    Attached as Exhibit 3 to this Declaration is a true and correct copy of the Declaration of  Al Westberg, the Declaration of Alan Koppes, and the Declaration of Charles Brasfeild, filed in *Dietrich v. Defendant Doe 1 (Boy Scouts of America), et al.*, Solano County

/ / / /

/ / / /

Superior Court Case No. FCS041141 (Cal. Sup. Ct. Sept. 30, 2015), a case filed by the law firm with which I am currently employed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

**DATED**: July 22, 2021

Kristian Roggendorf, Esq., OSB #013990
**THE ZALKIN LAW FIRM, P.C.**
10590 W Ocean Air Dr. #125
San Diego, CA 92130
Tel:  858-259-3011
Fax:  858-259-3015

# EXHIBIT 1

1

2

3

4              IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                   FOR THE COUNTY OF MULTNOMAH

6    JACK DOE 1, an individual proceeding under a
     fictitious name; JACK DOE 2, an individual          Case No. 0710-11294
7    proceeding under a fictitious name; JACK DOE
     3, an individual proceeding under a fictitious       **DECLARATION OF NATHANIEL E.**
8    name; JACK DOE 4, an individual proceeding           **MARSHALL**
     under a fictitious name; JACK DOE 5, an
9    individual proceeding under a fictitious name;
     JACK DOE 6, an individual proceeding under a
10   fictitious name;

11             Plaintiffs,

12        v.

13   CORPORATION OF THE PRESIDING
     BISHOP OF THE CHURCH OF JESUS
14   CHRIST OF LATTER-DAY SAINTS, a
     foreign corporation sole registered to do
15   business in the State of Oregon;
     CORPORATION OF THE PRESIDENT OF
16   THE CHURCH OF JESUS CHRIST OF
     LATTER-DAY SAINTS AND SUCCESSORS,
17   a foreign corporation sole registered to do
     business in the State of Oregon; THE BOY
18   SCOUTS OF AMERICA, a congressionally
     chartered corporation, authorized to do business
19   in Oregon; and CASCADE PACIFIC
     COUNCIL, BOY SCOUTS OF AMERICA, an
20   Oregon non-profit corporation,

21             Defendants.

22

| EXHIBIT |
| 1 |
| MARSHALL |

23        I, Nathaniel E. Marshall, state and declare as follows:

24        1.    I am the Assistant Director for Registration for the Boy Scouts of America

25   ("BSA"), located at BSA headquarters in Irving, Texas.  I have personal knowledge of the

26   matters herein and am competent to testify as a witness.

Page 1 - DECLARATION OF NATHANIEL E. MARSHALL

MITCHELL, LANG & SMITH
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732

H:\CTS\47856\Pleadings\Dec of Marshall.doc

1    2.    Within my duties as Assistant Director for Registration, I have the responsibility

2    to oversee the set-up and maintenance of the Ineligible Volunteer Files (the "I.V. files").  In my

3    role as Assistant Director for Registration, I am also knowledgeable regarding the purpose and

4    mission of the BSA, its relationship to locally organized Boy Scout councils, and its relationship

5    to the independent community organizations, called Chartered Organizations, that have included

6    the Scouting Program in their youth groups.

7                    **The Ineligible Volunteer Files**

8    3.    BSA has maintained I.V. files since about 1919, soon after it was chartered by an

9    Act of Congress in 1916.  The I.V. files contain information reported to BSA that suggests that

10   an individual does not meet the high standers set by BSA for membership.

11   4.    BSA's purpose in setting up I.V. files is to collect information in an attempt to

12   prevent any individual who does not meet the high standards of BSA from being able to register

13   with any scouting organization located in the United States of America.

14   5.    An I.V. file is created when BSA receives information from a local council

15   reporting inappropriate conduct by an adult or youth member.  The inappropriate conduct may

16   involve, but is not limited to, gambling, drinking, financial improprieties, or pedophilia and other

17   criminal behavior.  The mores and language of the particular time period influenced what

18   conduct was deemed inappropriate.  Most of these files are created based on the impressions and

19   conclusions drawn by the reporters, hearsay gathered from various sources, or news reports.

20   6.    Once BSA receives notice from a local council that there has been a report of

21   inappropriate behavior by a member, a file is promptly created.  Essentially, all that is placed in

22   the file is a collection of information, such as newspaper articles and the council's report.  BSA

23   conducts no internal investigation to verify the information forwarded from the council.

24   7.    Because much of this information is unsubstantiated, from an evidence standard,

25   and because it directly bears on the character and reputation of private individuals, BSA has kept

26   this information strictly confidential.  The files are only made available within BSA on a need-

Page 2 -  DECLARATION OF NATHANIEL E. MARSHALL

MITCHELL, LANG & SMITH
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732

1   to-know basis.  Strong restrictions of confidentiality are imposed to protect the privacy rights of

2   not only the alleged victims and alleged perpetrators, but also of the persons involved as

3   witnesses or reporters.

4       8.      BSA's I.V. file system depends on assurances of strict confidentiality.  Witnesses

5   and reporters are often related to, or closely acquainted with, the alleged perpetrators and will

6   only come forward if confidentiality is assured, fearing otherwise that they will be exposed to

7   retaliation ranging from social stigma to physical harm or injury.  BSA is concerned that

8   divulging this information under any circumstances will inhibit future reports of misconduct.

9       9.      Simply redacting the names of reporters will not protect their identity.  In many

10  cases, a motivated person can still determine the identities of reporters, based upon the remaining

11  information in the I.V. files.

12  **The Purpose of BSA and its Relationship to Councils and Chartered Organizations**

13      10.     The Boy Scouts of America is a congressionally chartered benevolent

14  organization.  The purpose of the Boy Scouts of America is to "promote, through organization,

15  and cooperation with other agencies, the ability of boys to do things for themselves and others, to

16  train them in scoutcraft, and to teach them patriotism, courage, self-reliance, and kindred

17  virtues."

18      11.     The Scouting Movement relies on the co-operation of three entirely separate legal

19  entities: The Boy Scouts of America on the national level; local councils operating within their

20  local geographic area; and the local community organizations that actually "own" and operate

21  their Boy Scout troops and supervise and control their scouting activities.  Although these three

22  separate entities have in common the goal of youth character development through "scoutcraft,

23  patriotism, courage, self-reliance, and kindred virtues" as expressed in the Scouting Program,

24  none has control over the other.

25      12.     The Boy Scouts of America at the national level creates an educational resource

26  program.  It develops the Scouting Program and then makes it available for use by local

Page 3 -  DECLARATION OF NATHANIEL E. MARSHALL

MITCHELL, LANG & SMITH
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732

H:\CTS\47856\Pleadings\Dec of Marshall.doc

1    community organizations as part of their service to their members and their community.

2        13.    The Boy Scouts of America charters local councils, which allows the local

3    council to offer the Scouting Program to community organizations located within a prescribed

4    geographical area.  Spread throughout the United States are over 300 locally incorporated

5    councils with serve their community by providing guidance and program support to independent

6    "Chartered Organizations" such as schools, churches and youth organizations.  Each local

7    council is incorporated as a separate not-for-profit or benevolent organization in the state in

8    which it is located, and each local council raises and disburses its own funds and has its own

9    board of directors.

10        14.    The local councils perform a similar role as The Boy Scouts of America, but in

11    the confines of their smaller geographical area.  Specifically, the local councils seek to promote

12    the Scouting Movement by encouraging use of the Scouting character-building program.  The

13    local councils also act as a conduit for charter applications from local sponsoring organizations

14    to The Boy Scouts of America.

15        15.    Given The Boy Scouts of America's congressional charter and its institutional

16    framework, neither The Boy Scouts of America nor the local councils create, administer, or run

17    the individual scouting units or troops.  Instead, it is the local community sponsor, such as

18    schools, churches or civic organizations, and their local community volunteers who organize,

19    create and run all of the troop and other scouting units in the United States.  The Boy Scouts of

20    America and the local councils do not administer the Scouting Program directly but rather offer

21    the program to community organizations that wish to use the Scouting Program as a vehicle to

22    reach their own goals and objectives with the youth of that particular community.

23        16.    Nationwide, currently there are approximately 130,000 locally sponsored scouting

24    units including Boy Scout troops.  These units are created, organized, supervised and run by

25    approximately 1.3 million community volunteers who have absolutely no employment or agency

26    relationship with The Boy Scouts of America.

Page 4 -  DECLARATION OF NATHANIEL E. MARSHALL

MITCHELL, LANG & SMITH
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732

H:\CTS\47856\Pleadings\Dec of Marshall.doc

1      17.    The troops or units do not belong to The Boy Scouts of America or to the Local

2 Council but rather are owned and operated by the chartered local community organization. As a

3 result, the sponsoring organization schedules and runs its troop to accomplish its objectives and

4 goals with the youth of that particular community. The sponsoring organization's troop

5 committee selects the troop leaders. The troop leaders' names are submitted to BSA for

6 registration, at which time BSA checks the names against the names in the BSA Ineligible

7 Volunteer Files. However, BSA does not supervise or control the manner in which the troop

8 committee governs its troop. Attached hereto as Exhibit A is a true and correct copy of a sample

9 "Annual Charter Agreement," which sets out the responsibilities of both the chartered local

10 community organization and the local council. Specifically, the chartered local community

11 organization agrees to:

12           Select a unit committee of parents and members of the chartered
13           organization (minimum of three) who will screen and select unit
            leaders who meet the organization's standers as well as the
14           leadership standers of the BSA. (The committee chairman must
            sign all leadership applications before submitting them to the
15           chartered organization for approval.)

16 Exhibit A.

17

18      I declare under penalty of perjury under the laws of the State of Oregon that the foregoing

19 is true and correct.

20      DATED this _28_ day of _January_, ~~2009~~. *2010 N.M.*

21

22                            Nathaniel E. Marshall

23

24

25

26

Page 5 - DECLARATION OF NATHANIEL E. MARSHALL

MITCHELL, LANG & SMITH
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732

H:\CTS\47856\Pleadings\Dec of Marshall.doc

# EXHIBIT 2

THE HONORABLE BRIAN D. GAIN



SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| N.K., an individual proceeding under a pseudonym,<br><br>       Plaintiff,<br><br>  v.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.,<br><br>       Defendants. | No. 09-2-41575-7 KNT<br><br>DECLARATION OF MARTIN WALSH IN SUPPORT OF DEFENDANT BOY SCOUTS OF AMERICA'S MOTION FOR SUMMARY JUDGMENT |

I, Martin Walsh, state and declare as follows:

1.  I am Manager of the Membership Impact Department of the Boy Scouts of America ("BSA"). I have personal knowledge of the matters herein and am competent to testify as a witness.

2.  In my role at BSA, I am knowledgeable regarding the purpose of the national BSA, its relationship to councils located throughout the United States, and the independent chartered organizations that incorporate Scouting into their youth program.

3.  BSA is a congressionally chartered non-profit organization. Pursuant to its federal charter, the purpose of BSA is to "promote, through organization, and cooperation

DECLARATION OF MARTIN WALSH IN SUPPORT OF
DEFENDANT BOY SCOUTS OF AMERICA'S MOTION FOR
SUMMARY JUDGMENT – 1

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1    with other agencies, the ability of boys to do things for themselves and others, to train them in

2    scoutcraft, and to teach them patriotism, courage, self-reliance, and kindred virtues."

3        4.    The Scouting movement consists of three entirely separate legal entities: BSA

4    on the national level; local Scout councils located in communities throughout the United

5    States; and the local community organizations which actually "own" and operate the Scout

6    troops and supervise and control their scouting activities. Although these three separate

7    entities have in common the promotion of "Scoutcraft, patriotism, courage, self-reliance, and

8    kindred virtues" as expressed in the scouting program, none has control over the other.

9        5.    BSA at the national level is an educational resource program. It makes its

10    Scouting program available to local community organizations to use to fulfill their mission(s)

11    to their members and to their communities.

12        6.    BSA charters councils for a prescribed geographical area. There are 297

13    locally incorporated councils in the United States that were established by local community

14    leaders to serve their communities by providing guidance and support to the independent

15    community organizations that operate Scout troops. Each council is incorporated as a

16    separate not-for-profit or benevolent organization in the state in which it is located, and each

17    council raises and disburses its own funds and has its own distinct board of directors. The

18    local Scout councils seek to help the youth in their communities through promotion of the

19    Scouting program. The local Scout councils grant charter applications to local sponsoring

20    organizations to operate Scouting units.

21        7.    Given BSA's charter and the institutional framework, neither BSA nor the

22    local Scout councils create, administer, or run the individual Scouting units or troops.

23    Instead, it is local community sponsors, such as schools, churches or civic organizations, and

24    their local community volunteers who organize, create and run all of the troop and other

25

DECLARATION OF MARTIN WALSH IN SUPPORT OF
DEFENDANT BOY SCOUTS OF AMERICA'S MOTION FOR
SUMMARY JUDGMENT – 2

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1    scouting units in the United States.  The troops or units do not belong to BSA or to the local

2    Scout councils but rather are owned and operated by the chartered local community

3    organization.  As a result, the sponsoring organization can run its troop in whatever way it

4    chooses to accomplish its own objectives and goals with the youth of that particular

5    community and determines the membership and leadership of each unit.

6          8.      Nationwide, there are approximately 130,000 locally sponsored Scouting units

7    or troops.  These units are created, organized, supervised and run by approximately 1.3

8    million community volunteers who have absolutely no employment or agency relationship

9    with BSA.

10         9.      To sponsor a troop, a local community organization applies for a charter from

11   the local Scout council in its geographic area.  Local community organizations recruit and

12   select volunteers from their own communities to serve as troop committee members and Scout

13   leaders for their troops.  *Id.*  The local community organizations provide a meeting place for

14   the troop and supervise the Scout leaders and troop activities.

15         10.     The Shelton, Washington ward of the Church of Jesus Christ of Latter-Day

16   Saints was the local chartered organization that sponsored, organized and operated owned the

17   troop that Plaintiff joined in 1976.  The Shelton ward is a separate legal entity from BSA and

18   the Pacific Harbors Council.

19         11.     To sponsor a troop, a local community organization must apply for a charter

20   from its local Scout council, appoint a troop committee, recruit and select Scoutmasters for its

21   troop, provide a meeting place for the troop, and supervise troop activities.  The community

22   organization – and not BSA or the local Scout council – selects Scout leaders, and can

23   discharge those leaders without any prior approval by BSA or the local Scout council.

24

25

DECLARATION OF MARTIN WALSH IN SUPPORT OF
DEFENDANT BOY SCOUTS OF AMERICA'S MOTION FOR
SUMMARY JUDGMENT – 3

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

12.     Although BSA does not select adult troop leaders, it does check the names of leaders submitted to it by the local community organizations for registration against the names in BSA's Ineligible Volunteer files (the "I.V. files"). A person selected by the local community organization to serve as Scout leader must complete a registration application, which is sent from the local community organization to the local Scout council and the information forwarded to BSA. Upon receiving the registration information, BSA checks the name provided in that information against the names in the I.V. files.

13.     BSA has maintained I.V. files since about 1919, soon after it was chartered by an Act of Congress in 1916. The I.V. files contain information reported to BSA upon which it has been determined that an individual does not meet the BSA's membership standards. This information is provided to BSA by the local Scout councils. Grounds for ineligibility have followed societal mores at the time of reporting and have included, for example, gambling, drinking, financial improprieties, and pedophilia and other criminal behavior. BSA does this to prevent persons previously identified as ineligible from simply reapplying in another, separate local Scout council. BSA will not allow registration of a person whose name appears in the I.V. files. From 1919 to 1971, over 20 million adult registered volunteers have participated in BSA, of which less than two hundredths of one percent (.002%) were alleged sexual abusers.

14.     I have reviewed the records from the 1970's kept by BSA. BSA has no records or information regarding "Dusty Hall" "Darrell Hall" "Dusty Rhodes" or "Dusty Rhoades." None of these names are listed in BSA's Ineligible Volunteer Files. No one with such names has been a BSA employee.

I declare under penalty of perjury under the laws of the state of Texas that the foregoing is true and correct.

DATED this  5th  day of March, 2011 at Irving, Texas.

DECLARATION OF MARTIN WALSH IN SUPPORT OF
DEFENDANT BOY SCOUTS OF AMERICA'S MOTION FOR
SUMMARY JUDGMENT – 4

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1

2                                    _____
                                     MARTIN WALSH
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF MARTIN WALSH IN SUPPORT OF
DEFENDANT BOY SCOUTS OF AMERICA'S MOTION FOR
SUMMARY JUDGMENT – 5

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## DECLARATION OF SERVICE

The undersigned declares as follows:

I am employed at Corr Cronin Michelson Baumgardner & Preece LLP, attorneys of record for Defendant Boy Scouts of America herein.

