**Exhibit D**

Excerpts From Transcript of July 14, 2021 Deposition of Brian Whittman

Page 1

1      IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF DELAWARE
2
3   In re:                        ) Chapter 11
                                  )
4                                 ) Case No. 20-10343 (LSS)
                                  )
5   BOY SCOUTS OF AMERICA AND     )
    DELAWARE BSA, LLC,            )
6   Debtors.                      ) (Jointly Administered)
7
8             ORAL VIDEOTAPED DEPOSITION OF
9                    BRIAN WHITTMAN
10                   July 14, 2021
11      ORAL VIDEOTAPED DEPOSITION OF BRIAN WHITTMAN,
12   produced as a witness at the instance of First State
13   Insurance Company, Hartford Accident and Indemnity
14   Company, Twin City Fire Insurance Company and
15   Navigators Specialty Insurance Company and duly
16   sworn, was taken in the above-styled and numbered
17   cause on the 14th day of July, 2021, from 10:04 a.m.
18   to 4:41 p.m., before Vickie G. Hildebrandt, Certified
19   Shorthand Reporter in and for the State of Texas,
20   reported by computerized stenotype machine with the
21   witness present in Dallas, Texas, pursuant to the
22   Federal Rules of Civil Procedure, the current
23   emergency order regarding the COVID-19 State of
24   Disaster, agreement of counsel and the provisions
25   stated on the record or attached hereto.

1     privilege?
2          A.    Correct.
3          Q.    Do you know if there were any meetings of any
4     board of the BSA after June 22nd and before
5     July 1st?
6          A.    I'm not aware of any.
7          Q.    Which one of the BSA boards authorized BSA's
8     entry into the RSA?
9          A.    My understanding is that the National
10    Executive Board had delegated most of the authority
11    that was needed to negotiate agreements in the
12    bankruptcy, including the RSA, to the National
13    Executive Committee but that there were certain
14    aspects that were still reserved for the National
15    Executive Board principally around the assumption of
16    additional debt, indebtedness, by the organization
17    and that any of those aspects such as the issuance of
18    the 80 million-dollar trust note were previously
19    approved by the National Executive Board but
20    otherwise, the National Executive Committee was in a
21    position to authorize the entry into the RSA.
22         Q.    Did the National Executive Committee authorize
23    the entry into the RSA on June 22nd?
24                 MR. HAMMOND:  To the extent you know,
25    you can answer.

```
 1      A.   I -- I believe so.
 2      Q.   How do you know that?
 3      A.   I was there.
 4      Q.   So you saw them do it, right?
 5      A.   I'm sorry, you got a little muffled there.
 6      Q.   I said so you saw them do it, right?
 7      A.   Well, it was a, you know, telephonic, slash,
 8 Zoom meeting and so I either saw or heard them take
 9 whatever vote they needed to take to make the
10 authorization.
11      Q.   And that occurred on June 22nd?
12      A.   I believe so.
13      Q.   There were back-to-back meetings on June 5th,
14 one a joint meeting of the National Executive Committee
15 and the Bankruptcy Task Force and then a special
16 National Executive Board meeting.  That is reported on
17 Pages 770 and 773.
18      A.   I'm working on it.
19      Q.   Okay.  Let me know when you're ready.
20      A.   Okay.  I'm there.
21      Q.   Other than a reminder of the duty to preserve
22 the mission of scouting from Mrs. Schuler, what was
23 discussed at these meetings?
24           MR. HAMMOND:  Mr. Whittman, I just
25 caution you not to reveal any information protected
```