**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

      IT IS HEREBY CERTIFIED that on July 22, 2021, the United States Trustee's Objection To Debtors' *Motion for Entry of an Order Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* (the "RSA Motion")was served through the CM/ECF system, and courtesy copies by email were provided to the following persons:

EMAIL

Jessica C. Lauria
White & Case LLP
jessica.lauria@whitecase.com

Michael C Andolina
White & Case LLP
mandolina@whitecase.com

Matthew E. Linder
White & Case LLP
mlinder@whitecase.com

Blair M. Warner
White & Case LLP
blair.warner@whitecase.com

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
dabbott@morrisnichols.com

Eric Moats
Morris, Nichols Arsht & Tunnell
emoats@morrisnichols.com

Paige N. Topper
Morris, Nichols Arsht & Tunnell
ptopper@morrisnichols.com

Kurt F. Gwynne
Reed Smith LLP
kgwynne@reedsmith.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel
tmayer@krmerlevin.com

Rachael Ringer
Kramer Levin Naftalis & Frankel
rringer@kramerlevin.com

David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
dlabey@kramerlevin.com

Jennifer R. Sharret
Kramer Levin Naftalis & Frankel
jsharret@kramerlevin.com

Megan M. Wasson
Kramer Levin Naftalis & Frankel
mwasson@kramerlevin.com

James I. Stang
Pachulski Stang Ziehl & Jones
jstang@pszjlaw.com

James E. O'Neill
Pachulski Stang Ziehl & Jones
joneill@pszjlaw.com

John W. Lucas
Pachulski Stang Ziehl & Jones
jlucas@pszjlaw.com

Robert S. Brady
Young Conaway Stargatt & Taylor LLP
rbrady@ycst.com


/s/ David L. Buchbinder
David L. Buchbinder, Esq.
Trial Attorney

Edwin J. Harron
Young Conaway Stargatt & Taylor LLP
eharron@ycst.com

Sharon M. Zieg
Young Conaway Stargatt & Taylor LLP
szieg@ycst.com

Louis R. Strubeck
Norton Rose Fulbright US LLP
louis.strubeck@nortonrosefulbright.com

Kristian W. Gluck
Norton Rose Fulbright US LLP
kristian.gluck@nortonrosefulbright.com

David Molton
Brown Rudnick LLP
dmolton@brownrudnick.com

Sunni Beville
Brown Rudnick LLP
sbeville@brownrudnick.com

Rachel B. Mersky
Monzack Mersky Browder and Hochman, P.A.
rmersky@monlaw.com