# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**DECLARATION OF JOEL MILLAR IN SUPPORT OF HARTFORD'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (D.I. 5466)**

I, Joel Millar, hereby declare under penalty of perjury that the foregoing is true and correct:

1. I am a Special Counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company. I respectfully submit this declaration in support of *Hartford's Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5466)*, being filed today in the above-captioned cases, based on my personal knowledge of the proceedings in the above-captioned cases, and review of the documents described below.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Settlement Agreement and Release by and between Hartford (as defined therein) and BSA (as defined therein), entered into on April 15, 2021 [D.I. 2624-1].

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Transcript of the Deposition of Roger C. Mosby taken on July 15, 2021.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the Transcript of the Telephonic Disclosure Statement Hearing that was held in the above-captioned cases on May 19, 2021 [D.I. 4716].

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the Transcript of the Telephonic Status Conference that was held in the above-captioned cases on July 7, 2021 [D.I. 5529].

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from Debtors' Responses and Objections to Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC, and the Future Claims Representative's First Set of Requests for Admission to Boy Scouts of America and Delaware BSA, LLC, Regarding the Debtors' Plan Solicitation Procedures Motion and Related Matters, dated May 12, 2021.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the Transcript of the Deposition of Brian Whittman taken on July 14, 2021.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the Transcript of the Deposition of Daniel Ownby taken on July 19 2021.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from Debtors' Responses and Objections to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company's First Set of Requests for Admission to Boy Scouts of America and Delaware BSA, LLC, dated July 8, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2021.

_____
Joel Millar