# **EXHIBIT E**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DEBTORS' RESPONSES AND OBJECTIONS TO COALITION OF ABUSED SCOUTS FOR JUSTICE, THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, AND THE FUTURE CLAIMS REPRESENTATIVE'S FIRST SET OF REQUESTS FOR ADMISSION TO BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, REGARDING THE DEBTORS' PLAN SOLICITATION PROCEDURES MOTION AND RELATED MATTERS**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure ("Federal Rules"), as made applicable by Rules 7036 and 9014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and the Local Rules of the United States District Court for the District of Delaware ("Local Rules"), made applicable hereto pursuant to the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules" and together with the Federal Rules, the Bankruptcy Rules and the Local Rules, the "Rules"), Boy Scouts of America (the "BSA") and its affiliate Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), by and through their undersigned counsel, hereby respond and object, without prejudice and while reserving all rights, to *Coalition of Abused Scouts For Justice, The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC, and the Future Claims*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**RESPONSE**: The Debtors incorporate their general objections to the Interrogatories as if fully set forth herein. Subject to and without waiving its general objections, and to the extent a response is required, the Debtors **admit** Request 1.

2. Admit the Debtors have not violated any cooperation clauses under Insurance Policies that have provided Hartford with the right to deny coverage for Abuse Claims.

**RESPONSE**: The Debtors incorporate their general objections to the Interrogatories as if fully set forth herein. Subject to and without waiving its general objections, and to the extent a response is required, the Debtors **admit** Request 2.

3. Admit the Hartford Settlement Agreement was negotiated without the participation and input of the TCC, the Coalition or the FCR.

**RESPONSE:** The Debtors incorporate their general objections to the Interrogatories as if fully set forth herein. Subject to and without waiving its general objections, and to the extent a response is required, the Debtors **deny** Request 3.

4. Admit the Debtors agreed to the Hartford Settlement Agreement with knowledge that Century's financial condition may limit its ability to contribute $1.3 billion.

**RESPONSE**: The Debtors incorporate their general objections to the Interrogatories as if fully set forth herein. Subject to and without waiving its general objections, and to the extent a response is required, the Debtors **deny** Request 4.

5. Admit the Debtors agreed to the Hartford Settlement Agreement with knowledge that Century's financial condition may reduce the payment made by Hartford under the Hartford Settlement Agreement.