# **<u>EXHIBIT G</u>**

HIGHLY CONFIDENTIAL

Page 1

1     IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE DISTRICT OF DELAWARE
2
3   In re:                          ) Chapter 11
                                    )
4                                   ) Case No. 20-10343 (LSS)
                                    )
5   BOY SCOUTS OF AMERICA AND       )
    DELAWARE BSA, LLC,              )
6   Debtors.                        ) (Jointly Administered)
7        TRANSCRIPT DESIGNATED HIGHLY CONFIDENTIAL
8              ORAL VIDEOTAPED DEPOSITION OF
9                      DANIEL OWNBY
10                    July 19, 2021
11     ORAL VIDEOTAPED DEPOSITION OF DANIEL OWNBY,
12  produced as a witness at the instance of Century and
13  duly sworn, was taken in the above-styled and
14  numbered cause on the 19th day of July, 2021, from
15  9:05 a.m. to 4:33 p.m., before Vickie G. Hildebrandt,
16  Certified Shorthand Reporter in and for the State of
17  Texas, reported by computerized stenotype machine
18  with the witness present in Dallas, Texas, pursuant
19  to the Federal Rules of Civil Procedure, the current
20  emergency order regarding the COVID-19 State of
21  Disaster, agreement of counsel and the provisions
22  stated on the record or attached hereto.
23
24
25

Veritext Legal Solutions
800-227-8440                                    973-410-4040

Page 169

1      MR. ANDOLINA:  Objection to form.
2      A.   I'm sure there was.  I mean, it's in all our
3   discussions, it's around the chartered organizations
4   and when to keep them and they're an important part
5   of our program.
6      Q.   But you can't remember anything specific about
7   the chartered organizations in these discussions, right?
8      A.   I -- at this time, no.
9      Q.   Okay.  The second group that you talked to me
10  about was your spring tour with the Key 3, right?
11     A.   Correct.
12     Q.   And the -- the Key 3 are you, Mr. Sorrels and
13  Mr. Mosby, right?
14     A.   Correct.
15     Q.   And tell me about the tour.
16          MR. ANDOLINA:  Objection to form.
17     A.   So the tour was a weeklong meeting with
18  other Key 3s at the local level in certain cities
19  over a week period where we discussed several
20  updates, not only the bankruptcy but also discussed
21  the current office, the structure of the BSA, the
22  GS USA litigation, direction after bankruptcy, growth
23  and other things.
24     Q.   When you refer to GS USA, you mean GS USA which
25  is the Girl Scouts, correct?

Page 170

1     A.    Yes, capital G, capital S.
2     Q.    When did this tour take place?  When did this
3  tour take place?
4     A.    In the spring, the spring, I'd say April.
5     Q.    Was it an in-person tour?
6     A.    Yes.
7     Q.    What cities did you go to?
8     A.    Dallas, Charlotte, Allentown, near Hartford,
9  Indianapolis, Omaha, Denver, Oakland or a camp near
10 those cities.
11    Q.    Did you discuss the Hartford settlement on this
12 tour?
13    A.    Yes.
14    Q.    What did you say about it?
15    A.    That it was a great move and it was a start
16 of -- of the -- it was -- it was good for us.  I
17 mean, it was -- it was -- I -- I -- I don't know if
18 Mr. Mosby or Mr. Sorrels had that piece of the
19 discussion but it was -- we felt like it was a great
20 movement forward and I think it had just been signed
21 so it was right after that was the tour.
22    Q.    Okay.  So one of the three of you made the
23 point at that time that the Hartford settlement was a
24 great move, correct?
25    A.    Yes.

1              MR. ANDOLINA:  Objection to form.
2        Q.   You don't remember which of the three of you
3    did that?
4        A.   No, I -- no.
5        Q.   Was that something that you said at each of
6    the meetings or only at a few of them?
7              MR. ANDOLINA:  Objection to form.
8        A.   I think we said it at every meeting.
9        Q.   Okay.  What else about the bankruptcy did you
10   say?
11       A.   So I did not talk about the bankruptcy.
12   Scott, Mr. Sorrels, talked about the bankruptcy
13   piece.  I was talking more about GS USA, structuring
14   governance and other items.
15       Q.   Okay.  What did Mr. Sorrels say about the
16   bankruptcy?
17             MR. ANDOLINA:  Objection to form,
18   foundation.
19       A.   Mr. Sorrels talked about the process, the
20   timeline, where we were.  I would -- I -- now
21   thinking about it, he would have said about the
22   Hartford.  I think those were probably the main
23   topics.  Ad Hoc Committee, working with the Ad Hoc
24   Committee.
25       Q.   What did Mr. Sorrels say about working with the

HIGHLY CONFIDENTIAL

Page 223

1  THE VIDEOGRAPHER: Going off the
2  record. The time is 4:09.
3  (Recess taken.)
4  THE VIDEOGRAPHER: We are now on the
5  record. The time is 4:18.
6  MR. HALLOWELL: Mr. Ownby, I have no
7  further questions at this time. Thank you.
8  THE WITNESS: Thank you.
9  EXAMINATION
10  Q.  (BY MR. WEINBERG) I have just a few
11  questions.
12  Good afternoon, Mr. Ownby. This is
13  Josh Weinberg. I represent the Hartford. I have
14  just a few questions for you this afternoon.
15  Can you hear me okay?
16  A.  Yes.
17  Q.  Great.
18  Now, I -- I think that earlier this
19  afternoon, you mentioned that on your tour of the
20  local councils in the spring, it was Mr. Sorrels who
21  would talk up the Hartford/BSA settlement agreement;
22  is that accurate?
23  MR. ANDOLINA: Objection to the form,
24  characterization.
25  A.  Mr. Sorrels discussed the bankruptcy and I

HIGHLY CONFIDENTIAL

Page 224

1   think in his talk, it -- it -- it talked about the
2   Hartford deal.
3       Q.   And he said that the -- that the BSA/Hartford
4   settlement was important and a great move, didn't he?
5              MR. ANDOLINA:  Objection to form.
6       A.   I -- I don't know if he used those exact
7   words but I think that was the intent.
8       Q.   And did you agree at the time of that
9   assessment of the BSA/Hartford settlement?
10      A.   Yes.
11      Q.   And what was your assessment of the settlement
12  based upon at that time?
13             MR. ANDOLINA:  Objection to form.
14      A.   So -- and did you -- are you saying why did
15  I feel it was great?
16      Q.   I'm -- I'm -- I guess I'm asking a slightly
17  different question --
18      A.   Okay.
19      Q.   -- Mr. Ownby.
20      A.   Okay.
21      Q.   Did you -- did you do any independent analysis
22  of the BSA/Hartford settlement agreement?
23             MR. ANDOLINA:  Objection to form,
24  foundation.
25      A.   I, you know, was in lots of meetings with