**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOYS SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2021, I caused a copy of the below-listed filing to be electronically filed with the Clerk of Court using CM/ECF which will electronically transmit notification of such filing to CM/ECF participants in the above referenced case in accordance with Del. Bankr. L. R. 9036-1. Additionally, a copy of the filing will be served via electronic mail upon the parties on the attached service list.

**OLD REPUBLIC INSURANCE COMPANY'S OBJECTION AND JOINDER TO CERTAIN INSURERS' OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(B) AND 105(A) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT,
AND (II) GRANTING RELATED RELIEF**

/s/ Carl N. Kunz, III
Carl N. Kunz, III (DE Bar No. 3201)

13009270/1

2

**VIA E-MAIL**
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Paige N. Topper, Esq.
Michelle M. Fu, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899
E-mail: dabbott@morrisnichols.com
E-mail: aremming@morrisnichols.com
E-mail: ptopper@morrisnichols.com
E-mail: mfu@morrisnichols.com
[Counsel for the Debtors and Debtors in Possession]

Jessica C. Lauria, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
E-mail: jessica.lauria@whitecase.com
[Counsel for the Debtors and Debtors in Possession]

Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Laura E. Baccash, Esq.
Blair M. Warner, Esq.
White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
E-mail: mandolina@whitecase.com
E-mail: mlinder@whitecase.com
E-mail: laura.baccash@whitecase.com
E-mail: blair.warner@whitecase.com
[Counsel for the Debtors and Debtors in Possession]

David L. Buchbinder
Hannah M. McCollum
Trial Attorneys
Office of the United States Trustee
844 N. King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801
E-mail: david.l.buchbinder@usdoj.gov
E-mail: hannah.mccollum@usdoj.gov