**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | **:** | **Chapter 11** |
|  | **:** |  |
| **BOY SCOUTS OF AMERICA** | **:** | **Case No. 20-10343 (LSS)** |
| **AND DELAWARE BSA, LLC[1]** | **:** |  |
|  | **:** |  |
| **Debtor.** | **:** |  |
|  | **:** |  |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel Munich

Reinsurance America, Inc., formerly known as American Re-Insurance Company, a Party in

Interest, in the above-captioned action, and hereby requests, pursuant to Rules 2002 and 9010 of

the Federal Rules of Bankruptcy Procedure and Sections 102(1), 342, and 1109(b) of the

Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and

served upon the undersigned at the address, telephone, facsimile number, and email address

indicated:

William E. McGrath, Jr., Esquire
DILWORTH PAXSON LLP
2 Research Way
Princeton, NJ 08540
(609) 987-6679 (telephone)
(609) 987-6651 (facsimile)
wmcgrath@dilworthlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the

notices and papers referred to in the Rules specified above but also includes, without limitation,

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's
Federal tax identification number, are as follows:  Boy Scouts of America (6300); and Delaware
BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas
75038.

122390631-1

any notice, application, complaint, demand, motion, petition, pleading, or request, whether

formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telephone, telex or otherwise filed or made with regard to the above-captioned case

and proceedings therein.

        **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any

former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core

matters entered only after *de novo* review by the United States District Court for the District of

Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in this

case or any case, controversy or proceeding related to this case, (3) the right to have the District

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or

(4) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Party in

Interest is or may be entitled under agreements in law or in equity.


                          **DILWORTH PAXSON LLP**

                          By: */s/ William E. McGrath, Jr.*
                            William E. McGrath, Jr., Esquire (*admitted pro hac vice*)
                            DILWORTH PAXSON LLP
                            2 Research Way
                            Princeton, NJ 08540
                            (609) 987-6679 (telephone)
                            (609) 987-6651 (facsimile)
                            wmcgrath@dilworthlaw.com

Dated:  July 22, 2021

                          *Attorneys for Munich Reinsurance America, Inc., formerly*
                          *known as American Re-Insurance Company*

122390631-1