**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, | Chapter 11 |
| Debtors. | Jointly Administered |

**JOINDER OF THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK TO THE ROMAN CATHOLIC AD HOC COMMITTEE'S OBJECTION TO THE DEBTORS' MOTION FOR AUTHORIZATION TO ENTER INTO AND PERFORM UNDER RESTRUCTURING SUPPORT AGREEMENT AND FOR RELATED RELIEF**

The Roman Catholic Diocese of Ogdensburg, New York (the "Ogdensburg Diocese") by and through the undersigned counsel, hereby joins *Joint Objection of the Roman Catholic Ad Hoc Committee and the United Methodist Ad Hoc Committee to the Debtor's Motion for Authorization to Enter into and Perform Under Restructuring Support Agreement and for Related Relief and Joinder in Limited Objection and Reservation of Rights of the Church of Jesus Christ of Latter-Day Saints* [Docket No. 5676] (the "Catholic Committee Objection").  In support thereof, the Ogdensburg Diocese respectfully states as follows:

**JOINDER**

1.      The Ogdensburg Diocese and/or certain parishes within the geographic footprint of the Ogdensburg Diocese have been involved in supporting and facilitating the scouting programs of the Boy Scouts of America and Delaware BSA, LLC (collectively, the "Debtors").

2.      The Ogdensburg Diocese respectfully joins the arguments raised in the Catholic Committee Objection and adopts and incorporates such arguments as if more fully set forth herein.

3.      The Ogdensburg Diocese respectfully requests that this Court deny the relief sought by the Debtors through the *Debtors' Motion For Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under*

*the Restructuring Support Agreement, and (II) Granting Related Relief* [Docket No. 5466] (the

"RSA Motion") for the reasons set forth in the Catholic Committee Objection and incorporated

herein by reference.

4.      The Ogdensburg Diocese respectfully reserves the right to raise and present

additional authorities, arguments, evidence, and objections in connection with the matters

addressed in the foregoing pleadings or that may arise during the hearing.  In the event that the

Catholic Committee Objection is withdrawn or otherwise resolved, the Ogdensburg Diocese

further reserves the right to present argument on the RSA Motion at the hearing.

Dated:  July 22, 2021

GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: 302-425-5813
Fax: 302-425-5814
Email: cbrown@gsbblaw.com

*Counsel for The Roman Catholic Diocese of
Ogdensburg, New York*