**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, | Chapter 11 |
| Debtors. | Jointly Administered |

**JOINDER OF THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK TO
THE ROMAN CATHOLIC AD HOC COMMITTEE'S OBJECTION TO THE DEBTORS'
MOTION FOR AUTHORIZATION TO ENTER INTO AND PERFORM UNDER
RESTRUCTURING SUPPORT AGREEMENT AND FOR RELATED RELIEF**

The Roman Catholic Diocese of Syracuse, New York, Chapter 11 Debtor-in-Possession,

Northern District of New York Bankruptcy Court, Case No. 20-30663 (the "Syracuse Diocese") by

and through the undersigned counsel, hereby joins *Joint Objection of the Roman Catholic Ad Hoc

Committee and the United Methodist Ad Hoc Committee to the Debtor's Motion for Authorization

to Enter into and Perform Under Restructuring Support Agreement and for Related Relief and

Joinder in Limited Objection and Reservation of Rights of the Church of Jesus Christ of Latter-Day

Saints* [Docket No. 5676] (the "Catholic Committee Objection").  In support thereof, the Syracuse

Diocese respectfully states as follows:

**JOINDER**

1.        The Syracuse Diocese and/or certain parishes within the geographic footprint of the

Syracuse Diocese have been involved in supporting and facilitating the scouting programs of the

Boy Scouts of America and Delaware BSA, LLC (collectively, the "Debtors").

2.        The Syracuse Diocese respectfully joins the arguments raised in the Catholic

Committee Objection and adopts and incorporates such arguments as if more fully set forth herein.

3.        The Syracuse Diocese respectfully requests that this Court deny the relief sought

by the Debtors through the *Debtors' Motion For Entry of an Order, Pursuant to Sections 363(b)*

and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief [Docket No. 5466] (the "RSA Motion") for the reasons set forth in the Catholic Committee Objection and incorporated herein by reference.

4.     The Syracuse Diocese respectfully reserves the right to raise and present additional authorities, arguments, evidence, and objections in connection with the matters addressed in the foregoing pleadings or that may arise during the hearing.  In the event that the Catholic Committee Objection is withdrawn or otherwise resolved, the Syracuse Diocese further reserves the right to present argument on the RSA Motion at the hearing.

Dated:  July 22, 2021

GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: 302-425-5813
Fax: 302-425-5814
Email: cbrown@gsbblaw.com

*Counsel for The Roman Catholic Diocese of Syracuse, New York*