# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> **Re: Doc. 5684** |

**MOTION TO EXCEED PAGE LIMITATION WITH RESPECT TO CERTAIN INSURERS OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 363(B) AND 105(A) OF THE BANKRUPTCY CODE: (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT AND (II) GRANTING RELATED RELIEF**

National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, The Insurance Company of the State of Pennsylvania, and their affiliated entities (collectively referred to herein as the ("*Movant*" or "*AIG Companies*") hereby move this Court (the "*Motion*") for entry of an order pursuant to Rule 7007-2 of the Local Rules of Bankruptcy Procedure and Practice of the United States Bankruptcy Court for the District of Delaware ("*LBR*") granting leave to exceed any page limitation applicable to *Certain Insurers' Objection to Debtors' Motion for Entry of an Order Pursuant to Section 363(b) and 105(a) of the Bankruptcy Code: (I) Authorizing the Debtors to Enter into and Perform under the Restructuring Support Agreement and (II) Granting Related Relief* [D.I. 5684] (the "*Objection*") filed by Certain Insurers (as defined in the Objection) under LBR or General Chambers Procedures out of an

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

abundance of caution. Movant does not believe that there is any page limit applicable to its Objection under the Local Rules or General Chambers Procedures. However, in an abundance of caution, Movant requests the foregoing relief. As grounds for this Motion, Movant respectfully states as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

2. By this Motion, Movant respectfully requests entry of an order, substantially in the form annexed hereto as **Exhibit A**, granting Certain Insurers leave to exceed any applicable page limitation with respect to the Objection and permitting it to file the Objection that is 43 pages long.

## BASIS FOR RELIEF

3. Local Rule 7007-2 and the General Chambers Procedures provide that no opening or answering brief shall exceed forty pages and no reply shall exceed twenty pages. Del. Bankr. L. R. 7007-2(a)(iv); General Chambers Pro. At 3, § 2(a)(vi) ("All briefs and memoranda (in main bankruptcy cases and in adversary proceedings) must comply with Del. Bankr. LR 7007-2 (form and content of briefs))."). A brief or reply may, however, exceed the applicable page limits with leave of the court. Del. Bankr. L. R. 7007-2(a)(iv).

4. Movant does not believe that there is any page limit applicable to the Objection under the LBR or General Chambers Procedures. Movant requests such relief, however, in an abundance of caution.

5. Even assuming the existence of any applicable page limitation, Movant notes that this request for relief is filed on behalf of several insurers who otherwise could have each submitted separate objections.

6. Given the complexity of the issues and volume of Certain Insurers' filing, this Court would be unable to provide a full and fair adjudication of this matter if Movant were subject to a thirty-page limitation. Movant submits that the requested relief is appropriate and justified under the circumstances.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WHEREFORE, Movant respectfully request that this Court enter an order substantially in the form attached hereto as **Exhibit A** authorizing Certain Insurers to exceed any applicable page limit with respect to the Objection and file the Objection of 43 pages in length, and granting such other and further relief as the Court deems just and proper.

Dated: July 22, 2021

        Respectfully submitted,

        FINEMAN KREKSTEIN & HARRIS PC

By:   /s/ Deirdre M. Richards
      Deirdre M. Richards (DE Bar No. 4191)
      1300 N. King Street
      Wilmington, DE 19801
      Telephone: (302) 538-8331/Facsimile: (302) 394-9228
      Email: drichards@finemanlawfirm.com
          -and-
      FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
      Susan N.K. Gummow (admitted pro hac vice)
      222 N. LaSalle St., Suite 1400
      Chicago, Illinois 60601
      Telephone:    (312) 863-5000/Facsimile: (312) 863-5009
      Email: sgummow@fgppr.com
          -and-
      GIBSON, DUNN & CRUTCHER LLP
      Michael A. Rosenthal (admitted pro hac vice)
      James Hallowell (admitted pro hac vice)
      Keith R. Martorana (admitted pro hac vice)
      200 Park Avenue
      New York, New York 10166
      Telephone:    (212) 351-4000/Facsimile: (212) 351-4035
      Email: mrosenthal@gibsondunn.com;
      jhallowell@gibsondunn.com
      kmartorana@gibsondunn.com
          -and-
      GIBSON, DUNN & CRUTCHER LLP
      Matthew G. Bouslog (admitted pro hac vice)
      3161 Michelson Drive
      Irvine, California 92612
      Telephone:    (949) 451-3800/Facsimile: (949) 451-4220
      Email: mbouslog@gibsondunn.com
      Attorneys for the AIG Companies