## Exhibit A

## Proposed Order

{01775862;v1}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Doc. 5684** |

**ORDER GRANTING MOTION TO EXCEED PAGE LIMITATION WITH RESPECT TO CERTAIN INSURERS OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 363(B) AND 105(A) OF THE BANKRUPTCY CODE: (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "*Motion*")[2] of the Movant for entry of an order (the "*Order*") to exceed the page limit for *Certain Insurers' Objection to Debtor's Motion for Entry of an Order Pursuant to Section 363(b) and 105(a) of the Bankruptcy Code: (I) Authorizing the Debtors to Enter into and Perform under the Restructuring Support Agreement and (II) Granting Related Relief* [D.I. 5684] (the "*Objection*"); and after due deliberation, the Court having determined that good and sufficient cause has been shown.

**IT IS HEREBY ORDERED THAT:**

    1. The Motion is GRANTED.

    2. Certain Insurers are authorized to file an Objection that is up to 43 pages in length.

    3. The Court shall retain jurisdiction with respect to all matters arising from or related

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the Motion.

{01775862;v1}

to the interpretation or implementation of this Order.

Date: _____, 2021
      Wilmington, Delaware

 

THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE