# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Rel. Dkt. Nos. 5466, 5684 |

**JOINDER OF ARCH INSURANCE COMPANY TO CERTAIN INSURERS' OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(B) AND 105(A) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT AND (II) GRANTING RELATED RELIEF**

Arch Insurance Company hereby joins in Certain Insurers' Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement and (II) Granting Related Relief (the "Objection," filed contemporaneously herewith).

Arch Insurance Company reserves all rights to amend, modify, or supplement this Joinder or seek discovery with respect to this Joinder, and further reserves all its rights with respect to the Court's consideration of approval and confirmation of the Debtors' current proposed disclosure statement and plan or any subsequently filed disclosure statement or plan.

WHEREFORE, Arch Insurance Company respectfully requests that the Court enter an order (i) granting the relief requested in the Objection and this Joinder, and (ii) granting such other and further relief as is just and proper.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
kmiller@skjlaw.com

and

Matthew A. Hamermesh
Sharon F. McKee
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103
(215) 496-7060
(215) 568-0300 fax
smckee@hangley.com

Attorneys for Arch Insurance Company

CERTIFICATE OF SERVICE

I, Kathleen M. Miller, hereby certify that on this 22nd day of July 2021, a copy of the forgoing **Joinder Of Arch Insurance Company To Certain Insurers' Objection To Debtors' Motion For Entry Of An Order, Pursuant To Sections 363(B) And 105(A) Of The Bankruptcy Code, (I) Authorizing The Debtors To Enter Into And Perform Under The Restructuring Support Agreement And (II) Granting Related Relief** was served on the following via email.

| | |
|---|---|
| Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Paige N. Topper, Esq.<br>Michell M. Fu, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Email: dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>ptopper@morrisnichols.com<br>mfu@morrisnichols.com | Michael C. Andolina, Esq.<br>Matthew E. Linder, Esq.<br>Laura E. Baccash, Esq.<br>Blair M. Warner, Esq.<br>WHITE & CASE LLP<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Email: mandolina@whitecase.com<br>mlinder@whitecase.com<br>laura.baccash@whitecase.com<br>blair.warner@whitecase.com |
| Jessica C. Lauria, Esq.<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Email: jessica.lauria@whitecase.com | U.S. Trustee<br>David L. Buchbinder, Esq.<br>Hannah M. McCollum, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35 Wilmington, DE 19801<br>Email: david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov |

*/s/Kathleen M. Miller*
Kathleen M. Miller (No. 2898)