# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | Ref. Dkt. No. 5484 |
| | Hearing Date: August 12, 2021 at 10:00 a.m. |

## NOTICE OF SUBMISSION OF PROPOSED PLAIN ENGLISH PLAN SUMMARY FOR ABUSIVE SURVIVORS

The Official Committee of Tort Claimants ("TCC"), the Coalition of Abused Scouts for Justice ("Coalition") and the Future Claims Representative ("FCR" and collectively with TCC and Coalition, the "Survivor Representatives") hereby submit the proposed *Plan Summary and Frequently Asked Questions ("Plan Summary")* in connection with *Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 5484] (the "Plan").[2]

The Survivor Representatives prepared the Plan Summary to assist Survivors in reviewing the Plan and the accompanying disclosure statement. Use of a "plain english" summary document has been beneficial to victims in recent mass tort and financial fraud cases. *See In re Professional Financial Investors, Inc. et al,* No. 20-20304 (HM) (Bankr. N. D. Cal. 2021) [Dkt No. 583]; *In re PG&E Corporation,* No. 19-30088 (DM) (Bankr N.D. Cal. 2020) [Dkt. No. 5978]. Given the complexity of the Plan, the Survivor Representatives felt that a summary document directed at

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

survivors would be beneficial. Accordingly, the Survivor Representatives respectfully request that the Court approve the Plan Summary and authorize its submission in connection with the solicitation of votes in connection with the Plan.

Dated: July 22, 2021  
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (admitted *pro hac vice*)
Robert B. Orgel (admitted *pro hac vice*)
Iain A.W. Nasatir (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email: jstang@pszjlaw.com
    rorgel@pszjlaw.com
    inasatir@pszjlaw.com
    joneill@pszjlaw.com
    dgrassgreen@pszjlaw.com
    jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

MONZACK MERSKY AND BROWDER, P.A.

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE No. 2049)
1201 North Orange Street
Suite 400
Wilmington, Delaware 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
E-mail: RMersky@Monlaw.com

    -and-

BROWN RUDNICK LLP
David J. Molton, Esq. (admitted *pro hac vice*)
Eric R. Goodman, Esq. (admitted *pro hac vice*)
Seven Times Square

New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@BrownRudnick.com
E-mail: EGoodman@BrownRudnick.com

and

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com

*Counsel to the Coalition of Abused Scouts for Justice*


YOUNG CONAWAY STARGATT & TAYLOR, LLP


*/s/ Robert S. Brady*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  rbrady@ycst.com
           eharron@ycst.com
           szieg@ycst.com

*Counsel to the Future Claimants' Representative*