# EXHIBIT C

**Biographical Information in Support of the Full Value of E.J.K.'s Life**

E.J.K. was a young man of exceptional potential. Kind and wise beyond his years, E.J.K. was a brave leader and a shining light. He was a thinker, a doer, and an inventor. His curiosity was insatiable; he was always building and discovering how things worked. He was an accomplished saxophone player, a Rubik's cube master, a voracious reader, a cross-country runner, a dedicated community volunteer, and an honors student selected by his teachers for recognition for his outstanding character and positive contributions to his school community.

Family members as well as countless friends and community members whose lives E.J.K. touched paint a powerful picture of E.J.K.'s remarkable talents and ambitions. Not only will E.J.K.'s kindness, intelligence, and determination clearly support a high value for the economic component of his life, the value of the non-economic component of his life is limitless. In other words, damages for the full value of E.J.K.'s life could easily support a record-breaking jury verdict at trial. An interview of E.J.K.'s father by the local ABC news affiliate (link to the interview will be provided upon request) provides a sampling of the type of testimony that will be presented to the jury at trial in support of the full value of E.J.K.'s life.

At the time of his death, E.J.K. had achieved the rank of Life Scout and was inducted into the Order of the Arrow, which recognizes Scouts who best exemplify the Scout Oath and Law in their daily lives. He was working toward becoming an Eagle Scout, like his father. E.J.K. stood by his ideals and believed that everyone should have a voice. He aspired to be an environmental engineer and to use his skills both to improve the world and to address issues of gender and racial inequality as well as environmental challenges across the globe.

E.J.K. had big dreams, and his motto – "Start everything with kindness and the end will be okay" – has evolved into a poignant legacy that continues to be impactful even after his

untimely death.  Based upon E.J.K.'s plans to utilize kindness to solve long-term, systemic problems for his Eagle Scout Service Project, the nonprofit organization, Kindness to Action, was formed in E.J.K.'s memory to inspire people around the world to turn kindness into action to help others.  In celebration of what would have been E.J.K.'s seventeenth birthday on January 21, 2021, Kindness to Action created special Kindness Coins to be awarded by Kindness Ambassadors around the world to recognize and encourage people who embody kindness, generosity, and compassion.  To date, nearly 250 Kindness Coins have been distributed within the United States with additional coins reaching as far as South America, Europe, Asia, and Australia.  More information on Kindness to Action can be found by visiting its website (which can be provided upon request.)

This is merely a snapshot of who E.J.K. was, what he was determined to become, and how his tragically short life continues to have an impact.  Although the list of E.J.K.'s accomplishments is long, his countless ambitions and full potential will never be realized.  Additionally, his untimely death has left a permanent hole in his family, one which will never be filled.