# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | :  Chapter 11 |
| BOY SCOUTS OF AMERICA AND | :  Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC[1], | : |
| | :  *Jointly Administered* |
| | : |
| Debtors. | : |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify under penalty of perjury that on July 23, 2021 I caused a true and correct copy of the *Objection to Debtors' Motion for Entry of an Order Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing The Debtors To Enter Into And Perform Under The Restructuring Support Agreement, And (Ii) Granting Related Relief Filed* filed on behalf of Courtney Knight and Stephen Knight, jointly as the surviving parents of E.J.K, a minor child, and Stephen Knight as Personal Representative of the Estate of E.J.K (hereinafter "Motion") with exhibits, to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the parties listed below via electronic mail:

Derek C. Abbott
Joseph Charles Barsalona II
Eric Moats
Andrew R. Remming
Paige Noelle Topper
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@morrisnichols.com; aremming@morrisnichols.com; ptopper@morrisnichols.com; mfu@morrisnichols.com

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

David L. Buchbinder
Hannah Mufson McCollum
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
David .l. buchbinder@usdoj.gov; Hannah.mccollum@usdoj.gov

White & Case LLP
Attn:  Jessica C. Lauria
1221 Avenue of the Americas
New York, NY 10020
Jessica.lauria@whitecase.com

White & Case LLP
Attn: Michael C. Andolina, Matthew E. Linder, Blair Warner, Laura E. Baccash
111 South Wacker Drive
Chicago, Illinois 60606
mandoliina@whitecase.com; mlinder@whitecase.com; blair.warner@whitecase.com; laura baccash@whitecase.com

Dated: July 23, 2021         By: /s/ Kristi J. Doughty
                                                    Richard A. Barkasy (#4683)
                                                    Kristi J. Doughty (#3826)
                                                    SCHNADER HARRISON SEGAL & LEWIS LLP
                                                    824 North Market Street, Suite 800
                                                    Wilmington, DE 19801
                                                    Telephone: (302) 482-4038
                                                    Facsimile: (302) 888-1696
                                                    rbarkasy@schnader.com
                                                    kdoughty@schnader.com

*Attorneys for Courtney and Stephen Knight, Jointly As the Surviving Parents of E.J.K, a minor child, and Stephen Knight as Personal Representative of the Estate of E.J.K*