# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM BY PONIL RANCH, LP.

**PLEASE BE ADVISED** that Ponil Ranch, LP. hereby withdraws its Proof of Claim No.1649 filed with the claims agent on October 19, 2020.

Respectfully submitted on this 23rd day of July, 2021.

　　　　　　　　　　　　　　　　　　　　**GRAY REED**

　　　　　　　　　　　　　　　　　　　　By:  */s/ Jason S. Brookner*
　　　　　　　　　　　　　　　　　　　　　　　Jason S. Brookner (TX Bar No. 24033684)
　　　　　　　　　　　　　　　　　　　　　　　Sahrish K. Soleja (TX Bar No. 24102522)
　　　　　　　　　　　　　　　　　　　　1601 Elm Street, Suite 4600
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　Telephone:　(214) 954-4135
　　　　　　　　　　　　　　　　　　　　Facsimile:　(214) 953-1332
　　　　　　　　　　　　　　　　　　　　Email:　　　jbrookner@grayreed.com
　　　　　　　　　　　　　　　　　　　　　　　　　ssoleja@grayreed.com

　　　　　　　　　　　　　　　　　　　　*Counsel to Ponil Ranch, LP.*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4850-0056-3955

2

## CERTIFICATE OF SERVICE

      I certify that on the 23rd day of July, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware.

      */s/ Jason S. Brookner*
      Jason S. Brookner

4850-0056-3955