July 20, 2021

From: ████████

RE: BSA Chapter 11 Case No. 20-10343
<mark>Request for assistance; Follow-up to questions from June 23</mark>

FILED
2021 JUL 23 AM 9:23
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Honorable Judge Silverstein:

I am an abuse survivor who filed my claim prior to last year's deadline. I am requesting you please compel ████████ of the Pachulski law firm to send me the transcripts of the <u>Tort Claimant Committee's June 10 and July 8 meetings</u>, which he wrote me previously saying I was on the "subscription list" to receive. I followed up with him on June 30 about the June 10 meeting but to no avail.

Please note I also sent you yourself two questions on June 23 requesting ① the TCC's address I can submit questions to, and ② some names of atty's in Texas who are representing BSA victims. (Omni Agent Solutions has a list of all attys in the case, as the TCC does too.) Could you please respond to my queries?

Thank you for your assistance.



Legal Mail



SAN ANTONIO TX 780
RIO GRANDE DISTRICT
19 JUL 2021 PM 2 L

U.S. X-RAY

Honorable Judge Laurie Silverstein
824 N. Market St.
6th Floor, Courtroom 2
Wilmington, DE 19801

19801-302499