**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br>Jointly Administered<br>**Re: D.I. 5466 and 5682** |
|---|---|

**JOINDER TO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF**

The claimants represented by the undersigned counsel, and set out by claim number in Exhibit A, join the Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (Dkt. 5682).

Dated: July 23, 2021

Respectfully submitted,

/s/ Raeann Warner____________

Raeann Warner, Esquire (No. 4931)
Jacob & Crumplar
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
Phone: 302-656-5445
Fax: 302-656-5975
Email: Raeann@jcdelaw.com

Stephen J. Neuberger, Esq. (No. 4440)
The Neuberger Firm
17 Harlech Dr.
Wilmington, DE 19807
Phone: 302-655-0582
Fax: 302-656-5875

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Email: sjn@neubergerlaw.com

and

**Janet, Janet & Suggs, LLC**
Gerald D. Jowers, Jr., Esq. (*pro hac vice)*
801 Gervais St. Suit B
Phone: 803-726-0050
Facsimile: 803-727-1059
Gjowers@JJSjustice.com

# EXHIBIT A

The foregoing Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim. The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.

| SA Claim No.: | SA Claim No.: | SA Claim No.: | SA Claim No.: | |
|---|---|---|---|---|
| **70996** | **3585** | **21108** | **24629** | |