# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered <br><br> **Re: D.I. 5466 and 5682** |

## JOINDER TO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF

The claimants represented by the undersigned counsel, and set out by claim number in Exhibit A, join the *Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* (Dkt. 5682).

Dated: July 23, 2021

Respectfully submitted,

/s/ *Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 Market Street Suite 1000
Wilmington, DE 19801
Phone: (302) 552-5503
Fax: (302) 426-9193
Email: sveghte@klehr.com

And

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

PHIL1 9596151v.1

Morton Branzburg, Esquire
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-2700
Email:  mbranzburg@klehr.com

And

/s/ *Damian Mallard*
Damian B. Mallard, Esquire
Fla. Bar No. 0882348
**MALLARD LAW FIRM, P.A.**
889 N. Washington Blvd. Sarasota, FL 34236
Phone: (941)952-1682
Facsimile: (941)378-1605
Damian@mallardlawfirm.com

*Counsel to the MALLARD Claimants*