## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 5466 and 5682** |

**JOINDER TO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF**

Claimant 39334, represented by the undersigned counsel, and set out by claim number in Exhibit A,  join the Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (i) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (ii) Granting Related Relief (Dkt. 5682).

Dated: July 23, 2021

Respectfully submitted,

JACOBS & CRUMPLAR, P.A.

By:   */s/ Raeann Warner*
       Raeann Warner (#4931)
       JACOBS & CRUMPLAR, P.A.
       Attorneys for Claimant
       750 Shipyard Drive, Suite 200
       Wilmington, DE 19801
       302.656-5445

       CHRISTOPHER A. KREID &
       ASSOCIATES, LLC

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

By: /s/ *Christopher A. Kreid*
   Christopher A. Kreid
CHRISTOPHER A. KREID &
ASSOCIATES, LLC
Attorneys for Claimant
530 Kedzie St.
Evanston, IL 60202
847.869.0400
Bar No. 6194430

# EXHIBIT A

The foregoing Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (i) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (ii) Granting Related Relief was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim.  The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.

| | | | | |
|---|---|---|---|---|
| **39334** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |