# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. __** |

### [PROPOSED] ORDER SHORTENING NOTICE OF MOVING INSURERS' MOTION TO COMPEL AND FOR ADDITIONAL RELIEF AND IN THE ALTERNATIVE MOTION IN LIMINE

Upon the motion (the "Motion to Shorten") of the Moving Insurers, for entry of an order shortening notice of *Moving Insurers' Motion to Compel and for Additional Relief and in the Alternative Motion in Limine* ; the Court having reviewed the Motion to Shorten and the Motion, and found that the relief requested in the Motion to Shorten is justified under the circumstances, it is hereby ORDERED that:

1. The Motion to Shorten is GRANTED.

2. The Motion will be heard at _____.

3. This Court retains jurisdiction to construe and enforce the terms of this Order.

Dated: July __, 2021
Wilmington, Delaware

THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.