# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Objection Deadline: TBD** |
| | **Hearing Date: TBD** |

### MOVING INSURERS' MOTION FOR ENTRY OF AN ORDER SHORTENING THE NOTICE AND OBJECTION PERIOD FOR MOVING INSURERS' MOTION TO COMPEL AND FOR ADDITIONAL RELIEF AND IN THE ALTERNATIVE MOTION IN LIMINE

The Moving Insurers listed in the signature blocks below respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, shortening notice of the Motion to Compel so that it may be presented at the Court's earliest convenience.

The need for the Court to shorten notice and hear this motion on Monday or Tuesday is made urgent by the fact that the Debtors waited until Friday evening to announce for the first time that they intend to offer the declaration of a previously undisclosed witness who they say that they intend to produce on Tuesday.[2] This individual is not offered to reply to anything "new" offered in parties' objections to the RSA that the Court will hear. The relief sought by this Motion is needed to ensure that the discovery sought is provided *before* this deposition if it is to take place.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] *See* Declaration of Salvatore Cocchiaro, dated July 23, 2021 ("Cocchiaro Decl."), Ex. 16 (July 23, 2021 email from Debtors' counsel to insurers' counsel announcing Mr. Devang Desai as a new witness).

The Moving Insurers respectfully request that the Court consider the Motion to Compel ahead of that deposition, but, if that is not feasible, at a minimum in advance of the July 29th hearing. [D.I. 5466] (the "July 29th Hearing").

The discovery that is the subject of the Motion to Compel is essential to the Moving Insurers' and this Court's assessment of whether the Debtors can carry their burden of proof for approval of the Restructuring Support Agreement ("RSA"). The Motion to Compel sets forth the precise relief sought.

The Moving Insurers moved promptly: It was only through the testimony of Mr. Daniel Ownby, National Chair of the BSA, on July 19, that the Moving Insurers became fully appraised of the extent to which these documents were relied upon by BSA and its various boards. The excessive instructions to Mr. Ownby not to answer were unforeseeable until the Debtors' counsel actually gave such instructions at Ownby's deposition.

In an effort to run out the clock, the Debtors have complained that we did not move fast enough and that we did not wait long enough. But it is not an adequate remedy for the Debtors to wait until they are called out, stall as long as they could, and then allude to the possibility of a half-a-loaf supplemental production after all their witnesses were produced for deposition and opposition briefs were filed, while clock continues running down to the hearing date. The Debtors did just that in saying that they needed to talk again—after refusing to comply—then asserting that they could not make themselves available until end of day on Friday, July 23.

The Moving Insurers waited until Friday, but the Debtors would not commit to recalling Messrs. Ownby, Mosby and Whittman to continue their depositions no matter what they may supplement. The Debtors also refused the Moving Insurers' request that they agree to be barred from offering testimony and evidence on the topics on which they failed to produce supporting

documents on which they instructed their deponents not to testify.

Accordingly, the Court is faced with an actual judicable dispute on an issue on which the Moving Insurers have been prejudiced and are continuing to be prejudiced.

### RELIEF REQUESTED

The Moving Insurers respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, shortening notice of the Motion to Compel so that it may be presented at the Court's earliest convenience.

### AVERMENT PURSUANT TO LOCAL RULE 9006-1(e)

Pursuant to Local Rule 9006-1(e), the Moving Insurers hereby state that they have contacted Debtors' counsel prior to filing the Motion to Compel and this Motion to Shorten, and that that Debtors continue to reject attempts to resolve these issues in a timely manner and have refused our request to shorten notice. *See* Motion to Compel at 20-22 and related footnotes.

WHEREFORE, the Moving Insurers request entry of an order, substantially in the form annexed hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as is appropriate under the circumstances.

