# Exhibit A

## Service List

**BY ELECTRONIC MAIL**

Stamatios Stamoulis
**Stamoulis & Weinblatt LLC**
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Email: stamoulis@swdelaw.com

Tancred Schiavoni
Daniel S. Shamah
Salvatore J. Cocchiaro
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
tschiavoni@omm.com
dshamah@omm.com
scocchiaro@omm.com

Konrad Krebs
**Clyde & Co US LLP**
200 Campus Drive
Suite 300
Florham Park, NJ 07932
konrad.kebs@clydeco.us

Bruce D Celebrezze
**Clyde & Co US LLP**
101 Second Street
25th Floor
San Francisco, CA 94105
bruce.celebrezze@clydeco.us

Michael A. Rosenthal
Jason Hallowell
**Gibson Dunn & Crutcher LLP**
200 Park Avenue
47th Floor
New York, NY 10166
mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com

Keith R. Martorana
Vince Eisinger
**Gibson Dunn & Crutcher LLP**
161 Michelson Drive
Irvine, CA 92612-4412
KMartorana@gibsondunn.com
VEisinger@gibsondunn.com

David Christian
**David Christian Attorneys LLC**
105 W. Madison St.
Suite 1400
Chicago, IL 60602
dchristian@dca.law

Louis J. Rizzo, Jr.
**Reger & Rizzo, LLP**
1523 Concord Pike, Suite 200
Brandywine Plaza East
Wilmington, DE 19803
lrizzo@regerlaw.com