# EXHIBIT A

## Hershey, Sam

| | |
|---|---|
| **From:** | Hershey, Sam |
| **Sent:** | Friday, July 23, 2021 6:06 PM |
| **To:** | 'Smethurst, Ryan' |
| **Cc:** | 'Schiavoni, Tancred'; Andolina, Michael; 'Shamah, Daniel S.'; 'Stamatios Stamoulis'; 'Rosenthal, Michael A.'; 'Martorana, Keith R.'; 'jhallowell@gibsondunn.com'; 'Eisinger, Vince'; 'dchristian@dca.law'; 'Celebrezze, Bruce'; 'konrad.krebs@clydeco.us'; 'lrizzo@regerlaw.com'; 'Cocchiaro, Salvatore J.'; 'Susan N. K. Gummow'; 'Jordan, Tracey'; 'Todd C. Jacobs'; 'jbucheit@bradleyriley.com'; 'Laura McNally'; 'Emily Stone'; 'Seligman, Gary'; 'Criss, Ashley'; 'O'Connor, John'; 'hlee@steptoe.com'; 'Grindrod, Brett'; 'Ogle, Nailah'; 'Kerns, Kathleen'; 'Myers, Scott P'; 'Louis J. Rizzo, Esquire'; 'Pamela Minetto'; 'Lloyd Gura'; 'Michael Hrinewski'; 'Lorraine Armenti'; 'Everett, Trevor'; 'jziemianski@cozen.com'; 'mplevin@crowell.com'; 'George Calhoun'; 'Parikh, Sherin'; 'bruce.celebrezze@clydeco.us'; 'alexandra.kowalski@generalstar.com'; 'panderson@foxswibel.com'; 'kmarrkand@mintz.com'; 'dgooding@choate.com'; 'KVMarrkand@mintz.com'; 'lauren.lifland@wilmerhale.com'; 'Loveland, Benjamin'; 'JRuggeri@goodwin.com'; 'Philip.Anker@wilmerhale.com'; 'pminetto@moundcotton.com'; 'lgura@moundcotton.com'; 'Anderson, Margaret M.'; 'ahachikian@foxswibel.com'; 'Yoon, Tacie'; 'Zatz, Clifford'; 'jmarshall@choate.com'; 'mhamermesh@hangley.com'; Kurtz, Glenn; Hammond, Andrew; Lauria (Boelter), Jessica; Linder, Matthew; Baccash, Laura; Warner, Blair; 'Abbott, Derek'; 'Adrian Azer'; 'Martin, Ernest'; 'Winsberg, Harris B.' |
| **Subject:** | RE: BSA Deficiency Letter |

All:

We want to thank those of you who joined the meet and confer.  While you did not send an agenda in advance as we requested or articulate more detailed concerns than the general objections sent by email, we will review the general issues Mr. Smethurst stated in his email of 6:18 p.m. last night to see whether any materials can be un-redacted or further materials can be produced, subject to your agreement that doing so does not constitute a waiver.  Specifically, we will re-review the board minutes and A&M presentations to determine whether those materials can be partially un-redacted.  Additionally, you mentioned that you do not believe the mediation privilege applies to communications with local councils and chartering organizations that purportedly did not participate in the mediation. We will review materials that we collected from our witnesses regarding that issue.

You also indicated that you would point us to witness instructions that you believe were improper. We will await that list so we can review.

You suggested that despite our willingness to engage on these issues, some insurers intend to file a motion to compel later this evening.  We think filing a motion to compel at this point is neither proper nor productive, given that it is already after close of business on Friday and we intend to produce documents to you over the weekend in the hope that we can resolve these issues without involving the Court.  We also think the record will make clear that it smacks of gamesmanship.  We ask you to reconsider your intention.

We again invite you to identify anything specific that you would like us to consider.  We remain available to discuss these matters further over the weekend.

