UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: Boy Scouts of America and Delaware BSA, LLC

Chapter 11

Case No. 20-10343 (LSS)

Debtor: Boy Scouts of America and Delaware BSA, LLC (jointly administered)

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Jed D. Manton, Georgia Bar No. 868587

to represent  Courtney and Stephen Knight, Non-Abuse Litigation Claimants  in this action.

_/s/ Kristi J. Doughty_  No. 3826

Firm Name: Schnader Harrison Segal & Lewis LLP

Address: 824 North Market Street, Suite 800, Wilmington, DE 19801

Phone: (302) 482-4038

Email: kdoughty@schnader.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Georgia  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_/s/ Jed Manton_

Firm Name: Harris Lowry Manton LLP

Address: 410 East Broughton Street, Savannah, GA 31401

Phone: (404) 961-7650

Email: jed@hlmlawfirm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July 26th, 2021
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

Local Form 105