FILED
2021 JUL 26 AM 9:21
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor:

My name is ███████████ I was a victim of sexual abuse 51 years ago while a participant at a Boys Scouts of America summer camp at Treasure Valley in Massachusettes. I was twelve going on thirteen that summer. I'm now 64 years old. The statute of limitations has run out on my case. I'm not concerned about money. I wanted instead to let you know what transpired that summer while at camp. Perhaps this story will help you see what is necessary in the resolution of the current lawsuit of which I am a part.

I had been a Cub Scout as a child. My mother ███████ was a Den Mother. I wasn't much of a scout. I preferred painting, dancing, singing, and staying in-doors. My step-father thought that becoming a scout would make a "man" out of me. Fortunately, they let me pursue my particular interests eventually. However, in 1979 school was out, my parents were also out - of patience – twelve kids! So, they signed me up for Boy Scouts, was declared a Tenderfoot, and was packed off to camp Treasure Valley.

As you can see, I wasn't interested in scouting. I barely remember the activities engaged in. Thank goodness there was a crafts program. What I am about to tell you are memories that have never left me. One night, the young boy who was my tent-mate woke me up and smiling asked me to follow him. I remember his face vividly, and a group photo taken by the scouts and given to all helped me remember his face. I had that picture for years up to about ten years ago, after which I disposed of it. He was a small slight of build boy about my age with dark hair. I followed him through the dark woods and hiding ourselves behind some bushes he pointed below to a clearing. There I saw many young teenagers older ████████████████████████████████████████████████████████████████████████████
The boy seemed to enjoy the sight, but I was a bit dumbfounded. We returned to our tent.

The next evening, the assistant Scout Master, whose face again I vividly remember due to that group photo, called both of us to himself. He told us that we were to be transferred from the tent to a small bungalow. I asked him why, since it was good weather, and it was our last evening. He told me to just do what he said. In addition, he gave each of us a large glass of milk. This was also unusual. He had us drink it in front of him, Two older scouts led us to the bungalow. The sun had barely set, and I asked why he was sending us to bed so early. Again, he said to do what we were told. The other young boy seemed to have no problem with this and smiled all the way.

After drinking the milk, I began to feel very groggy. I laid in bed, and when it was dark, three other older boy scouts entered the bungalow. One boy went to my young tent-mate who seemed very happy and was smiling at me. His clothes were already removed and one older scout had laid down with him. Meanwhile, one of the other two scouts was instructed to get behind me and lift my legs back toward ████████████████████████████████████████████████████████████████████████████

The next day, I felt as if I was moving slowly through water. I was dazed, in a mental fog still. I sat on a park bench. Soon a Catholic priest approached me. He sat next to me with his arms around me. He

asked if something was wrong. I had no idea what to reply. I didn't have the words or understanding to describe what had happened to me. I was a naïve kid of the 1960's, not like the kids of today who seem to know and understand so much more about sex than I did at that age. I remember the priest so clearly. He gave me a postcard and said his hobby was taking pictures. The picture had a young boy my age resting on a similar bench with his head resting on the back looking up to the sky. The back of the card a Bible verse, something about looking up to the heavens from whence cometh my help. He told me his name. I understood him to say ▇▇▇▇▇▇▇▇▇▇ In my young mind and with his young appearance, I had convinced myself that he was the young boy on TV who had played Timmy on the Lassie Show. I thought this for years. I held on to the postcard also for years, again until about ten years ago. His is the only name I can remember from the entire event. He asked if I would like to go to Mass, and I said no. I was feeling very listless. He left.

When I returned home. My parents sensed something was wrong with me, and took me to the doctor. I don't remember anything further about what transpired there. I don't remember if I ever described the event to them. I know that this event had confused me, and every decision made thereafter as I grew into adolescence. It would come up occasionally in therapy over the years.

Jump forward thirty years around 2001. My family had not lived in Massachusettes because we moved to Colorado in 1970 after that same summer camp. I finished High school at a prestigious private school in Colorado Springs on scholarship. I entered a Baptist seminary to become a minister. After which I entered a seminary in California. I completed a B.A., M.Div. and worker for three years on a Ph.D Alas, I had to deal with that past event, and to determine whether I was gay. I am gay. I left religious work, found a partner Tony. My partner had died of AIDS in 1992. In 2001 I returned to Massachusetts. I wanted to be near my grandmother and take care of her in her last years. While in Worcester Massachusettes I met other gay men. During a conversation I retold my story and mentioned the priest. I had thought well of him over the years, and in fact had felt relieved after our brief exchange. However, these new friends said that his name wasn't ▇▇▇▇▇▇ but rather ▇▇▇▇▇▇▇▇▇▇▇▇ had been the first priest arrested in New England for photographing young boys in inappropriate states of undress. He went to trial and was convicted. I later found an article about the man and the legal case in an old Vanity Fair edition.

So, you see, how vulnerable I was, and how many others my age were and are. The Boys Scouts is a noble organization with a wonderful history. I realize that it is impossible to know with absolute certainty what another human being is capable of, or how and when he might act on his baser instincts with impunity. Nevertheless, I encourage the Scouts to examine this matter and do what ever it takes to minimize sexual assault of children. You have difficult decisions ahead of you, and the Boy Scouts have a lot of restructuring to do. I do not envy you or them in this task.

Thank you for reading this brief account. I hope it helps in some way. I wish you well, and I wish the Boy Scouts of America to regain their fine reputation and go on to serve the needs of youth in America.

▇▇▇▇▇▇▇▇



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

