July 18 2021

**FILED**
2021 JUL 26 AM 9: 22
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your-Honor,

Thank you for taking your time to read my letter for something had happened to me as a pre-teen. I went to a overnight BS camp. The first day I was there a leader named ███ can't forget his name asked me to the ███

███ called my Dad who at the time was a Chicago Police Detective. He raced down to the camp with his partner very upset took me home still have flash backs - in the years coming moved to Alabama to work for my sister got married - years 2000 wife 2013 daughter

Lost Them To Cancer, Wife Passed Away In My Arm's At Home - Had No One To Talk To After That - IT Still Affects ME Some Times, the Damages Remain For Both Soneone Need's To be Held Responsible. I AM 77 YEARS OLD AND ALONE.

Thank You Again