## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 5466 and 5682** |

**JOINDER TO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER,
PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE,
(I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE
RESTRUCTURING SUPPORT AGREEMENT, AND
(II) GRANTING RELATED RELIEF**

The claimants represented by the undersigned counsel, and set out by claim number in

Exhibit A, join the Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b)

and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under

the Restructuring Support Agreement, and (II) Granting Related Relief (Dkt. 5682).

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

Dated: July 26, 2021

/s/ David M. Klauder
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

- and -

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**Gregory J. Cannata & Associates, LLP**

/s/ Robert Cannata
Robert Cannata, Esquire
60 East 42nd Street, Suite 932
New York, NY 10165
Phone: (212) 553-9152
Facsimile: (212) 227-4141
Email: rcannata@cannatalaw.com

# EXHIBIT A

The foregoing Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim.  The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.

| SA-179 | SA-238 | SA-728 | SA-906 | SA-3388 |
|---|---|---|---|---|
| SA-13945 | SA-18563 | SA-41358 | SA-46628 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |