## CERTIFICATE OF SERVICE

I R. Craig Martin hereby certify that, on the 26th day of July 2021, a copy of the foregoing *Statement of the Ad Hoc Committee of Local Councils in Support of the RSA Approval Motion* was served via the Court's CM/ECF system to all parties registered to receive such notices.

Dated: July 26, 2021                            /s/ *R. Craig Martin*
                                                R. Craig Martin (No. 5032)