# EXHIBIT B

## BSA National Executive Board Members

1. Tanya Acker
2. Glenn Adams
3. David Alexander
4. Lisa Argyros
5. Bray Barnes
6. Scott Beckett
7. David Biegler
8. Howard Bulloch
9. Dan Cabela
10. Ray Capp
11. Dennis Chookaszian
12. David Clark
13. Keith Clark
14. Kent Clayburn
15. Ron Coleman
16. Wes Coleman
17. Phil Condit
18. Joe Crafton
19. Rick Cronk
20. John Cushman
21. Charles Dahlquist
22. Devang Desai
23. Douglas Dittrick
24. John Donnell
25. L. B. Eckelkamp Jr.
26. Craig Fenneman
27. Jack Furst
28. Robert Gates
29. Gordon Gee
30. John Gottschalk
31. Jenn Hancock
32. Brett Harvey
33. Aubrey Harwell
34. Janice Bryant Howroyd
35. Ray Johns
36. Ron Kirk
37. Lyle Knight
38. Frank McAllister
39. Drayton McLane
40. Dave Moody
41. Ellie Morrison
42. Jose Nino
43. Skip Oppenheimer
44. Dan Ownby
45. Doyle Parrish
46. Tico Perez
47. Wayne Perry
48. Jeanette Prenger
49. Frank Ramirez
50. Steve Rendle
51. Bob Reynolds
52. Jim Rogers
53. Nathan Rosenberg
54. Bill Rosner
55. Jim Ryffel
56. Alison Schuler
57. Michael Sears
58. Wes Smith
59. Scott Sorrels
60. Bill Stark
61. Randall Stephenson
62. David Steward
63. Thear Suzuki
64. Brad Tilden
65. Rex Tillerson
66. Frank Tsuru
67. Jim Turley
68. Steve Weekes
69. Gary Wendlandt
70. Jim Wilson
71. Tom Yarboro
72. Dr. Steve Zachow