# EXHIBIT C

CONFIDENTIAL AND PRIVILEGED

# MINUTES
## SPECIAL NATIONAL EXECUTIVE BOARD MEETING
### February 7, 2020

**These minutes are of a confidential and privileged session with legal counsel and once approved will be stored in the legal department.**

**Attendees:** Tanya Acker, Glenn Adams, Dave Alexander, Bray Barnes, Scott Beckett, David Biegler, Howard Bulloch, Dan Cabela, Dennis Chookaszian, Keith Clark, Kent Clayburn, Ron Coleman, Wesley Coleman, Phil Condit, Rick Cronk, John Cushman, Devang Desai, Doug Dittrick, Jack Furst, Dr. Robert Gates, Gordon Gee, Jennifer Hancock, Aubrey Harwell, Ron Kirk, Lyle Knight, Frank McAllister, David Moody, Ellie Morrison, Jose Nino, Skip Oppenheimer, Dan Ownby, Doyle Parrish, Tico Perez, Wayne Perry, Frank Ramirez, Steve Rendle, Bob Reynolds, Jim Rogers, Nathan Rosenberg, Bill Rosner, Jim Ryffel, Alison Schuler, Wes Smith, Scott Sorrels, Bill Stark, Brad Tilden, Rex Tillerson, Frank Tsuru, Jim Turley, Steve Weekes, Gary Wendlandt, Jim Wilson, Tom Yarboro, Steve Zachow

**Staff:** Michael Ashline, Steve McGowan, Roger Mosby, Chase Koontz, Patrick Sterrett, Joseph Zirkman

**Advisors:** Jessica Boelter, Michael Andolina, John Reiss and Matt Linder (White and Case) and Brian Whittman (Alvarez and Marsal)

1. **Governance and Fiduciary Duties.** John Reiss of White and Case made a presentation on the fiduciary duties of nonprofit board members based upon a memo summarizing the issues provided in the Board meeting materials. Privileged

   **Privileged**

| Privileged |
|---|

| Privileged | The was an extended discussion regarding potential conflicts arising out of the BSA bankruptcy. |

Jessica Lauria noted that | Privileged |

| Privileged |

Several board members discussed how they have or will resolve any potential conflict. | Privileged |
| Privileged |
| Privileged | The General Counsel will track any disclosures and action taken by Board members reported to him.

Going forward the Board's agenda will be structured so as to put bankruptcy matters at the end of the agenda so that Board members who want to recuse themselves can do so without having to be absent from the entire meeting.

When the discussion concluded the Board returned to its nonprivileged agenda.

_____
Steven P. McGowan, Secretary

2