# EXHIBIT E

## **BSA National Executive Committee Members**

1. Dan Ownby
2. Scott Sorrels
3. Roger Mosby
4. Jim Turley
5. Michael Sears
6. Nathan Rosenberg
7. Skip Oppenheimer
8. Devang Desai
9. Alison Schuler
10. Thear Suzuki
11. Jack Furst
12. Brad Tilden