# EXHIBIT F

Highly Confidential

### BSA BTF, NEB, and NEC Meetings List

| Date | Board |
|------|-------|
| November 6, 2020 | BTF |
| November 12, 2020 | NEC |
| November 16, 2020 | BTF |
| November 20, 2020 | BTF |
| December 1, 2020 | BTF |
| December 2, 2020 | NEC |
| December 3, 2021 | NEB |
| December 11, 2020 | BTF |
| December 15, 2020 | BTF |
| December 18, 2020 | BTF |
| December 29, 2020 | NEC |
| December 30, 2020 | NEB |
| January 5, 2021 | BTF |
| January 11, 2021 | BTF |
| January 14, 2021 | BTF |
| January 15, 2021 | NEC |
| January 21, 2021 | BTF |
| January 24, 2021 | BTF |
| January 28, 2021 | BTF |
| January 31, 2021 | BTF |
| February 3, 2021 | BTF |
| February 5, 2021 | NEC |
| February 7, 2021 | NEB |
| February 11, 2021 | BTF |
| February 13, 2021 | NEB |
| February 16, 2021 | BTF |
| February 16, 2021 | NEC |
| February 17, 2021 | NEB |
| February 19, 2021 | BTF |
| February 26, 2021 | NEC |
| February 28, 2021 | NEB |
| March 7, 2021 | BTF |
| March 10, 2021 | BTF |
| March 17, 2021 | BTF |
| March 24, 2021 | BTF |
| March 25, 2021 | BTF |
| April 2, 2021 | BTF |
| April 5, 2021 | NEC |
| April 8, 2021 | NEB |
| April 11, 2021 | NEC |
| April 13, 2021 | NEC |
| April 15, 2021 | BTF |

Highly Confidential

| April 26, 2021 | NEC |
| May 7, 2021 | NEC |
| May 7, 2021 | BTF |
| May 14, 2021 | NEC & BTF |
| May 21, 2021 | NEC & BTF |
| May 21, 2021 | BTF |
| May 25, 2021 | NEC |
| May 25, 2021 | BTF |
| May 26, 2021 | NEB |
| June 5, 2021 | NEB |
| June 5, 2021 | NEC & BTF |
| June 11, 2021 | NEC & BTF |
| June 13, 2021 | BTF |
| June 21, 2021 | BTF |
| June 22, 2021 | NEC |