# EXHIBIT G

**From:** Steve McGowan <Steve.McGowan@scouting.org>
**Sent:** Monday, June 28, 2021 4:04 PM
**To:** Dan Ownby <danownby@yahoo.com>; scottsorrels <scottsorrels@eversheds-sutherland.com>; Roger Mosby <Roger.Mosby@scouting.org>; Devang Desai <ddesai@gaebemullen.com>; akschuler1969@gmail.com; Jack Furst <Jack@oakstreaminvestors.com>; Skip Oppenheimer <skip-oppenheimer@oppcos.com>; Bradley Tilden (btilden@3sistersavn.com) <btilden@3sistersavn.com>; Jim Turley <turleyjs@gmail.com>; Thear S Suzuki <thear.suzuki@ey.com>; Nathan Rosenberg <nrosenberg@insigniam.com>; michael <michael@searsgroup.net>
**Cc:** Michael Ashline <Michael.Ashline@scouting.org>; Joseph Zirkman <Joseph.Zirkman@scouting.org>; Jessica Lauria <jboelter@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Whittman, Brian <bwhittman@alvarezandmarsal.com>
**Subject:** TIME SENSITIVE - CONFIDENTIAL - BSA Bankruptcy
**Importance:** High

NEC Members:

This is an update on negotiations since the last NEC call and a request for e-mail vote on terms of the local council $100M bridge.

- A draft of the term sheet from yesterday is attached.



The ▮▮▮▮▮ BTF recommend proceeding per this e—mail.

**Please reply by e-mail with a YES to approve the bridge note as per the terms set forth above and NO if you do not want approve it without a meeting of the NEC. The meeting would need to be tonight or tomorrow.**
Thanks
Steve

**Steven P. McGowan | General Counsel**

**BOY SCOUTS OF AMERICA**
Legal Department

1325 West Walnut Hill Lane | P.O. Box 152079
Irving, Texas 75015-2079
Internal 10588
P 972.580.7847  | C 972-467-1451 | F 972.580.7851
Steve.mcgowan@scouting.org

**REMEMBER TO ALWAYS KEEP IT SAFE!!!**

From: Devang Desai
Sent: Monday, June 28, 2021 5:54 PM
To: Steve McGowan <Steve.McGowan@scouting.org>
Cc: Dan Ownby <danownby@yahoo.com>; scottsorrels <scottsorrels@eversheds-sutherland.com>; Roger Mosby <Roger.Mosby@scouting.org>; akschuler1969@gmail.com; Jack Furst <jack@oakstreaminvestors.com>; Skip Oppenheimer <skip-oppenheimer@oppcos.com>; Bradley Tilden (btilden@3sistersavn.com) <btilden@3sistersavn.com>; Jim Turley <turleyjs@gmail.com>; Thear S Suzuki <thear.suzuki@ey.com>; Nathan Rosenberg <nrosenberg@insigniam.com>; michael <michael@searsgroup.net>; Michael Ashline <Michael.Ashline@scouting.org>; Joseph Zirkman <Joseph.Zirkman@scouting.org>; Jessica Lauria <jboelter@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Whittman, Brian <bwhittman@alvarezandmarsal.com>
Subject: Re: TIME SENSITIVE - CONFIDENTIAL - BSA Bankruptcy

I am in agreement with the terms below and recognize that they are necessary for a global resolution to be achieved. Thanks for all the efforts.

DEVANG DESAI, ESQ.
420 South Dixie Highway, Third Floor, Coral Gables, FL 33146
| tel 305.667.0223 | fax 305.284.9844
ddesai@gaebemullen.com | www.gaebemullen.com


On Jun 28, 2021, at 5:03 PM, Steve McGowan <Steve.McGowan@scouting.org> wrote:

?
NEC Members:

This is an update on negotiations since the last NEC call and a request for e-mail vote on terms of the local council $100M bridge. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ A draft of the term sheet from yesterday is attached ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[remainder of message redacted]


The ▇▇▇▇ BTF recommend proceeding per this e-mail.

**Please reply by e-mail with a YES to approve the bridge note as per the terms set forth above and NO if you do not want approve it without a meeting of the NEC. The meeting would need to be tonight or tomorrow.**
Thanks
Steve

**Steven P. McGowan | General Counsel**

**BOY SCOUTS OF AMERICA**
Legal Department

1325 West Walnut Hill Lane | P.O. Box 152079
Irving, Texas 75015-2079
Internal 10588
P 972.580.7847 | C 972-467-1451 | F 972.580.7851
Steve.mcgowan@scouting.org

**REMEMBER TO ALWAYS KEEP IT SAFE!!!**

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete

this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.