# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 5543** |

**CERTIFICATE OF NO OBJECTION REGARDING THE THIRTEENTH MONTHLY APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2021 TO AND INCLUDING APRIL 30, 2021**

The undersigned hereby certifies that, as of the date hereof, Alvarez & Marsal North America, LLC ("A&M") has received no answer, objection or other responsive pleading to the **Thirteenth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2021 to and Including April 30, 2021** (the "Application") (D.I. 5543), filed on July 9, 2021.

The undersigned further certifies that A&M has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than July 23, 2021 at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $814,475.00[2] | $1,704.31 | $651,580.00 | $653,284.31 |

WHEREFORE, A&M respectfully requests that the Application be approved.

Dated: July 26, 2021
      Chicago, Illinois

ALVAREZ & MARSAL NORTH AMERICA, LLC

*/s/ Brian Whittman*
Brian Whittman
Managing Director
540 W Madison
18th Floor
Chicago, Illinois 60661
Telephone: (312) 601-4227
Email: bwhittman@alvarezandmarsal.com

FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION

---

[2] A&M agreed to a voluntary reduction of fees in the amount of $10,345.00 (19.8 hours). The amount reflected herein includes this reduction to fees and hours.