# EXHIBIT D

**From:** Devang Desai
**Sent:** Tuesday, May 26, 2020 1:21 PM
**To:** Jeff Berger <Jeff.Berger@scouting.org>
**Subject:** Resignation

Dear Jeff-

I struggled to send you this email, but effective June 1, 2020, I must resign from the South Florida Council Executive Board.

As you may recall, at last week's BSA National Meeting, I was nominated and elected to the Executive Committee of the Boy Scouts of America. I will continue to serve on the national BSA board. Pursuant to the recently adopted BSA Bylaws, Article III, Section 7, members of the BSA Executive Committee shall not simultaneously serve as a member of any local council executive board.

I am hopeful that after my service on the BSA executive committee concludes, I will be able to rejoin our council board.

Rest assured that I will continue to be a committed member of our council and do not make the decision to resign lightly. I have enjoyed my time on the board and the fellowship with all of our fellow board members over the last ten years.

Should you have any questions, please feel free to let me know.

Thanks.
Devang



DEVANG DESAI, ESQ.

420 South Dixie Highway, Third Floor, Coral Gables, FL 33146

tel 305.667.0223, Ext. 235  |  fax 305.284.9844
ddesai@gaebemullen.com  |  www.gaebemullen.com

Celebrating 35 Years of Service 1985 - 2020

**Confidentiality Notice:** The information contained in this transmittal, including any attachment, is privileged and confidential information and is intended only for the person or entity to which it is addressed. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying or distribution or the taking of any action in reliance on the contents of this transmittal is strictly prohibited. If you have received this transmittal in error, please contact the sender immediately and delete this transmittal from any computer or other data bank. Thank you.