# EXHIBIT G

| | |
|---|---|
| **From:** | Devang Desai <ddesai@gaebemullen.com> |
| **Sent:** | Monday, June 28, 2021 3:47 PM |
| **To:** | Brad Tilden; Steve McGowan |
| **Cc:** | Dan Ownby; Roger Mosby; Scott Sorrels; Mike Ashline; Joe Zirkman; Lauria (Boelter), Jessica; Andolina, Michael; Linder, Matthew; Whittman, Brian |
| **Subject:** | RE: DRAFT - CONFIDENTIAL COMMUNICATION TO NEC - TIME SENSITIVE |

**[EXTERNAL EMAIL]**

Steve-

Thanks to the efforts of our legal team to get us to this point.

We have had many robust conversations about the proposal below and I am voting **YES** to move this along to a global resolution.

Thanks.

Devang



DEVANG DESAI, ESQ.
420 South Dixie Highway, Third Floor, Coral Gables, FL 33146
tel 305.667.0223, Ext. 235 | fax 305.284.9844
ddesai@gaebemullen.com | www.gaebemullen.com

Professionalism | Ethical Representation | Efficient Service
To Our Clients For Over 35 Years

Confidentiality Notice: The information contained in this transmittal, including any attachment, is privileged and confidential information and is intended only for the person or entity to which it is addressed. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying or distribution or the taking of any action in reliance on the contents of this transmittal is strictly prohibited. If you have received this transmittal in error, please contact the sender immediately and delete this transmittal from any computer or other data bank. Thank you.

**From:** Brad Tilden <btilden@3sistersavn.com>
**Sent:** Monday, June 28, 2021 1:35 PM
**To:** Steve McGowan <Steve.McGowan@scouting.org>
**Cc:** Dan Ownby <danownby@yahoo.com>; Roger Mosby <Roger.Mosby@scouting.org>; Scott Sorrels <scottsorrels@eversheds-sutherland.com>; Devang Desai <ddesai@gaebemullen.com>; Mike Ashline <Michael.Ashline@scouting.org>; Joe Zirkman <Joseph.Zirkman@scouting.org>; Jessica Lauria <jboelter@whitecase.com>; Mike Andolina <mandolina@whitecase.com>; Matthew Linder <mlinder@whitecase.com>; Brian Whittman <bwhittman@alvarezandmarsal.com>
**Subject:** Re: DRAFT - CONFIDENTIAL COMMUNICATION TO NEC - TIME SENSITIVE
**Importance:** High

Steve - ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
I'm a "yes" on this.  There are always going to be a couple of points that we wish had ended differently, but you guys

have worked this very hard, and my own sense is that it's time to put our pencils down and move on. ▬▬▬▬▬▬▬▬▬ Thx,
BT

On Jun 28, 2021, at 10:13 AM, Steve McGowan <Steve.McGowan@scouting.org> wrote:

**All please review and advise if you approve this e-mail for transmission to the NEC. We would like to send it by 4 pm this afternoon.**

This is an update on negotiations since the last NEC call and a request for e-mail vote on terms of the local council $100M bridge.

A draft of the term sheet from yesterday is attached



**Please reply by e-mail with a YES to approve the bridge note as per the terms set forth above and NO if you do not want approve it without a meeting of the NEC. The meeting would need to be tonight or tomorrow.**
Thanks
Steve

**Steven P. McGowan  |  General Counsel**

**BOY SCOUTS OF AMERICA**
Legal Department

1325 West Walnut Hill Lane  |  P.O. Box 152079
Irving, Texas 75015-2079
Internal 10588
P  972.580.7847  | C 972-467-1451 | F  972.580.7851
Steve.mcgowan@scouting.org

**REMEMBER TO ALWAYS KEEP IT SAFE!!!**

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

<Redline - Term Sheet - AHCLC Comments 6.27_4056581_1.PDF>

From: Devang Desai
Sent: Monday, June 28, 2021 5:54 PM
To: Steve McGowan <Steve.McGowan@scouting.org>
Cc: Dan Ownby <danownby@yahoo.com>; scottsorrels <scottsorrels@eversheds-sutherland.com>; Roger Mosby <Roger.Mosby@scouting.org>; akschuler1969@gmail.com; Jack Furst <jack@oakstreaminvestors.com>; Skip Oppenheimer <skip-oppenheimer@oppcos.com>; Bradley Tilden (btilden@3sistersavn.com) <btilden@3sistersavn.com>; Jim Turley <turleyjs@gmail.com>; Thear S Suzuki <thear.suzuki@ey.com>; Nathan Rosenberg <nrosenberg@insigniam.com>; michael <michael@searsgroup.net>; Michael Ashline <Michael.Ashline@scouting.org>; Joseph Zirkman <Joseph.Zirkman@scouting.org>; Jessica Lauria <jboelter@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Whittman, Brian <bwhittman@alvarezandmarsal.com>
Subject: Re: TIME SENSITIVE - CONFIDENTIAL - BSA Bankruptcy

I am in agreement with the terms below and recognize that they are necessary for a global resolution to be achieved. Thanks for all the efforts.

DEVANG DESAI, ESQ.
420 South Dixie Highway, Third Floor, Coral Gables, FL 33146
| tel 305.667.0223 | fax 305.284.9844
ddesai@gaebemullen.com | www.gaebemullen.com


On Jun 28, 2021, at 5:03 PM, Steve McGowan <Steve.McGowan@scouting.org> wrote:

?
NEC Members:

This is an update on negotiations since the last NEC call and a request for e-mail vote on terms of the local council $100M bridge. ███████████████████████████████████████████████████ A draft of the term sheet from yesterday is attached ███████████████████████████



The ▇▇▇▇ BTF recommend proceeding per this e—mail.

**Please reply by e-mail with a YES to approve the bridge note as per the terms set forth above and NO if you do not want approve it without a meeting of the NEC. The meeting would need to be tonight or tomorrow.**
Thanks
Steve

**Steven P. McGowan | General Counsel**

**BOY SCOUTS OF AMERICA**
Legal Department

1325 West Walnut Hill Lane | P.O. Box 152079
Irving, Texas 75015-2079
Internal 10588
P 972.580.7847 | C 972-467-1451 | F 972.580.7851
Steve.mcgowan@scouting.org

**REMEMBER TO ALWAYS KEEP IT SAFE!!!**

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete

this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.