**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline**: At the July 29, 2021 Hearing |

**MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS REGARDING
DEBTORS' OMNIBUS REPLY IN FURTHER SUPPORT OF DEBTORS'
MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b)
AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE
DEBTORS TO ENTER INTO AND PERFORM UNDER THE
RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING
RELATED RELIEF**

Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations

that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the

"Debtors"), submit this motion (the "Motion") to exceed the page limit for the *Debtors' Omnibus*

*Reply in Further Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b)*

*and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under*

*the Restructuring Support Agreement, and (II) Granting Related Relief* (the "Reply"), filed

concurrently herewith.  In support of this Motion, the Debtors respectfully state as follows:

**JURISDICTION AND VENUE**

1.      These chapter 11 cases are being jointly administered for procedural purposes only

pursuant to Bankruptcy Rule 1015(b) and rule 1015-1 of the Local Rules of Bankruptcy Practice

and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules").

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.    The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334

and the *Amended Standing Order of Reference* from the United States District Court for the District

of Delaware, dated February 29, 2012.  This is a core proceeding within the meaning of 28 U.S.C.

§ 157(b)(2), and the Debtors confirm their consent, pursuant to Local Rule 9013-1(f), to the entry

of a final order or judgment by the Court in connection with this Motion if it is determined that the

Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith

consistent with Article III of the United States Constitution.  Venue is proper pursuant to 28 U.S.C.

§§ 1408 and 1409.

3.    The statutory and other bases for the relief requested in this Motion are Local Rule

7007-2 and this Court's General Chambers Procedures (the "General Chambers Procedures"),

dated March 26, 2018.

## BACKGROUND

4.    On July 1, 2021, the Debtors filed the *Debtors' Motion for Entry of an Order,*

*Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to*

*Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related*

*Relief* (D.I. 5466) (the "RSA Motion").[2]

## RELIEF REQUESTED

5.    By this Motion, the Debtors respectfully request entry of an order (the "Proposed

Order"), substantially in the form attached hereto as **Exhibit A**, granting the Debtors leave to

exceed the page limit with respect to the Reply.

## BASIS FOR RELIEF

6.    Local Rule 7007-2 and the General Chambers Procedures provide that no reply

shall exceed fifteen pages.  Del. Bankr. L. R. 7007-2 ("Without leave of Court . . . no reply shall

---

[2]    All terms capitalized but not otherwise defined herein are defined in the RSA Motion.

2

exceed fifteen (15) pages. . . exclusive of any tables of contents and citations."); General Chambers Pro. at 3, § 2(a)(vi) ("All briefs and memoranda (in main bankruptcy cases and in adversary proceedings) must comply with Del. Bankr. LR 7007-2 (form and content of briefs))."  A reply may, however, exceed fifteen pages with leave of the court.  Del. Bankr. L. R. 7007-2.

7.     In light of the objections raised to the RSA Motion, through the Reply the Debtors must address complex legal and factual issues surrounding the Debtors' RSA as well as the Plan and Disclosure Statement.  To date, twenty objections, reservations of rights or joinders to objections have been filed with respect to the RSA Motion.  The Debtors will address the various arguments raised in the objections in the omnibus Reply.

8.     Althought the Debtors have made the Reply as succinct as possible, under the circumstances the Debtors cannot provide this Court with the information necessary for the full and fair adjudication of issues presented within the fifteen-page limit.  The Debtors therefore request that the Court permit the Debtors to exceed the page limit set by Local Rule 7007-2.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested in the Motion and such other and any further relief as the Court may deem just and proper.


*[Remainder of Page Intentionally Left Blank]*

Dated:  July 26, 2021
          Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 425-4664
Email:  dabbott@morrisnichols.com
            aremming@morrisnichols.com
            ptopper@morrisnichols.com

– and –

WHITE & CASE LLP
Jessica C. Lauria (*admitted pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

WHITE & CASE LLP
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice)*
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
            mlinder@whitecase.com
            laura.baccash@whitecase.com
            blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS
IN POSSESSION