IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 5466 and 5682** |

**JOINDER TO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF**

　　　　The claimants represented by the undersigned counsel, and set out by claim number in Exhibit A, join the ***Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief*** (Dkt. 5682).

Dated: July 26, 2021

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**KLEHR HARRISON HARVEY BRANZBURG LLP**

　　　　　　　　　　　　　　　　　　　　　*/s/ Sally E. Veghte*
　　　　　　　　　　　　　　　　　　　　　Sally E. Veghte (DE Bar No. 4762)
　　　　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1000
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 552-5503
　　　　　　　　　　　　　　　　　　　　　Email: Sveghte@klehr.com

　　　　　　　　　　　　　　　　　　　　　-And-

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

**CHIACCHIA & FLEMING, LLP**
Daniel J. Chiacchia, Esq.
5113 South Park Avenue
Hamburg, New York 14075
Telephone: (716) 648-3030
Email: dan@cf-legal.com

*Counsel to the Movants*