# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 5767** |

## DECLARATION OF SAMUEL P. HERSHEY IN SUPPORT OF DEBTORS' OMNIBUS OBJECTION TO INSURERS' MOTION TO COMPEL AND MOTION TO SHORTEN NOTICE

I, SAMUEL P. HERSHEY, declare under penalty of perjury, as follows:

1. I am a member of the firm of White & Case LLP ("**White & Case**"), 1221 Avenue of the Americas, New York, New York 10020, counsel for the Debtors in the above-captioned cases. I am admitted to this Court *pro hac vice* and respectfully submit this Declaration.

2. I submit this declaration in support of the Debtors' Omnibus Objection to Insurers' Motion to Compel and Motion to Shorten Notice (D.I. 5767) (the "**Objection**").

3. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the telephonic status conference before the Court held at 2:00 p.m. on July 7, 2021.

4. Attached hereto as Exhibit 2 is a true and correct copy of an email from Sam Hershey to the Insurers dated July 7, 2021.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Debtors' Responses and Objections to the Propounding Insurers, served on July 8, 2021.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

6. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Glenn Kurtz to the Insurers dated July 8, 2021.

7. Attached hereto as Exhibit 5 is a true and correct copy of an email from Sam Hershey to the Insurers dated July 9, 2021.

8. Attached hereto as Exhibit 6 is a true and correct copy of an email from Tancred Schiavoni to the Debtors dated July 9, 2021.

9. Attached hereto as Exhibit 7 is a true and correct copy of an email from Sam Hershey to the Insurers dated July 9, 2021.

10. Attached hereto as Exhibit 8 is a true and correct copy of an email from Tancred Schiavoni to Sam Hershey and Michael Andolina dated July 9, 2021.

11. Attached hereto as Exhibit 9 is a true and correct copy of an email from Sam Hershey to the Tancred Schiavoni dated July 9, 2021.

12. Attached hereto as Exhibit 10 is a true and correct copy of an email from Tancred Schiavoni to Sam Hershey dated July 10, 2021.

13. Attached hereto as Exhibit 11 is a true and correct copy of a letter from Michael Andolina to the Insurers dated July 12, 2021.

14. Attached hereto as Exhibit 12 is a true and correct copy of an email from Mark Plevin to the Debtors dated July 18, 2021.

15. Attached hereto as Exhibit 13 is a true and correct copy of a letter from Konrad Krebs to the Debtors dated July 14, 2021.

16. Attached hereto as Exhibit 14 is a true and correct copy of a letter from Glenn Kurtz to Konrad Krebs dated July 15, 2021.

17. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of the transcript of the telephonic hearing before the Court held at 10:00 a.m. on July 21, 2021.

18. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of an email from Tancred Schiavoni to Michael Andolina dated July 21, 2021.

19. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of a letter from Sam Hershey to Tancred Schiavoni dated July 22, 2021.

20. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of an email from Tancred Schiavoni to the Debtors dated July 22, 2021.

21. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of an email from Ryan Smethurst to the Debtors dated July 22, 2021.

22. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of a letter from Sam Hershey to the Insurers dated July 22, 2021.

23. Attached hereto as <u>Exhibit 21</u> is a true and correct copy of a letter from Salvatore Cocchiaro to Michael Andolina dated July 19, 2021.

24. Attached hereto as <u>Exhibit 22</u> is a true and correct copy of a letter from Sam Hershey to Salvatore Cocchiaro dated July 20, 2021.

25. Attached hereto as <u>Exhibit 23</u> is a true and correct copy of an email from Ryan Smethurst to the Debtors dated July 22, 2021.

26. Attached hereto as <u>Exhibit 24</u> is a true and correct copy of an email from Tancred Schiavoni to the Debtors dated July 22, 2021.

27. Attached hereto as <u>Exhibit 25</u> is a true and correct copy of an email from Stamatios Stamoulis to Derek Abbott dated July 22, 2021.

28. Attached hereto as <u>Exhibit 26</u> is a true and correct copy of an email from Derek Abbott to Stamatios Stamoulis dated July 22, 2021.

29. Attached hereto as <u>Exhibit 27</u> is a true and correct copy of an email from Sam Hershey to the Insurers dated July 23, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2021
New York, New York

*/s/ Samuel P. Hershey*
Samuel P. Hershey