# EXHIBIT 11

**WHITE & CASE**

July 12, 2021

**VIA E-MAIL**

Philip D. Anker
philip.anker@wilmerhale.com

Todd C. Jacobs
tjacobs@bradleyriley.com

Konrad R. Krebs
konrad.krebs@clydeco.us

Mark D. Plevin
mplevin@crowell.com

Michael A. Rosenthal
mrosenthal@gibsondunn.com

Tancred Schiavoni
tschiavoni@omm.com

Margaret H. Warner
mwarner@mwe.com

White & Case LLP
111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606-4302
T +1 312 881 5400

whitecase.com

      RE: *In re Boy Scouts of America*, Case No. 20-10343 (LSS) (Bankr. D. Del. 2020)

Dear all:

With this letter, you will receive access to the Debtors' second production of documents in connection with the RSA Motion, bearing Bates stamps BSA-RSA_00000638 to BSA-RSA_00000728. This production includes, among other things, responsive, non-privileged documents in the custody of Brian Whittman. As discussed, we are also producing a categorical privilege log.

Later today, we will produce responsive, non-privileged minutes of and presentations to the National Executive Board, the National Executive Committee and the Bankruptcy Task Force (collectively, the "Board Materials"). The Board Materials reflect, among other things, (i) discussions regarding the ongoing, court-ordered mediation; (ii) legal advice from the Debtors' counsel and requests for the same; (iii) attorney mental impressions; and (iv) work product made by, in consultation with or at the direction of the Debtors' counsel. Accordingly, the overwhelming majority of the Board Materials are protected from disclosure by, without

Philip D. Ankar, *et al.*, p. 2
July 12, 2021

**WHITE & CASE**

limitation, the attorney-client privilege, the mediation privilege and the work product doctrine. In accordance with these privileges and protections, the Debtors are producing the Board Materials subject to appropriate redactions.[1]

Best regards,

*/s/ Michael C. Andolina*
**Michael C. Andolina**

**T** +312-881-5388
**E** mandolina@whitecase.com

Cc:   Glenn Kurtz (gkurtz@whitecase.com)
      Andrew Hammond (ahammond@whitecase.com)
      Jessica Lauria (jessica.lauria@whitecase.com)
      Matthew Linder (mlinder@whitecase.com)
      Laura Baccash (laura.baccash@whitecase.com)
      Samuel P. Hershey (sam.hershey@whitecase.com)
      Blair Warner (blair.warner@whitecase.com)
      Derek Abbot (dabbot@morrisnichols.com)
      Ernest Martin (ernest.martin@haynesboone.com)
      Adrian Azer (adrian.azer@haynesboone.com)
      All other counsel listed on the Insurer Requests (by email)

---

[1] Pursuant to Federal Rule of Evidence 502 and the *Order Approving Confidentiality and Protective Order* [D.I. 799] (the "Protective Order"), the Debtors' failure to redact any portion of the Board Materials shall not be deemed a waiver of any privilege or protection applicable to such unredacted portion. *See* Fed. R. Evid. 502(b), (d); Protective Order Art. X. The Debtors reserve the right to amend their redactions to the Board Materials.