EXHIBIT 12

**Hershey, Sam**

| | |
|---|---|
| **From:** | Plevin, Mark <MPlevin@crowell.com> |
| **Sent:** | Sunday, July 18, 2021 9:38 PM |
| **To:** | Azer, Adrian; Green, Carla; Brendan.Gray@bakertilly.com; bmccullough@bodellbove.com; bruce.celebrezze@clydeco.us; Konrad.Krebs@clydeco.us; cwilkerson@brownsims.com; Jonathan.mulvihill@axaxl.com; sgummow@fgppr.com; tjordan@fgppr.com; lmcnally@loeb.com; estone@loeb.com; GSeligman@wiley.law; ACriss@wiley.law; rsmethurst@mwe.com; mwarner@mwe.com; msorem@nicolaidesllp.com; JRuggeri@goodwin.com; JWeinberg@goodwin.com; MBackus@goodwin.com; mhrinewski@coughlinduffy.com; LArmenti@coughlinduffy.com; dgooding@choate.com; jmarshall@choate.com; KMarrkand@mintz.com; panderson@foxswibel.com; ahachikian@foxswibel.com; Russell.Dennis@Markel.com; Jessica.oneill@markel.com; Cody.moorse@markel.com; MPankow@BHFS.com; spmyers@travelers.com; LRizzo@regerlaw.com; TJacobs@bradleyriley.com; dcaves@bradleyriley.com; harris.winsberg@troutman.com; tschiavoni@omm.com; akirschenbaum@omm.com; cwadley@walkerwilcox.com; gsvirsky@omm.com; jpanchok-berry@omm.com; Matthew.Roberts2@troutman.com; awessels@bradleyriley.com; jbucheit@bradleyriley.com; Craig.Goldblatt@wilmerhale.com; Joel.Millar@wilmerhale.com; KVMarrkand@mintz.com; TDARE@oldrepublic.com; Danielle.Spinelli@wilmerhale.com; SHunkler@goodwin.com; ARolain@goodwin.com; MRosenthal@gibsondunn.com; Philip.Anker@wilmerhale.com; Kenya.Spivey@enstargroup.com; hlee@steptoe.com; bgrindrod@steptoe.com; joconnor@steptoe.com; nogle@steptoe.com; SummersM@ballardspahr.com; laura.archie@argogroupus.com; kkerns@postschell.com; sparikh@omm.com; dchristian@dca.law; PMinetto@moundcotton.com; LGura@moundcotton.com; KMartorana@gibsondunn.com; Lauren.Lifland@wilmerhale.com; VEisinger@gibsondunn.com; JHallowell@gibsondunn.com; MChoi@gibsondunn.com; MBouslog@gibsondunn.com; DCassidy@gibsondunn.com; EGarrity@archinsurance.com; johnt@tbmmlaw.com; Kristin.Gallagher@kennedyslaw.com; Jedidiah.VanderKlok@kennedyslaw.com; ddolendi@hww-law.com; AWilliams@goodwin.com; jgreen@nicolaidesllp.com; Michelle.Castle@everestre.com; ABlum@berkleycustom.com; jziemianski@cozen.com; Allison_Confer@swissre.com; rschiller@hangley.com; smckee@hangley.com; edolce@hangley.com; lgura@moundcotton.com; pminetto@moundcotton.com; Yoon, Tacie |
| **Cc:** | Martin, Ernest; Andolina, Michael; Linder, Matthew; Lauria (Boelter), Jessica; Warner, Blair; Baccash, Laura; Schindler, S. Benjamin; Hershey, Sam; Kurtz, Glenn; Hammond, Andrew |
| **Subject:** | RE: BSA--Discovery Requests |

Adrian: See Bankruptcy Rule 9006(a)(1)(C). Even treating "5 days" as the deadline, the responses are not due until tomorrow.

