# EXHIBIT 16

# Hershey, Sam

| | |
|---|---|
| **From:** | Schiavoni, Tancred <tschiavoni@omm.com> |
| **Sent:** | Wednesday, July 21, 2021 9:52 PM |
| **To:** | Cocchiaro, Salvatore J.; Cocchiaro, Salvatore J.; Schiavoni, Tancred |
| **Cc:** | Andolina, Michael; Shamah, Daniel S.; Stamatios Stamoulis; Rosenthal, Michael A.; Martorana, Keith R.; JHallowell@gibsondunn.com; Eisinger, Vince; dchristian@dca.law; Celebrezze, Bruce; konrad.krebs@clydeco.us; 'lrizzo@regerlaw.com' |
| **Subject:** | BSA re Follow up Deficiency Letter |

Mike

    The revised interrogatories you sent us this evening are not responsive the interrogatories posed. We ask that Debtors withdraw the boilerplate objections asserted and answer the interrogatories as posed. We reiterate our objection to BSA's document production as incomplete and ask that BSA produce forthwith copies of the power points and other documents that Alverez and Marsal provided to BSA and its Boards and with unredacted copies of the minutes and resolutions of the board. The directions to answer made at the depositions of Messrs. Ownby, Mosby and Whittman were improper. We ask that you withdraw your directions. We need this information in order to file objections tomorrow.

1