# EXHIBIT 18

# Hershey, Sam

| | |
|---|---|
| **From:** | Schiavoni, Tancred <tschiavoni@omm.com> |
| **Sent:** | Thursday, July 22, 2021 2:45 PM |
| **To:** | Hershey, Sam; Andolina, Michael |
| **Cc:** | Shamah, Daniel S.; Stamatios Stamoulis; Rosenthal, Michael A.; Martorana, Keith R.; JHallowell@gibsondunn.com; Eisinger, Vince; dchristian@dca.law; Celebrezze, Bruce; konrad.krebs@clydeco.us; 'lrizzo@regerlaw.com'; Cocchiaro, Salvatore J.; Susan N. K. Gummow; Jordan, Tracey; Todd C. Jacobs; jbucheit@bradleyriley.com; Laura McNally; Emily Stone; Seligman, Gary; Criss, Ashley; O'Connor, John; hlee@steptoe.com; Grindrod, Brett; Ogle, Nailah; Kerns, Kathleen; Myers, Scott P; Louis J. Rizzo, Esquire; Smethurst, Ryan; Pamela Minetto; Lloyd Gura; Michael Hrinewski; Lorraine Armenti; Everett, Trevor; jziemianski@cozen.com; dchristian@dca.law; mplevin@crowell.com; George Calhoun; Schiavoni, Tancred; Parikh, Sherin; Shamah, Daniel S.; bruce.celebrezze@clydeco.us; Konrad.Krebs@clydeco.us; Alexandra.Kowalski@generalstar.com; panderson@foxswibel.com; kmarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lauren.Lifland@wilmerhale.com; Loveland, Benjamin; JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; PMinetto@moundcotton.com; LGura@moundcotton.com; Cocchiaro, Salvatore J.; Kerns, Kathleen; Anderson, Margaret M.; ahachikian@foxswibel.com; Yoon, Tacie; Zatz, Clifford; jmarshall@choate.com; mhamermesh@hangley.com |
| **Subject:** | RE: Re: BSA Deficiency Letter |

Dear Mike and Sam

We objected to BSA's blanket assertions of privilege after you served your responses to our document requests, again when you produced documents and again when BSA issued blanket instructions of BSA's witnesses not to testify. We objected to BSA reneging, as it did, on its commitment to produce documents on the time line it represented to the Court it would produce documents.  We have done everything humanly possible to get you to cooperate, produce the documents and allow witnesses to testify. No one anticipate that you would do what you did.

You have told us  and now written us that all our complaints are meritless and you will not comply. If there is anything left to discuss, we would like to talk to you now. Otherwise we ask that you please consent to having this matter addressed by the Court on shortened notice.