# EXHIBIT 19

## Hershey, Sam

| | |
|---|---|
| **From:** | Smethurst, Ryan <rsmethurst@mwe.com> |
| **Sent:** | Thursday, July 22, 2021 3:41 PM |
| **To:** | Todd C. Jacobs |
| **Cc:** | Hallowell, James; Schiavoni, Tancred; Hershey, Sam; Andolina, Michael; Shamah, Daniel S.; Stamatios Stamoulis; Rosenthal, Michael A.; Martorana, Keith R.; Eisinger, Vince; dchristian@dca.law; Celebrezze, Bruce; konrad.krebs@clydeco.us; lrizzo@regerlaw.com; Cocchiaro, Salvatore J.; Susan N. K. Gummow; Jordan, Tracey; John E. Bucheit; Laura McNally; Emily Stone; Seligman, Gary; Criss, Ashley; O'Connor, John; hlee@steptoe.com; Grindrod, Brett; Ogle, Nailah; Kerns, Kathleen; Myers, Scott P; Louis J. Rizzo, Esquire; Pamela Minetto; Lloyd Gura; Michael Hrinewski; Lorraine Armenti; Everett, Trevor; jziemianski@cozen.com; mplevin@crowell.com; George Calhoun; Parikh, Sherin; bruce.celebrezze@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; kmarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; lauren.lifland@wilmerhale.com; Loveland, Benjamin; JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; pminetto@moundcotton.com; lgura@moundcotton.com; Anderson, Margaret M.; ahachikian@foxswibel.com; Yoon, Tacie; Zatz, Clifford; jmarshall@choate.com; mhamermesh@hangley.com |
| **Subject:** | Re: BSA Deficiency Letter |

Allianz joins, too.  Please advise if Debtors would like to have a call to discuss further, or please advise if Debtors believe further conferrals will not be productive.  Thank you.

RYAN S. SMETHURST
Partner
**McDermott Will & Emery LLP**  The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8036    **Mobile** +1 703 362 9175    **Email** rsmethurst@mwe.com
**Biography | Website | vCard | Twitter | LinkedIn**


On Jul 22, 2021, at 3:39 PM, Todd C. Jacobs <TJacobs@bradleyriley.com> wrote:

**[ External Email ]**
Mike/Sam:  National Surety and Interstate also join in this request.  Thank you.


**Todd C. Jacobs**
**Partner**
Direct: 312-281-0295 | Mobile: 847-370-1837 | tjacobs@bradleyriley.com

Bradley Riley Jacobs PC
500 W. Madison, Suite 1000
Chicago, IL 60654
www.bradleyrileyjacobs.com

**From:** Hallowell, James <JHallowell@gibsondunn.com>
**Sent:** Thursday, July 22, 2021 1:52 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>; Hershey, Sam <sam.hershey@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>
**Cc:** Shamah, Daniel S. <dshamah@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; dchristian@dca.law; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; konrad.krebs@clydeco.us; 'lrizzo@regerlaw.com' <lrizzo@regerlaw.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; John E. Bucheit <jbucheit@bradleyriley.com>; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@Steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; mplevin@crowell.com; George Calhoun <george@ifrahlaw.com>; Parikh, Sherin <sparikh@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; bruce.celebrezze@clydeco.us; Konrad.Krebs@clydeco.us; Alexandra.Kowalski@generalstar.com; panderson@foxswibel.com; kmarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lauren.Lifland@wilmerhale.com; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; PMinetto@moundcotton.com; LGura@moundcotton.com; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Kerns, Kathleen <kkerns@postschell.com>; Anderson, Margaret M. <panderson@foxswibel.com>; ahachikian@foxswibel.com; Yoon, Tacie <TYoon@crowell.com>; Zatz, Clifford <CZatz@crowell.com>; jmarshall@choate.com; mhamermesh@hangley.com
**Subject:** RE: Re: BSA Deficiency Letter

Mike/Sam:  AIG joins in Tanc's request below and asks to participate in any discussions that it makes sense to have on these issues.

**James L. Hallowell**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3804 • Fax +1 212.351.5266
JHallowell@gibsondunn.com • www.gibsondunn.com

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Thursday, July 22, 2021 2:45 PM
**To:** Hershey, Sam <sam.hershey@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>
**Cc:** Shamah, Daniel S. <dshamah@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Hallowell, James <JHallowell@gibsondunn.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; dchristian@dca.law; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; konrad.krebs@clydeco.us; 'lrizzo@regerlaw.com' <lrizzo@regerlaw.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey

<tjordan@fgppr.com>; Todd C. Jacobs <tjacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@Steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; mplevin@crowell.com; George Calhoun <george@ifrahlaw.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Parikh, Sherin <sparikh@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; bruce.celebrezze@clydeco.us; Konrad.Krebs@clydeco.us; Alexandra.Kowalski@generalstar.com; panderson@foxswibel.com; kmarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lauren.Lifland@wilmerhale.com; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; PMinetto@moundcotton.com; LGura@moundcotton.com; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Kerns, Kathleen <kkerns@postschell.com>; Anderson, Margaret M. <panderson@foxswibel.com>; ahachikian@foxswibel.com; Yoon, Tacie <TYoon@crowell.com>; Zatz, Clifford <CZatz@crowell.com>; jmarshall@choate.com; mhamermesh@hangley.com
**Subject:** RE: Re: BSA Deficiency Letter

**[WARNING: External Email]**

Dear Mike and Sam

We objected to BSA's blanket assertions of privilege after you served your responses to our document requests, again when you produced documents and again when BSA issued blanket instructions of BSA's witnesses not to testify. We objected to BSA reneging, as it did, on its commitment to produce documents on the time line it represented to the Court it would produce documents.  We have done everything humanly possible to get you to cooperate, produce the documents and allow witnesses to testify. No one anticipate that you would do what you did.

You have told us  and now written us that all our complaints are meritless and you will not comply. If there is anything left to discuss, we would like to talk to you now. Otherwise we ask that you please consent to having this matter addressed by the Court on shortened notice.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

*************************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.