# EXHIBIT 20

WHITE & CASE

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

July 22, 2021

**VIA E-MAIL**

Tancred Schiavoni
tschiavoni@omm.com

James Hallowell
JHallowell@gibsondunn.com

Todd C. Jacobs
tjacobs@bradleyriley.com

Ryan Smethurst
rsmethurst@mwe.com

Harry Lee
hlee@steptoe.com

Scott P Myers
spmyers@travelers.com

**RE: *In re Boy Scouts of America*, Case No. 20-10343 (LSS) (Bankr. D. Del. 2020)**

Dear Counsel:

I write in response to your emails of this afternoon.

It is clear that the insurers' decision to respond to the Debtors' request for a meet-and-confer two weeks after it was made and an hour before their objection deadline is an attempt to delay the schedule on the RSA Motion and mask the insurers' refusal to engage throughout this process. As you are aware, the Debtors have been asking the insurers to meet and confer since July 8. Yet, other than Great American, which met and conferred with the Debtors on July 18, no insurer has even responded to the Debtors' request. And while Great American agreed to coordinate positions with the other insurers (none of whom joined the meet-and-confer, despite receiving notice of it), we never heard back. For this reason, we find Mr. Schiavoni's reference to "anything left to discuss" puzzling, given that the Debtors have not had any discussions with Century. Rather, Century repeatedly refused to state its position, never sought to meet and confer with the Debtors, and chose not to participate in the meet-and-confer that the Debtors had with Great American. Mr. Smethurst's reference to "further conferrals" is similarly puzzling.

We ask that Mr. Schiavoni and Mr. Smethurst identify the other "discussions" and "conferrals" to which they are referring.

Moreover, despite the sudden zeal the insurers have expressed for a meet-and-confer, not one insurer identified the topic they wish to meet and confer about, much less stated their position on it. Indeed, other than Great American, no insurer has stated its position on the mediation privilege, despite the Debtors' stating their position on July 8 and repeatedly asking the insurers to do the same. Nor has any insurer responded to the Debtors' request that the insurers explain their basis for seeking material protected by the mediation privilege, in violation of Local Rule 9019 and the Mediation Order. Nor has any insurer provided its position on why it (presumably) believes that the Debtors' board minutes and presentations should be unredacted. The Debtors do not believe it will be fruitful to have a meet-and-confer where only the Debtors have stated a position on the topics being discussed.

The Debtors have been and remain willing to meet and confer with the insurers. In light of the deposition scheduled for tomorrow and the insurers' continuing failure to state their position on privilege, the Debtors suggest that (i) the parties meet and confer this weekend at a mutually convenient time, and (ii) before the meet-and-confer, the insurers state their position on the mediation privilege (including their requests for material protected by the mediation privilege, in violation of Local Rule 9019 and the Mediation Order) in writing, as well as their position regarding board minutes and presentations, and any other discovery issues the insurers now wish to raise.

Please let us know times this weekend that would work for the insurers. We reserve all rights.

Sincerely,

*/s/ Samuel P. Hershey*
**Samuel P. Hershey**

**T** +212-819-2699
**E** sam.hershey@whitecase.com

Cc: Glenn M. Kurtz (gkurtz@whitecase.com)
Michael C. Andolina (mandolina@whitecase.com)
Andrew Hammond (ahammond@whitecase.com)
Jessica Lauria (jessica.lauria@whitecase.com)
Matthew Linder (mlinder@whitecase.com)
Laura Baccash (laura.baccash@whitecase.com)
Blair Warner (blair.warner@whitecase.com)
Derek Abbot (dabbot@morrisnichols.com)
Ernest Martin (ernest.martin@haynesboone.com)
Adrian Azer (adrian.azer@haynesboone.com)
All other counsel to the Propounding Insurers (by email)

WHITE & CASE

Tancred Schiavoni, p. 3
July 22, 2021

AMERICAS 108372344