# EXHIBIT 24

## Hershey, Sam

| | |
|---|---|
| **From:** | Schiavoni, Tancred <tschiavoni@omm.com> |
| **Sent:** | Thursday, July 22, 2021 11:25 PM |
| **To:** | Hershey, Sam; Smethurst, Ryan |
| **Cc:** | Andolina, Michael; Shamah, Daniel S.; Stamatios Stamoulis; Rosenthal, Michael A.; Martorana, Keith R.; jhallowell@gibsondunn.com; Eisinger, Vince; dchristian@dca.law; Celebrezze, Bruce; konrad.krebs@clydeco.us; lrizzo@regerlaw.com; Cocchiaro, Salvatore J.; Susan N. K. Gummow; Jordan, Tracey; Todd C. Jacobs; jbucheit@bradleyriley.com; Laura McNally; Emily Stone; Seligman, Gary; Criss, Ashley; O'Connor, John; hlee@steptoe.com; Grindrod, Brett; Ogle, Nailah; Kerns, Kathleen; Myers, Scott P; Louis J. Rizzo, Esquire; Pamela Minetto; Lloyd Gura; Michael Hrinewski; Lorraine Armenti; Everett, Trevor; jziemianski@cozen.com; mplevin@crowell.com; George Calhoun; Parikh, Sherin; bruce.celebrezze@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; kmarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; lauren.lifland@wilmerhale.com; Loveland, Benjamin; JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; pminetto@moundcotton.com; lgura@moundcotton.com; Anderson, Margaret M.; ahachikian@foxswibel.com; Yoon, Tacie; Zatz, Clifford; jmarshall@choate.com; mhamermesh@hangley.com; Kurtz, Glenn; Hammond, Andrew; Lauria (Boelter), Jessica; Linder, Matthew; Baccash, Laura; Warner, Blair; Abbott, Derek; Adrian Azer; Martin, Ernest; Winsberg, Harris B. |
| **Subject:** | RE: BSA Deficiency Letter |

Mike

We would like to speak before tomorrow's deposition.  We propose 9 am EST but can also do 8 am

It is silly to suggest that we should have met and conferred with you before you produced documents and directed witnesses not to answer. But the fact is that we did. We had a meet and confer. Wee objected to how you were proceeding.

1