# EXHIBIT 25

## Hershey, Sam

| | |
|---|---|
| **From:** | Stamatios Stamoulis <stamoulis@swdelaw.com> |
| **Sent:** | Thursday, July 22, 2021 5:09 PM |
| **To:** | Abbott, Derek; Topper, Paige |
| **Cc:** | Schiavoni, Tancred; Hershey, Sam |
| **Subject:** | FW: Re: BSA Deficiency Letter |

Derek and Paige,

Please confirm that Debtors will not consent to a shortened notice period at that we are at an impasse.

Thank you, Stam

**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Thursday, July 22, 2021 3:38 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>; Andolina, Michael <mandolina@whitecase.com>
**Cc:** Shamah, Daniel S. <dshamah@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; JHallowell@gibsondunn.com; Eisinger, Vince <VEisinger@gibsondunn.com>; dchristian@dca.law; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; konrad.krebs@clydeco.us; 'lrizzo@regerlaw.com' <lrizzo@regerlaw.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <tjacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@Steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; mplevin@crowell.com; George Calhoun <george@ifrahlaw.com>; Parikh, Sherin <sparikh@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; bruce.celebrezze@clydeco.us; Konrad.Krebs@clydeco.us; Alexandra.Kowalski@generalstar.com; panderson@foxswibel.com; kmarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lauren.Lifland@wilmerhale.com; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; PMinetto@moundcotton.com; LGura@moundcotton.com; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Kerns, Kathleen <kkerns@postschell.com>; Anderson, Margaret M. <panderson@foxswibel.com>; ahachikian@foxswibel.com; Yoon, Tacie <TYoon@crowell.com>; Zatz, Clifford <CZatz@crowell.com>; jmarshall@choate.com; mhamermesh@hangley.com; Kurtz, Glenn <gkurtz@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Adrian Azer <adrian.azer@haynesboone.com>; Martin, Ernest <Ernest.Martin@haynesboone.com>
**Subject:** RE: Re: BSA Deficiency Letter

[EXTERNAL MESSAGE]

Tanc,

We dispute your mischaracterization of the record, which will speak for itself.  The entire basis for the insurers' seeking a delay of the hearing on the RSA Motion was to give the parties sufficient time to raise discovery disputes in an orderly fashion.  You have apparently instead decided to wait until the last minute, and now seek to raise issues where the Debtors' position has been clear for weeks and we have invited your engagement.  We object to your actions and do not consent to shortened notice on any issue.

Sam

**Samuel P. Hershey**  |  Associate
T  +1 (212) 819-2699    M  +1 (914) 582-1628    E  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Thursday, July 22, 2021 2:45 PM
**To:** Hershey, Sam <sam.hershey@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>
**Cc:** Shamah, Daniel S. <dshamah@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; JHallowell@gibsondunn.com; Eisinger, Vince <VEisinger@gibsondunn.com>; dchristian@dca.law; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; konrad.krebs@clydeco.us; 'lrizzo@regerlaw.com' <lrizzo@regerlaw.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <tjacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@Steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; mplevin@crowell.com; George Calhoun <george@ifrahlaw.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Parikh, Sherin <sparikh@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; bruce.celebrezze@clydeco.us; Konrad.Krebs@clydeco.us; Alexandra.Kowalski@generalstar.com; panderson@foxswibel.com; kmarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lauren.Lifland@wilmerhale.com; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; PMinetto@moundcotton.com; LGura@moundcotton.com; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Kerns, Kathleen <kkerns@postschell.com>; Anderson, Margaret M. <panderson@foxswibel.com>; ahachikian@foxswibel.com; Yoon, Tacie <TYoon@crowell.com>; Zatz, Clifford <CZatz@crowell.com>; jmarshall@choate.com; mhamermesh@hangley.com
**Subject:** RE: Re: BSA Deficiency Letter

Dear Mike and Sam

We objected to BSA's blanket assertions of privilege after you served your responses to our document requests, again when you produced documents and again when BSA issued blanket instructions of BSA's witnesses not to testify. We objected to BSA reneging, as it did, on its commitment to produce documents on the time line it represented to the Court it would produce documents.  We have done everything humanly possible to get you to cooperate, produce the documents and allow witnesses to testify. No one anticipate that you would do what you did.

You have told us  and now written us that all our complaints are meritless and you will not comply. If there is anything left to discuss, we would like to talk to you now. Otherwise we ask that you please consent to having this matter addressed by the Court on shortened notice.

==============================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use

or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on [https://www.whitecase.com/privacy-policy](https://www.whitecase.com/privacy-policy).


==============================================================================