# EXHIBIT 26

**Hershey, Sam**

| | |
|---|---|
| **From:** | Abbott, Derek <DAbbott@morrisnichols.com> |
| **Sent:** | Thursday, July 22, 2021 7:29 PM |
| **To:** | Stamatios Stamoulis |
| **Cc:** | Topper, Paige; Schiavoni, Tancred; Hershey, Sam |
| **Subject:** | Re: [EXT] FW: Re: BSA Deficiency Letter |

We do not agree to shortened notice.

Derek

> **DEREK C. ABBOTT**
> Partner
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 351-9357 Office | (302) 593-4729 Cell
> **dabbott@morrisnichols.com | vcard | bio | www.morrisnichols.com**

On Jul 22, 2021, at 17:08, Stamatios Stamoulis <stamoulis@swdelaw.com> wrote:

Derek and Paige,

Please confirm that Debtors will not consent to a shortened notice period at that we are at an impasse.

Thank you, Stam

**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Thursday, July 22, 2021 3:38 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>; Andolina, Michael <mandolina@whitecase.com>
**Cc:** Shamah, Daniel S. <dshamah@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>, <JHallowell@gibsondunn.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; dchristian@dca.law; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; konrad.krebs@clydeco.us; 'lrizzo@regerlaw.com' <lrizzo@regerlaw.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <tjacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@Steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; mplevin@crowell.com; George

1

Calhoun <george@ifrahlaw.com>; Parikh, Sherin <sparikh@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; bruce.celebrezze@clydeco.us; Konrad.Krebs@clydeco.us; Alexandra.Kowalski@generalstar.com; panderson@foxswibel.com; kmarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lauren.Lifland@wilmerhale.com; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; PMinetto@moundcotton.com; LGura@moundcotton.com; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Kerns, Kathleen <kkerns@postschell.com>; Anderson, Margaret M. <panderson@foxswibel.com>; ahachikian@foxswibel.com; Yoon, Tacie <TYoon@crowell.com>; Zatz, Clifford <CZatz@crowell.com>; jmarshall@choate.com; mhamermesh@hangley.com; Kurtz, Glenn <gkurtz@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Adrian Azer <adrian.azer@haynesboone.com>; Martin, Ernest <Ernest.Martin@haynesboone.com>

**Subject:** RE: Re: BSA Deficiency Letter

[EXTERNAL MESSAGE]

Tanc,

We dispute your mischaracterization of the record, which will speak for itself.  The entire basis for the insurers' seeking a delay of the hearing on the RSA Motion was to give the parties sufficient time to raise discovery disputes in an orderly fashion.  You have apparently instead decided to wait until the last minute, and now seek to raise issues where the Debtors' position has been clear for weeks and we have invited your engagement.  We object to your actions and do not consent to shortened notice on any issue.

Sam

**Samuel P. Hershey** | Associate
**T** +1 (212) 819-2699   **M** +1 (914) 582-1628   **E** sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Thursday, July 22, 2021 2:45 PM
**To:** Hershey, Sam <sam.hershey@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>;
**Cc:** Shamah, Daniel S. <dshamah@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>;
Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; JHallowell@gibsondunn.com; Eisinger, Vince <VEisinger@gibsondunn.com>; dchristian@dca.law; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; konrad.krebs@clydeco.us; 'lrizzo@regerlaw.com' <lrizzo@regerlaw.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <tjacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@Steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; mplevin@crowell.com; George Calhoun <george@ifrahlaw.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Parikh, Sherin <sparikh@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; bruce.celebrezze@clydeco.us; Konrad.Krebs@clydeco.us; Alexandra.Kowalski@generalstar.com; panderson@foxswibel.com; kmarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com;

Lauren.Lifland@wilmerhale.com; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>;
JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; PMinetto@moundcotton.com;
LGura@moundcotton.com; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Kerns, Kathleen
<kkerns@postschell.com>; Anderson, Margaret M. <panderson@foxswibel.com>;
ahachikian@foxswibel.com; Yoon, Tacie <TYoon@crowell.com>; Zatz, Clifford <CZatz@crowell.com>;
jmarshall@choate.com; mhamermesh@hangley.com
**Subject:** RE: Re: BSA Deficiency Letter

Dear Mike and Sam

We objected to BSA's blanket assertions of privilege after you served your responses to our
document requests, again when you produced documents and again when BSA issued blanket
instructions of BSA's witnesses not to testify. We objected to BSA reneging, as it did, on its
commitment to produce documents on the time line it represented to the Court it would produce
documents.  We have done everything humanly possible to get you to cooperate, produce the
documents and allow witnesses to testify. No one anticipate that you would do what you did.

You have told us  and now written us that all our complaints are meritless and you will not
comply. If there is anything left to discuss, we would like to talk to you now. Otherwise we ask
that you please consent to having this matter addressed by the Court on shortened notice.

===========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named
above and others who have been specifically authorized to receive it. If you are not the intended
recipient, please do not read, copy, use or disclose the contents of this communication to others. Please
notify the sender that you have received this email in error by replying to the email or by telephoning +1
212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===========================================================================

This message, including any accompanying documents or attachments, may contain information that is confidential or that
is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or
copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that
you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.