# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL AS COUNSEL FOR CLAIMANT NUMBER SA-63487

MERSON LAW, PLLC, counsel of record for Claimant Number SA-63487, hereby withdraws as counsel for claimant SA-63487 in the above-captioned case against Boy Scouts of America.

Please note that counsel is **not** withdrawing the Proof of Claim filed on behalf of Claimant Number SA-63487. Please direct all communications regarding Claimant Number SA-63487 directly to the claimant at the contact information provided in the Proof of Claim.

Dated: July 19, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　*/s/ Jordan Merson*
　　　　　　　　　　　　　　　　　　　　　MERSON LAW, PLLC
　　　　　　　　　　　　　　　　　　　　　Jordan K. Merson, Esq.
　　　　　　　　　　　　　　　　　　　　　Matthew G. Merson, Esq.
　　　　　　　　　　　　　　　　　　　　　950 Third Avenue, 18th Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　Phone: (212) 603-9100
　　　　　　　　　　　　　　　　　　　　　Facsimile: (347) 441-4171

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:230722.1