# EXHIBIT A

**Proposed Form of Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 5771 & _____ |

**ORDER GRANTING MOTION TO SHORTEN
NOTICE WITH RESPECT TO HARTFORD'S MOTION TO STRIKE AND/OR IN
LIMINE TO EXCLUDE THE TESTIMONY OF ROGER C. MOSBY**

Upon the motion (the "Motion to Shorten")[2] filed by Hartford, pursuant to section 105(a) of title 11 of the United States Code, Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for entry of an order scheduling a hearing and shortening the notice period with respect to the Motion to Strike; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware; and this being a core proceeding pursuant to 28 U.S.C § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate and appropriate notice of the Motion to Shorten under the circumstances having been provided; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten

---

[1] The Debtors in these Bankruptcy Proceedings, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion to Shorten.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED, as set forth herein.

2. The hearing on the Motion to Strike shall be **July ____, 2021 at _____ __.m. (ET),** with objections, if any, to be filed in advance of or made at such hearing.

3. Hartford is authorized and empowered to take all actions necessary to implement the relief granted in this Order without further notice or order of the Court.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.