**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 5466 and 5682** |

**JOINDER TO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF**

The claimants represented by the undersigned counsel, and set out by claim number in Exhibit A, join the Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (Dkt. 5682).

Dated: July 26, 2021

Respectfully submitted,

_____

Eric W. Siegle, Esq.[i]
**SIEGLE & SIMS L.L.P.**
Eric W. Siegle, Esq.
217 Broadway, Suite 611
New York, New York 10007
Phone: (212) 406-0110
Facsimile: (212) 406-5259
Email: e.siegle@siegleandsims.com

*Counsel to the S&S Claimants*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# APPENDIX A

The foregoing Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by SIEGLE & SIMS L.L.P.  The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.

| | | | | |
|---|---|---|---|---|
| 32068 | 32099 | 32180 | 32283 | 32292 |
| 32369 | 32373 | 32381 | 37348 | 41288 |
| 70013 | 90798 | 105607 | 105612 | 105610 |
| 105613 | 105614 | 105609 | 105608 | 105767 |
| 105768 | 105835 | | | |

[i] Siegle & Sims L.L.P. has endeavored to retain local counsel or find an attorney to sponsor the admission of attorney Eric W. Siegle *pro hac vice*.  Unfortunately, despite significant efforts we have been unable to find someone to serve in either capacity as numerous attorneys have stated they are conflicted out or otherwise involved in this litigation.  We will continue to endeavor to find a suitable local attorney admitted to this Court, however we respectfully request that the Court accept these objections on behalf of the S&S Claimants at this time.