**FILED**
2021 JUL 27 AM 8:45
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein

Your Honor, I got a later letter from my Attorneys. I am sorry for our snail mail. I am one of the Sexual Abuse Surviors, I am 67 yrs. old.

I was sexually Abuse by my scout master from the age of 12 through 13. I did not report this because I was adopted and in a small town and I was told that no one would believe me, the he was a pillar of the town.

[redacted]

fat, sweaty and smelly. I could say more but it hurts, I've stuffed all of this down deep inside of me for years, only that my childhood was ruined and so was my adulthood. I could not keep a job nor a relationship. I went into Military and then got out and went back in the second time only to be discharged under Alcohol and drugs. Then I ended up getting into more troubles and ended up in prison

do a life sentence.

I saw the ad on TV about the Scout Abuse then it all came back to me - so I contacted the Attorneys about this. Every time I think of this Scout Master, I become sick and shacky and tears from the inside come - I tell myself I got to be strong.

I contacted the Psychic, he put me in contact with the Tell-a Psychotrist, who prescibe meds for my modeswings. and He knows the situation too, don't know what they are going to do. But said, I was sexually devistated.

I am not going to waste any more of your time. But The BSA is a good organization, but has a few rotten apples in it.

Thank you for your time and cooperation.



Justice Laurí Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE. 19801

CEDAR RAPIDS IA 522
21 JUL 2021 PM 1 L



