FILED
2021 JUL 27 AM 8:55
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear , Justice Silverstein

I have been contemplating writing this letter for 6 months now. I feel if I write it with all of the other Boy Scouts in mind … all of us who joined the Scouts as young men , it would give me the strength and focus to do it.

As a boy , before I joined the Cub Scouts I saw The Boy Scouts of America as an honorable and respectable organization . An uncle was a Scout in the 60 s and told me of the the achievement and merit the scouts promoted , and how he enjoyed the Scouting Camping Excursions and activities and the comradely he experienced. His friend earned the Eagle Scout Honors of Achievement . I hoped to achieve that level in the Scouts one day. That never happened ...

Instead on a Fall day my friends and I arrived at the Boy Scouts of America's Fort Dearborn Preserve in Park Ridge Illinois , it was a beautiful fall day . I looked forward to the adventure and activities they promoted and promised .After we unloaded our camp gear and set up out tents I decided to walk to the Des Plaines River's edge to enjoy the forest and sketch the beauty of the forest and river. I was there five minutes or so and a Scout Master and two fifteen or sixteen year scouts walked down the trail toward me and started to harass me and and demanded I join them and drink beer with them and look at dirty magazines with them . They then restrained me and  the Scoutmaster sodomized me and violated me sexually while one of the  scouts was restraining me by one arm . Later that night at the Bonfire the same Scoutmaster told me to help him gather more wood for the fire and molested me in the dark behind the wood piles. Then again the next day in the morning as I was sick and confused and even terrified and angry because of the two events I decided to stay in the tent as my friends went to the activities without me. A different Scoutmaster with glasses and a tattoo on his arm came to ask me to join in the archery activity and said he heard I was a good scout . Then he started  to fondle me in the tent and told me to touch him and I would not , so he hit me in the right side of the neck and head and then walked out of the tent .

 I felt like I experienced  horrible and criminal sexual abuse , sodomy , betrayal , neglect and complete disrespect for my identity, and human dignity during these three different incidences , all within less than forty eight hours at the Boy Scouts Fort Dearborn Forest Preserve. The evil … that as a Spiritual Director and  one of My Therapists said can kill the SOUL in those moments a sexual , emotional and intellectual abuse .

Reflecting on these events over the years I can see how they left me in a horrible panic , and anxiety with a dark depression and fear that set in before we left to go home that Sunday afternoon completely disappointed , shocked and confused . My self- esteem and sense of who I was, truly was shattered .

From that point on I became withdrawn socially and lost the natural trust in adult men an even boys my age .  I No longer had a sense of being safe when going anywhere , especially if it was new and unfamiliar. This made it hard and even painful to be involved in extra curricular social activities at school or church and athletics. This sexual abuse and torment by these Scoutmasters and young Scouts created an pattern of avoidance for me and procrastination as I believed if I got involved and let my guard down I would be used or hurt by someone again , or found to be strange or odd . The worse part is , I felt if I was successful in life I would be noticed and then be abused again or would be in danger of something or someone harming me . This constant anxiety at times , throughout the day would wear me down and  it was horrible at times growing up after the sexual abuse at Fort Dearborn . I seemed to have walked away from success and using my talents throughout my life , as a feeling of danger, severe anxiety and possible betrayal would always overcome me. When in the social environment of the workplace at Leo Burnett Advertising in Chicago , or in a Family Business in Arizona and even with my own Father at his Financial and Insurance Services Agency , Then in my own small delivery services business.

Romantically when dating and talking about Marriage with girls I dated growing up m,through some time in College , I would begin a new with each opportunity and sadly feel numb or unable to be a Husband and friend to a wife , and father to children . It sadly end in Heartbreak for both of us . I hope still , that I can meet the right woman .

Over my life I have seen four different therapists over the years and a Spiritual Director ,  seeking healing and continual counsel and therapy . I've been diagnosed with Major depression , Social anxiety with psychotic features , PTSD symptoms and even suicidal thoughts . I have been seeing Doctors for these conditions since 1984 and never knowing the source or cause until recently . In addition to all these years of treatment and pain and suffering  , I went to an emergency room in 2012 for fatigue and anxiety and was asked to check myself into a Mental Health Clinic at Advocate Good Samaritan Hospital in Mach of 2012 for evaluation and healing . They determined and believed that I was suffering from severe anxiety and Bi-Polar disorder with periods of major depression . It wasn't until 2015 that they determined I had PTSD and Severe Sleep Apnia .I hope to continue to heal and be more productive in my life , using my God given talents serve and share them with humanity .

In reading some of the Letters sent to you from other former scouts , it was shocking and sad to see the degree of the horrible affects this abuse had on some , and the pain all of us suffered .  All of the Scouts that were used and abused , like this should not have been treated this way ! I believe most  joined the ranks believed in the integrity and values promoted by the B of A   . Instead there was no protection and safety for any of us . As trusting children who are growing and developing , this kind of evil is shocking and can horribly affect a person's identity , personality , self - esteem and life .

I would hope the Boy Scouts of America will adopt a new and just view that " No Scouts should be left behind " and take full responsibility for these past events of pain and suffering  , and make assurance to any new scouts and their families , that this will never happen again to anyone .

I am truly grateful that I and others can send these letters to you . Being heard by a Justice of the Courts is liberating and therapeutic in it self . After years of being in darkness and feeling like an outcast or never being able to fit in or really belonging , this opportunity is bringing light and hope into my heart and life again .



BSA Claim #



TO: Justice Lauri Selber
Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801