**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, | : | |
| | : | |
| Debtors. | : | **Related Doc. No. 5582** |
| | : | |
| | : | |

**WITHDRAWAL OF MOTION OF JOHN C. BOBECK, BRIAN D. DRISCOLL**
**AND ROBERT A. REIN TO MODIFY THE AUTOMATIC STAY PURSUANT**
**TO SECTION 362 OF THE BANKRUPTCY CODE**

John C. Bobeck, Brian D. Driscoll and Robert A. Rein (the "Movants"), by and through

their undersigned counsel, hereby withdraw the ***Motion to Modify the Automatic Stay Pursuant***

***to Section 362 of the Bankruptcy Code*** which was filed on July 14, 2021 at Docket No. 5582.

Dated: July 27, 2021

Respectfully submitted,

**KLEHR HARRISON HARVEY**
**BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5503
Email: Sveghte@klehr.com

-And-

**CHIACCHIA & FLEMING, LLP**
Daniel J. Chiacchia, Esq.
5113 South Park Avenue
Hamburg, New York 14075
Telephone: (716) 648-3030
Email: dan@cf-legal.com

*Counsel to the Movants*

PHIL1 9598754v.1