**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

NOTICE OF **AMENDED**[2] DISCOVERY CONFERENCE
ON JULY 27, 2021, AT 3:00 P.M. (ET)

**This remote status conference will be conducted entirely over Zoom and requires all participants to register in advance. Please register by July 27, 2021, at 2:00 p.m. Eastern Time**

**COURTCALL WILL NOT BE USED FOR THIS STATUS CONFERENCE.**

**Please use the following link to register for this status conference:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsfuupqD8uHVe-5KSWOCJxrFCLylYGXCA**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the status conference.**

Topic: Boy Scouts of America

**Time: July 27, 2021, at 3:00 p.m. Eastern Time (US and Canada)**

DISCOVERY CONFERENCE

Status: Please take notice that at the direction of the Court, a discovery conference regarding discovery disputes**, including the parties' positions on mediation privilege,** will be held today at 3:00 p.m.

[*Remainder of page intentionally left blank.*]

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

Dated: July 27, 2021
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Michelle M. Fu (No. 6661)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
    aremming@morrisnichols.com
    ptopper@morrisnichols.com
    mfu@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
    mlinder@whitecase.com
    laura.baccash@whitecase.com
    blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION