## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,[1]

                  Debtors.

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON JULY 29, 2021 AT 10:00 A.M. (ET)

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.  Please register by July 29, 2021 at 8:30 a.m. Eastern Time**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**
**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsceipqzkqH8acFzl6S6L5up_DlTbG-co**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Boy Scouts of America

**Time: July 29, 2021, at 10:00 a.m. Eastern Time (US and Canada)**

MATTERS GOING FORWARD:

1.      Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company's Motion to Compel Abused in Scouting and Kosnoff Law PLLC to Submit Rule 2019 Disclosures (D.I. 2028, Filed 2/3/21).

      Objection Deadline:  February 10, 2021, at 4:00 p.m. (ET).

      Responses Received:

      a)      Kosnoff Law's Omnibus Objection to Hartford's and Century's Motions to Compel (D.I. 2142, Filed 2/10/21);

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

b)      Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Omnibus Response to (I) Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fir Insurance Company's Motion to Compel Abused in Scouting And Kosnoff Law PLLC to Submit Rule 2019 Disclosures and (II) Century's Motion to Compel Abused in Scouting, Kosnoff Law PLLC, and the Coalition to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 2143, Filed 2/10/21); and

c)      Kosnoff Law's Supplemental Omnibus Objection to Hartford's and Century's Motions to Compel Rule 2019 Disclosures (D.I. 5679, filed 7/22/21).

Related Pleadings:

a)      Reply in Support of Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company's Motion to Compel Abused in Scouting and Kosnoff Law PLLC to Submit Rule 2019 Disclosures (D.I. 2170, Filed 2/11/21); and

b)      Joinder by Travelers Casualty and Surety Company, Inc. (FKA Aetna Casualty & Surety Company), St. Paul Surplus Line Insurance Company and Gulf Insurance Company to Hartford's Motion to Compel Abused in Scouting and Kosnoff Law PLLC to Submit Rule 2019 Disclosures (D.I. 2181, Filed 2/11/21).

Status: This matter is going forward.

2.      Century's Motion to Compel Ichor Consulting, LLC to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 2029, Filed 2/3/21).

Objection Deadline: February 10, 2021, at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

a)      Joinder by Agricultural Insurance Company to Century's Motion to Compel Ichor Consulting, LLC to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 2132, Filed 2/10/21);

b)      Joinder, Response and Objection to Century's Motion to Compel Ichor Consulting, LLC to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 2144, Filed 2/10/21);

c)      Joinder by Travelers Casualty and Surety Company, Inc. (FKA Aetna Casualty & Surety Company), St. Paul Surplus Line Insurance Company and Gulf Insurance Company to Century's Motion to Compel Ichor Consulting, LLC to Submit the

Disclosures Required by Federal Rule of Bankuptcy Procedure 2019 (D.I. 2182, Filed 2/11/21);

d)    Century's Reply in Support of its Motion to Compel Ichor Consulting, LLC to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 2198, Filed 2/15/21); and

e)    Corrected Response to Century's Motion to Compel Ichor Consulting, LLC to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 2208, Filed 2/12/21).

Status:  This matter is going forward.

3.    Century's Motion to Compel Abused In Scouting, Kosnoff Law PLLC, and the Coalition to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 2030, Filed 2/3/21).

Objection Deadline:  February 10, 2021, at 4:00 p.m. (ET).

Responses Received:

a)    Limited Objection of the Coalition of Abused Scouts for Justice to Century's Motion to Compel [D.I. 2030] (D.I. 2135, Filed 2/10/21);

b)    Kosnoff Law's Omnibus Objection to Hartford's and Century's Motions to Compel (D.I. 2142, Filed 2/10/21);

c)    Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Omnibus Response to (I) Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fir Insurance Company's Motion to Compel Abused in Scouting Andkosnoff Law PLLC to Submit Rule 2019 Disclosures and (II) Century's Motion to Compel Abused in Scouting, Kosnoff Law PLLC, and the Coalition to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 2143, Filed 2/10/21); and

d)    Kosnoff Law's Supplemental Omnibus Objection to Hartford's and Century's Motions to Compel Rule 2019 Disclosures (D.I. 5679, filed 7/22/21).

