IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 5792** |

## NOTICE OF WITHDRAWAL

Please take notice that the Beasley Allen Law Firm Claimants, by and through their undersigned counsel, hereby withdraws the document docketed as *Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* [D.I. 5792] which was filed on July 27, 2021 in the above-captioned case.

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

Dated: July 27, 2021

/s/ *David M. Klauder*
David M. Klauder, Esq. (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

- and -

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Leon Hampton, Jr., Esquire
Lauren E. Miles, Esquire
218 Commerce Street
Montgomery, AL 36104
Phone: (334) 269-2343
Facsimile: (334) 954-7555
Email: leon.hampton@beasleyallen.com
Lauren.miles@beasleyallen.com

*Counsel to the Beasley Allen Law Firm Claimants*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.