## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 5466 and 5682** |

**JOINDER TO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER,
PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE,
(I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE
RESTRUCTURING SUPPORT AGREEMENT, AND
(II) GRANTING RELATED RELIEF**

The claimants represented by the undersigned counsel, and set out by claim number in Exhibit A, join the Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (Dkt. 5682).

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

Dated: July 27, 2021

/s/ *David M. Klauder*
David M. Klauder, Esq. (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

- and -

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Leon Hampton, Jr., Esquire
Lauren E. Miles, Esquire
218 Commerce Street
Montgomery, AL 36104
Phone: (334) 269-2343
Facsimile:  (334) 954-7555
Email:  leon.hampton@beasleyallen.com
          Lauren.miles@beasleyallen.com

*Counsel to the Beasley Allen Law Firm Claimants*

# EXHIBIT A

The foregoing Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim.  The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.

| | | | | |
|---|---|---|---|---|
| SA-94894 SA-94947 | SA-65335 | SA-65374 | SA-71621 SA-71642 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |