**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | |

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for the Roman Catholic Ad Hoc Committee (the "Ad Hoc Committee") in the cases of the above-captioned debtors and debtors-in-possession (the "Debtors"). The Ad Hoc Committee demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, (i) that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned attorneys, at the addresses set forth below and (ii) that the undersigned attorneys be added to the mailing matrix of file with the Clerk of the Bankruptcy Court and any claims and noticing agent as set forth below:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| **POTTER ANDERSON & CORROON LLP** | **SCHIFF HARDIN LLP** |
|---|---|
| Jeremy W. Ryan | Everett Cygal |
| D. Ryan Slaugh | David Spector |
| 1313 North Market Street, Sixth Floor | Joseph Mark Fisher |
| P.O. Box 951 | Neil Lloyd |
| Wilmington, DE  19899 | Daniel Schufreider |
| Telephone:  (302) 984-6000 | Jin Yan |
| Facsimile:  (302) 658-1192 | 233 South Wacker Drive, Suite 7100 |
| Email:  jryan@potteranderson.com | Chicago, IL  60606 |
|           rslaugh@potteranderson.com | Telephone:  (312) 258-5500 |
|  | Facsimile:  (312) 258-5600 |
|  | Email:  ecygal@schiffhardin.com |
|  |           dspector@schiffhardin.com |
|  |           mfisher@schiffhardin.com |
|  |           nlloyd@schiffhardin.com |
|  |           dschufreider@schiffhardin.com |
|  |           jyan@schiffhardin.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise, which (i) affect the Debtors or property of the Debtors or (ii) affect the rights of the Ad Hoc Committee, including by requiring any act, delivery of any property, payment or other conduct by the Ad Hoc Committee.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance includes and constitutes a request to be served with each and every plan and disclosure statement which is filed herein by any person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers and any later appearance, pleading, claim or suit shall not be deemed to be a waiver of the rights of the Ad Hoc Committee (1) to have final orders in non-core matters entered

only after de novo review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to have the United States District Court issue final orders or judgments if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution or (5) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity or otherwise.

(*Remainder of page intentionally left blank*)

Dated: July 27, 2021
       Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
D. Ryan Slaugh (Bar No. 6325)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
        rslaugh@potteranderson.com

- and -

**SCHIFF HARDIN LLP**
Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
Joseph Mark Fisher, *admitted pro hac vice*
Neil Lloyd, *pending pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
Email: ecygal@schiffhardin.com
      dspector@schiffhardin.com
      mfisher@schiffhardin.com
      nlloyd@schiffhardin.com
      dschufreider@schiffhardin.com
      jyan@schiffhardin.com

*Counsel to the Ad Hoc Committee*