# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Dkt.** |

## DECLARATION OF SALVATORE COCCHIARO IN SUPPORT OF CENTURY'S REPLY IN FURTHER SUPPORT OF MOTION TO ENFORCE RULE 2019 AS AGAINST THE COALITION, ITS FOUNDING AND LARGEST ALLEGED MEMBER AND MR. KOSNOFF [D.I. 5802]

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile:  302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile:  212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

I, **SALVATORE COCCHIARO**, declare as follows:

1. I am an associate at the firm O'Melveny & Myers LLP ("OMM"). I submit this declaration based on my knowledge of the proceedings in the Boy Scouts of America bankruptcy and review of the pleadings, in support of *Century's Reply in Further Support of Motion to Enforce Rule 2019 as Against the Coalition, its Founding and Largest Alleged Member and Mr. Kosnoff* [D.I. 5802].

2. Attached hereto as **Exhibit 1** is a true and correct copy of Mr. Kosnoff's Twitter posting on July 25, 2021 that is cited in footnote 5 of the brief.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Mr. Kosnoff's Twitter posting on May 24, 2021 that is cited in footnote 6 of the brief.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Mr. Kosnoff's Twitter posting on July 2, 2021 that is cited in footnote 9 of the brief.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Mr. Kosnoff's Twitter posting on July 4, 2021 and Mr. Trani's reply that is cited in footnote 10 of the brief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of July 2021 in New York, New York.

*/s/ Salvatore Cocchiaro*
Salvatore Cocchiaro