# EXHIBIT 1



**Kosnoff Law**
@SexAbuseAttys

Tomorrow starts what should be a pivotal week in the BSA case. It won't be because we don't have a judge. A jellyfish. Her thing is to decide nothing. Do nothing. She hasn't ruled once. Sad! True to form she will let the case languish until BSA runs out of cash which is near.

11:35 PM · Jul 25, 2021 · Twitter for iPhone

3 Likes

# EXHIBIT 2

**Kosnoff Law**
@SexAbuseAttys

Judge Silverstein's house is on fire. She wants to kick the can down the road once more. Honey, judges judge. Just fucking judge! On behalf of my 17000 clients, let me put it in a song.



"I Can't Go For That"- Daryl Hall, Chromeo
Live From Daryl's House www.lfdh.com
🔗 youtube.com

1:21 AM · May 24, 2021 · Twitter Web App

1 Like

# EXHIBIT 3



# EXHIBIT 4

