2021 JUL 28 AM 9
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: Your honor Justice Laurie Selber Silverstein, 06/01/2021

Hello, My name is [redacted] This letter is to inform you about my [redacted]. Since my Abuse while being in the Boy Scouts of America that started when I was 10 years old continued up until I was 15, has litterally destroyed my entire life from [redacted] absolutely changed my entire life even to this very day. I lost myself in drugs, Alcohol, crime, with attempts of suicide because of the pain, guilt and total shame and putting blame on myself instead of where it should have been placed. There was nobody there to help me nor save me. I was threatened by my abuser to where if I ever said anything not only would I suffer more pain but my families lives were threatened with death and I was told that it would be my fault, just as it was my fault that this and those events continued to happen to me. I solely and in Gods most honest possible ways that the BSA should be held totally accountable for my pain and suffering. I am now 61 years old and I still to this day have nightmares and flashbacks of the terrible, Awful accounts that happened to me. I would really appreciate your help involving my case as well as the other innocent children who suffered and are still suffering at the hands of our abusers that the BSA ignored and allowed.

Thank you and God Bless you

[redacted]



NTONIO TX 780
ANDE DISTRICT
14 JUL 2021 PM 3 L

U.S.M.S.
X-RAY

SA - 5443
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th floor
Wilmington, DE 19801