# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 5466 and 5682** |

**JOINDER TO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF**

The claimants represented by the undersigned counsel, and set out by claim number in Appendix A, join the Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (Dkt. 5682).

| | |
|---|---|
| Dated: July 28, 2021 | Respectfully submitted,<br><br>/s/ *Raeann Warner*<br>Raeann Warner, Esq. (No. 4931)<br>Thomas C. Crumplar, Esq. (No. 942)<br>JACOBS & CRUMPLAR, P.A.<br>750 Shipyard Drive, Suite 200<br>Wilmington, DE 19801<br>Phone: (302) 656-5445<br>Fax: (302) 656-5875<br>Raeann@jcdelaw.com<br>Thomas@jcdelaw.com |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

and

Kimberly A. Dougherty, Esq.
JUSTICE LAW COLLABORATIVE
19 Belmont Street
South Easton, MA 02375
Phone: (508) 230-2700
Facsimile: (385) 278-0287
Kim@justicelc.com

Aimee H. Wagstaff, Esq.
THE WAGSTAFF LAW FIRM
940 Lincoln Street
Denver, CO 80203
Phone: (303) 376-6360
Facsimile: (888) 875-2889
awagstaff@wagstafflawfirm.com

# APPENDIX A

The foregoing Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by Wagstaff Law Firm and Justice Law Collaborative, LLC. The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.

| **OMNI Claim Number** | | |
|---|---|---|
| 60218 | 58964 | 64671 |
| 76772 | 72364 | 28994 |
| 76750 | 77256 | 77970 |
| 72762 | 77314 | 18393 |
| 72729 | 77354 | 13258 |
| 72698 | 63573 | 71177 |
| 55081 | 65081 | 71167 |
| 59993 | 60112 | 71089 |
| 41321 | 72317 | 71042 |
| 56969 | 77400 | 71099 |
| 76765 | 59101 | 71069 |
| 76867 | 47851 | 71018 |
| 72735 | 77510 | 71049 |
| 56714 | 44118 | 70974 |
| 76909 | 44120 | 70973 |
| 76974 | 37523 | 94242 |
| 72706 | 77578 | 29481 |
| 72776 | 71440 | 70933 |
| 72625 | 71402 | 35031 |
| 41008 | 41450 | 81597 |
| 89040 | 42343 | 70838 |
| 72648 | 60341 | 70855 |
| 72559 | 71340 | 81605 |
| 94292 | 77726 | 69440 |
| 72524 | 76686 | 81566 |
| 51249 | 71371 | 72832 |
| 50271 | 18381 | 70738 |
| 64027 | 59095 | 81577 |
| 36871 | 18390 | 65211 |
| 39624 | 71259 | 71080 |

| | | |
|---|---|---|
| **77025** | **46154** | **59017** |
| **72454** | **28861** | **58991** |
| **77118** | **77812** | **56889** |
| **72446** | **65393** | **81583** |
| **77170** | **77769** | **70570** |
| **77233** | **77877** | **70629** |
| **72333** | **77881** | **70544** |
| **70743** | **71240** | **70375** |
| **70720** | **71152** | **81521** |
| **70403** | **81384** | **118797** |
| **19605** | **81367** | **118800** |
| **81525** | **81374** | **118792** |
| **28853** | **70247** | **118784** |
| **81536** | **65154** | **118796** |
| **62900** | **52747** | **118782** |
| **70410** | **70226** | **118785** |
| **81445** | **70234** | **118798** |
| **47538** | **52664** | **118781** |
| **76527** | **67878** | **118801** |
| **81492** | **64806** | **118793** |
| **70260** | **54739** | **118787** |
| **81412** | **110860** | **118794** |
| **81432** | **116716** | **118790** |
| **118799** | **118783** | **118789** |
| **118795** | **118791** | **118786** |