# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Neil Lloyd of Schiff Hardin LLP to represent the Catholic Mutual Relief Society of America ("CMRS") and the Roman Catholic Ad Hoc Committee (the "Ad Hoc Committee") in the above-captioned case and any and all adversary proceedings.

Dated: July 27, 2021  
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ D. Ryan Slaugh*  
D. Ryan Slaugh (Bar No. 6325)  
1313 N. Market Street, 6th Floor  
Wilmington, DE 19801-6108  
Telephone: (302) 984-6000  
Facsimile: (302) 658-1192  
Email: rslaugh@potteranderson.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 27, 2021        */s/ Neil Lloyd*
                            Neil Lloyd
                            Schiff Hardin LLP
                            233 South Wacker Drive, Suite 7100
                            Chicago, Illinois 60606
                            Telephone: 312.258.5628
                            Email: nlloyd@schiffhardin.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: July 28th, 2021**        **LAURIE SELBER SILVERSTEIN**
**Wilmington, Delaware**           **UNITED STATES BANKRUPTCY JUDGE**