# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 5466 and 5682** |

**JOINDER TO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF**

The claimants represented by the undersigned counsel, and set out by the claim numbers in Exhibit A, join the Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (Dkt. 5682).

Dated: July 27, 2021
       Wilmington, Delaware

Respectfully submitted,

**CIARDI CIARDI & ASTIN**

*/s/ Daniel K. Astin*
Daniel K. Astin
(No. 4068) 1204
N. King Street
Wilmington, Delaware 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
E-mail: dastin@ciardilaw.com

-and-

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00202297}    1

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury III, Esquire
(*Admitted Pro Hac Vice*)
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550

-and-

John Bonina, Esq.
Bonina & Bonina, P.C.
16 Court Street – Suite 1800
Brooklyn, NY 11241
Phone: (718) 522-1786
Facsimile: (718) 243-0414
JBonina@medlaw1.com