# EXHIBIT A

The foregoing Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim. The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.

| | | | | |
|---|---|---|---|---|
| SA-105998, SA-149, SA-171, SA-39460 | SA-1173 | SA-129, SA-158, SA-39422 | SA-105999, SA-13828, SA-18155 | SA-16358, SA-26819 |
| SA-71538 | SA-36682, SA-36726, SA-42480 | SA-33732, SA-38543 | SA-105995, SA-20374, SA-26830 | SA-46013, SA-46022, SA-56412 |
| SA-93829 | SA-54613, SA-71025 | SA-105996, SA-69750 | SA-92711 | |