IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>**Re: D.I. 5466 and D.I. 5682** |

**JOINDER TO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND <u>(II) GRANTING RELATED RELIEF</u>**

The claimants represented by the undersigned counsel, and set out by claim number in Exhibit A, join the *Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform under the Restructuring Support Agreement, and (II) Granting Related Relief*. [D.I. 5682].

Dated: July 28, 2021

/s/ Elaina L. Holmes, Esq.
Elaina L. Holmes, Esq.
Doroshow, Pasquale, Krawitz, & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19808
(302) 998-0100
ElainaHolmes@dplaw.com

Respectfully Submitted,

/s/ Frank V. Floriani, Esq.
Frank V. Floriani, Esq.
Sullivan Papain Block McGrath
Coffinas & Cannavo PC
120 Broadway, 27th Floor
New York, NY 10271
(212) 732-9000
FFloriana@triallaw1.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# Exhibit A

The foregoing *Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim. The Numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.

| | | | | |
|---|---|---|---|---|
| SA 91872 | | | | |
| SA 70055 | | | | |
| | | | | |
| | | | | |
| | | | | |