**Exhibit 2**

**Joinders of Consenting State Court Counsel**

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| Hair Shunnarah Trial Attorneys | Attn: Kyle C. Usner (usner@hairshunnarah.com) 3540 S. I-10 Service Rd. W, Suite 300 Metairie, LA 70001 | 47 |

By: _Kyle C. Usner_

Authorized Representative: _Kyle C. Usner_

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| Freese & Goss, PLLC | Attn: Peter de la Cerda (peter@freeseandgoss.com) 3500 Maple Ave., Ste. 1100 Dallas, TX 75219 | 458 |

By: _____

Authorized
Representative: Peter de la Cerda

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| Napoli Shkolnik PLLC | Attn: Brett S. Bustamante, Esq.<br>**NAPOLI SHKOLNIK PLLC**<br>400 Broadhollow Rd.,<br>Suite 305<br>Melville, NY 11747<br>Tel: (212) 397-1000 | 1300 |

By: _____

Authorized
Representative:  Hunter J. Shkolnik

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| D. Miller and Associates, PLLC | Attn: Rochelle Guiton<br>bsa@dmillerlaw.com<br>2610 W. Sam Houston Pkwy, Suite 200<br>Houston, Texas 77042 | 3,008 |

By: _/s/ R. Guiton_____

Authorized
Representative:   __Rochelle C. Guiton_____

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| Hilliard Martinez Gonzales LLP | Attn:<br>Robert C. Hilliard and<br>Rudy Gonzales, Jr.<br>**HMGService@hmglawfirm.com**<br>Hilliard Martinez Gonzales LLP<br>719 South Shoreline Blvd.<br>Corpus Christi, Texas 78411 | 289 |

By: **Robert C. Hilliard**

Authorized Representative: _[signature]_

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| OLDHAM & SMITH, PL | Attn: Gregory P. Smith; John R. Oldham<br>greg@oldhamsmith.com;<br>john@oldhamsmith.com<br><br>P.O. Box 1012<br>Tavares, FL  32778 | 24 |

By: _Oldham & Smith, PL_

Authorized Representative: _[signature]_

4102988 v1-WorkSiteUS-036293/0001
64110378 v1-WorkSiteUS-036293/0001

**JOINDER OF CONSENTING STATE COURT COUNSEL**

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| Mary Alexander and Associates, P.C. | Attn: Mary Alexander, Esq.<br>malexander@maryalexanderlaw.com<br>44 Montgomery Street, Suite 1303<br>San Francisco, CA 94104<br>(415) 433-4440 | 74 |

By: _/s/ Mary E. Alexander_

Authorized Representative:   Mary E. Alexander

**JOINDER OF CONSENTING STATE COURT COUNSEL**

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| MCDONALD WORLEY, PC | Attn: Don Worley, 1770 St. James Place, Ste. 100, Houston, TX 77056 | 140 |

By: _____*Don Worley*_____

Authorized Representative: __Don Worley_____

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| TorHoerman Law, LLC | Attn: Eric Terry<br>eric@thlawyer.com<br>210 S. Main Street<br>Edwardsville, IL  62025 | 125 |

By: _____Eric Terry_____

Authorized Representative: _____[signature]_____

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| Gibbs Law Group | Attn: Karen Barth Menzies<br>kbm@classlawgroup.com<br>505 14th St. Suite 1110<br>Oakland, CA 94612 | 179 |

By:   Gibbs Law Group

Authorized
Representative: _____
Karen Barth Menzies

64102988 v1-WorkSiteUS-036293/0001
64110378 v1-WorkSiteUS-036293/0001

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| Paluch Law, LLC | Attn: Jessica Paluch Hoerman<br>Jess@simplyconvert.com<br>210 S. Main Street<br>Edwardsville IL 62025 | 139 |

By: Jessica Paluch Hoerman

Authorized Representative: *[signature]*

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| Hurley McKenna and Mertz, P.C. | Attn: Christopher T. Hurley churley@hurley-law.com Hurley McKenna and Mertz, P.C. 20 S. Clark Street, Suite 2250, Chicago, IL. 60603 | 4000 |

By: _/s/ C. T. Hurley_

Authorized Representative: CHRISTOPHER T. HURLEY

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| Davis Bethune Jones | Attn: Grant Davis (gdavis@dbjlaw.net) Attn: Ted Ruzicka (truzicka@dbjlaw.net) 1100 Main Street #2930 Kansas City, Missouri 64105 | 1054 |

By:        Davis Bethune Jones

Authorized
Representative: *[signature]*

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| [FIRM NAME] Philadelphia Lawyers Group, LLC | Attn: [NAME] ([EMAIL]) [MAILING ADDRESS] 1500 JFK Blvd Ste 1030 Philadelphia PA 19102 | [ ] 135 cases |

By: _____ Esq.

Authorized Representative: Alan Zibelman

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| Babin Law, LLC | Babin Law, LLC<br>Steven Babin<br>Steven.babin@babinlaws.com<br>Gayle.vojtush@babinlaws.com<br>22 E. Gay St., Suite 200<br>Columbus, Ohio 43215 | 1012 |

By: _____Steven Babin_____

Authorized
Representative:  _____