**<u>Exhibit 3</u>**

**Revised Schedule 1 to the RSA**

## Schedule 1

### State Court Counsel

| FIRM | NOTICE ADDRESS | CLAIMS |
|---|---|---|
| Slater Slater Schulman LLP | Attn: Adam P. Slater (aslater@sssfirm.com)<br>488 Madison Avenue<br>20th Floor<br>New York, NY 10022 | 14170 |
| ASK LLP | Attn: Joseph Steinfeld (jsteinfeld@askllp.com)<br>151 West 46th Street, 4th Floor<br>New York, NY 10036 | 3277 |
| Andrews & Thornton, AAL, ALC | Andrews & Thornton<br>Attn: Anne Andrews (aa@andrewsthornton.com)<br>4701 Von Karman Ave., Suite 300<br>Newport Beach, CA 92660 | 3009 |
| Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. | Attn: Stewart J. Eisenberg (stewart@erlegal.com)<br>1634 Spruce Street<br>Philadelphia, PA 19103 | 16869 |
| Junell & Associates PLLC | Attn: Deborah Levy (dlevy@junell-law.com)<br>3737 Buffalo Speedway Ste. 1850<br>Houston, TX 77098 | 2918 |
| Reich & Binstock LLP | Attn: Dennis Reich (dreich@reichandbinstock.com)<br>4265 San Felipe St. #1000<br>Houston, TX 77027 | 336 |
| Krause & Kinsman Law Firm | Attn: Adam W. Krause (adam@krauseandkinsman.com)<br>4717 Grand Avenue #300<br>Kansas City, MO 64112 | 5981 |
| Bailey Cowan Heckaman PLLC | Attn: Aaron Heckaman (aheckaman@bchlaw.com)<br>5555 San Felipe St. Ste. 900<br>Houston, TX 77056 | 1026 |

| | | |
|---|---|---|
| Jason J. Joy & Associates, PLLC | Attn: Jason Joy (jason@jasonjoylaw.com)<br>909 Texas St, Ste 1801<br>Houston, TX 770022 | 690 |
| Motley Rice LLC | Attn: Daniel Lapinski (dlapinski@motleyrice.com)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | 343 |
| Weller Green Toups & Terrell LLP | Attn: Mitchell Toups (matoups@wgttlaw.com)<br>2615 Calder Ave. #400<br>Beaumont, TX 77702 | 974 |
| Colter Legal PLLC | Attn: John Harnishfeger (john.harnishfeger@colterlegal.com)<br>1717 K St. NW Suite 900<br>Washington D.C. 20006 | 162 |
| Christina Pendleton & Associates, PLLC | Attn: Staesha Rath (sr@cpenlaw.com)<br>1506 Staples Mill Rd. Suite 101<br>Richmond, VA 23230 | 309 |
| Forman Law Offices, P.A. | Attn: Theodore Forman (ted@formanlawoffices.com)<br>238 NE 1st Ave.<br>Delray Beach, FL 33444 | 125 |
| Danziger & De Llano LLP | Attn: Rod de Llano (rod@dandell.com)<br>440 Louisiana St. Suite 1212<br>Houston, TX 77002 | 173 |
| Swenson & Shelley | Attn: Kevin Swenson (kevin@swensonshelley.com)<br>107 South 1470 East, Ste. 201<br>St. George, UT 84790 | 175 |
| Cohen Hirsch LP (formerly Brooke F. Cohen Law, Hirsch Law Firm) | Attn: Brooke F. Cohen (brookefcohenlaw@gmail.com)<br>Attn: Andrea Hirsch (andrea@thehirschlawfirm.com)<br>4318 Glenwick Lane<br>Dallas, TX 75205 | 64 |
| Damon J. Baldone PLC | Attn: Damon J. Baldone (damon@baldonelaw.com) | 471 |

