## CERTIFICATE OF SERVICE

I, Gregory J. Flasser, hereby certify that on the 29th day of July 2021, I caused copies of **Hartford's Motion to Strike and/or In Limine, to Exclude the Testimony of Roger C. Mosby** to be served via email where available or first class mail, where necessary, on the parties listed on the attached Exhibit A.

/s/ Gregory J. Flasser
Gregory J. Flasser (No. 6154)

**<u>Exhibit A</u>**

**Boy Scouts of America - Master Service List**                                                                                                07/25/2021

| | | |
|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, P.C.<br>Attn: Chad Timmons<br>Attn: Larry R. Boyd<br>Attn: Emily M. Hahn<br>1700 Redbud Blvd, Ste 300<br>McKinney, TX 75069<br>ctimmons@abernathylaw.com | Adams and Reese LLP<br>Attn: Henry C. Shelton, III<br>6075 Poplar Ave, Ste 700<br>Memphis, TN 38119<br><br>Henry.Shelton@arlaw.com | Andrus Wagstaff<br>Attn: Sommer D. Luther<br>7171 W Alaska Dr.<br>Lakewood, CO 80226<br><br>sluther@wagstafflawfirm.com |
| Andrus Wagstaff, PC<br>Attn: Aimee H. Wagstaff<br>7171 W Alaska Dr<br>Lakewood, CO 80226<br><br>aimee.wagstaff@andruswagstaff.com | Ashby & Geddes, PA<br>Attn: Bill Bowden<br>500 Delaware Ave, 8th Fl<br>P.O. Box 1150<br>Wilmington, DE 19899-1150<br><br>wbowden@ashbygeddes.com | Baird Mandalas Brockstedt, LLC<br>Attn: Stephen W. Spence<br>1413 Savannah Rd, Ste 1<br>Lewes, DE 19958<br><br>sws@bmbde.com |
| Baker Manock & Jensen, PC<br>Attn: Jan T. Perkins<br>5260 N Palm Ave, Ste 421<br>Fresno, CA 93704<br><br>jperkins@bakermanock.com | Ballard Spahr LLP<br>Attn: Matthew G. Summers<br>Attn: Chantelle D. McClamb<br>919 N. Market St, 11th Fl<br>Wilmington, DE 19801-3034<br><br>summersm@ballardspahr.com | Bayard, PA<br>Attn: Erin Fay/ Gregory Flasser<br>600 N King St, Ste 400<br>Wilmington, DE 19801<br><br>efay@bayardlaw.com |
| Bielli & Klauder, LLC<br>Attn: David M Klauder<br>1204 N King St<br>Wilmington, DE 19801<br><br>dklauder@bk-legal.com | Bodell Bove, LLC<br>Attn: Bruce W. McCullough<br>1225 N King St, Ste 1000<br>Wilmington, DE 19801<br><br>bmccullough@bodellbove.com | Bradley Arant Boult Cummings<br>Attn: Edwin Rice<br>Attn: Elizabeth Brusa<br>100 N Tampa St, Ste 2200<br>Tampa, FL 33602<br><br>eRice@bradley.com |
