## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: D.I. 5771** |

### DECLARATION OF ERIN R. FAY IN SUPPORT OF HARTFORD'S MOTION TO STRIKE AND/OR IN LIMINE, TO EXCLUDE THE TESTIMONY OF ROGER C. MOSBY

I, Erin Fay, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am over the age of 18 and a director at the law firm of Bayard P.A., counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company.

2.      I respectfully submit this declaration in support of *Hartford's Motion to Strike and/or In Limine, to Exclude the Testimony of Roger C. Mosby* [D.I. 5771], being filed today in the above-captioned cases, based on my personal knowledge of the proceedings in the above-captioned cases, and review of the documents described below.

3.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the Transcript of the Deposition of Roger C. Mosby, taken on July 15, 2021.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 Walnut Hill Lane, Irving, Texas 75038.

4.    Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of an email between Roger Mosby and Ben Turner, dated May 20, 2021, produced in this action by Debtors on July 25, 2021 at BSA-RSA_00000940.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on July 29, 2021 at Wilmington, Delaware.


*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)

10032564v1