# EXHIBIT A































