To Whom It May Concern:

I am writing this letter at the request of my daughter.

This letter will describe what took place on more than once. The Scout troop is was in is no more. The Scout Master ████████ was the one that took advantage of me.

This all started shortly after I moved to Northwood. I was asked one day if I was in Boy Scouts and I said no. I got invited by him if I would like to join. I asked my mom who agreed with him that would be fine.

It all started when I had a chance to sleep in a log cabin. I helped him get the equiptment ready one thursday after the meeting.

The Scout Master approached me and said he needed help with tearing down after our meeting. This went on for several meetings before he called me to the office. He asked me if I would like to earn merit badges. I said yes. He showed me several ones including First Aid.

████████████████████████████████████████

it was the First Aid Merit Badge.

Then in November on a Scouting weekend

████████████████████████████████████████

When I got home I went to my mother and tell her what has been happening.

It was then that my mother choose him over her own son. My grades started falling to failing level.

I started running with a gang and did a lot of damage. I got caught and was sent away for a year. After I returned home my mother was married to him. I now started running away until I got close to leaving home and never returned.

I have been abused so bad that I was always confused. I got in trouble because I was trying to find myself. These regular meeting was thursday every from 6 pm to 8 pm.

Hayes United Methodist Church was where our meeting were held. The Scout Master was alway by me.

I found a way out and took it. I got sent away and was ok. with that. My own mother stood up for him and was never allowed to say anything.

Since all this I have went through several disorders be cause of an head injury I got when I was only 4 year old. At a point in my life I was so confused about being with girls was not me. I was afraid of them because of what happened to me.

My mind has been all messed up for some time until my daughter ▓▓▓▓▓▓▓ has now got me seeing people who have really been there for me. ▓▓▓▓ is almost a physiatrist and she listens when ever I need to talk. She has also got me seeing several doctors which seem to be working. I am not alone anymore

Thank you for your time in this Matter.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓



**PRIORITY MAIL EXPRESS®**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

EI 009 941 346 US

PO ZIP Code: 43452
Date Accepted: 7/26/21
Time Accepted: 1306
Weight: 2 ozs.
Scheduled Delivery Date: 7/27/21
Postage: $26.35
Total Postage & Fees: $26.35

TO: SA –
Justice Laura Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

EP13F May 2020
OD: 12 1/2 x 9 1/2

Case 20-10343-LSS    Doc 5822    Filed 07/29/21    Page 4 of 4

SA - [redacted]
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 MARKET STREET
6th FLOOR
WILMINGTON, DE 19801