# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Objection Deadline: August 12, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF FEE APPLICATION

**PLEASE TAKE NOTICE** that the **Twelfth Monthly Application of Ankura Consulting Group, LLC as Consultants to James L. Patton, Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2021 through June 30, 2021** (the "Application") has been filed with the United States Bankruptcy Court for the District of Delaware. In the Application, Ankura seeks interim allowance of fees in the amount of $85,800.70 and expenses in the amount of $0.00.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be filed on or before **August 12, 2021 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that you must also serve a copy of the objection so as to be received by the following parties on or before the Objection Deadline: (i) the Debtors: Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii) counsel to the Debtors: White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Jessica C.K. Boelter (jboelter@whitecase.com) and 111 South Wacker Drive, Chicago, Illinois 60606, Attn: Matthew E. Linder (mlinder@whitecase.com); (iii) co-counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Derek C. Abbott (dabbott@mnat.com); (iv) the Office of the United States Trustee: J. Caleb Boggs Federal Building, Room 2207, 844 N. King Street, Wilmington, DE 19801, Attn: David Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov); (v) counsel to the Official Committee of Unsecured Creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Rachael Ringer (rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com) and Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801, Attn: Kurt F. Gwynne (kgwynne@reedsmith.com) and Katelin A. Morales (kmorales@reedsmith.com); (vi) counsel to the Tort Claimants' Committee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James I. Stang (jstang@pszjlaw.com) and James F. O'Neill (joneill@pszjlaw.com); (vii) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE 19801, Attn: Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com); (viii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26806555.12

Richard G. Mason (rgmason@wlrk.com) and Joseph C. Celentino (jccelentino@wlrk.com); (ix) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck (kristian.gluck@nortonrosefulbright.com) and Womble Bond Dickinson (US) LLP, 1313 N. Market Street, Suite 1200, Wilmington, DE 19801, Attn: Matthew Ward (matthew.ward@wbd-us.com) and Morgan Patterson (morgan.patterson@wbd-us.com); and (x) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump (john.stump@steptoe-johnson.com).

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341], if no objections are filed and served in accordance with the above procedure, the Debtors will be authorized to pay 80% of the requested fees and 100% of the requested expenses without further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application will be held, only if an objection is timely filed, or if the Court directs otherwise, at a date and time to be scheduled before the Honorable Laurie Selber Silverstein, U.S. Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

Dated:  July 29, 2021                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Jared W. Kochenash*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Robert S. Brady (No. 2847)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Edwin J. Harron (No. 3396)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Sharon M. Zieg (No. 4196)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Sara Beth A.R. Kohut (No. 4137)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Jared W. Kochenash (No. 6557)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Rodney Square
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 1000 North King Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Telephone: (302) 571-6600
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Facsimile: (302) 571-1253
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Email: rbrady@ycst.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 　　　　　eharron@ycst.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 　　　　　szieg@ycst.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 　　　　　skohut@ycst.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 　　　　　jkochenash@ycst.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 *Counsel to the Future Claimants' Representative*