# **EXHIBIT A**



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 07/20/2021 | CI-036469 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 08/19/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

| Bill To: |
|---|
| Young Conaway Stargatt & Taylor, LLP<br>1100 North Market Street<br>Wilmington, DE 19801<br>United States of America |

| Project Information: | |
|---|---|
| Project Name: | P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings |
| Project Number: | P-001551 |
| PO Number: | |

Professional Services rendered for period ending June 30, 2021.

| | | |
|---|---|---|
| **Net Amount:** | | 85,800.70 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 85,800.70 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

| Remittance Information: |
|---|
| **Remittance Instructions:**<br><br>*Please call Philip Irvine at (312) 212-6100 for question or bank wire instructions.*<br><br>*Please make checks/wires payable to 'Ankura Consulting Group, LLC'.*<br><br><br><br>*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.* |



|  |  | Project #: | P-001551 |
|---|---|---|---|
|  |  | Invoice Date: | 7/20/2021 |
|  |  | Invoice Number: | CI-036469 |
|  |  | Professional Services Through: | June 2021 |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Thomas Vasquez | Senior Managing Director | 750.00 | 18.3 | $ 13,725.00 |
| Amy Brockman | Senior Managing Director | 625.00 | 5.1 | $ 3,187.50 |
| Nicholas Deluca | Senior Managing Director | 500.00 | 25.8 | $ 12,900.00 |
| Zsolt Macskasi | Managing Director | 450.00 | 32.8 | $ 14,760.00 |
| Matthew Burkett | Senior Director | 350.00 | 56.0 | $ 19,600.00 |
| Michael Northeim | Director | 294.00 | 9.3 | $ 2,734.20 |
| Connor Cosenza | Senior Associate | 265.00 | 53.6 | $ 14,204.00 |
| Autumn McCusker | Senior Associate | 175.00 | 26.8 | $ 4,690.00 |
| **Total** |  |  | **227.7** | **$ 85,800.70** |



|  |  |  | Project #: | P-001551 |
|---|---|---|---|---|
|  |  |  | Invoice Date: | 7/20/2021 |
|  |  |  | Invoice Number: | CI-036469 |
|  |  |  | Professional Services Through: | June 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/1/2021 | Nicholas Deluca | Analyze historical patterns | 500.00 | 1.8 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/1/2021 | Zsolt Macskasi | Future claims forecast | 450.00 | 3.3 | $ 1,485.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/1/2021 | Matthew Burkett | Analysis of future claims forecast methodology and results. | 350.00 | 4.1 | $ 1,435.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/1/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 4.5 | $ 1,192.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/1/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/2/2021 | Thomas Vasquez | Analysis of historical abused scouts | 750.00 | 3.7 | $ 2,775.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/2/2021 | Amy Brockman | Forecast issues. | 625.00 | 2.1 | $ 1,312.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/2/2021 | Nicholas Deluca | Review forecast model and documentation | 500.00 | 3.2 | $ 1,600.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/2/2021 | Zsolt Macskasi | Updating future claims forecast | 450.00 | 3.4 | $ 1,530.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/2/2021 | Matthew Burkett | Analysis of future claims forecast methodology and results. | 350.00 | 3.2 | $ 1,120.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/2/2021 | Michael Northeim | Forecast of future claims | 294.00 | 3.1 | $ 911.40 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/2/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 5.2 | $ 1,378.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/2/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/3/2021 | Thomas Vasquez | Analysis of POC filings | 750.00 | 4.6 | $ 3,450.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/3/2021 | Amy Brockman | Review updates to forecast. | 625.00 | 0.8 | $ 500.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/3/2021 | Nicholas Deluca | Pending and POC claims review. Review eligibility assumptions. | 500.00 | 2.5 | $ 1,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/3/2021 | Zsolt Macskasi | Updating future claims forecast | 450.00 | 3.8 | $ 1,710.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/3/2021 | Matthew Burkett | Future claims forecast model development. | 350.00 | 3.5 | $ 1,225.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/3/2021 | Michael Northeim | Forecast of future claims | 294.00 | 1.4 | $ 411.60 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/3/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 3.4 | $ 901.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/3/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/4/2021 | Nicholas Deluca | Review severity assumptions and forecast results | 500.00 | 2.5 | $ 1,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/4/2021 | Zsolt Macskasi | Updating future claims forecast | 450.00 | 0.5 | $ 225.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/4/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 0.2 | $ 53.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/7/2021 | Thomas Vasquez | Develop forecast parameters - future claims | 750.00 | 3.4 | $ 2,550.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/7/2021 | Nicholas Deluca | Compare Ankura and Bates White assumptions | 500.00 | 2.2 | $ 1,100.00 |



