July 25, 2021

▮▮▮ TIMONY

Approximately June, 1958 I attended Boy Scout meeting on Cimarron Ave. in Los Angeles. It was across the street from Cimarron Ave. Elementary School.

A young man; assistant to the man who ran the "Scout Den" ▮▮▮

him to stop. He finally stopped. I left the meeting.

I was afraid to tell my father. I was ashamed in addition to the fact I thought my Dad would have killed the jerk!

I returned to the house approximately three weeks later and the pervert ▮▮▮

That man tried to take my dignity away! I woke up several

TIMES - THINKING ABOUT IT AND IT WAS AN AGONIZING FEELING!

AS A YOUNG BOY YOU FEEL VIOLATED AND HELPLESS!

I HOPE THE BOY SCOUTS GET WHAT THEY DESERVE!

THANK YOU FOR READING MY ACCOUNT



P.S. - THANK YOU FOR YOUR HELP! AND SUPPORT