FILED
2021 JUL 30 AM 8:44
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

5-23-21

SA-▮▮▮

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th. Floor
Wilmington, DE 19801

As Far as I'm Concerned the BSA lost their Credibility years Ago when they did nothing to recognize or even stop the Abuse of innocent Children of which I am one of. The BSA, their Affilliates and their Insurers should have no-say what-so-ever in the outcome or Cost of this Case that Affects the Many victoms (minor Children) that they have traumatized. We were unsuspecting minors at these many types of Functions, Meetings, Summer Camps, and other various Functions which we all enjoyed until the time of our Abuse. I've been in Cub scouts Weblows, and Boy Scouts over the years. I enjoyed them all until my Life was shattered by the Boy Scout Master that unsuspecting week. My whole Life has been Affected and Altered by that Man in some way, shape or Form. As Much as I've tried to Forget about what happened I can not, and shouldn't. But moving on and being Able to trust people is very tough to do.

(1.)

The United States needs to show the world that Sexually Abusing Children is sick and will not be tolerated. This is about the Abused victims and Not the Insured BSA and their entities. Many of the victims will or are Suffering a Life-time of re-living the trauma. In my Case this has Affected my Relationships with women, my insecurities and my need to be around people to feel Safe, which has led to my drinking Consequences of OWI's and Some other Bad decisions in my Life, including my fear of failing which leads to my Perfectionism. I've taken Responsibility for my Actions in Life, Good or Bad. It's time that the BSA, and all their Affiliates, Local Councils, their insurance Companies and alike do the same by Compensating the victims according to their traumatization that they have Suffered.

What Little money they have offered to us dosen't even come close to taking responsibility what-so-ever. Although no Amount of Money will ever make things right or make us victims whole again But Adiquite Compensation will make Available the much needed resources to begin the healing process and to rebuild our Lives, Such as Myself. I have to start all over with finding a place to live and Pay My bills. I Now have Stage 4 Metestatic Bone Cancer also to deal with on top of the 48 years of victimization and Mental Health issues. $10,000.00 to $20,000.00 a Year would be a more reasonable offer and would also show them taking Some Responsibility for the in-action of the BSA.           Thank-You.           Sincerally

(2)