Dear Justice Laurie Selber Silverstein
Abused in Scouting
SA- ▮▮▮▮

FILED 2021 JUL 30 AM 8:15 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

I don't really know where to start or how. But here goes.

Just that when I was app. 8-11 years old there was a Boy Scout Troop in the Projects where we lived.

I grew up in the largest Government Housing Projects in Houston and Texas.

There we 18 Rows of Buildings with 10 apts in each Row. Most of the kids I knew didn't have a father around just like me. And the ones that did mostly wished they didn't. I'm not winning about it, but life was not like Leave it to Beaver.

My mother had to work like a man and raise six kids. Life was not fair.

The only chance we had to go anywhere or do anything that took us out of our enviroment turned out to be in the Boy Scouts.

There was myself and four other Boys that I knew around the same age. One of them went into the Boy Scouts so the rest of us did as well.

None of us had a father at home so

We just kinda grew up running around in the streets.

We were introduced to going out of our environment and going camping in the Boy Scouts.

It sounded really good that we could go camping and have fun as no one else could or would take us to do so.

We were young and didn't really know much about sex, only what other older boys may have said.

We didn't have any idea that we were at risk or being lured into something that we didn't know anything about.

It seemed to start rather innocently at first. He talked to us like he was one of us and talked about girls and seeing them without clothes like even our sisters and boys as well. Things turned to touching and even taking naked pictures.

He was very clever about the way he did things when it was only one to one. He was slowly more aggressive in the things he said and did. He acted to be our Big Brother and friend, and to make me relaxed when he touched me.

that when I no longer would go to the Boy Scouts again.

I feel terrible that I didn't have the courage to say anything to ANYone, But I didn't know who to trust and didn't want to tell anyone out of fear what might happen to me. I have still never said anything to ANYone and don't want anyone I know to know anything about it. I'm very Ashamed.

I do wish I would have said something to someone so that maybe I could have prevented the same thing from happening to Another child.

It's terrible to realize that As A child Someone would do this to us.

Thank you for your time

Just ONE kid who is NOW an older man.