IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Hearing Date: August 25, 2021 at 10:00 a.m. (ET)<br>Supplemental Objection Deadline: August 16, 2021 at 4:00 p.m. (ET) |

**FOURTH AMENDED NOTICE OF HEARING
TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT
AND SOLICITATION PROCEDURES FOR THE FOURTH AMENDED
CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA
AND DELAWARE BSA, LLC (AS MAY BE FURTHER AMENDED)**

**PLEASE TAKE NOTICE THAT**, in accordance with the continuances by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), the hearing to determine whether to, among other things, approve the Disclosure Statement and the relief requested in the Solicitation Procedures Motion [D.I. 2295] has been continued and will be held via videoconference on **August 25, 2021 at 10:00 a.m. (Eastern Time)** (the "Disclosure Statement Hearing") before the Honorable Laurie Selber Silverstein.  Please be advised that, in accordance with prior continuances, the Disclosure Statement Hearing may be adjourned or continued from time to time by the Bankruptcy Court or the Debtors without further notice other than as indicated in any notice or agenda of matters scheduled for a particular hearing that is filed with the Bankruptcy Court or by being announced in open court.  If the Disclosure Statement Hearing is continued, the Debtors will post the new date and time of the Disclosure Statement Hearing at https://omniagentsolutions.com/BSA.

**PLEASE TAKE FURTHER NOTICE THAT the supplemental deadline to object to approval of the Disclosure Statement or the relief requested in the Solicitation Procedures Motion has been extended to August 16, 2021 at 4:00 p.m. (Eastern Time).  To the extent any party has already filed an objection to the Disclosure Statement consistent with the procedures prescribed in the Prior Notice (as defined below), it does not need to refile such objection**.  Responses and objections to approval of the Disclosure Statement or the relief requested in the Solicitation Procedures Motion must satisfy the requirements set forth in the prior amended notice for the Disclosure Statement Hearing [D.I. 2419] filed on March 19, 2021 (the "Prior Notice").

**PLEASE TAKE FURTHER NOTICE THAT IF ANY OBJECTION TO THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED AS PRESCRIBED IN THE**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PRIOR NOTICE, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DISCLOSURE STATEMENT AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Disclosure Statement, the Plan, and the Solicitation Procedures Motion are available for review and download free of charge on the website maintained by the Debtors' claims, noticing, and solicitation agent, Omni Agent Solutions, at https://omniagentsolutions.com/BSA.

Dated: July 30, 2021

| | |
|---|---|
| WHITE & CASE LLP<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>       mlinder@whitecase.com<br>       laura.baccash@whitecase.com<br>       blair.warner@whitecase.com | */s/ Paige N. Topper*<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Michelle M. Fu (No. 6661)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 351-9314<br>Email: dabbott@morrisnichols.com<br>       aremming@morrisnichols.com<br>       ptopper@morrisnichols.com<br>       mfu@morrisnichols.com |

*Attorneys for the Debtors and Debtors in Possession*