## Exhibit A

## Summary of Time Detail by Task

*Exhibit A*

*Boy Scouts of America and Delaware BSA, LLC*
*Summary of Time Detail by Task*
*May 1, 2021 through May 31, 2021*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 12.3 | $7,517.50 |
| Cash | 67.2 | $38,897.50 |
| Claims | 11.8 | $6,620.00 |
| Court | 18.7 | $17,860.00 |
| Employee | 10.3 | $5,662.50 |
| Fee Applications | 6.5 | $3,145.00 |
| Financial Analysis | 389.7 | $234,697.50 |
| Info Req | 34.6 | $25,205.00 |
| Litigation | 194.5 | $150,945.00 |
| MOR | 4.8 | $2,700.00 |
| Motions/Orders | 6.5 | $5,227.50 |
| Plan DS | 209.0 | $149,890.00 |
| Status Meeting | 55.7 | $44,412.50 |
| Travel | 7.0 | $7,525.00 |
| Vendor Management | 1.9 | $1,410.00 |
| *Subtotal* | 1,030.5 | $701,715.00 |
| *Voluntary Reduction - General* | -23.5 | -$11,750.00 |
| *Total* | 1,007.0 | $689,965.00 |

*Page 1 of 1*