**Exhibit B**

**Summary of Time Detail by Professional**

*Exhibit B*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### May 1, 2021 through May 31, 2021

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---:|---:|---:|
| Brian Whittman | Managing Director | $1,075.00 | 151.2 | $162,540.00 |
| Erin McKeighan | Managing Director | $900.00 | 1.0 | $900.00 |
| Carl Binggeli | Director | $750.00 | 194.9 | $146,175.00 |
| Robert Edgecombe | Director | $525.00 | 3.2 | $1,680.00 |
| Ryan Walsh | Senior Associate | $675.00 | 192.1 | $129,667.50 |
| Tim Deters | Senior Associate | $650.00 | 165.2 | $107,380.00 |
| Christian Schoerner | Associate | $375.00 | 2.5 | $937.50 |
| Gerard Gigante | Consultant | $525.00 | 10.9 | $5,722.50 |
| Davis Jochim | Analyst | $475.00 | 161.9 | $76,902.50 |
| Lewis Kordupel | Analyst | $475.00 | 145.6 | $69,160.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 2.0 | $650.00 |
| | | *Subtotal* | 1,030.5 | $701,715.00 |
| | | *Voluntary Reduction - General* | -23.5 | -$11,750.00 |
| | | *Total* | 1,007.0 | $689,965.00 |