<u>**Exhibit E**</u>

**Summary of Expense Detail by Category**

*Exhibit E*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Expense Detail by Category**
**May 1, 2021 through May 31, 2021**

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $811.45 |
| Lodging | $2,046.21 |
| Meals | $106.91 |
| Miscellaneous | $885.73 |
| Transportation | $626.50 |
| *Total* | **$4,476.80** |