## Exhibit F

**Expense Detail by Category Professional**

*Exhibit F*

### Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### May 1, 2021 through May 31, 2021

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 5/16/2021 | $219.03 | Airfare one-way coach Miami/Chicago (5/20/2021). |
| Brian Whittman | 5/22/2021 | $186.40 | Airfare one-way coach Chicago/New York (5/25/2021). |
| Brian Whittman | 5/24/2021 | $406.02 | Airfare one-way coach New York/Chicago (5/28/2021). |
| **Expense Category Total** | | **$811.45** | |

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 5/5/2021 | $546.27 | Hotel in New York - 3 nights. |
| Brian Whittman | 5/19/2021 | $871.23 | Hotel in Miami - 3 nights. |
| Brian Whittman | 5/27/2021 | $628.71 | Hotel in New York - 3 nights. |
| **Expense Category Total** | | **$2,046.21** | |

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 5/18/2021 | $86.18 | Out of town dinner - B. Whittman, M. Andolina - 2. |
| Brian Whittman | 5/18/2021 | $2.00 | Out of town breakfast - B. Whittman. |
| Brian Whittman | 5/19/2021 | $14.15 | Out of town breakfast - B. Whittman. |
| Brian Whittman | 5/20/2021 | $4.58 | Out of town breakfast - B. Whittman. |
| **Expense Category Total** | | **$106.91** | |

## Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Erin McKeighan | 5/31/2021 | $885.73 | CMS Monthly Data Storage Fee. |
| **Expense Category Total** | | **$885.73** | |

*Exhibit F*

### Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### May 1, 2021 through May 31, 2021

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 5/3/2021 | $49.95 | Taxi from New York Airport to client. |
| Brian Whittman | 5/6/2021 | $168.00 | Parking at Chicago Airport. |
| Brian Whittman | 5/20/2021 | $25.18 | Taxi from hotel to Miami Airport. |
| Brian Whittman | 5/20/2021 | $132.00 | Parking at Chicago Airport. |
| Brian Whittman | 5/25/2021 | $64.10 | Taxi from New York Airport to hotel. |
| Brian Whittman | 5/25/2021 | $45.97 | Taxi from office to Chicago Airport. |
| Brian Whittman | 5/28/2021 | $65.97 | Taxi from client to New York Airport. |
| Brian Whittman | 5/28/2021 | $75.33 | Taxi from Chicago Airport to home. |
| **Expense Category Total** | | **$626.50** | |
| *Grand Total* | | **$4,476.80** | |