## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2021, I caused copies of the foregoing Objection Of The Official Committee Of Unsecured Creditors For The Archbishop Of Agaña (Bankr. D. Guam 19-00010) To Amended Disclosure Statement For The Fourth Amended Chapter 11 Plan Of Reorganization For Boy Scouts Of America And Delaware, LLC to be served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated:   August 2, 2021
        Wilmington, Delaware

    **/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
HILLER LAW, LLC
1500 North French Street
Wilmington, Delaware 19801
(302) 442-7677 telephone

CORE/9990000.2173/168480852.1