Honorable Judge Laurie Selber Silverstein
U.S. Bankruptcy Curt
84 North Market Street6t Floor
Wilmington, DE. 97801
July 10, 2021

FILED
2021 AUG -2 AM 8: 46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Case #20-10343 (LSS)

It would appear to me, that the Supreme Court /system has allowed

The attorneys on both sides to drain (double-dip) from the cash/safe

Lock-box by charging to the courts billions of additional dollars for claimed

Additional work load to complete this investigation of this BSA Case.

Charging and collecting up to $1,500 per hour for some! This has now run into the millions if not billions of dollars.

Note:

Since each attorney handing a client will receive 40% of that client's compensation for damages done to the client as a child, HOW CAN THE ATTORNEY ALSO CHARGE THESE (EXTRATIONARY) FUNDS ON TOP OF THEIR 40% FEE GUARANTEED BY THE COURTS?

The attorneys should be forced to replace the funds taken and compensate from their share of the 40% fee they will receive!

This is pocket change for the BSA, when you realize the real-estate owned by the BSA involves

Additional billions of dollars and hundreds of thousands of acres of priceless property all over America!

I personally believe the BSA is holding off and dragging this case along, until most of their victim's die-off from old age or military/civil disabilities. I am personally 84 years of age and not in best of health!

Please Judge:  Think About this in making your decision as to the compensations for the victims!

- I may be too old to enjoy the compensations if received, but I sure can make up to my family and church for the hurt/disposition/attitude and change in my personality they were forced to live with as a result of my childhood abuse by the BSA, They deserve the compensation because of my abuses suffered, it carried over to where I was not much of a good father figure at that time!

Thank you for letting me vent!
CLIENT# 20-10343(LSS)

Name withheld from letter







HONORABLE JUDGE LAURIE SELBE SILVERSTEIN:
U.S. BANRUPTCY COURT
84 NORTH MARKET STREET
6TH FLOOR
WILMINGTON, DE. 97801
19801

JACKSONVILLE FL 320
10 JUL 2021 PM 2 L

