To: Justice Lauri Selber Silverstein
FR: Abuse Victim ███████
DATE: July 19, 2021
RE: Restructuring Support Agreement and Disclosure Statement

FILED
2021 AUG -2 AM 8:45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

The BSA has put fourth a proposed plan of reorganization that would commit the BSA to pay approx. 250 million dollars to compensate the survivors of thier abuse.

This plan also calls for local councils to pay a additional 600 million dollars in compensation for a total of 850 million dollars.

Yes 850 million dollars is alot of money but when you compare that to approx. 83,000 survivors of thier abuse and then divide that up and then add to the fact that we also must pay our attorney fees that 850 million dollars becomes small.

Because of my abuse as a child when I became a father I was over protective to my son. I wouldn't allow my son to play little league baseball, pee wee football, basketball or even spend the night with friends.

This caused my son to grow up and hate me because I was to ashame to sit down and explain what I went through as a child with my abuse.

In March of 2015 my son and my three grandchildren was killed in a car accident by a drunk driver. Your Honor I never got to say good-bye to my son or even say hello to my grandchildren all because I was over protective when my son was growing up and I was to ashame due to my abuse to even try to sit down and talk to my son about my abuse.

I sit here and think about all that I have lost due to being to ashame to talk about my abuse, and I wonder how many abuse survivors are out there with stories like mine but can't find the courage to come forward and let thier stories be heard.

If I had a chance to tell all of my brother's of this horrible event that took place in our lives I would ask all of my brothers to please find someone to talk to and find the courage inside your soul and push this horrible event out of the darkness and into the light because once we do that peace of mind will then take over our soul, because no one deserves to deal with the type of loss that I was forced to deal with.

Your Honorable Justice as I said earlier the 850 million dollars becomes small once you divide it up in the manner that each of my brother's will have to do.

So I'm asking this Court to also request that the BSA and thier local councils to be required to pay an additional 250 million dollars to help pay for our attorney fees.

Let me thank you for your time and understanding in this most urgent matter

Respectfully Submitted

[signature redacted]



U.S.M.S.
X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801



BILLINGS MT 591
28 JUL 2021
FIRST-CLASS

02 7H
0001255363
MAILED FROM ZIP CODE 59101
JUL 28 2021
$ 000.51⁰
U.S. POSTAGE