5-21-2021

Bankruptcy Court for the District of Delaware

I am sending this motion to you

My name is ████████

I am requesting to file this late claim against the Boy Scouts of America and Delaware BSA, LLC (6300) (4311) in the Chapter 11, Case No. 20-10343 (LSS) (Jointly Administered)

I had missed the Proof of Claim Deadline of November 16, 2020 due to my incarceration. Thank you

My current address:
████████

FILED 2021 AUG -2 AM 8:45 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Legal mail 7-22-2021

U.S.M.S.
X-RAY

Bankruptcy Court for the District of Delaware
Wilmington DE
19801

19801-999955



AUSTIN TX 787
RIO GRANDE DISTRICT
26 JUL 2021 PM 4 L