## <u>CERTIFICATE OF SERVICE</u>

I, Michael J. Merchant, hereby certify that on August 2, 2021, I caused a copy of the foregoing *Notice of Service* to be served upon the parties on the attached service lists in the manner indicated.


    */s/ Michael J. Merchant*
Michael J. Merchant (No. 3854)

## SERVICE LIST – VIA CM-ECF & COURTESY EMAIL

Ashby & Geddes, PA
Attn: Bill Bowden
500 Delaware Ave, 8th Fl
P.O. Box 1150
Wilmington, DE 19899-1150
wbowden@ashbygeddes.com

Ballard Spahr LLP
Attn: Matthew G. Summers
Attn: Chantelle D. McClamb
919 N. Market St, 11th Fl
Wilmington, DE 19801-3034
summersm@ballardspahr.com

Bielli & Klauder, LLC
Attn: David M Klauder
1204 N King St
Wilmington, DE 19801
dklauder@bk-legal.com

Bradley Riley Jacobs PC
Attn: Todd C. Jacobs
500 W Madison St, Ste 1000
Chicago, IL 60661
tjacobs@bradleyriley.com

Connolly Gallagher, LLP
Attn: Karen C. Bifferato
Attn: Kelly M. Conlan
1201 N Market St, 20th Fl
Wilmington, DE 19801
kbifferato@connollygallagher.com

Cross & Simon, LLC
Attn: Christopher Simon
Attn: Kevin Mann
1105 N Market St, Ste 901
Wilmington, DE 19801
csimon@crosslaw.com

Baird Mandalas Brockstedt, LLC
Attn: Stephen W. Spence
1413 Savannah Rd, Ste 1
Lewes, DE 19958
sws@bmbde.com

Bayard, PA
Attn: Erin Fay/ Gregory Flasser
600 N King St, Ste 400
Wilmington, DE 19801
efay@bayardlaw.com

Bodell Bove, LLC
Attn: Bruce W. McCullough
1225 N King St, Ste 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

Chipman Brown Cicero & Cole, LLP
Attn: Mark L. Desgrosseilliers
Hercules Plaza
1313 N Market St, Ste 5400
Wilmington, DE 19801
desgross@chipmanbrown.com

Cousins Law LLC
Attn: Scott D. Cousins
Brandywine Plaza W
1521 W Concord Pike, Ste 301
Wilmington, DE 19803
scott.cousins@cousins-law.com

Crowell & Moring LLP
Attn: Tacie H. Yoon
1001 Pennsylvania Ave, NW
Washington, D.C. 20004
tyoon@crowell.com

Dorsey & Whitney LLP
Attn: Bruce R. Ewing/E. Schnabel
51 W 52nd St
New York, NY 10019
ewing.bruce@dorsey.com

Doshi Legal Group, P.C.
Attn: Amish R. Doshi
1979 Marcus Ave, Ste 210E
Lake Success, NY 11042
amish@doshilegal.com

Ferry Joseph, PA
Attn: John D. McLaughlin, Jr.
824 N Market St, Ste 1000
Wilmington, DE 19801
jmclaughlin@ferryjoseph.com

Foley & Lardner LLP
Attn: Richard J Bernard
90 Park Ave
New York, NY 10016
rbernard@foley.com

Godfrey & Kahn, SC
Attn: Erin A. West
1 E Main St, Ste 500
P.O. Box 2719
Madison, WI 53701-2719
ewest@gklaw.com

Hoover & Slovacek, LLP
Attn: Steven A. Leyh
Galleria Tower II
5051 Westheimer Rd, Ste 1200
Houston, TX 77056
leyh@hooverslovacek.com

Karr Tuttle Campbell, PS
Attn: Bruce W. Leaverton
701 5th Ave, Ste 3300
Seattle, WA 98104
bleaverton@karrtuttle.com

Dorsey & Whitney LLP
Attn: Eric Lopez Schnabel
Attn: Alessandra Glorioso
300 Delaware Ave, Ste 1010
Wilmington, DE 19801
schnabel.eric@dorsey.com

Faegre Drinker Biddle & Reath LLP
Attn: Patrick A Jackson
Attn: Kaitlin W MacKenzie
Attn: Ian J Bambrick
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621
Patrick.Jackson@faegredrinker.com

