**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>             Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed**<br>**Objections Due: August 16, 2021 at 4:00 p.m. (ET)** |

**SIXTEENTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED FOR THE PERIOD JUNE 1, 2021 THROUGH JUNE 30, 2021**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Date of retention: | May 23, 2020, *Nunc Pro Tunc* to March 4, 2020  [Docket No. 689] |
| Period for which compensation and reimbursement is sought: | June 1, 2021 through June 30, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $136,116.50 |
| Amount of payment sought: | $108,893.20 (80% of $136,116.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a(n):   ☑ Monthly   ☐ Interim   ☐ Final application

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# ALIXPARTNERS, LLP

## SUMMARY OF MONTHLY FEE APPLICATIONS

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 06/09/2020 Docket #815 | 3/4/2020 - 3/31/2020 | $500,294.50 | $0.00 | $500,294.50 | $0.00 | 6/24/2020 Docket #894 | $0.00 |
| 06/24/2020 Docket #898 | 4/1/2020 - 4/30/2020 | $426,735.00 | $0.00 | $426,735.00 | $0.00 | 7/9/2020 Docket #1002 | $0.00 |
| 7/22/2020 Docket #727 | 5/1/2020 - 5/31/2020 | $252,516.50 | $0.00 | $217,987.80 | $0.00 | 8/11/2020 Docket #1099 | $34,528.70 |
| 8/21/2020 Docket #1136 | 6/1/2020 - 6/30/2020 | $343,685.00 | $0.00 | $343,685.00 | $0.00 | 9/14/2020 Docket #1319 | $0.00 |
| 9/1/2020 Docket #1214 | 7/1/2020 - 7/31/2020 | $236,881.00 | $0.00 | $236,881.00 | $0.00 | 9/16/2020 Docket #1334 | $0.00 |
| 10/15/2020 Docket #1527 | 8/1/2020 - 8/31/2020 | $352,776.00 | $0.00 | $282,220.80 | $0.00 | 10/30/2020 Docket #1608 | $70,555.20 |
| 10/30/2020 Docket #1609 | 9/1/2020 - 9/30/2020 | $148,583.50 | $0.00 | $118,866.80 | $0.00 | 11/16/2020 Docket #1691 | $29,716.70 |
| 11/25/2020 Docket #1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | 12/16/2020 Docket #1856 | $51,132.30 |
| 1/7/2021 Docket #1912 | 11/1/2020 - 11/30/2020 | $238,488.50 | $0.00 | $190,790.80 | $0.00 | 1/28/2021 Docket #1993 | $47,697.70 |
| 2/25/2021 Docket #2260 | 12/1/2020 - 12/31/2020 | $241,754.50 | $0.00 | $193,403.60 | $0.00 | 3/16/2021 Docket #2390 | $48,350.90 |
| 3/10/2021 Docket #2413 | 1/1/2021 - 1/31/2021 | $354,267.50 | $0.00 | $283,414.00 | $0.00 | 4/6/2021 Docket #2439 | $70,853.50 |
| 4/14/2021 Docket #2596 | 2/1/2021 - 2/28/2021 | $227,786.00 | $0.00 | $182,228.80 | $0.00 | 4/29/2021 Docket #2736 | $45,557.20 |
| 5/11/2021 Docket #3601 | 3/1/2021 - 3/31/2021 | $175,914.50 | $0.00 | $140,731.60 | $0.00 | 5/27/2021 Docket #5066 | $35,182.90 |
| 6/2/2021 Docket #5204 | 4/1/2021 - 4/30/2021 | $85,772.00 | $0.00 | $68,617.60 | $0.00 | 6/21/2021 Docket #5379 | $17,154.40 |
| 7/9/2021 Docket #5549 | 5/1/2021 - 5/31/2021 | $110,359.00 | $0.00 | $0.00 | $0.00 | | $110,359.00 |
| 7/15/2021 Docket #N/A | 6/1/2021 - 6/30/2021 | $136,116.50 | $0.00 | $0.00 | $0.00 | | $110,359.00 |
| **Subtotal** | | **$4,087,591.50** | **$0.00** | **$3,390,386.50** | **$0.00** | | **$671,447.50** |
| Second Interim Reduction[1] | | ($34,528.70) | | | | | ($34,528.70) |
| Third Interim Reduction[2] | | ($11,061.75) | | | | | ($11,061.75) |
| **Total** | | **$4,042,001.05** | **$0.00** | **$3,390,386.50** | **$0.00** | | **$625,857.05** |

---

1  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $34,528.70 during the Second Interim Fee Period ("Second Interim Reduction").

2  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $11,061.75 during the Third Interim Fee Period ("Third Interim Reduction").

