# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 2028 & 2030** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING (I) HARTFORD ACCIDENT AND INDEMNITY COMPANY, FIRST STATE INSURANCE COMPANY AND TWIN CITY FIRE INSURANCE COMPANY'S MOTION TO COMPEL ABUSED IN SCOUTING AND KOSNOFF LAW PLLC TO SUBMIT RULE 2019 DISCLOSURES; AND (II) CENTURY'S MOTION TO COMPEL ABUSED IN SCOUTING, KOSNOFF LAW PLLC AND THE COALITION TO SUBMIT THE DISCLOSURES REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

I, Gregory J. Flasser, co-counsel to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company (collectively, "Hartford"), hereby certify and state as follows:

1.　　On February 3, 2021, Hartford filed *Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company's Motion to Compel Abused in Scouting and Kosnoff Law PLLC to Submit Rule 2019 Disclosures* [D.I. 2028] (the "Hartford's Motion"). That same day, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century"), filed *Century's Motion to Compel Abused in Scouting, Kosnoff Law PLLC, and the Coalition to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019* [D.I. 2030] ("Century's Motion" and together with Hartford's

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

Motion, the "Rule 2019 Motions").  The deadline to respond to the Rule 2019 Motions was February 10, 2021 (the "Objection Deadline").

2. Prior to the Objection Deadline, Kosnoff Law filed objections [D.I. 2142 and 5679] to the Rule 2019 Motions.

3. On July 29, 2021, the United States Bankruptcy Court for the District of Delaware (the "Court") held a hearing to consider, among other things, the Rule 2019 Motions.  During the hearing, the Court granted the Rule 2019 Motions and ordered Kosnoff Law and Abused in Scouting ("AIS") to make the disclosures required by Rule 2019 of the Federal Rules of Bankruptcy Procedure.  The Court also directed counsel to Hartford, Century, and Kosnoff Law to confer and submit a proposed form of order granting the Rule 2019 Motions.  Accordingly, Counsel to Hartford, counsel to Century, and counsel to Kosnoff Law engaged in productive discussions and have agreed upon the proposed form of order (the "Proposed Order"), attached hereto as **Exhibit A**, granting the Rule 2019 Motions and requiring the disclosures, required by Rule 2019 of the Federal Rules of Bankruptcy Procedure, to be made on or before August 9, 2021.

4. In accordance with the foregoing, Hartford hereby submits the Proposed Order, attached hereto as **Exhibit A**, granting the Rule 2019 Motions.

WHEREFORE, Hartford respectfully requests that the Court enter the Proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: August 2, 2021<br>Wilmington, D.E. | BAYARD, P.A.<br><br>*/s/ Gregory J. Flasser*<br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>Bayard, P.A.<br>600 North King Street, Suite 400<br>Wilmington, D.E. 19801<br>Tel: (302) 655-5000<br>Fax: (302) 658-6395<br>Email: efay@bayardlaw.com<br>           gflasser@bayardlaw.com<br>-and-<br><br>James P. Ruggeri (admitted *pro hac vice*)<br>Joshua D. Weinberg (admitted *pro hac vice*)<br>Annette P. Rolain (admitted *pro hac vice*)<br>Sara K. Hunkler (admitted *pro hac vice*)<br>Shipman & Goodwin LLP<br>1875 K Street NW, Suite 600<br>Washington, D.C. 20006<br>Tel: (202) 469-7750<br>Fax: (202) 469-7751<br>-and-<br><br>Philip D. Anker (admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, N.Y. 10007<br>Tel: (212) 230-8890<br>Fax: (212) 230-8888<br>-and-<br><br>Danielle Spinelli (admitted *pro hac vice*)<br>Joel Millar (admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C. 20006<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br><br>*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company* |