**Exhibit A**

**(Proposed Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I.: 2028 & 2030** |

**ORDER GRANTING (I) HARTFORD ACCIDENT AND INDEMNITY COMPANY, FIRST STATE INSURANCE COMPANY AND TWIN CITY FIRE INSURANCE COMPANY'S MOTION TO COMPEL ABUSED IN SCOUTING AND KOSNOFF LAW PLLC TO SUBMIT RULE 2019 DISCLOSURES; AND (II) CENTURY'S MOTION TO COMPEL ABUSED IN SCOUTING, KOSNOFF LAW PLLC AND THE COALITION TO SUBMIT THE DISCLOSURES REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Upon the motions (the "Motions")[2] of Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") and Century Indemnity Company ("Century") [**D.I. 2028, 2030**] seeking entry of an order (this "Order") (i) compelling Abused in Scouting and Kosnoff Law PLLC to make the disclosures that Federal Rule of Bankruptcy Procedure 2019 requires; and (iii) granting related relief; all as more fully set forth in the Motions; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motions in this district are proper pursuant to 28 U.S.C.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

1

§§ 1408 and 1409; and this Court having found that Hartford and Century's notice of the Motions and opportunity for a hearing on the Motions were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motions; and this Court having determined that the legal and factual bases set forth in the Motions establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motions with respect to Abused in Scouting and Kosnoff Law PLLC are GRANTED as set forth herein.

2. On or before August 9, 2021, Abused in Scouting and Kosnoff Law PLLC shall each file a verified statement setting forth the information required by subdivision (c) of Rule 2019 of the Federal Rules of Bankruptcy Procedure, including without limitation:

   A. Pursuant to Fed. R. Bankr. P. 2019(c)(1), the facts and circumstances concerning Abused in Scouting and Kosnoff Law PLLC's representation of claimants in these cases as follows: (i) with respect to Abused in Scouting, the documents reflecting the formation and governance of Abused in Scouting or, to the extent that there are no such documents, the facts and circumstances concerning its formation, including the name of each entity or person at whose instance Abused in Scouting was formed or on whose behalf Abused in Scouting has agreed to act in these chapter 11 cases; and (ii) with respect to Kosnoff Law PLLC, its employment with respect to these chapter 11 cases including the names of each creditor at whose instance the employment of Kosnoff Law PLLC has been arranged;

   B. Pursuant to Fed. R. Bankr. P. 2019(c)(2) and (3), and to the extent not provided under Paragraph 2(A), a list of the names and addresses of all creditors represented by Abused in Scouting and Kosnoff Law PLLC;

   C. Pursuant to Fed. R. Bankr. P. 2019(c)(4), a complete copy of the form of agreement, agreements or any other instrument authorizing Abused in Scouting and/or Kosnoff Law PLLC to act on behalf of creditors in this case;

   D. All other information and disclosures required by Fed. R. Bankr. P. 2019.

3. The names and addresses of individuals and incident data described in the information provided under Paragraph 2 shall be provided under seal; provided, however, that copies of such information shall be provided to Century, Hartford, Travelers, the U.S. Trustee and, upon request, to such other Permitted Parties (as defined in the Bar Date Order) that are entitled to receive personally identifiable information thereunder and subject to the confidentiality restrictions set forth in the Protective Order. All other documents shall be publicly filed without redaction except for exemplar engagement letters, with respect to which fee and pricing amounts or percentages may be redacted.

4. Hartford and Century may make further application to the Court to ensure compliance with this Order.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.