Case 20-10343

My Name is ▓▓▓▓▓▓▓▓

Thank you madom Judge

FILED
2021 AUG -3 AM 11:50
CLERK US
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Reading the letter I Am you old male who to the world in Paridise my Father was a Naveyl Academy Graduate an was Lt commander in the Novy I was suppost to grow up an sea such I had a successful Fath my mother Raised Birds but one persons inappropriat Behavor an parent who were in Paridise that were Trusting the BSA to Teach there son The ways of life ended up Being aloneded By the person who Took me to my meeting was a leadder that my parent trusted ▓▓▓▓▓ he lived up the moontain from my house in Makkaki, 16 my school was about 10 yood From were I lived an ▓▓▓▓▓ would walk to meeting that were held at Makkakilo Elementy were I Also Attend ▓▓▓▓▓ school he never ▓▓▓▓▓ he always made me ▓▓▓▓ oral sex with my mouth he was a sick person who put a Black cloud on a little Boy at a age

When I was not aware of the magnitude me getting molested took a role in my life as a ~~teen~~ Teen an as a Adult my first hospitalization was ~~at~~ Charter By the sea and I could not explain the depression an anxiety I was having so I got suicidal an homicidal I not even on my age 12-13 so I was ~~~~ told that a pill would make me Better an I was just acting out after 2 months im a mental hospital I was not aware that that that was the Begging of a person ~~Boys~~ who was not supposed to be sexualy abused None of us ~~~~ deserved the pain and emptyness this kind of thing mutates into after year after year expleso19 when the pain is not reconized an dealt with you no why so many Boys come forward Becauz we are MEN know an I no 70% of the victmy that are from this never said to anyone at the time Becauz we as MEN have Been inbreded that

a

Thing like this are not excepted when a man Rape another man or Boy that once we've stch the rope to understand that we were Raped we are MEN strange honorable loyalty Faithfullness that what being a man is so of course the number were crazy But that shows the currupt onorganized this issue is this is Never going to stop in the BSA Because The real Top dog the Ones who Name wern't named these people Need to go Out of Bussness You can't have this much child sex abuse in A 100 years of Business an hide it this Long with out A lot of powerful people Behind it That's not my reason for the letter I spend 20 diefrnt time in hospital mental I tried to kill myself

I Tried To commit shsicrd 7 times and Broke Both my heols and my Left wrist the last time I was suicidal I was convinced for along Time that All my Issues were my Fault I was made to think that The very organization that suppose to teach us the write way in life did nothing But Take me and chew my life up I Don't understand how 80,000 men Finally Face this horrible actions of leaders an mentors of one organization that cares nothing about Children can make a Number offer and sell some Expensive art objects that were given to Fund A Child mulestation gang and walk away After this is directed By lawyers and people who were not witness to this ho mor An As A Judge in your world A eye witness Trumps reasonable Doubt If All sex abuse had Been

Reported an kids were told that IF any these situation take place they have A person to tell, Instead Because this kind of Acts were not taken seriously and IF you had enough mony to contribute As donation to the BSA you had a Free pass + To act in monier that was Inapropriet and disgusting, I cant ever get Back the white Freckle Face Boy that Armond took and the Broken Bones an Broken mind I was left with BSA IS A child nightmare an any society that was not Run by greed an mony would dissmantle the BSA an the girl scouts any organization who has acess to moniplating Children with A obligation to protect the little minds and hearts of our Flesh an Blood the very souls parents are put on the Earth to do are being monipulated too

This is for anyone who wanted to say they can put a price on my life on my Tornado was created by that on his sick sexual needs on one man one organization with a sick greed for money no matter who it distroys

Sorry I broke my wrist I can Barly write

Thank You Judge for your time

we did not ask for this Tornado we were exposted to it By neglasem