CLAIM # SA ▮

To Whom it May Concern:

FILED JULY-2021
2021 AUG -3 AM 11: 44

My claim # is SA-▮

My Name is ▮

I am 49 years old and I am Disabled due to an accident in 2018 on Feb. 11th. I am writing this letter so that whomever reads this will be able to see, feel and hopefully understand what I have been through and what I live with each day that I'm alive. It's not easy to do this but I'm gonna try, so here goes ....

Back when I was the age of 12 fixing to start the 5th grade at Page Woodson 5th year center at NE 6th & Lincoln Blvd in Oklahoma City I joined the cub-scouts at my school with all hopes of moving up to join and be a Boy Scout of America. Little did I know that what would happen to me in those next few months would damage and fully distort my mind, my body, my spirit, and me.

② 

How I am today 37 years later. I'm a High School drop out, an addict in recovery of 35 years, a three convicted Felon, a Federal and State Felon. I've consistently all my life have had questions about my sexuality. Sometimes wondering "am I Gay?" "No I'm not Gay." Its taking

Me almost 30 years to be able to say that aforementioned and totally believe what I'm saying that I'm not Gay.

I was never told or shown

ooo I say I was never told about the birds and the bees. I learned "it" (sex and what (roles) was, and the male and female thing, and the way nature is suppossed to be. I've struggled all my life and have had terrible relationships with all my ex-girlfriends and my family to. I didn't finish high school, I dropped out grade 11. When I was a Boy Scout after being a cub scout. I strove to be the best and never quit. Well I started

Ⓐ

I have to change the subject because I'm getting upset.

I've never been able to fully follow through with my task or assingments. I've always failed in some way. I wanted to be an Eagle Scout. And I never made it. And I only had 2 more patches to be →

that Eagle Scout. But I ran from the Scouts and I have been running ever since. I'm almost 50 and I have never forgot what was done to me and what I was made to do sexualy

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

May God forgive them

▉▉▉▉▉▉

07/15/2021

⑥

With what I have been through all of my life there is <u>no</u> way to change or avoid what I was forced to do mentally and physically and I cope and deal with all of my issues and it never ends for me. Not even getting a settlement of money will take all of my memories, the bad ones and the worse ones away and make it all go away. I'll suffer forever until I'm dead and gone. And there is no price or

⑦

object that can completely heal my wounds and scars from this abuse that was repeatedly done for almost 2 full years in 1983 & 1984. The monies will help a great deal and will keep the demons at bay or locked away. But one day that it will go ~~a~~ away is when I'm dead and gone. Please help me. Your's Sincerely