My name is ▇▇▇▇▇▇▇▇   Case #SA ▇▇
I am a survivor of abuse from my Cubscout master ▇▇▇▇. I was 7 years old and I lived in Tilton, Ill. at the time.
I thought that being in the Cubscouts was going to be the best ever. It was for a short while, up to the camping trip my unit was spending at Scout master ▇▇▇▇ Farm just outside town, the first night there scout leader led myself and 3 of my friends up to his house. the stuff he made us do is really hard to talk about. there were other adults (men) present. they had on B.S.A. uniforms. I was led by scout master ▇▇▇▇ into a seperate room, he began to undress me. I was scared, because what is a seven (7) year old supposed to think! he fondled me. I remember crying as he was telling me It is OK! he kept saying it. he undressed himself

scared I was. this happened on the Camping Weekends at his Farm. the next time it happened he gave me a pocket knife he said it was an award for being a

He told me not to tell anyone because I would get in trouble for doing this stuff with him. It wouldn't have made any difference as far as my parents ~~concern~~ concern went. My mother was an alcoholic, my parents were always arguing and yelling at each other, when my father was home. So. Who was I going to tell? My family was not that close as we were growing up. I quit the Cubscouts. I knew what was happening was wrong. I did not know how to deal with it.

noone ever asked why I quit the scouts. When I was (12) twelve years old I started using drugs marijuana at first. It helped me to forget my life. later I started sneaking my moms alcohol. it was really easy. at (15) Fifteen I was drinking in front of her mostly as her little drinking buddy. all I knew is it helped me forget what happened. by the time I was (18) eighteen I had been an alcoholic. and druggy. my life was really shitty. I attempted sucide. by drug overdose. unsuccessful. at (20) twenty I became a father. that didn't work out. because I had no idea what the hell a father was. let alone supposed to do! too much anger. self-loathing I hated my life. I hated people. joined a mental health group for men at (21) twentyone. the group was called Raven. mental-health for men. that didn't work so well either

because of the shame I had, and was afraid to say anything to anyone. So I quit. I've quit most everything I ever done in my life. My old sister ████ God Bless her. Came back into my life recently, after years of self-sabotage, I had to tell someone. So I finally told her. She surprised me when she said she thought something like that happened. She said she was so sorry that happened to me. She has been a Rock for me ever since. I wish she had been around sooner.

People do not understand the fear, resentment, shame that is turned into a lifetime of anger towards life and people. and the distrust, that a person carries I hated the sight of a BSA person because of what it reminded me of when I was seven (7) year old child. that person took my childhood, my innocence, my life.

even though my family was not the greatest in the world. I could have been someone really good. even a better father to my sons. I thank God for the relationship I have with my oldest son. and my granddaughter. When I heard about the B.S.A. Bankruptcy my heart felt so much relief because finally they would have to pay for their crimes which were committed against myself and countless others. I pray that these people (BSA) are never allowed to commit these abuses ever again. I'm so glad the world finally knows. do Not let this happen to any future Scouts. Boys/Girls. help protect them. now. stop the B.S.A.! No more Abuse Victims or abusers.

thankyou for hearing my voice. Sincerely

FILED

2021 AUG -3  AM 11:38

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE