# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors | (Jointly Administered) |

## NOTICE OF SUBPOENA OF RESOLUTIONS, LLC TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 34 AND 45

**TO:** Resolutions, LLC, 30 Monument Square, Suite 245, Concord, Massachusetts 01742

**TAKE NOTICE** that the Propounding Insurers[2], pursuant to Federal Rules of Civil Procedure 34 and 45 made applicable to this proceeding pursuant to Federal Rules of Bankruptcy 7034 and 9016, served a subpoena on August 3, 2021 to produce documents upon Resolutions, LLC in the form attached hereto. Resolutions, LLC was requested to produce electronically or at Stamoulis & Weinblatt LLC, 800 N. West Street, Third Floor Wilmington, DE 19801, by August 11, 2021 at 5:00 pm Eastern, all documents as described in Exhibit 1.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The "Propounding Insurers" include those insurers identified in the signature block below.

Dated: August 3, 2021

| | |
|---|---|
| CHOATE, HALL & STEWART, LLP<br>Douglas R. Gooding (admitted pro hac vice)<br>Jonathan D. Marshall (admitted pro hac vice)<br>Two International Place<br>Boston, MA 02110<br>Telephone: (617) 248-5000<br>dgooding@choate.com<br>jmarshall@choate.com<br><br>-and-<br><br>Kim V. Marrkand (admitted pro hac vice)<br>Laura Bange Stephens (admitted pro hac vice)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC<br>One Financial Center<br>Boston, MA 0211<br>Telephone: (617) 542-6000<br>kmarrkand@mintz.com<br>lbstephens@mintz.com<br><br>*Counsel to Liberty Mutual Insurance Company* | */s/ Stamatios Stamoulis*<br>Stamatios Stamoulis (#4606)<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street, Third Floor<br>Wilmington, Delaware 19801<br>Telephone:  302 999 1540<br>Facsimile:   302 762 1688<br><br>O'MELVENY & MYERS LLP<br>Tancred Schiavoni (*pro hac vice*)<br>Gary Svirsky (*pro hac vice*)<br>Daniel Shamah (*pro hac vice*)<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036-6537<br>Telephone:  212 326 2000<br>Facsimile:   212 326 2061<br><br>*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America* |

Robert D. Cecil, Jr. (No. 5317)
Tybout, Redfearn & Pell
501 Carr Road, Suite 300
Wilmington, Delaware 19809
Phone: (302) 658-6901
E-mail: rcecil@trplaw.com

-and-

Mark D. Plevin (admitted pro hac vice)
Kevin D. Cacabelos (admitted pro hac vice)
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
E-mail: mplevin@crowell.com,
kcacabelos@crowell.com

-and-

Clifford J. Zatz (admitted pro hac vice)
Tacie H. Yoon (admitted pro hac vice)
Rachel A. Jankowski (admitted pro hac vice)
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Email: czatz@crowell.com
tyoon@crowell.com
rjankowski@crowell.com

*Attorneys for American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company*

Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, D.E. 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Email: efay@bayardlaw.com
gflasser@bayardlaw.com

-and-

James P. Ruggeri (admitted pro hac vice)
Joshua D. Weinberg (admitted pro hac vice)
Annette P. Rolain (admitted pro hac vice)
Sara K. Hunkler (admitted pro hac vice)
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, D.C. 20006
Tel: (202) 469-7750
Fax: (202) 469-7751

-and-

Philip D. Anker (admitted pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888

-and-

Danielle Spinelli (admitted pro hac vice)
Joel Millar (admitted pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company*

| | |
|---|---|
| REGER RIZZO & DARNALL LLP<br>Louis J. Rizzo, Jr., Esquire (#3374)<br>1521 Concord Pike, Suite 305<br>Brandywine Plaza West<br>Wilmington, DE 19803<br>(302) 477-7100<br>Email:  lrizzo@regerlaw.com<br><br>*Attorney for Defendants, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*<br><br>MORRIS JAMES LLP<br>Stephen M. Miller (DE Bar No. 2610)<br>Carl N. Kunz, III (DE Bar No. 3201)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>Email: smiller@morrisjames.com<br>           ckunz@morrisjames.coM<br><br>Margaret M. Anderson, Esq.<br>(admitted pro hac vice)<br>Adam A. Hachikian, Esq.<br>(admitted pro hac vice)<br>Kenneth M. Thomas<br>(admitted pro hac vice)<br>FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, IL 60606<br>Telephone: (312) 224-1224<br>Facsimile: (312) 224-1201<br>Email: panderson@foxswibel.com<br>           kthomas@foxswibel.com<br><br>*Counsel for Old Republic Insurance Company* | David M. Fournier (DE No. 2812)<br>Marcy J. McLaughlin Smith (DE No. 6184)<br>Hercules Plaza<br>1313 Market Street<br>Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone:   404.885.3000<br>Facsimile:    404.885.3900<br><br>*-and-*<br><br>Harris B. Winsberg (admitted pro hac vice)<br>Bank of America Plaza<br>600 Peachtree Street NE<br>Suite 3000<br>Atlanta, GA  30308-2216<br>Telephone:   404.885.3000<br>Facsimile:    404.885.3900<br><br>*-and-*<br><br>Bradley Riley Jacobs PC<br>Todd C. Jacobs (admitted pro hac vice)<br>John E. Bucheit (admitted pro hac vice)<br>500 West Madison Street<br>Suite 1000<br>Chicago, IL 60661<br>Telephone:   312.281.0295<br><br>*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company* |

Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
mcclambc@ballardpshar.com

-and-

Harry Lee*
John O'Connor*
Brett Grindrod*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Facsimile: (202) 429-3902
E-mail: hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com
(*Admitted pro hac vice)

*Attorneys for Clarendon America Insurance Company*

Michael J. Joyce, Esquire (No. 4563)
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

Kevin Coughlin, Esquire (Pro Hac Vice)
Lorraine Armenti, Esquire (Pro Hac Vice)
Michael Hrinewski, Esquire (Pro Hac Vice)
COUGHLIN MIDLIGE & GARLAND, LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law

-and-

Britton C. Lewis, Esquire (Pro Hac Vice)
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC 27401
(336) 478-1146 (Telephone)
(336) 478-1145 (Facsimile)
bcl@crlaw.com

*Counsel to Arrowood Indemnity Company*

BODELL BOVÉ, LLC
Bruce W. McCullough (No. 3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: (302) 655-6749,
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

- and -

CLYDE & CO US LLP
Bruce D. Celebrezze (pro hac vice)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
Email: bruce.celebrezze@clydeco.us

- and –

Konrad R. Krebs (pro hac vice)
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone: (973) 210-6700
Facsimile: (973) 210-6701
Email: konrad.krebs@clydeco.us

- and –

DAVID CHRISTIAN ATTORNEYS LLC
David Christian (pro hac vice)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone: (862) 362-8605
Email: dchristian@dca.law

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*

Harris B. Winsberg (admitted pro hac vice)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:    404.885.3000
Facsimile:    404.885.3900

-and-

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
Matthew S. Sorem (admitted pro hac vice)
10 S. Wacker Dr., 21st Floor
Chicago, IL 60606
Telephone:    312.585.1433
Facsimile:    312.585.1401

-and-

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted pro hac vice)
Ryan S. Smethurst (admitted pro hac vice)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:    202.756.8228
Facsimile:    202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*