**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 3, 2021, the undersigned counsel caused a copy of Argonaut Insurance Company's First Set of Requests for Admission to Debtors to be served via email upon counsel listed in Exhibit A attached hereto.

POST & SCHELL, P.C.

BY:   s/Paul Logan
       Paul Logan (No. 3339)
       300 Delaware Avenue
       Suite 1380
       Wilmington, DE  19801
       Phone:  (302) 251-8856
       Fax:  (302) 251-8857
       E-mail:  plogan@postschell.com

       IFRAH PLLC
       George R. Calhoun
       1717 Pennsylvania Ave., N.W.
       Suite 650
       Washington, DC  20006
       Phone:  (202) 840-8758
       E-mail:  george@ifrahlaw.com

       Attorneys for Argonaut Insurance Company