## Exhibit A

### Service List

| | |
|---|---|
| Derek C. Abbott<br>Andrew R. Remming<br>Paige N. Topper<br>Michelle M. Fu<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Email:  dabbott@morrisnichols.com<br>           aremming@morrisnichols.com<br>           ptopper@morrisnichols.com<br>           mfu@morrisnichols.com | Jessica C. Lauria<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Email: jessica.lauria@whitecase.com |
| Michael C. Andolina<br>Matthew E. Linder<br>Laura E. Baccash<br>Blair M. Warner<br>WHITE & CASE LLP<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Email: mandolina@whitecase.com<br>           mlinder@whitecase.com<br>           laura.baccash@whitecase.com<br>           blair.warner@whitecase.com | Adrian C. Azer<br>HAYNES BOONE<br>800 17th Street NW<br>Suite 500<br>Washington, DC  20006<br>Email: Adrian.azer@haynesboone.com |
| Ernest Martin, Jr.<br>HAYNES BOONE<br>2323 Victory Avenue<br>Suite 700<br>Dallas, TX  75219<br>Email:  ernest.martin@haynesboone.com | |