# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 5466, 5813** |

## NOTICE OF ADDITIONAL JOINING PARTIES TO THE
## RESTRUCTURING SUPPORT AGREEMENT

**PLEASE TAKE NOTICE** that, on July 1, 2021, Boy Scouts of America and Delaware BSA, LLC, as debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), filed the *Debtors' Motion for Entry of Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* [D.I. 5466] (the "RSA Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that attached to the RSA Motion as Exhibit A was a proposed order (the "Proposed RSA Order") granting the relief requested in the RSA Motion. Attached to the Proposed RSA Order as Exhibit 1 was the Restructuring Support Agreement dated as of July 1, 2021 (the "RSA").[2]

**PLEASE TAKE FURTHER NOTICE** that, on July 28, 2021, the Debtors, the Future Claimants' Representative, the Coalition, the TCC, and the AHCLC executed the First Amendment to Restructuring Support Agreement, a copy of which was appended as Exhibit 1 to the *Notice of Filing of Amendment to the Restructuring Support Agreement* [D.I. 5813] (the "Notice of RSA Amendment").

**PLEASE TAKE FURTHER NOTICE** that certain additional State Court Counsel have become Joining Parties under the RSA by signing Joinder Agreements in accordance with Section XXI of the RSA. The joinder agreements of these State Court Counsel are attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that the revised Schedule 1 to the RSA, which lists each State Court Counsel that is a Party to the RSA, is attached hereto as **Exhibit 2**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] All terms that are capitalized but not otherwise defined herein shall have the meanings ascribed to such terms in the RSA.

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, attached hereto as **Exhibit 3** is a redline comparison of the revised Schedule 1 to the RSA marked against the version of Schedule 1 appended to the Notice of RSA Amendment.

| | |
|---|---|
| Dated: August 4, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Michelle M. Fu (No. 6661)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>     aremming@ morrisnichols.com<br>     ptopper@morrisnichols.com<br>     mfu@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice)*<br>Blair M. Warner (admitted *pro hac vice)*<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>     mlinder@whitecase.com<br>     laura.baccash@whitecase.com<br>     blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND<br>DEBTORS IN POSSESSION |