## Exhibit 1

**Joinders of Additional Consenting State Court Counsel**

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| Andrew Pickett Law | 927 E. New Haven Avenue Suite 201 Melbourne, FL 32901 | 32 |

By: _ANDREW PICKETT_

Authorized Representative: _[signature]_

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of August 2, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| AVA Law Group, Inc. | Attn: Andrew Van Arsdale (andrew@avalaw.com) 3667 Voltaire Street, San Diego, CA 92106 | 16,869 (co-counsel with Eisenberg Rothweiler and Kosnoff Law) |

By: _Andrew Van Arsdale, Esq._

Authorized Representative: _[signature]_

## JOINDER OF CONSENTING STATE COURT COUNSEL

By execution hereof, the law firm identified below ("Firm") joins the Restructuring Support Agreement dated as of July 1, 2021 between and among the Boy Scouts of America and various of its affiliates, creditors, and related parties (such agreement, the "RSA") as an additional "State Court Counsel" as such term is defined in the RSA. The Firm acknowledges its obligation to comply with the RSA in all relevant respects, including but not limited to its consent to amendment or deemed amendment of Schedule 1 of the RSA to identify the Firm as additional State Court Counsel and provide the following information:

| FIRM | NOTICE ADDRESS | Number of Represented Holders of Timely Filed Direct Abuse Claims in Chapter 11 Cases of Boy Scouts of America et al. |
|---|---|---|
| Weitz & Luxenberg P.C | Attn: Lisa Nathanson Busch, Esq.<br>LBusch@weitzlux.com<br>700 Broadway, New York, NY 10003 | 130 |

By: Weitz & Luxenberg P.C

Authorized Representative: Lisa Nathanson Busch, Esq.