

The Honorable Judge Lauri Silverstein
BSA Bankruptcy Case
824 S. Market St. 6th Floor
Wilmington, DE 19801

FILED
2021 AUG -4  AM 8:31
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

July 30, 2021

Dear Judge Silverstein

It's difficult to know where to begin. I joined Troop 527 in Aurora, Co in January of 1988. I enjoyed the Boy Scouts immensely; learning new skills, making new friends and the great camping trips. I advanced rank quickly and had just earned the rank of 2nd class.

In July of 1988 I was on a camping trip in Cherry Creek State Park in suburban Denver. I was assigned to be paired up to share a tent with an Assistant Scoutmaster-something that is strictly forbidden to do today. His ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ happening? Was I dreaming? I remember stirring and the molestation stopped. He rolled over and went to sleep.

The next morning I knew something was wrong. I actually confronted him the next morning. He responded "Nothing Happened." I took that incident and locked it far back into my memory. I told no one. I was only 11 years old at the time.

Not long after the molestation my parents started noticing a change in my behavior. I was moody, fighting with my family, and overall acting out. My parents put me into therapy with a Child Psychologist. No progress was

made. I kept my secret. I told no one. The hurt, shame and guilt were slowly building upon me.

As I aged and matured I knew something about me was different. School was difficult. Relationships with my family and friends were difficult. Dating? What a joke. I had a hard time concentrating in school, I had no real drive or purpose. It was difficult to see my peers lead normal lives; get girlfriends, and excel in school.

After I graduated high school I continued to flounder. After 1 Junior College, 2 community colleges and a state college I finally graduated with a B.S. In Aviation Management. All the while even into my mid twenties I remained silent to what had happened to me. At many times I thought I had even imagined the atrocities were "just a dream."

Several years later I purchased my first home. I spent the first few months working on making the property my own home. After a few months I hadn't moved into the house yet. Every time I drove past my house I would encounter an incredible, unsettling uneasy feeling. I barely ate and my anxiety levels were through the roof. I would break into tears at the drop of a hat.

At one point getting ready for work one day I started crying uncontrollably in the shower and ended up curled up in the fetal position at the bottom of the bathtub.

On September 11th. 2011 I knew I had hit rock bottom. Still living with my parents; I returned to their home that afternoon. My sister [redacted] and brother-in-law [redacted] were in town visiting and had left that morning. Upon returning home I walked into my parents kitchen and found my mother sobbing at the counter. I asked her if she was sad that [redacted] had left and gone home to Hawaii. She responded- "No, I'm worried about you."

That's all it took. Something inside me immediately clicked. I burst into tears and told my parents what had happened to me 23 years earlier.

Within the next few days I finally began to accept what I had been hiding for so many years. I found a Therapist who specialized in Child Sexual Trauma. I was diagnosed with PTSD. My therapist told me I was "No different than a soldier returning from war."

I continue to struggle. Why has this happened to me? What can be done to prevent such an action from ever happening again?

The BSA's half-hearted attempt to offer a minuscule apology and a joke of a settlement is startling to say as the cases continue to pile up. Assets are deep; including real estate holdings including Scout Camps and high adventure bases. Regardless of what BSA National has disclosed, there is no lack of assests.

My ultimate goal is to move on. Regardless of the outcome of this case ALL victims need to be compensated. Enough is enough. 'With "Ineligible to volunteer" files and know-child molesters within the ranks national leaders simply looked the other way.
The time is due.

Sincerely,

████████████████

P.S. I'm willing to take the stand if need be.

Case #SA████

[redacted]

DENVER CO 802
31 JUL 2021 PM 4 L

FOREVER
003910604105810

U.S.M.S.
X-RAY

The Honorable Judge Lauri Silverstein
BSA Bankruptcy case
824 S. Market ST. 6th Floor
Wilmington, DE 19801

