IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed by Omni Agent Solutions, the Court appointed claims and noticing agent for the Debtor in the above-captioned case. I hereby certify that on July 22, 2021 I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A**:

- **Notice of Transferred Scheduled Claim (re: Docket No. 5619)**

Dated: July 22, 2021

Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 23rd day of July, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **EXHIBIT A**

Transferor:  Windy Day Plumbing Co, Inc
             82891 Overseas Hwy
             Islamorada, FL 33036-3632

Transferee:  Argo Partners
             Re: Windy Day Plumbing Co, Inc
             Attn: Matt Friend
             12 W 37th St, Ste 900
             New York, NY 10018

Addressee:   WINDY DAY PLUMBING CO, INC
             82891 OVERSEAS HWY
             ISLAMORADA, FL 33036-3632