SA-███

FILED
2021 AUG -5 AM 8:41
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

July 30, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Dear Justice Silverstein,

   My name is ███████████████ I must confess that I withheld some details of what happened to me as a Boy Scout, mostly because as a man I find it difficult to confess all the details. But if I am to paint a complete picture as to what happened to me to save another child from the deviant behavior that my Scout Master had.

   The third night he entered my tent along with another scout, I could tell that the other scout had been crying because his eyes were red. He reached over and gestured for me to come over to him. At first, I hesitated then he frowned and whispered for me to come here so I did as he asked. He grabbed my wrist and squeezed it and told me, "Come here when I call you." He



wait for him. He walked me back to my tent where he told me that no one would believe me if I said anything so keep my mouth close. I got in my sleeping bag and closed the mouth of my sleeping bag and stayed up until morning. When it was time to get up, I got out of my sleeping bag and joined the other

boys. I looked around for him, but he was gone, there was another Scout Master who said he was taking over since we were going canoeing. I never told anyone because I was afraid that they would say this was my fault and mostly because I was sore afraid of seeing him again and what he would do to me.

   I have held this inside of me ever since wanting to find some kind of peace but afraid of how I would be perceived. At the age of sixteen I remember being overwhelmed by what had happened and I just cried and cried, then I took some pills that I got from my friend mom's medicine cabinet in hopes of taking my own life. They only made me throw them back up and leaving me feeling sick. I attempted suicide on three different instances after finally coming to the realization that Jesus loves me and that I didn't do anything wrong but that my Scout Master was the culprit that stole my innocence. I came to the realization that the incident didn't mean I was gay only that I was forced into this terrible act. I want someone to know that there are some sick men out there entrusted to watch over your children so be aware, talk to your children and ask questions. I want them to be held accountable for what they did to me as well as other children.

Sincerely,