**EXHIBIT B**

## EXHIBIT B

## Summary of Timekeepers

| | |
|---|---|
| Kirk A. Pasich | Managing Partner, Insurance Recovery. Admitted to practice in 1980 with more than 38 years of relevant experience. |
| Jeffrey L. Schulman | Partner, Insurance Recovery. Admitted to practice in 2000 with approximately 16 years of relevant experience. |
| Mikaela C. Whitman | Partner, Insurance Recovery. Admitted to practice in 2009 with approximately 11 years of relevant experience. |
| Caitlin Oswald | Associate, Insurance Recovery. Admitted to practice in 2020. |