## **EXHIBIT C**

# EXHIBIT C

## Budget and Staffing Plan

| Project Categories | Estimated Hours | Estimated Fees |
|---|---:|---:|
| General Committee | 200 | $150,000.00 |
| Insurance Coverage | 475 | $300,000.00 |
| Compensation of Professionals | 12 | $6,000.00 |
| Expenses | N/A | $150.00 |

### Staffing Across All Matter Categories for the Application Period

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---:|---:|
| Senior Partner | 1 | $975.00 |
| Partner | 2 | $560.00 |
| Associate | 1 | $260.00 |
| Paralegal | 1 | $260.00 |

3