**EXHIBIT D**

**Exhibit D**

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees[1] |
|---|---:|---:|
| General Committee | 194.00 | $140,373.00 |
| Insurance Coverage | 473.40 | $277,566.50 |
| Compensation of Professionals | 7.50 | $4,650.00 |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Transcripts | Lexitas | $1,958.30 |

---

[1] These totals include the discounted rates but not the courtesy deductions.

4