**EXHIBIT E**

**Cover Sheet of Fee Application (U.S. Trustee Guidelines Exhibit E)**

**SUMMARY OF THIRD INTERIM APPLICATION**

| Name of Applicant | Pasich LLP |
|---|---|
| Name of Client | Tort Claimants' Committee |
| Time period covered by Application | February 1, 2021 through April 30, 2021 |
| Total compensation sought during the Application Period | $414,189.50 |
| Total expenses sought during the Application Period | $1,958.30 |
| Petition Date | February 18, 2020 |
| Date of order approving employment | May 12, 2020 |
| Total compensation approved by interim order to date | $1,293,786.29 |
| Total expenses approved by interim order to date | $68.75 |
| Total allowed compensation paid to date | $1,293,786.29 |
| Total allowed expenses paid to date | $1,958.30 |
| Blended rate in the Application for all attorneys | $588.75 |
| Blended rate in the Application for all timekeepers | $588.75 |
| Expenses sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $1,958.30 |
| Number of professionals included in the Application | 4 |
| If applicable, number of professionals in the Application not included in the staffing plan approved by Client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | N/A |
| Are any rates higher than those approved or disclosed at retention | N/A |

B029.001/333502.1
DOCS_DE:235267.1 85353/002