**<u>EXHIBIT F</u>**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: April 1, 2021 at 4:00 p.m.**
**Hearing Date: To be scheduled if necessary**

**FIFTH MONTHLY (COMBINED) APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS
INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE
FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| | |
|---|---|
| Name of Applicant: | Pasich LLP |
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective as of May 12, 2020 by order signed on or about June 17, 2020 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2021 through February 28, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $130,211.50[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 1,958.30 |

This is a:      x   monthly          interim          final application.

The total time expended for fee application preparation is approximately 1.5 hours

and the corresponding compensation requested is approximately $900.00.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Applicant has discounted its fees by $40,281.500 for the Application fee period, comprising of courtesy deductions of time, and a 20% rate discount for all professionals and paraprofessionals being billed at 80% of their regular rates, with the exception of Kirk Pasich, whose rate for this engagement was reduced to $975 per hour rather than his standard rate of $1,375 per hour.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 08/18/20 | 05/12/20 - 07/31/20 | $262,233.30 | $0 | $262,233.30 | N/A |
| 11/17/20 | 08/01/20 - 10/31/20 | $413,923.00 | $0 | $413,923.00 | N/A |
| 01/14/21 | 11/1/20 – 12/31/20 | $284,751.00 | $0 | $331,138.40 | N/A |
| 02/16/21 | 01/01/21 – 01/31/21 | $239,602.25 | $68.75 | $191,750.55 | |

## PASICH LLP PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes and 20% discount) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kirk A. Pasich | Managing Partner, Insurance Recovery. Admitted to practice in 1980 with more than 38 years of relevant experience. | $975.00 | 24.50 | $ 23,887.50 |
| Jeffrey L. Schulman | Partner, Insurance Recovery. Admitted to practice in 2000 with approximately 16 years of relevant experience. | $620.00 | 124.20 | $77.004.00 |
| Mikaela C. Whitman | Partner, Insurance Recovery. Admitted to practice in 2009 with approximately 11 years of relevant experience. | $500.00 | 64.1 | $32,050.00 |
| Caitlin Oswald | Associate, Insurance Recovery. Admitted to practice in 2020. | $260.00 | 1.5 | $ 390.00 |
| Donald K. Piper | Paraprofessional, Insurance Recovery. Began working in 1988 with approximately 32 years of relevant experience. | $260.00 | 0 | $ 0.00 |

**Grand Total:**   **$130,211.50**[3]
**Total Hours:**         **214.30**
**Blended Rate:**   **$     607.61**

---

[3] This total includes both the discounted rates as well as the courtesy deductions.

B029.001/317319.1

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees[4] |
|---|---|---|
| General Committee | 35.00 | $25,214.50 |
| Insurance Coverage | 175.60 | $105,823.00 |
| Compensation of Professionals | 3.7 | $2,294.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Deposition Transcript | Lexitas | $1,958.30 |

---

[4] This total includes the discounted rates but not the courtesy deductions.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  April 1, 2021 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

## FIFTH MONTHLY (COMBINED) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively,

the "Bankruptcy Rules"), and the "Order (I) Approving Procedures for (A) Interim

Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense

Reimbursement for Official Committee Members and (II) Granting Related Relief," signed on or

about April 6, 2020 (the "Administrative Order"), Pasich LLP ("Pasich" or the "Firm"),

Insurance Counsel to the Tort Claimants' Committee (the "Committee"), hereby submits its Fifth

Monthly (Combined) Application for Compensation and for Reimbursement of Expenses for the

Period from February 1, 2021 through February 28, 2021 (the "Application").

By this Application Pasich seeks a monthly interim allowance of compensation in

the amount of $130,211.50 and actual and necessary expenses in the amount of $1,958.30 for a

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

total allowance of $132,169.80 and payment of $119,794.58 (80% of the allowed fees) and

reimbursement of $1,958.30 (100% of the allowed expenses) for a total payment of $121,752.88

for the period February 1, 2021 through February 28, 2021 (the "Interim Period").  In support of

this Application, Pasich respectfully represents as follows:

## **Background**

1.      On February 18, 2020 (the "Petition Date"), the Debtors commenced their

Chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy

Code.  The Debtors have continued in possession of their property and continued to operate and

manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about April 6, 2020, the Court signed the Administrative Order,

authorizing certain professionals ("Professionals") to submit monthly applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications.  If no objections are made within fourteen (14) days after service of the monthly

fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the

requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the

period ending May 31, 2020 and at three-month intervals thereafter, each of the Professionals

shall file and serve an interim application for allowance of the amounts sought in its monthly fee

2

applications for that period.  All fees and expenses paid are on an interim basis until final

allowance by the Court.

