**<u>EXHIBIT G</u>**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BOY SCOUTS OF AMERICA AND | ) Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**Objection Deadline: May 5, 2021 at 4:00 p.m. (ET)**
**Hearing Date: To be scheduled if necessary**

## SIXTH MONTHLY (COMBINED) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021

| | |
|---|---|
| Name of Applicant: | Pasich LLP |
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective as of May 12, 2020 by order signed on or about June 17, 2020 |
| Period for which Compensation and Reimbursement is Sought: | March 1, 2021 through March 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $162,464.50[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 0.00 |

This is a:    x   monthly     interim      final application.

      The total time expended for fee application preparation is approximately 1.5 hours

and the corresponding compensation requested is approximately $900.00.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Applicant has discounted its fees by $54,763.00 for the Application fee period, comprising of courtesy deductions of time, and a 20% rate discount for all professionals and paraprofessionals being billed at 80% of their regular rates, with the exception of Kirk Pasich, whose rate for this engagement was reduced to $975 per hour rather than his standard rate of $1,375 per hour.

**PRIOR APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 08/18/20 | 05/12/20 - 07/31/20 | $262,233.30 | $0 | $262,233.30 | N/A |
| 11/17/20 | 08/01/20 - 10/31/20 | $413,923.00 | $0 | $413,923.00 | N/A |
| 01/14/21 | 11/1/20 – 12/31/20 | $284,751.00 | $0 | $331,138.40 | N/A |
| 02/16/21 | 01/01/21 – 01/31/21 | $239,602.25 | $68.75 | $191,750.55 | |
| 03/18/21 | 02/02/21 – 02/28/21 | $130,211.50 | $1,958.30 | | |

**PASICH LLP PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes and 20% discount) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kirk A. Pasich | Managing Partner, Insurance Recovery. Admitted to practice in 1980 with more than 38 years of relevant experience. | $975.00 | 48.3 | $ 47,092.50 |
| Jeffrey L. Schulman | Partner, Insurance Recovery. Admitted to practice in 2000 with approximately 16 years of relevant experience. | $620.00 | 149.10 | $92,442.00 |
| Mikaela C. Whitman | Partner, Insurance Recovery. Admitted to practice in 2009 with approximately 11 years of relevant experience. | $500.00 | 44.2 | $22,100.00 |
| Caitlin Oswald | Associate, Insurance Recovery. Admitted to practice in 2020. | $260.00 | 23.5 | $ 6,110.00 |
| Donald K. Piper | Paraprofessional, Insurance Recovery. Began working in 1988 with approximately 32 years of relevant experience. | $260.00 | 0 | $ 0.00 |

**Grand Total:** $162,464.50[3]
**Total Hours:** 265.10
**Blended Rate:** $ 612.84

---

[3] This total includes both the discounted rates as well as the courtesy deductions.

B029.001/321736.1
DOCS_DE:233895.1 85353/002

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees[4] |
|---|---|---|
| General Committee | 94.10 | $69,240.50 |
| Insurance Coverage | 169.60 | $97,744.50 |
| Compensation of Professionals | 1.4 | $868.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| N/A | | $0.00 |

---

[4] This total includes the discounted rates but not the courtesy deductions.

B029.001/321736.1
DOCS_DE:233895.1 85353/002

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  May 5, 2021 at 4:00 p.m. (ET)**
**Hearing Date:  To be scheduled if necessary**

### SIXTH MONTHLY (COMBINED) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively,

the "Bankruptcy Rules"), and the "Order (I) Approving Procedures for (A) Interim

Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense

Reimbursement for Official Committee Members and (II) Granting Related Relief," signed on or

about April 6, 2020 (the "Administrative Order"), Pasich LLP ("Pasich" or the "Firm"),

Insurance Counsel to the Tort Claimants' Committee (the "Committee"), hereby submits its

Sixth Monthly (Combined) Application for Compensation and for Reimbursement of Expenses

for the Period from March 1, 2021 through March 31, 2021 (the "Application").

By this Application Pasich seeks a monthly interim allowance of compensation in

the amount of $162,464.50 and actual and necessary expenses in the amount of $0.00 for a total

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

allowance of $162,464.50 and payment of $129,971.16 (80% of the allowed fees) and

reimbursement of $0.00 (100% of the allowed expenses) for a total payment of $129,971.16 for

the period March 1, 2021 through March 31, 2021 (the "Interim Period").  In support of this

Application, Pasich respectfully represents as follows:

## **Background**

1. On February 18, 2020 (the "Petition Date"), the Debtors commenced their

Chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy

Code.  The Debtors have continued in possession of their property and continued to operate and

manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about April 6, 2020, the Court signed the Administrative Order,

authorizing certain professionals ("Professionals") to submit monthly applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications.  If no objections are made within fourteen (14) days after service of the monthly

fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the

requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the

period ending May 31, 2020 and at three-month intervals thereafter, each of the Professionals

shall file and serve an interim application for allowance of the amounts sought in its monthly fee

applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

4.      The retention of Pasich, as Insurance Counsel to the Tort Claimants' Committee, was approved effective as of May 12, 2020 by this Court's "Order Pursuant to Sections 328 and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pasich LLP as Insurance Counsel for the Official Tort Claimants' Committee Effective as of May 12, 2020," signed on or about June 17, 2020 (the "Retention Order").  The Retention Order authorized Pasich to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  Pasich is employed as insurance counsel and has made and will make all reasonable efforts to avoid duplication of work performed by the Committee's other professionals.

### PASICH'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

#### Compensation Paid and Its Source

5.      All services for which Pasich requests compensation were performed for or on behalf of the Committee.

6.      Pasich has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Pasich and any other person other than the partners of Pasich for the

3

sharing of compensation to be received for services rendered in these cases.  Pasich did not

receive a retainer in this matter.

## Fee Statements

7.      The fee statement for the Interim Period is attached hereto as Exhibit A.

This statement contains daily time logs describing the time spent by each attorney and

paraprofessional during the Interim Period.  To the best of Pasich's knowledge, this Application

complies with sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules.  Pasich's

time reports are electronically maintained by the attorney or paralegal performing the described

services and Pasich.  The time reports are organized on a daily basis.  Pasich is particularly

sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of

different matters for a particular client, time is recorded per tasks so reflected in the time reports.

Pasich's charges for its professional services are based upon the time, nature, extent and value of

such services and the cost of comparable services other than in a case under the Bankruptcy

Code.

## Actual and Necessary Expenses

8.      A summary of actual and necessary expenses incurred by Pasich for the

Interim Period is attached hereto as part of Exhibit A.  Pasich does not charge for internal

photocopying or facsimile expenses.

9.      Pasich also does not charge with respect to providers of on-line legal

research services (e.g., LEXIS and WESTLAW).

### Summary of Services Rendered

10.     The names of the partners and associates of Pasich who have rendered professional services in these cases during the Interim Period, and the paralegals and case management assistants of Pasich who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A.

11.     Pasich, by and through such persons, has advised the Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  Pasich's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

### Summary of Services by Project

12.     The services rendered by Pasich during the Interim Period can be grouped into the categories set forth below.  Pasich attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

B029.001/321736.1
DOCS_DE:233895.1 85353/002

### A. General Committee

13.     This category relates to work regarding general committee issues.  During the Interim Period, the Firm, among other things:  (1) prepared for and attended conference calls with the Committee; (2) prepared for and attended conference calls with State Court Counsel and various committees and committee members; (3) prepared for and attended numerous conference calls with mediators; (4) corresponded and conferred regarding general committee issues; and (5) attended mediation sessions.

