**<u>EXHIBIT H</u>**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  June 9, 2021 at 4:00 p.m. (ET)**
**Hearing Date:  To be scheduled if necessary**

### SEVENTH MONTHLY (COMBINED) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021

| | |
|---|---|
| Name of Applicant: | Pasich LLP |
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective as of May 12, 2020 by order signed on or about June 17, 2020 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2021 through April 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $121,513.50[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $   0.00 |

This is a:        x   monthly          interim          final application.

The total time expended for fee application preparation is approximately 1.5 hours

and the corresponding compensation requested is approximately $900.00.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Applicant has discounted its fees by $37,269.00 for the Application fee period, comprising of courtesy deductions of time, and a 20% rate discount for all professionals and paraprofessionals being billed at 80% of their regular rates, with the exception of Kirk Pasich, whose rate for this engagement was reduced to $975 per hour rather than his standard rate of $1,375 per hour.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 08/18/20 | 05/12/20 - 07/31/20 | $262,233.30 | $0 | $262,233.30 | N/A |
| 11/17/20 | 08/01/20 - 10/31/20 | $413,923.00 | $0 | $413,923.00 | N/A |
| 01/14/21 | 11/1/20 – 12/31/20 | $284,751.00 | $0 | $331,138.40 | N/A |
| 02/16/21 | 01/01/21 – 01/31/21 | $239,602.25 | $68.75 | $191,750.55 | |
| 03/18/21 | 02/02/21 – 02/28/21 | $130,211.50 | $1,958.30 | | |
| 04/21/21 | 03/01/21 – 03/31/21 | $162,464.50 | $0 | | N/A |

## PASICH LLP PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes and 20% discount) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kirk A. Pasich | Managing Partner, Insurance Recovery.  Admitted to practice in 1980 with more than 38 years of relevant experience. | $975.00 | 44.1 | $42,997.50 |
| Jeffrey L. Schulman | Partner, Insurance Recovery.  Admitted to practice in 2000 with approximately 16 years of relevant experience. | $620.00 | 120.00 | $74,400.00 |
| Mikaela C. Whitman | Partner, Insurance Recovery.  Admitted to practice in 2009 with approximately 11 years of relevant experience. | $500.00 | 4.8 | $2,400.00 |
| Caitlin Oswald | Associate, Insurance Recovery.  Admitted to practice in 2020. | $260.00 | 6.6 | $1,716.00 |
| Donald K. Piper | Paraprofessional, Insurance Recovery.  Began working in 1988 with approximately 32 years of relevant experience. | $260.00 | 0 | $ 0.00 |

**Grand Total:    $121,513.50[3]**
**Total Hours:          175.50**
**Blended Rate:  $      692.38**

---

[3] This total includes both the discounted rates.

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees[4] |
|---|---|---|
| General Committee | 64.90 | $45,918.00 |
| Insurance Coverage | 108.20 | $74,107.50 |
| Compensation of Professionals | 2.4 | $1,488.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| N/A | | $0.00 |

---

[4] This total includes the discounted rates but not the courtesy deductions.

DOCS_DE:234587.1 85353/002

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  June 9, 2021 at 4:00 p.m. (ET)**
**Hearing Date:  To be scheduled if necessary**

## SEVENTH MONTHLY (COMBINED) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE <u>FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021</u>

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively,

the "Bankruptcy Rules"), and the "Order (I) Approving Procedures for (A) Interim

Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense

Reimbursement for Official Committee Members and (II) Granting Related Relief," signed on or

about April 6, 2020 (the "Administrative Order"), Pasich LLP ("Pasich" or the "Firm"),

Insurance Counsel to the Tort Claimants' Committee (the "Committee"), hereby submits its

Seventh Monthly (Combined) Application for Compensation and for Reimbursement of

Expenses for the Period from April 1, 2021 through April 30, 2021 (the "Application").

