# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL AS COUNSEL FOR CLAIMANT NUMBER SA-59066

PAUL MONES, P.C., counsel of record for Claimant Number SA-59066, hereby withdraws as counsel for claimant in the above-captioned case against Boy Scouts of America.

**Please note that counsel is not withdrawing the Proof of Claim filed on behalf of Claimant Number SA-59066.** Please direct all communications regarding Claimant Number SA-59066 directly to the claimant at the contact information he provided in his Proof of Claim.

Dated:  August 5, 2021
         Los Angeles, California

KLEHR HARRISON HARVEY BRANZBURG BRANZBURG LLP

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:  (302) 552-5503
Email:  sveghte@klehr.com

-And-

PAUL MONES, P.C.
Paul Mones, Esq.
13101 Washington Blvd, Suite 128
Los Angeles, CA 90066
Phone: (310) 566-7418
Facsimile: (310) 566-7420

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.