IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

Chapter 11

Case No. 20-10343 (LSS) (Jointly Administered)

824 Market Street
3rd Floor Suite 300
Wilmington, DE 19801



## NOTICE TO THE COURT OF ABANDONMENT BY CONTRACTED COUNSELORS

July 30th, 2021, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, potentially additional counsel not yet known, paralegals, and potentially additional others not yet known, (Mones, and Mones P.C.), 13101 Washington Blvd., Los Angeles, CA 90066, telephone 310.566.7418, and elsewhere, in the employ or verbal or written contract of ▮▮▮▮▮▮▮▮ abandoned me as follows:

1.

April 30, 2020, Paul Mones, Esq., and Paul Mones, P.C., Delivered to me, their pre-typed Contract for Attorney/ies Services; after, Mones, and Mones, P.C., and Claimant Contract.

2.

a) July 7, 2021, via e-mail, Mones, and Mones, P.C. sought to speak with me by telephone.

b) In a second e-mail to me on July 7, 2021, e-mail, Mones, and Mones P.C., requests my telephone number.

c) I delivered my telephone number to Mones, and Mones, P.C., same day.

d) July 8, 2021, Mones, and Mones, P.C. calls me, speaking angrily to me during our telephone conference.

1

e) July 26, 2021, Mones, and Mones, P.C., twice e-mailed me asking for communications with me and I agreed: Mones and Mones, P.C. never calling me.

f) July 27, 2021, Mones, and Mones, P.C., e-mailed me asking for communications with me and I agreed: Again, Mones and Mones, P.C. never calling me.

g) July 28, 2021, Mones, and Mones, P.C., e-mailed me asking for communications with me and I agreed: Again: Mones and Mones, P.C. never calling me.

h) Mones, and Mones, P.C. refused to telephone me, or e-mail me, following their four (4) e-mails to me, desiring to speak with me.

i) Mones, and Mones P.C. has employee(es) and additional Attorneys able to contact me as before.

j) Mones, and Mones P.C. could have asked me any thing he desires via e-mail.

k) Mones, and Mones, P.C. contacted me four (4) times seeking a telephone conference then did not follow through.

l) Mones, and Mones, P.C. have "Four Hundred Clients" as Claimants in the Current Action before the court.

3.

My Claim(s) Are Well Documented and Evidenced and in the Possession of Mones and Mones P.C., for more than a year and should already be in Possession of the Court.

4.

Mones and Mones P.C., knows I have been working with the Center for Diseases Control West Coast Covid Vaccine Project, my dates of temporary employment, April 30, 2021, to July 8, 2021. I am at work as early as (off the clock required by the nature of the work) 10:00 a.m. to 9:15 p.m. EST/Georgia Time, five, then four days every week.

5.

Because of my employment schedule, I could not attend nor watch after posted meetings of monthly Live BSA Tort Claimants Committee Meetings, to prepare food and eat, exercise following up to ten- and one-half hours of sitting, personal care, shop for groceries and clothes, deal with transient men* and personal tasks, I go to bed immediately following work or caring for myself.

6.

For all listed, I am dependent on Mones and Mones P.C. to act on my behalf and provide me with timely information.

7.

I receive treatment for medically documented injuries and illnesses, including:

a) Crushed nerves, muscles, ligaments, tendons, fingers, wrists, forearm, spine, and knee injuries damage due to my being trapped in subway rail car doors by negligence of my transit provider, known to Mones and Mones, P.C.;

b) Injuries caused by intervening in Dating Abuse or Trafficking;

c) Separation of Vertebrae(s) and Disk(s), fracture of coccyx, worsening of Degenerative Disk Disease DDD; protruding hernia; knee pain;

d) Complex Regional Pain Syndrome CRPS Type I; also known as Sympathetic Mediated Pain SMP, and Reflex Dystrophy Syndrome RDS);

e) Worsening Asthma;

g) Depression, worsened by Mones and Mones P.C.;

f) Significant tooth destruction, and lack of removal from lack of insurance, savings, re-employment attempts and providers.

**THEREFORE, I Move the Court:**

1) Via The Americans with Disabilities Act immediately Appoint-help me obtain new Civil Counsel and order them to contact me immediately; I have my statements and photocopies and proofs prepared to deliver to them: <u>Without the Court's Assistance my Disabilities will Worsen resulting in additional loss of function including, grabbing, lifting light groceries <10 lbs., in my better hand, bending, and activities of daily living; I am attempting to become re-employed. I do not have family able to support or assist me in any fashion</u> and those I know are distant more than 600 to 2800 miles out of state; I am attempting to obtain new Counsel however there is less then two weeks left before the filing date.

2) Order Court and new Counsel communications delivered to me by e-mail and United States Postal Service or equivalent overnight before 10 am delivery until August 14, thereafter by e-mailing and future usual mailings of the Court.

3) If the Court selects not to assist me with obtaining new Counsel for all described herein, to allow me to deliver all filings to the Court by the Court's electronic delivery system, and, additional time as I mut alone decide to type and make my filings: the more I type the more I am disabled; I am trying to find work capable with my worsening injuries and disabilities and preserve the use I have in my hands and body parts.

\* I rent a private room in an apartment, the additional bedroom for use of arriving homeless men, my apartment is scheduled to become for private renters, Sound Landing, Inc., ███████████████████████████████████████████████ her injured in a rear end collision by another, Friday, July 30, 2021.

This, the Second day of October Two-Thousand and Twenty-One,

Delivered,



Claimant Pro Se by Force Under Physical Disabilities





FILED
2021 AUG -6  AM 8:18
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

CERTIFICATE OF DELIVERY

I, ▮▮▮ certify, I Delivered to:

United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor Suite 300
Wilmington, DE 19801

The attached *Notice of Abandonment* to the Court by depositing same into a United States Approved Postal Receptacle, handing to a Postal Service Counter Clerk or Letter Carrier with sufficient first-class postage affixed.

Certificant

5

August 2, 2021

FILED
2021 AUG -6 AM 8:18
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk
United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor Suite 300
Wilmington, DE 19801

Dear Clerk:

Please find enclosed two (2) copies of my Notice to the Court of Abandonment by Contracted Counselors.

Please stamp both copies received and return one (1) to me in the enclosed return envelope.

Thank you very much for your assistance.

Sincerely,



