**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I.: 2028 & 2030** |

**ORDER GRANTING (I) HARTFORD ACCIDENT AND INDEMNITY COMPANY,
FIRST STATE INSURANCE COMPANY AND TWIN CITY FIRE INSURANCE
COMPANY'S MOTION TO COMPEL ABUSED IN SCOUTING AND KOSNOFF LAW
PLLC TO SUBMIT RULE 2019 DISCLOSURES; AND (II) CENTURY'S MOTION TO
COMPEL ABUSED IN SCOUTING, KOSNOFF LAW PLLC AND THE COALITION
TO SUBMIT THE DISCLOSURES REQUIRED BY FEDERAL RULE OF
<u>BANKRUPTCY PROCEDURE 2019</u>**

Upon the motions (the "<u>Motions</u>")[2] of Hartford Accident and Indemnity Company, First

State Insurance Company and Twin City Fire Insurance Company (collectively, "<u>Hartford</u>") and

Century Indemnity Company ("<u>Century</u>") [**D.I. 2028, 2030**] seeking entry of an order (this

"<u>Order</u>") (i) compelling Abused in Scouting and Kosnoff Law PLLC to make the disclosures that

Federal Rule of Bankruptcy Procedure 2019 requires; and (iii) granting related relief; all as more

fully set forth in the Motions; and this Court having jurisdiction over this matter pursuant to 28

U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States

District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter

a final order consistent with Article III of the United States Constitution; and this Court having

found that venue of this proceeding and the Motions in this district are proper pursuant to 28 U.S.C.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

§§ 1408 and 1409; and this Court having found that Hartford and Century's notice of the Motions

and opportunity for a hearing on the Motions were appropriate under the circumstances and no

other notice need be provided; and this Court having reviewed the Motions; and this Court having

determined that the legal and factual bases set forth in the Motions establish just cause for the relief

granted herein; and upon all of the proceedings had before this Court; and after due deliberation

and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Motions with respect to Abused in Scouting and Kosnoff Law PLLC are

GRANTED as set forth herein.

2.      On or before August 9, 2021, Abused in Scouting and Kosnoff Law PLLC shall

each file a verified statement setting forth the information required by subdivision (c) of Rule 2019

of the Federal Rules of Bankruptcy Procedure, including without limitation:

A.      Pursuant to Fed. R. Bankr. P. 2019(c)(1), the facts and circumstances concerning
        Abused in Scouting and Kosnoff Law PLLC's representation of claimants in these
        cases as follows:  (i) with respect to Abused in Scouting, the documents reflecting
        the formation and governance of Abused in Scouting or, to the extent that there are
        no such documents, the facts and circumstances concerning its formation, including
        the name of each entity or person at whose instance Abused in Scouting was formed
        or on whose behalf Abused in Scouting has agreed to act in these chapter 11 cases;
        and (ii) with respect to Kosnoff Law PLLC, its employment with respect to these
        chapter 11 cases including the names of each creditor at whose instance the
        employment of Kosnoff Law PLLC has been arranged;

B.      Pursuant to Fed. R. Bankr. P. 2019(c)(2) and (3), and to the extent not provided
        under Paragraph 2(A), a list of the names and addresses of all creditors represented
        by Abused in Scouting and Kosnoff Law PLLC;

C.      Pursuant to Fed. R. Bankr. P. 2019(c)(4), a complete copy of the form of agreement,
        agreements or any other instrument authorizing Abused in Scouting and/or Kosnoff
        Law PLLC to act on behalf of creditors in this case;

D.      All other information and disclosures required by Fed. R. Bankr. P. 2019.

3.      The names and addresses of individuals and incident data described in the information provided under Paragraph 2 shall be provided under seal; provided, however, that copies of such information shall be provided to Century, Hartford, Travelers, the U.S. Trustee and, upon request, to such other Permitted Parties (as defined in the Bar Date Order) that are entitled to receive personally identifiable information thereunder and subject to the confidentiality restrictions set forth in the Protective Order. All other documents shall be publicly filed without redaction except for exemplar engagement letters, with respect to which fee and pricing amounts or percentages may be redacted.

4.      Hartford and Century may make further application to the Court to ensure compliance with this Order.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: August 9th, 2021**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
**UNITED STATES BANKRUPTCY JUDGE**

3