EX. A

| | Chart of Supporting Evidence | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Evidence Produced (Production Date) | | | | | | | | | | | |
| Statements | Brian Whittman RSA Decl. (July 1, 2021) | Brian Whittman RSA Reply Supp. Decl. (July 26, 2021) | Roger Mosby RSA Decl. (July 1, 2021) | Devang Desai RSA Reply Decl. (July 26, 2021) | Dan Ownby Dep. Tr. (July 19, 2021) | Roger Mosby Dep. Tr. (July 15, 2021) | Brian Whittman Dep. Tr. (July 14, 2021) | Board Minutes March to July (July 12 and 13, 2021) | Devang Desai Journal (August 1, 2021) | Roger Mosby Journal (August 1, 2021) | Presentations to the BSA (July 25, 2021) | BSA Emails (July 8- August 1, 2021) |
| The BSA Board met frequently and deliberated seriously about the entry into the RSA. | ¶ 2, 4, 9 | ¶ 5-12 | | ¶ 13, 15-16, 18, 20 | 14:19-15:8; 17:14-19:21; 31:1-32:14; 60:8-61:18; 65:21-66:25 | 178:19-181:4; 227:25-228:12; 241:17-242:4 | 166:15-167:8; 172:1-9; 172:20-173:2; 199:8-13 | BSA-RSA_00000784; BSA-RSA_00000804; BSA-RSA_00000777; BSA-RSA_00000775 | BSA-RSA_00002046; BSA-RSA_00002056-59 | BSA-RSA_00002088-89; BSA-RSA_00002092-97; BSA-RSA_00002101 | BSA-RSA_00000867; BSA-RSA_00001938; BSA-RSA_00000844; BSA-RSA_00000838; BSA-RSA_00000855; BSA-RSA_00001397 | BSA-RSA_00001339; BSA-RSA_00001343; BSA-RSA_00001348; BSA-RSA_00001376; BSA-RSA_00001414; BSA-RSA_00001504; BSA-RSA_00001524; BSA-RSA_00001536; BSA-RSA_00001542; BSA-RSA_00001573; |

| | Chart of Supporting Evidence | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Evidence Produced (Production Date) | | | | | | | | | | | |
| Statements | Brian Whittman RSA Decl. (July 1, 2021) | Brian Whittman RSA Reply Supp. Decl. (July 26, 2021) | Roger Mosby RSA Decl. (July 1, 2021) | Devang Desai RSA Reply Decl. (July 26, 2021) | Dan Ownby Dep. Tr. (July 19, 2021) | Roger Mosby Dep. Tr. (July 15,2021) | Brian Whittman Dep. Tr. (July 14, 2021) | Board Minutes March to July (July 12 and 13, 2021) | Devang Desai Journal (August 1, 2021) | Roger Mosby Journal (August 1, 2021) | Presentations to the BSA (July 25, 2021) | BSA Emails (July 8-August 1, 2021) |
| | | | | | | | | | | | | BSA-RSA_00001589; BSA-RSA_00001596; BSA-RSA_00001697; BSA_RSA_00001773; BSA_RSA_00001833; BSA_RSA_00001868; BSA_RSA_00001905; BSA_RSA_00001913; BSA_RSA_00001927 |
| The RSA is a result of good-faith, arm's length negotiations by the Debtors. | ¶ 2, 9 | ¶ 5, 14, 18-19 | ¶ 4-5 | ¶ 8, 19, 21 | 107:23-109:7; 112:21-113:19; 179:23-180:2 | 165:16-166:11; 166:18-167:11; 168:15-169:9 | 15:16-21; 19:9-16; 75:17-24; 125:21-23; 179:9-21; 182:4-14; 214:22-215:3 | BSA-RSA_00000754; BSA-RSA_00000784; BSA-RSA_00000810 | | | BSA-RSA_00000844 at 0845 | |

