## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 5903 |

### DECLARATION OF SAMUEL P. HERSHEY IN SUPPORT OF DEBTORS' OBJECTION TO MOVING INSURERS' MOTION TO COMPEL AND FOR ADDITIONAL RELIEF AND IN THE ALTERNATIVE MOTION IN LIMINE

I, SAMUEL P. HERSHEY, declare under penalty of perjury, as follows:

1. I am a member of the firm of White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, counsel for the Debtors in the above-captioned cases. I am admitted to this Court *pro hac vice* and respectfully submit this Declaration.

2. I submit this declaration in support of the *Debtors' Objection to Moving Insurers' Motion to Compel and for Additional Relief and in the Alternative Motion in Limine* (the "**Objection**").[2]

3. Attached hereto as Exhibit 1 is a true and correct copy of an email from Michael Andolina to the Moving Insurers dated July 23, 2021.

4. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Sam Hershey to the Moving Insurers dated July 29, 2021.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

5. Attached hereto as Exhibit 3 is a true and correct copy of an email from Salvatore Cocchiaro to the Debtors dated July 30, 2021.

6. Attached hereto as Exhibit 4 is a true and correct copy of an email from Ryan Smethurst to the Debtors dated July 30, 2021.

7. Attached hereto as Exhibit 5 is a true and correct copy of an email from Sam Hershey to the Moving Insurers dated July 29, 2021.

8. Attached hereto as Exhibit 6 is a true and correct copy of a letter from Glenn Kurtz to the Moving Insurers dated July 31, 2021.

9. Attached hereto as Exhibit 7 is a true and correct copy of an email from Sam Hershey to the Moving Insurers dated August 2, 2021.

10. Attached hereto as Exhibit 8 is a true and correct copy of letter from Glenn Kurtz to the Moving Insurers dated August 2, 2021.

11. Attached hereto as Exhibit 9 is a true and correct copy of an email from Michael Andolina to Tancred Schiavoni dated July 8, 2021.

12. Attached hereto as Exhibit 10 is a true and correct copy of an email from Sam Hershey to Tancred Schiavoni dated July 29, 2021.

13. Attached hereto as Exhibit 11 is a true and correct copy of an email from Tancred Schiavoni to the Debtors dated August 3, 2021.

14. Attached hereto as Exhibit 12 is a true and correct copy of an email from Sam Hershey to the Moving Insurers dated August 4, 2021.

15. Attached hereto as Exhibit 13 is a true and correct copy of an email from Daniel Shamah to Debtors dated August 3, 2021.

16. Attached hereto as Exhibit 14 is a true and correct copy of a letter from James Ruggeri to Michael Andolina dated August 3, 2021.

17. Attached hereto as Exhibit 15 is a true and correct copy of a letter from Glenn Kurtz to Moving Insurers dated July 8, 2021.

18. Attached hereto as Exhibit 16 is a true and correct copy of an email from Sam Hershey to Moving Insurers dated July 9, 2021.

19. Attached hereto as Exhibit 17 is a true and correct copy of an email from Sam Hershey to Moving Insurers dated July 9, 2021.

20. Attached hereto as Exhibit 18 is a true and correct copy of a letter from Sam Hershey to Moving Insurers dated July 22, 2021.

21. Attached hereto as Exhibit 19 is a true and correct copy of a letter from Sam Hershey to Tancred Schiavoni dated July 22, 2021.

22. Attached hereto as Exhibit 20 is a true and correct copy of an email from Tancred Schiavoni to the Debtors dated July 9, 2021.

23. Attached hereto as Exhibit 21 is a true and correct copy of an email from Tancred Schiavoni to the Debtors dated July 9, 2021.

24. Attached hereto as Exhibit 22 is a true and correct copy of an email from Tancred Schiavoni to the Debtors dated July 10, 2021.

25. Attached hereto as Exhibit 23 is a true and correct copy of an email from Sam Hershey to Moving Insurers dated August 3, 2021.

26. Attached hereto as Exhibit 24 is a true and correct copy of an email from Sam Hershey to the Moving Insurers dated August 5, 2021.

27. Attached hereto as Exhibit 25 is a true and correct copy of a letter from Sam Hershey to the Moving Insurers dated July 25, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2021
New York, New York

                                            */s/ Samuel P. Hershey*
                                            Samuel P. Hershey