# EX. 1

## Hershey, Sam

| | |
|---|---|
| **From:** | Andolina, Michael |
| **Sent:** | Friday, July 23, 2021 4:00 PM |
| **To:** | Schiavoni, Tancred; Hershey, Sam; Ruggeri, James P.; Cocchiaro, Salvatore J.; Stamatios Stamoulis; rcecil@trplaw.com; mplevin@crowell.com; Yoon, Tacie; 'bmccullough@bodellbove.com'; 'bruce.celebrezze@clydeco.us'; 'konrad.krebs@clydeco.us'; dchristian@dca.law; mbouslog@gibsondunn.com; jhallowell@gibsondunn.com; 'MRosenthal@gibsondunn.com'; 'sgummow@fgppr.com'; drichards@finemanlawfirm.com; 'TJacobs@bradleyriley.com'; 'jbucheit@bradleyriley.com'; 'harris.winsberg@troutman.com'; david.fournier@troutman.com; marcy.smith@troutman.com; 'msorem@nicolaidesllp.com'; mwarner@mwe.com; rsmethurst@mwe.com; Weinberg, Joshua D.; Hunkler, Sara K.; Philip.Anker@wilmerhale.com; Danielle.Spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; EFay@bayardlaw.com; GFlasser@bayardlaw.com; Rolain, Annette P.; Michael Hrinewski; Lorraine Armenti |
| **Cc:** | O'Neill, Andrew; Linder, Matthew; Molton, David J.; Goodman, Eric R.; James Stang; John W. Lucas; Debra Grassgreen; Rob Orgel; Brady, Robert; eharron@ycst.com; Kami Quinn; Emily Grim; Michael Atkinson2; Matthew K. Babcock; Kelly, Barbara J.; Lauria (Boelter), Jessica; Baccash, Laura; Warner, Blair; Hammond, Andrew; Martin, Ernest; Azer, Adrian; Whittman, Brian; Binggeli, Carl; Mason, Richard G.; Sugden, Will; Mayer, Douglas K.; Celentino, Joseph C.; Levy, Mitchell S.; Kurtz, Glenn; Abbott, Derek; Malhar S. Pagay |
| **Subject:** | In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020) |

All,

In light of the objections to the RSA Motion filed yesterday, the Debtors wanted to inform all parties that they intend to supplement their discovery responses to include Devang Desai as a "may call" witness for the RSA hearing. Mr. Desai is a member of BSA's National Executive Board and National Executive Committee and is also a member of the Bankruptcy Task Force. (Mr. Mosby and Mr. Ownby are ex-officio members of the Bankruptcy Task Force.)

Our intent is to submit a declaration from Mr. Desai in connection with Debtor's RSA reply. We can make Mr. Desai available for deposition on Tuesday afternoon, July 27, or Wednesday, July 28.

Although we are not obligated to do so under the local rules, we wanted to provide the parties notice of this possible witness as soon as practicable. We request that all other parties also supplement their discovery responses regarding witnesses for the RSA hearing.

Thanks,

Mike

**Michael Andolina** | Partner
T  +1 312 881 5388     M  +1 773 531 0712     E  mandolina@whitecase.com
White & Case LLP  |  111 South Wacker Drive, Suite 5100  |  Chicago, IL 60606-4302