EX. 2

**WHITE & CASE**

July 29, 2021

**VIA E-MAIL**

Philip D. Anker
philip.anker@wilmerhale.com

Todd C. Jacobs
tjacobs@bradleyriley.com

Konrad R. Krebs
konrad.krebs@clydeco.us

Mark D. Plevin
mplevin@crowell.com

Michael A. Rosenthal
mrosenthal@gibsondunn.com

Tancred Schiavoni
tschiavoni@omm.com

Margaret H. Warner
mwarner@mwe.com

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

**whitecase.com**

RE: *In re Boy Scouts of America*, Case No. 20-10343 (LSS) (Bankr. D. Del. 2020)

Dear all:

As discussed at today's hearing, the Debtors will produce additional documents and agree to re-produce their witnesses, as reasonable, for limited supplemental depositions in advance of the hearing on the RSA Motion scheduled for August 12 and 13. The Debtors have conferred with their witnesses regarding their availability and propose the below schedule. The Debtors note that Mr. Desai is traveling next week to participate in a Scouting volunteer service event, and so would greatly appreciate if the below date for Mr. Desai's deposition can be accommodated:

August 1: Substantial completion of supplemental document production
August 5: Supplemental depositions of Messrs. Mosby and Ownby, projected for 2 hours each.
August 6: Supplemental deposition of Mr. Whittman, projected for 4 hours.
August 7: Deposition of Mr. Desai starting at 9:00 a.m. CT.
August 9 at 4:00 p.m. ET: Deadline for parties to file any supplemental objections and any motions *in limine*.
August 11 at 12:00 p.m. ET: Deadline for the parties to file any replies.
August 12 and 13: Hearing in connection with the RSA Motion.

AMERICAS 108417959

**WHITE & CASE**

Philip D. Ankar, *et al.*, p. 2
July 29, 2021

All three witnesses have very busy schedules (and Mr. Ownby and Mr. Desai are volunteers) so we would appreciate locking in dates as soon as possible. Please let us know if you consent to submitting this schedule to the Court for approval. We are happy to discuss at your convenience.

Sincerely,

*/s/ Samuel P. Hershey*
**Samuel P. Hershey**

**T** +212-819-2699
**E** sam.hershey@whitecase.com

Cc:     Glenn M. Kurtz (gkurtz@whitecase.com)
        Michael C. Andolina (mandolina@whitecase.com)
        Andrew Hammond (ahammond@whitecase.com)
        Jessica Lauria (jessica.lauria@whitecase.com)
        Matthew Linder (mlinder@whitecase.com)
        Laura Baccash (laura.baccash@whitecase.com)
        Samuel P. Hershey (sam.hershey@whitecase.com)
        Blair Warner (blair.warner@whitecase.com)
        Derek Abbot (dabbot@morrisnichols.com)
        Ernest Martin (ernest.martin@haynesboone.com)
        Adrian Azer (adrian.azer@haynesboone.com)
        All other counsel listed on the Insurer Requests (by email)