EX. 3

## Hershey, Sam

| | |
|---|---|
| **From:** | Cocchiaro, Salvatore J. <scocchiaro@omm.com> |
| **Sent:** | Friday, July 30, 2021 9:03 AM |
| **To:** | Andolina, Michael; Hershey, Sam; dabbott@morrisnichols.com |
| **Cc:** | Rosenthal, Michael A.; mplevin@crowell.com; Choi, Michelle; Winsberg, Harris B.; Susan N. K. Gummow; Jordan, Tracey; Todd C. Jacobs; jbucheit@bradleyriley.com; Laura McNally; Emily Stone; Seligman, Gary; Criss, Ashley; O'Connor, John; hlee@steptoe.com; Grindrod, Brett; Ogle, Nailah; Kerns, Kathleen; Myers, Scott P; Louis J. Rizzo, Esquire; Smethurst, Ryan; Pamela Minetto; Lloyd Gura; Michael Hrinewski; Lorraine Armenti; Everett, Trevor; jziemianski@cozen.com; dchristian@dca.law; George Calhoun; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; KMarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lifland, Lauren; Loveland, Benjamin; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; pminetto@moundcotton.com; lgura@moundcotton.com; Anderson, Margaret M.; ahachikian@foxswibel.com; Zatz, Clifford; Yoon, Tacie; Jankowski, Rachel; Cacabelos, Kevin; Martorana, Keith R.; Bouslog, Matthew G.; Hallowell, James; Eisinger, Vince; Cassidy, Dylan S.; Schiavoni, Tancred; Shamah, Daniel S.; Warren, Steve; Casale, Lauren; Indelicato, Samantha M.; Stamatios Stamoulis |
| **Subject:** | BSA |

Good morning Mike, Sam, and Derek,

We cannot meaningfully assess a proposed schedule without, at a minimum, knowing what directions not to answer you are withdrawing and what resolutions and Board minutes you are producing.

We sent you a sampling of transcript cites as a starting point for your team's review one week ago. We ask that you please email us a list of the directions not to answer you are withdrawing by noon today.

As to the Board minutes, you told us and the Court that you would complete their production three weeks ago. Have you produced all the resolutions and Board minutes of the BSA National Executive Board, National Executive Committee, and Bankruptcy Task Force that you are going to produce? If not, we ask that you do so by noon today as well.

In BSA's reply papers, BSA asserts that the Coalition contributed to the case by providing claims information to BSA. Have you produced all of these documents and communications? With these documents in hand, we can meet and confer with you at noon today as we already have a call scheduled for that time.

Kind regards,
Sal

## O'Melveny

**Salvatore J. Cocchiaro**
Associate
scocchiaro@omm.com
O: +1-212-728-5975

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036

1

Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*