EX. 4

# Hershey, Sam

| | |
|---|---|
| **From:** | Smethurst, Ryan <rsmethurst@mwe.com> |
| **Sent:** | Friday, July 30, 2021 3:12 PM |
| **To:** | Hershey, Sam |
| **Cc:** | Kurtz, Glenn; Andolina, Michael; Winsberg, Harris B. |
| **Subject:** | RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020) |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Sam,

I write to respond to your letter sent with your email below.

For Allianz, we continue to await completion of BSA's RSA document production. Until it is complete and until BSA responds to Century's requests about prior instructions not to answer to be withdrawn, which requests by Century Allianz joins, we are not in a position to agree to deposition dates and certainly not to time limits (or suggestions thereof) on the depositions. These "redo" depositions should be subject to the full allotment of hours permitted for any deposition, not your suggested time limits. We are in this situation because of the significant and material overbreadth of BSA's privilege claims and instructions not to answer previously and the court's ruling against BSA on those points. The insurers should not be prejudiced because of BSA's improper discovery positions. Having said this, we agree to continue to confer with you on Monday about dates for depositions, as you have told us your rolling production will be completed sometime late on Sunday.

I have dropped some of your team from this email, and I know White & Case objects to that when others have done it. I do it here for sake of efficiency and so as not to clutter dozens of lawyers' email in boxes. You should feel free to forward this email to whomever you see fit.

Ryan

RYAN S. SMETHURST
Partner
**McDermott Will & Emery LLP**  The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8036     **Mobile** +1 703 362 9175     **Email** rsmethurst@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

---

**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Thursday, July 29, 2021 4:31 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; rcecil@trplaw.com; mplevin@crowell.com; Yoon, Tacie <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; dchristian@dca.law; mbouslog@gibsondunn.com; jhallowell@gibsondunn.com; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; drichards@finemanlawfirm.com; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>; 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; david.fournier@troutman.com; marcy.smith@troutman.com; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; Warner, Margaret <mwarner@mwe.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Hunkler, Sara K. <SHunkler@goodwin.com>; Philip.Anker@wilmerhale.com; Danielle.Spinelli@wilmerhale.com;

Joel.Millar@wilmerhale.com; efay <efay@bayardlaw.com>; GFlasser@bayardlaw.com; Rolain, Annette P. <ARolain@goodwin.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Molton, David J. <DMolton@brownrudnick.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; Brady, Robert <RBRADY@ycst.com>; eharron@ycst.com; Kami Quinn <quinnk@gilbertlegal.com>; Emily Grim <grime@gilbertlegal.com>; Michael Atkinson2 <matkinson@provincefirm.com>; Matthew K. Babcock <MBabcock@thinkbrg.com>; Kelly, Barbara J. <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Martin, Ernest <ernest.martin@haynesboone.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Whittman, Brian <BWhittman@alvarezandmarsal.com>; Binggeli, Carl <cbinggeli@alvarezandmarsal.com>; Mason, Richard G. <RGMason@WLRK.com>; Sugden, Will <Will.Sugden@alston.com>; Mayer, Douglas K. <DKMayer@WLRK.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Levy, Mitchell S. <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Malhar S. Pagay <mpagay@pszjlaw.com>
**Subject:** In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

**[ External Email ]**
All:

Please see the attached letter.

Best,
Sam

**Samuel P. Hershey** | Associate
T  +1 (212) 819-2699    M  +1 (914) 582-1628    E  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

========================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

========================================================================================


***********************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
***********************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.