EX. 5

# Hershey, Sam

| | |
|---|---|
| **From:** | Hershey, Sam |
| **Sent:** | Thursday, July 29, 2021 10:15 PM |
| **To:** | 'Schiavoni, Tancred'; Andolina, Michael |
| **Cc:** | Krebs, Konrad R.; Todd C. Jacobs; Cocchiaro, Salvatore J.; Marrkand, Kim; Rosenthal, Michael A.; mplevin@crowell.com; Shamah, Daniel S.; dchristian@dca.law; Smethurst, Ryan; Eisinger, Vince; Martorana, Keith R.; Cassidy, Dylan S.; Susan N. K. Gummow; Jordan, Tracey; John E. Bucheit; Laura McNally; Emily Stone; Seligman, Gary; Criss, Ashley; O'Connor, John; hlee@steptoe.com; Grindrod, Brett; Ogle, Nailah; Kerns, Kathleen; Myers, Scott P; Louis J. Rizzo, Esquire; Pamela Minetto; Lloyd Gura; Michael Hrinewski; Lorraine Armenti; Everett, Trevor; jziemianski@cozen.com; George Calhoun; Celebrezze, Bruce; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; Winsberg, Harris B.; dgooding@choate.com; Lifland, Lauren; Loveland, Benjamin; ahachikian@foxswibel.com; Yoon, Tacie; Zatz, Clifford; Bouslog, Matthew G.; Choi, Michelle; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; Warren, Steve; Hinker, Matthew; Indelicato, Samantha M.; Casale, Lauren; Stamatios Stamoulis; Marshall, Jonathan D.; Kurtz, Glenn; Hammond, Andrew; Lauria (Boelter), Jessica; Linder, Matthew; Baccash, Laura; Warner, Blair; Abbott, Derek; Topper, Paige; Remming, Andrew; Azer, Adrian; Martin, Ernest |
| **Subject:** | RE: BSA (less typos) |
| **Attachments:** | BSA - HIGHLY CONFIDENTIAL DRAFT Business Plan Support to Insurance Advisors_ 7.29.21.xlsx |

Tanc,

It probably makes sense to wait until you see the documents before you decide what you can and cannot glean from them. We did not agree to withdraw instructions from past depositions. Rather, we are re-producing our witnesses for you to ask questions based on our supplemental production, which will include further unredacted documents. However, if there are particular instructions you want to discuss, please let us know.

Separately, attached please find the model used in the feasibility analysis. We will produce a Bates stamped version with our production, but are sending this now as a courtesy. Please note that this document is to be treated as Highly Confidential in accordance with the Protective Order.

We would appreciate if everyone on this chain could confirm the dates for our witnesses as soon as possible so that they can plan accordingly. Thank you.

Best,
Sam

**Samuel P. Hershey** | Associate
T  +1 (212) 819-2699    M  +1 (914) 582-1628    E  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Thursday, July 29, 2021 6:49 PM
**To:** Hershey, Sam <sam.hershey@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>
**Cc:** Krebs, Konrad R. <Konrad.Krebs@clydeco.us>; Todd C. Jacobs <TJacobs@bradleyriley.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Marrkand, Kim <KVMarrkand@mintz.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; mplevin@crowell.com; Shamah, Daniel S. <dshamah@omm.com>; dchristian@dca.law; Smethurst, Ryan <rsmethurst@mwe.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; John E. Bucheit

<jbucheit@bradleyriley.com>; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; George Calhoun <george@ifrahlaw.com>; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; Winsberg, Harris B. <harris.winsberg@troutman.com>; dgooding@choate.com; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; ahachikian@foxswibel.com; Yoon, Tacie <TYoon@crowell.com>; Zatz, Clifford <CZatz@crowell.com>; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Choi, Michelle <MChoi@gibsondunn.com>; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; Warren, Steve <swarren@omm.com>; Hinker, Matthew <mhinker@omm.com>; Indelicato, Samantha M. <sindelicato@omm.com>; Casale, Lauren <lcasale@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; Marshall, Jonathan D. <jmarshall@choate.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Topper, Paige <ptopper@morrisnichols.com>; Remming, Andrew <ARemming@morrisnichols.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Martin, Ernest <ernest.martin@haynesboone.com>
**Subject:** RE: BSA (less typos)

Mike and Sam

Please let us know which of the directions not to answer made at the depositions are being withdrawn. I don't know how we are supposed to divine this from reviewing documents.

---

**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Thursday, July 29, 2021 6:37 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>; Andolina, Michael <mandolina@whitecase.com>
**Cc:** Krebs, Konrad R. <Konrad.Krebs@clydeco.us>; Todd C. Jacobs <TJacobs@bradleyriley.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Marrkand, Kim <KVMarrkand@mintz.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; mplevin@crowell.com; Shamah, Daniel S. <dshamah@omm.com>; dchristian@dca.law; Smethurst, Ryan <rsmethurst@mwe.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; John E. Bucheit <jbucheit@bradleyriley.com>; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; George Calhoun <george@ifrahlaw.com>; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; Winsberg, Harris B. <harris.winsberg@troutman.com>; dgooding@choate.com; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; ahachikian@foxswibel.com; Yoon, Tacie <TYoon@crowell.com>; Zatz, Clifford <CZatz@crowell.com>; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Choi, Michelle <MChoi@gibsondunn.com>; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; Warren, Steve <swarren@omm.com>; Hinker, Matthew <mhinker@omm.com>; Indelicato, Samantha M. <sindelicato@omm.com>; Casale, Lauren <lcasale@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; Marshall, Jonathan D. <jmarshall@choate.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>;

Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Topper, Paige <ptopper@morrisnichols.com>; Remming, Andrew <ARemming@morrisnichols.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Martin, Ernest <ernest.martin@haynesboone.com>
**Subject:** RE: BSA (less typos)

[EXTERNAL MESSAGE]

Tanc,

First, as we have repeatedly asked you, please do not drop our team members from your responses. It creates confusion and makes it more difficult for the parties to engage. Can you explain why you affirmatively remove members of our team from your responses?

