Ex. 9

# Hershey, Sam

| | |
|---|---|
| **From:** | Andolina, Michael |
| **Sent:** | Thursday, July 8, 2021 4:25 PM |
| **To:** | Schiavoni, Tancred; Rosenthal, Michael A.; dchristian@dca.law; mplevin@crowell.com; JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; Shamah, Daniel S.; Winsberg, Harris B.; Todd C. Jacobs; Lifland, Lauren; Laura McNally; Zatz, Clifford; Loveland, Benjamin; Susan N. K. Gummow (sgummow@fgppr.com); Jordan, Tracey; RYAN S. SMETHURST (rsmethurst@mwe.com); hlee@steptoe.com; Celebrezze, Bruce; Krebs, Konrad R. |
| **Cc:** | Martorana, Keith R.; Choi, Michelle; Hallowell, James; Hershey, Sam |
| **Subject:** | RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020) |

Tanc,

After the hearing last night, in accordance with the Court's directive, I reached out to Michael Rosenthal and told him that we planned to send a revised schedule later in the evening. We promptly did so, and the Debtors proposed schedule addressed all of issues that the insurers raised, including making Mr. Ownby available for a full day and building in time for document review. We are trying to coordinate the schedules of multiple witnesses and their counsel, and are not producing Mr. Ownby on the 13th  "and continue the follow day if necessary." He is available on July 19. If the insurers would prefer to depose him on July 20, we also confirmed that date would work.

As a matter of professional courtesy, we would appreciate if the insurers would confirm that the proposed schedule works by close of business today so our witnesses can finalize arrangements. Also, we have repeatedly requested that you not drop our team members from email chains. I'm adding Sam back in.

Thanks,

Mike

**Michael Andolina** | Partner
T  +1 312 881 5388     M  +1 773 531 0712     E  mandolina@whitecase.com
White & Case LLP  |  111 South Wacker Drive, Suite 5100  |  Chicago, IL 60606-4302

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Thursday, July 8, 2021 12:26 PM
**To:** Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; dchristian@dca.law; mplevin@crowell.com; JRuggeri@goodwin.com; Philip.Anker@wilmerhale.com; Shamah, Daniel S. <dshamah@omm.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; Laura McNally <lmcnally@loeb.com>; Zatz, Clifford <CZatz@crowell.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; Susan N. K. Gummow (sgummow@fgppr.com) <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; RYAN S. SMETHURST (rsmethurst@mwe.com) <rsmethurst@mwe.com>; hlee@steptoe.com; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; Krebs, Konrad R. <Konrad.Krebs@clydeco.us>
**Cc:** Martorana, Keith R. <KMartorana@gibsondunn.com>; Choi, Michelle <MChoi@gibsondunn.com>; Hallowell, James <JHallowell@gibsondunn.com>; Andolina, Michael <mandolina@whitecase.com>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

Mike

You offered Ownbey on the 13th. We propose to go forward and continue the follow day if necessary. I'd like to bring to the court's attention right away any disputes  so if you are back tracking on this can you let me know