Ex. 13

# Hershey, Sam

| | |
|---|---|
| **From:** | Shamah, Daniel S. <dshamah@omm.com> |
| **Sent:** | Tuesday, August 3, 2021 9:52 AM |
| **To:** | Hershey, Sam; Cocchiaro, Salvatore J.; Andolina, Michael; Kurtz, Glenn; dabbott@morrisnichols.com; Hammond, Andrew; Lauria (Boelter), Jessica; Linder, Matthew; Baccash, Laura; Warner, Blair; Thomas, Jennifer; Topper, Paige; Remming, Andrew; Azer, Adrian; Martin, Ernest |
| **Cc:** | Rosenthal, Michael A.; mplevin@crowell.com; Choi, Michelle; Winsberg, Harris B.; Susan N. K. Gummow; Jordan, Tracey; Todd C. Jacobs; jbucheit@bradleyriley.com; Laura McNally; Emily Stone; Seligman, Gary; Criss, Ashley; O'Connor, John; hlee@steptoe.com; Grindrod, Brett; Ogle, Nailah; Kerns, Kathleen; Myers, Scott P; Louis J. Rizzo, Esquire; Smethurst, Ryan; Pamela Minetto; Lloyd Gura; Michael Hrinewski; Lorraine Armenti; Everett, Trevor; jziemianski@cozen.com; dchristian@dca.law; George Calhoun; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; KMarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lifland, Lauren; Loveland, Benjamin; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; pminetto@moundcotton.com; lgura@moundcotton.com; Anderson, Margaret M.; ahachikian@foxswibel.com; Zatz, Clifford; Yoon, Tacie; Jankowski, Rachel; Cacabelos, Kevin; Martorana, Keith R.; Bouslog, Matthew G.; Hallowell, James; Eisinger, Vince; Cassidy, Dylan S.; Schiavoni, Tancred; Warren, Steve; Stamatios Stamoulis |
| **Subject:** | RE: BSA Discovery |

Sam – we disagree with your assertions below. Nevertheless, we are available to meet and confer to see if we can narrow the disputes. Please let us know your availability today.

Daniel

**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Monday, August 2, 2021 7:30 PM
**To:** Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Andolina, Michael <mandolina@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; dabbott@morrisnichols.com; Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Topper, Paige <ptopper@morrisnichols.com>; Remming, Andrew <ARemming@morrisnichols.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Martin, Ernest <ernest.martin@haynesboone.com>
**Cc:** Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; mplevin@crowell.com; Choi, Michelle <MChoi@gibsondunn.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; George Calhoun <george@ifrahlaw.com>; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; KMarrkand@mintz.com; dgooding@choate.com;

1

KVMarrkand@mintz.com; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; pminetto@moundcotton.com; lgura@moundcotton.com; Anderson, Margaret M. <panderson@foxswibel.com>; ahachikian@foxswibel.com; Zatz, Clifford <CZatz@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Hallowell, James <JHallowell@gibsondunn.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; Warren, Steve <swarren@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** RE: BSA Discovery

**[EXTERNAL MESSAGE]**

Tanc and Sal:

We apprised the Court and the parties at the July 27 conference that we would finish our production by the end of the weekend. We have met that goal. Moreover, the Court directed: "I would, of course, ask the parties to meet and confer, and discuss how everything is going forward in this period of time." July 29, 2021 Hr'g Tr. at 21:19-21. Your continued refusal to engage with us on the discovery schedule violates the Court's direction.

Your position that the Debtors are taking an overbroad view of the mediation privilege is incorrect. To the contrary, we are taking exactly the view required by the Court's Mediation Order and Local Rule 9019, which provides that "views expressed or suggestions made by a party with respect to a possible settlement of the dispute" and "documents prepared for the purpose of, in the course of, or pursuant to the mediation" must be treated as privileged. Del. Bankr. L. R. 9019-5(d)(i); *see also Wilmington Hosp. v. New Castle Cnty.*, 788 A.2d 536, 541 (Del. Ch. 2001) (finding that "[c]onfidentiality of all communications between the parties . . . serves the important public policy of promoting a broad discussion of potential resolutions to the matters being mediated" because "[w]ithout the expectation of confidentiality, parties would hesitate to propose compromise solutions out of the concern that they would later be prejudiced by their disclosure."). The TDPs clearly fall within this category. Notably, your motion to compel did not seek drafts of the TDPs, just "minutes and communications reflecting what the Board considered concerning . . . the TDPs." Mot. at 20. Your decision not to ask the Court to compel the Debtors to produce these drafts demonstrates that your request for them now is too late and improper. Indeed, since July 8, we've repeatedly asked you to share your position on this topic, including in Mr. Kurtz's letter of today, and you've steadfastly refused. We reiterate our request that you finally state your position in writing so that there is no confusion regarding your position.

