# Ex. 17

# Hershey, Sam

| | |
|---|---|
| **From:** | Hershey, Sam |
| **Sent:** | Friday, July 9, 2021 8:32 PM |
| **To:** | 'Schiavoni, Tancred'; Ruggeri, James P.; Cocchiaro, Salvatore J.; Stamatios Stamoulis; rcecil@trplaw.com; mplevin@crowell.com; Yoon, Tacie; 'bmccullough@bodellbove.com'; 'bruce.celebrezze@clydeco.us'; 'konrad.krebs@clydeco.us'; dchristian@dca.law; mbouslog@gibsondunn.com; jhallowell@gibsondunn.com; 'MRosenthal@gibsondunn.com'; 'sgummow@fgppr.com'; drichards@finemanlawfirm.com; 'TJacobs@bradleyriley.com'; 'jbucheit@bradleyriley.com'; 'harris.winsberg@troutman.com'; david.fournier@troutman.com; marcy.smith@troutman.com; 'msorem@nicolaidesllp.com'; mwarner@mwe.com; rsmethurst@mwe.com; Weinberg, Joshua D.; Hunkler, Sara K.; Philip.Anker@wilmerhale.com; Danielle.Spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; EFay@bayardlaw.com; GFlasser@bayardlaw.com; Rolain, Annette P.; 'Michael Hrinewski'; Lorraine Armenti |
| **Cc:** | O'Neill, Andrew; Linder, Matthew; Molton, David J.; Goodman, Eric R.; James Stang; John W. Lucas; Debra Grassgreen; Rob Orgel; Brady, Robert; eharron@ycst.com; Kami Quinn; Emily Grim; Michael Atkinson2; Matthew K. Babcock; Kelly, Barbara J.; Lauria (Boelter), Jessica; Andolina, Michael; Baccash, Laura; Warner, Blair; Hammond, Andrew; Martin, Ernest; Azer, Adrian; Whittman, Brian; Binggeli, Carl; Mason, Richard G.; Sugden, Will; Mayer, Douglas K.; Celentino, Joseph C.; Levy, Mitchell S.; Kurtz, Glenn; Abbott, Derek; Malhar S. Pagay |
| **Subject:** | RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020) |

Tanc,

Actually, your position on the mediation privilege is not clear to us. Since you claim that you have put it on the record before, we would appreciate if you could do so again here.

As to our position, we've advised you that we will not produce "any oral or written information disclosed by the parties or by the witnesses in the course of the mediation," in accordance with Local Rule 9019 and the Mediation Order. *See* Del. L. Bank. R. 9019-5d(i); Mediation Order ¶¶ 2, 7. It should be clear from our responses to your discovery requests what that means for present purposes, but for the avoidance of doubt, this includes, among other things:

- Communications with (or documents exchanged with) mediation parties regarding the BSA/Hartford Settlement Agreement.
- Communications with (or documents exchanged with) mediation parties regarding the RSA.
- Communications with (or documents exchanged with) mediation parties regarding the Debtors' proposed plan of reorganization, disclosure statement and related documents.

Your requests appear to seek all of these things, in violation of Local Rule 9019 and the Mediation Order. We therefore would like to know (i) whether you intend to abide by Local Rule 9019 and the Mediation Order and (ii) if not, your bases for violating Local Rule 9019 and the Mediation Order. If you have any reasonable position about the parameters of the privilege, we need to discuss the issue right away to avoid delay. But you cannot simply disregard the law and the Court's order. And we cannot change the schedule based on your delay. We reserve all rights.

Best,
Sam

**Samuel P. Hershey**  |  Associate
T  +1 (212) 819-2699     M  +1 (914) 582-1628     E  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

1

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Friday, July 9, 2021 5:00 PM
**To:** Hershey, Sam <sam.hershey@whitecase.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; Vroman, Robert C. <rvroman@omm.com>; rcecil@trplaw.com; mplevin@crowell.com; Yoon, Tacie <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; dchristian@dca.law; mbouslog@gibsondunn.com; jhallowell@gibsondunn.com; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; drichards@finemanlawfirm.com; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>; 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; david.fournier@troutman.com; marcy.smith@troutman.com; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; mwarner@mwe.com; rsmethurst@mwe.com; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Hunkler, Sara K. <SHunkler@goodwin.com>; Philip.Anker@wilmerhale.com; Danielle.Spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; EFay@bayardlaw.com; GFlasser@bayardlaw.com; Rolain, Annette P. <ARolain@goodwin.com>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Molton, David J. <DMolton@brownrudnick.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; Brady, Robert <RBRADY@ycst.com>; eharron@ycst.com; Kami Quinn <quinnk@gilbertlegal.com>; Emily Grim <grime@gilbertlegal.com>; Michael Atkinson2 <matkinson@provincefirm.com>; Matthew K. Babcock <MBabcock@thinkbrg.com>; Kelly, Barbara J. <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Martin, Ernest <ernest.martin@haynesboone.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Whittman, Brian <BWhittman@alvarezandmarsal.com>; Binggeli, Carl <cbinggeli@alvarezandmarsal.com>; Mason, Richard G. <RGMason@WLRK.com>; Sugden, Will <Will.Sugden@alston.com>; Mayer, Douglas K. <DKMayer@WLRK.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Levy, Mitchell S. <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Malhar S. Pagay <mpagay@pszjlaw.com>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

Mike

We made our position clear at the hearing and the hearing before it.

