# Ex. 23

## Hershey, Sam

| | |
|---|---|
| **From:** | Hershey, Sam |
| **Sent:** | Tuesday, August 3, 2021 6:34 PM |
| **To:** | 'Shamah, Daniel S.'; Cocchiaro, Salvatore J.; Andolina, Michael; Kurtz, Glenn; dabbott@morrisnichols.com; Hammond, Andrew; Lauria (Boelter), Jessica; Linder, Matthew; Baccash, Laura; Warner, Blair; Thomas, Jennifer; Topper, Paige; Remming, Andrew; Azer, Adrian; Martin, Ernest |
| **Cc:** | Rosenthal, Michael A.; mplevin@crowell.com; Choi, Michelle; Winsberg, Harris B.; Susan N. K. Gummow; Jordan, Tracey; Todd C. Jacobs; jbucheit@bradleyriley.com; Laura McNally; Emily Stone; Seligman, Gary; Criss, Ashley; O'Connor, John; hlee@steptoe.com; Grindrod, Brett; Ogle, Nailah; Kerns, Kathleen; Myers, Scott P; Louis J. Rizzo, Esquire; Smethurst, Ryan; Pamela Minetto; Lloyd Gura; Michael Hrinewski; Lorraine Armenti; Everett, Trevor; jziemianski@cozen.com; dchristian@dca.law; George Calhoun; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; KMarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lifland, Lauren; Loveland, Benjamin; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; ahachikian@foxswibel.com; Zatz, Clifford; Yoon, Tacie; Jankowski, Rachel; Cacabelos, Kevin; Martorana, Keith R.; Bouslog, Matthew G.; Hallowell, James; Eisinger, Vince; Cassidy, Dylan S.; Schiavoni, Tancred; Warren, Steve; Stamatios Stamoulis |
| **Subject:** | RE: BSA Discovery |

All:

Thank you for your time on the meet-and-confer.  As you know, several insurers informed the Debtors that they intend to move to compel the production of additional materials that the Debtors believe are protected by the mediation privilege, and that they will not depose the Debtors' witnesses without those materials.  We asked which of the insurers joined this position, and Hartford, Century and Allianz responded that they join.  We asked which insurers do not join this position, and no one responded.  We advised that we will not have witnesses travel and appear if no one intends to depose them, so unless someone states that they will proceed, we will pull the witnesses.  No one asked to depose any of the witnesses, so the depositions were cancelled.

As the Debtors noted on the call, while the Debtors have been consistent in their position that the substance of the mediation communications related to the TDPs are protected by the mediation privilege, and while they do not believe it is required for them to do so, the Debtors have agreed to produce a chart reflecting timing of negotiations of the TDP, including the sharing of drafts.  We will endeavor to provide that to the insurers by close of business tomorrow.  We understand the insurers do not agree with the Debtors' position, and we have asked for authority supporting this position, which the insurers have not provided.

Regarding the discussion with counsel to Allianz, the Debtors are not withholding communications with local councils and chartering organizations regarding the RSA for privilege.  The Debtors have searched the emails (including, in certain cases, the personal email accounts) of their witnesses—*i.e.*, the Debtors' CEO, two board members and their financial advisor—and have produced all responsive communications with local councils and chartering organizations in their possession.  The Debtors' counsel have also confirmed that they are unaware of any communications they have had with local councils and chartering organizations regarding the RSA.  The Debtors asked counsel for Allianz to cite any materials that he believes indicate that the Debtors are withholding documents, and counsel cited one document, bearing Bates stamp 1302, and refused to cite anything else.  The Debtors have reviewed that document.  It appears to be an email dated March 2, 2021 from a member of the Debtors' PR team regarding "push back" she received from a local council because the recipients of an email she sent included a local council volunteer.  We do not believe this email evidences the Debtors' failure to produce responsive documents.  We confirm again that we have produced responsive materials and ask again that if you have any information indicating otherwise that you raise it to our attention.

We do not believe that the insurers are entitled to any further documents and, in any event, it is not possible for the anticipated motions to compel to be filed, answered and resolved in time for the Debtors to offer their witnesses for

depositions before the hearing on August 12.  In short, you waited too long to raise these issues.  As we have advised the insurers, the Debtors intend to offer a full record on the RSA at the August 12 hearing, regardless of whether the insurers choose to depose the Debtors' witnesses.  So, if any insurer changes its mind, please let us know by 12pm ET tomorrow and we will produce the witnesses.

