Ex. 24

**Subject:**              RE: BSA - TDP log

**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Thursday, August 5, 2021 10:55 PM
**To:** Shamah, Daniel S. <dshamah@omm.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Andolina, Michael <mandolina@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; dabbott@morrisnichols.com; Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Topper, Paige <ptopper@morrisnichols.com>; Remming, Andrew <ARemming@morrisnichols.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Martin, Ernest <ernest.martin@haynesboone.com>
**Cc:** Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; mplevin@crowell.com; Choi, Michelle <MChoi@gibsondunn.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; George Calhoun <george@ifrahlaw.com>; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; KMarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; ahachikian@foxswibel.com; Zatz, Clifford <CZatz@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Hallowell, James <JHallowell@gibsondunn.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Warren, Steve <swarren@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** RE: BSA - TDP log

All:

As you are aware, the motion to compel cites an email that the Debtors produced without the attachment.  *See* Motion at 7, n. 12; Fay Decl., Ex. H.  That was inadvertent.  It is unfortunate that the Moving Insurers chose to raise this issue to the Court first, rather than to the Debtors, in violation of Local Rule 7026-1, especially given that (i) the Debtors specifically asked the Moving Insurers on the meet-and-confer to cite examples of documents indicating that communications with local councils had been withheld, and the Moving Insurers did not mention this document, and (ii) as the Moving Insurers acknowledge, when the Debtors intentionally withheld attachments for privilege, they marked their decision by inserting a slipsheet.  *See* Motion at 7.  The fact that this email was produced without a slipsheet should have indicated to the Moving Insurers that the attachment was likely withheld inadvertently.  The Debtors also do not see how this email and attachment are in any way relevant to the Moving Insurers' objection to the RSA Motion.

Nonetheless, since this issue has now been raised to the Debtors' attention, albeit improperly, the Debtors hereby produce the email and attachment, bearing Bates stamps BSA-RSA_00002111 to BSA-RSA_00002112.  Please note that these documents have been designated Highly Confidential under the Protective Order and should be treated accordingly.

Best,
Sam

**Samuel P. Hershey** | Associate
T  +1 (212) 819-2699     M  +1 (914) 582-1628     E  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Hershey, Sam
**Sent:** Wednesday, August 4, 2021 6:24 PM
**To:** Shamah, Daniel S. <dshamah@omm.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Andolina, Michael <mandolina@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; dabbott@morrisnichols.com; Hammond, Andrew <ahammond@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Topper, Paige <ptopper@morrisnichols.com>; Remming, Andrew <ARemming@morrisnichols.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Martin, Ernest <ernest.martin@haynesboone.com>
**Cc:** Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; mplevin@crowell.com; Choi, Michelle <MChoi@gibsondunn.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Susan N. K. Gummow <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; jbucheit@bradleyriley.com; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; O'Connor, John <joconnor@steptoe.com>; hlee@steptoe.com; Grindrod, Brett <bgrindrod@steptoe.com>; Ogle, Nailah <nogle@steptoe.com>; Kerns, Kathleen <kkerns@postschell.com>; Myers, Scott P <SPMYERS@travelers.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Pamela Minetto <PMinetto@moundcotton.com>; Lloyd Gura <LGura@moundcotton.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>; Everett, Trevor <TEverett@cozen.com>; jziemianski@cozen.com; dchristian@dca.law; George Calhoun <george@ifrahlaw.com>; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; alexandra.kowalski@generalstar.com; panderson@foxswibel.com; KMarrkand@mintz.com; dgooding@choate.com; KVMarrkand@mintz.com; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; Philip.Anker@wilmerhale.com; JRuggeri@goodwin.com; ahachikian@foxswibel.com; Zatz, Clifford <CZatz@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Hallowell, James <JHallowell@gibsondunn.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Warren, Steve <swarren@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** BSA - TDP log

All,

As discussed on our meet and confer, attached please find a log of communications with plaintiffs regarding the TDP.  The Debtors provide this log in a good-faith effort to resolve the dispute pursuant to Delaware Local Rule 7026-1, and do not hereby waive any rights, privileges or defenses.  The Debtors reserve all rights.

Best,
Sam


**Samuel P. Hershey** | Associate
T  +1 (212) 819-2699     M  +1 (914) 582-1628     E  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095