Ex. 25

**WHITE & CASE**

July 25, 2021

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

**whitecase.com**

**VIA E-MAIL**

Philip D. Anker
philip.anker@wilmerhale.com

Todd C. Jacobs
tjacobs@bradleyriley.com

Konrad R. Krebs
konrad.krebs@clydeco.us

Mark D. Plevin
mplevin@crowell.com

Michael A. Rosenthal
mrosenthal@gibsondunn.com

Tancred Schiavoni
tschiavoni@omm.com

Margaret H. Warner
mwarner@mwe.com

RE: *In re Boy Scouts of America*, Case No. 20-10343 (LSS) (Bankr. D. Del. 2020)

Dear all:

With this letter, you will receive access to the Debtors' fifth production of documents in connection with the RSA Motion, bearing Bates stamps BSA-RSA_00000821 to BSA-RSA_00000937 and BSA-RSA_00000940 to BSA-RSA_00000940. Pursuant to the parties' meet-and-confer on July 23, 2021, the Debtors and their advisors have further reviewed the board presentations the Debtors previously produced to the Insurers, and have unredacted certain portions of those presentations in this production. Please note that these documents bear the same Bates stamps as the documents that the Debtors previously produced. Please delete or destroy any previous versions of these documents in your possession.

Additionally, pursuant to the parties' meet-and-confer, the Debtors also re-reviewed over 400 emails regarding local councils and chartering organizations. This review resulted in the Debtors identifying an email that was inadvertently withheld, which the Debtors are also producing.

**WHITE & CASE**

Philip D. Ankar, *et al.*, p. 2
July 25, 2021

As discussed on our meet-and-confer, the Debtors are reviewing the minutes they previously produced to the Insurers to determine if portions of those minutes can be unredacted. The Debtors expect to finish this review and produce further unredacted minutes by tomorrow afternoon.

Please note that the Debtors make this production in a good-faith effort to work cooperatively with the Insurers to resolve this dispute, in accordance with the parties' obligations under Local Rule 7026-1. Accordingly, the Debtors do not waive, and shall not be deemed to waive, any privilege as a result of this production. Please also note that the Debtors continue to redact these materials where necessary to prevent disclosure of information protected by, among other things, the mediation privilege, the attorney-client privilege and the work product doctrine.

Sincerely,

*/s/ Samuel P. Hershey*
**Samuel P. Hershey**

**T** +212-819-2699
**E** sam.hershey@whitecase.com

Cc:   Glenn M. Kurtz (gkurtz@whitecase.com)
      Michael C. Andolina (mandolina@whitecase.com)
      Andrew Hammond (ahammond@whitecase.com)
      Jessica Lauria (jessica.lauria@whitecase.com)
      Matthew Linder (mlinder@whitecase.com)
      Laura Baccash (laura.baccash@whitecase.com)
      Samuel P. Hershey (sam.hershey@whitecase.com)
      Blair Warner (blair.warner@whitecase.com)
      Derek Abbot (dabbot@morrisnichols.com)
      Ernest Martin (ernest.martin@haynesboone.com)
      Adrian Azer (adrian.azer@haynesboone.com)
      All other counsel listed on the Insurer Requests (by email)