FILED
2021 AUG -9 AM 8:56
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

THURSDAY 7-29-21
ATTN: THE HONORABLE JUDGE
LAURIE SILVERSTEIN
824 NORTH MARKET STREET
SIXTH FLOOR
WILMINGTON, DELAWARE
19801

[redacted]

Respectfully Submitted,

Mr. [redacted]

SAT, 7-31-21

THE HONORABLE JUDGE
LAURIE SILVERSTEIN:
 I AM WRITING THIS PERSONAL
LETTER TO YOU ASKING YOU TO
ENHANCE MY "BSA" SEXUAL
ABUSE CASE TO TIER #1 FOR THE
FOLLOWING REASONS.
 #1 FROM 1970 - 1974 MY "BSA"
LEADER ███████████████ WAS
MY MOTHER'S BEST FRIEND AND
NEXT DOOR NEIGHBOR. █████
HAD TWO SONS ██████████
█████████ WHO WAS ALSO IN
BOYS SCOUTS WITH ME.
 ████████████ WOULD TAKE
ME INTO THEIR "FORT" BEHIND
THEIR GARAGE IN THE BACK YARD
AND FORCED ME TO PLAY "DOCTOR"
WITH THEM.
 THE FIRST THING THAT HAPPENED
WAS ███ AND ██ WOULD TAKE
████████████████████████
████████████████████████
OVER AGAIN. THEY CALLED IT "DOCTORS
ON BUTTS."

THE NEXT THING THEY DID WAS ███████████ AGAIN. THIS CAUSED MY TWO TESTICLES TO BEING PUSHED UP INSIDE MY BODY RESULTING IN ME HAVING SURGERY AT ST. BARNABAS HOSPITAL (DOWNTOWN MINNEAPOLIS MINNESOTA) TO PULL BOTH OF MY TESTICLES BACK DOWN INTO PLACE WITH RUBBER BANDS.

FROM 1970-1974 I WAS BRUTALLY SODOMIZED AND ███████████ WITH ███████████ OVER 200 TIMES.

I TRIED MANY TIMES TO TELL ███████████ WHAT HER TWO BOYS ███████████ WERE DOING TO ME, HOWEVER SHE TOLD ME THAT I SHOULD KEEP QUIET BECAUSE HER BOYS WERE JUST BEING BOYS. ALSO ███████████

threatened to beat me up. So I just kept quiet.

Because of this brutal sodomy and sexual attack against my balls and penis I have had "intimacy" problems.

Being brutally sodomized and assaulted sexually over 200 times in a 4 year time span has been unbearable to live with. Judge Silverstein this is why my "BSA" case should be considered in the Tier 1 category.

Respectfully submitted,

[redacted]