

FILED
2021 AUG -9 AM 9: 05
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

The Honorable Laurie Selber Silverstein
US Bankruptcy Court
District of Delaware



Your Honor,

I have debated on whether or not to pen this letter for months; a decision I finally came to after much time contemplating. I have tried in earnest to follow this case; the wretched way the BSA has treated some of us over the years, the weaseling out of having to create substantial compensatory damages for those who were abused over years and years; persons like myself.

When I embarked upon this journey almost a year ago I was beyond embarrassed to talk to anyone about this; after all, as the abuse was happening I went to Scout Leaders pleading with them to talk and tell them the story and was just directed back to the abuser as he was the leader of the group I was in, he was the person in the "chain of command" that I had to first speak with to satiate my claim. I am sure you can imagine I never went to that person to talk. This, for me, was never to be about money, this was never to bleed an organization dry; this was about having someone take responsibility for the actions of others so that it was to never happen to another boy. I pray another boy does not contemplate or attempt suicide (like I did) over this. I am still doing this for the others; in life, you don't fight for yourself, you fight for the others next to you, the ones who stand with you, the ones who have gone through what you have gone through.

In reading about early settlement amounts I became sick, I became enraged, and I became bitter. I see; in the line of work I am in, persons who break their arm in a grocery store get $299,500.00 OR a girl who was bumped by a car and fractured her toe get $198,544.00. The BSA is looking to pony up $6,000.00 or $14,000.00 per claimant. That meager amount is deplorable on so many levels. I spent YEARS being forced to be another person's (for lack of better terms) sexual pin-cushion, I spent years having to hide, cover up, and be frightful of the person who used and abused me. I have lost marriages, jobs, careers, families over this. I have lost the major part of the "good years" of my life due to what this person did to me; the cover up from the BSA, and now the amount they want to give over to "alleviate the pain" is just as painful as what we all went through. I spent years battling addiction to mask the pain of these traumas. I thought coming forward would help alleviate these traumas but it seems that this will just be another in a long line of "being screwed (pun intended) by the Boy Scouts and those who represent them. Shame on them, shame on every single one. There is, in my belief, not a single person in their upper management who didn't know about this, they all knew and they all covered it up. The BSA, to me, is no better than the Catholic Church.

You see, I found out later in life that the person who did this to me was confronted by others and hanged himself in his garage rather than face the facts—His father is still alive and to this day, I make sure he knows that his son was a rapist, a sadist, and an abuser of children; I will not stop until I can hopefully hear that he went the way of his son. I am so sorry that I sound so angry; however, my youth was ripped from me, my ability to enter into a sexual relationship on my terms was taken from me, my innocence was taken from me. It seems the attorneys for the BSA are not terribly interested in these facts, not terribly interested in the actual stories of the boys. I will admit that there are probable tens of thousand of false claims, claims that can be shown to be false very, very easily. There are true claims as well, my claim, my story, my story had details, information no one would have, my credentials are solid and my intent is true; as stated, it was, at the beginning, never about the money. I have since changed my tune, it is now, to me, about the money because it will be the only thing that I can use to begin to piece back a broken life, it will be the only tool left to put pieces of a broken man back together.

Your Honor, a man like me has had to endure 30+ years of inner solitude. In my circle you do not tell people you were abused because then "you're gay" OR "you must have wanted it badly if it went on that long". I, well, we, my parents and I have spent close to $100,000 over the years on counseling and therapy, costs not always covered by insurance. I mean not to get graphic, but I was a little boy who was sodomized over and over again, I was ███████████████████████████████████████ ██████████ how on Gods Green Earth will the amount of "substantial compensation" (that was a hearty joke) they (the BSA) are offering even come close to putting this to bed.

I was never about the money, I am in a great place financially and my THIRD WIFE is the one who really has helped me deal with this; I implore you Your Honor, look at these cases on an individual basis and not as one class of persons. The man who was forced to do this once is a hell of a lot different that the man (like me) who had to perform almost WEEKLY over an almost two (2) year period.

Thank You Your Honor!

