FILED
2021 AUG -9 AM 9:22
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Judge Silverstein,

I am writing to you regarding my experience in Boy/Cub Scouts when I was in 6th grade. I participated in scouts (I can't remember if it was Cub Scouts or Boy Scouts) in a suburb of Seattle, Washington called Lake Forest Park. I only was in it for less than a year because of what I experienced by the scoutmaster's son who was a scout in the same troop as I was in. We would sometimes meet at their house for meetings and events and whenever I was there when I had to use the restroom the scoutmaster's son would follow me to the restroom and he asked me "Can I see your nuts or can I see your balls?". I was very young at that time so I didn't know what he was talking about but I told him "No". Also sometimes when we would go upstairs in his house for meetings he would chase me and sometimes the other scouts and try to race us because I think he wanted to pull down our pants. The scoutmaster (his dad) didn't do anything even when he saw his son do this or when his son would talk about inappropriate things and use bad language. I never told anyone about this and I still haven't told anyone about what happened to this day except for the law firm that is representing me in this case. Also, I don't want the person that did this to me ▇▇▇ to find out I reported this. I did report it to the police, after seeing an advertisement/notice in the Seattle Times about this case, but the police said since I don't remember all of the details and since so much time has passed that they can't really do anything about it which I'm okay with because all I want at the end of this case is for people like ▇▇▇ to NEVER be able to do those things to anyone ever again. I don't need any compensation because I wasn't physically abused so you can give that money to

people who have suffered far greater than I have. Thank you for reading this letter and your hard work on this case. It is much appreciated!

Sincerely,

████████

SEATTLE WA 980
2 AUG 2021 PM 5 L

SA

Justice Laurie Selber Silverstein
BSA Bankruptcy Court
824 Market St.
6th Floor
Wilmington, DE 19801

U.S.M
EX-RAY