FILED
2021 AUG -9 AM 9:26
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Judge Lauri Silver, I am writing you this letter to show how I was sexualy Abused while in the Boy Scouts. When I was in the 6th Grade and was A boy Scout, Our troop went on a over night trip to A cabin in Logan West VA In the midle of the night I was Awaken by our Boy Scout leader ███████████ ███████████████████████ ███████████████████████ I was scared And told him to quit. He told me that it was O.K every one did this. ~~Since~~ And not to tell anyone. Since then and~~ed~~ now I am adult. It has made me not to trust, and has caused many problems, With my own sexual Clarity. Thank you ███



Judge Lauri Selverstein
BSA Bankruptcy Case
824 Market
6th Welmenton Delware