# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **Re: D.I. 5466, 5682** |

## CERTIFICATE OF SERVICE

I, David M. Klauder, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing *Claimants' Supplemental Objection to the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(B) and 105(A) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* to be served via electronic mail on all parties on the attached Service List.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 9, 2021         */s/ David M. Klauder*
                              David M. Klauder, Esquire (No. 5769)