UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 20-10343 (LSS)

Debtor: Boy Scouts of America

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Sasha M. Gurvitz

to represent The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC in this action.

David M. Klauder

Firm Name: Bielli & Klauder, LLC
Address: 1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Sasha M. Gurvitz

Firm Name: KTBS Law LLP
Address: 1801 Century Park East, 26th Fl.
Los Angeles, CA 90067
Phone: 310-407-4000
Email: sgurvitz@ktbslaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105