# EXHIBIT B

# AIS

## ABUSED IN SCOUTING

EISENBERG ROTHWEILER          KOSNOFF LAW                    AVA LAW GROUP
PHILADELPHIA, PA              SAN JUAN, PR                   SAN DIEGO, CA

## PROFESSIONAL EMPLOYMENT AGREEMENT

**I.    Purpose of Representation:** The undersigned hereby agree(s) to employ Eisenberg Rothweiler, Kosnoff Law, and AVA Law Group as attorneys-at-law to represent the undersigned in claims against the Boy Scouts of America. The undersigned agrees that said attorneys are granted the right to associate with other law firms in the prosecution of the claim, if they feel that such is in the client(s) best interests.

**II.    Scope of Representation:** By signing this Engagement Agreement, you understand and agree that AIS Counsel is committing to represent you **only** in connection with the February 18, 2020 bankruptcy filing, or a related global resolution of sex abuse claims against BSA. You have the right to terminate the representation at any time, subject to our right to recoup fees and expenses as provided by law.

**III.    Attorney's Fee:** In consideration for services rendered, it is agreed that the undersigned will pay to said attorneys a sum equal to ▮ of any amount recovered, whether by compromise before suit is filed, or compromise or judgment after suit is filed. The ▮ attorney's fee shall be split: ▮ to Eisenberg Rothweiler, ▮ to Kosnoff Law, and ▮ to AVA Law Group. It is agreed that the undersigned will owe no fees to said attorneys if nothing is received or recovered on behalf of the undersigned.

**IV.    Expenses:** After deduction of said attorney's fees from any recovery, it is agreed that the undersigned will reimburse said attorneys for any court costs, medical records retrieval costs, cost of carry, and other expenses incurred or advanced by said attorneys in handling such claims on behalf of the undersigned. It is agreed that the undersigned will owe no expenses to said attorneys if nothing is received or recovered on behalf of the undersigned.

SIGNED AND AGREED on this_____day of_____20___.

**AGREED and APPROVED:**

Client's Printed Name: _____

Client's Signature: _____

Client's SSN: _____

Client's DOB:_____