# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 5852 |

### DECLARATION OF TIMOTHY KOSNOFF REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH THE VERIFIED STATEMENT OF KOSNOFF LAW, PLLC PURSUANT TO RULE OF BANKRUPTCY PROCEDURE 2019

I, Timothy Kosnoff, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Kosnoff Law, PLLC. I am a member in good standing of the bar of the State of Washington.

2. I represent the Abuse Victims listed in Exhibit A to the Verified Statement together with the Law Firms. I submit this declaration in connection with the Verified Statement of Kosnoff Law, PLLC Pursuant to Bankruptcy Rule 2019, filed herewith (the "Verified Statement" filed by "Kosnoff Law"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached as Exhibit A to the Verified Statement are the true and correct copies of the following:

   a. Documents stating the name and address of each of Kosnoff Law's clients (each, a "Kosnoff Law Client");

   b. An exemplar of Kosnoff Law's engagement letter with Kosnoff Law Clients, which provides authority for the Law Firms to associate with other law firms in the prosecution of the claims on behalf of each Kosnoff Law Client. For the avoidance of doubt, each Kosnoff Law Client has signed an

engagement letter that is identical to the exemplar in all substantive respects;

Pursuant to 28 U.S.C. § 1746, I declare under perjury that the foregoing is true and correct.

Dated: August 9, 2021

Seattle, Washington

**Timothy D Kosnoff**
_____
Timothy Kosnoff