# **<u>EXHIBIT 1</u>**



July 26, 2021

Dear Valued Chartered Partner:

We write to you to first say thank you for your support of the Scouting Movement. Millions of young men and women have passed through the doors of chartered partners like yours over the years, and our joint mission to serve them has helped countless youth grow spiritually, mentally, and physically, preparing them for life.

### About the BSA's Chapter 11 Case

Our two objectives in filing for bankruptcy were to equitably compensate survivors of past abuse and to continue the mission of Scouting. We understand there has been confusion, misinformation, and trepidation surrounding the Boy Scouts of America (BSA)'s Chapter 11 bankruptcy. Due to the rules regarding mediation and the positions of other constituents in the bankruptcy case (including abuse claimants and insurers), the BSA has been constrained in its ability to effectively engage with other parties, including our chartered partners. Now, however, having reached a comprehensive settlement with the Tort Claimants' Committee, the Coalition of Abused Scouts for Justice, the Future Claimants' Representative, our local councils, the Unsecured Creditors' Committee, and our secured lender (JPMorgan Chase), our priority is to address your concerns and share additional information with you about the terms of the settlement and our path to a successful emergence from bankruptcy.

The success of the BSA's bankruptcy case depends in part on the extent to which the BSA can bring chartered partners into the settlement framework. This has always been a key part of our restructuring strategy, and it remains so today. The terms of the BSA's settlement with abuse survivor representatives commits the parties to explore in good faith a protocol for incorporating chartered partners into the settlement. It is also critical to our local councils that we ensure the continued support of our chartered partners. In fact, local councils' agreements to contribute to the Settlement Trust to compensate survivors are expressly conditioned upon an appropriate resolution of potential claims against chartered organizations. In sum, the BSA and its local councils are closely focused on chartered partners, and favorably resolving issues that impact you is the next critical step in achieving a global resolution of past abuse in Scouting.

### About the Rights of Our Chartered Partners

We also want to provide a few clarifying points about insurance and the BSA's Chapter 11 plan of reorganization. Since 1976, the BSA has included chartered organizations as insureds under its shared insurance program as agreed to in the annual charter agreement. The BSA and local councils have agreed to assign their insurance rights to the Settlement Trust under the BSA's plan of reorganization. With respect to the rights of chartered organizations under the insurance program, the BSA and its advisors are exploring several alternatives, including conditioning the release of such

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015-2079
972-580-2000
www.scouting.org               Prepared. For Life.™

Subject to Protective Order – Highly Confidential                                                                BSA-RSA_00001298



**BOY SCOUTS OF AMERICA®**
NATIONAL COUNCIL

July 26, 2021
Page 2

insurance rights on the receipt of some measure of protection against certain abuse-related claims. We will keep your organization updated on the status of these negotiations as they continue to progress.

The current plan of reorganization also contains an important measure of protection for chartered organizations. Specifically, claimants who opt to receive expedited payments from the Settlement Trust will be required to release all chartered organizations from liability. We anticipate that a significant portion of claimants will take that option. As noted above, our attorneys and advisors are continuing to focus on other strategies to resolve potential claims against chartered organizations, including releases and a channeling injunction for claims where the chartered organization is alleged to have done nothing more than charter the unit.

We also understand that some organizations have concerns regarding liability in connection with the sponsorship of Scouting units. Since March 1, 2019, the BSA's shared insurance program includes liability insurance without any deductible or self-insured retainage. There is no exclusion for sexual molestation in the policy. The insurance provides coverage for all Scouting activities with an aggregate amount of primary and excess liability insurance of over $100 million. Local councils also provide excess liability insurance for volunteers engaged in Scouting activities, and the BSA's insurance tower provides additional excess coverage.

### About the Path Forward

Over the last thirty years, the BSA has implemented training and policies designed to keep youth safe and minimize risk of abuse by prohibiting one-on-one interaction in any form between leaders and youth members. Our youth protection training is cutting edge, and we recently expanded the training available for youth and young adults through our relationship with the Barbara Sinatra Foundation. While one case of abuse is too many, the BSA's efforts in protecting youth have worked as evidenced by (1) the relatively few incidents of abuse occurring in Scouting since the implementation of modern youth protection procedures, and (2) that the lag time from incident to reporting has been reduced dramatically.

**In regards to our Chapter 11 case, the mediators in the BSA's bankruptcy have scheduled a mediation session in New York City for August 3-5 solely for the purpose of addressing chartered organizations. If your organization has not already done so, we encourage you to have your representative communicate with our lead litigation attorney, Michael Andolina of White and Case, <u>mandolina@whitecase.com</u> to discuss the mediation and your organization's opportunity to gain more information and potentially participate in the mediation process.** We do not expect chartered organizations should necessarily be asked to contribute funds to the Settlement Trust to compensate survivors merely because they chartered units, but what other

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015-2079
972-580-2000
www.scouting.org                              Prepared. For Life.℠



Subject to Protective Order – Highly Confidential                              BSA-RSA_00001299



July 26, 2021
Page 3

exposure you may have and the terms and conditions under which potential claims can or will be resolved is something we encourage you to explore further.

The BSA is also exploring options for chartered organizations willing to provide meeting space or other support for Scout units, but who do not want to serve as chartered organizations. The BSA wants every youth to have the opportunity to have a safe, positive Scouting experience. Doing so requires that units have safe places to meet and vetted, trained leaders. While we believe chartering Scout units provides many positive benefits for our chartered organizations, our mission is to make Scouting available to all youth. If your organization is concerned with continuing as a chartered organization, we urge you to speak to your council Scout Executive or to e-mail the BSA's Director of Council Services at wendy.kurten@scouting.org. Working together, we are confident that we will be able to meet your organization's needs while ensuring that every youth has the opportunity to be a Scout in their local community.

These have been difficult times, and we are certainly dealing with difficult issues. The Scouting program is safer than ever. Our nation's youth need the opportunities provided by Scouting now more than ever. We hope you will continue our relationship so together we can meet the needs of those youth, their families, and all the communities we serve.

Yours in Scouting,

Boy Scouts of America, National Key 3

Dan Ownby    Roger Mosby         Scott Sorrels
National Chair    President & CEO    National Commissioner

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015-2079
972-580-2000
www.scouting.org                    Prepared. For Life.™

Subject to Protective Order – Highly Confidential                    BSA-RSA_00001300