## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 5466, 5526** |
| | <u>**Hearing Date**</u>**: August 12, 2021 at 10:00 a.m. (ET)** |
| | <u>**Supplemental Objection Deadline**</u>**: August 9, 2021 at 4:00 p.m. (ET)** |

**CERTAIN INSURERS' RESERVATION OF RIGHTS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT <u>AND (II) GRANTING RELATED RELIEF</u>**

The undersigned insurance carriers (collectively referred to herein as "***Certain Insurers***")

file this reservation of rights (the "***Reservation of Rights***") to the *Debtors' Motion for Entry of an*

*Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the*

*Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting*

*Related Relief* [D.I. 5466] (the "***Motion***").[2]  In support of this Reservation of Rights, Certain

Insurers respectfully represent as follows:

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

## RESERVATION OF RIGHTS

1.      On July 22, 2021, Certain Insurers together with certain of the Debtors' other insurers filed *Certain Insurers' Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* [D.I. 5684] (the "***Objection***"), objecting to the Motion based on the evidentiary record the Debtors had put forth prior to the initial objection deadline to the Motion (the "***Initial Objection Deadline***").

2.      On July 26, 2021, four days after the Initial Objection Deadline, the Debtors apparently decided their previous improper assertions of privilege left them without any meaningful evidence, much less sufficient evidence to support the RSA and attempted to submit additional evidence in the form of the Declaration of Devang Desai [D.I. 5763] (the "***Desai Declaration***") and the Supplemental Declaration of Brian Whittman [D.I. 5766] (the "***Supplemental Whittman Declaration***").

3.      As set forth in more detail in the motion to compel [D.I. 5881] (the "***Motion to Compel***") filed on August 4, 2021 by certain of the Debtors' insurers, the Debtors (i) have failed to comply with the Court's guidance at the July 27, 2021 discovery conference to produce unredacted versions of the materials evidencing the Debtors' deliberations and considerations in connection with the RSA, and (ii) impermissibly rely on the Desai Declaration and Supplemental Whittman Declaration in their reply brief to prop up the affirmative arguments made in their moving papers, including arguments that (A) the Debtors established a reasonable business justification for entering into the RSA, and (B) the RSA was negotiated at arms' length and in good faith, thereby forcing the Debtors' insurers to make the Hobson's choice of whether to proceed with depositions despite the Debtors' failure to provide a full and fair document production as required by the Court.

4.      Certain Insurers are prepared to move forward with the hearing on the Motion.  At the hearing, however, for the reasons set forth in the Motion to Compel, the Debtors should only be allowed to submit evidence in support of the Motion that was disclosed prior to the Initial Objection Deadline.  The Debtors' continued gamesmanship and attempts to conceal evidence they have put directly at issue under the guise of privilege should not be rewarded.

5.      To the extent the Debtors attempt to submit evidence not disclosed prior to the Initial Objection Deadline in support of the Motion, including, without limitation, the Supplemental Whittman Declaration and the Desai Declaration, Certain Insurers reserve all of their rights, including, without limitation, to supplement the Objection based on such new evidence and request additional discovery.

6.      Certain Insurers reserve the right to join in any argument or objection made by any other parties relating to the Motion.  Moreover, nothing contained herein shall be deemed an admission by Certain Insurers as to the existence of, or coverage under, any insurance policies alleged to have been issued by Certain Insurers.

[*Remainder of page intentionally omitted*]

Dated: August 9, 2021
      Wilmington, Delaware

Respectfully submitted,

By: */s/ Deirdre M. Richards*

**FINEMAN KREKSTEIN & HARRIS PC**
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone:    (302) 538-8331
Facsimile:    (302) 394-9228
Email: drichards@finemanlawfirm.com

-and-

**FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.**
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone:    (312) 863-5000
Facsimile:    (312) 863-5009
Email: sgummow@fgppr.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035
Email: mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Matthew G. Bouslog (admitted *pro hac vice*)
3161 Michelson Drive
Irvine, California 92612
Telephone:    (949) 451-3800
Facsimile:    (949) 451-4220
Email: mbouslog@gibsondunn.com

*Attorneys for the AIG Companies*

SEITZ, VAN OGTROP & GREEN, P.A.
R. Karl Hill (Del. Bar No. 2747)
222 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com

-and-


Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com

-and-

 Kim V. Marrkand (admitted *pro hac vice*)
 Laura Bange Stephens (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
POPEO PC
One Financial Center
Boston, MA 0211
 Telephone: (617) 542-6000
KVMarrkand@mintz.com
LBStephens@mintz.com

*Counsel to Liberty Mutual Insurance Company*

Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
mcclambc@ballardpshar.com

-and-

Harry Lee*
John O'Connor*
Brett Grindrod*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Facsimile: (202) 429-3902
E-mail: hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com
(*Admitted pro hac vice)

