IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. ___ |

**ORDER GRANTING MOVING INSURERS' MOTION TO COMPEL AND FOR ADDITIONAL RELIEF AND IN THE ALTERNATIVE MOTION IN LIMINE**

Upon the motion (the "<u>Motion</u>")[2] filed by the Moving Insurers for entry of an order (i) compelling the Debtors to produce: (a) Alvarez & Marsal's PowerPoints, presentations, and/or financial analyses or models that were submitted to the Debtors and their Boards in evaluating the RSA and Fourth Amended Plan, (b) the authorizing minutes and resolutions of BSA's Boards for the RSA, Amended Plan, and TDPs, and (c) the BSA's Board minutes and communications by and between the Board, the Local Councils, and the Chartered Organizations reflecting what the Board considered concerning the RSA, Amended Plan, and TDPs, and (ii) striking the late-filed Declarations of Mssrs. Desai and Whittman; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware; and this being a core proceeding pursuant to 28 U.S.C § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate and appropriate notice of the Motion under the circumstances having been provided; and the Court having determined that

---

[1] The Debtors in these Bankruptcy Proceedings, together with the last four digits of Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The Debtors shall produce: (i) Alvarez & Marsal's PowerPoints, presentations, and/or financial analyses or models that were submitted to the Debtors and their Boards in evaluating the RSA and Fourth Amended Plan, (ii) the authorizing minutes and resolutions of BSA's Boards for the RSA, Amended Plan, and TDPs, and (iii) the BSA's Board minutes and communications by and between the Board, the Local Councils, and the Chartered Organizations reflecting what the Board considered concerning the RSA, Amended Plan, and TDPs.

3. The Desai Declaration and Supplemental Whittman Declaration shall be stricken and excluded from consideration by the Court to the extent requested in the Motion.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.