IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 5881** |

### DECLARATION OF ERIN R. FAY IN SUPPORT OF MOVING INSURERS' MOTION TO COMPEL AND FOR ADDITIONAL RELIEF AND IN THE ALTERNATIVE MOTION IN LIMINE

I, Erin Fay, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am over the age of 18 and a director at the law firm of Bayard P.A., counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company.

2. I respectfully submit this declaration in support of *Moving Insurers' Motion to Compel and For Additional Relief and in the Alternative Motion in Limine* [D.I. 5881], being filed today in the above-captioned cases, based on my personal knowledge of the proceedings in the above-captioned cases, and review of the documents described below.

3. Attached hereto as **Exhibit A** is a true and correct copy of Debtors' categorical privilege log, produced in this action by Debtors on July 12, 2021.

4. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of a discovery conference before the Honorable Judge Laurie Selber Silverstein, dated July 27, 2021.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 Walnut Hill Lane, Irving, Texas 75038.

10063390v1

5. Attached hereto as **Exhibit C** is a true and correct copy of the transcript of a hearing before the Honorable Judge Laurie Selber Silverstein, dated July 29, 2021.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition transcript of Roger C. Mosby, deposed in this action on July 15, 2021.

7. Attached hereto as **Exhibit E** are a true and correct copies of Debtors' June 13, 2021 Bankruptcy Task Force meeting minutes, dated June 13, 2021, as produced in this action by Debtors on July 12, 2021, July 26, 2021, and August 1, 2021, at BSA-RSA_00000814 to BSA-RSA_00000816.

8. Attached hereto as **Exhibit F** are a true and correct copies of Debtors' May 14, 2021 National Executive Committee meeting minutes, dated May 14, 2021, as produced in this action by Debtors on July 12, 2021, July 26, 2021, and August 1, 2021, at BSA-RSA_00000806 to BSA-RSA_00000808.

9. Attached hereto as **Exhibit G** is a true and correct copy of an email from Steven McGowan to Daniel Ownby, *et al.*, dated June 29, 2021, as produced in this action by Debtors on August 1, 2021, at BSA-RSA_00001343.

10. Attached hereto as **Exhibit H** is a true and correct copy of an email from David Hunt to Roger Mosby, *et al.*, dated May 17, 2021, as produced in this action by Debtors on August 1, 2021, at BSA-RSA_00000986.

11. Attached hereto as **Exhibit I** is a true and correct copy of an email chain originating from Eric Goodman to Michael Andolina, *et al.*, dated between June 5, 2021, and June 16, 2021, as produced in this action by Debtors on August 1, 2021, at BSA-RSA_00001376 to BSA-RSA_00001378.

12.     Attached hereto as **Exhibit J** is a true and correct copy of Debtors' April 26, 2021 National Executive Committee Special Meeting minutes, dated April 26, 2021, as last produced in this action by Debtors on August 1, 2021, at BSA-RSA_00000757 to BSA-RSA_00000759.

13.     Attached hereto as **Exhibit K** is a true and correct copy of Handwritten Notes as produced in this action by Debtors on August 1, 2021, at BSA-RSA_00002086 to BSA-RSA_00002110.

14.     Attached hereto as **Exhibit L** is a true and correct copy of Handwritten Notes as produced in this action by Debtors on August 1, 2021, at BSA-RSA_00002044 to BSA-RSA_00002085.

15.     Attached hereto as **Exhibit M** is a true and correct copy of the transcript of a status conference before the Honorable Judge Laurie Selber Silverstein, dated July 7, 2021.

16.     Attached hereto as **Exhibit N** is a true and correct copy of excerpts from the deposition transcript of Daniel Ownby, deposed in this action on July 19, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2021 at Wilmington, Delaware.

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)