# Exhibit A

# Redacted in Full