# Exhibit D

# Redacted in Full