# Exhibit E

# Redacted in Full