# Exhibit F

# Redacted in Full