# Exhibit G

# Redacted in Full