# Exhibit H

# Redacted in Full