# Exhibit I

# Redacted in Full