# Exhibit J

# Redacted in Full