# Exhibit K

# Redacted in Full