# Exhibit L

# Redacted in Full