# Exhibit N

# Redacted in Full