**CERTIFICATE OF SERVICE**

I, Gregory J. Flasser, hereby certify that on the 9th day of August 2021, I caused copies of **Hartford's Motion for Entry of an Order Authorizing Hartford to File Under Seal (I) Moving Insurers' Motion to Compel and for Additional Relief and in the Alternative Motion in Limine, and (II) Certain Exhibits to the Declaration of Erin R. Fay in Support of Motion to Compel** to be served via email or first class mail, where necessary, on the parties listed on the attached Exhibit A.

*/s/ Gregory J. Flasser*
Gregory J. Flasser (No. 6154)

**<u>Exhibit A</u>**

**Boy Scouts of America - Master Service List**                                                                 08/08/2021

| | | |
|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, P.C.<br>Attn: Chad Timmons<br>Attn: Larry R. Boyd<br>Attn: Emily M. Hahn<br>1700 Redbud Blvd, Ste 300<br>McKinney, TX 75069<br>ctimmons@abernathylaw.com | Adams and Reese LLP<br>Attn: Henry C. Shelton, III<br>6075 Poplar Ave, Ste 700<br>Memphis, TN 38119<br><br>Henry.Shelton@arlaw.com | Andrus Wagstaff<br>Attn: Sommer D. Luther<br>7171 W Alaska Dr.<br>Lakewood, CO 80226<br><br>sluther@wagstafflawfirm.com |
| Andrus Wagstaff, PC<br>Attn: Aimee H. Wagstaff<br>7171 W Alaska Dr<br>Lakewood, CO 80226<br><br>aimee.wagstaff@andruswagstaff.com | Ashby & Geddes, PA<br>Attn: Bill Bowden<br>500 Delaware Ave, 8th Fl<br>P.O. Box 1150<br>Wilmington, DE 19899-1150<br><br>wbowden@ashbygeddes.com | Baird Mandalas Brockstedt, LLC<br>Attn: Stephen W. Spence<br>1413 Savannah Rd, Ste 1<br>Lewes, DE 19958<br><br>sws@bmbde.com |
| Baker Manock & Jensen, PC<br>Attn: Jan T. Perkins<br>5260 N Palm Ave, Ste 421<br>Fresno, CA 93704<br><br>jperkins@bakermanock.com | Ballard Spahr LLP<br>Attn: Matthew G. Summers<br>Attn: Chantelle D. McClamb<br>919 N. Market St, 11th Fl<br>Wilmington, DE 19801-3034<br><br>summersm@ballardspahr.com | Bayard, PA<br>Attn: Erin Fay/ Gregory Flasser<br>600 N King St, Ste 400<br>Wilmington, DE 19801<br><br>efay@bayardlaw.com |
| Bielli & Klauder, LLC<br>Attn: David M Klauder<br>1204 N King St<br>Wilmington, DE 19801<br><br>dklauder@bk-legal.com | Bodell Bove, LLC<br>Attn: Bruce W. McCullough<br>1225 N King St, Ste 1000<br>Wilmington, DE 19801<br><br>bmccullough@bodellbove.com | Bradley Arant Boult Cummings<br>Attn: Edwin Rice<br>Attn: Elizabeth Brusa<br>100 N Tampa St, Ste 2200<br>Tampa, FL 33602<br><br>eRice@bradley.com |
