# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Supplemental Objection Deadline:**<br>**August 9, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: August 12, 2021 at 10:00 a.m. (ET)**<br><br>**Ref. Docket No. 5466, 5932** |

## CERTAIN EXCESS INSURERS' JOINDER IN CENTURY'S SUPPLEMENTAL OBJECTION TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(B) AND 105(A) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT AND (II) GRANTING RELATED RELIEF

Great American Assurance Company, f/k/a Agricultural Insurance Company, Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company, American Zurich Insurance Company, American Guarantee and Liability Insurance Company, Steadfast Insurance Company, Allianz Global Risks US Insurance Company, National Surety Corporation, Interstate Fire & Casualty Company, Clarendon America Insurance Company, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, Gulf Insurance Company, and Arrowood Indemnity Company (collectively, "Certain Excess Insurers"), in addition to being signatories to *Certain Insurers' Reservation of Rights to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* [Docket No. 5926], hereby join *Century's Supplemental Objection* [Docket No. 5932] to the *Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* [Docket No. 5466] (the "RSA Motion").

WHEREFORE, Certain Excess Insurers respectfully request entry of an order denying the Debtors' RSA Motion and granting such further relief as the Court deems just and proper.

Dated: August 9, 2021
Wilmington, DE

Respectfully submitted,

BODELL BOVÉ, LLC

/s/ Bruce W. McCullough
Bruce W. McCullough (Del. ID 3112)
1225 N. King Street, Suite 1000
Wilmington, DE 19801-3250
Telephone: (302) 655-6749
Facsimile: (302) 655-6827
E-mail: bmccullough@bodellbove.com

CLYDE & CO US LLP
Bruce D. Celebrezze (pro hac vice)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
E-mail: bruce.celebrezze@clydeco.us

Konrad R. Krebs (pro hac vice)
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone: (973) 210-6700
Facsimile: (973) 210-6701
E-mail: konrad.krebs@clydeco.us

DAVID CHRISTIAN ATTORNEYS LLC
David Christian (pro hac vice)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone: (862) 362-8605
E-mail: dchristian@dca.law

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*

TYBOUT, REDFEARN & PELL
Robert D. Cecil, Jr. (No. 5317)
750 Shipyard Drive, Suite 400
Wilmington, DE 19899-2092
Phone: (302) 658-6901
E-mail: rcecil@trplaw.com

CROWELL & MORING LLP
Mark D. Plevin (pro hac vice)
Kevin D. Cacabelos (pro hac vice)
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
Phone: (415) 986-2800
E-mail: mplevin@crowell.com,
kcacabelos@crowell.com

Clifford J. Zatz (pro hac vice)
Tacie H. Yoon (pro hac vice)
Rachel A. Jankowski (pro hac vice)
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
E-mail: czatz@crowell.com, tyoon@crowell.com,
rjankowski@crowell.com

*Attorneys for American Zurich Insurance Company,
American Guarantee and Liability Insurance Company,
and Steadfast Insurance Company*

TROUTMAN PEPPER HAMILTON SANDERS LLP
David M. Fournier (No. 2812)
Marcy J. McLaughlin Smith (No. 6184)
Hercules Plaza
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777.6500
Facsimile: (302) 421.8390

Harris B. Winsberg (pro hac vice)
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308-2216
Telephone: (404) 885.3000
Facsimile: (404) 885.3900

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (pro hac vice)
Ryan S. Smethurst (pro hac vice)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756.8228
Facsimile: (202) 756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

TROUTMAN PEPPER HAMILTON SANDERS LLP
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777.6500
Facsimile: (302) 421.8390

Harris B. Winsberg (pro hac vice)
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308-2216
Telephone: (404) 885.3000
Facsimile: (404) 885.3900

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (pro hac vice)
John E. Bucheit (pro hac vice)
500 West Madison Street, Suite 1000
Chicago, IL 60661
Telephone: (312) 281.0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

BALLARD SPAHR LLP
Matthew G. Summers (No. 5533)
Chantelle D. McClamb (No. 5978)
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Telephone:  (302) 252-4428
Facsimile:  (302) 252-4466
E-mail: summersm@ballardspahr.com
mcclambc@ballardpshar.com

STEPTOE & JOHNSON LLP
Harry Lee (pro hac vice)
John O'Connor (pro hac vice)
Brett Grindrod (pro hac vice)
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202) 429-8078
Facsimile:  (202) 429-3902
E-mail: hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com

*Attorneys for Clarendon America Insurance Company*

REGER RIZZO & DARNALL LLP
Louis J. Rizzo, Jr., Esquire (No. 3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
Telephone:  (302) 477-7100
E-mail:  lrizzo@regerlaw.com

*Attorneys for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

JOYCE, LLC
Michael J. Joyce, Esquire (No. 4563)
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 388-1944
E-mail:  mjoyce@mjlawoffices.com

COUGHLIN MIDLIGE & GARLAND, LLP
Kevin Coughlin (pro hac vice)
Lorraine Armenti (pro hac vice)
Michael Hrinewski (pro hac vice)
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
Telephone:  (973) 267-0058
Facsimile:  (973) 267-6442
E-mail:  larmenti@cmg.law, mhrinewski@cmg.law

CARRUTHERS & ROTH, P.A.
Britton C. Lewis, Esquire (pro hac vice)
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC 27401
Telephone:  (336) 478-1146
Facsimile:  (336) 478-1145
E-mail:  bcl@crlaw.com

*Attorneys for Arrowood Indemnity Company*