# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 5466, 5526<br><br><u>Hearing Date</u>: August 12, 2021 at 10:00 a.m. (ET)<br><u>Supplemental Objection Deadline</u>:<br>August 9, 2021 at 4:00 p.m. (ET) |

**AIG'S JOINDER TO CENTURY'S SUPPLEMENTAL OBJECTION AND PARTIAL JOINDER TO HARTFORD'S SUPPLEMENT TO OBJECTION TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT AND (II) GRANTING RELATED RELIEF**

National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, The Insurance Company of the State of Pennsylvania, and their affiliated entities (collectively referred to herein as "***AIG***") hereby file this (i) joinder to *Century's Supplemental Objection to the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* [D.I. 5932] (the "***Century Supplemental Objection***") and (ii) partial joinder to *Hartford's Supplement to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* [D.I. 5925] (the "**Hartford Supplemental Objection**"[2] and (i) and (ii) collectively the "***Joinder***").  In support of this Joinder, AIG respectfully represents as follows:

## JOINDER

1. AIG hereby joins in the Century Supplemental Objection and incorporates by reference the arguments set forth therein.

2. AIG hereby joins in the Hartford Supplemental Objection and incorporates by reference the arguments set forth therein, *provided, however*, that AIG takes no position on the Settlement Agreement between BSA and Hartford and, therefore, does not join in the portion of the Hartford Supplemental Objection addressing the Settlement Agreement.

## RESERVATION OF RIGHTS

3. AIG reserves the right to join in any argument or objection made by any other parties relating to *Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* [D.I. 5466].  Moreover, nothing contained herein shall be deemed an admission by AIG as to the existence of, or coverage under, any insurance policies alleged to have been issued by AIG.

[*Remainder of page intentionally omitted*]

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Hartford Supplemental Objection.

Dated: August 9, 2021　　　　　　　　　Respectfully submitted,
　　　　　Wilmington, Delaware

By: */s/ Deirdre M. Richards*
**FINEMAN KREKSTEIN & HARRIS PC**
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone:　　(302) 538-8331
Facsimile:　　(302) 394-9228
Email: drichards@finemanlawfirm.com

-and-

**FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.**
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone:　　(312) 863-5000
Facsimile:　　(312) 863-5009
Email: sgummow@fgppr.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:　　(212) 351-4000
Facsimile:　　(212) 351-4035
Email: mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Matthew G. Bouslog (admitted *pro hac vice*)
3161 Michelson Drive
Irvine, California 92612
Telephone:　　(949) 451-3800
Facsimile:　　(949) 451-4220
Email: mbouslog@gibsondunn.com

*Attorneys for AIG*