IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br><br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

    I, Deirdre Richards, hereby certify that on August 9, 2021, I caused to be served **AIG'S JOINDER TO CENTURY'S SUPPLEMENTAL OBJECTION AND PARTIAL JOINDER TO HARTFORD'S SUPPLEMENT TO OBJECTION TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT AND (II) GRANTING RELATED RELIEF** on the attached list in the manner indicated.

                                      */s/ Deirdre M. Richards*
                                      Deirdre M. Richards (DE Bar No. 4191)
                                      FINEMAN KREKSTEIN & HARRIS PC
                                      1300 N. King Street
                                      Wilmington, DE 19801
                                      Telephone:    (302) 538-8331
                                      Facsimile:     (302) 394-9228
                                      Email:   drichards@finemanlawfirm.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01778437;v1}

**Service List**

**VIA E-MAIL**

**Counsel to the Debtors**
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
(Attn: Jessica C. Lauria (jessica.lauria@whitecase.com))

111 South Wacker Drive
Chicago, Illinois 60606
Attn: Michael C. Andolina mandolina@whitecase.com
Matthew E. Linder mlinder@whitecase.com
Blair Warner blair.warner@whitecase.com


Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Attn: Derek C. Abbott dabbott@morrisnichols.com
Andrew R. Remming aremming@morrisnichols.com
Eric W. Moats emoats@morrisnichols.com
Paige N. Topper ptopper@morrisnichols.com

**U.S. Trustee**
The U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn: David L. Buchbinder david.l.buchbinder@usdoj.gov
Hannah M. McColllum hannah.mccollum@usdoj.gov

**Ad Hoc Committee of Local Councils**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Attention: Richard G. Mason
Joseph C. Celentino
Email: RGMason@wlrk.com
JCCelentino@wlrk.com **Counsel to the Tort Claimants' Committee**
Pachulski Stang Ziehl & Jones
LLP, 919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801

{01778437;v1}

Attn: James I. Stang jstang@pszjlaw.com
John A. Morris jmorris@pszjlaw.com
James E. O'Neill joneill@pszjlaw.com
John W. Lucas jlucas@pszjlaw.com

**Counsel to the Creditors' Committee**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Thomas Moers Mayer tmayer@kramerlevin.com

Rachael Ringer rringer@kramerlevin.com
David E. Blabey, Jr. dblabey@kramerlevin.com
Jennifer R. Sharret jsharret@kramerlevin.com
Megan M. Wasson mwasson@kramerlevin.com

**Counsel to the Future Claimants' Representative**
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, Delaware 19801
Attn: Robert S. Brady rbrady@ycst.com
Edwin J. Harron eharron@ycst.com
Sharon M. Zieg szieg@ycst.com

**Counsel to JPMorgan Chase Bank National Association**
Norton Rose Fulbright US LLP
2200 Ross Avenue
Dallas, Texas 75201-7932
Attn: Louis R. Strubeck louis.strubeck@nortonrosefulbright.com
Kristian W. Gluck kristian.gluck@nortonrosefulbright.com


**VIA FACSIMILE**

**Counsel to Century Indemnity Company**
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile: 302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni
Daniel Shamah

{01778437;v1}

Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile: 212 326 2061

**Counsel to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company**

BAYARD, P.A.
Erin R. Fay
Gregory J. Flasser
600 N01th King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

SHIPMAN & GOODWIN LLP
James P. Rugge1i
Joshua D. Weinberg
 1875 K Street, N.W., Suite 600
Washington, D.C. 20003
Tel: (202) 469-7750
Fax: (202) 469-7751

WILMER CUTLER PICKERING HALE
AND DORRLLP
Philip D. Anker
 7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888

Danielle Spinelli
Joel Millai·
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363