

FILED
UG 10 AM 9:18

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

August 3rd. 2021

The united states Bankruptcy Court
for the District of Delaware
824 Market Street, 6th. Floor, Room 2.
Wilmington, Delaware 19801-3577

IN RE:   Boy scouts of America Abuse Case
         Case Number: 20-10343 (LSS):

Dear Clerks' Office,

Would you kindly provide me a Current Docket Entry sheet of the above Referenced matter. and if possible status of my Claim No.: SA-▮▮▮ via: Omni Agent Solutions, It was filed on July 1st. 2020 Boy scouts of America Sexual Abuse Class Action. Docket No.: 695.

Thank you for your time & attention in this matter.

Sincerely,