# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10343 ((LSS)<br><br>(Jointly Administered) |

**CENTURY'S MOTION FOR ENTRY OF AN ORDER SHORTENING THE NOTICE AND OBJECTION PERIOD FOR CENTURY'S MOTION IN *LIMINE* TO BAR THE DEBTORS FROM OFFERING EVIDENCE IN SUPPORT OF THEIR APPLICATION FOR FEES ON WHICH THEY HAVE REFUSED TO PROVIDE DISCOVERY**

Pursuant to Bankruptcy Rule 9006(c), Century moves for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), shortening notice of *Century's Motion in Limine to Bar the Debtors from Offering Evidence in Support of Their Application for Fees on Which They Have Refused to Provide Discovery* (the "**Motion in Limine**") so that the Motion in Limine may be heard at or before the hearing on the RSA Motion.

## BASIS FOR RELIEF REQUESTED

The Motion in Limine concerns what evidence the Debtors should be allowed to introduce at the hearing on August 12 and 13 in connection with the payment of the Coalition's fees. Given the RSA Motion hearing is set to begin on August 12, the relief sought by this Motion is needed to determine what testimony and evidence may properly be offered at the hearing on the RSA Motion *before* the RSA Motion hearing. The timing of this request is driven by the belated

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

revelation that the Debtors may seek to offer testimony about the Coalition fees on which the Debtors and Brown Rudnick have withheld documents.

A hearing on shortened notice for the relief requested in the Motion in Limine will not unduly prejudice other parties in interest. To the contrary, an expeditious resolution of the Motion in Limine is in the interest of all interested parties because it will inform the proper scope of the testimony and evidence that may be offered at the RSA Motion hearing.

Accordingly, Century respectfully submits that sufficient cause exists to shorten the notice period with respect to the Motion in Limine.

### AVERMENT PURSUANT TO LOCAL RULE 9006-1(E)

Pursuant to Local Rule 9006-1(e), Century hereby states that they have contacted the Debtors' counsel prior to filing the Motion in Limine and this Motion, and that the Debtors have not consented to the relief sought by this Motion.

### NOTICE

16.    Notice of this Motion has been provided to (a) the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors; (d) counsel to the Tort Claimants' Committee; (e) counsel to the Future Claimants' Representative; (f) counsel to the Coalition; (g) counsel to the Ad Hoc Committee of Local Councils; and (g) all parties requesting notice in the Bankruptcy Cases pursuant to Bankruptcy Rule 2002. The Moving Insurers submits that no other or further notice is necessary under the circumstances.

### CONCLUSION

WHEREFORE, Century requests entry of an order, substantially in the form annexed hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as is appropriate under the circumstances.

Dated: August 10, 2021        /s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile: 302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Gary Svirsky (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile: 212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10343 ((LSS)<br><br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING CENTURY'S MOTION FOR ENTRY OF AN ORDER SHORTENING THE NOTICE AND OBJECTION PERIOD FOR CENTURY'S MOTION IN *LIMINE* TO BAR THE DEBTORS FROM OFFERING EVIDENCE IN SUPPORT OF THEIR APPLICATION FOR FEES ON WHICH THEY HAVE REFUSED TO PROVIDE DISCOVERY**

Upon consideration of the motion (the "**Motion to Shorten**") filed by Century, for entry of an order to shorten notice of *Century's Motion in Limine to Bar the Debtors from Offering Evidence in Support of Their Application for Fees on Which They Have Refused to Provide Discovery* (the "**Motion in Limine**") so that the Motion in Limine may be heard at the Court's earliest convenience before the hearing on the RSA Motion, all as more fully set forth in the Motion to Shorten; and due and sufficient notice of the Motion to Shorten having been provided under the particular circumstances; and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion to Shorten and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and this Court's entry of a final order being consistent with Article

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

A-2

III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. The hearing to consider the Motion in Limine will be held on _____, 2021 at __:___ _.m. (ET).

3. Any responses or objections to the Motion in Limine shall be filed in advance of or made at the hearing.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court shall retain exclusive jurisdiction over matters pertaining to this Order.