# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 9, 2021, The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole, caused a true and correct copy of the following document to be served upon the individuals listed on <u>Exhibit A</u> in the manner indicated:

- *The Church of Jesus Christ of Latter-day Saints' Second Set of Requests for the Production of Documents to Ad Hoc Committee of Local Councils*

/s/ Michael J. Merchant
Michael J. Merchant (No. 3854)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## EXHIBIT A

**Via Email**
Richard G. Mason
Douglas K. Mayer
Joseph C. Celentino
Mitchell S. Levy
Wachtell, Lipton, Rosen & Katz
RGMason@wlrk.com
DKMayer@wlrk.com
JCCelentino@wlrk.com
MSLevy@wlrk.com

**Via Email**
R. Craig Martin
DLA Piper, LLP (US)
craig.martin@dlapiper.com