# Exhibit A

### Detailed Description of Fees, Hours, Tasks and Descriptions by Date

| Date | Task | Hours | Consultant | Description of Services |
|---|---|---|---|---|
| 6/1/2021 | Internal Communications | 1.2 | Peach | Call with J Spencer re: prep for mediation sessions June 2nd and 3rd |
| 6/1/2021 | Fee Application | 0.1 | Lipton | Review email to prepare time analysis for month of May |
| 6/1/2021 | Fee Application | 0.3 | Lipton | Download timesheet work for month of May |
| 6/1/2021 | Fee Application | 1 | Lipton | Run pivot tables to analyze and report time spent in May |
| 6/1/2021 | Internal Communications | 1.2 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: prep for mediation sessions June 2nd and 3rd |
| 6/1/2021 | Document Review | 1.6 | Spencer | Prep for 6/2/2021 mediation sessions, including review of notes from prior sessions, BSA contribution policy issues, PBGC claims and termination processes and memos re: controlled group issues |
| 6/2/2021 | Internal Communications | 0.4 | Peach | Call with J Spencer re: prep for mediation sessions June 2nd and 3rd |
| 6/2/2021 | Fee Application | 1.4 | Spencer | Preparation of Rock Creek Advisors' Fifth Monthly Fee Application |
| 6/2/2021 | Meetings - Other | 4.4 | Spencer | Participation in Mediation Sessions |
| 6/2/2021 | Internal Communications | 0.4 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: prep for mediation sessions June 2nd and 3rd |
| 6/3/2021 | Internal Communications | 0.9 | Peach | Call with J Spencer re: debrief on mediation session of June 2nd; Call with J Spencer re: debrief on mediation session of June 3rd |
| 6/3/2021 | Meetings - Other | 2.4 | Peach | Participation in Mediation Sessions |
| 6/3/2021 | Document Review | 0.3 | Spencer | "Review NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 4, 2021, 2 AT 10:00 A.M. (ET)" |
| 6/3/2021 | Internal Communications | 0.4 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: debrief on mediation session of June 2nd |
| 6/3/2021 | Meetings - Other | 5.1 | Spencer | Participation in Mediation Sessions |
| 6/3/2021 | Internal Communications | 0.5 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: debrief on mediation session of June 3rd |

| Date | Category | Hours | Name | Description |
|---|---|---|---|---|
| 6/4/2021 | Internal Communications | 0.8 | Peach | Call with J Spencer re: follow-up items from June 3rd mediation sessions |
| 6/4/2021 | Internal Communications | 0.4 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: follow-up items from June 3rd mediation sessions |
| 6/7/2021 | Internal Communications | 1 | Peach | Call with J Spencer re: prep for BRG call and 6/7/2021 mediation session(s) |
| 6/7/2021 | Meetings - Other | 0.6 | Peach | Call with Matt Babcock of BRG regarding local council pension contribution and language for a demand to the local councils |
| 6/7/2021 | Business Analysis | 1.2 | Spencer | Review email request from Jim Stang (of PSZ&J) and prepare draft discovery request and demand language re: Local Council pension contributions |
| 6/7/2021 | Document Review | 2.1 | Spencer | Prep for 6/7/2021 mediation sessions, including issues pertaining to BSA (Retirement Plan) Contribution Policy, Local Council pension contributions, etc. |
| 6/7/2021 | Internal Communications | 1 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: prep for BRG call and 6/7/2021 mediation session(s) |
| 6/7/2021 | Meetings - Other | 0.8 | Spencer | Call with Matt Babcock and Dave Judd (of BRG) and Tim Peach (of Rock Creek Advisors) re: draft discovery request and demand language re: Local Council pension contributions |
| 6/7/2021 | Meetings - Other | 2.4 | Spencer | Participation in Mediation Sessions |
| 6/7/2021 | Document Review | 1 | Spencer | Review BSA Settlement Trust Contribution (BSA Version 6.6.21) and BSA Trust Note Contribution Support (0606draft) |
