# EXHIBIT A

# Exhibit A

| Date | Task | Hours | Consultant | Description of Services |
|---|---|---|---|---|
| 7/1/2021 | Business Analysis | 0.6 | Peach | Additional modeling of impact of changes to DST Note proposed by BSA/LCs and proposed by TCC/Coalition as possible resolutions to issue |
| 7/1/2021 | Document Review | 2.2 | Peach | Drafting and reviewing possible solutions to impasse between BSA/LCs and TCC/Coalition to DST Note provisions in the draft Term Sheet |
| 7/1/2021 | Internal Communications | 3.1 | Peach | Multiple calls with J Spencer to discuss/review possible approachs to resolving DST Note impasse with BSA/LCs, discussing/reviewing proposed DST Note terms from BSA/LCs, debriefing after calls with BRG/PSZ&J/Province, debriefing after agreement on resolution between TCC/Coalition and BSA/LCs |
| 7/1/2021 | Meetings - Other | 1.2 | Peach | Multiple calls with BRG/Province on evolving versions of DST Note terms in the draft Term Sheet and Restructuring Support Agreement |
| 7/1/2021 | Meetings - with Counsel | 0.8 | Peach | Multiple calls with John Lucas and/or James Stang of PSZ&J on evolving versions of DST Note terms in the draft Term Sheet and Restructuring Support Agreement |
| 7/1/2021 | Document Review | 0.5 | Spencer | Review updated language from BSA on DST Note and transmit email re: same to PSZJ and BRG |
| 7/1/2021 | Internal Communications | 0.7 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: email from Province on DST Note` |
| 7/1/2021 | Meetings - Other | 0.5 | Spencer | Call with Matt Babcock and Dave Judd (of BRG), John Lucas (of PSZJ) and Tim Peach (of Rock Creek Advisors) re: revised term sheet language from BSA on DST Note |

