UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:           Chapter __11__

Case No. __20__-__10343__ (__LSS__)

Debtor: Boy Scouts of America

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Sasha M. Gurvitz__ to represent __The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC__ in this action.

David M. Klauder

Firm Name: Bielli & Klauder, LLC
Address: 1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __California__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Sasha M. Gurvitz

Firm Name: KTBS Law LLP
Address: 1801 Century Park East, 26th Fl.
Los Angeles, CA 90067
Phone: 310-407-4000
Email: sgurvitz@ktbslaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: August 10th, 2021
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

Local Form 105