IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10343 ((LSS)<br><br>(Jointly Administered) |

### [~~PROPOSED~~] ORDER GRANTING CENTURY'S MOTION FOR ENTRY OF AN ORDER SHORTENING THE NOTICE AND OBJECTION PERIOD FOR CENTURY'S MOTION IN *LIMINE* TO BAR THE DEBTORS FROM OFFERING EVIDENCE IN SUPPORT OF THEIR APPLICATION FOR FEES ON WHICH THEY HAVE REFUSED TO PROVIDE DISCOVERY

Upon consideration of the motion (the "**Motion to Shorten**") filed by Century, for entry of an order to shorten notice of *Century's Motion in Limine to Bar the Debtors from Offering Evidence in Support of Their Application for Fees on Which They Have Refused to Provide Discovery* (the "**Motion in Limine**") so that the Motion in Limine may be heard at the Court's earliest convenience before the hearing on the RSA Motion, all as more fully set forth in the Motion to Shorten; and due and sufficient notice of the Motion to Shorten having been provided under the particular circumstances; and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion to Shorten and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and this Court's entry of a final order being consistent with Article

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. The hearing to consider the Motion in Limine will be held on AUG 12, 2021 at 10:00 a.m. (ET).

3. Any responses or objections to the Motion in Limine shall be ~~filed in advance of or~~ made at the hearing.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court shall retain exclusive jurisdiction over matters pertaining to this Order.

*[signature]*

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY** JUDGE

Dated: Aug. 11, 2021
Wilmington, Delaware