## Exhibit A

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I.** _____ |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS REGARDING DEBTORS' RESPONSE TO CERTAIN SUPPLEMENTAL OBJECTIONS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of the Debtors for entry of an order (the "Order") to exceed the page limit for the *Debtors' Response to Certain Supplemental Objections to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* (the "Response"); and after due deliberation, the Court having determined that good and sufficient cause has been shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Debtors are authorized to exceed the page limit prescribed by Local Rule 7007-2 and the General Chambers Procedures with respect to the Response.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038

3.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Date: _____, 2021
       Wilmington, Delaware

                                                  THE HON. LAURIE SELBER SILVERSTEIN
                                                  CHIEF UNITED STATES BANKRUPTCY JUDGE