# APPENDIX A

The foregoing Supplemental Objection to the Adequacy of the Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by Alonso Krangle LLP. The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.

| | | |
|---|---|---|
| SA-43277 | SA-46408 | SA-59158 |
| SA-43356 | SA-43320 | SA-42176 |
| SA-47155 | SA-46054 | SA-67786 |
| SA-46156 | SA-44478 | SA-56513 |
| SA-89384 | SA-55483 | SA-44449 |
| SA-44457 | SA-92262 | |
| SA-55300 | SA-92594 | |
| SA-63462 | SA-46407 | |
| SA-55308 | SA-47192 | |
| SA-59204 | SA-92706 | |
| SA-46335 | SA-47761 | |
| SA-46382 | SA-46070 | |
| SA-59131 | SA-67583 | |
| SA-56488 | SA-67766 | |
| SA-59217 | SA-44389 | |
| SA-59207 | SA-44436 | |
| SA-43322 | SA-63709 | |
| SA-55155 | SA-59213 | |
| SA-47151 | SA-46364 | |
| SA-47101 | SA-46077 | |
| SA-46227 | SA-56477 | |
| SA-46409 | SA-55158 | |