# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | |
| DELAWARE BSA, LLC | ) | Case No. 20-10343 (LSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Sally E. Veghte, hereby certify that on August 11, 2021, caused to be served a true and correct copy of *Alonso Krangle's Claimants' Supplemental Objection to the Adequacy of the Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order* via electronic mail on the counsel listed on the attached Service List.

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)

PHIL1 9632360v.1

**Service List**

Derek C. Abbott
Andrew R. Remming
Paige N. Topper
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com
      aremming@morrisnichols.com
      ptopper@morrisnichols.com


WHITE & CASE LLP
Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com


WHITE & CASE LLP
Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Email:  mandolina@whitecase.com
       mlinder@whitecase.com
       laura.baccash@whitecase.com
       blair.warner@whitecase.com