# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF SAMANTHA INDELICATO IN SUPPORT OF CENTURY'S MOTION IN LIMINE TO BAR THE DEBTORS FROM OFFERING EVIDENCE IN SUPPORT OF THEIR APPLICATION FOR FEES ON WHICH THEY HAVE REFUSED TO PROVIDE DISCOVERY**

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile:  302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile:  212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

I, **SAMANTHA INDELICATO**, declare as follows:

1. I am an associate at the firm O'Melveny & Myers LLP ("**OMM**"). I submit this declaration based on my knowledge of the proceedings in the Boy Scouts of America bankruptcy and review of the pleadings, in support of *Century's Motion in Limine to Bar the Debtors from Offering Evidence in Support of Their Application for Fees on Which They Have Refused to Provide Discovery*.

2. Attached hereto as **Exhibit A** is a true and correct copy of *Brown Rudnick LLP's Responses & Objections to Century Indemnity Company's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* dated June 9, 2021.

3. Attached hereto as **Exhibit B** is a true and correct copy of *The Coalition of Abused Scouts for Justice's Responses & Objections to Century Indemnity Company's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* dated June 25, 2021.

4. Attached hereto as **Exhibit C** is a true and correct copy of *Century Indemnity Company's May 14th Subpoena of Brown Rudnick LLP To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Bankruptcy Case (Or Adversary Proceeding)*.

5. Attached hereto as **Exhibit D** is a true and correct copy of *Century's Requests to the Debtors for Production of Documents* dated May 14, 2021.

6. Attached hereto as **Exhibit E** is a true and correct copy of *Century Indemnity Company's June 11th Subpoena of The Coalition of Abused Scouts for Justice To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Bankruptcy Case (Or Adversary Proceeding)*.

7. Attached hereto as **Exhibit F** is a true and correct copy of the *Propounding Insurers' Requests to the Debtors for Production of Documents* dated July 3, 2021.

8. Attached hereto as **Exhibit G** is a true and correct copy of a chain of June 1, 2021 emails exchanged between Tancred Schiavoni and Eric Goodman.

9. Attached hereto as **Exhibit H** is a true and correct copy of the *Debtors' Responses and Objections to Propounding Insurers' Requests to the Debtors for the Production of Documents* dated July 8, 2021.

10. Attached hereto as **Exhibit I** is a true and correct copy of the July 27th Discovery Conference transcript.

11. Attached hereto as **Exhibit J** is a true and correct copy of the Deposition Transcript of Brian Whittman dated July 14, 2021.

12. Attached hereto as **Exhibit K** is a true and correct copy of the Samuel Hershey's July 31, 2021 letter to the Insurers.

13. Attached hereto as **Exhibit L** is a true and correct copy of the Deposition Transcript of Roger C. Mosby dated July 15, 2021.

14. Attached hereto as **Exhibit M** is a true and correct copy of the Deposition Transcript of Daniel Ownby dated July 19, 2021.

15. Attached hereto as **Exhibit N** is a true and correct copy of a selection of correspondence between Century and the Debtors from June 13, 2021 through August 3, 2021 related to the issues raised in the Motion in Limine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of August 2021 in New York, New York.

> */s/ Samantha Indelicato*
> Samantha Indelicato