# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> Ref. Docket No. 5942 |

## CERTAIN EXCESS INSURERS' JOINDER IN CENTURY'S MOTION IN LIMINE TO BAR THE DEBTORS FROM OFFERING EVIDENCE IN SUPPORT OF THEIR APPLICATION FOR FEES ON WHICH THEY HAVE REFUSED TO PROVIDE DISCOVERY

Great American Assurance Company, f/k/a Agricultural Insurance Company, Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company, Clarendon America Insurance Company, Allianz Global Risks Insurance Company, National Surety Corporation, and Interstate Fire & Casualty Company (collectively, "Certain Excess Insurers"), hereby join *Century's Motion in Limine to Bar the Debtors from Offering Evidence in Support of Their Application for Fees on Which They Have Refused to Provide Discovery* [Docket No. 5942] (the "Century Motion in Limine").

WHEREFORE, Certain Excess Insurers respectfully request entry of an order granting Century's Motion in Limine and granting such further relief as the Court deems just and proper.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: August 11, 2021  
      Wilmington, DE

Respectfully submitted,

BODELL BOVÉ, LLC

*/s/ Bruce W. McCullough*  
Bruce W. McCullough (No. 3112)  
1225 N. King Street, Suite 1000  
Wilmington, DE 19801-3250  
Telephone: (302) 655-6749  
Facsimile: (302) 655-6827  
E-mail: bmccullough@bodellbove.com

-and-

CLYDE & CO US LLP  
Bruce D. Celebrezze (pro hac vice)  
Four Embarcadero Center, Suite 1350  
San Francisco, California 94111  
Telephone: (415) 365-9800  
Facsimile: (415) 365-9801  
E-mail: bruce.celebrezze@clydeco.us

Konrad R. Krebs (pro hac vice)  
200 Campus Drive | Suite 300  
Florham Park, NJ 07932  
Telephone: (973) 210-6700  
Facsimile: (973) 210-6701  
E-mail: konrad.krebs@clydeco.us

-and-

DAVID CHRISTIAN ATTORNEYS LLC  
David Christian (pro hac vice)  
105 W. Madison St., Suite 1400  
Chicago, IL 60602  
Telephone: (862) 362-8605  
E-mail: dchristian@dca.law

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*

Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
Facsimile:  (302) 252-4466
E-mail: summersm@ballardspahr.com
mcclambc@ballardpshar.com

-and-

Harry Lee*
John O¢Connor*
Brett Grindrod*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Facsimile:  (202) 429-3902
E-mail: hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com
(*Admitted *pro hac vice*)

*Attorneys for Clarendon America Insurance Company*

TROUTMAN PEPPER HAMILTON SANDERS LLP
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:        302.777.6500
Facsimile:         302.421.8390

-and-

Harris B. Winsberg (admitted pro hac vice)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:        404.885.3000

3

Facsimile: 404.885.3900

-and-

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted pro hac vice)
Ryan S. Smethurst (admitted pro hac vice)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: 202.756.8228
Facsimile: 202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

TROUTMAN PEPPER HAMILTON SANDERS LLP
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777.6500
Facsimile: (302) 421.8390

Harris B. Winsberg (pro hac vice)
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308-2216
Telephone: (404) 885.3000
Facsimile: (404) 885.3900

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (pro hac vice)
John E. Bucheit (pro hac vice)
500 West Madison Street, Suite 1000
Chicago, IL 60661
Telephone: (312) 281.0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*