**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Bruce W. McCullough, hereby certify that on this date a copy of the foregoing Certain Excess Insurers' Joinder in Century's Motion in Limine to Bar the Debtors from Offering Evidence in Support of Their Application for Fees on Which They Have Refused to Provide Discovery was served via CM/ECF on all counsel of record and via email on:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Paige N. Topper, Esq.
Michelle M. Fu, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com
mfu@morrisnichols.com

WHITE & CASE LLP
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Laura E. Baccash, Esq.
Blair M. Warner, Esq.
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

WHITE & CASE LLP
Jessica C. Lauria, Esq.
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com

/s/ Bruce W. McCullough
Bruce W. McCullough (Del. ID 3112)

Dated: August 11, 2021