# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 12, 2021, AT 10:00 A.M. (ET)

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by August 12, 2021, at 8:00 a.m. Eastern Time**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItfuuurzsqEpzokzJuJLe5kqIQKMxigTM**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> Topic: Boy Scouts of America
>
> **Time: August 12, 2021, at 10:00 a.m. Eastern Time (US and Canada)**

MATTERS GOING FORWARD

1. Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5466, filed 7/1/21).

    Objection Deadline:   July 22, 2021, at 4:00 p.m. (ET); extended to July 23, 2021, at 12:00 p.m. (ET) for Courtney and Stephen Knight as Surviving Parents of E.J.K. a minor child, and Stephen Knight as the Personal Representative of the Estate of E.J.K.; Supplemental objection deadline: August 9, 2021, at 4:00 p.m. (ET).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

Responses Received:

a) Limited Objection and Reservation of Rights of the Church of Jesus Christ Latter-Day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5674, filed 7/22/21);

b) Joint Objection of the Roman Catholic Ad Hoc Committee and the United Methodist Ad Hoc Committee to the Debtors' Motion for Authorization to Enter into and Perform Under Restructuring Support Agreement and For Related Relief and Joinder in Limited Objection and Reservation of Rights of the Church of Jesus Christ of Latter-Day Saints (D.I. 5676, filed 7/22/21);

c) Joinder and Reservation of Rights of the Episcopal Church to the Limited Objection and Reservation of Rights of the Church of Jesus Christ Latter-Day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5677, filed 7/22/21);

d) [SEALED] Joinder of the Coalition of Abused Scouts for Justice, The Official Committee of Tort Claimants, and The Future Claims Representative to, and Brief in Support of Debtors' Motion for an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5678, filed 7/22/21);

e) Notice of Filing of Final Redacted Version of Joinder of the Coalition of Abused Scouts for Justice, The Official Committee of Tort Claimants, and The Future Claims Representative to, and Brief in Support of Debtors' Motion for an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5680, filed 7/22/21);

f) Hartford's Objection to Debtors' Motion For Entry of an Order (I) Authorizing The Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5681, filed 7/22/21);

g) Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5682, filed 7/22/21);

h)  Declaration of Kristian Roggendorf, Esq., in Support of Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5683, filed 7/22/21);

i)  Certain Insurers' Objection to of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5684, filed 7/22/21);

j)  United States Trustee's Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5685, filed 7/22/21);

k)  Declaration of Joel Millar in Support of Hartford's Objection to Debtors' Motion For Entry Of An Order (I) Authorizing The Debtors To Enter Into And Perform Under The Restructuring Support Agreement, And (II) Granting Related Relief (D.I. 5686, filed 7/22/21);

l)  Old Republic Insurance Company's Objection and Joinder to Certain Insurers' Objection to Debtors' Motion for an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5687, filed 7/22/21);

m)  Joinder of Archbishop of Agaña, A Corporation Sole to the Roman Catholic Ad Hoc Committee's Objection to the Debtors' Motion for Authorization to Enter into and Perform Under the Restructuring Support Agreement and for Related Relief (D.I. 5690, filed 7/22/21);

n)  Joinder of the Diocese Buffalo, N.Y., to the Roman Catholic Ad Hoc Committee's Objection to the Debtors' Motion for Authorization to Enter into and Perform Under the Restructuring Support Agreement and for Related Relief (D.I. 5692, filed 7/22/21);

o)  Joinder of the Roman Catholic Diocese of Ogdensburg, New York, to the Roman Catholic Ad Hoc Committee's Objection to the Debtors' Motion for Authorization to Enter into and Perform Under the Restructuring Support Agreement and for Related Relief (D.I. 5693, filed 7/22/21);

p)  Joinder of the Diocese of Rochester to the Roman Catholic Ad Hoc Committee's Objection to the Debtors' Motion for Authorization to Enter into and Perform Under the Restructuring Support Agreement and for Related Relief (D.I. 5695, filed 7/22/21);

q) Joinder of the Roman Catholic Diocese of Syracuse, New York, to the Roman Catholic Ad Hoc Committee's Objection to the Debtors' Motion for Authorization to Enter into and Perform Under the Restructuring Support Agreement and for Related Relief (D.I. 5699, filed 7/22/21);

