**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>               Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) and Local Rule B-9010-1, and section 1109(b) of title 11 of the United States Code**,** The Norwich Roman Catholic Diocesan Corporation, a chapter 11 debtor and debtor-in-possession in the United States Bankruptcy Court for the District of Connecticut, bearing Case No. 21-20687 (JJT) (the "Norwich Diocese"), by and through the undersigned counsel,[1] hereby respectfully submit this Notice of Appearance and Request for Service of Papers ("Notice of Appearance") in the above-captioned case and request that all notices and all papers served or required to be served in this case by the Court, the above-referenced Debtors, and/or any other parties-in-interest, be given to and served upon the following:

ICE MILLER LLP
Louis T. DeLucia
Alyson M. Fiedler
1500 Broadway, Suite 2900
New York, New York 10036
Telephone: (212) 835-6315
Email: Louis.DeLucia@icemiller.com
Alyson.Fiedler@icemiller.com

---

[1] On August 8, 2021, Norwich Diocese filed an application to retain Ice Miller LLP as counsel in its pending chapter 11 case, which application remains pending on the date hereof.

**PLEASE TAKE FURTHER NOTICE** the Notice of Appearance request includes, without limitation, notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to the rights, remedies and claims of Norwich Diocese against other entities or any objection by Norwich Diocese, that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit Norwich Diocese to the jurisdiction of the Court. This Notice of Appearance shall not be deemed or construed to be a waiver by Norwich Diocese (1) to have final orders in noncore and matters not arising in or under the Bankruptcy Code entered by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) of any other rights, claims, actions, defenses, setoffs, or recoupments to which Norwich Diocese, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Norwich Diocese expressly reserves. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

Dated:  August 12, 2021                    GELLERT SCALI BUSENKELL & BROWN LLC

                                            */s/ Charles J. Brown, III*
                                           Charles J. Brown, III (DE 3368)
                                           1201 N. Orange Street, 3rd Floor
                                           Wilmington, DE 19801
                                           Phone: 302-425-5813
                                           Fax: 302-425-5814
                                           Email: cbrown@gsbblaw.com

                                           ICE MILLER LLP
                                           Louis T. DeLucia (*pro hac vice* to be filed)
                                           Alyson M. Fiedler (*pro hac vice* to be filed)
                                           1500 Broadway, Suite 2900
                                           New York, New York 10036
                                           Phone: (212) 835-6312
                                           Email: Louis.DeLucia@icemiller.com
                                                   Alyson.Fiedler@icemiller.com

                                           *Counsel for The Norwich Roman Catholic Diocesan*
                                           *Corporation*

## CERTIFICATE OF SERVICE

I, Charles J. Brown, III, Esquire, certify that on August 11, 2021, I caused a true and correct copy of *NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the parties listed below via electronic mail:

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Andrew R. Remming, Paige N. Topper, Michelle M. Fu
1201 North Market Street, 16th Floor, P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com; aremming@morrisnichols.com;
ptopper@morrisnichols.com; mfu@morrisnichols.com

White & Case LLP
Attn: Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com

White & Case LLP
Attn: Michael C. Andolina, Matthew E. Linder, Blair Warner, Laura E. Baccash
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com; mlinder@whitecase.com;
blair.warner@whitecase.com;
laura.baccash@whitecase.com

Office of the United States Trustee
for the District of Delaware
Attn: David L. Buchbinder, Hannah M. McColllum
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: david.l.buchbinder@usdoj.gov; hannah.mccollum@usdoj.gov

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)

Dated: August 12, 2021

CO\6436296.2