**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
                                                           :
In re:                                                     :       Chapter 11
                                                           :
Boy Scouts of America and                                  :       Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]                                      :
                                                           :       (Jointly Administered)
                           Debtors.                        :       **Objection Deadline: August 26, 2021 at 4:00 pm**
                                                           :       **(ET)**
                                                           :       **Hearing Date: Only if Objections are Filed**
---------------------------------------------------------- X

**SUMMARY COVER SHEET TO THE SIXTEENTH MONTHLY FEE APPLICATION**
**OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM JUNE 1, 2021 THROUGH JUNE 30, 2021**

| | |
|---|---|
| Name of Applicant: | Kramer Levin Naftalis & Frankel LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to March 4, 2020 |
| Period for which compensation and reimbursement is sought: | June 1, 2021 through June 30, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $83,623.00 (80% of which is $66,898.40) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $221.73 |

This is a: **X** monthly      ___ interim      ___ final application.

**Prior Applications: Yes.**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

**Prior Statements:**

| Date Filed/ Docket No. | Filing Period | Requested | | Approved | | Court Order/ CNO Filed |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 6/9/2020 D.I. 813 | 3/4/2020 – 3/31/2020 | $581,149.50 | $13,885.41 | $464,919.60 | $13,885.41 | D.I. 892 |
| 6/24/2020 D.I. 899 | 4/1/2020 – 4/30/2020 | $501,179.00 | $13,507.13 | $400,943.20 | $13,507.13 | D.I. 1000 |
| 7/27/2020 D.I. 1048 | 5/1/2020 – 5/31/2020 | $447,050.00 | $7,289.52 | $357,640.00 | $7,289.52 | D.I. 1097 |
| 8/21/2020 D.I. 1134 | 6/1/2020 – 6/30/2020 | $508,293.50 | $12,667.35 | $406,634.80 | $12,667.35 | D.I. 1317 |
| 9/1/2020 D.I. 1212 | 7/1/2020 – 7/31/2020 | $371,567.00 | $4,527.33 | $297,253.60 | $4,527.33 | D.I. 1332 |
| 10/15/2020 D.I. 1526 | 8/1/2020 – 8/31/2020 | $429,082.00 | $5,920.52 | $343,265.60 | $5,920.52 | D.I. 1607 |
| 10/30/2020 D.I. 1610 | 9/1/2020 – 9/30/2020 | $253,297.00 | $1,372.19 | $202,637.60 | $1,372.19 | D.I. 1690 |
| 11/25/2020 D.I. 1738 | 10/1/2020 – 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | D.I. 1856 |
| 2/9/2021 D.I. 2123 | 11/1/2020 – 11/30/2020 | $215,956.00 | $1,218.41 | $172,764.80 | $1,218.41 | D.I. 2263 |
| 3/30/2021 D.I. 2486 | 12/1/2020 – 12/31/2020 | $130,991.00 | $442.89 | $104,792.80 | $442.89 | D.I. 2602 |
| 4/2/2021 D.I. 2528 | 1/1/2021 – 1/31/2021 | $265,561.00 | $2,091.59 | $212,448.80 | $2,091.59 | D.I. 2634 |
| 5/5/2021 D.I. 3145 | 2/1/2021 – 2/28/2021 | $213,649.50 | $1,648.44 | $170,919.60 | $1,648.44 | D.I. 4710 |
| 5/20/2021 D.I. 3152 | 3/1/2021 – 3/31/2021 | $125,688.50 | $162.39 | $100,550.80 | $162.39 | D.I. 4711 |
| 06/03/2021 D.I. 5220 | 4/1/2021- 4/30/2021 | $101,480.00 | $325.59 | $81,184.00 | $325.59 | D.I. 5380 |
| 8/12/2021 D.I. 5981 | 5/1/2021- 5/31/2021 | $108,763.50 | $133.83 | $0 | $0 | |
| **SUBTOTAL** | | **$4,509,369.00** | **$65,192.59** | **$3,520,484.40** | **$65,058.76** | |
| First and Second Interim Reduction[2] | | ($39,270.50) | ($807.49) | ($39,270.50) | ($807.49) | |
| Third Interim Reduction[3] | | ($13,229.75) | $0.00 | ($13,229.75) | $0.00 | |
| Fourth Interim Reduction[4] | | ($12,209.00) | $0.00 | ($12,209.00) | $0.00 | |
| **TOTAL** | | **$4,444,659.75** | **$64,385.10** | **$3,455,775.15** | **$64,251.27** | |

---

[2] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $39,270.50 in fees and $807.49 in expenses during the First and Second Interim Application Periods.

[3] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $13,229.75 in fees during the Third Interim Application Period.

[4] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $12,209.00 in fees during the Fourth Interim Application Period.

KL2 3244113.5

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**SUMMARY OF BILLING BY PROFESSIONAL**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation[6] |
|---|---|---|---|---|---|
| Mayer, Thomas Moers | 1982 | **Partner** Employee Benefits Since (1998) | $1,575.00 | 2.30 | $3,622.50 |
| Rabinowitz, Daniel A. | 1995 | **Partner** Employee Benefits Since (2013) | $1,300.00 | 1.80 | $2,340.00 |
| Ringer, Rachael L. | 2011 | **Partner** Creditors' Rights (Since 2019) | $1,200.00 | 10.80 | $12,960.00 |
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,130.00 | 3.30 | $3,729.00 |
| Sharret, Jennifer | 2008 (NY; NJ) | **Special Counsel** Creditors' Rights (Since 2018) | $1,105.00 | 2.20 | $2,431.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $950.00 | 28.10 | $26,695.00 |
| Essner, Zoe | 2021 | **Associate** Creditors' Rights (Since 2020) | $715.00 | 3.40 | $2,431.00 |
| Nowicki, Adam | 2021 | **Associate** Creditors' Rights (Since 2021) | $615.00 | 30.30 | $18,634.50 |
| Beck, Samuel | N/A | **Paralegal** Creditors' Rights (Since 2019) | $440.00 | 15.50 | $6,820.00 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $440.00 | 9.00 | $3,960.00 |
| **TOTAL** | | | | **106.70** | **$83,623.00** |

Blended Rate: $783.72

[5] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2021).

