**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 5905** |

# DECLARATION OF ERIN R. FAY IN SUPPORT OF HARTFORD'S INITIAL OBJECTION TO THE MOTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE, THE OFFICIAL COMMITTEE OF TORT CLAIMANTS AND THE FUTURE CLAIMS REPRESENTATIVE TO STRIKE TESTIMONY REGARDING THE REASONABLENESS OF THE HARTFORD SETTLEMENT

I, Erin Fay, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am over the age of 18 and a director at the law firm of Bayard P.A., counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company.

2. I respectfully submit this declaration in support of *Hartford's Initial Objection to the Motion of the Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants and the Future Claims Representative to Strike Testimony Regarding the Reasonableness of the Hartford Settlement* [D.I. 5905], being filed today in the above-captioned cases, based on my personal knowledge of the proceedings in the above-captioned cases, and review of the documents described below.

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 Walnut Hill Lane, Irving, Texas 75038.

3. Attached hereto as **Exhibit A** is a true and correct copy of an August 5, 2021 e-mail from James P. Ruggeri to D. Cameron Moxley.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of John Kinney, deposed in this action on July 23, 2021.

Executed on August 9, 2021 at Wilmington, Delaware.

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)