# EXHIBIT A

**Rolain, Annette P.**

| | |
|---|---|
| **From:** | Ruggeri, James P. |
| **Sent:** | Thursday, August 5, 2021 10:43 PM |
| **To:** | 'Moxley, D. Cameron'; Erin Fay; 'Greg Flasser'; Weinberg, Joshua D.; Rolain, Annette P.; Hunkler, Sara K.; Philip Anker (philip.anker@wilmerhale.com); Danielle Spinelli (danielle.spinelli@wilmerhale.com); Joel Millar (joel.millar@wilmerhale.com); 'stamoulis@swdelaw.com'; Tancred Schiavoni; scocchiaro; Jessica C. Lauria (jessica.boelter@whitecase.com); Michael C. Andolina (mandolina@whitecase.com); Linder, Matthew; Blair Warner (bwarner@whitecase.com); Derek C. Abbott (dabbott@morrisnichols.com); Andrew R. Remming (aremming@morrisnichols.com); Thomas Moers Mayer (tmayer@kramerlevin.com); Rachael Ringer; Megan M. Wasson (mwasson@kramerlevin.com); david.l.buchbinder@usdog.gov |
| **Cc:** | Rachel B Mersky; Molton, David J.; Beville, Sunni P.; Goodman, Eric R.; Axelrod, Tristan G.; James Stang; Rob Orgel; Iain Nasatir; James O'Neill; John W. Lucas; Kirk Pasich; Jeffrey Schulman; 'Brady, Robert'; eharron@ycst.com; szieg@ycst.com |
| **Subject:** | RE: In re Boy Scouts of America and Delaware BSA, LLC, No. 20-10343 (LSS) |

Thank you for the email but there is no reason for the motion in limine b/c (1) next week's hearing is on the RSA Motion, not a motion to approve the Hartford settlement; and (2) Hartford doesn't intend to offer evidence on the reasonableness of the Hartford settlement based on any undisclosed analysis of abuse claims.  Thanks.

**From:** Moxley, D. Cameron <DMoxley@brownrudnick.com>
**Sent:** Thursday, August 5, 2021 8:57 PM
**To:** Erin Fay <EFay@bayardlaw.com>; 'Greg Flasser' <GFlasser@bayardlaw.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Rolain, Annette P. <ARolain@goodwin.com>; Hunkler, Sara K. <SHunkler@goodwin.com>; Philip Anker (philip.anker@wilmerhale.com) <philip.anker@wilmerhale.com>; Danielle Spinelli (danielle.spinelli@wilmerhale.com) <danielle.spinelli@wilmerhale.com>; Joel Millar (joel.millar@wilmerhale.com) <joel.millar@wilmerhale.com>; 'stamoulis@swdelaw.com' <stamoulis@swdelaw.com>; Tancred Schiavoni <tschiavoni@omm.com>; scocchiaro <scocchiaro@omm.com>; Jessica C. Lauria (jessica.boelter@whitecase.com) <jessica.boelter@whitecase.com>; Michael C. Andolina (mandolina@whitecase.com) <mandolina@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Blair Warner (bwarner@whitecase.com) <bwarner@whitecase.com>; Derek C. Abbott (dabbott@morrisnichols.com) <dabbott@morrisnichols.com>; Andrew R. Remming (aremming@morrisnichols.com) <aremming@morrisnichols.com>; Thomas Moers Mayer (tmayer@kramerlevin.com) <tmayer@kramerlevin.com>; Rachael Ringer <rringer@kramerlevin.com>; Megan M. Wasson (mwasson@kramerlevin.com) <mwasson@kramerlevin.com>; david.l.buchbinder@usdog.gov
**Cc:** Rachel B Mersky <rmersky@monlaw.com>; Molton, David J. <DMolton@brownrudnick.com>; Beville, Sunni P. <SBeville@brownrudnick.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; Axelrod, Tristan G. <TAxelrod@brownrudnick.com>; James Stang <jstang@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; Iain Nasatir <inasatir@pszjlaw.com>; James O'Neill <JONeill@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Kirk Pasich <kpasich@pasichllp.com>; Jeffrey Schulman <jschulman@pasichllp.com>; 'Brady, Robert' <RBRADY@ycst.com>; eharron@ycst.com; szieg@ycst.com
**Subject:** In re Boy Scouts of America and Delaware BSA, LLC, No. 20-10343 (LSS)

<span style="color:red">*EXTERNAL EMAIL*</span>

Counsel:

The Coalition, TCC, and FCR intend to file a motion in limine tomorrow, August 6, ahead of the hearing on the RSA Motion scheduled for August 12-13. The motion in limine concerns what testimony and evidence may properly be offered at the hearing on the RSA Motion, specifically, whether Hartford or any other interested party should be permitted to offer testimony or evidence as to the reasonableness of the Hartford Settlement in opposing the RSA Motion where such testimony or evidence is based on undisclosed analysis of the Abuse Claims and Hartford's potential coverage obligations for such Abuse Claims.

Given the motion in limine concerns what testimony and evidence may be properly offered at the hearing on the RSA Motion and, as such, must be resolved before the RSA Motion hearing, the Coalition, TCC, and FCR will file in connection therewith a motion to shorten notice seeking a hearing on the motion in limine at the Court's earliest convenience ahead of the RSA Motion hearing and that objections or responses to the motion in limine shall be made prior to or at the hearing to be scheduled on the motion in limine.

Please advise if you consent to the motion to shorten notice.

Thank you.

**brownrudnick**

**Cameron Moxley**

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212-209-4909
F: 212-938-2919
M: 646-265-4252
cmoxley@brownrudnick.com
www.brownrudnick.com
He/him/his

Please consider the environment before printing this e-mail

*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*********************************************************************************