# **<u>EXHIBIT B</u>**

# **Redacted in Full**