**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 5897, 5898, 5905, & 5906** |

**HARTFORD'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING HARTFORD TO FILE UNDER SEAL (I) PORTIONS OF HARTFORD'S INITIAL OBJECTION TO THE MOTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE, THE OFFICIAL COMMITTEE OF TORT CLAIMANTS, AND THE FUTURE CLAIMS REPRESENTATIVE TO STRIKE TESTIMONY REGARDING THE REASONABLENESS OF THE HARTFORD SETTLEMENT, AND (II) EXHIBIT B TO THE DECLARATION OF ERIN R. FAY IN SUPPORT OF SAME**

Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company (collectively, "Hartford") file this motion (the "Motion") seeking entry of an order (the "Proposed Order"), substantially in the form attached hereto as **Exhibit 1**, (i) authorizing Hartford to file under seal (a) certain limited portions of *Hartford's Initial Objection to the Motion of the Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants, and the Future Claims Representative to Strike Testimony Regarding the Reasonableness of the Hartford Settlement* [D.I. 5905] (the "Objection"), and (b) Exhibit B attached to the *Declaration of Erin R. Fay in Support of Hartford's Initial Objection to the Motion of the Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants, and the Future Claims Representative to Strike Testimony Regarding the*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

*Reasonableness of the Hartford Settlement* [D.I. 5906] (the "Fay Declaration"), and (ii) directing that the Confidential Information (as defined below) shall remain under seal and confidential pursuant to the terms of the Protective Order (as defined below) entered in these cases and not be made available to anyone, except to the Court and the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"); and (iii) granting related relief. In support of the Motion, Hartford respectfully states as follows:

## JURISDICTION AND VENUE

1.   The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. Hartford confirms its consent, pursuant to rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to the entry of a final order by the Court in connection with this motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.   Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.   The bases for the relief requested herein are section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), Bankruptcy Rule 9018, and Local Rule 9018-1.

## BACKGROUND

4.   This Court has previously entered (i) the *Order Approving Confidentiality and Protective Order* (June 8, 2020) [D.I. 799], which entered Exhibit 1 the *Confidentiality and Protective Order* [D.I. 799-1] (the "Protective Order"), and (ii) the *Order (I) Appointing*

2

*Mediators, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief* (June 9, 2020) [D.I. 812] (the "Mediation Order").

5. On August 6, 2021, the Coalition of Abused Scouts for Justice (the "Coalition"), the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC (the "TCC"), and the Future Claims Representative (the "FCR" and together with the Coalition and the TCC, the "Movants") filed the *Motion to the Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants, and the Future Claims Representative to Strike Testimony Regarding the Reasonableness of the Hartford Settlement* [D.I. 5897/5898].

6. Because the Objection and Exhibit B to the Fay Declaration include references to certain information and deposition testimony (the "Confidential Information") that has been marked as Highly Confidential by the Debtors, Hartford seeks leave to file such information under seal, pursuant to the terms of the Protective Order.

**RELIEF REQUESTED**

7. By this Motion, Hartford requests entry of the Proposed Order (a) authorizing Hartford to file under seal the Confidential Information pursuant to the terms of the Protective Order; (b) directing that the Confidential Information shall remain under seal and confidential and not be made available to anyone, except to the Court and the U.S. Trustee; and (c) granting related relief.

**BASIS FOR RELIEF**

8. Section 11.1 of the Protective Order provides, in relevant part, that "[a]ny Party or party in interest seeking to use deposition testimony designated as Protected Material in the Bankruptcy Court must proceed in accordance with Paragraph 7.6." *See* Protective Order, § 11.1.

9. Section 7.6 of the Protective Order governs the filing or submitting of Protected Material, which is defined as "Discovery Material designated as 'CONFIDENTIAL,' 'HIGHLY CONFIDENTIAL,' or 'COMMITTEE ADVISOR ONLY.'" Section 7.6 provides in relevant part that:

> any document containing Protected Material that is submitted to or filed with the Bankruptcy Court must be filed under seal as a restricted document in accordance with Local Rule 9018-1 and any applicable Chambers Procedures, or as otherwise ordered by the Bankruptcy Court. All Protected Material for which a Party or Party in Interest is requesting permission to file under seal ("Sealed Documents") pursuant to this Order shall be filed in unredacted form in conformity with the sealing procedures set by the Clerk of the Bankruptcy Court. Such Sealed Documents shall be released by the Clerk of the Bankruptcy Court only upon further order of the Bankruptcy Court.
>
> Any Party or Party in Interest that files a motion to file under seal with the Bankruptcy Court shall provide counsel to the U.S. Trustee with an unredacted copy of all documents sought to be sealed, pursuant to section 107(c)(3)(A) of the Bankruptcy Code.

*Id.* § 7.6.

10. The Debtors designated the Confidential Information as "Highly Confidential." Accordingly, pursuant to the terms of the Protective Order, Hartford requests leave to file under seal certain portions of the Objection and Exhibit B to the Fay Declaration.

**CERTIFICATION PURSUANT TO LOCAL RULE 9018-1(d)**

11. Pursuant to Local Rule 9018-1(d), counsel for Hartford certifies that counsel to Hartford and counsel to Debtors as the "Holder of Confidentiality Rights" (as such term is defined in Local Rule 9018-1) conferred in good faith regarding the scope of material to be redacted from the Objection, including the Fay Declaration. The redacted version of the Objection and Fay Declaration that were filed reflect such parties' agreement regarding the scope of material to be redacted and remain under seal.

**CONCLUSION**

WHEREFORE, Hartford respectfully requests that the Court enter the Proposed Order, substantially in the form, attached hereto as **Exhibit 1**, granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Dated: August 12, 2021           BAYARD, P.A.
       Wilmington, D.E.

*/s/ Gregory J. Flasser*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, D.E. 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Email: efay@bayardlaw.com
       gflasser@bayardlaw.com

-and-

James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Annette P. Rolain (admitted *pro hac vice*)
Sara K. Hunkler (admitted *pro hac vice*)
Shipman & Goodwin LLP
1875 K Street NW, Suite 600
Washington, D.C. 20006
Tel: (202) 469-7750
Fax: (202) 469-7751

-and-

Philip D. Anker (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888

-and-

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for First State Insurance Company,*
*Hartford Accident and Indemnity Company,*
*Twin City Fire Insurance Company, and Navigators*
*Specialty Insurance Company*