# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                  Debtors. | )<br>) Chapter 11<br>)<br>)<br>) Case No. 20-10343 (LSS)<br>)<br>) (Jointly Administered)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Sally E. Veghte, hereby certify that on August 13, 2021, caused to be served a true and correct copy of the *Nettles Morris' Claimants' Supplemental Objection to the Adequacy of the Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order* via electronic mail on the counsel listed on the attached Service List.

                                                            */s/ Sally E. Veghte*
                                                            Sally E. Veghte (DE Bar No. 4762)

## **Service List**

Derek C. Abbott
Andrew R. Remming
Paige N. Topper
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com
       aremming@morrisnichols.com
       ptopper@morrisnichols.com


WHITE & CASE LLP
Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com


WHITE & CASE LLP
Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Email: mandolina@whitecase.com
       mlinder@whitecase.com
       laura.baccash@whitecase.com
       blair.warner@whitecase.com