FILED
2021 AUG 13 AM 8:31
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

(1)

8-6-21

Justice Lauri Selber Silverstein

My name is ▓▓▓▓▓▓▓▓▓▓▓▓ and I am writing to you to let you know that I was sexually abused by my Scout master back in 1958 when I was 13 years old. I belonged to Troop no. 99 in Buffalo N.Y. where we held our meetings on the corner church on E. North St. and Locust St. My scout master was ▓▓▓ and so were his brother and father ▓▓▓▓▓▓▓▓▓▓▓▓ in my own home when my parents were not around. I was scared and afraid to tell anyone. ▓▓▓▓▓▓▓▓▓▓ was an undertaker and he would take me to the funeral home to wash the hearse and make money. The funeral home was Bury and Roberts on Delaware ave. in Kenmore N.Y.

After I was done with the hearse he would stop at his house on the way home and "what I'm going to say


I was so scared and ████████████████
████████████████████████████████

My parents were very strict and we were poor and I couldn't tell them because I thought I would be in trouble and think it was my fault.

This happened again and then I quit scouts. After all this happened I couldn't get up in front of our church and recite Bible passages anymore. I felt ashamed and couldn't look at the congregation anymore. And to this day I (sorry its hard) haven't been the same. I've avoided crowds and basically became a loner. I'm raising my grandson and when we would go to scout meetings (he wanted to join the Boy scouts so I let him) I partially relived my horrible times in the Boy Scouts. ████████ was also a leader in the P.A.L. and it makes me wonder what kind of damage he may have done there. I do know this and that is sexual abuse damages you for life.

Sincerel█



JACKSONVILLE FL 320
6 AUG 2021 PM 2 L

U.S.M.S.
X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor

