The Honorable Judge Lauri Silberstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801
Claim Case # SA-███

Dear Your Honor,

    I am writing this letter in regards to my husband, ███████████████████████ was molested at the tender age of twelve by one ████████████████. I'm not sure of the spelling of his name as I know he has changed the spelling of it through the years. Your Honor, I have been married to ██████ since 1997. ██████ is the father to the only children I have birthed. He is a wonderful father to his children. He has always been there for them in times of need. Also, ██████ is one of the smartest and hard working person I've known. Unfortunately, through the years, starting particularly around the age of 40, I've seen ██████ behavior decline. I've watched ██████ go from hard working and mindful to weary and problematic. Suffering from crippling anxiety, coupled with extreme anger. I've watched

him go from being respected and admired at places of work, to being dismissed from and even ridiculed from those same employers. And every bit of this is a direct result from the molestation he suffered at the hand of ▇▇▇▇▇. Can you imagine being a young man, at the age of twelve having to not only go through something so horrible. But then also to undergo the discomfort and humiliation of taking this man to court? Furthermore, to find out he only received three weeks incarceration. And was able to have his record expunged as well as changing the spelling of his name. Perhaps so others could not make the connection. What type of message did this present to ▇▇▇▇? I believe it left him with an exceptionable un-scrupulous mindset. Through the years this mindset has reared its ugly head making everyday life extremely difficult. Making steady and gainful employment nonexistant. And then this class action suit comes along. ▇▇▇▇ and our family

pg. 3

feel that perhaps a bit of justice could be achieved. Reading over the paperwork there was talk of receiving "life changing" dollar amounts. This can not give back time that has passed. But it certainly could help with life moving forward. If anyone is deserving of this, I believe ▮▮▮ is. Then as we read, we find out that in the State of Utah, recipients will receive 1-10% of the total amount awarded. Once again, what type of message does this send to ▮▮▮. My hope is that ▮▮▮ will not feel like a molestation that occurred at twelve years old, is continuing to devalue his life. I feel that it is another slap in the face. ▮▮▮ and I both want nothing more than to leave our children better off than what was left to us. And we were left with nothing. Your Honor, I am just asking for a fair award. ▮▮▮ deserves to be able to hold his head up in respect. And as said in their words, a "life changing" amount will be a start. Thank you so much for taking the time to read my letter.

I appreciate this moe than you know. Pg. 4

Sincerely,

[redacted]

U.S. POSTAGE PAID
PM 2-Day
POY-DAY
84067
AUG 06 21
AMOUNT
$7.95
R2307N153339-02

UNITED STATES POSTAL SERVICE

PR

EXPECTED DELIVERY DAY: 08/09/21
USPS TRACKING® #
9505 5145 2207 1218 4628 90

Claim # 5/A

The Honorable Judge Lauri Silber Silverstein

BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801

FLAT RATE ENVELOPE
■ ANY WEIGHT

Free Package Pickup,
Scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

EP14F May 2020
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.