FILED
2021 AUG 13 AM 8:37
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

The Honorable Lauri Silber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE 19801
Claim # SA-███████

Your Honor,

I apologize for my untimely response. I know that most victims have already written you. This characteristic ie procrastination is a fairly new development (the last 10 years) and is directly related to my horrific experience at the hands of my abuser. ███████████████████████ saw an easy target in me. I do not know my father and was very interested in the outdoors. ███████ was quite patient. He gave no indication of a sexual predator for quite some time as he slowly groomed me for the heinous act that was inevitably ████████████████████████████████████████████ a euphemism to me. I will spare you the disgusting acts he performed on that fateful day. You probably have my court records which clearly illustrate his evil acts. As a 12 year old boy, I was very embarrassed about what took place. I sought out other scouts who I knew spent one-on-one time with ███████████. Each of the

of the boys I spoke with had indeed been molested by Albert. However due to the stigma associated with molestations in the 1970's caused these young men to refuse to testify against ███ in Court. The humiliation is indescribable. However, in the hopes of stopping his monstrous behaviors, I went and filed charges and met him in court alone. I buried the events down and tried to live a normal life. I was unsuccessful. Though in my 20's I seemed to be on track. (With the help of counseling) I served my church, my community and my nation. However in my late thirties I lost control and found myself main-lining (injectin directly into my blood stream) meth, heroin, and cocaine. I also developed an addiction to prescription drugs. My promiscuity became well known. I cheated on my wife with 236 different women, some for years at a time. Of course my first marriage ended in divorce. I developed a terrible anger management problem and was therby arrested 12 to 15 times for assault. I have spent thousands on counseling and medications. ███████ actions as a Boy Scout Leader ruined my life. I am so bitter. I found out that because I was molested in Utah, I am only entitled to 1% to 16% of what is determined to be fair. This is very unfair and I am asking the court to set precedent by giving me

everything I am entitled to. I had so much promise. [REDACTED] and the BSA stripped me of my humanity. There is no amount of money that will restore me to my former self. But the more I receive, the better off I will be. I have trouble keeping employment and am unable to support my family. [REDACTED] selfish behavior's have caused me endless sleepless nights, dreams of murder and drug/alcohol addictions and severe sexual promiscuity. How does one put a dollar figure on a life of torment. I believe that Five million would be a fair allocation. Yes your honor I am asking that I receive $5,000,000.00 in damages, either including the 90% to 99% reduction that the state of Utah is allowing. It is a slap in the face to know that they think so little of my torment. I was already slapped in the face by the state when they found [REDACTED] guilty and sentenced him to 3 weeks in jail and three years probation. I warned everyone that he would re-offend. I was correct. He abused 14 more children after he was released. He was ultimately sentenced to a longer term. I am disgusted by the states protection of the Boy Scouts of America and their hidden sexual misconduct. Please send a statement to the world

that our children are our greatest resource and that we will not abide any abuse or neglect thereof. I hope this letter finds you in good health and happiness. You have the power to make this right. What an awesome opportunity. Though I am no longer abusing drugs, I am still haunted by the events of that day. Thank you for reading my letter and please consider my requests,

John's to help.

P.S. Sorry for the poor handwriting I have no computer or even a desk to sit at. I am writing while sitting on my bed!