# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE AND WITHDRAW THE APPEARANCE** of David E. Wilks, Esq. and Wilks Law, LLC as counsel for AVA Law Group, Inc. ("AVA Law Group").

**PLEASE TAKE FURTHER NOTICE AND ENTER THE APPEARANCE** of Christopher P. Simon, Esq., and Kevin S. Mann, Esq. of Cross & Simon, LLC, as counsel for AVA Law Group.

Dated: August 13, 2021

| **WILKS LAW, LLC** | **CROSS & SIMON, LLC** |
|---|---|
| */s/ David E. Wilks* <br>David E. Wilks (No. 2793) <br>4250 Lancaster Pike, Suite 200 <br>Wilmington, Delaware 19805 <br>Telephone: (302) 225-0850 <br>Facsimile: (302) 225-0851 <br>dwilks@wilks.law <br><br>*Withdrawing Counsel for AVA Law Group, Inc.* | /s/ *Kevin S. Mann* <br>Christopher P. Simon (No. 3697) <br>Kevin S. Mann (No. 4576) <br>1105 North Market Street, Suite 901 <br>Wilmington, DE 19801 <br>Telephone: (302) 777-4200 <br>Facsimile: (302) 777-4224 <br>csimon@crosslaw.com <br>kmann@crosslaw.com <br><br>*Appearing Counsel for AVA Law Group, Inc.* |

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.