## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br><br>BOY SCOUTS OF AMERICA AND<br><br>DELAWARE BSA, LLC,[1]<br><br><br><br>                              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br><br>Jointly Administered<br><br>**Re: D.I. 3265, 5466, 5682, 5964** |

### JOINDER TO OBJECTION TO THE ADEQUACY OF DEBTORS' DISCLSOURE STATEMENT IN SUPPORT OF AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND OBJECTION TO THE DEBTORS REVISED PROPOSED SOLICITATION PROCEDURE ORDER

The claimants represented by the undersigned counsel, and set out by claim number in Exhibit A, join the Objection and Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order [D.I. 3265, 5964].

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

Dated: August 13, 2021

/s/ *David M. Klauder*
David M. Klauder, Esq. (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

- and -

**MORGAN & MORGAN, P.A.**
**Business Trial Group**

*/s/ Paul L. SanGiovanni*
Paul L. SanGiovanni, Attorney at Law
Florida Bar Number 0513164
John R. Rutledge, Attorney at Law
Florida Bar Number 1018446
20 N. Orange Ave., 15th Floor
Orlando, FL  32801
Telephone (407) 420-1414
Facsimile (407) 245-3394
psangi@forthepeople.com
jrutledge@forthepeople.com
cdolson@forthepeople.com

*Counsel for Morgan & Morgan Claimants*

# EXHIBIT A

The foregoing Joinder to Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order.  The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.

| | | | | |
|---|---|---|---|---|
| **67785** | | | | |
| **67792** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |