**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Ref. Docket No.  5485, 5488, 5488-1, 3265, 5964 |

**JOINDER BY AWKO'S CLAIMANTS TO PCVA'S SUPPLEMENTAL OBJECTION TO THE ADEQUACY OF DEBTORS' DISCLOSURE STATEMENT IN SUPPORT OF AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND OBJECTION TO THE DEBTORS' REVISED PROPOSED SOLICITATION PROCEDURES ORDER**

The Claimants represented by the undersigned counsel[1] join PCVA's Supplemental Objection Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order.

Dated: August 16, 2021　　　　　　　　　　AYLSTOCK, WITKIN,
　　　　　　　　　　　　　　　　　　　　　　KREIS & OVERHOLTZ, PLLC

　　　　　　　　　　　　　　　　　　　By: /s/ S. Mary Liu
　　　　　　　　　　　　　　　　　　　　　S. Mary Liu (FL Bar No. 84438)
　　　　　　　　　　　　　　　　　　　　　17 East Main Street
　　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　Pensacola, FL 32502
　　　　　　　　　　　　　　　　　　　　　850-202-1010
　　　　　　　　　　　　　　　　　　　　　mliu@awkolaw.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for AWKO Claimants*

---

[1] *See* attached Appendix A, which lists the Sexual Abuse Survivor Proof of Claim numbers for the AWKO Claimants.

1