**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Ref. Docket No.  5485, 5488, 5488-1,<br>3265, 5964 |

## CERTIFICATE OF SERVICE

　　　I, S. Mary Liu, attorney for the AWKO Claimants, certify that on this 16th day of August 2021, I caused the attached Joinder to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

Dated: August 16, 2021　　　　　　　　　　AYLSTOCK, WITKIN,
　　　　　　　　　　　　　　　　　　　　　　KREIS & OVERHOLTZ, PLLC

　　　　　　　　　　　　　　　　　　　By: /s/ S. Mary Liu
　　　　　　　　　　　　　　　　　　　　　S. Mary Liu (FL Bar No. 84438)
　　　　　　　　　　　　　　　　　　　　　17 East Main Street
　　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　Pensacola, FL 32502
　　　　　　　　　　　　　　　　　　　　　850-202-1010
　　　　　　　　　　　　　　　　　　　　　mliu@awkolaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for AWKO Claimants*