**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | **Re: Docket No. 481, 1867** |

**SECOND SUPPLEMENTAL DECLARATION OF**
**RACHAEL L. RINGER IN SUPPORT OF APPLICATION**
**OF THE CREDITORS' COMMITTEE FOR AN ORDER**
**APPROVING THE RETENTION AND EMPLOYMENT OF**
**KRAMER LEVIN NAFTALIS & FRANKEL LLP AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

RACHAEL L. RINGER makes this declaration under 28 U.S.C. § 1746, and states the following:

1.     I am an attorney at law and in good standing to practice in the State of New York before the United States District Court for the Southern District of New York and the Supreme Court of the United States of America and have been admitted *pro hac vice* in these Chapter 11 Cases.

2.     I am a partner with the law firm of Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), which is located at 1177 Avenue of the Americas, New York, New York 10036.

3.     I am duly authorized to make this supplemental declaration (the "**Second Supplemental Declaration**") on behalf of Kramer Levin.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

4.    I submit this Second Supplemental Declaration in support of the application (the "**Application**")[2] of the Official Committee of Unsecured Creditors (the "**Creditors'**
**Committee**") in the chapter 11 cases (the "**Chapter 11 Cases**") of the above captioned debtors
and debtors-in-possession (collectively, the "**Debtors**") seeking entry of an order authorizing the
retention and employment of Kramer Levin as counsel to the Creditors' Committee, in
compliance with sections 328 and 1103 of title 11 of the United States Code (the "**Bankruptcy**
**Code**") and to provide the disclosure required under Rules 2014 and 2016 of the Federal Rules
of Bankruptcy Procedure (the "**Bankruptcy Rules**").

5.    This Second Supplemental Declaration supplements the disclosures provided in
my declaration in support of the Application dated April 23, 2020 (the "**Original Declaration**")
[Docket No. 481] based upon the list of interested parties provided by the Debtors at the time of
Kramer Levin's retention (the "**Original List**") and the disclosures provided in my First
Supplemental Declaration dated December 22, 2020 (the "**First Supplemental Declaration**")
[Docket No. 1867] based upon a supplemental list of interested parties provided by the Debtors
(the "**First Supplemental List**") and certain other parties-in-interest not included in the First
Supplemental List or the Original List that have appeared in these Chapter 11 Cases since
Kramer Levin filed the Original Declaration.

6.    Kramer Levin has also prepared and reviewed a second supplemental list
("**Second Supplemental List**") of parties-in-interest in these Chapter 11 Cases that have
appeared in these Chapter 11 Cases since Kramer Levin prepared the First Supplemental
Declaration.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application and
Original Declaration.

KL2 3212605.7

- 3 -

7.      Unless otherwise stated in this Second Supplemental Declaration, this Second Supplemental Declaration was prepared in the same manner as the Original Declaration and the First Supplemental Declaration.  To the extent that any information disclosed herein requires subsequent amendment and/or modification, upon Kramer Levin's completion of further analysis or as additional information about parties-in-interest becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

8.      The chart attached as **Exhibit A** lists the parties-in-interest for whom, or for whose affiliates, Kramer Levin currently acts as counsel, or has acted as counsel within the last two years, in addition to those connections previously disclosed in the Original Declaration and the First Supplemental Declaration.  Kramer Levin believes these representations have not and will not affect its representation of the Committee in these Chapter 11 Cases.

9.      Kramer Levin regularly works with and appears in cases, proceedings and transactions involving many different attorneys, accountants, financial consultants and investment bankers, some of which may currently represent or may in the future represent claimants or parties-in-interest in these cases.

10.     Except as set forth in **Exhibit A**, none of the individual matters described herein accounted for more than 1% of Kramer Levin's revenue for the period January 1, 2020 through December 31, 2020.

11.     Based on the foregoing, insofar as I have been able to ascertain after diligent inquiry, I continue to believe that Kramer Levin does not hold or represent an interest adverse to the Creditors' Committee, the Debtors, or their estates in the matters upon which Kramer Levin is employed, and Kramer Levin remains "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

KL2 3212605.7

12.     Kramer Levin will continue to apply its disclosure procedures, as described in the Application, and to the extent that any information disclosed in the Application or herein requires subsequent amendment or modification upon Kramer Levin's completion of further analysis or as additional creditor information becomes available, one or more supplemental declarations will be submitted to the Court.

* * * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 16, 2021

/s/ Rachael L. Ringer
Rachael L. Ringer
Kramer Levin Naftalis & Frankel LLP

**Exhibit A**

| Interested Party | Relationship to Debtors | Description of Relationship |
|---|---|---|
| CBRE, Inc. | Professionals Representing Certain Parties in Interest | Kramer Levin has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases. Kramer Levin believes this representation has not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases. |
| Diocese of Rockville Centre | Chartered Organization | Kramer Levin represents an affiliate of the interested party, the Catholic Faith Network, a separate, not-for-profit charitable member corporation of the affiliate, in bankruptcy matters unrelated to the Debtors' Chapter 11 Cases. Additionally, a Kramer Levin employee serves a member of the Board of Trustees for the Catholic Faith Network.  Kramer Levin believes this representation has not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases. |
| JLL Valuation & Advisory Services, LLC | Professionals Retained by the Debtors | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases.  Kramer Levin believes this representation has not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases. |
| PricewaterhouseCoopers LLC | Professionals Retained by the Debtors | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases.  Kramer Levin believes this representation has not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases. |

- 1 -

| Interested Party | Relationship to Debtors | Description of Relationship |
|---|---|---|
| Tennessee Dept. of Revenue, State of Tennessee, Wisconsin Department of Revenue, State of Wisconsin, Commonwealth of Massachusetts, Massachusetts Dept. of Revenue, New York Sales Tax Bureau, New York State Corporation Tax, New York State Dept. of Law, North Carolina Secretary Of State, Commonwealth of Pennsylvania | Significant Taxing Authorities | In addition to the Original Declaration's disclosures related to representation of an Ad Hoc Committee of various state attorneys general in the chapter 11 reorganization of Purdue Pharma L.P., Kramer Levin represents a similar ad hoc committee in the bankruptcy case of Mallinckrodt plc.  The Mallinckrodt ad hoc committee includes attorneys general of Pennsylvania, Tennessee, North Carolina, Pennsylvania, and New York.  The Mallinckrodt representation is wholly unrelated to these Chapter 11 Cases.  Additionally, Kramer Levin represents the Pennsylvania Department of State in a separate matter wholly unrelated to these Chapter 11 cases.  Kramer Levin believes these representations have not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases. |

- 2 -