# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 6009** |

## CERTIFICATE OF SERVICE

I, Michael J. Merchant, hereby certify that on August 16, 2021, I caused a copy of the foregoing *Supplemental Objection of the Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, to Debtors Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 6009] to be served upon the parties on the attached service lists in the manner indicated.

          */s/ Michael J. Merchant*
          Michael J. Merchant (No. 3854)

---

[1] The Debtors ("**Debtors**" or "**BSA**") in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 25834157v.1

## Service List

**Via Email**

White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
Attn: Jessica C. Lauria (jessica.lauria@whitecase.com)

White & Case LLP
111 South Wacker Drive
Chicago, Illinois 60606
Attn: Michael C. Andolina (mandolina@whitecase.com),
Matthew E. Linder (mlinder@whitecase.com)
Blair Warner (blair.warner@whitecase.com)

Morris, Nichols, Arsht & Tunnell
LLP, 1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Attn: Derek C. Abbott (dabbott@morrisnichols.com)
Andrew R. Remming (aremming@morrisnichols.com)
Eric W. Moats (emoats@morrisnichols.com)
Paige N. Topper (ptopper@morrisnichols.com)

Pachulski Stang Ziehl & Jones LLP
919 North Market Street,
17th Floor
P.O. Box 8705
Wilmington, DE 19801
Attn: James I. Stang (jstang@pszjlaw.com)
John A. Morris (jmorris@pszjlaw.com)
James E. O'Neill (joneill@pszjlaw.com)
John W. Lucas (jlucas@pszjlaw.com)

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Thomas Moers Mayer (tmayer@kramerlevin.com)
Rachael Ringer (rringer@kramerlevin.com)
David E. Blabey, Jr. (dblabey@kramerlevin.com)
Jennifer R. Sharret (jsharret@kramerlevin.com)
Megan M. Wasson (mwasson@kramerlevin.com)

Young Conaway Stargatt & Taylor, LLP
1000 North King Street, Wilmington, Delaware 19801
Attn: Robert S. Brady (rbrady@ycst.com)
Edwin J. Harron (eharron@ycst.com)
Sharon M. Zieg (szieg@ycst.com)

Norton Rose Fulbright US LLP
2200 Ross Avenue, Dallas, Texas 75201-7932
Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com)
Kristian W. Gluck (kristian.gluck@nortonrosefulbright.com)

***Via Email & Hand Delivery***

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn: David L. Buchbinder (david.l.buchbinder@usdoj.gov)
Hannah M. McColllum (hannah.mccollum@usdoj.gov)