# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: 08/2521 at 10:00 a.m.**<br><br>**Re: D.I. 2295, 5485, 5488 & 6009** |

**JOINDER AND RESERVATION OF RIGHTS OF THE EPISCOPAL CHURCH TO SUPPLEMENTAL OBJECTION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DISCLOSURE STATEMENT AND THE FORM AND MANNER OF NOTICE, (II) APPROVING PLAN SOLICITATION AND VOTING PROCEDURES, (III) APPROVING FORMS OF BALLOTS, (IV) APPROVING FORM, MANNER, AND SCOPE OF CONFIRMATION NOTICES, (V) ESTABLISHING CERTAIN DEADLINES IN CONNECTION WITH APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN, AND (VI) GRANTING RELATED RELIEF**

The Episcopal Church ("**TEC**") hereby submits this joinder and reservation of rights (the "**Joinder**") in support of the *Supplemental Objection of the Church of Jesus Christ Latter-Day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket

---

[1] The Debtors ("**Debtors**") in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

No. 6009] (the "**Supplemental Objection**")[2] filed by the Church of Jesus Christ of Latter-Day Saints ("**LDS**"), and respectfully states as follows:

### JOINDER AND RESERVATION OF RIGHTS

1. TEC, a Chartered Organization, hereby joins in LDS's Supplemental Objection and the arguments set forth therein.

2. TEC reserves all rights, claims, defenses, and remedies, including, without limitation, the right to supplement and amend this Joinder, to raise further and other objections, to introduce evidence prior to or at any hearing regarding the Disclosure Statement in the event these objections are not resolved prior to such hearing, to introduce documents or other relevant information in support of the positions set forth in the Joinder and the Supplemental Objection, and to raise any and all objections to confirmation of the Plan. Nothing herein is or should be construed as waiver of any of TEC's rights, claims, and defenses available under the Bankruptcy Code or applicable nonbankruptcy law.

WHEREFORE, TEC respectfully requests that the Court reject the Disclosure Statement for failing to provide creditors with adequate information, or in the alternative, rule that the Disclosure Statement provides for a patently unconfirmable Plan on which votes should not be solicited and, in each instance, grant such other relief as may be just and proper.

Dated: August 16, 2021

CONNOLLY GALLAGHER LLP

*/s/ Jeffrey C. Wisler*
Jeffrey C. Wisler (#2795)
Kelly M. Conlan (#4786)
1201 N. Market Street, 20th Floor
Wilmington, DE  19801
Telephone: (302) 757-7300
Email: jwisler@connollygallagher.com
Email:  kconlan@connollygallagher.com

#05624642

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Supplemental Objection.