# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 16th day of August, 2021, a copy of the **Joinder and Reservation of Rights of The Episcopal Church to Supplemental Objection of The Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief** was served via CM/ECF and as indicated upon the following parties.

**BY EMAIL**

Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Eric W. Moats, Esq.
Paige N. Topper, Esq.
Morris Nichols Arsht & Tunnell LLP
Email:  dabbott@morrisnichols.com
           aremming@morrisnichols.com
           emoats@morrisnichols.com
           ptopper@morrisnichols.com

David L. Buchbinder, Esq.
Hannah M. McCollum, Esq.
Office of the United States Trustee
Email:  david.l.buchbinder@usdoj.gov
           hannah.mccollum@usdoj.gov

James I. Stang, Esq.
John A. Morris, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
Pachulski Stang Ziehl & Jones LLP
Email:  jstang@pszjlaw.com
           jmorris@pszjlaw.com
           joneill@pszjlaw.com
           jlucas@pszjlaw.com

Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Sharon M. Zieg, Esq.
Young Conaway Stargatt & Taylor LLP
Email:  rbrady@ycst.com
           eharron@ycst.com
           szieg@ycst.com

Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Blair Warner, Esq.
White &I Case LLP
Email:  mandolina@whitecase.com
           mlinder@whitecase.com
           blair.warner@whitecase.com
           Jessica.lauria@whitecase.com

Rachel Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
Kramer Levin Naftalis & Frankel LLP
Email:  rringer@kramerlevin.com
           dblabey@kramerlevin.com
           jsharret@kramerlevin.com
           mwassom@kramerlevin.com

Louis R. Strubeck, Esq.
Kristian W. Gluck, Esq.
Norton Rose Fulbright US LLP
Email:  louis.strubeck@nortonrosefulbright.com
           kristian.gluck@nortonrosefulbright.com

                              */s/ Jeffrey C. Wisler*
                              Jeffrey C. Wisler (#2795)

#05621727