## CERTIFICATE OF SERVICE

STATE OF DELAWARE    :
                                             :
NEW CASTLE COUNTY    :

BE IT REMEMBERED that on this August 16, 2021, personally appeared before me the undersigned, the Subscriber, a Notary Public for the State and County aforesaid, Maura Linden, who, being by me duly sworn according to law, depose and says that she is employed in the offices of Doroshow, Pasquale, Krawitz & Bhaya, 1202 Kirkwood Highway, Wilmington, DE 19805, and that on the above date she either notified via CM/ECF or deposited in the mailbox at the Post Office, Wilmington, Delaware the attached papers upon each of the following:

White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
Attn: Jessica C. Lauria
(jessica.lauria@whitecase.com)

White & Case LLP
111 South Wacker Drive
Chicago, Illinois 60606
Attn: Michael C. Andolina
(mandolina@whitecase.com)
Attn: Matthew E. Linder
(mlinder@whitecase.com)
Attn: Blair Warner
(blair.warner@whitecase.com)

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor, P.O. Box 1347
Wilmington, Delaware 19899-1347
Attn: Derek C. Abbott
(dabbott@morrisnichols.com)
Attn: Andrew R. Remming
(aremming@morrisnichols.com)
Attn: Eric W. Moats
(emoats@morrisnichols.com)

Attn: Paige N. Topper
(ptopper@morrisnichols.com)

U.S. Trustee
844 King Street, Suite 2207, Lockbox 35,
Wilmington, Delaware 19801
Attn: David L. Buchbinder
(david.l.buchbinder@usdoj.gov)
Attn: Hannah M. McColllum
(hannah.mccollum@usdoj.gov)

Pachulski Stang Ziehl & Jones LLP,
counsel to the Tort Claimants' Committee
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, DE 19801
Attn: James I. Stang (jstang@pszjlaw.com)
Attn: John A. Morris
(jmorris@pszjlaw.com)
Attn: James E. O'Neill
(joneill@pszjlaw.com)
Attn: John W. Lucas (jlucas@pszjlaw.com)

Kramer Levin Naftalis & Frankel LLP
counsel to the Creditors' Committee,
1177 Avenue of the Americas,
New York, New York 10036

| | |
|---|---|
| Attn: Thomas Moers Mayer (tmayer@kramerlevin.com)<br>Attn: Rachael Ringer (rringer@kramerlevin.com)<br>Attn: David E. Blabey, Jr. (dblabey@kramerlevin.com)<br>Attn: Jennifer R. Sharret (jsharret@kramerlevin.com)<br>Attn: Megan M. Wasson (mwasson@kramerlevin.com)<br><br>Young Conaway Stargatt & Taylor, LLP<br>counsel to the Future Claimants' Representative<br>1000 North King Street<br>Wilmington, Delaware 19801 | Attn: Robert S. Brady (rbrady@ycst.com)<br>Attn: Edwin J. Harron (eharron@ycst.com)<br>Attn: Sharon M. Zieg (szieg@ycst.com)<br><br>Norton Rose Fulbright US LLP,<br>counsel to JPMorgan Chase Bank National Association,<br>2200 Ross Avenue<br>Dallas, Texas 75201-7932<br>Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com)<br>Attn: Kristian W. Gluck (kristian.gluck@nortonrosefulbright.com)<br><br>ALL PARTIES RECEIVING NOTICE THROUGH CM/ECF |

/s/ Maura Linden
Maura Linden

SWORN AND SUBSCRIBED before me the day, month and year aforesaid.

/s/ Cheri Storicks
Cheri Storicks
Notary Public