FILED

2021 AUG 16  AM 10: 28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Whom it may concern,

My name is ██████████████ back in the nineteen fifty's, I was a boy scout ██████████ in troup 31, Pop Stoner was our leader, we went to Camp twin eco our first night there, When we went to sleep when we a sleep there a man ████████████████ i woke & my back side was i tried more but couldn't & this ██████████████ SAID" I was dreaming i was very scard & i didn't sleep at all, when it got light kid's were getting up when, so i got up & ran to the main road but other kids caught me & they took me to pop stoner I cried & told him that i was sick & wanted to go home, & my family came for me, I told nobody what happened to me my back side was huring also there was a lot of i think it was vasoline as time went on i starned to get very nervous I went to our locd hosipta & after a few times the local doctor to me that i was going to wind up in St Feance so i called my friend & ask him if he could get his fathers car to take me to St Francis hospital i only told him that my nervous were bad, He got his fathers car & took me there

I went in + told them about my nerves
they took me upstairs + they said
it only a couple of days they gave a
shot + i fell a sleep when i woke up up
i was stroped to the bed + then
s they stared gurning electro schoch
two shot treatments they were very
hard to take, the electic would knock
you out, things were different in
those days + thats what + then i
started a life time of nerve pills,
this all started many years ago with
the boy scotts + that ████████████
I'm sorry about my writing + spelling
I also inclosed a copies cop of my pills
I'll yo so on nerve pi pill's for ever.

Sincerly.