Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801



FILED
2021 AUG 16  AM 10: 01
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

August 9, 2021

Dear Justice Silverstein,

I am writing this letter asking you what you would be saying and how you would react if you had a young boy that was involved in abuse while in the Boy Scouts. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ How would you have handled this as a mother?  I was one of those boys at the age of 11 attending my first Scout camp. My incident happened by another scout leader (not my leader) and a couple of senior scouts.  This incident has troubled me for over 40 years.  I almost did not let my two sons join for this reason.  I am glad they were scouts and had no problems during their years with scouting.  My youngest became an Eagle Scout he also is a leader at this time.

There are 88,000 men involved in this suit and we all need to heal from these incidences 40 plus years is a long time.  It is sad that it has taken this long to have these issues addressed. I am hoping you will reach a decision soon and it will be closed.  I am hoping you take your time and make a good investigation in the issues that have been brought forward.

Thank you for your time and wish for a good ruling.

Sincerely yours,

▮▮▮▮