August 9, 2021

███████████████████████████████

Justice Laurie Selber Silverstein
824 Market St., 6th Floor
Wilmington, Delaware 19801

FILED
2021 AUG 16  AM 10: 29
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE:   Boy Scouts of America Bankruptcy Case
      Claimant # SA-██████

Dear Justice Silverstein:

    In an effort to add a human aspect to the horrific sexual abuse cases against the Boy Scouts of America, I am writing to relate some of what happened to me. Please excuse any indelicate language as my story is graphic and not comfortable to tell.

    I was born in a small farming community in Northern Michigan. I was naïve, unaware of the dangers lurking in the world, and totally gullible. When I joined the Boy Scouts, I was twelve years old, very shy, and eager to make new friends. That same year I went to Boy Scout Summer Camp at Camp Greilick, located at 754 Scout Camp Road, Traverse City, Michigan. This was a time in my life when I believed in the Boy Scout honor code, respected and trusted anyone in a uniform, and truly felt I could better myself through scouting.

████████████████████████████████████████████████████

middle-aged white man in a scout uniform. His response: "If you're going to act like a girl, what do you expect? Just keep your mouth shut and you'll be fine." The nurse, who was kind, cleaned me up, and before she sent me back to my campsite, she said, "Don't tell anyone. The other boys will tease and take advantage." I kept quiet, but still the abuse continued for two more days.

    My parents were not prepared for the child that was returned to them. I became very withdrawn, bulimic, depressed, antisocial, and experienced occasional episodes of extreme anger. I was taken to our family doctor, a general practitioner. This occurred in 1963. I was diagnosed with a "nervous stomach" and put on a regimen of Librium. I took Librium twice a day for three years. This drug left me listless, removed, mentally exhausted, inattentive, confused, dizzy, and unaware of what was going on around me. I was called lazy, stupid, and family and friends regarded me as mentally challenged. I suffered through three years of this until my mother took it upon herself to take me off the medication. Improvement was slow, but steady, and I began to feel better, yet the bulimia continued well into my early twenties.

███████████  letter of 8/9/2021                                              Page 2.

    All of the abuse I suffered as a child at the hands of the Boy Scouts of America occurred many years ago. It began when I was thirteen and I am now seventy-one years of age. Not a day goes by that I don't remember what happened to me. Even today, many years hence, I struggle with my sexual identity, intimacy, personal relationships, and trust. I never married. I never developed a long-term sexual relationship, never had a family, and never felt like my life was a success. Shame seems to be the overriding emotion when I recall what happened. Shame is a terrible burden for a thirteen-year-old boy. I've carried that same shame for my entire life.
    I hope you will consider my personal experiences when you seek retribution from the Boy Scouts of America. Look at them, remember me, and ask, "What is a life worth?" Right now I feel like my life is not worth much, and that makes me both angry and sad.
    You have my permission to use my name and speak of my experience. It's time I spoke up for myself, told my story, and hopefully this will prevent another young boy from the horrific abuse I suffered.

