## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE



| In re: | | 2021 AUG 16 AM 10: 58 |
|---|---|---|
| | Chapter 11 | CLERK |
| BOY SCOUTS OF AMERICA AND | | US BANKRUPTCY COURT |
| DELAWARE BSA, LLC | Case No. 20-10343 (LSS) | DISTRICT OF DELAWARE |
| | | |
| Debtors.[1] | (Jointly Administered) | |
| | *Re:* Docket no. 5833 | |
| | **Hearing Date: August 25, 2021 at 10:00 a.m. (ET)** | |
| | **Supplemental Objection Deadline: August 16, 2021** | |
| | **at 4:00 p.m. (ET)** | |

## SUPPLEMENTAL OBJECTION OF ABUSE CLAIMANT 242 TO THE DISCLOSURE STATEMENT AND PLAN

On March 1st, 2021, the Debtors filed their *Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 2293], as well as their *Disclosure Statement for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 2294]. After a status conference on Monday, April 12th, the Debtors filed a *Second Amended Plan* [D.I. 2592] on April 13th . The Debtors have filed multiple amendments to the *Plan* and the *Disclosure Statement* since that date, including *Proposed Amendments* to each document [D.I. 4108; D.I. 4109]. The hearing to consider the adequacy of the *Disclosure Statement* has, in turn, been rescheduled several times, most recently to August 25th after comments by the Court at a hearing on another matter on July 29th.

The Debtors have also executed mutually incompatible agreements with certain groups of parties: a framework for settlement with certain (but not all) insurers on the one hand, attached to the *Second Mediators' Report* [D.I. 2624], which was filed on April 16th; and a Restructuring Support Agreement (RSA) with claimant and Local Council representatives on the other, attached to a *Motion* seeking the Court's approval for it [D.I. 5466].

I filed an objection [D.I. 2386] to the (first) *Amended Plan*. While the *Fourth Amended Notice of Hearing* [D.I. 5833] states that "To the extent any party has already filed an objection to the Disclosure Statement consistent with the procedures prescribed in the Prior Notice (as defined below), it does not need to refile such objection," the extensive changes in the plan and supporting documents have addressed some objections but left others unaddressed. Furthermore, I wish to raise additional objections that have become more relevant due to developments in the case since my prior filing, or regarding which I have been able to gather additional evidence since that time.

---

1 The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

## Table of Contents

Objector's Relation to the Case.................................................................................................2
Prior Objections Addressed or Made Moot...............................................................................3
Prior Objections Still Open.......................................................................................................3
Importance of Chartered Organizations....................................................................................4
Other New Objections...............................................................................................................8
    Treatment of of "Direct" versus "Indirect" claims..................................................................8
    Lack of Notice to Incarcerated Claimants..............................................................................9
    Lack of Actual Notice to Some Chartered Organizations.......................................................9
    Treatment of Claimants for Voting........................................................................................10
    Necessity to Object to Claimants Before Voting....................................................................10
Conclusion.................................................................................................................................11
List of Exhibits..........................................................................................................................11

## Objector's Relation to the Case

As disclosed in my prior communications to the Court, I have multiple relationships to the Debtors and to other parties in interest in this case:

- I am a Timely Abuse Claimant[2,3], with claim number SA-███

- I am also a current registered adult volunteer with the Debtors, and have multiple immediate and extended family members who are current or former registered adult or youth volunteers or participants with the Debtor.

- I am also registered adult volunteer with at least one Non-Abuse Litigation Claimant in this case, namely GSUSA.

- I also have current or prior consumer-client relationships with at least some of the Debtor's banks and insurers.

- I am a member of, and donor to, a church that is a former Chartered Organization.

In addition to those relationships, disclosed before:

- My children have received community services from, and may in the future receive community services from, organizations that are or were Chartered Organizations, independent of those organizations' support of Scouting.

- While I did not file a claim for it before the Bar Date, and any such claim I could have filed in 2020 would now be moot, if the case were to convert to Chapter 7 liquidation with an end-of-operations date before the end of the current year, I would have a claim for unearned membership dues.

---

2  All capitalized terms and acronyms, and certain lower-case terms, used but not defined in this Objection have the meaning given in the "Definitions" section of my prior Objection to the Disclosure Statement [D.I. 2386], or, if not defined there, in the *Bar Date Order* [D.I. 695], in the RSA [D.I. 5769], or in the *Plan* itself, section I.A. "Definitions" [D.I. 5484, pp. 1–38].

3  I filed my claim on or about August 6th, 2020. I filed a first supplement on or about October 12th, and a second supplement on or about March 4th. My second supplement was assigned a new claim number, 104668, even though I uploaded it with the cover sheet clearly identifying it as a supplement.

- I am an employee of a customer and business partner of at least one of the Debtor's vendors; within the scope of my employment, I have been "certified" by that vendor on at least one of their products, although perhaps not one that is the subject of any Claim against the Debtors.

I am not a member of the Coalition of Abused Scouts for Justice (Coalition).

I am not represented by counsel. In particular, I am not, and have never been, represented by Abused in Scouting or any of its members.

## Prior Objections Addressed or Made Moot

Some of my prior objections to the March 1st versions of the Plan and Disclosure Statement appear to be addressed in more recent versions, or by other public filings and other disclosures by parties in the case. By way of example, and not as an exhaustive list:

- My complaint about the lack of details about the Local Council contribution to the Settlement Trust has been largely addressed. While the exact details of which council has agreed to how much appear to still be subject to mediation confidentiality, the AHCLC has affirmed that "virtually all Local Councils have returned letters of intent"[4] committing them to contribute to the settlement, and that the aggregate of their contributions is now above \$600 million (between cash, property, and a payroll-funded trust).

- My question about an "independent board" which would "conduct regular and ongoing audits of BSA's Youth Protection Program" is largely addressed by the Non-Monetary Commitments in the RSA Term Sheet[5].

- Some of my requests for charts, graphs or tables of statistical information about the abuse claims have been, at least in part, fulfilled, whether by the Debtors or by other parties to the case. For example, in advance of their April 2021 Town Hall for survivors, the TCC made public some tables[6] of statistics of abuse claims broken down by year, by State or Country, by Local Council, and by Chartered Organization. Later, the Debtors included some tables[7] of statistics of abuse claims broken down by severity of abuse, by Local Council (and this time distinguishing between Barred and Not-Barred claims), and by Chartered Organization (only breaking out the top-twenty Chartered Organizations) in a filing of Proposed Amendments to the Disclosure Statement.

## Prior Objections Still Open

However, some of my prior objections and questions remain unaddressed. By way of example, and not as an exhaustive list:

---

4   *Statement of the Ad Hoc Committee of Local Councils in Support of the RSA Approval Motion* [D.I. 5466], p. 3, filed July 26th, 2021.

5   *Term Sheet,* or *Boy Scouts of America Reorganization Term Sheet,* pp. 5ff. Exhibit A to Exhibit 1 to Exhibit A of *Notice of Filing of Revised Proposed Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform under the Restructuring Support Agreement, and (II) Granting Related Relief* [D.I. 5769], filed July 26th, 2021.

6   http://www.pszjlaw.com/assets/htmldocuments/BSA%20Summary%20of%20Sexual%20Abuse%20Claims %20003.pdf .

7   *Proposed Amendments to Disclosure Statement for the Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 5731], Exhibit D.

- There still appears to be no public statistical information about which portion of claimants allege abuse in the Cub Scout program; or the Boy Scout program; or older-youth programs such as Exploring and Sea Scouts; or only allege abuse by a person who was or purported to be a Scout leader, but in a non-Scout setting; or who have not even specified details sufficient to distinguish between those cases in their claims. Likewise, there appears to be no public statistical information about age at first abuse, or duration of abuse (whether time from first to last occurrence, or number of occurrences).

- There still appears to be no public statistical information about the abusers' alleged relationships to Scouting, and in how many cases that relationship is confirmed, contradicted, or unknowable upon comparison with BSA's records and other public records.

- There still appears to be no public information about numbers of abuse claims associated with particular camps.

- There still appears to be no discussion of why so many more claimants have come forward than the number of abuse victims suggested by Dr. Warren's analysis of the IV files. For example, one claimant has written a letter to the court[8] saying he was abused while attending a Troop of over 100 boys that met weekly at Brand Park in Glendale, California, and at other outings where a "big tent that could hold more than 10 people" was used, including trips to Mexico. He also says he saw other young scouts being abused, although he now believes "only a selective few" were. However, a search for Glendale in the L.A. Times's public copy of redacted portions of the IV files turns up no entries that clearly match the abuse described in the letter. The claimant in question says he was a Scout from 1971 to 1975, but a search for "Glendale" turns up only one document for Glendale, California, in 1986, and one other entry without name or document in 1996.

## Importance of Chartered Organizations

Before discussing some additional objections not covered in my earlier filing, I would like to say something about the importance of Chartered Organizations and other supporting organizations to the Scouting movement and program.

The first edition of the *Handbook for Boys* said,

> "The easiest way to become a boy scout is to join a patrol that has already been started. This patrol may be in a Sunday School, Boys' Brigade, Boys' Club, Young Men's Christian Association, Young Men's Hebrew Association Young Men's Catholic Association, or any other organization to which you may belong."[9]

The Fifth Edition, first printed in 1948, similarly said,

> "Perhaps your church or synagogue sponsors a troop. You may discover that a troop meets in your school or that..."[10]

and

---

8  *Letter Regarding Abuse*, D.I. 4088. Dated May 2nd, 2021.

9  *BOY SCOUTS HANDBOOK The First Edition, 1911*. p. 8. Kindle e-book, accessed August 2021. (Exhibit 1)

10  *Handbook for Boys*, 5th Ed. (1948) p. 12. New York, New York: Boy Scouts of America. (Exhibit 2)

"Your Scout Troop is the job of your Troop Committee. It was appointed by the church, grange, club or whatever group sponsors your Troop, to see that you have fun and profit in Scouting. This Committee consists of fathers of Scouts in your troop, and other interested men, and helps the Scoutmaster to run the Troop, get it a comfortable meeting room, a good place to camp, and a chance to go camping."[11]

and

"Your Troop, like all others, is sponsored either by a church or school, civic club or similar organization, or by a group of citizens joined together just for the special purpose of sponsoring a Troop (or a Pack or Senior Unit). The Troop Committee spends a lot of time seeing to it that your Troop gets every chance to have a good program."[12]

The Thirteenth Edition (2016) says less about organizational structure outside the Troop, but a sidebar in the first chapter (at the end of a section discussing opportunities for boys to lead) says,

"All around you in your troop are adult leaders. They include your Scoutmaster and assistant Scoutmasters, of course, but also members of the troop committee and parents who volunteer to help with certain activities."[13]

And a training outline for troop committee members (which is consistent with multiple online training modules I completed since first registering as a volunteer) still says,

"[…] the Boy Scouts of America grants an annual charter to a community organization such as a business, service organization, school, labor group, or religious institution to operate a Boy Scout troop. This organization is called the chartered organization. The troop is 'owned' by the chartered organization.

"In general, the chartered organization is responsible for selecting leadership, providing a meeting place, and promoting a good program. The program, adult team, and membership of the troop are determined by the chartered organization within the framework of the policies and standards of the BSA.

"The troop committee works on behalf of the chartered organization to ensure the troop operates within the organization's and the BSA's policies. The committee also supports the Scoutmaster in helping the troop succeed."[14]

Some Chartered Organizations were national organizations or local affiliates of national organizations that promoted Scouting as a national policy. Those organizations could conceivably be jointly and severally liable, with BSA, for all Scouting-related abuse, or all abuse in any state with an open statute-of-limitations window. "When a company […] serves a market for a product in a State and that product causes injury in the State to one of its residents, the State's courts may entertain the resulting suit."[15]

Other Chartered Organizations may have been unincorporated associations or limited partnerships, and in some of those cases all of the participants in the association or members of the partnership

---

11 *Ibid.* p. 63.

12 *Ibid.* p. 437

13 *Boy Scout Handbook, The.* 13th Ed. (2016) p. 44. Irving, Texas: Boy Scouts of America. LCCN 2015035972. (Exhibit 7)

14 *Troop Committee Challenge.* p. 9. https://filestore.scouting.org/filestore/training/pdf/511-039_web.pdf , accessed August 10th, 2021. (Exhibit 5) See also *Leader Book: Cub scouts*, pp. 27 and 50 (Exhibit 4)

15 *Ford Motor Co. v. Montana Eighth Judicial Dist. Court et al.*, 592 U. S. ___ (2021).

may be deceased or otherwise unable to satisfy even a fraction of the liability for a single abuse claim. As the Court noted at the July 29ᵗʰ status conference, "So in Delaware we have unincorporated associations..."

In between, there were and still are thousands of Chartering Organizations that were each a single congregation of a larger church, or a single chapter of a larger fraternal organization, or an incorporated parent association supporting but not legally affiliated with a single public school, where the national or public body in some sense permitted Scouting but arguably did not endorse or assume any liability for it.

For example, two of my own children are in a Pack that, when they joined, was chartered by their school's "Parent Council", and which regularly (but not exclusively) met at the school; but as far as I know Pack leaders were not subject to any school-district background-check. Their older siblings are in a Troop chartered by a Memorial Baptist church, and regularly meets either in the church basement or on the church grounds. Another Troop in our community meets in a "non-denominational" church. That church also allows a GSUSA troop to meet, as well as a community youth-music group known as the "Fiddle Scouts".

There are, and were, other organizations whose support has been important to Scouting, even if they did not have a chartering agreement.

Scouting has long relied on first-aid and swimming training from the Red Cross, and swimming facilities often belonging to or managed by the YMCA, as part of its program. The 1948 *Handbook for Boys* incorporated 4-H program requirements by reference as an alternative way to earn some of the Merit Badges, such as Corn Farming, Dairying and Gardening.

At the local level, I have attended several District Roundtable meetings that were held at a certain Methodist church, even though that church did not sponsor any Scouting unit. And I know of a nearby town, about three or four years ago, where a Cub Scout Pack was sponsored by the Lions Club but met at an LDS meetinghouse.

And while many boys have opportunities to attend activities at the High Adventure bases, either as something their own Troop plans for several years in advance, or as part of a contingent group from their Council, other Troops and Crews conduct their own High Adventure activities at national or state parks, either doing much of the planning themselves or utilizing the services of commercial outfitters.

In practice, in some cases the chartering relationship has involved less oversight and less contribution of resources than what BSA training suggest as the model. In some units, in a typical year, the Institutional Head never attends a Scout meeting, and the Chartered Organization Representative is either not a member of the Chartered Organization or seldom attends unit committee meetings and never attends district committee meetings (where he or she is a voting member). In the model unit, the unit has its own bank account[16] and treasurer, and in all the units I've been affiliated with that did so the unit's financial statements were not regularly provided to the board or officers of the chartering organization.

As an unfortunate example drawn from an IV file which has been made public, in one Troop that met at a school in Glendale, California,

---

16  "Fiscal Policies for BSA Units", p. 37. (Exhibit 6)

"There was parent involvement in the yearly renewal of the troop [...]. However, there was no parent involvement in troop meeting (*sic*) or activities. [...]

"[A school employee stated] that when he came to Hammel Street School this fall the former principal told him the troop would no longer be able to meet at the school due to the lack of supervision. There was no control over the group and following the meetings there was a clean-up mess including vandalism. [...]

"A Notice was posted at the school that the Scout troop was disbanded. Parents who called were directed to the Boy Scouts office who in turn referred them to [the police]."[17]

In that case the IV file doesn't even say what the Chartering Organization for that Troop was; but if even the Troop Committee was mostly absent, it appears the Chartered Organization was doubly so, and that may have been a factor that allowed the abuse to go on for so long.

