# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| BOY SCOUTS OF AMERICA AND ) | |
| DELAWARE BSA, LLC ) | Case No. 20-10343 (LSS) |
| ) | |
| ) | Jointly Administered |
| ) | |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE REGARDING
## THE ZALKIN LAW FIRM CLAIMANTS' SUPPLEMENTAL OBJECTION TO THE ADEQUACY OF DEBTORS' DISCLOSURE STATEMENT
## IN SUPPORT OF AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND OBJECTION TO THE DEBTORS' REVISED
## PROPOSED SOLICITATION PROCEDURES ORDER

I, William Kelleher, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing *Zalkin Law Firm Claimaints' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Soliciation Procedures Order* to be filed and served via CM/ECF on all parties requesting electronic notification in this case, unless otherwise noted.

DATED: August 16, 2021         */s/ William M. Kelleher*
                              William M. Kelleher, Esq. (DE. Bar No. 3961)
                              **GORDON FOURNARIS & MAMMARELLA, P.A.**
                              1925 Lovering Avenue
                              Wilmington, DE 19806
                              Tel: 302-652-2900
                              Fax: 302-652-1142 (telefax)
                              BKelleher@gfmlaw.com

                              and

                              Irwin Zalkin, Esq. (Admitted Pro Hac Vice)
                              Devin Storey, Esq. (Admitted Pro Hac Vice)
                              Kristian Roggendorf, Esq. (Admitted Pro Hac Vice)

**THE ZALKIN LAW FIRM, P.C.**
10590 W. Ocean Air Dr. #125
San Diego, CA 92130
Tel: 858-259-3011
Fax: 858-259-3015

*Amitted Pro Hac Vice*

{GFM-01561841.DOC-}