# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 5466 and 5682** |

## JOINDER TO OBJECTION TO THE ADEQUACY OF DEBTORS' DISCLOSURE STATEMENT IN SUPPORT OF AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND OBJECTION TO THE DEBTORS' REVISED PROPOSED SOLICITATION PROCEDURES ORDER

The claimants represented by the undersigned counsel, and set out by claim number in Exhibit A, join the Objection to Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and to the Debtor's Revised Proposed Solicitation Procedures Order [D.I. 3265, 5964].

Respectfully submitted,

Dated: August 16, 2021
Wilmington, Delaware

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

- and -

**FAIRFIELD & ASSOCIATES**

Amy Fairfield, Esquire
10 Stony Brook Lane
Lyman, ME 04002
Phone: 207-985-9465
amy@fairfieldandassociates.com

*Counsel to the Fairfield & Associates Claimants*

# EXHIBIT A

The foregoing Joinder to Objection to Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and to the Debtor's Revised Proposed Solicitation Procedures Order was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim. The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.

| | | | | |
|---|---|---|---|---|
| **SA-93493** | | | | |
| **SA-94125** | | | | |
| **SA-94243** | | | | |
| **SA-93144** | | | | |
| **SA-94220** | | | | |
| **SA-94122** | | | | |
| **SA-93948** | | | | |
| **SA-93457** | | | | |
| **SA-94017** | | | | |
| **SA-93503** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |