IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 3268, 5485 & 5488 |

**SUPPLEMENTAL OBJECTION
OF CLAIMANT SA-35 TO THE DEBTORS' AMENDED
DISCLOSURE STATEMENT FOR THE FOURTH AMENDED CHAPTER
11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC AND JOINDER IN OBJECTIONS TO THE NOTICE
OF FILING OF REVISED PROPOSED SOLICITATION PROCEDURES ORDER**

Claimant SA-35 (the "Claimant"), by and through his undersigned counsel, hereby files this supplemental objection to the *Amended Disclosure Statement for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (the "Disclosure Statement") [D.I. 5485], and joins in all other objections filed by similarly situated claimants (collectively, the "Objections") to the Disclosure Statement and to the Debtors' *Notice of Filing of Revised Proposed Solicitation Procedures Order* (the "Solicitation Procedures") [D.I. 5488].

**JOINDER AND RESERVATION OF RIGHTS**

1.      Claimant is a survivor of childhood sexual abuse who filed a Sexual Abuse Survivor Proof of Claim (the "Proof of Claim"). The details and events giving rise to Claimant's claim are contained in the Proof of Claim.

2.      On May 6, 2021, Claimant filed the *Objection to the Debtors' Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Delaware BSA, LLC and Joinder in the Objection of the Tort Claimants' Committee* [D.I. 3268]. Claimant re-asserts and restates the facts, legal arguments, and objections made in the prior objection.

3. Claimant hereby joins in the Objections and requests that any relief afforded pursuant to the Objections be granted as to Claimant. Claimant reserves the right to supplement or amend this Joinder and further reserves the right to participate in any hearing on the Disclosure Statement, the Solicitation Procedures or the Objections, including to present argument and examine witnesses. Claimant further reserves its rights with respect to its claims.

Dated: August 16, 2021
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email: gibson@teamrosner.com

*Counsel for Claimant SA-35*