# APPENDIX A

The foregoing Objection to the Adequacy of Disclosure Statement in Support of Debtors' Second Amended Chapter 11 Plan of Reorganization was filed on behalf of the following creditors, each of whom filed a Sexual Abuse Survivor Proof of Claim and are represented by Zuckerman Spaeder LLP, individually or jointly with other firms. The numbers below are the claim numbers of the Zuckerman Claimants.

| | | | |
|---|---|---|---|
| SA - 101384 | SA - 16877 | SA - 17644 | SA - 17959 |
| SA - 101967 | SA - 16889 | SA - 17654 | SA - 17961 |
| SA - 102335 | SA - 16907 | SA - 17659 | SA - 17962 |
| SA - 102364 | SA - 16916 | SA - 17665 | SA - 17965 |
| SA - 103190 | SA - 17038 | SA - 17689 | SA - 17970 |
| SA - 103197 | SA - 17071 | SA - 17690 | SA - 17971 |
| SA - 10323 | SA - 17072 | SA - 17692 | SA - 17972 |
| SA - 103353 | SA - 17086 | SA - 17693 | SA - 17974 |
| SA - 103357 | SA - 17090 | SA - 17707 | SA - 17977 |
| SA - 103415 | SA - 17114 | SA - 17722 | SA - 17978 |
| SA - 103869 | SA - 17123 | SA - 17741 | SA - 17983 |
| SA - 104173 | SA - 17142 | SA - 17744 | SA - 17993 |
| SA - 104178 | SA - 17156 | SA - 17774 | SA - 18011 |
| SA - 104315 | SA - 17164 | SA - 17794 | SA - 18014 |
| SA - 104628 | SA - 17167 | SA - 17798 | SA - 18017 |
| SA - 105121 | SA - 17203 | SA - 17821 | SA - 18031 |
| SA - 105881 | SA - 17239 | SA - 17839 | SA - 18040 |
| SA - 105902 | SA - 17245 | SA - 17866 | SA - 18063 |
| SA - 105922 | SA - 17268 | SA - 17877 | SA - 18096 |
| SA - 106021 | SA - 17277 | SA - 17886 | SA - 18104 |
| SA - 106087 | SA - 17362 | SA - 17890 | SA - 18130 |
| SA - 106344 | SA - 17378 | SA - 17903 | SA - 18135 |
| SA - 106345 | SA - 17396 | SA - 17905 | SA - 18179 |
| SA - 106526 | SA - 17416 | SA - 17914 | SA - 18186 |
| SA - 108832 | SA - 17424 | SA - 17922 | SA - 18192 |
| SA - 11956 | SA - 17466 | SA - 17923 | SA - 18204 |
| SA - 12095 | SA - 17469 | SA - 17924 | SA - 18213 |
| SA - 14078 | SA - 17472 | SA - 17926 | SA - 18217 |
| SA - 16471 | SA - 17473 | SA - 17940 | SA - 18222 |
| SA - 16543 | SA - 17477 | SA - 17942 | SA - 18247 |
| SA - 16615 | SA - 17479 | SA - 17942 | SA - 18248 |
| SA - 16628 | SA - 17507 | SA - 17944 | SA - 18279 |
| SA - 16634 | SA - 17546 | SA - 17945 | SA - 18291 |
| SA - 16637 | SA - 17564 | SA - 17946 | SA - 18296 |
| SA - 16661 | SA - 17577 | SA - 17947 | SA - 18307 |
| SA - 16673 | SA - 17601 | SA - 17948 | SA - 18311 |
| SA - 16746 | SA - 17618 | SA - 17952 | SA - 18318 |
| SA - 16782 | SA - 17628 | SA - 17953 | SA - 18320 |
| SA - 16851 | SA - 17635 | SA - 17958 | SA - 18321 |

