**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. D.I. 2295, 3263, 4092, 5485, 5488, & 6009** |

**JOINDER OF (I) THE ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES, A CORPORATION SOLE, AND ITS RELATED BSA-CHARTERED ORGANIZATIONS AND (II) THE ROMAN CATHOLIC DIOCESE OF BROOKLYN, NEW YORK TO THE SUPPLEMENTAL DISCLOSURE STATEMENT OBJECTION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS [D.I. 6009]**

The Roman Catholic Archbishop of Los Angeles, a corporation sole ("RCALA"), and its related BSA-chartered organizations (the "ADLA Chartered Organizations"[2]), and The Roman Catholic Diocese of Brooklyn, New York ("RCDB") hereby join (this "Joinder") in the supplemental objection filed by The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole (the "LDS") [D.I. 6009] (the "Supplemental LDS Objection") to the *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 2295, 5488] and the *Amended Disclosure Statement for the*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The ADLA Chartered Organizations are identified in the *Verified Statement of Faegre Drinker Biddle & Reath LLP Pursuant to Bankruptcy Rule 2019* [D.I. 4091].

*Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 5485] (the "<u>Disclosure Statement</u>").[3]  In support of this Supplemental Joinder, RCALA, the ADLA Chartered Organizations, and RCDB respectfully represent as follows:

1.       RCALA, the ADLA Chartered Organizations, and RCDB have filed claims against the Debtors for indemnity and contribution, which constitute "Indirect Abuse Claims" under the Plan that are proposed to be "channeled" to the Settlement Trust and subjected to vague and indeterminate procedures for allowance and payment.

2.       RCALA, the ADLA Chartered Organizations, and RCDB understand that they have rights as insureds under certain of the BSA's and Local Councils' insurance policies that are proposed to be assigned to the Settlement Trust under the Plan, which rights would be effectively cut off by the proposed Insurance Entity Injunction under the Plan.

3.       For the reasons set forth in the Supplemental LDS Objection, RCALA, the ADLA Chartered Organizations, and RCDB submit that the Plan is patently unconfirmable in its current form and the Disclosure Statement fails to provide "adequate information" as required by 11 U.S.C. § 1125.

## <u>RESERVATION OF RIGHTS</u>

4.       RCALA, the ADLA Chartered Organizations, and RCDB reserve all rights, claims, and remedies, including, without limitation, to supplement and amend this Joinder, to raise further and other objections, to introduce evidence prior to or at any hearing regarding the Disclosure Statement in the event their objections are not resolved prior to such hearing, to seek to introduce

---

[3] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Disclosure Statement or the *Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 5484] (the "<u>Plan</u>").

- 2 -

documents or other relevant information in support of the positions set forth in this Joinder as well as the Supplemental LDS Objection, and to raise any and all objections to confirmation of the Plan.

## **CONCLUSION**

5.      For the reasons stated herein and in the Supplemental LDS Objection, the Court should deny approval of the Disclosure Statement for its failure to provide creditors with adequate information, or in the alternative, rule that the Disclosure Statement provides for a patently unconfirmable Plan on which votes should not be solicited, and, in each instance, grant RCALA, the ADLA Chartered Organizations, and RCDB such other and further relief as is just and proper.

*[Remainder of page intentionally left blank.]*

- 3 -

Dated: August 16, 2021
      Wilmington, Delaware

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Patrick A. Jackson*
Patrick A. Jackson (Del. Bar No. 4976)
Ian J. Bambrick (Del. Bar No. 5455)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Patrick.Jackson@faegredrinker.com
Ian.Bambrick@faegredrinker.com

-and-

Michael P. Pompeo
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Michael.Pompeo@faegredrinker.com

*Counsel for The Roman Catholic*
*Archbishop of Los Angeles, a corporation sole,*
*and its related BSA-chartered organizations, and*
*for The Roman Catholic Diocese of Brooklyn, New*
*York*

ACTIVE.133991629.02