## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATED ADDITIONAL EXHIBITS FOR RSA HEARING

The parties have conferred and stipulated to the admission of the following additional exhibits in connection with the hearing on the *Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (i) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (ii) Granting Related Relief* [D.I. 5466].

1) *Declaration of Roger C. Mosby in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (i) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (ii) Granting Related Relief* [D.I. 5469]

   a. Paragraphs 1-4 and 8 (including footnote 3)

2) *Declaration of Joel Millar in Support of Hartford's Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (i) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (ii) Granting Related Relief* [D.I. 5686]

   a. Exhibit A

3) *Declaration of Daniel Shamah in Support of Century's Objections to the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (i) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (ii) Granting Related Relief* [D.I. 5708]

   a. Exhibits A, E, F, I and J

4) *Hartford's Supplement to Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (i) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (ii) Granting Related Relief* [D.I. 5925]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

       a.   Exhibit 1

5)  *Declaration in Support of Daniel Shamah re Century's Supplemental Objection* [D.I. 5929]

       a.   Exhibits A, E, T, V, X, Y, Z and AA

6)  Deposition of Roger C. Mosby

       a.   Exhibit 16


Dated: August 16, 2021
      Wilmington, Delaware

/s/ Derek C. Abbott

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

WHITE & CASE LLP

| | |
|---|---|
| Glenn Kurtz (admitted *pro hac vice*) | Derek C. Abbott (No. 3376) |
| Jessica C. Lauria (admitted *pro hac vice*) | Andrew R. Remming (No. 5120) |
| Andrew Hammond (admitted *pro hac vice*) | Paige N. Topper (No. 6470) |
| Samuel P. Hershey (admitted *pro hac vice*) | Michelle M. Fu (No. 6661) |
| 1221 Avenue of the Americas | 1201 North Market Street, 16th Floor |
| New York, New York 10020 | P.O. Box 1347 |
| Telephone:  (212) 819-8200 | Wilmington, Delaware 19899-1347 |
| Email: gkurtz@whitecase.com | Telephone:  (302) 351-9314 |
|         jessica.lauria@whitecase.com | Email: dabbott@morrisnichols.com |
|         ahammond@whitecase.com |          aremming@morrisnichols.com |
|         sam.hershey@whitecase.com |          ptopper@morrisnichols.com |
| |          mfu@morrisnichols.com |

– and –

WHITE & CASE LLP

Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whitecase.com