# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Patrick A. Jackson, hereby certify that on August 16, 2021, I caused a copy of the *Joinder of (I) The Roman Catholic Archbishop of Los Angeles, a Corporation Sole, and Its Related BSA-Chartered Organizations and (II) The Roman Catholic Diocese of Brooklyn, New York to the Supplemental Disclosure Statement Objection of the Church of Jesus Christ of Latter-Day Saints [D.I. 6009]* [D.I. 6044] to be served upon all parties registered via Court's CM/ECF notification system and electronic mail on the attached Service List.

Dated: August 16, 2021

/s/ Patrick A. Jackson
Patrick A. Jackson (Del. Bar No. 4976)
222 Delaware Ave., Suite 1410
Wilmington, Delaware  19801
Telephone: (302) 467-4210
Facsimile: (302) 651-7701
patrick.jackskon@faegredrinker.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## Service List

| | |
|---|---|
| Jessica C. Lauria<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>jessica.lauria@whitecase.com | Michael C. Andolina<br>Matthew E. Linder<br>Blair Warner<br>White & Case LLP<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>mandolina@whitecase.com<br>mlinder@whitecase.com<br>blair.warner@whitecase.com |
| Derek C. Abbott<br>Andrew R. Remming<br>Eric W. Moats<br>Paige N. Topper<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>dabbott@morrisnichols.com<br>aremming@morrisnicholst.com<br>emoats@morrisnichols.com<br>ptopper@morrisnichols.com | David L. Buchbinder<br>Hannah M. McColllum<br>U.S. Trustee,<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov |
| James I. Stang<br>John A. Morris<br>James E. O'Neill<br>John W. Lucas<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801<br>jstang@pszjlaw.com<br>jmorris@pszjlaw.com<br>joneill@pszjlaw.com<br>jlucas@pszjlaw.com | Thomas Moers Mayer<br>Rachael Ringer<br>David E. Blabey, Jr.<br>Jennifer R. Sharret<br>Megan M. Wasson<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas,<br>New York, New York 10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com |
| Robert S. Brady<br>Edwin J. Harron<br>Sharon M. Zieg<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, Delaware 19801<br>rbrady@ycst.com<br>eharron@ycst.com<br>szieg@ycst.com | Louis R. Strubeck<br>Kristian W. Gluck<br>Norton Rose Fulbright US LLP<br>2200 Ross Avenue<br>Dallas, Texas 75201<br>louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com |