**<u>Exhibit A</u>**

**Summary of Services, May 1 – June 30, 2021**



Invoice Number: 21485727
Invoice Date:  June 25, 2021
Matter Name: BSA/National Surety Litigation
Client/Matter Number: 0020234.00021
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX  75015-2079

---

### REMITTANCE PAGE
*For Professional Services Through  May 31, 2021*

| | |
|---|---|
| Total Fees | $952.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$952.50** |
| **Total Invoice Balance Due** | **USD  $952.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21485727**  ●  Client Number **0020234.00021**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21485727
Matter Name: BSA/National Surety Litigation
Client/Matter Number: 0020234.00021
Billing Attorney: Ernest Martin, Jr.

June 25, 2021
Page 2 of 2

*For Professional Services Through  May 31, 2021*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/04/21 | Benjamin Schindler | Email co-counsel ▉▉▉ s (.1); e-mail Mr. Azer and Ms. Green Regarding same (.1). | 0.20 | $90.00 |
| 05/05/21 | Benjamin Schindler | Email Ms. Green and Mr. Azer regarding ▉▉▉ (.1). | 0.10 | $45.00 |
| 05/07/21 | Adrian Azer | Review draft notice ▉▉▉ (.1); email Ms. Green regarding same (.1); review emails from insurers (.1). | 0.30 | $232.50 |
| 05/10/21 | Benjamin Schindler | Email Mr. Martin, Ms. Green, and Mr. Azer regarding ▉▉▉ (0.2); investigation of same (0.6); email Haynes and Boone Library, Ms. Green and Mr. Azer regarding same (0.1); email Ms. Green regarding ▉▉▉ (0.1); email compilation, legal research and discussion regarding same (0.3). | 1.30 | $585.00 |

**Total Fees**        **$952.50**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Adrian Azer | Partner | 0.30 | $775.00 | $232.50 |
| Benjamin Schindler | Associate | 1.60 | $450.00 | $720.00 |
| **Total Professional Summary** | | | | **$952.50** |

**Total Fees, Expenses and Charges**      **$952.50**

**Total Amount Due**      **USD  $952.50**



Invoice Number: 21485729
Invoice Date:  June 25, 2021
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  May 31, 2021*

| | |
|---|---|
| Total Fees | $1,007.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$1,007.50** |
| **Total Invoice Balance Due** | **USD  $1,007.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21485729** ● Client Number **0020234.00029** ● Attorney **Ernest Martin, Jr.**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21485729
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

June 25, 2021
Page 2 of 2

*For Professional Services Through  May 31, 2021*

## Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/13/21 | Adrian Azer | Email Ms. Kassabian in preparation for conference with insurers (.2); attend conference call with counsel to RSUI, Beazley, Ms. Kassabian, and Mr. Zirkman ███████ (.8); attend post-conference with Mr. Zirkman (.1); attend conference call with Ms. Kassabian regarding next steps (.2). | 1.30 | $1,007.50 |

**Total Fees**                                                                    $1,007.50

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 1.30 | $775.00 | $1,007.50 |
| **Total Professional Summary** | | | | **$1,007.50** |

**Total Fees, Expenses and Charges**                                              $1,007.50

**Total Amount Due**                                                       USD  $1,007.50

# haynesboone

Invoice Number: 21485731
Invoice Date:  June 25, 2021
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  May 31, 2021*

| | |
|---|---:|
| Total Fees | $11,970.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$11,970.50** |
| **Total Invoice Balance Due** | **USD  $11,970.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21485731** ●  Client Number **0020234.00035** ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21485731
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

June 25, 2021
Page 2 of 3

*For Professional Services Through  May 31, 2021*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/03/21 | Carla Green | Begin review and analysis ███████ (.4); email Mr. Azer regarding same (.1). | 0.50 | $325.00 |
| 05/04/21 | Carla Green | Email Mr. Dutton regarding ███████. | 0.20 | $130.00 |
| 05/10/21 | Carla Green | Attend conference call with Mr. Azer, Mr. McGovern and Mr. Rucki to discuss ███████ (.3); email Mr. Dutton regarding ████ (.2); email Ms. Maddran regarding ███████ (.2); review and analyze ███████ (.5); email Mr. McGovern regarding same (.2); email Mr. Azer to discuss ███████ (.2). | 1.60 | $1,040.00 |
| 05/12/21 | Wesley Dutton | Review and edit ███████████████████. | 2.40 | $1,308.00 |
| 05/14/21 | Carla Green | Email correspondence with Mr. Dutton regarding ███████. | 0.20 | $130.00 |
| 05/16/21 | Wesley Dutton | Review and edit ███████████████████. | 5.60 | $3,052.00 |
| 05/16/21 | Carla Green | Email Mr. Dutton regarding i████ (.1); email Mr. McGovern regarding ███████ (.2); email Mr. Azer regarding same (.2). | 0.50 | $325.00 |
| 05/17/21 | Wesley Dutton | Draft email to Ms. Green attaching ███████ ████ (.1). | 0.10 | $54.50 |
| 05/17/21 | Casey B McGovern | Review edits to ███████████ ████. | 1.00 | $395.00 |
| 05/18/21 | Carla Green | Conduct final review ███████. | 1.60 | $1,040.00 |
| 05/21/21 | Carla Green | Conduct final review ███████ (.8); email Mr. Azer regarding same (.2). | 1.00 | $650.00 |
| 05/24/21 | Carla Green | Email Ms. Maddran regarding ███████. | 0.20 | $130.00 |
| 05/25/21 | Carla Green | Review ███████ (.8); email Mr. McGovern regarding same (.2); email Mr. Rucki regarding ███████ (.2). | 1.20 | $780.00 |
| 05/26/21 | Carla Green | Email Ms. Duncan regarding ███████ (.2); finalize same (.4). | 0.60 | $390.00 |
| 05/26/21 | Casey B McGovern | Revise ███████████ (1.8); redact ███████ (1.7). | 3.50 | $1,382.50 |

Invoice Number: 21485731
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

June 25, 2021
Page 3 of 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/27/21 | Carla Green | Email Ms. Morzak regarding ███████ (.1); finalize ███████ (.3); email Mr. McGovern regarding same (.1). | 0.50 | $325.00 |
| 05/27/21 | Casey B McGovern | Revise ███████. | 0.50 | $197.50 |
| 05/28/21 | Casey B McGovern | Draft ████████████████. | 0.80 | $316.00 |

**Total Fees**      **$11,970.50**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Carla Green | Associate | 8.10 | $650.00 | $5,265.00 |
| Wesley Dutton | Associate | 8.10 | $545.00 | $4,414.50 |
| Casey B McGovern | Paralegal | 5.80 | $395.00 | $2,291.00 |
| **Total Professional Summary** | | | | **$11,970.50** |

**Total Fees, Expenses and Charges**      **$11,970.50**

**Total Amount Due**      **USD $11,970.50**



Invoice Number: 21485732
Invoice Date:  June 25, 2021
Matter Name: Non-Working Travel
Client/Matter Number: 0020234.00036
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  May 31, 2021*

| | |
|---|---|
| Total Fees | $24,470.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$24,470.00** |
| **Total Invoice Balance Due** | **USD  $24,470.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21485732** ●  Client Number **0020234.00036** ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21485732
Matter Name: Non-Working Travel
Client/Matter Number: 0020234.00036
Billing Attorney: Ernest Martin, Jr.

June 25, 2021
Page 2 of 2

*For Professional Services Through  May 31, 2021*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/03/21 | Adrian Azer | Travel from Washington D.C. to New York for mediation. | 3.20 | $2,480.00 |
| 05/03/21 | Ernest Martin, Jr. | Travel to New York for mediation. | 3.50 | $3,482.50 |
| 05/06/21 | Adrian Azer | Travel from New York to Washington D.C. | 4.30 | $3,332.50 |
| 05/06/21 | Ernest Martin, Jr. | Return travel from New York mediation to Dallas. | 4.30 | $4,278.50 |
| 05/25/21 | Ernest Martin, Jr. | Travel to New York for mediation. | 3.50 | $3,482.50 |
| 05/27/21 | Adrian Azer | Travel from D.C. to New York for mediation (2.6); travel from New York to D.C. from mediation (train) (3.5). | 6.10 | $4,727.50 |
| 05/28/21 | Ernest Martin, Jr. | Return travel to Dallas from mediation in New York. | 2.70 | $2,686.50 |

**Total Fees**      **$24,470.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 13.60 | $775.00 | $10,540.00 |
| Ernest Martin, Jr. | Partner | 14.00 | $995.00 | $13,930.00 |

**Total Professional Summary**      **$24,470.00**

**Total Fees, Expenses and Charges**      **$24,470.00**

**Total Amount Due**      **USD  $24,470.00**

# haynes*boone*

Invoice Number: 21490722
Invoice Date:  July 29, 2021
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  June 30, 2021*

| | |
|---|---:|
| Total Fees | $1,660.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$1,660.00** |
| **Total Invoice Balance Due** | **USD  $1,660.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21490722** ● Client Number **0020234.00029** ● Attorney **Ernest Martin, Jr.**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21490722
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

July 29, 2021
Page 2 of 2

*For Professional Services Through  June 30, 2021*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/03/21 | Adrian Azer | Review email from Quinn ▮▮▮▮ and provide comments (.2). | 0.20 | $155.00 |
| 06/04/21 | Adrian Azer | Email Ms. Kassabian regarding ▮▮▮▮ (.2); attend conference call with client and Mr. Kassabian (.4). | 0.60 | $465.00 |
| 06/10/21 | Adrian Azer | Attend conference call with Mr. Zirkman, counsel at Quinn and insurers regarding ▮▮▮▮. | 0.40 | $310.00 |
| 06/13/21 | Ernest Martin, Jr. | Review e-mail from Mr. Andolina to Mr. McGowan regarding ▮▮▮▮ (.1); review preliminary issues list ▮▮▮▮ (.1); review revised ▮▮▮▮ (.3). | 0.50 | $497.50 |
| 06/29/21 | Adrian Azer | Attend conference call with Mr. Zirkman regarding ▮▮▮▮ (.2); conference with counsel to RSUI (.1). | 0.30 | $232.50 |

**Total Fees**      **$1,660.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 1.50 | $775.00 | $1,162.50 |
| Ernest Martin, Jr. | Partner | 0.50 | $995.00 | $497.50 |

**Total Professional Summary**      **$1,660.00**

**Total Fees, Expenses and Charges**      **$1,660.00**

**Total Amount Due**      **USD  $1,660.00**

# haynesboone

Invoice Number: 21490723
Invoice Date:  July 29, 2021
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  June 30, 2021*

| | |
|---|---|
| Total Fees | $6,132.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$6,132.00** |
| **Total Invoice Balance Due** | **USD  $6,132.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21490723**  ●  Client Number **0020234.00035**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21490723
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

July 29, 2021
Page 2 of 2

*For Professional Services Through  June 30, 2021*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/10/21 | Wesley Dutton | Review and revise the BSA's fee application for the month of May. | 0.70 | $381.50 |
| 06/14/21 | Carla Green | Attend call with Mr. Azer to discuss finalization of 9th Fee App (.1); email Mr. Azer regarding same (.2); email Mr. Dutton regarding finalization of revisions to proformas (.2). | 0.50 | $325.00 |
| 06/15/21 | Wesley Dutton | Review and revise the BSA's fee application for the month of May (5.8); draft email to Ms. Green attaching the revised fee application for her review (.1). | 5.90 | $3,215.50 |
| 06/15/21 | Carla Green | Email Mr. Azer regarding finalization of 9th Fee Application (.2); review and analyze invoices for privilege (.8); email Mr. McGovern regarding revisions to proformas (.1). | 1.10 | $715.00 |
| 06/16/21 | Carla Green | Email Mr. McGovern regarding finalization of Fee Application (.2); final review of 9th Fee Application prior to filing (.8); email Mr. Moates regarding same (.2); email correspondence with Mr. Moates regarding revisions to invoices (.1); review same (.2). | 1.50 | $975.00 |
| 06/17/21 | Carla Green | Email Mr. Moates regarding new invoice exhibit for Fee Application (.2). | 0.20 | $130.00 |
| 06/23/21 | Carla Green | Email US Trustee regarding invoices (.1); email Mr. McGovern regarding same (.1). | 0.20 | $130.00 |
| 06/24/21 | Carla Green | Email Mr. McGovern regarding revisions to invoices. | 0.20 | $130.00 |
| 06/25/21 | Carla Green | Email Mr. McGovern regarding next fee application; review final invoices. | 0.20 | $130.00 |

**Total Fees** $6,132.00

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Carla Green | Associate | 3.90 | $650.00 | $2,535.00 |
| Wesley Dutton | Associate | 6.60 | $545.00 | $3,597.00 |

**Total Professional Summary** $6,132.00

**Total Fees, Expenses and Charges** $6,132.00

**Total Amount Due** USD $6,132.00

# haynesboone

Invoice Number: 21490724
Invoice Date:  July 29, 2021
Matter Name: Non-Working Travel
Client/Matter Number: 0020234.00036
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  June 30, 2021*

| | |
|---|---:|
| Total Fees | $21,342.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$21,342.50** |
| **Total Invoice Balance Due** | **USD  $21,342.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21490724**  ●  Client Number **0020234.00036**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21490724
Matter Name: Non-Working Travel
Client/Matter Number: 0020234.00036
Billing Attorney: Ernest Martin, Jr.

July 29, 2021
Page 2 of 2

*For Professional Services Through  June 30, 2021*

### Professional Fees

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|------|-----------|-------------|-------|--------|
| 06/01/21 | Adrian Azer | Travel to Chicago, IL from Washington D.C. for mediation. | 4.20 | $3,255.00 |
| 06/03/21 | Adrian Azer | Travel from Chicago, IL to Washington, D.C. from mediation. | 3.70 | $2,867.50 |
| 06/07/21 | Adrian Azer | Travel to mediation in New York. | 3.40 | $2,635.00 |
| 06/07/21 | Ernest Martin, Jr. | Travel to New York for mediation | 5.00 | $4,975.00 |
| 06/10/21 | Adrian Azer | Travel from mediation in New York to Washington D.C. | 3.40 | $2,635.00 |
| 06/10/21 | Ernest Martin, Jr. | Return travel from New York mediation | 5.00 | $4,975.00 |

**Total Fees**                                                                                          **$21,342.50**

### Timekeeper Summary

| **Timekeeper** | **Title** | **Hours** | **Rate** | **Amount** |
|------------|-------|-------|------|--------|
| Adrian Azer | Partner | 14.70 | $775.00 | $11,392.50 |
| Ernest Martin, Jr. | Partner | 10.00 | $995.00 | $9,950.00 |

**Total Professional Summary**                                    **$21,342.50**

**Total Fees, Expenses and Charges**                                             **$21,342.50**

**Total Amount Due**                                                     **USD  $21,342.50**

# haynesboone

Invoice Number: 21490726
Invoice Date:  July 29, 2021
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX  75015-2079

---

### REMITTANCE PAGE
*For Professional Services Through  June 30, 2021*

| | |
|---|---:|
| Total Fees | $199.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$199.00** |
| **Total Invoice Balance Due** | **USD  $199.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21490726**  ●  Client Number **0020234.00039**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21490726
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

July 29, 2021
Page 2 of 2

*For Professional Services Through June 30, 2021*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/02/21 | Ernest Martin, Jr. | Review message from Mr. Moore; prepare e-mail to same. | 0.10 | $99.50 |
| 06/24/21 | Ernest Martin, Jr. | Review e-mails from Mr. Moore and Mr. Zirkman regarding ███ █████████ . | 0.10 | $99.50 |

**Total Fees** $199.00

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Ernest Martin, Jr. | Partner | 0.20 | $995.00 | $199.00 |
| **Total Professional Summary** | | | | $199.00 |

