**Exhibit B**

**Expense Detail,  May 1 – June 30, 2021**

# haynesboone

Invoice Number: 21485733
Invoice Date: June 25, 2021
Matter Name: Expenses
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  May 31, 2021*

| | |
|---|---|
| Total Fees | $0.00 |
| Total Expenses | $2,975.27 |
| **Total Fees, Expenses and Charges** | **$2,975.27** |
| **Total Invoice Balance Due** | **USD $2,975.27** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21485733**  ●  Client Number **0020234.00038**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21485733  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin, Jr.

June 25, 2021  
Page 2 of 3

*For Professional Services Through May 31, 2021*

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/03/21 | TRV | Adrian Azer - Car Service - Adrian Azer - Meeting with client in New York | $28.78 |
| 05/03/21 | TRV | Adrian Azer - Travel Expense Taxi - Adrian Azer - Meeting with client in New York | $12.82 |
| 05/03/21 | M&E | Adrian Azer - Lunch - Adrian Azer - Meeting with client in New York | $10.42 |
| 05/03/21 | TRV | Ernest Martin, Jr. - Travel Expense Airfare - Ernest Martin - Attend mediation | $346.80 |
| 05/03/21 | HTL | Ernest Martin, Jr. - Hotel Expense Lodging - Ernest Martin - Attend mediation | $262.92 |
| 05/03/21 | TRV | Ernest Martin, Jr. - Travel Expense Taxi - Ernest Martin - Attend mediation | $44.55 |
| 05/04/21 | M&E | Adrian Azer - Meals and Entertainment Breakfast - Adrian Azer - Meeting with client in New York | $41.24 |
| 05/04/21 | M&E | Ernest Martin, Jr. - Meals and Entertainment Dinner - Ernest Martin - Attend mediation | $200.76 |
| 05/04/21 | HTL | Ernest Martin, Jr. - Lodging - Ernest Martin - Attend mediation | $262.92 |
| 05/05/21 | TRV | Adrian Azer - Travel Expense Taxi - Adrian Azer - Meeting with client in New York | $18.25 |
| 05/05/21 | HTL | Ernest Martin, Jr. - Lodging - Ernest Martin - Attend mediation | $262.94 |
| 05/06/21 | TRV | Adrian Azer - Car Service - Adrian Azer - Meeting with client in New York | $13.70 |
| 05/06/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Meeting with client in New York | $57.46 |
| 05/06/21 | TRV | Ernest Martin, Jr. - Parking - Ernest Martin - Attend mediation | $96.00 |
| 05/07/21 | FEE | File Time - 5th Court of Appeals | $4.44 |
| 05/13/21 | TRV | Adrian Azer - Travel Expense Public Transit - Adrian Azer - Meeting with client in New York | $455.00 |
| 05/13/21 | HTL | Adrian Azer - Hotel Expense Lodging - Adrian Azer - Meeting with client in New York | $695.55 |
| 05/26/21 | PSC | Pacer Service Center | $3.20 |
| 05/31/21 | OTH | Lighthouse Document Technologies, Inc. - Other Expense | $141.00 |
| 05/31/21 | DOCR | LexisNexis Risk Solutions GA Inc. - Document Retrievals | $6.02 |
| 05/31/21 | DOCR | LexisNexis Risk Solutions GA Inc. - Document Retrievals | $10.50 |

**Total Expenses** **$2,975.27**

Invoice Number: 21485733  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin, Jr.

June 25, 2021  
Page 3 of 3

**Expenses Summary**

| Description | Amount |
|---|---|
| Travel Expense | $1,073.36 |
| Hotel Expense | $1,484.33 |
| Meals and Entertainment | $252.42 |
| Filing Fee Expense | $4.44 |
| Other Expense | $141.00 |
| Document Retrievals | $16.52 |
| Pacer Service Center | $3.20 |
| **Total Expenses** | **$2,975.27** |

**Total Fees, Expenses and Charges**     $2,975.27

**Total Amount Due**     USD $2,975.27

# haynesboone

Invoice Number: 21490725
Invoice Date:  July 29, 2021
Matter Name: Expenses
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  June 30, 2021*

| | |
|---|---|
| Total Fees | $0.00 |
| Total Expenses | $7,053.10 |
| **Total Fees, Expenses and Charges** | **$7,053.10** |
| **Total Invoice Balance Due** | **USD  $7,053.10** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21490725** ●  Client Number **0020234.00038** ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

# haynesboone

Invoice Number: 21490725  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin, Jr.

