# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br>Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br>Jointly Administered<br>Related to Docket Nos. 2618, 3708, 3771 and 3799 |

## JOINDER OF ARCH INSURANCE COMPANY TO CERTAIN INSURERS' OBJECTIONS TO DEBTORS' DISCLOSURE STATEMENT

Arch Insurance Company hereby joins in the following pleadings, to the extent applicable to Arch Insurance Company: (i) Zurich Insurers' Objections to the Disclosure Statement for Debtors' Second Amended Plan (ECF 3478, the "Zurich Objection");(ii) The AIG Companies' Objection to Motion for Approval of Debtors' Disclosure Statement (ECF 3523, the "AIG Objection"); (iii) The Allianz Insurers' (I) Objection to the Debtors' Disclosure Statement for Their Second Amended Chapter 11 Plan of Reorganization and (II) Limited Joinder to Certain Objections (ECF 3549, the "Allianz Objection"); and (iv) Certain Insurers' Supplemental Objection to Motion for Approval of Debtors' Disclosure Statement (the "Supplemental Objection", and together with the Zurich Objection, the AIG Objection, and the Allianz Objection, the "Objections").

Arch Insurance Company reserves all rights to amend, modify, or supplement this Joinder or seek discovery with respect to this Joinder, and further reserves all its rights with respect to the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Court's consideration of confirmation of the Debtors' current proposed plan or any subsequently filed plan.

WHEREFORE, Arch Insurance Company respectfully requests that the Court enter an order (i) granting the relief requested in the Objections and this Joinder, and (ii) granting such other and further relief as is just and proper.

        SMITH, KATZENSTEIN & JENKINS LLP

        */s/ Kathleen M. Miller*
        Kathleen M. Miller (No. 2898)
        1000 North West Street
        Suite 1501
        P.O. Box 410
        Wilmington, DE  19899 (courier 19801)
        302-652-8400

        and

        Matthew A. Hamermesh
        Hangley Aronchick Segal Pudlin & Schiller
        One Logan Square, 27th Floor
        Philadelphia, PA  19103
        (215) 496-7054 (office)
        mhamermesh@hangley.com

        *Attorneys for Arch Insurance Company*

August 17, 2021