## CERTIFICATE OF SERVICE

I certify that on this 17th day of August 2021, I have served the foregoing ***JOINDER OF ARCH INSURANCE COMPANY TO CERTAIN INSURERS' OBJECTIONS TO DEBTORS' DISCLOSURE STATEMENT*** by email on the parties listed below.  All other parties who have signed up for electronic filing in this case will be served via CM/ECF.

Deirdre M. Richards, Esquire
FINEMAN KREKSTEIN & HARRIS PC
1300 N. King Street
Wilmington, DE 19801
Email: drichards@finemanlawfirm.com

Susan N.K. Gummow, Esquire
FORAN GLENNON PALANDECH
 PONZI & RUDLOFF P.C.
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Email: sgummow@fgppr.com

Michael A. Rosenthal, Esquire
James Hallowell, Esquire
Keith R. Martorana, Esquire
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Email: mrosenthal@gibsondunn.com
 jhallowell@gibsondunn.com
 kmartorana@gibsondunn.com

Matthew G. Bouslog, Esquire
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612
Email: mbouslog@gibsondunn.com

Derek C. Abbott, Esquire
Michelle Fu, Esquire
Joseph Charles Barsalona II, Esquire
Matthew O Talmo, Esquire
Paige Noelle Topper, Esquire
Andrew R. Remming, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: dabbott@mnat.com
 mfu@mnat.com
 jbarsalona@mnat.com
 mtalmo@mnat.com
 ptopper@mnat.com
 aremming@mnat.com

Adrian C. Azer, Esquire
HAYNES & BOONE, LLP
800 17th Street NW
Suite 500
Washington, DC 20006
Email: adrian.azer@haynesboone.com

Laura E. Baccash, Esquire
Erin Rosenberg, Esquire
Blair M. Warner, Esquire
WHITE & CASE LLP
111 South Wacker Drive
Chicago, IL 60606-4302
Email: laurabaccash@whitecase.com
 erin.rosenberg@whitecase.com
 blair.warner@whitecase.com

Samuel Paul Hershey, Esquire
Glenn M. Kurtz, Esquire
Robert E. Tiedemann, III
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Email: sam.hershey@whitecase.com
　gkurtz@whitecase.com
　rtiedemann@whitecase.com

Karim Basaria, Esquire
James W Ducayet, Esquire
Bojan Guzina, Esquire
Thomas A. Labuda, Jr.
Andrew Fotre O'Neill, Esquire
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Email: kbasaria@sidley.com
　jducayet@sidley.com
　bguzina@sidley.com
　tlabuda@sidley.com
　aoneill@sidley.com

William E. Curtin, Esquire
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Email: wcurtin@sidley.com

David L. Buchbinder
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov

Hannah Mufson McCollum
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: hannah.mccollum@usdoj.gov

*/s/ Kathleen M. Miller*
Kathleen M. Miller (DE ID 2898)