# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Doc. 6052** |

### MOTION TO EXCEED PAGE LIMITATION WITH RESPECT TO CERTAIN INSURERS' SUPPLEMENTAL OBJECTION TO MOTION FOR APPROVAL OF DEBTORS' DISCLOSURE STATEMENT

National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, The Insurance Company of the State of Pennsylvania, and their affiliated entities (collectively referred to herein as the ("***Movant***" or "***AIG Companies***") hereby move this Court (the "***Motion***") for entry of an order pursuant to Rule 3017-3 of the Local Rules of Bankruptcy Procedure and Practice of the United States Bankruptcy Court for the District of Delaware ("***LBR***") granting leave to exceed the page limitation applicable to **Certain Insurers' Supplemental Objection To Motion For Approval Of Debtors' Disclosure Statement** [D.I. 6052] (the "***Objection***") filed by Certain Insurers (as defined in the Objection) under LBR  As grounds for this Motion, Movant respectfully states as follows:

### JURISDICTION

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

2. By this Motion, Movant respectfully requests entry of an order, substantially in the form annexed hereto as **Exhibit A**, granting Certain Insurers leave to exceed the applicable page limitation under LBR 3017-3 with respect to the Objection and permitting it to file the Objection that is 47 pages long.

## BASIS FOR RELIEF

3. LBR 3017-3 provides that no objection to approval of a disclosure statement shall exceed forty pages. Del. Bankr. L. R. 3017-3.  A brief or reply may, however, exceed the applicable page limits with leave of the court. Del. Bankr. L. R. 3017-3.

4. Movant notes that this request for relief is filed on behalf of several insurers who otherwise could have each submitted separate objections.

5. Given the complexity of the issues and volume of Certain Insurers' filing, this Court would be unable to provide a full and fair adjudication of this matter if Movant were subject to a forty-page limitation.  Movant submits that the requested relief is appropriate and justified under the circumstances.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WHEREFORE, Movant respectfully request that this Court enter an order substantially in the form attached hereto as **Exhibit A** authorizing Certain Insurers to exceed the applicable page limit with respect to the Objection and file the Objection of [47] pages in length, and granting such other and further relief as the Court deems just and proper.

Dated: August 17, 2021

        Respectfully submitted,

        FINEMAN KREKSTEIN & HARRIS PC

By:   /s/ Deirdre M. Richards
       Deirdre M. Richards (DE Bar No. 4191)
       1300 N. King Street
       Wilmington, DE 19801
       Telephone: (302) 538-8331/Facsimile: (302) 394-9228
       Email: drichards@finemanlawfirm.com
           -and-
       FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
       Susan N.K. Gummow (admitted pro hac vice)
       222 N. LaSalle St., Suite 1400
       Chicago, Illinois 60601
       Telephone:   (312) 863-5000/Facsimile: (312) 863-5009
       Email: sgummow@fgppr.com
           -and-
       GIBSON, DUNN & CRUTCHER LLP
       Michael A. Rosenthal (admitted pro hac vice)
       James Hallowell (admitted pro hac vice)
       Keith R. Martorana (admitted pro hac vice)
       200 Park Avenue
       New York, New York 10166
       Telephone:   (212) 351-4000/Facsimile: (212) 351-4035
       Email: mrosenthal@gibsondunn.com;
       jhallowell@gibsondunn.com
       kmartorana@gibsondunn.com
           -and-
       GIBSON, DUNN & CRUTCHER LLP
       Matthew G. Bouslog (admitted pro hac vice)
       3161 Michelson Drive
       Irvine, California 92612
       Telephone:   (949) 451-3800/Facsimile: (949) 451-4220
       Email: mbouslog@gibsondunn.com
       Attorneys for the AIG Companies