### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 2295, 5485, 5833, 6052** |
| | <u>Objection Deadline</u>: **August 16, 2021 at 4:00 p.m. (ET) (extended by agreement for the Allianz Insurers to August 17, 2021 at 12:00 p.m. (ET))** <br> <u>Hearing Date</u>: **August 25, 2021 at 10:00 a.m. (ET)** |

### THE ALLIANZ INSURERS' JOINDER TO THE CERTAIN INSURERS' SUPPLEMENTAL OBJECTION TO MOTION FOR APPROVAL OF DEBTORS' DISCLOSURE STATEMENT

Allianz Global Risks US Insurance Company, National Surety Corporation, and Interstate Fire & Casualty Company (together, collectively, the "<u>Allianz Insurers</u>"), by and through undersigned counsel, hereby file this joinder to the *Certain Insurers' Supplemental Objection to Motion for Approval of Debtors' Disclosure Statement* (D.I. 6052) (the "<u>Supplemental Objection</u>").  In support hereof, the Allianz Insurers respectfully represent the following:

### <u>JOINDER</u>

1.      The Allianz Insurers hereby join in the Supplemental Objection.[2]  For the reasons set forth therein, the Plan is patently unconfirmable and, thus, the Disclosure Statement is deficient and should not be approved.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein are ascribed the definitions given to them in the Supplemental Objection

118578190

## RESERVATION OF RIGHTS

2.      The Allianz Insurers reserve all of their rights to object to confirmation of the Debtors' Plan or any subsequently filed plan.  To the extent the Allianz Insurers are affected in any way by the contents of any supplements or amendments to the Disclosure Statement or the Plan, which may be filed after any Disclosure Statement or Plan confirmation objection deadline, the Allianz Insurers reserve all rights to object thereto.  Moreover, the Allianz Insurers reserve the right to join in any argument or objection made by other parties related to the adequacy of the Disclosure Statement and the confirmability of the Plan.

## CONCLUSION

WHEREFORE, the Allianz Insurers respectfully request that the Court enter an order: (a) sustaining the Supplemental Objection and the reservation of rights contained herein; (b) denying approval of the Disclosure Statement; and (c) granting such other and further relief as is just and proper.

Dated:          August 17, 2021
                Wilmington, Delaware

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Marcy J. McLaughlin Smith*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:  302.777.6500
    Facsimile:  302.421.8390
 *-and-*

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Marcy J. McLaughlin Smith*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:  404.885.3000
    Facsimile:  404.885.3900
 *-and-*

118578190

Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:  404.885.3000
Facsimile:   404.885.3900

-and-

NICOLAIDES FINK THORPE MICHAELIDES
SULLIVAN LLP
Matthew S. Sorem (admitted *pro hac vice*)
10 S. Wacker Dr.
21st Floor
Chicago, IL 60606
Telephone:  312.585.1433
Facsimile:   312.585.1401

-and-

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:  202.756.8228
Facsimile:   202.756.8087

*Attorneys for Allianz Global Risks US Insurance
Company*

Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:  404.885.3000
Facsimile:   404.885.3900

-and-

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone:  312.281.0295

*Attorneys for National Surety Corporation and
Interstate Fire & Casualty Company*

- 3 -