**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

## CERTIFICATE OF SERVICE

I, Bruce W. McCullough, hereby certify that on this date a copy of the foregoing Certain Excess Insurers' Supplemental Objection to Debtors' Disclosure Statement for Fourth Amended Chapter 11 Plan of Reorganization and Joinder was served via CM/ECF on all counsel of record via CM/ECF and via email on:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Paige N. Topper, Esq.
Michelle M. Fu, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com
mfu@morrisnichols.com

WHITE & CASE LLP
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Laura E. Baccash, Esq.
Blair M. Warner, Esq.
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

WHITE & CASE LLP
Jessica C. Lauria, Esq.
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com

/s/ Bruce W. McCullough
Bruce W. McCullough (Del. ID 3112)

Dated: August 17, 2021