## CERTIFICATE OF SERVICE

I, R. Karl Hill, hereby certify that on the 17th day of August 2021, I caused a copy of the *Supplemental Objection Of Liberty Mutual Insurance Company To The Disclosure Statement For The Fourth Amended Chapter 11 Plan Of Reorganization For Boy Scouts Of America And Delaware BSA, LLC* to be served to all parties by operation of the Court's electronic filing system.

/s/ R. Karl Hill
R. Karl Hill, Esq. (DE No. 2747)