# CERTIFICATE OF SERVICE

I, Gregory J. Flasser, hereby certify that on the 17th day of August 2021, I caused a copy of **Hartford's Objection to Amended Disclosure Statement for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 5485]** to be served via CM/ECF and email on the following parties:

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Andrew R. Remming, Paige N. Topper, Michelle M. Fu
1201 North Market Street, 16th Floor, P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com; aremming@morrisnichols.com; ptopper@morrisnichols.com; mfu@morrisnichols.com;

White & Case LLP
Attn: Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com

White & Case LLP
Attn: Michael C. Andolina, Matthew E. Linder, Blair Warner, Laura E. Baccash
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com; mlinder@whitecase.com; blair.warner@whitecase.com; laura.baccash@whitecase.com

Office of the United States Trustee for the District of Delaware
Attn: David L. Buchbinder, Hannah M. McColllum
844 King Street, Suite 2207
Wilmington, Delaware 19801
Email: david.l.buchbinder@usdoj.gov; hannah.mccollum@usdoj.gov

Pachulski Stang Ziehl & Jones LLP
Attn: James I. Stang; John A. Morris; James E. O'Neill; John W. Lucas
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Email: jstang@pszjlaw.com; jmorris@pszjlaw.com; joneill@pszjlaw.com; jlucas@pszjlaw.com

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Rachael Ringer, David E. Blabey, Jr., Jennifer R. Sharret and Megan M. Wasson
1177 Avenue of the Americas
New York, New York 10036
Email: tmayer@kramerlevin.com; rringer@kramerlevin.com; dblabey@kramerlevin.com; jsharret@kramerlevin.com; mwasson@kramerlevin.com

Young Conaway Stargatt & Taylor, LLP
Attn: Robert S. Brady, Edwin J. Harron and Sharon M. Zieg
1000 North King Street
Wilmington, Delaware 19801
Email: rbrady@ycst.com; eharron@ycst.com; szieg@ycst.com

Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck and Kristian W. Gluck
2200 Ross Avenue
Dallas, Texas 75201-7932
Email: louis.strubeck@nortonrosefulbright.com; kristian.gluck@nortonrosefulbright.com

*/s/ Gregory J. Flasser*
Gregory J. Flasser (No. 6154)