FILED
2021 AUG 17 AM 8:24
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear: Justice Lauri Selber Silverstein

My name is ▮▮▮▮▮ and I am writing you to let you know about the sexaul abuse that occured to me during my time I spent in the Boys Scouts and the trauma I have endured thru out my life.

I have been sickened with the thought that any grown man would or could do sexaul things with a child. And knowning that it happened to me has hurt me thru out my life. As a Adult I relize the damage it has caused me thru out my life. The sexaul abuse that happened to me in 1982-1983 during scouting events with Troop 54 Dayton Ohio I was only 13 and 14 years old. The man who abused me is ▮▮▮▮▮ who was a Troop helper.

The sexaul Abuse started soon after joining the Boys Scouts within

███████████████████████████████

After two years of sexaul abuse I relized it was bad and not right so I stopped going to Scouting meeting and events.

Growing up not knowing the long term damage that this abuse caused to my life was very difficult going thru the hurt inside and the anti social behavioral that accured to me.

At age 52 now and after seeing a therapist I know now the damage it caused me and still is a challange to this day. As a teenager I started using drugs and Alcohol and had alot of problems with school and the law. Now looking back everything that happened to me growing up leads back to a child the was sexauly abused.

No amount could ever repair or pay for the damage this sexaul abuse has caused me thru out my life

This has caused me psychiatic problems thru out my whole life. And caused me to stress out for years.

I now have had six heart attacks at age 52 and have six stents. Also I have been blinded in my left eye.

I am glad to be writing you this letter to put Closure and keep trying to put this behind me and give you a better idea of how it is as a sexaul abuse survivor.

Thank you
Sincerely ████