# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

## CERTIFICATE OF SERVICE

I, Robert D. Cecil, Jr., Esquire, hereby certify that on August 17, 2021, I caused a copy of Zurich Insurers' Objections to Debtors' Proposed Confirmation Schedule to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System.

I further certify that I have served the foregoing document upon the following parties via email:

White & Case LLP
Jessica C. Lauria, Esquire
1221 Avenue of the Americas
New York, NY 10020
jessica.lauria@whitecase.com

White & Case LLP
Michael C. Andolina, Esquire
Matthew E. Linder, Esquire
Blair Warner, Esquire
111 South Wacker Drive
Chicago, IL 60606
mandolina@whitecase.com
mlinder@whitecase.com
blair.warner@whitecase.com

Morris, Nicholas, Arsht & Tunnell LLP
Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Eric W. Moats, Esquire
Paige N. Topper, Esquire
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899
dabbott@morrisnichols.com
aremming@morrisnichols.com
emoats@morrisnichols.com
ptopper@morrisnichols.com

Kramer Levin Naftalis & Frankel, LLP
Thomas Moers Mayer, Esquire
Rachel Ringer, Esquire
David E. Blabey, Jr., Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
1177 Avenue of the Americas
New York, NY  10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
dblabey@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

U.S. Trustee
David L. Buchbinder, Esquire
Hannah M. McCollum, Esquire
844 King Street, Ste. 2207
Lockbox 35
Wilmington, DE  19801
david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov

Pachulski Stang Ziehl & Jones, LLP
James I. Stang, Esquire
John A. Morris, Esquire
James E. O'Neill, Esquire
John W. Lucas, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
jstang@pszjlaw.com
jmorris@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com

Young Conaway, Stargatt & Taylor
Robert S. Brady, Esquire
Edwin J. Harron, Esquire
Sharon M. Zieg, Esquire
1000 North King Street
Wilmington, DE  19801
rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com

*/s/ Robert D. Cecil, Jr.*
Robert D. Cecil, Jr., Esquire, #5317
Tybout, Redfearn & Pell
501 Carr Road, Suite 300
P.O. Box 2092
Wilmington, Delaware  19899-2092
Phone:  (302) 658-6901
Fax:      (302) 658-4018
E-mail:  rcecil@trplaw.com

Attorney for American Zurich Insurance Company