## **CERTIFICATE OF SERVICE**

I, Jeremy W. Ryan do hereby certify that on August 17, 2021, a copy of the foregoing **The Roman Catholic and United Methodist Ad Hoc Committees' Objection to the Debtors' Amended Disclosure Statement for Their Fourth Amended Chapter 11 Plan of Reorganization** was served on the parties listed via email.

                                                  */s/ Jeremy W. Ryan*
                                                  Jeremy Ryan (No. 4057)

## SERVICE LIST

| | |
|---|---|
| **VIA EMAIL**<br>Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Eric W. Moats, Esq.<br>Paige N. Topper, Esq.<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Email: dabbott@morrisnichols.com<br>          aremming@morrisnichols.com<br>          emoats@morrisnichols.com<br>          ptopper@morrisnichols.com | **VIA EMAIL**<br>Jessica C. Lauria, Esq.<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Email: jessica.lauria@whitecase.com |
| **VIA EMAIL**<br>Michael C. Andolina, Esq.<br>Matthew E. Linder, Esq.<br>Laura E. Baccash, Esq.<br>Blair M. Warner, Esq.<br>**WHITE & CASE LLP**<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Email: mandolina@whitecase.com<br>          mlinder@whitecase.com<br>          laura.baccash@whitecase.com<br>          blair.warner@whitecase.com | **VIA EMAIL**<br>**U.S. Trustee**<br>David L. Buchbinder, Esq.<br>Hannah M. McCollum, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Email: david.l.buchbinder@usdoj.gov<br>          hannah.mccollum@usdoj.gov |

IMPAC - 7332838v.1  08/17/2021 3:01 PM