# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered |

**JOINDER OF ARCHBISHOP OF AGAÑA, A CORPORATION SOLE TO THE ROMAN CATHOLIC AND UNITED METHODIST AD HOC COMMITTEES' OBJECTION TO THE DEBTORS' AMENDED DISCLOSURE STATEMENT FOR THEIR FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

Archbishop of Agaña, a Corporation Sole, Chapter 11 Debtor-in-Possession, District Court of Guam, Territory of Guam, Bankruptcy Division, Case 19-00010 ("Archbishop of Agaña") by and through the undersigned counsel, hereby joins the *Roman Catholic and United Methodist Ad Hoc Committee's Objection to the Debtor's Amended Disclosure Statement for Their Fourth Amended Chapter 11 Plan of Reorganization* [Docket No. 6067] (the "Catholic Committee Objection"). In support thereof, Archbishop of Agaña respectfully states as follows:

## JOINDER

1. Archbishop of Agaña and/or certain parishes within the geographic footprint of Archbishop of Agaña have been involved in supporting and facilitating the scouting programs of the Boy Scouts of America and Delaware BSA, LLC (collectively, the "Debtors").

2. Archbishop of Agaña respectfully joins the arguments raised in the Catholic Committee Objection and adopts and incorporates such arguments as if more fully set forth herein.

3. Archbishop of Agaña respectfully reserves the right to raise and present additional authorities, arguments, evidence, and objections in connection with the matters addressed in the foregoing pleadings or that may arise during the hearing. In the event that the Catholic Committee

Objection is withdrawn or otherwise resolved, Archbishop of Agaña further reserves the right to present argument on the Disclosure Statement at the hearing.

| | |
|---|---|
| Dated:  August 17, 2021 | GELLERT SCALI BUSENKELL & BROWN LLC |
| | */s/ Charles J. Brown, III* |
| | Charles J. Brown, III (DE 3368) |
| | 1201 N. Orange Street, 3rd Floor |
| | Wilmington, DE 19801 |
| | Phone: 302-425-5813 |
| | Fax: 302-425-5814 |
| | Email: cbrown@gsbblaw.com |
| | *Counsel for Archbishop of Agaña, a Corporation Sole* |

12810447.2 7/22/2021