# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered |

### JOINDER OF THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK TO THE ROMAN CATHOLIC AND UNITED METHODIST AD HOC COMMITTEES' OBJECTION TO THE DEBTORS' AMENDED DISCLOSURE STATEMENT FOR THEIR FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION

The Roman Catholic Diocese of Ogdensburg, New York (the "Ogdensburg Diocese") by and through the undersigned counsel, hereby joins the *Roman Catholic and United Methodist Ad Hoc Committee's Objection to the Debtor's Amended Disclosure Statement for Their Fourth Amended Chapter 11 Plan of Reorganization* [Docket No. 6067] (the "Catholic Committee Objection"). In support thereof, the Ogdensburg Diocese respectfully states as follows:

### JOINDER

1. The Ogdensburg Diocese and/or certain parishes within the geographic footprint of the Ogdensburg Diocese have been involved in supporting and facilitating the scouting programs of the Boy Scouts of America and Delaware BSA, LLC (collectively, the "Debtors").

2. The Ogdensburg Diocese respectfully joins the arguments raised in the Catholic Committee Objection and adopts and incorporates such arguments as if more fully set forth herein.

3. The Ogdensburg Diocese respectfully reserves the right to raise and present additional authorities, arguments, evidence, and objections in connection with the matters addressed in the foregoing pleadings or that may arise during the hearing. In the event that the Catholic Committee Objection is withdrawn or otherwise resolved, the Ogdensburg Diocese further reserves the right to present argument on the Disclosure Statement at the hearing.

2

<table>
<tr><td>Dated:  August 17, 2021</td><td>GELLERT SCALI BUSENKELL & BROWN LLC<br><br>*/s/ Charles J. Brown, III*<br>Charles J. Brown, III (DE 3368)<br>1201 N. Orange Street, 3rd Floor<br>Wilmington, DE 19801<br>Phone: 302-425-5813<br>Fax: 302-425-5814<br>Email: cbrown@gsbblaw.com<br><br>*Counsel for The Roman Catholic Diocese of Ogdensburg, New York*</td></tr>
</table>

12810389.3 7/22/2021