## CERTIFICATE OF SERVICE

I, Charles J. Brown, III, Esquire, certify that on August 17, 2021, I caused a true and correct copy of *Joinder of The Diocese of Rochester to the Roman Catholic and United Methodist Ad Hoc Committee's Objection to the Debtor's Amended Disclosure Statement for Their Fourth Amended Chapter 11 Plan of Reorganization* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the parties listed below via electronic mail:

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Andrew R. Remming, Paige N. Topper, Michelle M. Fu
1201 North Market Street, 16th Floor, P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com; aremming@morrisnichols.com;
ptopper@morrisnichols.com; mfu@morrisnichols.com

White & Case LLP
Attn: Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com

White & Case LLP
Attn: Michael C. Andolina, Matthew E. Linder, Blair Warner, Laura E. Baccash
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com; mlinder@whitecase.com; blair.warner@whitecase.com;
laura.baccash@whitecase.com

Office of the United States Trustee
 for the District of Delaware
Attn: David L. Buchbinder, Hannah M. McColllum
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: david.l.buchbinder@usdoj.gov; hannah.mccollum@usdoj.gov

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)

Dated: August 17, 2021