# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br>Jointly Administered |

**JOINDER OF THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION TO THE ROMAN CATHOLIC AND UNITED METHODIST AD HOC COMMITTEES' OBJECTION TO THE DEBTORS' AMENDED DISCLOSURE STATEMENT FOR THEIR FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

The Norwich Roman Catholic Diocesan Corporation, a chapter 11 debtor and debtor-in-possession in the United States Bankruptcy Court for the District of Connecticut, bearing Case No. 21-20687 (JJT) (the "Norwich Diocese"), by and through the undersigned counsel, hereby joins in and adopts the *Roman Catholic and United Methodist Ad Hoc Committee's Objection to the Debtor's Amended Disclosure Statement for Their Fourth Amended Chapter 11 Plan of Reorganization* [Dkt. No. 6067] (the "Catholic Committee Objection"). In support thereof, the Norwich Diocese respectfully states as follows:

## JOINDER

1. The Norwich Diocese and/or certain parishes within the geographic footprint of the Norwich Diocese have been involved in supporting and facilitating the scouting programs of the Boy Scouts of America and Delaware BSA, LLC (collectively, the "Debtors").

2. The Norwich Diocese commenced its own chapter 11 case on July 15, 2021 in the United States Bankruptcy Court for the District of Connecticut, bearing Case No. 21-20687 (JJT), on which date actions against the Norwich Diocese, as a debtor and debtor-in-possession, and its interests in property were stayed pursuant to § 362(a) of the Bankruptcy Code.

3. The Norwich Diocese respectfully joins the arguments raised in the Catholic Committee Objection and adopts and incorporates such arguments as if more fully set forth herein, including the effect of the automatic stay issued in the Norwich Diocese case on any further actions, including approval of the Debtors' proposed Disclosure Statement, which would affect property of the Norwich Diocese's estate.

4. The Norwich Diocese respectfully reserves the right to raise and present additional authorities, arguments, evidence, and objections in connection with the matters addressed in the foregoing pleadings or that may arise during the hearing. In the event that the Catholic CommitteeObjection is withdrawn or otherwise resolved, the Norwich Diocese further reserves the right topresent argument on the Disclosure Statement at the hearing.

Dated: August 17, 2021                    GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: 302-425-5813
Fax: 302-425-5814
Email: cbrown@gsbblaw.com

ICE MILLER LLP
Louis T. DeLucia (*pro hac vice* to be filed)
Alyson M. Fiedler (*pro hac vice* to be filed)
1500 Broadway, Suite 2900
New York, New York 10036
Phone: (212) 835-6312
Email: Louis.DeLucia@icemiller.com
          Alyson.Fiedler@icemiller.com

*Counsel for The Norwich Roman Catholic Diocesan Corporation*

## CERTIFICATE OF SERVICE

I, Charles J. Brown, III, Esquire, certify that on August 11, 2021, I caused a true and correct copy of *Joinder of The Norwich Roman Catholic Diocesan Corporation to Roman Catholic and United Methodist Ad Hoc Committee's Objection to the Debtor's Amended Disclosure Statement for Their Fourth Amended Chapter 11 Plan of Reorganization* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the parties listed below via electronic mail:

>Morris, Nichols, Arsht & Tunnell LLP
>Attn: Derek C. Abbott, Andrew R. Remming, Paige N. Topper, Michelle M. Fu
>1201 North Market Street, 16th Floor, P.O. Box 1347
>Wilmington, Delaware 19899-1347
>Email: dabbott@morrisnichols.com; aremming@morrisnichols.com;
>ptopper@morrisnichols.com; mfu@morrisnichols.com
>
>White & Case LLP
>Attn: Jessica C. Lauria
>1221 Avenue of the Americas
>New York, New York 10020
>Email: jessica.lauria@whitecase.com
>
>White & Case LLP
>Attn: Michael C. Andolina, Matthew E. Linder, Blair Warner, Laura E. Baccash
>111 South Wacker Drive
>Chicago, Illinois 60606
>Email: mandolina@whitecase.com; mlinder@whitecase.com;
>blair.warner@whitecase.com;
>laura.baccash@whitecase.com
>
>Office of the United States Trustee
>for the District of Delaware
>Attn: David L. Buchbinder, Hannah M. McColllum
>844 King Street, Suite 2207
>Lockbox 35
>Wilmington, Delaware 19801
>Email: david.l.buchbinder@usdoj.gov; hannah.mccollum@usdoj.gov

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)

Dated: August 17, 2021