AURORA represents me
Boyscout Lawsuit
Abuse
CLAIM # SA-████

FILED
2021 AUG 18 AM 9:40
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



To the Attention of the Honorable Justice LAURI Selber Silverstein
Bankruptcy court
BSA case

Dear Judge Selber Silverstein,

My name is ████ and I am writing you in regard to the Boyscout Bankruptcy case as a sex abuse survivor. When I was 12 or 13 years old somewhere in my memory in the years 1972, 1973 or 1974 growing up in a small town called Riverton Wyoming. I'm not sure of the exact year or month but it did happen. I am 62 years old now and even though it has been

(over)

(2)

almost 50 years ago the horror and trauma and suffering that happened to me as a boy child still haunts me today as it did when this happened and over the course of my life in terrible ways because of the actions of several Boy Scouts on an outing in the Red Desert of Wyoming so long ago.

I was a child and a young boy and I was enthused at that time about joining the Boy Scouts in my small home town of Riverton Wyoming. The Boy Scout troop was run out of the LDS mormon church on 430 Elizabeth Drive Riverton Wyoming. I wanted to go on outings with other Boys and go swimming, camping, hiking and learn outdoor survival and earn merit Badges and what I thought were all kinds of fun experiences. I attended a few meetings at that LDS Church and I went on my first outing where scout master(s) troop leaders took us by bus to

③ The Reservation the southwestern part of the states. There were several older scouts on the trip and two in particular a [REDACTED] and [REDACTED] count on [REDACTED] that stuck in my mind that I will never forget.

And by the way writing this letter to you and filling out a claim form for the law firm representing me is extremely painful and excruciating and bring back a lot of pain and trauma just writing these events out.

Anyhow we arrived at our destination in the Red Desert in Wyoming and that night me and all the boyscouts took our sleeping bags and slept in an abadoned shack. There was no adult supervision in that shack that night

over

(4) To make this as best I can later in the night the older boy scouts started talking about sex with girls and the next thing I knew they were getting naked. Pretty soon since it was the youngest one there and there were close to 8 to 12 others ▮ including count▮ ▮ and all these ▮ and scouts were much older and physically bigger and heavier the next thing I knew I was set upon by these older scouts and physically forced to be strained ▮ ▮ perform ▮ the scouts ▮ ▮. This went on for awhile they were all laughing at me ▮ and calling me a ▮ and homo▮

⑤ a few of them on my body and head and I nearly lost consciousness this went on for an hour. next thing I knew

[REDACTED]

my pain and fear and horror. Pretty soon this went on even longer

and

[REDACTED]

and

me

and

[REDACTED]

Then physically beaten and touched and slapped around in the head. While this was happening to me all the boyscouts, all ~~would~~ older, including [REDACTED]

(6) This went on about 7
several all highly many
hours finally after
hot just physically
assaulting and raping me
They verbally and emotionally
tortured and verbally
abused me emotionally.
They all eventually got
tired and left me alone

████████████████████████
████████████████████████
████████████████████████

In the morning
left the Red Desert for
home in Riverton Wyoming
By the buses that brought us
there the day before.
To add to my pain
and torture and torment
████████████████████
They ████ the other older
and the
scouts.

(7) Told the adult supervisor or scout leaders what happened and all of them said I started it and asked for it and that I was the guilty party when my attackers did this and lied about it.

The adult supervisors or scout master leaders got angry with me and the scouts they hike called me a ▇▇▇ and a ▇▇▇ (which I am not) and they even laughed and taunted and tormented me all the way home.

I was 12 or 13 at the time, I had never even kissed a girl yet and I never knew what a homosexual was. They stole my mental health and innocence

⑧ I could not tell my parents or any adults or the police about this because it wasn't just out of shame but fear.

