FILED
2021 AUG 18 AM 9:26
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUSTICE LAURI SELBER SILVER
BSA BANKRUPTCY CASE

JUSTICE SILVESSTINE
  MY NAME IS ▇▇▇▇▇▇▇
I AM A ABUSED SCOUT FROM NEWINGTON CONN. I was abused on a Camping Trip ~~~~~ ~~~~~ from the Scout Masters son in a tent while the other scouts watched from the out side ▇▇▇▇▇▇▇ to him. After that is when the bulling and mental abuse started through my scouting time I was able to achive the rank of Eagle w/ Two Palms. After that I went on too get into STEAMFITTERS but was told I could not be a Welder or a farmer ever. Well I showed them I went to Welding school on my own and started Welding. After that I put myself out there and started taking test to prove that I could do it, and I did from NUCULAR Power Plants to gas Turbin Plants

The girlfriends was a total different story. Some of them were nice other took advantage of me as much as possible. The mental abuse all the time was somthing. having me do everything form them and then break up with me. make me get lawyers to get my stuff back and all. I guess that is the way it works, use and abuse.