**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

FILED
2021 AUG 18 AM 9:52
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

Chapter 11

Case No. 20-10343 (LSS) (Jointly Administered)

824 Market Street
3rd Floor Suite 300
Wilmington, DE 19801

**ADDENDUM: REFUSALS OF COUNSELORS TO ACCEPT AS NEW CLIENT**

FOR NOTICE TO THE COURT OF ABANDONMENT BY CONTRACTED COUNSELORS

**DELIVERS** Claimant following seventeen (17) calls to attempt to secure new Counsel, all refusing.

I have been diligent to telephone new counsel with worsening, *of my one year known to Mones, Esq., and Mones, P.C., injuries* (described in my Notice of August 2nd) significantly losing function in my hands and limbs. I will access my physician following mailing.

**THEREFORE**, Claimant modifies - adds from his Notice and Seeks the Court:

1) Order Paul Mones, Esq., and Paul Mones, P.C., (Mones and Mones P.C.) to continue their Contracted Representation under Monitoring of the Court as Counsel. I never in any manner ever communicated to Paul Mones, Esq., and Paul Mones, P.C., [handwritten insertion: I dismiss you (PM)] It is simply far too late for me to have ever declared this to any, and based on Paul Mones, Esq., and Paul Mones, P.C., advertising statements and notable record with Scouting Sex Assault.

   a) Considering, Mones declaring, "I want to telephone you," four (4) times by e-mail, notably, failing initially following their first, second, third and fourth

e-mailings, have one of his Attorney Staff, Paralegal, or other call, fax, or mail his communication(s), yet Mones or Paul Mones, P.C., not performing.

b) Clearly, Mones and Mones P.C., had no intent to speak with me, evidenced by their four (4) e-mails and choices for no stated in writing or any good reason not to telephone or otherwise contact me following their four times sought and clearly needed instant communication(s) with me by telephone....

c) I performed due diligence shown by my return e-mails to Paul Mones, Esq., and Paul Mones P.C., faithfully responding to all their requests for a telephone conference(s).

d) Four (4) Times Mones and Mones P.C., sought to speak with me during a three (3) day period – Yet – Mones, Esq., and Mones P.C. – For all their staff and others and any they can easily hire or let to professionally – could deliver their four (4) e-mails – Yet not call.

e) Paul Mones, Esq., and Paul Mones, P.C., can pick up a telephone and call at any time day or night as is clear by the very nature of this Nationally well-known Bankruptcy.

f) Mones and Mones P.C., well know:

I am a Victim of Multiple Child Rapes

Sodomies

Beating by My Rapists

Child Seduction

Child Kidnapping

False Imprisonment

Transporting a Child for Indecent Purposes

Adult Indecent Exposures.

**Many of these Crimes Occurred on United States Maintained Waters and Lands (Lake Sidney Lanier, Esq., and islands)**, State of Georgia, and four (4) Georgia Counties, my earlier providing Mones, Esq., and Mones, P.C., clear, well-defined, and reasoned venue selection (or case consolidation), to File against the Atlanta Area Scout Council.

Well Known to Paul Mones, Esq., and Mones, P.C., My Rapists, Assistant Scoutmaster and his wife, made certain their sons received the Highest Rank in Scouting, Three (3) Eagle Scout Awards, and the Rarest Rank in Boy Scouting - Sea Exploring Quartermaster. I earned and am also owed **World Wildlife Federation Award, BSA Mile Swim, Fifty Mile Historical Trails Hiker, **God And Country Award.

I refer the Court to my well-described descriptions of Rapes and Attacks on me as a Boy Scout and Sea Explorer that should be on File with the Court, including adult leader induced Alcohol unconsciousness', including consumption of pure Ethanol – Everclear, 95% Proof Golden Grain, a drink known as, "Green G-- D---!"

** Including Afro-American New Scouts overtly discriminated against because of their race, including at least one (1) merit badge, more, the experience and lessons of Scouting.

g) Paul Mones, Esq., and Mones, P.C., know all contained herein perfectly well in their possession for more than a year.

h) The failures of Paul Mones, Esq., and Mones, P.C., Constitute Professional Negligences and Misconducts, to them, me and to prudent persons.

or,

2) Order Appointment of New Counsel, those Claimant has attempted to contract with, list attached, or otherwise as the Court may direct.

3) I possess intelligence ranking of at least 129 to 134, pre-college (1986, Psy.Ph.D., interview-testing.), earning Associate of Science, Health Sciences Major, 2005, ninety-seven hours university credits.

This, the Fifth day of October, Two-Thousand and Twenty-One,

Claimant Pro Se by Force Under Physical Disabilities

FILED
2021 AUG 18 AM 9:35
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

CERTIFICATE OF DELIVERY

I, [redacted] Certify, I Delivered to:

United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor Suite 300
Wilmington, DE 19801

The attached *Addendums: Evidences For Notice of Abandonment* to the Court, by depositing same into a [illegible]g to a Postal Service Counter Clerk or Letter Carrier

August 4th and 5th Attempts to Contract with New Counsel, Paul Hale.

