SA-███

August 9, 2021

FILED
2021 AUG 19  AM 8:59
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: Justice Lauri Selber Silverstein
    BSA Bankruptcy Case
    824 Market Street 6th floor
    Wilmington, DE  19801

By the time you read this, I will be 58 years old. My life was an average one. Coming from a lower middle class family. I had a younger brother and sister; I was the oldest. My dad was a hard worker. It seemed that was what he did. Mother is still very loving, caring and compassionate. Home, home was safe. I joined the cub scouts at age 8. It was really awesome. The things I had learned, from my parents and grandparents; I got to display that knowledge to my fellow troop mates. The experiance... priceless. As life does, sometimes, dad lost his job. The plant closed down. We moved in with my grandparents, dad's parents, for awhile. Dad went back to school; he became a welder. Shortly, after that we moved to the city. I was forced to withdraw from cub scouts, yet, I was hopeful about the future and the prospects of may be joining the Boy Scouts, one day.

A couple of years, later, the opportunity came about; I was able to join a local scout troop. I was not, yet, old enough. But, since my birthday was only a month away; I was allowed to become a

SA-███

    a boy scout. Just in time for summer camp and up coming special events. I've always have remembered what dad said to me, before I left; he said "Son, it's my job to keep you safe, but there comes a time a boy has to stand-up alone to become more than just a child; to learn; what else is in the world. Son, I trust these men to help guide you to become a better you; You'll be fine!" I was excited, nervous and my stomach was in knots. I set about helping my troop-mates prepare for the trip. When the first part of the trip was done, as we had arrived at summer camp, life was full of promise and wonder.

    But, something had changed. I know now it was not my fault, nor my doing. There was a lot of touchy-feely that was not normal or okay. And, when I asked some of the other scouts about it, they said "The troop leader and scout master were "touchy-feely" kind of guys; They would never hurt me!" Not only did they hurt me, I was made to feel ashamed and if I told anyone, they would hurt my family. Besides, no one would believe me anyway; because this is scouting!" So out of fear I was silent. I went to troop meetings in fear, for my family; my younger brother especially. The abuse continued. It happened all the time, now; Any time the troop met. Then there was the trip to the Nature

SA - ███

Preserve; only this time there were three of them. They took turns with. I just closed my eyes and pretened to be anywhere else, but there. When the weeken trip was over I started having problems at school, trouble with the law. I stole things; I didn't before. I could not understand why! I didn't understand, for a longtime. My dad started whup'in me, any reason that he could think of; so it seemed. I just did not comprehend.

Then came the Boy Scout Jamboree - it was being held at state park, in town. I sucked it up and put on my game face. It lasted, for 9 days. There were people from all over, even several states, It was huge. There were other troop leaders and Scout Masters, as well as Scout Masters from other councils. I was called out by name to go to the council tent. Though I had great fear, I went. I thought that maybe, with all these people there would be "no way" the abuse could occur again. When I got there, it was so much worse. Other boys, like me were there and we all were going to be hurt. We were blindfolded (us boys); then promptly disrobed and repeatedly assaulted. Over and over again. Later, that night I couldn't walk back to my troop camp. Some one carried me. As we got there, I was set on my feet and he whispered, into my ear "don't you have a little brother? Maybe,

SA-███

I should bring him, for a visit and let him see what scouting was all about." I was so terrified and fearful, for my brother. There was no way I was going to let this happen to him, too! I made a promise to myself; I would do whatever it took to keep him safe, no matter what! Later, that night, I gathered my things and waited until everyone was asleep. Then I left. No one saw me. I got away, into the night. When I got home, it was late. I didn't know what to do. So, I slept, in the stationwagon. My dad found me there the next morning - picked me up and carried me inside. I heard him tell my mother, that there was blood on the back, of my pants and a spot was on the seat in the car. Then he went to work. He said later that I was dropped off early, that's all.

I remember my mother went and got the neighbor; who was a nurse, to come over and have a look at me. The next thing I remember I was in a hospital room, with people all around. People were all talking, at the same time. I couldn't think; I was scared, I was alone with all these strangers. I wanted my mother. Then the people moved and there was my mother. She came to me; holding me tight. She said everything is going to be alright. I would have to stay here, for a couple of days.

SA-████

She never left my side, not, until we got home.

My little brother and sister were all over me. Wanting to know what happened? Why was I, in the hospital? They were glad I was home. Later, about 6 or 7 month or so; I started to get into trouble, again. Only it was more serious. Destroying others property, vandilizing businesses. The list went on. The beatings, from my dad started and only got worse. He used anything and did. That continued until I turned 14. At that point I was through being angry and frustrated, being the brunt end of my dads anger.

I ran away from home and never looked back. By the time I was 18, I had my own prison number. Did a couple of years. When I was released, I went home, to my parents; because I had to parole to a family member/relative. I was only there until I got a job and a place of my own. I just couldn't forgive my dad.

Eventually, I met up with an old girlfriend. She became pregnant. Married her; had a daughter. It was bittersweet. I had no clue, of what lengths a parent would go through, for their child. My daughter taught me what unconditional love truely is. As I wondered about it — it became clear that my dad did not have the tools to help


SA- ███

him to deal with what happened to me, in the Boy Scouts. In realizing that I actually started the healing process. My dad and I became friends again and after a while; I had my dad back and he had his son back; as well as a new grand-daughter. We lost him a few years later. I miss him, still!

As life would have it; we had a son. He and his sister lived between mine and their mothers' home after the age 10. He and his sister adapted and thrived. A week before my son turned 11; he asked me about joining the Boy Scouts. I was horrified, by the thought. There was no way that was going to happen at all. I tried being rational with him, still came out the bad guy. It would be several more years, before I was able to sit down and explain. I told him the truth (without gruesome details). He accepted my reasoning. Knowing that I was trying my best to keep him safe. I talked with he and his sister this morning. The blessing is I do this everyday. My daughter is now 36 and my son will be 30 soon.

I have given you my story, my life. So that you may have a glimps, of one boy who's life was forever changed by the Boy Scout of America. Not for the better! I pray and trust that you

SA - ▮

...understand why I believe that the Boy Scouts of America should be held responsible, for their failure to protect us (boys and children) from harm; not perpetuate the same abuse on numerous victims across the country. Though, I am frightfully aware that the statute of limitation has long past; And that the Boy Scouts of America should be allowed to continue as an orginization is not only heart breaking, but absurd. This abuse that we all have endured; because of their complicity at perpetuating that abuse must not be allowed to go on. No amount of money can give me back what they took away from me (from all of us). For me, its not about finacial gain. Its about doing what is right. End this blight on society! Silence the children, no more! Let this orginization pass into history. There will be a better group, with the safety and love that needs to be risen, from the hearts of loving parents, grandparents and family and friends. After all... the ones that love us unconditionally should be the ones to guide us, in this journey called life!

SA-███

Thank you, for your time and consideration, on this subject. I trust and pray that you will make the best decision for us.

May God Bless you and keep you and your loved ones safe, loved and protected.

Sincerely,

Legal mail

U.S. MAIL
XX-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801



US POSTAGE $000.51
First-Class - IMI
ZIP 88081
08/09/2021
036B 001181431