# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10566 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date:** TBD<br>**Objections Due:** September 2, 2021 at 4:00 p.m. (ET) |

**FIFTH INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION
FOR PROFESSIONAL SERVICES RENDERED FOR THE
<u>PERIOD FROM FEBRUARY 1, 2021 THROUGH APRIL 30, 2021</u>**

| | | |
|---|---|---|
| **Name of Applicant:** | **ALIXPARTNERS, LLP** | |
| **Applicant's Role in Case:** | **The Official Committee of Unsecured Creditors** | |
| **Date Retention Order Signed:** | **May 23, 2020, *Nunc Pro Tunc* to March 4, 2020 [Docket No. 689]** | |
| **Time period covered by this Application:** | **Beginning of Period** | **End of Period** |
| | **February 1, 2021** | **April 30, 2021** |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total Fees Requested in this Application:** | **$489,472.50** | |
| **Total Expenses Requested in this Application:** | **$0.00** | |
| **Total Fees and Expenses Requested in this Application:** | **$489,472.50** | |
| **Blended hourly rate for fees incurred during the Fifth Interim Period:** | **$787.19** | |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

| **Summary of Prior Payments & Outstanding Amount Due AlixPartners During the Fifth Interim Period:** ||
|---|---|
| **Total Allowed Compensation Paid to Date during the Fifth Interim Period:** | $391,578.00 |
| **Total Allowed Expenses Paid to Date during the Fifth Interim Period:** | $0.00 |
| **Total Amount of Fees and Expenses Due & Owing to AlixPartners during the Fifth Interim Period:** | $97,894.50 |
| **This is a(n):**   ___ Monthly Application  _X_ Interim Application  ___ Final Application ||

**ALIXPARTNERS, LLP**

**SUMMARY OF FEE APPLICATIONS**
**DURING THE FIFTH INTERIM PERIOD**
<u>**FEBRUARY 1, 2021 THROUGH APRIL 30, 2021**</u>

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 4/14/2021 Docket #2596 | 2/1/2021 - 2/28/2021 | $227,786.00 | $0.00 | $182,228.80 | $0.00 | 4/29/2021 Docket #2736 | $45,557.20 |
| 5/11/2021 Docket #3601 | 3/1/2021 - 3/31/2021 | $175,914.50 | $0.00 | $140,731.60 | $0.00 | 5/27/2021 Docket #5066 | $35,182.90 |
| 6/2/2021 Docket #5204 | 4/1/2021 - 4/30/2021 | $85,772.00 | $0.00 | $68,617.60 | $0.00 | 6/21/2021 Docket #5379 | $17,154.40 |
| **Total** | | **$489,472.50** | **$0.00** | **$391,578.00** | **$0.00** | | **$97,894.50** |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL
DURING THE FIFTH INTERIM PERIOD
FEBRUARY 1, 2021 THROUGH APRIL 30, 2021**

| Professional | Title | Rate | Total Hours During Period | Total Fees During Period |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 67.3 | $ 79,750.50 |
| Meade Monger | Managing Director | $1,210 | 5.0 | 6,050.00 |
| Richard Collura | Managing Director | $1,125 | 15.9 | 17,887.50 |
| Kathryn McGlynn | Managing Director | $1,055 | 75.1 | 79,230.50 |
| Robert B Winning | Director | $935 | 56.3 | 52,640.50 |
| Elizabeth S Kardos | Director | $735 | 1.9 | 1,396.50 |
| Scott Weiner | Senior Vice President | $665 | 313.2 | 208,278.00 |
| Kaitlyn A Sundt | Senior Vice President | $530 | 1.0 | 530.00 |
| Joy N Ibanga | Vice President | $530 | 56.6 | 29,998.00 |
| Brooke F Filler | Vice President | $460 | 1.3 | 598.00 |
| Lisa Marie Bonito | Associate | $465 | 28.2 | 13,113.00 |
| **Total Fees and Hours for Professionals** | | | **621.8** | **$ 489,472.50** |

