# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Dkt. 6065** |

### DECLARATION OF DANIEL SHAMAH IN SUPPORT OF
### CENTURY'S OBJECTIONS TO THE DEBTORS' DISCLOSURE STATEMENT,
### SOLICITATION PROCEDURES AND FORM OF BALLOTS

I, **DANIEL SHAMAH**, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1. I am a partner at the firm O'Melveny & Myers LLP, Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America. I submit this declaration based on my knowledge of the proceedings in *In re Boy Scouts of America and Delaware BSA, LLC*, and review of the pleadings and documents described below.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Deposition Transcript of Brian Whittman dated July 14, 2021.

3. Attached hereto as **Exhibit B** is a true and correct copy of the July 7, 2021 Hearing Transcript.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Deposition

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America ("BSA") (6300) and Delaware Boy Scouts, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

1

Transcript of Roger C. Mosby dated July 15, 2021.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Deposition Transcript of Daniel Ownby dated July 19, 2021.

6. Attached hereto as **Exhibit E** is a true and correct copy of a letter from Bishop David A. Bard, Presiding Bishop of the Michigan Conference of The United Methodist Church dated July 20, 2021.

7. Attached hereto as **Exhibit F** is a true and correct copy of a letter from Kendall Waller, Director of Finance & Administrative Ministries for the Rio Texas Conference of the United Methodist Church dated July 16, 2021.

8. Attached hereto as **Exhibit G** is a true and correct copy of the July 29, 2021 Hearing Transcript.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 16, 2021                                Respectfully Submitted,

                                                     */s/ Daniel Shamah*
                                                     Daniel Shamah