# **EXHIBIT B**

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | August 11, 2021 |
|---|---|---|
| | Invoice Number: | 50026391 |
| | Matter Number: | 077494.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/23/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 4.24 |
| 07/01/21 | Photocopy Charges Duplication | 26.00 | 2.60 |
| 07/06/21 | Photocopy Charges Duplication | 150.00 | 15.00 |
| 07/06/21 | Transportation (one way) for E. Harron and R. Brady from Ocean City, NJ to Philadelphia airport re: 6/29/29 mediation in Los Angeles, CA | 1.00 | 275.00 |
| 07/06/21 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 07/06/21 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 07/07/21 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 07/07/21 | Photocopy Charges Duplication | 150.00 | 15.00 |
| 07/07/21 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 07/07/21 | Photocopy Charges Duplication | 522.00 | 52.20 |
| 07/07/21 | Photocopy Charges Duplication | 522.00 | 52.20 |
| 07/07/21 | Photocopy Charges Duplication | 65.00 | 6.50 |
| 07/07/21 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 07/08/21 | Color Photocopy Charges Duplication | 7.00 | 5.60 |
| 07/08/21 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 07/08/21 | Photocopy Charges Duplication | 26.00 | 2.60 |
| 07/08/21 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 07/08/21 | Postage | 8.00 | 8.00 |
| 07/08/21 | Postage | 1.00 | 1.20 |
| 07/13/21 | Color Photocopy Charges Duplication | 106.00 | 84.80 |
| 07/13/21 | Photocopy Charges Duplication | 41.00 | 4.10 |
| 07/15/21 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 07/15/21 | Postage | 8.00 | 8.00 |
| 07/15/21 | Photocopy Charges Duplication | 40.00 | 4.00 |
| 07/15/21 | Photocopy Charges Duplication | 36.00 | 3.60 |
| 07/19/21 | Photocopy Charges Duplication | 28.00 | 2.80 |
| 07/19/21 | Photocopy Charges Duplication | 23.00 | 2.30 |
| 07/20/21 | Train fare (one way) on 6/9/21 for J. Patton from New York, NY to Wilmington, DE re: 6/7 - 6/9 mediation | 1.00 | 201.00 |
| 07/20/21 | Transportation on 6/8/21 in New York, NY for J. Patton re: 6/7 - 6/9/21 mediation | 1.00 | 33.97 |
| 07/20/21 | Hotel/Lodging (2 nights, Park Hyatt New York) for J. Patton re: 6/7 - 6/9/21 mediation | 1.00 | 1,000.00 |
| 07/20/21 | Breakfast on 5/26/21 for E. Harron re: 5/26 and 5/27/21 mediation in New York, NY | 1.00 | 30.00 |
| 07/20/21 | Hotel/Lodging (2 nights, The Langham Chicago) for E. Harron re: 6/2 and 6/3/21 mediation | 1.00 | 704.40 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | August 11, 2021 |
| | | Invoice Number: | 50026391 |
| | | Matter Number: | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 07/20/21 | Hotel/Lodging (2 nights, Park Hyatt New York) for E. Harron re: 5/26 and 5/27/21 mediation | 1.00 | 1,000.00 |
| 07/20/21 | Breakfast on 6/2 and 6/3/21 for E. Harron re: 6/2 and 6/3/21 mediation in Chicago, IL | 1.00 | 60.00 |
| 07/22/21 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 07/22/21 | Photocopy Charges Duplication | 32.00 | 3.20 |
| 07/22/21 | Postage | 8.00 | 8.00 |
| 07/22/21 | Color Photocopy Charges Duplication | 3.00 | 2.40 |
| 07/23/21 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 07/23/21 | Photocopy Charges Duplication | 137.00 | 13.70 |
| 07/23/21 | Postage | 1.00 | 1.00 |
| 07/23/21 | Photocopy Charges Duplication | 44.00 | 4.40 |
| 07/23/21 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 07/23/21 | Photocopy Charges Duplication | 41.00 | 4.10 |
| 07/23/21 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 07/23/21 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 07/23/21 | Photocopy Charges Duplication | 79.00 | 7.90 |
| 07/26/21 | Hotel/Lodging (2 nights, Park Hyatt New York) for E. Harron re: 6/7 - 6/9/21 mediation | 1.00 | 1,000.00 |
| 07/26/21 | Lunch on 6/10/21 in New York, NY for R. Brady, E. Harron, and K. Quinn re: 6/7-6/10/21 mediation | 1.00 | 105.00 |
| 07/26/21 | Dinner in Chicago, IL on 6/2/2021 for R. Brady, E. Harron, J. Patton, A. O'Neill, J. Schulman, A. Slater, K. Quinn, and E. Grim re: 6/2 and 6/3/21 mediation | 1.00 | 600.00 |
| 07/26/21 | Hotel/Lodging (2 nights, Park Hyatt New York) for R. Brady re: 5/26 and 5/27/21 mediation | 1.00 | 1,000.00 |
| 07/26/21 | Airfare (round trip, coach) from Philadelphia, PA to Chicago, IL for R. Brady re: 6/2 and 6/3/21 mediation | 1.00 | 444.80 |
| 07/26/21 | Hotel/Lodging (2 nights, The Langham Chicago) for R. Brady re: 6/2 and 6/3/21 mediation | 1.00 | 704.40 |
| 07/26/21 | Transportation (round trip) for R. Brady and E. Harron from Wilmington, DE to New York, NY for 6/7 - 6/9/21 mediation | 1.00 | 953.00 |
| 07/26/21 | Postage | 1.00 | 1.00 |
| 07/29/21 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 07/29/21 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| | **Total** | | **$8,455.41** |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | August 11, 2021 |
|---|---|---|
| | Invoice Number: | 50026391 |
| | Matter Number: | 077494.1001 |

**Cost Summary**

| Description | Amount |
|---|---:|
| Air/Rail Travel | 645.80 |
| Car/Bus/Subway Travel | 1,261.97 |
| Hotel/Lodging | 5,408.80 |
| Postage | 27.20 |
| Reproduction Charges | 312.40 |
| Teleconference / Video Conference | 4.24 |
| Travel Meals | 795.00 |
| **Total** | **$8,455.41** |