EXHIBIT A



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

August 20, 2021

James Patton, Jr.                                     Invoice Number:     11323874
Future Claimants' Representative for                  Client Number:           1613
Boy Scouts of America
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

_____

**FOR PROFESSIONAL SERVICES RENDERED through July 31, 2021**

**Re: James Patton, Jr.**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Insurance Analysis & Recovery | 185,943.00 | 1,407.56 | 187,350.56 |
| Retention / Fee Application | 133.00 | .00 | 133.00 |
| Non-Working Travel (Billed @ 50%) | .00 | 1,898.87 | 1,898.87 |
| Plan of Reorganization / Disclosure Statement | 123,721.50 | .00 | 123,721.50 |
| **Total** | **309,797.50** | **3,306.43** | **313,103.93** |

|  |  |
|---|---|
| TOTAL FEES | $ 309,797.50 |
| TOTAL EXPENSES | $ 3,306.43 |
| **TOTAL FEES AND EXPENSES** | **$ 313,103.93** |



**FOR PROFESSIONAL SERVICES RENDERED through July 31, 2021**

**Insurance Analysis & Recovery**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/01/21 | Glaeberman, M. | Analyze follow form and defense costs policy language. | 7.30 | 2,190.00 |
| 7/01/21 | Jones, T. | Review six national program policies for follow form and defense obligation provisions. | 7.90 | 2,370.00 |
| 7/01/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re follow form language for policies with start dates 2008. | 1.20 | 396.00 |
| 7/01/21 | Colcock, S. | Review documents uploaded to Datasite from 6.30.2021 for insurance-related purposes. | .20 | 66.00 |
| 7/01/21 | Dechant, K. | Review policy information for Insurer #8 and Insurer #9 demand letters. | 2.50 | 1,062.50 |
| 7/02/21 | Quinn, K. | Email M. Linder re August schedule issues. | .10 | 110.00 |
| 7/02/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 6.50 | 1,950.00 |
| 7/02/21 | Jones, T. | Review four national program policies for follow form and defense obligation provisions. | 4.50 | 1,350.00 |
| 7/02/21 | Colcock, S. | Review documents uploaded to Datasite from 7.1.2021 for insurance-related purposes. | .20 | 66.00 |
| 7/06/21 | Quinn, K. | Confer with G. Le Chevallier, E. Grim and R. Jennings re insurance demands and allocation discrepancies. | 1.00 | 1,100.00 |
| 7/06/21 | Quinn, K. | Confer with D. Molton re settlement issues. | .30 | 330.00 |
| 7/06/21 | Quinn, K. | Confer with co-counsel (R. Brady, others) re status. | .90 | 990.00 |
| 7/06/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.30 | 2,190.00 |
| 7/06/21 | Grim, E. | Confer with G. Le Chevallier, K. Quinn, and R. Jennings re insurance demands and allocation discrepancies. | 1.00 | 700.00 |
| 7/06/21 | Jones, T. | Review seven national program policies for follow form and defense obligation provisions. | 7.40 | 2,220.00 |
| 7/06/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .50 | 97.50 |
| 7/06/21 | Dechant, K. | Review policy information for Insurer #10 demand letter. | 2.40 | 1,020.00 |
| 7/06/21 | Jennings, R. | Confer with G. Le Chevallier, K. Quinn and E. Grim re insurance demands and allocation discrepancies. | 1.00 | 425.00 |
| 7/06/21 | Jennings, R. | Analyze coverage allocations. | .50 | 212.50 |
| 7/07/21 | Quinn, K. | Participate in status conference. | 2.10 | 2,310.00 |

Invoice Number: 11323874
August 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/07/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.90 | 2,370.00 |
| 7/07/21 | Grim, E. | Attend status conference. | 2.10 | 1,470.00 |
| 7/07/21 | Jones, T. | Review six national program policies for follow form and defense obligation provisions. | 7.10 | 2,130.00 |
| 7/07/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 7/07/21 | Dechant, K. | Attend status hearing. | 2.10 | 892.50 |
| 7/07/21 | Dechant, K. | Email R. Jennings re status of insurer negotiations. | .20 | 85.00 |
| 7/07/21 | Dechant, K. | Draft insurer demand letters for Insurer #8 and Insurer #9. | 3.00 | 1,275.00 |
| 7/07/21 | Jennings, R. | Analyze insurance coverage issues and potential impact on settlement negotiations with insurers. | .80 | 340.00 |
| 7/08/21 | Quinn, K. | Confer with D. Molton re insurance demands. | .30 | 330.00 |
| 7/08/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.90 | 2,370.00 |
| 7/08/21 | Jones, T. | Review six national program policies for follow form and defense obligation provisions. | 7.10 | 2,130.00 |
| 7/08/21 | Dechant, K. | Review policy information for Insurer #10 demand letter (1.0); draft Insurer #10 demand letter (2.6). | 3.60 | 1,530.00 |
| 7/08/21 | Jennings, R. | Review recent filings re insurance coverage issues. | .50 | 212.50 |
| 7/09/21 | Quinn, K. | Confer with H. Winstead re insurance litigation. | .70 | 770.00 |
| 7/09/21 | Quinn, K. | Confer with D. Molton re insurance negotiations strategy. | .20 | 220.00 |
| 7/09/21 | Winstead, H. | Confer with K. Quinn re insurance litigation. | .70 | 665.00 |
| 7/09/21 | Glaeberman, M. | Complete analysis of follow form and defense costs policy language for 2013-2014 policies. | 7.80 | 2,340.00 |
| 7/09/21 | Jones, T. | Review five national program policies for follow form and defense obligation provisions. | 4.40 | 1,320.00 |
| 7/09/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re follow form language for policies with start dates 2009. | 1.20 | 396.00 |
| 7/09/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .30 | 58.50 |
| 7/09/21 | Dechant, K. | Review policy information for Insurer #11 and Insurer #12 demand letters. | 3.40 | 1,445.00 |
| 7/09/21 | Jennings, R. | Review BSA letters of credit. | .50 | 212.50 |
| 7/12/21 | Quinn, K. | Confer with E. Grim, R. Jennings, H. Winstead, S. Colcock and K. Dechant re status and strategy. | .90 | 990.00 |
| 7/12/21 | Quinn, K. | Confer with R. Jennings re allocations. | .20 | 220.00 |
| 7/12/21 | Winstead, H. | Confer with E. Grim, K. Dechant, S. Colcock, K. Quinn and R. Jennings re status and strategy. | .90 | 855.00 |

