# EXHIBIT B

**EXPENSES**
**July 1, 2021 - July 30, 2021**

| Date | Description | Amount |
|---|---|---|
| 6/30/2021 | Travel - Airfare (coach) / Kami Quinn / Attend Client Meeting / Washington, DC to Los Angeles, CA / June 28-30, 2021 | $621.00 |
| 6/30/2021 | Travel - Lodging / Kami Quinn / Attend Client Meeting / Los Angeles, CA / June 28-30, 2021 | $958.64 |
| 6/30/2021 | Travel - Taxi Fare / Kami Quinn / Attend Client Meeting / Los Angeles, CA / June 28-30, 2021 | $252.38 |
| 6/30/2021 | Travel - Internet / Kami Quinn / Attend Client Meeting / Los Angeles, CA / June 28-30, 2021 | $47.99 |
| 6/30/2021 | Travel - Meals / Kami Quinn / Attend Client Meeting / Los Angeles, CA / June 28-30, 2021 | $18.86 |
| 7/16/2021 | Lexis | $320.10 |
| 7/26/2021 | Lexis | $192.66 |
| 7/27/2021 | Lexis | $79.34 |
| 7/31/2021 | West | $761.26 |
| 7/31/2021 | PACER | $54.20 |
| | | $3,306.43 |