

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
HOUSTON, TX

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

**LOS ANGELES**

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

**SAN FRANCISCO**

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

**NEW YORK**

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

**TEXAS**

440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002

**TELEPHONE: 713/691-9385**

FACSIMILE: 713/691-9407

WEB: www.pszjlaw.com

James E. O'Neill

August 20, 2021

302.778.6407
joneill@pszjlaw.com

**Via E-mail and ECF Filing**

The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge
United States Bankruptcy Court for
the District of Delaware
824 North Market Street, 6th Floor
Wilmington Delaware 19801

    **Re:**    **In re Boy Scouts of America and Delaware BSA, LLC, Case No. 20-10343**

Dear Judge Silverstein:

    On May 28, 2021, the Official Committee of Tort Claimants (the "TCC") of the above-referenced debtors (the "Debtors"), the Coalition of Abused Scouts for Justice (the "Coalition"), and the Future Claimants' Representative (collectively with the TCC and the Coalition, the "Movants") wrote to this Court seeking an order compelling Century Indemnity Company ("Century") and Chubb Group Holdings ("Chubb" and collectively with Century, the Insurers) to produce certain documents (the "Documents") related to (i) the 1995 and 1996 restructuring of INA Financial Corporation of North America ("INA") and its subsidiaries and (ii) the financial condition of each entity (including Century, Chubb, and any related entities) that is financially responsible for the liabilities arising under the certain policies issued by INA that the Debtors are proposing to contribute to the Settlement Trust.[1] A copy of the May 26, 2021 letter [ECF No. 5057] is attached hereto as **Exhibit A**.

    On July 30, 2021, the Movants wrote to this Court again and renewed their request that the Insurers be compelled to produce the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America Inc. and Delaware BSA, LLC* [Docket No. 5484] dated July 7, 2021 (the "Plan").

DOCS_NY:43902.4 85353/002



The Honorable Laurie Selber Silverstein
August 20, 2021
Page 2

Documents.  A copy of the July 30, 2021 letter [ECF No. 5835] is attached hereto as **Exhibit B**.

  Despite the Movants' letters to this Court and our attempts inside and outside of mediation to obtain the requested information, the Insurers have continued to refuse to produce the Documents, in the absence of an order from this Court compelling them to do so. As set forth in our prior letters to the Court, these Documents are critical to the Survivors' ability to evaluate the Plan and the funding of the Settlement Trust contemplated therein.

  Accordingly, we respectfully request that this Court schedule a conference to discuss this discovery dispute.  In the event that the Court declines to set a conference, in light of timing of this case, we respectfully request that the Court set a date for a motion to compel to be heard as soon as possible.

      Respectfully submitted,

| Brown Rudnick LLP | Pachulski Stang Ziehl & Jones LLP | Young Conaway Stargatt & Taylor, LLP |
|---|---|---|
| /s/ David J. Molton | /s/ James O'Neill | /s/ Robert S. Brady |
| Counsel to the Coalition of Abused Scouts for Justice | Counsel to the Official Committee of Tort Claimants | Counsel to the Future Claimants' Representative |

JEO
Attachments
cc: Stamatios Stamoulis, Esq. (*via email*)
   Tancred Schiavoni, Esq. (*via email*)