**EXHIBIT A**

brownrudnick

ERIC R. GOODMAN
direct dial: 202.536.1740
EGoodman@brownrudnick.com

May 26, 2021

The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

**RE: In re Boy Scouts of America and Delaware BSA, LLC, Case No. 20-10343**

Dear Judge Silverstein:

The Official Committee of Tort Claimants (the "TCC"), the Coalition of Abused Scouts for Justice (the "Coalition"), and James L. Patton, the Future Claimants' Representative (the "FCR" and together with the TCC and the Coalition, the "Movants") write the Court respectfully to seek an order compelling Century Indemnity Company ("Century") and Chubb Group Holdings, Inc. ("Chubb") to produce documents related to (i) the 1995 and 1996 restructuring of INA Financial Corporation and its subsidiaries and (ii) the financial condition of each entity (including Century, Chubb, and any related entities) that is financially responsible for the liabilities arising under the INA Policies that the Debtors are proposing to contribute to the Settlement Trust (the "Documents").

One of the insurance carriers with significant coverage obligations for Abuse Claims is the Insurance Company of North America ("INA"). In the 1990s, INA Financial Corporation and its subsidiaries (which included INA) underwent a restructuring. As part of that restructuring, INA contends that its liabilities (including its coverage obligations for BSA Abuse Claims) were ascribed or assigned to Century. Century—a party that has appeared and actively participated in these proceedings—is an inactive run-off company (that is, a company with liabilities under historical insurance policies, but no ongoing business generating premiums and revenue). Neither the BSA nor any Local Councils approved of the restructuring or released INA. Even if INA's liabilities were ascribed to Century, INA (an active insurance company and subsidiary of Chubb) is still liable. Century contends that it has a very limited ability to pay—substantially less than the amount that the INA Policies are obligated to pay. Chubb contends that even though the restructuring obligated it to pay substantial amounts regarding the INA-Century liabilities, and even though it has paid, pursuant to the restructuring and other arrangements, hundreds of millions of dollars into Century, it has no obligation to do so.

Certain documents related to the restructuring are public. The Debtors could have reviewed those in connection with the preparation of their Disclosure Statement and the Hartford Settlement. But some key documents relating to which entities are legally responsible to pay BSA's liability are not public. The Movants believe that, among other Documents, the exhibits referenced in an order entered by the Pennsylvania Insurance Commissioner will shed light on this topic. Century and/or Chubb has these documents but will not produce them.





Furthermore, the restructuring plans were expressly made subject to the right of insureds to legally challenge the restructuring plan and arrangements. *See AICCO, Inc. v. Ins. Co. of N. Am.*, 90 Cal. App. 4th 579, 593 (2001) ("[W]hile the California Department of Insurance approved INA's division, it did not purport to decide the legal consequences of the division. Indeed, the insurance department expressly said that its consent 'does not foreclose creditors, including policyholders, from pursuing any remedy at law which may be available to them'" (quoting the Restructuring Agreement)). Thus, Century and Chubb are seeking to block challenges that the restructuring plan expressly recognized could be made—and should be made here.

It is critical that survivors understand the creditworthiness and ability to pay of Century and which entity or entities within the Chubb corporate family are liable for Abuse Claims. The INA Policies are among the key assets that the Debtors are proposing to contribute to the Settlement Trust under both the Global Resolution Plan and the Toggle Plan. If Century and Chubb are permitted to maintain their position without challenge, the result will be to deprive survivors and the Debtors themselves, of the real value of billions of dollars of insurance assets, forcing them to accept pennies on the dollar. Whether the Settlement Trust has sufficient funding for the Court to find that the Plan satisfies the requirements found in section 1129 of the Bankruptcy Code and applicable case law depends on the amounts that the Settlement Trust can reasonably expect to collect on account of the INA Policies. Depending on the answer to this question, various statements contained in the Disclosure Statement may be materially false and misleading.

Further, the Debtors' proposed settlement with Hartford includes a reduction clause that makes Century's willingness and ability to pay a key issue. *See* Docket No. 2624, Ex. A at § II.E. Pursuant to the "Century Clause," if the Debtors (or the Settlement Trust) execute a settlement with Century for less than $1.3 billion, the Hartford settlement will be reduced, dollar for dollar, by 50% of the difference between $1.3 billion and the amount payable by Century. Survivors need to know whether it is reasonable to expect that they will achieve a $1.3 billion or greater settlement with Century. The Debtors failed to conduct **any** diligence on these issues, but Movants do not believe that it is appropriate for the survivors to be similarly uninformed.

On April 23, 2021, the Movants served Century with discovery. And, on May 11, 2021, the Coalition served a subpoena on Chubb. The requests are straightforward. The Movants want to see the transaction documents pertaining to the INA restructuring so that they can determine for themselves which Chubb entities are liable for Abuse Claims. And, the Movants want information regarding Century's financial condition and the financial condition of any other Chubb affiliate that is obligated to pay Abuse Claims. The Disclosure Statement is filled with representations that survivors will somehow be paid in full if the Global Resolution Plan is confirmed. The Movants doubt the veracity of such statements but seek discovery so that parties are not left guessing when the facts can be easily brought to light.

Century and Chubb have made it clear through their responses and attempts to meet and confer that they are unwilling to produce non-public documents in response to the Movants' requests absent on order from this Court compelling them to do so. The parties are at a clear impasse. By this letter, the Movants seek to formally place this dispute before the Court.





Sincerely,

Brown Rudnick LLP

/s/ David J. Molton
Counsel to the Coalition of Abused Scouts for Justice

Pachulski Stang Ziehl & Jones LLP

/s/ James Stang
Counsel to the Official Committee of Tort Claimants

Young Conaway Stargatt & Taylor, LLP

/s/ Edwin Harron
Counsel to the Future Claimants' Representative

Monzack Mersky and Browder, P.A.

/s/ Rachel B. Mersky
Counsel to the Coalition of Abused Scouts for Justice

Pasich LLP

/s/ Jeffrey L. Schulman
Counsel to the Official Committee of Tort Claimants

Gilbert LLP

/s/ Kami E. Quinn
Counsel to the Future Claimants' Representative

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I Rachel B. Mersky, hereby certify that on May 26, 2021, I served or caused to be served a copy of the foregoing Letter via email or first class mail upon all parties on the attached service list, and by CM/ECF upon those parties registered to received such electronic notifications in this case.

