IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Doc. 6052** |

**ORDER GRANTING MOTION TO EXCEED PAGE LIMITATION WITH RESPECT TO CERTAIN INSURERS' SUPPLEMENTAL OBJECTION TO MOTION FOR APPROVAL OF DEBTORS' DISCLOSURE STATEMENT**

Upon the motion (the "*Motion*")[2] of the Movant for entry of an order (the "*Order*") to exceed the page limit for **Certain Insurers' Supplemental Objection To Motion For Approval Of Debtors' Disclosure Statement** [D.I. 6052] (the "*Objection*"); and after due deliberation, the Court having determined that good and sufficient cause has been shown.

**IT IS HEREBY ORDERED THAT:**

      1. The Motion is GRANTED.

      2. Certain Insurers are authorized to file an Objection that is up to [47] pages in length.

      3. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the Motion.

{01779843;v1}

Date: August 23, 2021
Wilmington, Delaware

_____
THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE