## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: September 23, 2021 at 10:00 a.m.**<br>**Objection Deadline: September 7, 2021 at 4:00 p m.** |

## NOTICE OF MOTION OF "JOHN DOE" TO PERMIT
## FILING OF PROOF OF CLAIM AFTER BAR DATE

"John Doe" ("Movant") has filed the attached Motion to Permit Filing of Proof of Claim after Bar Date (the "Motion") which seeks the following relief: authority to file a proof of claim for childhood sexual abuse after the bar date, with such claim to be deemed timely filed.

A HEARING ON THE MOTION WILL BE HELD BEOFRE THE HONORABLE LAURIE SELBER SILVERSTEIN ON **SEPTEMBER 23, 2021 AT 10:00 A.M.** AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #2, WILMINGTON, DE 19801.

You are required to file a response to the Motion on or before **SEPTEMBER 7, 2021 AT 4:00 p.m.** At the same time you must also serve a copy of the response upon Movant's attorney at the address listed below. **FAILURE TO TIMELY FILE AND SERVE A RESPONSE MAY RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

DATED:  August 23, 2021

                              _____/s/ Christopher D. Loizides_____
                              Christopher D. Loizides (No. 3968)
                              LOIZIDES, P.A.
                              1225 King Street, Suite 800
                              Wilmington, DE 19801

Telephone:     (302) 654-0248
Facsimile:     (302) 654-0728
E-mail:        loizides@loizides.com

*Counsel for "John Doe"*