IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. \_\_\_\_\_ |

### ORDER GRANTING THE MOTION OF
### "JOHN DOE" TO PERMIT
### FILING OF PROOF OF CLAIM AFTER BAR DATE

Upon consideration of the above-referenced motion (the "Motion", D.I. \_\_\_\_), it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Movant[1] may file a proof of claim with the claims agent appointed in these cases within 14 days of the entry of this Order on the docket, and such claim shall be deemed timely filed.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Motion to Permit Filing of Proof of Claim After Bar Date