**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF DISCOVERY CONFERENCE
SCHEDULED FOR AUGUST 30, 2021, AT 2:00 P.M. (ET)**

**This remote discovery conference will be conducted entirely over Zoom and requires all participants to register in advance. Please register by August 30, 2021, at 11:00 a.m. Eastern Time**

**COURTCALL WILL NOT BE USED FOR THIS DISCOVERY CONFERENCE.**

**Please use the following link to register for this discovery conference:**

https://debuscourts.zoomgov.com/meeting/register/vJItf-6vpjgsH73q1kIzZ7IiGObrBo--ht4

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the discovery conference.**

Topic: Boy Scouts of America

**Time: August 30, 2021, at 2:00 p.m. Eastern Time (US and Canada)**

DISCOVERY CONFERENCE

1) Joint Letter to the Honorable Judge Laurie Silverstein from the Official Committee of Tort Claimants, the Coalition of Abused Scouts for Justice and the Future Claimants' Representative Regarding Discovery (D.I. 6102, filed 8/20/21).

   Status: Please take notice that at the direction of the Court a discovery conference will be held.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: August 24, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>            aremming@morrisnichols.com<br>            ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>           mlinder@whitecase.com<br>           laura.baccash@whitecase.com<br>           blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |