# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI<br><br>JAMES D. CECCHI (1933-1995)<br>JOHN G. GILFILLAN III (1936-2008)<br>ELLIOT M. OLSTEIN (1939-2014)<br>BRENDAN T. BYRNE (1924-2018) | JAMES T. BYERS<br>DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>LINDSEY H. TAYLOR<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>MICHAEL CROSS<br>STEPHEN R. DANEK<br>MICHAEL A. INNES | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J. 07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>www.carellabyrne.com | PETER G. STEWART<br>FRANCIS C. HAND<br>AVRAM S. EULE<br>JAMES A. O'BRIEN III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>+MEMBER FL BAR ONLY<br>**MEMBER NY BAR ONLY<br>***MEMBER IL BAR ONLY | RAYMOND J. LILLIE<br>MEGAN A. NATALE<br>CHRISTOPHER J. BUGGY<br>JOHN P. PETROZZINO<br>GREGORY G. MAROTTA<br>KEVIN COOPER<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>ZACHARY A. JACOBS*** |

August 20, 2021

United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, Delaware 19801

Re:   **Removal From Mailing List**

Dear Sir or Madam:

My name is Christopher J. Buggy and I have a non-filing ECF account for the District of Delaware Bankruptcy Court that I am currently using to receive electronic notifications in the matter In re Boy Scouts of America, Case No. 20-10343 (LSS). The electronic notifications are sent to my email address: cbuggy@carellabyrne.com.

Please remove me from the mailing list in this matter so that I stop receiving electronic notifications for this case.

Thank you for your assistance with this matter. Please contact me if you have any questions.

Very truly yours,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

CHRISTOPHER J. BUGGY

CJB:
#743581