**FILED**

2021 AUG 25 AM 8:14

Honorable Judge Lauri Selbert Silverstein    August 14, 2001
824 Market Street (6th Floor)
BSA Bankruptcy Case / BSA Sexual Child Abuse.
Wilmington, DE 19801

RE: Case #SA-███ (Vitim ███████████)

Dear Judge Silverstein:

I apologize for bothering you with such a massive case load on your shoulders. However, I want to be sure that you have read all of my claims filed with the AVA Law Group!

This BSA Supervisor did something to me that was so horrible that I am embarrassed, humiliated to even write about it.
He (claiming to be ████ met me many morning at the bicycle rack ion rear of school, and told me that the teachers would not care and could give a damn if I was at school or not. <u>52-times He kept me out of school promising to take me to the movies, rather than attend my classes in 4th grade!</u>
<u>The massive absentee caused me to be put back from 4th grade to repeat the 3rd grade all over again! I lost a year of my life by this move that broke my heart when the teacher walked me down the hall holding my hand and introducing me to the 3rd grade classroom which I had already passed on before.</u>

███████████████████████████

The school and school board recommended psychological evaluations on me, stating that something traumatic in my life was far too great for my young mind to absorb and adjust too! They had no idea what I was going through daily!
(████ BSA Supervisor / molester tried to make me refer to him as dad or father, so when someone saw him trying to drag me to his playhouse (apartment) he could tell them that I was his son and he caught me skipping school and was taking me home against my will!
████████████████████████████
Theater in Jacksonville, Florida.
████████████████████████████

Please request all the correspondence that I have had with the
**And finally:** *I did report these incidents to my BSA counselor (troop leader) who told me to keep quiet about this and he would handle the claim!*
*I did report this to my father, who took me to City Sheriff's Department and reported this personally to Sheriff ████████, Who replied that he could not go much farther with this claim without positive proof, especially when I was charging a high-official (Supervisor) of the BSA! Nothing ever came of either reporting!*

Much, Much, more to report to you if I ever get the opportunity to talk one-on-one with you.

My wife could not handle all this stress and tried to take her life 10 days ago and has been in a coma for five days now, She may be Baker-Acted, since she has lost her will to live with what happened to me and how it seems non-relevant to many in our court systems.  The BSA must be made to compensate to the victims and prevented from ever putting anyone through what I have suffered in my life!

Thank you for allowing me to vent. It helps to talk with someone who really cares!