IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | : | Case No. 20-10343 (LSS) |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF BRAD ELIAS

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Mary Beth Forshaw of Simpson Thacher & Bartlett LLP to represent Chubb Group Holdings Inc. in the above-captioned cases and any adversary proceeding related thereto.

Date:  August 27, 2021           /s/ Stamatios Stamoulis
                                 Stamatios Stamoulis (DE No. 4606)
                                 STAMOULIS & WEINBLATT LLC
                                 800 N. West Street Third Floor
                                 Wilmington, Delaware 19801
                                 Tel:  (302) 999-1540
                                 Email:  stamoulis@swdelaw.com

                                 *Counsel to Chubb Group Holdings, Inc.*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the State of New York and Connecticut and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 will be paid to the Clerk of the Court for District Court upon filing of this motion.

Dated:  August 27, 2021          /s/Mary Beth Forshaw
                                 Mary Beth Forshaw
                                 Simpson Thacher & Bartlett LLP
                                 425 Lexington Avenue
                                 New York, New York 10017
                                 Tel: 212-455-2846
                                 Email: mforshaw@stblaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.