**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | : | Case No. 20-10343 (LSS) |
| Debtors. | : | Jointly Administered |

**CORRECTED MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
OF JONATHAN K. YOUNGWOOD**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jonathan K. Youngwood of Simpson Thacher & Bartlett LLP to represent Chubb Group Holdings Inc. in the above-captioned cases and any adversary proceeding related thereto.

Date: August 29, 2021        /s/ Stamatios Stamoulis
                             Stamatios Stamoulis (DE No. 4606)
                             STAMOULIS & WEINBLATT LLC
                             800 N. West Street Third Floor
                             Wilmington, Delaware 19801
                             Tel: (302) 999-1540
                             Email: stamoulis@swdelaw.com

                             *Counsel to Chubb Group Holdings, Inc.*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 will be paid to the Clerk of the Court for District Court upon filing of this motion.

Dated: August 29, 2021       /s/Jonathan K. Youngwood
                             Jonathan K. Youngwood
                             Simpson Thacher & Bartlett LLP
                             425 Lexington Avenue
                             New York, New York 10017
                             Tel: 212-455-3539
                             Email: jyoungwood@stblaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.