# EXHIBIT B



| | | | | | | REMIT TO:<br>MIPRO CONSULTING<br>P.O. BOX 674500<br>DETROIT, MI 48267-4500 |
|---|---|---|---|---|---|---|
| Invoice #23232<br>Date: 05/31/21<br>Terms: Net 30<br>Due: 06/30/21<br>Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH | | | | | | |
| To<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA 90067 | | | | | | From<br>MiPro Consulting<br>1100 Corporate Office Dr<br>Suite 100<br>Milford, MI 48381<br>United States<br><br>Voice: 248 684-1900<br>Fax: 800 774-5187 |

| User | Project | Date | Hours | Rate | Total | Description/Notes |
|---|---|---|---|---|---|---|
| Prakash, Vinay | | | | | | |
| | Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH | | | | | |
| | | 5/27/2021 | 3 | $187/hr | $561.00 | Executed closing process and analyzed differences in PeopleSoft for J212 and F662. |
| | | Sub-total | 3 | | $561.00 | |
| Total | | | 3 | | $561.00 | |