**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: Boy Scouts of America | Case No. | 20-10343 (LSS) |
| Debtor | Lead Case No. | 20-10343 (LSS) |
| | Jointly Administered | ✓ |

**MONTHLY OPERATING REPORT**                                             Chapter 11

| | | | | |
|---|---|---|---|---|
| Reporting Period Ended: | 7/31/2021 | Petition Date: | 2/18/2020 |
| Months Pending: | 17 | Industry Classification: | 7139 |
| Reporting Method: | Accrual Basis | | |
| Debtor's Full-Time Employees (current): | 682 | | |
| Debtor's Full-Time Employees (as of date of order for relief): | 997 | | |

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

| Provided | Supporting Documentation | Schedule |
|---|---|---|
| ✓ | Statement of cash receipts and disbursements | A |
| ✓ | Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit | B |
| ✓ | Statement of operations (profit or loss statement) | C |
| ✓ | Accounts receivable aging | D |
| ✓ | Postpetition liabilities aging | E |
| | Statement of capital assets | N/A |
| ✓ | Schedule of payments to professionals | F |
| | Schedule of payments to insiders | N/A |
| | All bank statements and bank reconciliations for the reporting period | N/A |
| | Description of the assets sold or transferred and the terms of the sale or transfer | N/A |

| | |
|---|---|
| /s/ Paige N. Topper | Paige N. Topper |
| Signature of Responsible Party | Printed Name of Responsible Party |
| August 30, 2021 | Wilmington, DE |
| Date | Address |

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

| Part 1: Cash Receipts and Disbursements ($ in thousands) | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $ 80,797 | |
| b. Total receipts (net of transfers between accounts) | 36,776 | 481,495 |
| c. Total disbursements (net of transfers between accounts) | 29,754 | 466,912 |
| d. Cash balance end of month (a+b-c) | $ 87,820 | |
| e. Disbursements made by third party for the benefit of the estate | - | - |
| f. Total disbursements for quarterly fee calculation (c+e) | $ 29,860 | $ 470,112 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $ 2,730 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | 135 |
| c. Inventory (Book) | 45,351 |
| d. Total current assets | 342,364 |
| e. Total assets | $ 933,273 |
| f. Postpetition payables (excluding taxes) | 130,033 |
| g. Postpetition payables past due (excluding taxes) | 1,241 |
| h. Postpetition taxes payable | 1,484 |
| i. Postpetition taxes past due | - |
| j. Total postpetition debt (f+h) | $ 131,517 |
| k. Prepetition secured debt | 222,262 |
| l. Prepetition priority debt | (2) |
| m. Prepetition unsecured debt | 251,664 |
| n. Total liabilities (debt) (j+k+l+m) | $ 605,441 |
| o. Ending equity/net worth (e-n) | $ 327,832 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $ - | $ - |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | - | - |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $ - | $ - |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $ 12,193 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | - | |
| c. Gross profit (a-b) | $ 12,193 | |
| d. Selling expenses | - | |
| e. General and administrative expenses | 9,474 | |
| f. Other expenses | 349 | |
| g. Depreciation and/or amortization (not included in 4b) | 232 | |
| h. Interest | 599 | |
| i. Taxes (local, state, and federal) | - | |
| j. Reorganization items | 8,390 | |
| k. Profit (loss) | $ (6,851) | $ (99,620) |

| Debtor's Name | Boy Scouts of America | | Case No. | 20-10343 (LSS) |
|---|---|---|---|---|

