| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

## Schedule A: Statement of cash receipts and disbursements

*($ in thousands)*

| Unrestricted Cash Management System | | |
|---|---:|---:|
| **Total Beginning Unrestricted Cash Balance** | $ | 80,797 |
| **RECEIPTS** | | |
| *Operating Receipts* | | |
|     Registrations | | 1,365 |
|     Supply | | 4,874 |
|     High-Adventure Bases | | 3,341 |
|     A/R Receipts | | 6,202 |
|     Other Operating Receipts | | 980 |
|     National Jamboree Fees | | - |
|     Other | | 17 |
|     Total Operating Receipts | | 16,779 |
| Transfers from Investments & Rest. Accounts, Net | | 670 |
| Other Collections / Distributions | | 5 |
| **Total Receipts** | | **17,454** |
| **DISBURSEMENTS** | | |
| Total Trade AP | | (7,592) |
| Total Payroll and Benefits | | (13,972) |
| Other Expenses | | (2,599) |
| Total Operating Disbursements | | (24,163) |
| **NON-OPERATING CASH FLOWS** | | |
| GLIP | | (145) |
| Capex (BSA) | | (8) |
| Capex (Summit) | | (14) |
| Total Non-Operating Expenses | | (167) |
| **BANKRUPTCY-RELATED DISBURSEMENTS** | | |
| Restructuring Professionals | | (4,662) |
| Adequate Protection Payments | | (762) |
| Other - Noticing Program / Utility Deposit | | - |
| Pre-Petition Vendor Payments | | - |
| Total Bankruptcy Related Expenses | | (5,423) |
| **Total Disbursements** | | **(29,754)** |
| **Net Cash Flow Before Endowment Contributions** | | **(12,300)** |
| Funding Sources (Endowment Transfers) | | 19,322 |
| **Total Ending Unrestricted Cash Balance - BSA** | | **87,820** |
| Unrestricted Endowment Balance | | 9 |
| Unrestricted RBT Balance | | 66,417 |
| **Total Ending Unrestricted Liquidity - BSA** | $ | **154,245** |

| Restricted Cash Management System | | |
|---|---:|---:|
| **Beginning Restricted Liquidity Balance** | $ | 141,392 |
| Receipts | | 420 |
| Disbursements | | (106) |
| Change in BSA's Investment in Commingled Endowment Fund L.P. | | 1,559 |
| Transfers (to) / from Unrestricted Cash Management System | | (481) |
| **Ending Restricted Liquidity Balance** | $ | **142,784** |

Footnotes:
(1) Receipts and disbursements reflect activity for the post-petition period of July 3, 2021 through July 31, 2021. Actual cash flow results are recorded on a weekly basis for reporting consistent with the Cash Collateral Order and, therefore, capture actual results beginning 7/3/21 instead of 7/1/21.
(2) All information contained herein is unaudited and subject to future adjustment.
(3) Excludes approximately $63 million of cash, which is restricted for accounting purposes, in the L/C Cash Collateral Account that collateralizes a standby letter of credit. Includes both cash and money market funds.
(4) Does not include results for non-debtor entities controlled by the Debtors and therefore do not represent the consolidated financial results of the Boy Scouts of America.

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: | | |
|---|---:|---:|
| **TOTAL DISBURSEMENTS** | $ | 29,860 |
|   LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | | - |
|   PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ | **29,860** |