| Debtor's Name | | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|---|

**Boy Scouts of America**
**Schedule C: Statement of operations (profit or loss statement)**
**(Income Statement)**

($ In Thousands)

| REVENUES | July 31, 2021 | Cumulative Filing to Date |
|---|---:|---:|
| Registration Fees | $ 1,190 | $ 94,212 |
| National Service Fees | 818 | 12,895 |
| Event Fees | - | 1,473 |
| Supply Net Operations | 119 | (15,986) |
| Investment-related Revenues | 755 | 28,465 |
| High-adventure Base Net Operations | 6,336 | (925) |
| Summit Net Operations | | - |
| Other Revenues | 474 | 12,539 |
| GLIP Insurance Premiums | 2,311 | 45,661 |
| Contributions-Non Summit | 190 | 14,862 |
| Contributions-Summit Development | - | - |
| Total Revenues | 12,193 | 193,196 |
| | | |
| EXPENSES | | |
| Salary | 2,294 | 48,336 |
| Benefits | 794 | 17,976 |
| Other Benefits | 56 | 551 |
| Outsourcing/External Services | 725 | 14,257 |
| Travel | (31) | 772 |
| Operating | 272 | 4,767 |
| Information Technology | 624 | 12,691 |
| Office Expense | 27 | 496 |
| Insurance (GLIP, Property and Casualty, Workers' Comp.,etc.) | 2,859 | 69,588 |
| Facilities and Equipment | 141 | 2,549 |
| Depreciation | 232 | 5,089 |
| World Bureau Fees | 350 | 1,404 |
| General Liability Insurance | 2,128 | 37,827 |
| Legal Fees | 56 | 5,782 |
| Interest and Line of Credit Fees | 599 | 10,067 |
| Other Expenses (1) | 349 | (44,152) |
| Insider Compensation | 127 | 2,156 |
| Allocated Expenses | (948) | (27,564) |
| Total Expenses | 10,654 | 162,592 |
| | | |
| Excess/(Deficiency) of Revenues over/under Expenses Before Reorganization Items | $ 1,539 | $ 30,604 |
| Professional Fees | 7,005 | 111,053 |
| U.S. Trustee Quarterly Fees | - | 1,500 |
| Other Reorganization Expenses | 1,385 | 17,671 |
| Gain/(Loss) from Sale of Equipment | - | - |
| Total Reorganization Expenses | 8,390 | 130,224 |
| Excess (Deficiency) of Revenues over/under Expenses | $ (6,851) | $ (99,620) |

Footnotes:

(1) The credit to other expense is due to the reduction in accrued liability for self-insured medical and dental claims as a result of updating the estimate of unpaid and incurred but not reported claims following the dissolution of the Employee Welfare Benefits Trust, a voluntary employees' beneficiary association (VEBA) trust, which was exhausted in 2nd quarter 2020.