| Debtor's Name | | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|---|

## Schedule D: Accounts receivable aging

($ In Thousands)

| Accounts Receivable Reconciliation | June 30, 2021 | July 31, 2021 |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $3,406 | $3,430 |
| + Amounts billed during the period | 8,296 | 7,449 |
| - Amounts collected during the period | (8,272) | (7,958) |
| Total Accounts Receivable at the end of the reporting period | $3,430 | $2,921 |
| | | |
| **Accounts Receivable Aging** | **June 30, 2021** | **July 31, 2021** |
| 0 - 30 days old | $3,211 | $2,645 |
| 31 - 60 days old | 60 | 119 |
| 61 - 90 days old | 8 | 22 |
| 91+ days old | 151 | 135 |
| Total Accounts Receivable | $3,430 | 2,921 |
| Amount considered uncollectible (Bad Debt) | (217) | (191) |
| Accounts Receivable (Net) | $3,213 | $2,730 |