| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

## Schedule E: Postpetition liabilities aging

($ In Thousands)

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| | | | **Number of Days Past Due** | | | |
| Accounts Payable | $ 2,804 | $ 891 | $ 75 | $ 40 | $ 235 | $ 4,045 |
| Wages Payable | 4,573 | - | - | - | - | 4,573 |
| Taxes Payable | 1,484 | - | - | - | - | 1,484 |
| Secured Debt/Adequate Protection Payments | 634 | - | - | - | - | 634 |
| Professional Fees | 33,658 | - | - | - | - | 33,658 |
| Amounts Due to Insiders* | 133 | - | - | - | - | 133 |
| **Total Postpetition Debts** | $ 43,286 | $ 891 | $ 75 | $ 40 | $ 235 | $ 44,527 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

The majority of AP past due 60 days or more relates to parties with outstanding past due receivables and thus payment is being withheld. Any other past-due amounts will be cured in near-term payment runs

Detail of post-petition Accounts Payable is not attached to this monthly operating report, however upon request, the Debtor will provide a status update to the U.S. Trustee

*"Insider" is defined in 11 U.S.C. Section 101(31).