Schedule F

Debtor's Name: Boy Scouts of America  
Case No.: 20-10343 (LSS)

**Schedule F: Schedule of payments to professionals**  
($ in thousands)

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) (1) | | $ 3,956 | $ 61,355 | $ 1,790 | $ 52,253 |
| b. | Debtor's professional fees & expenses (nonbankruptcy) (1) | | 328 | 3,567 | 328 | 3,567 |
| | Committees' professional fees & expenses (bankruptcy) | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | 1  PACHULSKI STANG ZIEHL & JONES | TCC Counsel | 1,152 | 9,410 | - | 7,274 |
| | 2  KRAMER LEVIN NAFTAILS & FRANKE | UCC Counsel | - | 4,548 | - | 4,126 |
| | 3  BERKELEY RESEARCH GROUP | TCC Financial Advisor | 1,712 | 4,662 | 1,370 | 3,867 |
| | 4  ALIX PARTNERS LLP | UCC Financial Advisor | - | 3,807 | - | 3,390 |
| | 5  PJT PARTNERS LP | Lender Financial Advisor | 175 | 2,978 | 175 | 2,978 |
| | 6  NORTON ROSE FULBRIGHT US LLP | Lender Counsel | 39 | 2,225 | 39 | 2,225 |
| | 7  GILBERT LLP | FCR Insurance Counsel | 315 | 2,401 | 252 | 1,950 |
| | 8  YOUNG CONWAY STARGATT & TAYLOR | FCR Counsel | 747 | 2,383 | 305 | 1,700 |
| | 9  PASICH LLP | TCC Insurance Counsel | - | 1,617 | - | 1,294 |
| | 10 CBRE INC | TCC Appraiser | - | 1,454 | - | 1,163 |
| | 11 COMMONWEALTH MEDIATION &CONCILIATION INC | Mediator | 89 | 1,066 | 89 | 1,066 |
| | 12 HOGAN LOVELLS US LLP | Mediator | 421 | 1,128 | 231 | 938 |
| | 13 THE GALLAGHER LAW GROUP | Mediator | - | 664 | - | 664 |
| | 14 ANKURA CONSULTING GROUP LLC | FCR Consultant | 114 | 800 | 59 | 551 |
| | 15 YOUNG CONWAY STARGATT & TAYLOR (James Patton) | FCR Legal Representative | 163 | 666 | 32 | 444 |
| | 16 REED SMITH LLP | UCC Local Delaware Counsel | - | 178 | - | 178 |
| | 17 JUSTIN H RUCKI | Fee Examiner | - | 217 | - | 173 |
| | 18 WOMBLE BOND DICKINSON (US) LLP | Lender Local Delaware Counsel | - | 153 | 11 | 153 |
| | 19 ROCK CREEK ADVISORS | TCC Pension Financial Advisor | 114 | 260 | - | 117 |
| | 20 SUMMIT INVESTMENT MANAGEMENT LLC | TCC Appraiser | - | 17 | - | 17 |
| | 21 JON R CONTE PHD INC | TCC Consultant | - | 14 | - | 11 |
| | Committees' professional fees & expenses (bankruptcy) | *Aggregate Total* | 5,042 | 40,647 | 2,565 | 34,279 |
| c. | All professional fees and expenses (debtor & committees) | | $ 9,326 | $ 105,569 | $ 4,683 | $ 90,100 |

Footnote:  
(1) Refer to Part 5 for payments to debtor professionals