| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |

## Part 7: Questionaire Report

**Question a. Payment of Prepetition Debts**

($ In Actuals)

| Payee Name | Date | Amount | Description |
|---|---|---:|---|
| New Jersey Div Of Consumer Affairs | 7/8/2021 | $ 12 | Pursuant to Taxes Order |
| TENNESSEE SECRETARY OF STATE | 7/8/2021 | 10 | Pursuant to Taxes Order |
| MICHIGAN DEPT OF LICENSING &REG AFFAIRS | 7/8/2021 | 3 | Pursuant to Taxes Order |
| MONTANA CNCL #315 | 7/14/2021 | 369 | Pursuant to Shared Services Order (Local Council) |
| WI DEPT OF FINC INSTITUTIONS | 7/27 & 7/28/2021 | 14 | Pursuant to Taxes Order |
| OHIO STATE UNIVERSITY | 7/29/2021 | 5,000 | Pursuant to Public Programs Order |
| NORTHERN NEW JERSEY CNCL #333 | 7/29/2021 | 4,611 | Pursuant to Shared Services Order (Local Council) |
| BRIGHAM YOUNG UNIVERSITY | 7/29/2021 | 3,060 | Pursuant to Public Programs Order |
| LONGHORN COUNCIL #662 | 7/29/2021 | 2,198 | Pursuant to Shared Services Order (Local Council) |
| THREE HARBORS CNCL #636 | 7/29/2021 | 2,000 | Pursuant to Shared Services Order (Local Council) |
| HOOSIER TRAILS CNCL #145 | 7/29/2021 | 1,973 | Pursuant to Shared Services Order (Local Council) |
| CAPITOL AREA CNCL #564 | 7/29/2021 | 1,205 | Pursuant to Shared Services Order (Local Council) |
| WEST TENNESSEE CNCL #559 | 7/29/2021 | 1,186 | Pursuant to Shared Services Order (Local Council) |
| PIEDMONT CNCL #420 | 7/29/2021 | 1,105 | Pursuant to Shared Services Order (Local Council) |
| LINCOLN HERITAGE CNCL #205 | 7/29/2021 | 505 | Pursuant to Shared Services Order (Local Council) |
| TRANSATLANTIC CNCL #802 | 7/29/2021 | 500 | Pursuant to Shared Services Order (Local Council) |
| GOLDEN GATE AREA CNCL #23 | 7/29/2021 | 469 | Pursuant to Shared Services Order (Local Council) |
| WESTERN LOS ANGELES COUNTY CNCL #51 | 7/29/2021 | 464 | Pursuant to Shared Services Order (Local Council) |
| NORTH FLORIDA CNCL #87 | 7/29/2021 | 406 | Pursuant to Shared Services Order (Local Council) |
| DANIEL WEBSTER CNCL #330 | 7/29/2021 | 393 | Pursuant to Shared Services Order (Local Council) |
| GRAND CANYON CNCL #10 | 7/29/2021 | 300 | Pursuant to Shared Services Order (Local Council) |
| THREE FIRES CNCL #127 | 7/29/2021 | 248 | Pursuant to Shared Services Order (Local Council) |
| MICHIGAN CROSSROADS COUNCIL 780 | 7/29/2021 | 240 | Pursuant to Shared Services Order (Local Council) |
| NORTHEAST GEORGIA CNCL #101 | 7/29/2021 | 236 | Pursuant to Shared Services Order (Local Council) |
| CASCADE PACIFIC CNCL NO 492 | 7/29/2021 | 203 | Pursuant to Shared Services Order (Local Council) |
| CIRCLE TEN CNCL 571 | 7/29/2021 | 200 | Pursuant to Shared Services Order (Local Council) |
| PATRIOTS' PATH CNCL #358 | 7/29/2021 | 168 | Pursuant to Shared Services Order (Local Council) |
| CENTRAL GEORGIA CNCL #96 | 7/29/2021 | 150 | Pursuant to Shared Services Order (Local Council) |
| NORTHERN STAR COUNCIL #250 | 7/29/2021 | 150 | Pursuant to Shared Services Order (Local Council) |
| ALLEGHENY HIGHLANDS CNCL #382 | 7/29/2021 | 100 | Pursuant to Shared Services Order (Local Council) |
| MORAINE TRAILS CNCL #500 | 7/29/2021 | 56 | Pursuant to Shared Services Order (Local Council) |
| VERDUGO HILLS CNCL #58 | 7/29/2021 | 42 | Pursuant to Shared Services Order (Local Council) |
| TECUMSEH CNCL #439 | 7/29/2021 | 35 | Pursuant to Shared Services Order (Local Council) |
| RIO GRANDE CNCL #775 | 7/29/2021 | 30 | Pursuant to Shared Services Order (Local Council) |
| GREEN MOUNTAIN CNCL NO 592 | 7/29/2021 | 30 | Pursuant to Shared Services Order (Local Council) |
| SAN DIEGO-IMPERIAL CNCL #49 | 7/29/2021 | 24 | Pursuant to Shared Services Order (Local Council) |
| SIMON KENTON CNCL #441 | 7/29/2021 | 13 | Pursuant to Shared Services Order (Local Council) |
| MINSI TRAILS CNCL #502 | 7/29/2021 | 12 | Pursuant to Shared Services Order (Local Council) |
| CROSSROADS OF AMERICA COUNCIL No 160 | 7/29/2021 | 10 | Pursuant to Shared Services Order (Local Council) |
| NORTHWEST TEXAS CNCL #587 | 7/29/2021 | 6 | Pursuant to Shared Services Order (Local Council) |
| DENVER AREA CNCL NO 61 | 7/29/2021 | 4 | Pursuant to Shared Services Order (Local Council) |
| **Total Preptition Payments in Month Ending Jul 31, 2021** | | **$ 27,739** | |