MAIL Wakulla CI
5 2021

FILED
2021 AUG 31 AM 8:45
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

August 25, 2021

Honorable Laura Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

Dear Judge Silverstein,

Please excuse my handwriting as I am blind. (20/400)

I have written to several attorneys attempting to get on the lawsuit about the Boy Scout Masters and what they did to me and other kids. Only one responded in the last year and all he said was that I was too late.

The T.V. said that even if it was decades ago, I still could be a plaintiff.

I had tried to hide and bury all of the pain and misery that had happened decades ago, but

-1-

everyone that knows what happened to me kept saying that I should get on it anyway.

I do not know how to get on this lawsuit, but I have tried to do this and maybe people will leave me alone now because I am writing to you.

The reason that I did not try at first was because I do not feel as if money is enough, I believe that the Boy Scouts organization should be disbanded and not allowed to start up again because the perpetrators (SOME OF THEM) are dead and cannot be prosecuted. It's not going to stop.

I do not know if you can do anything to help me or not, but if you can, it will be deeply appreciated.

Respectfully,

-2-