**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
Boy Scouts of America and                                    :    Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]                                        :
                                                             :    (Jointly Administered)
                                    Debtors.                 :    **Objection Deadline: September 14, 2021 at 4:00 pm
                                                             :    (ET)**
                                                             :    **Hearing Date: Only if Objections are Filed**
------------------------------------------------------------ X

**SUMMARY COVER SHEET TO THE SEVENTEENTH MONTHLY FEE
APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM JULY 1, 2021 THROUGH JULY 31, 2021**

| | |
|---|---|
| Name of Applicant: | Kramer Levin Naftalis & Frankel LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to March 4, 2020 |
| Period for which compensation and reimbursement is sought: | July 1, 2021 through July 31, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $121,353.50 (80% of which is $97,082.80) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $6,610.50 |

This is a: **X** monthly      ___ interim      ___ final application.

**Prior Applications: Yes.**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

KL2 3245766.2

**Prior Statements:**

| Date Filed/ Docket No. | Filing Period | Requested | | Approved | | Court Order/ CNO Filed |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 6/9/2020 D.I. 813 | 3/4/2020 – 3/31/2020 | $581,149.50 | $13,885.41 | $464,919.60 | $13,885.41 | D.I. 892 |
| 6/24/2020 D.I. 899 | 4/1/2020 – 4/30/2020 | $501,179.00 | $13,507.13 | $400,943.20 | $13,507.13 | D.I. 1000 |
| 7/27/2020 D.I. 1048 | 5/1/2020 – 5/31/2020 | $447,050.00 | $7,289.52 | $357,640.00 | $7,289.52 | D.I. 1097 |
| 8/21/2020 D.I. 1134 | 6/1/2020 – 6/30/2020 | $508,293.50 | $12,667.35 | $406,634.80 | $12,667.35 | D.I. 1317 |
| 9/1/2020 D.I. 1212 | 7/1/2020 – 7/31/2020 | $371,567.00 | $4,527.33 | $297,253.60 | $4,527.33 | D.I. 1332 |
| 10/15/2020 D.I. 1526 | 8/1/2020 – 8/31/2020 | $429,082.00 | $5,920.52 | $343,265.60 | $5,920.52 | D.I. 1607 |
| 10/30/2020 D.I. 1610 | 9/1/2020 – 9/30/2020 | $253,297.00 | $1,372.19 | $202,637.60 | $1,372.19 | D.I. 1690 |
| 11/25/2020 D.I. 1738 | 10/1/2020 – 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | D.I. 1856 |
| 2/9/2021 D.I. 2123 | 11/1/2020 – 11/30/2020 | $215,956.00 | $1,218.41 | $172,764.80 | $1,218.41 | D.I. 2263 |
| 3/30/2021 D.I. 2486 | 12/1/2020 – 12/31/2020 | $130,991.00 | $442.89 | $104,792.80 | $442.89 | D.I. 2602 |
| 4/2/2021 D.I. 2528 | 1/1/2021 – 1/31/2021 | $265,561.00 | $2,091.59 | $212,448.80 | $2,091.59 | D.I. 2634 |
| 5/5/2021 D.I. 3145 | 2/1/2021 – 2/28/2021 | $213,649.50 | $1,648.44 | $170,919.60 | $1,648.44 | D.I. 4710 |
| 5/20/2021 D.I. 3152 | 3/1/2021 – 3/31/2021 | $125,688.50 | $162.39 | $100,550.80 | $162.39 | D.I. 4711 |
| 06/03/2021 D.I. 5220 | 4/1/2021- 4/30/2021 | $101,480.00 | $325.59 | $81,184.00 | $325.59 | D.I. 5380 |
| 8/12/2021 D.I. 5981 | 5/1/2021- 5/31/2021 | $108,763.50 | $133.83 | $87,010.80 | $133.83 | D.I. 6132 |
| 8/12/2021 D.I. 5985 | 6/1/2021- 6/31/2021 | $83,623.00 | $221.73 | $66,898.40 | $221.73 | D.I. 6134 |
| **SUBTOTAL** | | **$4,592,992.00** | **$65,414.32** | **$3,674,393.60** | **$65,414.32** | |
| First and Second Interim Reduction[2] | | ($39,270.50) | ($807.49) | ($39,270.50) | ($807.49) | |
| Third Interim Reduction[3] | | ($13,229.75) | $0.00 | ($13,229.75) | $0.00 | |
| Fourth Interim Reduction[4] | | ($12,209.00) | $0.00 | ($12,209.00) | $0.00 | |
| **TOTAL** | | **$4,528,282.75** | **$64,606.83** | **$3,609,684.35** | **$64,606.83** | |

[2] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $39,270.50 in fees and $807.49 in expenses during the First and Second Interim Application Periods.

[3] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $13,229.75 in fees during the Third Interim Application Period.

[4] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $12,209.00 in fees during the Fourth Interim Application Period.

2

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**SUMMARY OF BILLING BY PROFESSIONAL
<u>JULY 1, 2021 THROUGH JULY 31, 2021</u>**

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation[6] |
|---|---|---|---|---|---|
| Mayer, Thomas Moers | 1982 | **Partner** Employee Benefits Since (1998) | $1,575.00 | 0.70 | $1,102.50 |
| Ringer, Rachael L. | 2011 | **Partner** Creditors' Rights (Since 2019) | $1,200.00 | 6.70 | $8,040.00 |
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,130.00 | 37.60 | $42,488.00 |
| Sharret, Jennifer | 2008 (NY; NJ) | **Special Counsel** Creditors' Rights (Since 2018) | $1,105.00 | 2.40 | $2,652.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $950.00 | 27.40 | $26,030.00 |
| Nowicki, Adam | 2021 | **Associate** Creditors' Rights (Since 2021) | $615.00 | 55.00 | $33,825.00 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $440.00 | 16.40 | $7,216.00 |
| **TOTAL** | | | | **146.20** | **$121,353.50** |

**Blended Rate:  $830.05**

[5] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2021).

[6] Kramer Levin voluntarily reduced its fees by $9,317.00 and expenses by $60.22 during the Application Period.

