# **EXHIBIT A**

26806555.13



**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 08/26/2021 | CI-039174 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 09/26/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

| Bill To: |
|---|
| Young Conaway Stargatt & Taylor, LLP 1100 North Market Street Wilmington, DE 19801 United States of America |

| Project Information: | |
|---|---|
| Project Name: | P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings |
| Project Number: | P-001551 |
| PO Number: | |

Professional Services rendered, for period ending July 31, 2021.

| | | |
|---|---:|---:|
| **Net Amount:** | | 64,203.80 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 64,203.80 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

Please call Philip Irvine at (312) 212-6100 for question or bank wire instructions.

Please make checks/wires payable to 'Ankura Consulting Group, LLC'.

Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.



|                     |                           |
| ------------------- | ------------------------- |
| **Project #:**      | **P-001551**              |
| **Invoice Date:**   | **8/26/2021**             |
| **Invoice Number:** | **CI-039174**             |
| **Professional Services Through:** | **July 2021** |

***Professional Services - Summary By Person***

| Name | Title | Rate | Hours | Amount |
| --- | --- | ---: | ---: | ---: |
| Thomas Vasquez | Senior Managing Director | 750.00 | 5.9 | $ 4,425.00 |
| Amy Brockman | Senior Managing Director | 625.00 | 0.9 | $ 562.50 |
| Nicholas Deluca | Senior Managing Director | 500.00 | 9.2 | $ 4,600.00 |
| Zsolt Macskasi | Managing Director | 450.00 | 36.8 | $ 16,560.00 |
| Matthew Burkett | Senior Director | 350.00 | 42.1 | $ 14,735.00 |
| Michael Northeim | Director | 294.00 | 6.2 | $ 1,822.80 |
| Connor Cosenza | Senior Associate | 265.00 | 66.4 | $ 17,596.00 |
| Autumn McCusker | Senior Associate | 175.00 | 22.3 | $ 3,902.50 |
| **Total** | | | **189.8** | **$ 64,203.80** |



|  |  |  |  | Project #: | P-001551 |
|---|---|---|---|---|---|
|  |  |  |  | Invoice Date: | 8/26/2021 |
|  |  |  |  | Invoice Number: | CI-039174 |
|  |  |  |  | Professional Services Through: | July 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/1/2021 | Nicholas Deluca | Review forecast criteria. | 500.00 | 1.5 | $ 750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/1/2021 | Zsolt Macskasi | Future claims forecast | 450.00 | 2.7 | $ 1,215.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/1/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 2.3 | $ 805.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/1/2021 | Michael Northeim | Forecasting of future claims | 294.00 | 1.3 | $ 382.20 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/1/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 2.5 | $ 662.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/1/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/2/2021 | Matthew Burkett | Review of historical POC claims | 350.00 | 1.1 | $ 385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/6/2021 | Matthew Burkett | Analysis of POC claims | 350.00 | 1.9 | $ 665.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/6/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 4.0 | $ 1,060.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/7/2021 | Matthew Burkett | Review of updated TDP and state SOL schedule | 350.00 | 1.4 | $ 490.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/7/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 1.2 | $ 420.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/7/2021 | Connor Cosenza | Review TDP | 265.00 | 5.8 | $ 1,537.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/7/2021 | Autumn McCusker | Reviewed updated information | 175.00 | 0.5 | $ 87.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/8/2021 | Nicholas Deluca | Forecast sensitivity review | 500.00 | 1.5 | $ 750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/8/2021 | Zsolt Macskasi | Updating forecast tables | 450.00 | 1.8 | $ 810.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/8/2021 | Matthew Burkett | Review assumptions and methodology for future claims forecast | 350.00 | 1.2 | $ 420.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/8/2021 | Matthew Burkett | Review of updated TDP | 350.00 | 0.7 | $ 245.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/8/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 2.3 | $ 609.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/9/2021 | Matthew Burkett | Review of future claims forecast methodology and results. | 350.00 | 1.1 | $ 385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/9/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 4.1 | $ 1,086.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/12/2021 | Connor Cosenza | Perform analysis of POC data | 265.00 | 1.8 | $ 477.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/13/2021 | Connor Cosenza | Perform analysis of POC data | 265.00 | 3.9 | $ 1,033.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/14/2021 | Matthew Burkett | Analyze POC claims in terms of SOL eligibility. | 350.00 | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/14/2021 | Connor Cosenza | Perform analysis of POC data | 265.00 | 2.6 | $ 689.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/16/2021 | Matthew Burkett | Analyze POC claims in terms of SOL eligibility. | 350.00 | 2.4 | $ 840.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/16/2021 | Connor Cosenza | Perform analysis of POC data | 265.00 | 5.2 | $ 1,378.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/19/2021 | Thomas Vasquez | Analysis of Forecast of future claims | 750.00 | 2.5 | $ 1,875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/19/2021 | Nicholas Deluca | Forecast updates review | 500.00 | 2.8 | $ 1,400.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/19/2021 | Matthew Burkett | Analysis of future claims forecast methodology | 350.00 | 4.6 | $ 1,610.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/19/2021 | Michael Northeim | Forecasting future claims | 294.00 | 0.4 | $ 117.60 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/19/2021 | Connor Cosenza | Perform analysis of POC data | 265.00 | 5.8 | $ 1,537.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/19/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 4.5 | $ 787.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/20/2021 | Nicholas Deluca | Forecast updates review | 500.00 | 2.5 | $ 1,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/20/2021 | Michael Northeim | Forecasting future claims | 294.00 | 0.4 | $ 117.60 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/20/2021 | Connor Cosenza | Preparation of presentation of claims forecast model. | 265.00 | 2.0 | $ 530.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/21/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 1.9 | $ 665.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/21/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 0.6 | $ 159.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/21/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.1 | $ 192.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/22/2021 | Thomas Vasquez | Forecast of future claims | 750.00 | 3.4 | $ 2,550.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/22/2021 | Zsolt Macskasi | Update analysis with sensitivity analyses | 450.00 | 3.3 | $ 1,485.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/22/2021 | Matthew Burkett | Analysis of future claims forecast methodology and results. | 350.00 | 1.9 | $ 665.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/22/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 4.0 | $ 1,060.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/22/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.3 | $ 227.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/23/2021 | Zsolt Macskasi | Update analysis with sensitivity analyses | 450.00 | 2.3 | $ 1,035.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/23/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 1.7 | $ 450.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/26/2021 | Zsolt Macskasi | Future claims forecast | 450.00 | 5.3 | $ 2,385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/26/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 3.3 | $ 1,155.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/26/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 2.4 | $ 636.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/26/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/27/2021 | Zsolt Macskasi | Future claims analysis | 450.00 | 4.8 | $ 2,160.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/27/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 1.8 | $ 630.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/27/2021 | Michael Northeim | Review of BSA initiatives | 294.00 | 1.2 | $ 352.80 |



