# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2021, the *Thirteenth Monthly Application of Ankura Consulting Group, LLC as Consultants to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From July 1, 2021 through July 31, 2021* (the "Application") was caused to be served as indicated upon the parties identified in Exhibit A and the *Notice of Fee Application* was caused to be served as indicated upon the parties identified in Exhibit B.

Dated: September 1, 2021            YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ *Jared W. Kochenash*
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jkochenash@ycst.com

*Counsel to the Future Claimants' Representative*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26817093.14

# **EXHIBIT A**

26817093.14

**Boy Scouts of America and Delaware BSA, LLC**
**Case No. 20-10343 (LSS)**
**Fee Application Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

**FIRST CLASS MAIL**
(Debtors)
Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX 75035

(Counsel to the Debtors)
White & Case LLP
Attn: Jessica C. K. Boelter, Esq.
1221 Avenue of the Americas
New York, NY 10020
Email: jessica.boelter@whitecase.com

(Co-Counsel to the Debtors)
Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899
Email: dabbott@mnat.com

(Counsel to the Tort Claimants' Committee)
Pachulski Stang Ziehl & Jones LLP
Attn: James I. Stang, Esq. and James E. O'Neill, Esq.
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Email: jstang@pszjlaw.com
       joneill@pszjlaw.com

(Counsel to JPMorgan Chase Bank, N.A.)
Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr., Esq. and Kristian W. Gluck, Esq.
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Email: louis.strubeck@nortonrosefulbright.com
       kristian.gluck@nortonrosefulbright.com

(Counsel to the Official Committee of Unsecured Creditors)
Reed Smith LLP
Attn: Kurt F. Gwynne, Esq. and Katelin A Morales, Esq.
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Email: kgwynne@reedsmith.com
       kmorales@reedsmith.com

(Fee Examiner)
Justin H. Rucki
Rucki Fee Review, LLC
1111 Windon Drive
Wilmington, DE 19803
Email: justinrucki@ruckifeereview.com

(Counsel to the Debtors)
White & Case LLP
Attn: Matthew E. Linder, Esq.
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Email: mlinder@whitecase.com

(United States Trustee)
Office of the United States Trustee
Attn: David L. Buchbinder and Hannah M. McCollum
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov
       hannah.mccollum@usdoj.gov

(Counsel to the Official Committee of Unsecured Creditors)
Kramer Levin Naftalis & Frankel LLP
Attn: Rachael Ringer, Esq. and Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, NY 10036
Email: rringer@kramerlevin.com
       mwasson@kramerlevin.com

(Counsel to Ad Hoc Committee of Local Councils)
Wachtell, Lipton, Rosen & Katz
Attn: Richard G. Mason, Esq. and Joseph C. Celentino, Esq.
51 West 52nd Street
New York, NY 10019
Email: rgmason@wlrk.com
       jccelentino@wlrk.com

(Counsel to County Commission of Fayette County (W. Virginia))
Steptoe & Johnson PLLC
Attn: John Stump, Esq.
Chase Tower, 8th Floor
707 Virginia Street East
Charleston, WV 25301
Email: johnstump@steptoe-johnson.com

(Counsel to JPMorgan Chase Bank, N.A.)
Womble Bond Dickinson (US) LLP
Attn: Matthew Ward, Esq. and Morgan Patterson, Esq.
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Email: matthew.ward@wbd-us.com
       morgan.patterson@wbd-us.com

# **EXHIBIT B**

26817093.14

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Derek C. Abbott, Andrew R. Remming, Joseph C. Barsalona II, and Paige N. Topper<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>dabbott@mnat.com<br>barsalona@mnat.com<br>aremming@mnat.com<br>ptopper@mnat.com | Thomas A. Labuda<br>Karim Basaria<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>tlabuda@sidley.com<br>kbasaria@sidley.com |
| Jessica C.K. Boelter<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br>jessica.boelter@whitecase.com | Office of the United States Trustee<br>Attn: David L. Buchbinder and Hannah M. McCollum<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>david.l.buchbinder@usdoj.gov |
| Cassandra Burton<br>Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026<br>burton.cassandra@pbgc.gov | Paul W. Carey<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608<br>pcarey@mirickoconnell.com |
| Kate P. Foley<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581<br>kfoley@mirickoconnell.com | Jeffrey E. Bjork<br>Kimberly A. Posin<br>Nicholas J. Messana<br>Latham & Watkins LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-1560<br>jeff.bjork@lw.com<br>kim.posin@lw.com<br>nicholas.messana@lw.com |
| Adam J. Goldberg<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020-1401<br>adam.goldberg@lw.com | Michael J. Merchant and Brett M. Haywood<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>merchant@rlf.com<br>haywood@rlf.com |

