IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**RE:  D.I. 5471** |

**CERTIFICATE OF NO OBJECTION REGARDING THE SEVENTH MONTHLY APPLICATION OF WHITE & CASE LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2021 TO AND INCLUDING APRIL 30, 2021**

The undersigned hereby certifies that, pursuant to the notice of the **Seventh Monthly Application of White & Case LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2021 to and Including April 30, 2021** [D.I. 5471] (the "Application"), filed on July 1, 2021, objections to the Application were to be filed and served no later than July 15, 2021 at 4:00 p.m. (Eastern Time).

Prior to the Objection Deadline, White & Case received informal comments to the Application from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").  Besides the informal comments from the U.S. Trustee, White & Case has received no other objection, response, or comments, and no objection or other responsive pleading to the Application appears on the Court's docket.

In order to resolve the informal comments from the U.S. Trustee, White & Case has agreed to reduce its requested fees in the amount of $324.57, as will be reflected in White & Case's Third Interim Fee Application.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further Court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $2,704,853.50 | $3,922.93 | $2,163,882.80 | $2,167,805.73 |

WHEREFORE, White & Case respectfully requests that the Application be approved.

Dated: September 2, 2021
New York, New York

**WHITE & CASE LLP**

*/s/ Jessica C. Lauria*

Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com
       laura.baccash@whitecase.com
       blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION