August 31, 2021

Judge Lauri Selber Silverstein
BSA Bankruptcy Case # 20-10343(LSS)
824 Market Street, 6th Floor
Wilmington, Delaware  19801

**FILED**

**2021 AUG 34  AM 9: 42**

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor,

I am sending this addendum to add more 'Memories' that have surfaced since my initial complaint filing.

I apologize for not having much, if any, proof of the incident, except the memories that are slowly coming to the surface. During and after this horrific attack, I was scared, I felt so guilty, dirty, alone, and ashamed not understanding why this happened to me. Wishing no one would ever find out about what I was forced to do, I tried hard to put it out of my mind and buried the ugly memories deep in inside. It wasn't until, at 64 years of age, I began hearing stories on the news about Scouts being attacked back during the time period when I was coming up through scouting. It was well into the ad campaign, timewise, that it suddenly flashed-back in my mind that this was also MY story. I remembered the nightmare I had lived through. After the initial realization, my memories have slowly and painfully come back, and I can now provide you with more about what happened that night.

My older brother and I were in Scouts together and we were gathered around a campfire. I felt a hand grabbing my Scout shirt from my left side, and the hand pulled me outside of the Campfire circle. I heard him grumbling about me putting everyone in danger and I was going to learn my lesson! I remember making it to the woods-line, outside of camp.  He pulled me into the trees, far back from



terror instantly, thinking "if I speak of this…talk was going to get out to all the Scout Leaders, maybe the Scouts too and then my parents and my classmates, soon the world would know what I just did." I kept thinking they were going to kick me out of the Scouts, because I forgot to be prepared. Ashamed, embarrassed, terrified, and afraid to tell *anyone* what I had experienced. Wishing no one would ever find out about what happened to me. I tried hard to put it out of my mind and buried the memories of the attack deep in inside.

Now at age 64, hearing the stories of the Scouts being attacked during the same time I was in Scouts. Hearing the ad campaigns repeatedly, and suddenly out of nowhere, I had a flashback, this too had happened to me, and this was also MY story.

Now realizing how this attack on me, has changed my life in so many *other ways*, than just the act itself. I've realized this attack has involved other, unknowing victims, for being a part of my life.

I talked with my wife and called my older brother to let him know of my realization and to see if he had any memories of that night. I found packed away, my Scout uniform and a picture of my brother and I in our uniforms (See attached). We were both in troop 22 together. I believe it was the Tidewater Council of Boy Scouts in Virginia Beach, Virginia.

My Brother's response was, he remembered that I was not in camp for about a half hour. He said he still remembers the "missing" *moment but* had no idea of what had happened to me. He *now feels horrible for not protecting his little brother* and is now living with the guilt for not going to find me.

As my memories have surfaced, things are becoming clear that this incident had a big impact on my adult life. I just didn't know until now. I chose to avoid sex most of my life. I'm assuming PTSD. I was uncomfortable with the act of making love for some unexplained reason. It was ugly, painful, and humiliating.

My wife has unknowingly been a victim without explanation as to why until now. My bride of 39 years has been so strong, doing without the intimacy in our relationship. And, yet, not leaving me. Many times, I thought she would leave because *I just could not, properly explain ANY reason why* I did not want to make love. I LOVE HER! My insides still vibrate when I see her. I get internal rushes because I am so grateful, she is my life partner and my best friend. I just could not perform, and I had no idea what the reason was. This put a huge strain in our marriage, and I just could not explain. We would be watching a movie or a television show together and if a rape scene would come up, I was so uncomfortable that I often would get up and leave. I went to my urologist for YEARS attempting to get help from him, to gain the power to perform. Everything he offered and did for me, worked for a short while and I guess, my memory unknowingly, kept putting a stop to any 'fix'. I figured it was just me.

I hate what this has done to my wife and our life together. I feel as if I just couldn't be there for her intimately. Her blaming herself that it was maybe her fault. Not being able to explain, as I didn't know myself. She knows I love her, and it is clear she loves me, but the lack of romance and intimacy had a HUGE impact on our marriage.

This is obviously a process, to let the things that hurt SO bad, continue to surface. I still fall into tears quite abruptly at any given moment. I was just a boy, and I didn't deserve what was done to me. This has totally rocked my world in a very life-shattering way.

Thank you for your time and consideration and thank you for listening!