# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 1974, 1975** |

## CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING IN PART INSURERS' MOTION FOR AN ORDER AUTHORIZING CERTAIN RULE 2004 DISCOVERY [D.I. 1974, 1975]

I, Stamatios Stamoulis, co-counsel to Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company (collectively, "Century"), hereby certify and state as follows:

1. On January 22, 2021, Century and Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company (collectively, "Hartford"), filed *Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* (the "Motion") [D.I. 1974, 1975]. The deadline to respond to the Motion was February 5, 2021, as extended by agreement for a requesting party (the "Objection Deadline").

2. Prior to the Objection Deadline, various parties filed objections and statements to the Motion. Various parties also filed joinders to the Motion.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

3. On February 17, 2021, March 17, 2021, and August 30, 2021, the United States Bankruptcy Court for the District of Delaware (the "Court") held hearings or conference regarding the Motion. On August 30, 2021, the Court granted the Motion, in part, for the reasons set forth on the record of such hearing. Thereafter, the Court directed counsel to Century and Hartford to confer with the parties regarding a form of order and submit an agreed form of order granting the Motion in part. On September 2, 2021, Century provided a draft of the proposed order to the Official Tort Claimants' Committee ("TCC"), the Future Claimants' Representative ("FCR") and the Coalition of Abused Scouts for Justice (the "Coalition"). Accordingly, counsel to Century, Hartford, and the parties have agreed as to the form of the proposed order attached hereto as **Exhibit A** (the "Proposed Order").

WHEREFORE, in accordance with the foregoing, Century hereby submits the Proposed Order, attached hereto as **Exhibit A**.

Dated: September 3, 2021
Wilmington, D.E.

Respectfully Submitted,

By: */s/ Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)

**Stamoulis & Weinblatt LLC**
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688

**O'Melveny & Myers LLP**
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212-326-2000

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

3