**<u>Exhibit A</u>**

**Service List**

**BY ELECTRONIC MAIL**

**POST & SCHELL, P.C.**
Paul Logan
Kathleen Kerns
300 Delaware Avenue
Suite 3180
Wilmington, DE 19801
Phone: (302) 251-8856
Fax: (302) 251-8857
Email: plogan@postschell.com
           kkerns@postschell.com

**IFRAH PPLC**
George R. Calhoun
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, D.C. 20006
Phone: (202) 840-8758
Email: george@ifrahlaw.com

*Attorneys for Argonaut Insurance Company*