# **Exhibit A**

## **Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**June 1, 2021 through June 30, 2021**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 16.0 | $10,352.50 |
| Cash | 86.1 | $50,190.00 |
| Claims | 40.9 | $25,005.00 |
| Contracts | 1.6 | $1,200.00 |
| Employee | 10.4 | $5,820.00 |
| Fee Applications | 12.2 | $4,917.50 |
| Financial Analysis | 272.9 | $186,975.00 |
| Info Req | 37.8 | $25,807.50 |
| Litigation | 146.8 | $126,462.50 |
| MOR | 14.7 | $8,805.00 |
| Motions/Orders | 5.8 | $3,742.50 |
| Plan DS | 307.7 | $209,875.00 |
| Status Meeting | 57.2 | $46,545.00 |
| Travel | 3.0 | $3,225.00 |
| Vendor Management | 2.6 | $2,100.00 |
| *Subtotal* | 1,015.7 | $711,022.50 |
| *Voluntary Reduction - General* | -19.9 | -$9,950.00 |
| *Total* | 995.8 | $701,072.50 |