**Exhibit B**

**Summary of Time Detail by Professional**

*Exhibit B*

**Boy Scouts of America and Delaware BSA, LLC**
*Summary of Time Detail by Professional*
*June 1, 2021 through June 30, 2021*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,075.00 | 158.2 | $170,065.00 |
| Erin McKeighan | Managing Director | $900.00 | 16.9 | $15,210.00 |
| Carl Binggeli | Director | $750.00 | 209.2 | $156,900.00 |
| Robert Edgecombe | Director | $525.00 | 1.4 | $735.00 |
| Ryan Walsh | Senior Associate | $675.00 | 220.2 | $148,635.00 |
| Tim Deters | Senior Associate | $650.00 | 141.4 | $91,910.00 |
| Christian Schoerner | Associate | $375.00 | 1.7 | $637.50 |
| Gerard Gigante | Consultant | $525.00 | 29.7 | $15,592.50 |
| Davis Jochim | Analyst | $475.00 | 145.0 | $68,875.00 |
| Lewis Kordupel | Analyst | $475.00 | 83.0 | $39,425.00 |
| Cally McGee | Analyst | $400.00 | 1.5 | $600.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 7.5 | $2,437.50 |
| | | *Subtotal* | 1,015.7 | $711,022.50 |
| | | *Voluntary Reduction - General* | -19.9 | -$9,950.00 |
| | | *Total* | 995.8 | $701,072.50 |