## Exhibit E

**Summary of Expense Detail by Category**

*Exhibit E*

## Boy Scouts of America and Delaware BSA, LLC
### Summary of Expense Detail by Category
### June 1, 2021 through June 30, 2021

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $892.05 |
| Lodging | $662.89 |
| Meals | $180.79 |
| Miscellaneous | $957.68 |
| Transportation | $168.00 |
| **Total** | **$2,861.41** |