## Exhibit F

**Expense Detail by Category Professional**

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
## Expense Detail by Category
## June 1, 2021 through June 30, 2021

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 6/3/2021 | $892.05 | Airfare roundtrip coach Chicago/New York/Chicago (6/7 & 6/10/2021). |
| **Expense Category Total** | | **$892.05** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 6/9/2021 | $662.89 | Hotel in New York - 3 nights. |
| **Expense Category Total** | | **$662.89** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 6/7/2021 | $180.79 | Out of town dinner - B. Whittman, M. Andolina, M. Linder - 3. |
| **Expense Category Total** | | **$180.79** | |

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Walsh | 6/1/2021 | $14.98 | WebEx Charges. |
| Erin McKeighan | 6/30/2021 | $942.70 | CMS Monthly Data Storage Fee. |
| **Expense Category Total** | | **$957.68** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 6/10/2021 | $168.00 | Parking at Chicago Airport. |
| **Expense Category Total** | | **$168.00** | |
| **Grand Total** | | **$2,861.41** | |