August 30ᵗʰ 2021

**FILED**

**2021 SEP -7 AM 9: 22**

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: Justice Lauri Selber Silverstein

My Case #SA

This is my story; I grew up with a normal childhood until these incidents. I had a lot of chores to do each day my mother was nice and a father who worked out of town, I would see him every 3-4 months and would drink the whole time he was home.

When he came home, I would go to the local LDS church and enjoyed the scouting program until the horrible events that occurred by the hands of a scout leader at a scout-a-rama, and another time working on a merit badge at the Tasty Donuts where we learned a business from purchase to sales. I was on the sales aspect of the business where we loaded our metal baskets with assorted packages of donuts. We loaded up in a van and went to Salt Lake City, from Bountiful Utah where I grew up, and we went door to door selling these donuts and candy. We came up on a motel where the leader had a room, we were supposed to connect with a ride back to Bountiful, but the ride never came, once inside the room I was                          It was the worse shock ever. The things he made me do. Finally, when he was done, he took me home. It was late at night and my dad had just come home when he heard me coming home when he immediately started violently whipping me with the belt without telling him what had happened to me with the scout leader. I was crying and couldn't speak about my sexual assault from his brutal beating that I went to my bed and it was finally over without explaining a thing to my dad, he would not let me talk.

Finally, I couldn't sit down for weeks without feeling the effects of the beating and I developed a deep hatred for my dad and never spoke a word about it again to anyone until my current wife now, 22years later.

From that day I could not wait to move out, from my dad. I stopped going to church scouting and spent my life drinking and doing drugs to buffer the pain from that day. I experienced suicide attempt, numerous times. And I had 2 failed marriages, until I met my current wife. I've paid an enormous number of fines. I just couldn't figure out what my problem was to make my life a living hell. I've been praying for and trying to figure out how to pay my many fines I have. I've gone through my life with a hatred for the Mormon church and my dad, BSA also. I had a hard time holding down a job. I have received a diagnosis of severe PTSD as of 9 months ago and my wife has helped me receiving cognitive therapy through a local health care center.

I have completed Drug Court in Salt Lake City, and I learned the tools to lead a drug free and alcohol-free life for 9 years.  I was so ashamed and embarrassed to mention the BSA or my dad to this day.  I still identify with the scares of my past and my low self-esteem and the crying from a number of things I still can't speak of in front of a crowd.  I go to church every Sunday and have accepted Christ as my personal savior.

Thank you so very much for representing me with the deep scars from my past, and to hopefully heal my wounds.

Yours, Sincerely