THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | ) | Case No. 20-10343 (LSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: September 21, 2021 at 4:00 p.m.**
**Hearing Date: To be scheduled**

**FIFTH QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH APRIL 30, 2021**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective as of March 4, 2020 by order signed on or about April 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2021 through April 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $3,081,558.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 55,917.03 |
| Rates are Higher than those Approved or Disclosed at Retention? Yes__ No__ If yes, Total Compensation Sought Using Rates Disclosed in Retention Application: | No |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $1,510,312.50 |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $ 37,114.90 |

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| Number of Professionals Included in this Application: | 44 |
| --- | --- |
| If Applicable, Number of Professionals in this Application not Included in Staffing Plan Approved by Client: | 0 |
| If Applicable, Difference Between Fees Budgeted and Compensation Sought for this Period: | ($80,442.00) |
| Number of Professionals Billing Fewer than 15 Hours to the Case During this Period: | 17 |

This is a(n): monthly x interim final application.

The total time expended for fee application preparation is approximately 3.0 hours and the corresponding compensation requested is approximately $1,000.00.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 05/14/20 | 03/14/20 – 03/31/20 | $ 776,257.50 | $ 6,064.88 | $ 776,257.50 | $ 6,064.88 |
| 06/08/20 | 04/01/20/ - 04/30/20 | $ 644,670.50 | $ 3,045.94 | $ 642,670.50[2] | $ 3,045.94 |
| 08/03/20 | 05/01/20 – 05/31/20 | $ 659,618.50 | $ 3,681.07 | $ 659,618.50 | $ 3,182.37[3] |
| 08/27/20 | 06/01/20 – 06/30/20 | $ 475,879.50 | $ 5,651.98 | $ 475,879.50 | $ 5,651.98 |
| 09/11/20 | 07/01/20 – 07/31/20 | $ 678,423.50 | $ 6,612.09 | $638,423.50[4] | $ 6,612.09 |
| 09/29/20 | 08/01/20 – 08/31/20 | $ 658,721.00 | $31,487.15 | $ 526,976.80 | $31,478.15 |
| 11/30/20 | 09/01/20 – 09/30/20 | $ 588,902.00 | $15,777.88 | $ 471,121.60 | $15,777.88 |
| 01/04/21 | 10/01/20 – 10/31/20 | $ 666,283.50 | $19,826.31 | $ 533,026.80 | $19,826.31 |
| 02/16/21 | 11/01/20 – 11/30/20 | $ 504,479.00 | $11,755.14 | $ 403,583.20 | $11,755.14 |
| 03/01/21 | 12/01/20 – 12/31/20 | $ 837,406.00 | $12,415.20 | $ 669,924.80 | $12,415.20 |
| 03/23/21 | 01/01/21 – 01/31/21 | $ 901,667.00 | $19,291.93 | $ 721,333.60 | $19,291.93 |
| 05/26/21 | 02/01/21 – 02/28/21 | $ 763,236.50 | $ 9,386.00 | $ 610,589.20 | $ 9,386.00 |
| 07/02/21 | 03/01/21 – 03/31/21 | $1,124,713.50 | $27,728.90 | $ 899,770.80 | $27,728.90 |
| 08/04/21 | 04/01/21 – 04/30/21 | $1,193,608.00 | $18,802.13 | $ 954,886.40 | $18,802.13 |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James I. Stang | Partner 1983; Member of CA Bar since 1980 | $1,195.00 | 366.10 | $437,489.50 |
| Robert B. Orgel | Partner 1986; Member of CA Bar since 1981 | $1,145.00 | 372.00 | $425,940.00 |
| Alan J. Kornfeld | Partner 1996; Member of CA Bar since 1987; Member of NY Bar since 2004 | $1,145.00 | 81.30 | $ 93,088.50 |
| Richard J. Gruber | Of Counsel 2008; Member of CA Bar since 1982 | $1,125.00 | 1.20 | $ 1,350.00 |

[2] In the Court's Order approving the First Quarterly Fee Application, the Court approved $1,418,928.00 in fees which reflects a reduction of $2,000.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[3] In the Court's Order approving the Second Quarterly Fee Application, the Court approved $15,446.44 in expenses which reflects a reduction of $498.70. For the purposes of this application, we have noted the reduction in the first month of that period.

