# **<u>EXHIBIT A</u>**

**Customary and Comparable Compensation Disclosures with Fee Applications**

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(See Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy* | BILLED In this fee application |
| Sr./Equity Partner/Shareholder | $1,050.00 | $1,017.42 |
| Of Counsel | $950.00 | $895.37 |
| Associate (4-6 years since first admission) | $750.00 | $625.00 |
| Law Library Director | $450.00 | $450.00 |
| Paralegal | $450.00 | $412.11 |
| Case Management Assistants | $300.00 | $350.00 |
| All timekeepers aggregated | $950.00** | $950.77 |

* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2019, non-estate work represented approximately 4-5% of the Firm's revenues, and in 2020, non-estate work represented approximately 5-7% of the Firm's revenues. It is expected that non-estate work in 2021 will represent approximately 5-8% of the Firms' revenues

**Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work.

| | |
|---|---|
| Case Name: | Boy Scouts of America and Delaware BSA, LLC |
| Case Number: | 20-10343 (LSS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 9/7/2021 |
| Interim or Final | Interim |

DOCS_DE:235653.1 85353/002