# EXHIBIT B

**Summary of Timekeepers Included in this Fee Application**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| James I. Stang | Partner | Bankruptcy | 1980 | 366.10 | $437,489.50 | $1,195.00 | $1,445.00 | 0 |
| Robert B. Orgel | Partner | Bankruptcy | 1981 | 372.00 | $425,940.00 | $1,145.00 | $1,395.00 | 0 |
| Alan J. Kornfeld | Partner | Bankruptcy | 1987 | 81.30 | $ 93,088.50 | $1,145.00 | $1,395.00 | 0 |
| Richard J. Gruber | Of Counsel | Bankruptcy | 1982 | 1.20 | $ 1,350.00 | $1,125.00 | $1,275.00 | 0 |
| Judith Elkin | Of Counsel | Bankruptcy | 1982 | 12.60 | $ 13,860.00 | $1,100.00 | $1,275.00 | 0 |
| Debra I. Grassgreen | Partner | Bankruptcy | 1992 | 159.60 | $174,762.00 | $1,095.00 | $1,275.00 | 0 |
| Linda F. Cantor | Partner | Bankruptcy | 1988 | 8.40 | $ 9,030.00 | $1,075.00 | $1,275.00 | 0 |
| Henry C. Kevane | Partner | Bankruptcy | 1986 | 34.70 | $ 37,302.50 | $1,075.00 | $1,275.00 | 0 |
| John A. Morris | Partner | Bankruptcy | 1991 | 4.80 | $ 5,160.00 | $1,075.00 | $1,275.00 | 0 |
| Karen B. Dine | Of Counsel | Bankruptcy | 1994 | 18.10 | $ 19,457.50 | $1,075.00 | $1,195.00 | 0 |
| Iain A.W. Nasatir | Partner | Bankruptcy | 1983 | 280.70 | $287,717.50 | $1,025.00 | $1,195.00 | 0 |
| Kenneth H. Brown | Partner | Bankruptcy | 1981 | 111.10 | $110,544.50 | $ 995.00 | $1,195.00 | 0 |
| Malhar S. Pagay | Partner | Bankruptcy | 1997 | 267.90 | $266,560.50 | $ 995.00 | $1,195.00 | 0 |
| Daryl G. Parker | Of Counsel | Bankruptcy | 1970 | 57.70 | $ 57,411.50 | $ 995.00 | $1,195.00 | 0 |
| Mary F. Caloway | Of Counsel | Bankruptcy | 1992 | 63.00 | $ 62,685.00 | $ 995.00 | $1,195.00 | 0 |
| Maxim B. Litvak | Partner | Bankruptcy | 1997 | 23.80 | $ 22,610.00 | $ 950.00 | $1,195.00 | 0 |
| Harry D. Hochman | Of Counsel | Bankruptcy | 1987 | 3.50 | $ 3,325.00 | $ 950.00 | $1,195.00 | 0 |
| James E. O'Neill | Partner | Bankruptcy | 1985 | 77.60 | $ 71,780.00 | $ 925.00 | $1,195.00 | 0 |
| Elissa A. Wagner | Of Counsel | Bankruptcy | 2001 | 1.70 | $ 1,572.50 | $ 925.00 | $1,195.00 | 0 |
| Jonathan J. Kim | Of Counsel | Bankruptcy | 1995 | 63.70 | $ 57,011.50 | $ 895.00 | $1,195.00 | 0 |
| Jason S. Pomerantz | Partner | Bankruptcy | 1991 | 65.00 | $ 55,250.00 | $ 850.00 | $1,195.00 | 0 |
| Tavi C. Flanagan | Of Counsel | Bankruptcy | 1993 | 120.60 | $105,525.00 | $ 875.00 | $1,195.00 | 0 |
| John W. Lucas | Partner | Bankruptcy | 2004 | 581.80 | $479,985.00 | $ 825.00 | $1,195.00 | 0 |

Case Name: Boy Scouts of America and Delaware BSA, LLC

Case Number: 20-10343 (LSS)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 9/7/2021

Interim or Final Interim

[1] If applicable.

