# EXHIBIT D-1

**Summary of Compensation Requested by Project Category**

| PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Asset Analysis/Recovery | 150.00 | $150,000.00 | 145.60 | $133,280.50 |
| Appeals | 100.00 | $100,000.00 | 112.10 | $106,915.50 |
| Bankruptcy Litigation | 325.00 | $325,000.00 | 362.60 | $316,025.50 |
| Case Administration | 75.00 | $ 30,000.00 | 62.70 | $ 25,883.00 |
| Claims Administration/ Objection | 700.00 | $665,000.00 | 653.80 | $621,454.50 |
| Compensation of Professional | 50.00 | $ 37,500.00 | 44.10 | $ 30,418.50 |
| Compensation of Professionals/ Other | 30.00 | $ 22,500.00 | 27.30 | $ 17,672.50 |
| Financing | 60.00 | $ 57,000.00 | 56.90 | $ 57,210.00 |
| General Creditors Committee | 550.00 | $550,000.00 | 583.70 | $548,894.00 |
| Hearings | 25.00 | $ 25,000.00 | 26.20 | $ 26,469.00 |
| Insurance Coverage | 220.00 | $220,000.00 | 220.60 | $218,457.00 |
| Mediation | 150.00 | $150,000.00 | 145.10 | $152,645.50 |
| Plan & Disclosure Statement | 825.00 | $825,000.00 | 796.10 | $822,937.50 |
| Retention of Prof/ Other | 5.00 | $ 5,000.00 | 4.90 | $ 3,850.00 |
| **Total** | **3,265.00** | **$3,162,000.00** | **3,241.70** | **$3,082,113.00** |

Case Name:  Boy Scouts of America and Delaware BSA, LLC

Case Number:  20-10343 (LSS)

Applicant's Name:  Pachulski Stang Ziehl & Jones LLP

Date of Application:  9/7/2021

Interim or Final  Interim

---

[1] If applicable.

# EXHIBIT D-2

**Summary of Expense Reimbursement Requested by Category**

**EXHIBIT D -2**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*See* Guidelines C.8. for project category information.)

| Expense Category | Total Expenses |
|---|---|
| Air Fare | $ 2,239.34 |
| Auto Travel Expense | $   148.70 |
| Bloomberg | $   491.20 |
| Business Meals | $   150.99 |
| Conference Call | $   953.54 |
| Express Mail | $   572.80 |
| Filing Fee | $   125.00 |
| Lexis/Nexis Legal Research | $ 1,792.59 |
| Outside Services | $40,077.87 |
| Pacer – Court research | $ 1,018.60 |
| Postage | $   523.30 |
| Reproduction | $   279.10 |
| Reproduction/ Scan Copy | $ 3,009.30 |
| Research | $ 1,000.00 |
| Travel Expense | $    50.00 |
| Transcript | $ 3,484.70 |
| **Total:** | **$55,917.03** |

| | |
|---|---|
| Case Name: | Boy Scouts of America and Delaware BSA, LLC |
| Case Number: | 20-10343 (LSS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 9/7/2021 |
| Interim or Final | Interim |

DOCS_DE:235653.1 85353/002