THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER GRANTING FIFTH QUARTERLY
APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE TORT CLAIMANTS' COMMITTEE
FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH APRIL 30, 2021**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel to the Tort Claimants' Committee in the above-captioned cases, filed its Fifth Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from February 1, 2021 through April 30, 2021 (the "Fifth Quarterly Application"). The Court has reviewed the Fifth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fifth Quarterly Application, and any hearing on the Fifth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fifth Quarterly Application. Accordingly, it is hereby

ORDERED that the Fifth Quarterly Application is GRANTED, on an interim basis and the amount of $3,081,558.00 is approved as compensation for necessary professional

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

services rendered and the amount of $55,917.03 is approved as actual and necessary expenses, for a total of $3,137,475.03 for services rendered and disbursements incurred by PSZ&J, for the period February 1, 2021 through April 30, 2021 and the Debtors are authorized to pay PSZ&J any unpaid amounts in accordance with the terms of the Amended Administrative Order.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.