**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 1974, 1975** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING IN PART
INSURERS' MOTION FOR AN ORDER AUTHORIZING
CERTAIN RULE 2004 DISCOVERY [D.I. 1974, 1975]**

I, Stamatios Stamoulis, co-counsel to Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company (collectively, "Century"), hereby certify and state as follows:

1.    On January 22, 2021, Century and Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company (collectively, "Hartford"), filed *Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* (the "Motion") [D.I. 1974, 1975].  The deadline to respond to the Motion was February 5, 2021, as extended by agreement for a requesting party (the "Objection Deadline").

2.    Prior to the Objection Deadline, various parties filed objections and statements to the Motion.  Various parties also filed joinders to the Motion.

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

3.      On February 17, 2021, March 17, 2021, and August 30, 2021, the United States Bankruptcy Court for the District of Delaware (the "Court") held hearings or conference regarding the Motion.  On August 30, 2021, the Court granted the Motion, in part, for the reasons set forth on the record of such hearing. Thereafter, the Court directed counsel to Century and Hartford to confer with the parties regarding a form of order and submit an agreed form of order granting the Motion in part.  On September 2, 2021, Century provided a draft of the proposed order to the Official Tort Claimants' Committee ("TCC"), the Future Claimants' Representative ("FCR") and the Coalition of Abused Scouts for Justice (the "Coalition") and on September 3, a draft to the Debtors.  Accordingly, counsel to Century, Hartford, and the parties have agreed as to the form of the proposed order attached hereto as **Exhibit A** (the "Proposed Order").

      WHEREFORE, in accordance with the foregoing, Century hereby submits the Proposed Order, attached hereto as **Exhibit A**.

Dated: September 3, 2021
    Wilmington, D.E.

Respectfully Submitted,

By:   */s/ Stamatios Stamoulis*
      Stamatios Stamoulis (No. 4606)

**Stamoulis & Weinblatt LLC**
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688

**O'Melveny & Myers LLP**
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone: 212-326-2000

*Counsel for Century Indemnity Company, as*
*successor to CCI Insurance Company, as successor to*
*Insurance Company of North America and Indemnity*
*Insurance Company of North America*

**<u>Exhibit A</u>**

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 1974, 1975** |

**ORDER GRANTING IN PART INSURERS' MOTION FOR AN ORDER**
**AUTHORIZING CERTAIN RULE 2004 DISCOVERY [D.I. 1974, 1975]**

Upon the motion (the "Motion")[2] of Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company and Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Century and Hartford") for entry of an Order granting certain relief requested in the Motion [D.I. 1974, 1975], which was joined by the Allianz Insurers (as defined in the Joinder) [D.I. 2026], Liberty Mutual Insurance Company (as defined in the Joinder) [D.I. 2168], and AIG (as defined in the Joinder) [D.I. 2114] (collectively, the "Joinder Parties" and, together with Century and Hartford, the "Insurers"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

---

[1]      The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]      All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided; and the Court having found and determined that the relief

sought in the Motion is appropriate and that the legal and factual bases set forth in the Motion

establish just cause for the relief granted herein; and on the basis of the record and evidence

submitted to the Court and in consideration of the arguments made; it is HEREBY ORDERED

THAT:

1.      The Motion is GRANTED to the extent set forth on the record at the August 30,

2021 hearing, which is incorporated by reference herein.

2.      The Insurers are authorized under Bankruptcy Rules 2004 and 9016 to issue

subpoenas seeking the production of documents and information responsive to the requests set

forth in Exhibit E to the Motion to the entities identified in Exhibit C (Verus Claims Services

LLC, Consumer Attorney Marketing Group, Archer Systems, and Stratos Legal) and Reciprocity

Industries, LLC and to issue subpoenas compelling testimony on behalf of the entities.

3.      Any documents produced to Insurers in response to the subpoenas authorized

under this Order shall also be produced to all insurers and the Debtors, the Official Tort

Claimants' Committee ("TCC"), the Coalition of Abused Scouts for Justice (the "Coalition") and

the Future Claimants' Representative ("FCR"), and all insurers, the Debtors, the TCC, the

Coalition, and the FCR shall have the right to attend and participate in any depositions

authorized under this Order.  All parties' rights under Bankruptcy Rule 2004 or other applicable

laws to seek further document productions and written and oral examinations in connection with

these Chapter 11 Cases are expressly preserved.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation of this Order.

Dated: September ___, 2021

_____
United States Bankruptcy Judge