## EXHIBIT B

**EXPENSE SUMMARY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**June 1, 2021 through June 30, 2021**

| Expense Category | Total Expenses |
|---|---|
| Pacer | 240.30 |
| Messenger Service | 35.00 |
| In-House Printing - black & white | 144.00 |
| Photos/Art/Spec Duplicating-Out of Office | 2,843.45 |
| **Grand Total Expenses** | **$3,262.75** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/01/21 | In-House Printing - black & white | 142.0 | 14.20 |
| 06/01/21 | Pacer | 84.0 | 8.40 |
| 06/02/21 | Pacer | 122.0 | 12.20 |
| 06/02/21 | Photos/Art/Spec Duplicating-Out of Office - Digital printing BW, tabs pre-printed, tabs custom, 1" binder, hand delivery courier - 06/02/2021 | 1.0 | 15.95 |
| 06/03/21 | Pacer | 253.0 | 25.30 |
| 06/03/21 | In-House Printing - black & white | 26.0 | 2.60 |
| 06/04/21 | Pacer | 10.0 | 1.00 |
| 06/07/21 | Pacer | 52.0 | 5.20 |
| 06/07/21 | Messenger Service - BANKRUPTCY - 6/7/2021 | 1.0 | 5.00 |
| 06/08/21 | In-House Printing - black & white | 43.0 | 4.30 |
| 06/08/21 | Pacer | 199.0 | 19.90 |
| 06/09/21 | Pacer | 5.0 | 0.50 |
| 06/11/21 | Pacer | 100.0 | 10.00 |
| 06/11/21 | Messenger Service - Bankruptcy - 6/11/2021 | 1.0 | 5.00 |
| 06/14/21 | Pacer | 41.0 | 4.10 |
| 06/15/21 | Pacer | 68.0 | 6.80 |
| 06/15/21 | In-House Printing - black & white | 113.0 | 11.30 |
| 06/16/21 | Pacer | 40.0 | 4.00 |
| 06/16/21 | In-House Printing - black & white | 49.0 | 4.90 |
| 06/17/21 | Messenger Service - Bankruptcy - 6/17/2021 | 1.0 | 5.00 |
| 06/17/21 | Pacer | 533.0 | 53.30 |
| 06/17/21 | In-House Printing - black & white | 46.0 | 4.60 |
| 06/18/21 | In-House Printing - black & white | 578.0 | 57.80 |
| 06/21/21 | Pacer | 82.0 | 8.20 |
| 06/21/21 | Messenger Service - Bankruptcy - 6/21/2021 | 1.0 | 5.00 |
| 06/22/21 | Messenger Service - Bankruptcy - 6/22/2021 | 1.0 | 5.00 |
| 06/22/21 | Pacer | 51.0 | 5.10 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 06/22/21 | In-House Printing - black & white | 108.0 | 10.80 |
| 06/23/21 | Pacer | 85.0 | 8.50 |
| 06/23/21 | Photos/Art/Spec Duplicating-Out of Office - Digital printing BW, digital printing color, spiral binding, envelopes, hand delivery - 06/23/2021 | 1.0 | 2,827.50 |
| 06/25/21 | Pacer | 35.0 | 3.50 |
| 06/25/21 | Messenger Service - BANKRUPTCY - 6/25/2021 | 1.0 | 5.00 |
| 06/28/21 | Pacer | 310.0 | 31.00 |
| 06/29/21 | Pacer | 222.0 | 22.20 |
| 06/29/21 | In-House Printing - black & white | 190.0 | 19.00 |
| 06/30/21 | Pacer | 111.0 | 11.10 |
| 06/30/21 | Messenger Service - Bankruptcy - 6/30/2021 | 1.0 | 5.00 |
| 06/30/21 | In-House Printing - black & white | 145.0 | 14.50 |
| | **Total** | | **$3,262.75** |