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served on all attorneys of record herein in the manner indicated below:

Kelly Clark
Kristian Roggendorf
Gilion C. Dumas
O'Donnell, Clark & Crew LLP
1650 NW Naito Pkwy., Ste. 302
Portland, OR 97209
*Via e-mail: kellyc@oandc.com
and U.S. Mail*

Charles C. Gordon
Jeffrey I. Tilden
Gordon Tilden Thomas & Cordell LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
*Via Hand Delivery*

Michael T. Pfau
Pfau Cochran Vertetis Kosnoff, PLLC
701 Fifth Avenue, Suite 4730
Seattle, WA 98104
*Via Hand Delivery*

Francis S. Floyd
Thomas Nedderman
Floyd, Pflueger & Ringer
2505 Third Avenue, Suite 300
Seattle, WA 98121
*Via Hand Delivery*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this __3rd__ day of March, 2011, at Seattle, Washington.


*Mary Beth Dahl*
_____
Mary Beth Dahl

DECLARATION OF MARTIN WALSH IN SUPPORT OF
DEFENDANT BOY SCOUTS OF AMERICA'S MOTION FOR
SUMMARY JUDGMENT – 6

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

619 00004 kk014001

THE HONORABLE BRIAN D. GAIN

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

N.K., an individual proceeding under a pseudonym,

                          Plaintiff,

    v.

CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.,

                          Defendants.

No. 09-2-41575-7 KNT

DECLARATION OF MARTIN WALSH IN SUPPORT OF DEFENDANT BOY SCOUTS OF AMERICA'S MOTION FOR SUMMARY JUDGMENT

I, Martin Walsh, state and declare as follows:

1.      I am Manager of the Membership Impact Department of the Boy Scouts of America ("BSA"). I have personal knowledge of the matters herein and am competent to testify as a witness.

2.      In my role at BSA, I am knowledgeable regarding the purpose of the national BSA, its relationship to councils located throughout the United States, and the independent chartered organizations that incorporate Scouting into their youth program.

3.      The Scouting movement consists of three "layers" of distinct legal entities: BSA on the national level; local Scout councils located in communities throughout the United

DECLARATION OF MARTIN WALSH IN SUPPORT OF
DEFENDANT BOY SCOUTS OF AMERICA'S MOTION FOR
SUMMARY JUDGMENT – 1

COPY
CP001058

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1    States; and the local community organizations which actually "own" and operate the Scout

2    troops and supervise and control their scouting activities.

3        4.    The first "layer" is BSA, a Congressionally-chartered corporation.  BSA's

4    federal charter, states that its purpose is to make its educational scouting program available

5    for use by other organizations.  BSA at the national level is an educational resource program.

6    It makes its Scouting program available to local community organizations to use to fulfill

7    their mission to their members and to their communities.  In 1977, it was headquartered in

8    North Brunswick, New Jersey.

9        5.    The second "layer" of the Scouting Movement is made up of the individual

10   councils (such as the Pacific Harbors Council), which are separate nonprofit or charitable

11   corporations operating within a set geographic area.  BSA charters councils for a prescribed

12   geographical area.  There are approximately 300 locally incorporated councils in the United

13   States that were established by local community leaders to serve their communities by

14   providing guidance and support to the independent community organizations that operate

15   Scout troops.  The local Scout councils seek to help the youth in their communities through

16   promotion of the Scouting program.

17       6.    The third "layer" is composed of independent community organizations such

18   as schools, churches or civic organizations, and their local community volunteers who

19   organize, create and run all of the troop and other scouting units in the United States.

20   Attached as Exhibit A is a true and correct copy of excerpted pages (cover page, pages 1-5

21   and pages 27-55) of the Boy Scouts of America 1977 Report to Congress.  The 1977 Annual

22   Report contains a list of chartered organizations using the Scouting program in 1977.  These

23   organizations own scouting units, such as Scout troops and Cub Scout packs, and select the

24   leadership for their units.

25

DECLARATION OF MARTIN WALSH IN SUPPORT OF
DEFENDANT BOY SCOUTS OF AMERICA'S MOTION FOR
SUMMARY JUDGMENT – 2

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

CP001059

1        7.     To sponsor a troop, a local community organization must apply for a charter,

2   appoint a troop committee, recruit and select Scoutmasters for its troop, provide a meeting

3   place for the troop, and supervise troop activities.  The community organization – and not

4   BSA or the local Scout council – selects Scout leaders, and can discharge those leaders

5   without any prior approval by BSA or the local Scout council.

6        8.     Although BSA does not select adult troop leaders, it does check the names of

7   leaders submitted to it by the local community organizations for registration against the names

8   in BSA's Ineligible Volunteer files (the "I.V. files").  A person selected by the local

9   community organization to serve as Scout leader must complete a registration application,

10   which is sent from the local community organization to the local Scout council and the

11   information forwarded to BSA.  Upon receiving the registration information, BSA checks the

12   name provided in that information against the names in the I.V. files.

13        9.     BSA has maintained I.V. files since about 1919, soon after it was chartered by

14   an Act of Congress in 1916.  The I.V. files contain information reported to BSA upon which it

15   has been determined that an individual does not meet the BSA's membership standards.  This

16   information is provided to BSA by the local Scout councils.  Grounds for ineligibility have

17   followed societal mores at the time of reporting and have included, for example, gambling,

18   drinking, financial improprieties, and pedophilia and other criminal behavior.  BSA does this

19   to prevent persons previously identified as ineligible from simply reapplying in another,

20   separate local Scout council.  BSA will not allow registration of a person whose name appears

21   in the I.V. files.

22   //

23   //

24   //

25

DECLARATION OF MARTIN WALSH IN SUPPORT OF
DEFENDANT BOY SCOUTS OF AMERICA'S MOTION FOR
SUMMARY JUDGMENT – 3

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

CP001060

1         10.      BSA's 1977 <u>Annual Report</u> (Exhibit A) contains a cumulative count of adults

2   leaders registered in Scouting from 1910 to 1977 of 18,548,823. This number reflects the

3   cumulative count of separate individual leaders from the "Scouters" column and the "Pack

4   Leaders" column thru 1977.

5         11.      I have reviewed the records from the 1970's kept by BSA. BSA has no

6   records or information regarding "Dusty Hall" "Darrell Hall" "Dusty Rhodes" or "Dusty

7   Rhoades." None of these names are listed in BSA's Ineligible Volunteer Files. No one with

8   such names has been a BSA employee.

9         I declare under penalty of perjury under the laws of the state of Texas that the

10   foregoing is true and correct.

11         DATED this _15th_ day of July, 2011 at Irving, Texas.

12

13

14                                     MARTIN WALSH

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF MARTIN WALSH IN SUPPORT OF
DEFENDANT BOY SCOUTS OF AMERICA'S MOTION FOR
SUMMARY JUDGMENT – 4

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# EXHIBIT  A

W E CRCMER

Report to the
95th Congress, 2d Session

# BOY SCOUTS OF AMERICA
# 1977
# ANNUAL REPORT TO CONGRESS



CP001063

Report to the
95th Congress, 2d Session

## THE SCOUT LAW

### TRUSTWORTHY

A Scout tells the truth. He keeps his promises. Honesty is part of his code of conduct. People can depend on him.

### LOYAL

A Scout is true to his family, Scout leaders, friends, school, and nation.

### HELPFUL

A Scout is concerned about other people. He does things willingly for others without pay or reward.

### FRIENDLY

A Scout is a friend to all. He is a brother to other Scouts. He seeks to understand others. He respects those with ideas and customs other than his own.

### COURTEOUS

A Scout is polite to everyone regardless of age or position. He knows good manners make it easier for people to get along together.

### KIND

A Scout understands there is strength in being gentle. He treats others as he wants to be treated. He does not hurt or kill harmless things without reason.

### OBEDIENT

A Scout follows the rules of his family, school, and troop. He obeys the laws of his community and country. If he thinks these rules and laws are unfair, he tries to have them changed in an orderly manner rather than disobey them.

### CHEERFUL

A Scout looks for the bright side of things. He cheerfully does tasks that come his way. He tries to make others happy.

### THRIFTY

A Scout works to pay his way and to help others. He saves for unforeseen needs. He protects and conserves natural resources. He carefully uses time and property.

### BRAVE

A Scout can face danger even if he is afraid. He has the courage to stand for what he thinks is right even if others laugh at or threaten him.

### CLEAN

A Scout keeps his body and mind fit and clean. He goes around with those who believe in living by these same ideals. He helps keep his home and community clean.

### REVERENT

A Scout is reverent toward God. He is faithful in his religious duties. He respects the beliefs of others.

CP001064



BOY SCOUTS OF AMERICA
**1977**
ANNUAL REPORT TO CONGRESS

Boy Scouts of America
North Brunswick, New Jersey    08902

LETTER OF TRANSMITTAL



A program for Cub Scouts, Scouts, and Explorers

National Office—Boy Scouts of America

North Brunswick, New Jersey 08902
Telephone 201 249-6000
TWX 710-480-6262

The Honorable Thomas O'Neill, Jr.
Speaker of the House of Representatives
Washington, D.C.  20510

Dear Mr. Speaker:

In accordance with our Federal Charter from the Congress of the United
States, we respectfully submit our 1977 Annual Report.

With this report for 1977, we shall review Scouting as it is now and
salute the 1,252,251 volunteers who make the Scouting program possible
for 3,465,887 Cub Scouts, Scouts, and Explorers.

Voluntarism in our nation has been one of the great traditional qualities
that has made it possible for more useful lives for our people.  Scouting
depends on its volunteer leaders to make effective the outdoor program,
the advancement plan, and the teaching of Scouting ideals and skills for
our youth.

We express our sincere appreciation to the Congress for its interest and
support for the Scouting movement in the United States.  We shall continue
our program to prepare America's youth as responsible citizens of our nation.

Respectfully,

Harvey L. Price
Chief Scout Executive

Enclosure

lg



SCOUTING/USA

# CONTENTS

4    Review of 1977

6    Program

12    Operations

16    Finance

18    Personnel

20    Administration

24    National Facilities

26    Local Councils

27    Appendix

3



# REVIEW
# OF
# 1977



For 68 years the Boy Scouts of America has provided a unique educational program for the youth of our nation directed nationally by a volunteer Executive Board which is elected annually. In 1977 we passed the 60-million mark in grand total membership since 1910. *(Appendix 1, National Executive Board. Appendix 3, Membership, 1910-1977.)*

Wherever boys and young men and women live in the United States and its possessions, there is a local council to help Scouting units and the organizations which are chartered to use the Scouting program. Even for American youth overseas, there are councils for the Far East and for Europe, and a Direct Service Council offers support from the national office to Cub Scout packs, Scout troops, and Explorer posts in other parts of the world.

For the past several years Scouting's membership has been adversely affected by inflation, financial pressures, changing family styles plus the fact that there was less youth. Last year this trend seemed to be changing. Many areas experienced positive gains, and we are now very optimistic about our ability to grow in the future.

To serve better the changing needs of local councils, the national Executive Board designated a national director of Program and a national director of Finance to join the major functions of Operations, Administration, and Personnel.

The program of Scouting attracts young people, their parents, and the adults who serve in many leadership positions. At the end of 1977 there were 56,126 Cub Scout packs, 58,569 Scout troops, and 22,640 Explorer posts—a total of 137,335 units where Scouting happens as part of the youth program of local community organizations.

Scouting's educational program is wisely designed to provide the activities and training that will build character, train for citizenship, and strengthen mental and physical fitness. The Scouting movement encompasses boys from 8 to 18—1,843,033 Cub Scouts and 1,224,549 Scouts—and young men and women from 14 to 21—398,305 Explorers. For these 3,465,887 youth members, there are 1,252,251 adult volunteer leaders—a grand total membership at the end of 1977 of 4,718,138. *(Appendix 2, Membership Summary.)*

The largest gathering of youth in 1977 was at the 1977 National Scout Jamboree when 28,601 Scouts and leaders came to western Pennsylvania for a great display of Scout activities that emphasized the Scout program's unique patrol method for skills, training, and leadership.

In order to provide support for the program of each Cub Scout pack, Scout troop, and Explorer post, a coordinated effort made available once again a series of program helps, including unit leaders' program notebooks and planning charts.

Scouting helps to develop good habits and attitudes and is concerned about spiritual development and national pride. It encourages personal achievement and helpfulness. It gives opportunities to learn and practice leadership skills. Scouting's aim is the character development, citizenship training, and mental and physical fitness of our youth.

Since 1910 Scouting's purpose has remained unchanged. When the Boy Scouts of America received a Federal charter from the United States Congress in 1916, the purpose was firmly established in the Federal legislation. Even as the program for Cub Scouts, Scouts, and Explorers evolved over the years to meet the needs of each decade or new Scouting generation, the underlying purpose has been accepted by young people and adults alike. *(Appendix 4, Congressional Action.)*

# LOCAL COUNCILS

The success of Scouting depends on the 418 local councils and their 3,006 districts as they serve the 137,335 Cub Scout packs, Scout troops, Explorer posts and their chartered organizations.

In order to measure the effectiveness of the local councils, there is a Local Council Index which gives information about each council's membership, top leaders trained, units with two-deep leadership, Scouts in long-term camp, advancement, number of Honor Units, service to Scouting units, and use of *Boys' Life* magazine. This index is also prepared for each of the six regions and 29 areas, as well as providing national totals. *(Appendix 33, Local Council Index.)*



# Appendix

CP001067

Appendix

| | | |
|---|---|---|
| 1 | National Officers, Executive Board, and Advisory Council, 29 | |
| 2 | Membership Summary, 35 | |
| 3 | 68-Year Membership—Youth and Adults, 36 | |
| 4 | Congressional Action, 38 | |
| 5 | Winners of National Cub Scout Physical Fitness Championship, 41 | |
| 6 | Long-Term Camping—1977, 41 | |
| 7 | Winners of Scout Photo Scholarship Awards, 42 | |
| 8 | Winners of Railroading Scout Scholarship Grants, 42 | |
| 9 | National Explorer Officers, 42 | |
| 10 | Specialty-Association Officers, 43 | |
| 11 | Exploration Awards, 43 | |
| 12 | Young American Awards, 43 | |
| 13 | J. Edgar Hoover Foundation Scholarships, 44 | |
| 14 | Law Enforcement Assistance Awards, 44 | |
| 15 | Kemper Foundation Scholarship, 44 | |
| 16 | National Sea Explorer Sailing Championships, 44 | |
| 17 | National Explorer Target Skills Competition, 45 | |
| 18 | William H. Spurgeon III Awards, 45 | |
| 19 | Explorers by Sex, 45 | |
| 20 | High-Adventure Bases, 45 | |
| 21 | Department of Agriculture Council Conservation Awards, 46 | |
| 22 | William T. Hornaday Awards, 46 | |
| 23 | National Youth Representatives, 48 | |
| 24 | National Public Speaking Contest, 48 | |
| 25 | Regional Cabinets, 49 | |
| 26 | 1977 Silver Antelope Awards, 52 | |
| 27 | National Chartered Organizations Using the Scouting Program, 54 | |
| 28 | Report of the Treasurer, 57 | |
| 29 | Professional Scouters, 74 | |
| 30 | Lifesaving Awards, 74 | |
| 31 | Gallup Study, 75 | |
| 32 | Silver World Awards, 77 | |
| 33 | Local Council Index of Growth and Development, 78 | |
| 34 | Cub Scout Advancement, 143 | |
| 35 | Scout Advancement, 143 | |
| 36 | Merit Badges, 144 | |

CP001068

*(Appendix 1.)*

# NATIONAL OFFICERS, EXECUTIVE BOARD, AND ADVISORY COUNCIL

December 31, 1977

## NATIONAL OFFICERS

Downing B. Jenks
President
St. Louis, Mo.

John D. Murchison
Vice-President
Dallas, Tex.

Henry J. Nave
Vice-President
Pinehurst, N.C.

John K. Sloan
Vice-President
Los Angeles, Calif.

John C. Parish
Vice-President and
International Commissioner
Naples, Fla.

Bryan S. Reid, Jr.
Treasurer
Chicago, Ill.

Archibald McClure
Assistant Treasurer
Chicago, Ill.

Harvey L. Price
Chief Scout Executive
North Brunswick, N.J.

## HONORARY OFFICERS

Jimmy Carter
Honorary President
Washington, D.C.

Kenneth K. Bechtel
Honorary Vice-President
San Francisco, Calif.

Norton Clapp
Honorary Vice-President
Seattle, Wash.

Irving Feist
Honorary Vice-President
Newark, N.J.