Dated:  July 23, 2021

Robert D. Cecil, Jr. (No. 5317)
Tybout, Redfearn & Pell
501 Carr Road, Suite 300
Wilmington, Delaware 19809
Phone: (302) 658-6901
E-mail: rcecil@trplaw.com

Mark D. Plevin (admitted pro hac vice)
Kevin D. Cacabelos (admitted pro hac vice)
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, California  94111
Phone: (415) 986-2800
E-mail:  mplevin@crowell.com,
kcacabelos@crowell.com

Clifford J. Zatz (admitted pro hac vice)
Tacie H. Yoon (admitted pro hac vice)
Rachel A. Jankowski (admitted pro hac vice)
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Phone: (202) 624-2500
Email:  czatz@crowell.com,
tyoon@crowell.com,
rjankowski@crowell.com

*Attorneys for American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company*

Michael J. Joyce, Esquire (No. 4563)
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

Kevin Coughlin, Esquire (Pro Hac Vice)
Lorraine Armenti, Esquire (Pro Hac Vice)
Michael Hrinewski, Esquire (Pro Hac Vice)

Respectfully Submitted,


By: */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:   302 999 1540
Facsimile:    302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (pro hac vice)
Daniel Shamah (pro hac vice)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:   212 326 2000
Facsimile:    212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

CHOATE, HALL & STEWART, LLP
Douglas R. Gooding (admitted pro hac vice)
Jonathan D. Marshall (admitted pro hac vice)
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com

-and-

Kim V. Marrkand (admitted pro hac vice)
Laura Bange Stephens (admitted pro hac vice)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC
One Financial Center
Boston, MA 0211
Telephone: (617) 542-6000
kmarrkand@mintz.com
lbstephens@mintz.com

COUGHLIN MIDLIGE & GARLAND, LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law

-and-

Britton C. Lewis, Esquire (Pro Hac Vice)
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC  27401
(336) 478-1146 (Telephone)
(336) 478-1145 (Facsimile)
bcl@crlaw.com

*Counsel to Arrowood Indemnity Company*

Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
mcclambc@ballardpshar.com

-and-

Harry Lee*
John O'Connor*
Brett Grindrod*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Facsimile: (202) 429-3902
E-mail: hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com
(*Admitted pro hac vice)

*Counsel to Liberty Mutual Insurance Company*

David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:   404.885.3000
Facsimile:   404.885.3900

-and-

Harris B. Winsberg (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:   404.885.3000
Facsimile:   404.885.3900

-and-

Bradley Riley Jacobs PC
Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone:   312.281.0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

REGER RIZZO & DARNALL LLP
Louis J. Rizzo, Jr., Esquire (#3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email:  lrizzo@regerlaw.com

*Attorney for Defendants, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus*

*Attorneys for Clarendon America Insurance Company*

BODELL BOVÉ, LLC
Bruce W. McCullough (No. 3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: (302) 655-6749,
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

- *and* -

CLYDE & CO US LLP
Bruce D. Celebrezze (pro hac vice)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
Email: bruce.celebrezze@clydeco.us

- *and* –

Konrad R. Krebs (pro hac vice)
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone: (973) 210-6700
Facsimile: (973) 210-6701
Email: konrad.krebs@clydeco.us

- *and* –

DAVID CHRISTIAN ATTORNEYS LLC
David Christian (pro hac vice)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone: (862) 362-8605
Email: dchristian@dca.law

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*

*Lines Insurance Company and Gulf Insurance Company*

TROUTMAN PEPPER HAMILTON SANDERS LLP

David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:   302.777.6500
Facsimile:   302.421.8390

*-and-*

Harris B. Winsberg (admitted pro hac vice)
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, GA  30308-2216
Telephone:   404.885.3000
Facsimile:   404.885.3900

*-and-*

NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
Matthew S. Sorem (admitted pro hac vice)
10 S. Wacker Dr., 21st Floor
Chicago, IL 60606
Telephone:   312.585.1433
Facsimile:   312.585.1401

*-and-*

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted pro hac vice)
Ryan S. Smethurst (admitted pro hac vice)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:   202.756.8228
Facsimile:   202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*