Best,
Sam

**Samuel P. Hershey** | Associate
**T** +1 (212) 819-2699   **M** +1 (914) 582-1628   **E** sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Hershey, Sam
**Sent:** Thursday, July 22, 2021 11:17 PM
**To:** 'Smethurst, Ryan' <rsmethurst@mwe.com>
**Cc:** Schiavoni, Tancred <tschiavoni@omm.com>; Andolina, Michael <mandolina@whitecase.com>; Shamah, Daniel S. <dshamah@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; jhallowell@gibsondunn.com; Eisinger, Vince <VEisinger@gibsondunn.com>; dchristian@dca.law; Celebrezze, Bruce <bruce.celebrezze@clydeco.us>; konrad.krebs@clydeco.us; lrizzo@regerlaw.com; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; mplevin@crowell.com; George Calhoun <george@ifrahlaw.com>; Parikh, Sherin <sparikh@omm.com>; bruce.celebrezze@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; kmarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; lauren.lifland@wilmerhale.com; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; pminetto@moundcotton.com; lgura@moundcotton.com; Anderson, Margaret M. <panderson@foxswibel.com>; ahachikian@foxswibel.com; Yoon, Tacie <TYoon@crowell.com>; Zatz, Clifford <CZatz@crowell.com>; jmarshall@choate.com; mhamermesh@hangley.com; Kurtz, Glenn <gkurtz@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Adrian Azer <adrian.azer@haynesboone.com>; Martin, Ernest <Ernest.Martin@haynesboone.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>
**Subject:** RE: BSA Deficiency Letter

Ryan,

We appreciate your finally responding to the Debtors two weeks after the Debtors asked you to do so. Your email at 6pm stated, "I can speak this evening. I can also speak tomorrow or this weekend, if that is your preference." When the Debtors accepted your offer to speak this weekend—given that our only offensive deposition is tomorrow and we just received a raft of objections, including yours—you responded, at 10pm, demanding that we speak tomorrow and purporting to object to the Debtors' creating delay. At this point, the record on delay is clear, and seeking to manufacture a delay by waiting two weeks to respond then demanding to meet and confer immediately will not persuade anyone.

Nonetheless, the Debtors will make themselves available to speak tomorrow after the deposition finishes. We will circulate a dial-in for 4pm but reserve the right to push the call if the deposition is not over by then. We would ask that the participating insurers send an agenda of issues in advance of the call.

Best,
Sam

**Samuel P. Hershey** | Associate
**T** +1 (212) 819-2699  **M** +1 (914) 582-1628  **E** sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Smethurst, Ryan <rsmethurst@mwe.com>
**Sent:** Thursday, July 22, 2021 9:45 PM
**To:** Hershey, Sam <sam.hershey@whitecase.com>
**Cc:** Schiavoni, Tancred <tschiavoni@omm.com>; Andolina, Michael <mandolina@whitecase.com>; Shamah, Daniel S. <dshamah@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; jhallowell@gibsondunn.com;

Eisinger, Vince <VEisinger@gibsondunn.com>; dchristian@dca.law; Celebrezze, Bruce <bruce.celebrezze@clydeco.us>; konrad.krebs@clydeco.us; lrizzo@regerlaw.com; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; mplevin@crowell.com; George Calhoun <george@ifrahlaw.com>; Parikh, Sherin <sparikh@omm.com>; bruce.celebrezze@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; kmarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; lauren.lifland@wilmerhale.com; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; pminetto@moundcotton.com; lgura@moundcotton.com; Anderson, Margaret M. <panderson@foxswibel.com>; ahachikian@foxswibel.com; Yoon, Tacie <TYoon@crowell.com>; Zatz, Clifford <CZatz@crowell.com>; jmarshall@choate.com; mhamermesh@hangley.com; Kurtz, Glenn <gkurtz@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Adrian Azer <adrian.azer@haynesboone.com>; Martin, Ernest <Ernest.Martin@haynesboone.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>
**Subject:** Re: BSA Deficiency Letter

I would prefer to talk tomorrow and object to debtors delaying this discussion.  I can talk before the deposition or during a break.  We need to move ahead on this more quickly than the weekend.  Please confirm we can discuss at 8:30 AM ET or during a deposition break tomorrow.

Thank you.