---

**From:** Azer, Adrian <Adrian.Azer@haynesboone.com>
**Sent:** Sunday, July 18, 2021 5:31 PM
**To:** Green, Carla <Carla.Green@haynesboone.com>; Brendan.Gray@bakertilly.com; bmccullough@bodellbove.com; bruce.celebrezze@clydeco.us; Konrad.Krebs@clydeco.us; cwilkerson@brownsims.com; Jonathan.mulvihill@axaxl.com; sgummow@fgppr.com; tjordan@fgppr.com; lmcnally@loeb.com; estone@loeb.com; GSeligman@wiley.law;

ACriss@wiley.law; rsmethurst@mwe.com; mwarner@mwe.com; msorem@nicolaidesllp.com; JRuggeri@goodwin.com; JWeinberg@goodwin.com; MBackus@goodwin.com; mhrinewski@coughlinduffy.com; LArmenti@coughlinduffy.com; dgooding@choate.com; jmarshall@choate.com; KMarrkand@mintz.com; panderson@foxswibel.com; ahachikian@foxswibel.com; Russell.Dennis@Markel.com; Jessica.oneill@markel.com; Cody.moorse@markel.com; MPankow@BHFS.com; spmyers@travelers.com; LRizzo@regerlaw.com; TJacobs@bradleyriley.com; dcaves@bradleyriley.com; harris.winsberg@troutman.com; tschiavoni@omm.com; akirschenbaum@omm.com; cwadley@walkerwilcox.com; gsvirsky@omm.com; jpanchok-berry@omm.com; Matthew.Roberts2@troutman.com; awessels@bradleyriley.com; jbucheit@bradleyriley.com; Craig.Goldblatt@wilmerhale.com; Joel.Millar@wilmerhale.com; KVMarrkand@mintz.com; TDARE@oldrepublic.com; Danielle.Spinelli@wilmerhale.com; SHunkler@goodwin.com; ARolain@goodwin.com; MRosenthal@gibsondunn.com; Philip.Anker@wilmerhale.com; Kenya.Spivey@enstargroup.com; hlee@steptoe.com; bgrindrod@steptoe.com; joconnor@steptoe.com; nogle@steptoe.com; SummersM@ballardspahr.com; laura.archie@argogroupus.com; kkerns@postschell.com; sparikh@omm.com; dchristian@dca.law; PMinetto@moundcotton.com; LGura@moundcotton.com; KMartorana@gibsondunn.com; Lauren.Lifland@wilmerhale.com; VEisinger@gibsondunn.com; JHallowell@gibsondunn.com; MChoi@gibsondunn.com; MBouslog@gibsondunn.com; DCassidy@gibsondunn.com; EGarrity@archinsurance.com; johnt@tbmmlaw.com; Kristin.Gallagher@kennedyslaw.com; Jedidiah.VanderKlok@kennedyslaw.com; ddolendi@hww-law.com; AWilliams@goodwin.com; jgreen@nicolaidesllp.com; Michelle.Castle@everestre.com; Plevin, Mark <MPlevin@crowell.com>; ABlum@berkleycustom.com; jziemianski@cozen.com; Allison_Confer@swissre.com; rschiller@hangley.com; smckee@hangley.com; edolce@hangley.com; lgura@moundcotton.com; pminetto@moundcotton.com; Yoon, Tacie <TYoon@crowell.com>
**Cc:** Martin, Ernest <Ernest.Martin@haynesboone.com>; Andolina, Michael <mandolina@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Schindler, S. Benjamin <S.Benjamin.Schindler@haynesboone.com>; Hershey, Sam <sam.hershey@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>
**Subject:** RE: BSA--Discovery Requests

External Email

Counsel:

As you know, on July 12, the Debtors served discovery requests on Hartford, Century and the Propounding Insurers. On the same day, the Propounding Insurers served reciprocal discovery requests on the Debtors. Both the Debtors and the Propounding Insurers requested responses by yesterday, July 17.

The Debtors and Hartford served their discovery responses yesterday, in accordance with the requested deadline. However, the Debtors have not received responses from the Propounding Insurers or Century, nor have the Propounding Insurers or Century asked the Debtors for an extension.