Related Pleadings:

a)    Joinder by Travelers Casualty and Surety Company, Inc. (FKA Aetna Casualty & Surety Company), St. Paul Surplus Line Insurance Company and Gulf Insurance Company to Century's Motion to Compel Abused in Scouting and Kosnoff Law PLLC and the Coalition to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 2183, Filed 2/11/21).

<u>Status</u>: This matter is going forward.

4.     Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (<u>D.I. 5466</u>, filed 7/1/21).

<u>Objection Deadline</u>:    July 22, 2021, at 4:00 p.m. (ET); extended to July 23, 2021, at 12:00 p.m. (ET) for Courtney and Stephen Knight as Surviving Parents of E.J.K. a minor child, and Stephen Knight as the Personal Representative of the Estate of E.J.K.

<u>Responses Received</u>:

a)     Limited Objection and Reservation of Rights of the Church of Jesus Christ Latter-Day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (<u>D.I. 5674</u>, filed 7/22/21);

b)     Joint Objection of the Roman Catholic Ad Hoc Committee and the United Methodist Ad Hoc Committee to the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (<u>D.I. 5676</u>, filed 7/22/21);

c)     Joinder and Reservation of Rights of the Episcopal Church to the Limited Objection and Reservation of Rights of the Church of Jesus Christ Latter-Day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (<u>D.I. 5677</u>, filed 7/22/21);

d)     [SEALED] Joinder of the Coalition of Abused Scouts for Justice, The Official Committee of Tort Claimants, and The Future Claims Representative to, and Brief in Support of Debtors' Motion for an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5678, filed 7/22/21);

e)     Notice of Filing of Final Redacted Version of Joinder of the Coalition of Abused Scouts for Justice, The Official Committee of Tort Claimants, and The Future Claims Representative to, and Brief in Support of Debtors' Motion for an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (<u>D.I. 5680</u>, filed 7/22/20);

f)    Hartford's Objection to Debtors' Motion For Entry of an Order (I) Authorizing The Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5681, filed 7/22/21);

g)    Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5682, filed 7/22/21);

h)    Declaration of Kristian Roggendorf, Esq., in Support of Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5683, filed 7/22/21);

i)    Certain Insurers' Objection to of Debtors' Motion for an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5684, filed 7/22/21);

j)    United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5685, filed 7/22/21);

k)    Declaration of Joel Millar in Support of Hartford's Objection to Debtors' Motion For Entry Of An Order (I) Authorizing The Debtors To Enter Into And Perform Under The Restructuring Support Agreement, And (II) Granting Related Relief (D.I. 5686, filed 7/22/21);

l)    Old Republic Insurance Company's Objection and Joinder to Certain Insurers' Objection to of Debtors' Motion for an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5687, filed 7/22/21);

m)    Joinder of Archbishop of Agaña, A Corporation Sole to the Roman Catholic Ad Hoc Committee's Objection to the Debtors' Motion for Authorization to Enter into and Perform Under Restructuring Support Agreement and For Related Relief (D.I. 5690, filed 7/22/21);

n)    Joinder of the Diocese Buffalo, N.Y., to the Roman Catholic Ad Hoc Committee's Objection to the Debtors' Motion for Authorization to Enter into and Perform Under Restructuring Support Agreement and for Related Relief (D.I. 5692, filed 7/22/21);

o)    Joinder of the Roman Catholic Diocese of Ogdensburg, New York to the Roman Catholic Ad Hoc Committee's Objection to the Debtors' Motion for Authorization

to Enter into and Perform Under Restructuring Support Agreement and for Related Relief (D.I. 5693, filed 7/22/21);

p)    Joinder of the Diocese of Rochester to the Roman Catholic Ad Hoc Committee's Objection to the Debtors' Motion for Authorization to Enter into and Perform Under Restructuring Support Agreement and for Related Relief (D.I. 5695, filed 7/22/21);

q)    Joinder of the Roman Catholic Diocese of Syracuse, New York to the Roman Catholic Ad Hoc Committee's Objection to the Debtors' Motion for Authorization to Enter into and Perform Under Restructuring Support Agreement and for Related Relief (D.I. 5699, filed 7/22/21);