|  | 162 New Orleans Blvd.<br>Houma LA 70364 |  |
|---|---|---|
| Cutter Law, P.C. | Attn: Brooks Cutter<br>(bcutter@cutterlaw.com)<br>4179 Piedmont Ave. 3rd Fl.<br>Oakland, CA 94611 | 358 |
| Linville Johnson & Pahlke Law Group | Attn: Robert Pahlke<br>(rgp@pahlkelawgroup.com)<br>2425 Circle Dr., Ste. 200<br>Scottsbluff NE 69361 | 71 |
| Porter & Malouf P.A. | Attn: Timothy Porter<br>(tporter@portermalouf.com)<br>825 Ridgewood Rd.<br>Ridgeland, MS 39157 | 86 |
| The Moody Law Firm | Attn: Will Moody Jr.<br>(will@moodyrrlaw.com)<br>500 Crawford St., Ste. 200<br>Portsmouth, VA 23704 | 677 |
| Levin Papantonio Thomas Mitchell Rafferty & Procter P.A. | Attn: Cameron Stephenson<br>(cstephenson@levinlaw.com)<br>316 South Baylen St.<br>Pensacola, FL 32502 | 44 |
| Marc J Bern & Partners LLP | Attn: Joseph Cappelli<br>(jcappelli@bernllp.com)<br>60 East 42nd St. Ste. 950<br>New York, NY 10165 | 5893 |
| Napoli Shkolnik PLLC | Attn: Brett S. Bustamante, Esq.<br>(bbustamante@napolilaw.com)<br>400 Broadhollow Rd.<br>Ste. 305<br>Melville, NY 11747 | 1300 |
| Freese & Goss, PLLC | Attn: Peter de la Cerda<br>(peter@freeseandgoss.com)<br>3500 Maple Ave., Ste. 1100<br>Dallas, TX 75219 | 458 |
| Hair Shunnarah Trial Attorneys | Attn: Kyle C. Usner<br>(usner@hairshunnarah.com) | 47 |

| | | |
|---|---|---|
| | 3540 S. I-10 Service Rd. W<br>Ste. 300<br>Metairie, LA 70001 | |
| D. Miller and Associates, PLLC | Attn: Rochelle Guiton<br>(bsa@dmillerlaw.com)<br>2610 W. Sam Houston Pkwy<br>Ste. 200<br>Houston, TX 77042 | 3008 |
| Hilliard Martinez Gonzales LLP | Attn: Robert C. Hilliard and Rudy Gonzales, Jr.<br>(hmgservice@hmglawfirm.com)<br>719 South Shoreline Blvd.<br>Corpus Christi, TX 78411 | 289 |
| Oldham & Smith, PL | Attn: Gregory P. Smith and John R. Oldham<br>(greg@oldhamsmith.com)<br>(john@oldhamsmith.com)<br>P.O. Box 1012<br>Tavares, FL 32778 | 24 |
| Mary Alexander and Associates, P.C. | Attn: Mary Alexander, Esq.<br>(malexander@maryalexanderlaw.com)<br>44 Montgomery Street, Ste. 1303<br>San Francisco, CA 94104 | 74 |
| McDonald Worley, P.C. | Attn: Don Worley<br>1770 St. James Place, Ste. 100<br>Houston, TX 77056 | 140 |
| TorHoerman Law, LLC | Attn: Eric Terry<br>(eric@thlawyer.com)<br>210 S. Main St.<br>Edwardsville, IL 62025 | 125 |
| Gibbs Law Group | Attn : Karen Barth Menzies<br>(kbm@classlawgroup.com)<br>505 14th St. Suite 1110<br>Oakland, CA 94612 | 179 |
| Paluch Law, LLC | Attn : Jessica Paluch Hoerman<br>(Jess@simplyconvert.com)<br>210 S. Main St.<br>Edwardsville, IL 62025 | 139 |

| | | |
|---|---|---|
| Hurley McKenna and Mertz, P.C. | Attn: Christopher T. Hurley (churley@hurley-law.com) 20 S. Clark Street Ste. 2250 Chicago, IL 60603 | 4000 |
| Davis Bethune Jones | Attn: Grant Davis and Ted Ruzicka (gdavis@dbjlaw.net) (truzicka@dbjlaw.net) 1100 Main Street # 2930 Kansas City, MO 64105 | 1054 |
| Philadelphia Lawyers Group | Attn: Alan Zibelman 1500 JFK Blvd. Ste. 1020 Philadelphia, PA 15102 | 135 |
| Babin Law, LLC | Attn : Steven Babin (steven.babin@babinlaws.com) (gayle.vojtush@babinlaws.com) 22 E. Gay St., Ste. 200 Columbus, OH 43215 | 1012 |