| Bradley Riley Jacobs PC<br>Attn: Todd C. Jacobs<br>500 W Madison St, Ste 1000<br>Chicago, IL 60661<br><br>tjacobs@bradleyriley.com | Brown Rudnick LLP<br>Attn: David J. Molton<br>7 Times Square<br>New York, NY 10036<br><br>DMolton@brownrudnick.com | Brown Rudnick LLP<br>Attn: Sunni P. Beville<br>Attn: Tristan G. Axelrod<br>1 Financial Ctr<br>Boston, MA 02111<br><br>sbeville@brownrudnick.com |
| Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson<br>55 Second St, 17th Fl<br>San Francisco, CA 94105-3493<br><br>schristianson@buchalter.com | Butler Snow LP<br>Attn: Daniel W. Van Horn<br>P.O. Box 171443<br>Memphis, TN 38187-1443<br><br>Danny.VanHorn@butlersnow.com | Carruthers & Roth, PA<br>Attn: Britton C Lewis<br>235 N Edgeworth St<br>P.O. Box 540<br>Greensboro, NC 27401<br><br>bcl@crlaw.com |
| Chipman Brown Cicero & Cole, LLP<br>Attn: Mark L. Desgrosseilliers<br>Hercules Plaza<br>1313 N Market St, Ste 5400<br>Wilmington, DE 19801<br><br>desgross@chipmanbrown.com | Chipman, Brown, Cicero & Cole, LLP<br>Attn: Mark Desgrosseilliers<br>1313 N Market St, Ste 5400<br>Wilmington, DE 19801<br><br>desgross@chipmanbrown.com | Choate, Hall & Stewart LLP<br>Attn: Douglas R. Gooding<br>Attn: Jonathan D. Marshall<br>Attn: Michael J. Foley, Jr<br>Two International Place<br>Boston, MA 02110<br><br>dgooding@choate.com |
| Clyde & Co US LLP<br>Attn: Bruce D. Celebrezze<br>Four Embarcadero Center, Ste 1350<br>San Francisco, CA 94111<br><br>bruce.celebrezze@clydeco.us | Clyde & Co US LLP<br>Attn: Konrad R. Krebs<br>200 Campus Dr, Ste 300<br>Florham Park, NJ 07932<br><br>konrad.krebs@clydeco.us | Commonwealth of Pennsylvania<br>Dept of Labor & Industry<br>Attn: Deb Secrest/Collections Support Unit<br>651 Boas St, Rm 925<br>Harrisburg, PA 17121<br><br>ra-li-ucts-bankrupt@state.pa.us |
| Connolly Gallagher, LLP<br>Attn: Jeffrey C. Wisler<br>Attn: Kelly M. Conlan<br>1201 N Market St, 20th Fl<br>Wilmington, DE 19801<br><br>jwisler@connollygallagher.com | Connolly Gallagher, LLP<br>Attn: Karen C. Bifferato<br>Attn: Kelly M. Conlan<br>1201 N Market St, 20th Fl<br>Wilmington, DE 19801<br><br>kbifferato@connollygallagher.com | Coughlin Duffy, LLP<br>Attn: Kevin Coughlin/Lorraine Armenti<br>Attn: Michael Hrinewski<br>350 Mt Kemble Ave<br>P.O. Box 1917<br>Morristown, NJ 07960<br><br>kcoughlin@coughlinduffy.com |

**Boy Scouts of America - Master Service List**                                                                07/25/2021

| | | |
|---|---|---|
| Cousins Law LLC<br>Attn: Scott D. Cousins<br>Brandywine Plaza W<br>1521 W Concord Pike, Ste 301<br>Wilmington, DE 19803<br><br>scott.cousins@cousins-law.com | Crew Janci LLP<br>Attn: Stephen Crew<br>Attn: Peter Janci<br>1200 NW Naito Pkwy, Ste 500<br>Portland, OR 97209<br><br>steve@crewjanci.com | Cross & Simon, LLC<br>Attn: Christopher Simon<br>Attn: Kevin Mann<br>1105 N Market St, Ste 901<br>Wilmington, DE 19801<br><br>csimon@crosslaw.com |
| Crowell & Moring LLP<br>Attn: Mark D. Plevin<br>Attn: Austin J. Sutta<br>3 Embarcadero Center, 26th Fl<br>San Francisco, CA 94111<br><br>mplevin@crowell.com | Crowell & Moring LLP<br>Attn: Tacie H. Yoon<br>1001 Pennsylvania Ave, NW<br>Washington, D.C. 20004<br><br>tyoon@crowell.com | David Christian Attorneys LLC<br>Attn: David Christian<br>105 W. Madison St., Ste 1400<br>Chicago, IL 60602<br><br>dchristian@dca.law |
| Davidoff Hutcher & Citron LLP<br><br><br><br><br><br>jsp@dhclegal.com | Davidoff Hutcher & Citron LLP<br>Attn: Jonathan S. Pasternak<br>Attn: James B. Glucksman<br>Attn: Robert L. Rattet<br>605 3rd Ave<br>New York, NY 10158<br><br>rlr@dhclegal.com | Davies Hood PLLC<br>Attn: Jason P. Hood<br>22 N Front St, Ste 620<br>Memphis, TN 38103-2100<br><br>Jason.Hood@davieshood.com |
| Dilworth Paxson LLP<br>Attn: Thaddeus J. Weaver<br>704 King St, Ste 500<br>P.O. Box 1031<br>Wilmington, DE 19899-1031<br><br>tweaver@dilworthlaw.com | Dilworth Paxson LLP<br>Attn: William E. McGrath, Jr.<br>2 Research Way<br>Princeton, NJ 08540<br><br>wmcgrath@dilworthlaw.com | Dorsey & Whitney LLP<br>Attn: Bruce R. Ewing/E. Schnabel<br>51 W 52nd St<br>New York, NY 10019<br><br>ewing.bruce@dorsey.com |
| Dorsey & Whitney LLP<br>Attn: Eric Lopez Schnabel<br>Attn: Alessandra Glorioso<br>300 Delaware Ave, Ste 1010<br>Wilmington, DE 19801<br><br>schnabel.eric@dorsey.com | Doshi Legal Group, P.C.<br>Attn: Amish R. Doshi<br>1979 Marcus Ave, Ste 210E<br>Lake Success, NY 11042<br><br>amish@doshilegal.com | Faegre Drinker Biddle & Reath LLP<br>Attn: Michael P. Pompeo<br>1177 Ave of the Americas, 41st Fl<br>New York, NY 10036-2714<br><br>michael.pompeo@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP<br>Attn: Patrick A Jackson<br>Attn: Kaitlin W MacKenzie<br>Attn: Ian J Bambrick<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621<br>Patrick.Jackson@faegredrinker.com | Ferry Joseph, PA<br>Attn: John D. McLaughlin, Jr.<br>824 N Market St, Ste 1000<br>Wilmington, DE 19801<br><br>jmclaughlin@ferryjoseph.com | Fineman Krekstein & Harris, PC<br>Attn: Dierdre M Richards<br>1300 N King St<br>Wilmington, DE 19801<br><br>drichards@finemanlawfirm.com |
| Flordia M. Henderson<br>P.O. Box 30604<br>Memphis, TN 38130-0604<br><br><br><br>flordia@fhendersonlaw.net | Florida State Prison<br>Attn: William Russel Hill<br>PO Box 800<br>Raiford, FL 32083-0800 | Foley & Lardner LLP<br>Attn: Richard J Bernard<br>90 Park Ave<br>New York, NY 10016<br><br><br>rbernard@foley.com |
| Foley & Lardner LLP<br>Attn: Victor Vilaplana<br>3579 Valley Centre Dr, Ste 300<br>San Diego, CA 92130<br><br>vavilaplana@foley.com | Foran Glennon Planadech Ponzi &<br>Rudloff, P.C.<br>Attn: Susan N K Gummow<br>Attn:Kelly McGuire<br>222 N LaSalle St, Ste 1400<br>Chicago, IL 60614<br><br>sgummow@fgppr.com | Fournaris & Mammarella, PA<br>Attn: Bill Kelleher<br>1925 Lovering Ave<br>Wilmington, DE 19806<br><br>BKelleher@gfmlaw.com |
| Fox Swibel Levin & Carroll LLP<br>Attn: Margaret M. Anderson<br>200 W Madison St, Ste 3000<br>Chicago, IL 60606<br><br><br><br>panderson@foxswibel.com | Gilbert LLP<br><br><br><br><br><br>jenningsr@gilbertlegal.com | Gilbert LLP<br><br><br><br><br><br>dechantk@gilbertlegal.com |

**Boy Scouts of America - Master Service List**                                                                                             07/25/2021

| | | |
|---|---|---|
| Gilbert LLP<br>Attn: Kami Quinn / Attn: Meredith Neely/Rachel Jennings<br>Attn: Emily Grim / Attn: Jasmine Chalashtori/Kyle Dechant<br>700 Pennsylvania Ave, SE Ste 400<br>Washington, DC 20003<br><br>quinnk@gilbertlegal.com | Godfrey & Kahn, SC<br>Attn: Erin A. West<br>1 E Main St, Ste 500<br>P.O. Box 2719<br>Madison, WI 53701-2719<br><br>ewest@gklaw.com | Godfrey & Kahn, SC<br>Attn: Timothy F. Nixon<br>200 S Washington St, Ste 100<br>Green Bay, WI 54301-4298<br><br>tnixon@gklaw.com |
| Hangley Aronchick Segal Pudlin & Schiller<br>Attn: Matthew A. Hamermesh<br>One Logan Sq, 27th Fl<br>Philadelphia, PA 19103<br><br>mhamermesh@hangley.com | Hicks Thomas LLP<br>Attn: John B.. Thomas<br>Attn: Allison Fisher<br>700 Louisiana St., Ste 2300<br>Houston, TX 77002<br><br>jthomas@hicks-thomas.com | Hogan, McDaniel<br><br><br><br><br><br>gfmcdaniel@dkhogan.com |
| Hogan, McDaniel<br>Attn: Daniel K. Hogan<br>Attn: Garvan F. McDaniel<br>1311 Delaware Ave<br>Wilmington, DE 19806<br><br>dkhogan@dkhogan.com | Hoover & Slovacek, LLP<br>Attn: Steven A. Leyh<br>Galleria Tower II<br>5051 Westheimer Rd, Ste 1200<br>Houston, TX 77056<br><br>leyh@hooverslovacek.com | Ice Miller<br>Attn: Daniel R. Swetnam<br>Arena District<br>250 West St<br>Columbus, OH 43215<br><br>daniel.swetnam@icemiller.com |
| Ichor Consulting, LLC<br>Attn: J. Chad Edwards<br>3626 N Hall St (Two Oak Lawn) Ste 610<br>Dallas, TX 75219<br><br>Chad@IchorConsulting.com | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jacobs & Crumplar, PA<br>Attn: Raeann Warner/Thomas Crumplar<br>750 Shipyard Dr, Ste 200<br>Wilmington, DE 19801<br><br>Raeann@jcdelaw.com |
| James, Vernon & Weeks, P.A.<br>Attn: Leander L. James<br>Attn: Craig K. Vernon<br>Attn: R. Charlie Beckett<br>1626 Lincoln Wy<br>Coeur d'Alene, ID 83815<br>ljames@jvwlaw.net | Janet, Janet & Scuggs, LLC<br>Attn: Gerald D Jowers, Jr<br>500 Taylor St, Ste 301<br>Columbia, SC 29201<br><br>GJowers@JJSJustice.com | JPMorgan Chase Bank, NA<br>Attn: Phil Martin<br>10 S Dearborn St<br>Mail Code Il1-1415<br>Chicago, Il 60603 |
| Jpmorgan Chase Bank, NA<br>c/o Norton Rose Fulbright US LLP<br>Attn: Louis R. Strubeck, Jr<br>1301 Ave of the Americas<br>New York, NY 10019-6022<br><br>louis.strubeck@nortonrosefulbright.com | Justice Law Collaborative, LLC<br>Attn: Kimberly A. Dougherty<br>19 Belmont St<br>South Easton, MA 02375<br><br>kim@justicelc.com | Karr Tuttle Campbell, PS<br>Attn: Bruce W. Leaverton<br>701 5th Ave, Ste 3300<br>Seattle, WA 98104<br><br>bleaverton@karrtuttle.com |
| Kelly, Morgan, Dennis, Corzine & Hansen, P.C.<br>Attn: Michael G. Kelly<br>P.O. Box 1311<br>Odessa, TX 79760-1311<br><br>mkelly@kmdfirm.com | Klehr Harrison Harvey Branzburg LLP<br>Attn: Domenic E. Pacitti<br>919 Market St, Ste 1000<br>Wilmington, DE 19801<br><br>dpacitti@klehr.com | Klehr Harrison Harvey Branzburg LLP<br>Attn: Morton R. Branzburg<br>1835 Market St, Ste 1400<br>Philadelphia, PA 19103<br><br>mbranzburg@klehr.com |
| Kramer Levin Naftalis & Frankel LLP<br>Attn: Thomas Moers Mayer/Rachel Ringer<br>Attn: David E. Blabey Jr./Jennifer R. Sharret<br>Attn: Megan M. Wasson<br>177 Ave of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com | Latham & Watkins LLP<br>Attn: Adam J Goldberg/Robert J Malionek<br>Attn: Madeleine C Parish/Benjamin A Dozier<br>1271 Ave of the Americas<br>New York, NY 10020-1401<br><br>adam.goldberg@lw.com | Latham & Watkins LLP<br>Attn: Jeffrey E Bjork<br>Attn: Kimberly A Posin<br>Attn: Deniz A. Irgi<br>355 S Grand Ave, Ste 100<br>Los Angeles, CA 90071-1560<br>jeff.bjork@lw.com |
| Law Offices of Betti & Associates<br>Attn: Michele M Betti<br>30 Wall St, 8th FL<br>New York, NY 10005<br><br>mbettilaw@gmail.com | Linebarger Goggan Blair & Sampson, LLP<br>Attn: Don Stecker<br>112 E Pecan St, Ste 2200<br>San Antonio, TX 78205<br><br>sanantonio.bankruptcy@publicans.com | Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Fwy, Ste 1000<br>Dallas, TX 75207<br><br>dallas.bankruptcy@publicans.com |

**Boy Scouts of America - Master Service List**                                                            07/25/2021

| | | |
|---|---|---|
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064<br><br>houston_bankruptcy@publicans.com | Macdonald \| Fernandez LLP<br>Attn: Iain A Macdonald<br>221 Sansome St, 3rd FL<br>San Francisco, CA 94104-2323<br><br>imac@macfern.com | Maurice Wutscher LLP<br>Attn: Alan C. Hochheiser<br>23611 Chagrin Blvd. Ste 207<br>Beachwood, OH 44122<br><br>ahochheiser@mauricewutscher.com |
| McCreary, Veselka, Bragg & Allen, PC<br>Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680<br><br>tleday@mvbalaw.com | McDermott Will & Emery LLP<br>Attn: Ryan Smethurst<br>Attn: Margaret Warner<br>500 N Capitol St NW<br>Washington, DC 20001-1531<br><br>rsmethurst@mwe.com | Miller, Canfield, Paddock and Stone, P.L.C.<br>Attn: Danielle Mason Anderson<br>277 S Rose St, Ste 5000<br>Kalamazoo, MI 49007<br><br>andersond@millercanfield.com |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.<br>Attn: Kim V. Marrkand<br>Attn: Nancy D. Adams<br>Attn: Laura Bange Stephens<br>One Financial Center<br>Boston, MA 02111<br>kmarrkand@mintz.com | Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Kate P Foley<br>1800 W Park Dr, Ste 400<br>Westborough, MA 01581<br><br><br><br>kfoley@mirickoconnell.com | Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Paul W Carey<br>100 Front St<br>Worcester, MA 01608<br><br><br><br>pcarey@mirickoconnell.com |
| Missouri Dept of Revenue<br>Bankruptcy Unit<br>Attn: Steven A Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br><br>deecf@dor.mo.gov | Monzack Mersky Browder & Hochman, P.A.<br>Attn: Rachel B. Mersky<br>1201 N Orange St, Ste 400<br>Wilmington, DE 19801<br><br>rmersky@monlaw.com | Monzack Mersky McLaughlin & Browder, PA<br>Attn: Brian McLaughlin<br>Attn: Rachel B. Mersky<br>1201 N Orange St, Ste 400<br>Wilmington, DE 19801<br><br>bmclaughlin@monlaw.com |
| Moore & Rutt, PA<br>Attn: David N. Rutt<br>Attn: Scott G. Wilcox<br>122 N Market St<br>P.O. Box 554<br>Georgetown, DE 19947<br>dnrutt@mooreandrutt.com | Morris James LLP<br><br><br><br><br><br>emonzo@morrisjames.com | Morris James LLP<br>Attn: Brett D. Fallon<br>Attn: Brya M. Keilson<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>bfallon@morrisjames.com |
| Morris James LLP<br>Attn: Stephen M. Miller<br>Attn: Carl N. Kunz, III<br>500 Delaware Ave, Ste 1500<br>Wilmington, DE 19801<br><br>smiller@morrisjames.com | Motley Rice LLC<br>Attn: Daniel R. Lapinksi<br>210 Lake Dr E, Ste 101<br>Cherry Hill, NJ 08002<br><br><br>dlapinski@motleyrice.com | Motley Rice LLC<br>Attn: Joseph F. Rice<br>28 Bridgeside Blvd<br>Mt Pleasant, SC 29464<br><br><br>jrice@motleyrice.com |
| Mound Cotton Wollan & Greengrass LLP<br>Attn: Lloyd A Gura<br>One New York Plaza 44th FL<br>New York, NY 10004<br><br>lgura@moundcotton.com | Mound Cotton Wollan & Greengrass LLP<br>Attn: Pamela J Minetto<br>30A Vreeland Rd, Ste 210<br>Florham Park, NJ 07932<br><br>pminetto@moundcotton.com | Nagel Rice LLP<br>Attn: Bradley L Rice<br>103 Eisenhower Pkwy<br>Roseland, NJ 07068<br><br><br>brice@nagelrice.com |
| Napoli Shkolnnik PLLC<br>Attn: R. Joseph Hrubiec<br>919 N Market St, Ste 1801<br>Wilmington, DE 19801<br><br>RHrubiec@NapoliLaw.com | Nelson Comis Kettle & Kinney, LLP<br>Attn: William E. Winfield<br>300 E Esplande Dr, Ste 1170<br>Oxnard, CA 93036<br><br>wwinfield@calattys.com | Nelson Mullins Riley & Scarborough LLP<br>Attn: David Barnes, Jr<br>101 Constitution Ave NW, Ste 900<br>Washington, DC 20001<br><br>david.barnes@nelsonmullins.com |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>Attn: Matthew S. Sorem<br>10 S Wacker Dr, 21st Fl<br>Chicago, IL 60606<br><br>msorem@nicolaidesllp.com | Norton Rose Fulbright US LLP<br><br><br><br><br><br>andrew.rosenblatt@nortonrosefulbright.com | Norton Rose Fulbright US LLP<br>Attn: Howard Seife<br>Attn: Andrew Rosenblatt<br>1301 Ave of the Americas<br>New York, NY 10019-6022<br><br>howard.seife@nortonrosefulbright.com |

**Boy Scouts of America - Master Service List**                                                                                           07/25/2021

| | | |
|---|---|---|
| Norton Rose Fulbright Us LLP<br>Attn: Louis Strubeck/ Kristian Gluck<br>Attn: Ryan Manns<br>2200 Ross Ave, Suite 3600<br>Dallas, TX 75201-7932<br><br>louis.strubeck@nortonrosefulbright.com | Nye, Stirling, Hale & Miller LLP<br>Joel M. Walker<br>1145 Bower Hill Rd, Ste 104<br>Pittsburgh, PA 15243<br><br><br><br>jmwalker@nshmlaw.com | O'Connor Playdon Guben & Inouye LLP<br>Attn: Jerrold K. Guben<br>Makai Tower, Ste 2400<br>733 Bishop St<br>Honolulu, HI 96813<br><br>JKG@opgilaw.com |
| O'Melveny & Myers LLP<br>Attn: Tancred Schiavoni<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6537 | Office of the Attorney General<br>Attn: Christopher S Murphy<br>Attn: Sherri K Simpson<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>christopher.murphy@oag.texas.gov | Office of the United States Trustee<br>Attn: David L. Buchbinder<br>Attn: Hannah M. McCollum<br>844 King St, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>david.l.buchbinder@usdoj.gov |
| Pachulski Stang Ziehl & Jones<br>Attn: James I. Stang<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003<br><br>jstang@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP<br>Attn: Iain Nasatir<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003<br><br>inasatir@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP<br>Attn: James Stang/Robert Orgel<br>Attn: James O'Neill/John Lucas/Ilan Scharf<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>jlucas@pszjlaw.com |
| Paul Mones PC<br>Attn: Paul Mones<br>13101 Washington Blvd<br>Los Angeles, CA 90066<br><br>paul@paulmones.com | Pension Benefit Guaranty Corporation<br>Attn: Patricia Kelly, CFO<br>Attn: Cassandra Burton, Attorney<br>Attn: Craig Fessenden<br>1200 K St NW<br>Washington, DC 20005<br>kelly.patricia@pbgc.Gov | Perdue, Brandon, Fielder, Collins & Mott, LLP<br>Attn: John T. Banks<br>3301 Northland Dr, Ste 505<br>Austin, TX 78731<br><br>jbanks@pbfcm.com |
| Pfau Cochran Vertetis Amala PLLC<br>Attn: Michael Pfau/Jason Amala<br>Attn: Vincent Nappo<br>403 Columbia St, Ste 500<br>Seattle, WA 98104<br><br>michael@pcvalaw.com | Phillips Lytle LLP<br>Attn: Angela Z Miller<br>One Canalside<br>125 Main St<br>Buffalo, NY 14203<br><br>amiller@phillipslytle.com | Post & Schell, PC<br>Attn: Paul Logan<br>300 Delaware Ave, Ste 1380<br>Wilmington, DE 19801<br><br><br>plogan@postschell.com |
| Potter Anderson & Corroon LLP<br>Attn: Jeremy Ryan<br>Attn: D. Ryan Slaugh<br>1313 N Market St, 6th Fl<br>P.O. Box 951<br>Wilmington, DE 19899<br>jryan@potteranderson.com | Reed Smith LLP<br>Attn: Kurt F. Gwynne<br>Attn: Mark W. Eckard<br>120 N Market St, Ste 1500<br>Wilmington, DE 19801<br><br>kgwynne@reedsmith.com | Reger Rizzo & Darnall LLP<br>Attn: Louis J. Rizzo, Jr<br>1521 Concord Pike, Ste 305<br>Brandywine Plaza West<br>Wilmington, DE 19803<br><br>lrizzo@regerlaw.com |
| Richards, Layton & Finger, PA<br>Attn: Michael Merchant/Brett Haywood<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br><br>merchant@rlf.com | Robinson Mahoney PLLC<br>Attn: Cindy L. Robinson<br>Attn: Doug Mahoney<br>1210 Post Rd<br>Fairfield, CT 06824<br><br>crobinson@robinsonmahoney.com | Schiff Hardin LLP<br>Attn: David Spector<br>233 S Wacker Dr, Ste 7100<br>Chicago, IL 60606<br><br><br>dspector@schiffhardin.com |
| Schiff Hardin LLP<br>Attn: Everett Cygal<br>Attn: Joseph Mark Fisher<br>Attn: Daniel Schufreider/Jin Yan<br>233 S Wacker Dr, Ste 7100<br>Chicago, IL 60606<br>ecygal@schiffhardin.com | Schnader Harrison Segal & Lewis LLP<br>Attn: Richard A. Barkasy<br>Attn: Kristi J. Doughty<br>824 N Market St, Ste 800<br>Wilmington, DE 19801-4939<br><br>rbarkasy@schnader.com | Seitz, Van Ogtrop & Green, P.A.<br>Attn: R. Karl Hill<br>222 Delaware Ave, Ste 1500<br>Wilmington, DE 19801<br><br><br>khill@svglaw.com |
| Sequoia Counsel of Boy Scouts, Inc.<br>Attn: Michael Marchese<br>6005 N Tamera Ave<br>Fresno, CA 93711<br><br><br>michael.marchese@scouting.org | Shipman & Goodwin LLP<br>Attn: Abigail Williams/ James Ruggeri<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251<br><br>awilliams@goodwin.com | Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>1 Constitution Plz<br>Hartford, CT 06103-1919<br><br><br>egoldstein@goodwin.com |

**Boy Scouts of America - Master Service List**                                                                       07/25/2021

| | | |
|---|---|---|
| Smith, Katzenstein & Jenkins LLP<br>Attn: Kathleen M Miller<br>1000 W St, Ste 1501<br>PO Box 410<br>Wilmington, DE 19899<br><br>kmiller@skjlaw.com | Squire Patton Boggs (US) LLP<br>Attn: Jihyun Park<br>1211 Ave of the Americas, 26th Fl<br>New York, NY 10136<br><br>jihyun.park@squirepb.com | Squire Patton Boggs (US) LLP<br>Attn: Mark A. Salzberg<br>2550 M St, NW<br>Washington, DC 20037<br><br>mark.salzberg@squirepb.com |
| Squire Patton Boggs (US) LLP<br>Attn: Travis A. McRoberts<br>2000 McKinney Ave, Ste 1700<br>Dallas, TX 75201<br><br>travis.mcroberts@squirepb.com | Stamoulis & Weinblatt LLC<br>Attn: Stamatios Stamoulis<br>Attn: Richard Weinblatt<br>800 N West St, Ste 800<br>Wilmington, DE 19801<br><br>stamoulis@swdelaw.com | Stark & Stark, PC<br>Attn: Joseph H Lemkin<br>P.O. Box 5315<br>Princeton, NJ 08543<br><br>jlemkin@stark-stark.com |
| Steptoe & Johnson LLP<br>Attn: Harry Lee<br>Attn: John O'Connor<br>Attn: Brett Grindrod<br>1330 Connecticut Ave, N.W<br>Washington, DC 20036<br>hlee@steptoe.com | Straffi & Straffi, LLC<br>Attn: Daniel Straffi, Jr<br>670 Commons Way<br>Toms River, NJ 08755<br><br><br><br>bkclient@straffilaw.com | Sullivan Hazeltine Allinson LLC<br>Attn: William D. Sullivan<br>919 N Market St, Ste 420<br>Wilmington, DE 19801<br><br><br><br>bsullivan@sha-llc.com |
| Sullivan Hill Lewin Rez & Engel, PLC<br>Attn: James Hill/ Christopher Hawkins<br>Attn: Kathleen Cashman-Kramer<br>600 B St, Ste 1700<br>San Diego, CA 92101<br><br>Hill@SullivanHill.com | Swenson & Shelley, PLLC<br>Attn: Kevin D. Swenson<br>107 S 1470 E, Ste 201<br>St George, UT 84790<br><br><br>Kevin@swensonshelley.com | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>Attn: Valerie Smith<br>P.O. Box 41021<br>Norfolk, VA 23541<br><br>claims@recoverycorp.com |
| The Bifferato Firm, PA<br>Attn: Ian Connor Bifferato<br>1007 N Orange ST, 4TH FL<br>Wilmington, DE 19801<br><br>cbifferato@tbf.legal | The County Commission Of Fayette County<br>Attn: President<br>P.O. Box 307<br>Fayetteville, WV 25840 | The County Commission Of Fayette County<br>c/o Steptoe & Johnson Pllc<br>Attn: John Stump, Esq<br>Chase Tower - 8th Fl<br>707 Virginia St E.<br>Charleston, WV 25301 |
| The Law Office of David L Lynch, PC<br>Attn: David L Lynch<br>72877 Dinah Shore Dr, Ste 103-126<br>Rancho Mirage, CA 92270<br><br>dlynch@desertelderlaw.com | The Law Office of James Tobia, LLC<br>Attn: James Tobia<br>1716 Wawaset St<br>Wilmington, DE 19806<br><br>jtobia@tobialaw.com | The Law Offices of Joyce, LLC<br>Attn: Michael J. Joyce<br>1225 King St, Ste 800<br>Wilmington, DE 19801<br><br>mjoyce@mjlawoffices.com |
| The Neuberger Firm<br>Attn: Thomas S. Neuberger<br>Attn: Stephen J. Neuberger<br>17 Harlech Dr<br>Wilmington, DE 19807<br><br>tsn@neubergerlaw.com | The Powell Firm, LLC<br>Attn: Jason C. Powell<br>Attn: Thomas Reichert<br>1201 N Orange St, Ste 500<br>P.O. Box 289<br>Wilmington, DE 19899<br>jpowell@delawarefirm.com | The Zalkin Law Firm, PC<br>Attn: Irwin Zalkin<br>Attn: Devin Storey<br>Attn: Kristian Roggendorf<br>10590 W Ocean Air Dr. #125<br>San Diego, CA 92130<br>irwin@zalkin.com |
| Thomas Law Office, PLLC<br>Attn: Tad Thomas/Louis Schneider<br>9418 Norton Commons Blvd, Ste 200<br>Louisville, KY 40059<br><br>tad@thomaslawoffices.com | TN Dept of Labor - Bureau of Unemployment Insurance<br>c/o TN Attorney General's Office, Bankruptcy Division<br>Attn: Laura L. McCloud<br>PO Box 20207<br>Nashville, TN 37202-0207<br><br>AGBankDelaware@ag.tn.gov | Troutman Pepper Hamilton Sanders LLP<br>Attn: David M. Fournier<br>Attn: Marcy J. McLaughlin Smith<br>1313 Market St, Ste 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>david.fournier@troutman.com |
| Troutman Pepper Hamilton Sanders LLP<br>Attn: Harris B. Winsberg<br>600 Peachtree St NE, Ste 3000<br>Atlanta, GA 30308<br><br><br>harris.winsberg@troutman.com | Tune, Entrekin & White, PC<br>Attn: Joseph P. Rusnak<br>315 Deaderick St, Ste 1700<br>Nashville, TN 37238<br><br><br>Jrusnak@tewlawfirm.com | Tybout, Redfearn & Pell<br>Attn: Robert D. Cecil, Jr.<br>P.O. Box 2092<br>Wilmington, DE 19899-2092<br><br><br>rcecil@trplaw.com |

**Boy Scouts of America - Master Service List**                                                                                        07/25/2021

| | | |
|---|---|---|
| Tybout, Redfearn & Pell<br>Attn: Seth J. Reidenberg<br>750 Shipyard Dr, Ste 400<br>P.O. Box 2092<br>Wilmington, DE 19899-2092<br><br>sreidenberg@trplaw.com | United States Dept Of Justice<br>950 Pennsylvania Ave, Nw<br>Room 2242<br>Washington, DC 20530-0001 | US Attorney For Delaware<br>Attn: David C Weiss<br>1007 Orange St, Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br><br>usade.ecfbankruptcy@usdoj.gov |
| Wachtell, Lipton, Rosen & Katz<br>Attn: Richard Mason/Douglas Mayer<br>Attn:Joseph C. Celentino<br>51 W 52nd St<br>New York, NY 10019<br><br>rgmason@wlrk.com | Walden Macht & Haran LLP<br>Attn: Daniel Miller<br>2532 Justin Lane<br>Wilmington, DE 19810<br><br>dmiller@wmhlaw.com | Walker Wilcox Maousek LLP<br>Attn: Christopher A. Wadley<br>1 N Franklin, Ste 3200<br>Chicago, IL 60606<br><br>cwadley@walkerwilcox.com |
| Wanger Jones Helsley, PC.<br>Attn: Riley C. Walter<br>265 E River Park Circle, Ste 310<br>Fresno, CA 93720<br><br>rwalter@wjhattorneys.com | Ward and Smith, P.A.<br>Attn: Paul A Fanning<br>P.O. Box 8088<br>Greenville, NC 27835-8088<br><br>paf@wardandsmith.com | White & Case LLP<br>Attn: Jessica C.K. Boelter<br>1221 Ave of the Americas<br>New York, NY 10020-1095<br><br>jessica.boelter@whitecase.com |
| Whiteford, Taylor & Preston LLC<br>Attn: Richard W Riley<br>The Renaissance Centre<br>405 N King St, Ste 500<br>Wilmington, DE 19801<br><br>rriley@wtplaw.com | Whiteford, Taylor & Preston LLP<br>Attn: Todd M Brooks<br>7 St Paul St, 15th Fl<br>Baltimore, MD 21202-1626<br><br>tbrooks@wtplaw.com | Wilks Law, LLC<br>Attn: David E. Wilks<br>4250 Lancaster Pike, Ste 200<br>Wilmington, DE 19805<br><br>dwilks@wilks.law |
| Womble Bond Dickinson (US) LLP<br>Attn: Matthew Ward/Morgan Patterson<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801<br><br>matthew.ward@wbd-us.com | Young Conaway Stargatt & Taylor<br>Attn: James L. Patton, Jr<br>Attn: Robert Brady/Edwin Harron<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801<br>jpatton@ycst.com | |