| | | | | Project #: | P-001551 |
| | | | | Invoice Date: | 7/20/2021 |
| | | | | Invoice Number: | CI-036469 |
| | | | | Professional Services Through: | June 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/7/2021 | Zsolt Macskasi | Forecast future claims | 450.00 | 2.4 | $ 1,080.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/7/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 7.4 | $ 1,961.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/7/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/8/2021 | Thomas Vasquez | Develop forecast parameters - future claims | 750.00 | 4.1 | $ 3,075.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/8/2021 | Amy Brockman | Review forecast charts and analysis. | 625.00 | 1.4 | $ 875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/8/2021 | Nicholas Deluca | Review edits | 500.00 | 1.4 | $ 700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/8/2021 | Nicholas Deluca | Work session re: forecast methodology. | 500.00 | 1.8 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/8/2021 | Zsolt Macskasi | Forecast future claims | 450.00 | 3.2 | $ 1,440.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/8/2021 | Matthew Burkett | Analysis of future claims forecast methodology and results. | 350.00 | 4.5 | $ 1,575.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/8/2021 | Michael Northeim | Forecast of future claims | 294.00 | 2.1 | $ 617.40 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/8/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 7.1 | $ 1,881.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/8/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.8 | $ 490.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/9/2021 | Nicholas Deluca | Review model parameters and calculations. | 500.00 | 3.1 | $ 1,550.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/9/2021 | Zsolt Macskasi | Forecast future claims | 450.00 | 2.7 | $ 1,215.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/9/2021 | Matthew Burkett | Future claims forecasting analysis (3.9); participate in conference call with FCR, YCST to provide project status update (1.3). | 350.00 | 5.2 | $ 1,820.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/9/2021 | Michael Northeim | Forecast of future claims | 294.00 | 0.6 | $ 176.40 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/9/2021 | Connor Cosenza | Perform analysis of claims forecast model (6.8) Client Call regarding claims forecast model (1.3) | 265.00 | 8.1 | $ 2,146.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/9/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/10/2021 | Nicholas Deluca | Review forecast by constituency | 500.00 | 2.8 | $ 1,400.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/10/2021 | Nicholas Deluca | TDP review and expert report edits | 500.00 | 1.0 | $ 500.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/10/2021 | Zsolt Macskasi | Estimate future claims | 450.00 | 3.7 | $ 1,665.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/10/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 1.7 | $ 595.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/10/2021 | Michael Northeim | Forecast of future claims | 294.00 | 0.8 | $ 235.20 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/10/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 5.7 | $ 1,510.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/10/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.5 | $ 437.50 |



|  |  |  | Project #: | P-001551 |
|---|---|---|---|---|
|  |  |  | Invoice Date: | 7/20/2021 |
|  |  |  | Invoice Number: | CI-036469 |
|  |  |  | Professional Services Through: | June 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/11/2021 | Amy Brockman | Review of forecast assumptions. | 625.00 | 0.8 | $ 500.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/11/2021 | Zsolt Macskasi | Forecast future claims | 450.00 | 2.7 | $ 1,215.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/11/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 2.8 | $ 980.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/11/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 3.9 | $ 1,033.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/11/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/14/2021 | Zsolt Macskasi | Update future claims forecast | 450.00 | 1.4 | $ 630.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/14/2021 | Matthew Burkett | Analysis of historical POC claims for use in future claims forecast. | 350.00 | 1.2 | $ 420.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/14/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 0.2 | $ 53.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/15/2021 | Matthew Burkett | Analysis of future forecast methodology. | 350.00 | 0.9 | $ 315.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/16/2021 | Matthew Burkett | Review of future claims forecast methodology. | 350.00 | 1.1 | $ 385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/17/2021 | Thomas Vasquez | Forecast of number of children abused | 750.00 | 2.5 | $ 1,875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/21/2021 | Matthew Burkett | Analysis of POC claims for use in future claims forecast modeling | 350.00 | 1.5 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/22/2021 | Matthew Burkett | Future claims forecast modeling | 350.00 | 1.3 | $ 455.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/23/2021 | Zsolt Macskasi | Data review | 450.00 | 2.6 | $ 1,170.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/23/2021 | Matthew Burkett | Analysis of POC records | 350.00 | 0.9 | $ 315.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/24/2021 | Matthew Burkett | Analysis of future claims forecast methodology | 350.00 | 1.4 | $ 490.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/25/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 4.2 | $ 1,470.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/25/2021 | Connor Cosenza | Prepare presentation of claims forecast model | 265.00 | 3.5 | $ 927.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/25/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 3.2 | $ 560.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/28/2021 | Matthew Burkett | Future claims forecast methodology analysis. | 350.00 | 4.1 | $ 1,435.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/28/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 1.9 | $ 503.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/28/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/29/2021 | Nicholas Deluca | Review potential model changes | 500.00 | 1.3 | $ 650.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/29/2021 | Matthew Burkett | Review of repressed memory documentation for use in claim forecast estimates | 350.00 | 2.2 | $ 770.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/29/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 1.1 | $ 291.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/29/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.0 | $ 350.00 |



|  |  |  |  | Project #: | P-001551 |
|--|--|--|--|--|--|
|  |  |  |  | Invoice Date: | 7/20/2021 |
|  |  |  |  | Invoice Number: | CI-036469 |
|  |  |  |  | Professional Services Through: | June 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/30/2021 | Zsolt Macskasi | Future claims forecast | 450.00 | 1.3 | $ 585.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/30/2021 | Matthew Burkett | Analysis of historical data and forecast modeling | 350.00 | 1.7 | $ 595.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/30/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 0.9 | $ 238.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 6/30/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.0 | $ 175.00 |
|  | **Historical Data Analysis-Model Building Total** |  |  |  |  | **209.6** | **$ 79,386.00** |
| **Actuarial and other Analyses Total**  - B007 |  |  |  |  |  | **209.6** | **$ 79,386.00** |
| Administrative/ Attend Calls/ Meetings | Administrative | 6/4/2021 | Matthew Burkett | Review and audit of May 2021 invoice. | 350.00 | 1.7 | $ 595.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 6/4/2021 | Matthew Burkett | Review of future claims forecast methodology. | 350.00 | 0.9 | $ 315.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 6/7/2021 | Matthew Burkett | Evaluation of future claims forecasting methodology. | 350.00 | 6.1 | $ 2,135.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 6/10/2021 | Matthew Burkett | Audit May fee statement | 350.00 | 0.6 | $ 210.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 6/11/2021 | Nicholas Deluca | May invoice | 500.00 | 0.1 | $ 50.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 6/11/2021 | Matthew Burkett | Audit of May fee statement | 350.00 | 0.4 | $ 140.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 6/14/2021 | Matthew Burkett | Audit of May fee statement. | 350.00 | 0.3 | $ 105.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 6/23/2021 | Nicholas Deluca | Invoice review. | 500.00 | 0.1 | $ 50.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 6/30/2021 | Nicholas Deluca | Review fee examiners final report. | 500.00 | 0.2 | $ 100.00 |
|  | **Administrative Total**  - B017 |  |  |  |  | **10.4** | **$ 3,700.00** |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 6/9/2021 | Nicholas Deluca | Call with FCR counsel re: project status | 500.00 | 1.3 | $ 650.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 6/9/2021 | Zsolt Macskasi | Call with YCST to discuss status | 450.00 | 1.3 | $ 585.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 6/9/2021 | Michael Northeim | Meeting between Ankura and YCST on forecast of future claims | 294.00 | 1.3 | $ 382.20 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 6/9/2021 | Autumn McCusker | Meeting with YCST, FCR to discuss project status | 175.00 | 1.3 | $ 227.50 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 6/25/2021 | Nicholas Deluca | Participate in claims forecast call with DeLuca, Macskasi, Cosenza, McCusker, Burkett. | 500.00 | 0.5 | $ 250.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 6/25/2021 | Zsolt Macskasi | Participate in claims forecast call with DeLuca, Macskasi, Cosenza, McCusker, Burkett | 450.00 | 0.5 | $ 225.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 6/25/2021 | Matthew Burkett | Participate in claims forecast call with DeLuca, Macskasi, Cosenza, McCusker, Burkett. | 350.00 | 0.5 | $ 175.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 6/25/2021 | Connor Cosenza | Participate in claims forecast call with DeLuca, Macskasi, Cosenza, McCusker, Burkett. | 265.00 | 0.5 | $ 132.50 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 6/25/2021 | Autumn McCusker | Participate in claims forecast call with DeLuca, Macskasi, Cosenza, McCusker, Burkett. | 175.00 | 0.5 | $ 87.50 |
|  | **Meetings/calls Total**  - B008 |  |  |  |  | **7.7** | **$ 2,714.70** |
| **Administrative/ Attend Calls/ Meetings Total** |  |  |  |  |  | **18.1** | **$ 6,414.70** |
| **Grand Total** |  |  |  |  |  | **227.7** | **$ 85,800.70** |