Fineman Krekstein & Harris, PC
Attn: Dierdre M Richards
1300 N King St
Wilmington, DE 19801
drichards@finemanlawfirm.com

Fournaris & Mammarella, PA
Attn: Bill Kelleher
1925 Lovering Ave
Wilmington, DE 19806
BKelleher@gfmlaw.com

Hogan, McDaniel
Attn: Daniel K. Hogan
Attn: Garvan F. McDaniel
1311 Delaware Ave
Wilmington, DE 19806
dkhogan@dkhogan.com;
gfmcdaniel@dkhogan.com

Jacobs & Crumplar, PA
Attn: Raeann Warner/Thomas Crumplar
750 Shipyard Dr, Ste 200
Wilmington, DE 19801
Raeann@jcdelaw.com

Klehr Harrison Harvey Branzburg LLP
Attn: Domenic E. Pacitti
919 Market St, Ste 1000
Wilmington, DE 19801
dpacitti@klehr.com

2

Klehr Harrison Harvey Branzburg LLP
Attn: Morton R. Branzburg
1835 Market St, Ste 1400
Philadelphia, PA 19103
mbranzburg@klehr.com

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Fwy, Ste 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

Macdonald | Fernandez LLP
Attn: Iain A Macdonald
221 Sansome St, 3rd FL
San Francisco, CA 94104-2323
imac@macfern.com

Miller, Canfield, Paddock and Stone, P.L.C.
Attn: Danielle Mason Anderson
277 S Rose St, Ste 5000
Kalamazoo, MI 49007
andersond@millercanfield.com

Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Paul W Carey
100 Front St
Worcester, MA 01608
pcarey@mirickoconnell.com

Monzack Mersky Browder & Hochman, P.A.
Attn: Rachel B. Mersky
1201 N Orange St, Ste 400
Wilmington, DE 19801
rmersky@monlaw.com

Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E Pecan St, Ste 2200
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Linebarger Goggan Blair & Sampson, LLP
Attn: John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

McCreary, Veselka, Bragg & Allen, PC
Attn: Tara LeDay
P.O. Box 1269
Round Rock, TX 78680
tleday@mvbalaw.com

Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Kate P Foley
1800 W Park Dr, Ste 400
Westborough, MA 01581
kfoley@mirickoconnell.com

Missouri Dept of Revenue
Bankruptcy Unit
Attn: Steven A Ginther
P.O. Box 475
Jefferson City, MO 65105-0475
deecf@dor.mo.gov

Monzack Mersky McLaughlin & Browder, PA
Attn: Brian McLaughlin
Attn: Rachel B. Mersky
1201 N Orange St, Ste 400
Wilmington, DE 19801
bmclaughlin@monlaw.com

3

Moore & Rutt, PA
Attn: David N. Rutt
Attn: Scott G. Wilcox
122 N Market St
P.O. Box 554
Georgetown, DE 19947
dnrutt@mooreandrutt.com

Morris James LLP
Attn: Brett D. Fallon
Attn: Brya M. Keilson
500 Delaware Ave, Ste 1500
P.O. Box 2306
Wilmington, DE 19899-2306
bfallon@morrisjames.com;
emonzo@morrisjames.com;
smiller@morrisjames.com

Motley Rice LLC
Attn: Daniel R. Lapinksi
210 Lake Dr E, Ste 101
Cherry Hill, NJ 08002
dlapinski@motleyrice.com

Motley Rice LLC
Attn: Joseph F. Rice
28 Bridgeside Blvd
Mt Pleasant, SC 29464
jrice@motleyrice.com

Mound Cotton Wollan & Greengrass LLP
Attn: Lloyd A Gura
One New York Plaza 44th FL
New York, NY 10004
lgura@moundcotton.com

Mound Cotton Wollan & Greengrass LLP
Attn: Pamela J Minetto
30A Vreeland Rd, Ste 210
Florham Park, NJ 07932
pminetto@moundcotton.com

Nagel Rice LLP
Attn: Bradley L Rice
103 Eisenhower Pkwy
Roseland, NJ 07068
brice@nagelrice.com

Napoli Shkolnnik PLLC
Attn: R. Joseph Hrubiec
919 N Market St, Ste 1801
Wilmington, DE 19801
RHrubiec@NapoliLaw.com

Nelson Mullins Riley & Scarborough LLP
Attn: David Barnes, Jr
101 Constitution Ave NW, Ste 900
Washington, DC 20001
david.barnes@nelsonmullins.com

Norton Rose Fulbright Us LLP
Attn: Louis Strubeck/ Kristian Gluck
Attn: Ryan Manns
2200 Ross Ave, Suite 3600
Dallas, TX 75201-7932
louis.strubeck@nortonrosefulbright.com

Nye, Stirling, Hale & Miller LLP
Joel M. Walker
1145 Bower Hill Rd, Ste 104
Pittsburgh, PA  15243
jmwalker@nshmlaw.com

O'Connor Playdon Guben & Inouye LLP
Attn: Jerrold K. Guben
Makai Tower, Ste 2400
733 Bishop St
Honolulu, HI 96813
JKG@opgilaw.com

Office of the Attorney General
Attn: Christopher S Murphy
Attn: Sherri K Simpson
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
christopher.murphy@oag.texas.gov

Office of the United States Trustee
Attn: David L. Buchbinder
Attn: Hannah M. McCollum
844 King St, Suite 2207
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov

Pachulski Stang Ziehl & Jones
Attn: James I. Stang/Iain Nasatir
10100 Santa Monica Blvd, 13th Fl
Los Angeles, CA 90067-4003
jstang@pszjlaw.com/inasatir@pszjlaw.com

Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn: John T. Banks
3301 Northland Dr, Ste 505
Austin, TX 78731
jbanks@pbfcm.com

Post & Schell, PC
Attn: Paul Logan
300 Delaware Ave, Ste 1380
Wilmington, DE 19801
plogan@postschell.com

Potter Anderson & Corroon LLP
Attn: Jeremy Ryan
Attn: D. Ryan Slaugh
1313 N Market St, 6th Fl
P.O. Box 951
Wilmington, DE 19899
jryan@potteranderson.com

Reed Smith LLP
Attn: Kurt F. Gwynne
Attn: Katelin A. Morales
120 N Market St, Ste 1500
Wilmington, DE 19801
kgwynne@reedsmith.com

Reger Rizzo & Darnall LLP
Attn: Louis J. Rizzo, Jr
1521 Concord Pike, Ste 305
Brandywine Plaza West
Wilmington, DE 19803
lrizzo@regerlaw.com

Robinson Mahoney PLLC
Attn: Cindy L. Robinson
Attn: Doug Mahoney
1210 Post Rd
Fairfield, CT 06824
crobinson@robinsonmahoney.com

Schnader Harrison Segal & Lewis LLP
Attn: Richard A. Barkasy
Attn: Kristi J. Doughty
824 N Market St, Ste 800
Wilmington, DE 19801-4939
rbarkasy@schnader.com

Seitz, Van Ogtrop & Green, P.A.
Attn: R. Karl Hill
222 Delaware Ave, Ste 1500
Wilmington, DE 19801
khill@svglaw.com

Shipman & Goodwin LLP
Attn: Abigail Williams/ James Ruggeri
Attn: Joshua Weinberg
1875 K St NW, Ste 600
Washington, DC 20006-1251
awilliams@goodwin.com

Shipman & Goodwin LLP
Attn: Eric S. Goldstein
1 Constitution Plz
Hartford, CT 06103-1919
egoldstein@goodwin.com

Squire Patton Boggs (US) LLP
Attn: Travis A. McRoberts
2000 McKinney Ave, Ste 1700
Dallas, TX 75201
travis.mcroberts@squirepb.com

Stark & Stark, PC
Attn: Joseph H Lemkin
P.O. Box 5315
Princeton, NJ 08543
jlemkin@stark-stark.com

Swenson & Shelley, PLLC
Attn: Kevin D. Swenson
107 S 1470 E, Ste 201
St George, UT 84790
Kevin@swensonshelley.com

The Law Offices of Joyce, LLC
Attn: Michael J. Joyce
1225 King St, Ste 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

TN Dept of Labor - Bureau of Unemployment
Insurance
c/o TN Attorney General's Office, Bankruptcy
Division
Attn: Laura L. McCloud
PO Box 20207
Nashville, TN 37202-0207
AGBankDelaware@ag.tn.gov

Smith, Katzenstein & Jenkins LLP
Attn: Kathleen M Miller
1000 W St, Ste 1501
PO Box 410
Wilmington, DE 19899
kmiller@skjlaw.com

Stamoulis & Weinblatt LLC
Attn: Stamatios Stamoulis
Attn: Richard Weinblatt
800 N West St, Ste 800
Wilmington, DE 19801
stamoulis@swdelaw.com

Sullivan Hazeltine Allinson LLC
Attn: William D. Sullivan
919 N Market St, Ste 420
Wilmington, DE 19801
bsullivan@sha-llc.com

The Bifferato Firm, PA
Attn: Ian Connor Bifferato
1007 N Orange ST, 4TH FL
Wilmington, DE 19801
cbifferato@tbf.legal

The Powell Firm, LLC
Attn: Jason C. Powell
Attn: Thomas Reichert
1201 N Orange St, Ste 500
P.O. Box 289
Wilmington, DE 19899
jpowell@delawarefirm.com

Troutman Pepper Hamilton Sanders LLP
Attn: David M. Fournier
Attn: Marcy J. McLaughlin Smith
1313 Market St, Ste 5100
P.O. Box 1709
Wilmington, DE 19899-1709
david.fournier@troutman.com

Tune, Entrekin & White, PC
Attn: Joseph P. Rusnak
315 Deaderick St, Ste 1700
Nashville, TN 37238
Jrusnak@tewlawfirm.com

Tybout, Redfearn & Pell
Attn: Seth J. Reidenberg
750 Shipyard Dr, Ste 400
P.O. Box 2092
Wilmington, DE 19899-2092
sreidenberg@trplaw.com

Walker Wilcox Maousek LLP
Attn: Christopher A. Wadley
1 N Franklin, Ste 3200
Chicago, IL 60606
cwadley@walkerwilcox.com

Whiteford, Taylor & Preston LLC
Attn: Richard W Riley
The Renaissance Centre
405 N King St, Ste 500
Wilmington, DE 19801
rriley@wtplaw.com

Wilks Law, LLC
Attn: David E. Wilks
4250 Lancaster Pike, Ste 200
Wilmington, DE 19805
dwilks@wilks.law

Young Conaway Stargatt & Taylor
Attn: James L. Patton, Jr
Attn: Robert Brady/Edwin Harron
Rodney Square
1000 N King St
Wilmington, DE 19801
jpatton@ycst.com

Tybout, Redfearn & Pell
Attn: Robert D. Cecil, Jr.
P.O. Box 2092
Wilmington, DE 19899-2092
rcecil@trplaw.com

Walden Macht & Haran LLP
Attn: Daniel Miller
2532 Justin Lane
Wilmington, DE 19810
dmiller@wmhlaw.com

Ward and Smith, P.A.
Attn: Paul A Fanning
P.O. Box 8088
Greenville, NC 27835-8088
paf@wardandsmith.com

Whiteford, Taylor & Preston LLP
Attn: Todd M Brooks
7 St Paul St, 15th Fl
Baltimore, MD 21202-1626
tbrooks@wtplaw.com

Womble Bond Dickinson (US) LLP
Attn: Matthew Ward/Morgan Patterson
1313 N Market St, Ste 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com

RLF1 25326201v.1

## SERVICE LIST – VIA FIRST CLASS MAIL & COURTESY EMAIL

Abernathy, Roeder, Boyd & Hullett, P.C.
Attn: Chad Timmons
Attn: Larry R. Boyd
Attn: Emily M. Hahn
1700 Redbud Blvd, Ste 300
McKinney, TX 75069
ctimmons@abernathylaw.com

Adams and Reese LLP
Attn: Henry C. Shelton, III
6075 Poplar Ave, Ste 700
Memphis, TN 38119
Henry.Shelton@arlaw.com

Andrus Wagstaff
Attn: Sommer D. Luther
7171 W Alaska Dr.
Lakewood, CO 80226
sluther@wagstafflawfirm.com

Andrus Wagstaff, PC
Attn: Aimee H. Wagstaff
7171 W Alaska Dr
Lakewood, CO 80226
aimee.wagstaff@andruswagstaff.com

Baker Manock & Jensen, PC
Attn: Jan T. Perkins
5260 N Palm Ave, Ste 421
Fresno, CA 93704
jperkins@bakermanock.com

Bradley Arant Boult Cummings
Attn: Edwin Rice
Attn: Elizabeth Brusa
100 N Tampa St, Ste 2200
Tampa, FL 33602
eRice@bradley.com

Brown Rudnick LLP
Attn: David J. Molton
7 Times Square
New York, NY 10036
DMolton@brownrudnick.com

Brown Rudnick LLP
Attn: Sunni P. Beville
Attn: Tristan G. Axelrod
1 Financial Ctr
Boston, MA 02111
sbeville@brownrudnick.com

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
55 Second St, 17th Fl
San Francisco, CA 94105-3493
schristianson@buchalter.com

Butler Snow LP
Attn: Daniel W. Van Horn
P.O. Box 171443
Memphis, TN 38187-1443
Danny.VanHorn@butlersnow.com

Carruthers & Roth, PA
Attn: Britton C Lewis
235 N Edgeworth St
P.O. Box 540
Greensboro, NC 27401
bcl@crlaw.com

Choate, Hall & Stewart LLP
Attn: Douglas R. Gooding
Attn: Jonathan D. Marshall
Attn: Michael J. Foley, Jr
Two International Place
Boston, MA 02110
dgooding@choate.com

Clyde & Co US LLP
Attn: Bruce D. Celebrezze
Four Embarcadero Center, Ste 1350
San Francisco, CA 94111
bruce.celebrezze@clydeco.us

Commonwealth of Pennsylvania
Dept of Labor & Industry
Attn: Deb Secrest/Collections Support Unit
651 Boas St, Rm 925
Harrisburg, PA 17121
ra-li-ucts-bankrupt@state.pa.us

Crew Janci LLP
Attn: Stephen Crew
Attn: Peter Janci
1200 NW Naito Pkwy, Ste 500
Portland, OR 97209
steve@crewjanci.com

David Christian Attorneys LLC
Attn: David Christian
105 W. Madison St., Ste 1400
Chicago, IL 60602
dchristian@dca.law

Davies Hood PLLC
Attn: Jason P. Hood
22 N Front St, Ste 620
Memphis, TN 38103-2100
Jason.Hood@davieshood.com

Flordia M. Henderson
P.O. Box 30604
Memphis, TN 38130-0604
flordia@fhendersonlaw.net

Clyde & Co US LLP
Attn: Konrad R. Krebs
200 Campus Dr, Ste 300
Florham Park, NJ 07932
konrad.krebs@clydeco.us

Coughlin Duffy, LLP
Attn: Kevin Coughlin/Lorraine Armenti
Attn: Michael Hrinewski
350 Mt Kemble Ave
P.O. Box 1917
Morristown, NJ 07960
kcoughlin@coughlinduffy.com

Crowell & Moring LLP
Attn: Mark D. Plevin
Attn: Austin J. Sutta
3 Embarcadero Center, 26th Fl
San Francisco, CA 94111
mplevin@crowell.com

Davidoff Hutcher & Citron LLP
Attn: Jonathan S. Pasternak
Attn: James B. Glucksman
Attn: Robert L. Rattet
605 3rd Ave
New York, NY 10158
rlr@dhclegal.com; JSP@dhclegal.com

Faegre Drinker Biddle & Reath LLP
Attn: Michael P. Pompeo
1177 Ave of the Americas, 41st Fl
New York, NY 10036-2714
michael.pompeo@faegredrinker.com

Foley & Lardner LLP
Attn: Victor Vilaplana
3579 Valley Centre Dr, Ste 300
San Diego, CA 92130
vavilaplana@foley.com

Foran Glennon Planadech Ponzi & Rudloff, P.C.
Attn: Susan N K Gummow
Attn: Igor Shleypak
222 N LaSalle St, Ste 1400
Chicago, IL 60614
sgummow@fgppr.com

Gilbert LLP
Attn: Kami Quinn / Attn: Meredith Neely
Attn: Emily Grim / Attn: Jasmine Chalashtori
700 Pennsylvania Ave, SE Ste 400
Washington, DC 20003
quinnk@gilbertlegal.com

Hicks Thomas LLP
Attn: John B.. Thomas
Attn: Allison Fisher
700 Louisiana St., Ste 2300
Houston, TX 77002
jthomas@hicks-thomas.com

Ichor Consulting, LLC
Attn: J. Chad Edwards
3626 N Hall St (Two Oak Lawn) Ste 610
Dallas, TX 75219
Chad@IchorConsulting.com

Janet, Janet & Scuggs, LLC
Attn: Gerald D Jowers, Jr
500 Taylor St, Ste 301
Columbia, SC 29201
GJowers@JJSJustice.com

Justice Law Collaborative, LLC
Attn: Kimberly A. Dougherty
19 Belmont St
South Easton, MA 02375
kim@justicelc.com

Fox Swibel Levin & Carroll LLP
Attn: Margaret M. Anderson
200 W Madison St, Ste 3000
Chicago, IL 60606
panderson@foxswibel.com

Godfrey & Kahn, SC
Attn: Timothy F. Nixon
200 S Washington St, Ste 100
Green Bay, WI 54301-4298
tnixon@gklaw.com

Ice Miller
Attn: Daniel R. Swetnam
Arena District
250 West St
Columbus, OH 43215
daniel.swetnam@icemiller.com

James, Vernon & Weeks, P.A.
Attn: Leander L. James
Attn: Craig K. Vernon
Attn: R. Charlie Beckett
1626 Lincoln Wy
Coeur d'Alene, ID 83815
ljames@jvwlaw.net

Jpmorgan Chase Bank, NA
c/o Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr
1301 Ave of the Americas
New York, NY 10019-6022
louis.strubeck@nortonrosefulbright.com

Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
Attn: Michael G. Kelly
P.O. Box 1311
Odessa, TX 79760-1311
mkelly@kmdfirm.com

3

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer/Rachel Ringer
Attn: David E. Blabey Jr./Jennifer R. Sharret
Attn: Megan M. Wasson
177 Ave of the Americas
New York, NY 10036
tmayer@kramerlevin.com

Maurice Wutscher LLP
Attn: Alan C. Hochheiser
23611 Chagrin Blvd. Ste 207
Beachwood, OH 44122
ahochheiser@mauricewutscher.com

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo,
P.C.
Attn: Kim V. Marrkand
Attn: Nancy D. Adams
Attn: Laura Bange Stephens
One Financial Center
Boston, MA 02111
kmarrkand@mintz.com

Nicolaides Fink Thorpe Michaelides Sullivan
LLP
Attn: Matthew S. Sorem
10 S Wacker Dr, 21st Fl
Chicago, IL 60606
msorem@nicolaidesllp.com

Paul Mones PC
Attn: Paul Mones
13101 Washington Blvd
Los Angeles, CA 90066
paul@paulmones.com

Law Offices of Betti & Associates
Attn: Michele M Betti
30 Wall St, 8th FL
New York, NY 10005
mbettilaw@gmail.com

McDermott Will & Emery LLP
Attn: Ryan Smethurst
Attn: Margaret Warner
500 N Capitol St NW
Washington, DC 20001-1531
rsmethurst@mwe.com

Nelson Comis Kettle & Kinney, LLP
Attn: William E. Winfield
300 E Esplande Dr, Ste 1170
Oxnard, CA 93036
wwinfield@calattys.com

Pachulski Stang Ziehl & Jones LLP
Attn: James Stang/Robert Orgel
Attn: James O'Neill/John Lucas/Ilan Scharf
919 N Market St, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705
jlucas@pszjlaw.com

Pension Benefit Guaranty Corporation
Attn: Patricia Kelly, CFO
Attn: Cassandra Burton, Attorney
Attn: Craig Fessenden
1200 K St NW
Washington, DC 20005
kelly.patricia@pbgc.Gov

4

Pfau Cochran Vertetis Amala PLLC
Attn: Michael Pfau/Jason Amala
Attn: Vincent Nappo
403 Columbia St, Ste 500
Seattle, WA 98104
michael@pcvalaw.com

Schiff Hardin LLP
Attn: Everett Cygal
Attn: Joseph Mark Fisher
Attn: Daniel Schufreider/Jin Yan
233 S Wacker Dr, Ste 7100
Chicago, IL 60606
ecygal@schiffhardin.com

Squire Patton Boggs (US) LLP
Attn: Mark A. Salzberg
2550 M St, NW
Washington, DC 20037
mark.salzberg@squirepb.com

Straffi & Straffi, LLC
Attn: Daniel Straffi, Jr
670 Commons Way
Toms River, NJ 08755
bkclient@straffilaw.com

Synchrony Bank
c/o PRA Receivables Management, LLC
Attn: Valerie Smith
P.O. Box 41021
Norfolk, VA 23541
claims@recoverycorp.com

The Neuberger Firm
Attn: Thomas S. Neuberger
Attn: Stephen J. Neuberger
17 Harlech Dr
Wilmington, DE 19807
tsn@neubergerlaw.com

Phillips Lytle LLP
Attn: Angela Z Miller
One Canalside
125 Main St
Buffalo, NY 14203
amiller@phillipslytle.com

Sequoia Counsel of Boy Scouts, Inc.
Attn: Michael Marchese
6005 N Tamera Ave
Fresno, CA 93711
michael.marchese@scouting.org

Steptoe & Johnson LLP
Attn: Harry Lee
Attn: John O'Connor
Attn: Brett Grindrod
1330 Connecticut Ave, N.W
Washington, DC 20036
hlee@steptoe.com

Sullivan Hill Lewin Rez & Engel, PLC
Attn: James Hill/ Christopher Hawkins
Attn: Kathleen Cashman-Kramer
600 B St, Ste 1700
San Diego, CA 92101
Hill@SullivanHill.com

The Law Office of James Tobia, LLC
Attn: James Tobia
1716 Wawaset St
Wilmington, DE 19806
jtobia@tobialaw.com

The Zalkin Law Firm, PC
Attn: Irwin Zalkin
Attn: Devin Storey
Attn: Kristian Roggendorf
10590 W Ocean Air Dr. #125
San Diego, CA 92130
irwin@zalkin.com

Thomas Law Office, PLLC
Attn: Tad Thomas/Louis Schneider
9418 Norton Commons Blvd, Ste 200
Louisville, KY 40059
tad@thomaslawoffices.com

US Attorney For Delaware
Attn: David C Weiss
1007 Orange St, Ste 700
P.O. Box 2046
Wilmington, DE 19899-2046
usade.ecfbankruptcy@usdoj.gov

Wanger Jones Helsley, PC.
Attn: Riley C. Walter
265 E River Park Circle, Ste 310
Fresno, CA 93720
rwalter@wjhattorneys.com

Troutman Pepper Hamilton Sanders LLP
Attn: Harris B. Winsberg
Attn: Matthew G. Roberts
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308
harris.winsberg@troutman.com

Wachtell, Lipton, Rosen & Katz
Attn: Richard Mason/Douglas Mayer
Attn:Joseph C. Celentino
51 W 52nd St
New York, NY 10019
rgmason@wlrk.com

White & Case LLP
Attn: Jessica C.K. Boelter
1221 Ave of the Americas
New York, NY 10020-1095
jessica.boelter@whitecase.com

6

## SERVICE LIST – VIA FIRST CLASS MAIL

Florida State Prison
Attn: William Russel Hill
PO Box 800
Raiford, FL 32083-0800

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, NA
Attn: Phil Martin
10 S Dearborn St
Mail Code Il1-1415
Chicago, Il 60603

O'Melveny & Myers LLP
Attn: Tancred Schiavoni
Times Square Tower
7 Times Square
New York, NY 10036-6537

The County Commission Of Fayette County
Attn: President
P.O. Box 307
Fayetteville, WV 25840

The County Commission Of Fayette County
c/o Steptoe & Johnson Pllc
Attn: John Stump, Esq
Chase Tower - 8th Fl
707 Virginia St E.
Charleston, WV 25301

United States Dept Of Justice
950 Pennsylvania Ave, Nw
Room 2242
Washington, DC 20530-0001