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 8.3 | $ 9,835.50 |
| Richard Collura | Managing Director | $1,125 | 0.5 | 562.50 |
| Kathryn McGlynn | Managing Director | $1,055 | 16.9 | 17,829.50 |
| Robert B Winning | Director | $935 | 29.7 | 27,769.50 |
| Scott Weiner | Senior Vice President | $665 | 75.4 | 50,141.00 |
| Kaitlyn A Sundt | Senior Vice President | $530 | 0.2 | 106.00 |
| Heather Saydah | Senior Vice President | $480 | 1.1 | 528.00 |
| Joy N Ibanga | Vice President | $530 | 43.5 | 23,055.00 |
| Jennifer Braverman | Vice President | $460 | 6.5 | 2,990.00 |
| Brooke F Filler | Vice President | $460 | 0.4 | 184.00 |
| Lisa Marie Bonito | Associate | $465 | 6.7 | 3,115.50 |
| **Total Professional Hours and Fees** | | | **189.2** | **$ 136,116.50** |
| Less 20% Holdback | | | | (27,223.30) |
| **Total Professional Fees** | | | | **$ 108,893.20** |
| | | | | |
| | | **Average Billing Rate** | **$** | **719.43** |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| CODE | MATTER CATEGORY | HOURS | FEES |
|------|-----------------|-------|------|
| 101 | Planning, Coordination and Case Management | 11.3 | $    9,037.00 |
| 102 | Meetings and Communications with UCC & Professionals | 19.2 | 18,157.50 |
| 103 | Meetings and Communications with Management & Debtors' Professionals | 5.5 | 4,873.50 |
| 104 | Meetings and Communications with Lenders & Professionals | - | - |
| 105 | Meetings and Communications with Tort Committee | - | - |
| 106 | Analysis of Cash Collateral | - | - |
| 107 | Analysis of Liquidity and Cash Management | 26.1 | 18,060.50 |
| 108 | Sale of Assets | - | - |
| 109 | Business and Strategic Plan Analysis | 16.4 | 10,906.00 |
| 110 | Valuation Analysis | - | - |
| 111 | Employee Compensation and Advisor Retention Matters | - | - |
| 112 | Financial and Other Diligence | 52.2 | 36,009.50 |
| 113 | Collateral Analysis | - | - |
| 114 | Forensic Analysis | - | - |
| 115 | Litigation Support | 0.4 | 374.00 |
| 116 | Claims Analysis | - | - |
| 117 | RSA, Disclosure Statement & Plan of Reorganization | 37.7 | 27,509.00 |
| 118 | Retention Applications & Relationship Disclosure Schedules | 10.4 | 5,115.00 |
| 119 | Attend Court Hearings | - | - |
| 120 | Fee Statements and Fee Applications | 10.0 | 6,074.50 |
| 150 | Travel Time | - | - |
| | **Total Hours and Professional Fees by Matter Category** | **189.2** | **$    136,116.50** |

**Average Billing Rate**    **$        719.43**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: Only if objections are filed** **Objections Due: August 16, 2021 at 4:00 p.m. (ET)** |

**SIXTEENTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD JUNE 1, 2021 THROUGH JUNE 30, 2021**

AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC (the "Debtors"), hereby submits its sixteenth monthly application (the "Application") for allowance of compensation for professional services rendered for the period June 1, 2021 through June 30, 2021 (the "Compensation Period"). AlixPartners respectfully states as follows:

### Jurisdiction and Venue

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware (the "<u>Local Bankruptcy Rules</u>"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020 [Docket No. 341] (the "<u>Interim Compensation Order</u>").

## Background

4.      On February 18, 2020, (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "<u>Chapter 11 Cases</u>").

5.      On March 5, 2020, the Office of the United States Trustee for the District of Delaware ("<u>UST</u>") appointed the Committee [Docket No. 141].

## AlixPartners Retention

6.      On April 23, 2020, the Committee filed its *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 483].

7.      On May 23, 2020, the Bankruptcy Court entered the *Order Authorizing the Employment and Retention of AlixPartners LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 689] (the "<u>Retention Order</u>").

8.      The Retention Order authorizes AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim

Compensation Order.

9.      The Interim Compensation Order provides that upon the expiration of the Objection Deadline, a Professional may file a certificate of no objection (a "CNO") with the Court with respect to any fees and expenses not subject to objection. After a Professional files a CNO, the Debtors are authorized and directed to pay the Professional 80% of the fees and 100% of the expenses requested in the applicable Application that are not subject to an objection.

## Relief Requested

10.      During the Compensation Period, AlixPartners has provided an aggregate of 189.2 hours for professional services in the amount of $136,116.50.  After applying a 20% holdback of fees in the amount of $27,223.30, AlixPartners is requesting an allowance of professional fees in the amount of $108,893.20.

11.      Detailed time descriptions of the services performed by each professional, organized by discrete project by day and the aggregate hours is attached hereto as **Exhibit A**. Also included in **Exhibit A** is a list of professionals providing services; arranged by project category, the aggregate hours and professional fees expended by each professional and support person; summarized by matter code.

## Professional Services By Category During the Compensation Period

12.      AlixPartners classified all services performed for which compensation is sought into separate categories.  Summarized below is a description of the services provided by AlixPartners to the Committee during the Compensation Period in each significant service area.

13.      The following summaries are intended only to highlight key services rendered by AlixPartners during the Compensation Period in certain project billing categories where AlixPartners has expended a considerable number of hours on behalf of the Committee, and are not meant to be a

3

detailed description of all of the work performed by AlixPartners.  The primary focus of AlixPartners

was centered around the following areas:

### Matter Code 101:  Planning, Coordination and Case Management
**11.3 hours - $9,037.00**
Time spent includes engagement scoping, resource planning, workstream coordination, and engagement execution strategy.

### Matter Code 102: Meetings and Communications with Committee Members and Professionals
**19.2 hours - $18,157.50**
Time spent includes updating the Committee regarding the status of the Chapter 11 Cases, including the preparation of related presentation materials.  In addition, this also includes discussion with other professionals representing the Committee regarding case developments.

### Matter Code 103: Meetings and Communications with Management and Debtors' Professionals
**5.5 hours - $4,873.50**
Time spent includes meetings and discussions held with Management and Debtors' professionals.

### Matter Code 107: Analysis of Liquidity and Cash Management
**26.1 hours - $18,060.50**
Time spent includes analyzing and reviewing weekly cash flow reports and their respective variances from budgeted amounts.  Time spent also includes analyzing cash flow budgets published during the case.

### Matter Code 109:  Business and Strategic Plan Analysis
**16.4 hours - $10,906.00**
Time spent includes analyzing the Debtors' business plans, and their reasonableness as with respect to a successful emergence from Chapter 11.

### Matter Code 112: Financial and Other Diligence
**52.2 Hours - $36,009.50**
Time spent includes researching and documenting relevant information regarding the Debtors' state of affairs from public and non-public sources, including, but not limited to, SEC filings, filings on the electronic court docket, press releases, monthly operating reports provided by the Debtors, as well as documents and schedules provided in the virtual data room.

### Matter Code 115:  Litigation Support
**0.4 Hours - $374.00**
Time spent includes evaluating potential causes of action against insiders and other parties.

**Matter Code 117:  RSA, Disclosure Statement & Plan of Reorganization**
**10.4 hours - $5,115.00**
Time spent includes negotiating, analyzing, reviewing and providing commentary on the Debtors' proposed plan of reorganization, disclosure statement, and related restructuring support agreement.  Time spent also includes preparing for and attending mediation sessions.

**Matter Code 118:  Retention Application & Relationship Disclosures**
**10.4 hours - $5,115.00**
Time spent includes drafting and managing the retention and relationship disclosure processes.

**Matter Code 120:  Fee Statements and Fee Applications**
**10.0 hours - $6,074.50**
Time spent includes managing the fee application process, including preparing, reviewing fee applications and all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court.

14.     AlixPartners believes that the professional fees and out-of-pocket expenses requested are reasonable, and all amounts requested are for actual and necessary services rendered on behalf of the Committee.

15.     AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## Certification

16.     A Certification of David MacGreevey is attached hereto as **Exhibit B** and made part of this Application.

## No Prior Request

17.     No prior request for the relief sought in this Application has been made to this or any other court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

**<u>Notice</u>**

18.    Notice of this Application has been or will be provided to those parties entitled to receive notice hereof in accordance with any applicable order of this Court.

*[Remainder of page intentionally left blank.]*

6

## Conclusion

**WHEREFORE**, AlixPartners respectfully requests that: (i) an allowance of compensation for professional services rendered to the Committee during the Compensation Period in the amount of $108,893.20 (80% of $136,116.50); (ii) that the Debtors are authorized and directed to pay AlixPartners the sum of $108,893.20; and (iii) and that this Court grant AlixPartners such other and further relief as is just and proper.

Dated:  July 15, 2021

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022


*/s/ David MacGreevey*
By:  David MacGreevey
       Managing Director

7

**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2136668-1 |
|---|---|
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/01/21 | KM | Telephone call with R. Winning (AlixPartners) re: case updates and next steps | 0.30 |
| 06/01/21 | RBW | Telephone call with K. McGlynn (AlixPartners) re: case updates and next steps | 0.30 |
| 06/03/21 | RBW | Telephone call with S. Weiner and J. Ibanga (all AlixPartners) re: existing and new workstreams | 1.00 |
| 06/03/21 | KM | Telephone call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: existing and new workstreams | 1.00 |
| 06/03/21 | SW | Telephone call with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: existing and new workstreams | 1.00 |
| 06/03/21 | INI | Telephone call with S. Weiner (AlixPartners) re: status of workstreams | 0.30 |
| 06/03/21 | INI | Telephone call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: existing and new workstreams | 1.00 |
| 06/03/21 | SW | Telephone call with I. Ibanga (AlixPartners) re: status of workstreams | 0.30 |
| 06/09/21 | SW | Telephone call with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: workstream status updates | 0.50 |
| 06/09/21 | INI | Telephone call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: workstream status updates | 0.50 |
| 06/09/21 | KM | Telephone call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: workstream status updates | 0.50 |
| 06/09/21 | RBW | Telephone call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: workstream status updates | 0.50 |
| 06/16/21 | INI | Telephone call with K. McGlynn, R. Winning and S. Weiner (both AlixPartners) re: general case updates | 0.80 |
| 06/16/21 | KM | Telephone call with R. Winning, S. Weiner and J. Ibanga (both AlixPartners) re: general case updates | 0.80 |
| 06/16/21 | SW | Telephone call with K. McGlynn, R. Winning and J. Ibanga (both AlixPartners) re: general case updates | 0.80 |
| 06/16/21 | RBW | Telephone call with K. McGlynn, S. Weiner and J. Ibanga (both AlixPartners) re: general case updates | 0.80 |
| 06/23/21 | INI | Telephone call with K. McGlynn and R. Winning (both AlixPartners) re: general case updates | 0.30 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/23/21 | KM | Telephone call with R. Winning and J. Ibanga (both AlixPartners) re: general case updates | 0.30 |
| 06/23/21 | RBW | Telephone call with K. McGlynn and J. Ibanga (both AlixPartners) re: general case updates | 0.30 |
| | | **Total** | **11.30** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 2.90 | 530.00 | 1,537.00 |
| Scott Weiner | 2.60 | 665.00 | 1,729.00 |
| Robert B Winning | 2.90 | 935.00 | 2,711.50 |
| Kathryn McGlynn | 2.90 | 1,055.00 | 3,059.50 |
| **Total Hours & Fees** | **11.30** | | **9,037.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2136668-1 |
|---|---|
| Re: | Meetings and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/01/21 | KM | Revise weekly Committee update presentation | 0.50 |
| 06/02/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA case updates | 0.30 |
| 06/03/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA case updates | 0.40 |
| 06/03/21 | KM | Participate in call with Committee advisors including R. Winning, S. Weiner and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson, Z. Essner, A. Nowicki (all Kramer Levin) re: general case updates | 0.20 |
| 06/03/21 | SW | Participate in call with Committee advisors including K. McGlynn, R. Winning and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson, Z. Essner and A. Nowicki (all Kramer Levin) re: general case updates | 0.20 |
| 06/03/21 | SW | Participate in conference call with the BSA Committee Members, R. Winning and J. Ibanga, (both AlixPartners), R. Ringer, M. Wasson, Z. Essner (all Kramer Levin) re: general case and liquidity updates | 0.30 |
| 06/03/21 | INI | Participate in call with Committee advisors including K. McGlynn, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, Z. Essner and A. Nowicki (all Kramer Levin) re: general case updates | 0.20 |
| 06/03/21 | KM | Telephone call with R. Winning (AlixPartners) to follow-up on next steps post-Committee call | 0.50 |
| 06/03/21 | RBW | Prepare operational update presentation for Committee call | 0.50 |
| 06/03/21 | RBW | Update recent Committee reports for use on Committee call | 0.30 |
| 06/03/21 | RBW | Participate in call with Committee advisors including K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson, Z. Essner and A. Nowicki (all Kramer Levin) re: general case updates | 0.20 |
| 06/03/21 | RBW | Participate in conference call with the BSA Committee Members, S. Weiner and J. Ibanga, (both AlixPartners), R. Ringer, M. Wasson, Z. Essner (all Kramer Levin) re: general case and liquidity updates | 0.30 |
| 06/03/21 | INI | Participate in conference call with the BSA Committee | 0.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2136668-1 |
|---|---|
| Re: | Meetings and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Members, R. Winning and S. Weiner (both AlixPartners), R. Ringer, M. Wasson, Z. Essner (all Kramer Levin) re: general case and liquidity updates | |
| 06/03/21 | RBW | Telephone call with K. McGlynn (AlixPartners) to follow-up on next steps post-Committee call | 0.50 |
| 06/04/21 | KM | Review case updates from Committee Counsel | 0.50 |
| 06/04/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA general case | 0.20 |
| 06/08/21 | KM | Review and revise weekly Committee update presentation | 0.60 |
| 06/09/21 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA updates | 0.20 |
| 06/11/21 | DM | Emails with R. Ringer and M. Wasson (both AlixPartners) re: BSA status | 0.30 |
| 06/11/21 | DM | Emails with R. Ringer (Kramer Levin) re: BSA updates | 0.20 |
| 06/16/21 | KM | Review and revise weekly Committee update presentation | 0.60 |
| 06/21/21 | INI | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates including the Debtors' amended Plan and Disclosure Statement | 0.30 |
| 06/21/21 | DM | Participate in call with Committee advisors including I. Ibanga, K. McGlynn, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates including the Debtors' amended Plan and Disclosure Statement | 0.30 |
| 06/21/21 | DM | Participate in conference call with the BSA Committee Members, I. Ibanga, K. McGlynn and R. Winning (all AlixPartners), R. Ringer, M. Wasson, A. Nowicki (all Kramer Levin) re: general case updates including the Debtors their amended Plan and Disclosure Statement | 0.60 |
| 06/21/21 | SW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates including the Debtors' amended Plan and Disclosure Statement | 0.30 |
| 06/21/21 | KM | Review and revise weekly Committee update presentation | 0.90 |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | Meetings and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/21/21 | KM | Participate in call with Committee advisors including D. MacGreevey, R. Winning, S. Weiner and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates including the Debtors' amended Plan and Disclosure Statement | 0.30 |
| 06/21/21 | KM | Participate in conference call with the BSA Committee Members, D. MacGreevey, R. Winning and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson, A. Nowicki (all Kramer Levin) re: general case updates including the Debtors their amended Plan and Disclosure Statement | 0.60 |
| 06/21/21 | RBW | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson, A. Nowicki (all Kramer Levin) re: general case updates including the Debtors their amended Plan and Disclosure Statement | 0.60 |
| 06/21/21 | RBW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates including the Debtors' amended Plan and Disclosure Statement | 0.30 |
| 06/21/21 | RBW | Prepare for Committee presentation on updated budget and recent financial performance | 0.80 |
| 06/21/21 | DM | Review draft presentation for BSA UCC re: weekly updates | 0.30 |
| 06/21/21 | INI | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn and R. Winning (all AlixPartners), R. Ringer, M. Wasson, A. Nowicki (all Kramer Levin) re: general case updates including the Debtors their amended Plan and Disclosure Statement | 0.60 |
| 06/29/21 | KM | Participate in conference call with the BSA Committee Members, D. MacGreevey, R. Winning, S. Weiner and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson, A. Nowicki (all Kramer Levin) re: revised proposal from FCR and vote required | 1.10 |
| 06/29/21 | RBW | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson, A. Nowicki (all Kramer Levin) re: revised proposal from FCR | 1.10 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2136668-1 | |
| Re: | Meetings and Communications with UCC & Professionals | |
| Client/Matter # | 013446.00102 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | and vote required | |
| 06/29/21 | SW | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson, A. Nowicki (all Kramer Levin) re: revised proposal from FCR and vote required | 1.10 |
| 06/29/21 | INI | Participate in conference call with the BSA Committee Members, D. MacGreevey, K. McGlynn, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, A. Nowicki (all Kramer Levin) re: revised proposal from FCR and vote required | 1.10 |
| 06/29/21 | DM | Participate in conference call with the BSA Committee Members, I. Ibanga, K. McGlynn, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson, A. Nowicki (all Kramer Levin) re: revised proposal from FCR and vote required | 1.10 |
| 06/30/21 | KM | Review and revise weekly Committee update presentation | 0.50 |
| | | **Total** | **19.20** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | Meetings and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 2.50 | 530.00 | 1,325.00 |
| Scott Weiner | 1.90 | 665.00 | 1,263.50 |
| Robert B Winning | 4.60 | 935.00 | 4,301.00 |
| Kathryn McGlynn | 6.30 | 1,055.00 | 6,646.50 |
| David MacGreevey | 3.90 | 1,185.00 | 4,621.50 |
| **Total Hours & Fees** | **19.20** | | **18,157.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | Meetings and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/10/21 | RBW | Calls with C. Binggelli (A&M) re: recent mediation sessions | 0.90 |
| 06/11/21 | KM | Telephone call with B. Whittman, C. Binggeli (both A&M), D. MacGreevey and R. Winning (both AlixPartners) re: developments in mediation | 0.70 |
| 06/11/21 | DM | Telephone call with R. Winning and K. McGlynn (all AlixPartners), C. Binggelli and B. Whittman (all A&M) re: developments in mediation | 0.70 |
| 06/11/21 | RBW | Telephone call with D. MacGreevey and K. McGlynn (all AlixPartners),C. Binggelli and B. Whittman (all A&M) re: developments in mediation | 0.70 |
| 06/11/21 | KM | Call with B. Whittman, C. Binggeli (both A&M), D. MacGreevey, and R. Winning (both AlixPartners) re: case updates | 0.10 |
| 06/18/21 | INI | Participate in conference call with C. Binggeli, R. Walsh and D. Jochim (all A&M), R. Winning and S. Weiner (both AlixPartners) re: revised 13-week budget dated June 11th, weekly variance report and general case updates | 0.80 |
| 06/18/21 | SW | Participate in conference call with C. Binggeli, R. Walsh and D. Jochim (all A&M), R. Winning and J. Ibanga (both AlixPartners) re: revised 13-week budget dated June 11th, weekly variance report and general case updates | 0.80 |
| 06/18/21 | RBW | Participate in conference call with C. Binggeli, R. Walsh and D. Jochim (all A&M), S. Weiner and J. Ibanga (both AlixPartners) re: revised 13-week budget dated June 11th, weekly variance report and general case updates | 0.80 |
| | | **Total** | **5.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | Meetings and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Joy N Ibanga | 0.80 | 530.00 | 424.00 |
| Scott Weiner | 0.80 | 665.00 | 532.00 |
| Robert B Winning | 2.40 | 935.00 | 2,244.00 |
| Kathryn McGlynn | 0.80 | 1,055.00 | 844.00 |
| David MacGreevey | 0.70 | 1,185.00 | 829.50 |
| **Total Hours & Fees** | **5.50** | | **4,873.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2136668-1 |
|---|---|
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/01/21 | KM | Analyze Debtors' weekly liquidity updates | 0.60 |
| 06/01/21 | INI | Prepare weekly cash flow variance report | 1.40 |
| 06/04/21 | INI | Prepare weekly liquidity report for the Committee as of the week ended May 28th | 1.80 |
| 06/04/21 | DM | Review BSA budget variance week ended 5.28 | 0.30 |
| 06/07/21 | INI | Review K. McGlynn's (AlixPartners) comments re: BSA weekly liquidity update for the week ended May 28th | 0.30 |
| 06/08/21 | KM | Analyze Debtors' weekly liquidity updates | 0.70 |
| 06/11/21 | INI | Prepare weekly cash flow variance report for the week ended June 4th for Committee update | 1.30 |
| 06/11/21 | INI | Review Debtors weekly cash flow variance report for the week ended June 4th | 0.50 |
| 06/17/21 | INI | Prepare Committee update re: Debtors' new 13-week cash flow budget dated June 11th | 0.30 |
| 06/17/21 | SW | Detail review of updated 13 week cash flow budget and drafting of question list in advance of call with Debtors' advisor | 1.80 |
| 06/17/21 | SW | Compare forecast in updated 13 week cash flow budget vs projections in business plan | 2.30 |
| 06/17/21 | DM | Review BSA 13-week cash flow roll forward | 0.50 |
| 06/18/21 | DM | Review BSA budget variance week ended 6.11 | 0.30 |
| 06/18/21 | SW | Reconfigure exhibits in April MOR presentation to reflect comments received from R. Winning (AlixPartners) | 2.30 |
| 06/18/21 | INI | Prepare weekly liquidity update as of the week ended June 11threport for the Committee | 1.50 |
| 06/18/21 | INI | Review Debtors' 1weekly cash flow variance report for the week ended June 11th | 0.60 |
| 06/18/21 | INI | Review Debtors' revised 13-week cash flow budget dated June 11th | 0.90 |
| 06/21/21 | KM | Review updated 13 week cash flow forecast | 0.90 |
| 06/21/21 | KM | Analyze Debtors' weekly liquidity updates | 0.60 |
| 06/25/21 | SW | Review weekly variance report and draft questions for Debtors' advisor | 0.70 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/25/21 | INI | Prepare weekly liquidity update for the Committee as of the week ended June 18th | 1.60 |
| 06/25/21 | INI | Review Debtors weekly cash flow variance report for the week ended June 18th | 1.10 |
| 06/28/21 | RBW | Revise weekly report re: operations and related analysis | 1.20 |
| 06/28/21 | DM | Review BSA budget variance week ended 6.18 | 0.30 |
| 06/28/21 | INI | Revise weekly cash flow report. | 0.70 |
| 06/28/21 | SW | Review weekly liquidity update presentation | 0.60 |
| 06/30/21 | INI | Revise BSA weekly liquidity update for the Committee | 0.40 |
| 06/30/21 | KM | Review and analyze Debtors' weekly liquidity updates for week ended 6/18 | 0.60 |
| | | **Total** | **26.10** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 12.40 | 530.00 | 6,572.00 |
| Scott Weiner | 7.70 | 665.00 | 5,120.50 |
| Robert B Winning | 1.20 | 935.00 | 1,122.00 |
| Kathryn McGlynn | 3.40 | 1,055.00 | 3,587.00 |
| David MacGreevey | 1.40 | 1,185.00 | 1,659.00 |
| **Total Hours & Fees** | **26.10** | | **18,060.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/02/21 | SW | Draft data requests for A&M and correspondence related to clarification of requests | 0.50 |
| 06/14/21 | SW | Continue preparation of exhibit comparing recruiting data per 2021 greybooks vs plan | 1.80 |
| 06/14/21 | SW | Create exhibit comparing recruiting data per 2021 greybooks vs plan | 2.50 |
| 06/15/21 | SW | Complete creating exhibit comparing recruiting data per 2021 greybooks vs plan | 1.30 |
| 06/24/21 | SW | Create outline for analysis business plan tracking presentation for five months ended May 31st | 1.40 |
| 06/25/21 | SW | Complete creating outline for analysis business plan tracking presentation for five months ended May 31st | 2.60 |
| 06/25/21 | SW | Create exhibit highlighting ending unrestricted liquidity changes achieved or implied in monthly cash flow budgets versus business plan forecast | 2.80 |
| 06/28/21 | SW | Complete creating exhibit highlighting ending unrestricted liquidity changes achieved or implied in monthly cash flow budgets versus business plan forecast | 2.10 |
| 06/29/21 | SW | Create email summarizing proposed business plan and PoR update for internal review | 1.40 |
| | | **Total** | **16.40** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Scott Weiner | 16.40 | 665.00 | 10,906.00 |
| **Total Hours & Fees** | **16.40** | | **10,906.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/01/21 | RBW | Finalize weekly liquidity update | 0.40 |
| 06/01/21 | INI | Review Debtors' April 2021 monthly operating report | 0.90 |
| 06/01/21 | INI | Review Debtors' April 2021 greybook (financials) | 1.10 |
| 06/02/21 | RC | Review case updates re: disclosure statement, Debtors' sale motion and TCC's standing motion | 0.20 |
| 06/03/21 | SW | Initial review of April 2020 MOR | 0.60 |
| 06/03/21 | INI | Collect actual requested professional fees from monthly fee applications for each restructuring professional. | 2.20 |
| 06/03/21 | RBW | Additional review of trust funding presentation and analysis of potential updates | 0.60 |
| 06/04/21 | INI | Review index list of documents posted to the data room | 0.60 |
| 06/04/21 | INI | Analyze the Debtors' restructuring professional fees forecast by professional to identify changes in fee burn rates. | 1.40 |
| 06/07/21 | RBW | Revise weekly liquidity report | 0.40 |
| 06/08/21 | SW | Detail review of April 2021 Grey Book | 2.20 |
| 06/08/21 | SW | Create exhibit detailing April 2021 income statement in greybook and MOR to budget | 1.70 |
| 06/08/21 | SW | Complete reconciliation of budget per greybook income statement to budget per 2021 Business Plan | 2.20 |
| 06/08/21 | SW | Draft commentary for slide detailing April 2021 income statement vs budget | 1.90 |
| 06/09/21 | SW | Create exhibit detailing April 2021 greybook income statement to April 2020 income statement | 1.40 |
| 06/09/21 | SW | Review April 2020 greybook for details related to performance to weave into commentary for presentation | 1.50 |
| 06/09/21 | SW | Draft commentary for slide detailing April 2020 greybook income statement vs April 2021 income statement | 1.90 |
| 06/09/21 | SW | Create exhibit detailing balance sheets as of April 2021, December 2020 and Petition Date | 1.80 |
| 06/09/21 | SW | Draft commentary for slide detailing balance sheets as of April 2021, December 2020 and Petition Date | 1.00 |
| 06/10/21 | SW | Complete drafting commentary for slide detailing balance sheets as of April 2021, December 2020 and Petition Date | 0.80 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2136668-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/10/21 | SW | Create multiple exhibits summarizing unpaid post-petition debt amounts and aging per MORs | 2.20 |
| 06/10/21 | SW | Draft commentary for slides containing exhibits summarizing unpaid post-petition debt amounts and aging per MORs | 1.70 |
| 06/10/21 | SW | Create multiple exhibits detailing accounts receivable values and aging throughout the case | 2.40 |
| 06/10/21 | SW | Draft commentary for slides detailing accounts receivable values and aging throughout the case | 0.90 |
| 06/10/21 | RBW | Analyze impact of potential global settlements on long-term business plan | 1.10 |
| 06/10/21 | RBW | Review presentation re: recent income statement and balance sheet analysis | 0.70 |
| 06/10/21 | INI | Review documents posted in dataroom related to the Debtors restricted v. unrestricted and core v. non-core assets | 2.00 |
| 06/11/21 | INI | Review types of documents posted to the Debtors' data room | 1.90 |
| 06/11/21 | RBW | Revise presentation on recent unaudited financials | 2.20 |
| 06/11/21 | SW | Review presentation summarizing April 2021 MOR and Grey Book and process edits before sending for internal review | 2.50 |
| 06/11/21 | SW | Process internal edits received on presentation summarizing April 2021 MOR and Grey Book | 2.20 |
| 06/14/21 | SW | Process additional internal edits to Committee update presentation | 1.60 |
| 06/14/21 | RBW | Further analysis of recent financials | 0.60 |
| 06/16/21 | KM | Review and analyze Debtors' weekly liquidity updates | 0.70 |
| 06/17/21 | RBW | Finalize presentation on recent financials | 1.90 |
| 06/18/21 | RBW | Revise presentation for Committee on new budget and recent operational performance | 0.80 |
| 06/22/21 | INI | Review list of new documents posted to data rooms. | 0.20 |
| 06/23/21 | INI | Review documents newly posted to data room | 0.20 |
| 06/29/21 | SW | Reset template exhibits for presentation in advance of | 1.60 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2136668-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| **Date** | **Consultant** | **Description of Services** | **Hours** |
|---|---|---|---|
| | | receipt of May 2021 MOR | |
| | | **Total** | **52.20** |

909 Third Avenue     **T** 212.490.2500
New York, NY 10022     **F** 212.490.1344
**alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 10.50 | 530.00 | 5,565.00 |
| Scott Weiner | 32.10 | 665.00 | 21,346.50 |
| Robert B Winning | 8.70 | 935.00 | 8,134.50 |
| Kathryn McGlynn | 0.70 | 1,055.00 | 738.50 |
| Richard Collura | 0.20 | 1,125.00 | 225.00 |
| **Total Hours & Fees** | **52.20** | | **36,009.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2136668-1 | |
| Re: | Litigation Support | |
| Client/Matter # | 013446.00115 | |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/03/21 | RBW | Review Century pleading re: rule 2004 discovery into POCs | 0.40 |
| | | **Total** | **0.40** |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | Litigation Support |
| Client/Matter # | 013446.00115 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Robert B Winning | 0.40 | 935.00 | 374.00 |
| **Total Hours & Fees** | **0.40** | | **374.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2136668-1 | |
| Re: | RSA, Disclosure Statement, & Plan of Reorganization | |
| Client/Matter # | 013446.00117 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/04/21 | RBW | Analyze financial impact of potential additional contributions into tort trust | 0.70 |
| 06/11/21 | DM | Review BSA Mediators 5th report | 0.10 |
| 06/18/21 | DM | Review email from S. Wiener (AlixPartners) re: BSA disclosure statement projections | 0.20 |
| 06/18/21 | RBW | Analyze revised plan and disclosure statement | 2.40 |
| 06/18/21 | INI | Review Debtors' 3rd amended plan of reorganization | 1.00 |
| 06/18/21 | SW | Initial review of amended PoR and Disclosure Statement | 2.80 |
| 06/18/21 | SW | Compare financial projections in amended Disclosure Statement to previously filed Disclosure Statement and draft summary of notable issues for internal distribution | 2.10 |
| 06/21/21 | INI | Review 3rd amended Disclosure Statement | 2.80 |
| 06/21/21 | INI | Review 3rd amended Plan of Reorganization | 2.10 |
| 06/21/21 | RBW | Continue analysis of revised disclosure statement | 1.40 |
| 06/21/21 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA amended disclosure statement and Plan | 1.30 |
| 06/22/21 | INI | Review 3rd amended Disclosure Statement | 2.20 |
| 06/24/21 | SW | Complete review of the Debtors' amended Plan and Disclosure Statement | 2.10 |
| 06/24/21 | SW | Create outline for analysis of Global Resolution Plan vs BSA Toggle Plan financial projection highlights | 1.80 |
| 06/24/21 | RBW | Continue analysis of revised plan and disclosure statement and impact on long term liquidity | 1.20 |
| 06/25/21 | RBW | Continue analysis of revised disclosure statement | 1.10 |
| 06/28/21 | RBW | Continue analysis of revised disclosure statement and toggle plan | 1.60 |
| 06/28/21 | INI | Prepare slides summarizing Toggle Plan for the Committee | 2.50 |
| 06/28/21 | INI | Telephone call with S. Weiner (AlixPartners) re: summary of BSA Toggle Plan for the Committee | 0.20 |
| 06/28/21 | SW | Telephone call with J. Ibanga (AlixPartners) re: summary of BSA Toggle Plan for the Committee | 0.20 |
| 06/28/21 | SW | Review and make edits to summary presentation of BSA | 2.60 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Toggle Plan | |
| 06/30/21 | SW | Telephone call with R. Winning, K. McGlynn and J. Ibanga (all AlixPartners) re: analysis of revised FCR proposal | 0.50 |
| 06/30/21 | SW | Draft list of data requests and questions related to amended PoR and disclosure statement in advance of call with Debtors' advisor | 1.80 |
| 06/30/21 | RBW | Telephone call with K. McGlynn and J. Ibanga (all AlixPartners) re: analysis of revised FCR proposal | 0.50 |
| 06/30/21 | RBW | Continue analysis of revised disclosure statement projections | 0.60 |
| 06/30/21 | KM | Telephone call with R. Winning and J. Ibanga (all AlixPartners) re: analysis of revised FCR proposal | 0.50 |
| 06/30/21 | KM | Review updates from Counsel re: revisions to Plan and Disclosure Statement | 0.60 |
| 06/30/21 | RC | Review information re: settlement proposal and related case updates provided by counsel | 0.30 |
| 06/30/21 | INI | Telephone call with K. McGlynn and R. Winning (all AlixPartners) re: analysis of revised FCR proposal | 0.50 |
| | | **Total** | **37.70** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2136668-1 | |
| Re: | RSA, Disclosure Statement, & Plan of Reorganization | |
| Client/Matter # | 013446.00117 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 11.30 | 530.00 | 5,989.00 |
| Scott Weiner | 13.90 | 665.00 | 9,243.50 |
| Robert B Winning | 9.50 | 935.00 | 8,882.50 |
| Kathryn McGlynn | 1.10 | 1,055.00 | 1,160.50 |
| Richard Collura | 0.30 | 1,125.00 | 337.50 |
| David MacGreevey | 1.60 | 1,185.00 | 1,896.00 |
| **Total Hours & Fees** | **37.70** | | **27,509.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | Retention Applications & Relationship Disclosure Schedules |
| Client/Matter # | 013446.00118 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/07/21 | JB | Create excel file listing new AlixPartners clients and current parties-in-interest | 0.70 |
| 06/07/21 | JB | Review AlixPartners clients and current parties-in-interest document for new client relationships to disclose | 2.90 |
| 06/07/21 | JB | Create draft supplemental disclosure document listing new AlixPartners client relationships to the parties-in-interest | 2.60 |
| 06/07/21 | JB | Compose email to H. Saydah (AlixPartners) with draft disclosure supplemental document for review | 0.30 |
| 06/07/21 | INI | Analyze monthly actual restructuring professional fees vs. Debtors' forecast by professional to identify potential savings to budget and compare to forecasted run rate. | 2.20 |
| 06/08/21 | HS | Revise Third Supplemental Declaration for filing | 0.60 |
| 06/08/21 | HS | Emails to and from J. Braverman (AlixPartners) re: relationship disclosures for supplemental declaration | 0.30 |
| 06/08/21 | KAS | Respond to H. Saydah (AlixPartners) re: relationship disclosure | 0.20 |
| 06/08/21 | BFF | Prepare third supplemental declaration of D. MacGreevey | 0.40 |
| 06/09/21 | DM | Review third supplemental BSA Declaration | 0.20 |
| | | **Total** | **10.40** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2136668-1 |
| Re: | Retention Applications & Relationship Disclosure Schedules |
| Client/Matter # | 013446.00118 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brooke F Filler | 0.40 | 460.00 | 184.00 |
| Jennifer Braverman | 6.50 | 460.00 | 2,990.00 |
| Heather Saydah | 0.90 | 480.00 | 432.00 |
| Kaitlyn A Sundt | 0.20 | 530.00 | 106.00 |
| Joy N Ibanga | 2.20 | 530.00 | 1,166.00 |
| David MacGreevey | 0.20 | 1,185.00 | 237.00 |
| **Total Hours & Fees** | **10.40** | | **5,115.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2136668-1 |
|---|---|
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/01/21 | LMB | Prepare fifth interim fee application | 1.40 |
| 06/01/21 | LMB | Finalize 14th monthly fee application (April 2021) | 0.80 |
| 06/01/21 | LMB | Email to S. Beck (Kramer Levin) attaching April monthly for filing on the Court docket | 0.20 |
| 06/04/21 | LMB | Prepare professional fees for May 2021 monthly fee application | 1.40 |
| 06/07/21 | INI | Review monthly fee applications by professional from claims agent site | 0.90 |
| 06/08/21 | KM | Review and revise May fee application | 1.10 |
| 06/14/21 | LMB | Update fee application status chart | 0.20 |
| 06/22/21 | LMB | Update fee application status chart | 0.20 |
| 06/22/21 | LMB | Prepare 15th monthly fee application (May 2021), supporting schedules and exhibits | 1.80 |
| 06/28/21 | KM | Revise May fee application | 0.60 |
| 06/29/21 | DM | Review May BSA fee application | 0.50 |
| 06/29/21 | HS | Review fee examiner's final report | 0.20 |
| 06/29/21 | LMB | Finalize Monthly Fee Application - May 2021, supporting schedules and exhibits | 0.50 |
| 06/29/21 | LMB | Email to S. Beck (Kramer Levin) attaching the monthly fee application for filing on the Court docket | 0.20 |
| | | **Total** | **10.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2136668-1 |
|---|---|
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lisa Marie Bonito | 6.70 | 465.00 | 3,115.50 |
| Heather Saydah | 0.20 | 480.00 | 96.00 |
| Joy N Ibanga | 0.90 | 530.00 | 477.00 |
| Kathryn McGlynn | 1.70 | 1,055.00 | 1,793.50 |
| **Total Hours & Fees** | **9.50** | | **5,482.00** |

**ALIXPARTNERS, LLP**

**Exhibit B**

**<u>Certification of David MacGreevey</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF DAVID MACGREEVEY

I, **David MacGreevey**, declare under the penalty of perjury as follows:

1.      I am a Managing Director at AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC and its affiliates (the "Debtors") in the above-captioned Chapter 11 Cases.

2.      I have reviewed the *Sixteenth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services Rendered for the Period June 1, 2021 through June 30, 2021* (the "Sixteenth Monthly Application").

3.      I have reviewed Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware ("Local Rule") and submit that the Sixteenth Monthly Application substantially complies with such Local Rule.

4.      To the best of my knowledge, information and belief formed after reasonable inquiry, the Sixteenth Monthly Application complies with the *United States Trustee Guidelines for Reviewing*

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted September 17, 2013 (the "UST Guidelines").

5.      The fees and out-of-pocket expenses are billed in accordance  with the billing practices described below, and except as  otherwise indicated therein fall within the UST Guidelines. Except to the extent prohibited by the UST Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by the AlixPartners' clients.

6.      With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

1.  Does not make a profit;

2.  Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and

3.  Seeks reimbursement of services purchased from or contracted for with  a third-party vendor only in the amount billed to AlixPartners by and paid or to be paid by the Applicant to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated:  July 16, 2021

*/s/ David MacGreevey*
_____
By:  David MacGreevey
        Managing Director