4.    The retention of Pasich, as Insurance Counsel to the Tort Claimants'

Committee, was approved effective as of May 12, 2020 by this Court's "Order Pursuant to

Sections 328 and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy

Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pasich LLP as

Insurance Counsel for the Official Tort Claimants' Committee Effective as of May 12, 2020,"

signed on or about June 17, 2020 (the "Retention Order").  The Retention Order authorized

Pasich to be compensated on an hourly basis and to be reimbursed for actual and necessary out-

of-pocket expenses.  Pasich is employed as insurance counsel and has made and will make all

reasonable efforts to avoid duplication of work performed by the Committee's other

professionals.

**PASICH'S APPLICATION FOR COMPENSATION AND
FOR REIMBURSEMENT OF EXPENSES**

**<u>Compensation Paid and Its Source</u>**

5.    All services for which Pasich requests compensation were performed for

or on behalf of the Committee.

6.    Pasich has received no payment and no promises for payment from any

source other than the Debtors for services rendered or to be rendered in any capacity whatsoever

in connection with the matters covered by this Application.  There is no agreement or

understanding between Pasich and any other person other than the partners of Pasich for the

3

sharing of compensation to be received for services rendered in these cases.  Pasich did not

receive a retainer in this matter.

**Fee Statements**

7.      The fee statement for the Interim Period is attached hereto as Exhibit A.

This statement contains daily time logs describing the time spent by each attorney and

paraprofessional during the Interim Period.  To the best of Pasich's knowledge, this Application

complies with sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules.  Pasich's

time reports are electronically maintained by the attorney or paralegal performing the described

services and Pasich.  The time reports are organized on a daily basis.  Pasich is particularly

sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of

different matters for a particular client, time is recorded per tasks so reflected in the time reports.

Pasich's charges for its professional services are based upon the time, nature, extent and value of

such services and the cost of comparable services other than in a case under the Bankruptcy

Code.

**Actual and Necessary Expenses**

8.      A summary of actual and necessary expenses incurred by Pasich for the

Interim Period is attached hereto as part of Exhibit A.  Pasich does not charge for internal

photocopying or facsimile expenses.

9.      Pasich also does not charge with respect to providers of on-line legal

research services (e.g., LEXIS and WESTLAW).

4

**<u>Summary of Services Rendered</u>**

10.     The names of the partners and associates of Pasich who have rendered professional services in these cases during the Interim Period, and the paralegals and case management assistants of Pasich who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A.

11.     Pasich, by and through such persons, has advised the Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  Pasich's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

**<u>Summary of Services by Project</u>**

12.     The services rendered by Pasich during the Interim Period can be grouped into the categories set forth below.  Pasich attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**A.      General Committee**

13.      This category relates to work regarding general committee issues.  During the Interim Period, the Firm, among other things:  (1) prepared for and attended conference calls with the Committee; (2) prepared for and attended conference calls with State Court Counsel and various committees and committee members; (3) prepared for and attended numerous conference calls with mediators; and (4) corresponded and conferred regarding general committee issues.

Fees:  $25,214.50;      Hours:  35.00[2]

**B.      Insurance Coverage**

14.      This category relates to work regarding insurance coverage issues.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed insurance policies and corresponding documents; (2) reviewed and analyzed insurance coverage issues and legal arguments; (3) performed legal research on insurance coverage issues; (4) reviewed and analyzed underlying litigation allegations, pleadings, motions, filings and coverage portfolio issues; and (5) conferred and corresponded regarding insurance coverage issues.

Fees:  $105,823.00;    Hours:  175.60

**C.      Compensation of Professionals**

15.      This category relates to work preparing and filing monthly and quarterly fee applications including, among other things, ensuring that time entries subject to the application do not disclose confidential or privileged information.

---

[2] These totals include the total hours billed but the fee amounts include the discounted rates but does not include the courtesy deductions.

## Valuation of Services

16.     Attorneys and paraprofessionals of Pasich expended a total 395.30 hours

in connection with their representation of the Committee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including 20% discount) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kirk A. Pasich | Managing Partner, Insurance Recovery.  Admitted to practice in 1980 with approximately 40 years of relevant experience. | $975.00 | 24.50 | $ 23,887.50 |
| Jeffrey L. Schulman | Partner, Insurance Recovery. Admitted to practice in 2000 with approximately 16 years of relevant experience. | $620.00 | 124.20 | $77.004.00 |
| Mikaela C. Whitman | Partner, Insurance Recovery. Admitted to practice in 2009 with approximately 11 years of relevant experience. | $500.00 | 64.1 | $32,050.00 |
| Caitlin Oswald | Associate, Insurance Recovery. Admitted to practice in 2020. | $260.00 | 1.5 | $ 390.00 |
| Donald K. Piper | Paraprofessional, Insurance Recovery.  Licensed in 1988 with approximately 32 years of relevant experience. | $260.00 | 0 | $ 0.00 |

Grand Total:    $130,211.50[3]
Total Hours:          214.30
Blended Rate:  $      607.61

17.     The nature of work performed by these persons is fully set forth in Exhibit

A attached hereto.  Pasich's normal hourly rates for work of this character have all been

---

[3] This total includes both the discounted rates as well as the courtesy deductions.

7

discounted.  The reasonable value of the services rendered by Pasich for the Committee during the Interim Period is $130,211.50 after applying those discounts.

18.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Pasich is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, Pasich has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, Pasich respectfully requests that the Court enter an order providing that, for the period of February 1, 2021 through February 28, 2021, an interim allowance be made to Pasich for compensation in the amount of $130,211.50 and actual and necessary expenses in the amount of $1,958.30 for a total allowance of $132,169.80 and payment of $119,794.58 (80% of the allowed fees) and reimbursement of $1,958.30 (100% of the allowed expenses) for a total payment of $121,752.88; and for such other and further relief as this Court deems proper.

Dated:  March 16, 2021              PASICH LLP

_____
By:  Jeffrey L. Schulman

Insurance Counsel to the Tort Claimants Committee

B029.001/317319.1

# <u>VERIFICATION</u>

STATE OF NEW YORK          :

                                              :

COUNTY OF NEW YORK   :

        Jeffrey L. Schulman, after being duly sworn according to law, deposes and says:

        a)      I am a partner with the applicant law firm Pasich LLP, and have been admitted to appear before this Court.

        b)      I am familiar with many of the legal services rendered by Pasich LLP as Insurance Counsel to the Tort Claimants' Committee.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about April 6, 2020 and submit that the Application substantially complies with such Rule and Order.

                                                            _____

                                                       Jeffrey L. Schulman

SWORN AND SUBSCRIBED
before me this 16th day of March, 2021.

*Deborah Alicea*
Notary Public
My Commission Expires: 12/01/2022
Deborah Alicea
Commissioner of Deeds
City of New York: 3-6970
Certification Filed in New York County
Commision Expires on December 1, 2022

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**Objection Deadline: April 1, 2021 at 4:00 p.m. (ET)**
**Hearing Date: Scheduled only if necessary**

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Pasich LLP ("Pasich"), insurance counsel to the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), in the above-captioned cases, has filed its *Fifth Monthly (Combined) Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from February 1, 2021 through February 28, 2021* (the "Application") seeking fees in the amount of $130,211.50 and reimbursement of actual and necessary expenses in the amount of $1,958.30 for the period from February 1, 2021 through February 28, 2021.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **April 1, 2021 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) the Debtors: Boy Scouts of America, 1325 W. Walnut Hill Lane, Irving, TX 75038 (Attn: Steven P. McGowan); (ii) counsel to the Debtors: (a) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020 (Attn: Jessica C. Lauria (jessica.lauria@whitecase.com)), (b) White & Case LLP, 111 S. Wacker Drive, Chicago, IL 60606 (Attn: Michael C. Andolina (mandolina@whitecase.com) and Matthew E. Linder (mlinder@whitecase.com)); and (c) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899-1347 (Attn: Derek C. Abbott (dabbott@mnat.com)); (iii) the United States Trustee: 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: David Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov)); (iv) counsel to the Official Committee of Unsecured Creditors: (a) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Rachael Ringer (rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com)) and (b) Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801 (Attn: Kurt F. Gwynne (kgwynne@reedsmith.com) and Katelin A Morales (kmorales@reedsmith.com)); (v) counsel to the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19801 (Attn: James I. Stang (jstang@pszjlaw.com) and James E. O'Neill (joneill@pszjlaw.com)); (vi) counsel to the Future Claimants' Representative: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE 19801 (Attn: Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com)); (vii) counsel to the Ad Hoc Committee of Local Councils: Wachtell, Lipton, Rosen & Katz, 51 W. 52nd Street, New York, NY 10019 (Attn: Richard G. Mason (rgmason@wlrk.com) and Joseph C. Celentino

2

(jccelentino@wlrk.com)); (viii) counsel to JPMorgan Chase Bank, National Association: (a) Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, TX 75201-7932 (Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck (kristian.gluck@nortonrosefulbright.com) and (b) Womble Bond Dickinson (US) LLP, 1313 N. Market Street, Suite 1200, Wilmington, DE 19801 (Attn: Matthew Ward (matthew.ward@wbd-us.com) and Morgan Patterson (morgan.patterson@wbd-us.com)); and (ix) counsel to the County Commission of Fayette County (West Virginia): Steptoe & Johnson PLLC, Chase Tower, 8th Floor, 707 Virginia Street East, Charleston, WV 25301 (Attn: John C. Stump (john.stump@steptoe-johnson.com)).

PLEASE TAKE FURTHER NOTICE that on April 6, 2020, the Bankruptcy Court entered the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (the "Order") [Docket No. 341]. Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses without further notice or hearing. All fees and expenses paid to the professionals are subject to final approval by the Court.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 18, 2021         PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:   (302) 652-4400
Email: jstang@pszjlaw.com
      rorgel@pszjlaw.com
      joneill@pszjlaw.com
      jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

# EXHIBIT A

# P A S I C H LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

March 11, 2021
Invoice #  14684

In Reference To: Tort Claims--Insurance
Our File No.:    B029.001

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Compensation of Professionals** | | | | |
| 2/4/2021 | JLS | Review/Analyze invoice for submission to TCC and for fee application, | 0.60 | 372.00 |
| 2/10/2021 | JLS | Draft/Revise monthly fee application and redact invoice for same. | 1.80 | 1,116.00 |
| 2/23/2021 | JLS | Draft/Revise quarterly fee application. | 0.80 | 496.00 |
| 2/26/2021 | JLS | Draft/Revise quarterly fee application. | 0.50 | 310.00 |
| | **SUBTOTAL:** | | **[       3.70** | **2,294.00]** |
| **General Committee** | | | | |
| 2/1/2021 | JLS | Appear for/Attend TCC working group meeting (1.7) and prepare for same (.6). | 2.30 | 1,426.00 |
| 2/4/2021 | JLS | Appear for/Attend mediation session (1); appear for/attend TCC meeting (1.5). | 2.50 | 1,550.00 |
| | KAP | Conference with state court counsel (1.7); conference with mediators (1.0); conference with Tort Claimants Committee (1.5) | 4.20 | 4,095.00 |
| 2/8/2021 | JLS | Appear for/Attend insurance working group meeting (1.3) and prepare for same (.4). | 1.70 | 1,054.00 |
| 2/9/2021 | JLS | Appear for/Attend state court counsel meeting (1.5) and prepare for same (.3). | 1.80 | 1,116.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/10/2021 | JLS | Appear for/Attend meeting █████████ regarding █████ ███████ (2); and prepare for same (.4). | 2.40 | 1,488.00 |
|  | KAP | Attend mediation conference ████████████████ (2.0) | 2.00 | 1,950.00 |
| 2/15/2021 | JLS | Appear for/Attend working group call (1.1) and prepare for same (.4); appear for/attend call with ████████ (.8) and prepare for same (.4) | 2.70 | 1,674.00 |
| 2/16/2021 | JLS | Appear for/Attend state court counsel meeting (1.5) and prepare for same (.6). | 2.10 | 1,302.00 |
| 2/18/2021 | JLS | Appear for/Attend TCC meeting (1.6) and prepare for same (.4). | 2.00 | 1,240.00 |
|  | KAP | Attend TCC meeting (1.6) | 1.60 | 1,560.00 |
| 2/23/2021 | JLS | Appear for/Attend state court counsel meeting (2.1)(partial) and prepare for same (1.3) | 3.40 | 2,108.00 |
| 2/24/2021 | JLS | Appear for/Attend Bates White valuation presentation. | 1.60 | 992.00 |
| 2/25/2021 | JLS | Appear for/Attend mediation session. | 0.80 | 496.00 |
|  | JLS | Appear for/Attend TCC meeting (1.3) and prepare for same (.5). | 1.80 | 1,116.00 |
|  | KAP | Conference with mediators and TCC (0.8); conference with TCC (1.3) | 2.10 | 2,047.50 |
|  |  | **SUBTOLTAL:**       [ | **35.00** | **25,214.50]** |

**Insurance Coverage**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/1/2021 | JLS | Research ████████████████████ | 1.40 | 868.00 |
|  | JLS | Confer with TCC ████████████████ ██████████████████████ | 1.60 | 992.00 |
|  | KAP | Conference with Insurance Working Group (1.7); review ████ ███████ (0.4) | 2.10 | 2,047.50 |
|  | CO | Research ████████████████████████ ████████████ (1.1). | 1.10 | 286.00 |
|  | MCW | Conduct research regarding ████████████████, ████████████████ (2.6); draft memo for Mr. Pasich regarding same (1.5); review █████████████████ (.7). | 4.80 | 2,400.00 |
| 2/2/2021 | JLS | Confer ████████████████ (.9); review ███████ in preparation for same (2.4); further strategy discussions ████ .5). | 3.80 | 2,356.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/2/2021 | JLS | Research ████████████████████ (1.3) and confer with the TCC regarding same (.4). | 1.70 | 1,054.00 |
|  | JLS | Appear for/Attend TCC meeting (1.7) and prepare for same (.8). | 2.50 | 1,550.00 |
|  | JLS | Confer ████████████████ regarding ██████████████ (.5) and prepare for same (.5). | 1.00 | 620.00 |
|  | JLS | Confer with Messrs. Stang and Lucas regarding ████████ | 0.40 | 248.00 |
|  | KAP | Conference with State Court Counsel (0.3) (partial); research and review ████████████████ (0.9); review e-mails re ████████ (0.2) | 1.40 | 1,365.00 |
|  | MCW | Draft and transmit ████████████████████████ (.6); draft e-mail to ████ regarding █████ (.3); draft follow-up e-mail ████████ (.4); draft e-mail to Mr. Pasich regarding ████████████ (.6); draft e-mail to ████████ (.8); review and analyze ████████████ (2.3); draft ████████████ (.7). | 5.70 | 2,850.00 |
| 2/3/2021 | JLS | Confer ████████ regarding ████████ (.8) and prepare for same (.5). | 1.30 | 806.00 |
|  | JLS | Review/Analyze ████████████████████ | 2.20 | 1,364.00 |
|  | MCW | Analyze ████████████████████████ (.7); participate in telephone conference with Mr. Schulman regarding same (.2); draft response e-mail ████████ (.2); review and analyze ████████████ (.2). | 1.30 | 650.00 |
| 2/4/2021 | JLS | Review/Analyze ████████████. | 0.70 | 434.00 |
|  | JLS | Review/Analyze ████████ (.5) and emails regarding same (.3); confer with the state court counsel regarding same (1.7); research regarding ████ (1.3). | 3.80 | 2,356.00 |
|  | JLS | Review/Analyze ████████████ (1.3); review/analyze ████████ regarding ████ (1.1). | 2.40 | 1,488.00 |
|  | CO | Review and analyze ████████████████ (0.2); type a case summary regarding same (0.1). | 0.30 | 78.00 |

BSA Tort Claimants                                                                      Page    4

|            |      |                                                                                        | Hours | Amount    |
|------------|------|----------------------------------------------------------------------------------------|-------|-----------|
| 2/4/2021   | CO   | Research ███████████████████████████ (0.1).                                            | 0.10  | 26.00     |
| 2/5/2021   | JLS  | Draft/Revise ███████████ (.9) and legal research regarding same (2).                   | 2.90  | 1,798.00  |
|            | JLS  | Review/Analyze ████████████████████                                                    | 2.80  | 1,736.00  |
|            | JLS  | Review/Analyze ████████████████████████.                                               | 1.50  | 930.00    |
|            | KAP  | Review ███████████████ (0.9); review ██████████ (0.2); outline key arguments re ████████ (0.6) | 1.70 | 1,657.50 |
|            | MCW  | Analyze █████████████████████ (.5).                                                    | 0.50  | 250.00    |
| 2/6/2021   | JLS  | Confer ████████████████                                                                | 0.40  | 248.00    |
|            | KAP  | Conference with Mr. Schulman re ████████ (0.1); review e-mails (0.2)                    | 0.30  | 292.50    |
|            | JLS  | Review/Analyze ████████████████████                                                    | 4.30  | 2,666.00  |
|            | MCW  | Analyze ████████████████████ (2.3).                                                    | 2.30  | 1,150.00  |
| 2/7/2021   | JLS  | Review/Analyze ████████ (3.7); review/analyze ████████ (4.2).                          | 7.90  | 4,898.00  |
|            | KAP  | Review and analyze ████████████████ (1.9); review and revise ████████ (0.2)            | 2.10  | 2,047.50  |
|            | MCW  | Analyze ████████████████ (2.1); participate in telephone conference with Mr. Schulman regarding same (.3). Edit ████████████ (.7). | 3.10 | 1,550.00 |
| 2/8/2021   | JLS  | Review/Analyze ████████ (3.3); continued analysis ████████ (2.6).                      | 5.90  | 3,658.00  |

BSA Tort Claimants                                                                                    Page     5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/8/2021 | KAP | Conference with Insurance Working Group (1.2); e-mails with Mr. Schulman and Ms. Whitman re ███████████ (0.2); review ████████ ████████████████████ (1.7) | 3.10 | 3,022.50 |
|  | JLS | Review/Analyze (continued) of ████████████████████ | 3.90 | 2,418.00 |
|  | MCW | Analyze ████████████████████████████████████████ ████████████████████ (.6); edit chart regarding same (1.2);  conduct legal research regarding ████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████ (2.2); draft legal research memo regarding the same (1.4). | 8.70 | 4,350.00 |
| 2/9/2021 | JLS | Research ████████████████████████████████████████ ████████████████████████████████ . | 3.20 | 1,984.00 |
|  | KAP | Conference with State Court Counsel re ████████████ ████████ (1.5) | 1.50 | 1,462.50 |
|  | MCW | Review and analyze ████████████████ (1.2); conduct legal research regarding ████████████████████████████ ████████████ (2.9); conduct legal research regarding ████████████████████████████████████████ (3.7). | 7.80 | 3,900.00 |
| 2/10/2021 | JLS | Confer ████████████████████ regarding ████████ (.5); confer with Mr. Nasatir following same (.3); prepare for same (.3). | 1.10 | 682.00 |
|  | MCW | Conduct legal research regarding ████████████████████ ████████████████ (2.7); draft research memo regarding the same (1.9); conduct legal research regarding ████████████ ████████████ (3.3). | 7.90 | 3,950.00 |
| 2/11/2021 | JLS | Review/Analyze ████████████████████ . | 0.70 | 434.00 |
|  | JLS | Appear for/Attend deposition of Dr. Martin (1.7); review declaration and exhibits in preparation for same (.9). | 2.60 | 1,612.00 |
|  | JLS | Review/Analyze ████████████████████████ | 0.40 | 248.00 |
|  | JLS | Review/Analyze ████████████████████████████████████ █ | 4.30 | 2,666.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/11/2021 | MCW | Conduct legal research regarding ███████ (2.1); draft research memo regarding the same (2.3); prepare for call with █████ (.2); participate in conference with █████ (.1). | 4.70 | 2,350.00 |
| 2/12/2021 | JLS | Confer with Mr. Lucas regarding ███████ (.1) and review █████ regarding same (.6). | 0.70 | 434.00 |
|  | JLS | Review/Analyze ███████ | 4.40 | 2,728.00 |
|  | MCW | Conduct legal research regarding ███████ (2.4); draft legal research memo regarding the same (3.7). | 6.10 | 3,050.00 |
| 2/14/2021 | JLS | Review/Analyze ███████ | 3.30 | 2,046.00 |
| 2/16/2021 | KAP | Conference with Insurance Working Group (1.0) | 1.00 | 975.00 |
|  | JLS | Appear for/Attend meeting ███████ (.7) and review █████ in preparation for same (.8). | 1.50 | 930.00 |
|  | JLS | Review/Analyze ███████ | 2.70 | 1,674.00 |
| 2/17/2021 | JLS | Appear for/Attend court hearing (partial). | 6.60 | 4,092.00 |
| 2/18/2021 | JLS | Confer ███████ regarding █████ (.5) and prepare for same (.3); further discussion with Mr. Nasatir following same (.2). | 1.00 | 620.00 |
|  | MCW | Conduct legal research regarding ███████ (1.6); draft legal research memo regarding the same (1.9); conduct legal research regarding █████ (.2). | 3.90 | 1,950.00 |
| 2/19/2021 | JLS | Research ███████ | 1.70 | 1,054.00 |
|  | JLS | Confer ███████ (.3); confer with Messrs. Nasatir and Lucas regarding same (.2). | 0.50 | 310.00 |
|  | MCW | Review and update ███████ (.9); conduct legal research regarding ███████ (1.6); draft legal research memo regarding same (1.2). | 3.70 | 1,850.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/22/2021 | JLS | Confer ███ regarding ███ (.4) and prepare for same (.2). | 0.60 | 372.00 |
| | JLS | Review/Analyze ███ | 0.40 | 248.00 |
| | KAP | Conference with Insurance Working Group re ███ (0.7); e-mails with ███ (0.1) | 0.80 | 780.00 |
| 2/23/2021 | JLS | Confer ███ regarding ███ (.2) and review ███ regarding same (1.2). | 1.40 | 868.00 |
| | JLS | Review/Analyze ███ | 0.30 | 186.00 |
| | KAP | Telephone conference ███ (0.5); draft e-mail re same (0.1) | 0.60 | 585.00 |
| 2/24/2021 | JLS | Review/Analyze ███ | 2.60 | 1,612.00 |
| | JLS | Research ███ | 0.80 | 496.00 |
| | MCW | Conduct legal research regarding ███ (2.4); draft e-mail to Mr. Schulman regarding ███ (1.2). | 3.60 | 1,800.00 |
| 2/25/2021 | JLS | Review/Analyze ███ | 0.30 | 186.00 |
| 2/26/2021 | JLS | Confer with ███ regarding ███ (.1) and update TCC regarding same (.1). | 0.20 | 124.00 |
| | JLS | Review/Analyze ███ | 0.40 | 248.00 |
| | JLS | Review/Analyze ███ | 1.30 | 806.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| **SUBTOTAL:** | | **[** | **175.60** | **105,823.00]** |

| | Hours | Amount |
|---|---|---|
| **Subtotal of charges** | | **$133,331.50** |
| **Courtesy Deduction of Time** | | **($3,120.00)** |
| **For professional services rendered** | **214.30** | **$130,211.50** |

BSA Tort Claimants                                                                                          Page      8

| | **Expenses** | **Amount** |
|---|---|---|
| | **Compensation of Professionals** | |
| 2/24/2021 | Deposition transcripts: Lexitas Inv 1124471, transcript services regarding Dr. Denise Neumann Martin on 2/11/2021 | 1,958.30 |

|  | | |
|---|---|---|
| **SUBTOTAL:** | | **[     1,958.30]** |
| **Total expenses** | | **$1,958.30** |
| **Total amount of this bill** | | **$132,169.80** |
| **Previous balance** | | **$659,584.51** |
| **Accounts receivable transactions** | | |
| 2/22/2021 | Payment – Thank you. Check No. EFT | ($227,800.80) |
| **Total payments and adjustments** | | **($227,800.80)** |
| **Balance due** | | **$563,953.51** |

| | |
|---|---|
| Courtesy Deduction of Time: | $3,120.00 |
| Discount on Rates: | $37,161.00 |
| **Total Deduction/Discount:** | **$40,281.00** |

### Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 1.5 | 325 | 260 | 487.50 | 390.00 | 97.50 |
| Donald K. Piper | 0 | 290 | 260 | 0.00 | 0.00 | 0.00 |
| Jeffrey L. Schulman | 124.2 | 775 | 620 | 96,255.00 | 77,004.00 | 19,251.00 |
| Kirk A. Pasich | 24.5 | 1,375.00 | 975 | 33,687.50 | 23,887.50 | 9,800.00 |
| Mikaela C. Whitman | 64.1 | 625 | 500 | 40,062.50 | 32,050.00 | 8,012.50 |
| TOTAL | 214.3 | | | $170,492.50 | $133,331.50 | $37,161.00 |