Fees:  $69,240.50;     Hours:  94.10[2]

### B. Insurance Coverage

14.     This category relates to work regarding insurance coverage issues.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed insurance policies and corresponding documents; (2) reviewed and analyzed insurance coverage issues and legal arguments; (3) performed legal research on insurance coverage issues; (4) reviewed and analyzed underlying litigation allegations, pleadings, motions, filings and coverage portfolio issues; and (5) conferred and corresponded regarding insurance coverage issues.

Fees:  $97,636.00;     Hours:  169.60

### C. Compensation of Professionals

15.     This category relates to work preparing and filing monthly and quarterly fee applications including, among other things, ensuring that time entries subject to the application do not disclose confidential or privileged information.

---

[2] These totals include the total hours billed but the fee amounts include the discounted rates but does not include the courtesy deductions.

6

Fees:  $868.00;          Hours: 1.4

## Valuation of Services

16.     Attorneys and paraprofessionals of Pasich expended a total 265.10 hours

in connection with their representation of the Committee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including 20% discount) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kirk A. Pasich | Managing Partner, Insurance Recovery.  Admitted to practice in 1980 with approximately 40 years of relevant experience. | $975.00 | 48.3 | $ 47,092.50 |
| Jeffrey L. Schulman | Partner, Insurance Recovery. Admitted to practice in 2000 with approximately 16 years of relevant experience. | $620.00 | 149.10 | $92,442.00 |
| Mikaela C. Whitman | Partner, Insurance Recovery. Admitted to practice in 2009 with approximately 11 years of relevant experience. | $500.00 | 44.2 | $22,100.00 |
| Caitlin Oswald | Associate, Insurance Recovery. Admitted to practice in 2020. | $260.00 | 23.5 | $ 6,110.00 |
| Donald K. Piper | Paraprofessional, Insurance Recovery.  Licensed in 1988 with approximately 32 years of relevant experience. | $260.00 | 0 | $ 0.00 |

Grand Total:   $162,464.50[3]
Total Hours:            265.10
Blended Rate:  $      612.84

17.     The nature of work performed by these persons is fully set forth in Exhibit

A attached hereto.  Pasich's normal hourly rates for work of this character have all been

---

[3] This total includes both the discounted rates as well as the courtesy deductions.

7

discounted.  The reasonable value of the services rendered by Pasich for the Committee during the Interim Period is $162,464.50 after applying those discounts.

18.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Pasich is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, Pasich has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, Pasich respectfully requests that the Court enter an order providing that, for the period of March 1, 2021 through March 31, 2021, an interim allowance be made to Pasich for compensation in the amount of $162,464.50 and actual and necessary expenses in the amount of $0.00 for a total allowance of $162,464.50 and payment of $129,971.16  (80% of the allowed fees) and reimbursement of $0.00 (100% of the allowed expenses) for a total payment of $129,971.16; and for such other and further relief as this Court deems proper.

Dated:  April 21, 2021         PASICH LLP

_____

By:  Jeffrey L. Schulman

Insurance Counsel to the Tort Claimants Committee

8

## **DECLARATION**

STATE OF NEW YORK    :

                               :

COUNTY OF NEW YORK  :

        Jeffrey L. Schulman, after being duly sworn according to law, deposes and says:

        a)      I am a partner with the applicant law firm Pasich LLP, and have been admitted to appear before this Court.

        b)      I am familiar with many of the legal services rendered by Pasich LLP as Insurance Counsel to the Tort Claimants' Committee.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about April 6, 2020 and submit that the Application substantially complies with such Rule and Order.

                                  /s/ Jeffrey L. Schulman
                                   Jeffrey L. Schulman

9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | |

**Objection Deadline: May 5, 2021 at 4:00 p.m. (ET)**
**Hearing Date: Scheduled only if necessary**

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Pasich LLP ("Pasich"), insurance counsel to the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), in the above-captioned cases, has filed its *Sixth Monthly (Combined) Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from March 1, 2021 through March 31, 2021* (the "Application") seeking fees in the amount of $162,464.50 and reimbursement of actual and necessary expenses in the amount of $0.00 for the period from March 1, 2021 through March 31, 2021.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 5, 2021 at 4:00 p.m. prevailing Eastern Time**.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) the Debtors: Boy Scouts of America, 1325 W. Walnut Hill Lane, Irving, TX  75038 (Attn: Steven P. McGowan); (ii) counsel to the Debtors: (a) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020 (Attn: Jessica C. Lauria (jessica.lauria@whitecase.com)), (b) White & Case LLP, 111 S. Wacker Drive, Chicago, IL  60606 (Attn: Michael C. Andolina (mandolina@whitecase.com) and Matthew E. Linder (mlinder@whitecase.com)); and (c) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE  19899-1347 (Attn: Derek C. Abbott (dabbott@mnat.com)); (iii) the United States Trustee: 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE  19801 (Attn: David Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov)); (iv) counsel to the Official Committee of Unsecured Creditors: (a) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY  10036 (Attn: Rachael Ringer (rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com)) and (b) Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE  19801 (Attn: Kurt F. Gwynne (kgwynne@reedsmith.com) and Katelin A Morales (kmorales@reedsmith.com)); (v) counsel to the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE  19801 (Attn: James I. Stang (jstang@pszjlaw.com) and James E. O'Neill (joneill@pszjlaw.com)); (vi) counsel to the Future Claimants' Representative: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE  19801 (Attn: Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com)); (vii) counsel to the Ad Hoc Committee of Local Councils: Wachtell, Lipton, Rosen & Katz, 51 W. 52nd Street, New York, NY  10019 (Attn: Richard G. Mason (rgmason@wlrk.com) and Joseph C. Celentino

2

(jccelentino@wlrk.com)); (viii) counsel to JPMorgan Chase Bank, National Association: (a)

Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, TX  75201-7932 (Attn: Louis R.

Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck

(kristian.gluck@nortonrosefulbright.com) and (b) Womble Bond Dickinson (US) LLP, 1313 N.

Market Street, Suite 1200, Wilmington, DE  19801 (Attn: Matthew Ward (matthew.ward@wbd-

us.com) and Morgan Patterson (morgan.patterson@wbd-us.com)); and (ix) counsel to the County

Commission of Fayette County (West Virginia): Steptoe & Johnson PLLC, Chase Tower, 8th

Floor, 707 Virginia Street East, Charleston, WV  25301 (Attn: John C. Stump

(john.stump@steptoe-johnson.com)).

     **PLEASE TAKE FURTHER NOTICE** that on April 6, 2020, the Bankruptcy

Court entered the *Order (I) Approving Procedures for (A) Interim Compensation and*

*Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for*

*Official Committee Members and (II) Granting Related Relief* (the "Order") [Docket No. 341].

Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing

with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay

the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses

without further notice or hearing.  All fees and expenses paid to the professionals are subject to

final approval by the Court.

     **PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF

REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 21, 2021          PACHULSKI STANG ZIEHL & JONES LLP

                              /s/ James E. O'Neill
                              James I. Stang (CA Bar No. 94435)
                              Robert B. Orgel (CA Bar No. 10187)
                              James E. O'Neill (DE Bar No. 4042)
                              John W. Lucas (CA Bar No. 271038)
                              919 North Market Street, 17th Floor
                              P.O. Box 8705
                              Wilmington, DE  19899-8705 (Courier 19801)
                              Telephone: (302) 652-4100
                              Facsimile:   (302) 652-4400
                              Email: jstang@pszjlaw.com
                                       rorgel@pszjlaw.com
                                       joneill@pszjlaw.com
                                       jlucas@pszjlaw.com

                              *Counsel for the Tort Claimants' Committee*

# EXHIBIT A



10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

March 31, 2021
Invoice # 14690

In Reference To: Tort Claims--Insurance
Our File No.:    B029.001

**Professional Services**

| | | | Hours | Amount |
|---|---|---|---|---|
| | **Compensation of Professionals** | | | |
| 3/10/2021 JLS | Draft/Revise monthly fee application. | | 1.40 | 868.00 |
| | **SUBTOTAL:** | [ | 1.40 | 868.00] |
| | **General Committee** | | | |
| 3/2/2021 JLS | Appear for/Attend state court counsel meeting (1.2) and prepare for same (.7); confer with bankruptcy counsel following same (.7). | | 2.60 | 1,612.00 |
| 3/4/2021 JLS | Confer with bankruptcy team regarding ▮ (1.5) and continue review of plan in preparation for same (2.7). | | 4.20 | 2,604.00 |
| JLS | Appear for/attend TCC meeting (.5) (partial) and prepare for same (1.1). | | 1.60 | 992.00 |
| KAP | Conference with Mr. Stang, et al. re ▮ (0.9)(partial) | | 0.90 | 877.50 |
| 3/5/2021 JLS | Appear for/Attend mediation session. | | 1.50 | 930.00 |
| KAP | Attend joint mediation session (1.5) | | 1.50 | 1,462.50 |
| 3/9/2021 JLS | Appear for/Attend state court counsel meeting (2.3) and prepare for same (.3). | | 2.60 | 1,612.00 |
| 3/12/2021 JLS | Appear for/Attend SCC meeting regarding ▮ (.7)(partial) and review ▮ (.9); appear for/attend SCC meeting regarding ▮ (2.1); | | 5.40 | 3,348.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | review/analyze ███████████████ following same (.9); review/analyze ██████ (.8) | | |
| 3/12/2021 | KAP | Conference with Mr. Gallagher and state court counsel (partial) (0.5); conference with state court counsel re ██████ (1.5); e-mails with Mr. Schulman re issues (0.1) | 2.10 | 2,047.50 |
| 3/14/2021 | JLS | Appear for/Attend meeting regarding ██████████ (1.2) and review ██████████████ (.7). | 1.90 | 1,178.00 |
| | KAP | Attend ██████████████ (1.2) | 1.20 | 1,170.00 |
| 3/15/2021 | JLS | Appear for/Attend insurance working group meeting (1.5) and prepare for same (.3). | 1.80 | 1,116.00 |
| 3/16/2021 | JLS | Appear for/Attend SCC meeting (1.4) and prepare for same (.8). | 2.20 | 1,364.00 |
| | KAP | Conference with State Court Counsel (1.4) | 1.40 | 1,365.00 |
| 3/17/2021 | JLS | Appear for/Attend court hearing (1.3) (partial) and confer with SCC following same (.4). | 1.70 | 1,054.00 |
| | JLS | Review/Analyze ██████████ (.5); review/analyze █ (.3); review/analyze ██████████ (.3); and the ██████ (.1). | 1.20 | 744.00 |
| 3/18/2021 | JLS | Appear for/Attend meeting with mediators (1.1); appear for/attend TCC meeting (2.1) and prepare for same (.8). | 4.00 | 2,480.00 |
| | KAP | Conference with mediators and TCC (1.1); conference with TCC (partial) (1.7) | 2.80 | 2,730.00 |
| 3/22/2021 | JLS | Review/Analyze ████████████ (.2); review/analyze ██████ (.7). | 0.90 | 558.00 |
| | JLS | Appear for/Attend insurance working group meeting (1.7) (partial) and prepare for same (.6); appear for/attend TCC meeting regarding █ ██████████ (2); appear for/attend TCC meeting regarding ██ (.4). | 4.70 | 2,914.00 |
| 3/23/2021 | JLS | Appear for/Attend TCC meeting regarding ██████ (1.6) and confer ██████████ (.3); confer with Mr. Orgel regarding same (.3); confer with ██████ (.9). | 3.10 | 1,922.00 |
| | KAP | E-mails ██████████████ (0.4); conference with State Court Counsel and TCC (1.6); conference with ██████ ██████ (0.9) | 2.90 | 2,827.50 |
| 3/24/2021 | JLS | Appear for/Attend mediator meeting (.6) and confer with Mr. Stang following same (.5). | 1.10 | 682.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/24/2021 KAP | Research re ███████████████ (1.4); e-mails with Mr. Stang and Mr. Schulman re same (0.4); conference with mediators, Mr. Stang, Mr. Lucas, and Mr. Schulman (0.6) |  | 2.40 | 2,340.00 |
| 3/25/2021 JLS | Appear for/Attend ████████████ (1.6) and prepare for same (.9); meet with ██████████ ███████████████ (.5); confer with state court counsel following same (.3). |  | 3.30 | 2,046.00 |
| JLS | Appear for/Attend mediator meeting (1); appear/attend TCC meeting (1.2) and prepare for same (.3); confer with TCC following same (.2). |  | 2.70 | 1,674.00 |
| KAP | Draft analysis re ████████████ (0.5); conference with Judge Carey and TCC (partial) (0.5); conference with TCC (1.2); conference with Mr. Stang, Mr. Nasitair, and Mr. Schulman (0.2); review and revise ████████████ (0.5); review ████████████████████ (0.6) |  | 3.00 | 2,925.00 |
| 3/29/2021 JLS | Appear for/Attend insurance working group meeting (1) and prepare for same (.3). |  | 1.30 | 806.00 |
| 3/30/2021 JLS | Appear for/Attend mediation (5.3); confer with TCC following same (1.5); further conference with TCC ████████████ ███████████ (1.1); further discussion with TCC following same (1.2). |  | 9.10 | 5,642.00 |
| KAP | Appear for mediation sessions (5.3); conferences with TCC, state court counsel, and professionals regarding ████████████ (1.5) (1.1) (1.2). |  | 9.10 | 8,872.50 |
| 3/31/2021 JLS | Appear for/Attend TCC meetings in preparation for and between mediation sessions (3.4) (partial); appear for/attend mediation sessions (3.1) (partial). |  | 6.50 | 4,030.00 |
| KAP | Conference with TCC (0.9); conference with mediators and TCC (0.5); conference with TCC and state court counsel (0.2); conference with mediators, TCC, local councils (1.5); further conference with TCC and state court counsel (1.2) |  | 3.40 | 3,315.00 |
| **SUBTOTAL:** |  | [ | **94.10** | **69,240.50]** |

**Insurance Coverage**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/1/2021 JLS | Confer ████████████████ (.4); confer with TCC working group regarding ████████ (.7) and prepare for same (.3); confer with ████████████ (.3). |  | 1.70 | 1,054.00 |
| JLS | Review/Analyze ████████████████████████████ |  | 3.70 | 2,294.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/1/2021 | JLS | Review/Analyze ███████████████████████ | 0.80 | 496.00 |
| | JLS | Draft/Revise ███████████████████ (.7); review ███████████████ (1.1). | 1.80 | 1,116.00 |
| | JLS | Draft/Revise ████████████████████████ | 0.50 | 310.00 |
| | JLS | Research ████████████████████████ | 1.90 | 1,178.00 |
| | JLS | Review/Analyze ████████████████████████ | 3.20 | 1,984.00 |
| | KAP | Conference with Insurance Working Group (0.7); research re ████ draft e-mail to Insurance Working Group re same (0.9); review and revise ████████ (0.2); review and revise ████ ███ (0.1) | 1.90 | 1,852.50 |
| | MCW | Conduct legal research for Mr. Schulman regarding whether ████ ████ (2.2). | 2.20 | 1,100.00 |
| 3/2/2021 | JLS | Draft/Revise ████████████ and review additional case law regarding same (.8); draft/revise ████ (.4); draft/revise ████ ████ (.2). | 1.40 | 868.00 |
| | JLS | Confer ████████████████████ (.3) and review/edit ████████ (.5). | 0.80 | 496.00 |
| | JLS | Draft/Revise ████████████ | 1.30 | 806.00 |
| | MCW | Conduct legal research for Mr. Schulman regarding whether ████████████████ (.3); draft e-mail summary of legal research regarding same (1.6). | 1.90 | 950.00 |
| 3/3/2021 | JLS | Review/Analyze ████████████████████. | 0.70 | 434.00 |
| | JLS | Draft/Revise ████████████ (.7) and confer with ████ ████ regarding same (.6); continued review/analysis of ████████████ (1.7). | 3.00 | 1,860.00 |
| 3/4/2021 | JLS | Draft/Revise, finalize and transmit ████████████ (.3); and to ████ (.3). | 0.60 | 372.00 |
| 3/5/2021 | JLS | Review/Analyze ████████████ | 0.50 | 310.00 |
| 3/6/2021 | KAP | Review ████████████████ (1.9); outline strategy re ████████ and e-mails with Mr. Schulman re same (0.7) | 2.60 | 2,535.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/7/2021 | KAP | Review █████████████████ and review research re same (1.4) | 1.40 | 1,365.00 |
| | JLS | Review/Analyze █████████████████████ | 1.40 | 868.00 |
| | JLS | Review/Analyze █████████████ (.4); and █████ (.7). | 1.10 | 682.00 |
| | CO | Draft/Revise ████████████ (.2). | 0.20 | 52.00 |
| 3/8/2021 | JLS | Confer with ███████████████████ (.2); further discussion with Mr. Nasatir regarding same (.2); confer with TCC working group regarding █████████ (1.5) and prepare for same (.8). | 2.70 | 1,674.00 |
| | KAP | Conference with Insurance Working Group (1.5); review e-mails re █████ (0.3) | 1.80 | 1,755.00 |
| 3/9/2021 | JLS | Review/Analyze ████████████████████ | 0.60 | 372.00 |
| | JLS | Draft/Revise and transmit █████████████████ | 0.50 | 310.00 |
| 3/10/2021 | JLS | Review/Analyze ████████████████ | 0.40 | 248.00 |
| | JLS | Draft/Revise ███████████████ (.8) and additional legal research regarding █████ (1.3). | 2.10 | 1,302.00 |
| | JLS | Confer with ██████████████████ (.7); confer Mr. Nasatir regarding same (.2). | 0.90 | 558.00 |
| | JLS | Review/Analyze ██████████████████████ | 3.30 | 2,046.00 |
| | JLS | Draft/Revise █████████ . | 0.60 | 372.00 |
| | KAP | Review █████████ and e-mails re same (0.2) | 0.20 | 195.00 |
| 3/11/2021 | JLS | Confer with Mr. Orgell regarding ████████ (.3); review ████ (.8). | 1.10 | 682.00 |
| | JLS | Review/Analyze ████████████ | 0.50 | 310.00 |
| 3/12/2021 | JLS | Continued ███████████ analysis regarding █████████ | 3.20 | 1,984.00 |
| | JLS | Appear for/Attend ████████████████ (.9) and prepare for same (.7). | 1.60 | 992.00 |

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 3/13/2021 | KAP | Conference with Mr. Schulman, Ms. Whitman, and Ms. Oswald re ███████████████ | | 0.50 | 487.50 |
| | JLS | Confer with team regarding ████████████ | | 0.50 | 310.00 |
| | CO | Conference with Mr. Schulman, Ms. Whitman, and Mr. K. Pasich regarding ██████████████████ (.5). MCW | | 0.50 | 130.00 |
| | | Participate in team call regarding ████████████████ ████ (.5). | | 0.50 | 250.00 |
| | MCW | Conduct legal research regarding █████████ (3.9). | | 3.90 | 1,950.00 |
| 3/14/2021 | CO | Draft/Revise ████████████████ (2.2); Zoom call with Mr. Schulman and Ms. Whitman regarding ████ (.9); telephone call with Ms. Whitman regarding █████████████████ (.3); revise Ms. Whitman's memorandum regarding █████ (.3). | | 3.70 | 962.00 |
| | MCW | Participate in call with Ms. Oswald and team regarding ██████ .9); participate in call with Ms. Oswald regarding same and memo regarding ████ (.3); draft e-mail to Mr. Pasich and Mr. Schulman regarding ████ (.9); conduct legal research regarding █████ (1.4); draft e-mail to Mr. Schulman and Mr. Pasich regarding same (.3); review and edit memo regarding ██████ (1.1). | | 4.90 | 2,450.00 |
| 3/15/2021 | KAP | Conference with Insurance Working Group (1.5) | | 1.50 | 1,462.50 |
| | KAP | Review ████████████ (0.6) | | 0.60 | 585.00 |
| | MCW | Participate in call with Ms. Oswald regarding ██████ (.6); analyze information and draft █████ (4.7); review and edit memo regarding ██████ (1.4); coordinate ██████ (.8). | | 7.50 | 3,750.00 |
| | CO | Participate in call with Ms. Whitman regarding █████ (.6); revise a summary regarding ██████ (0.3). | | 0.90 | 234.00 |
| 3/16/2021 | JLS | Review/Analyze █████████████ (.5) and emails regarding same (.2). | | 0.70 | 434.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/16/2021 | CO | Draft/Revise ████████████████ ████████████ (2.5). | 2.50 | 650.00 |
| 3/17/2021 | JLS | Confer with Mr. Gallagher regarding ████████ (.3) | 0.30 | 186.00 |
|  | JLS | Confer with ██████████████████████ █████ (.5); confer with Messrs. Pasich and Nasatir following same (.3). | 0.80 | 496.00 |
|  | CO | Telephone conference with Ms. Whitman regarding ████████ (.5); Draft/Revise ███████████████████████████ (2.7); compile a chart for Mr. Schulman ████████ (.2). | 3.40 | 884.00 |
|  | MCW | Participate in call with Ms. Oswald regarding ████████ (.5); analyze information and draft █████████ (2.4; coordinate ███████████ (.2). | 3.10 | 1,550.00 |
| 3/18/2021 | JLS | Review/Analyze ████████████████ (4.4) and confer with ████████ (.7). | 5.10 | 3,162.00 |
|  | CO | Draft/Revise ████████████████ (6.8); search █████ 0.5). | 7.30 | 1,898.00 |
|  | MCW | Review ████ (.2); participate in telephone conference with ████ (1.0); conduct legal research regarding ████ (1.3); conduct legal research regarding ████ (2.6). | 5.10 | 2,550.00 |
| 3/19/2021 | CO | Draft/Revise ████████████████ (4.1); call with Mr. Schulman regarding ██████ (0.2). | 4.30 | 1,118.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/19/2021 JLS | Appear for/Attend meeting ███████ ███████ (1.3) and confer with mediator regarding same (.4) | | 1.70 | 1,054.00 |
| JLS | Draft/Revise ███████████████████████ | | 3.80 | 2,356.00 |
| JLS | Review/Analyze ███████████████████████ ███████████████████████ | | 2.90 | 1,798.00 |
| KAP | Conference ███████████████████ (1.3); e-mails with Mr. Schulman re approach (0.2) | | 1.50 | 1,462.50 |
| 3/20/2021 JLS | Confer with TCC members regarding ██████████ | | 0.70 | 434.00 |
| KAP | Multiple e-mails with Mr. Schulman re ██████████ (0.7) | | 0.70 | 682.50 |
| 3/21/2021 JLS | Confer with TCC regarding ██████ (1.7); confer ████████ (.3). | | 2.00 | 1,240.00 |
| 3/22/2021 JLS | Review/Analyze ████████ (.8) and confer with Mr. Lucas regarding same (.5); review/analyze ██████ (.8). | | 2.10 | 1,302.00 |
| JLS | Draft/revise ██████████ (.6) and confer with TCC regarding same (.7). | | 1.30 | 806.00 |
| KAP | Conference with Insurance Working Group (1.7); research, review, and revise ████████ (1.1); e-mails with Ms. Schulman re ██████ (0.2); conference with Mr. Stang, Mr. Nasitair, and Mr. Schulman (0.6) | | 3.60 | 3,510.00 |
| MCW | Draft and finalize legal research memo regarding ██████████ ███████████████████ (4.2); draft response e-mail to Mr. Schulman regarding ██████ (.2). | | 4.60 | 2,300.00 |
| 3/23/2021 JLS | Draft/Revise memorandum ███████████████. | | 2.70 | 1,674.00 |
| JLS | Review/Analyze ██████████ (.6); review/analyze ██████ (.3); review/analyze (.4) | | 1.30 | 806.00 |
| MCW | Conduct legal research regarding ██████████ (1.2); draft legal research memo regarding same (.9). | | 2.10 | 1,050.00 |

BSA Tort Claimants                                                                                                Page   9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/24/2021 | JLS | Review/Analyze ███████ (1.4); review ███████ (1); confer with Mr. Lucas regarding same (.7). | 3.10 | 1,922.00 |
|  | JLS | Review/Analyze ███████ analyze ███████ (1.4). | 4.50 | 2,790.00 |
| 3/25/2021 | JLS | Draft/Revise ███████. | 0.70 | 434.00 |
|  | CO | Revise a memorandum ███████ (.7). | 0.70 | 182.00 |
| 3/26/2021 | JLS | Draft/Revise, ███████ (.4) and confer with TCC regarding same (.4). | 0.80 | 496.00 |
| 3/27/2021 | JLS | Review/Analyze ███████ | 0.90 | 558.00 |
| 3/29/2021 | JLS | Confer with Mr. Orgel regarding ███████ (.6) and legal research regarding same (.8). | 1.40 | 868.00 |
|  | JLS | Confer ███████ | 0.20 | 124.00 |
|  | JLS | Review/Analyze ███████ | 2.60 | 1,612.00 |
|  | KAP | Conference with Insurance Working Group (1.0); review e-mails ███ (0.3) | 1.30 | 1,267.50 |
| 3/30/2021 | MCW | Conduct legal research and update memo regarding ███████ (2.3); Conduct legal research and update memo regarding ███████ (3.8). | 6.10 | 3,050.00 |
| 3/31/2021 | JLS | Review/Analyze ███████ | 2.30 | 1,426.00 |
|  | MCW | Analyze ███████ (2.3). | 2.30 | 1,150.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **SUBTOTAL:** | | **[** | **169.60** | **97,636.00]** |

| **Subtotal of charges** | **$167,744.50** |
|---|---|
| Courtesy Deduction of Time | ($5,280.00) |
| **For professional services rendered** | **265.10 $162,464.50** |
| **Previous balance** | **$563,953.51** |

BSA Tort Claimants                                                                Page    10

                                                                                        Amount

**Accounts receivable transactions**

3/12/2021    Payment – Thank you. Check No. EFT                                    ($191,750.55)

**Total payments and adjustments**                                                **($191,750.55)**

**Balance due**                                                                   **$534,667.46**

| | | |
|---|---|---|
| Courtesy Deduction of Time: | $5,280.00 | |
| Discount on Rates: | $49,483.00 | |
| **Total Deduction/Discount:** | **$54,763.00** | |

**Timekeeper Summary**

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 23.5 | 325 | 260 | 7,637.50 | 6,110.00 | 1,527.50 |
| Donald K. Piper | 0 | 290 | 260 | 0.00 | 0.00 | 0.00 |
| Jeffrey L. Schulman | 149.1 | 775 | 620 | 115,552.50 | 92,442.00 | 23,110.50 |
| Kirk A. Pasich | 48.3 | 1,375.00 | 975 | 66,412.50 | 47,092.50 | 19,320.00 |
| Mikaela C. Whitman | 44.2 | 625 | 500 | 27,625.00 | 22,100.00 | 5,525.00 |
| TOTAL | 265.10 | | | $217,227.50 | $167,744.50 | $49,483.00 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 2651** |

**Objection Deadline: May 14, 2021 at 4:00 p.m. (ET)**
**Hearing Date: Scheduled only if necessary**

### NOTICE OF FILING OF REVISED EXHIBIT A TO SIXTH MONTHLY (COMBINED) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE <u>FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021</u>

**PLEASE TAKE NOTICE** that on April 21, 2021, Pasich LLP ("Pasich"), insurance counsel to the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), in the above-captioned cases, filed its *Sixth Monthly (Combined) Application for Compensation and Reimbursement of Expenses Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from March 1, 2021 through March 31, 2021* (the "Application") [Docket No. 2651] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that at the request of the Office of the United States Trustee, Pasich hereby files a revised Exhibit A to the Application. The revised Exhibit A is attached hereto as **Exhibit 1**.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

PLEASE TAKE FURTHER NOTICE that any objection or response to the Application must be made in writing and be filed Bankruptcy Court, on or before **May 14, 2021 at 4:00 p.m. prevailing Eastern Time**.

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) the Debtors: Boy Scouts of America, 1325 W. Walnut Hill Lane, Irving, TX  75038 (Attn: Steven P. McGowan); (ii) counsel to the Debtors: (a) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020 (Attn: Jessica C. Lauria (jessica.lauria@whitecase.com)), (b) White & Case LLP, 111 S. Wacker Drive, Chicago, IL  60606 (Attn: Michael C. Andolina (mandolina@whitecase.com) and Matthew E. Linder (mlinder@whitecase.com)); and (c) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE  19899-1347 (Attn: Derek C. Abbott (dabbott@mnat.com)); (iii) the United States Trustee: 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE  19801 (Attn: David Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov)); (iv) counsel to the Official Committee of Unsecured Creditors: (a) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY  10036 (Attn: Rachael Ringer (rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com)) and (b) Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE  19801 (Attn: Kurt F. Gwynne (kgwynne@reedsmith.com) and Katelin A Morales (kmorales@reedsmith.com)); (v) counsel to the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE  19801 (Attn: James I. Stang (jstang@pszjlaw.com) and James E. O'Neill (joneill@pszjlaw.com)); (vi) counsel to the Future Claimants' Representative: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE  19801 (Attn:

Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com)); (vii) counsel to the Ad Hoc Committee of Local Councils: Wachtell, Lipton, Rosen & Katz, 51 W. 52nd Street, New York, NY 10019 (Attn: Richard G. Mason (rgmason@wlrk.com) and Joseph C. Celentino (jccelentino@wlrk.com)); (viii) counsel to JPMorgan Chase Bank, National Association: (a) Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, TX 75201-7932 (Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck (kristian.gluck@nortonrosefulbright.com) and (b) Womble Bond Dickinson (US) LLP, 1313 N. Market Street, Suite 1200, Wilmington, DE 19801 (Attn: Matthew Ward (matthew.ward@wbd-us.com) and Morgan Patterson (morgan.patterson@wbd-us.com)); and (ix) counsel to the County Commission of Fayette County (West Virginia): Steptoe & Johnson PLLC, Chase Tower, 8th Floor, 707 Virginia Street East, Charleston, WV 25301 (Attn: John C. Stump (john.stump@steptoe-johnson.com)).

**PLEASE TAKE FURTHER NOTICE** that on April 6, 2020, the Bankruptcy Court entered the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (the "Order") [Docket No. 341]. Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses without further notice or hearing. All fees and expenses paid to the professionals are subject to final approval by the Court.

3

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF

REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.


Dated: April 30, 2021          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: jstang@pszjlaw.com
      rorgel@pszjlaw.com
      joneill@pszjlaw.com
      jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

**EXHIBIT 1**



10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

March 31, 2021
Invoice # 14690

In Reference To: Tort Claims--Insurance
Our File No.: B029.001

**Professional Services**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | **Compensation of Professionals** | | | |
| 3/10/2021 JLS | Draft/Revise monthly fee application. | | 1.40 | 868.00 |
| | **SUBTOTAL:** | [ | 1.40 | 868.00] |
| | **General Committee** | | | |
| 3/2/2021 JLS | Appear for/Attend state court counsel meeting (1.2) and prepare for same (.7); confer with bankruptcy counsel following same (.7). | | 2.60 | 1,612.00 |
| 3/4/2021 JLS | Confer with bankruptcy team regarding BSA plan and disclosure statement (1.5) and continue review of plan in preparation for same (2.7). | | 4.20 | 2,604.00 |
| JLS | Appear for/attend TCC meeting (.5) (partial) and prepare for same (1.1). | | 1.60 | 992.00 |
| KAP | Conference with Mr. Stang, et al. re plan and insurance issues (0.9)(partial) | | 0.90 | 877.50 |
| 3/5/2021 JLS | Appear for/Attend mediation session. | | 1.50 | 930.00 |
| KAP | Attend joint mediation session (1.5) | | 1.50 | 1,462.50 |
| 3/9/2021 JLS | Appear for/Attend state court counsel meeting (2.3) and prepare for same (.3). | | 2.60 | 1,612.00 |
| 3/12/2021 JLS | Appear for/Attend SCC meeting regarding disclosure statement (.7)(partial) and review draft in preparation for same (.9); appear for/attend SCC meeting regarding disclosure statement (2.1); | | 5.40 | 3,348.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | review/analyze draft ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ following same (.9); review/analyze standing motion regarding JP Morgan (.8) |  |  |
| 3/12/2021 | KAP | Conference with Mr. Gallagher and state court counsel (partial) (0.5); conference with state court counsel re disclosure (1.5); e-mails with Mr. Schulman re issues (0.1) | 2.10 | 2,047.50 |
| 3/14/2021 | JLS | Appear for/Attend meeting regarding ▮▮▮▮▮▮▮▮ (1.2) and review current draft and recent comments to same (.7). | 1.90 | 1,178.00 |
|  | KAP | Attend estimation confernece among counsel (1.2) | 1.20 | 1,170.00 |
| 3/15/2021 | JLS | Appear for/Attend insurance working group meeting (1.5) and prepare for same (.3). | 1.80 | 1,116.00 |
| 3/16/2021 | JLS | Appear for/Attend SCC meeting (1.4) and prepare for same (.8). | 2.20 | 1,364.00 |
|  | KAP | Conference with State Court Counsel (1.4) | 1.40 | 1,365.00 |
| 3/17/2021 | JLS | Appear for/Attend court hearing (1.3) (partial) and confer with SCC following same (.4). | 1.70 | 1,054.00 |
|  | JLS | Review/Analyze motion to withdraw the reference (.5); review/ analyze ▮▮▮▮▮▮▮▮▮ (.3); review/analyze reply in response to Century's objection to the terms of the extension of the injunction (.3); and the TCC joinder thereto (.1). | 1.20 | 744.00 |
| 3/18/2021 | JLS | Appear for/Attend meeting with mediators (1.1); appear for/attend TCC meeting (2.1) and prepare for same (.8). | 4.00 | 2,480.00 |
|  | KAP | Conference with mediators and TCC (1.1); conference with TCC (partial) (1.7) | 2.80 | 2,730.00 |
| 3/22/2021 | JLS | Review/Analyze motion regarding Florida mediation (.2); review/ analyze draft ▮▮▮▮▮▮▮▮▮ (.7). | 0.90 | 558.00 |
|  | JLS | Appear for/Attend insurance working group meeting (1.7) (partial) and prepare for same (.6); appear for/attend TCC meeting regarding ▮ ▮▮▮▮▮▮▮▮▮ (2); appear for/attend TCC meeting regarding ▮▮▮▮▮▮▮ (.4). | 4.70 | 2,914.00 |
| 3/23/2021 | JLS | Appear for/Attend TCC meeting regarding upcoming mediation (1.6) and confer with Coalition coverage counsel regarding mediation (.3); confer with Mr. Orgel regarding same (.3); confer with FCR and Coalition coverage counsel regarding same (.9). | 3.10 | 1,922.00 |
|  | KAP | E-mails with Mr. Schulman and Coalition and FCR counsel (0.4); conference with State Court Counsel and TCC (1.6); conference with Coalition and FCR coverage counsel (0.9) | 2.90 | 2,827.50 |
| 3/24/2021 | JLS | Appear for/Attend mediator meeting (.6) and confer with Mr. Stang following same (.5). | 1.10 | 682.00 |

|            |     |                                                                                                                                                                                                                           |   | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---|-------|--------|
| 3/24/2021  | KAP | Research re ███████████████████ (1.4); e-mails with Mr. Stang and Mr. Schulman re same (0.4); conference with mediators, Mr. Stang, Mr. Lucas, and Mr. Schulman (0.6)                                                        |   | 2.40  | 2,340.00 |
| 3/25/2021  | JLS | Appear for/Attend ██████████████████ (1.6) and prepare for same (.9); meet with BRG and Messrs. Stang and Lucas in preparation for same (.5); confer with state court counsel following same (.3).                          |   | 3.30  | 2,046.00 |
|            | JLS | Appear for/Attend mediator meeting (1); appear/attend TCC meeting (1.2) and prepare for same (.3); confer with TCC following same (.2).                                                                                     |   | 2.70  | 1,674.00 |
|            | KAP | Draft analysis re ████████████ (0.5); conference with Judge Carey and TCC (partial) (0.5); conference with TCC (1.2); conference with Mr. Stang, Mr. Nasitair, and Mr. Schulman (0.2); review and revise ████ (0.5); review supporting memmorandum █ (0.6) |   | 3.00  | 2,925.00 |
| 3/29/2021  | JLS | Appear for/Attend insurance working group meeting (1) and prepare for same (.3).                                                                                                                                           |   | 1.30  | 806.00 |
| 3/30/2021  | JLS | Appear for/Attend mediation (5.3); confer with TCC following same (1.5); further conference with TCC in preparation for upcoming mediation session (1.1); further discussion with TCC following same (1.2).                  |   | 9.10  | 5,642.00 |
|            | KAP | Appear for mediation sessions (5.3); conferences with TCC, state court counsel, and professionals regarding mediation and approach (1.5)(1.1) (1.2).                                                                        |   | 9.10  | 8,872.50 |
| 3/31/2021  | JLS | Appear for/Attend TCC meetings in preparation for and between mediation sessions (3.4) (partial); appear for/attend mediation sessions (3.1) (partial).                                                                     |   | 6.50  | 4,030.00 |
|            | KAP | Conference with TCC (0.9); conference with mediators and TCC (0.5); conference with TCC and state court counsel (0.2); conference with mediators, TCC, local councils (1.5); further conference with TCC and state court counsel (1.2) |   | 3.40  | 3,315.00 |

|            |                 |   |       |            |
|------------|-----------------|---|-------|------------|
| **SUBTOTAL:** |              | [ | **94.10** | **69,240.50]** |

### Insurance Coverage

|            |     |                                                                                                                                                                                           | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 3/1/2021   | JLS | Confer with ██████████████████ regarding coverage issues (.4); confer with TCC working group regarding insurance issues (.7) and prepare for same (.3); confer with Coalition coverage counsel regarding insurance issues (.3). | 1.70  | 1,054.00 |
|            | JLS | Review/Analyze ██████████ in connection with anticipated ██████████                                                                                                                        | 3.70  | 2,294.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/1/2021 | JLS | Review/Analyze draft ▆▆▆▆▆ and case law governing same. | 0.80 | 496.00 |
|  | JLS | Draft/Revise correspondence to Liberty Mutual and excess insurers regarding available limits of liability (.7); review ▆▆▆▆▆ (1.1). | 1.80 | 1,116.00 |
|  | JLS | Draft/Revise excess insurer demand letter to Great American. | 0.50 | 310.00 |
|  | JLS | Research case law regarding ▆▆▆▆▆ | 1.90 | 1,178.00 |
|  | JLS | Review/Analyze draft ▆▆▆▆▆ | 3.20 | 1,984.00 |
|  | KAP | Conference with Insurance Working Group (0.7); research re Plan and draft e-mail to Insurance Working Group re same (0.9); review and revise letter to Liberty Mutual (0.2); review and revise 2004 letter to Chubb (0.1) | 1.90 | 1,852.50 |
|  | MCW | Conduct legal research for Mr. Schulman regarding whether ▆▆▆▆▆ (2.2). | 2.20 | 1,100.00 |
| 3/2/2021 | JLS | Draft/Revise letter to Century regarding reserve information and review additional case law regarding same (.8); draft/revise ▆▆▆▆▆ (.4); draft/revise ▆▆▆▆▆ (.2). | 1.40 | 868.00 |
|  | JLS | Confer with Coalition counsel regarding insurance issues (.3) and review/edit draft ▆▆▆▆▆ (.5). | 0.80 | 496.00 |
|  | JLS | Draft/Revise estimation motion. | 1.30 | 806.00 |
|  | MCW | Conduct legal research for Mr. Schulman regarding whether ▆▆▆▆▆ (.3); draft e-mail summary of legal research regarding same (1.6). | 1.90 | 950.00 |
| 3/3/2021 | JLS | Review/Analyze ▆▆▆▆▆ | 0.70 | 434.00 |
|  | JLS | Draft/Revise insurer demand letters (.7) and confer with Coalition and FCR coverage counsel regarding same (.6); continued review/ analysis of ▆▆▆▆▆ (1.7). | 3.00 | 1,860.00 |
| 3/4/2021 | JLS | Draft/Revise, finalize and transmit correspondence to Liberty Mutual regarding aggregate limits (.3); and to Century regarding its ability to pay (.3). | 0.60 | 372.00 |
| 3/5/2021 | JLS | Review/Analyze draft estimation motion. | 0.50 | 310.00 |
| 3/6/2021 | KAP | Review examination and plan and settlement demands (1.9); outline strategy re ▆▆▆▆▆ and e-mails with Mr. Schulman re same (0.7) | 2.60 | 2,535.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/7/2021 KAP | Review ████████ issues and review research re same (1.4) | | 1.40 | 1,365.00 |
| JLS | Review/Analyze ████████ second trance of insurers on which to make settlement demands. | | 1.40 | 868.00 |
| JLS | Review/Analyze motion to withdraw reference (.4); and proposal for extension of preliminary injunction (.7). | | 1.10 | 682.00 |
| CO | Draft/Revise ████████ (.2). | | 0.20 | 52.00 |
| 3/8/2021 JLS | Confer with ████████ regarding status (.2); further discussion with Mr. Nasatir regarding same (.2); confer with TCC working group regarding insurance issues (1.5) and prepare for same (.8). | | 2.70 | 1,674.00 |
| KAP | Conference with Insurance Working Group (1.5); review e-mails re ████ (0.3) | | 1.80 | 1,755.00 |
| 3/9/2021 JLS | Review/Analyze drafts of estimation motion and correspondence between counsel regarding same. | | 0.60 | 372.00 |
| JLS | Draft/Revise and transmit letter to National Surety regarding Liberty Mutual policies. | | 0.50 | 310.00 |
| 3/10/2021 JLS | Review/Analyze motion for withdrawal of reference. | | 0.40 | 248.00 |
| JLS | Draft/Revise correspondence to insurers regarding reserve amounts and changes thereto (.8) and additional legal research regarding ████████ (1.3). | | 2.10 | 1,302.00 |
| JLS | Confer with Coalition and FCR coverage counsel regarding insurance issues (.7); confer Mr. Nasatir regarding same (.2). | | 0.90 | 558.00 |
| JLS | Review/Analyze coverage ████████ | | 3.30 | 2,046.00 |
| JLS | Draft/Revise estimation motion. | | 0.60 | 372.00 |
| KAP | Review estimation motion and e-mails re same (0.2) | | 0.20 | 195.00 |
| 3/11/2021 JLS | Confer with Mr. Orgell regarding estimation motion (.3); review current draft and email correspondence regarding status of same (.8). | | 1.10 | 682.00 |
| JLS | Review/Analyze AXIS coverage correspondence. | | 0.50 | 310.00 |
| 3/12/2021 JLS | Continued coverage and claims analysis regarding ████████ | | 3.20 | 1,984.00 |
| JLS | Appear for/Attend mediation session regarding insurance issues (.9) and prepare for same (.7). | | 1.60 | 992.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/13/2021 | KAP | Conference with Mr. Schulman, Ms. Whitman, and Ms. Oswald re ██████████████████ | 0.50 | 487.50 |
| | JLS | Confer with team regarding open items and tasks. | 0.50 | 310.00 |
| | CO | Conference with Mr. Schulman, Ms. Whitman, and Mr. K. Pasich regarding coverage charts/claims data and ████████ (.5). MCW Participate in team call regarding research needed on assignment, creation of coverage charts and memo regarding status of coverage actions (.5). | 0.50 | 130.00 |
| | | | 0.50 | 250.00 |
| | MCW | Conduct legal research regarding ██████████ (3.9). | 3.90 | 1,950.00 |
| 3/14/2021 | CO | Draft/Revise ████████ (2.2); Zoom call with Mr. Schulman and Ms. Whitman regarding ████ (.9); telephone call with Ms. Whitman regarding ████████████████ and memo regarding coverage actions (.3); revise Ms. Whitman's memorandum regarding whether ████ (.3). | 3.70 | 962.00 |
| | MCW | Participate in call with Ms. Oswald and team regarding creation of coverage charts for ████████ (.9); participate in call with Ms. Oswald regarding same and memo regarding ████ (.3); draft e-mail to Mr. Pasich and Mr. Schulman regarding options for review of information and creation of coverage charts (.9); conduct legal research regarding ████ (1.4); draft e-mail to Mr. Schulman and Mr. Pasich regarding same (.3); review and edit memo regarding ████ (1.1). | 4.90 | 2,450.00 |
| 3/15/2021 | KAP | Conference with Insurance Working Group (1.5) | 1.50 | 1,462.50 |
| | KAP | Review e-mails and estimation motion draft and annotate same (0.6) | 0.60 | 585.00 |
| | MCW | Participate in call with Ms. Oswald regarding creation of ████ all policy years and insurers (.6); analyze information and draft ████ based on updated information (4.7); review and edit memo regarding ████ (1.4); coordinate issues with Policy Picture vendor to create policy charts (.8). | 7.50 | 3,750.00 |
| | CO | Participate in call with Ms. Whitman regarding creation of coverage charts ████ (.6); revise a summary regarding ████ (0.3). | 0.90 | 234.00 |
| 3/16/2021 | JLS | Review/Analyze current draft of estimation motion (.5) and emails regarding same (.2). | 0.70 | 434.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/16/2021 | CO | Draft/Revise the policy chart regarding ████████████████████, ██████████████████ (2.5). | 2.50 | 650.00 |
| 3/17/2021 | JLS | Confer with Mr. Gallagher regarding ██████████████ | 0.30 | 186.00 |
| | JLS | Confer with Coalition and FCR coverage counsel regarding insurance issues (.5); confer with Messrs. Pasich and Nasatir following same (.3). | 0.80 | 496.00 |
| | CO | Telephone conference with Ms. Whitman regarding ███████████ (.5); Draft/Revise policy chart regarding ████████████████ (2.7); compile a chart for Mr. Schulman ███████ (.2). | 3.40 | 884.00 |
| | MCW | Participate in call with Ms. Oswald regarding creation of coverage charts for █████████████ (.5); analyze information and draft coverage charts for █████████████ based on updated information (2.4; coordinate issues with Policy Picture vendor to create policy charts (.2). | 3.10 | 1,550.00 |
| 3/18/2021 | JLS | Review/Analyze coverage and claims data in connection with █████████████ (4.4) and confer with TCC and Coalition and FCR coverage counsel regarding same (.7). | 5.10 | 3,162.00 |
| | CO | Draft/Revise a policy chart regarding ██████████████ 6.8); search the BSA Additional Insureds for ████████ (0.5). | 7.30 | 1,898.00 |
| | MCW | Review policies for ██████████████ (.2); participate in telephone conference with team and policy picture regarding creation of updated policy charts (1.0); conduct legal research regarding ██████████████ (1.3); conduct legal research regarding ██████████████ (2.6). | 5.10 | 2,550.00 |
| 3/19/2021 | CO | Draft/Revise policy chart regarding ██████████████ (4.1); call with Mr. Schulman regarding data entry for the policy chart and the mechanics of uploading a policy chart into Policy Picture (0.2). | 4.30 | 1,118.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/19/2021 | JLS | Appear for/Attend meeting with FCR and Coalition coverage counsel regarding insurance issues (1.3) and confer with mediator regarding same (.4) | 1.70 | 1,054.00 |
|  | JLS | Draft/Revise ██████████████████████████. | 3.80 | 2,356.00 |
|  | JLS | Review/Analyze claims data and coverage in connection with ██████████████████████████ | 2.90 | 1,798.00 |
|  | KAP | Conference with Coalition and FCR insurance coverage attorneys ██ ████████████ (1.3); e-mails with Mr. Schulman re approach (0.2) | 1.50 | 1,462.50 |
| 3/20/2021 | JLS | Confer with TCC members regarding ██████████████ and strategy regarding same. | 0.70 | 434.00 |
|  | KAP | Multiple e-mails with Mr. Schulman re mediation and review and revise e-mails to TCC and State Court Counsel ████████████ (0.7) | 0.70 | 682.50 |
| 3/21/2021 | JLS | Confer with TCC regarding strategy ████████ ████████████ (1.7); confer with ████████ regarding same (.3). | 2.00 | 1,240.00 |
| 3/22/2021 | JLS | Review/Analyze draft ████████████████ (.8) and confer with Mr. Lucas regarding same (.5); review/analyze current drafts of all ██████████ (.8). | 2.10 | 1,302.00 |
|  | JLS | Draft/revise ██████████ (.6) and confer with TCC regarding same (.7). | 1.30 | 806.00 |
|  | KAP | Conference with Insurance Working Group (1.7); research, review, and revise ██████████ (1.1); e-mails with Ms. Schulman re mediation (0.2); conference with Mr. Stang, Mr. Nasitair, and Mr. Schulman (0.6) | 3.60 | 3,510.00 |
|  | MCW | Draft and finalize legal research memo regarding ██████████ ██████████████████████████ ██████ (4.2); draft response e-mail to Mr. Schulman regarding question from Mr. Mones about ████████████ (.2). | 4.60 | 2,300.00 |
| 3/23/2021 | JLS | Draft/Revise memorandum ██████████████████. | 2.70 | 1,674.00 |
|  | JLS | Review/Analyze Liberty Mutual correspondence and attachments (.6); review/analyze Coalition response to Hartford offer (.3); review/analyze response to motion regarding Zoom mediation (.4) | 1.30 | 806.00 |
|  | MCW | Conduct legal research regarding ██████████████████ ████████ (1.2); draft legal research memo regarding same (.9). | 2.10 | 1,050.00 |

BSA Tort Claimants                                                                                    Page    9

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/24/2021 | JLS | Review/Analyze ███████ and edit same based on claims data and coverage (1.4); review coverage and claims data regarding same (1); confer with Mr. Lucas regarding same (.7). | 3.10 | 1,922.00 |
| | JLS | Review/Analyze ███████ data in preparation for mediation (3.1); review/analyze ███████ in preparation for mediation (1.4). | 4.50 | 2,790.00 |
| 3/25/2021 | JLS | Draft/Revise ███████. | 0.70 | 434.00 |
| | CO | Revise a memorandum ███████ (.7). | 0.70 | 182.00 |
| 3/26/2021 | JLS | Draft/Revise, finalize and transmit demand letter to BSA (.4) and confer with TCC regarding same (.4). | 0.80 | 496.00 |
| 3/27/2021 | JLS | Review/Analyze ███████ | 0.90 | 558.00 |
| 3/29/2021 | JLS | Confer with Mr. Orgel regarding ███████ (.6) and legal research regarding same (.8). | 1.40 | 868.00 |
| | JLS | Confer with Coalition coverage counsel in preparation for mediation. | 0.20 | 124.00 |
| | JLS | Review/Analyze Liberty Mutual coverage and claims data ███████ | 2.60 | 1,612.00 |
| | KAP | Conference with Insurance Working Group (1.0); review e-mails from state court counsel and mediators (0.3) | 1.30 | 1,267.50 |
| 3/30/2021 | MCW | Conduct legal research and update memo regarding ███████ (2.3); Conduct legal research and update memo regarding ███████ (3.8). | 6.10 | 3,050.00 |
| 3/31/2021 | JLS | Review/Analyze claims data regarding ███████ | 2.30 | 1,426.00 |
| | MCW | Analyze claim information and draft charts for Mr. Schulman regarding ███████ (2.3). | 2.30 | 1,150.00 |
| | | **SUBTOTAL:**                                                                 [ | 169.60 | 97,636.00] |

**Subtotal of charges**                                                                    $167,744.50
Courtesy Deduction of Time                                                                 ($5,280.00)
**For professional services rendered**                                          265.10 $162,464.50

**Previous balance**                                                                       $563,953.51

BSA Tort Claimants                                                                Page    10

|  |  | Amount |
|---|---|---|
| **Accounts receivable transactions** | | |
| 3/12/2021    Payment – Thank you. Check No. EFT | | ($191,750.55) |
| **Total payments and adjustments** | | **($191,750.55)** |
| **Balance due** | | **$534,667.46** |

| | |
|---|---|
| Courtesy Deduction of Time: | $5,280.00 |
| Discount on Rates: | $49,483.00 |
| **Total Deduction/Discount:** | **$54,763.00** |

**Timekeeper Summary**

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 23.5 | 325 | 260 | 7,637.50 | 6,110.00 | 1,527.50 |
| Donald K. Piper | 0 | 290 | 260 | 0.00 | 0.00 | 0.00 |
| Jeffrey L. Schulman | 149.1 | 775 | 620 | 115,552.50 | 92,442.00 | 23,110.50 |
| Kirk A. Pasich | 48.3 | 1,375.00 | 975 | 66,412.50 | 47,092.50 | 19,320.00 |
| Mikaela C. Whitman | 44.2 | 625 | 500 | 27,625.00 | 22,100.00 | 5,525.00 |
| TOTAL | 265.10 | | | $217,227.50 | $167,744.50 | $49,483.00 |