By this Application Pasich seeks a monthly interim allowance of compensation in

the amount of $121,513.50 and actual and necessary expenses in the amount of $0.00 for a total

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

allowance of $121,513.50 and payment of $97,210.80 (80% of the allowed fees) and

reimbursement of $0.00 (100% of the allowed expenses) for a total payment of $97,210.80 for

the period April 1, 2021 through April 30, 2021 (the "Interim Period").  In support of this

Application, Pasich respectfully represents as follows:

### Background

1.      On February 18, 2020 (the "Petition Date"), the Debtors commenced their

Chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy

Code.  The Debtors have continued in possession of their property and continued to operate and

manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about April 6, 2020, the Court signed the Administrative Order,

authorizing certain professionals ("Professionals") to submit monthly applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications.  If no objections are made within fourteen (14) days after service of the monthly

fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the

requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the

period ending May 31, 2020 and at three-month intervals thereafter, each of the Professionals

shall file and serve an interim application for allowance of the amounts sought in its monthly fee

2

applications for that period.  All fees and expenses paid are on an interim basis until final

allowance by the Court.

4.      The retention of Pasich, as Insurance Counsel to the Tort Claimants'

Committee, was approved effective as of May 12, 2020 by this Court's "Order Pursuant to

Sections 328 and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy

Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pasich LLP as

Insurance Counsel for the Official Tort Claimants' Committee Effective as of May 12, 2020,"

signed on or about June 17, 2020 (the "Retention Order").  The Retention Order authorized

Pasich to be compensated on an hourly basis and to be reimbursed for actual and necessary out-

of-pocket expenses.  Pasich is employed as insurance counsel and has made and will make all

reasonable efforts to avoid duplication of work performed by the Committee's other

professionals.

## PASICH'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5.      All services for which Pasich requests compensation were performed for

or on behalf of the Committee.

6.      Pasich has received no payment and no promises for payment from any

source other than the Debtors for services rendered or to be rendered in any capacity whatsoever

in connection with the matters covered by this Application.  There is no agreement or

understanding between Pasich and any other person other than the partners of Pasich for the

3

sharing of compensation to be received for services rendered in these cases.  Pasich did not receive a retainer in this matter.

### Fee Statements

7.    The fee statement for the Interim Period is attached hereto as Exhibit A. This statement contains daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period.  To the best of Pasich's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules.  Pasich's time reports are electronically maintained by the attorney or paralegal performing the described services and Pasich.  The time reports are organized on a daily basis.  Pasich is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, time is recorded per tasks so reflected in the time reports. Pasich's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.

### Actual and Necessary Expenses

8.    A summary of actual and necessary expenses incurred by Pasich for the Interim Period is attached hereto as part of Exhibit A.  Pasich does not charge for internal photocopying or facsimile expenses.

9.    Pasich also does not charge with respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW).

4

### Summary of Services Rendered

10.     The names of the partners and associates of Pasich who have rendered professional services in these cases during the Interim Period, and the paralegals and case management assistants of Pasich who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A.

11.     Pasich, by and through such persons, has advised the Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  Pasich's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

### Summary of Services by Project

12.     The services rendered by Pasich during the Interim Period can be grouped into the categories set forth below.  Pasich attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

5

**A.    General Committee**

13.    This category relates to work regarding general committee issues.  During the Interim Period, the Firm, among other things:  (1) prepared for and attended conference calls with the Committee; (2) prepared for and attended conference calls with State Court Counsel and various committees and committee members; (3) prepared for and attended numerous conference calls with mediators; (4) corresponded and conferred regarding general committee issues; and (5) attended mediation sessions.

Fees:  $45,918.00;    Hours:  64.90[2]

**B.    Insurance Coverage**

14.    This category relates to work regarding insurance coverage issues.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed insurance policies and corresponding documents; (2) reviewed and analyzed insurance coverage issues and legal arguments; (3) performed legal research on insurance coverage issues; (4) reviewed and analyzed underlying litigation allegations, pleadings, motions, filings and coverage portfolio issues; and (5) conferred and corresponded regarding insurance coverage issues.

Fees:  $74,107.50;    Hours:  108.20

**C.    Compensation of Professionals**

15.    This category relates to work preparing and filing monthly and quarterly fee applications including, among other things, ensuring that time entries subject to the application do not disclose confidential or privileged information.

Fees:  $1,488.00;    Hours: 2.4

---

[2] These totals include the total hours billed but the fee amounts include the discounted rates.

### Valuation of Services

16.     Attorneys and paraprofessionals of Pasich expended a total 265.10 hours

in connection with their representation of the Committee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including 20% discount) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kirk A. Pasich | Managing Partner, Insurance Recovery.  Admitted to practice in 1980 with approximately 40 years of relevant experience. | $975.00 | 44.1 | $42,997.50 |
| Jeffrey L. Schulman | Partner, Insurance Recovery. Admitted to practice in 2000 with approximately 16 years of relevant experience. | $620.00 | 120.00 | $74,400.00 |
| Mikaela C. Whitman | Partner, Insurance Recovery. Admitted to practice in 2009 with approximately 11 years of relevant experience. | $500.00 | 4.8 | $2,400.00 |
| Caitlin Oswald | Associate, Insurance Recovery. Admitted to practice in 2020. | $260.00 | 6.6 | $1,716.00 |
| Donald K. Piper | Paraprofessional, Insurance Recovery.  Licensed in 1988 with approximately 32 years of relevant experience. | $260.00 | 0 | $ 0.00 |

**Grand Total:    $121,513.50[3]**
**Total Hours:      175.50**
**Blended Rate:  $      692.38**

17.     The nature of work performed by these persons is fully set forth in Exhibit

A attached hereto.  Pasich's normal hourly rates for work of this character have all been

---

[3] This total includes both the discounted rates.

7

discounted.  The reasonable value of the services rendered by Pasich for the Committee during the Interim Period is $121,513.50 after applying those discounts.

18.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Pasich is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, Pasich has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, Pasich respectfully requests that the Court enter an order providing that, for the period of April 1, 2021 through April 30, 2021, an interim allowance be made to Pasich for compensation in the amount of $121,513.50 and actual and necessary expenses in the amount of $0.00 for a total allowance of $121,513.50 and payment of $97,210.80 (80% of the allowed fees) and reimbursement of $0.00 (100% of the allowed expenses) for a total payment of $97,210.80; and for such other and further relief as this Court deems proper.

Dated:  May 26, 2021                  **PASICH LLP**


                                      ___/s/ Jeffrey L. Schulman_____
                                      By:  Jeffrey L. Schulman

                                      Insurance Counsel to the Tort Claimants Committee

## DECLARATION

STATE OF NEW YORK    :
                                  :

COUNTY OF NEW YORK   :

         Jeffrey L. Schulman, after being duly sworn according to law, deposes and says:

         a)       I am a partner with the applicant law firm Pasich LLP, and have been admitted to appear before this Court.

         b)       I am familiar with many of the legal services rendered by Pasich LLP as Insurance Counsel to the Tort Claimants' Committee.

         c)       I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about April 6, 2020 and submit that the Application substantially complies with such Rule and Order.


                                    /s/ Jeffrey L. Schulman
                                      Jeffrey L. Schulman

9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**Objection Deadline: June 9, 2021 at 4:00 p.m. (ET)**
**Hearing Date: Scheduled only if necessary**

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Pasich LLP ("Pasich"), insurance counsel to the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), in the above-captioned cases, has filed its *Seventh Monthly (Combined) Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from April 1, 2021 through April 30, 2021* (the "Application") seeking fees in the amount of $121,513.50 and reimbursement of actual and necessary expenses in the amount of $0.00 for the period from April 1, 2021 through April 30, 2021.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 9, 2021 at 4:00 p.m. prevailing Eastern Time**.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) the Debtors: Boy Scouts of America, 1325 W. Walnut Hill Lane, Irving, TX  75038 (Attn: Steven P. McGowan); (ii) counsel to the Debtors: (a) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020 (Attn: Jessica C. Lauria (jessica.lauria@whitecase.com)), (b) White & Case LLP, 111 S. Wacker Drive, Chicago, IL  60606 (Attn: Michael C. Andolina (mandolina@whitecase.com) and Matthew E. Linder (mlinder@whitecase.com)); and (c) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE  19899-1347 (Attn: Derek C. Abbott (dabbott@mnat.com)); (iii) the United States Trustee: 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE  19801 (Attn: David Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov)); (iv) counsel to the Official Committee of Unsecured Creditors: (a) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY  10036 (Attn: Rachael Ringer (rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com)) and (b) Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE  19801 (Attn: Kurt F. Gwynne (kgwynne@reedsmith.com) and Katelin A Morales (kmorales@reedsmith.com)); (v) counsel to the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE  19801 (Attn: James I. Stang (jstang@pszjlaw.com) and James E. O'Neill (joneill@pszjlaw.com)); (vi) counsel to the Future Claimants' Representative: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE  19801 (Attn: Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com)); (vii) counsel to the Ad Hoc Committee of Local Councils: Wachtell, Lipton, Rosen & Katz, 51 W. 52nd Street, New York, NY  10019 (Attn: Richard G. Mason (rgmason@wlrk.com) and Joseph C. Celentino

2

(jccelentino@wlrk.com)); (viii) counsel to JPMorgan Chase Bank, National Association: (a)
Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, TX 75201-7932 (Attn: Louis R.
Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck
(kristian.gluck@nortonrosefulbright.com) and (b) Womble Bond Dickinson (US) LLP, 1313 N.
Market Street, Suite 1200, Wilmington, DE 19801 (Attn: Matthew Ward (matthew.ward@wbd-
us.com) and Morgan Patterson (morgan.patterson@wbd-us.com)); and (ix) counsel to the County
Commission of Fayette County (West Virginia): Steptoe & Johnson PLLC, Chase Tower, 8th
Floor, 707 Virginia Street East, Charleston, WV 25301 (Attn: John C. Stump
(john.stump@steptoe-johnson.com)).

   **PLEASE TAKE FURTHER NOTICE** that on April 6, 2020, the Bankruptcy
Court entered the *Order (I) Approving Procedures for (A) Interim Compensation and
Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for
Official Committee Members and (II) Granting Related Relief* (the "Order") [Docket No. 341].
Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing
with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay
the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses
without further notice or hearing. All fees and expenses paid to the professionals are subject to
final approval by the Court.

   **PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN
ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF
REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

3

Dated: May 26, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

                                       */s/ James E. O'Neill*
                                       James I. Stang (CA Bar No. 94435)
                                       Robert B. Orgel (CA Bar No. 10187)
                                       James E. O'Neill (DE Bar No. 4042)
                                       John W. Lucas (CA Bar No. 271038)
                                       919 North Market Street, 17th Floor
                                       P.O. Box 8705
                                       Wilmington, DE  19899-8705 (Courier 19801)
                                       Telephone: (302) 652-4100
                                       Facsimile:   (302) 652-4400
                                       Email: jstang@pszjlaw.com
                                               rorgel@pszjlaw.com
                                               joneill@pszjlaw.com
                                               jlucas@pszjlaw.com

                                       *Counsel for the Tort Claimants' Committee*

# EXHIBIT A

# P A S I C H LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

April 30, 2021
Invoice #  14863

In Reference To: Tort Claims--Insurance
Our File No.:   B029.001

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **Compensation of Professionals** | | | | |
| 4/8/2021 JLS | Draft/Revise monthly fee application. | | 1.80 | 1,116.00 |
| 4/22/2021 JLS | Draft/Revise fee application. | | 0.60 | 372.00 |
| | **SUBTOTAL:** | [ | 2.40 | 1,488.00] |
| **General Committee** | | | | |
| 4/1/2021 JLS | Appear for/Attend TCC meeting. | | 2.00 | 1,240.00 |
| KAP | Conference with TCC and State Court Counsel (2.0) | | 2.00 | 1,950.00 |
| 4/2/2021 JLS | Review/Analyze objection to exclusivity motion. | | 0.30 | 186.00 |
| 4/5/2021 JLS | Confer with BSA's counsel regarding insurance issues (.5); and prepare for same (.2); appear for/attend TCC insurance working group meeting (1.0) and prepare for same (.4). | | 2.10 | 1,302.00 |
| 4/6/2021 JLS | Appear for/Attend state court counsel meeting (1.6) and prepare for same (.6). | | 2.20 | 1,364.00 |
| KAP | Conference with state court counsel (1.6) | | 1.60 | 1,560.00 |
| 4/7/2021 JLS | Review/Analyze draft ███████████. | | 0.50 | 310.00 |
| 4/9/2021 KAP | Research re ██████████████ (0.4); e-mail to Mr. Kennedy re same (0.1); review and revise ████████ (0.9) | | 1.40 | 1,365.00 |

BSA Tort Claimants                                                                          Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/9/2021 | JLS | Review/Analyze plan term sheet and power point presentation of the plan term sheet. | 1.40 | 868.00 |
| 4/12/2021 | JLS | Appear for/Attend insurance working group meeting (1.0); and prepare for same (.3). | 1.30 | 806.00 |
| | JLS | Appear for/Attend court status conference (1.0) and prepare for same (.1); confer with TCC following same (.3). | 1.40 | 868.00 |
| | KAP | Attend status conference with court (1.0); conference with State Court Counsel (1.0)' conference with Mr. Schulman (0.1) | 2.10 | 2,047.50 |
| 4/13/2021 | JLS | Appear for/Attend state court counsel meeting (1.1) and prepare for same (.3); review/analyze BSA response to TCC exclusivity objection (.6). | 2.00 | 1,240.00 |
| | KAP | Conference with State Court Counsel (1.1) | 1.10 | 1,072.50 |
| 4/14/2021 | JLS | Draft/Revise ▮▮▮▮▮▮▮▮▮▮▮▮ (.6); and confer with Mr. Pasich regarding same (.2; confer with state court counsel regarding same (.5). | 1.30 | 806.00 |
| 4/15/2021 | JLS | Appear for/Attend mediator meeting (1); appear for/attend TCC meeting (1.5) and prepare for same (.4). | 2.00 | 1,240.00 |
| 4/19/2021 | JLS | Appear for/Attend meeting ▮▮▮▮▮▮▮▮▮▮▮▮ regarding insurance issues (.4); confer with insurance working group (1.5) and prepare for same (.4); appear for/attend meeting with FCR and Coalition coverage counsel regarding estimation and plan discovery (1); review draft discovery demands in preparation for same (1.1). | 4.40 | 2,728.00 |
| | JLS | Review/Analyze and edit draft discovery demands regarding insurance and estimation. | 0.70 | 434.00 |
| 4/20/2021 | JLS | Appear for/Attend state court counsel meeting (1.2) and prepare for same (.9). | 2.10 | 1,302.00 |
| 4/22/2021 | JLS | Appear for/Attend mediator session (1.1) and confer with Messrs. Pasich and Stang in preparation for same (.6); appear for/attend TCC meeting (2) and prepare for same (.7). | 4.40 | 2,728.00 |
| | KAP | Conference with Mr. Schulman re mediation (0.1); conference with mediators and TCC (1.1); conference with TCC (2.0) | 3.20 | 3,120.00 |
| 4/26/2021 | JLS | Appear for/Attend TCC insurance working group meeting (.8) and prepare for same (.4). | 1.20 | 744.00 |
| 4/27/2021 | JLS | Appear for/Attend state court counsel meeting (1.5) and prepare for same (.8). | 2.30 | 1,426.00 |
| | JLS | Review/Analyze final discovery demands regarding plan solicitation procedures (.5); continued review/analysis of draft trust distribution procedures regarding insurance (2.3)(partial). | 2.80 | 1,736.00 |

BSA Tort Claimants                                                                                    Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/28/2021 | JLS | Appear for/Attend LDS presentation (2.1) and prepare for same (1.6). | 3.70 | 2,294.00 |
| 4/29/2021 | JLS | Appear for/Attend meeting with Century regarding insurance and bankruptcy issues (2.5) and prepare for same (1.7); confer with TCC following same (.2) | 4.40 | 2,728.00 |
|  | JLS | Appear for/Attend mediator meeting (.8); appear for/attend TCC meeting (1.3) and prepare for same (.4). | 2.50 | 1,550.00 |
|  | KAP | Mediation session with Chubb representatives and follow-up conference with Mr. Stang, Mr. Orgel, and Mr. Schulman (2.5); conference with mediators and TCC and conference with TCC re mediation and issues and approach (1.7); further revise analysis re Century-INA (0.4) | 4.60 | 4,485.00 |
| 4/30/2021 | JLS | Review/Analyze current draft of disclosure statement objection (2.8) and review trust distribution procedures and BSA plan in connection with same (1.1). | 3.90 | 2,418.00 |
|  |  | **SUBTOTAL:**                                                            [ | **64.90** | **45,918.00]** |

**Insurance Coverage**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/1/2021 | JLS | Review/Analyze revised plan term sheet (.6); review/analyze estimation motion discovery (.5). | 1.10 | 682.00 |
| 4/2/2021 | JLS | Confer with ██████████████████████ (.3) and confer with Mr. Pasich regarding ████████████████ (.5); review allocation scenarios (.7) and confer with Ms. Whitman regarding same (.2). | 1.70 | 1,054.00 |
|  | KAP | Review demands and communications re same and conference with BSA's coverage counsel and Mr. Schulman (0.7); e-mails with Mr. Stang, Mr. Schulman, and state court counsel re filings and settlement approach (0.6) | 1.30 | 1,267.50 |
|  | MCW | Participate in telephone conference with Mr. Schulman regarding claims information and charts showing █████████████ (.2); analyze information and draft chart regarding same (1.5). | 1.70 | 850.00 |
| 4/3/2021 | KAP | Review and revise interrogatories to Century (0.9); Draft/Revise e-mails re same (0.1) | 1.00 | 975.00 |
| 4/5/2021 | KAP | Conference with Insurance Working Group (1.0) | 1.00 | 975.00 |
| 4/6/2021 | KAP | Review and revise analysis of Liberty years for state court counsel (1.6) | 1.60 | 1,560.00 |
| 4/7/2021 | JLS | Draft/revise insurance-related objections to disclosure statement (1.2) and review/Analyze plan and disclosure statement regarding same (2). | 3.20 | 1,984.00 |

BSA Tort Claimants                                                                    Page    4

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/7/2021 | JLS | Review/Analyze draft discovery to be propounded on insurers and revise same (1.2); review/analyze current version of plan term sheet response and emails regarding same (.9); review/analyze draft TCC plan of reorganization (.8). | 2.90 | 1,798.00 |
| | KAP | Research and revise insurance insert into status conference report (0.9); e-mails with Mr. Schulman re Century (0.1) | 0.10 | 97.50 |
| | JLS | Draft/Revise insurance-related report for status conference update. | 1.30 | 806.00 |
| 4/8/2021 | JLS | Draft/Revise insurance objection to plan and disclosure statement (3.2); review plan, disclosure statement, coverage, claims data and coverage action filings regarding same (3) | 6.20 | 3,844.00 |
| | JLS | Draft/Revise insurer discovery demands. | 0.80 | 496.00 |
| | KAP | Review and revise requests for admission to Century (0.3); review e-mails re status conference (0.1) | 0.40 | 390.00 |
| 4/9/2021 | JLS | Draft/Revise insurance related objections to plan and disclosure statement. | 1.20 | 744.00 |
| 4/12/2021 | KAP | Conference with Insurance Working Group (1.0) | 1.00 | 975.00 |
| 4/14/2021 | JLS | Review/Analyze second amended plan, disclosure statement and trust distribution procedures. | 3.80 | 2,356.00 |
| | KAP | Review 2nd Amended Plan and select and annotate insurance-related provisions (2.6); telephone conference with and e-mails with Mr. Stang re Hartford demand (0.2); telephone conference and e-mails with Mr. Schulman re same (0.2); conference with State Court Counsel re same and draft and revise demand to BSA and Hartford (1.3); e-mails with State Court Counsel re same (0.3) | 4.60 | 4,485.00 |
| 4/15/2021 | JLS | Review/Analyze (con't) of trust distribution procedures and plan documents relative to insurance. | 2.20 | 1,364.00 |
| | CO | Draft/Revise a coverage chart for ██████████████ ████████████████████████ ███████████████████ ███████ (2); call with Mr. Schulman regarding same (.1). | 2.10 | 546.00 |
| 4/16/2021 | JLS | Appear for/Attend meeting with Coalition and FCR coverage counsel regarding insurance issues. | 0.60 | 372.00 |
| | JLS | Review/Analyze Hartford settlement agreement and mediators' report (1.7); review BSA coverage portfolio regarding ████████ ████████████ (.8); legal research regarding ████████ (2.3). | 4.80 | 2,976.00 |
| | KAP | Review Hartford settlement and e-mails re same (0.4); assess ████████ ████████████████████ (0.7) | 1.10 | 1,072.50 |

BSA Tort Claimants                                                                                    Page     5

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/19/2021 | JLS | Draft/Revise and transmit demand letters ████████████ | 0.80 | 496.00 |
| | KAP | Conference with Insurance Working Group (partial) (1.2); review settlement demands and e-mails with Mr. Schulman re same (0.2); review Hartford agreement and Hartford financial information (1.1) | 2.50 | 2,437.50 |
| | CO | Telephone conversation with Mr. Schulman regarding Hartford's insurers and additional insurers beginning in 1971 (.1); draft a chart ████████████████████████████████████████ ███████████████████████ (3.2). | 3.30 | 858.00 |
| 4/20/2021 | JLS | Research ██████████████████ (2.7); review/analyze ██████████ ██████████ following settlement filing (1.6). | 4.30 | 2,666.00 |
| | JLS | Review/Analyze Travelers coverage and corresponding claims data. | 3.70 | 2,294.00 |
| | KAP | E-mails with counsel and Mr. Schulman (0.3); conference with state court counsel (1.2) | 1.50 | 1,462.50 |
| 4/21/2021 | JLS | Draft/Revise Century and Hartford discovery demands (.8) and confer with Mr. Nasatir regarding same (.1). | 0.90 | 558.00 |
| 4/22/2021 | JLS | Confer with Mr. Gallagher regarding mediation status (.2); confer with Coalition coverage counsel regarding Travelers coverage (.2); continued analysis of Travelers coverage and corresponding claims data (3.3). | 3.70 | 2,294.00 |
| | JLS | Review/Analyze current drafts of discovery demands. | 1.10 | 682.00 |
| | CO | Draft two charts ████████████████████████ ███████████████ (.4); calculate all of the post 1980's coverage (.1). | 0.50 | 130.00 |
| | JLS | Review/Analyze BSA chart of policies with assumptions and compare to policy charts (1.3); review/analyze Hartford statute of limitations analysis (.7); review/analyze LDS presentations and BSA coverage regarding same (2); review/analyze Coalition objection to exclusivity (.5). | 4.50 | 2,790.00 |
| 4/23/2021 | JLS | Draft/revise discovery demands (.7); review newly uploaded insurance documents to the data room (2.4). | 3.10 | 1,922.00 |
| | KAP | Review insurance-related discovery and e-mails with Mr. Nasatir re same (0.4) | 0.40 | 390.00 |
| | JLS | Review/Analyze Travelers coverage and corresponding claims data. | 3.80 | 2,356.00 |
| 4/24/2021 | JLS | Review/Analyze Travelers local council coverage and corresponding claims data. | 4.40 | 2,728.00 |
| 4/25/2021 | JLS | Research ████████████████████████████████ | 2.90 | 1,798.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/26/2021 | JLS | Confer with coverage counsel regarding insurance issues. | 0.40 | 248.00 |
| | JLS | Appear for/Attend meeting regarding Century (1.2) and prepare for same (2.2) | 3.40 | 2,108.00 |
| | KAP | Review and analyze Chubb 2020 Annual Report and AMBest assessment and prepare analysis and presentation re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (6.8); attend conference with BSA re its assessment of INA-Chubb-Century ability to pay (1.2); e-mails re same with Mr. Schulman, Ms. Whitman, Mr. Nasatair, and Mr. Stang (0.3) | 8.30 | 8,092.50 |
| | KAP | Conference with Insurance Working Group re settlement demands, Liberty Mutual, and next steps (0.8) | 0.80 | 780.00 |
| | MCW | Research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Mr. Pasich (1.9); participate in telephone conference with counsel for TCC and BSA regarding presentation from expert on Century (1.2). | 3.10 | 1,550.00 |
| 4/27/2021 | KAP | Revise Century presentation (0.3); conference with State Court Counsel (partial) (1.0) | 1.30 | 1,267.50 |
| 4/28/2021 | CO | Research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ (.7). | 0.70 | 182.00 |
| 4/30/2021 | JLS | Review/Analyze coverage and claims data regarding additional pre-mediation demands (1.7) and confer with Coalition counsel regarding same (.2). | 1.90 | 1,178.00 |
| | KAP | E-mails with Mr. Schulman re additional offers to insurers (0.3); review insurer financial data in preparation for mediation sessions (0.9) | 1.20 | 1,170.00 |
| | | **SUBTOTAL:** [ | **108.20** | **74,107.50]** |

| | | |
|---|---|---|
| **Subtotal of charges** | | **$121,513.50** |
| **For professional services rendered** | 175.50 | **$121,513.50** |
| **Previous balance** | | **$534,667.46** |
| **Accounts receivable transactions** | | |
| 4/23/2021 Payment - Thank You. Check No. EFT | | ($106,127.50) |
| **Total payments and adjustments** | | **($106,127.50)** |

BSA Tort Claimants                                                                Page    7

<u>Amount</u>

**Balance due**                                                                **$550,053.46**

| Discount on Rates: | $37,269.00 |
|---|---|
| **Total Discount:** | **$37,269.00** |

Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 6.6 | 325 | 260 | 2,145.00 | 1,716.00 | 429.00 |
| Donald K. Piper | 0 | 290 | 260 | 0.00 | 0.00 | 0.00 |
| Jeffrey L. Schulman | 120 | 775 | 620 | 93,000.00 | 74,400.00 | 18,600.00 |
| Kirk A. Pasich | 44.1 | 1,375.00 | 975 | 60,637.50 | 42,997.50 | 17,640.00 |
| Mikaela C. Whitman | 4.8 | 625 | 500 | 3,000.00 | 2,400.00 | 600.00 |
| TOTAL | 175.50 | | | $158,782.50 | $121,513.50 | $37,269.00 |