| | Chart of Supporting Evidence | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Evidence Produced (Production Date) | | | | | | | | | | | |
| Statements | Brian Whittman RSA Decl. (July 1, 2021) | Brian Whittman RSA Reply Supp. Decl. (July 26, 2021) | Roger Mosby RSA Decl. (July 1, 2021) | Devang Desai RSA Reply Decl. (July 26, 2021) | Dan Ownby Dep. Tr. (July 19, 2021) | Roger Mosby Dep. Tr. (July 15, 2021) | Brian Whittman Dep. Tr. (July 14, 2021) | Board Minutes March to July (July 12 and 13, 2021) | Devang Desai Journal (August 1, 2021) | Roger Mosby Journal (August 1, 2021) | Presentations to the BSA (July 25, 2021) | BSA Emails (July 8-August 1, 2021) |
| The RSA: (i) is a valid exercise of BSA's business judgment; (ii) maximizes the value of the Debtors' estates; (iii) is in the best interest of the Debtors, their estates, and their creditors; and (iv) provides a viable pathway to plan confirmation. | ¶ 5, 8-10 | ¶ 15-16, 19, 27 | ¶ 4, 6 | | 26:18-27:12; 45:6-15; 105:24-106:1 | 93:5-25; 94:1-95:12; 192:4-24; 208:3-15; 209:2-8 | 62:12-22; 90:4-24; 92:23-93:6; 164:24-165:6; 200:16-201:8; 206:5-15; 213:2-22 | | | | | |
| The third-party releases and injunctions in the Amended Plan are essential to the Debtors' ability to continue to carry out the Scouting mission. | ¶ 6 | | ¶ 6 | ¶ 22 | 172:22-173:9 | 94:17-95:25; 193:19-195:8 | 87:18-88:2 | | | | | |

| | Chart of Supporting Evidence | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Evidence Produced (Production Date) | | | | | | | | | | | |
| Statements | Brian Whittman RSA Decl. (July 1, 2021) | Brian Whittman RSA Reply Supp. Decl. (July 26, 2021) | Roger Mosby RSA Decl. (July 1, 2021) | Devang Desai RSA Reply Decl. (July 26, 2021) | Dan Ownby Dep. Tr. (July 19, 2021) | Roger Mosby Dep. Tr. (July 15, 2021) | Brian Whittman Dep. Tr. (July 14, 2021) | Board Minutes March to July (July 12 and 13, 2021) | Devang Desai Journal (August 1, 2021) | Roger Mosby Journal (August 1, 2021) | Presentations to the BSA (July 25, 2021) | BSA Emails (July 8- August 1, 2021) |
| The BSA discussed the Chartered Organizations, including their protection and insurance rights. | | ¶ 8 | | ¶ 27 | 65:21-66:25; 68:4-14; 72:2-17 | 197:22-200:3; 206:4-207:2 | 86:20-25; 87:22-88:2; 213:8-22 | BSA-RSA_000000784; BSA-RSA_000000788; BSA-RSA_000000793-94; BSA-RSA_000000796; BSA-RSA_000000765; BSA-RSA_000000779; BSA-RSA_000000818 | | BSA-RSA_00002086 | | BSA-RSA_00001322; BSA-RSA_00001323; BSA-RSA_00001310; BSA-RSA_00001298; BSA-RSA_00000169; BSA-RSA_00000940 |
| The trust distribution procedures were reviewed and discussed. | | | | | | 208:17-23; 212:20-213:4 | 208:17-24 | BSA-RSA_000000762 | | | | BSA-RSA_00001331; BSA-RSA_00001576; BSA-RSA_00001737; |

| | Chart of Supporting Evidence | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Evidence Produced (Production Date) | | | | | | | | | | | |
| Statements | Brian Whittman RSA Decl. (July 1, 2021) | Brian Whittman RSA Reply Supp. Decl. (July 26, 2021) | Roger Mosby RSA Decl. (July 1, 2021) | Devang Desai RSA Reply Decl. (July 26, 2021) | Dan Ownby Dep. Tr. (July 19, 2021) | Roger Mosby Dep. Tr. (July 15, 2021) | Brian Whittman Dep. Tr. (July 14, 2021) | Board Minutes March to July (July 12 and 13, 2021) | Devang Desai Journal (August 1, 2021) | Roger Mosby Journal (August 1, 2021) | Presentations to the BSA (July 25, 2021) | BSA Emails (July 8-August 1, 2021) |
| | | | | | | | | | | | | BSA-RSA_00001773 |
| Payment of the Coalition's fees and expenses benefits the Debtors, the Debtors' estates, and creditors. | ¶ 7 | ¶ 15-27 | | | 103:22-104:5 | 218:21-219:17 | 123:20-124:6 | | | | | |
| The Hartford Settlement is no longer reasonable due to Plaintiffs opposition, which makes the plan futile to pursue. | ¶ 13-15 | | ¶ 7, 9 | | 225:22-226:9; 103:22-104:5 | 43:25-44:23; 68:8-69:6; 72:10-22; 154:9-154:23 | 51:6-14; 52:4-53:2; 60:5-61:15; 72:2-17; 60:5-18; 61:2-15 | BSA-RSA_000000809; BSA-RSA_00000768-69 | BSA-RSA_00002067 | | BSA-RSA_00002026 | BSA-RSA_00001120; BSA-RSA_00001122 |