Second, our answers to your questions are below. We would appreciate everyone making an effort to confirm dates for our witnesses as soon as possible. We will work with you on attendant issues but as I am sure you appreciate, allowing them to set their schedules is very important.

1. How many documents and what page volume will be produced by BSA between now and August 1? WE DO NOT KNOW AS OUR REVIEW REMAINS ONGOING, BUT DO NOT EXPECT THIS PRODUCTION TO BE MORE SUBSTANTIAL THAN THE PREVIOUS PRODUCTION THE DEBTORS MADE IN ADVANCE OF DEPOSITIONS.

2. What time on August 1 will the document production be completed? WE EXPECT TO MAKE ROLLING PRODUCTIONS AND AIM TO FINISH BY END OF DAY ON AUGUST 1.

3. What dates are you proposing to produce Messrs. Ownbey, Mosbey and Wittmann on? AS NOTED IN THE LETTER, AUGUST 5 FOR MESSRS. MOSBY AND OWNBY AND AUGUST 6 FOR MR. WHITTMAN. IF YOU ARE ASKING ABOUT TIMES FOR THE DEPOSITIONS, WE WOULD PROPOSE MR. MOSBY AT 9:00 A.M. CT; MR. OWNBY AT 1:00 P.M. CT, AND MR. WHITTMAN AT 9:00 A.M. CT.

4. Why are you limiting the time to 2 hours if you are producing new documents? AS NOTED IN THE LETTER, THESE ARE PROJECTED TIMES, NOT A LIMIT. WE PREVIOUSLY INFORMED THE INSURERS THAT WE WOULD NOT RE-PRODUCE OUR WITNESSES AS A RESULT OF THEIR DELAY IN RAISING ISSUES. NONETHELESS, WE HAVE DECIDED TO AGREE TO THE INSURERS' REQUEST TO RE-PRODUCE OUR WITNESSES. WE BELIEVE THE PROJECTED TIMES FOR THE DEPOSITIONS ARE REASONABLE GIVEN THAT THE WITNESSES HAVE ALREADY BEEN OFFERED FOR THE FULL SEVEN HOURS PERMITTED UNDER THE RULES, AND ARE BEING OFFERED IN CONNECTION WITH OUR LIMITED SUPPLEMENTAL PRODUCTION. WE HOPE YOU WILL BE EFFICIENT WITH THE TIME.

5. Please let us know which if any directions to answer you are withdrawing and if you are standing on any of the directions that were made? WE ANTICIPATE OUR SUPPLEMENTAL PRODUCTION, INCLUDING REVISED REDACTIONS, WILL INDICATE THE SUBJECTS ON WHICH THE WITNESSES MAY TESTIFY. WE ARE HAPPY TO DISCUSS SPECIFIC ISSUES IN ADVANCE OF THE DEPOSITIONS.

6. When will you produce the model used for feasibility analysis in the Disclosure Statement? AS PREVIOUSLY MENTIONED, WE WILL SEND BY END OF TODAY.

7. When will the Coalition produce its documents? YOU WILL NEED TO TALK TO THE COALITION ABOUT THEIR PRODUCTION.

Best,
Sam

**Samuel P. Hershey** | Associate
T +1 (212) 819-2699    M +1 (914) 582-1628    E sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

---

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Thursday, July 29, 2021 4:49 PM
**To:** Hershey, Sam <sam.hershey@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>
**Cc:** Krebs, Konrad R. <Konrad.Krebs@clydeco.us>; Todd C. Jacobs <TJacobs@bradleyriley.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Marrkand, Kim <KVMarrkand@mintz.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; mplevin@crowell.com; Shamah, Daniel S. <dshamah@omm.com>; dchristian@dca.law; Smethurst, Ryan <rsmethurst@mwe.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; John E. Bucheit <jbucheit@bradleyriley.com>; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; George Calhoun <george@ifrahlaw.com>; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; Winsberg, Harris B. <harris.winsberg@troutman.com>; dgooding@choate.com; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; ahachikian@foxswibel.com; Yoon, Tacie <TYoon@crowell.com>; Zatz, Clifford <CZatz@crowell.com>; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Choi, Michelle <MChoi@gibsondunn.com>; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; Warren, Steve <swarren@omm.com>; Hinker, Matthew <mhinker@omm.com>; Indelicato, Samantha M. <sindelicato@omm.com>; Casale, Lauren <lcasale@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; Marshall, Jonathan D. <jmarshall@choate.com>
**Subject:** BSA (less typos)

Mike and Sam:

Thank you for your proposal. In order to evaluate it in a meaningful way, I ask for the following information

1. How many  documents and what page volume will be produced by BSA between now and August 1?
2. What time on August 1 will the document production be completed?
3. What dates are you proposing to produce Messrs. Ownbey, Mosbey and Wittmann on?
4. Why are you limiting the time to 2 hours if you are producing new documents?
5. Please let us know which if any directions to answer you are withdrawing and if you are standing on any of the directions that were made?.
6. When will you produce the model used for feasibility analysis in the Disclosure Statement?
7. When will the Coalition produce its documents?

==============================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

==============================================================================

5