Your assertion that the Debtors are trying to re-do the entire discovery record is also incorrect. Rather, we are providing additional documents and further unredacted documents, and making our witnesses available to answer questions regarding those documents, as you requested and consistent with the Court's statements. You are also incorrect in asserting that any party ever requested that the Debtors pay your costs for taking discovery, but obviously there is no basis for that. The Debtors have been seeking to meet and confer on these issues since July 8, but you waited until four days after the conclusion of depositions to meet and confer and raise the dispute to the Court. Any fees you incurred as a result of your delay are not the Debtors' responsibility. Indeed, the Court ruled that the issues raised in the motion to compel "really should have been brought to me sooner." July 27, 2021 Hr'g Tr. at 24:3-4.

Lastly, you haven't responded to our multiple requests since July 29 to confirm the dates of depositions. Please do that now. We also want to clarify that you are not re-taking the depositions. The depositions should be limited to new material and any topic relevant to new materials. We trust you will be efficient with the time both in consideration for our witnesses and to avoid creating further unnecessary costs.

We are available to meet and confer on these matters tonight or tomorrow morning, and continue to reserve all rights.

Best,
Sam

**Samuel P. Hershey** | Associate
T +1 (212) 819-2699    M +1 (914) 582-1628    E sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Hershey, Sam
**Sent:** Monday, August 2, 2021 3:44 PM
**To:** 'Cocchiaro, Salvatore J.' <scocchiaro@omm.com>; Andolina, Michael <mandolina@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; dabbott@morrisnichols.com; Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Topper, Paige <ptopper@morrisnichols.com>; Remming, Andrew <ARemming@morrisnichols.com>; 'Azer, Adrian' <adrian.azer@haynesboone.com>; 'Martin, Ernest' <ernest.martin@haynesboone.com>
**Cc:** Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; mplevin@crowell.com; Choi, Michelle <MChoi@gibsondunn.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; George Calhoun <george@ifrahlaw.com>; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; KMarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; pminetto@moundcotton.com; lgura@moundcotton.com; Anderson, Margaret M. <panderson@foxswibel.com>; ahachikian@foxswibel.com; Zatz, Clifford <CZatz@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Hallowell, James <JHallowell@gibsondunn.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; Warren, Steve <swarren@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** RE: BSA Discovery

Copying in the rest of our team so that you can copy and paste going forward.

**Samuel P. Hershey** | Associate
**T** +1 (212) 819-2699    **M** +1 (914) 582-1628    **E** sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Cocchiaro, Salvatore J. <scocchiaro@omm.com>
**Sent:** Monday, August 2, 2021 3:34 PM
**To:** Andolina, Michael <mandolina@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Hershey, Sam <sam.hershey@whitecase.com>; dabbott@morrisnichols.com
**Cc:** Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; mplevin@crowell.com; Choi, Michelle <MChoi@gibsondunn.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; George Calhoun <george@ifrahlaw.com>; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; KMarrkand@mintz.com; dgooding@choate.com;

3

KVMarrkand@mintz.com; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; pminetto@moundcotton.com; lgura@moundcotton.com; Anderson, Margaret M. <panderson@foxswibel.com>; ahachikian@foxswibel.com; Zatz, Clifford <CZatz@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Hallowell, James <JHallowell@gibsondunn.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; Warren, Steve <swarren@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** BSA Discovery

Good afternoon Mike, Glenn, Sam, and Derek,

You told the court on July 7th that the Debtors would complete their document production in a manner of days. Yet, we only received your last document production late last night. On a quick review, and based on your letter from just a few hours ago, it is now apparent that the Debtors are still taking an overbroad view of the mediation privilege; for example, you appear to assert that all drafts of and other documents concerning the TDPs or other plan documents are *per se* protected by the mediation privilege. David Christian asked you last week for a privilege log so we could confirm among other things when these documents were exchanged. You flatly refused. Before we even have a discussion of deposition schedules, we should have a meet and confer on the scope of the mediation privilege and whether the Debtors' document productions are consistent with the Local Rules.

It is obvious that, in light of the Court's ruling last week, the Debtors are trying to redo the entire discovery record in a manner of days. It is entirely improper. Worse, you are proposing to put everyone through a repeat of the prior performance given you are insisting on going ahead without having produced any drafts of the RSA or Plan documents or the communications about them. Given the way you have proceeded, we asked that the Debtors reimburse the insurers for their costs of re-taking all these depositions, a request to which you have not responded.

Best,
Sal

# O'Melveny

**Salvatore J. Cocchiaro**
Associate
scocchiaro@omm.com
O: +1-212-728-5975

---

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*


==========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it.

Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

=============================================================================