**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Friday, July 9, 2021 3:40 PM
**To:** Ruggeri, James P. <JRuggeri@goodwin.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; Vroman, Robert C. <rvroman@omm.com>; rcecil@trplaw.com; mplevin@crowell.com; Yoon, Tacie <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; dchristian@dca.law; mbouslog@gibsondunn.com; jhallowell@gibsondunn.com; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; drichards@finemanlawfirm.com; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>; 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; david.fournier@troutman.com; marcy.smith@troutman.com; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; mwarner@mwe.com; rsmethurst@mwe.com; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Hunkler, Sara K. <SHunkler@goodwin.com>; Philip.Anker@wilmerhale.com; Danielle.Spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; EFay@bayardlaw.com; GFlasser@bayardlaw.com; Rolain, Annette P. <ARolain@goodwin.com>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Molton, David J. <DMolton@brownrudnick.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; James Stang

<jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; Brady, Robert <RBRADY@ycst.com>; eharron@ycst.com; Kami Quinn <quinnk@gilbertlegal.com>; Emily Grim <grime@gilbertlegal.com>; Michael Atkinson2 <matkinson@provincefirm.com>; Matthew K. Babcock <MBabcock@thinkbrg.com>; Kelly, Barbara J. <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Martin, Ernest <ernest.martin@haynesboone.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Whittman, Brian <BWhittman@alvarezandmarsal.com>; Binggeli, Carl <cbinggeli@alvarezandmarsal.com>; Mason, Richard G. <RGMason@WLRK.com>; Sugden, Will <Will.Sugden@alston.com>; Mayer, Douglas K. <DKMayer@WLRK.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Levy, Mitchell S. <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Malhar S. Pagay <mpagay@pszjlaw.com>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)


[EXTERNAL MESSAGE]

Jim and Tanc,

We have confirmed with Jim that we will proceed with Mr. Mosby on Thursday, July 15 at 8 am CT.

We will proceed with Mr. Whittman on Wednesday, July 14 at 10 am CT.

We appreciate your efforts in working through these scheduling issues. We did want to follow up regarding your contentions to challenge the mediation privilege, which you raised again on our 12pm call. Obviously, there can be no question about the mediation privilege, so we again ask that you either confirm your agreement to abide by Local Rule 9019 and the Mediation Order, or explain your basis for seeking privileged material.

The Debtors will not produce their witnesses more than once. If the Insurers intend to move to compel the production of any materials, however, then they should do so right away.

Separately, we confirm that the Debtors will substantially complete document production by noon on Monday, and will produce a categorical privilege log at the same time.

Best,
Sam


**Samuel P. Hershey** | Associate
T  +1 (212) 819-2699    M  +1 (914) 582-1628    E  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Friday, July 9, 2021 11:01 AM
**To:** Ruggeri, James P. <JRuggeri@goodwin.com>; scocchiaro@omm.com; Schiavoni, Tancred <tschiavoni@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; rvroman@omm.com; rcecil@trplaw.com; Plevin, Mark <MPlevin@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; dchristian@dca.law; mbouslog@gibsondunn.com; jhallowell@gibsondunn.com; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; drichards@finemanlawfirm.com; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>; 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; david.fournier@troutman.com; marcy.smith@troutman.com; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; mwarner@mwe.com; rsmethurst@mwe.com; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Hunkler, Sara K. <SHunkler@goodwin.com>; Philip.Anker@wilmerhale.com; Danielle.Spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; EFay@bayardlaw.com;

GFlasser@bayardlaw.com; Rolain, Annette P. <ARolain@goodwin.com>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Molton, David J. <DMolton@brownrudnick.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; Brady, Robert <RBRADY@ycst.com>; eharron@ycst.com; Kami Quinn <quinnk@gilbertlegal.com>; Emily Grim <grime@gilbertlegal.com>; Michael Atkinson2 <matkinson@provincefirm.com>; Matthew K. Babcock <MBabcock@thinkbrg.com>; Kelly, Barbara J. <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Martin, Ernest <ernest.martin@haynesboone.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Whittman, Brian <BWhittman@alvarezandmarsal.com>; Binggeli, Carl <cbinggeli@alvarezandmarsal.com>; Mason, Richard G. <RGMason@WLRK.com>; Sugden, Will <Will.Sugden@alston.com>; Mayer, Douglas K. <DKMayer@WLRK.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Levy, Mitchell S. <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Malhar S. Pagay <mpagay@pszjlaw.com>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

Jim and Tanc (whose email was sent only to the insurers):

You rejected our proposed schedule so we are not sure what you mean when you say you relied on it. As we explained, the dates we proposed at the conference were explicitly premised on the then-existing hearing date. Immediately after the conference, we reached out to Mr. Rosenthal regarding a new schedule in light of the adjourned hearing date. We sent out a proposal to the insurers and did not hear back until yesterday evening.

Our current proposed schedule is plainly reasonable and, contrary to your claim, has depositions ending not "on the eve" of your objection deadline but three days before (with the majority done a week before). We have tried to be reasonable and accommodating but our efforts have not been reciprocated.

Mr. Mosby is not available and will not be produced on the 14th. He will be available on the 16th. Mr. Whittman will be available on the 15th. Both depositions will be held in Dallas.

The Debtors do not believe further emails on this issue will be productive, but are happy to set a call to discuss.

Best,
Sam

**Samuel P. Hershey** | Associate
**T** +1 (212) 819-2699    **M** +1 (914) 582-1628    **E** sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

---

**From:** Ruggeri, James P. <JRuggeri@goodwin.com>
**Date:** Friday, Jul 09, 2021, 10:08
**To:** Hershey, Sam <sam.hershey@whitecase.com>, scocchiaro@omm.com <scocchiaro@omm.com>, Schiavoni, Tancred <tschiavoni@omm.com>, Stamatios Stamoulis <stamoulis@swdelaw.com>, rvroman@omm.com <rvroman@omm.com>, rcecil@trplaw.com <rcecil@trplaw.com>, Plevin, Mark <MPlevin@crowell.com>, Yoon, Tacie <TYoon@crowell.com>, 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>, 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>, 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>, dchristian@dca.law <dchristian@dca.law>, mbouslog@gibsondunn.com <mbouslog@gibsondunn.com>, jhallowell@gibsondunn.com <jhallowell@gibsondunn.com>, 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>, 'sgummow@fgppr.com' <sgummow@fgppr.com>, drichards@finemanlawfirm.com <drichards@finemanlawfirm.com>, 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>, 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>, 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>, david.fournier@troutman.com <david.fournier@troutman.com>,

4

marcy.smith@troutman.com <marcy.smith@troutman.com>, 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>, mwarner@mwe.com <mwarner@mwe.com>, rsmethurst@mwe.com <rsmethurst@mwe.com>, Weinberg, Joshua D. <JWeinberg@goodwin.com>, Hunkler, Sara K. <SHunkler@goodwin.com>, Philip.Anker@wilmerhale.com <Philip.Anker@wilmerhale.com>, Danielle.Spinelli@wilmerhale.com <Danielle.Spinelli@wilmerhale.com>, Joel.Millar@wilmerhale.com <Joel.Millar@wilmerhale.com>, EFay@bayardlaw.com <EFay@bayardlaw.com>, GFlasser@bayardlaw.com <GFlasser@bayardlaw.com>, Rolain, Annette P. <ARolain@goodwin.com>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>, Linder, Matthew <mlinder@whitecase.com>, Molton, David J. <DMolton@brownrudnick.com>, Goodman, Eric R. <EGoodman@brownrudnick.com>, James Stang <jstang@pszjlaw.com>, John W. Lucas <jlucas@pszjlaw.com>, Debra Grassgreen <dgrassgreen@pszjlaw.com>, Rob Orgel <rorgel@pszjlaw.com>, Brady, Robert <RBRADY@ycst.com>, eharron@ycst.com <eharron@ycst.com>, Kami Quinn <quinnk@gilbertlegal.com>, Emily Grim <grime@gilbertlegal.com>, Michael Atkinson2 <matkinson@provincefirm.com>, Matthew K. Babcock <MBabcock@thinkbrg.com>, Kelly, Barbara J. <BKelly@brownrudnick.com>, Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>, Andolina, Michael <mandolina@whitecase.com>, Baccash, Laura <laura.baccash@whitecase.com>, Warner, Blair <blair.warner@whitecase.com>, Hammond, Andrew <ahammond@whitecase.com>, Martin, Ernest <ernest.martin@haynesboone.com>, Azer, Adrian <adrian.azer@haynesboone.com>, Whittman, Brian <BWhittman@alvarezandmarsal.com>, Binggeli, Carl <cbinggeli@alvarezandmarsal.com>, Mason, Richard G. <RGMason@WLRK.com>, Sugden, Will <Will.Sugden@alston.com>, Mayer, Douglas K. <DKMayer@WLRK.com>, Celentino, Joseph C. <JCCelentino@wlrk.com>, Levy, Mitchell S. <MSLevy@wlrk.com>, Kurtz, Glenn <gkurtz@whitecase.com>, Abbott, Derek <DAbbott@morrisnichols.com>, Malhar S. Pagay <mpagay@pszjlaw.com>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

That doesn't work. I can't do 3/15 or 3/16, b/c of a commitment I made based on the schedule BSA proposed. BSA offered Mr. Mosby for 7/13. BSA cannot now credibly say he is unavailable on that day. Please confirm Mr. Mosby for 7/13 or 7/14 -- your choice. Thanks.

---

**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Friday, July 9, 2021 10:03 AM
**To:** Ruggeri, James P. <JRuggeri@goodwin.com>; scocchiaro@omm.com; Schiavoni, Tancred <tschiavoni@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; rvroman@omm.com; rcecil@trplaw.com; Plevin, Mark <MPlevin@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; dchristian@dca.law; mbouslog@gibsondunn.com; jhallowell@gibsondunn.com; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; drichards@finemanlawfirm.com; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>; 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; david.fournier@troutman.com; marcy.smith@troutman.com; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; mwarner@mwe.com; rsmethurst@mwe.com; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Hunkler, Sara K. <SHunkler@goodwin.com>; Philip.Anker@wilmerhale.com; Danielle.Spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; EFay@bayardlaw.com; GFlasser@bayardlaw.com; Rolain, Annette P. <ARolain@goodwin.com>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Molton, David J. <DMolton@brownrudnick.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; Brady, Robert <RBRADY@ycst.com>; eharron@ycst.com; Kami Quinn <quinnk@gilbertlegal.com>; Emily Grim <grime@gilbertlegal.com>; Michael Atkinson2 <matkinson@provincefirm.com>; Matthew K. Babcock <MBabcock@thinkbrg.com>; Kelly, Barbara J. <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Martin, Ernest <ernest.martin@haynesboone.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Whittman, Brian <BWhittman@alvarezandmarsal.com>; Binggeli, Carl <cbinggeli@alvarezandmarsal.com>; Mason, Richard G. <RGMason@WLRK.com>; Sugden, Will <Will.Sugden@alston.com>; Mayer, Douglas K. <DKMayer@WLRK.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Levy, Mitchell S. <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Abbott, Derek

<[DAbbott@morrisnichols.com](mailto:DAbbott@morrisnichols.com)>; Malhar S. Pagay <[mpagay@pszjlaw.com](mailto:mpagay@pszjlaw.com)>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

*EXTERNAL EMAIL*

Jim,

We cannot offer Mr. Mosby on the 14th. If you cannot do the 15th we can offer Mr. Whittman on the 14th and Mr. Mosby on the 16th.

Best,
Sam

**Samuel P. Hershey** | Associate
T +1 (212) 819-2699   M +1 (914) 582-1628   E [sam.hershey@whitecase.com](mailto:sam.hershey@whitecase.com)
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Ruggeri, James P. <[JRuggeri@goodwin.com](mailto:JRuggeri@goodwin.com)>
**Sent:** Friday, July 9, 2021 9:47 AM
**To:** Hershey, Sam <[sam.hershey@whitecase.com](mailto:sam.hershey@whitecase.com)>; [scocchiaro@omm.com](mailto:scocchiaro@omm.com); Schiavoni, Tancred <[tschiavoni@omm.com](mailto:tschiavoni@omm.com)>; Stamatios Stamoulis <[stamoulis@swdelaw.com](mailto:stamoulis@swdelaw.com)>; [rvroman@omm.com](mailto:rvroman@omm.com); [rcecil@trplaw.com](mailto:rcecil@trplaw.com); Plevin, Mark <[MPlevin@crowell.com](mailto:MPlevin@crowell.com)>; Yoon, Tacie <[TYoon@crowell.com](mailto:TYoon@crowell.com)>; 'bmccullough@bodellbove.com' <[bmccullough@bodellbove.com](mailto:bmccullough@bodellbove.com)>; 'bruce.celebrezze@clydeco.us' <[bruce.celebrezze@clydeco.us](mailto:bruce.celebrezze@clydeco.us)>; 'konrad.krebs@clydeco.us' <[konrad.krebs@clydeco.us](mailto:konrad.krebs@clydeco.us)>; [dchristian@dca.law](mailto:dchristian@dca.law); [mbouslog@gibsondunn.com](mailto:mbouslog@gibsondunn.com); [jhallowell@gibsondunn.com](mailto:jhallowell@gibsondunn.com); 'MRosenthal@gibsondunn.com' <[MRosenthal@gibsondunn.com](mailto:MRosenthal@gibsondunn.com)>; 'sgummow@fgppr.com' <[sgummow@fgppr.com](mailto:sgummow@fgppr.com)>; [drichards@finemanlawfirm.com](mailto:drichards@finemanlawfirm.com); 'TJacobs@bradleyriley.com' <[TJacobs@bradleyriley.com](mailto:TJacobs@bradleyriley.com)>; 'jbucheit@bradleyriley.com' <[jbucheit@bradleyriley.com](mailto:jbucheit@bradleyriley.com)>; 'harris.winsberg@troutman.com' <[harris.winsberg@troutman.com](mailto:harris.winsberg@troutman.com)>; [david.fournier@troutman.com](mailto:david.fournier@troutman.com); [marcy.smith@troutman.com](mailto:marcy.smith@troutman.com); 'msorem@nicolaidesllp.com' <[msorem@nicolaidesllp.com](mailto:msorem@nicolaidesllp.com)>; [mwarner@mwe.com](mailto:mwarner@mwe.com); [rsmethurst@mwe.com](mailto:rsmethurst@mwe.com); Weinberg, Joshua D. <[JWeinberg@goodwin.com](mailto:JWeinberg@goodwin.com)>; Hunkler, Sara K. <[SHunkler@goodwin.com](mailto:SHunkler@goodwin.com)>; [Philip.Anker@wilmerhale.com](mailto:Philip.Anker@wilmerhale.com); [Danielle.Spinelli@wilmerhale.com](mailto:Danielle.Spinelli@wilmerhale.com); [Joel.Millar@wilmerhale.com](mailto:Joel.Millar@wilmerhale.com); [EFay@bayardlaw.com](mailto:EFay@bayardlaw.com); [GFlasser@bayardlaw.com](mailto:GFlasser@bayardlaw.com); Rolain, Annette P. <[ARolain@goodwin.com](mailto:ARolain@goodwin.com)>
**Cc:** O'Neill, Andrew <[aoneill@whitecase.com](mailto:aoneill@whitecase.com)>; Linder, Matthew <[mlinder@whitecase.com](mailto:mlinder@whitecase.com)>; Molton, David J. <[DMolton@brownrudnick.com](mailto:DMolton@brownrudnick.com)>; Goodman, Eric R. <[EGoodman@brownrudnick.com](mailto:EGoodman@brownrudnick.com)>; James Stang <[jstang@pszjlaw.com](mailto:jstang@pszjlaw.com)>; John W. Lucas <[jlucas@pszjlaw.com](mailto:jlucas@pszjlaw.com)>; Debra Grassgreen <[dgrassgreen@pszjlaw.com](mailto:dgrassgreen@pszjlaw.com)>; Rob Orgel <[rorgel@pszjlaw.com](mailto:rorgel@pszjlaw.com)>; Brady, Robert <[RBRADY@ycst.com](mailto:RBRADY@ycst.com)>; [eharron@ycst.com](mailto:eharron@ycst.com); Kami Quinn <[quinnk@gilbertlegal.com](mailto:quinnk@gilbertlegal.com)>; Emily Grim <[grime@gilbertlegal.com](mailto:grime@gilbertlegal.com)>; Michael Atkinson2 <[matkinson@provincefirm.com](mailto:matkinson@provincefirm.com)>; Matthew K. Babcock <[MBabcock@thinkbrg.com](mailto:MBabcock@thinkbrg.com)>; Kelly, Barbara J. <[BKelly@brownrudnick.com](mailto:BKelly@brownrudnick.com)>; Lauria (Boelter), Jessica <[jessica.lauria@whitecase.com](mailto:jessica.lauria@whitecase.com)>; Andolina, Michael <[mandolina@whitecase.com](mailto:mandolina@whitecase.com)>; Baccash, Laura <[laura.baccash@whitecase.com](mailto:laura.baccash@whitecase.com)>; Warner, Blair <[blair.warner@whitecase.com](mailto:blair.warner@whitecase.com)>; Hammond, Andrew <[ahammond@whitecase.com](mailto:ahammond@whitecase.com)>; Martin, Ernest <[ernest.martin@haynesboone.com](mailto:ernest.martin@haynesboone.com)>; Azer, Adrian <[adrian.azer@haynesboone.com](mailto:adrian.azer@haynesboone.com)>; Whittman, Brian <[BWhittman@alvarezandmarsal.com](mailto:BWhittman@alvarezandmarsal.com)>; Binggeli, Carl <[cbinggeli@alvarezandmarsal.com](mailto:cbinggeli@alvarezandmarsal.com)>; Mason, Richard G. <[RGMason@WLRK.com](mailto:RGMason@WLRK.com)>; Sugden, Will <[Will.Sugden@alston.com](mailto:Will.Sugden@alston.com)>; Mayer, Douglas K. <[DKMayer@WLRK.com](mailto:DKMayer@WLRK.com)>; Celentino, Joseph C. <[JCCelentino@wlrk.com](mailto:JCCelentino@wlrk.com)>; Levy, Mitchell S. <[MSLevy@wlrk.com](mailto:MSLevy@wlrk.com)>; Kurtz, Glenn <[gkurtz@whitecase.com](mailto:gkurtz@whitecase.com)>; Abbott, Derek <[DAbbott@morrisnichols.com](mailto:DAbbott@morrisnichols.com)>; Malhar S. Pagay <[mpagay@pszjlaw.com](mailto:mpagay@pszjlaw.com)>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

Pls flip them. I have a conflict on 7/15 that I cannot move, which I set based on your earlier email. As an accommodation to BSA, I would take Mr. Mosby's dep on 7/14 instead of 7/13, the date BSA proposed. Thanks.

**From:** Hershey, Sam <[sam.hershey@whitecase.com](mailto:sam.hershey@whitecase.com)>
**Sent:** Friday, July 9, 2021 9:44 AM
**To:** [scocchiaro@omm.com](mailto:scocchiaro@omm.com); Schiavoni, Tancred <[tschiavoni@omm.com](mailto:tschiavoni@omm.com)>; Stamatios Stamoulis

<stamoulis@swdelaw.com>; rvroman@omm.com; rcecil@trplaw.com; Plevin, Mark <MPlevin@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; dchristian@dca.law; mbouslog@gibsondunn.com; jhallowell@gibsondunn.com; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; drichards@finemanlawfirm.com; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>; 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; david.fournier@troutman.com; marcy.smith@troutman.com; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; mwarner@mwe.com; rsmethurst@mwe.com; Ruggeri, James P. <JRuggeri@goodwin.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Hunkler, Sara K. <SHunkler@goodwin.com>; Philip.Anker@wilmerhale.com; Danielle.Spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; EFay@bayardlaw.com; GFlasser@bayardlaw.com; Rolain, Annette P. <ARolain@goodwin.com>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Molton, David J. <DMolton@brownrudnick.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; Brady, Robert <RBRADY@ycst.com>; eharron@ycst.com; Kami Quinn <quinnk@gilbertlegal.com>; Emily Grim <grime@gilbertlegal.com>; Michael Atkinson2 <matkinson@provincefirm.com>; Matthew K. Babcock <MBabcock@thinkbrg.com>; Kelly, Barbara J. <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Martin, Ernest <ernest.martin@haynesboone.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Whittman, Brian <BWhittman@alvarezandmarsal.com>; Binggeli, Carl <cbinggeli@alvarezandmarsal.com>; Mason, Richard G. <RGMason@WLRK.com>; Sugden, Will <Will.Sugden@alston.com>; Mayer, Douglas K. <DKMayer@WLRK.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Levy, Mitchell S. <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Malhar S. Pagay <mpagay@pszjlaw.com>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

*EXTERNAL EMAIL*

Dear all:

In an effort to accommodate Century and Hartford, the Debtors are willing to offer Mr. Whittman on Wednesday, July 14 and Mr. Mosby on Thursday, July 15. Mr. Ownby's deposition has to remain on Monday, July 19. In light of the current schedule, the Debtors are unable to make any further changes to dates for depositions. Please let us know if this accommodation is acceptable.

Best,
Sam

**Samuel P. Hershey** | Associate
T  +1 (212) 819-2699    M  +1 (914) 582-1628    E  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Hershey, Sam
**Sent:** Wednesday, July 7, 2021 8:40 PM
**To:** 'scocchiaro@omm.com' <scocchiaro@omm.com>; 'Schiavoni, Tancred' <tschiavoni@omm.com>; 'Stamatios Stamoulis' <stamoulis@swdelaw.com>; 'rvroman@omm.com' <rvroman@omm.com>; 'rcecil@trplaw.com' <rcecil@trplaw.com>; 'Plevin, Mark' <MPlevin@crowell.com>; 'Yoon, Tacie' <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; 'dchristian@dca.law' <dchristian@dca.law>; 'mbouslog@gibsondunn.com' <mbouslog@gibsondunn.com>; 'jhallowell@gibsondunn.com' <jhallowell@gibsondunn.com>; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; 'drichards@finemanlawfirm.com' <drichards@finemanlawfirm.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>;

'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; 'david.fournier@troutman.com' <david.fournier@troutman.com>; 'marcy.smith@troutman.com' <marcy.smith@troutman.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'JRuggeri@goodwin.com' <JRuggeri@goodwin.com>; 'JWeinberg@goodwin.com' <JWeinberg@goodwin.com>; 'SHunkler@goodwin.com' <SHunkler@goodwin.com>; 'Philip.Anker@wilmerhale.com' <Philip.Anker@wilmerhale.com>; 'Danielle.Spinelli@wilmerhale.com' <Danielle.Spinelli@wilmerhale.com>; 'Joel.Millar@wilmerhale.com' <Joel.Millar@wilmerhale.com>; 'EFay@bayardlaw.com' <EFay@bayardlaw.com>; 'GFlasser@bayardlaw.com' <GFlasser@bayardlaw.com>; 'ARolain@goodwin.com' <ARolain@goodwin.com>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; 'Molton, David J.' <DMolton@brownrudnick.com>; 'Goodman, Eric R.' <EGoodman@brownrudnick.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Debra Grassgreen' <dgrassgreen@pszjlaw.com>; 'Rob Orgel' <rorgel@pszjlaw.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'eharron@ycst.com' <eharron@ycst.com>; 'Kami Quinn' <quinnk@gilbertlegal.com>; 'Emily Grim' <grime@gilbertlegal.com>; 'Michael Atkinson2' <matkinson@provincefirm.com>; 'Matthew K. Babcock' <MBabcock@thinkbrg.com>; 'Kelly, Barbara J.' <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; 'Martin, Ernest' <ernest.martin@haynesboone.com>; 'Azer, Adrian' <adrian.azer@haynesboone.com>; 'Whittman, Brian' <BWhittman@alvarezandmarsal.com>; 'Binggeli, Carl' <cbinggeli@alvarezandmarsal.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Sugden, Will' <Will.Sugden@alston.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Levy, Mitchell S.' <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; 'Abbott, Derek' <DAbbott@morrisnichols.com>; Malhar S. Pagay <mpagay@pszjlaw.com>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

All:

In light of the July 29th hearing date for the RSA Motion, we would propose to revise the discovery schedule as follows: by EOD tomorrow, July 8th, the Debtors will serve responses and objections, and will also endeavor to make their first production of documents, with further productions to follow on a rolling basis. The Debtors will offer Mr. Whittman on Thursday, July 15th at 9:00 a.m. CT, Mr. Mosby on Friday, July 16th at 10:00 a.m. CT, and Mr. Ownby on Monday, July 19th at 10:00 a.m. CT. All three depositions will take place at Haynes & Boone's office in Dallas. As discussed at the conference, the objection deadline will be July 22nd at 4:00 p.m. ET.

Best,
Sam


**Samuel P. Hershey** | Associate
T +1 (212) 819-2699    M +1 (914) 582-1628    E sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Hershey, Sam
**Sent:** Tuesday, July 6, 2021 7:02 PM
**To:** 'scocchiaro@omm.com' <scocchiaro@omm.com>; 'Schiavoni, Tancred' <tschiavoni@omm.com>; 'Stamatios Stamoulis' <stamoulis@swdelaw.com>; 'rvroman@omm.com' <rvroman@omm.com>; 'rcecil@trplaw.com' <rcecil@trplaw.com>; 'Plevin, Mark' <MPlevin@crowell.com>; 'Yoon, Tacie' <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; 'dchristian@dca.law' <dchristian@dca.law>; 'mbouslog@gibsondunn.com' <mbouslog@gibsondunn.com>; 'jhallowell@gibsondunn.com' <jhallowell@gibsondunn.com>; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; 'drichards@finemanlawfirm.com' <drichards@finemanlawfirm.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>; 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; 'david.fournier@troutman.com' <david.fournier@troutman.com>; 'marcy.smith@troutman.com' <marcy.smith@troutman.com>;

'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'JRuggeri@goodwin.com' <JRuggeri@goodwin.com>; 'JWeinberg@goodwin.com' <JWeinberg@goodwin.com>; 'SHunkler@goodwin.com' <SHunkler@goodwin.com>; 'Philip.Anker@wilmerhale.com' <Philip.Anker@wilmerhale.com>; 'Danielle.Spinelli@wilmerhale.com' <Danielle.Spinelli@wilmerhale.com>; 'Joel.Millar@wilmerhale.com' <Joel.Millar@wilmerhale.com>; 'EFay@bayardlaw.com' <EFay@bayardlaw.com>; 'GFlasser@bayardlaw.com' <GFlasser@bayardlaw.com>; 'ARolain@goodwin.com' <ARolain@goodwin.com>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; 'Molton, David J.' <DMolton@brownrudnick.com>; 'Goodman, Eric R.' <EGoodman@brownrudnick.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Debra Grassgreen' <dgrassgreen@pszjlaw.com>; 'Rob Orgel' <rorgel@pszjlaw.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'eharron@ycst.com' <eharron@ycst.com>; 'Kami Quinn' <quinnk@gilbertlegal.com>; 'Emily Grim' <grime@gilbertlegal.com>; 'Michael Atkinson2' <matkinson@provincefirm.com>; 'Matthew K. Babcock' <MBabcock@thinkbrg.com>; 'Kelly, Barbara J.' <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; 'Martin, Ernest' <ernest.martin@haynesboone.com>; 'Azer, Adrian' <adrian.azer@haynesboone.com>; 'Whittman, Brian' <BWhittman@alvarezandmarsal.com>; 'Binggeli, Carl' <cbinggeli@alvarezandmarsal.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Sugden, Will' <Will.Sugden@alston.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Levy, Mitchell S.' <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; 'Abbott, Derek' <DAbbott@morrisnichols.com>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

Dear All:

I write to follow up on our meet-and-confer of earlier today. Thank you for the conversation.

First, to address any concerns regarding the good-faith findings in the RSA Order, the Debtors are not seeking through the RSA Order a good-faith finding with respect to confirmation or coverage disputes. Indeed, the RSA Order explicitly "makes no finding or ruling" as to the Disclosure Statement or Plan, and "the rights and objections of all parties are reserved with respect to such matters." RSA Order ¶ 2. That said, we've made adjustments to the RSA Order reflected in the attached.

Second, as discussed on the call, with respect to the insurers' discovery requests from Friday, July 2 and Saturday, July 3, the Debtors will endeavor to provide responses to such discovery by EOD tomorrow, with document production substantially completed by EOD Thursday.

Third, the Debtors offered Friday, July 9 for the deposition of Mr. Mosby. Because you told us that a Friday deposition was too soon for you given the production schedule, the Debtors will produce Mr. Mosby on Tuesday, July 13 at 8:00 a.m. CT. While the Debtors continue to believe that Mr. Ownby's deposition is unnecessary, the Debtors will offer Mr. Ownby on Tuesday, July 13 following the conclusion of Mr. Mosby's deposition. The Debtors will offer Mr. Whittman on Monday, July 12 at 11 a.m. CT. Since the Debtors have endeavored to address the concern regarding the good-faith finding in the RSA Order, we trust that, based on your representations at the meet-and-confer, all of the depositions will be streamlined.

Finally, the Debtors will agree to extend the objection deadline for the RSA Motion to July 14th at 4:00 p.m. ET.

Please let us know if you would like to discuss these matters further.

Best,
Sam


**Samuel P. Hershey** | Associate
**T** +1 (212) 819-2699   **M** +1 (914) 582-1628   **E** sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Hershey, Sam
**Sent:** Sunday, July 4, 2021 3:48 PM
**To:** 'scocchiaro@omm.com' <scocchiaro@omm.com>; 'Schiavoni, Tancred' <tschiavoni@omm.com>; 'Stamatios Stamoulis' <stamoulis@swdelaw.com>; 'rvroman@omm.com' <rvroman@omm.com>; 'rcecil@trplaw.com'

<rcecil@trplaw.com>; Plevin, Mark <MPlevin@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; 'dchristian@dca.law' <dchristian@dca.law>; 'mbouslog@gibsondunn.com' <mbouslog@gibsondunn.com>; 'jhallowell@gibsondunn.com' <jhallowell@gibsondunn.com>; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; 'drichards@finemanlawfirm.com' <drichards@finemanlawfirm.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>; 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; 'david.fournier@troutman.com' <david.fournier@troutman.com>; 'marcy.smith@troutman.com' <marcy.smith@troutman.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'JRuggeri@goodwin.com' <JRuggeri@goodwin.com>; 'JWeinberg@goodwin.com' <JWeinberg@goodwin.com>; 'SHunkler@goodwin.com' <SHunkler@goodwin.com>; 'Philip.Anker@wilmerhale.com' <Philip.Anker@wilmerhale.com>; 'Danielle.Spinelli@wilmerhale.com' <Danielle.Spinelli@wilmerhale.com>; 'Joel.Millar@wilmerhale.com' <Joel.Millar@wilmerhale.com>; 'EFay@bayardlaw.com' <EFay@bayardlaw.com>; 'GFlasser@bayardlaw.com' <GFlasser@bayardlaw.com>; 'ARolain@goodwin.com' <ARolain@goodwin.com>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; 'Molton, David J.' <DMolton@brownrudnick.com>; 'Goodman, Eric R.' <EGoodman@brownrudnick.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Debra Grassgreen' <dgrassgreen@pszjlaw.com>; 'Rob Orgel' <rorgel@pszjlaw.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'eharron@ycst.com' <eharron@ycst.com>; 'Kami Quinn' <quinnk@gilbertlegal.com>; 'Emily Grim' <grime@gilbertlegal.com>; 'Michael Atkinson2' <matkinson@provincefirm.com>; 'Matthew K. Babcock' <MBabcock@thinkbrg.com>; 'Kelly, Barbara J.' <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; 'Martin, Ernest' <ernest.martin@haynesboone.com>; 'Azer, Adrian' <adrian.azer@haynesboone.com>; 'Whittman, Brian' <BWhittman@alvarezandmarsal.com>; 'Binggeli, Carl' <cbinggeli@alvarezandmarsal.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Sugden, Will' <Will.Sugden@alston.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Levy, Mitchell S.' <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>
**Subject:** In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

All,

We refer to the notices of deposition filed on July 2, 2021 [D.I.s 5479, 5480, 5482 and 5487], which seek the depositions of (i) Brian Whittman, (ii) Roger Mosby, (iii) Andrew Evans, (iv) Dan Ownby and (v) Mitchell Toups in connection with the *Debtors' Motion for Entry of an Order, Pursuant to Section 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement and (II) Granting Related Relief* [D.I. 5466] (the "RSA Motion").

The Debtors propose to produce Mr. Mosby on Friday, July 9 at 11 CT and Mr. Whittman on Monday, July 12 at 11 am CT. Mr. Mosby will be in Dallas, TX and Mr. Whittman will be in Chicago, IL, although the Debtors do not object to questioning by Zoom. Given the limited scope of the declaration provided by Mr. Mosby and his role as Debtors' CEO, the Debtors propose to limit his deposition to 2.5 hours.

The Debtors do not believe that testimony from Mr. Evans or Mr. Ownby is appropriate in connection with the RSA Motion and are not presently prepared to produce them for depositions. The Debtors are willing to meet-and-confer to discuss further, and suggest a call on Tuesday, July 6 at 11 am CT.

Mr. Toups is not affiliated with the Debtors, and the Debtors will not produce him.

Best wishes to all of you for a happy and safe Fourth of July.

Best,
Sam

**Samuel P. Hershey** | Associate
T +1 (212) 819-2699    M +1 (914) 582-1628    E sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**WHITE & CASE**

================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================

================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================

==========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==========================================================================