Best,
Sam

**Samuel P. Hershey** | Associate
**T** +1 (212) 819-2699    **M** +1 (914) 582-1628    **E** sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Shamah, Daniel S. <dshamah@omm.com>
**Sent:** Tuesday, August 3, 2021 11:01 AM
**To:** Hershey, Sam <sam.hershey@whitecase.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Andolina, Michael <mandolina@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; dabbott@morrisnichols.com; Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Topper, Paige <ptopper@morrisnichols.com>; Remming, Andrew <ARemming@morrisnichols.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Martin, Ernest <ernest.martin@haynesboone.com>
**Cc:** Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; mplevin@crowell.com; Choi, Michelle <MChoi@gibsondunn.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; George Calhoun <george@ifrahlaw.com>; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; KMarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; ahachikian@foxswibel.com; Zatz, Clifford <CZatz@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Hallowell, James <JHallowell@gibsondunn.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Warren, Steve <swarren@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** RE: BSA Discovery

3pm works

**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Tuesday, August 3, 2021 10:13 AM
**To:** Shamah, Daniel S. <dshamah@omm.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Andolina, Michael <mandolina@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; dabbott@morrisnichols.com; Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Topper, Paige <ptopper@morrisnichols.com>; Remming, Andrew <ARemming@morrisnichols.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Martin, Ernest <ernest.martin@haynesboone.com>

**Cc:** Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; mplevin@crowell.com; Choi, Michelle <MChoi@gibsondunn.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; George Calhoun <george@ifrahlaw.com>; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; KMarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; ahachikian@foxswibel.com; Zatz, Clifford <CZatz@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Hallowell, James <JHallowell@gibsondunn.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Warren, Steve <swarren@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** RE: BSA Discovery

[EXTERNAL MESSAGE]

Hi Daniel,

The Debtors are available to meet and confer at 3pm ET. Please let me know if that works and I can send a dial-in.

Best,
Sam

**Samuel P. Hershey** | Associate
**T** +1 (212) 819-2699    **M** +1 (914) 582-1628    **E** sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Shamah, Daniel S. <dshamah@omm.com>
**Date:** Tuesday, Aug 03, 2021, 09:52
**To:** Hershey, Sam <sam.hershey@whitecase.com>, Cocchiaro, Salvatore J. <scocchiaro@omm.com>, Andolina, Michael <mandolina@whitecase.com>, Kurtz, Glenn <gkurtz@whitecase.com>, dabbott@morrisnichols.com <dabbott@morrisnichols.com>, Hammond, Andrew <ahammond@whitecase.com>, Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>, Linder, Matthew <mlinder@whitecase.com>, Baccash, Laura <laura.baccash@whitecase.com>, Warner, Blair <blair.warner@whitecase.com>, Thomas, Jennifer <jennifer.thomas@whitecase.com>, Topper, Paige <ptopper@morrisnichols.com>, Remming, Andrew <ARemming@morrisnichols.com>, Azer, Adrian <adrian.azer@haynesboone.com>, Martin, Ernest <ernest.martin@haynesboone.com>
**Cc:** Rosenthal, Michael A. <MRosenthal@gibsondunn.com>, mplevin@crowell.com <mplevin@crowell.com>, Choi, Michelle <MChoi@gibsondunn.com>, Winsberg, Harris B. <harris.winsberg@troutman.com>, Susan N. K. Gummow <sgummow@fgppr.com>, Jordan, Tracey <tjordan@fgppr.com>, Todd C. Jacobs <TJacobs@bradleyriley.com>, jbucheit@bradleyriley.com <jbucheit@bradleyriley.com>, Laura McNally <lmcnally@loeb.com>, Emily Stone <estone@loeb.com>, Seligman, Gary <GSeligman@wiley.law>, Criss, Ashley <ACriss@wiley.law>, O'Connor, John <joconnor@steptoe.com>, hlee@steptoe.com <hlee@steptoe.com>, Grindrod, Brett <bgrindrod@steptoe.com>, Ogle, Nailah

<nogle@steptoe.com>, Kerns, Kathleen <kkerns@postschell.com>, Myers, Scott P <SPMYERS@travelers.com>, Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>, Smethurst, Ryan <rsmethurst@mwe.com>, Pamela Minetto <PMinetto@moundcotton.com>, Lloyd Gura <LGura@moundcotton.com>, Michael Hrinewski <mhrinewski@cmg.law>, Lorraine Armenti <LArmenti@cmg.law>, Everett, Trevor <TEverett@cozen.com>, jziemianski@cozen.com <jziemianski@cozen.com>, dchristian@dca.law <dchristian@dca.law>, George Calhoun <george@ifrahlaw.com>, bruce.celebrezze@clydeco.us <bruce.celebrezze@clydeco.us>, konrad.krebs@clydeco.us <konrad.krebs@clydeco.us>, alexandra.kowalski@generalstar.com <alexandra.kowalski@generalstar.com>, panderson@foxswibel.com <panderson@foxswibel.com>, KMarrkand@mintz.com <KMarrkand@mintz.com>, dgooding@choate.com <dgooding@choate.com>, KVMarrkand@mintz.com <KVMarrkand@mintz.com>, Lifland, Lauren <Lauren.Lifland@wilmerhale.com>, Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>, Philip.Anker@wilmerhale.com <Philip.Anker@wilmerhale.com>, JRuggeri@goodwin.com <JRuggeri@goodwin.com>, pminetto@moundcotton.com <pminetto@moundcotton.com>, lgura@moundcotton.com <lgura@moundcotton.com>, Anderson, Margaret M. <panderson@foxswibel.com>, ahachikian@foxswibel.com <ahachikian@foxswibel.com>, Zatz, Clifford <CZatz@crowell.com>, Yoon, Tacie <TYoon@crowell.com>, Jankowski, Rachel <RJankowski@crowell.com>, Cacabelos, Kevin <KCacabelos@crowell.com>, Martorana, Keith R. <KMartorana@gibsondunn.com>, Bouslog, Matthew G. <MBouslog@gibsondunn.com>, Hallowell, James <JHallowell@gibsondunn.com>, Eisinger, Vince <VEisinger@gibsondunn.com>, Cassidy, Dylan S. <DCassidy@gibsondunn.com>, Schiavoni, Tancred <tschiavoni@omm.com>, Warren, Steve <swarren@omm.com>, Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** RE: BSA Discovery

Sam – we disagree with your assertions below.  Nevertheless, we are available to meet and confer to see if we can narrow the disputes.  Please let us know your availability today.

Daniel

**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Monday, August 2, 2021 7:30 PM
**To:** Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Andolina, Michael <mandolina@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; dabbott@morrisnichols.com; Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Topper, Paige <ptopper@morrisnichols.com>; Remming, Andrew <ARemming@morrisnichols.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Martin, Ernest <ernest.martin@haynesboone.com>
**Cc:** Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; mplevin@crowell.com; Choi, Michelle <MChoi@gibsondunn.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; George Calhoun <george@ifrahlaw.com>; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; KMarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; pminetto@moundcotton.com; lgura@moundcotton.com; Anderson, Margaret M. <panderson@foxswibel.com>; ahachikian@foxswibel.com; Zatz, Clifford <CZatz@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Hallowell, James <JHallowell@gibsondunn.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; Cassidy, Dylan S.

<DCassidy@gibsondunn.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; Warren, Steve <swarren@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** RE: BSA Discovery

[EXTERNAL MESSAGE]

Tanc and Sal:

We apprised the Court and the parties at the July 27 conference that we would finish our production by the end of the weekend.  We have met that goal.  Moreover, the Court directed: "I would, of course, ask the parties to meet and confer, and discuss how everything is going forward in this period of time."  July 29, 2021 Hr'g Tr. at 21:19-21.  Your continued refusal to engage with us on the discovery schedule violates the Court's direction.

Your position that the Debtors are taking an overbroad view of the mediation privilege is incorrect.  To the contrary, we are taking exactly the view required by the Court's Mediation Order and Local Rule 9019, which provides that "views expressed or suggestions made by a party with respect to a possible settlement of the dispute" and "documents prepared for the purpose of, in the course of, or pursuant to the mediation" must be treated as privileged.  Del. Bankr. L. R. 9019-5(d)(i); *see also Wilmington Hosp. v. New Castle Cnty.*, 788 A.2d 536, 541 (Del. Ch. 2001) (finding that "[c]onfidentiality of all communications between the parties . . . serves the important public policy of promoting a broad discussion of potential resolutions to the matters being mediated" because "[w]ithout the expectation of confidentiality, parties would hesitate to propose compromise solutions out of the concern that they would later be prejudiced by their disclosure.").  The TDPs clearly fall within this category.  Notably, your motion to compel did not seek drafts of the TDPs, just "minutes and communications reflecting what the Board considered concerning . . . the TDPs."  Mot. at 20.  Your decision not to ask the Court to compel the Debtors to produce these drafts demonstrates that your request for them now is too late and improper.  Indeed, since July 8, we've repeatedly asked you to share your position on this topic, including in Mr. Kurtz's letter of today, and you've steadfastly refused.  We reiterate our request that you finally state your position in writing so that there is no confusion regarding your position.

Your assertion that the Debtors are trying to re-do the entire discovery record is also incorrect.  Rather, we are providing additional documents and further unredacted documents, and making our witnesses available to answer questions regarding those documents, as you requested and consistent with the Court's statements.  You are also incorrect in asserting that any party ever requested that the Debtors pay your costs for taking discovery, but obviously there is no basis for that.  The Debtors have been seeking to meet and confer on these issues since July 8, but you waited until four days after the conclusion of depositions to meet and confer and raise the dispute to the Court.  Any fees you incurred as a result of your delay are not the Debtors' responsibility.  Indeed, the Court ruled that the issues raised in the motion to compel "really should have been brought to me sooner."  July 27, 2021 Hr'g Tr. at 24:3-4.

Lastly, you haven't responded to our multiple requests since July 29 to confirm the dates of depositions.  Please do that now.  We also want to clarify that you are not re-taking the depositions.  The depositions should be limited to new material and any topic relevant to new materials.  We trust you will be efficient with the time both in consideration for our witnesses and to avoid creating further unnecessary costs.

We are available to meet and confer on these matters tonight or tomorrow morning, and continue to reserve all rights.

Best,
Sam

**Samuel P. Hershey**  |  Associate
**T**  +1 (212) 819-2699    **M**  +1 (914) 582-1628    **E**  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Hershey, Sam
**Sent:** Monday, August 2, 2021 3:44 PM
**To:** 'Cocchiaro, Salvatore J.' <scocchiaro@omm.com>; Andolina, Michael <mandolina@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; dabbott@morrisnichols.com; Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Topper, Paige <ptopper@morrisnichols.com>; Remming, Andrew

<ARemming@morrisnichols.com>; 'Azer, Adrian' <adrian.azer@haynesboone.com>; 'Martin, Ernest' <ernest.martin@haynesboone.com>

**Cc:** Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; mplevin@crowell.com; Choi, Michelle <MChoi@gibsondunn.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; George Calhoun <george@ifrahlaw.com>; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; KMarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; pminetto@moundcotton.com; lgura@moundcotton.com; Anderson, Margaret M. <panderson@foxswibel.com>; ahachikian@foxswibel.com; Zatz, Clifford <CZatz@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Hallowell, James <JHallowell@gibsondunn.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; Warren, Steve <swarren@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** RE: BSA Discovery

Copying in the rest of our team so that you can copy and paste going forward.

**Samuel P. Hershey** | Associate
**T** +1 (212) 819-2699    **M** +1 (914) 582-1628    **E** sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Cocchiaro, Salvatore J. <scocchiaro@omm.com>
**Sent:** Monday, August 2, 2021 3:34 PM
**To:** Andolina, Michael <mandolina@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Hershey, Sam <sam.hershey@whitecase.com>; dabbott@morrisnichols.com
**Cc:** Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; mplevin@crowell.com; Choi, Michelle <MChoi@gibsondunn.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; George Calhoun <george@ifrahlaw.com>; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; KMarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; pminetto@moundcotton.com; lgura@moundcotton.com; Anderson, Margaret M. <panderson@foxswibel.com>; ahachikian@foxswibel.com; Zatz, Clifford <CZatz@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Hallowell, James <JHallowell@gibsondunn.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; Cassidy, Dylan S.

<DCassidy@gibsondunn.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; Warren, Steve <swarren@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** BSA Discovery

Good afternoon Mike, Glenn, Sam, and Derek,

You told the court on July 7th that the Debtors would complete their document production in a manner of days.  Yet, we only received your last document production late last night.  On a quick review, and based on your letter from just a few hours ago, it is now apparent that the Debtors are still taking an overbroad view of the mediation privilege; for example, you appear to assert that all drafts of and other documents concerning the TDPs or other plan documents are *per se* protected by the mediation privilege.  David Christian asked you last week for a privilege log so we could confirm among other things when these documents were exchanged.  You flatly refused.   Before we even have a discussion of deposition schedules, we should have a meet and confer on the scope of the mediation privilege and whether the Debtors' document productions are consistent with the Local Rules.

It is obvious that, in light of the Court's ruling last week, the Debtors are trying to redo the entire discovery record in a manner of days.  It is entirely improper.  Worse, you are proposing to put everyone through a repeat of the prior performance given you are insisting on going ahead without having produced any drafts of the RSA or Plan documents or the communications about them.  Given the way you have proceeded, we asked that the Debtors reimburse the insurers for their costs of re-taking all these depositions, a request to which you have not responded.

Best,
Sal

## O'Melveny

**Salvatore J. Cocchiaro**
Associate
scocchiaro@omm.com
O: +1-212-728-5975

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

============================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

============================================================================

=========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


=========================================================================