*Attorneys for Clarendon America Insurance Company*

TROUTMAN PEPPER HAMILTON SANDERS LLP
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:      302.777.6500
Facsimile:      302.421.8390

-and-

Harris B. Winsberg (admitted pro hac vice)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:      404.885.3000
Facsimile:      404.885.3900

-and-

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted pro hac vice)
Ryan S. Smethurst (admitted pro hac vice)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:      202.756.8228
Facsimile:      202.756.8087

*Attorneys for Allianz Global Risks US Insurance
Company*

{01778530;v1}

Always

TROUTMAN PEPPER HAMILTON SANDERS LLP
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:      302.777.6500
Facsimile:      302.421.8390

-and-

Harris B. Winsberg (admitted pro hac vice)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:      404.885.3000
Facsimile:      404.885.3900

-and-

Bradley Riley Jacobs PC
Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone:  312.281.0295

*Attorneys for National Surety Corporation and Interstate
Fire & Casualty Company*

{01778530;v1}

Michael J. Joyce, Esquire (No. 4563)
**JOYCE, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

Kevin Coughlin, Esquire (*Pro Hac Vice*)
Lorraine Armenti, Esquire (*Pro Hac Vice*)
Michael Hrinewski, Esquire (*Pro Hac Vice*)
**COUGHLIN MIDLIGE & GARLAND, LLP**
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law

-and-

Britton C. Lewis, Esquire (*Pro Hac Vice*)
**CARRUTHERS & ROTH, P.A.**
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC  27401
(336) 478-1146 (Telephone)
(336) 478-1145 (Facsimile)
bcl@crlaw.com

*Counsel to Arrowood Indemnity Company*

SMITH, KATZENSTEIN & JENKINS LLP
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
kmiller@skjlaw.com

*and*

WILEY REIN LLP
Gary P. Seligman (admitted *pro hac vice*)
Ashley L. Criss (admitted *pro hac vice*)
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
gseligman@wiley.law
acriss@wiley.law

*Attorneys for General Star Indemnity Company*

REGER RIZZO & DARNALL LLP
 Louis J. Rizzo, Jr., Esquire (#3374)
 1521 Concord Pike, Suite 305
 Brandywine Plaza West
 Wilmington, DE 19803
 (302) 477-7100
 Email:  lrizzo@regerlaw.com

*Attorney for Defendants,*
*Travelers Casualty and Surety Company,*
*Inc. (f/k/a Aetna Casualty & Surety*
*Company), St. Paul Surplus Lines Insurance*
*Company and Gulf Insurance Company*

**GOLDSTEIN & MCCLINTOCK LLLP**
Maria Aprile Sawczuk (DE #3320)
501 Silverside Road
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com

-and-

**LOEB & LOEB LLP**
Laura McNally
Emily Stone
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for The Continental Insurance Company and*
*Columbia Casualty Company*

{01778530;v1}

Bodell Bové, LLC
Bruce W. McCullough  (No.  3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: (302) 655-6749,
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

- and -

CLYDE & CO US LLP
Bruce D. Celebrezze (*pro hac vice*)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone:  (415) 365-9800
Facsimile:  (415) 365-9801
Email:     bruce.celebrezze@clydeco.us

Konrad R. Krebs (*pro hac vice*)
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone:  (973) 210-6700
Facsimile:  (973) 210-6701
Email:     konrad.krebs@clydeco.us

- and –

DAVID CHRISTIAN ATTORNEYS LLC
David Christian (*pro hac vice*)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone: (862) 362-8605
Email:  dchristian@dca.law

*Attorneys for Great American Assurance Company,*
*f/k/a Agricultural Insurance Company;*
*Great American E&S Insurance Company,*
*f/k/a Agricultural Excess and Surplus Insurance*
*Company; and Great American E&S Insurance*
*Company*

Robert D. Cecil, Jr. (No. 5317)
Tybout, Redfearn & Pell
750 Shipyard Drive, Suite 400
Wilmington, Delaware  19899-2092
Phone: (302) 658-6901
E-mail: rcecil@trplaw.com

Mark D. Plevin (admitted *pro hac vice*)
Kevin D. Cacabelos (admitted *pro hac vice*)
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, California  94111
Phone:  (415) 986-2800
E-mail:  mplevin@crowell.com,
kcacabelos@crowell.com

Clifford J. Zatz (admitted *pro hac vice*)
Tacie H. Yoon (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Phone:  (202) 624-2500
Email:  czatz@crowell.com, tyoon@crowell.com,
rjankowski@crowell.com

*Attorneys for American Zurich Insurance Company,*
*American Guarantee and Liability Insurance Company,*
*and Steadfast Insurance Company*

{01778530;v1}