| Bradley Riley Jacobs PC<br>Attn: Todd C. Jacobs<br>500 W Madison St, Ste 1000<br>Chicago, IL 60661<br><br>tjacobs@bradleyriley.com | Brown Rudnick LLP<br>Attn: David J. Molton<br>7 Times Square<br>New York, NY 10036<br><br>DMolton@brownrudnick.com | Brown Rudnick LLP<br>Attn: Sunni P. Beville<br>Attn: Tristan G. Axelrod<br>1 Financial Ctr<br>Boston, MA 02111<br><br>sbeville@brownrudnick.com |
| Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson<br>55 Second St, 17th Fl<br>San Francisco, CA 94105-3493<br><br>schristianson@buchalter.com | Butler Snow LP<br>Attn: Daniel W. Van Horn<br>P.O. Box 171443<br>Memphis, TN 38187-1443<br><br>Danny.VanHorn@butlersnow.com | Carruthers & Roth, PA<br>Attn: Britton C Lewis<br>235 N Edgeworth St<br>P.O. Box 540<br>Greensboro, NC 27401<br><br>bcl@crlaw.com |
| Chipman Brown Cicero & Cole, LLP<br>Attn: Mark L. Desgrosseilliers<br>Hercules Plaza<br>1313 N Market St, Ste 5400<br>Wilmington, DE 19801<br><br>desgross@chipmanbrown.com | Chipman, Brown, Cicero & Cole, LLP<br>Attn: Mark Desgrosseilliers<br>1313 N Market St, Ste 5400<br>Wilmington, DE 19801<br><br>desgross@chipmanbrown.com | Choate, Hall & Stewart LLP<br>Attn: Douglas R. Gooding<br>Attn: Jonathan D. Marshall<br>Attn: Michael J. Foley, Jr<br>Two International Place<br>Boston, MA 02110<br><br>dgooding@choate.com |
| Chris Meidl<br>2016 Waterstone Drive<br>Franklin, TN 37069<br><br>chris@chrismeidl.com | Clyde & Co US LLP<br>Attn: Bruce D. Celebrezze<br>Four Embarcadero Center, Ste 1350<br>San Francisco, CA 94111<br><br>bruce.celebrezze@clydeco.us | Clyde & Co US LLP<br>Attn: Konrad R. Krebs<br>200 Campus Dr, Ste 300<br>Florham Park, NJ 07932<br><br>konrad.krebs@clydeco.us |
| Commonwealth of Pennsylvania<br>Dept of Labor & Industry<br>Attn: Deb Secrest/Collections Support Unit<br>651 Boas St, Rm 925<br>Harrisburg, PA 17121<br><br>ra-li-ucts-bankrupt@state.pa.us | Connolly Gallagher, LLP<br>Attn: Jeffrey C. Wisler<br>Attn: Kelly M. Conlan<br>1201 N Market St, 20th Fl<br>Wilmington, DE 19801<br><br>jwisler@connollygallagher.com | Connolly Gallagher, LLP<br>Attn: Karen C. Bifferato<br>Attn: Kelly M. Conlan<br>1201 N Market St, 20th Fl<br>Wilmington, DE 19801<br><br>kbifferato@connollygallagher.com |

**Boy Scouts of America - Master Service List** 08/08/2021

| | | |
|---|---|---|
| Coughlin Duffy, LLP<br>Attn: Kevin Coughlin/Lorraine Armenti<br>Attn: Michael Hrinewski<br>350 Mt Kemble Ave<br>P.O. Box 1917<br>Morristown, NJ 07960<br>kcoughlin@coughlinduffy.com | Cousins Law LLC<br>Attn: Scott D. Cousins<br>Brandywine Plaza W<br>1521 W Concord Pike, Ste 301<br>Wilmington, DE 19803<br><br>scott.cousins@cousins-law.com | Crew Janci LLP<br>Attn: Stephen Crew<br>Attn: Peter Janci<br>1200 NW Naito Pkwy, Ste 500<br>Portland, OR 97209<br><br>steve@crewjanci.com |
| Cross & Simon, LLC<br>Attn: Christopher Simon<br>Attn: Kevin Mann<br>1105 N Market St, Ste 901<br>Wilmington, DE 19801<br><br>csimon@crosslaw.com | Crowell & Moring LLP<br>Attn: Mark D. Plevin<br>Attn: Austin J. Sutta<br>3 Embarcadero Center, 26th Fl<br>San Francisco, CA 94111<br><br>mplevin@crowell.com | Crowell & Moring LLP<br>Attn: Tacie H. Yoon<br>1001 Pennsylvania Ave, NW<br>Washington, D.C. 20004<br><br>tyoon@crowell.com |
| David Christian Attorneys LLC<br>Attn: David Christian<br>105 W. Madison St., Ste 1400<br>Chicago, IL 60602<br><br>dchristian@dca.law | Davidoff Hutcher & Citron LLP<br><br><br><br><br><br>jsp@dhclegal.com | Davidoff Hutcher & Citron LLP<br>Attn: Jonathan S. Pasternak<br>Attn: James B. Glucksman<br>Attn: Robert L. Rattet<br>605 3rd Ave<br>New York, NY 10158<br>rlr@dhclegal.com |
| Davies Hood PLLC<br>Attn: Jason P. Hood<br>22 N Front St, Ste 620<br>Memphis, TN 38103-2100<br><br>Jason.Hood@davieshood.com | Dilworth Paxson LLP<br>Attn: Thaddeus J. Weaver<br>704 King St, Ste 500<br>P.O. Box 1031<br>Wilmington, DE 19899-1031<br>tweaver@dilworthlaw.com | Dilworth Paxson LLP<br>Attn: William E. McGrath, Jr.<br>2 Research Way<br>Princeton, NJ 08540<br><br>wmcgrath@dilworthlaw.com |
| Dorsey & Whitney LLP<br>Attn: Bruce R. Ewing/E. Schnabel<br>51 W 52nd St<br>New York, NY 10019<br><br>ewing.bruce@dorsey.com | Dorsey & Whitney LLP<br>Attn: Eric Lopez Schnabel<br>Attn: Alessandra Glorioso<br>300 Delaware Ave, Ste 1010<br>Wilmington, DE 19801<br>schnabel.eric@dorsey.com | Doshi Legal Group, P.C.<br>Attn: Amish R. Doshi<br>1979 Marcus Ave, Ste 210E<br>Lake Success, NY 11042<br><br>amish@doshilegal.com |
| Faegre Drinker Biddle & Reath LLP<br>Attn: Michael P. Pompeo<br>1177 Ave of the Americas, 41st Fl<br>New York, NY 10036-2714<br><br>michael.pompeo@faegredrinker.com | Faegre Drinker Biddle & Reath LLP<br>Attn: Patrick A Jackson<br>Attn: Kaitlin W MacKenzie<br>Attn: Ian J Bambrick<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621<br>Patrick.Jackson@faegredrinker.com | Ferry Joseph, PA<br>Attn: John D. McLaughlin, Jr.<br>824 N Market St, Ste 1000<br>Wilmington, DE 19801<br><br>jmclaughlin@ferryjoseph.com |
| Fineman Krekstein & Harris, PC<br>Attn: Dierdre M Richards<br>1300 N King St<br>Wilmington, DE 19801<br><br>drichards@finemanlawfirm.com | Flordia M. Henderson<br>P.O. Box 30604<br>Memphis, TN 38130-0604<br><br><br>flordia@fhendersonlaw.net | Florida State Prison<br>Attn: William Russel Hill<br>PO Box 800<br>Raiford, FL 32083-0800 |
| Foley & Lardner LLP<br>Attn: Richard J Bernard<br>90 Park Ave<br>New York, NY 10016<br><br>rbernard@foley.com | Foley & Lardner LLP<br>Attn: Victor Vilaplana<br>3579 Valley Centre Dr, Ste 300<br>San Diego, CA 92130<br><br>vavilaplana@foley.com | Foran Glennon Planadech Ponzi & Rudloff, P.C.<br>Attn: Susan N K Gummow<br>Attn:Kelly McGuire<br>222 N LaSalle St, Ste 1400<br>Chicago, IL 60614<br>sgummow@fgppr.com |
| Fournaris & Mammarella, PA<br>Attn: Bill Kelleher<br>1925 Lovering Ave<br>Wilmington, DE 19806<br><br>BKelleher@gfmlaw.com | Fox Swibel Levin & Carroll LLP<br>Attn: Margaret M. Anderson<br>200 W Madison St, Ste 3000<br>Chicago, IL 60606<br><br>panderson@foxswibel.com | Gilbert LLP<br><br><br><br><br><br>jenningsr@gilbertlegal.com |

**Boy Scouts of America - Master Service List**                                                                08/08/2021

| | | |
|---|---|---|
| Gilbert LLP<br><br><br><br><br>dechantk@gilbertlegal.com | Gilbert LLP<br>Attn: Kami Quinn / Attn: Meredith Neely/Rachel Jennings<br>Attn: Emily Grim / Attn: Jasmine Chalashtori/Kyle Dechant<br>700 Pennsylvania Ave, SE Ste 400<br>Washington, DC 20003<br><br>quinnk@gilbertlegal.com | Godfrey & Kahn, SC<br>Attn: Erin A. West<br>1 E Main St, Ste 500<br>P.O. Box 2719<br>Madison, WI 53701-2719<br><br>ewest@gklaw.com |
| Godfrey & Kahn, SC<br>Attn: Timothy F. Nixon<br>200 S Washington St, Ste 100<br>Green Bay, WI 54301-4298<br><br>tnixon@gklaw.com | Hangley Aronchick Segal Pudlin & Schiller<br>Attn: Matthew A. Hamermesh<br>One Logan Sq, 27th Fl<br>Philadelphia, PA 19103<br><br>mhamermesh@hangley.com | Hicks Thomas LLP<br>Attn: John B.. Thomas<br>Attn: Allison Fisher<br>700 Louisiana St., Ste 2300<br>Houston, TX 77002<br><br>jthomas@hicks-thomas.com |
| Hogan, McDaniel<br><br><br><br><br>gfmcdaniel@dkhogan.com | Hogan, McDaniel<br>Attn: Daniel K. Hogan<br>Attn: Garvan F. McDaniel<br>1311 Delaware Ave<br>Wilmington, DE 19806<br><br>dkhogan@dkhogan.com | Hoover & Slovacek, LLP<br>Attn: Steven A. Leyh<br>Galleria Tower II<br>5051 Westheimer Rd, Ste 1200<br>Houston, TX 77056<br><br>leyh@hooverslovacek.com |
| Ice Miller<br>Attn: Daniel R. Swetnam<br>Arena District<br>250 West St<br>Columbus, OH 43215<br><br>daniel.swetnam@icemiller.com | Ichor Consulting, LLC<br>Attn: J. Chad Edwards<br>3626 N Hall St (Two Oak Lawn) Ste 610<br>Dallas, TX 75219<br><br>Chad@IchorConsulting.com | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jacobs & Crumplar, PA<br>Attn: Raeann Warner/Thomas Crumplar<br>750 Shipyard Dr, Ste 200<br>Wilmington, DE 19801<br><br>Raeann@jcdelaw.com | James, Vernon & Weeks, P.A.<br>Attn: Leander L. James<br>Attn: Craig K. Vernon<br>Attn: R. Charlie Beckett<br>1626 Lincoln Wy<br>Coeur d'Alene, ID 83815<br>ljames@jvwlaw.net | Janet, Janet & Scuggs, LLC<br>Attn: Gerald D Jowers, Jr<br>500 Taylor St, Ste 301<br>Columbia, SC 29201<br><br>GJowers@JJSJustice.com |
| JPMorgan Chase Bank, NA<br>Attn: Phil Martin<br>10 S Dearborn St<br>Mail Code Il1-1415<br>Chicago, Il 60603 | Jpmorgan Chase Bank, NA<br>c/o Norton Rose Fulbright US LLP<br>Attn: Louis R. Strubeck, Jr<br>1301 Ave of the Americas<br>New York, NY 10019-6022<br><br>louis.strubeck@nortonrosefulbright.com | Justice Law Collaborative, LLC<br>Attn: Kimberly A. Dougherty<br>19 Belmont St<br>South Easton, MA 02375<br><br>kim@justicelc.com |
| Karr Tuttle Campbell, PS<br>Attn: Bruce W. Leaverton<br>701 5th Ave, Ste 3300<br>Seattle, WA 98104<br><br>bleaverton@karrtuttle.com | Kelly, Morgan, Dennis, Corzine & Hansen, P.C.<br>Attn: Michael G. Kelly<br>P.O. Box 1311<br>Odessa, TX 79760-1311<br><br>mkelly@kmdfirm.com | Klehr Harrison Harvey Branzburg LLP<br>Attn: Domenic E. Pacitti<br>919 Market St, Ste 1000<br>Wilmington, DE 19801<br><br>dpacitti@klehr.com |
| Klehr Harrison Harvey Branzburg LLP<br>Attn: Morton R. Branzburg<br>1835 Market St, Ste 1400<br>Philadelphia, PA 19103<br><br>mbranzburg@klehr.com | Kramer Levin Naftalis & Frankel LLP<br>Attn: Thomas Moers Mayer/Rachel Ringer<br>Attn: David E. Blabey Jr./Jennifer R. Sharret<br>Attn: Megan M. Wasson<br>177 Ave of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com | Latham & Watkins LLP<br>Attn: Adam J Goldberg/Robert J Malionek<br>Attn: Madeleine C Parish/Benjamin A Dozier<br>1271 Ave of the Americas<br>New York, NY 10020-1401<br><br>adam.goldberg@lw.com |
| Latham & Watkins LLP<br>Attn: Jeffrey E Bjork<br>Attn: Kimberly A Posin<br>Attn: Deniz A. Irgi<br>355 S Grand Ave, Ste 100<br>Los Angeles, CA 90071-1560<br>jeff.bjork@lw.com | Law Offices of Betti & Associates<br>Attn: Michele M Betti<br>30 Wall St, 8th FL<br>New York, NY 10005<br><br><br><br>mbettilaw@gmail.com | Linebarger Goggan Blair & Sampson, LLP<br>Attn: Don Stecker<br>112 E Pecan St, Ste 2200<br>San Antonio, TX 78205<br><br><br>sanantonio.bankruptcy@publicans.com |

**Boy Scouts of America - Master Service List**                                                                                  08/08/2021

| | | |
|---|---|---|
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Fwy, Ste 1000<br>Dallas, TX 75207<br><br>dallas.bankruptcy@publicans.com | Linebarger Goggan Blair & Sampson, LLP<br>Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064<br><br>houston_bankruptcy@publicans.com | Macdonald \| Fernandez LLP<br>Attn: Iain A Macdonald<br>221 Sansome St, 3rd FL<br>San Francisco, CA 94104-2323<br><br>imac@macfern.com |
| Maurice Wutscher LLP<br>Attn: Alan C. Hochheiser<br>23611 Chagrin Blvd. Ste 207<br>Beachwood, OH 44122<br><br>ahochheiser@mauricewutscher.com | McCreary, Veselka, Bragg & Allen, PC<br>Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680<br><br>tleday@mvbalaw.com | McDermott Will & Emery LLP<br>Attn: Ryan Smethurst<br>Attn: Margaret Warner<br>500 N Capitol St NW<br>Washington, DC 20001-1531<br><br>rsmethurst@mwe.com |
| Miller, Canfield, Paddock and Stone, P.L.C.<br>Attn: Danielle Mason Anderson<br>277 S Rose St, Ste 5000<br>Kalamazoo, MI 49007<br><br>andersond@millercanfield.com | Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.<br>Attn: Kim V. Marrkand<br>Attn: Nancy D. Adams<br>Attn: Laura Bange Stephens<br>One Financial Center<br>Boston, MA 02111<br><br>kmarrkand@mintz.com | Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Kate P Foley<br>1800 W Park Dr, Ste 400<br>Westborough, MA 01581<br><br>kfoley@mirickoconnell.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Paul W Carey<br>100 Front St<br>Worcester, MA 01608<br><br>pcarey@mirickoconnell.com | Missouri Dept of Revenue Bankruptcy Unit<br>Attn: Steven A Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br><br>deecf@dor.mo.gov | Monzack Mersky Browder & Hochman, P.A.<br>Attn: Rachel B. Mersky<br>1201 N Orange St, Ste 400<br>Wilmington, DE 19801<br><br>rmersky@monlaw.com |
| Monzack Mersky McLaughlin & Browder, PA<br>Attn: Brian McLaughlin<br>Attn: Rachel B. Mersky<br>1201 N Orange St, Ste 400<br>Wilmington, DE 19801<br><br>bmclaughlin@monlaw.com | Moore & Rutt, PA<br>Attn: David N. Rutt<br>Attn: Scott G. Wilcox<br>122 N Market St<br>P.O. Box 554<br>Georgetown, DE 19947<br>dnrutt@mooreandrutt.com | Morris James LLP<br><br><br><br><br><br>emonzo@morrisjames.com |
| Morris James LLP<br>Attn: Brett D. Fallon<br>Attn: Brya M. Keilson<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>bfallon@morrisjames.com | Morris James LLP<br>Attn: Stephen M. Miller<br>Attn: Carl N. Kunz, III<br>500 Delaware Ave, Ste 1500<br>Wilmington, DE 19801<br><br>smiller@morrisjames.com | Motley Rice LLC<br>Attn: Daniel R. Lapinksi<br>210 Lake Dr E, Ste 101<br>Cherry Hill, NJ 08002<br><br>dlapinski@motleyrice.com |
| Motley Rice LLC<br>Attn: Joseph F. Rice<br>28 Bridgeside Blvd<br>Mt Pleasant, SC 29464<br><br>jrice@motleyrice.com | Mound Cotton Wollan & Greengrass LLP<br>Attn: Lloyd A Gura<br>One New York Plaza 44th FL<br>New York, NY 10004<br><br>lgura@moundcotton.com | Mound Cotton Wollan & Greengrass LLP<br>Attn: Pamela J Minetto<br>30A Vreeland Rd, Ste 210<br>Florham Park, NJ 07932<br><br>pminetto@moundcotton.com |
| Nagel Rice LLP<br>Attn: Bradley L Rice<br>103 Eisenhower Pkwy<br>Roseland, NJ 07068<br><br>brice@nagelrice.com | Napoli Shkolnnik PLLC<br>Attn: R. Joseph Hrubiec<br>919 N Market St, Ste 1801<br>Wilmington, DE 19801<br><br>RHrubiec@NapoliLaw.com | Nelson Comis Kettle & Kinney, LLP<br>Attn: William E. Winfield<br>300 E Esplande Dr, Ste 1170<br>Oxnard, CA 93036<br><br>wwinfield@calattys.com |
| Nelson Mullins Riley & Scarborough LLP<br>Attn: David Barnes, Jr<br>101 Constitution Ave NW, Ste 900<br>Washington, DC 20001<br><br>david.barnes@nelsonmullins.com | Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>Attn: Matthew S. Sorem<br>10 S Wacker Dr, 21st Fl<br>Chicago, IL 60606<br><br>msorem@nicolaidesllp.com | Norton Rose Fulbright US LLP<br><br><br><br><br><br>andrew.rosenblatt@nortonrosefulbright.com |

**Boy Scouts of America - Master Service List**                              08/08/2021

| | | |
|---|---|---|
| Norton Rose Fulbright US LLP<br>Attn: Howard Seife<br>Attn: Andrew Rosenblatt<br>1301 Ave of the Americas<br>New York, NY 10019-6022<br><br>howard.seife@nortonrosefulbright.com | Norton Rose Fulbright Us LLP<br>Attn: Louis Strubeck/ Kristian Gluck<br>Attn: Ryan Manns<br>2200 Ross Ave, Suite 3600<br>Dallas, TX 75201-7932<br><br>louis.strubeck@nortonrosefulbright.com | Nye, Stirling, Hale & Miller LLP<br>Joel M. Walker<br>1145 Bower Hill Rd, Ste 104<br>Pittsburgh, PA 15243<br><br>jmwalker@nshmlaw.com |
| O'Connor Playdon Guben & Inouye LLP<br>Attn: Jerrold K. Guben<br>Makai Tower, Ste 2400<br>733 Bishop St<br>Honolulu, HI 96813<br><br>JKG@opgilaw.com | O'Melveny & Myers LLP<br>Attn: Tancred Schiavoni<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6537 | Office of the Attorney General<br>Attn: Christopher S Murphy<br>Attn: Sherri K Simpson<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>christopher.murphy@oag.texas.gov |
| Office of the United States Trustee<br>Attn: David L. Buchbinder<br>Attn: Hannah M. McCollum<br>844 King St, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>david.l.buchbinder@usdoj.gov | Pachulski Stang Ziehl & Jones<br>Attn: James I. Stang<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003<br><br>jstang@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP<br>Attn: Iain Nasatir<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003<br><br>inasatir@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP<br>Attn: James Stang/Robert Orgel<br>Attn: James O'Neill/John Lucas/Ilan Scharf<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>jlucas@pszjlaw.com | Paul Mones PC<br>Attn: Paul Mones<br>13101 Washington Blvd<br>Los Angeles, CA 90066<br><br>paul@paulmones.com | Pension Benefit Guaranty Corporation<br>Attn: Patricia Kelly, CFO<br>Attn: Cassandra Burton, Attorney<br>Attn: Craig Fessenden<br>1200 K St NW<br>Washington, DC 20005<br>kelly.patricia@pbgc.Gov |
| Perdue, Brandon, Fielder, Collins & Mott, LLP<br>Attn: John T. Banks<br>3301 Northland Dr, Ste 505<br>Austin, TX 78731<br><br>jbanks@pbfcm.com | Pfau Cochran Vertetis Amala PLLC<br>Attn: Michael Pfau/Jason Amala<br>Attn: Vincent Nappo<br>403 Columbia St, Ste 500<br>Seattle, WA 98104<br><br>michael@pcvalaw.com | Phillips Lytle LLP<br>Attn: Angela Z Miller<br>One Canalside<br>125 Main St<br>Buffalo, NY 14203<br><br>amiller@phillipslytle.com |
| Post & Schell, PC<br>Attn: Paul Logan<br>300 Delaware Ave, Ste 1380<br>Wilmington, DE 19801<br><br>plogan@postschell.com | Potter Anderson & Corroon LLP<br>Attn: Jeremy Ryan<br>Attn: D. Ryan Slaugh<br>1313 N Market St, 6th Fl<br>P.O. Box 951<br>Wilmington, DE 19899<br>jryan@potteranderson.com | Reed Smith LLP<br>Attn: Kurt F. Gwynne<br>Attn: Mark W. Eckard<br>120 N Market St, Ste 1500<br>Wilmington, DE 19801<br><br>kgwynne@reedsmith.com |
| Reger Rizzo & Darnall LLP<br>Attn: Louis J. Rizzo, Jr<br>1521 Concord Pike, Ste 305<br>Brandywine Plaza West<br>Wilmington, DE 19803<br><br>lrizzo@regerlaw.com | Richards, Layton & Finger, PA<br>Attn: Michael Merchant/Brett Haywood<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br><br>merchant@rlf.com | Robinson Mahoney PLLC<br>Attn: Cindy L. Robinson<br>Attn: Doug Mahoney<br>1210 Post Rd<br>Fairfield, CT 06824<br><br>crobinson@robinsonmahoney.com |
| Schiff Hardin LLP<br><br><br><br><br><br>dspector@schiffhardin.com | Schiff Hardin LLP<br><br><br><br><br><br>nlloyd@schiffhardin.com | Schiff Hardin LLP<br>Attn: Everett Cygal/David Spector<br>Attn: Joseph Mark Fisher/Neil Lloyd<br>Attn: Daniel Schufreider/Jin Yan<br>233 S Wacker Dr, Ste 7100<br>Chicago, IL 60606<br>ecygal@schiffhardin.com |
| Schnader Harrison Segal & Lewis LLP<br>Attn: Richard A. Barkasy<br>Attn: Kristi J. Doughty<br>824 N Market St, Ste 800<br>Wilmington, DE 19801-4939<br><br>rbarkasy@schnader.com | Seitz, Van Ogtrop & Green, P.A.<br>Attn: R. Karl Hill<br>222 Delaware Ave, Ste 1500<br>Wilmington, DE 19801<br><br>khill@svglaw.com | Sequoia Counsel of Boy Scouts, Inc.<br>Attn: Michael Marchese<br>6005 N Tamera Ave<br>Fresno, CA 93711<br><br>michael.marchese@scouting.org |

**Boy Scouts of America - Master Service List**  08/08/2021

| | | |
|---|---|---|
| Shipman & Goodwin LLP<br>Attn: Abigail Williams/ James Ruggeri<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251<br><br>awilliams@goodwin.com | Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>1 Constitution Plz<br>Hartford, CT 06103-1919<br><br>egoldstein@goodwin.com | Smith, Katzenstein & Jenkins LLP<br>Attn: Kathleen M Miller<br>1000 W St, Ste 1501<br>PO Box 410<br>Wilmington, DE 19899<br><br>kmiller@skjlaw.com |
| Squire Patton Boggs (US) LLP<br>Attn: Jihyun Park<br>1211 Ave of the Americas, 26th Fl<br>New York, NY 10136<br><br>jihyun.park@squirepb.com | Squire Patton Boggs (US) LLP<br>Attn: Mark A. Salzberg<br>2550 M St, NW<br>Washington, DC 20037<br><br>mark.salzberg@squirepb.com | Squire Patton Boggs (US) LLP<br>Attn: Travis A. McRoberts<br>2000 McKinney Ave, Ste 1700<br>Dallas, TX 75201<br><br>travis.mcroberts@squirepb.com |
| Stamoulis & Weinblatt LLC<br>Attn: Stamatios Stamoulis<br>Attn: Richard Weinblatt<br>800 N West St, Ste 800<br>Wilmington, DE 19801<br><br>stamoulis@swdelaw.com | Stark & Stark, PC<br>Attn: Joseph H Lemkin<br>P.O. Box 5315<br>Princeton, NJ 08543<br><br>jlemkin@stark-stark.com | Steptoe & Johnson LLP<br>Attn: Harry Lee<br>Attn: John O'Connor<br>Attn: Brett Grindrod<br>1330 Connecticut Ave, N.W<br>Washington, DC 20036<br><br>hlee@steptoe.com |
| Straffi & Straffi, LLC<br>Attn: Daniel Straffi, Jr<br>670 Commons Way<br>Toms River, NJ 08755<br><br>bkclient@straffilaw.com | Sullivan Hazeltine Allinson LLC<br>Attn: William D. Sullivan<br>919 N Market St, Ste 420<br>Wilmington, DE 19801<br><br>bsullivan@sha-llc.com | Sullivan Hill Lewin Rez & Engel, PLC<br>Attn: James Hill/ Christopher Hawkins<br>Attn: Kathleen Cashman-Kramer<br>600 B St, Ste 1700<br>San Diego, CA 92101<br><br>Hill@SullivanHill.com |
| Swenson & Shelley, PLLC<br>Attn: Kevin D. Swenson<br>107 S 1470 E, Ste 201<br>St George, UT 84790<br><br>Kevin@swensonshelley.com | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>Attn: Valerie Smith<br>P.O. Box 41021<br>Norfolk, VA 23541<br><br>claims@recoverycorp.com | The Bifferato Firm, PA<br>Attn: Ian Connor Bifferato<br>1007 N Orange ST, 4TH FL<br>Wilmington, DE 19801<br><br>cbifferato@tbf.legal |
| The County Commission Of Fayette County<br>Attn: President<br>P.O. Box 307<br>Fayetteville, WV 25840 | The County Commission Of Fayette County<br>c/o Steptoe & Johnson Pllc<br>Attn: John Stump, Esq<br>Chase Tower - 8th Fl<br>707 Virginia St E.<br>Charleston, WV 25301 | The Law Office of David L Lynch, PC<br>Attn: David L Lynch<br>72877 Dinah Shore Dr, Ste 103-126<br>Rancho Mirage, CA 92270<br><br>dlynch@desertelderlaw.com |
| The Law Office of James Tobia, LLC<br>Attn: James Tobia<br>1716 Wawaset St<br>Wilmington, DE 19806<br><br>jtobia@tobialaw.com | The Law Offices of Joyce, LLC<br>Attn: Michael J. Joyce<br>1225 King St, Ste 800<br>Wilmington, DE 19801<br><br>mjoyce@mjlawoffices.com | The Neuberger Firm<br>Attn: Thomas S. Neuberger<br>Attn: Stephen J. Neuberger<br>17 Harlech Dr<br>Wilmington, DE 19807<br><br>tsn@neubergerlaw.com |
| The Powell Firm, LLC<br>Attn: Jason C. Powell<br>Attn: Thomas Reichert<br>1201 N Orange St, Ste 500<br>P.O. Box 289<br>Wilmington, DE 19899<br>jpowell@delawarefirm.com | The Zalkin Law Firm, PC<br>Attn: Irwin Zalkin<br>Attn: Devin Storey<br>Attn: Kristian Roggendorf<br>10590 W Ocean Air Dr. #125<br>San Diego, CA 92130<br>irwin@zalkin.com | Thomas Law Office, PLLC<br>Attn: Tad Thomas/Louis Schneider<br>9418 Norton Commons Blvd, Ste 200<br>Louisville, KY 40059<br><br>tad@thomaslawoffices.com |
| TN Dept of Labor - Bureau of Unemployment Insurance<br>c/o TN Attorney General's Office, Bankruptcy Division<br>Attn: Laura L. McCloud<br>PO Box 20207<br>Nashville, TN 37202-0207<br><br>AGBankDelaware@ag.tn.gov | Troutman Pepper Hamilton Sanders LLP<br>Attn: David M. Fournier<br>Attn: Marcy J. McLaughlin Smith<br>1313 Market St, Ste 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>david.fournier@troutman.com | Troutman Pepper Hamilton Sanders LLP<br>Attn: Harris B. Winsberg<br>600 Peachtree St NE, Ste 3000<br>Atlanta, GA 30308<br><br>harris.winsberg@troutman.com |

**Boy Scouts of America - Master Service List**                                                                08/08/2021

| | | |
|---|---|---|
| Tune, Entrekin & White, PC<br>Attn: Joseph P. Rusnak<br>315 Deaderick St, Ste 1700<br>Nashville, TN 37238<br><br>Jrusnak@tewlawfirm.com | Tybout, Redfearn & Pell<br>Attn: Robert D. Cecil, Jr.<br>P.O. Box 2092<br>Wilmington, DE 19899-2092<br><br>rcecil@trplaw.com | Tybout, Redfearn & Pell<br>Attn: Seth J. Reidenberg<br>750 Shipyard Dr, Ste 400<br>P.O. Box 2092<br>Wilmington, DE 19899-2092<br><br>sreidenberg@trplaw.com |
| United States Dept Of Justice<br>950 Pennsylvania Ave, Nw<br>Room 2242<br>Washington, DC 20530-0001 | US Attorney For Delaware<br>Attn: David C Weiss<br>1007 Orange St, Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br><br>usade.ecfbankruptcy@usdoj.gov | Wachtell, Lipton, Rosen & Katz<br>Attn: Richard Mason/Douglas Mayer<br>Attn:Joseph C. Celentino<br>51 W 52nd St<br>New York, NY 10019<br><br>rgmason@wlrk.com |
| Walden Macht & Haran LLP<br>Attn: Daniel Miller<br>2532 Justin Lane<br>Wilmington, DE 19810<br><br>dmiller@wmhlaw.com | Walker Wilcox Maousek LLP<br>Attn: Christopher A. Wadley<br>1 N Franklin, Ste 3200<br>Chicago, IL 60606<br><br>cwadley@walkerwilcox.com | Wanger Jones Helsley, PC.<br>Attn: Riley C. Walter<br>265 E River Park Circle, Ste 310<br>Fresno, CA 93720<br><br>rwalter@wjhattorneys.com |
| Ward and Smith, P.A.<br>Attn: Paul A Fanning<br>P.O. Box 8088<br>Greenville, NC 27835-8088<br><br>paf@wardandsmith.com | White & Case LLP<br>Attn: Jessica C.K. Boelter<br>1221 Ave of the Americas<br>New York, NY 10020-1095<br><br>jessica.boelter@whitecase.com | Whiteford, Taylor & Preston LLC<br>Attn: Richard W Riley<br>The Renaissance Centre<br>405 N King St, Ste 500<br>Wilmington, DE 19801<br><br>rriley@wtplaw.com |
| Whiteford, Taylor & Preston LLP<br>Attn: Todd M Brooks<br>7 St Paul St, 15th Fl<br>Baltimore, MD 21202-1626<br><br>tbrooks@wtplaw.com | Wilks Law, LLC<br>Attn: David E. Wilks<br>4250 Lancaster Pike, Ste 200<br>Wilmington, DE 19805<br><br>dwilks@wilks.law | Womble Bond Dickinson (US) LLP<br>Attn: Matthew Ward/Morgan Patterson<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801<br><br>matthew.ward@wbd-us.com |
| Young Conaway Stargatt & Taylor<br>Attn: James L. Patton, Jr<br>Attn: Robert Brady/Edwin Harron<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801<br>jpatton@ycst.com | | |