| 6/8/2021 | Internal Communications | 1.3 | Peach | Call with J Spencer re: potential structures for BSA/LC contributions of excess pension budget to Settlement Trust |
| 6/8/2021 | Business Analysis | 1.6 | Peach | Estimation/modeling of possible securitization of present value of stream of re-purposed Local Council pension contributions (to be contributed to Settlement Trust) |
| 6/8/2021 | Business Analysis | 2.2 | Spencer | Develop structures for BSA/LC contributions of excess pension budget to Settlement Trust |

| Date | Category | Hours | Professional | Description |
|---|---|---|---|---|
| 6/8/2021 | Internal Communications | 1.3 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: potential structures for BSA/LC contributions of excess pension budget to Settlement Trust |
| 6/8/2021 | Business Analysis | 0.9 | Spencer | Review "Estimate of Securitizable Amount" model |
| 6/9/2021 | Internal Communications | 2.2 | Peach | Call with J Spencer re: amortizing security variables and assumptions for transmittal to BRG; Call with J Spencer re: "BSA Trust Contribution Cash Formula" (undated); Call with John Spencer re: Coalition proposal on Effective Date Trust Contribution |
| 6/9/2021 | Business Analysis | 2.4 | Peach | Analysis and preparation of response to Pension Based Contingent Contribution report provided by the BSA |
| 6/9/2021 | Internal Communications | 1.1 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: amortizing security variables and assumptions for transmittal to BRG |
| 6/9/2021 | Document Review | 0.9 | Spencer | Review "BSA Trust Contribution Cash Formula" (undated) |
| 6/9/2021 | Internal Communications | 0.6 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: BSA's "BSA Trust Contribution Cash Formula" (undated) |
| 6/9/2021 | Internal Communications | 0.5 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: Coalition proposal on Effective Date Trust Contribution |
| 6/9/2021 | Business Analysis | 1.1 | Spencer | Coalition Proposal and detailed "BSA - DRAFT Effective Date Trust Contribution Timing 060921To Province" Excel spreadsheet |
| 6/9/2021 | Business Analysis | 0.8 | Spencer | Email to BRG and PSZ&J in response to questions on "BSA Trust Contribution Cash Formula" |
| 6/9/2021 | Meetings - Other | 0.2 | Spencer | Call w/J. Richard House (formerly of PBGC) re: PBGC position on funded status of non-profit entity-sponsored plans |
| 6/9/2021 | Meetings - Other | 0.3 | Spencer | Call with Jim Gansman (of Rock Creek Advisors) re: status update |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 6/10/2021 | Internal Communications | 1.1 | Peach | Call with J Spencer re: debrief on 6/10 mediation sessions and follow-up items; Call with J Spencer re: structure to counter "BSA Trust Contribution Cash Formula" (undated) |
| 6/10/2021 | Meetings - Other | 1 | Peach | Call with Matt Babcock and Dave Judd (of BRG) and J Spencer re: structure to counter "BSA Trust Contribution Cash Formula" (undated) |
| 6/10/2021 | Business Analysis | 1.3 | Peach | Analysis and documentation of structure to counter "BSA Trust Contribution Cash Formula" (undated) |
| 6/10/2021 | Internal Communications | 0.8 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: debrief on 6/10 mediation sessions and follow-up items |
| 6/10/2021 | Business Analysis | 0.8 | Spencer | Detail on BSA's "BSA Trust Contribution Cash Formula" (undated) for call with BRG |
| 6/10/2021 | Meetings - Other | 1 | Spencer | Call with Matt Babcock and Dave Judd (of BRG) and Tim Peach (of Rock Creek Advisors) re: structure to counter "BSA Trust Contribution Cash Formula" (undated) |
| 6/10/2021 | Internal Communications | 0.3 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: structure to counter "BSA Trust Contribution Cash Formula" (undated) |
| 6/11/2021 | Internal Communications | 1.5 | Peach | Call with J Spencer re: revisions to DRAFT: BSA/LC "PENSION SURPLUS NOTE" TO BE CONTRIBUTED TO SETTLEMENT TRUST; Call with J Spencer re: further discussion post-BRG call on securitization of "Pension Surplus Note" |
| 6/11/2021 | Document Review | 0.5 | Peach | Review of revisions to DRAFT: BSA/LC "PENSION SURPLUS NOTE" TO BE CONTRIBUTED TO SETTLEMENT TRUST |
| 6/11/2021 | Meetings - Other | 0.3 | Peach | Call with Matt Babcock and Dave Judd (of BRG) and J Spencer re: BSA/LC "PENSION SURPLUS NOTE" TO BE CONTRIBUTED TO SETTLEMENT TRUST |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 6/11/2021 | Business Analysis | 1.2 | Spencer | Review and revise "DRAFT: BSA/LC "PENSION SURPLUS NOTE" TO BE CONTRIBUTED TO SETTLEMENT TRUST" |
| 6/11/2021 | Internal Communications | 0.8 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: revisions to DRAFT: BSA/LC "PENSION SURPLUS NOTE" TO BE CONTRIBUTED TO SETTLEMENT TRUST |
| 6/11/2021 | Meetings - Other | 0.3 | Spencer | Call with Matt Babcock and Dave Judd (of BRG) and Tim Peach (of Rock Creek Advisors) re: BSA/LC "PENSION SURPLUS NOTE" TO BE CONTRIBUTED TO SETTLEMENT TRUST |
| 6/11/2021 | Internal Communications | 0.7 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: further discussion post-BRG call on securitization of "Pension Surplus Note" |
| 6/14/2021 | Internal Communications | 0.9 | Peach | Call with J Spencer re: defeasing risks around "Pension Surplus Note" |
| 6/14/2021 | Internal Communications | 0.8 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: defeasing risks around "Pension Surplus Note" |
| 6/17/2021 | Internal Communications | 1.1 | Peach | Call with J Spencer re: review of docket and update on outstanding tasks/deliverables |
| 6/17/2021 | Internal Communications | 1.1 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: review of docket and update on outstanding tasks/deliverables |
| 6/18/2021 | Meetings - Other | 0.5 | Peach | Call with Matt Babcock and Dave Judd (of BRG) and J Spencer re: "BSA / Revised Term Sheet (SPV Note)" |
| 6/18/2021 | Internal Communications | 0.6 | Peach | Call with J Spencer re: call with BRG and "BSA / Revised Term Sheet (SPV Note)" |
| 6/18/2021 | Document Review | 1.2 | Peach | Review of "BSA / Revised Term Sheet (SPV Note)" and related documents/spreadsheet |
| 6/18/2021 | Business Analysis | 1.3 | Peach | Analysis of alternatives to "BSA / Revised Term Sheet (SPV Note)" and drafting of language for alternative approaches |
| 6/18/2021 | Business Analysis | 2.9 | Spencer | Review and analyze pension-related issues in "BSA / Revised Term Sheet (SPV Note)" |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 6/18/2021 | Meetings - Other | 0.5 | Spencer | Call with Matt Babcock and Dave Judd (of BRG) and Tim Peach (of Rock Creek Advisors) re: "BSA / Revised Term Sheet (SPV Note)" |
| 6/18/2021 | Internal Communications | 0.8 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: call with BRG and "BSA / Revised Term Sheet (SPV Note)" |
| 6/18/2021 | Document Review | 1.1 | Spencer | Review: NOTICE OF FILING OF REDLINES OF THIRD AMENDED PLAN AND PROPOSED AMENDMENTS TO DISCLOSURE STATEMENT (Filed 6.18.21) |
| 6/18/2021 | Business Analysis | 0.9 | Spencer | Develop proposals in response to "BSA / Revised Term Sheet (SPV Note)" |
| 6/19/2021 | Business Analysis | 2.3 | Spencer | Review/revise/transmit proposed revisions to "BSA/Revised Term Sheet (SPV Note)" |
| 6/19/2021 | Regulatory Analysis | 1.6 | Spencer | Review ERISA, DOL, IRS and public sector information on guidance re: fiduciary and settlor functions of pension plan administrators and other oversight functionaries |
| 6/19/2021 | Meetings - with Counsel | 1 | Spencer | Call with John Lucas (of PSZ&J) and Matt Babcock (of BRG) re: "BSA / Revised Term Sheet (SPV Note)" |
| 6/20/2021 | Document Review | 2.2 | Peach | Further Analysis of alternatives to "BSA / Revised Term Sheet (SPV Note)" and drafting of language for alternative approach to enhance likelihood of full payment of SPV Note |
| 6/21/2021 | Document Review | 1.2 | Peach | Further Analysis of alternatives to "BSA / Revised Term Sheet (SPV Note)" and drafting of language for alternative approach to enhance likelihood of full payment of SPV Note |
| 6/21/2021 | Business Analysis | 1.1 | Spencer | Development and analysis of additional SPV Note terms |
| 6/22/2021 | Document Review | 0.9 | Peach | Analysis of alternatives to the revised "BSA / Revised Term Sheet (SPV Note)" dated June 22, and TCC's proposed revisions |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 6/22/2021 | Business Analysis | 1.6 | Peach | Creating spreadsheet to model expected payments of the SPV Note under various asset return and discount rate assumptions under the revised "BSA / Revised Term Sheet (SPV Note)" dated June 22 |
| 6/22/2021 | Internal Communications | 0.9 | Peach | Call with Tim Peach (of Rock Creek Advisors) re: spreadsheet to illustrate iterations on SPV outcomes from "BSA Term Sheet 06222021" |
| 6/22/2021 | Business Analysis | 0.8 | Spencer | Review and analyze "BSA Term Sheet 06222021" for SPV Note terms and conditions |
| 6/22/2021 | Internal Communications | 0.9 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: spreadsheet to illustrate iterations on SPV outcomes from "BSA Term Sheet 06222021" |
| 6/23/2021 | Internal Communications | 0.5 | Peach | Call with J Spencer re: additional proposals on SPV Note transmitted on 6/22/21 via PSZ&J and BRG and responses to same |
| 6/23/2021 | Business Analysis | 0.8 | Peach | Updating spreadsheet to model expected payments of the SPV Note under various asset return and discount rate assumptions under the revised "BSA / Revised Term Sheet (SPV Note)" dated June 22, and creating a similar model for the proposed alternative approach |
| 6/23/2021 | Meetings - Other | 2.1 | Peach | Call with J Spencer, BRG (Matt Babcock) and Province (Michael Atkinson and Jason Crockett) re revised "BSA / Revised Term Sheet (SPV Note)" dated June 22, and the proposed alternative approach; participation in mediation session between TCC/Coalition/BSA/LCs |
| 6/23/2021 | Regulatory Analysis | 0.4 | Peach | Review of PBGC guarantee levels and structure pursuant to discussion during mediation session between TCC/Coalition/BSA/LCs |
| 6/23/2021 | Business Analysis | 1.3 | Spencer | Review and analyze additional proposals on SPV Note transmitted on 6/22/21 via PSZ&J and BRG |

| Date | Category | Hours | Timekeeper | Description |
|---|---|---|---|---|
| 6/23/2021 | Internal Communications | 0.5 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: additional proposals on SPV Note transmitted on 6/22/21 via PSZ&J and BRG and responses to same |
| 6/23/2021 | Meetings - Other | 0.7 | Spencer | Call with Matt Babcock (of BRG), Tim Peach (of Rock Creek Advisors) and Mike Atkinson and Jason Crockett (of Province) re: "BSA / Revised Term Sheet (SPV Note)" |
| 6/23/2021 | Document Review | 1.2 | Spencer | Prep for 6/23/21 Mediation Session |
| 6/23/2021 | Meetings - Other | 1.3 | Spencer | Participation in Mediation Session |
| 6/24/2021 | Document Review | 4.1 | Peach | Preparation for 6/24 mediation session between TCC/Coalition/BSA/LCs; Review of 2021 Actuarial Valuation report from WTW and Estimated Local Council Trust Note Payments spreadsheets forwarded by Carl Binggeli of A&M; Marking up BSA Term Sheet language to reflect preferred TCC/Coalition provisions for SPV Note |
| 6/24/2021 | Internal Communications | 0.6 | Peach | Preparation of data request and "must have" provisions for the SPV Note in response to 6/23 mediation discussions |
| 6/24/2021 | Business Analysis | 0.6 | Peach | Review of spreadsheet modeling of draft BSA Term Sheet impact on SPV Note |
| 6/24/2021 | Meetings - Other | 1 | Peach | Mediation session between BSA/LCs/TCC/Coalition on draft BSA Term Sheet |
| 6/24/2021 | Regulatory Analysis | 1.2 | Spencer | Review PBGC procedures on allocation of plan assets to Priority Categories in excess of Maximum Insurance Limitation |
| 6/24/2021 | Internal Communications | 0.6 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: follow-up from 6/23/21 Mediation Session and information request formulation |
| 6/24/2021 | Document Review | 2.1 | Spencer | Review materials provided in Charles "Carl" M. Binggeli's email of 6/24/21 subject: "BSA - Trust / SPV Note info" (follow-up to 6/23/21 Mediation Session) |
| 6/25/2021 | Internal Communications | 0.5 | Peach | Call with J Spencer re: "BSA - Reorganization Term Sheet (W&C Draft 6.24.21 - Mediation Privilege" and .pdf comparison of same to Coalition Draft of 6.22.21) |

| Date | Category | Hours | Name | Description |
|---|---|---|---|---|
| 6/25/2021 | Meetings - Other | 1.4 | Peach | Call with Matt Babcock (of BRG) and J Spencer re: "BSA - Reorganization Term Sheet (W&C Draft 6.24.21 - Mediation Privilege" and .pdf comparison of same to Coalition Draft of 6.22.21; Call with Matt Babcock (of BRG), J Spencer and Mike Atkinson and Jason Crockett (of Province) re: "BSA - Reorganization Term Sheet (W&C Draft 6.24.21 - Mediation Privilege" and .pdf comparison of same to Coalition Draft of 6.22.21 |
| 6/25/2021 | Document Review | 1.3 | Peach | Review and markup of the "BSA - Reorganization Term Sheet (W&C Draft 6.24.21 - Mediation Privilege" to reflect changes discussed on call with BRG and Coalition advisors |
| 6/25/2021 | Meetings - with Counsel | 0.6 | Peach | Call with J Stang and J Lucas (PSZ&G) and Matt Babcock (BRG) regarding markup of "BSA - Reorganization Term Sheet (W&C Draft 6.24.21 - Mediation Privilege" |
| 6/25/2021 | Document Review | 1.6 | Spencer | Review "BSA - Reorganization Term Sheet (W&C Draft 6.24.21 - Mediation Privilege" and .pdf comparison of same to Coalition Draft of 6.22.21 |
| 6/25/2021 | Internal Communications | 0.5 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: "BSA - Reorganization Term Sheet "W&C Draft 6.24.21 - Mediation Privilege" and .pdf comparison of same to Coalition Draft of 6.22.21 |
| 6/25/2021 | Meetings - Other | 0.6 | Spencer | Call with Matt Babcock (of BRG) and Tim Peach (of Rock Creek Advisors) re: "BSA - Reorganization Term Sheet (W&C Draft 6.24.21 - Mediation Privilege" and .pdf comparison of same to Coalition Draft of 6.22.21 |
| 6/25/2021 | Meetings - Other | 0.8 | Spencer | Call with Matt Babcock (of BRG), Tim Peach (of Rock Creek Advisors) and Mike Atkinson and Jason Crockett (of Province) re: "BSA - Reorganization Term Sheet (W&C Draft 6.24.21 - Mediation Privilege" and .pdf comparison of same to Coalition Draft of 6.22.21 |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 6/26/2021 | Document Review | 0.5 | Peach | Review of updated BSA Term Sheet 06262021 sent by Eric Goodman of Brown Rudnick |
| 6/26/2021 | Internal Communications | 0.8 | Peach | Call with J Spencer re: unfunded nonguaranteed benefit liabilities estimates and potential changes to term sheet/SPV Note |
| 6/26/2021 | Document Review | 1.2 | Spencer | Review new TCC/FCR/Coalition Term Sheet (from John Lucas of PSZJ) dated 6.25.21 |
| 6/26/2021 | Internal Communications | 0.8 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: unfunded nonguaranteed benefit liabilities estimates and potential changes to term sheet/SPV Note |
| 6/27/2021 | Meetings - Other | 1 | Peach | Call with Matt Babcock (of BRG), J Spencer, Mike Atkinson and Jason Crockett (of Province) and Brian Whitman (of A&M) re: "BSA - Reorganization Term Sheet (W&C Draft 6.24.21 - Mediation Privilege)" |
| 6/27/2021 | Internal Communications | 1.2 | Peach | Call with J Spencer re: prep for call with BRG, A&M and Province Firm; Call with J Spencer re: action items from BRG, A&M, Province Firm call |
| 6/27/2021 | Business Analysis | 3.7 | Peach | Development of estimates of the present value of accrued benefits under the BSA Retirement Plan in excess of PBGC guarantee levels, based on information available in the actuarial valuation report for the Plan Year beginning February 1, 2021 |
| 6/27/2021 | Document Review | 1.1 | Spencer | Review updated TCC/FCR/Coalition Term Sheet (from John Lucas of PSZJ) dated 6.26.21 and redline to 6/24/21 BSA/AHCLC version |
| 6/27/2021 | Internal Communications | 0.6 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: prep for call with BRG, A&M and Province Firm |
| 6/27/2021 | Meetings - Other | 1 | Spencer | Call with Matt Babcock (of BRG), Tim Peach (of Rock Creek Advisors), Mike Atkinson and Jason Crockett (of Province) and Brian Whitman and Charles "Carl" M. Binggeli (of A&M) re: "BSA - Reorganization Term Sheet (W&C Draft 6.24.21 - Mediation Privilege" |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 6/27/2021 | Internal Communications | 0.6 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: action items from BRG, A&M, Province Firm call |
| 6/28/2021 | Internal Communications | 1.6 | Peach | Call with J Spencer re: Unfunded Nonguaranteed Benefit estimate; Call with J Spencer re: prep for "all-hands" call on Disclosure Statement, Term Sheet, etc. |
| 6/28/2021 | Business Analysis | 2.1 | Peach | Refinements to estimate of present value of BSA Retirement Plan benefit in excess of PBGC Guarantees, and to the SPV Note modeling spreadsheet |
| 6/28/2021 | Document Review | 1.6 | Peach | Review of redlined BSA disclosure statement (5372-2) and objections to the disclosure statement emailed by Jason Amala on behalf of a group of attorneys representing survivors on June 28, 2021 -- in preparation for all-hands call at 8:30pm ET |
| 6/28/2021 | Meetings - with Counsel | 1 | Peach | All hands call with TCC counsel and advisors on Disclosure Statement, Term Sheet, etc |
| 6/28/2021 | Business Analysis | 1.2 | Spencer | Review and edit Unfunded Nonguaranteed Benefit estimate |
| 6/28/2021 | Internal Communications | 0.8 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: Unfunded Nonguaranteed Benefit estimate |
| 6/28/2021 | Business Analysis | 1.2 | Spencer | Develop alternatives for set-aside for Unfunded Nonguaranteed Benefits of scout executives |
| 6/28/2021 | Internal Communications | 0.8 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: prep for "all-hands" call on Disclosure Statement, Term Sheet, etc. |
| 6/28/2021 | Document Review | 0.3 | Spencer | Review email correspondence re: "Boy Scouts -- objections to "new" disclosure statement" by Jason Amala (of Pfau Cochran Vertetis Amala PLLC) |
| 6/28/2021 | Meetings - Other | 1 | Spencer | Call with TCC Board, PSZJ and BRG |
| 6/29/2021 | Internal Communications | 0.7 | Peach | Call with J Spencer re: Revised Term Sheet from M. Linder (of White & Case) dated 6.28.21 |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 6/29/2021 | Meetings - Other | 4.1 | Peach | Call with Matt Babcock (of BRG), J Spencer, Mike Atkinson and Jason Crockett (of Province) re: "BSA - Reorganization Term Sheet (W&C Draft 6.24.21 - Mediation Privilege)"; Mediation session between BSA/LCs/TCC/Coalition etc on Term Sheet and Disclosure Statement |
| 6/29/2021 | Document Review | 2.3 | Peach | Review of various emails forwarded by PSZ&J and BRG from parties (BSA, Coalition, Insurer attorneys, etc) to assess impact on draft BSA Term Sheet provisions; Multiple rounds of review and revisions to draft BSA Term Sheet |
| 6/29/2021 | Business Analysis | 1.2 | Peach | Review and Revisions to spreadsheet to model scenarios of DST Note payouts under different sets of Term Sheet provisions, actuarial assumptions, and asset return outcomes |
| 6/29/2021 | Meetings - with Counsel | 1.6 | Peach | All hands call with TCC counsel and advisors on Disclosure Statement, Term Sheet, etc |
| 6/29/2021 | Document Review | 1.2 | Spencer | Review Revised Term Sheet from M. Linder (of White & Case) dated 6.28.21 |
| 6/29/2021 | Internal Communications | 0.7 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: Revised Term Sheet from M. Linder (of White & Case) dated 6.28.21 |
| 6/29/2021 | Meetings - Other | 1.3 | Spencer | Call with Matt Babcock (of BRG), Tim Peach (of Rock Creek Advisors), Mike Atkinson and Jason Crockett (of Province) re: Revised Term Sheet from M. Linder (of White & Case) dated 6.28.21 |
| 6/29/2021 | Business Analysis | 1.5 | Spencer | Work on Excel model developed to show different values for DST Note |
| 6/29/2021 | Document Review | 1 | Spencer | Edits to DST Note sections of Revised Term Sheet |
| 6/29/2021 | Meetings - Other | 1.5 | Spencer | TCC/Coalition professionals call re: Revised Term Sheet |
| 6/29/2021 | Meetings - Other | 2 | Spencer | Mediation Session amongst BSA/AHLCC/TCC/Coalition/FCS |

| Date | Category | Hours | Timekeeper | Description |
|---|---|---|---|---|
| 6/30/2021 | Internal Communications | 3.9 | Peach | Call with J Spencer re: Debrief and follow-up from 6/29/21 Mediation Session; Debrief and follow-up from 6/30/21 Mediation Session; Multiple additional calls with J Spencer to review developments from other calls and review language in evolving versions of DST Note language from TCC/Coalition and from BSA/LCs |
| 6/30/2021 | Document Review | 2.4 | Peach | Prepare Appendix to the draft Term Sheet for the DST Note; Prepare multiple versions of draft Term Sheet language for the DST Note |
| 6/30/2021 | Meetings - Other | 6.6 | Peach | Multiple Calls with BRG; Multiple Calls with TCC/Coalition/FCR; Calls with Mike Atkinson (Coalition) and BRG; Mediation Call with A&M; Call with John Lucas (PSZ&G) and BRG; Mediation call with all parties; Call with White & Case (Jessica Lauria/Matt Linder), Mike Atkinson (Coalition), Brian Whitman (A&M) -- all calls regarding terms of DST Note in Term Sheet |
| 6/30/2021 | Internal Communications | 1.1 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: Debrief and follow-up from 6/29/21 Mediation Session |
| 6/30/2021 | Meetings - Other | 0.4 | Spencer | Call with Matt Babcock and Dave Judd (of BRG) and Tim Peach (of Rock Creek Advisors) re: DST note and discussions with BSA and AHLCC |
| 6/30/2021 | Meetings - Other | 2 | Spencer | TCC/Coalition professionals call re: Revised Term Sheet |
| 6/30/2021 | Meetings - Other | 0.3 | Spencer | Call with Matt Babcock and Dave Judd (of BRG), Mike Atkinson and Jason Crockett (of Province) and Tim Peach (of Rock Creek Advisors) to prep for A&M call |
| 6/30/2021 | Meetings - Other | 0.9 | Spencer | Call with Matt Babcock and Dave Judd (of BRG), Mike Atkinson and Jason Crockett (of Province), Tim Peach (of Rock Creek Advisors) and Brian Whitman and Charles "Carl" M. Binggeli (of A&M) re: DST Note and Term Sheet |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 6/30/2021 | Meetings - Other | 0.8 | Spencer | Call with John Lucas (of PSZJ), Matt Babcock and Dave Judd (of BRG) and Tim Peach (of Rock Creek Advisors) re: Call with A&M and DST Note |
| 6/30/2021 | Meetings - Other | 1.3 | Spencer | Mediation Session amongst BSA/AHLCC/TCC/Coalition/FCS |
| 6/30/2021 | Internal Communications | 0.8 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: possible post-emergence protections on DST Note |
| 6/30/2021 | Meetings - Other | 3.2 | Spencer | BSA - TCC Meeting - Term Sheet |
| 6/30/2021 | Meetings - Other | 0.5 | Spencer | Call with J. Lauria and M. Linder (of White and Case), Brian Whitman (of A&M), Mike Atkinson and Jason Crockett (of Province Firm) and Tim Peach (of Rock Creek Advisors) re: revisions to Term Sheet |
| 6/30/2021 | Meetings - with Counsel | 0.2 | Spencer | Call with Jim Stang and John Lucas (of PSZJ) re: revisions to Term Sheet |