| Date | Category | Hours | Name | Description |
|---|---|---|---|---|
| 7/1/2021 | Meetings - Other | 0.6 | Spencer | Call with Matt Babcock and Dave Judd (of BRG), Jim Stang and John Lucas (of PSZJ), Tim Peach (of Rock Creek Advisors), Mike Atkinson and Jason Crockett (of Province) and David Moulton (of Brown Rudnick) re: Revised Term Sheet from M. Linder (of White & Case) dated 6.28.21 |
| 7/1/2021 | Business Analysis | 1.5 | Spencer | Additional modeling of impact of changes to DST Note proposed by BSA/LCs and proposed by TCC/Coalition as possible resolutions to issue |
| 7/1/2021 | Document Review | 1.7 | Spencer | Drafting and reviewing possible solutions to impasse between BSA/LCs and TCC/Coalition to DST Note provisions in the draft Term Sheet |
| 7/1/2021 | Internal Communications | 3.1 | Spencer | Multiple calls with Tim Peach (of Rock Creek Adbisors) to discuss/review possible approachs to resolving DST Note impasse with BSA/LCs, discussing/reviewing proposed DST Note terms from BSA/LCs, debriefing after calls with BRG/PSZ&J/Province, debriefing after agreement on resolution between TCC/Coalition and BSA/LCs |
| 7/1/2021 | Meetings - with Counsel | 1.9 | Spencer | Multiple calls with John Lucas and/or James Stang of PSZ&J on evolving versions of DST Note terms in the draft Term Sheet and Resolution Support Agreement |
| 7/2/2021 | Administrative Duties | 1.2 | Peach | Review of billing of time during the period June 1 through July 1 to ensure accuracy, completeness, and correctness of descriptions of time spent |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 7/3/2021 | Administrative Duties | 1.4 | Peach | Review and organization of materials/documents/emails exchanged during the week of June 27 to July 3. Review of final materials and research on certain elements and definitions in preparation for final codification of pension related terms (viz DST Note Mechanics) in the Term Sheet and Restructuring Support Agreement |
| 7/3/2021 | Administrative Duties | 1.5 | Spencer | Review and organization of materials/documents/emails exchanged during the week of June 27 to July 3. Review of final materials and research on certain elements and definitions in preparation for final codification of pension related terms (viz DST Note Mechanics) in the Term Sheet and Restructuring Support Agreement |
| 7/6/2021 | Internal Communications | 0.8 | Peach | Call with J Spencer re: debrief and review of materials from prior week's negotiations; discussion of Insurance Companies Motion filed 7/1/21 |
| 7/6/2021 | Fee Application | 1.5 | Lipton | Review of June hours and creating spreadsheet |
| 7/6/2021 | Fee Application | 0.2 | Lipton | Write email on june hours and send to the team for review |
| 7/6/2021 | Internal Communications | 0.8 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: debrief and review of materials from prior week's negotiations; discussion of Insurance Companies Motion filed 7/1/21 |
| 7/7/2021 | Fee Application | 1.4 | Spencer | Prepare Rock Creek's June, 2021 Fee Application |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 7/8/2021 | Document Review | 0.3 | Spencer | Review DECLARATION OF BRIAN WHITTMAN IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (Filed 7.1.21) |
| 7/8/2021 | Document Review | 0.2 | Spencer | Review MOTION TO SHORTEN NOTICE OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (Filed 7.1.21) |
| 7/8/2021 | Document Review | 1.1 | Spencer | Review DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (Filed 7.1.21) |
| 7/8/2021 | Document Review | 0.2 | Spencer | Review DECLARATION OF ROGER C. MOSBY IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (Filed 7.1.21) |
| 7/20/2021 | Meetings - Other | 0.4 | Peach | Call with Matt Babcock and David Judd of BRG and J Spencer re status update on BSA proceedings |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 7/20/2021 | Meetings - Other | 0.4 | Spencer | Call with Matt Babcock and Dave Judd (of BRG) and Tim Peach (of Rock Creek Advisors) re: status update |
| 7/21/2021 | Fee Application | 0.2 | Lipton | Review of email on CNO filing |
| 7/21/2021 | Fee Application | 0.75 | Lipton | Review of CNO filed for April and May |
| 7/22/2021 | Meetings - Other | 0.5 | Peach | Discussion with J Spencer regarding BSA status update provided by J Stang of PSZ&J – upcoming hearings and relative positions (TCC vs Coalition) on stance on settlement with insurers |
| 7/23/2021 | Internal Communications | 0.5 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: BSA status update provided by J Stang of PSZ&J – upcoming hearings and relative positions (TCC vs Coalition) on stance on settlement with insurers |
| 7/24/2021 | Document Review | 0.3 | Spencer | Review UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (D.E. 5466) |
| 7/26/2021 | Document Review | 2.3 | Peach | Review of historical BSA Retirement Plan 5500 filing attachments and recent actuarial valuation reports in preparation for review of experience study due from WTW on July 31, 2021 |
| 7/27/2021 | Document Review | 0.8 | Peach | Review of Certain Insurers Objection to RSA (filed 7.22.21) |

| Date | Category | Hours | Attorney | Description |
|---|---|---|---|---|
| 7/27/2021 | Internal Communications | 1.7 | Peach | Discussion with J Spencer regarding (1) ramifications of objection filed by insurers to RSA, and (2) findings from review of historical BSA Retirement Plan actuarial results vis-à-vis upcoming experience study due from WTW on 7/31/2021; email to J Spencer summarizing initial conclusions from review of historical BSA Retirement Plan actuarial results |
| 7/27/2021 | Internal Communications | 0.8 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: (1) ramifications of objection filed by insurers to RSA, and (2) findings from review of historical BSA Retirement Plan actuarial results vis-à-vis upcoming experience study due from WTW on 7/31/2021 |
| 7/27/2021 | Document Review | 0.9 | Spencer | Review DECLARATION OF SAMUEL P. HERSHEY IN SUPPORT OF DEBTORS' OMNIBUS OBJECTION TO INSURERS' MOTION TO COMPEL AND MOTION TO SHORTEN NOTICE |
| 7/27/2021 | Document Review | 0.5 | Spencer | Review NOTICE OF FILING OF REVISED PROPOSED ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF |
| 7/28/2021 | Document Review | 0.6 | Peach | Call with J Spencer re: prior years' BSA pension adjustments and discussion of various filings |
| 7/28/2021 | Meetings - Other | 0.2 | Peach | Email exchange with Carl Binggeli of A&M regarding the status of the WTW experience study for the BSA pension plan |
| 7/28/2021 | Internal Communications | 0.6 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: prior years' BSA pension adjustments and discussion of various filings |

| Date | Category | Hours | Name | Description |
|---|---|---|---|---|
| 7/29/2021 | Internal Communications | 0.9 | Peach | Call with J Spencer re: John Lucas' question re: PBGC claims treatment, liquidation analysis and legal precedent |
| 7/29/2021 | Document Review | 2.2 | Peach | Review of latest draft of Disclosure Statement and case presented by BSA counsel (White and Case) to assess reasonableness of PBGC claims against BSA and Local Councils under a BSA liquidation scenario |
| 7/29/2021 | Creditors/Creditor Committee Communication | 1.7 | Peach | Drafting of memo to Jim Stang and John Lucas of PSZ&J summarizing conclusions regarding the reasonableness of the treatment of PBGC claims against BSA and the Local Councils in a liquidation scenario (Disclosure Statement) |
| 7/29/2021 | Regulatory Analysis | 2.1 | Spencer | Review Suhar v. Pension Benefit Guar. Corp. (In re R.C.A. Rubber Co.) and related IRC and bankrupty code sections for precedent re: PBGC claims for DUEC's and unfunded benefit liabilities |
| 7/29/2021 | Document Review | 1.7 | Spencer | Review AMENDED DISCLOSURE STATEMENT FOR THE FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (filed 7.2.21) for liquidation analysis and treatment of PBGC claims therein |
| 7/29/2021 | Internal Communications | 1.2 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: John Lucas' question re: PBGC claims treatment, liquidation analysis and legal precedent |
| 7/29/2021 | Document Review | 0.7 | Spencer | Review and Edit memo to John Lucas (of PZS&J) re: PBGC claims treatment, liquidation analysis and legal precedent |
| 7/30/2021 | Meetings - with Counsel | 0.8 | Peach | Call w/John Lucas (of PSZ&J) and J Spencer re: PBGC claims treatment, liquidation analysis and legal precedent as they pertain to latest BSA Disclosure Statement (filed 7.2.21) |

| Date | Task | Hours | Person | Description |
|---|---|---|---|---|
| 7/30/2021 | Meetings - with Counsel | 0.8 | Spencer | Call w/John Lucas (of PSZ&J) and Tim Peach (of Rock Creek Advisors) re: PBGC claims treatment, liquidation analysis and legal precedent as they pertain to latest BSA Disclosure Statement (filed 7.2.21) |
| 7/31/2021 | Document Review | 3.6 | Peach | Reviewing and editing of proposed email from John Lucas (PSZ&J) to Brian Whittman (A&M) re PBGC claim assumed in the latest disclosure statement; Review and analysis of BSA Retirement Plan experience study from WTW provided by Carl Binggeli (A&M) on July 30, 2021 |
| 7/31/2021 | Document Review | 1.3 | Spencer | Review Willis Towers Watson The Boy Scouts of America Retirement Plan for Employees; Experience Study Actuarial Assumptions Analysis (July 2021) |
| 7/31/2021 | Document Review | 0.4 | Spencer | Review and Edit email from John Lucas (of PSZJ) to Matt Linder re: PBGC claims treatment, liquidation analysis and legal precedent |