r) Joinder of Arch Insurance Company to Certain Insurers' Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement and (II) Granting Related Relief (D.I. 5702, filed 7/22/21);

s) [SEALED] Century's Objections to the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5707, filed 7/22/21);

t) [SEALED] Declaration of Daniel Shamah in Support of Century's Objections to the Debtors' Motion for an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5708, filed 7/22/21);

u) [SEALED] Objection to the Payment of the Coalition's Lawyers in Accordance with the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5709, filed 7/22/21);

v) Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief Filed by Courtney Knight and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child and Stephen Knight, as Personal Representative of the Estate of E.J.K (D.I. 5711, filed 7/23/21);

w) Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5722, filed 7/23/21);

x) (REDACTED) Century's Objections to the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5723, filed 7/23/21);

y) (REDACTED) Century's Objection to the Payment of the Coalition's Lawyers in Accordance with the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5724, filed 7/23/21);

z) Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5725, filed 7/23/21);

aa) *Errata to* Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5726, filed 7/23/21);

bb) Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5727, filed 7/23/21);

cc) Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5743, filed 7/26/21);

dd) Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5744, filed 7/26/21);

ee) Limited Supplemental Joinder of the Coalition of Abused Scouts for Justice to and in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5745, filed 7/26/21);

ff) Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5754, filed 7/26/21);

gg) Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5755, filed 7/26/21);

hh)     Statement of the Ad Hoc Committee of Local Councils in Support of the RSA Approval Motion (D.I. 5756, filed 7/26/21);

ii)     [SEALED] Supplemental Brief of the Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants, and the Future Claims Representative in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5757, filed 7/26/21);

jj)     (REDACTED) Supplemental Brief of the Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants, and the Future Claims Representative in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5760, filed 7/26/21);

kk)     Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5765, filed 7/26/21);

ll)     Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5777, filed 7/27/21);

mm)     Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5787, filed 7/27/21);

nn)     Joinder to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5789, filed 7/27/21);

oo)     Joinder to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5794, filed 7/27/21);

pp)     Joinder to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform

| | |
|---|---|
| | Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5798, filed 7/27/21); |
| qq) | Joinder to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5808, filed 7/28/21); |
| rr) | Joinder to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5811, filed 7/28/21); |
| ss) | Joinder to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5812, filed 7/28/21); |
| tt) | Joinder to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5815, filed 7/29/21); |
| uu) | Claimants' Supplemental Objection to the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5916, filed 8/9/21); |
| vv) | Hartford's Supplement to Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5925, filed 8/9/21); |
| ww) | Certain Insurers' Reservation of Rights to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement and (II) Granting Related Relief (D.I. 5926; filed 8/9/21); |
| xx) | [SEALED] Century's Supplemental Objection to the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement and (II) Granting Related Relief (D.I. 5928, filed 8/9/21); |
| yy) | [SEALED] Declaration of Daniel Shamah in Support of Century's Supplemental Objection to the Debtors' Motion For Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter |

Into and Perform Under the Restructuring Support Agreement and (II) Granting Related Relief (D.I. 5929, filed 8/9/21);

zz) (REDACTED) Century's Supplemental Objection to the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement and (II) Granting Related Relief (D.I. 5932, filed 8/9/21);

aaa) Certain Excess Insurers' Joinder in Century's Supplemental Objection to the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement and (II) Granting Related Relief (D.I. 5934, filed 8/9/21);

bbb) AIG's Joinder to Century's Supplemental Objection and Partial Joinder to Hartford's Supplement to Objection to the Debtor's Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement and (II) Granting Related Relief (D.I. 5935, filed 8/9/21);

**ccc) Joinder of the Norwich Roman Catholic Diocesan Corporation to the Roman Catholic Ad Hoc Committee's Objection to the Debtors' Motion for Authorization to Enter Into and Perform Under Restructuring Support Agreement and For Related Relief (D.I. 5970, filed 8/11/21);**

**ddd) Joinder to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5972, filed 8/11/21); and**

**eee) (REDACTED) Declaration of Daniel Shamah in Support of Century's Supplemental Objection to the Debtors' Motion For Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement and (II) Granting Related Relief (D.I. 5975, filed 8/11/21);**

Related Pleadings:

a) Declaration of Roger C. Mosby in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5469, filed 7/1/21);

b) Declaration of Brian Whittman in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5470, filed 7/1/21);

c)     Amended Notice of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5526, filed 7/7/21);

d)     Debtors' Omnibus Reply in Further Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5759, filed 7/26/21);

e)     Declaration of Devang Desai in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I.5763, filed 7/26/21);

f)     Supplemental Declaration of Brian Whittman in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5766, filed 7/26/21);

g)     Notice of Filing of Revised Proposed Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5769, filed 7/26/21);

h)     Notice of Filing of Amendment to the Restructuring Support Agreement (D.I. 5813, filed 7/28/21);

i)     Notice of Additional Joining Parties to the Restructuring Support Agreement (D.I. 5868, filed 8/4/21);

j)     Second Amended Notice of Debtors' Motion for Entry of Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5887, filed 8/5/21); and

k)     Debtors' Motion for Leave to File Debtors' Response to Certain Supplemental Objections to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5961, filed 8/11/21).

Status: This matter is going forward. The Debtors intend to call Messrs. Devang Desai (volunteer member of the National Executive Board, National Executive Committee and Bankruptcy Task Force of the BSA), Roger C. Mosby (President and CEO of the BSA), Daniel Ownby (Volunteer Chair of the National Executive Board of the BSA), and Brian Whittman (Managing Director of Alvarez & Marsal North America, LLC), as witnesses in

support of this matter. Hartford reserves the right to call Mr. John Kinney (Executive Vice President of The Hartford) as a witness in support of its objection to this matter.

2. Motion to Exceed Page Limitation with Respect to Certain Insurers' Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5701, filed 7/22/21).

   Objection Deadline:   At the Hearing.

   Responses Received:   None.

   Related Pleadings:   None.

   Status: This matter is going forward.

3. Insurers' Motion for Entry of an Order Authorizing Filing Under Seal Certain Documents Relating to Insurers' Objections to Debtors' Motion Relating to the Restructuring Support Agreement (D.I. 5710, filed 7/23/21).

   Objection Deadline:   At the Hearing.

   Responses Received:   None.

   Related Pleadings:   None.

   Status: This matter is going forward.

4. Motion to Exceed Page Limitations Regarding Debtors' Omnibus Reply in Further Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5764, filed 7/26/21).

   Objection Deadline:   At the Hearing.

   Responses Received:   None.

   Related Pleadings:   None.

   Status: This matter is going forward.

5. Century's Revised Motion for Entry of an Order Authorizing Filing Under Seal Documents Relating to Century's Objections to Debtors' Motion Relating to the Restructuring Support Agreement and Moving Insurers' Motion to Compel (D.I. 5853, filed 8/2/21).

   Objection Deadline:   At the Hearing.

Responses Received:   None.

Related Pleadings:   None.

Status: This matter is going forward.

6. [SEALED] Moving Insurers' Motion to Compel and for Additional Relief and in the Alternative Motion in Limine (D.I. 5881, filed 8/4/21).

   Objection Deadline:   At the Hearing.

   Responses Received:

   a) Debtors' Objection to Moving Insurers' Motion to Compel and for Additional Relief and in the Alternative Motion in Limine (D.I. 5903, filed 8/9/21); and

   b) Declaration of Samuel P. Hershey in Support of Debtors' Objection to Moving Insurers' Motion to Compel and for Additional Relief and in the Alternative Motion in Limine (D.I. 5904, filed 8/9/21).

   Related Pleadings:

   a) [SEALED] Declaration of Erin R. Fay in Support of Moving Insurers' Motion to Compel and for Additional Relief and in the Alternative Motion in Limine (D.I. 5882, filed 8/4/21); and

   b) (REDACTED) Moving Insurers' Motion to Compel and for Additional Relief and in the Alternative Motion in Limine (D.I. 5927, filed 8/9/21); and

   c) (REDACTED) Declaration of Erin R. Fay in Support of Moving Insurers' Motion to Compel and for Additional Relief and in the Alternative Motion in Limine (D.I. 5930, filed 8/9/21).

   Status:   This matter is going forward

7. [SEALED] Motion of the Coalition of Abused Scouts for Justice, The Official Committee of Tort Claimants and The Future Claims Representative to Strike Testimony Regarding the Reasonableness of the Hartford Settlement (D.I. 5897, filed 8/6/21).

   Objection Deadline:   At the Hearing.

   Responses Received:

   a) [SEALED] Hartford's Initial Objection to the Motion of the Coalition of Abused Scouts for Justice, The Official Committee of Tort Claimants and The Future Claims Representative to Strike Testimony Regarding the Reasonableness of the Hartford Settlement (D.I. 5905, filed 8/9/21); and

    b)      [SEALED] Declaration of Erin R. Fay in Support of Hartford's Initial Objection to the Motion of the Coalition of Abused Scouts for Justice, The Official Committee of Tort Claimants and The Future Claims Representative to Strike Testimony Regarding the Reasonableness of the Hartford Settlement (D.I. 5906, filed 8/9/21).

    Related Pleadings:

    a)      (REDACTED) Motion of the Coalition of Abused Scouts for Justice, The Official Committee of Tort Claimants and The Future Claims Representative to Strike Testimony Regarding the Reasonableness of the Hartford Settlement (D.I. 5898, filed 8/6/21); and

    b)      Reply in Support of Motion of the Coalition of Abused Scouts for Justice, The Official Committee of Tort Claimants and The Future Claims Representative to Strike Testimony Regarding the Reasonableness of the Hartford Settlement (D.I. 5933, filed 8/9/21).

    Status: This matter is going forward.

8. Motion for Leave to Exceed Page Limitations Regarding Debtors' Objection to Moving Insurers' Motion to Compel and for Additional Relief and in the Alternative Motion in Limine (D.I. 5911, filed 8/9/21).

    Objection Deadline: At the Hearing.

    Responses Received: None.

    Related Pleadings: None.

    Status: This matter is going forward

9. Hartford's Motion for Entry of an Order Authorizing Hartford to File Under Seal (I) Moving Insurers' Motion to Compel and For Additional Relief and in the Alternative Motion in Limine, and (II) Certain Exhibits to the Declaration of Erin R. Fay in Support of Motion to Compel (D.I. 5931, filed 8/9/21).

    Objection Deadline: At the Hearing.

    Responses Received: None.

    Related Pleadings: None.

    Status: This matter is going forward

10. [SEALED] Century's Motion in *Limine* to Bar the Debtors from Offering Evidence in Support of Their Application for Fees on Which They Have Refused to Provide Discovery (D.I. 5942, filed 8/10/21).

    Objection Deadline:   At the Hearing.

    Responses Received:   None.

    Related Pleadings:

    a)   [SEALED] Declaration of Samantha Indelicato in Support of Century's Motion in Limine to Bar the Debtors from Offering Evidence in Support of Their Application for Fees on Which They Have Refused to Provide Discovery (D.I. 5943, filed 8/10/21);

    b)   **(REDACTED) Century's Motion in *Limine* to Bar the Debtors from Offering Evidence in Support of Their Application for Fees on Which They Have Refused to Provide Discovery (D.I. 5973, filed 8/11/21); and**

    c)   **(REDACTED) Declaration of Samantha Indelicato in Support of Century's Motion in Limine to Bar the Debtors from Offering Evidence in Support of Their Application for Fees on Which They Have Refused to Provide Discovery (D.I. 5974, filed 8/11/21);and**

    d)   **Certain Excess Insurers' Joinder in Century's Motion in Limine to Bar the Debtors from Offering Evidence in Support of Their Application for Fees on Which They Have Refused to Provide Discovery (D.I. 5977, filed 8/11/21)**

    Status:  This matter is going forward.

11. Motion for Leave to Exceed Page Limitations Regarding Debtors' Response to Certain Supplemental Objections to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5962, filed 8/11/21).

    Objection Deadline:   At the Hearing.

    Responses Received:   None.

    Related Pleadings:   None.

    Status:  This matter is going forward

12. **Century's Revised Motion for Entry of an Order Authorizing Filing Under Seal Documents Relating to Century's Supplemental Objections to Debtors' Motion**

**Relating to the Restructuring Support Agreement and Motion *In Limine* (D.I. 5976, filed 8/11/21).**

**Objection Deadline:  At the Hearing.**

**Responses Received: None.**

**Related Pleadings:   None.**

**Status:  This matter is going forward**

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated:  August 1**2**, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Michelle M. Fu (No. 6661)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>           aremming@morrisnichols.com<br>           ptopper@morrisnichols.com<br>           mfu@morrsinichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email:  mandolina@whitecase.com<br>           mlinder@whitecase.com<br>           laura.baccash@whitecase.com<br>           blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND<br>DEBTORS IN POSSESSION |