[6] Kramer Levin voluntarily reduced its fees by $10,893.00 and expenses by $220.00 during the Application Period.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Project Category | Total Hours | Total Fees[7] |
|---|---|---|
| Case Administration (00001) | 4.30 | $3,237.50 |
| Committee Meetings and Communications (00002) | 33.00 | $26,703.50 |
| Adversary Proceedings and Bankruptcy Litigation (00006) | 1.10 | $895.00 |
| Plan/Disclosure Statement Issues (00007) | 27.10 | $28,428.00 |
| Fee Statements and Applications (00017) | 30.70 | $18,023.00 |
| Committee Investigation (00020) | 7.10 | $3,124.00 |
| Hearings and Court Matters (00021) | 0.40 | $246.00 |
| Professional Retention (00025) | 0.40 | $246.00 |
| Communications with Debtors (00029) | 2.60 | $2,720.00 |
| **TOTAL** | **106.70** | **$83,623.00** |

---

[7] Total compensation requested reflects a voluntary reduction of $10,893.00 in fees.

KL2 3244113.5

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses [8] |
|---|---|---|
| Telecommunication Charges | LoopUp | $221.73 |
| **TOTAL** | | **$221.73** |

---

[8] Kramer Levin reduced its expenses by $220.00 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

5

KL2 3244113.5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
            :

In re:                                 :      Chapter 11

            :

Boy Scouts of America and        :      Case No. 20-10343 (LSS)

Delaware BSA, LLC,[9]             :

            :      (Jointly Administered)

                    Debtors.     :      **Objection Deadline: August 26, 2021 at 4:00 pm (ET)**

            :      **Hearing Date: Only if Objections are Filed**

------------------------------------------------------------ X

## SIXTEENTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2021 THROUGH JUNE 30, 2021

Kramer Levin Naftalis & Frankel (the "**Applicant**" or "**Kramer Levin**"), counsel to the

Official Committee of Unsecured Creditors (the "**Creditors' Committee**") of Boy Scouts of America

and Delaware BSA, LLC and its affiliated debtors and debtors-in-possession (collectively, the

"**Debtors**") in the above-captioned chapter 11 cases, hereby applies, pursuant to (i) sections 330 and

331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), (ii) Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), (iii) Rule 2016-2 of

the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "**Local Rules**"), (iv) the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 341] (the

"**Interim Compensation Order**"),[10] and (v) the *Order Appointing Fee Examiner and Establishing*

---

[9] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

[10] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

1

*Related Procedures of the Review of Applications of Retained Professionals* [Docket No. 1342] (the "**Fee Examiner Order**"), for allowance of compensation for services rendered and reimbursement of expenses for the period from June 1, 2021 through June 30, 2021 (the "**Application Period**"), and respectfully represents as follows:

<u>**JURISDICTION AND VENUE**</u>

1.     The Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.  Such relief also is warranted under Bankruptcy Rule 2016 and Local Rule 2016-2.

<u>**BACKGROUND**</u>

**A.     The Chapter 11 Cases**

3.     On February 18, 2020 (the "**Petition Date**"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

4.     On March 5, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") filed the Notice of Appointment of Committee of Unsecured Trade Creditors [Docket No. 141].  The Creditors' Committee consists of: (i) Pension Benefit Guaranty Corporation (the "**PBGC**"), (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson Education, Inc. and (v) Lion Brothers Company, Inc.

5.     On September 18, 2020, the Court entered the Fee Examiner Order appointing Rucki Fee Review, LLC as the Fee Examiner (the "**Fee Examiner**") to provide assistance to the Court related to professional fee and expense analysis and review.

2

**B.    The Retention of Kramer Levin**

6.    On April 23, 2020, the Creditors' Committee applied to the Court for an order authorizing it to retain and employ Kramer Levin as its counsel, *nunc pro tunc* to March 4, 2020 [Docket No. 481]. On May 11, 2020, the Court entered an order authorizing such retention [Docket No. 607].

**C.    The Interim Compensation Order and the Fee Examiner Order**

7.    The Interim Compensation Order and the Fee Examiner Order (together, the "**Fee Orders**") set forth the procedures for interim compensation and reimbursement of expenses in these Chapter 11 Cases. Specifically, the Fee Orders provide that a Professional may file no earlier than the fifteenth (15th) day of each month following the month for which compensation is sought, provide to the Fee Examiner, and serve a monthly application for interim allowance of compensation for services rendered and reimbursement of expenses incurred, together with the applicable time entries and itemized expenses (the "**Monthly Fee Application**") on the Notice Parties. Provided that there are no objections to the Monthly Fee Application filed within fourteen (14) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay such Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in such Monthly Fee Application. If an objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80% of the fees and 100% of the expenses not subject to an objection.

**RELIEF REQUESTED**

8.    Pursuant to the Fee Orders and section 331 of the Bankruptcy Code, Kramer Levin is seeking compensation in the amount of $66,898.40, which is equal to eighty percent (80%) of the $83,623.00 in fees for professional services rendered by Kramer Levin during the Application

3

Period.  This amount is derived solely from the applicable hourly billing rates of Kramer Levin's personnel who rendered such services to the Creditors' Committee.  In addition, Kramer Levin is seeking reimbursement of expenses incurred during the Application Period in the amount of $221.73.

### A.    Compensation Requested

9.    Attached hereto as <u>Exhibit A</u> is a detailed itemization, by project category, of all services performed by Kramer Levin with respect to the Chapter 11 Cases during the Application Period.  This detailed itemization complies with Del. Bankr. L.R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

10.    The attorneys and paraprofessionals who rendered services related to each category are identified in <u>Exhibit A</u>, along with the number of hours for each individual and the total compensation sought for each category.

### B.    Expense Reimbursement

11.    Kramer Levin incurred out-of-pocket expenses during the Application Period in the amount of $221.73.  Attached hereto as <u>Exhibit B</u> is a description of the expenses actually incurred by Kramer Levin in the performance of services rendered as counsel to the Creditors' Committee. The expenses are broken down into categories of charges, including among other things, the following charges: photocopying, scanning and printing, telecopy, filing fees, messenger service, outside printing, computerized legal research, and other non-ordinary expenses.[11]

---

[11] In accordance with Del. Bankr. L.R. 2016-2(e)(iii), Kramer Levin does not charge more than $0.10 per page for photocopies.

## ANALYSIS AND NARRATIVE DESCRIPTION OF
## SERVICES RENDERED AND TIME EXPENDED

12.    Kramer Levin sets forth a brief narrative description of the services rendered, for or on behalf of the Creditors' Committee, and the time expended, organized by billing task categories, as follows:

**A.    Case Administration**
       **Kramer Levin Billing Code: 1**
       **(Fees: $3,237.50/ Hours Billed: 4.30)**

13.    During the Application Period, Kramer Levin conducted various administrative tasks, including, *inter alia*: (i) maintaining work-in-progress reports and work streams; (ii) monitoring calendars of critical dates; (iii) preparing materials for internal distribution; (iv) obtaining filed pleadings and maintaining case folders of the same; and (v) routine communications and correspondences.

**B.    Committee Meetings and Communications**
       **Kramer Levin Billing Code: 2**
       **(Fees: $26,703.50/ Hours Billed: 33.00)**

14.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) preparing for and leading weekly conference calls with the Creditors' Committee and its professionals to discuss all pending case matters; (ii) maintaining meeting minutes; (iii) communicating with individual Creditors' Committee members and their advisors; and (iv) providing the Creditors' Committee with near-daily update emails regarding recently filed pleadings, case issues and negotiations, and other items relevant to the Chapter 11 Cases.

KL2 3244113.5

**C.**     **Adversary Proceedings and Bankruptcy Litigation**
          **Kramer Levin Billing Code: 6**
          **(Fees: $895.00/ Hours Billed: 1.10)**

15.     During the Application Period, Kramer Levin services performed in connection with this category related to, inter alia, (i) reviewing the filed pleadings in the Tort Claimants' Committee's (the "**TCC**") adversary proceeding regarding the Debtors' identified property [Adv. Pro. 20-50032-LSS]; (ii) communicating internally and with case professionals concerning the Creditors' Committee's intervention in the aforementioned adversary proceeding, as well as discovery issues, and (iii) reviewing a draft stipulation extending the preliminary injunction.

**D.**     **Plan/Disclosure Statement Issues**
          **Kramer Levin Billing Code: 7**
          **(Fees: $28,428.00/ Hours Billed: 27.10)**

16.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) reviewing and analyzing various provisions of the Debtors' proposed plan of reorganization and disclosure statement, and the RSA motion; (ii) attend mediation sessions with certain case professionals; (iii) calls with case professionals, mediators, and internally on certain mediation issues; (iv) revising a draft "Frequently Asked Questions" document for certain general unsecured creditors regarding the Debtors' proposed plan of reorganization; (v) revising a draft UCC letter in support of the Debtors' disclosure statement; and (vi) communicating internally and with case professionals regarding plan and disclosure statement issues.

**E.**     **Fee Statements and Applications**
          **Kramer Levin Billing Code: 17**
          **(Fees: $18,023.00 / Hours Billed: 30.70)**

17.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) ensuring that its applications for compensation submitted in these Chapter 11 Cases complied in all respects with local rules and the U.S. Trustee Guidelines;

6

(ii) ensuring that confidentiality and privilege remained intact in the descriptions of work conducted; and (iii) reviewing the fee examiner report and preparing Kramer Levin's response to the same.

**F.     Committee Investigation**
        **Kramer Levin Billing Code: 20**
        **(Fees: $3,124.00/ Hours Billed: 7.10)**

18.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) organizing and reviewing data room documents; and (ii) communicating internally regarding discovery issues.

**M.     Hearing and Court Matters**
        **Kramer Levin Billing Code: 21**
        **(Fees: $246.00 / Hours Billed: 0.40)**

19.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: preparing for hearings.

**O.     Professional Retention**
        **Kramer Levin Billing Code: 25**
        **(Fees: $246.00 / Hours Billed: 0.40)**

20.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*, (i) revising a draft supplemental declaration disclosing additional connections to certain parties-in-interest; and (ii) communicating internally and with case professionals concerning the draft supplemental declaration and parties-in-interest list.

**P.    Communication with Debtors**
**Kramer Levin Billing Code: 29**
**(Fees: $2,720.00 / Hours Billed: 2.60)**

21.    During the Application Period, Kramer Levin services performed in connection with this category relate to, inter alia, communicating with counsel to the Debtors regarding the status of these Chapter 11 Cases and pending issues.

## VALUATION OF SERVICES

22.    Attorneys and paraprofessionals of Kramer Levin have expended a total of 106.70 hours in connection with this matter during the Application Period.

23.    The amount of time spent by each of the professionals providing services to the Creditors' Committee for the Application Period is set forth in Exhibit A.  The rates are Kramer Levin's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by Kramer Levin for the Application Period as counsel for the Creditors' Committee in these Chapter 11 Cases is $83,623.00.

24.    Kramer Levin believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B attached hereto are in compliance with the requirements of Local Rule 2016-2.

25.    In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## NOTICE

26.    Applicant will provide notice of this Application to: (i) the Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii)

counsel to the Debtors, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Jessica C. Lauria, and White & Case, LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Matthew E. Linder and Michael C. Andolina; (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott; (iv) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David L. Buchbinder and Hannah M. McCollum; (v) counsel to the TCC, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James F. O'Neill; (vi) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron; (vii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason and Joseph C. Celentino; (viii) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and Kristian W. Gluck; (ix) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump; and (x) the Fee Examiner, Justin H. Rucki, Rucki Fee Review, LLC, 1111 Windon Drive, Wilmington, DE 19803.  In light of the nature of the relief requested, Kramer Levin submits that no other or further notice is required.

## <u>NO PRIOR REQUEST</u>

27.     No prior request for the relief sought in the Application has been made to this or any other court.

## CERTIFICATE OF COMPLIANCE AND WAIVER

28.     The undersigned representative of Kramer Levin certifies that she has reviewed the requirements of Local Rule 2016-2, and that the Application substantially complies with that Local Rule.  To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, Kramer Levin believes that such deviations are not material and respectfully requests that any such requirements be waived.  A true and correct copy of the Verification of Rachael L. Ringer is attached hereto as Exhibit C.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

KL2 3244113.5

## CONCLUSION

**WHEREFORE**, Kramer Levin respectfully requests that the Court enter an Order: (i) granting the Application and authorizing (a) allowance of compensation in the amount of $66,898.40 (80% of $83,623.00) for professional services rendered and (b) reimbursement for actual and necessary costs in the amount of $221.73; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated:  August 12, 2021

*/s/ Rachael L. Ringer*
**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of
Unsecured Creditors*

EXHIBIT A

Compensation Summary

**EXHIBIT A**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Project Category | Total Hours | Total Fees[12] |
|---|---|---|
| Case Administration (00001) | 4.30 | $3,237.50 |
| Committee Meetings and Communications (00002) | 33.00 | $26,703.50 |
| Adversary Proceedings and Bankruptcy Litigation (00006) | 1.10 | $895.00 |
| Plan/Disclosure Statement Issues (00007) | 27.10 | $28,428.00 |
| Fee Statements and Applications (00017) | 30.70 | $18,023.00 |
| Committee Investigation (00020) | 7.10 | $3,124.00 |
| Hearings and Court Matters (00021) | 0.40 | $246.00 |
| Professional Retention (00025) | 0.40 | $246.00 |
| Communications with Debtors (00029) | 2.60 | $2,720.00 |
| **TOTAL** | **106.70** | **$83,623.00** |

---

[12] Total compensation requested reflects a voluntary reduction of $10,893.00 in fees.

KL2 3244113.5

# Kramer Levin



August 11, 2021

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 829615
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through June 30, 2021.**

| | |
|---|---|
| Fees | $83,623.00 |
| Disbursements and Other Charges | 221.73 |
| **TOTAL BALANCE DUE** | **$83,844.73** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T 212.715.9100  F 212.715.8000



August 11, 2021
Invoice #: 829615
073427
Page 2

**MATTER SUMMARY**

**For professional services rendered through June 30, 2021 in connection with the following matters:**

| Matter | Matter Name | Total |
|--------|-------------|-------|
| 073427-00001 | Case Administration | $3,237.50 |
| 073427-00002 | Committee Meetings and Communications | $26,703.50 |
| 073427-00006 | Adversary Proceedings and Bankruptcy Litigation | $895.00 |
| 073427-00007 | Plan/Disclosure Statement Issues | $28,428.00 |
| 073427-00017 | Fee Statements and Applications | $18,023.00 |
| 073427-00020 | Committee Investigation | $3,124.00 |
| 073427-00021 | Hearings and Court Matters | $246.00 |
| 073427-00025 | Professional Retention | $246.00 |
| 073427-00029 | Communications with Debtors | $2,720.00 |
| **Total Fees** | | **$83,623.00** |
| Disbursements and Other Charges | | **$221.73** |
| **TOTAL CURRENT INVOICES** | | **$83,844.73** |

**Professional Services Summary**

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|------------|-------|------------|--------------------------|------|-------|------|
| Mayer Thomas Moers | Partner | Creditors' Rights | 1982 | $1,575.00 | 2.30 | $3,622.50 |
| Rabinowitz Daniel A. | Partner | Corporate | 1995 | $1,300.00 | 1.80 | $2,340.00 |
| Ringer Rachael L. | Partner | Creditors' Rights | 2011 | $1,200.00 | 10.80 | $12,960.00 |



August 11, 2021
Invoice #: 829615
073427
Page 3

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Hamerman Natan | Counsel | Litigation | 2002 | $1,130.00 | 3.30 | $3,729.00 |
| Sharret Jennifer | Spec Counsel | Creditors' Rights | 2008 | $1,105.00 | 2.20 | $2,431.00 |
| Wasson Megan | Associate | Creditors' Rights | 2017 | $950.00 | 28.10 | $26,695.00 |
| Essner Zoe | Associate | Creditors' Rights | 2021 | $715.00 | 3.40 | $2,431.00 |
| Nowicki Adam | Associate | Creditors' Rights | 2021 | $615.00 | 30.30 | $18,634.50 |
| Beck Samuel | Paralegal | Creditors' Rights | N/A | $440.00 | 15.50 | $6,820.00 |
| McNamara James | Paralegal | Creditors' Rights | N/A | $440.00 | 9.00 | $3,960.00 |
| TOTAL FEES | | | | | 106.70 | $83,623.00 |



August 11, 2021
Invoice #: 829615
073427-00001
Page 4

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 1.00 | $1,130.00 |
| Essner, Zoe | Associate | 0.30 | 214.50 |
| Nowicki, Adam | Associate | 2.40 | 1,476.00 |
| Wasson, Megan | Associate | 0.30 | 285.00 |
| Beck, Samuel | Paralegal | 0.30 | 132.00 |
| **TOTAL FEES** | | **4.30** | **$3,237.50** |

**DISBURSEMENTS AND OTHER CHARGES SUMMARY**

| DESCRIPTION | AMOUNT |
|---|---|
| Telecommunication Charges | $221.73 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$221.73** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/1/2021 | Hamerman, Natan | Emails with KL Team re: WIP list and Committee calls (0.3). | 0.30 | $339.00 |
| 6/1/2021 | Nowicki, Adam | Correspondence w/ R. Ringer, M. Wasson, Z. Essner re: scheduling WIP list call (0.2). | 0.20 | 123.00 |
| 6/1/2021 | Beck, Samuel | Emails with KL team re: docket alerts (0.3). | 0.30 | 132.00 |



August 11, 2021
Invoice #: 829615
073427-00001
Page 5

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/2/2021 | Hamerman, Natan | Emails with KL team re: WIP list call scheduling (0.1). | 0.10 | 113.00 |
| 6/2/2021 | Nowicki, Adam | Correspondence w/ R. Ringer, M. Wasson, Z. Essner re: scheduling (0.2. | 0.20 | 123.00 |
| 6/3/2021 | Hamerman, Natan | Call with M. Wasson, Z. Essner, A. Nowicki re: WIP list (0.3); emails with KL Team re professionals' call (0.1). | 0.40 | 452.00 |
| 6/3/2021 | Nowicki, Adam | Prep for (0.3) and attend WIP list call w/ M. Wasson, Z. Essner, N. Hamerman re: case updates (0.3). | 0.60 | 369.00 |
| 6/3/2021 | Wasson, Megan | WIP list call with A. Nowicki, Z. Essner, N. Hamerman re: case updates (0.3). | 0.30 | 285.00 |
| 6/3/2021 | Essner, Zoe | Attend WIP list call w/ N. Hamerman, M. Wasson, A. Nowicki re: case updates (0.3). | 0.30 | 214.50 |
| 6/4/2021 | Nowicki, Adam | Update WIP list (0.2). | 0.20 | 123.00 |
| 6/7/2021 | Hamerman, Natan | Email re case status with KL Team (0.1). | 0.10 | 113.00 |
| 6/9/2021 | Hamerman, Natan | Emails with KL Team re: case status (0.1). | 0.10 | 113.00 |
| 6/9/2021 | Nowicki, Adam | Update WIP list (0.1); emails to R. Ringer re: WIP list (0.1). | 0.20 | 123.00 |
| 6/11/2021 | Nowicki, Adam | Emails to R. Ringer re: WIP list (0.1). | 0.10 | 61.50 |
| 6/15/2021 | Nowicki, Adam | Review hearing notice, filings, and draft email to KL team re: same (0.1). | 0.10 | 61.50 |



August 11, 2021
Invoice #: 829615
073427-00001
Page 6

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/21/2021 | Nowicki, Adam | Email to R. Ringer re: outstanding case items and various workstreams (0.1); emails to M. Wasson re: upcoming deadlines (0.1); revise WIP list (0.2). | 0.40 | 246.00 |
| 6/23/2021 | Nowicki, Adam | Emails to R. Ringer re: outstanding case items and various workstreams (0.2). | 0.20 | 123.00 |
| 6/25/2021 | Nowicki, Adam | Update WIP list (0.2). | 0.20 | 123.00 |
| **TOTAL** | | | **4.30** | **$3,237.50** |



August 11, 2021
Invoice #: 829615
073427-00002
Page 7

**Committee Meetings and Communications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 3.70 | $4,440.00 |
| Hamerman, Natan | Counsel | 1.50 | 1,695.00 |
| Sharret, Jennifer | Spec Counsel | 1.20 | 1,326.00 |
| Essner, Zoe | Associate | 1.70 | 1,215.50 |
| Nowicki, Adam | Associate | 16.80 | 10,332.00 |
| Wasson, Megan | Associate | 8.10 | 7,695.00 |
| **TOTAL FEES** | | **33.00** | **$26,703.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/1/2021 | Wasson, Megan | Review and comment on UCC update email (0.2); emails with KL team and Alix re: rescheduling UCC call (0.1). | 0.30 | $285.00 |
| 6/1/2021 | Essner, Zoe | Draft UCC update email re: rescheduling meeting (0.2); draft second UCC email update re: financial update, Century response letter to the court, fee statements (0.3). | 0.50 | 357.50 |
| 6/2/2021 | Wasson, Megan | Review and comment on UCC update email (0.2). | 0.20 | 190.00 |



August 11, 2021
Invoice #: 829615
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 6/2/2021 | Essner, Zoe | Draft UCC update email re: June 4 hearing, TCC motion to expand CBRE scope, Movants' response to Century (0.5). | 0.50 | 357.50 |
| 6/3/2021 | Ringer, Rachael L. | Prep for (0.4) and attend UCC professionals' call to prepare for weekly UCC call (0.2); prep for (0.5) and attend weekly UCC call re: case updates (0.3). | 1.40 | 1,680.00 |
| 6/3/2021 | Hamerman, Natan | Attend weekly UCC call re: case updates (0.3). | 0.30 | 339.00 |
| 6/3/2021 | Essner, Zoe | Draft UCC update email w/ agenda (0.1); attend UCC professionals' call to prepare for weekly UCC call (0.2); attend weekly UCC call re: case updates (0.3); draft minutes re: same (0.1). | 0.70 | 500.50 |
| 6/3/2021 | Nowicki, Adam | Attend UCC professionals' call to prepare for weekly UCC call (0.2); prep for (0.1) and attend weekly UCC call re: case updates (0.3); follow-up call w/ M. Wasson re case status (0.5). | 1.10 | 676.50 |
| 6/3/2021 | Wasson, Megan | Review and comment on UCC update email (0.2); review and comment on UCC meeting minutes (0.1); prep for (0.2) and attend weekly UCC call re case updates (0.3); call with A. Nowicki re case status (0.5); attend UCC professionals' call to prepare for weekly UCC call (0.2). | 1.50 | 1,425.00 |



August 11, 2021
Invoice #: 829615
073427-00002
Page 9

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/4/2021 | Nowicki, Adam | Circulate update and calendar invites, dial-ins to UCC members and UCC professionals for upcoming hearings (0.1). | 0.10 | 61.50 |
| 6/7/2021 | Nowicki, Adam | Circulate update, dial-in to UCC members for DS hearing (0.1). | 0.10 | 61.50 |
| 6/8/2021 | Nowicki, Adam | Draft UCC update email (0.1); correspondence w/ M. Wasson re: same (0.2). | 0.30 | 184.50 |
| 6/9/2021 | Nowicki, Adam | Draft UCC update email (0.2); review recent filings for same (0.2); emails to M. Wasson re: same (0.2); finalize and circulate UCC update email (0.2). | 0.80 | 492.00 |
| 6/9/2021 | Wasson, Megan | Review and comment on UCC update email (0.2). | 0.20 | 190.00 |
| 6/10/2021 | Nowicki, Adam | Draft UCC update email (0.4); correspondence w/ M. Wasson re: same (0.1). | 0.50 | 307.50 |
| 6/11/2021 | Nowicki, Adam | Draft UCC update email (0.3); correspondence w/ M. Wasson re: same (0.2); finalize and send same (0.1). | 0.60 | 369.00 |
| 6/14/2021 | Nowicki, Adam | Draft UCC update email (0.4); correspondence w/ M. Wasson re: same (0.2). | 0.60 | 369.00 |
| 6/15/2021 | Nowicki, Adam | Correspondence w/ M. Wasson re: UCC update email (0.3); follow-up correspondence w/ R. Ringer re: same (0.2); finalize circulate same (0.2). | 0.70 | 430.50 |



August 11, 2021
Invoice #: 829615
073427-00002
Page 10

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/16/2021 | Nowicki, Adam | Emails w/ Committee members re: scheduling UCC call (0.2); correspondence w/ S. Beck re: Committee macro (0.1). | 0.30 | 184.50 |
| 6/17/2021 | Nowicki, Adam | Draft UCC update email (1.0); emails w/ M. Wasson re: same (0.2). | 1.20 | 738.00 |
| 6/18/2021 | Nowicki, Adam | Review Debtors' third amended plan (0.6) and revised Disclosure Statement for UCC update email (0.5); draft UCC update email re: same (1.4); correspondence w/ M. Wasson re: same (0.2). | 2.70 | 1,660.50 |
| 6/19/2021 | Nowicki, Adam | Revise UCC update email per comments from M. Wasson (1.0). | 1.00 | 615.00 |
| 6/19/2021 | Wasson, Megan | Review and comment on A. Nowicki UCC update email re: same (0.7). | 0.70 | 665.00 |
| 6/20/2021 | Nowicki, Adam | Emails w/ M. Wasson, R. Ringer re: UCC update email (0.5); revise same (0.2); finalize and circulate same (0.3). | 1.00 | 615.00 |
| 6/21/2021 | Ringer, Rachael L. | Prep for (0.2) and attend UCC professionals' call (0.3); attend weekly UCC call (0.6). | 1.10 | 1,320.00 |
| 6/21/2021 | Hamerman, Natan | Attend UCC professionals' call (0.3); prep for (0.1) and attend weekly UCC call (0.6). | 1.00 | 1,130.00 |
| 6/21/2021 | Wasson, Megan | Attend UCC professionals' call (0.3); prep for (0.7); and attend weekly UCC call (0.6); review draft UCC update email (0.5). | 2.10 | 1,995.00 |



August 11, 2021
Invoice #: 829615
073427-00002
Page 11

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/21/2021 | Nowicki, Adam | Draft and circulate UCC update email (0.3); emails w/ M. Wasson re: same (0.2); attend weekly UCC call (0.6); draft UCC minutes re: same (0.9). | 2.00 | 1,230.00 |
| 6/22/2021 | Wasson, Megan | Review and comment on UCC meeting minutes (0.2). | 0.20 | 190.00 |
| 6/23/2021 | Nowicki, Adam | Draft UCC update email (0.5); emails w/ M. Wasson re: same (0.3); finalize and circulate same (0.2). | 1.00 | 615.00 |
| 6/29/2021 | Ringer, Rachael L. | Prep for (0.1) and participate in UCC call (1.1). | 1.20 | 1,440.00 |
| 6/29/2021 | Sharret, Jennifer | Prep for (0.1) and participate in weekly UCC call (1.1). | 1.20 | 1,326.00 |
| 6/29/2021 | Nowicki, Adam | Call Committee members re: emergency UCC call (0.2); correspondence w/ M. Wasson re: same (0.1); prep for (0.6) and attend weekly UCC call (1.1). | 2.00 | 1,230.00 |
| 6/29/2021 | Wasson, Megan | Prep for (0.1) and attend weekly UCC call (1.1); draft UCC update emails (0.3). | 1.50 | 1,425.00 |
| 6/30/2021 | Hamerman, Natan | Email M. Wasson re update (0.1); review Committee emails (0.1). | 0.20 | 226.00 |
| 6/30/2021 | Nowicki, Adam | Draft UCC update email (0.2); emails to M. Wasson re: same (0.1); calls w/ Committee members re: plan issue (0.3); correspondence w/ M. Wasson re: same (0.2). | 0.80 | 492.00 |



August 11, 2021
Invoice #: 829615
073427-00002
Page 12

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/30/2021 | Wasson, Megan | Draft UCC email re: plan provisions (0.6); comment on same (0.2); calls and emails with UCC members re: same (0.6). | 1.40 | 1,330.00 |
| **TOTAL** | | | **33.00** | **$26,703.50** |



August 11, 2021
Invoice #: 829615
073427-00006
Page 13

**Adversary Proceedings and Bankruptcy Litigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 0.30 | $339.00 |
| Wasson, Megan | Associate | 0.40 | 380.00 |
| Beck, Samuel | Paralegal | 0.40 | 176.00 |
| **TOTAL FEES** | | **1.10** | **$895.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/21/2021 | Hamerman, Natan | Review docket in TCC adversary proceeding (0.2). | 0.20 | $226.00 |
| 6/21/2021 | Beck, Samuel | Review TCC adversary proceeding docket and emails with KL team re: same. | 0.40 | 176.00 |
| 6/22/2021 | Hamerman, Natan | Emails with M. Wasson re: TCC adversary proceeding (0.1). | 0.10 | 113.00 |
| 6/24/2021 | Wasson, Megan | Review draft stipulation extending preliminary injunction and emails with WC, PSJZ re same (0.4). | 0.40 | 380.00 |
| **TOTAL** | | | **1.10** | **$895.00** |



August 11, 2021
Invoice #: 829615
073427-00007
Page 14

**Plan/Disclosure Statement Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 2.30 | $3,622.50 |
| Rabinowitz, Daniel A. | Partner | 1.80 | 2,340.00 |
| Ringer, Rachael L. | Partner | 5.10 | 6,120.00 |
| Hamerman, Natan | Counsel | 0.50 | 565.00 |
| Sharret, Jennifer | Spec Counsel | 1.00 | 1,105.00 |
| Nowicki, Adam | Associate | 2.70 | 1,660.50 |
| Wasson, Megan | Associate | 13.70 | 13,015.00 |
| **TOTAL FEES** | | **27.10** | **$28,428.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/3/2021 | Hamerman, Natan | Emails to KL team re: mediation updates (0.3). | 0.30 | $339.00 |
| 6/4/2021 | Hamerman, Natan | Emails to KL team re: plan negotiations (0.1). | 0.10 | 113.00 |
| 6/10/2021 | Hamerman, Natan | Emails with KL team re: DS adjournment. | 0.10 | 113.00 |
| 6/14/2021 | Rabinowitz, Daniel A. | Review FCR proposal for M. Wasson (0.1). | 0.10 | 130.00 |
| 6/15/2021 | Rabinowitz, Daniel A. | Review FCR proposal (0.3); reply to M. Wasson re: same (0.2). | 0.50 | 650.00 |



August 11, 2021
Invoice #: 829615
073427-00007
Page 15

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/17/2021 | Sharret, Jennifer | Review FCR proposal and related plan provisions (0.5). | 0.50 | 552.50 |
| 6/17/2021 | Nowicki, Adam | Email to J. Sharret re: Plan (0.1). | 0.10 | 61.50 |
| 6/19/2021 | Wasson, Megan | Review latest iteration of Plan and DS (2.6). | 2.60 | 2,470.00 |
| 6/21/2021 | Wasson, Megan | Further review filed Plan/DS (1.2). | 1.20 | 1,140.00 |
| 6/23/2021 | Rabinowitz, Daniel A. | Prepare for (0.1) and attend mediation session (1.1). | 1.20 | 1,560.00 |
| 6/23/2021 | Ringer, Rachael L. | Attend mediation session for TCC and FCR (1.1); call with W&C, M. Wasson re: same (0.3). | 1.40 | 1,680.00 |
| 6/23/2021 | Wasson, Megan | Prep for (0.2) and attend mediation session with TCC, FCR, Coalition (1.1); follow up call with W&C, R. Ringer re: same (0.3); correspondence with R. Ringer re: same (0.2). | 1.80 | 1,710.00 |
| 6/25/2021 | Ringer, Rachael L. | Attend majority of call with FCR/Coalition/M. Wasson re: Plan issues (0.2); follow-up correspondence with M. Wasson re: same (0.3). | 0.50 | 600.00 |
| 6/25/2021 | Nowicki, Adam | Revise BSA UCC Letter in Support (0.2); revise BSA Plan FAQ (0.2). | 0.40 | 246.00 |
| 6/25/2021 | Wasson, Megan | Call with FCR/Coalition/R. Ringer re: Plan issues (0.3). | 0.30 | 285.00 |
| 6/28/2021 | Wasson, Megan | Correspondence with R. Ringer re: Plan issues (0.2); review plan issues (0.5); correspondence with R. Ringer re: same (0.2); review updated claims spreadsheet (0.3). | 1.20 | 1,140.00 |



August 11, 2021
Invoice #: 829615
073427-00007
Page 16

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/29/2021 | Mayer, Thomas Moers | Email exchanges w/ R. Ringer, M. Wasson re: plan issues (0.5); review plan issues (0.2); call with R. Ringer, M. Wasson, A. Nowicki to discuss mediation issues (0.4); call with W&C, R, Ringer, M. Wasson, A. Nowicki re plan issues (1.0); follow-up call with R. Ringer after UCC meeting to continue discussion of insurance issues (0.2). | 2.30 | 3,622.50 |
| 6/29/2021 | Ringer, Rachael L. | Call with mediators/FCR/W&C, M. Wasson re: mediation issues (0.8); call w/ T. Mayer, M. Wasson, A. Nowicki to discuss mediation issues and W&C proposal (0.4); call with W&C, T. Mayer, M. Wasson, A. Nowicki re: plan issues (1.0); numerous additional calls with W&C, KL team, Gilbert re: BSA proposals (0.8); additional follow-up call w/ T. Mayer after UCC meeting to continue discussion of insurance issues (0.2). | 3.20 | 3,840.00 |
| 6/29/2021 | Wasson, Megan | Review proposals from Debtors and FCR re insurance issues (1.0); call w/ T. Mayer, R. Ringer, A. Nowicki to discuss insurance issues (0.4); call with W&C, T. Mayer, R. Ringer, A. Nowicki re: plan issues (1.0); additional call w/ W&C, mediators, FCR, R. Ringer re: mediation issues (0.8); follow-up correspondence w/ T. Mayer, R. Ringer re: same (0.4) and emails with KL team re same (0.7). | 4.30 | 4,085.00 |



August 11, 2021
Invoice #: 829615
073427-00007
Page 17

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 6/29/2021 | Nowicki, Adam | Prep for (0.1) and attend call w/ W&C, T. Mayer, R. Ringer M. Wasson re: plan issue (1.0); follow-up call w/ Debtors re same (0.7); attend call w/ T. Mayer, R. Ringer, M. Wasson to discuss mediation issues and W&C proposal (0.4). | 2.20 | 1,353.00 |
| 6/30/2021 | Sharret, Jennifer | Review correspondence and term sheet on resolution on plan issues (0.5). | 0.50 | 552.50 |
| 6/30/2021 | Wasson, Megan | Review revisions to NALC term sheet (0.8); correspondence re: same with R. Ringer and T. Mayer (0.5) and with Gilbert team re same (0.2); review draft RSA and restructuring term sheet (0.8). | 2.30 | 2,185.00 |
| **TOTAL** | | | **27.10** | **$28,428.00** |



August 11, 2021
Invoice #: 829615
073427-00017
Page 18

**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.00 | $1,200.00 |
| Essner, Zoe | Associate | 1.40 | 1,001.00 |
| Nowicki, Adam | Associate | 7.60 | 4,674.00 |
| Wasson, Megan | Associate | 4.00 | 3,800.00 |
| Beck, Samuel | Paralegal | 11.40 | 5,016.00 |
| McNamara, James | Paralegal | 5.30 | 2,332.00 |
| **TOTAL FEES** | | **30.70** | **$18,023.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/2/2021 | Beck, Samuel | Draft fifth interim fee application and exhibits (1.5). | 1.50 | $660.00 |
| 6/3/2021 | Essner, Zoe | Review and edit fifth interim fee application (1.1). | 1.10 | 786.50 |
| 6/3/2021 | Beck, Samuel | Prepare April fee application for filing (0.4) and correspondence with KL team and Reed Smith re same (0.2). | 0.60 | 264.00 |
| 6/4/2021 | Wasson, Megan | Review and comment on fifth interim fee application (0.9). | 0.90 | 855.00 |
| 6/4/2021 | Essner, Zoe | Draft fifth interim budget (0.2); review M. Wasson comments to fifth interim fee application (0.1). | 0.30 | 214.50 |



August 11, 2021
Invoice #: 829615
073427-00017
Page 19

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/7/2021 | Beck, Samuel | Prepare fifth interim fee application (1.0); review May fee statement (0.5). | 1.50 | 660.00 |
| 6/11/2021 | Beck, Samuel | Review May fee statement for compliance with local rules and UST guidelines (0.9). | 0.90 | 396.00 |
| 6/14/2021 | Beck, Samuel | Review May fee statement for compliance with local rules and UST guidelines (1.1). | 1.10 | 484.00 |
| 6/15/2021 | Nowicki, Adam | Review May bill for compliance with local rules and UST guidelines (0.5); email to M. Wasson re: same (0.2). | 0.70 | 430.50 |
| 6/16/2021 | Beck, Samuel | Draft May fee application and exhibits (0.3). | 0.30 | 132.00 |
| 6/17/2021 | Nowicki, Adam | Emails to M. Wasson re: May fee statement (0.1); emails to S. Beck re: May fee statement (0.1). | 0.20 | 123.00 |
| 6/17/2021 | Wasson, Megan | Review draft fee app CNOs (0.3). | 0.30 | 285.00 |
| 6/17/2021 | Beck, Samuel | Revise May fee application and exhibits (0.5); email A. Nowicki re: same (0.2). | 0.70 | 308.00 |
| 6/21/2021 | Nowicki, Adam | Review May fee statement for compliance with local rules and UST guidelines (0.5); emails w/ M. Wasson re: same (0.2); correspondence w/ S. Beck re: same (0.3); review May cover sheet (0.1). | 1.10 | 676.50 |
| 6/21/2021 | Wasson, Megan | Review draft May fee statement for compliance with UST guidelines and privilege (1.5). | 1.50 | 1,425.00 |



August 11, 2021
Invoice #: 829615
073427-00017
Page 20

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/21/2021 | Beck, Samuel | Revise May fee statement (0.3) and correspondence with A. Nowicki re: same (0.1). | 0.40 | 176.00 |
| 6/22/2021 | Wasson, Megan | Review and comment on revised May fee statement for compliance with UST guidelines and privilege (0.5). | 0.50 | 475.00 |
| 6/22/2021 | Nowicki, Adam | Correspondence w/ S. Beck re: May fee statement (0.2); emails w/ M. Wasson re: same (0.1). | 0.30 | 184.50 |
| 6/23/2021 | Nowicki, Adam | Correspondence with S. Beck and M. Wasson re: May invoice (0.3); revise May fee statement cover sheet (0.5); correspondence w/ S. Beck re: same (0.2). | 1.00 | 615.00 |
| 6/23/2021 | Beck, Samuel | Review May fee statement for compliance with local rules and UST guidelines (0.7). | 0.70 | 308.00 |
| 6/24/2021 | Nowicki, Adam | Correspondence w/ M. Wasson re: May fee statement (0.1); revisions to same per M. Wasson comments (0.2); correspondence w/ S. Beck, J. McNamara re: fifth interim fee app (0.3); review fifth interim fee app (0.8) and email same to R. Ringer for review (0.1). | 1.50 | 922.50 |
| 6/24/2021 | Wasson, Megan | Review and further comment on draft fifth interim fee application (0.5). | 0.50 | 475.00 |
| 6/24/2021 | Beck, Samuel | Proof, revise, and prepare fifth interim fee application for filing (2.1); correspondence with KL team re same (0.3). | 2.40 | 1,056.00 |



August 11, 2021
Invoice #: 829615
073427-00017
Page 21

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/25/2021 | Ringer, Rachael L. | Review interim fee app (0.8); emails with KL team re: same (0.2). | 1.00 | 1,200.00 |
| 6/25/2021 | Nowicki, Adam | Call w/ S. Beck re: fifth interim fee application (0.3); corr. with KL team re: fee examiner response (0.4); emails w/ R. Ringer, M. Wasson re: fifth interim fee app revisions (0.4); finalize same (0.4) and submit for filing (0.2). | 1.70 | 1,045.50 |
| 6/25/2021 | Beck, Samuel | Call with A. Nowicki re fifth interim fee application (0.3); corr. with KL team re fee examiner response (0.4); prepare fifth interim fee app for filing (0.3). | 1.00 | 440.00 |
| 6/28/2021 | Wasson, Megan | Emails with KL team re: meeting with fee examiner (0.3). | 0.30 | 285.00 |
| 6/28/2021 | Beck, Samuel | Correspondence with KL team re: fee examiner report (0.3). | 0.30 | 132.00 |
| 6/29/2021 | McNamara, James | Review and edit response to fee examiner (1.9), correspondence w/ KL team, S. Beck re same (0.7). | 2.60 | 1,144.00 |
| 6/30/2021 | Nowicki, Adam | Review J. McNamara comments on May invoice (0.2); call w/ J. McNamara re: same (0.3); emails w/ M. Wasson re: same (0.1); review J. McNamara response chart to fee examiner comments (0.2); revise same (0.2); emails w/ J. Sharret and M. Wasson re: same (0.1). | 1.10 | 676.50 |



August 11, 2021
Invoice #: 829615
073427-00017
Page 22

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/30/2021 | McNamara, James | Review draft fee examiner response (0.6); call w. A. Nowicki re: May invoice (0.3); further review of May fee statement for compliance with local rules and UST guidelines (0.9); review AlixPartners fee statement (0.6); emails w/ AlixPartners re: same (0.3). | 2.70 | 1,188.00 |
| **TOTAL** | | | **30.70** | **$18,023.00** |



August 11, 2021
Invoice #: 829615
073427-00020
Page 23

**Committee Investigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Beck, Samuel | Paralegal | 3.40 | $1,496.00 |
| McNamara, James | Paralegal | 3.70 | 1,628.00 |
| **TOTAL FEES** | | **7.10** | **$3,124.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/1/2021 | Beck, Samuel | Review data room documents and correspond with KL team re same (0.6). | 0.60 | $264.00 |
| 6/7/2021 | Beck, Samuel | Review data room documents and prepare summary for KL team (0.7). | 0.70 | 308.00 |
| 6/14/2021 | Beck, Samuel | Review data room documents and prepare summary for KL team re same (1.4). | 1.40 | 616.00 |
| 6/22/2021 | Beck, Samuel | Review data room documents (0.3) and prepare summary for KL team re: same (0.4). | 0.70 | 308.00 |
| 6/29/2021 | McNamara, James | Review data room documents (3.3), prepare summary for KL team re: same (0.4). | 3.70 | 1,628.00 |
| **TOTAL** | | | **7.10** | **$3,124.00** |



August 11, 2021
Invoice #: 829615
073427-00021
Page 24

**Hearings and Court Matters**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 0.40 | $246.00 |
| **TOTAL FEES** | | **0.40** | **$246.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/7/2021 | Nowicki, Adam | Correspondence w/ M. Wasson re: upcoming hearing (0.3); correspondence w/ S. Beck re: upcoming hearing (0.1). | 0.40 | $246.00 |
| **TOTAL** | | | **0.40** | **$246.00** |



August 11, 2021
Invoice #: 829615
073427-00025
Page 25

**Professional Retention**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 0.40 | $246.00 |
| **TOTAL FEES** | | **0.40** | **$246.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/7/2021 | Nowicki, Adam | Email to R. Ringer re: supplemental declaration (0.1); correspondence w/ M. Wasson re: same (0.1). | 0.20 | $123.00 |
| 6/14/2021 | Nowicki, Adam | Emails w/ Reed Smith re: filing AlixPartners supplemental declaration (0.1). | 0.10 | 61.50 |
| 6/17/2021 | Nowicki, Adam | Emails with R. Ringer re: supplemental declaration (0.1). | 0.10 | 61.50 |
| **TOTAL** | | | **0.40** | **$246.00** |



August 11, 2021
Invoice #: 829615
073427-00029
Page 26

**Communications with Debtors**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.00 | $1,200.00 |
| Wasson, Megan | Associate | 1.60 | 1,520.00 |
| **TOTAL FEES** | | **2.60** | **$2,720.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/3/2021 | Wasson, Megan | Call with Debtors re: case update (0.4). | 0.40 | $380.00 |
| 6/14/2021 | Ringer, Rachael L. | Call with M. Wasson, M. Linder re: case updates (1.0). | 1.00 | 1,200.00 |
| 6/14/2021 | Wasson, Megan | Call with R. Ringer and M. Linder re case updates (1.0); follow up correspondence with R. Ringer and A. Nowicki re same (0.2). | 1.20 | 1,140.00 |
| **TOTAL** | | | **2.60** | **$2,720.00** |

EXHIBIT B

Expense Summary

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses [13] |
|---|---|---|
| Telecommunication Charges | LoopUp | $221.73 |
| **TOTAL** | | **$221.73** |

---

[13] Kramer Levin reduced its expenses by $220.00 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

2

EXHIBIT C

Verification

**VERIFICATION PURSUANT TO DEL. BANKR.L.R. 2016-2(f) AND 28 U.S.C. §1746(2)**

I, Rachael L. Ringer, Esquire, verify as follows:

1.     I am a partner with the applicant firm, Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), and have been admitted to the bar of the State of New York and have been admitted *pro hac vice* in these Chapter 11 Cases.  Kramer Levin has rendered professional services in these chapter 11 cases as counsel to the Official Committee of Unsecured Creditors.

2.     I have read the foregoing application of Kramer Levin for compensation and reimbursement of expenses (the "**Application**").  To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.L.R. 2016-2, and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on:  August 12, 2021

By: */s/ Rachael L. Ringer*
    Rachael L. Ringer
    KRAMER LEVIN NAFTALIS
    & FRANKEL LLP
    177 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 715-9100
    Facsimile: (212) 715-8000
    E-mail: rringer@kramerlevin.com

2