(In LDS units, on the other hand, all funds were disbursed directly from the Church's bank account, following the same approval process as for any other Ward, Branch, or Stake expense, and adult leaders in the Church's Scouting units were called to those positions by the ecclesiastical leaders, and sustained by open unanimous vote of the congregation. And there were written church-wide policies placing additional restrictions on Scouting activities, such as, for example, a prohibition on activities that would involve sleeping overnight in a meetinghouse.)

Many, if not most, Chartering Organizations would doubtless consider making victims of child abuse whole, no matter who was responsible for it, to be part of their missions. Most would also consider preventing future child abuse to be a worthy goal. Some have adopted their own youth-protection policies. But those organizations also have a duty to conserve their resources in furtherance of the primary intent of their donors and the common consent of their members; whether those be a specific charitable program, or a specific religious faith, for example. They should not be compelled to pay into a fund that will be mostly paid out to fraudulent claimants, or that will be substantially wasted with frivolous litigation and administrative costs.

It might be possible to adapt the BSA program to work without any support from Chartering Organizations. GSUSA has a system of Local Councils but makes the Troop Leaders responsible to the Local Council for running the program appropriately in their Troops without any oversight by a local third party. BSA has a "Lone Scout" program where a single adult works with a single youth, and some Local Councils run "Scoutreach" programs, where the Council's paid employees run unit meetings, generally targeted at low-income children whose registration fees are also paid by the Council as a public service. And late last year BSA published a model "Facilities Use Agreement"[18] that a unit might use when contracting to continue to meet at a traditional location even after legally being chartered by a new organization.

But a model Girl Scout Troop is only the size of a model Boy Scout Patrol or Cub Scout Den, not a Troop or a Pack, and the vast majority of Scouts are still in traditional, Charter Organization-sponsored units. Any business plan that assumes an immediate wholesale switch to some other model is probably unrealistic. However, a business plan that assumes most Chartered Organizations

---

17  Ineligible Volunteer file of ca. https://documents.latimes.com/joel-lachica/ , accessed August 9th, 2021. (Exhibit 5)

18  "Facilities Use Agreement". Short-Form-Facility-Use-Agreement-draft-10-21-2020.pdf . Accessed August 10th, 2021.

will continue supporting Scouting, and new ones will also support Scouting, when many of them have either had to pay massive amounts into the settlement trust, or face significant unresolved liability, is also unrealistic. Any Plan that makes such assumptions, as things otherwise currently stand, would be uncomfirmable. And any Disclosure that fails to discuss those risks is insufficient.

# Other New Objections

## Treatment of of "Direct" versus "Indirect" claims

All versions of the Plan to date have had two abuse-claim related classes, class 9 "Direct Abuse Claimants" for actual personal victims of abuse, and class 10 "Indirect Abuse Claimants" for all parties and persons, other than the Debtors themselves and insurers, who might be subject to some liability, or even have already paid out some settlement, related to the abuse, but who did not suffer any direct harm from it.

No party has previously objected to those terms, but I think they are confusing, or at least hide potentially-important distinctions. It could be argued that a claimant's "direct" claim is against the perpetrator, and "indirect" claim is against the Chartered Organization and/or Local Council in most cases, and that in most cases any claim against BSA is only "doubly indirect". On the other hand, it cold be argued that Local Council claims for indemnity are the "direct" claims, since the Local Councils actually signed contracts with BSA.

No matter what they are called, however, the Plan and Disclosure cite no legal basis for putting all Direct Abuse Claimants in a single class, and all Indirect Abuse Claimants in another. I would suggest dividing the classes further, as follows:

- 9A – Direct Abuse Claimants who allege that they were abused at a High Adventure base, or by an actual employee or officer of the National Council.

- 9B – Chartered Organizations that have already settled claims for which BSA is or might be liable, or have drawn upon insurance, or have otherwise incurred actual expenses to respond to abuse; or that would be excluded from any "global release".

- 9C – Direct Abuse Claimants whose claim is based on acts occurring while both the abuser and claimant were registered members of the BSA, or at a function open to the public and conducted by a Local Council or chartered Unit; and falling, on their face, within the statute of limitations where they occurred, or where the council maintained its office, or the unit regularly met, or where the claimant resided at the time.

- 9D – Direct Abuse Claims where there was some contemporary registration relationship between either the claimant or the abuser and BSA, but currently barred by all relevant statutes of limitations.

- 9E – Direct Abuse Claims where the claim does not allege that either the abuser or the victim was registered with the BSA at the time of the abuse; or that lack both the identity of the abuser and the location of the abuse; or that lack the year of abuse.

- 10 – All other Chartered Organizations, Local Councils, and other supporting organizations with claims related to indemnity for liability for abuse; in other words, holders of Indirect Abuse Claims not included in class 9B.

## Lack of Notice to Incarcerated Claimants

Some incarcerated claimants have addressed letters or motions to the court and have complained about, or alluded to, additional difficulties they, and other similarly-situated claimants, have with participation as a result of their incarceration. In particular, one claimant wrote that

"there may be a large number of people who are incarcerated in the Pennsylvania Department of Corrections who are unaware of this case because the Department of Corrections told their employees to stay out of this or [...] due to no access to a television or other forms of media [...]"[19]

I would suggest that the debtors should re-notice the Bar Date Notice by publication in *Prison Legal News* and by other means reasonably calculated to reach individuals who were incarcerated and subject to COVID-19 lockdown during the entire time from the Bar Date Order until the Bar Date, and who remain incarcerated today.

I do not think it is appropriate to delay voting or confirmation while awaiting any response to such further notice. However, where claimants in fact did not learn of the case before the Bar Date because of a combination of incarceration and COVID-19 lockdown, I support them having an opportunity to file a claim and participate in voting.

## Lack of Actual Notice to Some Chartered Organizations

The Debtors conducted an extensive noticing campaign intended to reach virtually all adult men over a certain age[20]. As part of that noticing campaign, 56,926 contacts at Chartered Organization were provided with a copy of the Abuse Claims Publications Notice and asked to share its contents with their organizations' members[21]. However, it is not clear that all or even any Chartered Organizations were provided notice of their own rights as Indirect Abuse Claimants under the then-current draft Plan.

In particular, the boards of some Chartered Organizations either did not meet, or met only intermittently and virtually, during the time between the Bar Date Order and the Bar Date because of the COVID-19 pandemic and associated lockdowns. In 2020, my own children's Pack was chartered by their school's Parent Council, but the Parent Council held no meetings from March until September. I attended the September or October meeting and announced an upcoming virtual activity of the Pack, but the bankruptcy was never placed on the agenda before the Bar Date.

Other organizations may have chartered a unit in the past, but so long ago that their current officers, board, employees and volunteers had no knowledge of that relationship before the Bar Date. Or BSA may have sent notice to prior contacts who are no longer affiliated with the organization.

I suggest that organizations that did not file an Indirect Abuse Claim only because they did not receive actual notice of the case prior to the Bar Date should be allowed to file a claim and participate in voting.

---

19 *Letter regarding abuse claim against the Boy Scouts of America,* D.I. 2380. Filed by V.R.; postmarked March 12th.

20 See generally the "Supplemental Notice Plan", Exhibit 1 to *Supplement to Debtors' Bar Date Motion* [D.I.557].

21 *Declaration of Shannon R. Wheatman, Ph.D Regarding Implementation of Supplemental Notice Plan to Provide Notice of Bar Date to Abuse Survivors,* D.I. 1758, p. 12.

## Treatment of Claimants for Voting

Other parties have objected to the provisions of the TDP that impute a value of $1 to every claim for voting purposes, thus giving an equal vote to claimants with large-value claims well within the applicable statute of limitations and claimants with small-value claims far outside it. For example, certain groups of claimants explain,

"Section 1126 contains two voting thresholds that must be satisfied in order to confirm a chapter 11 plan consensually—one half in number and two-thirds in amount to ensure that the plan achieves creditor support both by reference to the number of claims, but also by reference to the amount of liability represented by those claims."[22]

I join in those objections. Instead of imputing an equal value to every claim for voting purposes, I suggest that each claim should be given a preliminary value, for voting purposes only, based on the nature of the abuse as coded on the claim form and the statute-of-limitations status assuming that only the location and year coded on the claim-form are relevant.

## Necessity to Object to Claimants Before Voting

In a June 3rd supplemental objection responding to the Court's question at the May 19th hearing and clarifying the intent of its (still-pending) Rule 2004 motion, Century writes,

"Because POCs that do not allege sufficient facts to support a debtor's liability to the claimant are not entitled to *prima facie* validity, they should not be permitted to vote on any proposed plan—there is no presumptively legitimate creditor behind each invalid POC."[23]

I join in that objection to the Voting Procedures. Any schedule for voting must allow sufficient time for any interested party to object to any or all claims that are facially invalid based on lack of information, and the Court should consider and rule on the question of whether time-barred claimants may vote before votes are tallied.

Furthermore, claimants who are not Permitted Parties, including Abuse Claimants not represented by counsel, must have access to sufficient information about all claims to have a basis for propounding omnibus objections to relevant classes of them.

---

22 *MSF Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order,* D.I. 5963, p. 4. See also *Bonina & Bonina P.C.Claimants' Supplemental Objection to the Adequacy of Debtors Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order,* D.I. 5955, p. 4.

23 *Century's Supplemental Objection to the Disclosure Statement and Solicitation Procedures,* D.I. 5214, p. 3.

## Conclusion

For the foregoing reasons, I object to the Plan in its current state. I am not surprised that other parties in the case have also filed numerous objections.

Dated: August 13th, 2021
        Lansing, Michigan



## List of Exhibits

**Exhibit 1:** *Handbook for Boys* (First Edition of the *Boy Scout Handbook*). (excerpt)

**Exhibit 2:** *Boy Scout Handbook*, Fifth Edition (1948). (excerpts)

**Exhibit 3:** IV file of Joel Lachica (excerpt).

**Exhibit 4:** Excerpts from *Leader Book: Cub Scouts*, 2015 Printing, ISBN 978-0-8395-3221-7.

**Exhibit 5:** *Troop Committee Challenge* (excerpts).

**Exhibit 6:** "Fiscal Policies and Procedures for BSA Units". Undated section of *Pack Committee Challenge.*

**Exhibit 7:** *Boy Scout Handbook*, Thirteenth Edition (2016). (excerpts)

# Exhibit 1

## How to Become a Boy Scout

The easiest way to become a boy scout is to join a patrol that has already been started. This patrol may be in a Sunday School, Boys' Brigade, Boys' Club, Young Men's Christian Association, Young Men's Hebrew Association, Young Men's Catholic Association, or any other organization to which you may belong. If there is no patrol near you, get some man interested enough to start one by giving him all the information.

A patrol consists of eight boys, one of whom becomes the patrol leader and another the assistant patrol leader.

A troop consists of three or more patrols, and the leader of the troop is called a scout master. There can be no patrols or troops of boy scouts without this scout master.

## The Scout Motto

The motto of the boy scouts is Be Prepared, and the badge of the boy scouts is a copyrighted design with this motto, "Be Prepared," on a scroll at its base.

The motto, "Be Prepared," means that the scout is always in a state of readiness in mind and body to do his duty. To be prepared in mind, by having disciplined himself to be obedient, and also by having thought out beforehand any accident or situation that may occur, so that he may know the right thing to do at the right moment, and be willing to do it. To be prepared in body, by making himself strong and active and able to do the right thing at the right moment, and then to do it.

# Exhibit 2



# HANDBOOK FOR BOYS

FIFTH EDITION — FIRST PRINTING
JUNE 1948
420,000 COPIES

Total Printing since 1910
10,563,723

Copyright 1948 by

# BOY SCOUTS OF AMERICA

PARK AVENUE                    NEW YORK

PRINTED IN U.S.A.

live in the open . . . to swim and paddle a canoe . . . to follow in the footsteps of pioneers who led the way into the wilderness . . . to look up at the stars and dream.

But Scouting is more than camping. What else do Scouts do?

## "Be Prepared"

That is the Scout Motto. From the day you become a Scout, you set about preparing yourself to help other people. Your ability to help them depends upon how well you learn each Scout skill.

Every day, in countless ways, Scouts show that they *are* prepared—to point the way to strangers in town or country . . . to prevent accidents . . . to give first aid to the injured . . . even to save life. In disasters of all kinds—fires, floods, earthquakes and storms—Scouts have mobilized to give aid to rescue and relief authorities. And when the United States Government needs widespread help, as it so often did in World War II, the Boy Scouts of America are called upon. They are prepared. Remember, the Scout uniform stands for the spirit of service.



**4**   **FUN AND ADVENTURE**



## Your Patrol and Troop

As a Scout you will belong to a Patrol, which is the Scout name for a small gang of your best friends in the Troop you join. Every week, probably, you will have a Patrol and Troop meeting. Here there will be time for games and contests, and songs and stunts—lots of fun. You will plan and get ready for hikes and camping trips—learning how to pitch a tent, pack your knapsack, how to use a compass and read a map; how to tie useful knots and bandage a wound. There's always plenty to do.

From time to time your Troop will also have parties or outings for the families of all the Scouts, perhaps a picnic, a barbecue or clambake. Sounds swell, doesn't it? Mother and Dad will like it, too.

Then there are times when all the Scout Troops in your community will get together for a big Scout circus or a rally or "camporee." You will enjoy meeting your brother Scouts in these big events.

**FUN AND ADVENTURE**   **5**

## Scouts Around the World

When you join a Scout Troop, you are a part of a great world-wide movement. The same day that you are on a hike, building a bridge, meeting with your Patrol, Scouts in many other countries of the world will be doing the same thing. For there are Scouts in almost every country, from Canada to the Argentine, from Iceland to Australia, from China to South Africa.

Every four years thousands of these Scouts of the World meet in one tremendous camp, the World Jamboree. There, they have two weeks of real adventure and fellowship, showing each other their favorite games and how they camp back home. There are large pageants with flags flying, and bands playing the tunes of many lands. At a Jamboree you see Scouts who cannot speak the same language living as friends together. They talk by means of signs and gestures, laughing and joking as if they belonged to the same Patrol in the same Troop. It is a living example of the fourth Scout Law, "A Scout is friendly . . . a brother to every other Scout."

## How Scouting Began

Have you heard the story of how Scouting began and how it came to this country? It's an interesting one, beginning in South Africa in the early 1900's.

A young British army officer, Robert Baden-Powell, was stationed in the wild South African country to train new soldiers from England in the skills of tracking, trailing, and wilderness living.

He found that his men were so used to city living that they could not stand the vigorous life of the outdoors. He recalled his own early days, his love of nature and outdoor living. He remembered tracking



**Scouts of the World—Brothers Together**



# WHAT TO DO FIRST

## CHAPTER 1

You have had a little glimpse of Scouting, how it began, what fun and adventure it holds for you. The next question is: how to become a Scout.

If you are nine or ten or eleven, you can join the Cub Scouts and have a lot of fun.

On the other hand, if you are fifteen or over, you can be a Senior Scout. There is more about Cub Scouting and Senior Scouting in Chapter 27.

If you are twelve or over and want to become a Boy Scout, this Handbook will help you get started right and get the most fun and value out of Scouting.

## Find a Troop

Tell your Mother and Dad that you want to be a Scout. They want to know all about this new adventure, and help you find a Troop or a neighborhood Patrol.

Possibly some of your friends are Scouts, and have

**12**

asked you to join their Troop or Patrol. Perhaps your church or synagogue sponsors a Troop. You may discover that a Troop meets in your school or that your Dad knows of one in the neighborhood.

If there is no Troop nearby, the Scout office will tell your parents how to get one started. Your parents can find out where the Local Council Scout office is or write to the Boy Scouts of America, 2 Park Ave., New York 16, N. Y. No matter where you live, you can be a Scout. Even if there are no Troops or neighborhood Patrols nearby, you can become a Lone Scout.

When you have found a Troop, take your Dad or guardian and visit one of its meetings. The Scoutmaster can tell him about Scouting.

## Joining a Patrol

A Troop is made up of two or more Patrols of Scouts. A Patrol is a group of fellows who are good friends, and who can work and play together as a team. It has a name, its own officers, and its own meetings. Much of the fun you find in Scouting will be with the other fellows in your Patrol.

**Your Scoutmaster will help you get started**



**WHAT TO DO FIRST   13**

rest, and sees that it is shipshape, ready to use. (You help, of course).

Some Patrols have a Hikemaster, a Grubmaster and a Song or Cheer Leader.

### Your Troop

The Patrol is the small gang, and all the Patrols together make the Troop. The Troop is the big team. Your Troop has a flag that the Scouts take everywhere. Your Troop shows its colors on the neckerchief its members wear. So that everyone can see what Troop you belong to, you wear the Troop numeral on your left sleeve. Troop 21, "Old 16," the "Hiking 63"—what memories those numbers recall to the Scouts who have gone before you! Troop songs around the fire on a cold winter's night, swims at camp, treasure hunts, fellowship! Father and Son camps, Parents' Nights, Courts of Honor, the Troop Hallowe'en party, the Troop's Christmas Good Turn!

You are now a member of that good old Troop, carrying on its traditions and making new history.

### Your Senior Patrol Leader

Of course your Troop has leaders. Your Patrol Leader is one of them. The key boy leader of your Troop is the Senior Patrol Leader, selected for this high honor because he is a First Class Scout, a good leader and a swell Scout. He has a warrant, or certificate of leadership.

### Junior Assistant Scoutmasters

Another leader is the Junior Assistant Scoutmaster. He too, has a warrant and must be sixteen

years old. He was appointed because he is an expert in some activity, such as signaling, bird study or handicraft, and can help the Patrol Leaders teach the Scouts.

### Other Boy Leaders

Your Troop has a Scribe, a Treasurer, a Quartermaster, perhaps a Librarian, (look up their badges on page 55). Perhaps it has a Song and Cheer Leader too.

### Your Scoutmaster

What a man your Scoutmaster is! He comes to every Troop meeting to help you get Scouting. He spends hours figuring how to give you fun and



**From Troop Committee to Patrol Leaders—
All help you have good Scouting**

worthwhile adventure in your Troop. He takes special training to learn new games, and exciting new things for you to do. He takes you hiking and camping on his holidays and weekends and often spends his vacation with his Troop. He is the friend you go to for the advice every boy needs sometimes. He coaches the Patrol Leaders, and they teach you. Without him there would be no Troop. Why does he do all this? Because he likes boys and wants to see them grow up to be real men

## Your Assistant Scoutmasters

Your Assistant Scoutmasters help the Scoutmaster, and take charge of the Troop when needed. They help you in many ways. Like the Scoutmaster, they spend a great deal of time in training and planning and work in your behalf.

## Your Troop Leaders' Council

Your Scoutmaster does not run your Troop alone. All of you Scouts help him through the Troop Leaders'

**The Troop Leaders' Council plans the program**



**62    KNOW YOUR TROOP**

Council. This Council is made up of all the boy leaders —the Patrol Leaders, Senior Patrol Leader, Junior Assistant Scoutmasters, and the Scoutmaster and Assistant Scoutmasters. They meet regularly to plan what the Troop will do, camping trips, Good Turns. Before the Council meeting, your Patrol Leader talks this over with the Patrol, so if you have any good ideas, pass them on to him.

When your Patrol has a special job to do for the Troop, like leading a ceremony, or a game or putting on a Scoutcraft demonstration, help with all your might. In that way you will help make the Troop go.

## Your Troop Committee

You know what a Committee .s—a group of people who have a special job to do. Your Scout Troop is the job of your Troop Committee. It was appointed by the church, grange, club or whatever group sponsors your Troop, to see that you have fun and profit in Scouting. This Committee consists of fathers of Scouts in your Troop, and other interested men, and helps the Scoutmaster run the Troop, get it a comfortable meeting room, a good place to camp, and a chance to go camping.

## District and Council

In the section where you live, there are probably a number of Troops like yours. All Scouting Units together make your Scout District. All the Districts together make your Scout Council. Ask your Patrol Leader the name of your District and of your Council, because every Scout should know this. You can read more about them in Chapter 30.

**KNOW YOUR TROOP    63**



# PROGRAMS OF SCOUTING

## CHAPTER 27

### Cub Scouting

If you are not yet twelve years old *you* can be a Cub Scout. Or if your kid brother or the boy next door teases to go along with you when you go off with the Troop, do him a Good Turn and help *him* to join the Cub Scouts. Cub Scouting is for boys nine, ten and eleven years old. It is entirely different from Boy Scouting. Cub Scouts have their fun in their homes, neighborhoods and backyards, play games and learn how to make such things as model boats, kites, wagons, and other handicrafts. They learn how to do interesting things, too, such as boxing, rowing and writing in secret codes. When the Cub Scout is twelve he graduates and becomes a Tenderfoot Scout in a Troop.

Cub Scouts join a Pack, which is like a Troop except that it meets once a month. The Pack is made up of Dens, each of which meets one afternoon a week in the backyard of one of the Cub Scouts. An older Cub Scout is Denner or leader of the Den, and he has an Assistant Denner.

The Den Chief is a Boy Scout. He leads the Cub Scouts in their games and handicraft, teaches them the program and helps the Den Mother run the Den. It is a high honor to be a Den Chief, and it is one of the finest Good Turns a Boy Scout can do, for his service means much happiness to a whole crowd of younger boys. If you are a Scout talk to your Scoutmaster about being a Den Chief.

It is the ambition of practically every Cub Scout to be a Boy Scout when he is twelve, and the highest rank in Cub Scouting teaches him the Tenderfoot requirements. When the Cub Scout has passed them all, he is a Webelos, and as soon as he reaches his twelfth birthday he joins a Troop and becomes a full-fledged Boy Scout.

### Boy Scouting

As a Boy Scout, you are taking part in the program for Boy Scouts. This whole Handbook is based on the Scout Requirements. You know that Troops are made up of Patrols, and about your Patrol and Troop Leaders.

If you are a farm boy or live in a village, maybe there are not five boys (the fewest number to start a Troop) who are of Scout age and live near you. In that case you and one or more other Scouts can form what is called a Neighborhood Patrol, with a good man for your Scoutmaster. Write to the National Council Office to learn how.

Or maybe there is not even one boy to join with you. No matter. Be a Lone Scout and with a fine man,

432

**PROGRAMS OF SCOUTING    433**

perhaps your dad, for your Friend and Counselor you can have the fun of Scouting.

Maybe some of you Lone Scouts can form a Tribe and meet once in a while to scout and have fun.

You may have heard someone speak of the "Whole Scout Family" or the "Long Span Program of Scouting." This is what it means:

1. Cub Scouting for boys nine to eleven
2. Boy Scouting for boys of twelve and older
3. Senior Scouting for young men fifteen and older
4. Leadership positions from eighteen years on.

Of course no Scout has to leave his Troop because he is fifteen. Thousands of older Scouts stay as Senior Patrol Leaders and Junior Assistant Scoutmasters. Other thousands, however, want to go on in Scouting in a new program, and these become Senior Scouts.

### Senior Scouting

There are three programs in Senior Scouting, all vigorous, adventurous and skillful, each with its own uniform and activities. The young men themselves plan their program of outdoor, social, service and indoor activities, related to hobbies and preparation for outdoor experience.



### Air Scouts

Air Scouts learn the basic things about aviation with a chance to fly under experienced leaders. They can specialize in aviation mechanics, navigation, and

communication. The uniform is horizon blue. The Unit is called an Air Scout Squadron.



### Explorer Scouts

Explorer Scouts include wilderness camping, mountain climbing and expeditions into unknown country in their program. They are a husky, hardy bunch of fellows. They wear a forest green uniform, and are organized in Explorer Scout Posts.



### Sea Scouting

What young man has not thrilled to the adventure of boats, cruising, the romance of the sea, and the age-old traditions of men who go down to the sea in ships? Sea Scouts have a chance to do all these things. In inland waters and on the coast, Sea Scouts learn seamanship, and spend days cruising on the water. The Sea Scout uniform is navy blue or white. The Unit is called a Sea Scout Ship.



## Senior Scout Outfit

If a group of young men want to remain together, although some of them want to specialize in one or more of the Senior Programs, they may organize a Senior Scout Outfit. In an Outfit the group share in the major activities, some of them relating to Seamanship, some to Aviation and some to Exploration, but each Senior Scout has the privilege of choosing the phase of the program he specializes in. The Senior Scout Outfit may choose either the Air, Explorer or Sea Scout uniform or the Senior Scouts may wear a khaki Scout uniform similar to the Scout leaders'.

## PROGRAMS OF SENIOR SCOUTING

| Program | Name of Unit | Title of Leader |
|---|---|---|
| Air Scouting | Squadron | Squadron Leader |
| Explorer Scouting | Post | Post Advisor |
| Sea Scouting | Ship | Skipper |
| All or Any | Outfit | Outfit Advisor |

So no matter what your age, Scouting offers adventure for you, a chance to pack each day with exciting things to do. The Scout gets more out of life in a month than most other boys in a year. He has more interests and is better trained. He stands out above the others in school, on the team, and in later life.

### Organization to Bring You Adventure

It takes planning and work to organize Packs and Troops and Senior Units and keep them going, so that you and other Scouts can have the adventure of Scouting.

You would probably be surprised if you knew how much of that effort goes on in or near your home community.

Your Troop, like all others, is sponsored either by a church or school, civic club or similar organization, or by a group of citizens joined together just for the special purpose of sponsoring a Troop (or a Pack or Senior Unit). The Troop Committee spends a lot of time seeing to it that your Troop gets every chance to have a good program.

The community in which your Troop is located is part of a Scout District and that District is part of a Local Council. There are over five hundred of these Councils, covering the entire United States with Scout service. They have a big responsibility—to make it possible for more and more boys to get a real Scout program. From time to time you will see signs of the work of the District and the Council—you will see the Neighborhood Commissioner visiting your Troop, planning with your Scoutmaster; you will attend Camporees organized by the Council, and Summer Camp; you will hear your Scoutmaster speak of special things he has learned at the Council training courses. In a hundred different ways you will come to realize that Scouting is a big movement, carefully planned and led by some of the best men in your city or town or county.

As you grow older you may very likely have an opportunity to serve, either as a Scoutmaster or in one of the many positions where men are needed to

keep Scouting going. A large percentage of the men who lead Scouting today were Scouts when they were your age. It is a big Movement, one which means a great deal to America and one for which men are willing to work hard and long.



438 **PROGRAMS OF SCOUTING**



# SPECIAL SCOUT OPPORTUNITIES

## CHAPTER 28

There is a Scout slogan, "Once a Scout, Always a Scout." That applies to the Scout's character, because if you really live Scouting while you are a Scout, you will probably be guided by its ideals all your life. You will always be a Scout in spirit.

### Associate Scout

Sometimes a Scout goes away from home to boarding school, or for some other good reason cannot attend Troop meetings regularly, but wants to keep his membership in his Troop. In this case, you can be an Associate Scout, if you are under eighteen. You register with the Troop like other Scouts, promise to attend as many meetings as possible during the year and, of course, to observe the Scout Oath and Law and Daily Good Turn.

439

First Aid, 352-377,
  Antiseptics, 83
  Artificial respiration, 354-355
  Asphyxiation, 353-354
  Books, 454
  Bandages, 84-85; cravat, 360; triangle, 359-360
  Black eye, 367
  Bleeding, 357-361
  Blister on heel, 365
  Burns, 366-367
  Chiggers, 366
  Cinder in eye, 368
  Dog Bite, 364
  Dressings, 357-361
  Feet, care of, 149-150
  Fractures—simple and compound, 371-375
  Frostbite, 370-371
  Germs, 83
  Heat exhaustion, 370
  Nosebleed, 364-365
  Poisoning, 369
  Pressure points, 358
  Scratches, 82
  Shock, 356
  Skin poisoning, 367
  Snake-bite, 362-363
  Splints, 373-374
  Sprains, 368
  Stomach-ache, 369
  Stretchers, Improvised, 376
  Sunstroke, 370
  Ticks, 365
  Transporting injured, 375-377
  Wounds, 357-361
First Class Scout,
  Requirements, 109-113, 550-552
Fish and Wildlife Service, 242
Fishing, Books, 453
Flag, The, 69-81,
  Hoisting and Lowering, 74-75
  Laws protecting, 75
  Saluting in uniform, 74; when not in uniform, 74
  When to fly, 76
  Worn flags, 76
Flag Code, 79-81
Flag Day, 71
Flags,
  Grand Union, 70
  Old Glory, 70
  Queen Ann, 70
  Patrol, 58-59
  Fifteen stripes, 72
  Thirteen stripes, 71-72
Flowers, Books, 452
Food Bags, 349
Food Care, 159,
  Storing, 159
  Water, 159
Foods (see also Cooking),
  "Basic 7", 308
  Food Chart, 310
Forests,
  Animals, 206, 215, 217
  Beginning of, 198-200
  Birds, 208, 213
  Insects, 202
  Mammals, 205-208
  Pines, 209, 211
  Plant life, 201
  Plants, 205, 207
  Swamps, 204-205
  Trees, 198-217
  Types,
    Cascade, 214-216
    Mississippi Valley, 210
    Oak and hickory, 204-205
    Rocky Mountain, 212
    White pine, 200

## G

Gold Honor Medal, 441
Grasslands, 187-197,
  Birds, 195-196
  Emergency food, 193-194
  Hold water, 194
  Insects, 191



**Have a Coke**

"Coca-Cola" and its abbreviation "Coke" are the registered trademarks which distinguish the product of The Coca-Cola Company.

COPYRIGHT 1946, THE COCA-COLA COMPANY

Mammals, 190-197
  Plants, 188-189
  Shelter, 188-190
Ground beds, 337-339

## H

*Handbook for Boys*, first, 447
Handclasp, Scout, 46
Handicraft, 340-351
  Tincan, 346-348
  Wire, 346-348
Hike,
  Conservation, 243
  Equipment, 142
  Feet care, 149
  How to hike, 148
  Speed in walking, 149
Hiking Books, 449
Hiking and Camping, 136-163
  Camping books, 450
  Clothing, 136-141
  Conservation, 243-244
  Dish washing, 160
  Food care, 159
  Latrines, 153
  Lost, what to do, 155-157
  Packs, 143-148
  Poisonous Plants, 154-155
  Signals, smoke, 158
  Storing food and water, 159
  Walking speed, 149
  Waste disposal, 160-161
History of Scouting, 446-448
Home, Your part in, 128
Hornaday Award, 441
Honorable discharge, 440

## I

Ice Rescues, 406-407
Insects,
  Books, 451
  Desert, 227

Forest, 202
Grasslands, 191
Marshes, 181-185

## J

Jamboree,
  National, 448
  World, 6, 448
Judging, 270-273 (see also
    Measuring),
  Estimating distances, 271
  Inch to foot, 272
  Pencil measuring, 270
  Step measuring, 270
Junior Assistant Scoutmaster,
  60

## K

Knots, 88-97 (see also Rope),
  Books, 449
  Bowline, 94-95
  Bowline on bight, 96
  Clove hitch, 92-93
  Girth hitch, 97
  Hitching tie, 97
  Lariat loop, 97
  Pipe hitch, 97
  Sheetbend, 92-93
  Sheepshank, 96
  Slip knot, 96
  Stevedore, 96
  Tautline hitch, 94-95
  Timber hitch, 94-95
  Two half hitches, 92-93
Knife, 281-287,
  Carrying and passing, 281
  Sharpening, 285

## L

Lashings, 349-351 (see also
  Rope)
Latrines, 153
Law, Scout, 26, 27
Leaders, in Patrol, 57

534



UNITED STATES RUBBER COMPANY
SERVING THROUGH SCIENCE

"Guard stamina here" Says FRANK LEAHY
FAMOUS NOTRE DAME COACH



SHOCK PROOF
ARCH CUSHION

*Only Keds Have All These Features:*
• Scientific Last, lets toes grip
    for action
• Slanted two-piece tops;
    won't bind
• Smooth inside construction
• Balanced toughness
    throughout
• Traction soles; non-marking
• Pull-proof eyelets
• Wash clean with soap and
    water

**They're not Keds unless the name
Keds appears on the shoe.**

## So champs wear Keds!

That Cushion Arch—a Keds
feature famous for years—moves
*with* your foot in action, never
gets in the way.
Slant no-bind tops—Keds' in-
vention—won't chafe. And how
those Keds traction soles give
each footstep a quick send-off,
or quick stop. Keds let your
feet relax in action.



U.S. Keds
*The Shoe of Champions*

Leadership Ability, 429

Life-saving,
Cross-chest carry, 403
Rescue methods, 400
Stay with the boat, 405
Things to practice, 402-403
When someone needs help, 400-401

Life Scout, 426

Lost, What to do, 155-157

Local Council, The, 63, 437-438
Awards, 440
Opportunities, 440

**M**

Map,
Sketching a, 274-276
Symbols, standard, 277
Using a, 264-266

Mapmaking Directions, 274-276
Laying out a tract, 261-262

Map Reading, 263-265

Measurements, Personal, 273

Measuring Distances, 259

Medal of Merit, 441

Menu Planning, 306-310

Merit Badge Counselor, 421-422

Merit Badge Program, 420-424,
Helps, 421-422

Merit Badges,
Qualifications, 423
Requirements, 456-527
Second Class Scouts, 422-423

Morse Code, 390

Motto, Scout, 440-441

**N**

National Audubon Society, 240
National Court of Honor Awards, 400-411
National Jamboree, 448
National Parks Service, 242
Natural Resources, Conserving, 130-132
Nature Adventuring, 173-174
Nature,
Books, 451
Balance of, 166
Neighborhood Commissioner 437

**O**

Oath,
Athenian, 118-119
Scout, 19
Opportunities, Your, 121-122
Organization,
District, 437
Local Council, 437
Troop, 437
Troop Committee, 437

**P**

Pack Frame,
Diamond O, 343-345
Packs, 143-148
Kinds:
Improvised, 147
Knapsack, 143
Pack frames, 144
Tumplines, 145-146
Patrol,
Calls, 58-59
Flags, 58-59

536



WINNER GETS THE **Baby Ruth**



## Good Fun :
Worth racing for any time; that swell, nutty candy bar with its rich coating of chocolate! It's tops in flavor . . . helps pep up lagging energy! Enjoy **Baby Ruth** often!

## Good Food:
Everyone who eats **Baby Ruth** is a winner—because **Baby Ruth** is prize candy! Rich in dextrose, sugar your body uses directly for energy. **Baby Ruth** contains other nutritious ingredients, too!

**CURTISS CANDY COMPANY** · Producers of Fine Foods · **CHICAGO 13, ILL.**

Names, 58-59
Troop and, 5
Your part in, 123-125

Patrol Leaders, 57, 60

Physical Fitness, 408-417
Books, 455
Care of yourself, 409-411
Cleanliness, 414
Constipation, 415
Examination, yearly, 411-413
Food, 415
Personal first aid, 416-417
Sleep, 412
Staying fit, 415-416
Teeth care, 413

Pledge of Allegiance, 73

Pledge, Conservation, 131

Poisonous Plants, 154-155
Poison ivy, 154
Poison oak, 154
Poison sumac, 154

Promise, Scout, 19

## R

Reading, 449-455

Registration, 12-13

Religious Awards, 445

Reptiles, Books, 451

Requirements,
Life Guard, 443
Merit Badge, 456-527
Tenderfoot, 14-16, 55, 550-552
Second Class, 104-108, 550-552
First Class, 109-113, 550-552
Scout Spirit:
First Class, 109
Second Class, 56, 104
Tenderfoot, 14, 55

Scout Participation:
First Class, 109-110
Second Class, 104-105
Tenderfoot, 14, 56-81
Scoutcraft:
First Class, 110-113
Second Class, 105-108
Tenderfoot, 15, 80-97

Rescue in the Water, 399-405
(see also Swimming)

Rocks and Minerals, Books, 452

Rope Lashings, 349-351

Rope Work,
Knot Tying, 88-89
Parts of Rope, 90
Whipping, 90-91

Rules of Scouting, 17-43

## S

Safety on the Trail, 150-151

Salute, Scout, 45-46

Saluting the Flag, 74

Savings Plan, 132, 133

School, Your Part in, 127

Scout,
Badge, 47
Citizen, 118-123, 429
Code, 119
Handclasp, 46
How to become, 12-13
Law, 26-27, 119
Manuals, 455
Motto, 4, 40-41
Oath, 19, 449
Signs of, 44-45, 55
Slogan, 42, 43

Scouting,
Beginning of, 6
Birthday, 9
Came to America, 8-9
History, 446-448

538

## Wilson
### Made for CHAMPS

Champions must have the best equipment to help them win. When great stars like Charlie Trippi, Bobby Riggs, Sam Snead and others use *Wilson* equipment exclusively—you know it *must be good.* And when great coaches also use and recommend Wilson, it makes you even *more* certain that *Wilson* is the name you want on your equipment, too.

**WILSON SPORTING GOODS CO.**
Chicago, New York and other leading cities
(A Wilson & Co., Inc. subsidiary)
*Players mentioned are retained on the Wilson Advisory Staff*

## IT'S WILSON TODAY IN SPORTS EQUIPMENT



Swim fifty ya
During the
level off

6. GE
Mor
Me

**OU ARE WEARING GERBERICH-PAYNE OFFICIAL SCOUT SHOES ... TAKE GOOD CARE OF THEM!**

THESE SCOUT SHOES ARE GREAT VALUE FOR THE MONEY — YOU CAN'T BUY BETTER ANYWHERE. GOOD SHOES DESERVE GOOD CARE AND GERBERICH-PAYNE ARE GOOD SHOES—THAT'S WHY THEY ARE YOUR OFFICIAL SHOE.

AT ALL DEALERS!

**GERBERICH-PAYNE SHOE Co.**
**MOUNTJOY, PENNSYLVANIA.**

Official BOY SCOUT SHOE
manufactured by GERBERICH-PAYNE SHOE CO.

Official Boy Scout Uniform

Only registered Scouts may wear the Official Unifor
For your protection, uniform parts, insignia,
Scout jewelry are restricted items that can on
purchased upon presentation of a current R
tion Card. Remind Mother and Dad that
must present your Registration Card w
ing any restricted Scout item.
The Official Boy Scout Seal (but
Official merchandise is your gu
Before any item becomes a
equipment family, it must m
fications. That's why you
top value when you buy O
Scout Quality is

Natio
BOY SC

# Exhibit 3

CONFIDENTIAL RECORD SHEET

REGISTRATION, SUBSCRIPTION AND STATISTICAL SERVICE          APPENDIX A

BOY SCOUTS OF AMERICA

DATE _1/15/7~_

FULL NAME ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮          SOCIAL SECURITY
                                    NUMBER _____
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮y get full name)

ADDRESS ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CITY ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮          ZIP CODE _?~~ ~ ~_

DATE OF BIRTH _____  _1 9 4 4_  (This is important and should be exact)

APPROXIMATE AGE ___4/ 0___ (To be used ONLY when date of birth is not known)

RELIGION ___Catholic___          NATIONALITY _____

OCCUPATION ___Electric of Shop___

EDUCATION _____

WEIGHT ___130___ HEIGHT ___5 3"___ RACE ___Hungarian___

COLOR OF HAIR ___/ 2. 5___ COLOR OF EYES _____

OUTSTANDING CHARACTERISTICS OR INTERESTS ___Carpentry - R   ___

MARRIED OR SINGLE _____ CHILDREN _____
                                    (Number, ages, and names, if possible)
NAME OF SPOUSE _____

SCOUTING CONNECTIONS:

| UNIT # | CITY | STATE | POSITION | DATE REGISTERED | DATE RESIGNED |
|--------|------|-------|----------|-----------------|---------------|
| ⌐. ~ | ⌐ . | CM | ~A\ | 3 - 20 | |

SPECIAL RECOGNITION _____

SUSPENDED OR DENIED REGISTRATION FOR FOLLOWING REASONS:


SPECIFY THE FACTS WHICH LEAD YOU TO RECOMMEND DENIAL OF REGISTRATION AND LIST ATTACHED
SUPPORTING DOCUMENTS (STATE ONLY KNOWN FACTS, NOT RUMOR, CONJECTURE OR SPECULATION):



r. STARON          Audited

JAN 15 1985          OCT 1 3 '87          Sign

RS-509                                    Coun
4/14/83-nah                                    ι

CONF001690

DYKES_I_001680

Plaintiff's Exhibit 130

CONF001698

DYKES_I_001688



COUNTY OF LOS ANGELES



CENTRAL MENTAL HEALTH REGION
ROODLFO GARCIA, M.D.
Regional Director

Childrens Services/Child Abuse
Coordinator - Laurette Gensler

## DEPARTMENT OF MENTAL HEALTH

GRADUATE HALL, 1937 HOSPITAL PLACE, LOS ANGELES, CALIFORNIA 90033          TELEPHONE (213) 226 - 5284

MINUTES OF 2ND MEETING HELD ON

FRIDAY FEBRUARY 15, 1985

PLACE:      Central Region Mental Health
            Conference Room 149

SUBJECT:    Incidence of Sexual Abuse by
            Boy Scout Leader - ▮▮▮▮▮▮▮

Persons Present:



Los Angeles Police Department

Los Angeles County
Children's Services Department

El Centro Community Mental
Health Center

Childrens/Child Abuse Services
Central Region Mental Health

Department of Children's Services
Child Sexual Abuse Project

Roybal Mental Health Center

Boy Scouts of America

Los Angeles Sheriff's Department/
East Los Angeles

Hammel Street Elementary School

The meeting was convened at 3:00 p.m. in the conference room at Central Region Mental Health. ▮▮▮▮▮▮▮ welcomed the guests. She stated the purpose for the meeting was to discuss the means by which we could work together on behalf of the families and boys who were members of the Boy Scout Troop. We recognized that this unfortunate situation was no reflection on the Boy Scouts of American whose integrity and reputation must be maintained. We are also sensitive to the concerns for Hammel Street School and we are committed to cooperating with the legal system.

CONF001699

DYKES_I_001689

_____ described the structure of the Boy Scout organization, it is a charter system with a yearly renewal. The national and regional organization has a limited number of paid staff which makes close monitoring impossible. There are twenty paid staff for seventy-nine thousand participants. There was parent involvement in the yearly renewal of the troop which met at the Hammel Street School. However, there was no parent participation in troop meeting or activities. It's estimated that there were approximately two hundred members in the troop over the past sixteen years.

Detectives Morris and Corvera described the details of the incidence. In addition to the ritualistic behavior and having boys run naked the defendant selected certain boys for special sexual favors for which he offered them money. The boys were in-

cooperated in his testimony as "Boy Scouts always tell the truth". A thirteen year

and was brought to the attention to the authorities. After a thorough investigation, the officers selected several victims who had agreed to testify and the officers were concerned that nothing be done that would interfere with the witnesses testimony or that might cause the defendant to retract his statements (it was hoped that the case would be adjudicated without a trial).

_____ stated that when he came to Hammel Street School this fall the former principal told him the troop would no longer be able to meet at the school due to the lack of supervision. There was no control over the group and following the meetings there was a clean-up mess including vandalism. There were approximately twenty to twenty-three boys in the troop but it may have been down to eight or nine at the time of termination.

A Notice was posted at the school that the Scout troop was disbanded. Parents who called were directed to the Boy Scouts office who in turn referred them to officers Morris and Corvera.

_____ emphasized that the boys in this troop were victims and that they and their families had a right to and need for appropriate services.

It should be noted that Mr. _____ is out on bail; it is the opinion of the officers that he is not of danger to any youth.

There is also some discussion about the reported child molestation by a teacher at Hammel Street School and Mr. Ragan stated he would welcome any assistance for his staff from the mental health professionals.

We arrived at the following decisions: (1) Maritza Montoya from Roybal Family Mental Health Center and Bruce Cowan from the Department of Childrens Services will contact _____ in order to set up a meeting with him and the school staff. (2) Detectives Morris and Corvera will keep Mr. Cowan apprised of the status of the Lasnika case. (3) Following adjudication of the case, Mr. Moore of the Boy Scouts will provide Mr. Cowan with the names and addresses of the boys who were currently enrolled in the Boy Scout troop. These families will be contacted one by one to see if services are indicated. (4) Following the individual contacts, a support group will be formed for parents and children. (5) Members of the Mental Health clinics and Department of Childrens Services will work together providing needed services for these families.

LG:sb

Plaintiff's Exhibit 130

Persons Present at Boy Scout Sexual Abuse Incident Meeting 2/15/85

Central Region Mental Health



CONF001701

Plaintiff's Exhibit 130

# Exhibit 4

# How Cub Scouting Is Organized



It has been said that it takes a village to raise a child. In Cub Scouting, it also takes an organization —or, rather, several organizations and millions of volunteers working together to achieve Cub Scouting's purpose.

There are two related organizations that support the Boy Scouts of America's mission. One focuses on program development and administration. The second is related to supporting the boys and the volunteers who work with them.

## PROGRAM DEVELOPMENT AND ADMINISTRATION ORGANIZATION

Certain parts of the BSA organization are focused on defining the Scouting program, making sure the volunteers presenting the program are properly supported, and raising the money necessary to run the program. The National Council, local councils, and districts serve these functions.

### The Boy Scouts of America

Headquartered in Irving, Texas, the Boy Scouts of America is a national, nonprofit organization that operates under a federal charter to "promote, through organization and cooperation with other agencies, the ability of boys to do things for themselves and others, to train them in Scoutcraft, and to teach them patriotism, courage, self-reliance, and kindred virtues."

At the national level, the BSA develops programs like Cub Scouting, publishes such resources as this *Leader Book* and *Scouting* and *Boys' Life* magazines, develops leader training, and makes available for purchase uniforms and insignia, equipment, and other program materials. These materials are developed by experienced volunteer leaders guided and supported by a team of professional staff members.

### The Council and District

The Boy Scouts of America charters approximately 280 local councils, which oversee the Scouting program in specific geographic areas. Depending on population, a council might take in a single city, several counties, or a large part of several states.

The local council is the administrative body for all Scouting units (Cub Scout packs, Boy Scout troops, Varsity Scout teams, Venturing crews, and Sea Scout ships) in its territory. It provides unit service, membership support, leader training, and activities like Cub Scout day camps and Scouting shows. The council is a voluntary association of citizens who function with guidance from a group of professional Scouters led by the Scout executive.

### Council Relationships

The council does not give service directly to individual boys but rather offers a program to community organizations that operate Scouting units. Using the Scouting program, these community organizations can provide Scouting directly to individuals.

The council helps the pack by

- ▶ Providing a district executive (a professional Scouter) to see that packs get the advice and help they need regarding pack operation
- ▶ Making council facilities and program aids available
- ▶ Providing, through the local council service center, uniforms, equipment, literature, and other materials that packs can purchase
- ▶ Raising funds for the operation of the council's Scouting program
- ▶ Keeping records of training of pack leadership and advancement of pack membership
- ▶ Working with the chartered organization to offer Scouting to the greatest possible number of youth and families
- ▶ Providing council training opportunities and awards and recognition for adult leaders
- ▶ Providing large council activities to enhance the pack program, such as Scouting shows, Cub Scout day camp, and Cub Scout resident camp
- ▶ Being a direct communications link between packs and the national office



The pack helps the council by

- ► Assisting with the recruitment of boys to increase membership
- ► Conducting the pack charter renewal every year in a timely manner
- ► Helping with the council's fundraising campaigns, such as Friends of Scouting
- ► Participating in council activities and training events
- ► Participating in service projects sponsored by the council, such as Scouting for Food

## Volunteer and Professional Relationships

Scouting's special partnership between volunteers and professionals is the core of its success. When this partnership thrives, Scouting thrives.

The practice of maintaining Scouting as a volunteer movement finds full expression in the organization and operation of the local council. Scouting prospers in proportion to the team effort between professional Scouters and volunteers in terms of the stature, vision, and enthusiasm to plan and carry out the local Scouting program.

At the same time, the Scout executive and other professional Scouters provide the administrative guidance that shapes the thinking and efforts of many volunteers into a coordinated, efficient endeavor designed to reap the greatest dividends from the volunteers' investment of time and effort.

Neither the volunteer nor the professional has a monopoly on wisdom, judgment, or experience. When the two work together, the combination is a winning team.

The professional helps Scouting by

- ► Devoting themselves full-time to the Scouting program
- ► Recruiting, training, and guiding capable and dedicated volunteers to carry out various programs
- ► Advising volunteer officers and committees
- ► Staying current with Scouting's policies and ensuring that volunteers follow BSA guidelines
- ► Ensuring that community groups and chartered organizations have good relationships
- ► Serving as the liaison between the local council and the national office

The volunteer helps Scouting by

- ► Working with professionals to accomplish the goals of Cub Scouting
- ► Formulating and executing plans that promote Scouting
- ► Helping to determine membership goals, budgets, training programs, and other details
- ► Helping to recruit other volunteers
- ► Assisting with community relationships
- ► Delivering the program to the boys

Much of the council's work is done through districts, which are administrative units of the council. Depending on your council's size, it may include many districts or just a few. The district's work is carried out by a volunteer district committee and commissioner staff, both of which are supported by a professional Scouter called a district executive.

## District Relationships

Each district contains several units, many of which are Cub Scout packs.

The district helps the pack by

- ► Providing a unit commissioner to be a friend to the pack
- ► Providing assistance with the annual charter renewal process
- ► Providing training opportunities for den and pack leaders, including position-specific training, Youth Protection training (required), monthly roundtable, and other supplemental training opportunities
- ► Maintaining training records of the pack leadership and boys' advancement records
- ► Providing information on and help with membership and recruiting programs
- ► Providing information on council activities and programs
- ► Informing packs of new resources, program materials, and BSA policies

*Council and district professionals and volunteers support the administrative, training, and fundraising needs of Cub Scouting.*



The pack helps the district by



- ► Striving to reach membership goals through an effective recruiting program
- ► Participating in district activities
- ► Providing a year-round quality program for Cub Scout families
- ► Taking part in training courses, including the monthly roundtable

Pack leaders should establish a good relationship with the district executive. Part of this individual's role is to help packs and leaders succeed.

One of the district's most important functions is unit service. The commissioner staff is made up of experienced Scouting volunteers whose role is to support units like yours.

## BOY AND VOLUNTEER SUPPORT

The second, equally important part of the BSA is made up of organizations, individuals, and Scouting units focused on delivering the Scouting program to the boys and to training and supporting the volunteer leaders who oversee the program. This is the part of the BSA organization that actually delivers the Cub Scouting program to the boys we serve.

### The Chartered Organization

The council and district support the boys in the Cub Scouting program through the pack, but they don't run it. The responsibility of running units falls to the chartered organization, a local organization with interests similar to the BSA. This organization, which might be a religious organization, school-based parents' organization, service organization, or group of interested citizens, receives a charter from the BSA to use the Scouting program as part of its service to young people. Some chartered organizations operate a single Scouting unit, while others operate several, perhaps a Cub Scout pack, a Boy Scout troop, and a Venturing crew.

The chartered organization agrees to provide a suitable meeting place, adult leadership, and supervision for each of its units. Some provide financial support, but that's not required.

A member of the organization, the chartered organization representative, acts as a liaison between the organization and its Scouting units and serves as a voting member of the local council. The chartered organization representative is often someone who's been involved in Scouting in the past or who is responsible for all of the organization's youth programs.

### The Cub Scout Pack

The pack is the Scouting unit that conducts the Cub Scout program for the chartered organization. It is led by a pack committee, which oversees administrative functions, and a Cubmaster, who oversees program activities. The pack includes all the boys, leaders, and parents involved in Cub Scouting at the chartered organization.

Most packs meet once a month, usually in a room provided by the chartered organization, although summer meetings and activities are often held outdoors. The pack meeting is led by the Cubmaster with the help of other adults. It's the pinnacle of the month's activities and is attended by all boys and their parents and other family members.

In addition to regular pack meetings, the pack may take field trips, go camping, and conduct service projects or money-earning activities. During the summer, the pack might conduct outdoor activities such as a swimming party, pack overnighter, family picnic, or sports tournament.

# Pack Organization Chart





*Chartered organization,
den, and pack volunteers
directly support the boys
involved in Cub Scouting.*

## The Den

The Cub Scout pack is divided by age groups into several smaller groups, called dens.

- ► Tiger (first grade, or 7 years old)
- ► Wolf (second grade, or 8 years old)
- ► Bear (third grade, or 9 years old)
- ► Webelos Scouts (fourth and fifth grades, or 10 years old)



Cub Scout dens are small teams of boys who gather together for fun and adventure under the guidance of caring adults. The few changes that take place from Tigers through Webelos Scouts are related mainly to the personal growth and development of boys as they mature. The structure of the dens evolves with the boys to provide them with great autonomy and independence as they move through Cub Scouting.

**Tiger Scouts** do family activities with their adult partners, who may be parents or other adults. Tiger–age boys join Cub Scouting together with their adult partners, and they do Cub Scouting activities together, too. The Tiger den leader gives leadership to the Tiger den, with the assistance of the adult partners. Den meeting activities include working on the activities necessary to achieve the Tiger rank, games, skits, etc. At the end of the school year, usually in May or June, Tigers graduate and become part of a Wolf Scout den.

**Wolf Scouts** and **Bear Scouts** attend den meetings that are planned and run by an adult den leader, with the help of an assistant den leader and often a den chief (a Boy Scout). Work on advancement happens in the den meetings, along with games, skits, and other activities. When Wolf Scouts have completed the second grade, they may become Bear Scouts. When Bear Scouts have completed the third grade, they may become Webelos Scouts.

**Webelos Scouts, who take part in a program built around earning the Webelos and Arrow of Light ranks,** have a different program from their younger counterparts. Although den meetings, as with Tigers, Wolves, and Bears, focus on fun, adventure, and working on the appropriate advancement program, one of the additional program objectives of Webelos Scouts is to prepare the boys for Boy Scouting and to help them graduate into a Boy Scout troop. Webelos Scouts have opportunities for overnight campouts and joint activities with Boy Scout troops.

# PACK RELATIONSHIPS

Open communication and warm relationships are important to the successful operation of any pack. In addition to the leaders' relationships with the boys and their families, the pack maintains many relationships with other important groups.

## Chartered Organization Relationships

The chartered organization representative, as liaison between the pack and chartered organization, helps to bring the two groups together and establish and maintain a good relationship. Maintaining the relationship is the responsibility of members of the organization as well as all pack leaders.



For more information on the chartered organization's relationship to the pack, see the BSA publication The Chartered Organization Representative, No. 33118.



The chartered organization helps the pack by

- ► Providing the Scouting program as an integral part of its program for youth and families
- ► Ensuring that the Scouting program is conducted according to the policies and regulations of the organization and the Boy Scouts of America
- ► Selecting a chartered organization representative to serve as liaison with the pack
- ► Appointing a pack committee
- ► Providing adequate and safe facilities for the monthly pack meeting
- ► Providing opportunities for boys to recognize responsibility to God, to country, to other people, and to self
- ► Cooperating with the council in fundraising through Friends of Scouting and other fundraising initiatives so the Scouting program can operate

The pack helps the chartered organization by

- ► Being responsible for the sound operation of the pack
- ► Showing interest in and rendering service to the chartered organization
- ► Keeping the chartered organization informed of the pack's accomplishments through an annual report from the pack committee and regular reports on pack activities given by the chartered organization representative
- ► Inviting members of the chartered organization to participate in pack activities
- ► Keeping the chartered organization representative informed of pack needs that should be brought to the attention of the district or council
- ► Seeing that the chartered organization receives recognition for operating the pack

If these things are not happening between your chartered organization and pack, then a closer relationship needs to be developed. Ask for help from the unit commissioner and chartered organization representative.

*Each time a boy moves up a level, his uniform changes slightly. For more information, see the Uniforms and Insignia chapter.*

Ceremonies for Dens and Packs, *No. 33212, is full of ideas for appropriate and meaningful ceremonies.*

27





# BSA POLICY: Religious Principles

In its Charter and Bylaws, the BSA maintains that no member can grow into the best kind of citizen without recognizing an obligation to God. No matter what the religious faith of a member might be, this fundamental need of good citizenship must be kept before the member. Although the BSA recognizes the religious element in the training of a member, it is absolutely non-sectarian in its attitude toward that religious training.

The BSA does not define what constitutes a belief in God or the practice of religion.

The BSA does not require membership in a religious organization or association in order to join Scouting but strongly encourages membership and participation in the religious program and activities of a church, synagogue, or other religious association.

The BSA respects the convictions of those who exercise their constitutional freedom to practice religion as individuals without formal membership in religious organizations.

When a Scouting unit is associated with a church or other distinctly religious organization, no members of other denominations or faiths shall be required, because of membership in the unit, to take part in or observe a religious ceremony distinctly unique to that organization or church. Only people willing to subscribe to these declarations of principles shall be entitled to certificates of leadership in carrying out the Scouting program.

*The BSA believes the best model of citizenship includes recognizing an obligation to God, but it is nonsectarian in its attitude toward religions.*

## Scouting and Religious Organizations

More than half of all Scouting units are operated by religious organizations. Through the annual charter, these organizations are able to use the Scouting program in conjunction with their other programs for youth. The BSA is dedicated to serving and contributing to the quality of the Scouting programs of these organizations, but it does not endorse the belief structure of any particular religious organization. Families that do not belong to an organized religious body are fully welcome in Scouting.

Scouting supports the spiritual view of life that underlies the teaching of all denominations and faiths. Any boy or leader who would be a member must profess a belief in God as defined by their faith's practices and promise to do his or her best to fulfill the spiritual ideals of Scouting.

Scouting encourages boys and leaders, according to their own convictions, to participate in the program of their church, synagogue, or religious organization. Scouts are expected to fulfill their religious obligations and respect the beliefs of others.

Scouting helps boys put into practice some of the basic truths their families and religious leaders teach them. They learn by experience to give, to share, to help others, to assume responsibility, and to understand the values of personal integrity.

## Commissioner Relationships

The unit commissioner is a volunteer from the district whose main responsibility is to give service to the pack. He or she is not involved in administration or pack planning, but is ready and willing to help when asked. Whenever the commissioner spots signs of trouble in your pack, he or she will help you solve your problems and will act as your constant quality control arm.

The commissioner helps the pack by

- ▶ Being a friend who helps the pack to be successful
- ▶ Helping to solve problems and offering suggestions
- ▶ Working with the pack committee and leaders of the chartered organization to maintain a close relationship
- ▶ Helping to establish and maintain a good pack-troop relationship
- ▶ Assisting at pack meetings with uniform inspections and other pack activities
- ▶ Assisting with the pack's annual charter renewal
- ▶ Helping the pack earn Journey to Excellence recognition
- ▶ Providing practical support, such as people, equipment, and materials
- ▶ Visiting pack leaders' meetings when invited, and helping however possible
- ▶ Encouraging the pack to participate in district/council activities, such as Scout-o-rama, council popcorn sales, etc.







## BSA POLICY: Declaration of Religious Principle

® "The Boy Scouts of America maintains that no member can grow into the best kind of citizen without recognizing an obligation to God and, therefore, recognizes the religious element in the training of the member, but it is absolutely nonsectarian in its attitude toward that religious training. Its policy is that the home and organization or group with which the member is connected shall give definite attention to religious life. Only persons willing to subscribe to these precepts of the Declaration of Religious Principle and to the Bylaws of the Boy Scouts of America shall be entitled to certificates of membership."

### Chartered Organization Representative

The chartered organization representative is the direct contact between the pack and the chartered organization. This individual is also the organization's contact with the district committee and the local council. The chartered organization representative may become a member of the district committee and is a voting member of the local council. If the chartered organization has more than one unit, one representative serves them all.

**Qualifications:** Is at least 21 years old, is a member of the chartered organization, and is not the unit leader or assistant unit leader. Is appointed by the chartered organization to serve as its official Scouting representative, is registered as an adult leader of the BSA, and is current with Youth Protection training.

**Responsibilities:** The chartered organization representative's responsibilities are to



- ► Help select the right leadership for the unit.
- ► Promote well-planned, quality unit programs, including outdoor programs, advancement, and recognition.
- ► Serve as a liaison between the units and the organization.
- ► Promote the recruiting of new members and units.
- ► See that boys transition from unit to unit.
- ► Help with the charter renewal.
- ► Suggest Good Turns to benefit the organization.
- ► Encourage the unit committee to hold meetings.
- ► Cultivate organization leaders, and encourage necessary training of existing and new leaders.
- ► Utilize district help and promote the use of district personnel and materials.
- ► Use approved unit finance policies.
- ► Cultivate resources to support the organization.
- ► Represent the organization at the council level.

### Cubmaster

Everything that the Cubmaster does is aimed at helping the individual boy.



**Qualifications:** Is at least 21 years old and is registered as an adult leader of the BSA. Should be a leader who is able to communicate well with adults as well as boys. Should be able to delegate responsibilities and set a good example through behavior, attitude, and uniform. Preferably a member of the chartered organization.

**Responsibilities:** The Cubmaster's responsibilities are to:

- ► Complete Leader Position-Specific training for Cubmasters. Attend monthly roundtables.
- ► Plan and help carry out the Cub Scout program in the pack according to the policies of the BSA.
- ► With the pack committee, develop and execute a year-round recruitment plan for recruiting boys into Cub Scouting.
- ► Know about and use the appropriate and available literature, including the den leader guides and this resource.
- ► See that the pack program, leaders, and Cub Scouts positively reflect the interests and objectives of the chartered organization and the BSA.
- ► Work with the pack committee on program ideas, selecting and recruiting adult leaders, and establishing a budget plan.



- ▶ Guide and support den leaders. See that they receive the required training for their positions.
- ▶ Help organize and encourage graduation into a Boy Scout troop by establishing and maintaining good relationships with Boy Scout troops.
- ▶ Meet with the unit commissioner, Webelos den leader, and Scoutmaster to establish plans for the Webelos Scouts' transition to Boy Scouting.
- ▶ Help bring families together at joint activities for Webelos dens (or packs) and Boy Scout troops.
- ▶ Maintain good relationships with parents and guardians. Seek their support and include them in activities.
- ▶ See that Cub Scouts receive a quality, year-round program filled with fun and activities that qualify the dens and pack for the National Summertime Pack Award.
- ▶ See that the responsibilities specified for the assistant Cubmaster are carried out.
- ▶ Help the pack committee chair conduct the annual pack program planning conference and the monthly pack leaders' meetings.
- ▶ Work as a team with the pack committee chair to cultivate, educate, and motivate all pack leaders and parents or guardians in Cub Scouting.
- ▶ Take part in the charter review meeting and annual charter presentation ceremony.
- ▶ Request den chiefs for all Cub Scout dens and, after selection, see that they are trained. Recognize the den chiefs at pack meetings.
- ▶ Conduct impressive advancement, recognition, and graduation ceremonies. For Webelos ceremonies, involve Scoutmasters and other Boy Scout leaders.
- ▶ Encourage high advancement standards from all Cub Scouts.
- ▶ Support the policies of the BSA.

### Pack Committee Chair

The pack committee chair leads the pack committee and thus is responsible for the administration, oversight, and support of the pack program. The pack committee chair's role is to

- ▶ Complete Leader Position-Specific training for pack committees.
- ▶ Maintain a close relationship with the chartered organization representative and the chartered organization to cultivate harmonious relations and maintain communications.
- ▶ Confer with the Cubmaster on policy matters relating to Cub Scouting and the chartered organization.
- ▶ Supervise pack committee operation by
  - • Calling and presiding at pack leaders' meetings.
  - • Assigning duties to committee members.
  - • Planning for pack charter review, roundup, and reregistration.
  - • Approving bills before payment by the pack treasurer.
- ▶ Conduct the annual pack program planning conference and pack leaders' meetings.
- ▶ Ask the committee to assist with recommendations for Cubmaster, assistant Cubmasters, and den leaders, as needed.
- ▶ Recognize the need for more dens, and see that they are formed as needed.
- ▶ Work with the chartered organization representative to provide adequate and safe facilities for pack meetings.
- ▶ Cooperate with the Cubmaster on council-approved money-earning projects so the pack can earn money for materials and equipment.
- ▶ If the Cubmaster is unable to serve, assume active direction of the pack until a successor is recruited and registered.
- ▶ Appoint a committee member or other registered adult to be responsible for Youth Protection training.
- ▶ Develop and maintain strong pack–troop relationships, and work closely with the unit commissioner and other pack and troop leaders in bringing about a smooth transition of Webelos Scouts into the troop.
- ▶ Support the policies of the BSA.



## THE KEY 3

*Each pack is guided by a Key 3, a group that consists of the chartered organization representative, the pack committee chair, and the Cubmaster. Respectively, these leaders are responsible for serving as a liaison with the chartered organization, the unit leadership, and the local council; providing support for the unit program; and implementing the unit program. The qualifications and responsibilities for each Key 3 member are described below.*

*The unit Key 3 should meet regularly to assess the quality of the unit's program and to design strategies for building its success. The Key 3 addresses unit challenges and opportunities, reviews Journey to Excellence status, and adjusts program and administrative elements to ensure a strong and engaging unit program. The unit Key 3, along with the unit commissioner, reviews Voice of the Scout feedback and makes recommendations to the unit committee to strengthen unit service to youth.*

# Youth Protection



Child abuse is a serious problem in our society, and unfortunately, it can occur anywhere, even in Scouting. Youth safety is Scouting's No. 1 concern.

Nearly 3 million cases of child abuse are reported each year in the United States, and many more go unreported. The Boy Scouts of America has developed comprehensive Youth Protection policies and training to prepare leaders to prevent child abuse and help children who have been, or are being, abused. Although falsely accusing adult leaders is rare, these policies provide protection for them as well. These policies focus on leadership selection and on placing even greater barriers to abuse than already exist in Scouting.

## The Leader's Role in Youth Protection

As Cub Scout leader, you can help make the world safer for children in at least three ways:

1. Increase your knowledge about child abuse so that you will be in a better position to help protect the children in your life—your own sons and daughters, and children in your neighborhood, place of worship, and community. The best way to begin is by maintaining your Youth Protection training, available at *MyScouting.org.*

2. Help others learn the steps that help them to protect themselves. You can have a direct effect on the members of your pack and den by helping them learn ways to protect themselves. This includes making sure that the parents/guardians of all boys have completed and discussed with their boys the information in *How to Protect Your Children From Child Abuse: A Parent's Guide.*

3. Implement the Youth Protection policies and procedures of the BSA within your unit. By implementing these safety policies, you will help the Scouting program continue to be a safe environment for children. The Boy Scouts of America will not tolerate any form of child abuse in its program and will take all necessary steps to remove any offenders from membership in the BSA.

### BSA Youth Protection Policies

The BSA Youth Protection policies are based on strengthening the principles of Scouting and avoiding situations that could lead to abuse. Adherence to BSA Youth Protection policies not only strengthens the protection of our membership, but also ensures that the basic values of Scouting are preserved.

If your Cub Scout pack discovers conduct that violates the BSA standards of membership by an applicant, the chartered organization should reject the application. Any questions about membership standards should be discussed with the Scout executive. When an applicant is rejected by the chartered organization, the application should be sent to the Scout executive with a memo explaining the reason for the rejection.

### Leadership

The BSA has a tradition of recruiting quality volunteer leaders. Being a registered leader in the BSA is a privilege, not a right. The quality of the program and the safety of our youth members require that selection of our leaders be taken seriously.

There is no sure way to detect a child molester—or any kind of abuser—in advance of attempted or actual abuse. We can minimize the risk by learning all we can about the adult applicant's experiences with children. The adult membership application is an important tool for helping to maintain BSA leadership standards. Learn why the applicant wants to be a Cub Scout leader and how the person would handle a discipline situation.

The adult membership application process is an important tool for helping to maintain BSA leadership standards. This process includes the written application, interviews by the committee, personal reference checks, and approval by the head of the chartered organization. Also, all applicants for membership must pass a criminal background check, must complete Youth Protection training, and must follow BSA Youth Protection policies.

*Youth Protection training is required for all BSA registered volunteers. For more information about BSA Youth Protection policies, go to www.scouting.org/Training/YouthProtection.aspx.*





## Reporting Suspected Abuse

The BSA has implemented procedures for two types of youth protection–related reporting.

1. When you witness or suspect any child has been abused or neglected, follow the "Mandatory Report of Child Abuse" below.

2. When you witness a violation of the BSA's Youth Protection policies, follow "Reporting Violations of the BSA Youth Protection Policies" below.

### Mandatory Report of Child Abuse

All persons involved in Scouting shall report to local authorities any good-faith suspicion or belief that any child is or has been physically or sexually abused; physically or emotionally neglected; exposed to any form of violence or threat; or exposed to any form of sexual exploitation, including the possession, manufacture, or distribution of child pornography, online solicitation, enticement, or showing of obscene material. **No person may abdicate this reporting responsibility to any other person.**

To report child abuse:

1. Ensure the child is in a safe environment.

2. In the cases of child abuse or a medical emergency, call 911 immediately. In addition, if the suspected abuse is in the Scout's family, you are required to contact your local child abuse hotline number.

3. Notify the Scout executive (or his/her designee during the Scout executive's absence).

### Reporting Violations of BSA Youth Protection Policies

If you have reason to believe any of the BSA's Youth Protection policies, including those described in *Scouting's Barriers to Abuse*, have been violated, you must notify your local council Scout executive so he or she may take appropriate action for the safety of our Scouts.

## Creating Barriers to Abuse

After selection of the best possible leaders, additional protection for children is built into the program. The BSA has adopted the following policies to provide security for youth in Scouting. The policies also provide protection for adult leaders against false allegations of abuse.

**Minimum Two-Deep Leadership.** Two registered adult leaders, or one registered leader and a parent of a participating Scout or other adult, one of whom must be at least 21 years of age, are required on all trips and outings. The chartered organization is responsible for ensuring that sufficient leadership is provided for all activities.

**No One-on-One Contact.** One-on-one contact between adults and youth members is not permitted. In situations that require personal conferences, the meeting is to be conducted in view of other adults.

**Respect of Privacy.** Adult leaders must respect the privacy of youth members in situations such as changing clothes or taking showers at camp. Adults should intrude only to the extent that health and safety require. Adults should also protect their own privacy in similar situations.

**Cameras, Imaging, and Digital Devices.** While most campers and leaders use cameras and other imaging devices responsibly, it has become very easy to invade the privacy of individuals. It is inappropriate to use any device capable of recording or transmitting visual images in shower houses, restrooms, or other areas where privacy is expected by participants.

**Separate Accommodations.** When camping, no youth should be permitted to sleep in the tent of an adult other than his own parent or guardian. Councils are strongly encouraged to have separate shower and latrine facilities for females. When separate facilities are not available, separate times for male and female use should be scheduled and posted for showers.

**Proper Preparation for Activities.** All activities should consider the capabilities of the participating Cub Scouts. No activity should be undertaken without the proper preparation, equipment, clothing, supervision, and safety measures.

# Exhibit 5

### Delivery Method

Discussion and game

### Introduction

This session is intended for the participants to learn how Boy Scouting uses its unique, age-appropriate methods to achieve the aims of Scouting. Boy Scouting is one of the three traditional membership divisions of the BSA. It delivers a program to boys who have earned the Arrow of Light rank and are at least 10 years old, or have completed the fifth grade and are at least 10, or are 11, but not yet 18 years old. The program achieves the BSA's objectives of developing character, citizenship, and personal fitness.

### Aims of Scouting

The BSA promises its members and their parents a values-based program that offers life-changing experiences they cannot get anywhere else. For more than a century, Scouting has kept that promise through its aims and methods. Formally, the BSA has three specific objectives, commonly referred to as the aims of Scouting. These aims are the same for all three levels of Scouting—Cub Scouting, Boy Scouting, and Venturing. The methods used to achieve the aims differ by program.

Ask the participants if they can recall the aims of Scouting. As the participants provide the aims (character development, citizenship training, and personal fitness), a faculty member will post the appropriate flip chart in a prominent location in the training area.

Ask the participants to briefly explain each aim in order to take their understanding beyond a simple statement of the aims. Provide copies of the Aims of Scouting and Methods of Boy Scouting handout (Appendix C) for participants to use as a reference.

### Methods of Boy Scouting

Divide the participants into groups of two or three. This works best if the participants are paired with people who are not from the same units. If there are more than eight or nine participants, have multiple copies of the three "Aims" flip charts around the room. Participants may use the Aims of Scouting and Methods of Boy Scouting handout as a reference.

When the facilitator says, "Go," each small group will go to a different flip chart. Participants will have 30 seconds to write down which method from the Boy Scout program best fulfills the specific aim they are standing in front of. They should give only one answer. After 30 seconds, stop the groups and have them quickly move to a different flip chart. Give them another 30 seconds to add to the previous groups' answers. If their best answer has already been written down, have them add their next best answer. After 30 seconds, quickly rotate the groups again and give them another 30 seconds. The goal is to make the exercise active and fun, and have the participants work as small teams. By the fourth or fifth round, the facilitator may wish to give them a little more time. This will allow the training team to facilitate discussion within the small groups as they discuss which methods are appropriate for the aim they are facing.

The facilitator should end the activity after round four or five, depending on how the participants are doing.

The groups' answers may include:

**Character development:**
- Ideals
- Adult association

- Personal growth
- Leadership development
- Uniform

**Citizenship training:**

- Ideals
- Patrols
- Outdoors
- Personal growth
- Leadership development

**Personal fitness:**

- Ideals
- Personal growth
- Outdoors
- Advancement

Thank the participants for "playing" and congratulate them on their answers. Ask if they have any questions or if some in the group are wondering how a particular method fulfills an aim. Give them a chance to briefly discuss their answers.

Conclude by reminding the participants that Boy Scouting is a program that serves youth ages 10 through 17. Since 1910, it has been the mission of the BSA to prepare young people to make ethical choices over their lifetimes by instilling in them the values of the Scout Oath and Scout Law. As adult leaders, we must stay true to the aims of Scouting and help youth leaders in troops plan and lead exciting, fun, and safe activities using the methods of the Boy Scouting program.

# The Chartered Organization

## Time

15 minutes

## Objectives

The purpose of this session is to:

- Describe the relationship between the chartered organization and the troop
- Summarize the troop's responsibilities to the chartered organization
- Explain the chartered organization representative's role and responsibilities

## Resources and Materials

- Materials:

    —Flip chart or whiteboard, and markers

- References:

    —*The Chartered Organization Representative Guidebook,* No. 511-421

    —*Troop Committee Guidebook,* No. 34505 (SKU 616928)

## Delivery Method

Group discussion

## Introduction

Begin by explaining that the Boy Scouts of America grants an annual charter to a community organization such as a business, service organization, school, labor group, or religious institution to operate a Boy Scout troop. This organization is called the chartered organization. The troop is "owned" by the chartered organization.

In general, the chartered organization is responsible for selecting leadership, providing a meeting place, and promoting a good program. The program, adult team, and membership of the troop are determined by the chartered organization within the framework of the policies and standards of the BSA.

The troop committee works on behalf of the chartered organization to ensure the troop operates within the organization's and the BSA's policies. The committee also supports the Scoutmaster in helping the troop succeed.

## Chartered Organization Relationship

Divide the participants into two groups. Ask the first group to brainstorm and list what the troop might expect from the chartered organization. Ask the second group to brainstorm and list what the chartered organization might expect from the troop. After a few minutes, have the groups share their insights with each other.

# Exhibit 6



# FISCAL POLICIES AND PROCEDURES FOR BSA UNITS

## Frequently Asked Questions

Should our unit have a checking or savings account?

Yes. Unit funds should be deposited in a checking or savings account that requires two signatures on every check or withdrawal. The unit leader could be one of the signees, but it is recommended it be a committee person. It could be that the unit leaders have a petty cash fund (with the limit set by the committee) that is accounted for with receipts each month.

Does a unit need its own tax identification number? If so, where do we get it?

All units need a tax ID number (also referred to as an "EIN"—Employer Identification Number). Units should NOT use the Social Security number of an adult leader. If they do, the IRS will attribute all banking transactions, unit purchases, etc., to that leader as an individual. Units may use the tax ID number of their chartered organization, if given permission. This may be especially useful for the unit if that organization is tax-exempt.

Most units obtain their own tax ID number by completing IRS Form SS-4. There is no fee involved. The current form and instructions are available on the IRS website (www.irs.gov). Also, the IRS now allows you to provide the information over the phone and immediately receive a unit EIN. The IRS phone number is 800-829-4933.

Who is responsible for the finances of the unit?

The unit committee is responsible for the unit's finances. A treasurer is assigned and the committee chair should receive the bank statement for monthly reconciliation. All unit funds should pass through the bank account; this includes but is not limited to dues, money from unit fundraisers, product sales, and gifts. An exception might be registration fees that are collected as part of an organized School Night program. In this case, fees are collected by district/council representatives and are transmitted to the Scout service center.

### Should our unit consider insuring our unit equipment?

Yes. It is suggested that your unit insure its equipment. Remember, the chartered organization owns the unit, and all funds used by the unit remain the responsibility of the chartered organization as long as the charter issued by the BSA remains in place. It is recommended that an inventory of the unit's equipment be given annually to the chartered organization, and needs for insurance coverage discussed at that time. Frequently, unit equipment can be added to an existing policy of the chartered organization at minimal cost.

### Can our unit deposit funds with the local council?

Yes. Most councils allow units to deposit funds to their credit in the council service center, thus making it convenient for units to make purchases without sending cash. A "unit account" is established for each unit that deposits funds with the council. At a minimum—at least annually —the council should provide a detailed statement of activities of your unit account for your unit to review.

### What happens to the unit funds and equipment should the unit dissolve?

In the event of the dissolution of a unit or the revocation or lapse of its charter, the unit committee shall apply unit funds and property to the payment of unit obligations and shall turn over the surplus, if any, to the local council. In the case of a chartered organization, any funds or equipment that may have been secured as property of the unit shall be held in trust by the chartered organization or the council, as may be agreed upon, pending reorganization of the unit or for the promotion of the program of the Boy Scouts of America.

### When should our unit submit a BSA Unit Money-Earning Application?

For all unit fundraising. All unit money-earning projects must be approved in advance by using the BSA's Unit Money-Earning Application. Approval must be made by the chartered organization and the local council.

### Is our unit considered tax-exempt by the IRS?

That depends on who charters your unit. The only time a unit can be considered "tax-exempt" is if its chartered organization is also tax-exempt and includes the unit. The BSA National Council grants a *charter* to religious organizations, service clubs, businesses, and others who want to charter a Scout unit. A unit is actually "owned" by its chartered organization. Chartered organizations vary widely in tax status.

### What is IRS Form 990-N, and does our unit need to file one annually with the IRS?

Form 990-N is an abbreviated filing for small tax-exempt organizations with annual gross receipts of $50,000 or less. The BSA national office consulted with the IRS and outside counsel about whether this filing requirement applies to Scouting units. In their opinion, most Scout units **do not** have to file Form 990-N. **For most units, no filing is required.** The only exception is for the very small number of units that have filed for separate, federal tax-exempt status under Section 501(c) (3) of the Internal Revenue Code. Those units must file either Form 990-N (if their annual gross receipts were $50,000 or less) or the more detailed Form 990 or 990EZ (if annual gross receipts were more than $50,000).

**Pack Committee Challenge**

## Can our unit be covered under the BSA's group exemption?

No. The IRS allows only local councils (and council trust funds) to be included under the BSA group exemption. Scout units cannot be included under the BSA group exemption because they "belong" to their chartered organization. *(Note: Tax issues for Girl Scout troops are handled differently by the IRS because of how Girl Scout cookie sales are structured.)*

## IRS Form SS-4 asks for a "GEN." What is that, and do we have one?

The "GEN" is the Group Exemption Number for the BSA. As discussed, only councils are covered under the BSA group exemption. Units cannot use this number. However, once your unit receives an EIN, the unit may still qualify for a number of state and sales tax exemptions as a nonprofit organization under your state laws. Check with your state; this varies widely across the country.

## A volunteer suggested that our unit apply for its own tax-exempt status. Can we?

Units should not incorporate or apply for their own tax-exempt status. For one thing, units are not legal entities. Even if they were, this is an expensive and time-consuming process. Units are only permitted to raise funds through approved unit money-earning projects. Units could lose their charter if they tried to get their own tax-exempt status and solicit tax-deductible gifts.

## We can't solicit gifts for our unit?

No. Simply put, units are not permitted to solicit any gifts. Both the Charter and Bylaws and the Rules and Regulations of the BSA make this very clear; only local councils may solicit individuals, corporations, United Way chapters, or foundations for gifts in support of Scouting. Units, unit leaders, and youth members may not solicit gifts in the name of Scouting or in support of unit needs and activities (except in unusual circumstances where the unit has received permission to do so from the local council). Units are also prohibited from soliciting gifts on their websites.

## Does that mean people can't make gifts to our troop?

Units are not supposed to solicit gifts, but they can receive gifts. Anyone can contribute to a unit—and many donors don't need or care about charitable deductions. Obviously, defining a "solicited gift" is not always easy. But we rely on our unit leaders to set good examples and honor the intent and spirit of these important guidelines. We know it's hard to stop people from being generous, especially toward Scouting.

## Can gifts go to the local council to benefit our unit, then "pass through" the council to us?

No. Your unit "belongs" to your chartered organization, not to your local council. IRS guidelines prohibit any charity from accepting gifts that are "passed through" to a person or unrelated entity. A council could accept a gift in the name of your unit and hold it in a unit account. The unit could then "draw down" on the account for camp fees, uniform and supply needs, etc. (This is how colleges handle student scholarships.) But be sure to first ask your local council if it has the staff and time to do this. This is entirely the council's decision. A council accepting a gift in the name of the unit does not necessarily extend tax benefits to the donor.

My local company has employee volunteerism grants and will contribute to charities where I volunteer my time. Can these gifts go to our unit?

Employee incentive awards and volunteerism grants usually cannot go to a unit due to the company's giving restrictions. Corporate donations often can go only to charities that are "501(c) (3) charities," and many units are not chartered by tax-exempt charities. Also, many companies won't make gifts to religious organizations. If a unit is "tax-exempt," it's often because it's chartered to a church, synagogue, etc., so it couldn't receive corporate funds either. Of course, corporate awards and grants may go to any local council for use at the discretion of the council.

Can my unit credit amounts from fundraising to an individual toward their expenses?

No. The IRS has stated that crediting fundraising amounts constitutes private benefit. However, the unit could use the funds (all or a percentage) raised to reduce or eliminate dues and various registration fees, purchase uniforms and Scouting books, and purchase camping equipment. The unit could also use its funds to provide assistance to individual Scouts in cases of financial hardship.

Are purchases by my unit exempt from sales and use tax?

State and local laws vary widely on this topic. The unit may qualify for a number of state and sales tax exemptions as a nonprofit organization under your state laws. Check with the state where you are making the purchase; this varies widely across the country. In some cases, the council may be issued certificates of sales tax exemption; others require only that verbal verification be made to the merchant at the time of purchase that the purchases will be used to benefit the programs of Scouting, while still others allow no exemptions for any not-for-profits.

## Questions? Need more information?

## Please contact your local council.

## THANK YOU FOR ALL YOU DO FOR SCOUTING AND THE YOUTH IN YOUR COMMUNITY.

# Exhibit 7

## YOUR TROOP

Your troop is an organization of boys enjoying the challenges and adventures of Scouting. Your Scoutmaster and other adult leaders will help Scouts become good leaders, then will step back and allow the troop's youth leaders to take charge of planning and carrying out activities. Once you're ready to become a leader in your troop, you'll learn much of what you need to know through the BSA's youth training programs such as Introduction to Leadership Skills for Troops and National Youth Leadership Training.

### How a Troop Is Organized

This chart shows how a large Boy Scout troop is organized. Your troop might be big like this one or quite a bit smaller. It might have a long history or be brand new. Leaders might have years of experience or could be learning their roles as they go. In this sample, there are enough members to fill all of the patrols and positions of responsibility.



Whatever your troop is like, you can proudly wear its number on the sleeve of your uniform and know that everyone is working along with you to make the troop a success.



If you were a Cub Scout, your Boy Scout troop is the rough equivalent of your Cub Scout pack, and your patrol is the rough equivalent of your den.

4

## MERIT BADGES

Merit badges are awarded to Scouts who have put special emphasis on learning specific topics. There are about 135 merit badges you can choose from, and they cover everything from camping and first aid to robotics and game design.

*Chess*

*Emergency Preparedness*



*Art*

*Inventing*

*Welding*

*Fly-Fishing*

*E PREPARED*

To become an Eagle Scout, you must earn at least 21 merit badges, including 13 from a list of Eagle-required merit badges. (You can spot these badges because they have a silver border instead of a green border.) If you earn more than 21 merit badges—and complete some other requirements—you can earn Eagle Palms, which are pins that go on the Eagle Scout medal or patch.

## A NOTE ABOUT SAFE SCOUTING

Scouting's top priority is keeping you safe. When you go camping, your leaders follow the guidelines in the *Guide to Safe Scouting*, a book that explains how to make sure that even the most adventurous activities are conducted safely. They make sure there are always two adults on hand and that the people leading activities have the right training.

Two simple tools Scouts can use to help stay safe are creating safety checklists and using the Safety PAUSE program. Like a packing checklist to remind you what to bring on a campout, you can use a safety checklist to help remind you what you need for a safe campout or event, like training, fire extinguishers, emergency plans, or the location of the nearest hospital. Use the checklist to talk about safety with your patrol and adult leaders.

28

## SHORT-TERM AND LONG-TERM GOALS

Short-term goals are those that can be reached quickly. For example, suppose you are leading a game at a troop meeting. You might take the following steps:

**1.** Read about games in a book or on the Internet.

**2.** Choose a game for the troop.

**3.** Gather any materials you will need.

**4.** Get everyone together and explain the rules.

Bigger goals—long-term goals—may require weeks, months, or even years to reach. Do you dream of being an airline pilot? A marine biologist? A guitarist? A

basketball player? Reaching any of these goals requires considerable time, but this doesn't mean you can't achieve them. Follow the same plan you would with a short-term goal. Figure out the steps leading toward what you want to do. Stick with your plan, taking it step by step, and you will reach your goal.



## LEADING OTHERS

You will have many opportunities as a Scout to lead members of your patrol and troop. Perhaps you've been part of a flag ceremony at a troop meeting. Maybe you led the troop in reciting the Scout Oath and Scout Law. You might have helped your patrol plan and pack food for your first campout. You may already be using a map and compass or a GPS receiver to help lead the way during hikes.

Leading others means wanting them to succeed and then doing what you can to help them reach their goals. That's as true for a flag ceremony as for a backpacking trip. Guiding people toward their visions of success is good for them and for you, too. When your patrol does well, everybody moves ahead. As your troop progresses, each troop member wins.

For example, your patrol might decide it's time for another camping trip. This time the patrol's vision of a successful adventure includes hiking, fishing, and learning about constellations in the night sky.

To do all of that, you'll want to figure out the steps to make the picture real, such as choosing a date, researching fishing regulations, and recruiting someone to teach astronomy. You'll need to decide where to go and what to take. You will

### Scouting's Adult Leaders

All around you in your troop are adult leaders. They include your Scoutmaster and assistant Scoutmasters, of course, but also members of the troop committee and parents who volunteer to help with certain activities. A good way to learn leadership skills is to watch these adults at work. How do they get Scouts to follow their lead? What do they do that you would like to copy?



As you become a leader in the troop, you will work side by side with the troop's adult leaders. Be sure to ask for guidance as you learn and practice new leadership skills.

## CHARACTER

A wise person once said that character is what you do when nobody is looking. If you find money in the street, do you pocket it or turn it in? If you're home alone after school, do you visit questionable websites or finish your homework? If classmates are picking on an unpopular kid, do you join in or take a stand for what is right?

Character also relates to how you make decisions, especially when the right path to follow is not clear. Common sense, ethics, wisdom, and good judgment help you make good choices and allow you to do your best with what you know. The skills you have can prepare you for what lies ahead. Self-leadership will help you develop a vision of what is right and the steps for getting there. The Scout Oath and Scout Law will provide guidance along the way.

### GOOD JUDGMENT IN CHOOSING FRIENDS

Your friends are among the most important people in your life. You enjoy being with them and going places together. They understand you. You depend on one another for support through good times and bad.



Good friends can be with you for many years to come.

Choose friends whose values you share and admire. Be open to those who are not just like everyone else you know. Differences in race, culture, and language may keep some people at a distance, but those differences can also

44

---

in doorways fr
the world. Do
beyond what w
much you have
one another.

### PEER PRE

At some po
friends or acqu
be using tobac
might be cheat
you to join the
When you refu

Real friend
If those who s
watching porn
you don't have
who are intere
that you wear
storm, and th
out there. Be

### BULLYIN

People of
others well, i
are younger,
than themsel
a good examp
and help the
know someo
bullied (eith
or online), s
is right by de
her. Don't be
be prepared
support thos

Sometim
with angry
difficult situ
other challe
making goo
your Scout l



e troop's
w

be doorways for you to expand your understanding of other people and of the world. Disabilities might seem to be barriers to friendship, too, but look beyond what seems to separate you. You might be surprised to discover how much you have in common with others and how much you can share with one another.

## PEER PRESSURE

At some point while you are growing up, you will probably discover that friends or acquaintances are doing something you know is wrong. They might be using tobacco, alcohol, or illegal drugs or engaging in sexual activity. They might be cheating on tests, stealing, or being unkind to others. They may want you to join them, even though you believe what they are doing is not right. When you refuse, they might say that they'll stop being friends with you.

Real friends will not ask you to do anything that could put you at risk. If those who say they are your friends are smoking, drinking, using drugs, watching pornography, using profanity, or doing anything else that is unwise, you don't have to go along with them. You might need to look for new friends who are interested in healthier activities. Real friends are those who make sure that you wear a life jacket on a float trip, that you come in out of the thunderstorm, and that you associate with people you can trust. Don't worry; they are out there. Be true to your values, and you will find others who share them.

## BULLYING AND HAZING

ody is look-
f you're
your home-
or take a

the right
judgment
you know.
p will help
he Scout

People of character treat others well, including those who are younger, smaller, or less able than themselves. Lead by setting a good example. Respect others and help them succeed. If you know someone is being hazed or bullied (either in the real world or online), stand up for what is right by defending him or her. Don't be a silent bystander; be prepared to stand up and support those who are bullied.



Sometimes it might seem easy to respond to someone's poor behavior with angry words or physical force, but there are always better ways to handle difficult situations. When dealing with peer pressure, bullying, hazing, and other challenges, use the Scout Oath and Scout Law as reliable guides for making good decisions. If you need help, seek support and assistance from your Scout leader, parent, or other trusted adult.



for many

ture, and
n also

45

## ADVANCEMENT: PERSONAL SAFETY

Scouting can teach you much about being safe—and not just when you're building fires, using woods tools, or steering canoes through rapids. It can teach you to protect yourself from child abuse, from bullying, and from the dangers you can encounter on the Internet. Along your trail to Eagle, you will learn about keeping yourself safe in all these situations and more. *(See the back of this book for the official text of all rank requirements.)*

**SCOUT** With your parent or guardian, complete the exercises in the pamphlet *How to Protect Your Children From Child Abuse: A Parent's Guide.* Earn the Cyber Chip for your grade.

**TENDERFOOT** Explain the importance of keeping yourself safe using the buddy system on outings and in your neighborhood, and demonstrate the buddy system by using it on a troop or patrol outing.

**SECOND CLASS** Explain the three R's of personal safety and protection. Describe what a bully is and what an appropriate response would be to someone who is bullying you or someone else.



## CHILD ABUSE AND NEGLECT

The vast majority of adults want only what is best for the young people in their care. Some adults, however, are guilty of abuse and neglect. In fact, police departments and social-service agencies receive more than 3 million reports of child abuse each year.

**Abuse** happens when a child or older youth is harmed or threatened with harm by a person responsible for that child's or youth's care. **Neglect** happens when a person responsible for the care of a child or youth fails to provide for that person's needs. Abuse and neglect affect people from infancy through their teenage years.

### NEGLECT

Someone has been neglected if the persons he or she depends on do not provide food, clothing, shelter, medical care, education, and supervision. When these basic needs are withheld deliberately, not because the parents or caregivers don't have much money, it is considered neglect.



**PHYSIC**

Physical a
responsible fo
punishment o
include bruis

**SEXUAL A**

When an ad
someone else in
molester. The m
the child or your

The BSA's Yo
and training cou
abuse. Your parer
the training, espe
activity, and your
Protection trainin

## SCOUTIN

To keep Scouts
These policies prot
leaders avoid situat
Barriers to Abuse, y
way, such as adheri
declining to give yo
these barriers can h

**Two-deep leader**
registered adult lead
parent or another ad
adults must be 21 ye
there if needed.

## PHYSICAL ABUSE

Physical abuse is the deliberate injury of a child or youth by a person responsible for his or her care. Physical abuse often stems from unreasonable punishment or from punishment that is too harsh. Physical-abuse injuries can include bruises, broken bones, burns, and abrasions.



## EMOTIONAL ABUSE

Emotional abuse harms the mind and spirit, not the body. Someone suffers from emotional abuse when constantly ridiculed, rejected, blamed, or compared unfavorably with brothers or sisters or other children. Expecting too much from a child or youth in academics, athletics, or other areas is a common cause of emotional abuse by parents or other adults.

## SEXUAL ABUSE

When an adult or an older child uses his or her authority to involve someone else in sexual activity, it is sexual abuse, and that person is a child molester. The molester might use tricks, bribes, threats, or force to persuade the child or youth to join in sexual activity.

The BSA's Youth Protection program includes policies and training courses designed to keep Scouts safe from child abuse. Your parents and other adults are encouraged to take the training, especially before participating in any Scouting activity, and your Scouting leaders must complete Youth Protection training every two years.

## SCOUTING'S BARRIERS TO ABUSE

To keep Scouts safe, the BSA has adopted policies called Barriers to Abuse. These policies protect the safety and well-being of Scouts while helping adult leaders avoid situations that could be misunderstood. By learning about the Barriers to Abuse, you will understand why your leaders do things a certain way, such as adhering to the policy of no one-on-one contact with Scouts by declining to give you rides home from troop meetings. Understanding how these barriers can help you stay safe can be applied in all situations.

**Two-deep leadership on all outings is required.** At minimum, two registered adult leaders, or one registered leader and a participating Scout's parent or another adult, are required for all trips and outings. One of these adults must be 21 years of age or older. All youth need to know that adults are there if needed.

397

**One-on-one contact between adults and youth members is prohibited.** In situations requiring a personal conference, the meeting is to be conducted with the knowledge and in view of other adults and/or youth.

**Two-deep leadership and no one-on-one contact between adults and youth members includes digital communication.** Leaders may not have one-on-one private online communications or engage one-on-one in other



digital activities (games, social media, etc.) with youth members. Leaders should copy a parent and another leader in digital and online communication, ensuring no one-on-one contact exists in text, social media, or other forms of online or digital communication.

**Age-appropriate and separate accommodations for adults and Scouts are required.** *Tenting.* When camping, no one is permitted to sleep in the tent of a person of the opposite sex or an adult other than his or her own spouse, parent, or guardian. Assigning youth members more than two years apart in age to sleep in the same tent should be avoided unless the youth are relatives. *Shower Facilities.* Whenever possible, separate shower and latrine facilities should be provided for male/female adults and male/female youth. If separate facilities are not available, separate shower times should be scheduled and posted.

**The buddy system should be used at all times.** The buddy system is a safety measure for all Scouting activities. Buddies should know and be comfortable with each other. Self-selection with no more than two years difference in age or with significant differences in maturity should be strongly encouraged. When necessary, a buddy team may consist of three Scouts. No youth should ever be forced into or made to feel uncomfortable by a buddy assignment.

**Privacy of youth is respected.** Adult leaders and youth must respect each other's privacy, especially in situations such as changing clothes and taking showers at camp. Adults may enter youth changing or showering areas only to the extent that health and safety requires. Adults must protect their own privacy in similar situations.

Inappropriate use of prohibited. Although ...ing devices respon... ...de the privacy of ot ...ding or transmitti ...other areas where pr

**No secret organiza** ...izations as part o ...are open to observatio

**Youth leadership i:** monitor and guide th that BSA policies are

**Discipline must be** constructive and refle permitted. Disciplina prohibited. Example:

**Appropriate attir**

**No hazing.** Hazi as part of any Scout

**No bullying.** Ver

**All adult leaders** responsible for actin Physical violence, s weapons, hazing, d cyberbullying, thel place in the Scouti For more informa Youth Protection

**Trusted Adu**
A trusted adult counselor, relig approved and parents, with v in trouble. It's five or so trust people to turn your first choic the problem.



ers should
, ensuring
nline or

uts are
tent of a
e, parent,
ge to
*Shower*
uld be
ilities are

a safety
rtable
in age or
When
ever be

each
ing
only to
n privacy

**Inappropriate use of smartphones, cameras, or imaging or digital devices is prohibited.** Although most Scouts and leaders use cameras and other imaging devices responsibly, it is easy to unintentionally or inadvertently invade the privacy of other individuals. The use of any device capable of recording or transmitting visual images in or near shower houses, restrooms, or other areas where privacy is expected is inappropriate.

**No secret organizations.** The BSA does not recognize any secret organizations as part of its program. All aspects of the Scouting program are open to observation by parents and leaders.

**Youth leadership is monitored by adult leaders.** Adult leaders must monitor and guide the leadership techniques used by youth leaders and ensure that BSA policies are followed.

**Discipline must be constructive.** Discipline used in Scouting must be constructive and reflect Scouting's values. Corporal punishment is never permitted. Disciplinary activities involving isolation, humiliation, or ridicule are prohibited. Examples of positive discipline include verbal praise and high fives.

**Appropriate attire for all activities.** Proper clothing for activities is required.

**No hazing.** Hazing and initiations are prohibited and may not be included as part of any Scouting activity.

**No bullying.** Verbal, physical, and cyberbullying are prohibited in Scouting.

**All adult leaders and youth members have responsibility.** Everyone is responsible for acting in accordance with the Scout Oath and Scout Law. Physical violence, sexual activity, emotional abuse, spiritual abuse, unauthorized weapons, hazing, discrimination, harassment, initiation rites, bullying, cyberbullying, theft, verbal insults, drugs, alcohol, or pornography have no place in the Scouting program and may result in revocation of membership. For more information, please see the BSA's *Guide to Safe Scouting* and other Youth Protection resources.

### Trusted Adults

A trusted adult is a parent, teacher, counselor, religious leader, or other adult, approved and agreed upon by your parents, with whom you can talk if you are in trouble. It's a good idea to keep a list of five or so trusted adults so you have several people to turn to in different situations or if your first choice is unavailable or is part of the problem.



## THE THREE R'S

While every situation is different, you can protect yourself from abuse by remembering the three R's of personal protection: recognize, respond, and report.

- **Recognize** that anyone could be a molester. You may have heard the term "stranger danger." While some strangers can be dangerous, a molester is usually a person you already know. It can be a brother, sister, teacher, neighbor, leader, or another youth who takes advantage of you or someone you know. Molesters can be very skilled at influencing young people, so be aware of situations that could put you at risk. If another youth or adult in a position of trust or authority asks you to do something you know is wrong or to keep a secret, they are violating personal safety rules and should be reported immediately to a parent, trusted adult, or Scout executive.

- **Respond** when someone is doing something that goes against your gut or against the safety guidelines. Getting away from the person and telling a trusted adult or parent what happened is one powerful way to respond. You can also say no, tell them to stop and leave you alone, and report them to a leader or trusted adult as soon as it is safe to do so. Sometimes our bodies freeze as a natural response when someone is doing something that feels concerning or dangerous. Even if you don't stop it or yell "no" in the moment, that's OK. You can still respond later by following up with a parent or trusted adult. Remember, it is not your fault. You are surrounded by people who are interested in you and your well-being. But sometimes the attention they pay crosses a boundary. If attention feels unwanted or inappropriate, say no and don't be embarrassed to run away, yell, or cause a commotion. Resistance will stop most attempts at molestation. Tell a trusted adult immediately about this attempt and any future attempts.

- **Report** attempted or actual molestation or any activity that you think is wrong to a parent or other trusted adult. Any time someone does something to you that your instincts tell you is wrong, or that makes you feel threatened or uncomfortable, tell someone you trust. It's OK to ask for help. Reporting abuse prevents further abuse and helps protect other potential victims. Be a buddy; if you see, suspect, or hear that another youth is experiencing abuse, be brave and tell a trusted adult.

To help you learn how to put the three R's into action, the BSA has developed a special video called *A Time to Tell*. Your troop is encouraged to show this video once a year, but you could also watch and discuss the video with your parents or guardians.

### Grooming

Child molest
another victir
an intended
He will say t
understand it
gained your
that seems h

To keep the
try to convinc
or that you s
solely respor
should ask y
favor, or mor

If you think yc
This can be h

## BEING

When you j
of Scouting fou
slogan. But the
dangerous situa

Sometimes
create an oppor
personal safety.

### THE FIVE

The five rul

1. **Use your**
   a parent c

2. **Check firs**
   anywhere

3. **Use the bu**
   activities i

4. **Trust your**
   instincts w

5. **No secrets**
   activities tl

### Grooming

Child molesters are sneaky criminals. Instead of physically attacking you or another victim outright, a molester will gradually build a relationship with you or an intended victim, showering you or that person with gifts and special attention. He will say that your friendship is special and that other people wouldn't understand it. He will want you to keep secrets and violate rules. Once he has gained your trust, he will slowly try to convince you to engage in sexual activity that seems harmless at first but gradually gets more serious.

To keep the victim from reporting the abuse to a trusted adult, the molester will try to convince you that he is equally responsible for the inappropriate behavior or that you somehow caused or encouraged it. This is not true; molesters are solely responsible for the abuse they inflict. No parent, leader, or other youth should ask you to do anything inappropriate in order to receive a gift, reward, favor, or money to participate in the Scouting program.

If you think you are being groomed or abused, talk to a trusted adult immediately. This can be hard to do, but remember that a Scout is brave.

## BEING A GOOD—AND SAFE—SCOUT

When you joined Scouting, you promised to be faithful to the rules of Scouting found in the Scout Oath, Scout Law, Scout motto, and Scout slogan. But these rules don't require you to put yourself in potentially dangerous situations.

Sometimes people who really do not need help will ask for it in order to create an opportunity for abuse. You should be familiar with five rules of personal safety.

### THE FIVE RULES OF PERSONAL SAFETY

The five rules of personal safety are:

1. **Use your network of trusted adults.** You have the right to say no and tell a parent or trusted adult what happened.

2. **Check first.** Always check with a trusted adult before agreeing to go anywhere with another person.

3. **Use the buddy system.** Go with a friend or buddy when participating in activities inside and outside of Scouting.

4. **Trust your gut instinct, the "uh oh" feeling.** Trust your gut feelings and instincts when something feels wrong.

5. **No secrets.** It is not OK for others to ask you to keep secrets about activities that they would not want your parents to know about.

The Scout Law also states that a Scout is obedient—but that does not mean you have to obey an adult or another youth when that person tells you to do something that you feel is wrong or that makes you uncomfortable. In these situations, talk with your parent or a trusted adult about concerns.

A Scout is brave. Telling a trusted adult when you think a friend is being abused or neglected is a Good Turn that could even save a life.

## Personal Safety Rights

When feeling threatened, you have the right to

- Trust your instincts or feelings.
- Expect privacy.
- Say no to unwanted touching or affection.
- Say no to anyone's inappropriate demands and requests.
- Withhold information that could jeopardize your safety.
- Refuse gifts.
- Be rude or unhelpful if the situation warrants.
- Run, scream, and make a scene.
- Physically fight off unwanted advances.
- Ask for help.



## TAKING CARE OF YOURSELF WHEN YOU ARE ALONE



If your parents or guardians have given you the responsibility of taking care of yourself when they are away from home, discuss with them what they expect of you when you are on your own. An important step can be making a list of contact numbers and keeping it near a telephone or in your mobile phone. Having these numbers handy will give you plenty of trusted adults you can call if you have questions or need help.

Your parents or guardians may set guidelines for you to follow when you are at home by yourself. Perhaps they'll ask that you not invite friends over during those hours. They may ask that you call them if you plan to leave. Remember: A Scout is trustworthy. Show by your actions that you can be trusted.

### Emergency C

Use this example list in a safe, conv into your mobile p

Emergency respor

Parent or guardiar

Parent's or guardic

Nearest relative:

Trusted adult (lead

Scout leader:

Religious leader:

## MAKING

Common sense, choices and allow yo have can prepare yo a vision of what is ri Scout Law will prov

### GOOD JUDG

Your friends are being with them and on one another for s Good friends can be

A good friend wi age you to get your play, and he'll ask yo advancement. If you you out. And you w

Choose friends w open to those who a Differences in race, c but those differences ing of other people a friendship, too, but l surprised to discover much you can share

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

FILED

2021 AUG 16  AM 10: 58

| | | |
|---|---|---|
| In re: | Chapter 11 | CLERK<br>US BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |
| BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC | Case No. 20-10343 (LSS) | |
| Debtors.[1] | (Jointly Administered) | |

## AFFIDAVIT OF SERVICE

I ▮▮▮▮▮▮▮▮▮▮▮▮ depose and say that I am abuse claimant 242 in the above-captioned case, and am not represented by counsel.

On August 13ᵗʰ, 2021, I served true and correct copies of the following document by email upon the persons set forth in the attached **Exhibit A**. On August 13ᵗʰ, 2021, I served true and correct copies of the following document by First Class mail, postage prepaid, upon the persons set forth in the attached **Exhibit B**.

- **Supplemental Objection of Abuse Claimant 242 to the Disclosure Statement and Plan**

*Dated:* August 13ᵗʰ, 2021

State of Michigan

County of Ingham

Subscribed and sworn to (or affirmed) before me on this 13 day of August , 20 21 , by ▮▮▮▮▮▮ e basis of satisfactory evidence to be the person who appeared

---

1   The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

# **Exhibit A: Email Service List**

| Party | Firm | Individual | E-mail address |
|-------|------|------------|----------------|
| Debtors | White & Case LLP | Jessica C. Lauria (Boelter) | jessica.lauria@whitecase.com |
| | | Michael C. Andolina | mandolina@whitecase.com |
| | | Matthew E. Linder | mlinder@whitecase.com |
| | | Laura E. Baccash | laura.baccash@whitecase.com |
| | | Blair Warner | blair.warner@whitecase.com |
| | Morris, Nichols, Arsht & Tunnell LLP | Derek C. Abbott | dabbott@morrisnichols.com |
| | | Andrew R. Remming | aremming@morrisnichols.com |
| | | Paige N. Topper | ptopper@morrisnichols.com |
| U.S. Trustee | U.S. Department of Justice | David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| | | Hannah M. McCollum | hannah.mccollum@usdoj.gov |
| Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP, | James I. Stang | jstang@pszjlaw.com |
| | | John A. Morris | jmorris@pszjlaw.com |
| | | James E. O'Neill | joneill@pszjlaw.com |
| | | John W. Lucas | jlucas@pszjlaw.com |
| Creditors' Committee | Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | tmayer@kramerlevin.com |
| | | Rachael Ringer | rringer@kramerlevin.com |
| | | David E. Blabey, Jr. | dblabey@kramerlevin.com |
| | | Jennifer R. Sharret | jsharret@kramerlevin.com |
| | | Megan M. Wasson | mwasson@kramerlevin.com |
| Future Claimants' Representative | Young Conaway Stargatt & Taylor, LLP | Robert S. Brady | rbrady@ycst.com |
| | | Edwin J. Harron | eharron@ycst.com |
| | | Sharon M. Zieg | szieg@ycst.com |
| JPMorgan Chase Bank National Association | Norton Rose Fulbright US LLP | Louis R. Strubeck | louis.strubeck@nortonrosefulbright.com |
| | | Kristian W. Gluck | kristian.gluck@nortonrosefulbright.com |
| | | | |

# **Exhibit B: Postal Service List**

White & Case LLP
ATTN: Jessica Lauria
1221 Avenue of the Americas
New York, New York 10020

White & Case LLP
ATTN: Mike Andolina, Matt Linder, Laura
Baccash or Blair Warner
111 South Wacker Drive
Chicago, Illinois 60606

Morris, Nichols, Arsht & Tunnell LLP
ATTN: Derek Abbott, Andrew Remming,
Eric Moats, or Paige Topper
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347

U.S. Trustee
ATTN: David Buchbinder
or Hannah McCollum
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801

Pachulski Stang Ziehl & Jones LLP
ATTN: Jim Stang, John Morris, Jim O'Neill
or John Lucas
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801

Kramer Levin Naftalis & Frankel LLP
ATTN: Tom Moers, Rachel Ringer,
David Blabey, Jen Sharret,
or Megan Wasson
1177 Avenue of the Americas
New York, New York 10036

Young Conaway Stargatt & Taylor, LLP
ATTN: Bob Brady, Edwin Harron,
or Sharon Zieg
1000 North King Street
Wilmington, Delaware 19801

Norton Rose Fulbright US LLP
ATTN: Louis Strubeck or Kristian Gluck
2200 Ross Avenue, Dallas, Texas 75201-7932

O'Melveny & Myers LLP
ATTN: Tancred Schiavoni
7 Times Square
New York, New York 10036-6537

Andrew Pickett Law
ATTN: Andrew Pickett
927 E New Haven Ave, Ste 201
Melbourne, FL 32901