7891472.1

| | | | |
|---|---|---|---|
| SA - 18325 | SA - 18650 | SA - 18929 | SA - 19219 |
| SA - 18338 | SA - 18653 | SA - 18931 | SA - 19233 |
| SA - 18344 | SA - 18654 | SA - 18936 | SA - 19269 |
| SA - 18351 | SA - 18666 | SA - 18940 | SA - 19270 |
| SA - 18353 | SA - 18671 | SA - 18950 | SA - 19271 |
| SA - 18354 | SA - 18684 | SA - 18951 | SA - 19273 |
| SA - 18358 | SA - 18690 | SA - 18955 | SA - 19322 |
| SA - 18359 | SA - 18694 | SA - 18960 | SA - 19336 |
| SA - 18360 | SA - 18702 | SA - 18961 | SA - 19347 |
| SA - 18368 | SA - 18709 | SA - 18966 | SA - 19356 |
| SA - 18370 | SA - 18710 | SA - 18974 | SA - 19399 |
| SA - 18380 | SA - 18713 | SA - 18982 | SA - 19402 |
| SA - 18382 | SA - 18714 | SA - 18988 | SA - 19421 |
| SA - 18385 | SA - 18719 | SA - 18991 | SA - 19466 |
| SA - 18391 | SA - 18724 | SA - 18996 | SA - 19468 |
| SA - 18395 | SA - 18727 | SA - 19005 | SA - 19485 |
| SA - 18397 | SA - 18729 | SA - 19006 | SA - 19492 |
| SA - 18408 | SA - 18738 | SA - 19007 | SA - 19506 |
| SA - 18410 | SA - 18748 | SA - 19011 | SA - 19507 |
| SA - 18412 | SA - 18761 | SA - 19017 | SA - 19513 |
| SA - 18429 | SA - 18763 | SA - 19053 | SA - 19514 |
| SA - 18438 | SA - 18774 | SA - 19055 | SA - 19518 |
| SA - 18440 | SA - 18777 | SA - 19059 | SA - 19519 |
| SA - 18446 | SA - 18789 | SA - 19065 | SA - 19524 |
| SA - 18463 | SA - 18790 | SA - 19070 | SA - 19526 |
| SA - 18471 | SA - 18806 | SA - 19074 | SA - 19562 |
| SA - 18479 | SA - 18809 | SA - 19084 | SA - 19571 |
| SA - 18484 | SA - 18822 | SA - 19090 | SA - 19575 |
| SA - 18490 | SA - 18823 | SA - 19094 | SA - 19577 |
| SA - 18495 | SA - 18825 | SA - 19097 | SA - 19584 |
| SA - 18496 | SA - 18828 | SA - 19098 | SA - 19586 |
| SA - 18515 | SA - 18831 | SA - 19099 | SA - 19592 |
| SA - 18517 | SA - 18832 | SA - 19103 | SA - 19604 |
| SA - 18521 | SA - 18854 | SA - 19108 | SA - 19608 |
| SA - 18522 | SA - 18856 | SA - 19117 | SA - 19614 |
| SA - 18534 | SA - 18857 | SA - 19122 | SA - 19616 |
| SA - 18544 | SA - 18858 | SA - 19147 | SA - 19632 |
| SA - 18548 | SA - 18859 | SA - 19148 | SA - 19656 |
| SA - 18559 | SA - 18861 | SA - 19156 | SA - 19695 |
| SA - 18561 | SA - 18862 | SA - 19169 | SA - 19714 |
| SA - 18567 | SA - 18863 | SA - 19179 | SA - 19733 |
| SA - 18572 | SA - 18866 | SA - 19187 | SA - 19738 |
| SA - 18578 | SA - 18872 | SA - 19193 | SA - 19755 |
| SA - 18602 | SA - 18910 | SA - 19203 | SA - 19773 |
| SA - 18625 | SA - 18916 | SA - 19210 | SA - 19774 |
| SA - 18642 | SA - 18920 | SA - 19217 | SA - 19778 |

7891472.1

| | | | |
|---|---|---|---|
| SA - 1978 | SA - 20110 | SA - 20413 | SA - 20936 |
| SA - 19788 | SA - 20159 | SA - 20431 | SA - 20976 |
| SA - 19789 | SA - 20162 | SA - 20440 | SA - 20986 |
| SA - 19798 | SA - 20163 | SA - 20447 | SA - 21008 |
| SA - 19802 | SA - 20187 | SA - 20461 | SA - 21040 |
| SA - 19805 | SA - 20194 | SA - 20468 | SA - 21049 |
| SA - 19813 | SA - 20196 | SA - 20499 | SA - 21071 |
| SA - 19823 | SA - 20212 | SA - 20520 | SA - 21081 |
| SA - 19828 | SA - 20220 | SA - 20533 | SA - 21083 |
| SA - 19829 | SA - 20226 | SA - 20541 | SA - 21113 |
| SA - 19838 | SA - 20231 | SA - 20581 | SA - 21123 |
| SA - 19843 | SA - 20238 | SA - 20599 | SA - 21124 |
| SA - 19849 | SA - 20241 | SA - 20606 | SA - 21125 |
| SA - 19857 | SA - 20256 | SA - 20627 | SA - 21139 |
| SA - 19861 | SA - 20261 | SA - 20633 | SA - 21181 |
| SA - 19865 | SA - 20263 | SA - 20640 | SA - 21185 |
| SA - 19867 | SA - 20266 | SA - 20654 | SA - 21225 |
| SA - 19868 | SA - 20268 | SA - 20655 | SA - 21275 |
| SA - 19873 | SA - 20270 | SA - 20678 | SA - 21292 |
| SA - 19892 | SA - 20278 | SA - 20704 | SA - 21326 |
| SA - 19898 | SA - 20279 | SA - 20711 | SA - 21336 |
| SA - 19917 | SA - 20280 | SA - 20720 | SA - 21338 |
| SA - 19920 | SA - 20285 | SA - 20733 | SA - 21356 |
| SA - 19923 | SA - 20286 | SA - 20737 | SA - 21359 |
| SA - 19939 | SA - 20293 | SA - 20757 | SA - 21366 |
| SA - 19956 | SA - 20294 | SA - 20758 | SA - 21383 |
| SA - 19959 | SA - 20295 | SA - 20759 | SA - 21393 |
| SA - 19965 | SA - 20297 | SA - 20778 | SA - 21402 |
| SA - 19980 | SA - 20300 | SA - 20785 | SA - 21408 |
| SA - 19996 | SA - 20302 | SA - 20786 | SA - 21417 |
| SA - 20006 | SA - 20305 | SA - 20792 | SA - 21447 |
| SA - 20007 | SA - 20307 | SA - 20794 | SA - 21449 |
| SA - 20011 | SA - 20312 | SA - 20798 | SA - 21478 |
| SA - 20013 | SA - 20317 | SA - 20829 | SA - 21481 |
| SA - 20018 | SA - 20319 | SA - 20833 | SA - 21485 |
| SA - 20019 | SA - 20322 | SA - 20835 | SA - 21507 |
| SA - 20026 | SA - 20326 | SA - 20851 | SA - 21512 |
| SA - 20030 | SA - 20327 | SA - 20856 | SA - 21519 |
| SA - 20032 | SA - 20340 | SA - 20891 | SA - 21520 |
| SA - 20045 | SA - 20341 | SA - 20898 | SA - 21532 |
| SA - 20051 | SA - 20342 | SA - 20906 | SA - 21535 |
| SA - 20054 | SA - 20343 | SA - 20915 | SA - 21539 |
| SA - 20057 | SA - 20346 | SA - 20922 | SA - 21542 |
| SA - 20060 | SA - 20385 | SA - 20929 | SA - 21543 |
| SA - 20061 | SA - 20396 | SA - 20930 | SA - 21562 |
| SA - 20063 | SA - 20402 | SA - 20932 | SA - 21568 |

7891472.1

| | | | |
|---|---|---|---|
| SA - 21569 | SA - 23428 | SA - 23880 | SA - 24931 |
| SA - 21597 | SA - 23437 | SA - 23882 | SA - 24939 |
| SA - 21610 | SA - 23441 | SA - 23883 | SA - 24941 |
| SA - 21612 | SA - 23442 | SA - 23903 | SA - 24946 |
| SA - 21617 | SA - 23443 | SA - 24224 | SA - 24977 |
| SA - 21635 | SA - 23450 | SA - 24244 | SA - 24986 |
| SA - 21672 | SA - 23452 | SA - 24251 | SA - 24991 |
| SA - 21690 | SA - 23459 | SA - 24264 | SA - 24993 |
| SA - 21693 | SA - 23465 | SA - 24271 | SA - 24994 |
| SA - 21715 | SA - 23476 | SA - 24275 | SA - 24999 |
| SA - 21719 | SA - 23480 | SA - 24279 | SA - 25009 |
| SA - 21732 | SA - 23503 | SA - 24281 | SA - 25012 |
| SA - 21736 | SA - 23511 | SA - 24291 | SA - 25013 |
| SA - 21753 | SA - 23539 | SA - 24301 | SA - 25015 |
| SA - 21766 | SA - 23540 | SA - 24303 | SA - 25016 |
| SA - 21787 | SA - 23547 | SA - 24306 | SA - 25018 |
| SA - 21795 | SA - 23549 | SA - 24320 | SA - 25019 |
| SA - 21804 | SA - 23556 | SA - 24340 | SA - 25022 |
| SA - 21853 | SA - 23559 | SA - 24345 | SA - 25030 |
| SA - 21858 | SA - 23561 | SA - 24348 | SA - 25039 |
| SA - 21881 | SA - 23576 | SA - 24357 | SA - 25043 |
| SA - 21897 | SA - 23577 | SA - 24362 | SA - 25045 |
| SA - 21913 | SA - 23582 | SA - 24371 | SA - 25047 |
| SA - 21929 | SA - 23635 | SA - 24391 | SA - 25049 |
| SA - 21933 | SA - 23647 | SA - 24412 | SA - 25050 |
| SA - 21936 | SA - 23659 | SA - 24422 | SA - 25051 |
| SA - 21947 | SA - 23662 | SA - 24434 | SA - 25052 |
| SA - 21954 | SA - 23665 | SA - 24556 | SA - 25053 |
| SA - 21962 | SA - 23668 | SA - 24561 | SA - 25054 |
| SA - 21964 | SA - 23673 | SA - 24578 | SA - 25055 |
| SA - 21966 | SA - 23674 | SA - 24583 | SA - 25056 |
| SA - 21989 | SA - 23679 | SA - 24593 | SA - 25057 |
| SA - 21994 | SA - 23688 | SA - 24635 | SA - 25059 |
| SA - 21995 | SA - 23716 | SA - 24654 | SA - 25060 |
| SA - 23332 | SA - 23721 | SA - 24670 | SA - 25062 |
| SA - 23333 | SA - 23733 | SA - 24751 | SA - 25066 |
| SA - 23336 | SA - 23735 | SA - 24756 | SA - 25071 |
| SA - 23338 | SA - 23758 | SA - 24781 | SA - 25072 |
| SA - 23389 | SA - 23783 | SA - 24782 | SA - 25073 |
| SA - 23390 | SA - 23823 | SA - 24791 | SA - 25074 |
| SA - 23391 | SA - 23832 | SA - 24799 | SA - 25075 |
| SA - 23393 | SA - 23839 | SA - 24812 | SA - 25076 |
| SA - 23396 | SA - 23859 | SA - 24820 | SA - 25077 |
| SA - 23399 | SA - 23871 | SA - 24822 | SA - 25078 |
| SA - 23409 | SA - 23875 | SA - 24824 | SA - 25079 |
| SA - 23421 | SA - 23876 | SA - 24827 | SA - 25080 |

7891472.1

| | | | |
|---|---|---|---|
| SA - 25083 | SA - 25247 | SA - 25688 | SA - 26113 |
| SA - 25084 | SA - 25248 | SA - 25690 | SA - 26121 |
| SA - 25085 | SA - 25250 | SA - 25721 | SA - 26126 |
| SA - 25086 | SA - 25255 | SA - 25735 | SA - 26131 |
| SA - 25087 | SA - 25273 | SA - 25740 | SA - 26140 |
| SA - 25088 | SA - 25274 | SA - 25741 | SA - 26141 |
| SA - 25089 | SA - 25280 | SA - 25745 | SA - 26146 |
| SA - 25090 | SA - 25299 | SA - 25757 | SA - 26168 |
| SA - 25091 | SA - 25303 | SA - 25761 | SA - 26173 |
| SA - 25092 | SA - 25322 | SA - 25765 | SA - 26188 |
| SA - 25100 | SA - 25327 | SA - 25774 | SA - 26200 |
| SA - 25105 | SA - 25329 | SA - 25780 | SA - 26201 |
| SA - 25108 | SA - 25332 | SA - 25784 | SA - 26202 |
| SA - 25110 | SA - 25333 | SA - 25785 | SA - 26203 |
| SA - 25114 | SA - 25341 | SA - 25788 | SA - 26205 |
| SA - 25121 | SA - 25345 | SA - 25792 | SA - 26211 |
| SA - 25123 | SA - 25347 | SA - 25794 | SA - 26215 |
| SA - 25125 | SA - 25348 | SA - 25813 | SA - 26226 |
| SA - 25126 | SA - 25351 | SA - 25833 | SA - 26238 |
| SA - 25129 | SA - 25352 | SA - 25835 | SA - 26241 |
| SA - 25131 | SA - 25353 | SA - 25841 | SA - 26253 |
| SA - 25136 | SA - 25354 | SA - 25862 | SA - 26270 |
| SA - 25137 | SA - 25355 | SA - 25875 | SA - 26274 |
| SA - 25143 | SA - 25356 | SA - 25901 | SA - 26277 |
| SA - 25147 | SA - 25358 | SA - 25917 | SA - 26278 |
| SA - 25159 | SA - 25360 | SA - 25926 | SA - 26284 |
| SA - 25169 | SA - 25367 | SA - 25934 | SA - 26304 |
| SA - 25183 | SA - 25368 | SA - 25970 | SA - 26313 |
| SA - 25186 | SA - 25372 | SA - 25977 | SA - 26315 |
| SA - 25187 | SA - 25374 | SA - 25978 | SA - 26319 |
| SA - 25198 | SA - 25376 | SA - 25979 | SA - 26324 |
| SA - 25204 | SA - 25380 | SA - 25987 | SA - 26331 |
| SA - 25205 | SA - 25388 | SA - 26002 | SA - 26346 |
| SA - 25207 | SA - 25410 | SA - 26003 | SA - 26355 |
| SA - 25209 | SA - 25419 | SA - 26012 | SA - 26381 |
| SA - 25212 | SA - 25429 | SA - 26032 | SA - 26382 |
| SA - 25216 | SA - 25484 | SA - 26035 | SA - 26387 |
| SA - 25218 | SA - 25498 | SA - 26040 | SA - 26391 |
| SA - 25226 | SA - 25546 | SA - 26048 | SA - 26401 |
| SA - 25229 | SA - 25571 | SA - 26063 | SA - 26409 |
| SA - 25230 | SA - 25589 | SA - 26066 | SA - 26415 |
| SA - 25236 | SA - 25610 | SA - 26071 | SA - 26424 |
| SA - 25237 | SA - 25617 | SA - 26076 | SA - 26433 |
| SA - 25239 | SA - 25628 | SA - 26087 | SA - 26439 |
| SA - 25241 | SA - 25646 | SA - 26089 | SA - 26441 |
| SA - 25243 | SA - 25673 | SA - 26109 | SA - 26447 |

7891472.1

| | | | |
|---|---|---|---|
| SA - 26449 | SA - 27179 | SA - 27683 | SA - 28354 |
| SA - 26471 | SA - 27180 | SA - 27688 | SA - 28360 |
| SA - 26490 | SA - 27182 | SA - 27693 | SA - 28366 |
| SA - 26498 | SA - 27183 | SA - 27702 | SA - 28376 |
| SA - 26530 | SA - 27191 | SA - 27713 | SA - 28380 |
| SA - 26567 | SA - 27195 | SA - 27721 | SA - 28381 |
| SA - 26593 | SA - 27197 | SA - 27725 | SA - 28393 |
| SA - 26852 | SA - 27201 | SA - 27738 | SA - 28394 |
| SA - 26854 | SA - 27203 | SA - 27750 | SA - 28395 |
| SA - 27006 | SA - 27204 | SA - 27772 | SA - 28401 |
| SA - 27007 | SA - 27206 | SA - 27773 | SA - 28406 |
| SA - 27008 | SA - 27207 | SA - 27821 | SA - 28435 |
| SA - 27009 | SA - 27211 | SA - 27827 | SA - 28482 |
| SA - 27010 | SA - 27224 | SA - 27904 | SA - 28486 |
| SA - 27011 | SA - 27257 | SA - 27913 | SA - 28490 |
| SA - 27012 | SA - 27268 | SA - 27926 | SA - 28493 |
| SA - 27013 | SA - 27277 | SA - 27928 | SA - 28496 |
| SA - 27014 | SA - 27278 | SA - 27932 | SA - 28507 |
| SA - 27015 | SA - 27288 | SA - 27933 | SA - 28509 |
| SA - 27017 | SA - 27302 | SA - 27942 | SA - 28527 |
| SA - 27020 | SA - 27303 | SA - 27948 | SA - 28529 |
| SA - 27022 | SA - 27311 | SA - 27964 | SA - 28531 |
| SA - 27025 | SA - 27312 | SA - 27985 | SA - 28553 |
| SA - 27026 | SA - 27318 | SA - 27989 | SA - 28563 |
| SA - 27029 | SA - 27329 | SA - 27998 | SA - 28566 |
| SA - 27047 | SA - 27357 | SA - 28013 | SA - 28574 |
| SA - 27055 | SA - 27437 | SA - 28030 | SA - 28580 |
| SA - 27062 | SA - 27455 | SA - 28036 | SA - 28581 |
| SA - 27075 | SA - 27458 | SA - 28038 | SA - 28584 |
| SA - 27078 | SA - 27579 | SA - 28054 | SA - 28641 |
| SA - 27086 | SA - 27580 | SA - 28082 | SA - 28658 |
| SA - 27090 | SA - 27584 | SA - 28088 | SA - 28675 |
| SA - 27092 | SA - 27592 | SA - 28134 | SA - 28678 |
| SA - 27099 | SA - 27599 | SA - 28168 | SA - 28700 |
| SA - 27102 | SA - 27613 | SA - 28179 | SA - 28701 |
| SA - 27108 | SA - 27619 | SA - 28226 | SA - 28704 |
| SA - 27109 | SA - 27622 | SA - 28234 | SA - 28714 |
| SA - 27116 | SA - 27649 | SA - 28257 | SA - 28730 |
| SA - 27125 | SA - 27651 | SA - 28268 | SA - 28737 |
| SA - 27130 | SA - 27661 | SA - 28281 | SA - 28741 |
| SA - 27137 | SA - 27665 | SA - 28284 | SA - 28747 |
| SA - 27149 | SA - 27672 | SA - 28295 | SA - 28760 |
| SA - 27155 | SA - 27675 | SA - 28309 | SA - 28770 |
| SA - 27159 | SA - 27677 | SA - 28310 | SA - 28791 |
| SA - 27165 | SA - 27680 | SA - 28320 | SA - 28809 |
| SA - 27174 | SA - 27682 | SA - 28347 | SA - 28811 |

7891472.1

| | | | |
|---|---|---|---|
| SA - 28833 | SA - 29175 | SA - 29721 | SA - 31151 |
| SA - 28836 | SA - 29177 | SA - 29723 | SA - 31154 |
| SA - 28849 | SA - 29181 | SA - 29730 | SA - 31180 |
| SA - 28867 | SA - 29184 | SA - 29740 | SA - 31202 |
| SA - 28881 | SA - 29226 | SA - 29742 | SA - 31207 |
| SA - 28891 | SA - 29231 | SA - 29757 | SA - 31217 |
| SA - 28896 | SA - 29249 | SA - 29765 | SA - 31234 |
| SA - 28897 | SA - 29262 | SA - 29785 | SA - 31270 |
| SA - 28947 | SA - 29282 | SA - 30060 | SA - 31281 |
| SA - 28949 | SA - 29286 | SA - 30231 | SA - 31294 |
| SA - 28955 | SA - 29295 | SA - 30308 | SA - 31305 |
| SA - 28968 | SA - 29299 | SA - 30318 | SA - 31314 |
| SA - 28971 | SA - 29300 | SA - 30621 | SA - 31315 |
| SA - 28981 | SA - 29314 | SA - 30622 | SA - 31346 |
| SA - 28984 | SA - 29319 | SA - 30624 | SA - 31377 |
| SA - 28986 | SA - 29320 | SA - 30679 | SA - 31379 |
| SA - 28988 | SA - 29321 | SA - 30714 | SA - 31400 |
| SA - 28990 | SA - 29332 | SA - 30734 | SA - 31406 |
| SA - 28993 | SA - 29334 | SA - 30738 | SA - 31410 |
| SA - 28998 | SA - 29336 | SA - 30760 | SA - 31416 |
| SA - 29008 | SA - 29344 | SA - 30771 | SA - 31426 |
| SA - 29010 | SA - 29371 | SA - 30784 | SA - 31444 |
| SA - 29012 | SA - 29398 | SA - 30800 | SA - 31453 |
| SA - 29014 | SA - 29403 | SA - 30813 | SA - 31471 |
| SA - 29015 | SA - 29444 | SA - 30815 | SA - 31504 |
| SA - 29030 | SA - 29459 | SA - 30821 | SA - 31588 |
| SA - 29038 | SA - 29468 | SA - 30825 | SA - 31628 |
| SA - 29044 | SA - 29478 | SA - 30851 | SA - 31648 |
| SA - 29050 | SA - 29486 | SA - 30861 | SA - 31667 |
| SA - 29077 | SA - 29495 | SA - 30863 | SA - 31669 |
| SA - 29079 | SA - 29501 | SA - 30874 | SA - 31817 |
| SA - 29090 | SA - 29527 | SA - 30879 | SA - 31828 |
| SA - 29092 | SA - 29537 | SA - 30901 | SA - 32004 |
| SA - 29097 | SA - 29538 | SA - 30915 | SA - 32285 |
| SA - 29105 | SA - 29551 | SA - 30983 | SA - 32346 |
| SA - 29107 | SA - 29552 | SA - 30991 | SA - 32358 |
| SA - 29109 | SA - 29571 | SA - 31006 | SA - 32376 |
| SA - 29125 | SA - 29579 | SA - 31007 | SA - 32378 |
| SA - 29129 | SA - 29589 | SA - 31028 | SA - 32380 |
| SA - 29137 | SA - 29593 | SA - 31031 | SA - 32394 |
| SA - 29139 | SA - 29657 | SA - 31059 | SA - 32409 |
| SA - 29141 | SA - 29690 | SA - 31073 | SA - 32410 |
| SA - 29142 | SA - 29696 | SA - 31075 | SA - 32419 |
| SA - 29151 | SA - 29698 | SA - 31084 | SA - 32440 |
| SA - 29152 | SA - 29701 | SA - 31093 | SA - 32450 |
| SA - 29162 | SA - 29702 | SA - 31139 | SA - 32460 |

7891472.1

| | | | |
|---|---|---|---|
| SA - 32474 | SA - 33116 | SA - 34650 | SA - 35391 |
| SA - 32485 | SA - 33154 | SA - 34659 | SA - 35394 |
| SA - 32502 | SA - 33168 | SA - 34668 | SA - 35413 |
| SA - 32509 | SA - 33181 | SA - 34690 | SA - 35418 |
| SA - 32523 | SA - 33187 | SA - 34721 | SA - 35429 |
| SA - 32553 | SA - 33201 | SA - 34722 | SA - 35455 |
| SA - 32554 | SA - 33202 | SA - 34724 | SA - 35474 |
| SA - 32571 | SA - 33204 | SA - 34731 | SA - 35496 |
| SA - 32574 | SA - 33206 | SA - 34763 | SA - 35527 |
| SA - 32577 | SA - 33207 | SA - 34768 | SA - 35577 |
| SA - 32582 | SA - 33208 | SA - 34784 | SA - 35625 |
| SA - 32616 | SA - 33209 | SA - 34787 | SA - 35643 |
| SA - 32618 | SA - 33210 | SA - 34789 | SA - 35738 |
| SA - 32620 | SA - 33211 | SA - 34795 | SA - 35874 |
| SA - 32637 | SA - 33354 | SA - 34821 | SA - 36001 |
| SA - 32642 | SA - 33366 | SA - 34849 | SA - 36003 |
| SA - 32646 | SA - 33381 | SA - 34855 | SA - 36033 |
| SA - 32648 | SA - 33396 | SA - 34858 | SA - 36045 |
| SA - 32654 | SA - 33426 | SA - 34870 | SA - 36054 |
| SA - 32659 | SA - 33434 | SA - 34875 | SA - 36056 |
| SA - 32684 | SA - 33703 | SA - 34878 | SA - 36068 |
| SA - 32697 | SA - 33717 | SA - 34894 | SA - 36075 |
| SA - 32703 | SA - 33809 | SA - 34900 | SA - 36084 |
| SA - 32706 | SA - 33821 | SA - 34912 | SA - 36085 |
| SA - 32737 | SA - 33890 | SA - 34913 | SA - 36086 |
| SA - 32739 | SA - 33957 | SA - 34915 | SA - 36087 |
| SA - 32743 | SA - 33963 | SA - 34917 | SA - 36088 |
| SA - 32754 | SA - 33997 | SA - 34925 | SA - 36090 |
| SA - 32757 | SA - 34022 | SA - 34975 | SA - 36265 |
| SA - 32772 | SA - 34052 | SA - 34984 | SA - 36267 |
| SA - 32776 | SA - 34079 | SA - 35020 | SA - 36276 |
| SA - 32782 | SA - 34110 | SA - 35024 | SA - 36277 |
| SA - 32786 | SA - 34205 | SA - 35035 | SA - 36278 |
| SA - 32790 | SA - 34208 | SA - 35078 | SA - 36279 |
| SA - 32807 | SA - 34259 | SA - 35079 | SA - 36280 |
| SA - 32813 | SA - 34471 | SA - 35102 | SA - 36281 |
| SA - 32833 | SA - 34479 | SA - 35116 | SA - 36284 |
| SA - 32861 | SA - 34502 | SA - 35150 | SA - 36285 |
| SA - 32886 | SA - 34516 | SA - 35177 | SA - 36288 |
| SA - 32937 | SA - 34558 | SA - 35228 | SA - 36290 |
| SA - 32960 | SA - 34567 | SA - 35264 | SA - 36291 |
| SA - 32970 | SA - 34571 | SA - 35275 | SA - 36305 |
| SA - 33000 | SA - 34577 | SA - 35288 | SA - 36310 |
| SA - 33014 | SA - 34603 | SA - 35386 | SA - 36319 |
| SA - 33018 | SA - 34623 | SA - 35388 | SA - 36321 |
| SA - 33061 | SA - 34645 | SA - 35390 | SA - 36362 |

7891472.1

| | | | |
|---|---|---|---|
| SA - 36363 | SA - 38718 | SA - 42509 | SA - 51482 |
| SA - 36373 | SA - 38720 | SA - 42605 | SA - 51657 |
| SA - 36375 | SA - 38721 | SA - 42966 | SA - 52116 |
| SA - 36376 | SA - 38748 | SA - 43069 | SA - 52129 |
| SA - 36379 | SA - 38749 | SA - 43395 | SA - 52244 |
| SA - 36380 | SA - 38750 | SA - 43417 | SA - 52271 |
| SA - 36383 | SA - 38815 | SA - 43616 | SA - 52334 |
| SA - 36384 | SA - 38853 | SA - 43737 | SA - 52373 |
| SA - 36385 | SA - 38911 | SA - 43767 | SA - 52386 |
| SA - 36389 | SA - 38923 | SA - 43967 | SA - 52412 |
| SA - 36395 | SA - 39038 | SA - 44416 | SA - 52449 |
| SA - 36466 | SA - 39158 | SA - 44609 | SA - 52475 |
| SA - 36618 | SA - 39224 | SA - 44652 | SA - 52627 |
| SA - 36627 | SA - 39243 | SA - 44722 | SA - 52718 |
| SA - 36662 | SA - 39305 | SA - 44973 | SA - 52784 |
| SA - 36671 | SA - 39467 | SA - 45115 | SA - 52859 |
| SA - 36881 | SA - 39506 | SA - 45169 | SA - 52897 |
| SA - 36916 | SA - 39515 | SA - 45850 | SA - 52923 |
| SA - 36971 | SA - 39648 | SA - 45866 | SA - 52998 |
| SA - 37179 | SA - 39784 | SA - 45882 | SA - 53005 |
| SA - 37263 | SA - 39957 | SA - 45940 | SA - 53108 |
| SA - 37294 | SA - 40074 | SA - 46071 | SA - 53126 |
| SA - 37343 | SA - 40333 | SA - 46282 | SA - 53257 |
| SA - 37360 | SA - 40567 | SA - 46403 | SA - 53325 |
| SA - 37390 | SA - 40604 | SA - 46478 | SA - 53400 |
| SA - 37411 | SA - 40931 | SA - 46522 | SA - 54039 |
| SA - 37614 | SA - 41232 | SA - 46559 | SA - 54058 |
| SA - 37639 | SA - 41236 | SA - 46606 | SA - 54091 |
| SA - 37679 | SA - 41455 | SA - 46713 | SA - 54457 |
| SA - 37707 | SA - 41478 | SA - 46874 | SA - 54590 |
| SA - 37746 | SA - 41538 | SA - 47011 | SA - 54640 |
| SA - 37835 | SA - 41566 | SA - 47326 | SA - 55177 |
| SA - 37850 | SA - 41677 | SA - 47363 | SA - 55598 |
| SA - 37960 | SA - 41701 | SA - 47474 | SA - 55735 |
| SA - 38023 | SA - 41744 | SA - 47508 | SA - 55964 |
| SA - 38092 | SA - 41815 | SA - 47628 | SA - 56182 |
| SA - 38132 | SA - 41947 | SA - 47741 | SA - 56268 |
| SA - 38177 | SA - 41958 | SA - 47755 | SA - 56650 |
| SA - 38209 | SA - 41961 | SA - 47944 | SA - 57121 |
| SA - 38329 | SA - 42020 | SA - 48396 | SA - 57586 |
| SA - 38334 | SA - 42090 | SA - 48497 | SA - 58087 |
| SA - 38392 | SA - 42141 | SA - 49295 | SA - 58108 |
| SA - 38500 | SA - 42162 | SA - 49513 | SA - 58121 |
| SA - 38577 | SA - 42166 | SA - 50862 | SA - 58143 |
| SA - 38716 | SA - 42200 | SA - 51038 | SA - 58167 |
| SA - 38717 | SA - 42335 | SA - 51318 | SA - 58462 |

7891472.1

| | | | |
|---|---|---|---|
| SA - 58488 | SA - 61522 | SA - 63842 | SA - 69637 |
| SA - 58509 | SA - 61530 | SA - 64081 | SA - 69667 |
| SA - 58892 | SA - 61539 | SA - 64374 | SA - 69681 |
| SA - 58945 | SA - 61574 | SA - 64617 | SA - 69710 |
| SA - 58998 | SA - 61618 | SA - 65114 | SA - 69747 |
| SA - 59258 | SA - 61646 | SA - 65132 | SA - 69902 |
| SA - 59472 | SA - 61661 | SA - 65184 | SA - 69970 |
| SA - 59501 | SA - 61703 | SA - 65228 | SA - 70148 |
| SA - 59509 | SA - 61737 | SA - 65471 | SA - 70150 |
| SA - 60113 | SA - 61747 | SA - 65735 | SA - 70236 |
| SA - 60142 | SA - 61816 | SA - 65772 | SA - 70364 |
| SA - 60274 | SA - 61827 | SA - 65794 | SA - 70407 |
| SA - 60283 | SA - 61849 | SA - 67373 | SA - 70457 |
| SA - 60322 | SA - 61894 | SA - 67581 | SA - 70565 |
| SA - 60444 | SA - 61902 | SA - 67582 | SA - 70580 |
| SA - 60452 | SA - 61955 | SA - 67592 | SA - 70861 |
| SA - 60456 | SA - 61986 | SA - 67603 | SA - 70934 |
| SA - 60468 | SA - 61991 | SA - 67632 | SA - 71027 |
| SA - 60586 | SA - 61992 | SA - 67684 | SA - 71036 |
| SA - 60604 | SA - 62014 | SA - 67851 | SA - 71150 |
| SA - 60627 | SA - 62015 | SA - 67887 | SA - 71172 |
| SA - 60685 | SA - 62060 | SA - 67942 | SA - 71180 |
| SA - 60723 | SA - 62073 | SA - 67948 | SA - 71431 |
| SA - 60749 | SA - 62087 | SA - 68164 | SA - 71515 |
| SA - 60777 | SA - 62090 | SA - 68252 | SA - 71572 |
| SA - 60779 | SA - 62105 | SA - 68293 | SA - 71583 |
| SA - 60814 | SA - 62115 | SA - 68311 | SA - 71646 |
| SA - 60891 | SA - 62133 | SA - 68430 | SA - 71650 |
| SA - 60930 | SA - 62161 | SA - 68610 | SA - 71652 |
| SA - 60937 | SA - 62164 | SA - 68960 | SA - 71874 |
| SA - 60975 | SA - 62167 | SA - 68985 | SA - 72078 |
| SA - 60988 | SA - 62192 | SA - 69032 | SA - 72236 |
| SA - 61005 | SA - 62205 | SA - 69066 | SA - 73253 |
| SA - 61030 | SA - 62238 | SA - 69077 | SA - 73289 |
| SA - 61170 | SA - 62485 | SA - 69123 | SA - 73926 |
| SA - 61189 | SA - 62501 | SA - 69284 | SA - 74540 |
| SA - 61215 | SA - 62504 | SA - 69285 | SA - 76084 |
| SA - 61243 | SA - 62550 | SA - 69401 | SA - 76179 |
| SA - 61293 | SA - 62643 | SA - 69410 | SA - 76296 |
| SA - 61305 | SA - 62755 | SA - 69439 | SA - 77356 |
| SA - 61334 | SA - 62757 | SA - 69481 | SA - 79036 |
| SA - 61347 | SA - 62759 | SA - 69489 | SA - 79150 |
| SA - 61408 | SA - 62916 | SA - 69498 | SA - 81968 |
| SA - 61466 | SA - 62971 | SA - 69501 | SA - 82624 |
| SA - 61467 | SA - 63387 | SA - 69599 | SA - 84420 |
| SA - 61497 | SA - 63464 | SA - 69617 | SA - 84509 |

7891472.1

SA - 89191
SA - 89646
SA - 90380
SA - 90397
SA - 90406
SA - 90458
SA - 90530
SA - 91552
SA - 91581
SA - 92098
SA - 92808
SA - 94099
SA - 96691
SA - 96696
SA - 96698
SA - 96714
SA - 97002

7891472.1