**Total Fees, Expenses and Charges** $199.00

**Total Amount Due** USD $199.00

# HAYNES BOONE

Invoice Number: 21492695
Invoice Date:  August 13, 2021
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  May 31, 2021*

| | |
|---|---:|
| Total Fees | $352,214.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$352,214.00** |
| **Total Invoice Balance Due** | **USD  $352,214.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21492695**  ● Client Number **0020234.00024**  ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 2 of 24

*For Professional Services Through  May 31, 2021*

**Professional Fees**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 04/29/21 | Wesley Dutton | Attend call with Ms. Green regarding ████████ ████████ (.2); research and analyze ████ ████ (.9); draft email to Ms. Green summarizing research findings (.1). | 1.20 | $654.00 |
| 05/01/21 | Carla Green | Review and analyze draft ████████████ ████ (.4); email Mr. Schindler regarding same (.2); review and revise ████ (.5); email Mr. Stoner and Mr. Azer regarding same (.2); email Ms. Walker regarding ████ (.2); attend conference call with Mr. Schindler to discuss discovery requests (.4). | 1.90 | $1,235.00 |
| 05/01/21 | Benjamin Schindler | Attend call with Ms. Green discussing responses to interrogatories o█ ████ (.4); review initial revisions to current draft (.2); draft responses to interrogatories regarding ████ (.2). | 0.80 | $360.00 |
| 05/01/21 | Mike Stoner | Pull together documents for mediation for Mr. Azer and Mr. Martin. | 0.40 | $270.00 |
| 05/02/21 | Adrian Azer | Review ████ (.4); review and revise responses to the TCC/Coalition/FCR discovery requests (.6); attend conference call with Ms. Green and Mr. Schindler regarding same (.5); review email from Mr. Stoner containing materials for mediation (.2). | 1.70 | $1,317.50 |
| 05/02/21 | Carla Green | Attend conference call with Mr. Azer and Mr. Schindler to discuss discovery responses (.6); review and revise responses to discovery requests (1.0); review and analyze discovery requests for revisions (.4); email Mr. Azer regarding same (.2). | 2.20 | $1,430.00 |
| 05/02/21 | Ernest Martin, Jr. | Review e-mails from Mr. Andolina and Mr. Whittman regarding ████ (.2). | 0.20 | $199.00 |
| 05/02/21 | Benjamin Schindler | Draft responses and objections to interrogatories ████ (1.6); email Ms. Green and Mr. Azer regarding revisions to same (.3); attend call with Ms. Green and Mr. Azer regarding same (.6); revise interrogatory responses (1.4). | 3.90 | $1,755.00 |
| 05/02/21 | Mike Stoner | Prepare email to Mr. Martin and Mr. Azer regarding mediation materials (.1); prepare email to Mr. Martin and Mr. Azer regarding ████ (.1). | 0.20 | $135.00 |

Invoice Number: 21492695                                                                August 13, 2021
Matter Name: General Insurance Matters                                                       Page 3 of 24
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|------|-----------|-------------|-------|--------|
| 05/03/21 | Adrian Azer | Prepare for mediation, including review of ████████████ ████ (1.2); attend mediation session with Coalition (2.9); attend post-mediation conference call with Ms. Lauria, Mr. Andolina, Mr. Whittman, and Mr. Martin (.7); attend conference call with Mr. Martin regarding ████████ (.3). | 5.10 | $3,952.50 |
| 05/03/21 | Carla Green | Email correspondence with Mr. Sochurek regarding ████████ (.1); continue review and revisions to responses to discovery requests (1.8); email correspondence with Mr. Stoner regarding ████████ (.1); email correspondence with Ms. Kutz and Mr. Sochurek regarding ████████ (.2); email correspondence with Ms. Jungers and Mr. Sochruek regarding ████████ (.2) review received by Ms. Kutz (.3). | 2.70 | $1,755.00 |
| 05/03/21 | Ernest Martin, Jr. | Review ████████████ (.5); review memorandum on ████ 5); attend post-mediation conference call with Ms. Lauria, Mr. Andolina, Mr. Whittman, and Mr. Azer (.7); review various e-mails from Mr. Gallagher, Mr. Azer, and Mr. Hanke regarding ████ ████ 3); attend call with Mr. Azer regarding update call with client (.1); review Coalition's draft set ████████ (.2); review TCC's written discovery requests to BSA in connection with ████████ (.2); meet with Ms. Lauria, Mr. Andolina, and Mr. Whitman to discuss claim strategy and meeting with Coalition (2.2); meet with Coalition (1.5); attend post-conference call with Mr. Azer regarding ████████ (.3). | 6.50 | $6,467.50 |
| 05/04/21 | Adrian Azer | Attend mediation session (9.4); attend post-conference call with Mr. Martin regarding same (.5); attend conference call with Ms. Green and Mr. Stoner regarding update regarding the mediation and research needed (.7); attend conference call with Mr. Green, Mr. Stoner, and Mr. Dutton regarding research needed (.5); attend conference call with Ms. Green regarding discovery responses (.1). | 11.20 | $8,680.00 |
| 05/04/21 | Wesley Dutton | Email Ms. Green regarding ████████████ ████ (.1); attend call with Mr. Azer and Ms. Green regarding the need for ████ research concerning ████████████ ████ (.5); research and analyze ████████████ ████ (1.7). | 2.30 | $1,253.50 |

Invoice Number: 21492695                                            August 13, 2021
Matter Name: General Insurance Matters                                 Page 4 of 24
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/04/21 | Carla Green | Attend conference call with Mr. Azer regarding discovery responses (.1); attend conference call with Mr. Azer and Mr. Stoner regarding update regarding mediation (.7); attend conference call with Mr. Azer, Mr. Stoner, and Mr. Dutton regarding ▓ research needed (.5); continue multiple revisions to discovery responses, including formatting ▓ ▓ (2.4); draft multiple correspondence with White & Case and Mr. Azer regarding same (.4); email Ms. Thomas regarding ▓ (.3); review and analyze ▓ for same (.4); email Mr. Jauode regarding ▓ (.2); review and analyze prior drafts of ▓ for discovery responses (.4); draft email correspondence with Alvarez regarding ▓ (.2). | 5.60 | $3,640.00 |
| 05/04/21 | Ernest Martin, Jr. | Attend mediation (9.4); attend post-mediation call with Mr. Azer regarding strategy ▓ (.5). | 9.90 | $9,850.50 |
| 05/04/21 | Mike Stoner | Attend conference call with Mr. Sochurek and Ms. Kutz concerning ▓ (.9); attend conference call with Mr. Azer and Ms. Green regarding update regarding the mediation and research needed; (.7); attend conference call with Mr. Azer, Ms. Green, and Mr. Dutton regarding ▓ research needed (.5). | 2.10 | $1,417.50 |
| 05/05/21 | Adrian Azer | Attend second day of mediation session (9.2); review research related to ▓ (.6); attend call with Mr. Dutton regarding same (.2); draft follow-up emails regarding same (.2). | 10.20 | $7,905.00 |
| 05/05/21 | Wesley Dutton | Research and analyze ▓ ▓ (11.5); attend call with Mr. Azer to discuss the status of research (.2); draft email to Mr. Azer and Ms. Green summarizing research findings and attaching notes of relevant authorities (.4). | 12.10 | $6,594.50 |
| 05/05/21 | Carla Green | Email Mr. Azer regarding revised discovery responses (.2); email Mr. Hershey regarding same (.2); email Alvarez regarding ▓ (.2); review spreadsheet of same (.3); revise discovery responses per Mr. Azer's comments (.5); email Mr. Hershey regarding same (.2); email Ms. Kutz regarding ▓ for discovery responses (.4); email Mr. Manning regarding ▓ for discovery responses (.2); review and analyze cases ▓ received from Mr. Dutton (1.9); review and analyze summary from Mr. Dutton regarding same (.4); research and analyze ▓ (.8); review and analyze ▓ (.8); email Mr. Dutton and Mr. Azer regarding ▓ research (.2). | 6.30 | $4,095.00 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 5 of 24

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/05/21 | Ernest Martin, Jr. | Attend mediation in New York (8.5); review Hartford's ███████ (.2); review e-mail from Mr. Winsberg regarding ██████ (.1); review TCJC's objection ██████ (.3). | 9.10 | $9,054.50 |
| 05/05/21 | Mike Stoner | Review and analyze ██████ (1.5); prepare email to Mr. Azer concerning ██████ (.7). | 2.20 | $1,485.00 |
| 05/06/21 | Adrian Azer | Attend third day of mediation with various parties (5.7); attend conference call with Mr. Martin, Mr. Dutton, and Ms. Green regarding research (.4); review research related to ██████ (.5); review letter ████ and consider response (.2); review ██████ (.3). | 7.10 | $5,502.50 |
| 05/06/21 | Wesley Dutton | Research and analyze ██████ (1.4); attend call with Ms. Green to review research findings and discuss significant cases (.5); attend call with Mr. Azer, Mr. Martin, and Ms. Green to discuss significant authorities regarding same (.4); attend call with Ms. Green to discuss strategy for additional research (.1); draft outline of relevant case law ██████ (2.4). | 4.80 | $2,616.00 |
| 05/06/21 | Carla Green | Attend conference call with Mr. Dutton regarding research ██████ (.5); conference call with Mr. Martin, Mr. Azer and Mr. Dutton to discuss analysis of research ██████ (.4); attend post-conference call with Mr. Dutton to discuss talking points for Mr. Martin on same (.1); review and analyze case law regarding ██████ (2.8); email Mr. Azer and Mr. Taylor regarding ██████ (.2); continue review and revisions ██████ (1.0); review and analyze ██████ (.3); email Mr. Taylor and Mr. Azer regarding same (.2); review and analyze correspondence ██████ (.3); draft outline of response to same (.8); review and analyze objections ██████ for responses sent by Mr. Boone (.5). | 7.10 | $4,615.00 |
| 05/06/21 | Ernest Martin, Jr. | Attend mediation session (5.2); review ██████ (1.0); attend conference call with Mr. Azer, Ms. Green, and Mr. Dutton to review ██████ research findings (.4). | 6.60 | $6,567.00 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 6 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/07/21 | Adrian Azer | Prepare for insurer weekly call (.1); attend weekly insurer call (.1); draft follow-up communication with insurers (.1); attend conference call with Mr. Martin regarding post-mediation issues (.3); attend conference call with Ms. Green and Mr. Stoner regarding status of mediation and [REDACTED] (.3); review memorandum related to [REDACTED] including certain decisions cited therein (.9); attend conference call with Ms. Green and Mr. Dutton regarding [REDACTED] research memorandum (.5); review and revise presentation [REDACTED] (.6); review summary of objections [REDACTED] and review certain objections (.7); draft emails regarding [REDACTED] (.2); review and provide comments to [REDACTED] (.4); email Ms. Green regarding [REDACTED] (.2); review and analyze [REDACTED] (.6); review and revise responsive presentation [REDACTED] (.5); attend bankruptcy task-force meeting (in part) (1.4); attend conference call with Ms. Green and White and Case team regarding [REDACTED]s (.7); review and analyze [REDACTED] (.4); attend call with Mr. Martin regarding [REDACTED] (.4). | 8.40 | $6,510.00 |
| 05/07/21 | Wesley Dutton | Draft outline of research on [REDACTED] case law (2.5); draft email to Ms. Green attaching outline for her review (.1); revise outline of same (.8); attend call with Mr. Azer and Ms. Green regarding additional research concerning [REDACTED] (.5). | 3.90 | $2,125.50 |
| 05/07/21 | Carla Green | Attend conference call with Mr. Azer and Mr. Stoner regarding mediation and next steps (.3); attend conference call with Mr. Azer and Mr. Dutton to discuss research [REDACTED] (.5); attend conference call with Mr. Azer and White and Case to discuss responses to [REDACTED] (.7); review and revise notice to the court (.3); email opposing counsel regarding finalization and filing (.2); email Mr. Schindler regarding [REDACTED] (.3); review and analyze resumes for same (.4); review and revise talking points drafted by Mr. Dutton regarding [REDACTED] (.8); draft final revisions to [REDACTED] (.3); continue revisions to [REDACTED] (.7); email Mr. Azer regarding [REDACTED] (.2); review and revise mediation presentation per Mr. Azer's comments (1.2); email White & Case regarding same (.2); email Mr. Azer regarding [REDACTED] (.2); email Mr. Dutton regarding updates to [REDACTED] memo (.3); email Mr. Stoner regarding [REDACTED] (.2); email Ms. Warner regarding [REDACTED] (.2); review and analyze [REDACTED] (1.0); email correspondence with Mr. Hershey regarding [REDACTED] (.2). | 8.20 | $5,330.00 |
| 05/07/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding session with Coalition regarding [REDACTED] (.3); attend call with Mr. Azer regarding [REDACTED] (.4). | 0.70 | $696.50 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 7 of 24

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/07/21 | Benjamin Schindler | Investigate ██████████████ (.3); email Mr. Azer and Ms. Green regarding same (.1). | 0.40 | $180.00 |
| 05/08/21 | Adrian Azer | Attend conference with Mr. Martin, Ms. Green, and Mr. Dutton regarding research on ████████ (.8); respond to emails related to revisions ████████ (.2). | 1.00 | $775.00 |
| 05/08/21 | Wesley Dutton | Review relevant opinions ██████████ in anticipation of conference call with BSA team (.6); attend call Mr. Azer, Ms. Green, and Mr. Martin to discuss findings and the need for additional research (.8). | 1.40 | $763.00 |
| 05/08/21 | Carla Green | Attend conference call with Mr. Martin, Mr. Azer and Mr. Dutton to discuss ████ memo (.8); email Mr. Linder regarding ████████ (.2); review and analyze ████████ for same (.4). | 1.40 | $910.00 |
| 05/08/21 | Ernest Martin, Jr. | Review memorandum regarding ██████████ (.7); attend conference call with Mr. Azer, Ms. Green and Mr. Dutton regarding same (.7); review draft responses to interrogatories ████ (.2). | 1.60 | $1,592.00 |
| 05/09/21 | Ernest Martin, Jr. | Review and revise deck slides in response to TCJC slide presentation (.5); prepare e-mail to Ms. Huddleston regarding ████████ (.1). | 0.60 | $597.00 |
| 05/10/21 | Adrian Azer | Prepare for mediation with the TCJC, including review of ██████ ████████ (.4); attend call with Ms. Green regarding various tasks (.2); attend call with Mr. Martin regarding next steps with respect to ████████ (.4); attend mediation session with the TCJC (1.3); attend call with Mr. Martin regarding developments related to insurance (.7). attend call with Mr. Linder regarding H████████ (.2); review ██████████ (.5); attend conference call Mr. Martin, Mr. Dutton, and Ms. Green regarding ████████ (.5); attend conference call with Mr. Linder and Ms. Warner regarding ████ (.6); attend conference call with Mr. Martin regarding ████ (.7); attend conference call with Mr. Griggs, Mr. Evans, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. O'Neill, Ms. Green, and Mr. Stoner regarding ████████ (1.2); continue to review revise ██████████ (.7); review research related to ████ (.2); review and revise ████ (.3); draft email to counsel ████ (.2). | 8.10 | $6,277.50 |
| 05/10/21 | Lisa Dang | Identify and find ████████. | 0.10 | $26.00 |
| 05/10/21 | Wesley Dutton | Research and analyze case law concerning ██████████ (4.4); draft email to Ms. Green regarding ██████████ (.1); attend call with Mr. Azer, Ms. Green, and Mr. Martin regarding research and the need for a formal memo (.4). | 4.90 | $2,670.50 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 8 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/10/21 | Carla Green | Attend conference call with Mr. Azer to discuss ███████████ ███████████████████████████ (.1); attend mediation presentation to TCJC (1.3); attend conference call with Mr. Martin, Mr. Azer and Mr. Dutton to discuss follow up research (.5); attend conference call with Mr. Azer, Mr. Stoner, Ogletree, White & Case and Bates White to discuss ████████████████ (1.2); attend conference call with Mr. Azer and Mr. Stoner to discuss ██████ (.1); email Mr. Azer regarding ████████████████████ (.2); review and analyze ███████████ for mediation (.3). | 3.70 | $2,405.00 |
| 05/10/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Whittman (8); attend call with Mr. Azer regarding ████████████████████████ and presentation to TCJC (.4); attend conference call with Mr. Azer, Ms. Green, and Mr. Dutton regarding additional analysis ████████████ (.5); attend call with Mr. Azer regarding developments ████████████ (.7). | 2.40 | $2,388.00 |
| 05/10/21 | Mike Stoner | Attend conference call with Mr. Azer, Mr. Griggs, Mr. Evans, Mr. O'Neill, Ms. Green, Mr. Andolina, Ms. Boelter, and Mr. Linder concerning █████ ████████████ (1.2); prepare email to Ms. Green concerning notes from conference call (.1). | 1.30 | $877.50 |
| 05/11/21 | Adrian Azer | Attend call with Ms. Green, Mr. Martin, and Mr. Schindler to discuss ███████████ (.2); draft, review and revise ██████████ ██████ (1.6); review ███████████████████████████ (.7); attend conference call with Mr. O'Neill, Mr. Andolina, Mr. Linder, Mr. Martin, Mr. Sandler, and Mr. Evans regarding ████████████ (1.0); review information related to ████████ with Ms. Green (.2); review comments ████████████, including responding to comments and thoughts (.7); attend conference call with Ms. Green and Mr. Stoner regarding comments to ████████████ (.7); attend follow-up conference call with Mr. O'Neill, Mr. Evans, and Mr. Manning regarding ████████ █████ (.7); email Ms. Green regarding responses ██████████ (.2); attend conference call with Ms. Green regarding ██████ (.1) attend call with Mr. Martin regarding the status ██████████ (.4). | 6.50 | $5,037.50 |
| 05/11/21 | Wesley Dutton | Revise ███ research outline to incorporate additional an executive summary and additional legal authorities concerning ████████████████ (7.5); draft email to Mr. Azer, Ms. Green, and Mr. Martin regarding ████████████████████████ .3). | 7.80 | $4,251.00 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 9 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/11/21 | Carla Green | Attend conference call with Mr. Azer, Mr. Martin, and Mr. Schindler to discuss ███ (.2); attend conference call with Mr. Schindler to discuss same (.1); attend conference call with Mr. Azer and Mr. Stoner to discuss ██ (.7); attend conference call with Mr. Andolina and Gibson Dun to discuss ███ (.2); attend conference call with Mr. Azer to discuss ███ (.1); attend conference call with Mr. Schindler to discuss ███ (.2); email Mr. Cenlentino regarding ███ (.2); email the Haynes and Boone Library regarding ███ (.2); email Mr. Martin and Mr. Schindler regarding same and results (.3); email Ms. Parks regarding ███ t (.2); review and analyze ███ and make suggested revisions and comments (1.0); continue to review and revise ███ (.8); continue to review and revise ███ (2.0); email Mr. Boone regarding same (.2); review and analyze ███ (.6); review and analyze ███ (.8); email Mr. Boone regarding same (.2); review and revisions to ███ memo (.4). | 8.40 | $5,460.00 |
| 05/11/21 | Ernest Martin, Jr. | Attend conference call with Mr. Azer, Ms. Green, and Mr. Schindler to discuss ███ (.2); participate in call (in part) with Mr. O'Neill, Mr. Andolina, Mr. Linder, Mr. Evans, and Mr. Azer to discuss ███ (.5); discussion with Mr. Azer regarding status ███ (.4); review and revise current version of memo ███ (1.1). | 2.20 | $2,189.00 |
| 05/11/21 | Benjamin Schindler | Attend call with Ms. Green, Mr. Azer and Mr. Martin discussing ███ (.2); investigate ███ including correspondence with ███ contact ███ (.5); email co-counsel regarding ███ (.1); attend call with Ms. Green regarding draft ███ (.2); draft ███ (1.1); email Ms. Green and Mr. Azer regarding same (.2); further revise ███ (.5). | 2.80 | $1,260.00 |
| 05/11/21 | Jennifer S. Stephens | Search for ███ per C. Green. | 0.50 | $130.00 |
| 05/11/21 | Mike Stoner | Review draft ███ and provide comments (1.1); review Mr. Azer response to comments (.2); review Ms. Green comments to ███ (.2); merge comments regarding ███ (.3); attend conference call with Mr. Azer and Ms. Green concerning ███ (.7). | 2.50 | $1,687.50 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 10 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/12/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Martin, and Mr. Whittman (.9); attend post-conference call with Mr. Martin regarding next steps (.3); attend conference call with Mr. Gallagher, Mr. Andolina, Mr. Martin, and Ms. Green regarding ███████ ███████ (.3); attend conference call with Ms. Hanke and Mr. Sochurek regarding ████████████ (.5); attend conference call with Mr. Linder and Mr. Hershey regarding ████████████ (.4); review and revise ███████, drafting versions ████████ (1.2); review and revise ██████ (1.1); attend conference call with Ms. Green regarding revisions ████████ (.1); attend conference call with Ms. Green to discuss revisions ████████ (.1); attend conference call with Ms. Green to discuss further ███████ revisions (.4); review multiple versions of ████████, incorporating comments to same and reviewing revisions (.9); attend conference call with Mr. O'Neill regarding revisions ████████ (.3); review the ████████ (.4); email Mr. Martin regarding same (.1); email Ms. Green regarding further analysis of ████████ (.1); review proposed language ████████ (.1); email Mr. Stoner and Ms. Baccash regarding same (.2). | 7.40 | $5,735.00 |
| 05/12/21 | Wesley Dutton | Research ████████ (.8); review comments from Mr. Martin regarding edits to the outline of ████████ (.3) draft BSA memo regarding ████████ (1.3); draft email to Mr. Martin regarding his comments on the ████████ (.1); draft email to Mr. Martin regarding the status of revisions to the ████████ (.1). | 2.60 | $1,417.00 |

Invoice Number: 21492695                                                                    August 13, 2021
Matter Name: General Insurance Matters                                                      Page 11 of 24
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/12/21 | Carla Green | Attend conference call with Mr. Stoner to discuss ███████ ████████████ (.2); attend conference call with Mr. Martin, Mr. Azer, Mr. Andolina, Mr. Gallagher and Ms. Boelter to discuss ████████ (.4); attend conference call with Mr. Martin to discuss ████████████ (.1); attend conference with Mr. Azer to discuss ██████████ (.1); attend conference call with Mr. Azer to discuss revisions █████ (.1); attend conference call with Mr. Azer to discuss ████████ (.4); attend conference call with Mr. Hershey to discuss ██████ (.2); continue reviewing and revising ██████████ (2.4); review and analyze ██████ ████████████ (1.6); email Mr. Stoner regarding same (.1); draft final revisions ████ (.5); email Mr. Martin regarding same (.1); email Mr. Schindler regarding ████ (.2); email Mr. Dutton regarding research on ████ (.2); review and analyze draft language on ██████ (.4); complete responses ██████ (.9); email Mr. Azer regarding same (.1); review and analyze suggested revisions ████████████ (.7); review responses to interrogatories for call with Mr. Hershey (.3). | 9.00 | $5,850.00 |
| 05/12/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Whittman, and Mr. Azer (.9); attend post-conference call with Mr. Azer regarding ██████ (.3); attend telephone call with Mr. Gallagher, Mr. Andolina, Ms. Lauria, Mr. Azer and Ms. Green regarding ██████ (.4); attend call with with Ms. Green regarding same (.1); revise ████████ (1.2). | 2.90 | $2,885.50 |
| 05/12/21 | Benjamin Schindler | Review and revise ████████ (.1); email Ms. Green , Mr. Azer, and Mr. Martin regarding ██████ (.4); review and draft demands for other carriers (.1); review revisions to Century demand for incorporation into other demands (.2) . | 0.80 | $360.00 |
| 05/12/21 | Mike Stoner | Analyze revisions to ████████████ (.3); attend call with Ms. Green concerning revisions ████ (.2); prepare revisions ██████ (.9); prepare email to Ms. Green concerning ████ (.1); prepare email to Mr. Azer regarding ████ (.1). | 1.60 | $1,080.00 |

Invoice Number: 21492695                                                    August 13, 2021
Matter Name: General Insurance Matters                                      Page 12 of 24
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/13/21 | Adrian Azer | Email Mr. Hershey regarding final revisions ███████ (.2); attend call with Mr. Martin regarding ███████ (.2); continue to review and revise ███████ (.9); attend conference call with Ms. Green to discuss ███████ (.1); attend conference call with Ms. Green, Mr. Stoner, Mr. Linder, Ms. Baccash, Mr. Andolina and Mr. O'Neil regarding ███████ (.5); attend conference call Ms. Green to discuss ███████ (.1); attend conference call with Ms. Green, Mr. Boone and Ms. Baccash to discuss ███████ (.2); attend post-conference with Ms. Green regarding needed revisions to ███████ (.1); review additional revisions ███████ and revise proposed responses to same (.7); attend conference call with KCIC regarding ███████ (.3). | 3.30 | $2,557.50 |
| 05/13/21 | Wesley Dutton | Revise ███ research outline and draft ███████ (4.6); draft email to Mr. Martin attaching ███████ outline and summary for his review (.1); draft memo regarding ███████ (.7). | 5.40 | $2,943.00 |
| 05/13/21 | Wesley Dutton | Review comments from Mr. Martin on T███████ (.4); attend call with Ms. Green to discuss revisions to the ███████ (.5); draft memo addressing ███████ (1.7). | 2.60 | $1,417.00 |
| 05/13/21 | Carla Green | Attend conference call with Mr. Azer to discuss ███████ (.1); attend conference call with Mr. Azer, Mr. Stoner, Mr. Linder, Ms. Baccash, Mr. Andolina and Mr. O'Neil regarding ███████ (.5); attend conference call with Mr. Azer to discuss ███████ (.1); attend conference call with Mr. Azer, Mr. Boone and Ms. Baccash to discuss ███████ (.2); attend post-conference with Mr. Azer regarding ███████ (.1); attend conference call with Mr. Martin to discuss ███████ (.6); attend conference call with Mr. Schindler to discuss ███████ (.3); attend conference call with Mr. Dutton about revisions to memo (.5); review and revise ███████ (.6); email correspondence with Mr. Azer regarding same (.1); prepare redline of suggested changes for White & Case (.3); finalize revisions to ███████ (1.8); complete ███████ for Mr. Boone (.7); email correspondence with Mr. Schindler regarding revisions to ███████ (.3); complete revisions to ███████ (.5); email correspondence with KCIC regarding ███████ (.2); continue revisions to ███ memo (.6); continue revisions to ███████ (.4); email correspondence with Mr. Dutton regarding revisions to ███████ memo (.2); multiple correspondence with Mr. Schindler regarding ███████ (.4). | 8.50 | $5,525.00 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 13 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/13/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding ███████ (.2); review and revise ███████ (.5); review and revise memorandum on ███████ (.5); attend call with Ms. Green regarding memo on ███████ (.6); prepare e-mail to Ms. Lauria and Mr. Andolina regarding ███████ (.1); review and revise ███████ (.3). | 2.20 | $2,189.00 |
| 05/13/21 | Benjamin Schindler | Email Mr. Martin and Ms. Green regarding ███████ (.2); revisions to ███████ including incorporation of Mr. Martin comments and revisions (.2); attend call with Ms. Green regarding draft ███████ (.4); draft ███████ (2.2); revise the same (.3). | 3.30 | $1,485.00 |
| 05/13/21 | Mike Stoner | Prepare email to Ms. Warner concerning ███████ (.1); prepare email to Mr. Martin concerning ███████ (.2). | 0.30 | $202.50 |
| 05/14/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin (.8); attend post-conference call with Mr. Martin (.1); review revised version of ███████, including comments from Ms. Lauria (.5); attend weekly insurer call (.1); attend bankruptcy task-force call (2.3); review ███████ (.4); email Haynes and Boone team regarding same (.3); review email and attachment ███████ (.3); review emails ███████ (.2); review letters from counsel ███████ and emails with team regarding same (.3); review revise memorandum ███████ (.8); attend call with Mr. Martin regarding ███████ (.1). | 6.20 | $4,805.00 |
| 05/14/21 | Wesley Dutton | Draft memo addressing ███████ 6.3); draft email to Ms. Green attaching a draft of the memo for her review (.1); review memo for typographical or citation errors (.4); revise the memo to incorporate comments from Ms. Green (.5); email Ms. Green regarding ███████ (.1). | 7.40 | $4,033.00 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 14 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/14/21 | Carla Green | Attend conference call with Mr. Stoner to discuss ███████ (.1); make final revisions to ███████ (.4); email Mr. Martin regarding same (.1); review and revisions to ███████ (1.0); review and revise ███████ memo revised by Mr. Dutton (1.6); review and analyze case law regarding same (.8); continue to review and revise ███████ (2.6); review and analyze ███████ cases for same (1.2); email Mr. Martin regarding memo and ███████ (.2); email Mr. Azer regarding ███████ (.3); email Mr. Boone regarding ███████ (.4); email Mr. Stoner regarding ███████ (.1); complete final review of ███████ (.5); email Mr. Stoner regarding ███████ (.1); email Mr. Stoner regarding ███████ (.2); email Mr. Martin regarding ███████ (.1); email Mr. Stoner and Mr. Martin regarding ███████ (.3). | 10.00 | $6,500.00 |
| 05/14/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (.8); attend post-conference call with Mr. Azer regarding same (.1); participate in ███████ call (2.2); attend call with Mr. Azer regarding ███████ (.1); prepare e-mail to Ms. Lauria and Mr. Andolina regarding ███████ (.1). | 3.30 | $3,283.50 |
| 05/14/21 | Benjamin Schindler | Email Mr. Martin and Ms. Green regarding draft ███████ (.3); email Mr. Stoner regarding revisions (.2); incorporate Mr. Stoner's comments into revisions of same (.2); email Ms. Green regarding same (.1); further revise ███████ (.3); email Mr. Martin, Ms. Green, Mr. Stoner, Mr. Azer, and KCIC regarding ███████ and review of same (.7). | 1.80 | $810.00 |
| 05/14/21 | Mike Stoner | Prepare comments to ███████ (.3); prepare emails to Ms. Green concerning ███████ (.1); prepare email to Ms. Anderson concerning availability for conference call ███████ (.1); prepare email to Ms. Green concerning ███████ (.2); attend call with Ms. Green regarding ███████ (.1). | 0.80 | $540.00 |
| 05/15/21 | Adrian Azer | Attend conference calls with Mr. Boone, Ms. Baccash,and Ms. Green regarding revisions to ███████ (.8); attend post-conference call with Ms. Green (.2); attend conference call with Mr. Martin and Ms. Green to discuss ███████ (.5); attend conference call with Ms. Green to discuss further revisions t ███████ (.3); review discovery requests ███████ (.2); review ███████ (.2); review and comment on multiple versions of ███████ (1.3); attend conference call with Mr. Stoner regarding ███████ (.3); review and revise ███████ (.4); attend conference call with Mr. Boone and counsel to ███████ (.2). | 4.40 | $3,410.00 |
| 05/15/21 | Wesley Dutton | Draft email to Mr. Stoner attaching a draft of the ███████ for his review (.1). | 0.10 | $54.50 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 15 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/15/21 | Carla Green | Attend conference call with Mr. Azer, Mr. Boone and Ms. Baccash to discuss revisions ▇▇▇▇ (.8); attend post-conference call with Mr. Azer to discuss ▇▇▇▇ (.2); attend conference call with Mr. Martin and Mr. Azer to discuss ▇▇▇▇ (.5); attend conference call with Mr. Azer to discuss ▇▇▇▇ (.2); email correspondence with Ms. Klauck regarding ▇▇▇▇ (.2); email Ms. Klauck regarding ▇▇▇▇ (.2); review and revise same (.4); email Ms. Baccash regarding same (.2); revise ▇▇▇▇ (.2); email Mr. Martin regarding same (.1); continue review and revisions of ▇▇▇▇ (1.8); email Ms. Klauck regarding ▇▇▇▇ (.2); review and analyze same sent by Ms. Klauck (.3); email Mr. Azer discussing ▇▇▇▇ (.4). | 5.70 | $3,705.00 |
| 05/15/21 | Ernest Martin, Jr. | Review revised memo on ▇▇▇▇ (.2); attend conference call with Mr. Azer and Ms. Green regarding ▇▇▇▇ (.5); review latest version of ▇▇▇▇ (1.1). | 1.80 | $1,791.00 |
| 05/15/21 | Mike Stoner | Attend call with Mr. Azer concerning ▇▇▇▇ (.3); review request ▇▇▇▇ (.2); prepare email to Mr. Dutton concerning ▇▇▇▇ (.1); analysis regarding ▇▇▇▇ (.4). | 1.00 | $675.00 |
| 05/16/21 | Adrian Azer | Review and revise ▇▇▇▇ (.3); continue to review memorandum related to ▇▇▇▇ (.4); attend conference call with Ms. Baccash, Mr. Boone, and Ms. Green regarding ▇▇▇▇ (.2); email counsel to ORIC regarding ▇▇▇▇ (.2); attend conference call with counsel ▇▇▇▇ (.2); review and respond to email from Mr. McGowan regarding ▇▇▇▇ (.2); attend call with Mr. Martin regarding ▇▇▇▇ (.2). | 1.70 | $1,317.50 |
| 05/16/21 | Carla Green | Attend conference call with Mr. Azer, Mr. Boone and Ms. Baccash to discuss ▇▇▇▇ (.2); email Mr. Azer regarding ▇▇▇▇ memo (.1); final review of ▇▇▇▇ in preparation for filing (2.0); email Mr. Boone and Ms. Baccash regarding changes to same (.2); email Mr. Marten to discuss ▇▇▇▇ (.3); revise ▇▇▇▇ accordingly (.2). | 3.00 | $1,950.00 |
| 05/16/21 | Ernest Martin, Jr. | Review revisions to ▇▇▇▇ (.2); review ▇▇▇▇ (.2); review ▇▇▇▇ (.1); review e-mails from Mr. McGowan, Ms. Rosenblatt, and Mr. Azer regarding ▇▇▇▇ (.2); attend call with Mr. Azer regarding same (.1); review revisions to ▇▇▇▇ (.5). | 1.30 | $1,293.50 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 16 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/17/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin (.5); attend post-conference call with Mr. Martin (.2); attend conference call with Ms. Baccash regarding ███████ (.4); attend conference call with Mr. Linder and counsel ███████ (.4); attend post-conference call with Mr. Linder in preparation for call ███████ (.2); attend conference call with counsel ███████ and Ms. Baccash regarding ███████ (.2); review emails from White and Case regarding ███████ (.3); email White and Case regarding conferences ███████ (.3); email Mr. McGowan regarding ███████ (.1); email counsel ███████ (.2); continue to review memorandum related to ███████ and certain cases cited therein regarding ███████ (.9); attend call with Mr. Martin regarding ███████ (.2). | 3.90 | $3,022.50 |
| 05/17/21 | Carla Green | Attend conference call with Mr. Celentino, Mr. Sochurek, and Ms. Hanke regarding ███████ (.2); email Mr. Schindler regarding ███████ (.2); email Mr. Azer regarding ███████ (.2); attend mediation session ███████ (1.0); email Ms. Junger regarding ███████ (.3); continue review and revision to ███████ (2.0); review and analyze ███████ sent by Mr. Schindler (.3); email Mr. O'Neil regarding revisions ███████ (.2); email Mr. Dutton regarding ███████ (.3); email Mr. Schindler regarding ███████ (.2); email Mr. Linder regarding suggested revisions ███████ (.2); email Ms. Sandler regarding ███████ (.2); email Mr. Azer regarding revisions ███████ (.2); email correspondence with Mr. Celentino regarding ███████ (.3). | 5.80 | $3,770.00 |
| 05/17/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Whittman, and Mr. Azer (.5); attend post-conference call with Mr. Azer regarding same (.2); attend telephone call with Mr. Gallagher regarding ███████ (.4); attend call with Mr. Azer regarding ███████ (.2); review e-mail from Ms. Lauria regarding case law ███████ and reply to same (.9). | 2.20 | $2,189.00 |
| 05/17/21 | Mike Stoner | Work on draft ███████ (.9); review ███████ (.2). | 1.10 | $742.50 |
| 05/18/21 | Carla Green | Attend conference call with Mr. Azer to discuss ███████ (.2); attend conference call with Mr. Azer, Mr. Linder, Mr. Boone and Ms. Baccash ███████ (.1); email Mr. Moates regarding ███████ (.2); review and revise ███████ in preparation for hearing (1.5); email Mr. Taylor regarding ███████ (.2); email Mr. Azer regarding same (.1); continue draft ███████ (.5). | 2.80 | $1,820.00 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 17 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/18/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding possible assistance at upcoming hearing (.2); review various e-mails from Mr. Schiavoni, Mr. Andolina, and Mr. Azer regarding ███████████ (.2). | 0.40 | $398.00 |
| 05/18/21 | Mike Stoner | Prepare email to Peg Anderson concerning ███████████ ███. | 0.10 | $67.50 |
| 05/19/21 | Carla Green | Continue to review and revise ███████████ (2.0); email Mr. Azer regarding same (.2); continue draft ███████████ (1.5); email Mr. Sochurek regarding ████ (.2). | 3.90 | $2,535.00 |
| 05/19/21 | Mike Stoner | Prepare email to Ms. Green concerning ███████████ (.1). | 0.10 | $67.50 |
| 05/20/21 | Adrian Azer | Attend call with Mr. Martin to discuss ███████ (.2); attend conference call with Ms. Green to discuss ███████ (.5); attend conference call with Ms. Green to discuss ███████ (.2); attend conference call with Ms. Green, Mr. Martin, White & Case and Alvarez to discuss ███████ (1.0); attend post-conference call with Mr. Martin and Ms. Green to discuss same (.5); attend conference call with Ms. Green to discuss ███████ (.2); attend conference call with Mr. Schindler, Mr. Dutton and Ms. Green to discuss ███████ (.8); review transcript from hearing ███ (.4); review letter ███████ (.1); review letter from counsel ███████ (.2); review deposition notice to Bates and White, and emails with team regarding same (.3); attend call with Ms. Green regarding ███████ (.2); analyze ███████ and consider next steps (.4); review email from counsel ███████ and draft response to same (.3). | 5.30 | $4,107.50 |
| 05/20/21 | Wesley Dutton | Attend call with Mr. Azer, Ms. Green, and Mr. Schindler to discuss research ███████████. | 0.70 | $381.50 |
| 05/20/21 | Carla Green | Continue drafting ███████████ (.5); email Mr. Dutton regarding ███████ (.2); email KCIC regarding ███████ ███████ (.3). | 1.00 | $650.00 |
| 05/20/21 | Ernest Martin, Jr. | Prepare e-mail to Ms. Lauria and Mr. Andolina regarding ███████ (.1); attend call with Mr. Azer regarding ███████ (.2); review letter from Mr. Wadley (.1); participate in call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, Mr. Azer, and Ms. Green regarding ███████ (1.0); attend post-conference call with Mr. Azer and Ms. Green regarding same (.5); review letter by Mr. Schiavoni (.1); review hearing transcript (.7). | 2.70 | $2,686.50 |
| 05/20/21 | Benjamin Schindler | E-mail Ms. Green, Mr. Azer, and Mr. Dutton regarding ███████ (.1); attend call regarding same (.8). | 0.90 | $405.00 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 18 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/21/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Martin, and Mr. Whittman (.8); email Mr. Andolina regarding ███████ (.2); review letter from White and Case to the TCC, and emails related to same (.2); review letter received from insurer (.1); prepare for meet and confer discussion with TCC and Coalition regarding ██████████ (.4); attend conference call with Coalition, TCC, and White and Case team regarding ████████ (.5); attend post-conference call with Ms. Green regarding same (.5); email Ms. Green regarding revisions ████████ (.2); attend call with Mr. Martin regarding ████████ (.3). | 3.20 | $2,480.00 |
| 05/21/21 | Lisa Dang | Research ██████████. | 1.70 | $442.00 |
| 05/21/21 | Wesley Dutton | Attend call with Mr. Schindler to discuss ██████████ (.1); research and analyze case law ██████████ (.7). | 0.80 | $436.00 |
| 05/21/21 | Carla Green | Attend conference call with Mr. Azer, White & Case, Coalition, and TCC regarding ████████ (.5); attend post-conference call with Mr. Azer regarding same (.5); continue draft of ████████ (1.7); email Mr. Dutton and Mr. Schindler regarding ████████ (.2); review and analyze responses ████████ in preparation for meet and confer (.4); email Mr. Schindler regarding ██████████ (.2); continue review and analysis of hearing transcript ██████████ (1.0); review and analyze Mr. Dutton's research on ████████ (.5); email Mr. Dutton regarding same (.2); review and comment on ████████ from Mr. Dutton and Mr. Schindler (.5). | 5.70 | $3,705.00 |
| 05/21/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Whittman, and Mr. Azer (.8); review transcript of court hearing ████ ████ (1.0); review e-mail from Mr. Abbott regarding mediation and adjournment of hearing (.1); participate in insurer call (.3); attend telephone call with Mr. McGowan, Ms. Lauria, Mr. Andolina, and Mr. Whittman to discuss ████████ (.8); prepare e-mail to Mr. Azer regarding call with client and White and Case (.2); attend call with Mr. Azer regarding same (.3); review e-mail from Mr. O'Neill on ██████████ (.1). | 3.60 | $3,582.00 |
| 05/21/21 | Benjamin Schindler | Attend Attend call with Mr. Dutton regarding ████████ (.1); email Mr. Dutton regarding research assignment (.3); review and analysis of ████████ (1.7). | 2.10 | $945.00 |
| 05/21/21 | Jennifer S. Stephens | Search for ██████████. | 0.50 | $130.00 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 19 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/22/21 | Wesley Dutton | Research and analyze ███████ ████████████████████ (3.1); draft email to Mr. Schindler regarding ████████ (.2); draft email to Mr. Azer and Ms. Green summarizing research findings and ████████████████████ (.3). | 3.60 | $1,962.00 |
| 05/22/21 | Carla Green | Review and analyze ████████████ sent by Mr. Dutton and Mr. Schindler (.8); email Mr. Dutton regarding same (.3). | 1.10 | $715.00 |
| 05/22/21 | Benjamin Schindler | Email Mr. Dutton and Ms. Green regarding ████████████ (0.2); review and analyze ██████████████████ (4.1). | 4.30 | $1,935.00 |
| 05/23/21 | Adrian Azer | Begin to review research related to ████████ in preparation for discussion with Ms. Lauria (1.2); attend conference call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Martin, and Mr. Whittman regarding ████████ (.8); draft, review and revise chart related to ██████████████████ (.5); email Mr. Andolina regarding (.3); email Mr. Martin regarding ████████ (.2). | 3.00 | $2,325.00 |
| 05/23/21 | Wesley Dutton | Draft research outline of relevant case law and ████████ ██████████████████ (3.1); draft email to Mr. Azer, Ms. Green, and Mr. Schindler summarizing research findings and attaching table of authorities (.3). | 3.40 | $1,853.00 |
| 05/23/21 | Carla Green | Email Mr. Martin regarding ████████████ (.2); review communications regarding same (.2). | 0.40 | $260.00 |
| 05/23/21 | Ernest Martin, Jr. | Email Mr. Azer regarding upcoming mediation with insurers (.3); telephone call with Mr. McGowan regarding ████████ (.2); telephone call with Mr. Andolina, Mr. Linder, Mr. Whittman and Mr. Azer to discuss ████████ (.8); email Mr. Azer regarding ██████████ (.6); prepare e-mail to ████████ counsel (.1); prepare e-mail to Mr. Gallagher regarding ██████████████ (.5); review e-mails from Mr. McGowan regarding ████ and reply to same (.3). | 2.80 | $2,786.00 |
| 05/23/21 | Benjamin Schindler | Email Ms. Green, Mr. Dutton and Mr. Azer regarding ████████ ████████ and revisions ████ regarding same. | 0.30 | $135.00 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 20 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/24/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Whittman, and Mr. Martin (.4); attend conference call with Ms. Green and Mr. Stoner regarding ████████ (.4); attend follow-up call with Ms. Green and Mr. Stoner regarding ████████ (.1); continue to review analysis ████████, including revisions to same (1.4); attend conference call with Ms. Green, Mr. Schindler, and Mr. Dutton regarding same (.4); attend conference call with Mr. Martin, Ms. Green, Mr. Schindler, and Mr. Dutton regarding same (.7); attend call with Mr. Dutton, Ms. Green, and Mr. Schindler to discuss the revised outline (.2); attend conference call with Ms. Lauria and White and Case team, Mr. Martin, and Mr. Dutton regarding ████████ (1.0); attend post-conference call with Mr. Martin, Ms. Green, and Mr. Dutton regarding same (.4); attend conference with Ms. Quinn and FCR team, and White and Case team regarding ████████ (.8); attend post-conference call with Mr. Martin (.6); email Mr. Martin and Mr. Stoner regarding ████████, and finalize same, including draft email to Ms. Quinn and FCR team (.7). | 7.10 | $5,502.50 |
| 05/24/21 | Wesley Dutton | Review research notes in anticipation of call with Mr. Azer, Ms. Green, and Mr. Schindler to discuss ████████ (.8); attend call with Mr. Azer, Ms. Green, and Mr. Schindler regarding ████████ research (.4); draft outline of language for use in memo ████████ (.4); attend call with Mr. Azer, Ms. Green, and Mr. Schindler, and Mr. Martin to discuss ████████ research (.7); revise outline to incorporate ████████ changes suggested by Mr. Martin (3.2); attend call with Mr. Azer, Ms. Green, and Mr. Schindler to discuss the revised outline (.2); revise outline to incorporate comments from Mr. Azer (.4); attend call with Mr. Azer, Ms. Green, Mr. Martin, Jessica Lauria, and other counsel at White & Case team (1); attend post-conference call with Mr. Azer, Ms. Green, and Mr. Martin (.4); draft email to counsel at White & Case attaching outline of ████████ and requesting comments (.3). | 7.80 | $4,251.00 |
| 05/24/21 | Carla Green | Attend conference call with Mr. Azer and Mr. Stoner to discuss items and tasks to be completed in preparation for mediation (.4); attend conference call with Mr. Stoner and Mr. Azer to discuss revision ████████ (.1); attend conference call with Mr. Azer, Mr. Schindler and Mr. Dutton to discuss ████████ research (.4); attend conference call with Mr. Martin, Mr. Azer, Mr. Dutton and Mr. Schindler to discuss ████████ research (.7); attend conference all with Mr. Azer to discuss ████████ (.1); attend conference call with Mr. Azer, Mr. Dutton and Mr. Schindler to discuss revisions to ████████ memo (.2); attend conference call with Mr. Azer, Mr. Dutton, Mr. Martin, Ms. Boelter, Mr. Linder, Mr. Andolina, Ms. Warner and Ms. Baccash to discuss ████████ (1.0); attend follow-up conference call with Mr. Azer, Mr. Dutton and Mr. Martin to discuss same and revisions to memo (.4); revise ████████ (1.7); email Mr. Dutton regarding ████████ research (.2). | 5.20 | $3,380.00 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 21 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/24/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (1.2); discussion with Mr. Azer regarding same (.1) | 1.30 | $1,293.50 |
| 05/24/21 | Benjamin Schindler | Email Ms. Green, Mr. Dutton and Mr. Azer regarding ███████ research (0.1); attend call with Mr. Dutton, Mr. Azer, Ms. Green regarding same (0.4); attend call with Mr. Dutton, Mr. Azer, Ms. Green and Mr. Martin regarding same (0.7); revise chart and draft memo to Mr. Azer for White & Case regarding ███████ including discussion and collaboration with Mr. Dutton on same (3.3). | 4.50 | $2,025.00 |
| 05/24/21 | Mike Stoner | Conference call with Ms. Green and Mr. Azer concerning ███████ (.4); prepare email to Mr. Azer regarding ███████ (.1); attend follow up call with Mr. Azer and Ms. Green concerning ███████ (.1); work on revising ███████ (2.6); work on preparing ███████ (1.8); perform final review ███████ (.6) prepare email to Mr. Azer concerning ███████ (.1); review email and attachments from Mr. Sochurek regarding ███████ (.2). | 5.90 | $3,982.50 |
| 05/25/21 | Adrian Azer | Attend bankruptcy-task force meeting (2.3); attend conference call with Mr. Martin regarding ███████ (.6); attend conference call with counsel to the Coalition, FCR, and Mr. Andolina regarding ███████ (.5); attend post-conference call with Mr. Andolina (.1); review letters ███████ (.4); review and revise ███████, including comments from Mr. Martin (.5); review subpoena ███████ and emails regarding same (.7); compile mediation materials for Mr. Martin (.3); email Mr. Evans at Bates White regarding ███████ (.2); review and revise memorandum related to ███████ (1.3); attend conference call with Ms. Green to discuss mediation preparation (.2); attend conference call with Mr. Dutton and Ms. Green regarding same (.2); review emails related to same (.2). | 7.50 | $5,812.50 |
| 05/25/21 | Wesley Dutton | Revise table of authorities ███████ (2.8); draft emails to Mr. Azer and Ms. Green regarding revisions to the outline (.3); attend call with Mr. Azer and Ms. Green to discuss revisions (.2); revise the outline to incorporate additional revisions suggested by Mr. Azer and Ms. Green (.2); draft email to Jessica Lauria and the White & Case team attaching the revised outline and requesting feedback (.2); attend call with Ms. Green regarding the mediation session scheduled for 5/26/21 (.2). | 3.90 | $2,125.50 |
| 05/25/21 | Carla Green | Attend conference call with Mr. Azer to discuss mediation update and tasks (.2); attend conference call with Mr. Dutton and Mr. Azer to discuss ███████ (.2); attend conference call with Mr. Dutton to discuss ███████ (.2); complete final revisions to ███████ (1.0); review and analyze ███████ (1.2). | 2.80 | $1,820.00 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 22 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/25/21 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ███████ (.6); review and revise ███████ (.6); review ███████ (.8); prepare for mediation (1.1). | 3.10 | $3,084.50 |
| 05/25/21 | Benjamin Schindler | Email co-counsel (bankruptcy counsel) regarding ███████ and memo (.1); email Mr. Dutton regarding revisions to same and next steps (.2); revisions to outline of ███████ including review of ███████ (1.6); email Mr. Dutton and co-counsel regarding revised ███████ (.1). | 2.00 | $900.00 |
| 05/25/21 | Mike Stoner | Review email from Mr. Sochurek concerning ███████ (.1); analyze information provided to CNA regarding ███████ (.2). | 0.30 | $202.50 |
| 05/26/21 | Adrian Azer | Attend first day of mediation session (3.9); attend call with Ms. Green regarding ███████ and additions (.3); email Ms. Green related to same (.2); attend call with Mr. Martin regarding mediation issues (.4); review comments ███████ (.8); review emails ███████ related to mediation status (.2); review letter and exhibits filed by Coalition ███████ (.3). | 6.10 | $4,727.50 |
| 05/26/21 | Carla Green | Attend conference call with Mr. Azer to discuss subpoena ███████ (.3); attend conference call with Mr. Azer and Ms. Hanke to discuss subpoena and responses (.3); email Mr. Moates regarding KCIC requests (.2); review and analyze ███████ subpoena for responses (1.3); begin drafting responses and objections for same (1.2). | 3.30 | $2,145.00 |
| 05/26/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding mediation issues (.4); attend mediation in New York (11.1) | 11.50 | $11,442.50 |
| 05/26/21 | Benjamin Schindler | Review and analysis of ███████. | 2.40 | $1,080.00 |
| 05/26/21 | Mike Stoner | Review ███████ (.2); prepare email to Mr. Azer concerning response to ███████ (.1). | 0.30 | $202.50 |
| 05/27/21 | Adrian Azer | Prepare for mediation, including review of ███████ (.4); attend mediation session (9.7); attend conference call with Ms. Green regarding the mediation (.1). | 10.20 | $7,905.00 |
| 05/27/21 | Carla Green | Attend conference call with Mr. Azer to discuss mediation (.1); attemd conference call with Mr. Stoner to discuss ███████ (.3); revise ███████ memo to include new sections with case law and hearing transcript (1.4); review and analyze case law and hearing transcript for same (.9); continue responses and objections to ███████ subpoena (.8); review and analyze amended subpoena ███████ (.6); revise objections and responses accordingly (1.0); continue draft ███████ (1.0). | 6.10 | $3,965.00 |
| 05/27/21 | Ernest Martin, Jr. | Attend mediation in New York. | 8.30 | $8,258.50 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 23 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/27/21 | Mike Stoner | Conference call with Ms. Green concerning ████████ (.3); prepare email to Mr. Martin regarding ████████ (.1) | 0.40 | $270.00 |
| 05/28/21 | Adrian Azer | Attend conference call with Mr. McGowan and Ms. Lauria (.4); email Mr. Martin regarding various issues (.4); review subpoena ████ (.3); attend conference call with Ms. Green regarding ████████ (.5); conference call with Ms. Hanke, Mr. Sochurek and Ms. Green to discuss ████ (.5);; review ████ comments ████ (.6); attend conference call with Mr. Griggs, Mr. Manning, Mr. O'Neill, and Mr. Tuvia regarding same (.7); email White and Case team regarding ████ (.4); review draft ████████ (.6); attend call with Mr. Martin regarding same (.2). | 4.60 | $3,565.00 |
| 05/28/21 | Carla Green | Attend conference call with Mr. Azer regarding mediation and next steps (.5); attend conference call with Ms. Hanke, Mr. Sochurek and Mr. Azer to discuss ████ (.5); continue drafting ████████ (1.2); email correspondence with Mr. Linder regarding same (.2); review and analyze ████████ (.4); revise memo (1.0); review transcript for same (.5). | 4.30 | $2,795.00 |
| 05/28/21 | Ernest Martin, Jr. | Review e-mails from Ms. Lauria, Mr. O'Neill and Mr. Azer regarding ████ (.2); email Mr. Azer regarding update call with Mr. McGowan (.1); email Mr. Azer, Mr. Stoner, and Ms. Green regarding ████████ (.2); attend call with Mr. Stoner regarding ████████ (.2); attend call with Mr. Azer regarding ████████ (.2); review ████ (.3). | 1.20 | $1,194.00 |
| 05/28/21 | Mike Stoner | Review and respond to emails to Mr. Azer, Mr. Martin, and Ms. Green concerning ████████. (.2); analyze emails regarding ████████ (.1); prepare email to Mr. Martin, Mr. Azer, and Ms. Green concerning ████████ (.1); review ████████ (.5); prepare email to Mr. Martin, Ms. reen, and Mr. Azer concerning ████████ (.3); attend call with Mr. Martin concerning ████████. (.2); draft response letter to ████ (1.9); review revisions to ████ memo prepared by Ms. Green (.2). | 3.50 | $2,362.50 |
| 05/29/21 | Adrian Azer | Attend conference call with T. Gallagher regarding ████████ (.3); review ████████ (.4); email to Mr. McGowan regarding ████████ (.2). | 0.90 | $697.50 |

Invoice Number: 21492695
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 24 of 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/30/21 | Adrian Azer | Prepare for conference call with Coalition regarding ███████ █████ (.4); attend conference with Ms. Lauria, Mr. Andolina, Mr. O'Neill and Ms. Baccash regarding ██████ ██████ (.9); attend conference call with the Coalition, FCR, and Ms. Lauria, Mr. Andolina, Mr. O'Neill, and Ms. Baccash regarding comments ███████ (1.1); attend conference call with mediators regarding ████ (.6); attend post-conference call with Mr. Gallagher (.2); attend conference call with Mr. Martin regarding ██████████ (.4); review revisions to ██████████████ and consider revisions to same (.5). | 4.10 | $3,177.50 |
| 05/30/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding ██████████ (.4); review e-mail from Mr. Schiavoni (.1) | 0.50 | $497.50 |
| 05/31/21 | Adrian Azer | Review ███████████ and provide comments to White and Case (.3); conference with Mr. Linder and Ms. Baccash regarding ████ ██████████ (.4). | 0.70 | $542.50 |
| 05/31/21 | Carla Green | Continue responses and objections ██████████. | 0.80 | $520.00 |
| 05/31/21 | Ernest Martin, Jr. | Review e-mail from mediators including mediation schedule (.1); review draft ████████████ (.1); email Mr. Azer, Mr. Stoner and Ms. Green regarding drafting ████████████ (.2); review Coalition's changes ██████ (.7); review ██████████ from Mr. Whittman (.1). | 1.20 | $1,194.00 |

**Total Fees**          **$352,214.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 138.90 | $775.00 | $107,647.50 |
| Ernest Martin, Jr. | Partner | 90.10 | $995.00 | $89,649.50 |
| Benjamin Schindler | Associate | 30.30 | $450.00 | $13,635.00 |
| Carla Green | Associate | 126.90 | $650.00 | $82,485.00 |
| Mike Stoner | Associate | 24.10 | $675.00 | $16,267.50 |
| Wesley Dutton | Associate | 76.70 | $545.00 | $41,801.50 |
| Jennifer S. Stephens | Librarian | 1.00 | $260.00 | $260.00 |
| Lisa Dang | Staff | 1.80 | $260.00 | $468.00 |

**Total Professional Summary**        **$352,214.00**

**Total Fees, Expenses and Charges**       **$352,214.00**

**Total Amount Due**       **USD $352,214.00**

# HAYNES BOONE

Invoice Number: 21492696
Invoice Date:  August 13, 2021
Matter Name: Insurance Issues Related to Plan & Disclosure Statement
Client/Matter Number: 0020234.00030
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  May 31, 2021*

| | |
|---|---:|
| Total Fees | $24,234.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$24,234.50** |
| **Total Invoice Balance Due** | **USD  $24,234.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21492696** ● Client Number **0020234.00030** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21492696                                                                                      August 13, 2021
Matter Name: Insurance Issues Related to Plan & Disclosure Statement                                         Page 2 of 3
Client/Matter Number: 0020234.00030
Billing Attorney: Ernest Martin, Jr.

*For Professional Services Through  May 31, 2021*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/18/21 | Adrian Azer | Confer with Ms. Lauria regarding ███████ ███ (.2); prepare for ████████ ██████ hearing, including review of ███████████ (2.8); multiple conferences with Ms. Baccash regarding ██████████ (.9); multiple emails with ████ ██████████████████████████ (.6); prepare for conference with ██████████ regarding ████ s (.3); conference with ████████ regarding ████████ (.5); conference with █████ regarding █████ (.3); review proposed revisions by ███████████████████ and revise same (1.2); conference with counsel ██████████ regarding ████████████ (.4); conference with Mr. Linder and Ms. Baccash regarding ████████████████ (.4); review emails from counsel ████████, respond to White and Case team, and emails with counsel ██████ (.9); emails with Ms. Lauria regarding ████████████████ (.2). | 8.70 | $6,742.50 |
| 05/19/21 | Adrian Azer | Review and comment on revisions t██████████████ ██████████████ (.8); attend call with Mr. Martin regarding ██████████████ (.1); attend ████████████ hearing and plan related motions, including ████████ (8.8); attend post-conference call with Mr. Martin regarding same (.2). | 9.90 | $7,672.50 |
| 05/19/21 | Ernest Martin, Jr. | Review proposed revisions ████████████ (.1); discussion with Mr. Azer regarding upcoming hearing (.1); attend bankruptcy hearing (2.5); attend call with Mr. Azer regarding same (.2). | 2.90 | $2,885.50 |
| 05/20/21 | Carla Green | Conference call with Mr. Azer to discuss hearing and next steps (.5); conference call with Mr. Azer to discuss ████████████ (.2); conference call with Mr. Azer, Mr. Martin, White & Case and Alvarez to discuss hearing and next steps (1.0); post-conference with Mr. Martin and Mr. Azer to discuss same (.5); conference call with Mr. Azer to discuss ████████████ research (.2); conference call with Mr. Schindler, Mr. Dutton and Mr. Azer to discuss research ████████████ (.8); review and analyze hearing transcript ████████████ and next steps ████████████ (1.4); review and revisions to suggested changes ████████████ (1.5); begin research and analysis on ████████████ (.8); multiple email correspondence with Mr. Dutton, Mr. Schindler and Mr. Azer regarding same (.4). | 7.30 | $4,745.00 |

Invoice Number: 21492696  
Matter Name: Insurance Issues Related to Plan & Disclosure Statement  
Client/Matter Number: 0020234.00030  
Billing Attorney: Ernest Martin, Jr.

August 13, 2021  
Page 3 of 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/24/21 | Ernest Martin, Jr. | Conference call with Mr. Azer, Ms. Green, Mr. Dutton, and Mr. Schindler to discuss ███████████████ related to ███████ (.6); participate in call with Ms. Lauria, Mr. Linder, Ms. Green, and Mr. Dutton regarding ███████████████ (1.0); discussion with Mr. Azer regarding case developments and issues (.6). | 2.20 | $2,189.00 |

| | | |
|---|---|---|
| **Total Fees** | | **$24,234.50** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 18.60 | $775.00 | $14,415.00 |
| Ernest Martin, Jr. | Partner | 5.10 | $995.00 | $5,074.50 |
| Carla Green | Associate | 7.30 | $650.00 | $4,745.00 |
| **Total Professional Summary** | | | | **$24,234.50** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$24,234.50** |
| **Total Amount Due** | USD **$24,234.50** |

# HAYNES BOONE

Invoice Number: 21492697
Invoice Date:  August 13, 2021
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  June 30, 2021*

| | |
|---|---:|
| Total Fees | $288,383.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$288,383.00** |
| **Total Invoice Balance Due** | **USD  $288,383.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21492697** ● Client Number **0020234.00024** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21492697
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 2 of 19

*For Professional Services Through  June 30, 2021*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/01/21 | Adrian Azer | Attend conference call with Ms. Green and Mr. Stoner regarding mediation (.8); attend conference call with counsel regarding ███████ (.4); attend conference call with Ms. Baccash and White and Case team regarding filing schedule (.6); review revised TDPs and email to Mr. O'Neill regarding same (1.6); attend conference call with Mr. O'Neill regarding same (.4); email Mr. O'Neill regarding issues list (.2); review and revise ████████████ (.8); email Mr. Linder and Ms. Baccash regarding same (.4); email Mr. Plevin regarding additional revisions ████ (.4); review emails related to status ████████ (.3). | 5.90 | $4,572.50 |
| 06/01/21 | Wesley Dutton | Review the BSA's proposed amendments to the Second Amended Plan of Reorganization and ████████████████████████ | 1.40 | $763.00 |
| 06/01/21 | Carla Green | Attend conference call with Mr. Stoner and Mr. Azer to discuss ██████ (.8); email Mr. Dutton regarding insurance ██████████ (.2); email Mr. Stamoulis regarding discovery requests for KCIC (.3); finalize objections and responses to ██████████ (2.0); review and analyze revised ██████████ (.8); email Mr. Azer regarding same (.2); review and analyze ██████████ (.5); review and analyze proposed amendments to plan (.6); review and analyze ██████ t (.3); review insurer responses ████████ (.3). | 6.00 | $3,900.00 |
| 06/01/21 | Ernest Martin, Jr. | Review letter from Mr. Schiavoni (.1); review ██████████████ (.1); participate in call with Ms. Lauria, Mr. Andolina, Mr. Linder, Ms. Baccash, Ms. Werner, Mr. O'Neill, Mr. Azer, and Mr. Whittman to discuss ██████ (.9). | 1.10 | $1,094.50 |
| 06/01/21 | Mike Stoner | Conference call with Mr. Azer and Ms. Green concerning ██████████████████ (.8); review Plan Support Agreement documents (.4). | 1.20 | $810.00 |
| 06/02/21 | Adrian Azer | Attend conference call with Ms. Green to discuss ██████████ e (.2); attend conference call with Mr. Stoner and Ms. Green concerning mediation (.2); attend follow-up conference call with Mr. Stoner and Ms. Green concerning mediation (.3); attend mediation session, including lengthy sessions with insurers and mediators (12.8); attend multiple conferences with Mr. Martin (.9) review and revise ██████████████ (.6); review and revise draft ██████ (.3); attend conference with J. Schulman regarding revisions to ██████ (.3). | 15.60 | $12,090.00 |

Invoice Number: 21492697
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 3 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/02/21 | Carla Green | Attend conference call with Mr. Azer to discuss ███████ and mediation update (.2); attend conference call with Mr. Azer and Mr. Stoner concerning mediation (.2); attend follow-up conference call with Mr. Azer and Mr. Stoner concerning mediation (.3); revise and analyze ███████ (1.0); email Mr. Stoner regarding ███████ (.2); email correspondence with Ms. Hanke regarding ███████ (.2); email correspondence with Mr. Azer regarding ███████ (.3); complete final revisions to ███████ (1.0); email correspondence with White & Case regarding ███████ (.3); finalize ███████ (1.2). | 4.90 | $3,185.00 |
| 06/02/21 | Ernest Martin, Jr. | Participate in Chicago mediation (3.1); discussion with Mr. Azer regarding developments in mediation (.9); review e-mail from Mr. Krebs (.1); review and revise e-mail on ███████ (.2). | 4.30 | $4,278.50 |
| 06/02/21 | Mike Stoner | Prepare email to Ms. Green concerning ███████ (.1); analysis regarding email from Mr. Plevin concerning ███████ (1.3); attend conference call with Mr. Azer and Ms. Green concerning mediation (.2); attend follow-up conference call with Mr. Azer and Ms. Green concerning mediation (.3); prepare email to Mr. Azer concerning draft letter regarding ███████ (.7); additional analysis concerning arguments regarding ███████ (.5). | 3.10 | $2,092.50 |
| 06/03/21 | Adrian Azer | Attend mediation session (7.1); attend multiple conferences with Mr. Martin regarding same (.7); review responses to Century discovery (.3); attend conference with Mr. Hershey regarding revisions to ███████ (.3). | 8.40 | $6,510.00 |
| 06/03/21 | Carla Green | Review and analyze PSA and draft ███████ (1.0); email Mr. Azer regarding same (.3); email Ms. Burgress regarding ███████ (.2); review and analyze ███████ for same (.4). | 1.90 | $1,235.00 |
| 06/03/21 | Ernest Martin, Jr. | Conference with Mr. Azer regarding mediation developments (.5); review revised ███████ (.3); review BSA's draft supplement to reply (.2); review Mr. Celentino's revisions to BSA's draft supplement to reply (.1). | 1.10 | $1,094.50 |
| 06/03/21 | Benjamin Schindler | Review and analyze ███████ (1.1); attend call with Mr. Dutton regarding same (.1). | 1.20 | $540.00 |
| 06/03/21 | Mike Stoner | Review Mr. Martin's revisions to draft insert concerning ███████ (.2); prepare draft email to Mr. Azer addressing Mr. Martin's revisions (.5). | 0.70 | $472.50 |

Invoice Number: 21492697
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 4 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/04/21 | Adrian Azer | Email KCIC regarding ██████████████ (.2); attend call with Ms. Hanke regarding same (.2); finalize ████████ (.5); attend conference call with Mr. O'Neill, Ms. Lauria and White and Case team regarding ███ (.4); review and revise ███████ (.4); attend call with Mr. Martin regarding ████████ (.3); email Ms. Burgess and other White and Case team members regarding the ██████████ (.3); attend call with Mr. Dutton regarding t█████████████████████ (.2); attend weekly insurer call (.3); email Mr. Linder and White and Case team regarding draft ██████████ (.2); attend conference call with Ms. Baccash and White and Case team regarding same (.4); email counsel to Great American and Zurich regarding ██████████ (.3); attend call with Mr. Celentino regarding ██████████ (.3). | 4.00 | $3,100.00 |
| 06/04/21 | Wesley Dutton | Review summary of ██████████ compiled by Mr. Schindler (.5); attend call with Mr. Schindler regarding same (.1); attend call with Mr. Azer regarding the need for research concerning ██████████████ (.2); email Mr. Schindler regarding █████████ (.1); research and analyze case law concerning ████████ (2.7). | 3.60 | $1,962.00 |
| 06/04/21 | Carla Green | Review comments from Ms. Warner regarding responses ████████ (.4); review and analyze revisions ██████ (1.0). | 1.40 | $910.00 |
| 06/04/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding mediation developments. | 0.30 | $298.50 |
| 06/04/21 | Benjamin Schindler | Continued review and memorandum containing ████████ (2.5); email Mr. Dutton regarding same (.2); further review and analyze ████ (.5). | 3.20 | $1,440.00 |
| 06/05/21 | Adrian Azer | Review and revise ██████████████ (1.3); attend conference call with Ms. Baccash, Mr. Linder, Mr. Boone, and Mr. Burgess regarding same (.2); email Mr. Gallagher regarding ██████████ (.2); attend National Executive Board meeting (1.2); review and revise ███, including review of comments by Mr. O'Neill (.9); review research from Mr. Dutton related to ██████████ (.3); attend call with Mr. Dutton regarding same (.2); attend follow-up call with Mr. Dutton regarding same (.2); review ████████████ (.5). | 5.00 | $3,875.00 |

Invoice Number: 21492697
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 5 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/05/21 | Wesley Dutton | Research and analyze legal issues ███████ (3.8); attend call with Mr. Azer to discuss the need for additional research (.2); research the ███████ (.7); draft email to Mr. Azer summarizing initial findings (.3); attend call with Mr. Azer to discuss additional research (.2); research and analyze ███████ (1.5); draft research notes and email to Mr. Azer for his review (.5); research and analyze ███████ (2.1). | 9.30 | $5,068.50 |
| 06/06/21 | Adrian Azer | Attend call with Mr. Martin regarding latest developments (.4); attend conference call with Mr. Andolina, Ms. Lauria, Mr. Linder, Mr. O'Neill, Mr. Whittman and Mr. Martin to discuss ███████ and strategy related to same (.4); attend conference call with Ms. Green regarding mediation status (.3). | 1.10 | $852.50 |
| 06/06/21 | Wesley Dutton | Draft chart ███████ (2.3); draft email to Mr. Azer and Ms. Green attaching the chart for their review and summarizing ███████ (.3). | 2.60 | $1,417.00 |
| 06/06/21 | Carla Green | Attend conference call with Mr. Azer to discuss status of mediation (.3); review and analyze ███████ research for same (.8). | 1.10 | $715.00 |
| 06/06/21 | Ernest Martin, Jr. | Review revisions ███████ (.5); attend call with Mr. Azer regarding latest developments (.4); attend conference call with Mr. Andolina, Ms. Lauria, Mr. Linder, Mr. O'Neill, Mr. Whittman and Mr. Azer to discuss ███████ and strategy related to same (.4); review notice from mediators regarding mediation schedule (.1); review ███████ (.1); review e-mails from Mr. Whittman and Mr. Azer regarding proposed revisions ███████ (.1). | 1.60 | $1,592.00 |
| 06/07/21 | Adrian Azer | Attend call with Ms. Green regarding edits ███████ (.3); attend call with Mr. Martin regarding mediation status (.2); attend call with Mr. Stoner regarding ███████ (.1); attend follow-up call with Mr. Stoner regarding same (.2); attend pre-mediation meeting with team (2.0); attend mediation (6.2); attend post-conference call with Mr. Martin regarding same (.7). | 9.70 | $7,517.50 |
| 06/07/21 | Wesley Dutton | Review ███████ chart in anticipation of call with Ms. Green (.7); attend call with Ms. Green to discuss revisions to chart (1.3); draft track changes ███████ to incorporate comments from Ms. Green (.2); research and analyze ███████ (.2); draft email to Ms. Green attaching ███████ (.1). | 2.50 | $1,362.50 |

Invoice Number: 21492697
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 6 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/07/21 | Carla Green | Attend conference call with Mr. Azer to discuss ███████ revisions (.3); attend conference call with Mr. Dutton to discuss ███████ revisions (1.3); finalize draft of line-by-line of ███████ revisions (2.6); draft redline of ███████ for Mr. Azer (.2); review and analyze same (.4); email Mr. Azer regarding revisions to ███████ (.3); review and analyze ███████ letter received by Ms. Kutz to analyze ███████ (.4). | 5.50 | $3,575.00 |
| 06/07/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding mediation developments (.2); review ███████ (.3); attend call with Mr. Azer regarding mediation developments (.7); review ███████ revisions ███████ (.3). | 1.50 | $1,492.50 |
| 06/07/21 | Ernest Martin, Jr. | Participate in call with ███████ regarding ███████ ███████ (.2). | 0.20 | $199.00 |
| 06/07/21 | Mike Stoner | Attend conference call with Mr. Azer concerning ███████ ███████ (.1); attend conference call with Mr. Azer and insurer representatives concerning ███████ (.2). | 0.30 | $202.50 |
| 06/08/21 | Adrian Azer | Attend conference call with Mr. Martin regarding mediation strategy (1.0); attend second day of mediation (8.3). | 9.30 | $7,207.50 |
| 06/08/21 | Carla Green | Email Mr. Azer regarding ███████ for mediation (.2); email KCIC regarding same (.2); review and analyze same (1.0); email Mr. Martin regarding plaintiff demand (.2); email Mr. Stoner regarding ███████ (.2); compile same (.5); review and analyze correspondence from ███████ (.3); research and analyze case law regarding ███████ (1.0). | 3.60 | $2,340.00 |
| 06/08/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding mediation strategy (1); attend mediation of case (10). | 11.00 | $10,945.00 |
| 06/09/21 | Adrian Azer | Attend call with Ms. Green regarding mediation status (.2); attend mediation session (11). | 11.20 | $8,680.00 |
| 06/09/21 | Wesley Dutton | Research and analyze ███████ (.8); draft summaries of opinions ███████ (1). | 1.80 | $981.00 |
| 06/09/21 | Carla Green | Attend conference call with Mr. Azer to discuss mediation status (.2); review and analyze ███████ in preparation for mediation (.6); draft summary of same for Mr. Azer (.5); email Mr. Azer regarding same (.2); email Mr. Dutton regarding same (.2); email KCIC regarding ███████ (.2); review and analyze summaries provided by Mr. Dutton regarding ███████ (.4); review and analyze ███████ discovery responses and provide comments (1.2). | 3.50 | $2,275.00 |

Invoice Number: 21492697                                                      August 13, 2021
Matter Name: General Insurance Matters                                        Page 7 of 19
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/09/21 | Ernest Martin, Jr. | Attend mediation in New York (12.6); review letter from Mr. Goodman to Ms. Lauria regarding ███████████ (.2). | 12.80 | $12,736.00 |
| 06/10/21 | Adrian Azer | Attend fourth day of mediation, including review of drafts ███████ (4.9); attend conference call with Mr. Martin regarding same (.9); attend conference call with Mr. O'Neill regarding ██████████ (.2); draft, review and revise responses to counsel ████████ (.3). | 6.30 | $4,882.50 |
| 06/10/21 | Carla Green | Draft letter █████████████████████████ (2.0); review and analyze documents for same (.6); email Mr. Azer regarding same (.2); email KCIC regarding ███████████ (.2). | 3.00 | $1,950.00 |
| 06/10/21 | Ernest Martin, Jr. | Communication with Mr. Azer regarding mediation developments (.3); review letter ████████ (.1). | 0.40 | $398.00 |
| 06/11/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman and Mr. Martin (.7); attend post-conference call with Ms. Lauria, Mr. Andolina, Mr. Linder, Ms. Baccash, and Mr. Martin regarding next steps (.4); attend conference call with Mr. Martin regarding various issues (.6); emails counsel ██████ (.4); attend conference call with Ms. Green and Mr. Stoner regarding mediation and next steps (.4); attend post-conference all with Ms. Green regarding same (.1); review ████████████████████ (.5); attend conference with Mr. O'Neil and Ms. Green to discuss ███████ ████ (.8); attend weekly conference call with the insurers (in part) (.7); review and revise communications r██████████████ ████████ (.3). | 4.90 | $3,797.50 |
| 06/11/21 | Wesley Dutton | Draft email to Ms. Green regarding ███████████ research. | 0.10 | $54.50 |
| 06/11/21 | Carla Green | Attend conference call with Mr. Azer and Mr. Stoner to discuss mediation status and next steps (.4); attend insurer weekly call (.5); attend post-conference with Mr. Azer regarding same (.1); attend conference with Mr. O'Neil and Mr. Azer to discuss ███████████ (.8); email Mr. Dutton regarding follow up research █████████ (.2); review and analyze same (.4); email Mr. Dutton regarding research ████████ (.2); review and analyze same █████████████ (.4); review responses to █████████ discovery (.4); email Mr. O'Neil regarding ████████████ (.2); review same (.3). | 3.90 | $2,535.00 |
| 06/11/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (.7); review various drafts of letter █████ (.3) review and revise letter ████████ (.3) participate in call with insurers (.5); participate in follow-up call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman and Mr. Azer (.4); review final letter to ██████ (.1); attend follow-up call with Mr. Azer regarding various issues (.6). | 2.90 | $2,885.50 |

Invoice Number: 21492697                                                                                  August 13, 2021
Matter Name: General Insurance Matters                                                                   Page 8 of 19
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 06/11/21 | Mike Stoner | Attend conference call with Mr. Azer and Ms. Green concerning status of mediation and next steps (.4); attend conference call with Ms. Klauck, Ms. Hanke, Mr. Butterworth, and Mr. Celentino concerning ▬▬▬▬▬ (1.0); review spreadsheet ▬▬▬▬▬▬ (.2). | 1.60 | $1,080.00 |
| 06/12/21 | Adrian Azer | Attend conference call with Mr. Martin regarding ▬▬▬▬ (.3); review discovery requests ▬▬▬ in preparation for call with Mr. Hershey (.5); attend conference call with Mr. Hershey and Ms. Green regarding discovery responses ▬▬▬ (.5). | 1.30 | $1,007.50 |
| 06/12/21 | Carla Green | Attend conference call with Mr. Azer and Mr. Hershey to discuss responses to discovery requests ▬▬▬▬ (.5); review and analyze discovery requests and make revisions to same (1.0). | 1.50 | $975.00 |
| 06/12/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding ▬▬▬▬▬▬▬▬ (.3). | 0.30 | $298.50 |
| 06/13/21 | Adrian Azer | Review emails from Mr. Hershey related to ▬▬▬▬▬▬ (.2). | 0.20 | $155.00 |
| 06/14/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, Ms. Green, and Mr. Martin (.7); attend conference call with Mr. Martin and Ms. Green regarding various issues (.6); attend conference call with Mr. Linder, Ms. Green, and Mr. Martin (.2); attend conference call with Mr. Martin and Ms. Green regarding mediation ▬▬▬▬ (.4); attend conference call with Coalition, TCC, FCR, and Debtors ▬▬▬▬ (.5, in part); continue to review letter ▬▬ and consider draft response (.4); continue to review ▬▬▬▬ and email to Mr. Martin regarding same (1.6); review and revise letter to the insurers, including incorporating comments from Mr. Martin (1.0); attend call with Mr. Martin regarding same (.3); attend conference call with Ms. Green regarding ▬▬▬▬ (.3); review previous ▬▬▬▬▬▬ and consider same (.5); review ▬▬▬▬ (.3); email Mr. Andolina regarding same (.2); email KCIC regarding same (.1); email Mr. O'Neill, Mr. Martin and Ms. Green regarding ▬▬▬▬ (.3). | 7.40 | $5,735.00 |
| 06/14/21 | Wesley Dutton | Research and analyze case law r▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬ (2.6); draft email to A. Azer attaching research notes and summarizing findings (.2). | 2.80 | $1,526.00 |

Invoice Number: 21492697
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 9 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/14/21 | Carla Green | Attend conference call with Mr. Martin and Mr. Azer to discuss mediation ██████ (.4); Attend conference call with Mr. Azer to discuss ██████ (.2); attend conference call with Mr. Martin, Mr. Azer, Mr. Linder, Ms. Warner, Mr. Andolina, Coalition, TCC and FCR to discuss ██████ (2.4); attend conference call with Mr. Martin to discuss call ██████ (.1); review and analyze ██████ (.3); begin draft of response (.8); review and analyze ██████ (.8); begin review and analysis ██████ for same (1.6). | 6.60 | $4,290.00 |
| 06/14/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (.2); attend call with Mr. Azer regarding ██████ (.2); attend telephone call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer regarding follow up (.2); attend call with Mr. Azer regarding same (.2); review ██████ and prepare comments to same (.2); review letter from Mr. Ruggeri (.2); attend call with Mr. Azer regarding revisions to letter to insurers (.3); review Mr. McGowan's comments ██████ (.3); attend call with Mr. Azer and Ms. Green regarding ██████ memo to send to client (.4); review Mr. McGowan's comments ██████ (.1); participate in call with Coalition and Adhoc regarding ██████ (1.5, in part); attend call with Ms. Green regarding call with Coalition (.1); attend call with Mr. Azer regarding same (.1); review and revise letter to insurers (.3). | 4.30 | $4,278.50 |
| 06/14/21 | Mike Stoner | Analyze regarding issues ██████ (.2); prepare email to Mr. Azer regarding ██████ (.1); prepare email to White and Case concerning ██████ (.1). | 0.40 | $270.00 |
| 06/15/21 | Adrian Azer | Review discovery responses in preparation for call ██████ (.4);attend call with Ms. Green to discuss ██████ (.2); attend conference call with Ms. Green, Mr. Andolina and Mr. Hershey in preparation for call ██████ (.3); attend follow-up call with Ms. Green regarding ██████ (.2); attend conference call with Century regarding discovery issues (1.5); attend conference call with Mr. Stoner regarding ██████ (.3); attend conference call with Mr. Martin and Ms. Green regarding ██████ (.4); attend conference call with Ms. Quinn, Ms. Lauria, Mr. Andolina, Mr. Martin and others related to ██████ (.4); attend conference call with Mr. Andolina, Ms. Baccash, and Mr. Martin (.5); review and revise letter to the insurers addressing comments of Mr. Martin and White and Case (.7); review insurer communications and provide recommendation to Mr. Martin (.2); review and revise letter ██████ (.5); review and revise memorandum ██████ and email to White and Case regarding same (1.1); draft, review and revise talking points for Mr. Martin ██████ (1.3). | 8.00 | $6,200.00 |

Invoice Number: 21492697
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 10 of 19

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 06/15/21 | Carla Green | Conference call with Mr. Azer to discuss ███████████ (.2); conference call with Mr. Andolina, Mr. Hershey, and Mr. Azer regarding KCIC document requests (.3); conference with Mr. Azer to discuss ███████████ (.1); conference call with Mr. Azer to discuss KCIC meet and confer ███████ (.1); conference call with Mr. Azer, Ms. Hanke and Ms. Sochurek to discuss ███████ and KCIC document requests (.3); conference call with Mr. Azer, Mr. Andolina, Mr. Martin and Ms. Quinn to discuss ███████ (.3); drat chart ███████ (1.3); email correspondence with Mr. Azer regarding same (.2); complete revisions to ███████ chart per Mr. Azer's comments (.4); email correspondence with Mr. Martin regarding same (.1); complete redline of changes ███████ for Mr. Martin (.2); complete further revisions to ███████ chart per conversation with Mr. Martin and Mr. Azer's comments (.5). | 5.90 | $3,835.00 |
| 06/15/21 | Ernest Martin, Jr. | Review revised letter to insurers (.1); review proposed letter ███████ (.2); attend call with Mr. Azer regarding insurance issues related to ███████ (.3); attend call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. O'Neill, Ms. Baccash, Mr. Whittman, and Mr. Azer regarding status and strategy ███████ (1.0); discussion with Mr. Azer regarding same (.2); revise letter to Mr. Ruggeri (.1); review ███████ (.2); attend call with Mr. Andolina, Mr. Azer and Ms. Quinn to discuss ███████ (.3); discussion with Mr. Azer regarding strategy (.3); telephone call with Mr. Andolina and Mr. Azer regarding same (.2); review ███████ regarding strategy ███████ (.2); discussion with Mr. Azer regarding same (1.0); review final letters to Mr. Ruggeri and Coalition (.1). | 4.20 | $4,179.00 |
| 06/15/21 | Mike Stoner | Attend call with Mr. Azer concerning ███████ (.3). | 0.30 | $202.50 |
| 06/16/21 | Adrian Azer | Attend call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin (1.1); attend call with Ms. Lauria, Ms. Baccash, Mr. Linder, Mr. Martin and Ms. Green to discuss ███████ (1); attend follow-up call with Ms. Green regarding same (.1); attend conference call with Ms. Green and Mr. Martin to discuss ███████ (.5); attend conference call with Ms. Green, Mr. Sochurek, Ms. Hanke and Ms. Klauck to discuss Century document production (.5); review document requests ███████ (.4);; attend call with Mr. Martin regarding ███████ (.3); conference with Mr. Evans and Mr. O'Neill regarding ███████ (.4); review various ███████ documents, including multiple revisions to ███████, and communications with White and Case team regarding same, and review revised version from counsel ███████ (2.3); attend conference call with Ms. Green regarding ███████ (.2). | 6.80 | $5,270.00 |

Invoice Number: 21492697

Matter Name: General Insurance Matters

Client/Matter Number: 0020234.00024

Billing Attorney: Ernest Martin, Jr.

August 13, 2021

Page 11 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/16/21 | Carla Green | Attend conference call with Mr. Martin, Mr. Azer, Ms. Boelter, Mr. Linder and Ms. Bascash regarding ███████ (1.0); attend conference call with Mr. Azer to discuss next steps (.1); attend conference call with Mr. Azer and Mr. Martin to discuss ███████ (.5); attend conference call with Mr. Azer, Mr. Sochurek, Ms. Hanke and Ms. Klauck to discuss ██████ document production (.5); review and analyze revisions ███████ (1.5); draft email correspondence regarding ███████ (.3); review and analyze revisions ███████ (.5); email Mr. Azer regarding same (.2); review and analyze ███████ (.3); review and analyze and research for propose revisions (.7); attend conference call with Mr. Azer to discuss revisions ███████ (.2). | 5.80 | $3,770.00 |
| 06/16/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (1.1); participate in call with Ms. Lauria, Ms. Baccash, Mr. Linder, Mr. Azer and Ms. Green to discuss ███████ (1); participate in call with Mr. Azer and Ms. Green regarding same (.5); review revisions to ██████ (.2); review Ms. Quinn's revisions to ███████ (.1); attend call with Mr. Azer regarding same (.3). | 3.20 | $3,184.00 |
| 06/16/21 | Mike Stoner | Attend call with Mr. Linder concerning ██████ (.1). | 0.10 | $67.50 |
| 06/17/21 | Adrian Azer | Review and revise multiple versions of the ██████, including multiple revisions to the ███████ (5.7); attend call with Ms. Lauria, Mr. Andolina, Mr. Linder., Ms. Baccash, Mr. O'Neill, and Mr. Martin regarding ███████ (1.0); attend conference call with Mr. Linder, Ms. Green, Mr. Baccash and Mr. Boone to discuss ██████ and revisions to ██████ (1.0); attend follow-up call with White and Case Team (.6); attend conference call with counsel to the Coalition (Eric Goodman) and counsel to the FCR (Ms. Quinn), and the White and Case team (.4); attend call with Mr. Martin regarding developments r██████ (.5); attend conference callwith Mr. Martin and Mr. McGowan regarding ██████ (.9); attend follow-up call with Mr. Martin regarding same (.3); review and revise extensive email to the client ██████ (.6); attend call with Mr. Martin regarding revisions ██████ (.2). | 11.20 | $8,680.00 |
| 06/17/21 | Carla Green | Attend conference call with Mr. Linder, Mr. Azer, Ms. Baccash and Mr. Boone to discuss ██████ and revisions ██████ (1.0); finalize draft of summary regarding ██████ to be sent to Mr. McGowan (1.3); review and analyze case law related to same (.4); review and analyze ██████ and comment on same (.7); continue review and analysis ██████ (.8); provide comments and revisions to same (.7); review letters ██████ (.3); review final changes ██████ (.5). | 5.70 | $3,705.00 |

Invoice Number: 21492697
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 12 of 19

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 06/17/21 | Ernest Martin, Jr. | Review changes ▉▉▉▉▉▉▉▉▉▉ (.2) attend call with Mr. Azer regarding developments related to ▉▉▉▉▉▉▉▉▉ (.5); attend call with Ms. Lauria, Mr. Andolina, Mr. Linder., Ms. Baccash, Mr. O'Neill, and Mr. Azer regarding ▉▉▉▉▉▉▉▉ (1.0); attend call with Mr. McGowan regarding same (.9); attend call with Mr. Azer regarding same (.3) attend call with Mr. Azer regarding ▉▉▉▉▉▉▉▉ (.2). | 3.10 | $3,084.50 |
| 06/17/21 | Ernest Martin, Jr. | Review revisions ▉▉▉▉▉▉ (.2); discussion with Mr. Azer regarding ▉▉▉▉▉▉▉▉▉ (.2). | 0.40 | $398.00 |
| 06/17/21 | Mike Stoner | Attend phone call with Matt Linder concerning ▉▉▉▉▉▉ (.1); analyze issues relating to ▉▉▉▉▉▉▉▉▉. (.2). | 0.30 | $202.50 |
| 06/18/21 | Adrian Azer | Draft, review and revise emails to Mr. Martin related to ▉▉▉▉▉ (1.6); email Mr. Linder and Mr. Andolina regarding weekly insurer call (.2); attend conference call with Mr. Linder and Mr. Andolina regarding same (.2); attend conference call with Mr. Gallagher regarding same (.1); draft, review and revise ▉▉▉▉ for weekly call with the insurers (.3); draft communication to insurers regarding weekly call, including comments from White and Case (.3); attend call with Mr. Martin regarding same (.2); attend call with Mr. Martin regarding ▉▉▉▉▉▉▉▉▉ (.2); attend conference call with Ms. Green regarding revisions ▉▉▉▉▉▉▉▉ (.3). | 3.40 | $2,635.00 |
| 06/18/21 | Carla Green | Email Mr. Azer regarding insurer call (.1); attend conference call with Mr. Azer to discuss insurer letter regarding ▉▉▉▉▉▉ (.3); start outline of same (.9). | 1.30 | $845.00 |
| 06/18/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding strategy related to communications ▉▉▉▉▉▉▉▉▉ (.2); discussion attend call with Mr. Azer regarding decisions made on ▉▉▉▉▉▉ (.2); review e-mail from Mr. Andolina regarding call with Mr. Stang (.1). | 0.50 | $497.50 |
| 06/20/21 | Adrian Azer | Review and analyze ▉▉▉▉▉▉▉▉ and email to Mr. Hershey regarding same (.4); confer with Mr. Hershey regarding same (.2). | 0.60 | $465.00 |
| 06/21/21 | Adrian Azer | Draft emails related to ▉▉▉▉▉▉▉ (.3); attend call with Ms. Kutz regarding document requests ▉▉▉▉ (.2); attend call with Mr. Hershey regarding same (.2); review draft language ▉▉▉▉▉▉ in response to discovery requests (.1); begin to review ▉▉▉▉▉ (.3); attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina; Mr. Linder, Mr. Martin, and Mr. Whittman (.6); attend post-conference call with Mr. Martin regarding tasks (.2); analyze next steps ▉▉▉▉▉▉, including strategy ▉▉▉▉▉▉ (.5). | 2.40 | $1,860.00 |

Invoice Number: 21492697                                                          August 13, 2021
Matter Name: General Insurance Matters                                           Page 13 of 19
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/21/21 | Carla Green | Email Ms. Hanke regarding ████████████ discovery (.2); email Mr. Linder regarding same (.2); draft ████████ (.4); email Mr. Sochurek regarding ████████████ (.2). | 1.00 | $650.00 |
| 06/21/21 | Ernest Martin, Jr. | Participate in call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (.6); attend follow-up call with Mr. Azer regarding strategy (.2). | 0.80 | $796.00 |
| 06/22/21 | Adrian Azer | Attend NEC meeting (1.4); attend conference call with Mr. Martin regarding ████████████ (.4); review emails related to discovery ████████████ (.4); continue to review revised ████████████ and emails related to same (1.2). | 3.40 | $2,635.00 |
| 06/22/21 | Carla Green | Email Mr. Sochurek regarding ████ document production (.2); review same (.2). | 0.40 | $260.00 |
| 06/22/21 | Ernest Martin, Jr. | Participate in BTF-NEC conference call (1.4); attend post-conference call with Mr. Azer regarding the status ████████ (.4). | 1.80 | $1,791.00 |
| 06/23/21 | Adrian Azer | Review ████████, including multiple sets of comments ████████ ████████ (1.4); attend conference call with Mr. O'Neill, Mr. Evans, and Mr. Manning regarding revisions to same (1.6); attend conference call with Mr. Martin regarding same (.4); review revised ████████ (1.1). | 4.50 | $3,487.50 |
| 06/23/21 | Carla Green | Review and analyze ████████████████ (.4); email Mr. Azer regarding same (.2). | 0.60 | $390.00 |
| 06/23/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding ████████████ (.4); review draft letter ████████████ (.1). | 0.50 | $497.50 |
| 06/24/21 | Adrian Azer | Attend conference call with Mr. Linder regarding ████████ ████ (.2); email Mr. O'Neill regarding issues with ████████, including review and revised version ████ (.7); attend conference call with Mr. O'Neill, Mr. Evans, and Mr. Manning regarding ████████ ████ (.7); attend conference call with Mr. Stoner, Ms. Hanke, and Ms. Klauck (in part) (.3); attend conference call with Ms. Green to discuss ████████████████ (.2); attend conference call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Martin and Ms. Green regarding ████████ (.6); conference with Mr. O'Neill and Mr. Linder regarding ████████ (in part) (.6); prepare for conference ████ ████████ (.4); attend conference call with TCC, Coalition, FCR, Mr. O'Neill, Mr. Linder and other White and Case team members ████████ (5.2); attend post-conference call with Mr. Martin regarding same (.5); attend conference call with Ms. Green regarding research ████████ (.2); review research from Mr. Schindler (.3); attend conference call with Mr. Schindler regarding follow-up research (.3); review proposed ████████ language ████████ and comments by Mr. Stoner to same (.3); review and revise email drafted by Ms. Baccash ████████ (.2). | 10.70 | $8,292.50 |

Invoice Number: 21492697
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 14 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/24/21 | Carla Green | Attend conference call with Mr. Azer to discuss revisions ▮▮▮▮ (.2); attend conference call with Mr. Martin, Mr. Azer, Ms. Boelter, Mr. Linder and Mr. Andolina regarding ▮▮▮▮ (.6); attend conference call with Mr. Azer regarding ▮▮▮▮ (.2); email Mr. Dutton regarding same (.1); email Mr. Schindler regarding same (.2); review and analyze ▮▮▮▮ (.3); review and analyze revised ▮▮▮▮ (.5). | 2.10 | $1,365.00 |
| 06/24/21 | Ernest Martin, Jr. | Attend telephone call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Azer, and Ms. Green to discuss case strategy (.6); review proposed communication ▮▮▮▮ (.1); attend call with Mr. Azer regarding call with Coalition and TCC ▮▮▮▮ (.5). | 1.20 | $1,194.00 |
| 06/24/21 | Benjamin Schindler | Email Ms. Green and Mr. Azer regarding ▮▮▮▮ (.2); conduct legal research regarding same (1.4); draft e-mail memorandum to Ms. Green and Mr. Azer regarding same (.3); attend call with Mr. Azer regarding same (.3); conduct follow-up legal research and analysis on ▮▮▮▮ (.2). | 2.40 | $1,080.00 |
| 06/24/21 | Mike Stoner | Review matters relating to ▮▮▮▮ (.3); attend conference call with Ms. Klauck, Ms. Hanke, and Mr. Azer regarding ▮▮▮▮ (.5); review correspondence from Peter Waldron regarding ▮▮▮▮ (.2); prepare response to Mr. Azer regarding ▮▮▮▮ (.3). | 1.30 | $877.50 |
| 06/25/21 | Adrian Azer | Attend conference call with Ms. Lauria, Mr. Andolina, Mr. Linder, Ms. Green and White and Case team, and Mr. Martin regarding next steps and insurer call (.6); attend conference call with Mr. O'Neill, Mr. Griggs, Mr. Manning, other White and Case team members, and Ms. Green regarding revisions ▮▮▮▮ (.9); review multiple letters ▮▮▮▮ (.7); review letters ▮▮▮▮ (.3); review research related to ▮▮▮▮ (.4); attend call with Mr. Schindler and Ms. Green regarding same (.2); review and revise letter to insurers, including incorporating revisions from White and Case, and finalize and send same (1.5); review communication to claimants (.1); confer with Ms. Quinn regarding ▮▮▮▮ (.2); attend follow-up conference call with Ms. Lauria, Mr. Linder, Ms. Quinn, and Mr. Molton regarding ▮▮▮▮ (.4); review revisions by Mr. Stoner to ▮▮▮▮ (.2); attend call with Mr. Stoner regarding same (.2); attend weekly conference call with insurers (.3); attend post-conference call with Mr. Martin (.5); attend conference call with Mr. Linder regarding next steps (.2); review and revise multiple versions ▮▮▮▮ (.8); attend conferences call with Mr. O'Neill regarding same (.3); attend conference call with counsel to the Coalition, TCC, and Mr. O'Neill regarding ▮▮▮▮ (1.6). | 9.40 | $7,285.00 |

Invoice Number: 21492697
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 15 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/25/21 | Carla Green | Attend conference call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Azer and White and Case team, and Mr. Martin regarding next steps (.6); conference call with Mr. Azer. Mr. Griggs, Mr. Evans, Mr. Manning and Mr. O'Neil to discuss ███████ (.9); attend insurer weekly call (.3); finalize draft ███████ (1.0); email Mr. Azer regarding same (.2); email Mr. Martin regarding same (.1); email Mr. Schindler regarding ███████ (.1); attend conference call with Mr. Azer and Mr. Schindler regarding finalization of letter ███████ (.2); email Mr. Linder and Mr. Andolina regarding ███████ letter (.2); email Ms. Hanke regarding ███████ (.1). | 3.70 | $2,405.00 |
| 06/25/21 | Ernest Martin, Jr. | Telephone call with Ms. Lauria, Mr. Andolina, Mr. Linder, Ms. Baccash and Mr. Azer regarding case developments and strategy (.6); participate in weekly call with insurers (.3); attend call with Mr. Azer regarding same (.5). | 1.40 | $1,393.00 |
| 06/25/21 | Benjamin Schindler | Conduct follow up legal research regarding ███████ (1.9); draft e-mail memorandum for Mr. Azer regarding same (0.3); attend call with Mr. Azer and Ms. Green to discuss ███████ (0.2); email Ms. Green (in part) and Mr. Azer (in part and together) regarding same and revisions to letters to insurers (0.4); revise letters to insurers (0.3); attend call with Mr. Stoner regarding ███████ (0.2); compile of all ███████ and revisions to letter (2.5). | 5.80 | $2,610.00 |
| 06/25/21 | Mike Stoner | Assist with finalizing ███████ concerning ███████ (1.3); attend call with Mr. Azer regarding same (.2); attend call with Mr. Schindler regarding ███████ (.2). | 1.70 | $1,147.50 |
| 06/26/21 | Ernest Martin, Jr. | Review letter from Mr. Schiavoni (.1); review TCC's revisions ███████ (.3); review Coalitions revisions ███████ (.2). | 0.60 | $597.00 |
| 06/27/21 | Adrian Azer | Attend conference call with Ms. Lauria, Mr. Andolina, Mr. Linder, and other White and Case team members regarding next steps with respect to Coalition, FCR, and TCC (.4); attend follow-up call with Mr. Martin regarding same (.1). | 0.50 | $387.50 |
| 06/27/21 | Ernest Martin, Jr. | Review Coalition's recent revisions ███████ (.2); attend call with Mr. Azer regarding case developments (.1). | 0.30 | $298.50 |

Invoice Number: 21492697
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 16 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/28/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Martin, and Mr. Whittman (.7); attend follow-up call with Mr. Martin regarding status updated (.2); attend conference call with Ms. Kutz and Mr. Linder regarding ▮▮▮ (.2); attend conference call with Ms. Quinn and Ms. Grim (FCR), Ms. Lauria, Mr. Linder, and Ms. Baccash regarding ▮▮▮ (.5); attend follow-up conference call with Ms. Lauria, Mr. Linder, and Ms. Baccash (.3); review and revise proposal related to ▮▮▮ emails related to same (.6); attend mediation session ▮▮▮ (1.0); attend follow-up conference call with Ms. Quinn and Ms. Grim (FCR), Ms. Lauria, Mr. Linder, and Ms. Baccash ▮▮▮ (.4); review ▮▮▮ (.8); attend conference call with Mr. Martin regarding i▮▮▮ (.3); attend conference call with White and Case team (Ms. Lauria, Mr. Andolina, Mr. Kurtz, Mr. Hammond, Mr. Linder, Mr. O'Neill, and Ms. Baccash) and Mr. Martin regarding strategy ▮▮▮ (.5); attend follow-up call with Mr. Martin regarding same (.2); draft, review and revise ▮▮▮ (1.2); draft multiple emails to counsel ▮▮▮ (.5); review revised version ▮▮▮ and emails related to same (.4); confer with Mr. O'Neill regarding revisions to same (.2). | 8.00 | $6,200.00 |
| 06/28/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder and Mr. Azer (.7); attend call with Mr. Azer regarding same (.2); review e-mail from Mr. Rosenthal (.1); discussion with Mr. Azer regarding same (.6); attend telephone call with Ms. Lauria, Mr. O'Neill, Mr. Linder, Mr. Andolina, Mr. Kurtz and Mr. Azer regarding ▮▮▮ and related issues (.5); attend follow-up call with Mr. Azer regarding same (.1); review and revise e-mails t▮▮▮ (.4); review letter ▮▮▮ (.1); review draft ▮▮▮ (.5); attend conference call with Mr. Azer regarding ▮▮▮ (.3). | 3.50 | $3,482.50 |
| 06/28/21 | Benjamin Schindler | Email ▮▮▮ counsel and make corresponding additions ▮▮▮ (0.3). | 0.30 | $135.00 |
| 06/28/21 | Mike Stoner | Prepare email to Mr. Krebs regarding ▮▮▮ (.1); work on additional revisions ▮▮▮ (.4); review correspondence ▮▮▮ responding to Mr. Azer's email concerning ▮▮▮. (.4). | 0.90 | $607.50 |

Invoice Number: 21492697

Matter Name: General Insurance Matters

Client/Matter Number: 0020234.00024

Billing Attorney: Ernest Martin, Jr.

August 13, 2021

Page 17 of 19

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 06/29/21 | Adrian Azer | Attend conference call with Mr. Martin, Ms. Green, Mr. Stoner, and Mr. Schindler regarding ███████████ issues and strategy (.7); attend conference with Ms. Green, Mr. Stoner, and Mr. Schindler regarding ███████████ and strategy (.8); attend conference call with Ms. Green and Mr. Schindler regarding responses ███████ (.4); attend conference call with counsel to the UCC (Ms. Ringer and Ms. Wasson), Ms. Lauria, Mr. Linder, Ms. Baccash and other White and Case team members (.7); attend post-conference call with Ms. Lauria, Mr. Linder, and other White and Case team members (.4); attend mediation sessions with counsel to the TCC, Coalition, and FCR, and Debtors ██████████ (in part) (2.7); attend conference call with counsel to the UCC (Ms. Wasson), Ms. Lauria, Mr. Linder, and counsel to the FCR (Ms. Quinn) regarding ███████████ (.7); attend follow-up conference call with counsel to the UCC (Ms. ringer and Ms. Wasson), Ms. Lauria, Mr. Linder, and counsel to the FCR (Ms. Quinn) regarding ███████ (.8); attend post-conference with Ms. Quinn regarding same (.2); review additional letters from insurers and consider responses (.4); review multiple versions ██████████████ (1.8); finalize communication with insurers (.3). | 9.90 | $7,672.50 |
| 06/29/21 | Carla Green | Attend conference call with Mr. Martin, Mr. Azer, Mr. Stoner and Mr. Schindler to discuss responses to insurers regarding ██████ (.7); attend conference call with Mr. Azer, Mr. Stoner, and Mr. Schindler to discuss ████████ (.8); attend conference call with Mr. Azer and Mr. Schindler regarding responses (.4); review and analyze ███████████ (1.3); draft outline of response ███████████ (1.0); create repository of documents ██████ and gather same (.8); draft outline of ██████ (.9); attend in-person conference with Mr. Stoner regarding same (.3); review transcript ███████ hearing for inclusion to response to insurers (.4); email Mr. Stoner regarding same (.1); email Mr. Sochurek regarding production of documents ██████ (.2); review and analyze documents ██████ (.3); review and analyze correspondence ███████ (.3). | 7.50 | $4,875.00 |
| 06/29/21 | Ernest Martin, Jr. | Participate in call with Mr. Azer, Ms. green, Mr. Stoner, and Mr. Schindler regarding strategy █████████ (.7); attend mediation session with TCC, Coalition, and FCR regarding ████████ (in part) (2.1). | 2.80 | $2,786.00 |

Invoice Number: 21492697
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 18 of 19

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 06/29/21 | Benjamin Schindler | Email Mr. Azer, Mr. Martin and Ms. Green regarding response ██████ (0.2); review insurer letters to determine if response is necessary (1.1); attend call with Mr. Azer, Mr. Martin, Ms. Green and Mr. Stoner regarding strategy in responding to insurer letters and general next steps (0.7); review and analysis █████████ (0.6); email Mr. Azer regarding same (0.1); call with Mr. Azer, Mr. Stoner and Ms. Green regarding ████████ (0.9); attend call with Mr. Azer and Ms. Green discussing ████████ (0.4); strategy and task list (0.3); draft additions to █████ (0.1); email summary to Mr. Stoner and Ms. Green of call notes and next steps (0.7). | 5.10 | $2,295.00 |
| 06/29/21 | Mike Stoner | Review correspondence from carriers ████████ ████ (.3); attend conference call with Mr. Azer, Mr. Martin, Ms. Green, and Mr. Schindler concerning response ████████ ████ (.7); review documents and memoranda concerning ████████ (.8); attend conference call with Mr. Azer, Ms. Green, and Mr. Schindler concerning ████████ (.8); review hearing transcript concerning ████████ (1.2); review ████ (.5); review ████████ (.4); attend in-person meeting with Ms. Green regarding ████ (.3). | 5.00 | $3,375.00 |
| 06/30/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin (1.1); attend post-conference call with Mr. Martin (.2); attend call with Mr. Martin regarding ████ and email ████ (.3); attend conference call with Mr. Linder and Ms. Lauria regarding same (.2); attend conference call with Ms. Kutz regarding ████ (.1); conference with counsel ████ (.4); draft, review and revise response ████ (.5); review motion for extension of time (.4); attend call with Mr. Martin regarding same (.1); draft, review and revise response to counsel ████ (.2); review email from Mr. O'Neill ████s and respond to same (.2); draft, review and revise further communications ████ (.2); attend call with Mr. Martin regarding same (.3); review ████ documents (.5). | 4.70 | $3,642.50 |
| 06/30/21 | Carla Green | Email KCIC regarding ████ (.2). | 0.20 | $130.00 |
| 06/30/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (1.1); attend post-conference call with Mr. Azer regarding ████ (.2); attend call with Mr. Azer regarding ████ (.3); attend telephone call with Mr. Baay (.1); discussion attend call with Mr. Azer regarding call ████ (.1); discussion with Mr. Azer regarding ████ (.1); review and revise e-mails to insurers (.1); discussion with Mr. Azer regarding same (.1); review draft motion ████ (.1); review ████ declaration (.1); attend call with Mr. Azer regarding developments and further communications ████ (.3); review proposed e-mail ████ (.1). | 2.70 | $2,686.50 |

Invoice Number: 21492697
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 13, 2021
Page 19 of 19

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/30/21 | Benjamin Schindler | Review of letters ▇▇▇▇ to determine whether response is required and log of same (1.7); email Mr. Azer, Mr. Stoner and Ms. Green regarding same (.1); conduct legal research regarding ▇▇▇▇▇▇ ▇▇▇▇ (1.0). | 2.80 | $1,260.00 |
| 06/30/21 | Mike Stoner | Attend conference call with Mr. Krebs regarding ▇▇▇▇ (.3); analysis regarding ▇▇▇▇▇▇ (1.5). | 1.80 | $1,215.00 |

**Total Fees**      **$288,383.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 173.80 | $775.00 | $134,695.00 |
| Ernest Martin, Jr. | Partner | 68.80 | $995.00 | $68,456.00 |
| Benjamin Schindler | Associate | 20.80 | $450.00 | $9,360.00 |
| Carla Green | Associate | 77.10 | $650.00 | $50,115.00 |
| Mike Stoner | Associate | 18.70 | $675.00 | $12,622.50 |
| Wesley Dutton | Associate | 24.10 | $545.00 | $13,134.50 |

**Total Professional Summary**      **$288,383.00**

**Total Fees, Expenses and Charges**      **$288,383.00**

**Total Amount Due**      **USD  $288,383.00**