July 29, 2021  
Page 2 of 4

*For Professional Services Through June 30, 2021*

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/25/21 | TRV | Ernest Martin, Jr. - Travel Expense Car Service - Ernest Martin - Attend mediation | $57.24 |
| 05/25/21 | TRV | Ernest Martin, Jr. - Internet - Ernest Martin - Attend mediation | $19.00 |
| 05/25/21 | TRV | Ernest Martin, Jr. - Travel Expense Airfare - Ernest Martin - Attend mediation | $716.80 |
| 05/25/21 | M&E | Ernest Martin, Jr. - Meals and Entertainment Lunch - Ernest Martin - Attend mediation | $15.78 |
| 05/25/21 | HTL | Ernest Martin, Jr. - Hotel Expense Lodging - Ernest Martin - Attend mediation | $268.26 |
| 05/26/21 | M&E | Ernest Martin, Jr. - Dinner - Ernest Martin - Attend mediation | $27.26 |
| 05/26/21 | HTL | Ernest Martin, Jr. - Lodging - Ernest Martin - Attend mediation | $268.26 |
| 05/27/21 | HTL | Ernest Martin, Jr. - Lodging - Ernest Martin - Attend mediation | $268.28 |
| 05/27/21 | TRV | Adrian Azer - Travel Expense Airfare - Adrian Azer - Mediation Meeting in New York - May 27, 2021 | $466.05 |
| 05/27/21 | TRV | Adrian Azer - Train - Adrian Azer - Mediation Meeting in New York - May 27, 2021 | $119.00 |
| 05/27/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation Meeting in New York - May 27, 2021 | $15.00 |
| 05/27/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation Meeting in New York - May 27, 2021 | $58.25 |
| 05/27/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation Meeting in New York - May 27, 2021 | $13.83 |
| 05/27/21 | TRV | Adrian Azer - Parking - Adrian Azer - Mediation Meeting in New York - May 27, 2021 | $22.00 |
| 05/28/21 | TRV | Ernest Martin, Jr. - Car Service - Ernest Martin - Attend mediation | $60.70 |
| 05/28/21 | TRV | Ernest Martin, Jr. - Internet - Ernest Martin - Attend mediation | $16.00 |
| 05/28/21 | M&E | Ernest Martin, Jr. - Breakfast - Ernest Martin - Attend mediation | $13.07 |
| 05/28/21 | TRV | Ernest Martin, Jr. - Travel Expense Parking - Ernest Martin - Attend mediation | $74.00 |
| 06/01/21 | HTL | Adrian Azer - Hotel Expense Lodging - Adrian Azer - Attend Mediation Meeting | $494.50 |
| 06/01/21 | TRV | Adrian Azer - Travel Expense Airfare - Adrian Azer - Attend Mediation Meeting | $418.79 |
| 06/01/21 | M&E | Adrian Azer - Meals and Entertainment Dinner - Adrian Azer - Attend Mediation Meeting | $65.00 |
| 06/01/21 | TRV | Adrian Azer - Travel Expense Taxi - Adrian Azer - Attend Mediation Meeting | $33.60 |

Invoice Number: 21490725  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin, Jr.

July 29, 2021  
Page 3 of 4

| **Date** | **Code** | **Description** | **Amount** |
|---|---|---|---|
| 06/03/21 | TRV | Adrian Azer - Parking - Adrian Azer - Attend Mediation Meeting | $66.00 |
| 06/03/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Attend Mediation Meeting | $54.30 |
| 06/07/21 | HTL | Ernest Martin, Jr. - Hotel Expense Lodging - Ernest Martin - Attend Mediation | $296.62 |
| 06/07/21 | TRV | Ernest Martin, Jr. - Travel Expense Car Service - Ernest Martin - Attend Mediation | $53.93 |
| 06/07/21 | TRV | Ernest Martin, Jr. - Internet - Ernest Martin - Attend Mediation | $19.00 |
| 06/07/21 | TRV | Ernest Martin, Jr. - Travel Expense Airfare - Ernest Martin - Attend Mediation | $526.17 |
| 06/07/21 | TRV | Adrian Azer - Travel Expense Airfare - Adrian Azer - Mediation meeting in New York - June 7-9, 2021 | $512.79 |
| 06/07/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation meeting in New York - June 7-9, 2021 | $58.25 |
| 06/07/21 | TRV | Adrian Azer - Parking - Adrian Azer - Mediation meeting in New York - June 7-9, 2021 | $22.00 |
| 06/07/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation meeting in New York - June 7-9, 2021 | $52.24 |
| 06/07/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation meeting in New York - June 7-9, 2021 | $41.75 |
| 06/07/21 | TRV | Adrian Azer - Train - Adrian Azer - Mediation meeting in New York - June 7-9, 2021 | $318.00 |
| 06/07/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation meeting in New York - June 7-9, 2021 | $13.88 |
| 06/08/21 | HTL | Ernest Martin, Jr. - Lodging - Ernest Martin - Attend Mediation | $296.62 |
| 06/08/21 | M&E | Ernest Martin, Jr. - Meals and Entertainment Dinner - Ernest Martin - Attend Mediation | $56.91 |
| 06/09/21 | M&E | Adrian Azer - Meals and Entertainment Dinner - Adrian Azer - Mediation meeting in New York - June 7-9, 2021 | $156.65 |
| 06/09/21 | HTL | Ernest Martin, Jr. - Lodging - Ernest Martin - Attend Mediation | $296.61 |
| 06/09/21 | TRV | Adrian Azer - Travel Expense Taxi - Adrian Azer - Mediation meeting in New York - June 7-9, 2021 | $31.24 |
| 06/09/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation meeting in New York - June 7-9, 2021 | $15.00 |
| 06/09/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation meeting in New York - June 7-9, 2021 | $11.75 |
| 06/09/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation meeting in New York - June 7-9, 2021 | $12.36 |
| 06/10/21 | TRV | Ernest Martin, Jr. - Travel Expense Parking - Ernest Martin - Attend Mediation | $134.23 |
| 06/10/21 | TRV | Ernest Martin, Jr. - Car Service - Ernest Martin - Attend Mediation | $45.25 |
| 06/10/21 | TRV | Ernest Martin, Jr. - Internet - Ernest Martin - Attend Mediation | $16.00 |

Invoice Number: 21490725  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin, Jr.

July 29, 2021  
Page 4 of 4

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/10/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation meeting in New York - June 7-9, 2021 | $11.76 |
| 06/10/21 | TRV | Adrian Azer - Train - Adrian Azer - Mediation meeting in New York - June 7-9, 2021 | $179.00 |
| 06/10/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation meeting in New York - June 7-9, 2021 | $62.06 |
| 06/10/21 | M&E | Ernest Martin, Jr. - Breakfast - Ernest Martin - Attend Mediation | $24.96 |
| 06/11/21 | TRV | Ernest Martin, Jr. - Internet - Ernest Martin - Attend Mediation | $12.00 |
| 06/26/21 | PSC | Pacer Service Center | $4.10 |
| 06/30/21 | OTH | Lighthouse Document Technologies, Inc. - Other Expense | $141.00 |

**Total Expenses** $7,053.10

### Expenses Summary

| Description | Amount |
|---|---|
| Hotel Expense | $2,189.15 |
| Travel Expense | $4,359.22 |
| Meals and Entertainment | $359.63 |
| Other Expense | $141.00 |
| Pacer Service Center | $4.10 |
| **Total Expenses** | **$7,053.10** |

**Total Fees, Expenses and Charges** $7,053.10

**Total Amount Due** USD $7,053.10