These Boyscout criminals and the scout adult leaders really enjoyed this and

I knew my parents either adults or the police would either not believe me or not do anything about this or blame me.. you have to understand this was the early 1970s and it was taboo to talk about this and the police and adults would never do any thing or charge them with rape or sexual assault and physical assault

The perpetrators were still Boys under the age of 18 and would be considered minors

(9)

After this happened I went on one last outing going swimming at a place called Ocean Lake with the Boyscout Troop. After this experience I never went through with joining that Boyscout troop or any Boyscout Organization.

This happened to me when I just started Junior High and in the years in Junior High and even until I graduated High School in 1977 I was Bullied, Shamed because [REDACTED] and [REDACTED] and all The Boyscouts who did this to me in that shack that night in the Red Desert and even those adults on that trip went out and said I did this and started this (over)

and it was my fault even though I was outnumbered by all those boyscouts, and Kinney and Erickson in the shack Cubc all assaulted me and raped and forced oral and anal sex on me and masturbated to my pain and horror.

Riverton Wyoming is a small town in Wyoming maybe 13,000 peopl at that time in the early 1970s and the junior high and high school was smaller and ▮▮▮▮ ▮▮▮▮▮▮▮▮▮ and those other scouts and adult leaders went around braggin about this assault saying I did it and caused it

(11) everyone in the town and school. beloved them and other kids and town people verbally and emotionally assaulted me and bullied and terrorized me and I was beat up by other kids based on the evil actions of these Boyscouts and their leaders including [REDACTED] and [REDACTED] I was called a faggot and worse I was taunted and the evil did not stop them even teachers they told ostracized me and bullied me and I got a terrible [strikethrough]ok[/strikethrough] Junior high and high school education and I couldn't get a date with girls in those years because the girls thought I was a homosexual and I was every tormented by the girls in town

(12)

Finally I graduated from Riverton High School in 1977 and went on to study Business administration in Laramie Wyoming at thee university of Wyoming. I thought going away from Riverton to thee University would end this nightmare.

Anyhow I met a girl named LORNA at thee University of Wyoming and I married her.

This never ended some one from my home town of Riverton told her the Boyscout version of this, and the lie and it took it's toll on my marriage and I got a Divorce from Lorna in a year. Even though I am not a homo sexual, she believed them.

a very young and impressionable and this created massive stress on our marriage and we divorced within a year.

This Abuse and rape and assault on me has caused me not just my marriage and reputation but other relations with women and a common law marriage in 1990-1991 in Denver Colorado

I contemplated suicide many times and was put in psychiatric hospitals and treated for Depression and PTSD.

Finally I found a counselor in Colorado who helped me through this PTSD and horror trauma and helped me realize it wasn't my fault.

(14)

This has cost me many jobs and a promising career as a professional stockbroker. It has cost me millions of dollars in lost earnings.

I finally got help for alchol abuse but I self medicated with alchol for years.

It has damaged my health. I think the stress led to not just depression and PTSD but helped bring on Type 2 diabetes from physical stress.

To The honorable judge what happed to me as a small boy destroyed my life health and career and ability to get close to a woman or be intimate with a woman or even trust other people including those close to me.

I know this can sound like an unbelievable story but when I heard AVA law firm and other law firms were suing the Boyscouts to the extent of 82,000 victims I realize there are thousands of other men with storys like mine or who have suffered even greater than me.

16

It is my greatest hope that by holding the Boyscouts of america and its past scouts and leadership accountable and all of the Boyscouts Assetts, All of the Issues of the Boyscouts and their policys over the years and the local councils and organizations like the LDS mormon church who sponsored the Boyscouts to pay off large settlements to the 82,000 Boyscout sex abuse survivors and justice be done.

If this lawsuit and Bankruptcy prevents the Boyscouts from doing this to any other small child then justice will be done and closure to the 82,000 victims and justice will have happened

(17)

The pain and agony and suffering and horror I have had to live with all my life is always with me and I will take it to my grave but I am sure you will be hearing the cases and crys of suffering and horror from the other 82,000 BSA sex abuse victims.

Any how may god bless you Judge and all of the Law firms representing all the other Boyscout sex abuse victims.

May all 82,000 victims find some peace and closure for the rest of their lives and ███████