Primary Inability of Law Firms Called: "We are not taking new clients"

Secondary: "We do not handle your type of case"

1. Penn Law
2. Fellerman & Ciarimboli
3. DeMarco Araujo Montevideo
4. AVA Law Group
5. Edward A. Smith Law Offices
6. PCVA & March Law
7. Graziano
8. Steinger, Greene and Feiner
9. HM Attornies
10. Pfau Cochran Vertetis Alala
11. Brown Rudnick
12. Frantz Law Group
13. The Gomez Firm

At thirteen, it is Statistics taught, centuries established, I will not be able to Contract new Counsel.

14. ER Law Group
15. Abused in Scouting (also not available; do not desire)
16. Floin Roebig (same)
17. Manley Stewart Finaldi (same, referred to Mones)

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

Chapter 11

Case No. 20-10343 (LSS) (Jointly Administered)

824 Market Street
3rd Floor Suite 300
Wilmington, DE 19801

**ADDENDUMS: EVIDENCES**

FOR NOTICE TO THE COURT OF ABANDONMENT BY CONTRACTED COUNSELORS

**DELIVERS NOW,** four (4) e-mails from Claimant Hale's Attorneys Paul Mones, Esq., and Paul Mones P.C., described in his October 2, 2021, **NOTICE** to the Court, and one (1) e-mail to Claimant's Attorneys regarding same.

This, the Fifth day of October, Two-Thousand and Twenty-One,

Delivered,

Claimant Pro Se by Force Under Physical Disabilities

CERTIFICATE OF DELIVERY

I [redacted] Certify, I Delivered to:

United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor Suite 300
Wilmington, DE 19801

The attached *Addendums: Evidences For Notice of Abandonment* to the Court, by depositing same into a United States Approved Postal Receptacle, by handing to a Postal Service Counter Clerk or Letter Carrier with sufficient first-class postage affixed.

Certificant

From Paul Mones <paul@paulmones.com>
Subject Re: F
To Me
Cc Courtney Kiehl <courtney@paulmones.com>

I have reviewed your emails. Can we speak tomorrow please – I am in meetings until the early evening my time.

Thanks

**From:**
**Organization:** Health Sciences Degreed: Covid Vaccines Agent, Covid Screener, Infectiouses Diseases Hospital E.M.T.
**Date:** Wednesday, July 7, 2021 at 1:09 PM
**To:** PAUL MONES <paul@paulmones.com>
**Subject:** Fwd: From

I am surprised CNN, NPR and 11 Alive have yet to interview me.

I fully expect you to honor my lawful direction to you on behalf of thousands of rape victims.

Friends and I are traveling to San Diego to visit my family in the coming weeks: We need to meet.

Shoud you ignore, or attempt to withdraw, the public will know, I do not care.

-------- Forwarded M
**Subject:**From
**Date:**Wed, 7
**From**
**Organization:**Health Sciences Degreed: Covid Vaccines Agent, Covid Screener, Infectiouses Diseases Hospital E.M.T.
**To:**paul@paulmones.com

Inbox (67)
Drafts (2)
Sent (1)
Archives
Re: Re: RE: [EXTERNAL] From Paul Hale
Re: Re: Re: Four 2 GB 533 memory sticks
Her name is Slim
Her name is Slim
Re: Third witness with knowledge of her location s
Re: Auto-Reply
Paul Mones
From: Paul Mones <paul@paulmones.com>
Subject: Re: Auto-Reply
To: Me
What is your number
On 7/7/21, 1:50 PM, "paulhale@mail.com" <paulhale@mail.com> wrote:
This e-mail is from attorney Paul Mones and may contain information that is protected by the attorney- client privilege or is confidential or is otherwise protected from disclosure. If you are not the intended recipient or otherwise have received this message in error, you are not authorized read, print, retain, copy or disseminate this message or any part of it. If you are not the intended recipient or otherwise have received this messa in error, please be so kind as to notify me immediately by e-mail, discard any paper copies and delete all electronic files of the message. If you properly received this email as a client, co-counsel or retained expert, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality. Thank you.
PAUL MONES, ATTORNEY | 310-566-7418 | www.paulmones.com
**PLEASE NOTE MY EMAIL HAS CHANGED TO: paul@paulmones.com

Get Messages
Write
Chat
Address Book
Tag
Quick Filter
Inbox (67)
Drafts (2)
Sent (1)
Archives
Spam
Trash
Alzeheimers Memory Care
BK CSU
Cards
CDC Maximus (32)
COLISEUM (2)
CSI TM
Election
EMORY
Enterprise
Filings
Google (7)
HCL (1)
Jackie Lindsey (6)
me (40)
MORTGAGE
MSN_Mail
PIEDMONT
Reviewed
SavedIMs (1)
SSN
tw
Wards
Work At Home
Local Folders
Trash
Outbox
Unread
Starred
Contact
Tags
Attachment
Subject
Date
Re: Re: RE: [EXTERNAL] From Paul Hale
4/23/2021, 11:27 AM
Re: Re: Re: Four 2 GB 533 memory sticks
4/27/2021, 2:09 PM
Her name is Slim
3/20/2021, 5:19 PM
Her name is Slim
3/20/2021, 5:33 PM
Re: Third witness with knowledge of her location s
4/7/2021, 2:07 PM
Re: Re: RE: [EXTERNAL] Positive Identification of Home Invaders Witness
3/11/2021, 10:37 AM
Re: From
Paul Mones
7/7/2021, 4:50 PM
Paul Mones
7/7/2021, 4:52 PM
Paul Mones
7/26/2021, 2:57 PM
From Paul Mones <paul@paulmones.com>
Reply
Forward
Archive
Junk
Delete
7/26/2021,
To Me
Are you around today?
Sent from my iPhone
On Jul 26, 2021, at 9:38 AM, Paul Hale <paulhale@mail.com> wrote:
I don't know. I'm trying to secure new employment since the CDC West Coast Vaccine is been defunded by Biden. Was waiting to hear from you last week and I never heard from you.
--
Sent from my Android phone with mail.com Mail. Please excuse my brevity.
On 7/26/21, 10:30 AM Paul Mones <paul@paulmones.com> wrote:
Can we talk tomorrow?
Thanks
Paul
From:
Type here to search
Document - Wo...
me - Mozilla Th...
9:59 AM
8/5/2021

From Paul Mones <paul@paulmones.com>

Subject Re: Re: F

To Me

Hope your day is going well – please let me know if you are free after 6 pm today

Thanks

PM

**From:**
**Date:** Monday, July 26, 2021 at 9:38 AM
**To:** Paul Mones <paul@paulmones.com>
**Subject:** Re: Re: From Paul Hale

I don't know. I'm trying to secure new employment since the CDC West Coast Vaccine is been defunded by Biden. Was waiting to hear from you last week and I never heard from you.

--

Sent from my Android phone with mail.com Mail. Please excuse my brevity.

On 7/26/21, 10:30 AM Paul Mones <paul@paulmones.com> wrote:

> Can we talk tomorrow?
>
> Thanks

**Subject:** To Paul Mones
**From:** [redacted]
**Date:** 8/2/2021, 3:01 PM
**To:** Paul Mones <paul@paulmones.com>
**CC:** Louanne Masry <louanne@paulmones.com>, marta@paulmones.com, Colleen del Rosario <colleen@paulmones.com>
**BCC:** Courtney Kiehl <courtney@paulmones.com>, Louanne Masry <louanne@paulmones.com>, valeriesalazar@paulmones.com

To: Paul Mones paul@paulmones.com

Louanne Masry louanne@paulmones.com

Courtney Kiehl courtney@paulmones.com

Valerie Salazar valeriesalazar@paulmones.com

Colleen del Rosario colleen@paulmones.com

Louanne Masry louanne@paulmones.com

Jennifer Kiehl jennifer@paulmones.com

marta@paulmones.com

Dear Mr. Mones:

You asked to telephone me four (4) times, and I always agree; you chose not to telephone me in light of your requests I possess.

I make no waiver of any Rights I possess in Nature, Constitution, Laws, and Like.

[redacted]

May I pick them up? Thank you very much! -- [redacted] Please place dogs, kitties and all animals, in the PETS section with a $10 to $50 rehoming fee, to prevent adoption by dog fighters, feeding by snake owners, animal sacrifice (ritiual or not) and all animal abuse! Thank You Very Much!



From Paul Mones <paul@paulmones.com>

Subject Confidential

To Me

Dear Mr. Hale:

Attached please find a letter from me regarding your relieving me of being your attorney in the matter of your claim in the Boy Scout bankruptcy and pursuant to your request I have also attached the in your case.

I wish you the best.

Sincerely,

No release ever made

Paul Mones

This e-mail is from attorney Paul Mones and may contain information that is protected by the attorney- client privilege or is confidential or is otherwise protected from disclosure. If you are not the intended recipient or otherwise have received this message in error, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you are not the intended recipient or otherwise have received this message in error, please be so kind as to notify me immediately by e-mail, discard any paper copies and delete all electronic files of the message. If you properly received this email as a client, co-counsel or retained expert, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality. Thank you.

PAUL MONES, ATTORNEY | 310-566-7418 | www.paulmones.com

2 attachments