Average Billing Rate    $787.19

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY
DURING THE FIFTH INTERIM PERIOD
FEBRUARY 1, 2021 THROUGH APRIL 30, 2021**

| | Matter Code | Total Hours During Period | Total Fees During Period |
|---|---|---|---|
| 101 | Planning, Coordination and Case Management | 7.2 | $ 5,902.50 |
| 102 | Meetings and Communications with UCC & Professionals | 121.7 | 115,525.50 |
| 103 | Meetings and Communications with Management & Debtors' Professionals | 27.9 | 24,944.00 |
| 104 | Meetings and Communications with Lenders & Professionals | 2.0 | 2,364.00 |
| 105 | Meetings and Communications with Tort Committee | 0.7 | 738.50 |
| 106 | Analysis of Cash Collateral | - | - |
| 107 | Analysis of Liquidity and Cash Management | 71.6 | 53,745.00 |
| 108 | Sale of Assets | - | - |
| 109 | Business and Strategic Plan Analysis | 178.1 | 122,134.50 |
| 110 | Valuation Analysis | - | - |
| 111 | Employee Compensation and Advisor Retention Matters | - | - |
| 112 | Financial and Other Diligence | 32.0 | 24,047.00 |
| 113 | Collateral Analysis | - | - |
| 114 | Forensic Analysis | - | - |
| 115 | Litigation Support | - | - |
| 116 | Claims Analysis | 42.0 | 34,867.00 |
| 117 | RSA, Disclosure Statement & Plan of Reorganization | 76.7 | 60,290.50 |
| 118 | Retention Applications & Relationship Disclosure Schedules | 0.2 | 237.00 |
| 119 | Attend Court Hearings | 14.6 | 14,077.00 |
| 120 | Fee Statements and Fee Applications | 47.1 | 30,600.00 |
| 150 | Non-Working Travel Time | - | - |
| | **Total Hours and Professional Fees By Matter Category** | **621.8** | **$ 489,472.50** |

**Average Billing Rate**     **$787.19**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10566 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD**<br>**Objections Due: September 2, 2021 at 4:00 p.m. (ET)** |

**FIFTH INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH APRIL 30, 2021**

AlixPartners, LLP ("AlixPartners"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC ("the "Debtors"), submits its fifth interim fee application (the "Application") for allowance of compensation for professional services rendered for the period of February 1, 2021 through April 30, 2021 (the "Fifth Interim Period"). By this Application, AlixPartners seeks payment of professional fees of $489,472.50 (including the holdback of $97,894.50). AlixPartners respectfully states as follows:

**Jurisdiction and Venue**

1. The United States Bankruptcy Court for the Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware (the "Local Bankruptcy Rules"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020 (the "Interim Compensation Order") [Docket No. 227].

## Background

4. On February 18, 2020, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "Chapter 11 Cases").

5. The Debtors are authorized to continue operating their businesses and managing their properties as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

6. On March 5, 2020, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee [Docket No. 141].

7. On September 18, 2020, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Applications of Retained Professionals* (the "Fee Examiner Order") [Docket No. 1342]. The Court appointed Rucki Fee Review as the Fee Examiner, nunc pro tunc to August 17, 2020 in these Chapter 11 Cases to audit and review all Fee Applications.

## AlixPartners' Retention

8. On April 23, 2020, the Committee filed its *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing the Employment and Retention of*

2

*AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 160].

9.  On May 23, 2020, the Bankruptcy Court entered the *Order Authorizing the Employment and Retention of AlixPartners LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* (the "Retention Order") [Docket No. 689].

10. The Retention Order authorized AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Order.

## Relief Requested

## Monthly Fee Applications Covered During the Fifth Interim Period

11. AlixPartners' monthly fee applications (the "Monthly Fee Applications") covered during the Fifth Interim Period have been filed and served pursuant to the Interim Compensation Order. The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided during the period covered by such Monthly Fee Applications. Detailed descriptions of the services rendered during the Fifth Interim Period were included in the Monthly Fee Applications and are filed on the Court docket.

12. AlixPartners has filed three (3) Monthly Fee Applications as noted below:

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | | |
| 4/14/2021 Docket #2596 | 2/1/2021 - 2/28/2021 | $227,786.00 | $0.00 | $182,228.80 | $0.00 | 4/29/2021 Docket #2736 | $45,557.20 |
| 5/11/2021 Docket #3601 | 3/1/2021 - 3/31/2021 | $175,914.50 | $0.00 | $140,731.60 | $0.00 | 5/27/2021 Docket #5066 | $35,182.90 |
| 6/2/2021 Docket #5204 | 4/1/2021 - 4/30/2021 | $85,772.00 | $0.00 | $68,617.60 | $0.00 | 6/21/2021 Docket #5379 | $17,154.40 |
| Total | | $489,472.50 | $0.00 | $391,578.00 | $0.00 | | $97,894.50 |

13.     AlixPartners is seeking an interim allowance of compensation in the amount of $489,472.50[2] during the Fifth Interim Period.

14.     During the Fifth Interim Period, AlixPartners has received the sum of $391,578.00 and the sum of $97,894.50 remains outstanding pursuant to the Fifth Interim Period at the time of filing this Application.

**Summary of Professional Services by Category During the Fifth Interim Period**

15.     AlixPartners classified all services performed for which compensation is sought into separate categories.  Summarized below is a description of the services provided by AlixPartners to the Committee during the Fifth Interim Period in each significant service area.

16.     The following summaries are intended only to highlight key services rendered by AlixPartners during the Fifth Interim Period in certain project billing categories where AlixPartners has expended a considerable number of hours on behalf of the Committee and are not meant to be a detailed description of all of the work performed by AlixPartners.  The primary focus of AlixPartners was centered around the following areas:

> **Matter Code 101:  Planning, Coordination and Case Management**
> **7.2 Hours - $5,902.50 Fees**
> Time spent includes engagement scoping, resource planning, workstream coordination, and engagement execution strategy.

---

[2]   This amount includes the 20% holdback of fees reflected by the Monthly Fee Applications including the amount of $45,557.20 during the Twelfth Monthly Fee Application, and the holdback in the amount of $35,182.90 during the Thirteenth Monthly Fee Application, and the holdback in the amount of $17,154.40 during the Fourteenth Monthly Fee Application, for a total holdback of $97,894.50 (the "Holdback").  Pursuant to the *Order Amending the Order (i) Approving Procedures for (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* [Docket No. 5899], and upon allowance by the Court of a Final Fee Application, the Debtors shall be authorized to pay 100% of its requested fees and expenses allowed by the Court on a final basis but not previously paid, including all Holdbacks.

**Matter Code 102: Meetings and Communications with Committee Members and Professionals**
**121.7 Hours - $115,525.50 Fees**
Time spent includes updating the Committee with regard to status of the Chapter 11 Cases, including the preparation of related presentation materials. In addition, this also includes discussion with other professionals representing the Committee regarding case developments.

**Matter Code 103: Meetings and Communications with Management and Debtors' Professionals**
**27.9 Hours - $24,944.00 Fees**
Time spent includes meetings and discussions held with Management and Debtors' professionals.

**Matter Code 104: Meetings and Communications with Lenders & Professionals**
**2.0 hours - $2,364.00**
Time spent includes meetings and discussions held with the Lenders and their professionals.

**Matter Code 105: Meetings and Communications with Tort Committee**
**0.7 Hours - $738.50 Fees**
Time spent includes meetings and discussions held with the Tort Committee and its Professionals.

**Matter Code 107: Analysis of Liquidity and Cash Management**
**71.6 Hours - $53,745.00 Fees**
Time spent includes analyzing and reviewing weekly cash flow reports and their respective variances from budgeted amounts. Time spent also includes analyzing cash flow budgets published during the case.

**Matter Code 109:  Business and Strategic Plan Analysis**
**178.1 Hours - $122,134.50)**
Time spent includes analyzing the Debtors' business plans, and their reasonableness as with respect to a successful emergence from Chapter 11.

**Matter Code 112: Financial and Other Diligence**
**32.0 Hours - $24,047.00 Fees**
Time spent includes researching and documenting relevant information regarding the Debtors' state of affairs from public and non-public sources, including, but not limited to, filings on the electronic court docket, press releases, monthly operating reports provided by the Debtors, as well as documents and schedules provided in the virtual data room.

**Matter Code 116:  Claims Analysis**
**42.0 Hours - $38,867.00 Fees**
Time spent includes reviewing and analyzing claims filed against the Debtors and evaluating its expected recovery to the unsecured creditors.

**Matter Code 117:  RSA, Disclosure Statement & Plan of Reorganization**
**76.7 Hours - $60,290.50 Fees**
Time spent includes negotiating, analyzing, reviewing and providing commentary on the Debtors' proposed plan of reorganization, disclosure statement, and related restructuring support agreement.  Time spent also includes attending mediation sessions.

**Matter Code 118:  Retention Applications and Relationship Disclosure Schedules**
**0.2 Hours - $237.00 Fees**
Time spent includes managing the drafting and managing the retention and relationship disclosure processes.

**Matter Code 119:  Attend Court Hearings**
**14.6 Hours - $14,077.00 Fees**
Time spent includes attending Court hearings.

**Matter Code 120:  Fee Statements and Fee Applications**
**47.1 Hours - $30,600.00 Fees**
Time spent includes managing managing the fee application process, including preparing, reviewing fee applications and all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court..

17.    All amounts requested during the Fifth Interim Period are for professional services rendered and out-of-pocket expenses incurred on behalf of the Debtors, all of which are actual, necessary and reasonable.

18.    AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## Certification

19.    A Certification of David MacGreevey is attached hereto as **Exhibit A** and made part of this Application.

## No Prior Request

20.    No prior request for the relief sought in this Application has been made to this or any

other court. This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

*[Remainder of page intentionally left blank.]*

**Conclusion**

WHEREFORE, AlixPartners, as financial advisor to the Committee, respectfully requests that the Court enter an order providing that: (i) an allowance be awarded to AlixPartners for the Fifth Interim Period in the amount of $489,472.50 (including the Holdback of $97,894.50) as compensation for professional services rendered; (ii) the Debtors are authorized and directed to pay AlixPartners the outstanding amount of $97,894.50 pursuant to the Fifth Interim Period; and (iii) for such other and further relief as this Court deems proper.

Dated:  August 16, 2021                    ALIXPARTNERS, LLP
                                           909 Third Avenue, 28th Floor
                                           New York, New York 10022

                                           */s/  David MacGreevey*
                                           By: David MacGreevey
                                                 Managing Director

**ALIXPARTNERS, LLP**

**Exhibit A**

**<u>Certification of David MacGreevey</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**CERTIFICATION OF DAVID MACGREEVEY**

I, **David MacGreevey**, declare under the penalty of perjury as follows:

1. I am a Managing Director at AlixPartners, LLP ("AlixPartners"), with offices located at 909 Third Avenue, 28th Floor, New York, New York 10022. AlixPartners serves as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of the Boys Scouts of America and Delaware BSA, LLC (the "Debtors") in the above-captioned Chapter 11 Cases.

2. I have reviewed the *Fifth Interim Fee Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period February 1, 2021 through April 30, 2021* (the "Application").

3. I have reviewed Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware ("Local Rule") and submit that the Application substantially complies with such Local Rule.

4. To the best of my knowledge, information and belief formed after reasonable inquiry,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

the Application complies with the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 17, 2013 (the "UST Guidelines").

5. The fees and out-of-pocket expenses are billed in accordance with the billing practices described below, and except as otherwise indicated therein fall within the UST Guidelines. Except to the extent prohibited by the UST Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by the AlixPartners' clients.

6. With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

   1. Does not make a profit;
   2. Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and
   3. Seeks reimbursement of services purchased from or contracted for with a fifth-party vendor only in the amount billed to AlixPartners by and paid or to be paid by the Applicant to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated: August 16, 2021

*/s/ David MacGreevey*
By: David MacGreevey
Managing Director