Invoice Number: 11323874
August 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/12/21 | Glaeberman, M. | Confer with S. Colcock re national policy review. | .40 | 120.00 |
| 7/12/21 | Glaeberman, M. | Begin analysis of follow form and defense costs policy language for 2012-2013 policies. | 7.60 | 2,280.00 |
| 7/12/21 | Grim, E. | Confer with K. Quinn, R. Jennings, H. Winstead, S. Colcock and K. Dechant re status and strategy. | .90 | 630.00 |
| 7/12/21 | Jones, T. | Review seven national program policies for follow form and defense obligation provisions. | 7.50 | 2,250.00 |
| 7/12/21 | Colcock, S. | Confer with E. Grim, R. Jennings, H. Winstead, K. Quinn and K. Dechant re status and strategy. | .90 | 297.00 |
| 7/12/21 | Colcock, S. | Confer with M. Glaeberman re national policy review. | .40 | 132.00 |
| 7/12/21 | Colcock, S. | Begin revising national policy information in master policy tracking spreadsheet re follow form language in policies with start dates 2013. | 1.20 | 396.00 |
| 7/12/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 7/12/21 | Dechant, K. | Confer with E. Grim, R. Jennings, H. Winstead, S. Colcock and K. Quinn re status and strategy. | .90 | 382.50 |
| 7/12/21 | Dechant, K. | Confer with R. Jennings re insurer demand letters. | .80 | 340.00 |
| 7/12/21 | Jennings, R. | Confer with K. Dechant re insurer demand letters. | .80 | 340.00 |
| 7/12/21 | Jennings, R. | Confer with E. Grim, K. Quinn, H. Winstead, S. Colcock and K. Dechant re status and strategy. | .90 | 382.50 |
| 7/12/21 | Jennings, R. | Run and compare allocations (2.1); confer with K. Quinn re same (0.2). | 2.30 | 977.50 |
| 7/13/21 | Quinn, K. | Review and revise analysis of allocation results. | .70 | 770.00 |
| 7/13/21 | Quinn, K. | Confer with G. Le Chevallier, H. Winstead and R. Jennings re allocations. | .50 | 550.00 |
| 7/13/21 | Quinn, K. | Review sample hold harmless; email YCST re same. | .20 | 220.00 |
| 7/13/21 | Winstead, H. | Confer with G. Le Chevallier, K. Quinn and R. Jennings re allocations. | .50 | 475.00 |
| 7/13/21 | Winstead, H. | Analyze target and demand strategy. | 2.70 | 2,565.00 |
| 7/13/21 | Glaeberman, M. | Email P. McGlinchey re missing policy data. | .30 | 90.00 |
| 7/13/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language for 2012-2013 policies. | 7.20 | 2,160.00 |
| 7/13/21 | Jones, T. | Review six national program policies for follow form and defense obligation provisions. | 6.90 | 2,070.00 |
| 7/13/21 | Colcock, S. | Finish revising national policy information in master policy tracking spreadsheet re follow form language for policies with start dates 2013. | .90 | 297.00 |
| 7/13/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/13/21 | McGlinchey, P. | Review master policy listing spreadsheet and Datasite for certain policy renewal. | .10 | 19.50 |
| 7/13/21 | Dechant, K. | Email R. Jennings, K. Quinn, H. Winstead, and E. Grim re Coalition and FCR allocation reconciliation. | .20 | 85.00 |
| 7/13/21 | Dechant, K. | Revise insurer demand letters for Insurer #8 and Insurer #9. | 4.10 | 1,742.50 |
| 7/13/21 | Dechant, K. | Revise insurer demand letters for Insurer #10 and Insurer #11. | 4.20 | 1,785.00 |
| 7/13/21 | Jennings, R. | Analyze data discrepancies in insurance coverage allocations. | 2.00 | 850.00 |
| 7/13/21 | Jennings, R. | Confer with G. Le Chevallier, H. Winstead and K. Quinn re allocations. | .50 | 212.50 |
| 7/14/21 | Quinn, K. | Confer with G. Le Chevallier and R. Jennings re revisions to insurance allocations. | 1.00 | 1,100.00 |
| 7/14/21 | Quinn, K. | Revise allocation spreadsheet with updates assumptions re Quick Pay (0.4); email R. Jennings re analysis and next steps (0.4). | .80 | 880.00 |
| 7/14/21 | Quinn, K. | Analyze Province spreadsheets re discrepancies. | .70 | 770.00 |
| 7/14/21 | Quinn, K. | Confer with insurance counsel common interest group, R. Jennings and H. Winstead re insurance strategy (0.9); confer with client re same (0.2). | 1.10 | 1,210.00 |
| 7/14/21 | Winstead, H. | Confer with G. Le Chevallier, J. Schulman, R. Jennings and K. Quinn re insurance strategy. | .90 | 855.00 |
| 7/14/21 | Winstead, H. | Continue analyzing strategy re targets and demands. | 2.30 | 2,185.00 |
| 7/14/21 | Glaeberman, M. | Email T. Jones re strategy for renewal certificates in policy language review. | .40 | 120.00 |
| 7/14/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language for 2012-2013 policies. | 6.40 | 1,920.00 |
| 7/14/21 | Jones, T. | Review six national program policies for follow form and defense obligation provisions. | 7.00 | 2,100.00 |
| 7/14/21 | Colcock, S. | Confer with K. Dechant re sealed letter re financial master. | .20 | 66.00 |
| 7/14/21 | McGlinchey, P. | Analyze and compare FCR and TCC claims data to identify discrepancies. | 2.20 | 429.00 |
| 7/14/21 | McGlinchey, P. | Research Datasite to confirm erosion amount for certain policy. | .50 | 97.50 |
| 7/14/21 | McGlinchey, P. | Research re unsealing document in Bankruptcy Court (0.8); confer with Court clerk re same (0.4). | 1.20 | 234.00 |
| 7/14/21 | Dechant, K. | Review claims number discrepancies in allocation spreadsheet (1.0); email R. Jennings, S. Colcock, and P. McGlinchey re same (0.2). | 1.20 | 510.00 |

Invoice Number: 11323874
August 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/14/21 | Dechant, K. | Email K. Quinn, S. Colcock, and P. McGlinchey re sealed financial letter (0.1); confer with S. Colcock re same (0.2). | .30 | 127.50 |
| 7/14/21 | Dechant, K. | Revise demand letter for Insurer #12. | 2.10 | 892.50 |
| 7/14/21 | Jennings, R. | Confer with K. Quinn and G. Le Chevallier re allocation of insurance coverage. | 1.00 | 425.00 |
| 7/14/21 | Jennings, R. | Confer with G. Le Chevallier, J. Schulman, H. Winstead and K. Quinn re insurance strategy. | .90 | 382.50 |
| 7/14/21 | Jennings, R. | Analyze insurance allocations for discrepancies. | 3.20 | 1,360.00 |
| 7/15/21 | Quinn, K. | Confer with G. Le Chevallier re insurance valuation issues. | .30 | 330.00 |
| 7/15/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language for 2012-2013 policies. | 8.00 | 2,400.00 |
| 7/15/21 | Jones, T. | Review six national program policies for follow form and defense obligation provisions. | 7.10 | 2,130.00 |
| 7/15/21 | Jennings, R. | Analyze allocation for insurance carriers in preparation for issuing demands. | .80 | 340.00 |
| 7/16/21 | Quinn, K. | Confer with D. Molton, E. Harron and R. Brady re settlement inquiries. | .70 | 770.00 |
| 7/16/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language for 2012-2013 policies. | 7.70 | 2,310.00 |
| 7/16/21 | Jones, T. | Review four national program policies for follow form and defense obligation provisions. | 4.50 | 1,350.00 |
| 7/16/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re follow form language for policies with start dates 2009. | 1.20 | 396.00 |
| 7/16/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .30 | 58.50 |
| 7/16/21 | Dechant, K. | Continue revising demand letters for Insurer #11 and Insurer #12. | 2.00 | 850.00 |
| 7/16/21 | Dechant, K. | Email R. Jennings re demand letters. | .10 | 42.50 |
| 7/16/21 | Jennings, R. | Revise five insurer demand letters. | 2.50 | 1,062.50 |
| 7/16/21 | Jennings, R. | Analyze allocations for comparison purposes in considering settlement demands. | 2.00 | 850.00 |
| 7/18/21 | Jennings, R. | Analyze coverage allocations under a variety of scenarios for insurers with aggregate limits. | 1.70 | 722.50 |
| 7/19/21 | Quinn, K. | Confer with R. Brady and E. Harron re insurer negotiations. | .30 | 330.00 |
| 7/19/21 | Quinn, K. | Review allocation calculator re revised claims count comparison (0.4); confer with R. Jennings re comparison to Coalition data (0.2). | .60 | 660.00 |
| 7/19/21 | Quinn, K. | Review TCC global settlement calculator. | .20 | 220.00 |

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/19/21 | Sraders, S. | Research re policy provisions relevant to insurer arguments. | 1.40 | 805.00 |
| 7/19/21 | Colcock, S. | Search Datasite for evidence of certain insurance policies for local councils. | 3.40 | 1,122.00 |
| 7/19/21 | McGlinchey, P. | Research priority policies for certain language. | .50 | 97.50 |
| 7/19/21 | Jennings, R. | Draft summary of key documents in preparation for insurer negotiations. | 1.50 | 637.50 |
| 7/19/21 | Jennings, R. | Analyze claim counts for policy years 1986 through 2010 to compare with Coalition claim counts (0.6); confer with K. Quinn re same (0.2). | .80 | 340.00 |
| 7/19/21 | Jennings, R. | Analyze allocations under multiple scenarios for insurers. | 2.70 | 1,147.50 |
| 7/20/21 | Quinn, K. | Review insurance value calculations. | .40 | 440.00 |
| 7/20/21 | Quinn, K. | Confer with D. Molton re settlement strategy. | .20 | 220.00 |
| 7/20/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language for 2012-2013 policies. | 8.00 | 2,400.00 |
| 7/20/21 | Colcock, S. | Confer with R. Jennings re next steps in policy review. | .30 | 99.00 |
| 7/20/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re follow form language for policies with start dates 2010. | 1.00 | 330.00 |
| 7/20/21 | Colcock, S. | Search Datasite for evidence of certain insurance policies. | 4.60 | 1,518.00 |
| 7/20/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 7/20/21 | Jennings, R. | Confer with S. Colcock re next steps in policy review. | .30 | 127.50 |
| 7/21/21 | Quinn, K. | Confer with Coalition coverage counsel and R. Jennings re allocations and next steps re settlement. | .60 | 660.00 |
| 7/21/21 | Quinn, K. | Participate in omnibus hearing. | 2.30 | 2,530.00 |
| 7/21/21 | Quinn, K. | Confer with G. Le Chevallier, I. Nasatir, R. Jennings, H. Winstead, and E. Grim re insurer demands. | 1.10 | 1,210.00 |
| 7/21/21 | Quinn, K. | Confer with H. Winstead and R. Jennings re insurance allocations. | 1.00 | 1,100.00 |
| 7/21/21 | Quinn, K. | Participate in call with T. Vasquez and Ankura re future claims issues. | .80 | 880.00 |
| 7/21/21 | Winstead, H. | Confer with G. Le Chevallier, I. Nasatir, R. Jennings, K. Quinn, and E. Grim re insurer demands. | 1.10 | 1,045.00 |
| 7/21/21 | Winstead, H. | Confer with K. Quinn and R. Jennings re insurance allocations. | 1.00 | 950.00 |

Invoice Number: 11323874
August 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/21/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language for 2012-2013 policies. | 7.60 | 2,280.00 |
| 7/21/21 | Glaeberman, M. | Email R. Jennings re strategy for verifying key policy language. | .40 | 120.00 |
| 7/21/21 | Grim, E. | Attend hearing re Century motion (partial). | 2.00 | 1,400.00 |
| 7/21/21 | Grim, E. | Confer with G. Le Chevallier, I. Nasatir, R. Jennings, H. Winstead and K. Quinn re insurer demands. | 1.10 | 770.00 |
| 7/21/21 | Jones, T. | Review five national program policies for follow form and defense obligation provisions. | 4.60 | 1,380.00 |
| 7/21/21 | Colcock, S. | Continue searching Datasite for evidence of certain insurance policies. | 1.80 | 594.00 |
| 7/21/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 7/21/21 | McGlinchey, P. | Research Datasite to confirm erosion amount for certain policy. | .40 | 78.00 |
| 7/21/21 | McGlinchey, P. | Research Datasite to locate additional evidence for certain policy. | .50 | 97.50 |
| 7/21/21 | Jennings, R. | Confer with Coalition coverage counsel and K. Quinn re allocations and next steps re settlement. | .60 | 255.00 |
| 7/21/21 | Jennings, R. | Confer with G. Le Chevallier, I. Nasatir, K. Quinn, H. Winstead, and E. Grim, re insurer demands. | 1.10 | 467.50 |
| 7/21/21 | Jennings, R. | Confer with K. Quinn and H. Winstead re insurance allocations. | 1.00 | 425.00 |
| 7/21/21 | Jennings, R. | Analyze and compare allocations provided by G. Le Chevallier. | .90 | 382.50 |
| 7/22/21 | Quinn, K. | Confer with R. Jennings re settlement value calculations. | .30 | 330.00 |
| 7/22/21 | Quinn, K. | Confer with Coalition coverage counsel and R. Jennings re proposed demands. | .90 | 990.00 |
| 7/22/21 | Glaeberman, M. | Complete analysis of follow form and defense costs policy language for 2012-2013 policies. | 7.10 | 2,130.00 |
| 7/22/21 | Glaeberman, M. | Email R. Jennings and S. Colcock re strategy for verifying key policy language. | .40 | 120.00 |
| 7/22/21 | Jones, T. | Review five national program policies for punitive damages provisions. | 4.80 | 1,440.00 |
| 7/22/21 | Sraders, S. | Continue researching policy provisions relevant to insurer arguments. | .30 | 172.50 |
| 7/22/21 | Colcock, S. | Begin revising national policy information in master policy tracking spreadsheet re follow form language for policies with start dates 2012. | 1.40 | 462.00 |
| 7/22/21 | McGlinchey, P. | Research Datasite to locate certain policy settlement agreements. | .40 | 78.00 |

Invoice Number: 11323874<br>August 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/22/21 | Jennings, R. | Confer with K. Quinn re settlement value calculations. | .30 | 127.50 |
| 7/22/21 | Jennings, R. | Confer with Coalition coverage counsel and K. Quinn re proposed demands. | .90 | 382.50 |
| 7/22/21 | Jennings, R. | Analyze insurance coverage issues re lack of documentation for coverage assertions. | 1.00 | 425.00 |
| 7/23/21 | Quinn, K. | Email D. Molton re strategy. | .10 | 110.00 |
| 7/23/21 | Quinn, K. | Confer with G. Le Chevallier, J. Schulman, I. Nasatir, J. Crocket, H. Winstead and R. Jennings re insurer demands. | 1.00 | 1,100.00 |
| 7/23/21 | Quinn, K. | Confer with FCR team re mediation dates. | .30 | 330.00 |
| 7/23/21 | Quinn, K. | Email claimant counsel re Takata issue raised in pleadings. | .20 | 220.00 |
| 7/23/21 | Winstead, H. | Confer with G. Le Chevallier, J. Schulman, I. Nasatir, J. Crocket, K. Quinn and R. Jennings re insurer demands. | 1.00 | 950.00 |
| 7/23/21 | Glaeberman, M. | Begin analysis and verification of coverage provisions for 2020-2021 policy period. | 7.30 | 2,190.00 |
| 7/23/21 | Glaeberman, M. | Confer with  R. Jennings re strategy for verifying key policy language. | .30 | 90.00 |
| 7/23/21 | Jones, T. | Review seven national program policies for punitive damages provisions. | 6.50 | 1,950.00 |
| 7/23/21 | Colcock, S. | Finish revising national policy information in master policy tracking spreadsheet re follow form language for policies with start dates 2012. | 1.10 | 363.00 |
| 7/23/21 | Colcock, S. | Review certain local council policy for insurance-related provisions. | .30 | 99.00 |
| 7/23/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re follow form language for policies with start dates 2011. | 1.00 | 330.00 |
| 7/23/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .20 | 39.00 |
| 7/23/21 | Jennings, R. | Confer with G. Le Chevallier, J. Schulman, I. Nasatir, J. Crocket, K. Quinn and H. Winstead re insurer demands. | 1.00 | 425.00 |
| 7/23/21 | Jennings, R. | Confer with M. Glaeberman re policy review issues. | .30 | 127.50 |
| 7/23/21 | Jennings, R. | Analyze coverage allocations for insurer demands. | 1.30 | 552.50 |
| 7/24/21 | Quinn, K. | Email co-counsel and Coalition counsel re settlement proposals. | .30 | 330.00 |
| 7/26/21 | Quinn, K. | Confer with H. Winstead, S. Colcock and K. Dechant re status and strategy. | .70 | 770.00 |
| 7/26/21 | Quinn, K. | Confer with J. Shulman and I. Nasatir re proposed insurance settlement demands. | .40 | 440.00 |

Invoice Number: 11323874
August 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/26/21 | Quinn, K. | Confer with D. Molton re status and strategy. | .30 | 330.00 |
| 7/26/21 | Quinn, K. | Confer with D. Molton and E. Goodman re follow up call re hearing strategy. | .40 | 440.00 |
| 7/26/21 | Quinn, K. | Confer with E. Goodman re strategy. | .50 | 550.00 |
| 7/26/21 | Winstead, H. | Confer with K. Quinn, S. Colcock and K. Dechant re case updates. | .70 | 665.00 |
| 7/26/21 | Glaeberman, M. | Confer with R. Jennings, T. Jones, S. Colcock, and P. McGlinchey re strategy for policy language analysis. | .50 | 150.00 |
| 7/26/21 | Glaeberman, M. | Continue analysis and verification of coverage provisions for 2020-2021 policy period. | 7.40 | 2,220.00 |
| 7/26/21 | Grim, E. | Email H. Winstead re insurance demands. | .30 | 210.00 |
| 7/26/21 | Jones, T. | Confer with R. Jennings, M. Glaeberman, S. Colcock and P. McGlinchey re status of policy review. | .50 | 150.00 |
| 7/26/21 | Jones, T. | Review eight national program policies for punitive damages provisions. | 7.40 | 2,220.00 |
| 7/26/21 | Colcock, S. | Confer with K. Quinn, H. Winstead and K. Dechant re status and strategy. | .70 | 231.00 |
| 7/26/21 | Colcock, S. | Confer with R. Jennings, T. Jones, M. Glaeberman and P. McGlinchey re policy review. | .50 | 165.00 |
| 7/26/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 7/26/21 | McGlinchey, P. | Confer with R. Jennings, T. Jones, M. Glaeberman, and S. Colcock re policy review. | .50 | 97.50 |
| 7/26/21 | Dechant, K. | Confer with K. Quinn, H. Winstead and S. Colcock re status and strategy. | .70 | 297.50 |
| 7/26/21 | Jennings, R. | Confer with S. Colcock, P. McGlinchey, M. Glaeberman, and T. Jones re policy review. | .50 | 212.50 |
| 7/27/21 | Quinn, K. | Confer with G. Le Chevallier, H. Winstead and R. Jennings re coverage proposals. | .50 | 550.00 |
| 7/27/21 | Quinn, K. | Confer with I. Nasatir and J. Shulman re insurance settlement issues. | .50 | 550.00 |
| 7/27/21 | Winstead, H. | Confer with G. Le Chevallier, K. Quinn and R. Jennings re coverage proposals. | .50 | 475.00 |
| 7/27/21 | Jones, T. | Review nine national program policies for punitive damages provisions. | 7.90 | 2,370.00 |
| 7/27/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 7/27/21 | Jennings, R. | Confer with G. Le Chevallier, K. Quinn, H. Winstead re coverage issues. | .50 | 212.50 |

Invoice Number: 11323874
August 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/27/21 | Jennings, R. | Email T. Jones and S. Colcock re policy review issues. | .60 | 255.00 |
| 7/27/21 | Jennings, R. | Analyze coverage issues. | 1.20 | 510.00 |
| 7/28/21 | Quinn, K. | Confer with T. Gallagher and insurance common interest group re mediation preparation. | .40 | 440.00 |
| 7/28/21 | Quinn, K. | Confer with J. Ruggeri re settlement. | .30 | 330.00 |
| 7/28/21 | Quinn, K. | Confer with T. Gallagher, G. Le Chevallier, I. Nasatir, J. Schulman and R. Jennings re insurer demands. | .80 | 880.00 |
| 7/28/21 | Winstead, H. | Confer with T. Gallagher re insurer mediation. | .80 | 760.00 |
| 7/28/21 | Jones, T. | Review seven national program policies for punitive damages provisions. | 6.00 | 1,800.00 |
| 7/28/21 | Colcock, S. | Research Datasite for evidence of certain insurance policies. | 5.90 | 1,947.00 |
| 7/28/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 7/28/21 | Dechant, K. | Research issues re direct action claims. | 1.20 | 510.00 |
| 7/28/21 | Jennings, R. | Research samples of insurer releases in settlement in preparation for drafting similar document for insurers. | .70 | 297.50 |
| 7/28/21 | Jennings, R. | Confer with T. Gallagher, G. Le Chevallier, I. Nasatir, J. Schulman and K. Quinn re insurer demands. | .80 | 340.00 |
| 7/28/21 | Jennings, R. | Draft bullet points for T. Gallagher re insurer demands. | 2.10 | 892.50 |
| 7/28/21 | Jennings, R. | Analyze coverage allocations under multiple scenarios for insurers. | 2.00 | 850.00 |
| 7/29/21 | Quinn, K. | Confer with D. Molton re status and strategy. | .30 | 330.00 |
| 7/29/21 | Winstead, H. | Confer with G. Le Chevallier and R. Jennings re allocation analysis. | .40 | 380.00 |
| 7/29/21 | Winstead, H. | Analyze revisions to insurer allocation analysis for mediation target demands. | 3.30 | 3,135.00 |
| 7/29/21 | Jones, T. | Review ten national program policies for punitive damages provisions. | 8.10 | 2,430.00 |
| 7/29/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re certain language for policies with start dates 1986. | 1.10 | 363.00 |
| 7/29/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 7/29/21 | Dechant, K. | Continue researching issues re direct action claims. | 4.70 | 1,997.50 |
| 7/29/21 | Jennings, R. | Confer with G. Le Chevallier and H. Winstead re allocation analysis. | .40 | 170.00 |

Invoice Number: 11323874
August 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/29/21 | Jennings, R. | Email T. Jones and S. Colcock re policy review. | .70 | 297.50 |
| 7/29/21 | Jennings, R. | Continue drafting bullet points for T. Gallagher re insurer demands. | 1.00 | 425.00 |
| 7/29/21 | Jennings, R. | Analyze coverage issues. | .70 | 297.50 |
| 7/30/21 | Quinn, K. | Email H. Winstead re mediation status. | .30 | 330.00 |
| 7/30/21 | Quinn, K. | Review draft discovery letter re insurance issues. | .20 | 220.00 |
| 7/30/21 | Quinn, K. | Confer with R. Jennings re draft bullet points for mediation. | .40 | 440.00 |
| 7/30/21 | Glaeberman, M. | Email T. Jones re strategy for policy language analysis. | .30 | 90.00 |
| 7/30/21 | Jones, T. | Review ten national program policies for punitive damages provisions. | 8.00 | 2,400.00 |
| 7/30/21 | Colcock, S. | Email R. Jennings re local council coverage and statutes of limitations. | .30 | 99.00 |
| 7/30/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet for policies with start dates 1986. | .40 | 132.00 |
| 7/30/21 | Colcock, S. | Research settlement materials re channeling rights. | .60 | 198.00 |
| 7/30/21 | Colcock, S. | Research certain insurers' remaining limits in preparation for insurance demands. | 1.80 | 594.00 |
| 7/30/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .20 | 39.00 |
| 7/30/21 | Dechant, K. | Email R. Jennings and S. Colcock re local council coverage issues. | .50 | 212.50 |
| 7/30/21 | Dechant, K. | Draft FCR-Coalition insurer demands/negotiation bullet points. | 2.60 | 1,105.00 |
| 7/30/21 | Jennings, R. | Confer with K. Quinn re draft bullet points for mediation. | .40 | 170.00 |
| 7/30/21 | Jennings, R. | Draft bullet points for insurers re releases received from settlement. | 1.40 | 595.00 |
| 7/30/21 | Jennings, R. | Continue drafting bullet points for T. Gallagher re insurer demands. | 1.00 | 425.00 |
| 7/31/21 | Winstead, H. | Review updated allocations and supporting analyses. | 4.70 | 4,465.00 |
| 7/31/21 | Jennings, R. | Continue drafting bullet points for insurers re releases received from settlement. | 2.00 | 850.00 |

|  |  | **TOTAL CHARGEABLE HOURS** | **444.00** |  |
|  |  | **TOTAL FEES** |  | **$ 185,943.00** |

Invoice Number: 11323874
August 20, 2021

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn, K. | 29.30 | 1,100.00 | 32,230.00 |
| Winstead, H. | 21.50 | 950.00 | 20,425.00 |
| Glaeberman, M. | 122.00 | 300.00 | 36,600.00 |
| Grim, E. | 7.40 | 700.00 | 5,180.00 |
| Jones, T. | 125.20 | 300.00 | 37,560.00 |
| Sraders, S. | 1.70 | 575.00 | 977.50 |
| Colcock, S. | 33.80 | 330.00 | 11,154.00 |
| McGlinchey, P. | 8.70 | 195.00 | 1,696.50 |
| Dechant, K. | 42.80 | 425.00 | 18,190.00 |
| Jennings, R. | 51.60 | 425.00 | 21,930.00 |
| **TOTALS** | **444.00** | | **$ 185,943.00** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|---|---|---|---|
| 7/16/21 | Lexis | E106 | 320.10 |
| 7/26/21 | Lexis | E106 | 192.66 |
| 7/27/21 | Lexis | E106 | 79.34 |
| 7/31/21 | Westlaw | E106 | 761.26 |
| 7/31/21 | PACER | E106 | 54.20 |

**TOTAL EXPENSES**      **$ 1,407.56**

**TOTAL FEES AND EXPENSES FOR MATTER**      **$ 187,350.56**

Invoice Number: 11323874
August 20, 2021

**FOR PROFESSIONAL SERVICES RENDERED through July 31, 2021**

**Retention / Fee Application**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/20/21 | Hudgins, M.C. | Draft fourteenth fee statement, notice and exhibit. | .70 | 133.00 |
| | | **TOTAL CHARGEABLE HOURS** | **.70** | |
| | | **TOTAL FEES** | | **$ 133.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Hudgins, M.C. | .70 | 190.00 | 133.00 |
| **TOTALS** | **.70** | | **$ 133.00** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 133.00** |

Invoice Number: 11323874
August 20, 2021

**FOR PROFESSIONAL SERVICES RENDERED through July 31, 2021**

**Non-Working Travel (Billed @ 50%)**

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 6/30/21 | Travel - Airfare (coach) / Kami Quinn / Attend Client Meeting / Washington, DC to Los Angeles, CA / June 28-30, 2021 | E110 | 621.00 |
| 6/30/21 | Travel - Lodging / Kami Quinn / Attend Client Meeting / Los Angeles, CA / June 28-30, 2021 | E110 | 958.64 |
| 6/30/21 | Travel - Taxi Fare / Kami Quinn / Attend Client Meeting / Los Angeles, CA / June 28-30, 2021 | E110 | 252.38 |
| 6/30/21 | Travel - Internet / Kami Quinn / Attend Client Meeting / Los Angeles, CA / June 28-30, 2021 | E110 | 47.99 |
| 6/30/21 | Travel - Meals / Kami Quinn / Attend Client Meeting / Los Angeles, CA / June 28-30, 2021 | E110 | 18.86 |

| | **TOTAL EXPENSES** | | **$ 1,898.87** |
|---|---|---|---|
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 1,898.87** |

Invoice Number: 11323874
August 20, 2021

**FOR PROFESSIONAL SERVICES RENDERED through July 31, 2021**

**Plan of Reorganization / Disclosure Statement**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/01/21 | Quinn, K. | Revise draft disclosure statement per revised terms. | 3.20 | 3,520.00 |
| 7/01/21 | Grim, E. | Revise disclosure statement. | 2.10 | 1,470.00 |
| 7/01/21 | Grim, E. | Review updated term sheet and restructuring support agreement motion. | .60 | 420.00 |
| 7/01/21 | Jennings, R. | Review insurance "neutrality" issues re plan. | .50 | 212.50 |
| 7/02/21 | Quinn, K. | Confer with M. Linder and A. Azer re revised language for plan. | .20 | 220.00 |
| 7/02/21 | Quinn, K. | Confer with A. Azer re suggested revised language for plan. | .30 | 330.00 |
| 7/02/21 | Quinn, K. | Revise draft plan (initial and revised Debtors' versions). | 4.20 | 4,620.00 |
| 7/02/21 | Grim, E. | Revise disclosure statement. | 1.10 | 770.00 |
| 7/02/21 | Grim, E. | Revise plan. | 3.40 | 2,380.00 |
| 7/02/21 | Grim, E. | Confer with M. Linder re plan revisions. | .50 | 350.00 |
| 7/02/21 | Grim, E. | Email K. Quinn re plan revisions. | .30 | 210.00 |
| 7/02/21 | Colcock, S. | Review second amended notice re solicitation procedures (0.3); revise pleading tracking spreadsheet re same (0.1). | .40 | 132.00 |
| 7/05/21 | Quinn, K. | Analyze comparison chart of Coalition/TDP allocations per new TDP assumptions. | 1.90 | 2,090.00 |
| 7/05/21 | Quinn, K. | Review Debtors' motion re restructuring support agreement. | .20 | 220.00 |
| 7/06/21 | Quinn, K. | Review restructuring support agreement order. | .30 | 330.00 |
| 7/06/21 | Grim, E. | Confer with client re confirmation strategy. | .40 | 280.00 |
| 7/06/21 | Grim, E. | Meet-and-confer with insurers re restructuring support agreement discovery. | .30 | 210.00 |
| 7/06/21 | Grim, E. | Review insurer filings re restructuring support agreement. | .30 | 210.00 |
| 7/06/21 | Colcock, S. | Review proposed order re confirmation hearing (0.7); revise pleading tracking spreadsheet re same (0.2). | .90 | 297.00 |
| 7/07/21 | Colcock, S. | Review Hartford deposition notices for R. Mosby, B. Whittman and A. Evans (0.6); revise pleading tracking spreadsheet re same (0.3). | .90 | 297.00 |

Invoice Number: 11323874
August 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/08/21 | Colcock, S. | Review notices re restructuring support agreement and approval of the disclosure statement re fourth amended plan (0.7); revise pleading tracking spreadsheet re same (0.3). | 1.00 | 330.00 |
| 7/09/21 | Quinn, K. | Confer with Plan Supporters re Lehr request. | .30 | 330.00 |
| 7/09/21 | Jennings, R. | Review document production for insurance-related documents. | .70 | 297.50 |
| 7/13/21 | Grim, E. | Review plan FAQ document. | .30 | 210.00 |
| 7/13/21 | Grim, E. | Review data re non-abuse claims. | .20 | 140.00 |
| 7/13/21 | Dechant, K. | Email E. Grim re B. Whittman and R. Mosby depositions. | .10 | 42.50 |
| 7/13/21 | Jennings, R. | Revise outline for insurance "neutrality" research. | .70 | 297.50 |
| 7/14/21 | Quinn, K. | Confer with TCC and Coalition counsel re plan issues and strategy. | .90 | 990.00 |
| 7/14/21 | Quinn, K. | Review Coalition revisions to term sheets. | .30 | 330.00 |
| 7/14/21 | Sraders, S. | Research re insurance "neutrality." | 2.00 | 1,150.00 |
| 7/14/21 | Dechant, K. | Attend B. Whittman deposition. | 6.80 | 2,890.00 |
| 7/14/21 | Jennings, R. | Research insurance "neutrality" for upcoming hearings. | 2.00 | 850.00 |
| 7/15/21 | Quinn, K. | Confer with E. Goodman re draft brief re restructuring support agreement. | .30 | 330.00 |
| 7/15/21 | Sraders, S. | Confer with R. Jennings re insurance "neutrality." | 1.00 | 575.00 |
| 7/15/21 | Dechant, K. | Email R. Jennings re insurance "neutrality" research. | .10 | 42.50 |
| 7/15/21 | Dechant, K. | Attend R. Mosby deposition. | 8.90 | 3,782.50 |
| 7/15/21 | Jennings, R. | Confer with S. Sraders re insurance "neutrality." | 1.00 | 425.00 |
| 7/15/21 | Jennings, R. | Review insurance "neutrality" language in court orders. | 1.10 | 467.50 |
| 7/16/21 | Grim, E. | Revise joinder motion in support of restructuring support agreement. | .20 | 140.00 |
| 7/16/21 | Sraders, S. | Research re insurance "neutrality." | 2.20 | 1,265.00 |
| 7/16/21 | Dechant, K. | Research re insurance "neutrality" (1.3); draft summary re same (1.6). | 2.90 | 1,232.50 |
| 7/16/21 | Dechant, K. | Draft summaries of B. Whittman and R. Mosby depositions. | 2.30 | 977.50 |
| 7/16/21 | Jennings, R. | Continue researching insurance "neutrality." | 1.50 | 637.50 |
| 7/17/21 | Grim, E. | Revise joinder in support of restructuring support agreement. | 1.90 | 1,330.00 |
| 7/18/21 | Grim, E. | Continue revising joinder in support of restructuring support agreement. | 2.20 | 1,540.00 |

Invoice Number: 11323874
August 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/18/21 | Jennings, R. | Research insurance "neutrality" for plan confirmation. | 5.20 | 2,210.00 |
| 7/19/21 | Quinn, K. | Confer with M. Linder and A. Azer re plan revisions. | .20 | 220.00 |
| 7/19/21 | Quinn, K. | Review and revise draft joinder. | 1.80 | 1,980.00 |
| 7/19/21 | Quinn, K. | Prepare for call with A. Azer re plan FAQs. | .20 | 220.00 |
| 7/19/21 | Quinn, K. | Attend Debtors' deposition conducted by insurers (partial). | 4.00 | 4,400.00 |
| 7/19/21 | Quinn, K. | Review changes to plan raised by M. Linder. | .30 | 330.00 |
| 7/19/21 | Grim, E. | Revise joinder in support of restructuring support agreement. | 1.40 | 980.00 |
| 7/19/21 | Sraders, S. | Continue researching insurance "neutrality." | 2.70 | 1,552.50 |
| 7/19/21 | Jennings, R. | Research insurance "neutrality" issues. | 1.30 | 552.50 |
| 7/19/21 | Jennings, R. | Revise restructuring support agreement joinder document. | 2.00 | 850.00 |
| 7/19/21 | Jennings, R. | Analyze insurance "neutrality" language in confirmed plans. | .60 | 255.00 |
| 7/20/21 | Quinn, K. | Revise draft joinder per conversation with E. Goodman. | .20 | 220.00 |
| 7/20/21 | Quinn, K. | Confer with E. Goodman, E. Harron and E. Grim re Debtors' change to certain plan provisions. | .40 | 440.00 |
| 7/20/21 | Quinn, K. | Confer with Plan Proponents group re preparation for hearings. | 1.40 | 1,540.00 |
| 7/20/21 | Quinn, K. | Confer with E. Goodman re revisions to draft brief re restructuring support agreement. | .30 | 330.00 |
| 7/20/21 | Grim, E. | Confer with client and co-counsel (E. Harron, R. Brady) re insurance negotiations and restructuring support agreement briefing. | .40 | 280.00 |
| 7/20/21 | Grim, E. | Confer with Debtors and Coalition re plan issues and restructuring support agreement briefing. | 1.30 | 910.00 |
| 7/20/21 | Grim, E. | Confer with G. Le Chevallier re plan comments. | .50 | 350.00 |
| 7/20/21 | Grim, E. | Revise amended plan. | 1.00 | 700.00 |
| 7/20/21 | Grim, E. | Revise joinder in support of restructuring support agreement. | .20 | 140.00 |
| 7/20/21 | Grim, E. | Communicate with Debtors' counsel (A. Azer, M. Linder) re non-abuse claim treatment. | .10 | 70.00 |
| 7/20/21 | Grim, E. | Confer with Coalition counsel (E. Goodman), E. Harron, and K. Quinn re plan and restructuring support agreement revisions. | .40 | 280.00 |
| 7/20/21 | Jennings, R. | Continue researching insurance "neutrality" for plan confirmation. | 3.00 | 1,275.00 |
| 7/20/21 | Jennings, R. | Analyze confirmed bankruptcy plans for insurance "neutrality" language. | 1.90 | 807.50 |

Invoice Number: 11323874
August 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/21/21 | Quinn, K. | Confer with E. Goodman re restructuring support agreement briefing and strategy. | .20 | 220.00 |
| 7/21/21 | Quinn, K. | Revise draft plan FAQs. | .30 | 330.00 |
| 7/21/21 | Grim, E. | Revise joinder in support of restructuring support agreement. | .50 | 350.00 |
| 7/21/21 | Colcock, S. | Confer with S. Hershey at White & Case re J. Kinney deposition. | .10 | 33.00 |
| 7/21/21 | Colcock, S. | Review J. Kinney deposition access information (0.1); update litigation calendar re same (0.2). | .30 | 99.00 |
| 7/21/21 | Jennings, R. | Research insurance "neutrality" issues for plan confirmation. | .70 | 297.50 |
| 7/22/21 | Quinn, K. | Confer with A. Azer and M. Linder re disclosure statement revisions. | .20 | 220.00 |
| 7/22/21 | Quinn, K. | Review revised brief in support of restructuring support agreement. | .40 | 440.00 |
| 7/22/21 | Quinn, K. | Confer with Plan Supporters re revisions to draft brief re restructuring support agreement. | .90 | 990.00 |
| 7/22/21 | Grim, E. | Review objections to restructuring support agreement. | 2.40 | 1,680.00 |
| 7/22/21 | Grim, E. | Confer with Debtors' counsel (A. Azer, J. Lauria) re joinder in support of restructuring support agreement. | 1.00 | 700.00 |
| 7/22/21 | Grim, E. | Confer with Debtors' counsel (A. Azer, M. Linder) and G. Le Chevallier re non-abuse litigation claims. | .60 | 420.00 |
| 7/22/21 | Grim, E. | Confer with G. Le Chevallier re non-abuse litigation claims data. | .20 | 140.00 |
| 7/22/21 | Grim, E. | Review plan and disclosure statement revisions. | .90 | 630.00 |
| 7/22/21 | Grim, E. | Analyze non-abuse litigation claims data. | .70 | 490.00 |
| 7/22/21 | Colcock, S. | Review multiple objections to Debtors' motion for order re restructuring support agreement for insurance-related purposes. | 2.70 | 891.00 |
| 7/22/21 | Jennings, R. | Review insurer objections to restructuring support agreement. | 1.50 | 637.50 |
| 7/22/21 | Jennings, R. | Research insurance "neutrality" issues in preparation for upcoming hearings and briefs re plan confirmation. | 4.60 | 1,955.00 |
| 7/23/21 | Quinn, K. | Review plan revisions. | .80 | 880.00 |
| 7/23/21 | Quinn, K. | Confer with Coalition counsel (E. Goodman, others) and FCR counsel (R. Brady, others), R. Jennings and E. Grim re response to insurer objections to restructuring support agreement. | .70 | 770.00 |
| 7/23/21 | Quinn, K. | Review objections to restructuring support agreement (1.2); draft memorandum re same (1.3). | 2.50 | 2,750.00 |

Invoice Number: 11323874
August 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/23/21 | Quinn, K. | Revise draft insert to disclosure statement per conversation with Debtors. | .30 | 330.00 |
| 7/23/21 | Grim, E. | Draft analysis of insurer objections to restructuring support agreement. | 1.10 | 770.00 |
| 7/23/21 | Grim, E. | Confer with Coalition counsel (E. Goodman, others) and FCR counsel (R. Brady, others), R. Jennings and K. Quinn re response to insurer objections to restructuring support agreement. | .70 | 490.00 |
| 7/23/21 | Grim, E. | Confer with Coalition counsel (E. Goodman, others), FCR counsel (R. Brady) and Debtor counsel (M. Linder) re response to insurer objections to restructuring support agreement. | .60 | 420.00 |
| 7/23/21 | Colcock, S. | Review Arch joinder to Certain Insurers' objection to Debtors' motion for order re restructuring support agreement for insurance-related purposes. | .30 | 99.00 |
| 7/23/21 | Colcock, S. | Review multiple objections to Debtors' motion for order re restructuring support agreement for additional insurance-related purposes. | 2.20 | 726.00 |
| 7/23/21 | Colcock, S. | Review order re fifth stipulation and agreed extension (0.1); update litigation calendar re same (0.2). | .30 | 99.00 |
| 7/23/21 | Jennings, R. | Attend deposition of J. Kinney. | 4.60 | 1,955.00 |
| 7/23/21 | Jennings, R. | Confer with Coalition counsel (E. Goodman, others) and FCR counsel (R. Brady, others), E. Grim and K. Quinn re response to insurer objections to restructuring support agreement. | .70 | 297.50 |
| 7/23/21 | Jennings, R. | Research insurance "neutrality" portions of restructuring support agreement reply brief. | 2.40 | 1,020.00 |
| 7/24/21 | Quinn, K. | Review outline re motion re restructuring support agreement. | .70 | 770.00 |
| 7/24/21 | Grim, E. | Draft insurance-related portions of reply to restructuring support agreement objections. | 7.10 | 4,970.00 |
| 7/24/21 | Jennings, R. | Research insurance "neutrality" portions of restructuring support agreement reply brief. | 2.30 | 977.50 |
| 7/25/21 | Quinn, K. | Confer with co-counsel re comments to brief re restructuring support agreement. | .10 | 110.00 |
| 7/25/21 | Quinn, K. | Revise draft restructuring support agreement brief section. | 1.80 | 1,980.00 |
| 7/25/21 | Grim, E. | Draft insurance-related portions of reply to restructuring support agreement objections. | 4.70 | 3,290.00 |
| 7/25/21 | Jennings, R. | Research insurance "neutrality" portions of restructuring support agreement reply brief. | 4.50 | 1,912.50 |
| 7/26/21 | Quinn, K. | Revise draft briefs, including comments on Plan Supporters' brief and Debtors' brief. | 4.50 | 4,950.00 |

Invoice Number: 11323874
August 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/26/21 | Quinn, K. | Confer with A. Azer re restructuring support agreement briefing issue. | .20 | 220.00 |
| 7/26/21 | Quinn, K. | Confer with Debtors' coverage counsel re restructuring support agreement brief. | .20 | 220.00 |
| 7/26/21 | Grim, E. | Revise insurance-related portions of reply to restructuring support agreement objections. | 1.30 | 910.00 |
| 7/26/21 | Grim, E. | Revise Debtors' reply to restructuring support agreement objections. | 1.10 | 770.00 |
| 7/26/21 | Grim, E. | Confer with R. Jennings and K. Dechant re reply to RSA objections and strategy for insurance demands. | .60 | 420.00 |
| 7/26/21 | Grim, E. | Confer with R. Jennings, S. Sraders and K. Dechant re follow-up issues re "neutrality." | .30 | 210.00 |
| 7/26/21 | Sraders, S. | Confer with E. Grim, R. Jennings, and K. Dechant re "neutrality." | .30 | 172.50 |
| 7/26/21 | Colcock, S. | Confer with R. Jennings re upcoming hearing on Debtors' restructuring support agreement. | 1.00 | 330.00 |
| 7/26/21 | Colcock, S. | Begin preparing materials for upcoming hearing on Debtors' restructuring plan. | 8.20 | 2,706.00 |
| 7/26/21 | McGlinchey, P. | Research certain bankruptcy plans and related orders (4 plans) for purposes of restructuring support agreement brief. | .50 | 97.50 |
| 7/26/21 | Dechant, K. | Research re transferability of non-debtor insurance policy rights / insurance "neutrality" for purposes of restructuring support agreement brief. | 3.60 | 1,530.00 |
| 7/26/21 | Dechant, K. | Confer with R. Jennings and E. Grim re reply to restructuring support agreement objections and strategy for insurance demands. | .60 | 255.00 |
| 7/26/21 | Dechant, K. | Confer with E. Grim, R. Jennings, and S. Sraders re "neutrality." | .30 | 127.50 |
| 7/26/21 | Jennings, R. | Confer with D. Molton, E. Goodman, S. Beville, J. Stang, and J. Lucas re restructuring support agreement reply brief and upcoming hearing. | 1.00 | 425.00 |
| 7/26/21 | Jennings, R. | Confer with E. Grim and K. Dechant re reply to restructuring support agreement objections and strategy for insurance demands. | .60 | 255.00 |
| 7/26/21 | Jennings, R. | Confer with E. Grim, S. Sraders, and K. Dechant re insurance "neutrality" research. | .30 | 127.50 |
| 7/26/21 | Jennings, R. | Revise insurance "neutrality" sections of draft restructuring support agreement reply. | 4.00 | 1,700.00 |
| 7/26/21 | Jennings, R. | Confer with S. Colcock re upcoming hearing on Debtors' restructuring support agreement. | 1.00 | 425.00 |
| 7/27/21 | Quinn, K. | Email client re hearing. | .10 | 110.00 |

Invoice Number: 11323874
August 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/27/21 | Quinn, K. | Review revisions to restructuring support agreement and email co-counsel and client re same. | .30 | 330.00 |
| 7/27/21 | Quinn, K. | Attend discovery status conference. | 1.00 | 1,100.00 |
| 7/27/21 | Grim, E. | Email S. Colcock re restructuring support agreement hearing. | .10 | 70.00 |
| 7/27/21 | Colcock, S. | Review agenda for discovery hearing (0.2); email R. Jennings re same (0.2); confer with S. Hershey and P. Topper re same (0.2). | .60 | 198.00 |
| 7/27/21 | Colcock, S. | Finish preparing materials for upcoming hearing on Debtors' restructuring plan. | 5.20 | 1,716.00 |
| 7/27/21 | Colcock, S. | Review additional objections to Debtors' motion for order re restructuring support agreement (0.5); update litigation file re same (0.2). | .70 | 231.00 |
| 7/27/21 | McGlinchey, P. | Review documents produced by Debtors re restructuring support agreement motion for insurance-related information (1.5); draft summary re same (0.6). | 2.10 | 409.50 |
| 7/27/21 | Dechant, K. | Research confirmation plans re non-debtor policy transfer issue. | 5.80 | 2,465.00 |
| 7/27/21 | Jennings, R. | Draft summary memorandum for upcoming hearing re restructuring support agreement. | 1.70 | 722.50 |
| 7/27/21 | Jennings, R. | Review emails re restructuring support agreement amendments and coverage issues. | 1.00 | 425.00 |
| 7/27/21 | Jennings, R. | Email P. McGlinchey re recent document production. | .30 | 127.50 |
| 7/28/21 | Colcock, S. | Review additional objections to Debtors' motion for order re restructuring support agreement and update litigation file. | .40 | 132.00 |
| 7/28/21 | Dechant, K. | Continue research re non-debtor policy transfer issue. | 1.60 | 680.00 |
| 7/28/21 | Jennings, R. | Analyze insurance "neutrality" in non-profit bankruptcies for purposes of restructuring support agreement brief. | .80 | 340.00 |
| 7/28/21 | Jennings, R. | Email S. Ogrey re researching insurance "neutrality" plan language. | .40 | 170.00 |
| 7/28/21 | Jennings, R. | Review emails re coverage issues and restructuring support agreement. | .50 | 212.50 |
| 7/29/21 | Bonesteel, A. | Review Debtors' production volumes 003, 004, and 006. | 1.20 | 378.00 |
| 7/29/21 | Colcock, S. | Confer with P. McGlinchey re Debtors' productions. | .30 | 99.00 |

Invoice Number: 11323874
August 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/29/21 | McGlinchey, P. | Email R. Jennings, A. Bonesteel, and S. Colcock re review of produced Debtors' documents (0.6); confer with S. Colcock re same (0.3); email A. Bonesteel and S. Colcock re summary of production review (0.4). | 1.30 | 253.50 |
| 7/29/21 | McGlinchey, P. | Revise production log to include productions before July 27, 2021. | 1.50 | 292.50 |
| 7/29/21 | Dechant, K. | Review Debtors' production of documents re restructuring support agreement. | 1.80 | 765.00 |
| 7/29/21 | Jennings, R. | Analyze recent document productions to identify documents relevant to insurance coverage. | 2.50 | 1,062.50 |
| 7/30/21 | Bonesteel, A. | Review Debtors' production volumes 003, 004, and 006. | 1.20 | 378.00 |
| | | **TOTAL CHARGEABLE HOURS** | **212.30** | |
| | | **TOTAL FEES** | | **$ 123,721.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 36.10 | 1,100.00 | 39,710.00 |
| Grim, E. | 43.00 | 700.00 | 30,100.00 |
| Bonesteel, A. | 2.40 | 315.00 | 756.00 |
| Sraders, S. | 8.20 | 575.00 | 4,715.00 |
| Colcock, S. | 25.50 | 330.00 | 8,415.00 |
| McGlinchey, P. | 5.40 | 195.00 | 1,053.00 |
| Dechant, K. | 34.80 | 425.00 | 14,790.00 |
| Jennings, R. | 56.90 | 425.00 | 24,182.50 |
| **TOTALS** | **212.30** | | **$ 123,721.50** |
| **TOTAL FEES AND EXPENSES FOR MATTER** | | | **$ 123,721.50** |
| **TOTAL FEES AND EXPENSES** | | | **$ 313,103.93** |