Dated: May 26, 2021
Wilmington, Delaware

**MONZACK MERSKY & BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel Mersky (DE No. 2049)
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
E-mail: rmersky@monlaw.com

-and-

**BROWN RUDNICK LLP**
David J. Molton, Esquire
Eric R. Goodman
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
E-mail: egoodman@brownrudick.com

-and-

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Phone | FAX | Email | Attention | Description |
| 2 | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons | Attn: Larry R. Boyd | Attn: Emily M. Hahn | 1700 Redbud Blvd, Ste 300 | McKinney, TX 75069 | 214-544-4000 | 214-544-4040 | ctimmons@abernathylaw.com | Chad Timmons | *NOA - Counsel to Collin County Tax Assessor/Collector |
| 3 | Abernathy, Roeder, Boyd & Hullett, P.C. | | | | | | | | bankruptcy@abernathylaw.com | Larry R. Boyd | *NOA - Counsel to Collin County Tax Assessor/Collector |
| 4 | Abernathy, Roeder, Boyd & Hullett, P.C. | | | | | | | | ehahn@abernathy-law.com | Emily M. Hahn | *NOA - Counsel to Collin County Tax Assessor/Collector |
| 5 | Adams and Reese LLP | Attn: Henry C. Shelton, III | 6075 Poplar Ave, Ste 700 | Memphis, TN 38119 | | | 901-525-3234 | | Henry.Shelton@arlaw.com | Henry C. Shelton, III | *NOA - Counsel to Chickasaw Council, Boy Scouts of America, Inc. |
| 6 | Ashby & Geddes, PA | Attn: Bill Bowden | 500 Delaware Ave, 8th Fl | P.O. Box 1150 | Wilmington, DE 19899-1150 | | 302-654-1888 | 302-654-2067 | wbowden@ashbygeddes.com | Bill Bowden | *NOA - Counsel for Del-Mar-Va Council, Inc, Boy Scouts of Am |
| 7 | Baird Mandalas Brockstedt, LLC | Attn: Stephen W. Spence | 1413 Savannah Rd, Ste 1 | Lewes, DE 19958 | | | 302-645-2262 | 302-644-0306 | sws@bmbde.com | Stephen W. Spence | *NOA - Counsel to several sexual abuse survivor claimants |
| 8 | Baker Manock & Jensen, PC | Attn: Jan T. Perkins | 5260 N Palm Ave, Ste 421 | Fresno, CA 93704 | | | | | jperkins@bakermanock.com | Jan T. Perkins | *NOA - Counsel for Sequoia Counsel of Boy Scouts, Inc. |
| 9 | Bayard, PA | Attn: Erin Fay/ Gregory Flasser | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | 302-655-5000 | | efay@bayardlaw.com | Erin R. Fay | *NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| 10 | Bayard, PA | | | | | | 302-655-5000 | | gflasser@bayardlaw.com | Gregory J. Flasser | *NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| 11 | Bielli & Klauder, LLC | Attn: David M Klauder | 1204 N King St | Wilmington, DE 19801 | | | 302-397-4600 | 302-397-2557 | dklauder@bk-legal.com | David M. Klauder | *NOA - Counsel for Various Tort Claimants |
| 12 | Bielli & Klauder, LLC | Attn: David M. Klauder | 1204 N King St | Wilmington, DE 19801 | | | 302-803-4600 | 302-397-2557 | tbielli@bk-legal.com | David M. Klauder | *NOA - Counsel to Certain Tort Claimants |
| 13 | Bodell Bove, LLC | Attn: Bruce W. McCullough | 1225 N King St, Ste 1000 | Wilmington, DE 19801 | | | 302-655-6749 | 302-655-6827 | bmccullough@bodellbove.com | Bruce W. McCullough | *NOA - Counsel for Agricultural Insurance Company |
| 14 | Bradley Riley Jacobs PC | Attn: Todd C. Jacobs | 320 W Ohio St, Ste 3W | Chicago, IL 60654 | | | 312-281-0295 | | tjacobs@bradleyriley.com | Todd C. Jacobs | *NOA - Counsel for the National Surety Corporation |
| 15 | Brown Rudnick LLP | Attn: David J. Molton | 7 Times Square | New York, NY 10036 | | | 212-209-4800 | | DMolton@brownrudnick.com | David J. Molton | *NOA - Counsel to the Coalition of Abused Scouts for Justice |
| 16 | Brown Rudnick LLP | Attn: Sunni P. Beville | Attn: Tristan G. Axelrod | 1 Financial Ctr | Boston, MA 02111 | | 617-856-8200 | | sbeville@brownrudnick.com | Sunni P. Beville | *NOA - Counsel to the Coalition of Abused Scouts for Justice |
| 17 | Brown Rudnick LLP | | | | | | | | taxelrod@brownrudnick.com | Tristan G. Axelrod | *NOA - Counsel to the Coalition of Abused Scouts for Justice |
| 18 | Brown Rudnick LLP | | | | | | | | EGoodman@brownrudnick.com | Eric Goodman | *NOA - Counsel to the Coalition of Abused Scouts for Justice |
| 19 | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second St, 17th Fl | San Francisco, CA 94105-3493 | | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Shawn M. Christianson | *NOA - Counsel for Oracle America, Inc. |
| 20 | Butler Snow LP | Attn: Daniel W. Van Horn | P.O. Box 171443 | Memphis, TN 38187-1443 | | | | | Danny.VanHorn@butlersnow.com | Daniel W. Van Horn | *NOA - Counsel for Chicksaw Council, BSA, Inc. |
| 21 | Carruthers & Roth, PA | Attn: Britton C Lewis | 235 N Edgeworth St | P.O. Box 540 | Greensboro, NC 27401 | | 336-478-1146 | 336-478-1145 | bcl@crlaw.com | Britton C. Lewis | *NOA - Counsel for Arrowood Indemnity Company |
| 22 | Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | | 302-295-0191 | 302-295-0199 | desgross@chipmanbrown.com | Mark L. Desgrosseilliers | *NOA - Counsel for Jane Doe, Party in Interest |
| 23 | Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Attn: Jonathan D. Marshall | Attn: Michael J. Foley, Jr | Two International Place | Boston, MA 02110 | 617- 248-5000 | 617-248-4000 | dgooding@choate.com | Douglas R. Gooding | *NOA - Counsel for Liberty Mutual Insurance Company |
| 24 | Choate, Hall & Stewart LLP | | | | | | 617-248-5000 | 617-248-4000 | jmarshall@choate.com | Jonathan D. Marshal | *NOA - Counsel for Liberty Mutual Insurance Company |
| 25 | Choate, Hall & Stewart LLP | | | | | | 617-248-5000 | 617-248-4000 | mjfoley@choate.com | Michael J. Foley | *NOA - Counsel for Liberty Mutual Insurance Company |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Commonwealth of Pennsylvania | Dept of Labor & Industry | Attn: Deb Secrest/Collections Support Unit | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us | Deb Secrest | *NOA - Authorized Agent for the Commonwealth of Pennsylvania |
| 27 | Connolly Gallagher, LLP | Attn: Karen C. Bifferato | Attn: Kelly M. Conlan | 1201 N Market St, 20th Fl | Wilmington, DE 19801 | | 302-757-7300 | | kbifferato@connollygallagher.com | Karen C. Bifferato | *NOA - Counsel for IRC Burnsville Crossing, LLC (Landlord) |
| 28 | Connolly Gallagher, LLP | | | | | | 302-757-7300 | | kconlan@connollygallagher.com | Kelly M. Conlan | *NOA - Counsel for IRC Burnsville Crossing, LLC (Landlord) |
| 29 | Coughlin Duffy, LLP | Attn: Kevin Coughlin/Lorraine Armenti | Attn: Michael Hrinewski | 350 Mt Kemble Ave | P.O. Box 1917 | Morristown, NJ 07960 | 973-267-0058 | 973-267-6442 | kcoughlin@coughlinduffy.com | Kevin Coughlin | *NOA - Counsel for Arrowood Indemnity Company |
| 30 | Coughlin Duffy, LLP | | | | | | 973-267-0058 | 973-267-6442 | larmenti@coughlinduffy.com | Lorraine Armenti | *NOA - Counsel for Arrowood Indemnity Company |
| 31 | Coughlin Duffy, LLP | | | | | | 973-267-0058 | 973-267-6442 | mhrinewski@coughlinduffy.com | Michael Hrinewski | *NOA - Counsel for Arrowood Indemnity Company |
| 32 | Crew Janci LLP | Attn: Stephen Crew | Attn: Peter Janci | 1200 NW Naito Pkwy, Ste 500 | Portland, OR 97209 | | 888-407-0224 | | steve@crewjanci.com | Stephen Crew | *NOA - Counsel to Abuse Victims |
| 33 | Crew Janci LLP | | | | | | | | peter@crewjanci.com | Peter Janci | *NOA - Counsel to Abuse Victims |
| 34 | Cross & Simon, LLC | Attn: Christopher Simon | Attn: Kevin Mann | 1105 N Market St, Ste 901 | Wilmington, DE 19801 | | 302-777-4200 | 302-777-4224 | csimon@crosslaw.com | Christopher P. Simon | *NOA - Counsel to Appellee Sidley Austin LLP |
| 35 | Cross & Simon, LLC | | | | | | 302-777-4200 | 302-777-4224 | kmann@crosslaw.com | Kevin S. Mann | *NOA - Counsel to Appellee Sidley Austin LLP |
| 36 | Crowell & Moring LLP | Attn: Mark D. Plevin | Attn: Austin J. Sutta | 3 Embarcadero Center, 26th Fl | San Francisco, CA 94111 | | 415-986-2800 | 415-986-2827 | mplevin@crowell.com | Mark D. Plevin | *NOA - Counsel to American Zurich Insurance Company |
| 37 | Crowell & Moring LLP | Attn: Austin J. Sutta | | | | | | | asutta@crowell.com | Austin J. Sutta | *NOA - Counsel to American Zurich Insurance Company |
| 38 | Crowell & Moring LLP | Attn: Tacie H. Yoon | 1001 Pennsylvania Ave, NW | Washington, D.C. 20004 | | | 202-624-2500 | 202-628-5116 | tyoon@crowell.com | Tacie H. Yoon | *NOA - Counsel to American Zurich Insurance Company |
| 39 | Davies Hood PLLC | Attn: Jason P. Hood | 22 N Front St, Ste 620 | Memphis, TN 38103-2100 | | | 901-730-6910 | | Jason.Hood@davieshood.com | Jason P. Hood | *NOA - Counsel for Chicksaw Council, BSA, Inc. |
| 40 | Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel | Attn: Alessandra Glorioso | 300 Delaware Ave, Ste 1010 | Wilmington, DE 19801 | | 302-425-7171 | | schnabel.eric@dorsey.com | Eric Lopez Schnabel | *NOA - Counsel for Girl Scouts of the United States of Ameri |
| 41 | Dorsey & Whitney LLP | | | | | | 302-425-7171 | | glorioso.alessandra@dorsey.com | Alessandra Glorioso | *NOA - Counsel for Girl Scouts of the United States of Ameri |
| 42 | Dorsey & Whitney LLP | Attn: Bruce R. Ewing/E. Schnabel | 51 W 52nd St | New York, NY 10019 | | | | | ewing.bruce@dorsey.com | Bruce R. Ewing | *NOA - Counsel for Girl Scouts of the United States of Ameri |
| 43 | Doshi Legal Group, P.C. | Attn: Amish R. Doshi | 1979 Marcus Ave, Ste 210E | Lake Success, NY 11042 | | | 516-622-2335 | | amish@doshilegal.com | Amish R. Doshi | *NOA - Counsel to Oracle America, Inc. |
| 44 | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | | 302-467-4200 | 302-467-4201 | patrick.jackson@faegredrinker.com | Patrick A. Johnson | *NOA - Counsel for Weaver Fundraising, LLC d/b/a Trail's End |
| 45 | Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe | 600 E. 96th St, Ste 600 | Indianapolis, IN 46240 | | | 317-569-9600 | 317-569-4800 | jay.jaffe@faegredrinker.com | Jay Jaffe | *NOA - Counsel for Weaver Fundraising, LLC d/b/a Trail's End |
| 46 | Faegre Drinker Biddle & Reath LLP | | | | | | 302-467-4200 | 302-467-4201 | kaitlin.mackenzie@faegredrinker.com | Kaitlin W. MacKenzie | *NOA - Counsel for The Roman Catholic Diocese of Brooklyn, N |
| 47 | Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo | 1177 Ave of the Americas, 41st Fl | New York, NY 10036-2714 | | | 212-248-3140 | 212-248-3141 | michael.pompeo@faegredrinker.com | Michael P. Pompeo | *NOA - Counsel for The Roman Catholic Diocese of Brooklyn, N |
| 48 | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | Attn: Kaitlin W. MacKenzie | 222 Delaware Ave., Suite 1410 | Wilmington, DE 19801-1621 | | 302-467-4200 | 302-467-4201 | Patrick.Jackson@faegredrinker.com | Patrick A. Jackson | *NOA - Counsel for The Roman Catholic Diocese of Brooklyn, N |
| 49 | Fineman Krekstein & Harris, PC | Attn: Dierdre M Richards | 1300 N King St | Wilmington, DE 19801 | | | 302-538-8331 | 302-394-9228 | drichards@finemanlawfirm.com | Dierdre M Richards | *NOA - Counsel for National Union Fire Insurance Co of PA, A |
| 50 | Flordia M. Henderson | P.O. Box 30604 | Memphis, TN 38130-0604 | | | | 901-348-4406 | 901-348-4409 | flordia@fhendersonlaw.net | Flordia M. Henderson | *NOA - Counsel for Trennie L. Williams and Kiwayna H. Williams, jointly as Parents, |
| 51 | Foley & Lardner LLP | Attn: Richard J Bernard | 90 Park Ave | New York, NY 10016 | | | 212-682-7474 | 212-687-2329 | rbernard@foley.com | Richard J. Bernard | *NOA - Counsel for Boys Scouts of |
| 52 | Foley & Lardner LLP | Attn: Victor Vilaplana | 3579 Valley Centre Dr, Ste 300 | San Diego, CA 92130 | | | 858-847-6759 | 858-792-6773 | vavilaplana@foley.com | Victor Vilaplana | *NOA - Counsel for Boys Scouts of |
| 53 | Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow | Attn: Igor Shleypak | 222 N LaSalle St, Ste 1400 | Chicago, IL 60614 | | 312-863-5000 | 312-863-5000 | sgummow@fgppr.com | Susan N K Gummow | *NOA - Counsel for National Union Fire Insurance Co of PA, A |
| 54 | Foran Glennon Planadech Ponzi & Rudloff, P.C. | | | | | | 312-863-5000 | 312-863-5000 | ishleypak@fgppr.com | Igor Shleypak | *NOA - Counsel for National Union Fire Insurance Co of PA, A |
| 55 | Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson | 200 W Madison St, Ste 3000 | Chicago, IL 60606 | | | 312-224-1224 | 312-224-1201 | panderson@foxswibel.com | Margaret M. Anderson | *NOA - Counsel for Old Republic |
| 56 | Gilbert LLP | Attn: Kami Quinn / Attn: Meredith Neely | Attn: Emily Grim / Attn: Jasmine Chalashtori | 700 Pennsylvania Ave, SE Ste 40( | Washington, DC 20003 | | 202-772-2285 | | quinnk@gilbertlegal.com | Kami Quinn | *NOA - Counsel to Future Claimants' Representative |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | Gilbert LLP | | | | | | | | neelym@gilbertlegal.com | Meredith Neely | *NOA - Counsel to Future Claimants' |
| 58 | Gilbert LLP | | | | | | | | grime@gilbertlegal.com | Emily Grim | *NOA - Counsel to Future Claimants' |
| 59 | Gilbert LLP | | | | | | | | chalashtorij@gilbertlegal.com | Jasmine Chalashtori | *NOA - Counsel to Future Claimants' |
| 60 | Internal Revenue Service | Centralized Insolvency | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | 800-973-0424 | 855-235-6787 | | | Core Parties |
| 61 | Jacobs & Crumplar, PA | Attn: Raeann Warner/Thomas Crumplar | 750 Shipyard Dr, Ste 200 | Wilmington, DE 19801 | | | 302-656-5445 | 302-656-5875 | Raeann@jcdelaw.com | Raeann Warner | *NOA - Counsel for Claimants, John Doe, and other Claimants |
| 62 | Jacobs & Crumplar, PA | | | | | | 302-656-5445 | 302-656-5875 | tom@jcdelaw.com | Thomas C. Crumplar | *NOA - Counsel for John Doe#1, John Doe#2, John Doe#3 |
| 63 | James, Vernon & Weeks, P.A. | Attn: Leander L. James | Attn: Craig K. Vernon | Attn: R. Charlie Beckett | 1626 Lincoln Wy | Coeur d'Alene, ID 83815 | 208-667-0683 | 208-664-1684 | ljames@jvwlaw.net | Leander L. James | *NOA - Counsel to Certain Tort Claimants |
| 64 | James, Vernon & Weeks, P.A. | | | | | | | | cvernon@jvwlaw.net | Craig K. Vernon | *NOA - Counsel to Certain Tort Claimants |
| 65 | James, Vernon & Weeks, P.A. | | | | | | | | rbeckett@jvwlaw.net | R. Charlie Beckett | *NOA - Counsel to Certain Tort Claimants |
| 66 | Janet, Janet & Scuggs, LLC | Attn: Gerald D Jowers, Jr | 500 Taylor St, Ste 301 | Columbia, SC 29201 | | | 803-726-0050 | 803-727-1059 | GJowers@JJSJustice.com | Gerald D. Jowers, Jr. | *NOA - Counsel to Claimant J.M. as party in interest |
| 67 | JPMorgan Chase Bank, NA | Attn: Phil Martin | 10 S Dearborn St | Mail Code Il1-1415 | Chicago, Il 60603 | | 312-732-4728 | | | | Bank Debt |
| 68 | Jpmorgan Chase Bank, NA | c/o Norton Rose Fulbright US LLP | Attn: Louis R. Strubeck, Jr | 1301 Ave of the Americas | New York, NY 10019-6022 | | 212-318-3159 | | louis.strubeck@nortonrosefulbright.com | Louis R. Strubeck, Jr | *NOA - Counsel for JPMorgan Chase Bank, National Association |
| 69 | Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton | 701 5th Ave, Ste 3300 | Seattle, WA 98104 | | | 206-223-1313 | 206-682-7100 | bleaverton@karrtuttle.com | Bruce W. Leaverton | *NOA - Counsel for Chief Seattle Council, Boy Scouts of Amer |
| 70 | Kelly, Morgan, Dennis, Corzine & Hansen, P.C. | Attn: Michael G. Kelly | P.O. Box 1311 | Odessa, TX 79760-1311 | | | 432-367-7271 | 432-363-9121 | mkelly@kmdfirm.com | Michael G. Kelly | *NOA - Counsel to Buffalo Trail Council, Inc. |
| 71 | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 Market St, Ste 1000 | Wilmington, DE 19801 | | | 302-552-5511 | | dpacitti@klehr.com | Domenic E. Pacitti | *NOA - Counsel to Abuse Victims |
| 72 | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market St, Ste 1400 | Philadelphia, PA 19103 | | | 215-569-2700 | | mbranzburg@klehr.com | Morton R. Branzburg | *NOA - Counsel to Abuse Victims |
| 73 | Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer/Rachel Ringer | Attn: David E. Blabey Jr./ Jennifer R. Sharret | Attn: Megan M. Wasson | 177 Ave of the Americas | New York, NY 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Thomas Moers Mayer | *NOA - Counsel to the Official Committee of Unsecured Credit |
| 74 | Kramer Levin Naftalis & Frankel LLP | | | | | | 212-715-9100 | 212-715-8000 | rringer@kramerlevin.com | Rachael Ringer | *NOA - Counsel to the Official Committee of Unsecured Credit |
| 75 | Kramer Levin Naftalis & Frankel LLP | | | | | | 212-715-9100 | 212-715-8000 | dblabey@kramerlevin.com | David E. Blabey Jr. | *NOA - Counsel to the Official Committee of Unsecured Credit |
| 76 | Kramer Levin Naftalis & Frankel LLP | | | | | | 212-715-9100 | 212-715-8000 | jsharret@kramerlevin.com | Jennifer R. Sharret | *NOA - Counsel to the Official Committee of Unsecured Credit |
| 77 | Kramer Levin Naftalis & Frankel LLP | | | | | | 212-715-9100 | 212-715-8000 | mwasson@kramerlevin.com | Megan M. Wasson | *NOA - Counsel to the Official Committee of Unsecured Credit |
| 78 | Latham & Watkins LLP | Attn: Jeffrey E Bjork | Attn: Kimberly A Posin | Attn: Nicholas J Messana | 355 S Grand Ave, Ste 100 | Los Angeles, CA 90071-1 | 213-485-1234 | 213-891-8763 | jeff.bjork@lw.com | Jeffrey E. Bjork | *NOA - Counsel for The Church of Jesus |
| 79 | Latham & Watkins LLP | | | | | | 213-485-1234 | 213-891-8763 | kim.posin@lw.com | Kimberly A. Posin | *NOA - Counsel for The Church of Jesus |
| 80 | Latham & Watkins LLP | | | | | | 213-485-1234 | 213-891-8763 | nicholas.messana@lw.com | Nicholas J. Messana | *NOA - Counsel for The Church of Jesus |
| 81 | Latham & Watkins LLP | Attn: Adam J Goldberg | 885 3rd Ave | New York, NY 10022-4834 | | | 212-906-1200 | 212-751-4864 | adam.goldberg@lw.com | Adam J. Goldberg | *NOA - Counsel for The Church of Jesus |
| 82 | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | P.O. Box 3064 | Houston, TX 77253-3064 | | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com | John P. Dillman | *NOA - Counsel for Houston Liens, Fort Bend County, OC, Mont |
| 83 | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com | Elizabeth Weller | *NOA-Dallas County |
| 84 | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com | Don Stecker | *NOA - Counsel to Ector CAD |
| 85 | Maurice Wutscher LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd. Ste 207 | Beachwood, OH 44122 | | | 216-220-1129 | 216-472-8510 | ahochheiser@mauricewutscher.com | Alan C. Hochheiser | *NOA - Counsel for AmTrust North America, Inc. on behalf of |
| 86 | McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | P.O. Box 1269 | Round Rock, TX 78680 | | | 512-323-3200 | 512-323-3205 | tleday@mvbalaw.com | Tara LeDay | *NOA - Counsel for Texas Taxing Authorities |
| 87 | McDermott Will & Emery LLP | Attn: Ryan Smethurst | Attn: Margaret Warner | 500 N Capitol St NW | Washington, DC 20001-1531 | | 202-756-8036 | 202-756-8087 | rsmethurst@mwe.com | Robert S. Smethurst | *NOA - Counsel to Allianz Global Risks US Insurance Company |
| 88 | McDermott Will & Emery LLP | | | | | | 202-756-8228 | 202-756-8087 | mwarner@mwe.com | Margaret H. Warner | *NOA - Counsel to Allianz Global Risks US Insurance Company |
| 89 | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson | 277 S Rose St, Ste 5000 | Kalamazoo, MI 49007 | | | 269-383-5880 | 269-382-0244 | andersond@millercanfield.com | Danielle Mason Anderson | *NOA - Counsel to Stryker Medical |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | Attn: Kim V. Marrkand | Attn: Nancy D. Adams | Attn: Laura Bange Stephens | One Financial Center | Boston, MA 02111 | 617-542-6000 | 617-542-2241 | kmarrkand@mintz.com | Kim V. Marrkand | *NOA - Counsel for Liberty Mutual Insurance Company |
| 91 | Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | | | | | | 617-542-6000 | 617-542-2241 | ndadams@mintz.com | Nancy D. Adams | *NOA - Counsel for Liberty Mutual Insurance Company |
| 92 | Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | | | | | | 617-542-6000 | 617-542-2241 | lbstephens@mintz.com | Laura Bange Stephens | *NOA - Counsel for Liberty Mutual Insurance Company |
| 93 | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey | 100 Front St | Worcester, MA 01608 | | | 508-791-8500 | 508-791-8502 | pcarey@mirickoconnell.com | Paul W. Carey | *NOA - Counsel for Sun Life Assurance Company of Canada |
| 94 | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley | 1800 W Park Dr, Ste 400 | Westborough, MA 01581 | | | 508-898-1501 | 508-898-1502 | kfoley@mirickoconnell.com | Kate P. Foley | *NOA - Counsel for Sun Life Assurance Company of Canada |
| 95 | Missouri Dept of Revenue | Bankruptcy Unit | Attn: Steven A Ginther | P.O. Box 475 | Jefferson City, MO 65105-0475 | | 573-751-5531 | 573-751-7232 | deecf@dor.mo.gov | Steven A Ginther | *NOA - Counsel for the Missouri Dept of Revenue |
| 96 | Monzack Mersky Browder & Hochman, P.A. | Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | | 302-656-8162 | | rmersky@monlaw.com | Rachel B. Mersky | *NOA - Coalition of Abused Scouts for Justice/Counsel for Waste Management |
| 97 | Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin | Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | 302-656-8162 | 302-656-2769 | bmclaughlin@monlaw.com | Brian J. McLaughlin | *NOA - Counsel for Waste Management |
| 98 | Monzack Mersky McLaughlin & Browder, PA | | | | | | 302-656-8162 | 302-656-2769 | rmersky@monlaw.com | Rachel B. Mersky | *NOA - Counsel for Waste Management |
| 99 | Morris James LLP | Attn: Brett D. Fallon | Attn: Brya M. Keilson | 500 Delaware Ave, Ste 1500 | P.O. Box 2306 | Wilmington, DE 19899-2 | 302-888-6800 | 302-571-1750 | bfallon@morrisjames.com | Brett D. Fallon | *NOA - Counsel for Old Republic Insurance Company |
| 100 | Morris James LLP | | | | | | 302-888-6800 | 302-571-1750 | bkeilson@morrisjames.com | Brya M. Keilson | *NOA - Counsel for Old Republic Insurance Company |
| 101 | Morris James LLP | Attn: Jeffrey Waxman | Attn: Eric J. Monzo | 500 Delaware Avenue, Suite 150 | Wilmington, DE 19801 | | 302-888-6800 | 302-571-1750 | jwaxman@morrisjames.com | Jeffrey Waxman | *NOA - Counsel for Pearson Education, Inc. and NCS Pearson, |
| 102 | Morris James LLP | | | | | | 302-888-6800 | 302-571-1750 | emonzo@morrisjames.com | Eric J. Monzo | *NOA - Counsel for Pearson Education, Inc. and NCS Pearson, |
| 103 | Morris, Nichols, Arsht & Tunnell | Attn: Derek C. Abbott | 1201 N. Market Street | P.O. Box 1347 | Wilmington, DE, 19899 | | | 302-658-7036 | dabbott@mnat.com | Derek C. Abbott | Core Parties |
| 104 | Morris, Nichols, Arsht & Tunnell | Attn: Joseph Charles Barsalona II | | | | | | | barsalona@mnat.com | Joseph Charles Barsalona II | Core Parties |
| 105 | Morris, Nichols, Arsht & Tunnell | Attn: Eric Moats | | | | | | | emoats@mnat.com | Eric Moats | Core Parties |
| 106 | Morris, Nichols, Arsht & Tunnell | Attn: Andrew R. Remming | | | | | | | aremming@mnat.com | Andrew R. Remming | Core Parties |
| 107 | Morris, Nichols, Arsht & Tunnell | Attn: Paige N. Topper | | | | | | | ptopper@mnat.com | Paige N. Topper | Core Parties |
| 108 | Nagel Rice LLP | Attn: Bradley L Rice | 103 Eisenhower Pkwy | Roseland, NJ 07068 | | | 973-618-0400 | 973-618-9194 | brice@nagelrice.com | Bradley L. Rice | *NOA - Counsel for Jack Doe, Creditor and Defendant in Adver |
| 109 | Napoli Shkolnik PLLC | Attn: R. Joseph Hrubiec | 919 N Market St, Ste 1801 | Wilmington, DE 19801 | | | 302-330-8025 | | RHrubiec@NapoliLaw.com | R. Joseph Hrubiec | *NOA - Counsel for Claimant J.M. |
| 110 | Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield | 300 E Esplande Dr, Ste 1170 | Oxnard, CA 93036 | | | 805-604-4106 | 805-604-4150 | wwinfield@calattys.com | William E. Winfield | *NOA - Counsel for Ventura County Council of BSA |
| 111 | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew S. Sorem | 10 S Wacker Dr, 21st Fl | Chicago, IL 60606 | | | 312-585-1433 | 312-585-1401 | msorem@nicolaidesllp.com | Matthew S. Sorem | *NOA - Counsel to Allianz Global Risks US Insurance Company |
| 112 | Norton Rose Fulbright Us LLP | Attn: Louis Strubeck/ Kristian Gluck | Attn: Ryan Manns | 2200 Ross Ave, Suite 3600 | Dallas, TX 75201-7932 | | 214-855-8040 | 214-855-8200 | louis.strubeck@nortonrosefulbright.com | Louis R. Strubeck | *NOA - Counsel for JPMorgan Chase Bank, National Association |
| 113 | Norton Rose Fulbright US LLP | | | | | | 214-855-8000 | 214-855-8200 | kristian.gluck@nortonrosefulbright.com | Kristian W. Gluck | *NOA - Counsel for JPMorgan Chase Bank, National Association |
| 114 | Norton Rose Fulbright US LLP | | | | | | 214-855-8000 | 214-855-8200 | ryan.manns@nortonrosefulbright.com | Ryan E. Manns | *NOA - Counsel for JPMorgan Chase Bank, National Association |
| 115 | Office of the Attorney General | Attn: Christopher S Murphy | Attn: Sherri K Simpson | Bankruptcy & Collections Divisio | P.O. Box 12548 | Austin, TX 78711-2548 | 512-475-4562 | 512-936-1409 | christopher.murphy@oag.texas.gov | Christopher S. Murphy | *NOA - Counsel for the Texas Workforce Commission |
| 116 | Office of the Attorney General | | | | | | | | sherri.simpson@oag.texas.gov | Sherri K. Simpson | *NOA - Counsel for the Texas Workforce Commission |
| 117 | Office of the U.S. Trustee | | | | | | 302-573-6491 | 302-573-6497 | hannah.mccollum@usdoj.gov | Hannah Mufson McCollum | U.S. Trustee |
| 118 | Office of the United States Trustee | Attn: David L. Buchbinder | Attn: Hannah Mufson McCollum | 844 King St, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 | 302-573-6565 | 302-573-6497 | david.l.buchbinder@usdoj.gov | David L. Buchbinder | Core Parties |
| 119 | Pachulski Stang Ziehl & Jones | Attn: James I. Stang | 10100 Santa Monica Blvd, 13th Fl | Los Angeles, CA 90067-4003 | | | 310-277-6910 | 302-652-4400 | jstang@pszjlaw.com | James Stang | *NOA - Counsel to the Tort Claimants' |
| 120 | Pachulski Stang Ziehl & Jones | | | | | | | | joneill@pszjlaw.com | James E. O'Neill | *NOA - Counsel to the Tort Claimants' Committee |
| 121 | Pachulski Stang Ziehl & Jones | | | | | | | | lcantor@pszjlaw.com | Linda F. Cantor | Core Parties |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 122 | Pachulski Stang Ziehl & Jones | | | | | | | | rorgel@pszjlaw.com | Robert B. Orgel | *NOA - Counsel to the Tort Claimants' Committee |
| 123 | Pachulski Stang Ziehl & Jones LLP | Attn: James Stang/Robert Orgel | Attn: James O'Neill/John Lucas/ Ilan Scharf | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8 | 302-652-4100 | 302-652-4400 | jlucas@pszjlaw.com | John W. Lucas | *NOA - Counsel to the Tort Claimants' Committee |
| 124 | Pachulski Stang Ziehl & Jones LLP | | | | | | 302-652-4100 | 302-652-4400 | ischarf@pszjlaw.com | Ilan D. Scharf | *NOA - Counsel to the Tort Claimants' Committee |
| 125 | Paul Mones PC | Attn: Paul Mones | 13101 Washington Blvd | Los Angeles, CA 90066 | | | | | paul@paulmones.com | Paul Mones | *NOA - Counsel to Jorge Vega |
| 126 | Pension Benefit Guaranty Corporation | | | | | | 202-229-6778 | 202-326-4112 | burton.cassandra@pbgc.gov | Cassandra Burton | *NOA - Counsel for the Pension Benefit Guaranty Corporation |
| 127 | Pension Benefit Guaranty Corporation | | | | | | 202-229-6778 | 202-326-4112 | fessenden.craig@pbgc.gov | Craig T. Fessenden | *NOA - Counsel for the Pension Benefit Guaranty Corporation |
| 128 | Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO | Attn: C. Burton/ C. Fessenden | 1200 K St NW | Washington, DC 20005 | | 202-229-3033 | 202-326-4112 | Kelly.Patricia@Pbgc.Gov | Patricia Kelly | *NOA - Counsel for the Pension Benefit Guaranty Corporation |
| 129 | Perdue, Brandon, Fielder, Collins & Mot | Attn: John T. Banks | 3301 Northland Dr, Ste 505 | Austin, TX 78731 | | | 512-302-0190 | 512-302-1802 | jbanks@pbfcm.com | John T. Banks | *NOA - Counsel for Burleson County Tax Office, Luling ISD Tax Office, Colorado County Tax Office, Fayette County Tax Office, Milano ISD Tax Office, and Gause ISD Tax Office |
| 130 | Pfau Cochran Vertetis Amala PLLC | Attn: Michael Pfau/Jason Amala | Attn: Vincent Nappo | 403 Columbia St, Ste 500 | Seattle, WA 98104 | | 206-451-8260 | 206-623-3624 | michael@pcvalaw.com | Michael T. Pfau | *NOA - Counsel for Various Tort Claimants |
| 131 | Pfau Cochran Vertetis Amala PLLC | | | | | | 206-451-8260 | 206-623-3624 | jason@pcvalaw.com | Jason P. Amala | *NOA - Counsel for Various Tort Claimants |
| 132 | Pfau Cochran Vertetis Amala PLLC | | | | | | 206-451-8260 | 206-623-3624 | vnappo@pcvalaw.com | Vincent T. Nappo | *NOA - Counsel for Various Tort Claimants |
| 133 | Phillips Lytle LLP | Attn: Angela Z Miller | One Canalside | 125 Main St | Buffalo, NY 14203 | | 716-847-7060 | 716-852-6100 | amiller@phillipslytle.com | Angela Z Miller | *NOA - Counsel for Pearsons Education, Inc. and NSC Pearsons |
| 134 | Raul Diaz | | | | | | | | rauldiaz2503@gmail.com | Raul Diaz | ENR |
| 135 | Reed Smith LLP | Attn: Kurt F. Gwynne | Attn: Katelin A. Morales | 120 N Market St, Ste 1500 | Wilmington, DE 19801 | | 302-778-7500 | 302-778-7575 | kgwynne@reedsmith.com | Kurt F. Gwynne | *NOA - Counsel to the Committee of Unsecured Creditors |
| 136 | Reed Smith LLP | | | | | | 302-778-7500 | 302-778-7575 | kmorales@reedsmith.com | Katelin A. Morales | *NOA - Counsel to the Official Committee of Unsecured Credit |
| 137 | Richards, Layton & Finger, PA | Attn: Michael Merchant/Brett Haywood | One Rodney Square | 920 N King St | Wilmington, DE 19801 | | 302-651-7700 | 302-651-7701 | merchant@rlf.com | Michael J. Merchant | *NOA - Counsel for The Church of Jesus Christ of Latter-day |
| 138 | Richards, Layton & Finger, PA | | | | | | 302-651-7700 | 302-651-7701 | haywood@rlf.com | Brett M. Haywood | *NOA - Counsel for The Church of Jesus Christ of Latter-day |
| 139 | Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy | Attn: Kristi J. Doughty | 824 N Market St, Ste 800 | Wilmington, DE 19801-4939 | | 302-482-4038 | 302-888-1696 | rbarkasy@schnader.com | Richard A. Barkasy | *NOA - Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child, and Stephen Knight as the Personal Representative of the Estate of E.J.K. |
| 140 | Schnader Harrison Segal & Lewis LLP | | | | | | 302-482-4038 | 302-888-1696 | kdoughty@schnader.com | Kristi J. Doughty | *NOA - Counsel for Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child |
| 141 | Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill | 222 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | | | 302-888-0600 | 302-888-0606 | khill@svglaw.com | R. Karl Hill | *NOA - Counsel for Liberty Mutual Company |
| 142 | Sequoia Counsel of Boy Scouts, Inc. | Attn: Michael Marchese | 6005 N Tamera Ave | Fresno, CA 93711 | | | | | michael.marchese@scouting.org | Michael Marchese | *NOA - Counsel for Sequoia Counsel of Boy Scouts, Inc. |
| 143 | Shipman & Goodwin LLP | Attn: Eric S. Goldstein | 1 Constitution Plz | Hartford, CT 06103-1919 | | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com | Eric S. Goldstein | *NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 144 | Shipman & Goodwin LLP | | | | | | 860-251-5000 | 860-251-5218 | bankruptcy@goodwin.com | | NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| 145 | Shipman & Goodwin LLP | | | | | | 860-251-5000 | 860-251-5218 | bankruptcyparalegal@goodwin.com | | NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| 146 | Shipman & Goodwin LLP | Attn: Abigail Williams/ James Ruggeri | Attn: Joshua Weinberg/ Michele B Konigsberg | 1875 K St NW, Ste 600 | Washington, DC 20006-1251 | | 202-469-7750 | 202-469-7751 | awilliams@goodwin.com | Abigail W. Williams | *NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| 147 | Shipman & Goodwin LLP | | | | | | 212-469-7750 | 212-469-7751 | jweinberg@goodwin.com | Joshua D. Weinberg | *NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| 148 | Shipman & Goodwin LLP | | | | | | | | mkonigsberg@goodwin.com | Michele Backus Konigsberg | *NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| 149 | Shipman & Goodwin LLP | | | | | | | | jruggeri@goodwin.com | James P. Ruggeri | *NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company |
| 150 | Sidley Austin LLP | Attn: Blair Warner | One South Dearborn Street | Chicago, IL 60603 | | | | 312-853-7036 | blair.warner@sidley.com | Blair Warner | Core Parties |
| 151 | Sidley Austin LLP | Attn: Matthew Evan Linder | | | | | | | mlinder@sidley.com | Matthew Evan Linder | Core Parties |
| 152 | Sidley Austin LLP | Attn: Thomas A. Labuda, Jr. | | | | | | | tlabuda@sidley.com | Thomas A. Labuda, Jr. | Core Parties |
| 153 | Sidley Austin LLP | Attn: Karim Basaria | | | | | | | kbasaria@sidley.com | Karim Basaria | Core Parties |
| 154 | Sidley Austin LLP | Attn: Jessica C. Boelter | 787 Seventh Avenue | New York, NY 10019 | | | | 212-839-5599 | jboelter@sidley.com | Jessica C. Boelter | Core Parties |
| 155 | Stamoulis & Weinblatt LLC | Attn: Stamatios Stamoulis | Attn: Richard Weinblatt | 800 N West St, Ste 800 | Wilmington, DE 19801 | | 302-999-1540 | | stamoulis@swdelaw.com | Stamatios Stamoulis | *NOA - Counsel to for Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor to Insurance Company of North America, et al. |
| 156 | Stamoulis & Weinblatt LLC | | | | | | 302-999-1540 | | weinblatt@swdelaw.com | Richard C. Weinblatt | *NOA - Counsel to for Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor to Insurance Company of North America, et al. |
| 157 | Stark & Stark, PC | Attn: Joseph H Lemkin | P.O. Box 5315 | Princeton, NJ 08543 | | | 609-791-7022 | 609-896-0629 | jlemkin@stark-stark.com | Joseph H. Lemkin | *NOA - Counsel to R.L. and C.L., Plaintiffs in State Court a |
| 158 | Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | 919 N Market St, Ste 420 | Wilmington, DE 19801 | | | 302-428-8191 | 302-428-8195 | bsullivan@sha-llc.com | William D. Sullivan | *NOA - Counsel to Eric Pai, as administrator of the Estate of J. Pai |
| 159 | Synchrony Bank | c/o PRA Receivables Management, LLC | Attn: Valerie Smith | P.O. Box 41021 | Norfolk, VA 23541 | | 877-885-5919 | 757-351-3257 | claims@recoverycorp.com | Valerie Smith | *NOA - Authorized Agent for Synchrony Bank |
| 160 | The County Commission Of Fayette County | Attn: President | P.O. Box 307 | Fayetteville, WV 25840 | | | 304-574-4290 | | | | Bonds |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 161 | The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc | Attn: John Stump, Esq | Chase Tower - 8th Fl | 707 Virginia St E. | Charleston, WV 25301 | 304-353-8196 | | | | Bonds |
| 162 | The Law Office of James Tobia, LLC | Attn: James Tobia | 1716 Wawaset St | Wilmington, DE 19806 | | | 302- 655-5303 | 302-656-8053 | jtobia@tobialaw.com | James Tobia | *NOA - Counsel for Nichole Erickson and Mason Gordon, a minor by his mother Nichole Erickson |
| 163 | The Law Offices of Joyce, LLC | Attn: Michael J. Joyce | 1225 King St, Ste 800 | Wilmington, DE 19801 | | | 302-388-1944 | | mjoyce@mjlawoffices.com | Michael J. Joyce | *NOA - Counsel for Arrowood Indemnity |
| 164 | The Neuberger Firm | Attn: Thomas S. Neuberger | Attn: Stephen J. Neuberger | 17 Harlech Dr | Wilmington, DE 19807 | | 302-655-0582 | 302-656-5875 | tsn@neubergerlaw.com | Thomas S. Neuberger | *NOA - Counsel for Claimants, John Doe, and other Claimants |
| 165 | The Neuberger Firm | | | | | | 302-655-0582 | 302-656-5875 | sjn@neubergerlaw.com | Stephen J. Neuberger | *NOA - Counsel for Claimants, John Doe, and other Claimants |
| 166 | The Powell Firm, LLC | Attn: Jason C. Powell | Attn: Thomas Reichert | 1201 N Orange St, Ste 500 | P.O. Box 289 | Wilmington, DE 19899 | 302-650-1572 | | jpowell@delawarefirm.com | Jason C. Powell | *NOA - Counsel for The Waite and Genevieve Phillips Foundation |
| 167 | The Powell Firm, LLC | | | | | | 302-650-1572 | | treichert@delawarefirm.com | Thomas Reichert | *NOA - Counsel for The Waite and Genevieve Phillips Foundation |
| 168 | Thomas Law Office, PLLC | Attn: Tad Thomas/Louis Schneider | 9418 Norton Commons Blvd, Ste 200 | Louisville, KY 40059 | | | 877-736-4963 | 502-785-7257 | tad@thomaslawoffices.com | Tad Thomas | *NOA - Counsel for Certain Claimants |
| 169 | Thomas Law Office, PLLC | | | | | | 502-473-6540 | 877-955-7002 | lou.schneider@thomaslawoffices.com | Louis C. Schneider | *NOA - Counsel for Certain Claimants |
| 170 | TN Dept of Labor - Bureau of Unemployment Insurance | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | PO Box 20207 | Nashville, TN 37202-0207 | | 615-532-8933 | 615-741-3334 | AGBankDelaware@ag.tn.gov | Laura L. McCloud | *NOA - Tennessee Attorney General's Office |
| 171 | Tremont Sheldon Robinson Mahoney PC | Attn: Cindy Robinson | Attn: Doug Mahoney | 64 Lyon Ter | Bridgeport, CT 06604 | | 203-335-5145 | 203-366-8503 | crobinson@tremontsheldon.com | Cindy L. Robinson | *NOA - Counsel for Jane Doe, Party in Interest |
| 172 | Tremont Sheldon Robinson Mahoney PC | | | | | | 203-335-5145 | 203-366-8503 | dmahoney@tremontsheldon.com | Doug Mahoney | *NOA - Counsel for Jane Doe, Party in Interest |
| 173 | Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier | Attn: Marcy J. McLaughlin Smith | 1313 Market St, Ste 5100 | P.O. Box 1709 | Wilmington, DE 19899-1 | 302-777-6500 | 302-421-8390 | david.fournier@troutman.com | David M. Fournier | *NOA - Counsel for the National Surety Corporation |
| 174 | Troutman Pepper Hamilton Sanders LLP | | | | | | 302-777-6500 | 302-421-8390 | marcy.smith@troutman.com | Marcy J. McLaughlin Smith | *NOA - Counsel for the National Surety Corporation |
| 175 | Troutman Pepper Hamilton Sanders LLP | Attn: Harris B. Winsberg | Attn: Matthew G. Roberts | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | 404-885-3348 | 404-885-3900 | harris.winsberg@troutman.com | Harris B. Winsberg | *NOA - Counsel for the National Surety Corporation |
| 176 | Troutman Pepper Hamilton Sanders LLP | | | | | | 404-885-2737 | 404-885-3900 | matthew.roberts2@troutman.com | Matthew G. Roberts | *NOA - Counsel for the National Surety Corporation |
| 177 | Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg | 750 Shipyard Dr, Ste 400 | P.O. Box 2092 | Wilmington, DE 19899-2092 | | 302-658-6901 | 302-658-4018 | sreidenberg@trplaw.com | Seth J. Reidenberg | *NOA - Counsel for American Zurich |
| 178 | United States Dept Of Justice | 950 Pennsylvania Ave, Nw | Room 2242 | Washington, DC 20530-0001 | | | 202-514-2000 | | | | Core Parties |
| 179 | US Attorney For Delaware | Attn: David C Weiss | 1007 Orange St, Ste 700 | P.O. Box 2046 | Wilmington, DE 19899-2046 | | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | | Core Parties |
| 180 | Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason/Douglas Mayer | Attn:Joseph C. Celentino | 51 W 52nd St | New York, NY 10019 | | 212-403-1252 | 212-403-2252 | rgmason@wlrk.com | Richard G. Mason | Core Parties - Counsel for Prepetition Ad Hoc Committee of L |
| 181 | Wachtell, Lipton, Rosen & Katz | | | | | | 212-403-1251 | 212-403-2251 | dkmayer@wlrk.com | Douglas K. Mayer | Core Parties - Counsel for Prepetition Ad Hoc Committee of L |
| 182 | Wachtell, Lipton, Rosen & Katz | | | | | | 212-403-1076 | 212-403-2076 | jccelentino@wlrk.com | Joseph C. Celentino | Core Parties - Counsel for Prepetition Ad Hoc Committee of L |
| 183 | Walker Wilcox Maousek LLP | Attn: Christopher A. Wadley | 1 N Franklin, Ste 3200 | Chicago, IL 60606 | | | 312-244-6717 | | cwadley@walkerwilcox.com | Christopher A. Wadley | *NOA - Counsel to for Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor |
| 184 | Wanger Jones Helsley, PC. | Attn: Riley C. Walter | 265 E River Park Circle, Ste 310 | Fresno, CA 93720 | | | 559-490-0949 | | rwalter@wjhattorneys.com | Riley C. Walter | *NOA - Counsel for Sequoia Counsel of Boy Scouts, Inc. |
| 185 | Ward and Smith, P.A. | Attn: Paul A Fanning | P.O. Box 8088 | Greenville, NC 27835-8088 | | | 252-215-4000 | 252-215-4077 | paf@wardandsmith.com | Paul A Fanning | *NOA - Counsel for East Carolina Council BSA, Inc. |
| 186 | Whiteford, Taylor & Preston LLC | Attn: Richard W Riley | The Renaissance Centre | 405 N King St, Ste 500 | Wilmington, DE 19801 | | 302-353-4144 | | rriley@wtplaw.com | Richard W. Riley | *NOA - Counsel for Baltimore Area Council Boy Scouts of Amer |
| 187 | Whiteford, Taylor & Preston LLP | Attn: Todd M Brooks | 7 St Paul St, 15th Fl | Baltimore, MD 21202-1626 | | | 410-347-9421 | | tbrooks@wtplaw.com | Todd M. Brooks | *NOA - Counsel for Baltimore Area Council Boy Scouts of Amer |
| 188 | Wilks Law, LLC | Attn: David E. Wilks | 4250 Lancaster Pike, Ste 200 | Wilmington, DE 19805 | | | 302-225-0850 | | dwilks@wilks.law | David E. Wilks | *NOA - Counsel for Interested Parties Andrew Van Arsdale and Timothy |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 189 | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Craig Goldblatt | 1875 Pennsylvania Ave NW | Washington, DC 20006 | | | 202-663-6000 | 202-663-6363 | craig.goldblatt@wilmerhale.com | Craig Goldblatt | *NOA - Counsel for the Columbia Casualty Company and The Con |
| 190 | Womble Bond Dickinson (US) LLP | Attn: Matthew Ward/Morgan Patterson | 1313 N Market St, Ste 1200 | Wilmington, DE 19801 | | | 302-252-4320 | 302-252-4330 | matthew.ward@wbd-us.com | Matthew P. Ward | *NOA - Counsel for JPMorgan Chase Bank, National Association |
| 191 | Womble Bond Dickinson (US) LLP | | | | | | 302-252-4320 | 302-252-4330 | morgan.patterson@wbd-us.com | Morgan L. Patterson | *NOA - Counsel for JPMorgan Chase Bank, National Association |
| 192 | Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr | Attn: Robert Brady/Edwin Harron | Rodney Square | 1000 N King St | Wilmington, DE 19801 | 302-571-6684 | 302-576-3325 | jpatton@ycst.com | James L. Patton, Jr | Core Parties - Counsel to the Prepetition Future Claimants’ |
| 193 | Young Conaway Stargatt & Taylor | | | | | | 302-571-6690 | 302-576-3283 | rbrady@ycst.com | Robert S. Brady | Core Parties - Counsel to the Prepetition Future Claimants’ |
| 194 | Young Conaway Stargatt & Taylor | | | | | | 302-571-6703 | 302-576-3298 | eharron@ycst.com | Edwin J. Harron | Core Parties - Counsel to the Prepetition Future Claimants’ |