### Part 5: Professional Fees and Expenses
($ in thousands)

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $ 3,956 | $ 61,355 | $ 1,790 | $ 52,253 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| 1 | OMNI MANAGEMENT GROUP INC | Claims Agent | 622 | 16,222 | 57 | 14,409 |
| 2 | SIDLEY AUSTIN LLP | Counsel | - | 11,333 | - | 10,723 |
| 3 | WHITE & CASE LLP | Counsel | - | 10,219 | - | 8,177 |
| 4 | ALVAREZ & MARSAL HOLDINGS LLC | Financial Advisor | 1,605 | 9,225 | 632 | 7,311 |
| 5 | BATES WHITE LLC | Claims Advisor | 647 | 4,708 | 518 | 3,825 |
| 6 | HAYNES & BOONE LLP | Insurance Advisor | 729 | 3,651 | 584 | 3,076 |
| 7 | OGLETREE DEAKINS NASH SMOAK&STEWART PC | Claims Advisor | 225 | 2,275 | - | 1,829 |
| 8 | KCIC LLC | Other | - | 1,688 | - | 1,355 |
| 9 | MORRIS NICHOLS ARSHT & TUNNELL | Local Delaware Counsel | 129 | 1,509 | - | 1,274 |
| 10 | PRICEWATERHOUSE COOPERS LLP | Auditor | - | 360 | - | 109 |
| 11 | HOTEL & LEISURE ADVISORS LLC | Appraiser | - | 99 | - | 99 |
| 12 | FLORIDA KEYS APPRAISAL SERVICES | Appraiser | - | 25 | - | 25 |
| 13 | JAMES F WELLES | Appraiser | - | 18 | - | 18 |
| 14 | DAWN M POWELL APPRAISALS INC | Appraiser | - | 9 | - | 9 |
| 15 | FI SALTER REAL ESTATE INC | Appraiser | - | 8 | - | 8 |
| 16 | BW FERGUSON & ASSOCIATES LTD | Appraiser | - | 6 | - | 6 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $ 328 | $ 3,567 | $ 328 | $ 3,567 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| 1 | FTI CONSULTING INC | Strategic Communications and Public Relations | 47 | 897 | 47 | 897 |
| 2 | WILLIS TOWERS WATSON INC | Pension / Health & Benefits | 25 | 523 | 25 | 523 |
| 3 | STEPTOE & JOHNSON PLLC | Corporate Counsel | 10 | 408 | 10 | 408 |
| 4 | FOX ROTHSCHILD LLP | Counsel - IP Matters | 28 | 287 | 28 | 287 |
| 5 | BAX ADVISORS LLC | General Counsel Advisor | 8 | 204 | 8 | 204 |
| 6 | HARPER AND PEARSON | Audit and Financial Statement Preparation | 78 | 156 | 78 | 156 |
| 7 | WIGGIN & DANA LLP | Defense Counsel | 10 | 129 | 10 | 129 |
| 8 | STITES & HARBISON PLLC | Defense Counsel | - | 122 | - | 122 |
| 9 | HECHT SPENCER & ASSOCIATES INC | Government Relations / Lobbyist | - | 95 | - | 95 |
| 10 | LCG ASSOCIATES INC | Match Savings Plan Consulting | 25 | 88 | 25 | 88 |
| 11 | LEWIS BRISBOIS BISGAARD & SMITH | Defense Counsel | 1 | 55 | 1 | 55 |
| 12 | COVINGTON & BURLING | Counsel - Investigations | - | 54 | - | 54 |
| 13 | JONES SKELTON & HOCHULI PLC | Defense Counsel | 49 | 53 | 49 | 53 |
| 14 | WILSON ELSER MOSKOWITZ | Defense Counsel | 5 | 49 | 5 | 49 |
| 15 | SAUL EWING LLP | Defense Counsel | 4 | 47 | 4 | 47 |
| 16 | MELICK PORTER LLP | Defense Counsel | 0 | 40 | 0 | 40 |
| 17 | NORTON ROSE FULBRIGHT LLP | Asia Trademark Counsel | 24 | 37 | 24 | 37 |
| 18 | Milliman USA Inc | Actuary - Insurance Reserves | - | 31 | - | 31 |
| 19 | SCHEPER KIM & HARRIS LLP | Defense Counsel | - | 29 | - | 29 |
| 20 | DENTONS US LLP | Defense Counsel | - | 29 | - | 29 |
| 21 | VERNIS & BOWLING OF THE FL KEYS | Defense Counsel | 1 | 29 | 1 | 29 |
| 22 | WHITE AND WILLIAMS LLP | Defense Counsel | 0 | 27 | 0 | 27 |
| 23 | CIVILLE & TANG PLLC | Defense Counsel | - | 18 | - | 18 |
| 24 | MARKOWITZ HERBOLD GLADE AND MEHLHAF PC | Defense Counsel | 4 | 17 | 4 | 17 |
| 25 | FREDRIKSON & BYRON PA | Defense Counsel | - | 15 | - | 15 |
| 26 | BAKER & HOSTETLER LLP | Counsel - Data Privacy | - | 14 | - | 14 |
| 27 | CLARKE SLIVERGLATE PA | Defense Counsel | - | 13 | - | 13 |
| 28 | MCGUIRE WOODS LLP | Defense Counsel | 4 | 13 | 4 | 13 |
| 29 | HEPLERBROOM LLC | Defense Counsel | 0 | 13 | 0 | 13 |
| 30 | MCLANE MIDDLETON PROF ASSOC | Defense Counsel | - | 12 | - | 12 |
| 31 | KELEHER & MCLEOD PA, ATTORNEYS AT LAW | Defense Counsel | - | 9 | - | 9 |
| 32 | KIPP AND CHRISTIAN PC | Defense Counsel | - | 8 | - | 8 |
| 33 | BOONE KARLBERG PC | Defense Counsel | 0 | 7 | 0 | 7 |
| 34 | FLOYD PFLUEGER & RINGER | Defense Counsel | 1 | 7 | 1 | 7 |
| 35 | BAYS LUNG ROSE HOLMA ATTORNEYS AT LAW | Defense Counsel | - | 6 | - | 6 |
| 36 | HINSHAW & CULBERTSON LLP | Defense Counsel | - | 5 | - | 5 |
| 37 | MITCHELL, WILLIAMS, SELIG, GATES | Defense Counsel | 2 | 4 | 2 | 4 |
| 38 | HUESTON HENNIGAN | Defense Counsel | - | 4 | - | 4 |
| 39 | WICKER,SMITH,O'HARA,MCCOY,&FORD PA | Defense Counsel | - | 4 | - | 4 |
| 40 | MILLER JOHNSON SNELL & CUMMISKEY PLC | Defense Counsel | - | 3 | - | 3 |
| 41 | HAWLEY TROXELL ENNIS & HAWLEY LLP | Defense Counsel | 2 | 2 | 2 | 2 |
| 42 | STICH ANGELL KREIDLER UNKE & SCATTERGOOD | Investigations Counsel | - | 1 | - | 1 |
| 43 | KAMM & MCCONNELL LLC | Investigations Counsel | - | 0 | - | 0 |
| 44 | NICHOLAS W MULICK PA | Defense Counsel | - | 0 | - | 0 |
| c. | All professional fees and expenses (debtor & committees) | | $ 9,326 | $ 105,569 | $ 4,683 | $ 90,100 |

| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

| Part 6: Postpetition Taxes ($ in thousands) | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $ - | $ - |
| b. Postpetition income taxes paid (local, state, and federal) | - | - |
| c. Postpetition employer payroll taxes accrued | 513 | 7,027 |
| d. Postpetition employer payroll taxes paid | 513 | 7,836 |
| e. Postpetition property taxes paid | 1 | 104 |
| f. Postpetition other taxes accrued (local, state, and federal) | 447 | 3,525 |
| g. Postpetition other taxes paid (local, state, and federal) | 468 | 3,178 |

| Part 7: Questionnaire - During this reporting period: | Yes | No | N/A |
|---|---|---|---|
| a. Were any payments made on prepetition debt? (if yes, see Instructions) | ✓ | | |
| b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | | ✓ | |
| c. Were any payments made to or on behalf of insiders? | ✓ | | |
| d. Are you current on postpetition tax return filings? | ✓ | | |
| e. Are you current on postpetition estimated tax payments? | ✓ | | |
| f. Were all trust fund taxes remitted on a current basis? | ✓ | | |
| g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | | ✓ | |
| h. Were all payments made to or on behalf of professionals approved by the court? | ✓ | | |
| i. Do you have: Worker's compensation insurance? | ✓ | | |
| If yes, are your premiums current? | ✓ | | |
| Casualty/property insurance? | ✓ | | |
| If yes, are your premiums current? | ✓ | | |
| General liability insurance? | ✓ | | |
| If yes, are your premiums current? | ✓ | | |
| (if not current on any premiums, see Instructions) | | | |
| j. Has a plan of reorganization been filed with the court? | ✓ | | |
| k. Has a disclosure statement been filed with the court? | ✓ | | |
| l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | ✓ | | |

| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

| Part 8: Individual Chapter 11 Debtors (Only) | Current Month | Yes | No | N/A |
|---|---|---|---|---|
| a. Gross income (receipts) from salary and wages | $ - | | | |
| b. Gross income (receipts) from self-employment | - | | | |
| c. Gross income from all other sources | - | | | |
| d. Total income in the reporting period (a+b+c) | $ - | | | |
| e. Payroll deductions | - | | | |
| f. Self-employment related expenses | - | | | |
| g. Living expenses | - | | | |
| h. All other expenses | - | | | |
| i. Total expenses in the reporting period (e+f+g+h) | $ - | | | |
| j. Difference between total income and total expenses (d-i) | $ - | | | |
| k. List the total amount of all postpetition debts that are past due | $ - | | | |
| l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | | | ✓ | |
| m. If yes, have you made all Domestic Support Obligation payments? | | | | ✓ |

## PRIVACY ACT STATEMENT

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http:// www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| /s/ Michael A. Ashline | Michael A. Ashline |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Financial Officer | August 30, 2021 |
| Title | Date |