KL2 3245766.2

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Project Category | Total Hours | Total Fees[7] |
|---|---|---|
| Case Administration (00001) | 3.80 | $1,777.00 |
| Committee Meetings and Communications (00002) | 39.90 | $28,289.00 |
| Plan/Disclosure Statement Issues (00007) | 48.10 | $49,511.00 |
| Fee Statements and Applications (00017) | 22.00 | $12,154.50 |
| Committee Investigation (00020) | 1.90 | $836.00 |
| Hearings and Court Matters (00021) | 27.20 | $25,217.00 |
| Professional Retention (00025) | 2.40 | $2,589.00 |
| Communications with Debtors (00029) | 0.90 | $980.00 |
| **TOTAL** | **146.20** | **$121,353.50** |

---

[7] Total compensation requested reflects a voluntary reduction of $9,317.00 in fees.

KL2 3245766.2

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses [8] |
|---|---|---|
| Pacer Online Research | Pacer | $21.50 |
| Photocopying | Kramer Levin | $15.50 |
| Transcript Fees | Veritext | $6,573.50 |
| **TOTAL** | | **$6,610.50** |

---

[8] Kramer Levin reduced its expenses by $60.22 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

KL2 3245766.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
                                   :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Boy Scouts of America and | : | Case No. 20-10343 (LSS) |
| Delaware BSA, LLC,[9] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | **Objection Deadline: September 14, 2021 at 4:00 pm (ET)** |
| | : | **Hearing Date: Only if Objections are Filed** |

---------------------------------------------------------- X

**SEVENTEENTH MONTHLY FEE APPLICATION OF**
**KRAMER LEVIN NAFTALIS & FRANKEL LLP,**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM**
**JULY 1, 2021 THROUGH JULY 31, 2021**

Kramer Levin Naftalis & Frankel (the "**Applicant**" or "**Kramer Levin**"), counsel to the

Official Committee of Unsecured Creditors (the "**Creditors' Committee**") of Boy Scouts of America

and Delaware BSA, LLC and its affiliated debtors and debtors-in-possession (collectively, the

"**Debtors**") in the above-captioned chapter 11 cases, hereby applies, pursuant to (i) sections 330 and

331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), (ii) Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), (iii) Rule 2016-2 of

the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "**Local Rules**"), (iv) the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 341] (the

"**Interim Compensation Order**"), (v) the *Order Amending the Order Approving Procedures For*

---

[9] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

*Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense Reimbursement for Official Committee Members* [Docket No. 5899] (the "**Amended Interim Compensation Order**," and together with the Interim Compensation Order, the "**Interim Compensation Orders**"),[10] and (vi) the *Order Appointing Fee Examiner and Establishing Related Procedures of the Review of Applications of Retained Professionals* [Docket No. 1342] (the "**Fee Examiner Order**"), for allowance of compensation for services rendered and reimbursement of expenses for the period from July 1, 2021 through July 31, 2021 (the "**Application Period**"), and respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.  Such relief also is warranted under Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

**A.      The Chapter 11 Cases**

3.      On February 18, 2020 (the "**Petition Date**"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

4.      On March 5, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") filed the Notice of Appointment of Committee of Unsecured Trade Creditors [Docket No. 141].  The Creditors' Committee consists of: (i) Pension Benefit Guaranty Corporation (the

---

[10] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Order or the Amended Interim Compensation Order, as applicable.

"**PBGC**"), (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson Education, Inc. and (v) Lion Brothers Company, Inc.

5.       On September 18, 2020, the Court entered the Fee Examiner Order appointing Rucki Fee Review, LLC as the Fee Examiner (the "**Fee Examiner**") to provide assistance to the Court related to professional fee and expense analysis and review.

**B.       The Retention of Kramer Levin**

6.       On April 23, 2020, the Creditors' Committee applied to the Court for an order authorizing it to retain and employ Kramer Levin as its counsel, *nunc pro tunc* to March 4, 2020 [Docket No. 481]. On May 11, 2020, the Court entered an order authorizing such retention [Docket No. 607].

**C.       The Interim Compensation Orders and the Fee Examiner Order**

7.       The Interim Compensation Orders and the Fee Examiner Order (together, the "**Fee Orders**") set forth the procedures for interim compensation and reimbursement of expenses in these Chapter 11 Cases. Specifically, the Fee Orders provide that a Professional may file no earlier than the fifteenth (15th) day of each month following the month for which compensation is sought, provide to the Fee Examiner, and serve a monthly application for interim allowance of compensation for services rendered and reimbursement of expenses incurred, together with the applicable time entries and itemized expenses (the "**Monthly Fee Application**") on the Notice Parties. Provided that there are no objections to the Monthly Fee Application filed within fourteen (14) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay such Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in such Monthly Fee Application. If an objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80% of the fees and 100% of the expenses not subject

3

to an objection.  Pursuant to the Fee Orders, payment of the 20% holdback amount will be payable upon the Court's authorization of a final fee application (the "**Final Fee Application**").

<div align="center">

**RELIEF REQUESTED**
</div>

8.      Pursuant to the Fee Orders and section 331 of the Bankruptcy Code, Kramer Levin is seeking compensation in the amount of $97,082.80, which is equal to eighty percent (80%) of the $121,353.50 in fees for professional services rendered by Kramer Levin during the Application Period.  This amount is derived solely from the applicable hourly billing rates of Kramer Levin's personnel who rendered such services to the Creditors' Committee.  In addition, Kramer Levin is seeking reimbursement of expenses incurred during the Application Period in the amount of $6,610.50.

**A.      Compensation Requested**

9.      Attached hereto as Exhibit A is a detailed itemization, by project category, of all services performed by Kramer Levin with respect to the Chapter 11 Cases during the Application Period.  This detailed itemization complies with Del. Bankr. L.R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

10.     The attorneys and paraprofessionals who rendered services related to each category are identified in Exhibit A, along with the number of hours for each individual and the total compensation sought for each category.

**B.      Expense Reimbursement**

11.     Kramer Levin incurred out-of-pocket expenses during the Application Period in the amount of $6,610.50.  Attached hereto as Exhibit B is a description of the expenses actually incurred by Kramer Levin in the performance of services rendered as counsel to the Creditors'

<div align="center">

4
</div>

Committee.  The expenses are broken down into categories of charges, including among other things, the following charges: photocopying, scanning and printing, telecopy, filing fees, messenger service, outside printing, computerized legal research, and other non-ordinary expenses.[11]

## ANALYSIS AND NARRATIVE DESCRIPTION OF SERVICES RENDERED AND TIME EXPENDED

12.     Kramer Levin sets forth a brief narrative description of the services rendered, for or on behalf of the Creditors' Committee, and the time expended, organized by billing task categories, as follows:

**A.    Case Administration**
**Kramer Levin Billing Code: 1**
**(Fees: $1,777.00/ Hours Billed: 3.80)**

13.     During the Application Period, Kramer Levin conducted various administrative tasks, including, *inter alia*: (i) maintaining work-in-progress reports and work streams; (ii) monitoring calendars of critical dates; (iii) preparing materials for internal distribution; (iv) obtaining filed pleadings and maintaining case folders of the same; and (v) routine communications and correspondences.

**B.    Committee Meetings and Communications**
**Kramer Levin Billing Code: 2**
**(Fees: $28,289.00/ Hours Billed: 39.90)**

14.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) preparing for and leading weekly conference calls with the Creditors' Committee and its professionals to discuss all pending case matters; (ii) maintaining meeting minutes; (iii) communicating with individual Creditors' Committee members and their

---

[11] In accordance with Del. Bankr. L.R. 2016-2(e)(iii), Kramer Levin does not charge more than $0.10 per page for photocopies.

KL2 3245766.2

advisors; and (iv) providing the Creditors' Committee with near-daily update emails regarding recently filed pleadings, case issues and negotiations, and other items relevant to the Chapter 11 Cases.

**C.    Plan/Disclosure Statement Issues**
       **Kramer Levin Billing Code: 7**
       **(Fees: $49,511.00/ Hours Billed: 48.10)**

15.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) reviewing, analyzing, and commenting on various provisions of the Debtors' proposed plan of reorganization and disclosure statement; (ii) revising a draft UCC letter in support of the Debtors' disclosure statement; (iii) reviewing and analyzing the Debtors' proposed restructuring support agreement ("**RSA**"); (iv) attending depositions related to RSA discovery; (v) revising a draft "Frequently Asked Questions" document for certain general unsecured creditors regarding the Debtors' proposed plan of reorganization; and (vi) communicating internally and with case professionals regarding plan and disclosure statement issues.

**D.    Fee Statements and Applications**
       **Kramer Levin Billing Code: 17**
       **(Fees: $12,154.50 / Hours Billed: 22.00)**

16.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) ensuring that its applications for compensation submitted in these Chapter 11 Cases complied in all respects with local rules and the U.S. Trustee Guidelines; (ii) ensuring that confidentiality and privilege remained intact in the descriptions of work conducted; (iii) reviewing the fee examiner report and preparing Kramer Levin's response to the same; and (iv) reviewing and filing Committee professional fee statements.

**E.    Committee Investigation**
**Kramer Levin Billing Code: 20**
**(Fees: $836.00/ Hours Billed: 1.90)**

17.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) organizing and reviewing data room documents; and (ii) communicating internally regarding the same.

**F.    Hearing and Court Matters**
**Kramer Levin Billing Code: 21**
**(Fees: $25,217.00 / Hours Billed: 27.20)**

18.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) preparing for and attending the July 7 status conference on insurers' adjournment request; (ii) preparing for and attending the July 21 omnibus hearing; (iii) preparing for and attending the July 27 emergency discovery status conference; and (iv) preparing for and attending the July 29 omnibus hearing.

**G.    Professional Retention**
**Kramer Levin Billing Code: 25**
**(Fees: $2,589.00 / Hours Billed: 2.40)**

19.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*, (i) revising a draft supplemental declaration disclosing additional connections to certain parties-in-interest; and (ii) communicating internally and with case professionals concerning the same.

KL2 3245766.2

**H.** **Communication with Debtors**
**Kramer Levin Billing Code: 29**
**(Fees: $980.00 / Hours Billed: 0.90)**

20.       During the Application Period, Kramer Levin services performed in connection

with this category relate to, inter alia, communicating with counsel to the Debtors regarding the

status of these Chapter 11 Cases and pending issues.

## VALUATION OF SERVICES

21.       Attorneys and paraprofessionals of Kramer Levin have expended a total of 146.20

hours in connection with this matter during the Application Period.

22.       The amount of time spent by each of the professionals providing services to the

Creditors' Committee for the Application Period is set forth in <u>Exhibit A</u>.  The rates are Kramer

Levin's normal hourly rates of compensation for work of this character.  The reasonable value of

the services rendered by Kramer Levin for the Application Period as counsel for the Creditors'

Committee in these Chapter 11 Cases is $121,353.50.

23.       Kramer Levin believes that the time entries included in <u>Exhibit A</u> attached hereto

and the expense breakdown set forth in <u>Exhibit B</u> attached hereto are in compliance with the

requirements of Local Rule 2016-2.

24.       In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested

is fair and reasonable given (a) the complexity of these Chapter 11 cases, (b) the time expended,

(c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs

of comparable services other than in a case under this title.

## NOTICE

25.       Applicant will provide notice of this Application to: (i) the Debtors, Boy Scouts of

America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii)

KL2 3245766.2

counsel to the Debtors, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Jessica C. Lauria, and White & Case, LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Matthew E. Linder and Michael C. Andolina; (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott; (iv) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David L. Buchbinder and Hannah M. McCollum; (v) counsel to the TCC, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James F. O'Neill; (vi) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron; (vii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason and Joseph C. Celentino; (viii) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and Kristian W. Gluck; (ix) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump; and (x) the Fee Examiner, Justin H. Rucki, Rucki Fee Review, LLC, 1111 Windon Drive, Wilmington, DE 19803.  In light of the nature of the relief requested, Kramer Levin submits that no other or further notice is required.

## NO PRIOR REQUEST

26.     No prior request for the relief sought in the Application has been made to this or any other court.

## CERTIFICATE OF COMPLIANCE AND WAIVER

27.    The undersigned representative of Kramer Levin certifies that she has reviewed the requirements of Local Rule 2016-2, and that the Application substantially complies with that Local Rule.  To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, Kramer Levin believes that such deviations are not material and respectfully requests that any such requirements be waived.  A true and correct copy of the Verification of Rachael L. Ringer is attached hereto as Exhibit C.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

KL2 3245766.2

## CONCLUSION

**WHEREFORE**, Kramer Levin respectfully requests that the Court enter an Order: (i) granting the Application and authorizing (a) allowance of compensation in the amount of $97,082.80 (80% of $121,353.50) for professional services rendered and (b) reimbursement for actual and necessary costs in the amount of $6,610.50; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated:  August 31, 2021

<div style="margin-left: 50%">

*/s/ Rachael L. Ringer*
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*

</div>

KL2 3245766.2

EXHIBIT A

Compensation Summary

**EXHIBIT A**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Project Category | Total Hours | Total Fees[12] |
|---|---|---|
| Case Administration (00001) | 3.80 | $1,777.00 |
| Committee Meetings and Communications (00002) | 39.90 | $28,289.00 |
| Plan/Disclosure Statement Issues (00007) | 48.10 | $49,511.00 |
| Fee Statements and Applications (00017) | 22.00 | $12,154.50 |
| Committee Investigation (00020) | 1.90 | $836.00 |
| Hearings and Court Matters (00021) | 27.20 | $25,217.00 |
| Professional Retention (00025) | 2.40 | $2,589.00 |
| Communications with Debtors (00029) | 0.90 | $980.00 |
| **TOTAL** | **146.20** | **$121,353.50** |

[12] Total compensation requested reflects a voluntary reduction of $9,317.00 in fees.

2

KL2 3245766.2

# Kramer Levin



August 31, 2021

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 831316
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through July 31, 2021.**

| | |
|---|---|
| Fees | $121,353.50 |
| Disbursements and Other Charges | 6,610.50 |
| **TOTAL BALANCE DUE** | **$127,964.00** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



August 31, 2021
Invoice #: 831316
073427-00001
Page 2

**Case Administration**

<div align="center">

**MATTER SUMMARY**

</div>

**For professional services rendered through July 31, 2021 in connection with the following matters:**

| Matter | Matter Name | Total |
|---|---|---|
| 073427-00001 | Case Administration | $8,387.50 |
| 073427-00002 | Committee Meetings and Communications | $28,289.00 |
| 073427-00007 | Plan/Disclosure Statement Issues | $49,511.00 |
| 073427-00017 | Fee Statements and Applications | $12,154.50 |
| 073427-00020 | Committee Investigation | $836.00 |
| 073427-00021 | Hearings and Court Matters | $25,217.00 |
| 073427-00025 | Professional Retention | $2,589.00 |
| 073427-00029 | Communications with Debtors | $980.00 |
| **Total Fees** | | **$121,353.50** |
| Disbursements and Other Charges | | **$6,610.50** |
| **TOTAL CURRENT INVOICES** | | **$127,964.00** |

<div align="center">

**Professional Services Summary**

</div>

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Mayer Thomas Moers | Partner | Creditors' Rights | 1982 | $1,575.00 | 0.70 | $1,102.50 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP    NEW YORK | SILICON VALLEY | PARIS



August 31, 2021
Invoice #: 831316
073427-00001
Page 3

**Case Administration**

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Ringer Rachael L. | Partner | Creditors' Rights | 2011 | $1,200.00 | 6.70 | $8,040.00 |
| Hamerman Natan | Counsel | Litigation | 2002 | $1,130.00 | 37.60 | $42,488.00 |
| Sharret Jennifer | Spec Counsel | Creditors' Rights | 2008 | $1,105.00 | 2.40 | $2,652.00 |
| Wasson Megan | Associate | Creditors' Rights | 2017 | $950.00 | 27.40 | $26,030.00 |
| Nowicki Adam | Associate | Creditors' Rights | 2021 | $615.00 | 55.00 | $33,825.00 |
| McNamara James | Paralegal | Creditors' Rights | N/A | $440.00 | 16.40 | $7,216.00 |
| **TOTAL FEES** | | | | | **146.20** | **$121,353.50** |

**DISBURSEMENTS AND OTHER CHARGES SUMMARY**

| DESCRIPTION | AMOUNT |
|---|---|
| Pacer Online Research | $21.50 |
| Photocopying | 15.50 |
| Transcript Fees | 6,573.50 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$6,610.50** |



August 31, 2021
Invoice #: 831316
073427-00001
Page 4


**Case Administration**


**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 0.60 | $369.00 |
| McNamara, James | Paralegal | 3.20 | 1,408.00 |
| **TOTAL FEES** | | **3.80** | **$1,777.00** |


**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/9/2021 | McNamara, James | Update BSA case calendar (1.0). | 1.00 | $440.00 |
| 7/12/2021 | Nowicki, Adam | Update WIP list (0.2); emails w/ M. Wasson re: same (0.2). | 0.40 | 246.00 |
| 7/20/2021 | McNamara, James | Update internal records from docket (0.9). | 0.90 | 396.00 |
| 7/21/2021 | Nowicki, Adam | Revise WIP list (0.2). | 0.20 | 123.00 |
| 7/21/2021 | McNamara, James | Update internal records from docket (0.4); correspondence w/ KL team re same (0.1). | 0.50 | 220.00 |
| 7/23/2021 | McNamara, James | Update internal records from docket (0.4); correspondence w/ A. Nowicki re same (0.2); update and send case calendar to N. Hamerman (0.2). | 0.80 | 352.00 |
| **TOTAL** | | | **3.80** | **$1,777.00** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP     NEW YORK  |  SILICON VALLEY  |  PARIS



August 31, 2021
Invoice #: 831316
073427-00002
Page 5

**Committee Meetings and Communications**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.20 | $1,440.00 |
| Hamerman, Natan | Counsel | 0.70 | 791.00 |
| Sharret, Jennifer | Spec Counsel | 0.70 | 773.50 |
| Nowicki, Adam | Associate | 30.30 | 18,634.50 |
| Wasson, Megan | Associate | 7.00 | 6,650.00 |
| **TOTAL FEES** | | **39.90** | **$28,289.00** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/1/2021 | Nowicki, Adam | Draft UCC meeting minutes for 6/29 meeting (0.3); draft email to M. Wasson regarding same (0.1); draft UCC update email including insurers' motion to adjourn, weekly financial update (1.6); emails to M. Wasson re: same (0.3). | 2.30 | $1,414.50 |
| 7/2/2021 | Sharret, Jennifer | Review UCC update email (0.2). | 0.20 | 221.00 |
| 7/2/2021 | Wasson, Megan | Review and revise UCC update email (0.6); review RSA motion re same (0.8). | 1.40 | 1,330.00 |



August 31, 2021
Invoice #: 831316
073427-00002
Page 6

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/2/2021 | Nowicki, Adam | Review filings for update email, including Debtors' RSA motion (1.0) and objection to Insurers' adjournment motion (0.5); draft UCC update email re: same (1.0); emails w/ M. Wasson re: same (0.2); finalize and circulate same (0.3). | 3.00 | 1,845.00 |
| 7/6/2021 | Nowicki, Adam | Review filings for update email, including Debtors' Fourth Amended Plan (0.6) and revised disclosure statement (0.5); draft UCC update email re: same (1.2); emails w/ R. Ringer, M. Wasson re: same (0.3); finalize UCC update email and circulate same (0.3). | 2.90 | 1,783.50 |
| 7/6/2021 | Wasson, Megan | Review and comment on UCC meeting minutes (0.2); review and comment on UCC update email re: amended plan (0.7). | 0.90 | 855.00 |
| 7/7/2021 | Nowicki, Adam | Draft UCC update email re: 7/07 status conference (1.3); emails w/ R. Ringer, M. Wasson re: same (0.3); finalize same and circulate same (0.3). | 1.90 | 1,168.50 |
| 7/7/2021 | Wasson, Megan | Review and comment on UCC update email (0.3). | 0.30 | 285.00 |
| 7/12/2021 | Nowicki, Adam | Draft UCC update email re: cancelling weekly UCC call (0.2); emails w/ M. Wasson, R. Ringer re: same (0.3); prepare for (0.1) and attend UCC professionals' call (0.1). | 0.70 | 430.50 |



August 31, 2021
Invoice #: 831316
073427-00002
Page 7

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/12/2021 | Wasson, Megan | Prepare for (0.1) and attend UCC professionals' call (0.1); comment on UCC update email (0.1). | 0.30 | 285.00 |
| 7/13/2021 | Ringer, Rachael L. | Call with UCC member re: case questions (0.5). | 0.50 | 600.00 |
| 7/13/2021 | Nowicki, Adam | Draft UCC update email including weekly liquidity update (0.2); emails w/ M. Wasson re: same (0.1); finalize and circulate same (0.2). | 0.50 | 307.50 |
| 7/19/2021 | Nowicki, Adam | Draft UCC update email including rescheduling weekly UCC call, update on upcoming hearings, and weekly financial update (0.5); emails w/ R. Ringer, M. Wasson re: same (0.2). | 0.70 | 430.50 |
| 7/20/2021 | Nowicki, Adam | Revise UCC update email per comments from M. Wasson (0.1); finalize and circulate same (0.2). | 0.30 | 184.50 |
| 7/20/2021 | Wasson, Megan | Call with UCC Member re Plan (0.3). | 0.30 | 285.00 |
| 7/21/2021 | Nowicki, Adam | Draft UCC update email re: 7/21 hearing (1.0); finalize and circulate same (0.2). | 1.20 | 738.00 |
| 7/21/2021 | Wasson, Megan | Review and comment on UCC update email (0.3). | 0.30 | 285.00 |
| 7/22/2021 | Nowicki, Adam | Review numerous objections to Debtors' RSA motion (2.2); draft UCC update email re: same (3.5). | 5.70 | 3,505.50 |
| 7/23/2021 | Nowicki, Adam | Revise UCC update email (1.2); finalize and circulate same (0.4). | 1.60 | 984.00 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP    NEW YORK  |  SILICON VALLEY  |  PARIS



August 31, 2021
Invoice #: 831316
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/23/2021 | Wasson, Megan | Review and comment on draft UCC update email (0.5). | 0.50 | 475.00 |
| 7/26/2021 | Nowicki, Adam | Review various objections and motions ISO Debtors' RSA motion (1.5); draft UCC update email re: same (2.2); finalize per M. Wasson comments and circulate same (0.3). | 4.00 | 2,460.00 |
| 7/26/2021 | Wasson, Megan | Review and comment on UCC update email (0.6). | 0.60 | 570.00 |
| 7/27/2021 | Ringer, Rachael L. | Attend weekly UCC call (0.5), revise UCC update email re: same (0.2). | 0.70 | 840.00 |
| 7/27/2021 | Hamerman, Natan | Prep for UCC call (0.2); participate in weekly UCC call (0.5). | 0.70 | 791.00 |
| 7/27/2021 | Sharret, Jennifer | Participate in weekly UCC call (0.5). | 0.50 | 552.50 |
| 7/27/2021 | Nowicki, Adam | Draft UCC update email (0.3); emails w/ M. Wasson re: same (0.2); draft second UCC update re: emergency discovery conference (0.2); prep for (0.2) and attend weekly UCC call (0.5); draft UCC meeting minutes for same (0.2); draft third UCC update email re: outcome of emergency discovery conference (1.4). | 3.00 | 1,845.00 |
| 7/27/2021 | Wasson, Megan | Prep for (0.7) and attend weekly UCC call (0.5); comment on UCC update email (0.3). | 1.50 | 1,425.00 |



August 31, 2021
Invoice #: 831316
073427-00002
Page 9

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/28/2021 | Nowicki, Adam | Draft UCC update email including update on upcoming omnibus hearing, Debtors' RSA amendment (0.8); emails w/ M. Wasson re: same (0.2). | 1.00 | 615.00 |
| 7/28/2021 | Wasson, Megan | Review UCC update email and comment on same (0.2); review RSA amendment re same (0.3). | 0.50 | 475.00 |
| 7/29/2021 | Nowicki, Adam | Draft UCC update email re: Debtors' objection to Hartford's motion to strike, UCC letter in support, and UCC professionals' fee statements (1.2); emails w/ M. Wasson re: same (0.2). | 1.40 | 861.00 |
| 7/29/2021 | Wasson, Megan | Review and comment on draft update email (0.4). | 0.40 | 380.00 |
| 7/30/2021 | Nowicki, Adam | Email to UCC member re: upcoming UCC meetings, case status (0.1). | 0.10 | 61.50 |
| **TOTAL** | | | **39.90** | **$28,289.00** |



August 31, 2021
Invoice #: 831316
073427-00007
Page 10

**Plan/Disclosure Statement Issues**

<div align="center">

**PROFESSIONAL SERVICES SUMMARY**

</div>

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 31.30 | $35,369.00 |
| Nowicki, Adam | Associate | 3.60 | 2,214.00 |
| Wasson, Megan | Associate | 12.00 | 11,400.00 |
| McNamara, James | Paralegal | 1.20 | 528.00 |
| **TOTAL FEES** | | **48.10** | **$49,511.00** |

<div align="center">

**PROFESSIONAL SERVICES DETAIL**

</div>

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/1/2021 | Nowicki, Adam | Continue revising UCC Letter in Support (0.3); continue revising Plan FAQs (0.3). | 0.60 | $369.00 |
| 7/1/2021 | Wasson, Megan | Review RSA/RSA motion and motion to shorten (1.2); review and comment on revised DS (0.8). | 2.00 | 1,900.00 |
| 7/2/2021 | Wasson, Megan | Review various drafts of Plan and Disclosure Statement (1.5); comment on same (0.8); emails with White & Case re same (0.3). | 2.60 | 2,470.00 |
| 7/6/2021 | Nowicki, Adam | Further revise UCC Letter in Support of Plan (0.4); further revise UCC Plan FAQ (0.6). | 1.00 | 615.00 |



August 31, 2021
Invoice #: 831316
073427-00007
Page 11

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/6/2021 | Wasson, Megan | Review filed fourth amended plan and DS (1.6); emails with KL team, White & Case re same (0.3). | 1.90 | 1,805.00 |
| 7/7/2021 | Hamerman, Natan | Email to Debtors related to RSA discovery (0.2); emails with KL re RSA issues and next steps (0.2). | 0.40 | 452.00 |
| 7/8/2021 | Hamerman, Natan | Emails with KL team re Plan issues (0.2); call with M. Wasson re case status and update on Plan (0.5); emails re RSA discovery w/ White & Case (0.2). | 0.90 | 1,017.00 |
| 7/8/2021 | Wasson, Megan | Call with N. Hamerman re case status and update on Plan (0.5). | 0.50 | 475.00 |
| 7/9/2021 | Wasson, Megan | Mark up filed plan for discussion with White & Case (1.1). | 1.10 | 1,045.00 |
| 7/13/2021 | Hamerman, Natan | Arrange w/ White & Case for KL participation in RSA depositions (0.7); arrange with White & Case to receive RSA document productions (0.7). | 1.40 | 1,582.00 |
| 7/13/2021 | Wasson, Megan | Revise plan markup and circulate same to R. Ringer (0.5); review draft of TDPs and trust agreement (1.2). | 1.70 | 1,615.00 |
| 7/14/2021 | Hamerman, Natan | Attend B. Whittman deposition (6.3). | 6.30 | 7,119.00 |
| 7/14/2021 | Nowicki, Adam | Review Plan/DS (0.3); revise both Plan FAQs (0.4) and UCC letter in support of plan (0.4); correspondence w/ M. Wasson re: same (0.1). | 1.20 | 738.00 |



August 31, 2021
Invoice #: 831316
073427-00007
Page 12

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/15/2021 | Hamerman, Natan | Attend portion of R. Mosby deposition (8.3). | 8.30 | 9,379.00 |
| 7/16/2021 | Hamerman, Natan | Emails re status of depos with KL (0.1); emails with White & Case re depo schedule (0.1). | 0.20 | 226.00 |
| 7/19/2021 | Hamerman, Natan | Attend D. Ownby deposition (7.6). | 7.60 | 8,588.00 |
| 7/19/2021 | Wasson, Megan | Emails with R. Ringer re plan issues (0.2). | 0.20 | 190.00 |
| 7/20/2021 | Wasson, Megan | Further revise plan markup and circulate to White & Case (0.2). | 0.20 | 190.00 |
| 7/20/2021 | McNamara, James | Call and emails with Veritext re RSA deposition transcript orders (0.4); follow up correspondence w/ A. Nowicki re same (0.1). | 0.50 | 220.00 |
| 7/22/2021 | Hamerman, Natan | Emails re discovery and depositions with Debtors' counsel (0.2). | 0.20 | 226.00 |
| 7/23/2021 | Hamerman, Natan | Attend J. Kinney deposition (4.7). | 4.70 | 5,311.00 |
| 7/26/2021 | Hamerman, Natan | Correspondence w/ J. McNamara re: RSA depositions (0.1). | 0.10 | 113.00 |
| 7/26/2021 | Nowicki, Adam | Review and revise UCC support letter per M. Wasson comments to UCC support letter (0.2); email re same to R. Ringer (0.1); begin revising UCC Plan FAQs per M. Wasson comments (0.3). | 0.60 | 369.00 |
| 7/26/2021 | Wasson, Megan | Review and comment on Plan FAQs (0.6) and plan support letter (0.8). | 1.40 | 1,330.00 |



August 31, 2021
Invoice #: 831316
073427-00007
Page 13

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/26/2021 | McNamara, James | Download and update shared drive with RSA deposition transcripts (0.5), correspondence w/ N. Hamerman re same (0.2). | 0.70 | 308.00 |
| 7/27/2021 | Hamerman, Natan | Numerous emails with S. Hershey re status of RSA depositions (0.3). | 0.30 | 339.00 |
| 7/28/2021 | Hamerman, Natan | Emails with KL team re RSA (0.2). | 0.20 | 226.00 |
| 7/28/2021 | Nowicki, Adam | Emails w/ R. Ringer re: Debtors' RSA (0.2). | 0.20 | 123.00 |
| 7/30/2021 | Hamerman, Natan | Emails with S. Hershey re RSA/case status (0.7). | 0.70 | 791.00 |
| 7/30/2021 | Wasson, Megan | Correspondence with White & Case re DS hearing, plan supplement letter (0.3); review DS hearing notice (0.1). | 0.40 | 380.00 |
| **TOTAL** | | | **48.10** | **$49,511.00** |



August 31, 2021
Invoice #: 831316
073427-00017
Page 14

**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Sharret, Jennifer | Spec Counsel | 0.80 | $884.00 |
| Nowicki, Adam | Associate | 11.10 | 6,826.50 |
| McNamara, James | Paralegal | 10.10 | 4,444.00 |
| **TOTAL FEES** | | **22.00** | **$12,154.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/1/2021 | Nowicki, Adam | Review May fee statement cover sheet (0.5); emails w/ J. McNamara re: same (0.3); finalize same and submit to R. Ringer for review (0.3). | 1.10 | $676.50 |
| 7/1/2021 | McNamara, James | Revise May fee statement cover sheet (0.5); correspondence w/ A. Nowicki re same (0.3). | 0.80 | 352.00 |
| 7/2/2021 | Nowicki, Adam | Emails to R. Ringer re: May fee statement (0.1). | 0.10 | 61.50 |
| 7/2/2021 | McNamara, James | Revise May fee statement (0.3); correspondence w/ A. Nowicki re same (0.2). | 0.50 | 220.00 |



August 31, 2021
Invoice #: 831316
073427-00017
Page 15

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/6/2021 | Nowicki, Adam | Emails w/ R. Ringer, M. Wasson re: May fee statement (0.2); review R. Ringer/M. Wasson comments to same (0.2); correspondence w/ J. McNamara re: same (0.2); emails w/ M. Eckard, B. Weller re: preparing to file May fee statement (0.1); call w/ M. Eckard re: same (0.1). | 0.80 | 492.00 |
| 7/7/2021 | Nowicki, Adam | Finalize May fee statement (0.5); correspondence w/ J. McNamara re: same and approve May fee statement for filing (0.3); emails w/ J. McNamara re: June fee statement (0.2). | 1.00 | 615.00 |
| 7/7/2021 | McNamara, James | Revise June fee statement for compliance with UST guidelines and privilege (2.4). | 2.40 | 1,056.00 |
| 7/8/2021 | Sharret, Jennifer | Prep for (0.5) and call with fee examiner, A. Nowicki re: interim report (0.3). | 0.80 | 884.00 |
| 7/8/2021 | Nowicki, Adam | Prep for (0.3) and attend fee examiner call w/ J. Rucki, J. Sharrett, (0.3); correspondence w/ J. McNamara re: June fee statement (0.4). | 1.00 | 615.00 |
| 7/8/2021 | McNamara, James | Review and edit June fee statement for compliance with UST guidelines and privilege (1.0). | 1.00 | 440.00 |



August 31, 2021
Invoice #: 831316
073427-00017
Page 16

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/9/2021 | Nowicki, Adam | Calls w/ J. McNamara re: AlixPartners invoice (0.3); correspondence w/ J. McNamara re: drafting and filing CNO for fifth interim fee app (0.2); correspondence w/ Reed Smith re: filing CNO (0.2); draft May CNO (0.3). | 1.00 | 615.00 |
| 7/9/2021 | McNamara, James | Correspondence w/ Alix re (0.6), follow-up correspondence w/ A. Nowicki re same (0.7); calls w/ A. Nowicki re Alix Partners fee statement (0.3). | 1.60 | 704.00 |
| 7/12/2021 | McNamara, James | Emails to Reed Smith re KL interim application (0.2), correspondence w/ A. Nowicki re same (0.2). | 0.40 | 176.00 |
| 7/13/2021 | Nowicki, Adam | Review June fee statement for compliance with local rules and UST guidelines (0.6); revise draft CNO for fifth interim fee app (0.2); emails to M. Wasson re: same (0.2); email to Reed Smith re: same (0.2); call w/ J. McNamara re: June fee statement (0.2). | 1.40 | 861.00 |
| 7/13/2021 | McNamara, James | Call w/ A. Nowicki re June fee statement (0.2). | 0.20 | 88.00 |
| 7/14/2021 | Nowicki, Adam | Review June fee statement for compliance with local rules and UST guidelines (1.3); emails w/ J. McNamara re: same (0.4). | 1.70 | 1,045.50 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP    NEW YORK  |  SILICON VALLEY  |  PARIS



August 31, 2021
Invoice #: 831316
073427-00017
Page 17

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/14/2021 | McNamara, James | Correspondence w/ Reed Smith re: CNO for fee statement (0.2), correspondence w/ A. Nowicki re same (0.1). | 0.30 | 132.00 |
| 7/15/2021 | Nowicki, Adam | Review June fee statement for compliance with local rules and UST guidelines (1.1). | 1.10 | 676.50 |
| 7/21/2021 | Nowicki, Adam | Further review June fee statement for compliance with local rules and UST guidelines (0.4); email J. McNamara re: same (0.1). | 0.50 | 307.50 |
| 7/22/2021 | McNamara, James | Revise June invoice for compliance with local rules and UST guidelines (1.3); correspondence w/ A. Nowicki re: same (0.5). | 1.80 | 792.00 |
| 7/27/2021 | Nowicki, Adam | Review June invoice for compliance with local rules and UST guidelines (0.9); emails w/ M. Wasson re: same (0.3). | 1.20 | 738.00 |
| 7/27/2021 | McNamara, James | Further revise June invoice for compliance with local rules and UST guidelines (0.4). | 0.40 | 176.00 |
| 7/30/2021 | Nowicki, Adam | Correspondence w/ J. McNamara re: June invoice/cover sheet (0.2). | 0.20 | 123.00 |
| 7/30/2021 | McNamara, James | Further revise June invoice re for compliance with local rules and UST guidelines (0.5), correspondence w/ A. Nowicki, M. Wasson re same (0.2). | 0.70 | 308.00 |
| **TOTAL** | | | **22.00** | **$12,154.50** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP    NEW YORK  |  SILICON VALLEY  |  PARIS



August 31, 2021
Invoice #: 831316
073427-00020
Page 18

**Committee Investigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| McNamara, James | Paralegal | 1.90 | $836.00 |
| **TOTAL FEES** | | **1.90** | **$836.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/6/2021 | McNamara, James | Review data room documents (0.9), prepare update for KL team re same (0.3). | 1.20 | $528.00 |
| 7/22/2021 | McNamara, James | Review data room documents (0.6); correspondence w/ A. Nowicki re same (0.1). | 0.70 | 308.00 |
| **TOTAL** | | | **1.90** | **$836.00** |



August 31, 2021
Invoice #: 831316
073427-00021
Page 19

**Hearings and Court Matters**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 5.00 | $6,000.00 |
| Hamerman, Natan | Counsel | 5.60 | 6,328.00 |
| Nowicki, Adam | Associate | 8.60 | 5,289.00 |
| Wasson, Megan | Associate | 8.00 | 7,600.00 |
| **TOTAL FEES** | | **27.20** | **$25,217.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/2/2021 | Nowicki, Adam | Register for Court hearings and emails w/ M. Wasson, R. Ringer re: same (0.2). | 0.20 | $123.00 |
| 7/7/2021 | Ringer, Rachael L. | Attend majority of status conference on insurers' adjournment request (2.0). | 2.00 | 2,400.00 |
| 7/7/2021 | Hamerman, Natan | Prepare for (0.1) and attend status conference on insurers' adjournment request (2.1). | 2.20 | 2,486.00 |
| 7/7/2021 | Nowicki, Adam | Prep for (0.4) and attend status conference on insurers' adjournment request (2.1). | 2.50 | 1,537.50 |
| 7/7/2021 | Wasson, Megan | Prep for (0.5) and attend status conference on insurers' adjournment request (2.1). | 2.60 | 2,470.00 |
| 7/21/2021 | Ringer, Rachael L. | Attend portion of omnibus hearing (2.0). | 2.00 | 2,400.00 |



August 31, 2021
Invoice #: 831316
073427-00021
Page 20

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 7/21/2021 | Hamerman, Natan | Attend omnibus hearing (2.4). | 2.40 | 2,712.00 |
| 7/21/2021 | Nowicki, Adam | Prep for (0.3) and attend omnibus hearing (2.4). | 2.70 | 1,660.50 |
| 7/21/2021 | Wasson, Megan | Attend majority of omnibus hearing (2.2). | 2.20 | 2,090.00 |
| 7/27/2021 | Ringer, Rachael L. | Prep for (0.2) and attend emergency discovery status conference (0.8). | 1.00 | 1,200.00 |
| 7/27/2021 | Hamerman, Natan | Attend emergency discovery status conference (0.8); confer w/ M. Wasson re same (0.2). | 1.00 | 1,130.00 |
| 7/27/2021 | Nowicki, Adam | Prep for (0.3) and attend emergency discovery status conference (0.8). | 1.10 | 676.50 |
| 7/27/2021 | Wasson, Megan | Attend emergency discovery status conference (0.8); review Century/BSA letters re same (0.8). | 1.60 | 1,520.00 |
| 7/29/2021 | Nowicki, Adam | Prep for (0.2) and attend omnibus hearing (1.9). | 2.10 | 1,291.50 |
| 7/29/2021 | Wasson, Megan | Attend majority of omnibus hearing (1.6). | 1.60 | 1,520.00 |
| **TOTAL** | | | **27.20** | **$25,217.00** |



August 31, 2021
Invoice #: 831316
073427-00025
Page 21

**Professional Retention**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 0.70 | $1,102.50 |
| Sharret, Jennifer | Spec Counsel | 0.90 | 994.50 |
| Nowicki, Adam | Associate | 0.80 | 492.00 |
| **TOTAL FEES** | | **2.40** | **$2,589.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/12/2021 | Nowicki, Adam | Email to R. Ringer re: supplemental declaration (0.1). | 0.10 | $61.50 |
| 7/19/2021 | Mayer, Thomas Moers | Correspondence w/ R. Ringer re second supplemental declaration (0.2). | 0.20 | 315.00 |
| 7/19/2021 | Nowicki, Adam | Emails w/ R. Ringer, M. Wasson re: second supplemental declaration (0.2). | 0.20 | 123.00 |
| 7/21/2021 | Mayer, Thomas Moers | Review and comment on second supplemental declaration (0.5). | 0.50 | 787.50 |
| 7/21/2021 | Sharret, Jennifer | Correspondence with R. Ringer, M. Wasson and A. Nowicki re: supplemental declaration (0.2). | 0.20 | 221.00 |
| 7/22/2021 | Sharret, Jennifer | Review draft of supplemental declaration (0.4); correspondence with A. Nowicki, M. Wasson and R. Ringer re: same (0.3). | 0.70 | 773.50 |



August 31, 2021
Invoice #: 831316
073427-00025
Page 22

**Professional Retention**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/22/2021 | Nowicki, Adam | Emails w/ J. Sharret, M. Wasson re: revisions to second supplemental declaration (0.2); review T. Mayer comments to second supplemental declaration (0.1). | 0.30 | 184.50 |
| 7/27/2021 | Nowicki, Adam | Revise supplemental declaration (0.2). | 0.20 | 123.00 |
| **TOTAL** | | | **2.40** | **$2,589.00** |



August 31, 2021
Invoice #: 831316
073427-00029
Page 23

**Communications with Debtors**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.50 | $600.00 |
| Wasson, Megan | Associate | 0.40 | 380.00 |
| **TOTAL FEES** | | **0.90** | **$980.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/12/2021 | Wasson, Megan | Call with White & Case re plan issues (0.4). | 0.40 | $380.00 |
| 7/21/2021 | Ringer, Rachael L. | Call with M. Linder re: case updates (0.5). | 0.50 | 600.00 |
| **TOTAL** | | | **0.90** | **$980.00** |

EXHIBIT B

Expense Summary

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses [13] |
|---|---|---|
| Pacer Online Research | Pacer | $21.50 |
| Photocopying | Kramer Levin | $15.50 |
| Transcript Fees | Veritext | $6,573.50 |
| **TOTAL** | | **$6,610.50** |

---

[13] Kramer Levin reduced its expenses by $60.22 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

2

EXHIBIT C

Verification

**VERIFICATION PURSUANT TO DEL. BANKR.L.R. 2016-2(f) AND 28 U.S.C. §1746(2)**

I, Rachael L. Ringer, Esquire, verify as follows:

1.        I am a partner with the applicant firm, Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), and have been admitted to the bar of the State of New York and have been admitted *pro hac vice* in these Chapter 11 Cases.  Kramer Levin has rendered professional services in these chapter 11 cases as counsel to the Official Committee of Unsecured Creditors.

2.        I have read the foregoing application of Kramer Levin for compensation and reimbursement of expenses (the "**Application**").  To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.L.R. 2016-2, and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on:  August 31, 2021

By:  */s/ Rachael L. Ringer*
     Rachael L. Ringer
     KRAMER LEVIN NAFTALIS
     & FRANKEL LLP
     177 Avenue of the Americas
     New York, NY 10036
     Telephone: (212) 715-9100
     Facsimile: (212) 715-8000
     E-mail: rringer@kramerlevin.com

KL2 3245766.2