|  |  |  |  |  |  | Project #: | P-001551 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Invoice Date: | 8/26/2021 |
|  |  |  |  |  |  | Invoice Number: | CI-039174 |
|  |  |  |  |  |  | Professional Services Through: | July 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/27/2021 | Connor Cosenza | Preparation of presentation of claims forecast model (2.3) Perform analysis of claims forecast model (4.8) | 265.00 | 7.1 | $ 1,881.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/27/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 5.5 | $ 962.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/28/2021 | Zsolt Macskasi | Future claims forecast | 450.00 | 4.7 | $ 2,115.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/28/2021 | Matthew Burkett | Analysis of future claims forecast results and methodology. | 350.00 | 2.4 | $ 840.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/28/2021 | Michael Northeim | Review of BSA initiatives | 294.00 | 0.7 | $ 205.80 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/28/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 3.4 | $ 901.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/28/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 3.5 | $ 612.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/29/2021 | Zsolt Macskasi | Future claims forecast and data analysis | 450.00 | 5.7 | $ 2,565.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/29/2021 | Matthew Burkett | Future claims forecast and methodology | 350.00 | 4.9 | $ 1,715.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/29/2021 | Michael Northeim | Review of BSA initiatives | 294.00 | 1.3 | $ 382.20 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/29/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 5.0 | $ 1,325.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/30/2021 | Zsolt Macskasi | Drafting a description of the analysis | 450.00 | 5.3 | $ 2,385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/30/2021 | Matthew Burkett | Analysis of future claims forecast and methodology. | 350.00 | 3.9 | $ 1,365.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 7/30/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 1.3 | $ 344.50 |
| | **Historical Data Analysis-Model Building Total** | | | | | **182.4** | **$ 61,425.70** |
| **Actuarial and other Analyses Total** - B007 | | | | | | **182.4** | **$ 61,425.70** |
| Administrative/ Attend Calls/ Meetings | Administrative | 7/7/2021 | Matthew Burkett | Review and preparation of JUne 2021 fee statement | 350.00 | 1.1 | $ 385.00 |
| | **Administrative Total** - B018 | | | | | **1.1** | **$ 385.00** |
| Administrative/ Attend Calls/ Meetings | FCR Meetings/ Calls | 7/21/2021 | Amy Brockman | Participate in project update call with N. DeLuca, M. Burkett, C. Cosenza, A. McCusker, Z. Macskasi, T. Vasquez, M. Northeim, A. Brockman and YCST personnel. | 625.00 | 0.9 | $ 562.50 |
| | **FCR Meetings/ Calls Total** - B008 | | | | | **0.9** | **$ 562.50** |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 7/21/2021 | Nicholas Deluca | Participate in project update call with N. DeLuca, M. Burkett, C. Cosenza, A. McCusker, Z. Macskasi, T. Vasquez, M. Northeim, A. Brockman and YCST personnel. | 500.00 | 0.9 | $ 450.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 7/21/2021 | Zsolt Macskasi | Participate in project update call with N. DeLuca, M. Burkett, C. Cosenza, A. McCusker, Z. Macskasi, T. Vasquez, M. Northeim, A. Brockman and YCST personnel. | 450.00 | 0.9 | $ 405.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 7/21/2021 | Matthew Burkett | Participate in project update call with N. DeLuca, M. Burkett, C. Cosenza, A. McCusker, Z. Macskasi, T. Vasquez, M. Northeim, A. Brockman and YCST personnel. | 350.00 | 0.9 | $ 315.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 7/21/2021 | Michael Northeim | Participate in project update call with N. DeLuca, M. Burkett, C. Cosenza, A. McCusker, Z. Macskasi, T. Vasquez, M. Northeim, A. Brockman and YCST personnel | 294.00 | 0.9 | $ 264.60 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 7/21/2021 | Connor Cosenza | Participate in project update call with N. DeLuca, M. Burkett, C. Cosenza, A. McCusker, Z. Macskasi, T. Vasquez, M. Northeim, A. Brockman and YCST personnel. | 265.00 | 0.9 | $ 238.50 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 7/21/2021 | Autumn McCusker | Participate in project update call with N. DeLuca, M. Burkett, C. Cosenza, A. McCusker, Z. Macskasi, T. Vasquez, M. Northeim, A. Brockman and YCST personnel | 175.00 | 0.9 | $ 157.50 |
| | **Meetings/calls Total** - B008 | | | | | **5.4** | **$ 1,830.60** |
| **Administrative/ Attend Calls/ Meetings Total** | | | | | | **7.4** | **$ 2,778.10** |
| **Grand Total** | | | | | | **189.8** | **$ 64,203.80** |