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Eric Lopez Schnabel
Alessandra Glorioso
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
schnabel.eric@dorsey.com
glorioso.alessandra@dorsey.com

Bruce R. Ewing
Eric Lopez Schnabel
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
ewing.bruce@dorsey.com

Stephen M. Miller
Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
smiller@morrisjames.com
ckunz@morrisjames.com

Margaret M. Anderson
Fox Swibel Levin & Carroll LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
panderson@foxswibel.com

Riley C. Walter
Wanger Jones Helsley, PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720
rwalter@wjhattorneys.com

Jan T. Perkins
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 421
Fresno, CA 93704
jperkins@bakermanock.com

Michael Marchese
Sequoia Council of BoyScouts, Inc.
6005 N. Tamera Avenue
Fresno, CA 93711
michael.marchese@scouting.org

Louis R. Strubeck, Jr.
Kristian W. Gluck
Ryan E. Manns
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
ryan.manns@nortonrosefulbright.com

Matthew P. Ward
Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com

Synchrony Bank
c/o PRA Receivables Management, LLC
Attn: Valerie Smith
P.O. Box 41021
Norfolk, VA 23541
claims@recoverycorp.com

## Boy Scouts of America and Delaware BSA, LLC Service List
### (All Parties Served Via Email Unless Otherwise Noted)

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

Eric S. Goldstein
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com

David M. Fournier
Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
david.fournier@troutman.com
marcy.smith@troutman.com

Harris B. Winsberg
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
harris.winsberg@troutman.com

Louis T. DeLucia
Alyson M. Fiedler
Ice Miller LLP
1500 Broadway, Suite 2900
New York, NY 10036
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

Todd C. Jacobs
John E. Bucheit
Bradley Riley Jacobs PC
500 West Madison Street, Suite 1000
Chicago, IL 60661
tjacobs@bradleyriley.com
jbucheit@bradleyriley.com

Jason P. Hood
Davies Hood PLLC
22 North Front Street, Suite 620
Memphis, TN 38103-2100
Jason.Hood@davieshood.com

Daniel W. Van Horn
Butler Snow LLP
P.O. Box 171443
Memphis, TN 38187-1443
Danny.VanHorn@butlersnow.com

Craig T. Fessenden
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
fessenden.craig@pbgc.gov

Raeann Warner
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
raeann@jcdelaw.com

Thomas S. Neuberger
Stephen J. Neuberger
The Neuberger Firm
17 Harlech Drive
Wilmington, DE 19807
tsn@neubergerlaw.com
sjn@neubergerlaw.com

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Bruce W. Leaverton<br>Karr Tuttle Campbell, P.S.<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>bleaverton@karrtuttle.com | Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn: Steven A. Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br>deecf@dor.mo.gov |
| **FIRST CLASS MAIL**<br>William Russell Hill<br>#875698<br>Florida State Prison<br>P.O. Box 800<br>Raiford, FL 32083-0800 | Victor Vilaplana<br>Foley & Lardner LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>vavilaplana@foley.com |
| **FIRST CLASS MAIL**<br>John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA 94901 | Patrick A. Jackson<br>Ian J. Bambrick<br>Kaitlin W. MacKenzie<br>Faegre Drinker Biddle & Reath LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>patrick.jackson@faegredrinker.com<br>ian.bambrick@faegredrinker.com<br>kaitlin.mackenzie@faegredrinker.com |
| Ian Conner Bifferato<br>The Bifferato Firm, P.A.<br>1007 North Orange Street, 4th Floor<br>Wilmington, DE 19801<br>cbifferato@tbf.legal | Deb Secrest<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121<br>ra-li-ucts-bankrupt@state.pa.us |
| Brian J. McLaughlin<br>Rachel B. Mersky<br>Monzack Mersky McLaughlin and Browder, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801<br>bmclaughlin@monlaw.com<br>rmersky@monlaw.com | Jeffrey R. Waxman<br>Eric J. Monzo<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>jwaxman@morrisjames.com<br>emonzo@morrisjames.com |
| Angela Z. Miller<br>Phillips Lytle LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY 14203<br>amiller@phillipslytle.com | James P. Ruggeri<br>Joshua D. Weinberg<br>Abigail W. Williams<br>Shipman & Goodwin LLP<br>1875 K Street NW, Suite 600<br>Washington, DC 20006-1251<br>jruggeri@goodwin.com<br>jweinberg@goodwin.com<br>awilliams@goodwin.com |

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Erin R. Fay
Gregory J. Flasser
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
efay@bayardlaw.com
gflasser@bayardlaw.com

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P. O. Box 1269
Round Rock, TX 78680
tleday@mvbalaw.com

Deirdre M. Richards
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE 19801
drichards@finemanlawfirm.com

Susan N.K. Gummow
Foran Glennon Palandech Ponzi & Rudloff, P.C.
222 N. LaSalle Sreet, Suite 1400
Chicago, IL 60614
sgummow@fgppr.com

Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
kmiller@skjlaw.com

Richard G. Mason
Douglas K. Mayer
Joseph C. Celentino
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
rgmason@wlrk.com
dkmayer@wlrk.com
jccelentino@wlrk.com

Tad Thomas
Louis C. Schneider
Thomas Law Offices, PLLC
9418 Norton Commons Blvd., Suite 200
Louisville, KY 40059
tad@thomaslawoffices.com
lou.schneider@thomaslawoffices.com

Paul A. Fanning
Ward and Smith, P.A.
P.O. Box 8088
Greenville, NC 27835-80
paf@wardandsmith.com

Bradley L. Rice
Nagel Rice LLP
103 Eisenhower Parkway
Roseland, NJ 07068
brice@nagelrice.com

Mark L. Desgrosseilliers
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
desgross@chipmanbrown.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Cindy L. Robinson<br>Doug Mahoney<br>Robinson Mahoney PLLC<br>1210 Post Road<br>Fairfield, CT 06824<br>crobinson@robinsonmahoney.com<br>dmahoney@robinsonmahoney.com | Thomas Moers Mayer, Rachael Ringer,<br>David E. Blabey, Jr., Jennifer R. Sharret,<br>and Megan M. Wasson<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com |
| Kurt F. Gwynne<br>Mark W. Eckard<br>Reed Smith LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>kgwynne@reedsmith.com<br>meckard@reedsmith.com | Joseph H. Lemkin<br>Stark & Stark, P.C.<br>P.O. Box 5315<br>Princeton, NJ 08543<br>jlemkin@stark-stark.com |
| James I. Stang, Robert B. Orgel, James E. O'Neill,<br>John W. Lucas, Linda Cantor, and Ilan D. Scharf<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>jstang@pszjlaw.com<br>rorgel@pszjlaw.com<br>joneill@pszjlaw.com<br>lcantor@pszjlaw.com<br>jlucas@pszjlaw.com<br>ischarf@pszjlaw.com | Gerald D. Jowers, Jr.<br>Janet, Janet & Scuggs, LLC<br>500 Taylor Street, Suite 301<br>Columbia, SC 29201<br>GJowers@JJSJustice.com |
| Karen C. Bifferato<br>Kelly M. Conlan<br>Jeffrey C. Wisler<br>Connolly Gallagher LLP<br>1201 N. Market Street, 20th Floor<br>Wilmington, DE 19801<br>kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com<br>jwisler@connollygallagher.com | Michael P. Pompeo<br>Faegre Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>michael.pompeo@faegredrinker.com |
| William P. Bowden<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>wbowden@ashbygeddes.com | David M. Klauder<br>Bielli & Klauder, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>dklauder@bk-legal.com |

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Michael T. Pfau
Jason P. Amala
Vincent T. Nappo
Pfau Cochran Vertetis Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104
michael@pcvalaw.com
jason@pcvalaw.com
vnappo@pcvalaw.com

Paul Mones
Paul Mones PC
13101 Washington Blvd.
Los Angeles, CA 90066
paul@paulmones.com

Matthew S. Sorem
Nicolaides Fink Thorpe Michaelides Sullivan LLP
10 S. Wacker Drive, 21st Floor
Chicago, IL 60606
msorem@nicolaidesllp.com

David A. Lebowitz
Kaufman Lieb Lebowitz & Frick LLP
10 East 40th Street, Suite 3307
New York, NY 10016
dlebowitz@kllf-law.com

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, DE 19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com
filings@swdelaw.com

Michael J. Joyce
The Law Offices of Joyce, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

Alan C. Hochheiser
Maurice Wutscher LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
ahochheiser@mauricewutscher.com

R. Joseph Hrubiec
Napoli Shkolnik PLLC
919 N. Market Street, Suite 1801
Wilmington, DE 19801
rhrubiec@napolilaw.com

Ryan S. Smethurst
Margaret H. Warner
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
rsmethurst@mwe.com
mwarner@mwe.com

Shawn M. Christianson
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
schristianson@buchalter.com

Tancred Schiavoni
Janine Panchok-Berry
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
tschiavoni@omm.com
jpanchok-berry@omm.com

Britton C. Lewis
Carruthers & Roth, P.A.
235 N. Edgeworth Street
P.O. Box 540
Greensboro, NC 27401
bcl@crlaw.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Kevin Coughlin, Lorraine Armenti, Michael Hrinewski<br>Coughlin Duffy, LLP<br>350 Mount Kemble Avenue<br>P.O. Box 1917<br>Morristown, NJ 0796<br>kcoughlin@coughlinduffy.com<br>larmenti@coughlinduffy.com<br>mhrinewski@coughlinduffy.com | Todd M. Brooks<br>Whiteford Taylor & Preston LLP<br>Seven Saint Paul Street, 15th Floor<br>Baltimore, MD 21202-1626<br>tbrooks@wtplaw.com |
| Richard W. Riley<br>Whiteford Taylor & Preston LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801<br>rriley@wtplaw.com | Christopher S. Murphy, Assistant Attorney General<br>c/o Sherri K. Simpson, Paralegal<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>christopher.murphy@oag.texas.gov<br>sherri.simpson@oag.texas.gov<br>hannah.mccollum@usdoj.gov |
| R. Karl Hill<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>khill@svglaw.com | Douglas R. Gooding<br>Jonathan D. Marshall<br>Michael J. Foley, Jr.<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>dgooding@choate.com<br>jmarshall@choate.com<br>mjfoley@choate.com |
| Kim V. Marrkand<br>Nancy D. Adams<br>Laura Bange Stephens<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>kmarrkand@mintz.com<br>ndadams@mintz.com<br>lbstephens@mintz.com | William E. Winfield<br>Nelson Comis Kettle & Kinney LLP<br>300 E. Esplanade Drive, Suite 1170<br>Oxnard, CA 93036<br>wwinfield@calattys.com |
| Richard A. Barkasy<br>Kristi J. Doughty<br>Schnader Harrison Segal & Lewis LLP<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>rbarkasy@schnader.com<br>kdoughty@schnader.com | Henry C. Shelton, III<br>Adams and Reese LLP<br>6075 Poplar Avenue, Suite 700<br>Memphis, TN 38119<br>Henry.Shelton@arlaw.com |

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

James Tobia
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
jtobia@tobialaw.com

Michael J. Pankow
Joshua M. Hantman
Andrew J. Roth-Moore
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
mpankow@bhfs.com
jhantman@bhfs.com
Aroth-moore@bhfs.com

**FIRST CLASS MAIL**
N.E.K.
#402985 D-G-5
Clallam Bay Corrections Center
1830 Eagle Crest Way
Clallam Bay, WA 98326

Morton R. Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com

William D. Sullivan
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
bsullivan@sha-llc.com

Michael G. Kelly
Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
P.O. Box 1311
Odessa, TX 79760-1311
mkelly@kmdfirm.com

Bruce W. McCullough
Bodell Bové, LLC
1225 N. King Street, Suite 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

**FIRST CLASS MAIL**
D.J.S.
#795743 D-G-6
Clallam Bay Corrections Center
1830 Eagle Crest Way
Clallam Bay, WA 98326

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
dpacitti@klehr.com

Stephen Crew
Peter Janci
Crew Janci LLP
1200 NW Naito Parkway, Suite 500
Portland, OR 97209
steve@crewjanci.com
peter@crewjanci.com

Larry R. Boyd
Chad Timmons
Emily M. Hahn
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069
ctimmons@abernathylaw.com
bankruptcy@abernathylaw.com
ehahn@abernathy-law.com

Amish R. Doshi
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
amish@doshilegal.com

## Boy Scouts of America and Delaware BSA, LLC Service List
### (All Parties Served Via Email Unless Otherwise Noted)

Kami Quinn, Meredith Neely, Emily Grim,
Jasmine Chalashtori, Rachel Jennings, and Kyle Dechant
Gilbert LLP
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
quinnk@gilbertlegal.com
neelym@gilbertlegal.com
grime@gilbertlegal.com
chalashtorij@gilbertlegal.com
jenningsr@gilbertlegal.com
dechantk@gilbertlegal.com

Don Stecker
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Tennessee Department of Labor
Bureau of Unemployment Insurance
c/o Tennessee Attorney General's Office,
Bankruptcy Division
Attn: Laura L. McCloud
P.O. Box 20207
Nashville, TN 37202-0207
AGBankDelaware@ag.tn.gov

Rachel B. Mersky
Monzack Mersky Browder and Hochman, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

Danielle Mason Anderson
Miller, Canfield, Paddock and Stone, P.L.C.
277 S. Rose Street, Suite 5000
Kalamazoo, MI 49007
andersond@millercanfield.com

Stephen W. Spence
Baird Mandalas Brockstedt, LLC
1413 Savannah Road, Suite 1
Lewes, DE 19958
sws@bmbde.com

Peter Muthig
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison Street
Phoenix, AZ 85003
muthigk@mcao.maricopa.gov

Flordia M. Henderson
P.O. Box 30604
Memphis, TN 38130-0604
flordia@fhendersonlaw.net

David J. Molton
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
DMolton@brownrudnick.com

Sunni P. Beville
Tristan G. Axelrod
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
sbeville@brownrudnick.com
taxelrod@brownrudnick.com

Jason C. Powell
Thomas Reichert
The Powell Firm, LLC
1201 N. Orange Street, Suite 500
Wilmington, DE19801
jpowell@delawarefirm.com
treichert@delawarefirm.com

Christopher Simon
Kevin S. Mann
Cross & Simon, LLC
1105 N. Market Street, Suite 901
Wilmington, DE 19801
csimon@crosslaw.com
kmann@crosslaw.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

**FIRST CLASS MAIL**
Internal Revenue Service
c/o Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


JPMorgan Chase Bank, NA
c/o Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr.
1301 Avenue of the Americas
New York, NY 10019-6022
louis.strubeck@nortonrosefulbright.com

 Raul Diaz
rauldiaz2503@gmail.com



The County Commission of Fayette County
c/o Steptoe & Johnson PLLC
Attn: John Stump, Esq.
Chase Tower, 8th Floor
707 Virginia Street East
Charleston, WV 25301
john.stump@steptoe-johnson.com

United States Attorney for Delaware
Attn: David C. Weiss
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
usade.ecfbankruptcy@usdoj.gov


Mark D. Plevin
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
mplevin@crowell.com

**FIRST CLASS MAIL**
JPMorgan Chase Bank, NA
Attn: Phil Martin
10 S. Dearborn Street
Mail Code Ill-1415
Chicago, IL 60603


Pension Benefit Guaranty Corporation
Attn: Patricia Kelly, CFO
1200 K. Street, N.W.
Washington, D.C. 20005
Kelly.Patricia@Pbgc.Gov


**FIRST CLASS MAIL**
The County Commission of Fayette County
Attn: President
P.O. Box 307
Fayetteville, WV 25840




**FIRST CLASS MAIL**
United States Department of Justice
950 Pennsylvania Avenue, NW
Room 2242
Washington, DC 20530



Lloyd A. Gura
Mound Cotton Wollan & Greengrass LLP
One New York Plaza, 44th Floor
New York, NY 10004
lgura@moundcotton.com



Tacie H. Yoon
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C  20004
tyoon@crowell.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

Leander L. James
Craig K. Vernon
R. Charlie Beckett
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83815
ljames@jvwlaw.net
cvernon@jvwlaw.net
rbecckett@jvwlaw.net

John T. Banks
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
3301 Northland Drive, Suite 505
Austin, TX 78731
jbanks@pbfcm.com

Jerrold K. Guben
O'Connor Playdon Guben & Inouye LLP
Makai Tower, Suite 2400
733 Bishop Street
Honolulu, HI 96813
JKG@opgilaw.com

Justin H. Rucki
Rucki Fee Review, LLC
1111 Windon Drive
Wilmington, DE 19803
justinrucki@ruckifeereview.com

Erin A. West
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
ewest@gklaw.com

Timothy F. Nixon
Godfrey & Kahn, S.C.
200 South Washington Street, Suite 100
Green Bay, WI 54301-4298
tnixon@gklaw.com

Michael C. Andolina
Matthew E. Linder
White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
mandolina@whitecase.com
mlinder@whitecase.com

Daniel R. Lapinski
Motley Rice LLC
Woodland Falls Corporate Park
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
dlapinski@motleyrice.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
jrice@motleyrice.com

Kevin D. Swenson
Swenson & Shelley, PLLC
107 South 1470 East, Suite 201
St. George, UT 84790
Kevin@swensonshelley.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Edwin Rice
Elizabeth Brusa
Bradley Arant Boult Cummings
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
erice@bradley.com
ebrusa@bradley.com

John D. McLaughlin, Jr.
Ferry Joseph, P.A,
824 North Market Street, Suite 1000
Wilmington, DE 19801
jmclaughlin@ferryjoseph.com

David Barnes, Jr.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
david.barnes@nelsonmullins.com

Mark A. Salzberg
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
mark.salzberg@squirepb.com

Steven A. Leyh
Hoover & Slovacek, LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056
leyh@hooverslovacek.com

Joel M. Walker
Nye, Stirling, Hale & Miller LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
jmwalker@nshmlaw.com

David N. Rutt
Scott G. Wilcox
Moore & Rutt, P.A.
122 N. Market Street
P.O. Box 554
Georgetown, DE 19947
dnrutt@mooreandrutt.com
swilcox@mooreandrutt.com

Daniel R. Swetnam
Ice Miller
Arena District
250 West Street
Columbus, OH 43215
daniel.swetnam@icemiller.com

Travis A. McRoberts
Squire Patton Boggs (US) LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
travis.mcroberts@squirepb.com

Joseph P. Rusnak
Tune, Entrekin & White, P.C.
UBS Tower, Suite 1700
315 Deaderick Street
Nashville, TN 37238
jrusnak@tewlawfirm.com

Jonathan S. Pasternak
James B. Glucksman
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
rlr@dhclegal.com
jbg@dhclegal.com

Matthew G. Summers
Chantelle D. McClamb
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
summersm@ballardspahr.com
mcclambc@ballardspahr.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Brett Grindrod, Harry Lee, and John O'Connor
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com

The Episcopal Diocese of San Diego
c/o James P. Hill, Esq.
Sullivan Hill Rez & Engel
600 B Street, Suite 1700
San Diego, CA 92101
hill@sullivanhill.com

Edwin G. Rice
Bradley Arant Boult Cummings LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
erice@bradley.com
ddecker@bradley.com
ebrusa@bradley.com

Daniel K. Hogan
Garvan F. McDaniel
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com

Scott D. Cousins
Cousins Law LLC
Brandywine Plaza West
1521 West Concord Pike, Suite 301
Wilmington, DE 19803
scott.cousins@cousins-law.com

Aimee H. Wagstaff
Sommer D. Luther
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO 80226
aimee.wagstaff@andruswagstaff.com
sluther@wagstafflawfirm.com

Daniel E. Straffi, Jr.
Straffi & Straffi, LLC
670 Commons Way
Toms River, NJ 08755
bkclient@straffilaw.com

Jeremy W. Ryan
D. Ryan Slaugh
Potter Anderson & Corroon LLP
1313 North Market Street, Sixth Floor
Wilmington, DE 19801
jryan@potteranderson.com
rslaugh@potteranderson.com

J. Chad Edwards
Ichor Consulting, LLC
3626 N. Hall Street (Two Oak Lawn), Suite 610
Dallas, TX 75219
chad@ichorconsulting.com

John B. Thomas
Allison Fisher
Hicks Thomas LLP
700 Louisiana Street, Suite 2300
Houston, TX 77002
jthomas@hicks-thomas.com
afisher@hicks-thomas.com

Daniel Miller
Walden Macht & Haran LLP
2532 Justin Lane
Wilmington, DE 19810
dmiller@wmhlaw.com

Everett Cygal, David Spector, Joseph Mark Fisher, Neil Lloyd, Daniel Schufreider, and Jin Yan
Schiff Hardin LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
ecygal@schiffhardin.com; dspector@schiffhardin.com; mfisher@schiffhardin.com; nlloyd@schiffhardin.com; dschufreider@schiffhardin.com; jyan@schiffhardin.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Bill Kelleher<br>Fournaris & Mammarella, P.A.<br>1925 Lovering Avenue<br>Wilmington, DE 19806<br>BKelleher@gfmlaw.com | Irwin Zalkin<br>Devin Storey<br>Kristian Roggendorf<br>The Zalkin Law Firm, P.C.<br>10590 West Ocean Air Drive, #125<br>San Diego, CA 92130<br>irwin@zalkin.com; devin@zalkin.com; kristian@zalkin.com |
| Robert D. Cecil, Jr.<br>Tybout, Redfearn & Pell<br>P.O. Box 2092<br>Wilmington, DE 19899-2092<br>rcecil@trplaw.com | Bruce D. Celebrezze,<br>Clyde & Co. US LLP<br>Four Embarcadero Center, Suite 1350<br>San Francisco, CA 94111<br>bruce.celebrezze@clydeco.us |
| Konrad R. Krebs<br>Clyde & Co. US LLP<br>200 Campus Drive, Suite 300<br>Florham Park, NJ 07932<br>konrad.krebs@clydeco.us | David Christian<br>David Christian Attorneys LLC<br>105 W. Madison Street, Suite 1400<br>Chicago, IL 60602<br>dchristian@dca.law |
| Kimberly A. Dougherty<br>Justice Law Collaborative, LLC<br>19 Belmont Street<br>South Easton, MA 02375<br>kim@justicelc.com | Paul Logan<br>Post & Schell, P.C.<br>300 Delaware Avenue, Suite 1380<br>Wilmington, DE 19801<br>plogan@postschell.com |
| Michele M. Betti<br>Law Offices of Betti & Associates<br>30 Wall Street, 8th Floor<br>New York, NY 10005<br>mbettilaw@gmail.com | Iain A. Macdonald<br>Macdonald | Fernandez LLP<br>221 Sansome Street, Third Floor<br>San Francisco, CA 94104-2323<br>imac@macfern.com |
| Pamela J. Minetto<br>Mound Cotton Wollan & Greengrass LLP<br>30A Vreeland Road, Suite 210<br>Florham Park, NJ 07932<br>pminetto@moundcotton.com | David L. Lynch<br>The Law Office of David L. Lynch, PC<br>72877 Dinah Shore Drive, Suite 103-126<br>Rancho Mirage, CA 92270<br>dlynch@desertelderlaw.com |

## Boy Scouts of America and Delaware BSA, LLC Service List
### (All Parties Served Via Email Unless Otherwise Noted)

| | |
|---|---|
| Matthew A. Hamermesh<br>Hangley Aronchick Segal Pudlin & Schiller<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>mhamermesh@hangley.com | Thaddeus J. Weaver<br>Dilworth Paxson LLP<br>704 King Street, Suite 500<br>Wilmington, DE 19801<br>tweaver@dilworthlaw.com |
| Howard Seife<br>Andrew Rosenblatt<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019-6022<br>howard.seife@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com | Jihyun Park<br>Squire Patton Boggs (US) LLP<br>1211 Avenue of the Americas, 26th Floor<br>New York, NY 10136<br>jihyun.park@squirepb.com |
| William E. McGrath, Jr.<br>Dilworth Paxson LLP<br>2 Research Way<br>Princeton, NJ 08540<br>wmcgrath@dilworthlaw.com | |