[4] In the Court's Order approving the Second Quarterly Fee Application, the Court approved $1,773,921.50 in fees which reflects a reduction of $40,000.00. For the purposes of this application, we have noted the reduction in the last month of that period.

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Judith Elkin | Of Counsel 2020; Member of TX Bar since 1982; Member of NY Bar since 2004 | $1,100.00 | 12.60 | $ 13,860.00 |
| Debra I. Grassgreen | Partner 1997; Member of FL Bar since 1992; Member of CA Bar since 1994 | $1,095.00 | 159.60 | $174,762.00 |
| Linda F. Cantor | Partner 1994; Member of CA Bar since 1991; Member of IL Bar since 1988 | $1,075.00 | 8.40 | $ 9,030.00 |
| Henry C. Kevane | Partner 1997; Member of CA Bar since 1986 | $1,075.00 | 34.70 | $ 37,302.50 |
| John A. Morris | Partner 2008; Member of NY Bar since 1991 | $1,075.00 | 4.80 | $ 5,160.00 |
| Karen B. Dine | Of Counsel 2020; Member of NY Bar since 1994 | $1,075.00 | 18.10 | $ 19,457.50 |
| Iain A.W. Nasatir | Partner 1999; Member of NY Bar since 1983 Member of CA Bar since 1990 | $1,025.00 | 280.70 | $287,717.50 |
| Kenneth H. Brown | Partner 2001; Member of CA Bar since 1981 | $ 995.00 | 111.10 | $110,544.50 |
| Malhar S. Pagay | Partner 2003; Member of CA Bar since 1997 | $ 995.00 | 267.90 | $266,560.50 |
| Daryl G. Parker | Of Counsel 2006; Member of CA Bar since 1970 | $ 995.00 | 57.70 | $ 57,411.50 |
| Mary F. Caloway | Of Counsel 2020; Member of DE Bar since 1992 | $ 995.00 | 63.00 | $ 62,685.00 |
| Maxim B. Litvak | Partner 2004; Member of TX Bar since 1997; Member of CA Bar since 2001 | $ 950.00 | 23.80 | $ 22,610.00 |
| Harry D. Hochman | Of Counsel 2004; Member of CA Bar since 1987 | $ 950.00 | 3.50 | $ 3,325.00 |
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $ 925.00 | 77.60 | $ 71,780.00 |
| Elissa A. Wagner | Of Counsel 2009; Member of CA Bar since 2001; Member of AZ Bar since 2009 | $ 925.00 | 1.70 | $ 1,572.50 |
| Jonathan J. Kim | Of Counsel 1999; Member of CA Bar since 1995 | $ 895.00 | 63.70 | $ 57,011.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jason S. Pomerantz | Partner 2019; Member of CA Bar since 1991 | $ 850.00 | 65.00 | $ 55,250.00 |
| Tavi C. Flanagan | Of Counsel 2018; Member of CA Bar since 1993 | $ 875.00 | 120.60 | $105,525.00 |
| John W. Lucas | Partner 2014; Member of NY Bar since 2004; Member of CA Bar since 2010 | $ 825.00 | 581.80 | $479,985.00 |
| Robert M. Saunders | Of Counsel 2001; Member of NY Bar since 1984; Member of FL Bar since 1995; Member of CA Bar since 2003 | $ 825.00 | 95.90 | $ 79,117.50 |
| Beth E. Levine | Of Counsel 2002; Member of NY Bar since 1992 | $ 825.00 | 39.00 | $ 32,175.00 |
| Miriam P. Manning | Of Counsel 2008; Member of CA Bar since 1995 | $ 795.00 | 21.50 | $ 17,092.50 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $ 775.00 | 22.70 | $ 18,046.50 |
| Gillian N. Brown | Of Counsel 2016; Member of CA Bar since 1999; Member of Washington D.C. Bar since 2008; Member of NY Bar since 2010 | $ 795.00 | 0.10 | $ 79.50 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE & NH Bars since 2010 | $ 750.00 | 0.50 | $ 375.00 |
| Cia H. Mackle | Of Counsel 2007; Member of FL Bar since 2006 | $ 675.00 | 8.20 | $ 5,535.00 |
| Brittany M. Michael | Of Counsel 2020; Member of MN Bar since 2015; Member of NY Bar since 2019 | $ 650.00 | 0.30 | $ 195.00 |
| Steven W. Golden | Associate 2016; Member of NY and MD Bars since 2015; Member of TX Bar since 2016 | $ 625.00 | 81.30 | $ 50,812.50 |
| Leslie A. Forrester | Law Library Director 2003 | $ 450.00 | 29.30 | $ 13,185.00 |
| Karina K. Yee | Paralegal 2000 | $ 425.00 | 72.30 | $ 30,727.50 |
| Beth D. Dassa | Paralegal 2007 | $ 425.00 | 0.70 | $ 297.50 |
| Elizabeth C. Thomas | Paralegal 2016 | $ 425.00 | 0.30 | $ 127.50 |
| Cheryl A. Knotts | Paralegal 2000 | $ 395.00 | 11.30 | $ 4,463.50 |
| Diane H. Hinojosa | Paralegal Assistant | $ 395.00 | 24.10 | $ 9,519.50 |
| Myra Kulick | Paralegal Assistant | $ 395.00 | 18.00 | $ 7,110.00 |
| Oliver M. Carpio | Paralegal Assistant | $ 395.00 | 1.80 | $ 711.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrea R. Paul | Case Management Assistant 2001 | $ 350.00 | 0.50 | $ 175.00 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $ 350.00 | 12.60 | $ 4,410.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $ 350.00 | 1.00 | $ 350.00 |
| Karen S. Neil | Case Management Assistant 2003 | $ 350.00 | 23.40 | $ 8,190.00 |

**Grand Total: $3,082,113.00**
**Total Hours: 3,241.70**
**Blended Rate: $950.77**

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis/Recovery | 145.60 | $133,280.50 |
| Appeals | 112.10 | $106,915.50 |
| Bankruptcy Litigation | 362.60 | $316,025.50 |
| Case Administration | 62.70 | $ 25,883.00 |
| Claims Admin./Objections | 653.80 | $621,454.50 |
| Compensation of Professional | 44.10 | $ 30,418.50 |
| Compensation of Prof./Others | 27.30 | $ 17,672.50 |
| Financing | 56.90 | $ 57,210.00 |
| General Creditors Comm. | 583.70 | $548,894.00 |
| Hearings | 26.20 | $ 26,469.00 |
| Insurance Coverage | 220.60 | $218,457.00 |
| Mediation | 145.10 | $152,645.50 |
| Plan & Disclosure Statement | 796.10 | $822,937.50 |
| Retention of Prof/Others | 4.90 | $ 3,850.00 |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable)[5] | Total Expenses |
|---|---|---|
| Air Fare | United Airlines | $ 2,239.34 |
| Auto Travel | Elite Transportation Service | $ 148.70 |
| Bloomberg | | $ 491.20 |
| Working Meals | Pure Bread; Taam Tov Restaurant; Little Thai Kitchen; Naya | $ 150.99 |
| Conference Call | AT&T Conference Call; CourtCall | $ 953.54 |
| Federal Express | | $ 572.80 |
| Filing Fee | USDC | $ 125.00 |
| Legal Research | Lexis/Nexis | $ 1,792.59 |
| Outside Services | DropBox; MiPro; Zoom; Everlaw | $40,077.87 |
| Court Research | Pacer | $ 1,018.60 |
| Postage | US Mail | $ 523.30 |
| Reproduction Expense | | $ 279.10 |
| Reproduction/Scan Copy | | $ 3,009.30 |
| Research | Everlaw | $ 1,000.00 |
| Travel Expense | Travel Agency Fee | $ 50.00 |
| Transcript | Lexitas; eLitigation Services | $ 3,484.70 |

[5] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | ) | Case No. 20-10343 (LSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: September 21, 2021 at 4:00 p.m.**
**Hearing Date: To be scheduled**

**FIFTH QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH APRIL 30, 2021**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the "Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief," signed on or about April 6, 2020 [Docket No. 341] (the "Administrative Order") and the "Order Amending the Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief"[Docket No. 589] (the "Amended Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Counsel to the Tort Claimants' Committee (the "Committee"), hereby submits its Fifth Quarterly Application for

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Compensation and for Reimbursement of Expenses for the Period from February 1, 2021 through April 30, 2021 (the "Application").

By this Application PSZ&J seeks an interim allowance of compensation in the amount of $3,081,558.00 and actual and necessary expenses in the amount of $55,917.03 for a total allowance of $3,137,475.03 and payment of the unpaid amount of such fees and expenses for the period February 1, 2021 through April 30, 2021 (the "Interim Period") in accordance with the terms of the Amended Administrative Order. In support of this Application, PSZ&J respectfully represents as follows:

**Background**

1. On February 18, 2020 (the "Petition Date"), the Debtors commenced their Chapter 11cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in possession of their property and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about April 6, 2020, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. On or about August 6, 2021, The Court signed The Amended Administrative Order which provides, among other things, that a Professional may submit monthly fee applications. If no

objections are made within fourteen (14) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending April 30, 2020 and at three-month intervals thereafter, each of the Professionals shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4. The retention of PSZ&J, as counsel to the Tort Claimants' Committee, was approved effective as of March 4, 2020 by this Court's "Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Additional Tort Claimants' Committee Effective as of March 4, 2020," signed on or about April 11, 2020 (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses. The Retention Order further authorized PSZ&J to be reimbursed for Committee Members' expenses that PSZ&J paid directly or reimbursed to Committee Members. PSZJ is not requesting reimbursement in this Application for any Committee Members' expenses.

5. PSZ&J expenses include its technology consultant MIPRO's pass-through billings of $187 per hour. To make discovery faster and less expensive, BSA granted the Committee's professionals access to a duplicate copy of its PeopleSoft software and database. PSZ&J retained MIPRO to assist PSZ&J and other Committee professionals with accessing and utilizing this software. Pursuant to discussions with the United States Trustee's Office, PSZ&J believes that MIPRO may be paid for services in these cases without a separate fee application.

PSZ&J has paid MIPRO invoices, as set forth in the attached monthly fee applications, and has included payment of the MIPRO invoices as part of its request in this Application for reimbursement of expenses.

6. Attorneys retained pursuant to sections 327, or 363 or 1103 of the Bankruptcy Code (other than Ordinary Course Professionals) must comply with certain requirements of the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases (the "Revised UST Guidelines"). The Office of the United States Trustee has promulgated forms to aid in compliance with the Revised UST Guidelines. Charts and tables based on such forms are attached hereto as exhibits and filled out with data to the extent relevant to these cases: Exhibit "A", Customary and Comparable Compensation Disclosures with Fee Applications; Exhibit "B", Summary of Timekeepers Included in this Fee Application, Exhibit "C-1", Budget; Exhibit "C-2", Staffing Plan; Exhibit "D-1", Summary of Compensation Requested by Project Category; Exhibit "D-2", Summary of Expense Reimbursement Requested by Category; and Exhibit "E", Summary Cover Sheet of Fee Application.

## PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

7. The monthly fee applications (the "Monthly Fee Applications") for the period February 1, 2021 through April 30, 2021 of PSZ&J have been filed and served pursuant to the Administrative Order.

8. On May 26, 2021, PSZ&J filed its Twelfth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee, for the Period from February 1, 2021 through February 28, 2021 (the "Twelfth Monthly Fee Application") requesting $763,236.50 in fees and $9,386.00 in expenses. Pursuant to the Administrative Order, PSZ&J has been paid $610,589.20 of the fees and $9,386.00 of the expenses requested in the Twelfth Monthly Fee Application. A true and correct copy of the Twelfth Monthly Fee Application is attached hereto as Exhibit F.

9. On July 2, 2021, PSZ&J filed its Thirteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee, for the Period from March 1, 2021 through March 31, 2021 (the "Thirteenth Monthly Fee Application") requesting $1,124,713.50 in fees and $27,728.90 in expenses. Pursuant to the Administrative Order, PSZ&J has been paid $899,770.80 of the fees and $27,728.90 of the expenses requested in the Thirteenth Monthly Fee Application. A true and correct copy of the Thirteenth Monthly Fee Application is attached hereto as Exhibit G.

10. On August 4, 2021, PSZ&J filed its Fourteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee, for the Period from April 1, 2021 through April 30, 2021 (the "Fourteenth Monthly Fee Application") requesting $1,193,608.00 in fees and $18,802.13 in expenses. Pursuant to the Administrative Order, PSZ&J has been paid $954,886.40 of the fees and $18,802.13 of the expenses requested in the Fourteenth Monthly Fee

Application. A true and correct copy of the Fourteenth Monthly Fee Application is attached hereto as Exhibit H.

11. The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided by PSZ&J during the periods covered by such applications as well as other detailed information required to be included in fee applications.

**Requested Relief**

12. By this Application, PSZ&J requests that the Court approval of one-hundred percent (100%) of the fees and expenses incurred by PSZ&J during the Interim Period of February 1, 2021 through April 30, 2021 on an interim basis and payment of any unpaid amounts in accordance with the terms of the Amended Administrative Order.

13. At all relevant times, PSZ&J has not represented any party having an interest adverse to these cases.

14. All services for which PSZ&J requests compensation were performed for or on behalf of the Committee.

15. PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases. As set forth in its employment application, PSZ&J has agreed to contribute ten percent (10%) of the total amount

of fees it bills in these cases to the fund established in these cases to compensate survivors of sexual abuse. PSZ&J did not receive a retainer in this matter.

16. The professional services and related expenses for which PSZ&J requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of PSZ&J's professional responsibilities as attorneys for the Committee in these chapter 11 cases. PSZ&J's services have been necessary and beneficial to the Committee, the Debtors and their estates, creditors and other parties in interest.

17. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

**Statement from PSZJ**

18. Pursuant to the Appendix B Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses Filed under the United States Code by Attorneys in Larger Chapter 11 Cases, PSZ&J responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | | NO | |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application higher by 10% or more, did you discuss the reasons for the variation with the client? | | N/A | |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | NO | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | | YES | 0.60 hours were spent reviewing/revising invoices in connection with preparation of fee applications for a total of $237.00 |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | | NO | |
| If the fee application includes any rate increases since retention in these Cases:<br>i. Did your client review and approve those rate increases in advance?<br>ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | | N/A | |

**WHEREFORE,** PSZ&J respectfully requests that the Court enter an order, in the form attached hereto, providing that an interim allowance be made to PSZ&J in the total amount; and for such other and further relief as may be just and proper.

Dated: September 7, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 North Market Street, 17th Floor, PO Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: jstang@pszjlaw.com
rorgel@pszjlaw.com
joneil@pszjlaw.com
jlucas@pszjlaw.com

Counsel to the Tort Claimants Committee

**DECLARATION**

STATE OF DELAWARE :
:
COUNTY OF NEW CASTLE :

James E. O'Neill, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Tort Claimants' Committee.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about April 6, 2020 and submit that the Application substantially complies with such Rule and Order.

*<u>/s/ James E. O'Neill</u>*
James E. O'Neill