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[2] | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Robert M. Saunders | Of Counsel | Bankruptcy | 1984 | 95.90 | $ 79,117.50 | $ 825.00 | $1,125.00 | 0 |
| Beth E. Levine | Of Counsel | Bankruptcy | 1992 | 39.00 | $ 32,175.00 | $ 825.00 | $1,125.00 | 0 |
| Miriam P. Manning | Of Counsel | Bankruptcy | 1995 | 21.50 | $ 17,092.50 | $ 795.00 | $1,125.00 | 0 |
| William L. Ramseyer | Of Counsel | Bankruptcy | 1980 | 22.70 | $ 18,046.50 | $ 775.00 | $ 795.00 | 0 |
| Gillian N. Brown | Of Counsel | Bankruptcy | 2008 | 0.10 | $ 79.50 | $ 795.00 | $ 850.00 | 0 |
| Peter J. Keane | Of Counsel | Bankruptcy | 2008 | 0.50 | $ 375.00 | $ 750.00 | $ 750.00 | 0 |
| Cia H. Mackle | Of Counsel | Bankruptcy | 2006 | 8.20 | $ 5,535.00 | $ 675.00 | $ 750.00 | 0 |
| Brittany M. Michael | Of Counsel | Bankruptcy | 2015 | 0.30 | $ 195.00 | $ 650.00 | $ 695.00 | 0 |
| Steven W. Golden | Associate | Bankruptcy | 2015 | 81.30 | $ 50,812.50 | $ 625.00 | $ 695.00 | 0 |
| Leslie A. Forrester | Law Library Director | Bankruptcy | N/A | 29.30 | $ 13,185.00 | $ 450.00 | $ 475.00 | 0 |
| Karina K. Yee | Paralegal | Bankruptcy | N/A | 72.30 | $ 30,727.50 | $ 425.00 | $ 460.00 | 0 |
| Beth D. Dassa | Paralegal | Bankruptcy | N/A | 0.70 | $ 297.50 | $ 425.00 | $ 460.00 | 0 |
| Elizabeth C. Thomas | Paralegal | Bankruptcy | N/A | 0.30 | $ 127.50 | $ 425.00 | $ 460.00 | 0 |
| Cheryl A. Knotts | Paralegal | Bankruptcy | N/A | 11.30 | $ 4,463.50 | $ 395.00 | $ 425.00 | 0 |
| Diane H. Honojosa | Paralegal Assistant | Bankruptcy | N/A | 24.10 | $ 9,519.50 | $ 395.00 | $ 425.00 | 0 |
| Myra Kulick | Paralegal Assistant | Bankruptcy | N/A | 18.00 | $ 7,110.00 | $ 395.00 | $ 425.00 | 0 |
| Oliver M. Carpio | Paralegal Assistant | Bankruptcy | N/A | 1.80 | $ 711.00 | $ 395.00 | $ 425.00 | 0 |
| Andrea R. Paul | Case Mgmt. Assist | Bankruptcy | N/A | 0.50 | $ 175.00 | $ 350.00 | $ 375.00 | 0 |
| Charles J. Bouzoukis | Case Mgmt. Assist | Bankruptcy | N/A | 12.60 | $ 4,410.00 | $ 350.00 | $ 375.00 | 0 |
| Sheryle L. Pitman | Case Mgmt. Assist | Bankruptcy | N/A | 1.00 | $ 350.00 | $ 350.00 | $ 375.00 | 0 |
| Karen S. Neil | Case Mgmt. Assist | Bankruptcy | N/A | 23.40 | $ 8,190.00 | $ 350.00 | $ 375.00 | 0 |
| **Total:** | | | | **3,241.70** | **$3,082,113.00** | | | |

Case Name: Boy Scouts of America and Delaware BSA, LLC

Case Number: 20-10343 (LSS)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 9/7/2021

Interim or Final Interim

---

[2] If applicable.