Gerald R. Ford
Honorary Vice-President
Rancho Mirage, Calif.

Amory Houghton
Honorary Vice-President
Corning, N.Y.

Arch Monson, Jr.
Honorary Vice-President
San Francisco, Calif.

Robert W. Reneker
Honorary Vice-President
Chicago, Ill.

John M. Schiff
Honorary Vice-President
Oyster Bay, L.I., N.Y.

Thomas J. Watson, Jr.
Honorary Vice-President
Armonk, N.Y.

## EXECUTIVE BOARD

Robert H. Anderson
Short Hills, N.J.
L. Jadwin Asfeld
West St. Paul, Minn.
Zane E. Barnes
St. Louis, Mo.
Joe C. Bishop
Valdosta, Ga.
Rodney H. Brady
Los Angeles, Calif.
Robert W. Briggs
Indianapolis, Ind.
Rex I. Brown
Jackson, Miss.
Silas S. Cathcart
Chicago, Ill.
Alec Chesser
Houston, Tex.
Charles T. Clayton
Birmingham, Ala.
William P. Clements, Jr.
Dallas, Tex.
H.H. Coffield
Rockdale, Tex.
Francis A. Coy
Cleveland, Ohio
John R. Donnell
Findlay, Ohio
Fred Drexler
San Francisco, Calif.
Whitney H. Eastman
Minneapolis, Minn.
Victor T. Ehre
Utica, N.Y.
Donald H. Flanders
Fort Smith, Ark.
Gerald R. Ford
Rancho Mirage, Calif.
Charles W. Froessel
Forest Hills, N.Y.
Frank William Gay
Las Vegas, Nev.
Thomas F. Gilbane
Providence, R.I.
Marion D. Hanks
Salt Lake City, Utah
John D. Harper
Pittsburgh, Pa.

Albert V. Hartl
Fergus Falls, Minn.
Peter W. Hummel
Reno, Nev.
William R. Jackson
Pittsburgh, Pa.
E.K. Jamison
Atlanta, Ga.
Downing B. Jenks
St. Louis, Mo.
Reuben R. Jensen
Detroit, Mich.
James E. Johnson
Wheaton, Md.
Gale F. Johnston, Jr.
St. Louis, Mo.
A.L. Jung, Jr.
New Orleans, La.
Richard W. Kiefer
Baltimore, Md.
Edward L. Kohnle
Dayton, Ohio
Ward C. Krebs
San Francisco, Calif.
Robert J. LaFortune
Tulsa, Okla.
Thomas C. MacAvoy
Corning, N.Y.
Joseph W. Marshall
Boise, Idaho
Allen W. Mathis, Jr.
Montgomery, Ala.
Archibald McClure
Chicago, Ill.
Sanford N. McDonnell
St. Louis, Mo.
Louis W. Menk
St. Paul, Minn.
Arch Monson, Jr.
San Francisco, Calif.
Thomas S. Monson
Salt Lake City, Utah
John D. Murchison
Dallas, Tex.
Henry J. Nave
Pinehurst, N.C.
James R. Neidhoefer
Milwaukee, Wis.

Melvin B. Neisner
Rochester, N.Y.
Max S. Norris
Indianapolis, Ind.
George M. Pardee, Jr.
LaJolla, Calif.
John C. Parish
Naples, Fla.
Thomas L. Parker
Columbus, Ohio
Leo Perlis
Washington, D.C.
Raymond I. Petersen
Anchorage, Alaska
John G. Phillips
New Orleans, La.
Vittz-James Ramsdell
Portland, Oreg.
Bryan S. Reid, Jr.
Chicago, Ill.
William R. Roesch
Piedmont, Calif.
Robert W. Sarnoff
New York, N.Y.
John D. Schapiro
Baltimore, Md.
William L. Schloss
Indianpolis, Ind.
Keith Sevedge
Lawrence, Kans.
Edfred L. Shannon, Jr.
Orange, Calif.
Forrest N. Shumway
Beverly Hills, Calif.
John K. Sloan
Los Angeles, Calif.
Gene H. Sternberg, Sr.
Granite City, Ill.
Howard T. Tellepsen
Houston, Tex.
J. Kimball Whitney
Minneapolis, Minn.
Bland W. Worley
Charlotte, N.C.
John B. Young
New York, N.Y.

## ADVISORY COUNCIL

Ivan Allen, Jr.
Atlanta, Ga.
John M. Allen
Pleasantville, N.Y.
Edwin M. Baker
Eugene, Oreg.
Perry R. Bass
Fort Worth, Tex.
Kenneth K. Bechtel
San Francisco, Calif.
Ezra Taft Benson
Salt Lake City, Utah
John M. Budd
St. Paul, Minn.
William D. Campbell
New York, N.Y.
William J. Campbell
Chicago, Ill.
Harvey C. Christen
Pasadena, Calif.
Paul R. Christen
Minneapolis, Minn.
Norton Clapp
Seattle, Wash.
Charles E. Cotting
Boston, Mass.
A.H. Cromb
Shawnee Mission, Kans.
L.O. Crosby, Jr.
Picayune, Miss.
John D. deButts
New York, N.Y.
Stephen A. Derby
Honolulu, Hawaii
John G. Detwiler
Delray Beach, Fla.
James H. Douglas
Chicago, Ill.
Vaughn J. Featherstone
San Antonio, Tex.
Irving Feist
Newark, N.J.
Wm. Harrison Fetridge
Chicago, Ill.

Leonard K. Firestone
Los Angeles, Calif.
Royal Firman, Jr.
Palm Beach, Fla.
John H. Fischer
New York, N.Y.
Earle E. Garrison
Great Falls, Mont.
Edwin H. Gott
Pittsburgh, Pa.
Milton H. Gray
Chicago, Ill.
James T. Griffin
North Palm Beach, Fla.
Zenon C.R. Hansen
Sebring, Fla.
Ben M. Hauserman
Cleveland, Ohio
A.F. Hook
Indianapolis, Ind.
Amory Houghton
Corning, N.Y.
William R. Hudgins
New York, N.Y.
Daniel James, Jr.
ENT Air Force Base, Colo.
Harry J. Johnson
New York, N.Y.
Norfleet R. Johnston
Gainesville, Ga.
Roy W. Jordan
Clayton, Mo.
Donald M. Kendall
Purchase, N.Y.
F. Brittain Kennedy
Boston, Mass.
Elizabeth G. Knight
Willoughby, Ohio
Hobart Lewis
Pleasantville, N.Y.
Walter L. Lingle, Jr.
Cincinnati, Ohio
John Y. McCollister
Washington, D.C.

Wheeler McMillen
Washington, D.C.
Earle North Parker
Fort Worth, Tex.
LaVern W. Parmley
Salt Lake City, Utah
James B. Parsons
Chicago, Ill.
Gilbert R. Pirrung
Bainbridge, Ga.
George W. Pirtle
Tyler, Tex.
Ben Reifel
Sioux Falls, S.D.
Robert W. Reneker
Chicago, Ill.
Mary G. Roebling
Trenton, N.J.
Harry L. Schaeffer
Houston, Tex.
David T. Schiff
New York, N.Y.
John M. Schiff
Oyster Bay, L.I., N.Y.
John W. Starr
Kansas City, Mo.
Leon H. Sullivan
Philadelphia, Pa.
E.J. Thomas
Akron, Ohio
Dwight J. Thomson
Cincinnati, Ohio
Walter E. Washington
Washington, D.C.
Thomas J. Watson, Jr.
Armonk, N.Y.
Edward Foss Wilson
Washington, D.C.
Wallace E. Wilson
Ontario, N.Y.
Penn W. Zeigler
Cincinnati, Ohio

# NATIONAL COMMITTEES

December 31, 1977

CP001070

### Vice-President, Administration
John D. Murchison
Dallas, Tex.

Chairman, Business
Bryan S. Reid, Jr.
Chicago, Ill.

Chairman, Finance and Investment
Archibald McClure
Chicago, Ill.

Chairman, Audit
Archibald McClure
Chicago, Ill.

Chairman, Insurance
William L. Schloss
Indianapolis, Ind.

Chairman, Magazines
James B. Kobak
Darien, Conn.

Chairman, Properties
Marion D. Hanks
Salt Lake City, Utah

Chairman, Supply
Francis A. Coy
Cleveland, Ohio

Chairman, Communications
Frank William Gay
Las Vegas, Nev.

Chairman, Johnston National
Scouting Museum
Wm. Harrison Fetridge
Chicago, Ill.

Chairman, Financial Support
Wm. P. Clements, Jr.
Dallas, Tex.

Chairman, Personnel
A.L. Jung, Jr.
New Orleans, La.

Chairman, Compensation and
Benefits
Charles F. Bacon
Chicago, Ill.

Chairman, Employee Relations
John Kingsbury
Basking Ridge, N.J.

Chairman, National Court of
Honor
John W. Starr
Longboat Key, Fla.

Chairman, National Eagle
Scout Association
Max S. Norris
Indianapolis, Ind.

Chairman, Professional Training
Melvin B. Neisner
Rochester, N.Y.

### Vice-President, Operations
Henry J. Neve
Pinehurst, N.C.

Chairman, Relationships/Membership
Donald H. Flanders
Ft. Smith, Ark.

Vice-chairman, Community
Relationships
Thomas R. Donnelly
Springfield, Va.

Chairman, American Indian
Relationships
Brantley Blue
Washington, D.C.

Chairman, Labor Relationships
Victor S. Kamber
Washington, D.C.

Chairman, Education Relationships
Jason F. Dreibelbis
Oxford, Pa.

Chairman, Scouting for the
Handicapped
William P. McCahill
Arlington, Va.

Chairman, Religious Relationships
Gene H. Sternberg, Sr.
Granite City, Ill.

Chairman, Association of Baptists
for Scouting
Albert L. Lineberry, Sr.
Greensboro, N.C.

Chairman, Catholic Committee
on Scouting
Ben M. Hauserman
Cleveland, Ohio

Chairman, Church Committee for
Civic Youth
LeRoy Wm. Nattress, Jr.
Chicago, Ill.

Chairman, Jewish Committee on
Scouting
Melvin B. Neisner
Rochester, N.Y.

Chairman, Lutheran Association
of Scouters
Ralph Dinger
New York, N.Y.

Chairman, Commissioner Service/Field Support
Richard W. Kiefer
Baltimore, Md.

Chairman, Commissioner/Unit Service
Sanford N. McDonnell
St. Louis, Mo.

Chairman, Field Administration
Robert H. Gaynor
Kansas City, Mo.

Chairman, Urban/Rural Field Service
Harold R. Sims
New Brunswick, N.J.

### Vice-President, Program
John K. Sloan
Los Angeles, Calif.

Chairman, Cub Scout
Rodney H. Brady
Los Angeles, Calif.

Chairman, Scout
Alec Chesser
Houston, Tex.

Chairman, Advancement
Thomas D. Allen
Hinsdale, Ill.

Chairman, Leadership Training
Peter W. Hummel
Reno, Nev.

Chairman, Order of the Arrow
L. George Feil
Chipita Park, Colo.

Chairman, Special Program Projects
Reuben Hitchcock
Wadmalaw Island, S.C.

Chairman, Exploring
E.L. Shannon, Jr.
Orange, Calif.

Chairman, Program and Leadership
Development
James B. Wilson
Pensacola, Fla.

Chairman, Specialty Exploring
Morgan L. Fitch, Jr.
Chicago, Ill.

Chairman, Aviation
Arthur H. Frisch
Merritt Island, Fla.

Chairman, Law
Kenneth G. Pringle
Minot, N. Dak.

Chairman, Law Enforcement
Richard C. Clement
Toms River, N.J.

Chairman, Medical and Health
Careers
Richard E. Palmer
Alexandria, Va.

Chairman, Outdoor Adventure
Lawrence M. Jones
Wichita, Kans.

Chairman, Sea Exploring
Robert W. McNitt
Annapolis, Md.

Chairman, Camping/Outdoor
Howard T. Tellepsen
Houston, Tex.

Chairman, Camping
Charles E. Pound
Armonk, N.Y.

Chairman, Conservation
William E. Towell
Washington, D.C.

Chairman, High Adventure
John R. Donnell
Findlay, Ohio

Chairman, Philmont Ranch
E.K. Jamison
Atlanta, Ga.

Chairman, Program Support
Vittz-James Ramsdell
Portland, Oreg.

Chairman, Activities
C.S. Poots
Omaha, Nebr.

Chairman, Health and Safety
George M. Pardee, Jr.
LaJolla, Calif.

Chairman, Insignia and Uniform
Hugh C. Clayton
Bokeelia, Fla.

Chairman, National Events
Donald P. Hammond
Monticello, N.Y.

Chairman, Program Evaluation
Norman R. Augustine
McLean, Va.

Vice-President and International Commissioner
John C. Parish
Naples, Fla.

Chairman, International
Reuben R. Jensen
Detroit, Mich.

Chairman, International Participation
John R. Donnell
Findlay, Ohio

Chairman, World Jamboree
Donald H. Flanders
Ft. Smith, Ark.

Chairman, U.S. Foundation for International
 Scouting
Wm. Harrison Fetridge
Chicago, Ill.

CP001071

*(Appendix 2.)*

## MEMBERSHIP SUMMARY
### December 31, 1977

| | |
|---|---:|
| Cub Scouts | 1,843,033 |
| Scouts | 1,224,549 |
| Explorers | 398,305 |
| **Total Youth Members** | **3,465,887** |
| | |
| Pack Leaders | 617,528 |
| Troop Leaders | 457,276 |
| Post Leaders | 98,901 |
| Council Scouters | 78,546 |
| **Total Adults** | **1,252,251** |
| | |
| **Grand Total Membership** | **4,718,138** |
| | |
| Cub Scout Packs | 56,126 |
| Scout Troops | 58,569 |
| Explorer Posts and Ships | 22,640 |
| **Total Units** | **137,335** |

(Appendix 3.)

# 68-YEAR MEMBERSHIP — YOUTH AND ADULTS

## Page 36 — Scouts and Explorers / Scouters

| Year | S&E End of Year | S&E During Year | S&E 1910 thru | Scouters End of Year(4) | Scouters During Year | Scouters 1910 thru | End of Year |
|---|---|---|---|---|---|---|---|
| 1910-11 | – | 55,220 | 55,220 | – | – | 6,275 | – |
| 1912 | – | 88,330 | 116,940 | 8,930 | 9,165 | 10,920 | – |
| 1913(2) | – | 101,604 | 173,214 | 10,545 | 13,760 | 15,750 | – |
| 1914 | 101,881 | 114,878 | 237,016 | 25,804 | 33,083 | 38,288 | – |
| 1915 | 143,782 | 207,281 | 342,416 | 38,521 | 54,762 | 67,246 | – |
| 1916 | 190,838 | 273,835 | 472,469 | 54,345 | 70,455 | 99,180 | – |
| 1917 | 281,044 | 395,197 | 676,828 | 82,783 | 90,923 | 135,758 | – |
| 1918 | 332,247 | 481,084 | 876,868 | 85,737 | 135,662 | 188,627 | – |
| 1919 | 360,069 | 524,799 | 1,089,420 | 101,991 | 154,568 | 256,458 | – |
| 1920 | 376,537 | 587,890 | 1,287,241 | 114,374 | 192,280 | 346,747 | – |
| 1921 | 392,288 | 560,622 | 1,481,326 | 120,727 | 153,389 | 398,145 | – |
| 1922 | 405,111 | 572,273 | 1,681,311 | 129,304 | 172,244 | 449,662 | – |
| 1923 | 445,700 | 638,339 | 1,884,539 | 141,878 | 166,623 | 486,981 | – |
| 1924(3) | – | (45,000) | (480,000) | – | – | – | – |
| 1925 | 541,227 | 737,376 | 2,611,217 | 155,393 | 187,960 | 533,083 | – |
| 1926 | 592,132 | 805,877 | 2,867,895 | 164,726 | 200,709 | 678,399 | – |
| 1927 | 606,955 | 857,023 | 3,119,568 | 176,619 | 216,000 | 629,676 | – |
| 1928 | 595,565 | 929,769 | 3,413,544 | 189,088 | 239,644 | 682,444 | – |
| 1929 | 600,316 | 923,728 | 3,711,869 | 219,476 | 259,367 | 788,039 | – |
| 1929 | 606,396 | 869,642 | 3,887,745 | 227,501 | 303,327 | 891,474 | – |
| 1930 | 623,382 | 896,484 | 4,277,833 | 217,134 | 266,739 | 964,982 | 5,102 |
| 1931 | 648,856 | 924,779 | 4,598,211 | 203,156 | 310,021 | 1,069,384 | 23,361 |
| 1932 | 652,541 | 938,441 | 4,829,821 | 193,747 | 272,151 | 1,137,327 | 27,831 |
| 1933 | 673,533 | 953,822 | 5,111,667 | 191,968 | 258,381 | 1,201,941 | 34,065 |
| 1934 | 711,384 | 988,976 | 5,404,187 | 211,197 | 266,739 | 1,276,712 | 43,762 |
| 1935 | 738,628 | 1,032,859 | 5,699,911 | 222,467 | 313,167 | 1,378,682 | 57,274 |
| 1936 | 764,391 | 1,072,010 | 6,011,986 | 232,862 | 307,437 | 1,463,652 | 70,880 |
| 1937 | 781,604 | 1,118,261 | 6,353,467 | 240,490 | 321,472 | 1,562,262 | 92,995 |
| 1938 | 830,883 | 1,167,374 | 6,719,277 | 263,819 | 335,152 | 1,649,632 | 128,729 |
| 1939 | 882,789 | 1,230,716 | 7,100,418 | 287,354 | 381,844 | 1,755,554 | 159,637 |
| 1940 | 910,572 | 1,279,433 | 7,467,236 | 308,774 | 400,624 | 1,868,824 | 195,389 |
| 1941 | 943,556 | 1,319,881 | 7,848,148 | 307,601 | 413,864 | 1,983,057 | 229,387 |
| 1942 | 956,160 | 1,355,521 | 8,233,181 | 303,207 | 409,823 | 2,085,319 | 248,959 |
| 1943 | 968,003 | 1,410,368 | 8,660,529 | 290,441 | 413,645 | 2,195,817 | 300,782 |
| 1944 | 1,017,750 | 1,481,969 | 9,143,641 | 316,548 | 387,351 | 2,292,737 | 412,871 |
| 1945 | 1,060,215 | 1,527,015 | 9,582,409 | 341,167 | 422,386 | 2,399,075 | 473,503 |
| 1946 | 1,064,770 | 1,537,148 | 10,023,070 | 389,109 | 484,064 | 2,541,972 | 498,850 |
| 1947 | 1,036,895 | 1,515,888 | 10,458,195 | 416,592 | 582,429 | 2,689,483 | 548,032 |
| 1948 | 1,012,446 | 1,483,232 | 10,881,429 | 419,476 | 647,317 | 2,827,258 | 608,716 |
| 1949 | 1,157,341 | 1,622,669 | 11,469,491 | 439,815 | 610,122 | 2,976,751 | 768,635 |
| 1950 | 1,243,305 | 1,774,867 | 12,049,665 | 469,779 | 641,368 | 3,130,747 | 828,344 |
| 1951 | 1,254,432 | 1,837,404 | 12,591,276 | 477,115 | 673,805 | 3,281,655 | 924,258 |
| 1952 | 1,316,508 | 1,866,839 | 13,185,980 | 496,732 | 694,110 | 3,444,909 | 1,034,089 |
| 1953 | 1,397,380 | 1,972,633 | 13,785,143 | 521,036 | 723,110 | 3,613,441 | 1,101,413 |
| 1954 | 1,534,572 | 2,136,726 | 14,483,797 | 568,885 | 773,827 | 3,801,587 | 1,235,683 |
| 1955 | 1,580,524 | 2,238,823 | 15,136,738 | 602,303 | 824,793 | 3,986,474 | 1,475,326 |
| 1956 | 1,617,065 | 2,295,264 | 15,803,496 | 629,924 | 878,961 | 4,178,328 | 1,694,856 |
| 1957 | 1,656,097 | 2,344,039 | 16,485,085 | 662,399 | 966,240 | 4,390,396 | 1,805,874 |
| 1958 | 1,800,569 | 2,493,511 | 17,272,658 | 701,667 | 1,049,259 | 4,618,399 | 1,814,504 |
| 1959 | 1,864,701 | 2,578,656 | 18,003,122 | 722,331 | 1,087,546 | 4,844,051 | 1,822,062 |
| 1960 | 1,917,953 | 2,656,217 | 18,749,628 | 733,597 | 1,109,279 | 5,070,828 | 1,865,120 |
| 1961 | 1,944,534 | 2,692,645 | 19,477,852 | 752,873 | 1,131,799 | 5,302,067 | 1,868,893 |
| 1962 | 2,016,688 | 2,763,612 | 20,262,348 | 766,083 | 1,070,434 | 5,534,647 | 1,892,797 |
| 1963 | 2,065,164 | 2,836,308 | 21,028,371 | 778,815 | 1,082,185 | 5,768,069 | 1,931,130 |
| 1964 | 2,140,916 | 2,919,039 | 21,816,219 | 795,639 | 1,103,278 | 6,004,027 | 1,962,230 |
| 1965 | 2,167,293 | 2,977,544 | 22,607,935 | 814,697 | 1,136,056 | 6,247,758 | 2,063,743 |
| 1966 | 2,163,985 | 2,986,567 | 23,384,498 | 821,579 | 1,173,988 | 6,491,274 | 2,125,394 |
| 1967 | 2,217,937 | 3,040,099 | 24,214,551 | 838,818 | 1,199,986 | 6,746,794 | 2,243,174 |
| 1968 | 2,256,683 | 3,088,923 | 25,049,139 | 848,710 | 1,221,024 | 7,008,196 | 2,351,356 |
| 1969 | 2,211,648 | 3,112,403 | 25,830,689 | 813,176 | 1,244,394 | 7,234,951 | 2,380,338 |
| 1970 | 2,244,649 | 3,093,306 | 26,623,568 | 817,998 | 1,177,810 | 7,470,194 | 2,438,009 |
| 1971 | 2,338,955 | 3,143,277 | 27,428,032 | 820,575 | 1,171,892 | 7,709,302 | 2,476,564 |
| 1972 | 2,405,220 | 3,260,817 | 28,265,631 | 831,009 | 1,182,892 | 7,941,970 | 2,486,708 |
| 1973 | 2,395,504 | 3,337,312 | 29,079,125 | 805,621 | 1,160,149 | *8,172,303 | 2,447,807 |
| 1974 | 2,149,339 | 3,140,282 | 29,737,630 | 785,141 | 1,089,568 | 8,383,001 | 2,178,315 |
| 1975 | 1,936,277 | 2,788,249 | 30,307,664 | 719,757 | 1,067,503 | 8,576,034 | 1,996,570 |
| 1976 | 1,726,031 | 2,491,230 | 30,800,968 | 661,135 | 984,111 | 8,749,337 | 1,873,898 |
| 1977 | 1,622,854 | 2,206,431 | 31,222,407 | 634,723 | 916,645 | 8,916,514 | 1,843,033 |

CP001072

## Page 37 — Cub Scouts / Pack Leaders / Grand Total Membership

| Year | Cub Scouts During Year | Cub Scouts 1930 thru | Cub Scouts End of Year | Pack Leaders During Year | Pack Leaders 1930 thru | Pack Leaders End of Year | Grand Total End of Year | Grand Total During Year | Grand Total 1910 thru(1) |
|---|---|---|---|---|---|---|---|---|---|
| 1910-11 | – | – | – | – | – | – | – | 97,495 | 61,495 |
| 1912 | – | – | – | – | – | – | – | 115,364 | 126,860 |
| 1913(2) | – | – | – | – | – | – | – | 188,964 | 185,964 |
| 1914 | – | – | – | – | – | – | 127,685 | 147,951 | 275,304 |
| 1915 | – | – | – | – | – | – | 182,303 | 262,043 | 409,662 |
| 1916 | – | – | – | – | – | – | 245,183 | 344,290 | 571,649 |
| 1917 | – | – | – | – | – | – | 363,837 | 486,120 | 812,886 |
| 1918 | – | – | – | – | – | – | 418,984 | 616,746 | 1,066,495 |
| 1919 | – | – | – | – | – | – | 479,028 | 679,367 | 1,325,878 |
| 1920 | – | – | – | – | – | – | 513,015 | 780,170 | 1,643,588 |
| 1921 | – | – | – | – | – | – | – | 714,011 | 1,879,471 |
| 1922 | – | – | – | – | – | – | 534,416 | 744,517 | 2,110,973 |
| 1923 | – | – | – | – | – | – | 587,578 | 804,962 | 2,371,520 |
| 1924(3) | – | – | – | – | – | – | 696,620 | 926,358 | 3,144,300 |
| 1925 | – | – | – | – | – | – | 766,857 | 1,006,586 | 3,436,294 |
| 1926 | – | – | – | – | – | – | 783,574 | 1,073,025 | 3,749,244 |
| 1927 | – | – | – | – | – | – | 785,833 | 1,169,413 | 4,095,988 |
| 1928 | – | – | – | – | – | – | 819,791 | 1,183,095 | 4,499,908 |
| 1929 | – | – | – | – | – | – | 833,897 | 1,172,969 | 4,779,219 |
| 1930 | 5,102 | 5,102 | | 1,433 | 1,433 | 1,433 | 847,051 | 1,233,786 | 5,249,350 |
| 1931 | 25,662 | 30,764 | | 4,986 | 5,228 | 8,060 | 878,358 | 1,265,690 | 5,658,485 |
| 1932 | 44,083 | 46,090 | | 4,342 | 8,060 | 8,294 | 878,461 | 1,260,504 | 6,019,301 |
| 1933 | 51,684 | 69,848 | | 4,674 | 7,542 | 14,494 | 904,240 | 1,268,441 | 6,389,551 |
| 1934 | 64,739 | 100,033 | | 7,246 | 8,269 | 15,089 | 973,583 | 1,323,819 | 6,830,330 |
| 1935 | 82,373 | 138,023 | | 9,464 | 12,843 | 20,666 | 1,027,833 | 1,435,139 | 6,945,160 |
| 1936 | 114,615 | 185,749 | | 11,704 | 19,296 | 30,518 | 1,069,637 | 1,506,292 | 7,376,951 |
| 1937 | 147,418 | 252,428 | | 14,738 | 23,232 | 42,046 | 1,129,841 | 1,602,777 | 7,858,931 |
| 1938 | 182,514 | 341,809 | | 21,378 | 34,117 | 60,769 | 1,242,009 | 1,698,339 | 8,399,323 |
| 1939 | 234,953 | 449,639 | | 28,213 | 42,009 | 81,400 | 1,357,993 | 1,860,553 | 8,977,696 |
| 1940 | 286,402 | 573,553 | | 36,897 | 49,181 | 102,348 | 1,449,412 | 1,994,496 | 9,556,889 |
| 1941 | 335,775 | 710,899 | | 41,758 | 66,691 | 124,308 | 1,522,302 | 2,100,298 | 10,165,050 |
| 1942 | 373,813 | 852,311 | | 44,754 | 65,775 | 148,925 | 1,583,080 | 2,177,090 | 10,769,041 |
| 1943 | 442,852 | 1,042,897 | | 54,557 | 60,458 | 184,629 | 1,613,783 | 2,313,787 | 11,477,483 |
| 1944 | 574,605 | 1,311,667 | | 79,187 | 104,211 | 234,283 | 1,866,356 | 2,513,279 | 12,289,614 |
| 1945 | 696,014 | 1,587,479 | | 102,878 | 141,468 | 266,564 | 1,977,229 | 2,744,324 | 13,073,629 |
| 1946 | 759,829 | 1,866,536 | | 120,668 | 175,425 | 369,411 | 2,063,397 | 2,903,886 | 13,882,539 |
| 1947 | 819,487 | 2,180,074 | | 140,465 | 215,485 | 454,024 | 2,141,984 | 3,067,836 | 14,710,863 |
| 1948 | 887,215 | 2,511,379 | | 170,128 | 261,563 | 563,221 | 2,210,768 | 3,204,465 | 15,538,867 |
| 1949 | 1,142,079 | 3,036,121 | | 215,724 | 317,067 | 690,303 | 2,579,516 | 3,545,162 | 16,686,517 |
| 1950 | 1,263,688 | 3,526,347 | | 253,794 | 385,342 | 848,100 | 2,795,222 | 3,943,914 | 17,843,852 |
| 1951 | 1,339,981 | 4,025,511 | | 284,974 | 440,348 | 1,017,324 | 2,942,779 | 4,186,801 | 18,995,897 |
| 1952 | 1,472,955 | 4,559,169 | | 335,237 | 503,388 | 1,215,048 | 3,183,266 | 4,424,314 | 20,236,331 |
| 1953 | 1,605,249 | 5,114,658 | | 376,055 | 570,751 | 1,427,832 | 3,395,884 | 4,740,346 | 21,537,885 |
| 1954 | 1,774,179 | 5,770,324 | | 425,875 | 570,673 | 1,673,296 | 3,774,015 | 5,180,122 | 23,037,343 |
| 1955 | 2,050,625 | 6,566,326 | | 506,088 | 763,892 | 1,968,559 | 4,166,241 | 5,733,591 | 24,675,358 |
| 1956 | 2,346,090 | 7,404,513 | | 587,758 | 879,253 | 2,298,007 | 4,530,523 | 6,240,467 | 26,383,479 |
| 1957 | 2,540,691 | 8,222,531 | | 628,125 | 963,498 | 2,638,272 | 4,761,495 | 6,669,970 | 28,100,522 |
| 1958 | 2,686,124 | 9,083,876 | | 633,945 | 1,010,886 | 2,982,729 | 4,950,885 | 7,047,154 | 29,944,471 |
| 1959 | 2,691,163 | 9,934,770 | | 634,101 | 1,006,869 | 3,317,099 | 5,043,195 | 7,016,819 | 31,563,809 |
| 1960 | 2,762,480 | 10,848,533 | | 643,688 | 1,026,480 | 3,568,117 | 5,160,958 | 7,109,781 | 33,076,201 |
| 1961 | 2,752,027 | 11,710,120 | | 644,194 | 1,016,764 | 4,000,378 | 5,210,294 | 7,109,781 | 34,524,815 |
| 1962 | 2,819,752 | 12,635,798 | | 648,599 | 1,029,100 | 4,341,480 | 5,322,167 | 7,168,290 | 36,058,864 |
| 1963 | 2,841,958 | 13,561,387 | | 651,801 | 1,028,073 | 4,680,065 | 5,446,910 | 7,272,000 | 37,590,314 |
| 1964 | 2,915,972 | 14,529,085 | | 665,885 | 1,044,180 | 5,027,418 | 5,585,700 | 7,433,267 | 39,129,922 |
| 1965 | 3,031,137 | 15,543,127 | | 680,975 | 1,075,863 | 5,386,392 | 5,732,708 | 7,886,851 | 40,746,314 |
| 1966 | 3,115,002 | 16,570,004 | | 720,583 | 1,130,153 | 5,763,731 | 5,831,541 | 7,852,838 | 42,375,467 |
| 1967 | 3,280,955 | 17,699,004 | | 757,779 | 1,191,316 | 6,159,459 | 6,008,508 | 8,120,351 | 44,139,905 |
| 1968 | 3,467,738 | 18,895,980 | | 790,431 | 1,281,816 | 6,581,340 | 6,241,351 | 8,455,691 | 45,997,048 |
| 1969 | 3,602,688 | 20,093,966 | | 777,926 | 1,284,363 | 6,977,405 | 6,183,086 | 8,668,923 | 47,795,218 |
| 1970 | 3,684,287 | 21,290,674 | | 786,628 | 1,273,880 | 7,877,400 | 6,287,284 | 8,651,513 | 49,628,049 |
| 1971 | 3,742,411 | 22,512,815 | | 800,512 | 1,268,367 | 7,763,662 | 6,427,026 | 8,772,173 | 51,484,371 |
| 1972 | 3,763,202 | 23,705,111 | | 789,662 | 1,265,526 | 8,124,181 | 6,512,597 | 8,892,173 | 53,308,308 |
| 1973 | 3,762,367 | 24,833,297 | | 758,493 | 1,214,882 | 8,461,849 | 6,405,225 | 8,923,841 | 55,100,376 |
| 1974 | 3,513,746 | 25,866,994 | | 711,080 | 1,207,877 | 6,777,565 | 5,923,805 | 8,404,805 | 56,626,408 |
| 1975 | 3,121,035 | 26,761,396 | | 666,466 | 1,065,719 | 9,071,240 | 5,318,010 | 7,669,629 | 58,014,193 |
| 1976 | 2,887,791 | 27,607,914 | | 623,018 | 1,001,134 | 9,350,850 | 4,884,082 | 7,044,789 | 59,311,859 |
| 1977 | 2,736,955 | 28,424,190 | | 617,528 | 961,301 | 9,632,309 | 4,718,136 | 6,547,756 | 60,551,879 |

(1) Different persons—excludes multiple registration of Cub Scouts who became Boy Scouts and of Boy Scouts who became Explorers

(2) Scouts first registered in October

(3) Lone Scouts of America absorbed, 45,000 included in total belonging during year and 480,000 belonging 1915-24.

(4) Council & District Leaders included in this figure.

(Appendix 4.)

# CONGRESSIONAL ACTION

SIXTY-FOURTH CONGRESS OF THE UNITED STATES OF AMERICA

AT THE FIRST SESSION

*Begun and held at the City of Washington on Monday, the sixth day of December, one thousand nine hundred and fifteen*

AN ACT to incorporate the Boy Scouts of America, and for other purposes

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That Colin H. Livingstone and Ernest P. Bicknell, of Washington, D.C.; Benjamin L. Dulaney, of Bristol, Tenn.; Milton A. McRae, of Detroit, Mich.; David Starr Jordan, of Berkeley, Calif.; F. L. Seeley, of Asheville, N.C.; A. Stamford White, of Chicago, Ill.; Daniel Carter Beard, of Flushing, N.Y.; George D. Pratt, of Brooklyn, N.Y.; Charles D. Hart, of Philadelphia, Pa.; Franklin C. Hoyt, Jeremiah W. Jenks, Charles P. Neill, Frank Presbrey, Edgar M. Robinson, Mortimer L. Schiff, and James E. West, of New York, N.Y.; G. Barrett Rich, Jr., of Buffalo, N.Y.; Robert Garrett, of Baltimore, Md.; John Sherman Hoyt, of Norwalk, Conn.; Charles C. Jackson, of Boston, Mass.; John H. Nicholson, of Pittsburgh, Pa.; William D. Murray, of Plainfield, N.J.; and George D. Porter, of Philadelphia, Pa.; their associates and successors, are hereby created a body corporate and politic of the District of Columbia, where its domicile shall be.

SEC. 2. That the name of this corporation shall be "Boy Scouts of America," and by that name it shall have perpetual succession, with power to sue and be sued in courts of law and equity within the jurisdiction of the United States; to hold such real and personal estate as shall be necessary for corporate purposes, and to receive real and personal property by gift, devise, or bequest; to adopt a seal, and the same to alter and destroy at pleasure; to have offices and conduct its business and affairs within and without the District of Columbia and in the several States and Territories of the United States; to make and adopt bylaws, rules, and regulations not inconsistent with the laws of the United States of America, or any State thereof, and generally to do all such acts and things (including the establishing of regulations for the election of associates and successors) as may be necessary to carry into effect the provisions of this Act and promote the purposes of said corporation.

SEC. 3. That the purpose of this corporation shall be to promote, through organization, and cooperation with other agencies, the ability of boys to do things for themselves and others, to train them in Scoutcraft, and to teach them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by Boy Scouts.

SEC. 4. That said corporation may acquire, by way of gift, all the assets of the existing national organization of Boy Scouts, a corporation under the laws of the District of Columbia, and defray and provide for any debts or liabilities to the discharge of which said assets shall be applicable; but said corporation shall have no power to issue certificates of stock or to declare or pay dividends its object and purposes being solely of a benevolent character and not for pecuniary profit to its members.

SEC. 5. That the governing body of the said Boy Scouts of America shall consist of an executive board composed of citizens of the United States. The number, qualifications, and terms of office of members of the executive board shall be prescribed by the bylaws. The persons mentioned in the first section of this Act shall constitute the first executive board and shall serve until their successors are elected and have qualified. Vacancies in the executive board shall be filled by a majority vote of the remaining members thereof. The bylaws may prescribe the number of members of the executive board necessary to constitute a quorum of the board, which number may be less than a majority of the whole number of the board. The executive board shall have power to make and to amend the bylaws, and, by two-thirds vote of the whole board at a meeting called for this purpose, may authorize and cause to be executed mortgages and liens upon the property of the corporation. The executive board may, by resolution passed by a majority of the whole board, designate three or more of their number to constitute an executive or governing committee, of which a majority shall constitute a quorum, which committee, to the extent provided in said resolution or in the bylaws of the corporation, shall have and exercise the powers of the executive board in the management of the business affairs of the corporation, and may have power to authorize the seal of the corporation to be affixed to all papers which may require it. The executive board, by the affirmative vote of a majority of the whole board, may appoint any other standing committees, and such standing committees shall have and may exercise such powers as shall be conferred or authorized by the bylaws. With the consent in writing and pursuant to an affirmative vote of a majority of the members of said corporation, the executive board shall have authority to dispose in any manner of the whole property of the corporation.

SEC. 6. That an annual meeting of the incorporators, their associates and successors shall be held once in every year after the year of incorporation, at such time and place as shall be prescribed in the bylaws, when the annual reports of the officers and executive board shall be presented and members of the executive board elected for the ensuing year. Special meetings of the corporation may be called upon such notice as may be prescribed in the bylaws. The number of members which shall constitute a quorum at any annual or special meeting shall be prescribed in the bylaws. The members and executive board shall have power to hold their meetings and keep the seal, books, documents, and papers of the corporation within or without the District of Columbia.

SEC. 7. That said corporation shall have the sole and exclusive right to have and to use, in carrying out its purposes, all emblems and badges, descriptive or designating marks, and words or phrases now or heretofore used by the Boy Scouts of America in carrying out its program, it being distinctly and definitely understood, however, that nothing in this Act shall interfere or conflict with established or vested rights.

SEC. 8. That on or before the first day of April of each year the said Boy Scouts of America shall make and transmit to Congress a report of its proceedings for the year ending December thirty-first preceding.*

SEC. 9. That Congress shall have the right to appeal, alter, or amend this Act at any time.

Approved 15 June 1916.

---

*As amended Aug. 30, 1964, Public Law 88–504, 78 Stat. 636.

CP001073

## SIXTY-FOURTH CONGRESS—SECOND SESSION

[H. Rept. No. 130, 64th Cong., 2d sess.]

FEBRUARY 17, 1916—Referred to the House Calendar and ordered to be printed.

Mr. Gard, from the Committee on the Judiciary, submitting the following report (to accompany H.R. 755).

The Committee on the Judiciary, to whom was referred the bill (H.R. 755) to incorporate the Boy Scouts of America and to protect its insignia, having carefully considered the same, beg leave to submit the following report with the recommendation that the bill do pass.

The Boy Scout movement is not one seeking to promote a juvenile military system, but is intended to supplement and enlarge established modern educational facilities in activities in the great and healthful out of doors where may be the better developed physical strength and endurance, self-reliance, and the powers of initiative and resourcefulness, all for the purpose of establishing through the boys of today the very highest type of American citizenship.

It tends to conserve the moral, intellectual, and physical life of the coming generation and in its immediate results does much to reduce the problem of juvenile delinquency in the cities. The movement has grown rapidly during the past few years until it is now organized in practically every community of 4,000 inhabitants and over and in many small communities of the United States. During the past 2 years Boy Scouts have demonstrated the value of the education and training they received as an auxiliary force in the maintenance of public order and in the administration of first-aid and practical assistance in times of great public emergencies. Their services on the occasion of the Ohio floods, at the Gettysburg reunion, in the inaugural ceremonies of President Wilson and at the recent memorable reunion of the Grand Army of the Republic in Washington attracted nationwide attention and received general commendation particularly from the American National Red Cross and the officials of the Federal and State Governments. The importance and magnitude of its work is such as entitle it to recognition and its work and insignia to protection by Federal incorporation.

The Scout scheme is based upon the methods involved in educating the boy. It is a scheme of placing the boy on honor. In addition to requiring him to live up to a standard or code of laws which insure development of character along proper lines, it requires him to study in order to pass certain tests of qualification. The passing of these various tests is recognized by the award of appropriate badges or medals and insignia.

If any boy can secure these badges without meeting the required tests the badges will soon be meaningless and one of the leading features of the Scout program will be lost. Likewise with the uniform which designates the Scout. At the present time this is protected by the use of insignia—a seal woven or stamped into the cloth. All of these various badges and insignia are at present protected by the patent laws but under the patent laws such protection is available for a limited period only. The passing by Congress of this bill will, it is believed, provide the organization with proper protection for its distinctive insignia, the integrity of which is essential to the maintenance of the movement, and protect it from those who are seeking to profit by the good repute and high standing of the Scout movement by imitating it in name alone.

The identical language of this bill was incorporated in the bill with amendments thereto, known as H.R. 19907, which was reported from the Committee on the Judiciary on February 3, 1915, with a recommendation that it, as so amended, do pass.

CP001074

(Appendix 5.)

## WINNERS OF NATIONAL CUB SCOUT PHYSICAL FITNESS CHAMPIONSHIP

First Place. Pack 221, Exton Area Jaycees, Lionville, Pa. Cub Scouts Doug Petrie, Scott Lytle, and Mark Lytle. Chester County Council, Northeast Region.

Second Place. Pack 414, Heavener Lions Club, Heavener, Okla. Cub Scouts J.R. Saunders, Michel Cheek, and Blaine Maniford. Indian Nations Council, South Central Region.

Third Place. Pack 519, West Hartsville Elementary School PTO, Hartsville, S.C. Cub Scouts Mark Lawrimore, Roger McKnight, and Scottie O'Neal. Pee Dee Area Council, Southeast Region.

Fourth Place. Pack 30, Rotary Club, Cardington, Ohio. Cub Scouts Mark Lemaster, Tim Morris, and Dan Poorman. Harding Area Council, East Central Region.

Fifth Place. Pack 261, Garden School PTA, Tulare, Calif. Cub Scouts Darren Dutto, Gary Johnson, and Billy Beckman. Mt. Whitney Area Council, Western Region.

Sixth Place. Pack 108, Shaw School PTA, Austin, Minn. Cub Scouts Tom Ferguson, Teddy Priebe, and Tim Brandt. Twin Valley Council, North Central Region.

(Appendix 6.)

## LONG-TERM CAMPING—1977

| Region | Scouts Camping | Percent of June Membership | Troops Camping | Percent of June Membership |
|---|---|---|---|---|
| Northeast | 113,642 | 42.1 | 7,331 | 57.4 |
| Southeast | 84,998 | 39.9 | 6,049 | 50.0 |
| East Central | 78,719 | 42.0 | 6,549 | 62.5 |
| North Central | 59,039 | 51.9 | 4,306 | 69.9 |
| South Central | 47,176 | 43.6 | 3,318 | 54.3 |
| Western | 94,121 | 51.2 | 6,465 | 67.5 |
| National Totals | 477,695 | 44.4 | 34,018 | 59.5 |

*(Appendix 7.)*

## WINNERS OF SCOUT PHOTO SCHOLARSHIP AWARDS

**COLOR**

**First Place.** W. Craig McClintock, Snohomish, Wash., Evergreen Area Council, Western Region.

**Second Place.** Donald J. Olson, Burnsville, Minn., Viking Council, North Central Region.

**Third Place.** Daniel M. Allyn, Bellevue, Wash. Chief Seattle Council, Western Region.

**BLACK AND WHITE**

**First Place.** Eric B. Hanlon, San Jose, Calif., Santa Clara County Council, Western Region.

**Second Place.** Thomas E. Boshell, Birmingham, Ala., Birmingham Area Council, Southeast Region.

**Third Place.** Dain A. Ehring, Burbank, Calif. Verdugo Hills Council, Western Region.

**Chief Scout Executive's Award.** Dana P. Bernabeo, Wakefield, Mass. Minuteman Council, Northeast Council.

*(Appendix 8.)*

## WINNERS OF RAILROADING SCOUT SCHOLARSHIP GRANTS

**First Place.** David J. Harmer, Rosaville, Calif. Golden Empire Council, Western Region.

**Second Place.** Jeffrey L. Maxey, Marion, Ind. Sagamore Council, East Central Region.

**Third Place.** Michael J. Samson, North Palm Beach, Fla. Gulf Stream Council, Southeast Region.

*(Appendix 9.)*

## NATIONAL EXPLORER OFFICERS

Robert P. McMillen, president, Newton Lower Falls, Mass., Hotel and Restaurant Management Post 519, Marriott Corporation, Norumbega Council, Northeast Region.

Craig Burkhardt, vice-president, East Central Region, Homewood, Ill. Ship 37, Moose Lodge, Calumet Council.

Steven K. Foster, vice-president, Southeast Region, Winter Park, Fla., High-Adventure Post 64, First Presbyterian Church, Central Florida Council.

David K. McKnight, vice-president, Western Region, El Toro, Calif., Fire and Rescue Post 628, Orange County and State of California, Orange County Council.

Thomas T. McGann, vice-president, Northeast Region, Succasunna, N.J., Post 604, Schiff Scout Reservation, Watchung Area Council.

Mark C. Rom, vice-president, South Central Region, Fayetteville, Ark., Outdoor-Adventure Post 200, First United Presbyterian Church, Westark Area Council.

Lori S. Small, vice-president, North Central Region, Waterloo, Iowa, Medical Post 184, Schoitz Memorial Hospital, Winnebago Council.

CP001075

*(Appendix 10.)*

## SPECIALTY-ASSOCIATION OFFICERS

**National Association of Medical Explorers.** Marion Levy, chairman, Dallas, Tex., Post 989, Presbyterian Hospital, Circle Ten Council, South Central Region.

**National Law and Government Exploring.** Felice Sediacek, chairman, Succasunna, N.J., Post 656, Allied Chemical Corporation; High-Adventure Post 54, Presbyterian Church; and High-Adventure Post 101, Local Citizens Group, Morris-Sussex Area Council, Northeast Region.

**National Association of Law Enforcement Explorers.** Robert L. Tompkins, chairman, Des Moines, Iowa, Post 21, Des Moines Police, Mid-Iowa Council, North Central Region.

**National Association of Aviation Explorers.** Mark S. MacKenzie, chairman, Canajoharie, N.Y., Post 112, Christ Lutheran Church, Sir William Johnson Council, Northeast Region.

*(Appendix 11.)*

## EXPLORATION AWARDS

Ann E. Brasselle, Metairie, La., New Orleans Area Council, South Central Region.

Harris R. Buttz, Minot, N. Dak., Northern Lights Council, North Central Region.

Daniel H. Craft, Atlanta, Ga., Atlanta Area Council, Southeast Region.

Douglas L. Eng, Palo Alto, Calif., Stanford Area Council, Western Region.

Larry W. Kwak, Lawrence, Kans., Heart of America Council, North Central Region.

Larry A. Meyer, Marshfield, Wis., Samoset Council, East Central Region.

Andrew E. Phelps, Encinitas, Calif., San Diego County Council, Western Region.

Patrick H. Rayermann, San Marino, Calif., San Gabriel Valley Council, Western Region.

Tracey L. Stambaugh, York, Pa., York Adams Area Council, Northeast Region.

Bradley S. Thomas, Timonium, Md., Baltimore Area Council, Southeast Region.

*(Appendix 12.)*

## YOUNG AMERICAN AWARDS

Douglas L. Bandow, Mountain View, Calif., Yosemite Area Council, Western Region.

Ruth L. Bonaparte, Portland, Oreg., Columbia Pacific Council, Western Region.

Beth S. Dochinger, Delaware, Ohio, Central Ohio Council, East Central Region.

Allen M. Hughes, Salt Lake City, Utah, Great Salt Lake Council, Western Region.

Lee Z. Maxey, Houston, Tex., Sam Houston Area Council, South Central Region.

David G. McKenney, USAF Academy, Colo., Pikes Peak Council, North Central Region.

Robert Hoke Perkins, Jr., University, Ala., Black Warrior Council, Southeast Region.

Richard D. Thomas, Malad City, Idaho, Tendoy Area Council, Western Region.

Mark D. Worrell, Clairton, Pa., East Valley Area Council, Northeast Region.

(Appendix 13.)

## J. EDGAR HOOVER FOUNDATION SCHOLARSHIPS

Emilinda R. Bejarano, Phoenix, Ariz. Department of Public Safety Post 403, Theodore Roosevelt Council, Western Region.

Rebecca L. Horn, Oklahoma City, Okla. Police Department Post 622, Last Frontier Council, South Central Region.

George E. Reed, Bridgeton, Mo. St. Louis County Police Department Post 9774, St. Louis Area Council, North Central Region.

Carmela Romania, Wayne, N.J. Public Safety Post 504, Passaic Valley Council, Northeast Region.

Mel N. Waingold, Plantation, Fla. Police Department Post 691; South Florida Council, Southeast Region.

Terry S. Wies, Lima, Ohio. Fraternal Order of Police Post 21, Shawnee Council, East Central Region.

(Appendix 14.)

## LAW ENFORCEMENT ASSISTANCE AWARDS

Barry L. Davies, Torrance, Calif. Los Angeles Sheriff's Department Post 1016X, Los Angeles Area Council, Western Region.

John R. Saez, Lakewood, Calif. Los Angeles Sheriff's Department Post 1016X, Los Angeles Area Council, Western Region.

(Appendix 15.)

## KEMPER FOUNDATION SCHOLARSHIP

Leslie D. Galley, Sandy, Utah. Medical Explorer Post 61, Veteran's Administration Hospital, Great Salt Lake Council, Western Region.

(Appendix 16.)

## NATIONAL SEA EXPLORER SAILING CHAMPIONSHIPS

First Place. South Central Region crew, Chris Friend and Richard Ashman, Ship 23, New Orleans, La., New Orleans Area Council.

Second Place. Western Region crew, Mark Rhodes, Valencia, Calif., and Grant Hill, Long Beach, Calif., Long Beach Area Council.

Third Place. Southeast Region crew, Eric David and Gene Moran, Boca Raton, Fla., Gulf Stream Council.

Fourth Place. Northeast Region crew, Roland VanDermeer, Rye, N.Y., and Lisa Bonti, Larchmont, N.Y., Westchester-Putnam Council.

Fifth Place. East Central Region crew, Mike Russell and Don Pavelchik, Milwaukee, Wis., Milwaukee County Council.

Sixth Place. North Central Region crew, Steve Schattgen and Tom Kolesar, Lake St. Louis, Mo., St. Louis Area Council.

44

(Appendix 17.)

## NATIONAL EXPLORER TARGET SKILLS COMPETITION

Grand Aggregate Winners. First, Kevin McBryde, Texarkana, Tex., Caddo Area Council, South Central Region; second, Gus Koenemann, El Paso, Tex., Yucca Council, South Central Region; and third, Gary Thomas, Owasso, Okla., Indian Nations Council, South Central Region.

Prone Position. First, Gary L. Thomas, Owasso, Okla., Indian Nations Council, South Central Region; second Gus Koenemann, El Paso, Tex., Yucca Council, South Central Region; and third, Keith Thurgood, Meridian, Idaho, Ore-Ida Council, Western Region.

Sitting Position. First, Anthony Erceg, Glens Falls, N.Y., Mohican Council, Northeast Region; second, Kevin McBryde, Texarkana, Tex., Caddo Area Council, South Central Region; and third, Gus Koenemann, El Paso, Tex., Yucca Council, South Central Region.

Standing Position. First, Kenneth Eastwood, Salt Lake City, Utah, Great Salt Lake Council, Western Region; second, Kevin McBryde, Texarkana, Tex., Caddo Area Council, South Central Region; and third, Gus Koenemann, El Paso, Tex., Yucca Council, South Central Region.

(Appendix 18.)

### WILLIAM H. SPURGEON III AWARDS

Mutual of Omaha
General Motors Corporation
International Association of Chiefs of Police
Young Lawyers Section, American Bar Association
National Association of Secondary School Principals

(Appendix 19.)

### EXPLORERS BY SEX

| | | |
|---|---|---|
| Males | 244,958 | 61.5% |
| Females | 153,347 | 38.5% |
| Total | 398,305 | 100.0% |

(Appendix 20.)

## HIGH-ADVENTURE BASES

| | 1977 Attendance |
|---|---|
| Charles L. Sommers Wilderness Canoe Base located in the Superior-Quetico of northern Minnesota and the Province of Ontario. | 1,382 |
| Florida Gateway to High Adventure with programs extending from the Florida Keys to the northern Florida rivers of the Charles L. Topmiller Tropical Canoe Base. | 750 |
| Land Between the Lakes High Adventure Gateway providing 3,500 miles of big lake shoreline in Kentucky-Tennessee. | 716 |
| Maine National High Adventure Gateway encompassing five million acres in northern Maine. | 1,381 |
| Northern Wisconsin National Canoe Base centrally located in Wisconsin's famous Manitowish Waters. | 1,037 |
| Philmont Scout Ranch and Explorer Base with its Western lore, backpacking, horseback riding, and rock climbing. | 10,115 |
| | 15,381 |

45

CP001076

(Appendix 21.)

## DEPARTMENT OF AGRICULTURE COUNCIL CONSERVATION AWARDS

### Gold Seal Award

Huron, S. Dak.

### Green Seal Awards

New Bedford, Mass.
Dover, N.J.
Philadelphia, Pa.
Winchester, Va.
Raleigh, N.C.
Marion, Ohio
Sioux City, Iowa
Beaumont, Tex.

(Appendix 22.)

CP001077

## WILLIAM T. HORNADAY AWARDS

### William T. Hornaday Medals

Kirk T. Albrecht, Post 377, Massillon, Ohio
Mark A. Bahr, Troop 29 Williamsport, Pa.
Bill Berger, Troop 47, Louisville, Ky.
Ed Berger, Troop 47, Louisville, Ky.
Jimmy Berger, Troop 47, Louisville, Ky.
Tom Berger, Troop 47, Louisville, Ky.
Harris R. Buttz, Troop 424, Minot, N. Dak.
Robert Doidge, Troop 35, Laguna Beach, Calif.
Dennis E. Figg, Troop 496, Hale, Mo.
John G. Fourcade, Troop 274, New Orleans, La.
David Gardner, Troop 47, Louisville, Ky.
Gary C. Grey, Troop 77, Winchester, Va.
Jim Hofmann, Troop 47, Louisville, Ky.

Craig Johnson, Troop 135, Vandalia, Ohio
Edward M. Keyes, Troop 35, Laguna Beach, Calif.
Jason B. Keyes, Troop 35, Laguna Beach, Calif.
Tom Kingsley, Troop 47, Louisville, Ky.
Charles Knoop, Troop 47, Jeffersonville, Ind.
Dennis Knoop, Troop 47, Jeffersonville, Ind.
Kevin M. Large, Troop 245, Kalamazoo, Mich.
Kirk Lokits, Troop 47, Louisville, Ky.
Joe Marcotte, Troop 19, Post 109, Pueblo, Colo.
William Menzie, Post 241, Norman, Okla.
Timothy Moore, Troop 746, Greenbelt, Md.
Steve Nevitt, Troop 47, Louisville, Ky.
Mike Nutt, Troop 47, Louisville, Ky.

Millard G. Reese III, Troop 62, Kinston, N.C.
Wayne E. Sandridge, Troop 212, Kansas City, Mo.
David Shafer, Troop 32, Portland, Oreg.
Brian Shepherd, Troop 47, Louisville, Ky.
Kevin Shepherd, Troop 47, Louisville, Ky.
Roger D. Spencer, Troop 500, Cypress, Calif.

William C. Stewart, Troop 108, Levittown, Pa.
Dan Streible, Troop 47, Louisville, Ky.
Michael S. Swanson, Troop 205, Apple Valley, Minn.
John C. Takle, Post 1334, Beltsville, Md.
Jeffrey Weisensel, Troop 736, Beaver Dam, Wis.
Jerry Ziegler, Troop 14, New Haven, Ind.

### William T. Hornaday Badges

Richard Averna, Troop 18, Gering, Nebr.
Ray Bogaert, Troop 47, Louisville, Ky.
Chris J. Boyd, Troop 4, Tehran, Iran
Roger D. Brown, Troop 4, Tehran, Iran
Joseph T. Clark, Troop 60, Port Arthur, Tex.
Jeff Crowder, Troop 47, Louisville, Ky.
Kevin Dearinger, Troop 47, Louisville, Ky.
Mark D. Evans, Troop 48, Charleston, Ill.
Roger A. Hartless, Troop 115, Erie, Pa.
Jack A. Heinemann, Troop 629, Winneconne, Wis.
Jeff Humphrey, Troop 692, Hollywood, Fla.
William L. Ives, Jr., Post 33, Ansonia, Conn.

David W. Kagy, Troop 216, Springfield, Ill.
Paul J. Klein, Troop 67, Potosi, Wis.
E. Michael Krenzer, Troop 344, Spencerport, N.Y.
Jamie Mayberry, Troop 47, Louisville, Ky.
Ray Roberson, Troop 47, Louisville, Ky.
Dean Rouse, Troop 197, Morristown, Tenn.
Alvie Smith, Troop 535, Mifflinburg, Pa.
Scott Sweeney, Troop 47, Louisville, Ky.
Dave Taurman, Troop 47, Louisville, Ky.
Ralph Watts, Troop 47, Louisville, Ky.
David L. Wikle, Troop 352, San Marino, Calif.
Jerry Ziegler, Troop 14, New Haven, Ind.

### William T. Hornaday Certificates

Pack 3498, Chicago, Ill.
Troop 110, Redwood City, Calif.
Troop 422, Arleta, Calif.
Troop 47, Louisville, Ky.

Troop 654, Hermiston, Oreg.
Troop 121, Mansfield, Ohio
Post 32, Mont Alto, Pa.

CP001078

*(Appendix 23.)*

## NATIONAL YOUTH REPRESENTATIVES

Cub Scout Lee Mason, Brandon, Fla., Pack 172, First United Methodist Church, Gulf Ridge Council, Southeast Region.

Scout Richard H. Ebright, Reading, Pa., Troop 155, Good Shepherd United Church of Christ, Hawk Mountain Council, Northeast Region.

Explorer Richard A. Davies, Baraboo, Wis., Post 102, St. Maria Gorretti Roman Catholic Church, Four Lakes Council, East Central Region.

### Bicentennial Cub Scout

Newman A. Flanagan, Jr., West Roxbury, Mass., Pack 5, St. Theresa's Roman Catholic Church, Boston Council, Northeast Region.

### National Chief, Order of the Arrow

Chris Boswell, San Benito, Tex., Troop 222, First Christian Church, Rio Grande Council, South Central Region.

*(Appendix 24.)*

## NATIONAL PUBLIC SPEAKING CONTEST

### Scout Division

First Place. Kevin R. Armstrong, Washington, Ind., Troop 472, First Baptist Church, Hoosier Trails Council, East Central Region.

Second Place. Thomas Bishop, Albany, Ga., Troop 111, Sherwood Baptist Church, Chehaw Council, Southeast Region.

Third Place. Alexander Kiy, San Diego, Calif., Troop 942, Holy Spirit Roman Catholic Church, San Diego County Council, Western Region.

Fourth Place. Alan Lindsey, Laredo, Tex., Troop 131, First United Methodist Church, Gulf Coast Council, South Central Region.

Fifth Place. Keith A. Ware, Belleville, Ill., Troop 53, Whiteside School, Okaw Valley Council, North Central Region.

Sixth Place. Keith I. Garsson, Yorktown Heights, N.Y., Troop 164, St. Andrews Lutheran Church, Westchester-Putnam Council, Northeast Region.

### Explorer Division

First Place. Todd K. Duke, Wichita, Kans., Post 532, Pilgrim Congregational Church, Quivira Council, North Central Region.

Second Place. Lee Z. Maxey, Houston, Tex., Post 9718, Phyllis Wheatley High School, Sam Houston Area Council, South Central Region.

Third Place. John F. Murphy, Hingham, Mass., Post 707, South Shore Hospital, Old Colony Council, Northeast Region.

Fourth Place. Alan Young, West Allis, Wis., Post 96, Holy Name Society of the Holy Assumption Church, Milwaukee County Council, East Central Region.

Fifth Place. Reid Murray, Oxon Hill, Md., Ship 1671, Fort Washington Yacht Club, National Capital Area Council, Southeast Region.

Sixth Place. Jeffery C. Ward, Ephrata, Wash., Post 64, Church of Jesus Christ of Latter-day Saints, North Central Washington Council, Western Region.

48

*(Appendix 25.)*

## REGIONAL CABINETS

### Northeast Region

Regional President
Dr. Thomas C. MacAvoy
Corning, N.Y.

Regional Vice-President
Rocco J. Marano
New York, N.Y.

Regional Vice-President
Arthur P. Bartholomew, Jr.
New York, N.Y.

Regional Vice-President
Herbert M. Groce, Jr.
Newark, N.J.

Regional Vice-President
G. James Creighton, Jr.
Jamestown, N.Y.

Area 1 President
Jacques E. Dubois
Woonsocket, R.I.

Area 2 President
Jack B. Riffle
Utica, N.Y.

Area 3 President
Alan R. Cartoun
Greenwich, Conn.

Area 4 President
Robert W. Kleinert
Newark, N.J.

Area 5 President
Arthur E. Bone
Valley Forge, Pa.

Chairman, Cub Scout Committee
Walter R. Livingston, Jr.
Philadelphia, Pa.

Chairman, Scout Committee
Alton E. Clanchette
Pittsfield, Maine

Chairman, Exploring Committee
John McCullough Gibson
Drumore, Pa.

Chairman, Administration Committee
Arthur P. Bartholomew, Jr.
New York, N.Y.

Chairman, Communications Committee
Laurence S. Sewell, Jr.
Pittsburgh, Pa.

Chairman, Finance Committee
Russell D. Tipton
New Vernon, N.J.

Chairman, Program Committee
Herbert M. Groce, Jr.
Newark, N.J.

Chairman, Membership/Relationships Committee
G. James Creighton, Jr.
Jamestown, N.Y.

Chairman, Memberships Committee
Paul Hafer
Boyertown, Pa.

Chairman, Volunteer Recognition Committee
Murray L. Cole
Paterson, N.J.

Chairman, Planning and Development Committee
Dr. John H. Fischer
New York, N.Y.

Legal Counsel
Frank E. Hahn, Jr.
Philadelphia, Pa.

### Southeast Region

Regional President
Bland W. Worley
Charlotte, N.C.

Regional Vice-President
Thomas D. Hughes
Atlanta, Ga.

Regional Vice-President
Stanley Levingston
Cleveland, Miss.

Regional Vice-President
Champney A. McNair
Atlanta, Ga.

Area 1 President
Merle S. Elliott
Hagerstown, Md.

Area 2 President
Donald L. Henry
Louisville, Ky.

49

Area 3 President
Joseph E. Sandlin
Lumbertown, N.C.

Area 4 President
Chauncey R. Godwin
Tupelo, Miss.

Area 5 President
John S. Laws
Brunswick, Ga.

Area 6 President
Lee Shelhope
Ormond Beach, Fla.

Chairman, Administration Committee
W. Arnold Chambers
Chattanooga, Tenn.

Chairman, Communications Committee
Beverley R. Lawler
Norfolk, Va.

Chairman, Finance Committee
Lawrence R. Bowers
Whiteville, N.C.

Chairman, Manpower Resources Committee
Charles T. Clayton
Birmingham, Ala.

Chairman, Cub Scout Committee
Dr. John C. Grier, Jr.
Pinehurst, N.C.

Chairman, Scout Committee
Willis J. Long, Jr.
Roanoke Rapids, N.C.

Chairman, Exploring Committee
John Costa
Hagerstown, Md.

Chairman, Relationships Committee
Richard W. Kiefer
Baltimore, Md.

## North Central Region

Regional President
Zane E. Barnes
St. Louis, Mo.

Regional Vice-President
L. Jadwin Asfeld
St. Paul, Minn.

Area 1 President (Old West Trails)
Frank O. Starr
Lakewood, Colo.

Area 2 President (Many Waters)
Clifford M. Johnson
Rochester, Minn.

Area 3 President (Great Central)
Robert H. Gaynor
Kansas City, Mo.

Chairman, Cub Scout Committee
Jean R. Kroeger
Sioux Falls, S. Dak.

Chairman, Scout Committee
Dr. Robert P. Foster
Maryville, Mo.

Chairman, Exploring Committee
John C. Ashton
St. Paul, Minn.

Chairman, Administration Committee
J. Kimball Whitney
Minneapolis, Minn.

Chairman, Finance Committee
C.C. Barksdale
St. Louis, Mo.

Chairman, Manpower Resources Committee
Gene H. Starnberg, Sr.
Granite City, Ill.

Chairman, Communications Committee
V.J. Skutt
Omaha, Nebr.

Chairman, Relationships Committee
A.H. Cromb
Shawnee Mission, Kans.

## East Central Region

CP001079

Regional President
Thomas L. Parker
Columbus, Ohio

Regional Vice-President
Hon. Richard H. Austin
Lansing, Mich.

Area 1 President
Dr. Frank H. Urban
Elm Grove, Wis.

Area 2 President
Robert B. Bennett
Midland, Mich.

Area 3 President
Charles A. Rahmberg
Peoria, Ill.

Area 4 President
Edward J. Kuntz
Bloomington, Ind.

Area 5 President
Edwin P. Schrank
Akron, Ohio

Area 6 President
Donald J. Bishop
Springfield, Ohio

Finance Committee Chairman
A.H. Aymond
Jackson, Mich.

Relationships Committee Chairman
Meredith M. Church
Anderson, Ind.

Manpower Resources Committee Chairman
Edward P. Czapor
Anderson, Ind.

Exploring Committee Chairman
J.R. Davidsmeyer
Jacksonville, Ill.

Scout Committee Chairman
Ted L. Johnson
Fremont, Mich.

Cub Scout Committee Chairman
Jack J. Stark, M.D.
Belpre, Ohio

Communications Committee Chairman
John R. Wilson, Jr.
Flint, Mich.

Executive Committee Member at Large
Francis A. Coy
Cleveland, Ohio

Executive Committee Member at Large
James R. Neidhoefer
Milwaukee, Wis.

## South Central Region

Regional President
Robert J. LaFortune
Tulsa, Okla.

Regional Vice-President
H.L. Hembree III
Fort Smith, Ark.

Area 1 President
H.L. Hembree III
Fort Smith, Ark.

Area 2 President
Edward C. Joullian III
Oklahoma City, Okla.

Area 3 President
Roy L. Dye, Jr.
Houston, Tex.

Area 4 President
William M. Quackenbush
Amarillo, Tex.

Chairman, Cub Scout Committee
William M. Tucker
Roswell, N. Mex.

Chairman, Scout Committee
Bernold M. Hanson
Midland, Tex.

Chairman, Exploring Committee
Paul Thayer
Dallas, Tex.

Chairman, Administration Committee
D.W. Calvert
Tulsa, Okla.

Chairman, Finance Committee
William C. McCord
Dallas, Tex.

Chairman, Personnel Committee
Carl C. Lavery
Houston, Tex.

Chairman, Relationships Committee
Omar Harvey
Dallas, Tex.

## Western Region

**Regional President**
Ward C. Krebs
San Francisco, Calif.

**Area 1 President**
Sen. Victor G. Atiyeh
Portland, Oreg.

**Area 2 President**
Dr. Burton F. Brasher
Salt Lake City, Utah

**Area 3 President**
Judge Donald R. Fretz
Merced, Calif.

**Area 4 President**
D. Loring Marlett
Torrance, Calif.

**Area 5 President**
Albert J. Horn
Burlingame, Calif.

**Chairman, Cub Scout Committee**
Arvi Waananen
Los Altos, Calif.

**Chairman, Scout Committee**
LeRoy K. Speirs
Arcadia, Calif.

**Chairman, Varsity Scout Committee**
Alva D. Greene
Salt Lake City, Utah

**Chairman, Exploring Committee**
Dr. Richard Johnson
Palo Alto, Calif.

**Chairman, Administration Committee**
Donald R. Arnold
Atherton, Calif.

**Chairman, Finance Committee**
Irving Stimpson
Seattle, Wash.

**Chairman, Manpower Resources Committee**
James F. Le Sage
Van Nuys, Calif.

**Chairman, Relationships Committee**
Michael McKee
Pasadena, Calif.

**Chairman, Activities Committee**
Lee E. Ham
Foster City, Calif.

**Chairman, Communications Committee**
Edwin M. Baker
Eugene, Oreg.

*(Appendix 26.)*

## 1977 SILVER ANTELOPE AWARDS

### Northeast Region

Arthur P. Bartholomew, Jr., Greenwich, Conn.
Stanley M. Blauser, Jr., Manhasset, N.Y.
John S. Bradley, Jr., Lancaster, Pa.
David H. Carnahan, Jamestown, N.Y.
Joseph E. Fernandes, Norton, Mass.
Dr. Khlar E. McDonald, Warren, Pa.
S. Gary Schiller, New York, N.Y.
Dr. Alan Swartz, North Haledon, N.J.
Paul S. Von Bacho, Sr., Rochester, N.Y.
John B. Young, Glen Ridge, N.J.

### Southeast Region

Dr. Joseph L. Akerman, Apopka, Fla.
Houston A. Brice, Jr., Birmingham, Ala.
Gov. Julian M. Carroll, Frankfort, Ky.
Robert H. Combs, Owensboro, Ky.
Dr. Frederick C. Davison, Athens, Ga.
Dr. Ronald E. Godby, Yorktown, Va.
Ivan A. Hall, LaVale, Md.
Warren A. Hood, Jackson, Miss.
Fred E. Reiber, Raleigh, N.C.

### East Central Region

Carroll A. Bauer, M.D., Waukesha, Wis.
Meredith M. Church, Indianapolis, Ind.
Ernest Garner, Jr., Glencoe, Ill.
Philip S. Lang, Flint, Mich.
Cook O.P. Lougheed, Fort Wayne, Ind.
The Honorable Richard M. Mills, Springfield, Ill.
Thomas L. Parker, Columbus, Ohio
Dr. Abe Silverstein, Cleveland, Ohio

### North Central Region

Evan L. Hultman, Waterloo, Iowa
Glen O. Humburg, LaCrosse, Kans.
Edward Landes, Minneapolis, Minn.
V.J. Skutt, Omaha, Nebr.
Jack L. Watson, North Kansas City, Mo.

### South Central Region

Dr. Joe P. Alexander, Abilene, Tex.
Roy L. Dye, Jr., Houston, Tex.
William B. Elliott, Tulsa, Okla.
Edward C. Joullian III, Oklahoma City, Okla.
William C. McCord, Dallas, Tex.
William M. Minto, Houston, Tex.
Mrs. Mary Moody Northen, Galveston, Tex.

### Western Region

William H. Cowles III, Spokane, Wash.
Julius J. Fink, San Diego, Calif.
Judge Donald R. Fretz, Merced, Calif.
Glen Oliver, Salt Lake City, Utah
George H. Shavel, Phoenix, Ariz.
Robert Dean Taylor, M.D., Upland, Calif.
Arvi O. Waananen, Los Altos, Calif.
Walter Whidden, Laguna Hills, Calif.
George Torrey Wofford, Pasadena, Calif.

CP001080

# NATIONAL CHARTERED ORGANIZATIONS USING THE SCOUTING PROGRAM

54

(Appendix 27.)

| | Cub Scouts | | Scouts | | Explorers | | Total | |
|---|---|---|---|---|---|---|---|---|
| A. RELIGIOUS BODIES | Units | Youth Members | Units | Youth Members | Units | Youth Members | Units | Youth Members |
| African Methodist Episcopal | 166 | 2,798 | 203 | 2,844 | 26 | 231 | 395 | 5,873 |
| African Methodist Episcopal Zion | 57 | 977 | 81 | 1,019 | 10 | 69 | 148 | 2,065 |
| Assemblies of God | 21 | 301 | 31 | 414 | 5 | 70 | 57 | 785 |
| Baptist | 2,408 | 56,392 | 3,601 | 63,322 | 330 | 4,475 | 6,339 | 124,189 |
| Buddhist | 22 | 444 | 23 | 589 | 4 | 67 | 49 | 1,100 |
| Christian Church-Disciples of Christ | 544 | 18,340 | 882 | 18,223 | 87 | 1,208 | 1,513 | 37,771 |
| Christian Methodist Episcopal | 49 | 626 | 57 | 731 | 6 | 83 | 112 | 1,440 |
| Church of Christ | 141 | 4,474 | 215 | 3,973 | 11 | 117 | 367 | 8,564 |
| Church of God | 169 | 2,790 | 297 | 3,908 | 15 | 133 | 481 | 6,831 |
| Church of Brethren | 50 | 1,782 | 74 | 1,506 | 2 | 11 | 126 | 3,299 |
| Church of Nazarene | 24 | 552 | 68 | 1,042 | 5 | 77 | 97 | 1,671 |
| Community-Federated-Union | 274 | 9,321 | 347 | 8,366 | 35 | 476 | 656 | 18,163 |
| Eastern Orthodox (Greek, Russian, Serbian) | 15 | 654 | 44 | 1,120 | 3 | 40 | 62 | 1,814 |
| Friends (Society of Friends) | 13 | 426 | 35 | 702 | 4 | 28 | 52 | 1,156 |
| Jewish-Synagogues and Centers | 173 | 4,574 | 257 | 5,733 | 29 | 360 | 459 | 10,667 |
| Latter-day Saints "Mormon" | 4,302 | 79,199 | 5,146 | 87,336 | 5,135 | 48,447 | 14,583 | 214,982 |
| Lutheran | 1,929 | 66,162 | 2,844 | 62,532 | 273 | 3,645 | 5,046 | 132,339 |
| Moravian | 26 | 841 | 40 | 824 | 4 | 58 | 70 | 1,723 |
| Presbyterian | 1,752 | 66,374 | 2,892 | 72,363 | 360 | 5,348 | 5,004 | 144,085 |
| Protestant Episcopal | 518 | 18,932 | 993 | 24,065 | 117 | 1,775 | 1,628 | 44,772 |
| Reformed | 108 | 3,998 | 167 | 3,641 | 14 | 192 | 289 | 7,831 |
| Reorganized Latter Day Saints | 49 | 1,356 | 91 | 1,684 | 7 | 117 | 147 | 3,157 |
| Roman Catholic Parishes (1) | 4,498 | 165,111 | 4,810 | 115,944 | 498 | 7,723 | 9,806 | 288,778 |
| Salvation Army | 205 | 3,823 | 277 | 4,058 | 19 | 203 | 501 | 8,084 |
| Unitarian Universalist | 22 | 1,032 | 40 | 1,020 | 9 | 100 | 71 | 2,152 |
| United Church of Christ | 780 | 30,081 | 1,163 | 28,167 | 112 | 1,890 | 2,055 | 60,138 |
| United Methodist | 4,530 | 164,316 | 6,359 | 146,720 | 704 | 10,011 | 11,593 | 321,047 |
| Other Churches | 671 | 16,860 | 922 | 17,626 | 143 | 1,847 | 1,736 | 36,333 |
| **TOTAL** | 23,516 | 722,536 | 31,959 | 679,472 | 7,967 | 88,801 | 63,442 | 1,490,809 |
| **PERCENT OF GRAND TOTAL** | 41.9 | 39.2 | 54.6 | 55.5 | 35.2 | 22.3 | 46.2 | 43.0 |

| | Cub Scouts | | Scouts | | Explorers | | Total | |
|---|---|---|---|---|---|---|---|---|
| B. CIVIC AND COMMUNITY ORGANIZATIONS | Units | Youth Members | Units | Youth Members | Units | Youth Members | Units | Youth Members |
| Active 20-30 International | 2 | 79 | 4 | 113 | 1 | 11 | 7 | 203 |
| Air Force | 211 | 10,639 | 239 | 6,964 | 149 | 2,495 | 599 | 20,098 |
| American Legion and Auxiliary | 1,059 | 35,879 | 1,639 | 32,131 | 182 | 2,354 | 2,880 | 70,364 |
| American Veterans of World War II | 13 | 507 | 22 | 460 | 13 | 161 | 48 | 1,128 |
| Army | 251 | 11,519 | 363 | 9,330 | 273 | 4,007 | 887 | 24,856 |
| Boys' Clubs | 60 | 1,116 | 81 | 1,404 | 12 | 130 | 153 | 2,650 |
| Chamber of Commerce-Businessmen's Assn. | 218 | 7,457 | 224 | 4,141 | 49 | 1,267 | 491 | 12,865 |
| Civitan International | 90 | 3,125 | 128 | 2,712 | 22 | 328 | 240 | 6,165 |
| Coast Guard | 4 | 109 | 13 | 370 | 34 | 557 | 51 | 1,036 |
| Conservation Clubs or Groups | 3 | 69 | 25 | 470 | 24 | 311 | 52 | 850 |
| Disabled American Veterans | 22 | 377 | 51 | 745 | 5 | 53 | 78 | 1,175 |
| District Committee-Scout Council | 153 | 3,394 | 151 | 2,859 | 171 | 2,387 | 475 | 8,640 |
| Eagles, Fraternal Order | 33 | 1,336 | 39 | 748 | 7 | 140 | 79 | 2,224 |
| Economic Opportunity Agencies | 87 | 2,015 | 122 | 2,332 | 64 | 1,460 | 273 | 5,807 |
| Elks, Benevolent and Protective Order of | 278 | 11,325 | 492 | 10,678 | 100 | 1,463 | 870 | 23,466 |
| Exchange National | 43 | 1,584 | 74 | 1,752 | 14 | 166 | 131 | 3,502 |
| Farm Bureau-Farm Cooperatives | 4 | 127 | 6 | 154 | 1 | 38 | 11 | 319 |
| Fire Departments | 824 | 27,540 | 1,102 | 21,052 | 537 | 7,767 | 2,463 | 56,359 |
| Governmental Bodies | 89 | 2,173 | 139 | 2,501 | 208 | 3,974 | 436 | 8,648 |
| Grange | 78 | 2,508 | 103 | 2,030 | 3 | 22 | 184 | 4,560 |
| Group of Citizens | 1,737 | 43,381 | 1,260 | 23,409 | 535 | 6,843 | 3,532 | 73,633 |
| Housing Projects | 349 | 6,033 | 371 | 5,908 | 49 | 738 | 769 | 12,679 |
| Indian Tribal Councils | 13 | 146 | 17 | 273 | 11 | 122 | 41 | 541 |
| Industry | 782 | 22,906 | 1,110 | 20,749 | 3,378 | 67,798 | 5,270 | 111,453 |
| Izaak Walton League | 3 | 75 | 6 | 140 | 6 | 229 | 15 | 444 |
| Jaycees U.S. | 501 | 18,381 | 477 | 9,676 | 104 | 1,596 | 1,082 | 29,653 |
| Kiwanis International | 626 | 24,287 | 940 | 20,456 | 184 | 3,119 | 1,750 | 47,862 |
| Knights of Columbus | 335 | 12,015 | 560 | 12,193 | 53 | 841 | 948 | 25,049 |
| Knights of Pythias | 11 | 352 | 20 | 416 | 0 | 0 | 31 | 768 |
| Labor Organizations | 43 | 1,548 | 75 | 1,457 | 19 | 251 | 137 | 3,256 |
| Lions International | 1,840 | 64,267 | 2,325 | 46,063 | 248 | 3,786 | 4,413 | 114,116 |
| Masonic Bodies | 61 | 1,744 | 107 | 1,812 | 9 | 139 | 177 | 3,695 |
| Men's Clubs | 95 | 2,776 | 112 | 2,295 | 22 | 304 | 229 | 5,375 |
| Moose, Loyal Order of | 82 | 2,984 | 137 | 2,551 | 20 | 257 | 239 | 5,792 |
| Navy, Marines | 100 | 4,301 | 136 | 3,521 | 114 | 1,935 | 350 | 9,757 |

55

# EXHIBIT 3

1   **SEDGWICK LLP**
    JOHN G. GHERINI (SBN 220981)
2   *john.gherini@sedgwicklaw.com*
    SHEYANNE H. BANE (SBN 239395)
3   *sheyanne.bane@sedgwicklaw.com*
    DAVID D. MESA (SBN 257488)
4   *david.mesa@sedgwicklaw.com*
    333 Bush Street, 30th Floor
5   San Francisco, CA  94104-2834
    Telephone: (415) 781-7900
6   Facsimile: (415) 781-2635

7   Attorneys for Defendants BOY SCOUTS OF AMERICA and
    GOLDEN EMPIRE COUNCIL, BOY SCOUTS OF AMERICA
8

9                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                   COUNTY OF SOLANO – SOLANO JUSTICE CENTER

11

12  Mark Dietrich, Individually,            CASE NO.: FCS041141

13          Plaintiff,                      [Assigned For All Purposes To Judge  Paul L.
                                            Beeman, Dept. 1]
14          v.
                                            **DECLARATION OF AL WESTBERG IN**
15  Defendant Doe 1, Scouting Organization; **SUPPORT OF MOTION BY DEFENDANTS**
    Defendant Doe 2, Council; and Does 3    **BOY SCOUTS OF AMERICA AND**
16  through 100, inclusive,                 **GOLDEN EMPIRE COUNCIL, BOY**
                                            **SCOUTS OF AMERICA FOR SUMMARY**
17          Defendants.                     **JUDGMENT, OR IN THE ALTERNATIVE,**
                                            **SUMMARY ADJUDICATION**
18
                                            *[Served concurrently with Notice of Motion and*
19                                          *Motion for Summary Judgment, Separate*
                                            *Statement of Undisputed Facts, Compendium of*
20                                          *Evidence, Compendium of Out-of-State*
                                            *Authorities, Request for Judicial Notice and*
21                                          *[Proposed] Order]*

22
                                            **DATE:  December 16, 2015**
23                                          **TIME:   8:30 a.m.**
                                            **DEPT:  1**
24

25
                                            Complaint Filed:      January 30, 2013
26                                          Trial Date:           February 2, 2016

27

28  20445928v1                             1
    ─────────────────────────────────────────────────────────────────────
    DECLARATION OF AL WESTBERG IN SUPPORT OF MOTION BY DEFENDANTS BOY SCOUTS OF
    AMERICA AND GOLDEN EMPIRE COUNCIL, BOY SCOUTS OF AMERICA FOR SUMMARY JUDGMENT
    OR IN THE ALTERNATIVE SUMMARY ADJUDICATION

1    I, Al Westberg, declare:

2    1.    I am an Area Director for the Boy Scouts of America ("BSA"), a defendant in the

3    above-entitled action.  As the Area Director, I have personal knowledge or knowledge gained as

4    a representative of BSA of the facts in this Declaration and would testify to them if called to do

5    so.

6    2.    The scouting movement consists of three separate legal entities:  BSA on the

7    national level; local councils located in communities throughout the United States; and the local

8    community organizations which organize, operate, and supervise Scout troops.

9    3.    Boy Scouts of America at the national level is a nonprofit educational resource

10    program.  BSA's Congressional charter provides that its purpose is to "promote, through

11    organization, and cooperation with other agencies, the ability of boys to do things for themselves

12    and others, to train them in Scoutcraft, and to teach them patriotism, courage, self-reliance, and

13    kindred virtues."  (A true and correct copy of the BSA's Articles of Incorporation (1916) are

14    attached as **Exhibit A**.)  BSA makes its Scouting program available to local community

15    organizations to use as part of those organizations' service to their members and to their

16    communities.

17    4.    BSA charters councils for a prescribed geographical area.  There are

18    approximately 275 locally incorporated councils in the United States.  These local councils

19    provide guidance and support to the independent community organizations that operate scout

20    troops.  Each council is incorporated as a separate not-for-profit entity in the state in which it is

21    located, and each council raises and disburses its own funds and has its own board of directors.

22    Golden Empire Council, Boy Scouts of America is one such council. (True and correct copies of

23    BSA's Charters and Bylaws in effect during the relevant time period (1978-1981) are attached as

24    **Exhibit B**.)

25    5.    BSA also issues charters to independent community organizations (such as

26    churches, parent-teacher associations, and civic organizations) to sponsor and organize troops

27    and other scouting units.  These "chartered organizations," in accordance with their charters,

28    

20445928v1

2

DECLARATION OF AL WESTBERG IN SUPPORT OF MOTION BY DEFENDANTS BOY SCOUTS OF
AMERICA AND GOLDEN EMPIRE COUNCIL, BOY SCOUTS OF AMERICA FOR SUMMARY JUDGMENT
OR IN THE ALTERNATIVE SUMMARY ADJUDICATION

1  agree to use the program in accordance with the guidelines and policies set forth in the official

2  BSA publications and literature. The chartered organizations create troop committees, which in

3  turn supervise and run the troop, including selecting their adult leaders from their communities.

4  The troop committee is comprised of volunteers who are responsible for selecting and

5  supervising the Scoutmaster and other troop adults. (True and correct copies of the Troop

6  Committee Guidebook during the relevant time period (1978-1981) are attached hereto as

7  **Exhibit C**.) The Scoutmaster and Assistant Scoutmaster of a Boy Scout troop are responsible for

8  the planning, organization and supervision of the troop's various activities, such as meetings,

9  camping trips and other outings or activities. The Scoutmasters, Assistant Scoutmasters and

10  other adult volunteers of the troops are not agents or employees of the BSA or the local councils.

11      6.      Neither BSA nor local councils control or have the right to control the chartered

12  organizations or the activities of local troops. Further, BSA does not control or have the right to

13  control the day-to-day activities of the local councils.

14      7.      Beginning in approximately 1920, BSA began creating Ineligible Volunteer

15  ("I.V.") files to identify and document persons who did not meet the high standards set by BSA

16  for participation in Scouting programs. Grounds for ineligibility have followed societal mores at

17  the time of reporting and have included, for example, gambling, drinking, financial improprieties,

18  dishonesty, and criminal behavior, including child molestation. The I.V. files are created based

19  on voluntary reports by victims, their parents and other persons.

20      8.      An I.V. file is created once BSA receives information that alleges inappropriate or

21  unlawful conduct by an adult volunteer, even if never proven, and even if the child involved was

22  not involved in Scouting. BSA uses the I.V. files for two principal purposes: (1) to identify

23  individuals determined to be ineligible to volunteer in the event they attempt to rejoin a Scouting

24  program in another area; and (2) to provide written justification and document why an individual

25  was deemed ineligible in the event their membership revocation is challenged in litigation.

26

27

28

20445928v1                                     3

DECLARATION OF AL WESTBERG IN SUPPORT OF MOTION BY DEFENDANTS BOY SCOUTS OF
AMERICA AND GOLDEN EMPIRE COUNCIL, BOY SCOUTS OF AMERICA FOR SUMMARY JUDGMENT
OR IN THE ALTERNATIVE SUMMARY ADJUDICATION

1      9.     During all relevant time periods, all Councils were required to submit all adult

2  volunteer applications to the BSA to determine whether the applicant had previously been

3  identified as an ineligible volunteer.

4      10.    On information and belief, I believe Garrett Hatfield first became involved as an

5  adult volunteer in Scouting in 1976. At the time he submitted his application, he was not

6  identified as an ineligible volunteer.

7      11.    There is no record of Hatfield being involved in Scouting in any way between the

8  mid-1980s and 1999. In 1999, Hatfield applied to be a scoutmaster of Troop 974 in Reno,

9  Nevada.

10     12.    BSA revoked Hatfield's registration in May 2001 when BSA first became aware

11  of an allegation of misconduct that occurred during 2001 during his involvement with Troop 974.

12  An IV file was created at the time, and as a result, Hatfield was immediately banned from

13  Scouting. Hatfield was not identified as an ineligible volunteer prior to May 2001, and therefore,

14  BSA did not know, or have reason to know that Hatfield posed a specific threat of sexual

15  misconduct.

16     13.    At no time was Hatfield an employee or agent of BSA.

17     14.    During the relevant time period when plaintiff was involved in Scouting, the BSA

18  did not have a training program in place that was designed to prevent against child sexual abuse.

19  Rather, BSA's Youth Protection Training Program which is specifically designed to prevent child

20  abuse was not implemented until 1987.

21     I declare under penalty of perjury under the laws of the State of California that the

22  foregoing is true and correct.

23

24     Executed this _24_ day of September, 2015, at Pleasant Hill, California.

25

26

27                      Al Westberg, Declarant

28  20445928v1                4

1  **SEDGWICK LLP**
   JOHN G. GHERINI (SBN 220981)
2  *john.gherini@sedgwicklaw.com*
   SHEYANNE H. BANE (SBN 239395)
3  *sheyanne.bane@sedgwicklaw.com*
   DAVID D. MESA (SBN 257488)
4  *david.mesa@sedgwicklaw.com*
   333 Bush Street, 30th Floor
5  San Francisco, CA  94104-2834
   Telephone: (415) 781-7900
6  Facsimile: (415) 781-2635

7  Attorneys for Defendants BOY SCOUTS OF AMERICA and
   GOLDEN EMPIRE COUNCIL, BOY SCOUTS OF AMERICA
8

9            SUPERIOR COURT OF THE STATE OF CALIFORNIA

10           COUNTY OF SOLANO – SOLANO JUSTICE CENTER

11

12  Mark Dietrich, Individually,          |  CASE NO.: FCS041141

13         Plaintiff,                      |  [Assigned For All Purposes To Judge  Paul L.
                                              Beeman, Dept. 1]
14     v.

15  Defendant Doe 1, Scouting Organization;  |  **DECLARATION OF ALAN KOPPES IN
    Defendant Doe 2, Council; and Does 3       SUPPORT OF MOTION BY DEFENDANTS
16  through 100, inclusive,                    BOY SCOUTS OF AMERICA AND
                                               GOLDEN EMPIRE COUNCIL, BOY
17         Defendants.                         SCOUTS OF AMERICA FOR SUMMARY
                                               JUDGMENT, OR IN THE ALTERNATIVE,
18                                             SUMMARY ADJUDICATION**

19                                          |  *[Served concurrently with Notice of Motion and
                                               Motion for Summary Judgment, Separate
20                                             Statement of Undisputed Facts, Compendium of
                                               Evidence, Compendium of Out-of-State
21                                             Authorities, Request for Judicial Notice and
                                               [Proposed] Order]*

22
                                               **DATE:  December 16, 2015**
23                                             **TIME:  8:30 a.m.**
                                               **DEPT:  1**
24

25
                                               Complaint Filed:      January 30, 2013
26                                             Trial Date:           February 2, 2016

27

28  81966891v1                              1

DECLARATION OF ALAN KOPPES IN SUPPORT OF MOTION BY DEFENDANTS BOY SCOUTS OF
AMERICA AND GOLDEN EMPIRE COUNCIL, BOY SCOUTS OF AMERICA FOR SUMMARY JUDGMENT
OR IN THE ALTERNATIVE SUMMARY ADJUDICATION

I, Alan Koppes, declare:

1.    I am a member of the Executive Board of the Golden Empire Council ("GEC") and have been a member since in or around 1988. I was also the President of GEC in or around 1977. As such, I have personal knowledge or knowledge gained as a representative of GEC of the facts in this Declaration and would testify to them if called to do so.

2.    During my tenure as President of GEC, as well as during my capacity as a member of the Executive Board of GEC from approximately 1988 to the present, I was familiar with the day-to-day operations of the GEC, including the provisions and parameters of its bylaws, as well as the charter agreement between BSA and GEC. Specifically, I knew and understood that the GEC was incorporated as a California not-for-profit entity, and was and still is operated as a separate legal entity from the BSA. In addition, I knew and understood that the GEC operated as a separate entity from any and all chartered organizations, as well as from the individual, local Boy Scout troops.

3.    During all relevant times, the GEC did not control nor have the right to control the chartered organizations or the activities of local troops. Rather, the chartered organizations owned and operated the individual local troops. The adult leaders and youth members of the troops, together planned, organized and ran the troops. Moreover, GEC did not select the leaders, such as the Scoutmasters and Assistant Scoutmasters, of the local troops. Rather, the leaders were selected by the troop committees, which are comprised of adult volunteers and parents of the boys in the troops, who are selected by the chartered organization.

4.    During all relevant time periods, GEC's role was to provide guidance and support to the independent chartered organizations that operated the scout troops, as well as make training available to the chartered organizations using the Scouting program and provide procedures for advancements of youths in the Scouting program.

5.    During all relevant time periods, GEC operated pursuant to its bylaws, as well as the charter agreement between the GEC and BSA. It acted as a legal entity separate and apart from the BSA, the local chartered organizations and individual Boy Scout troops. I have no

81966891v1

2

1 | reason to believe that the GEC ever acted outside the scope of its bylaws or its charter agreement
2 | with the BSA.

3 |     I declare under penalty of perjury under the laws of the State of California that the
4 | foregoing is true and correct.

5 |     Executed this _18th_ day of September, 2015, at Carmichael, California.

                                        Alan Koppes, Declarant

DECLARATION OF ALAN KOPPES IN SUPPORT OF MOTION BY DEFENDANTS BOY SCOUTS OF
AMERICA AND GOLDEN EMPIRE COUNCIL, BOY SCOUTS OF AMERICA FOR SUMMARY JUDGMENT
OR IN THE ALTERNATIVE SUMMARY ADJUDICATION

1  **SEDGWICK LLP**
   JOHN G. GHERINI (SBN 220981)
2  *john.gherini@sedgwicklaw.com*
   SHEYANNE H. BANE (SBN 239395)
3  *sheyanne.bane@sedgwicklaw.com*
   DAVID D. MESA (SBN 257488)
4  *david.mesa@sedgwicklaw.com*
   333 Bush Street, 30th Floor
5  San Francisco, CA  94104-2834
   Telephone: (415) 781-7900
6  Facsimile: (415) 781-2635

7  Attorneys for Defendants BOY SCOUTS OF AMERICA and
   GOLDEN EMPIRE COUNCIL, BOY SCOUTS OF AMERICA

8

9               SUPERIOR COURT OF THE STATE OF CALIFORNIA

10              COUNTY OF SOLANO – SOLANO JUSTICE CENTER

11

12  Mark Dietrich, Individually,          CASE NO.: FCS041141

13          Plaintiff,                    [Assigned For All Purposes To Judge  Paul L.
                                          Beeman, Dept. 1]
14      v.
                                          **DECLARATION OF CHARLES**
15  Defendant Doe 1, Scouting Organization;   **BRASFEILD IN SUPPORT OF MOTION**
    Defendant Doe 2, Council; and Does 3      **BY DEFENDANTS BOY SCOUTS OF**
16  through 100, inclusive,                    **AMERICA AND GOLDEN EMPIRE**
                                               **COUNCIL, BOY SCOUTS OF AMERICA**
17          Defendants.                        **FOR SUMMARY JUDGMENT, OR IN THE**
                                               **ALTERNATIVE, SUMMARY**
18                                             **ADJUDICATION**

19                                          *[Served concurrently with Notice of Motion and*
                                            *Motion for Summary Judgment, Separate*
20                                          *Statement of Undisputed Facts, Compendium of*
                                            *Evidence, Compendium of Out-of-State*
21                                          *Authorities, Request for Judicial Notice and*
                                            *[Proposed] Order]*
22

23                                          **DATE:**  December 16, 2015
                                            **TIME:**     8:30 a.m.
24                                          **DEPT:**     1

25

26                                          Complaint Filed:        January 30, 2013
                                            Trial Date:             February 2, 2016
27

28  ────────────────────────────────────────────────
    82022864v1                              1
    DECLARATION OF CHARLES BRASFEILD IN SUPPORT OF MOTION BY DEFENDANTS BOY SCOUTS
    OF AMERICA AND GOLDEN EMPIRE COUNCIL, BOY SCOUTS OF AMERICA FOR SUMMARY
    JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION

I, Charles Brasfeild, declare:

1.    I am the Scout Executive for the Golden Empire Council ("GEC") and have held this position since May 1, 2014. My duties as Scout Executive include, among other, planning and fundraising on behalf of the Golden Empire Council, as well as overseeing personnel decisions, camp operations and community relations. If called to testify as a witness, I could and would competently testify under oath to the matters set forth herein.

2.    Boy Scouts of America ("BSA") charters local councils, such as GEC. Local councils are non-profit corporations separate and apart from BSA which are responsible for making training available to chartered organizations using the Scouting program and for providing procedures for advancement of youths in the Scouting program. They also provide advice and support to local organizations which operate programs for youth using aspects of programs created by BSA, including local Scouting units, like packs and troops. Local councils have geographic boundaries. Generally speaking, a local council provides advice and support to local organizations which operate local units within their geographic boundaries. Based on information and belief, attached hereto as Exhibit "A" is a true and correct copy of GEC's By-Laws that were in place from 1976 through the 1990s.

3.    BSA also charters local organizations permitting them to use portions of scouting programs, which the local organizations select, and permitting them to use BSA material and insignia in youth programs which the local organizations themselves establish. Pursuant to their charters with BSA, local councils administer the process of issuance and renewal of the charters issued to local organizations. The chartered organizations, in accordance with their charters, agree to use the program in accordance with the guidelines and policies set forth in the official BSA publications and literature.

4.    Each chartered organization, which owns and operates the local units, establishes a unit committee which selects the unit leaders and supervises the unit. In the case of a troop, the chartered organization appoints a troop committee comprised of adult volunteers who are responsible for selecting and supervising the Scoutmaster and other troop adult volunteers. The

82022864v1

2

1    Scoutmaster and Assistant Scoutmaster of a Boy Scout troop are responsible for the planning,

2    organization and supervision of the troop's activities.  The GEC does not have the right to control

3    the chartered organizations or the activities of local troops or troop adults.  At no time are local

4    adult troop volunteers employees or agents of GEC.

5           5.     The GEC is a non-profit corporation incorporated under the laws of the State of

6    California.  When I became the Scout Executive, I was hired by the GEC, not BSA.  Based on

7    information and belief, attached hereto as Exhibit "B" is a true and correct copy of GEC's

8    Certificate of Amendment of Articles of Incorporation, filed on or about March 11, 1977.

9           6.     Based on information and belief, Golden Empire Council did not have a training

10   program in place that was designed to prevent against child sexual abuse during the late 1970s-

11   early 1980s.  Rather, the first time Golden Empire Council had such a training program was

12   when BSA implemented the Youth Protection Training Program in or around 1987.

13          I declare under penalty of perjury under the laws of the State of California that the

14   foregoing is true and correct.

15          Executed this 30 day of September, 2015, at Sacramento, California.

16

17                                                Charles Brasfeild, Declarant

18

19

20

21

22

23

24

25

26

27

28   82022864v1                              3