RYAN S. SMETHURST
Partner
**McDermott Will & Emery LLP**  The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8036   **Mobile** +1 703 362 9175   **Email** rsmethurst@mwe.com
**Biography** | **Website** | **vCard** | **Twitter** | **LinkedIn**


On Jul 22, 2021, at 8:59 PM, Hershey, Sam <sam.hershey@whitecase.com> wrote:

**[ External Email ]**
Thanks, Ryan.  We are free to speak this weekend if you want to propose times that works for you and any other party that wishes to join.  We would ask that if there are any other issues that you or others wish to discuss that you state them in advance so the Debtors can be prepared to respond.

Best,
Sam

**Samuel P. Hershey**  |  Associate
**T** +1 (212) 819-2699   **M** +1 (914) 582-1628   **E** sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Smethurst, Ryan <rsmethurst@mwe.com>
**Sent:** Thursday, July 22, 2021 6:18 PM
**To:** Hershey, Sam <sam.hershey@whitecase.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Andolina, Michael <mandolina@whitecase.com>
**Cc:** Shamah, Daniel S. <dshamah@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>;

Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Martorana, Keith R.
<KMartorana@gibsondunn.com>; JHallowell@gibsondunn.com; Eisinger, Vince
<VEisinger@gibsondunn.com>; dchristian@dca.law; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>;
konrad.krebs@clydeco.us; 'lrizzo@regerlaw.com' <lrizzo@regerlaw.com>; Cocchiaro, Salvatore J.
<scocchiaro@omm.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey
<tjordan@fgppr.com>; Todd C. Jacobs <tjacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura
McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary
<GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>;
hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@Steptoe.com>;
Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo,
Esquire <LRizzo@regerlaw.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura
<LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti
<LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com;
dchristian@dca.law; mplevin@crowell.com; George Calhoun <george@ifrahlaw.com>; Parikh, Sherin
<sparikh@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; bruce.celebrezze@clydeco.us;
Konrad.Krebs@clydeco.us; Alexandra.Kowalski@generalstar.com; panderson@foxswibel.com;
kmarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com;
Lauren.Lifland@wilmerhale.com; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>;
JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; PMinetto@moundcotton.com;
LGura@moundcotton.com; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Kerns, Kathleen
<kkerns@postschell.com>; Anderson, Margaret M. <panderson@foxswibel.com>;
ahachikian@foxswibel.com; Yoon, Tacie <TYoon@crowell.com>; Zatz, Clifford <CZatz@crowell.com>;
jmarshall@choate.com; mhamermesh@hangley.com; Kurtz, Glenn <gkurtz@whitecase.com>;
Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica
<jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura
<laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Abbott, Derek
<DAbbott@morrisnichols.com>; Adrian Azer <adrian.azer@haynesboone.com>; Martin, Ernest
<Ernest.Martin@haynesboone.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Todd C.
Jacobs <TJacobs@bradleyriley.com>; Smethurst, Ryan <rsmethurst@mwe.com>
**Subject:** RE: Re: BSA Deficiency Letter

Sam,

I received your letter. Allianz declines to attach your letter to any filing.

My reference to "further conferrals" was to the emails in our prior string today and my invitation there
to discuss the issues further, if Debtors thought further discussions would be productive.  Since you
asked for clarification, please note that Allianz takes the position that the Alvarez & Marsal financial
presentations are discoverable; that the BSA Boards' (all of the Boards and the Ch 11 committee)
resolutions and BSA/Local Council and BSA/Chartering Org. communications regarding RSA issues are
discoverable; and that testimony from Debtors' witnesses on these issues is appropriate.  These issues
came up repeatedly in the recent depositions, and Debtors objected and instructed not to answer
repeatedly.  These issues also came up repeatedly in Debtors' production, which includes wholesale
redactions of nearly all substantive information in what was produced.  Allianz understands the
attorney-client and mediation privileges, and for that reason cannot agree that they shield all financial
presentations, all board resolutions, all third-party (non-client) communications and all related
testimony.

Given Debtors' positions during the recent depositions, which Debtors made abundantly clear on the
record multiple times, I concluded that we have a disagreement on these issues.  But, if that is not the
case and further conferrals would be constructive, I can speak this evening.  I can also speak tomorrow

or this weekend, if that is your preference, but I ask for your written response today if my assumption that we have a disagreement on these issues is correct.

Finally, my conferrals with you today are unrelated to today's RSA objections filing deadline. My client already filed its RSA objections. We are conferring on this issue after review of Debtors' productions and shortly after the conclusion of the recent depositions.

Ryan

RYAN S. SMETHURST
Partner
**McDermott Will & Emery LLP**  The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8036    **Mobile** +1 703 362 9175    **Email** rsmethurst@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Thursday, July 22, 2021 5:24 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>; Andolina, Michael <mandolina@whitecase.com>
**Cc:** Shamah, Daniel S. <dshamah@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>;
Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Martorana, Keith R.
<KMartorana@gibsondunn.com>; JHallowell@gibsondunn.com; Eisinger, Vince
<VEisinger@gibsondunn.com>; dchristian@dca.law; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>;
konrad.krebs@clydeco.us; 'lrizzo@regerlaw.com' <lrizzo@regerlaw.com>; Cocchiaro, Salvatore J.
<scocchiaro@omm.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey
<tjordan@fgppr.com>; Todd C. Jacobs <tjacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura
McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary
<GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>;
hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@Steptoe.com>;
Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo,
Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto
<PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski
<mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor
<TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; mplevin@crowell.com; George
Calhoun <george@ifrahlaw.com>; Parikh, Sherin <sparikh@omm.com>; Shamah, Daniel S.
<dshamah@omm.com>; bruce.celebrezze@clydeco.us; Konrad.Krebs@clydeco.us;
Alexandra.Kowalski@generalstar.com; panderson@foxswibel.com; kmarrkand@mintz.com;
dgooding@choate.com; KVMarrkand@mintz.com; Lauren.Lifland@wilmerhale.com; Loveland, Benjamin
<Benjamin.Loveland@wilmerhale.com>; JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com;
PMinetto@moundcotton.com; LGura@moundcotton.com; Cocchiaro, Salvatore J.
<scocchiaro@omm.com>; Kerns, Kathleen <kkerns@postschell.com>; Anderson, Margaret M.
<panderson@foxswibel.com>; ahachikian@foxswibel.com; Yoon, Tacie <TYoon@crowell.com>; Zatz,
Clifford <CZatz@crowell.com>; jmarshall@choate.com; mhamermesh@hangley.com; Kurtz, Glenn
<gkurtz@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica
<jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura
<laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Abbott, Derek
<DAbbott@morrisnichols.com>; Adrian Azer <adrian.azer@haynesboone.com>; Martin, Ernest
<Ernest.Martin@haynesboone.com>
**Subject:** RE: Re: BSA Deficiency Letter

**[ External Email ]**
Counsel:

Please see the attached letter.  We request that you attach it to any filing regarding your discovery disputes or requests for shortened notice.

Best,
Sam

**Samuel P. Hershey**  |  Associate
**T**  +1 (212) 819-2699    **M**  +1 (914) 582-1628    **E**  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Hershey, Sam
**Sent:** Thursday, July 22, 2021 3:38 PM
**To:** 'Schiavoni, Tancred' <tschiavoni@omm.com>; Andolina, Michael <mandolina@whitecase.com>
**Cc:** Shamah, Daniel S. <dshamah@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; JHallowell@gibsondunn.com; Eisinger, Vince <VEisinger@gibsondunn.com>; dchristian@dca.law; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; konrad.krebs@clydeco.us; 'lrizzo@regerlaw.com' <lrizzo@regerlaw.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <tjacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@Steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; mplevin@crowell.com; George Calhoun <george@ifrahlaw.com>; Parikh, Sherin <sparikh@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; bruce.celebrezze@clydeco.us; Konrad.Krebs@clydeco.us; Alexandra.Kowalski@generalstar.com; panderson@foxswibel.com; kmarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lauren.Lifland@wilmerhale.com; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; PMinetto@moundcotton.com; LGura@moundcotton.com; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Kerns, Kathleen <kkerns@postschell.com>; Anderson, Margaret M. <panderson@foxswibel.com>; ahachikian@foxswibel.com; Yoon, Tacie <TYoon@crowell.com>; Zatz, Clifford <CZatz@crowell.com>; jmarshall@choate.com; mhamermesh@hangley.com; Kurtz, Glenn <gkurtz@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Adrian Azer <adrian.azer@haynesboone.com>; Martin, Ernest <Ernest.Martin@haynesboone.com>
**Subject:** RE: Re: BSA Deficiency Letter

Tanc,

We dispute your mischaracterization of the record, which will speak for itself.  The entire basis for the insurers' seeking a delay of the hearing on the RSA Motion was to give the parties sufficient time to raise discovery disputes in an orderly fashion.  You have apparently instead decided to wait until the last minute, and now seek to raise issues where the Debtors' position has been clear for weeks and we have invited your engagement.  We object to your actions and do not consent to shortened notice on any issue.

Sam

**Samuel P. Hershey**  |  Associate
**T**  +1 (212) 819-2699    **M**  +1 (914) 582-1628    **E**  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Thursday, July 22, 2021 2:45 PM
**To:** Hershey, Sam <sam.hershey@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>
**Cc:** Shamah, Daniel S. <dshamah@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>;
Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Martorana, Keith R.
<KMartorana@gibsondunn.com>; JHallowell@gibsondunn.com; Eisinger, Vince
<VEisinger@gibsondunn.com>; dchristian@dca.law; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>;
konrad.krebs@clydeco.us; 'lrizzo@regerlaw.com' <lrizzo@regerlaw.com>; Cocchiaro, Salvatore J.
<scocchiaro@omm.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey
<tjordan@fgppr.com>; Todd C. Jacobs <tjacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura
McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary
<GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>;
hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@Steptoe.com>;
Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo,
Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto
<PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski
<mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor
<TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; mplevin@crowell.com; George
Calhoun <george@ifrahlaw.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Parikh, Sherin
<sparikh@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; bruce.celebrezze@clydeco.us;
Konrad.Krebs@clydeco.us; Alexandra.Kowalski@generalstar.com; panderson@foxswibel.com;
kmarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com;
Lauren.Lifland@wilmerhale.com; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>;
JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; PMinetto@moundcotton.com;
LGura@moundcotton.com; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Kerns, Kathleen
<kkerns@postschell.com>; Anderson, Margaret M. <panderson@foxswibel.com>;
ahachikian@foxswibel.com; Yoon, Tacie <TYoon@crowell.com>; Zatz, Clifford <CZatz@crowell.com>;
jmarshall@choate.com; mhamermesh@hangley.com
**Subject:** RE: Re: BSA Deficiency Letter

Dear Mike and Sam

We objected to BSA's blanket assertions of privilege after you served your responses to our
document requests, again when you produced documents and again when BSA issued blanket
instructions of BSA's witnesses not to testify. We objected to BSA reneging, as it did, on its
commitment to produce documents on the time line it represented to the Court it would produce
documents.  We have done everything humanly possible to get you to cooperate, produce the
documents and allow witnesses to testify. No one anticipate that you would do what you did.

You have told us  and now written us that all our complaints are meritless and you will not
comply. If there is anything left to discuss, we would like to talk to you now. Otherwise we ask
that you please consent to having this matter addressed by the Court on shortened notice.

=================================================================
=========
This email communication is confidential and is intended only for the individual(s) or entity
named above and others who have been specifically authorized to receive it. If you are not the
intended recipient, please do not read, copy, use or disclose the contents of this communication
to others. Please notify the sender that you have received this email in error by replying to the
email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it.
Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================
=========

********************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private
communication sent by a law firm and may be confidential or protected by privilege. If you are not the
intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the
information contained in or attached to this message is strictly prohibited. Please notify the sender of the
delivery error by replying to this message, and then delete it from your system. Our Privacy Policy
explains how we may use your personal information or data and any personal information or data
provided or made available to us. Thank you.
********************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.


================================================================================
=========

This email communication is confidential and is intended only for the individual(s) or entity
named above and others who have been specifically authorized to receive it. If you are not the
intended recipient, please do not read, copy, use or disclose the contents of this communication
to others. Please notify the sender that you have received this email in error by replying to the
email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it.
Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


================================================================================
=========