Accordingly, the Debtors ask that Century and the Propounding Insurers serve their responses immediately.

Adrian


**Adrian Azer**
Partner
(t) +1 202.654.4537
(m) +1 703.401.4414

**From:** Green, Carla
**Sent:** Monday, July 12, 2021 4:55 PM
**To:** Brendan.Gray@bakertilly.com; bmccullough@bodellbove.com; bruce.celebrezze@clydeco.us; Konrad.Krebs@clydeco.us; cwilkerson@brownsims.com; Jonathan.mulvihill@axaxl.com; sgummow@fgppr.com; tjordan@fgppr.com; lmcnally@loeb.com; estone@loeb.com; GSeligman@wiley.law; ACriss@wiley.law;

rsmethurst@mwe.com; mwarner@mwe.com; msorem@nicolaidesllp.com; JRuggeri@goodwin.com; JWeinberg@goodwin.com; MBackus@goodwin.com; mhrinewski@coughlinduffy.com; LArmenti@coughlinduffy.com; dgooding@choate.com; jmarshall@choate.com; KMarrkand@mintz.com; panderson@foxswibel.com; ahachikian@foxswibel.com; Russell.Dennis@Markel.com; Jessica.oneill@markel.com; Cody.moorse@markel.com; MPankow@BHFS.com; spmyers@travelers.com; LRizzo@regerlaw.com; TJacobs@bradleyriley.com; dcaves@bradleyriley.com; harris.winsberg@troutman.com; tschiavoni@omm.com; akirschenbaum@omm.com; cwadley@walkerwilcox.com; gsvirsky@omm.com; jpanchok-berry@omm.com; Matthew.Roberts2@troutman.com; awessels@bradleyriley.com; jbucheit@bradleyriley.com; Craig.Goldblatt@wilmerhale.com; Joel.Millar@wilmerhale.com; KVMarrkand@mintz.com; TDARE@oldrepublic.com; Danielle.Spinelli@wilmerhale.com; SHunkler@goodwin.com; ARolain@goodwin.com; MRosenthal@gibsondunn.com; Philip.Anker@wilmerhale.com; Kenya.Spivey@enstargroup.com; hlee@steptoe.com; bgrindrod@steptoe.com; joconnor@steptoe.com; nogle@steptoe.com; SummersM@ballardspahr.com; laura.archie@argogroupus.com; kkerns@postschell.com; sparikh@omm.com; dchristian@dca.law; PMinetto@moundcotton.com; LGura@moundcotton.com; KMartorana@gibsondunn.com; Lauren.Lifland@wilmerhale.com; VEisinger@gibsondunn.com; JHallowell@gibsondunn.com; MChoi@gibsondunn.com; MBouslog@gibsondunn.com; DCassidy@gibsondunn.com; EGarrity@archinsurance.com; johnt@tbmmlaw.com; Kristin.Gallagher@kennedyslaw.com; Jedidiah.VanderKlok@kennedyslaw.com; ddolendi@hww-law.com; AWilliams@goodwin.com; jgreen@nicolaidesllp.com; Michelle.Castle@everestre.com; MPlevin@crowell.com; ABlum@berkleycustom.com; jziemianski@cozen.com; Allison_Confer@swissre.com; rschiller@hangley.com; smckee@hangley.com; edolce@hangley.com; lgura@moundcotton.com; pminetto@moundcotton.com; TYoon@crowell.com
**Cc:** Martin, Ernest <Ernest.Martin@haynesboone.com>; Azer, Adrian <Adrian.Azer@haynesboone.com>; Andolina, Michael <mandolina@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Schindler, S. Benjamin <S.Benjamin.Schindler@haynesboone.com>
**Subject:** BSA--Discovery Requests

Counsel,

Please see attached.

haynes*boone*
**Carla Green**
Associate
carla.green@haynesboone.com

**Haynes and Boone, LLP**
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7672

(t) +1 214.651.5305
(f) +1 214.200.0539

vCard | Bio | Website


CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.