r)    Joinder of Arch Insurance Company to Certain Insurers' Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5702, filed 7/22/21);

s)    [SEALED] Century's Objections to the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5707, filed 7/22/21);

t)    [SEALED] Declaration of Daniel Shamah in Support of Century's Objections to the Debtors' Motion for an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5708, filed 7/22/21);

u)    [SEALED] Objection to the Payment of the Coalition's Lawyers in Accordance with the Debtors' Motion for an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5709, filed 7/22/21);

v)    Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief Filed By Courtney Knight and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child and Stephen Knights, as Personal Representative of the Estate of E.J.K. (D.I. 5711, filed 7/23/221);

w)      Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5722, filed 7/23/21);

x)      (REDACTED) Century's Objections to the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5723, filed 7/23/21);

y)      (REDACTED) Century's Objection to the Payment of the Coalition's Lawyers in Accordance with the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5724, filed 7/23/21);

z)      Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5725, filed 7/23/21);

aa)     *Errata to* Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5726, filed 7/23/21);

bb)     Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5727, filed 7/23/21);

cc)     Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5743, filed 7/26/21);

dd)     Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5744, filed 7/26/21);

ee)     Limited Supplemental Joinder of the Coalition of Abused Scouts for Justice to and in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5745, filed 7/26/21);

ff)    Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5754, filed 7/26/21);

gg)    Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5755, filed 7/26/21);

hh)    Statement of the Ad Hoc Committee of Local Councils in Support of the RSA Approval Motion (D.I. 5756, filed 7/26/21);

ii)    [SEALED] Supplemental Brief of the Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants, and the Future Claims Representative in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5757, filed 7/26/21);

jj)    (REDACTED) Supplemental Brief of the Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants, and the Future Claims Representative in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5760, filed 7/26/21);

kk)    Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5765, filed 7/26/21);

ll)    Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5777, filed 7/27/21)**;**

mm)   **Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5787, filed 7/27/21);**

nn)    **Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors**

**to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5789, filed 7/27/21);**

**oo)** **Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5792, filed 7/27/21); and**

**pp)** **Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5794, filed 7/27/21).**

<u>Related Pleadings</u>:

a)    Declaration of Roger C. Mosby in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5469, filed 7/1/21);

b)    Declaration of Brian Whittman in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5470, filed 7/1/21);

c)    Amended Notice of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5526, filed 7/7/21);

d)    Debtors' Omnibus Reply in Further Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5759, filed 7/26/21);

e)    Declaration of Devang Desai in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I.5763, filed 7/26/21);

f)    Supplemental Declaration of Brian Whittman in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5766, filed 7/26/21); and

g)    Notice of Filing of Revised Proposed Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform

Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5769, filed 7/26/21).

<u>Status</u>: **This matter has been adjourned to a date to be determined.**

5.  Motion to Exceed Page Limitation with Respect to Certain Insurers' Objection to of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5701, filed 7/22/21).

<u>Objection Deadline</u>:   At the Hearing.

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:    None.

<u>Status</u>: **This matter has been adjourned to a date to be determined.**

6.  Insurers' Motion for Entry of an Order Authorizing Filing Under Seal Certain Documents Relating to Insurers' Objections to Debtors' Motion Relating to the Restructuring Support Agreement (D.I. 5710, filed 7/23/21).

<u>Objection Deadline</u>:   At the Hearing.

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:    None.

<u>Status</u>: **This matter has been adjourned to a date to be determined.**

7.  Motion to Exceed Page Limitation Regarding Debtors' Omnibus Reply in Further Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Agreement, and (II) Granting Related Relief (D.I. 5764, filed 7/26/21).

<u>Objection Deadline</u>:   At the Hearing.

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:    None.

<u>Status</u>: **This matter has been adjourned to a date to be determined.**

Dated:  July 27, 2021
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Michelle M. Fu (No. 6661)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
     aremming@morrisnichols.com
     ptopper@morrisnichols.com
     mfu@morrisnichols.com
– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
     mlinder@whitecase.com
     laura.baccash@whitecase.com
     blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION