IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER GRANTING
## FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CBRE, INC., AS REAL ESTATE APPRAISER TO THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM DECEMBER 1, 2020 THROUGH APRIL 8, 2021

CBRE, Inc. ("CBRE"), Real Estate Appraiser to the Tort Claimants' Committee, has submitted its First Interim Application for Compensation and for Reimbursement of Expenses for the Period from December 1, 2020 through April 8, 2021 (the "First Interim Application").  The Court has reviewed the First Interim Application and finds that:  (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Interim Application, and any hearing on the First Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Application.  Accordingly, it is hereby

ORDERED that the First Interim Application is GRANTED, on an interim basis and the amount of $1,454,000.00 is approved as compensation for necessary professional services rendered and the amount of $0.00 is approved as actual and necessary expenses, for a

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2

total of $1,454,000.00 for services rendered and disbursements incurred by CBRE, for the period December 1, 2020 through April 8, 2021 and the Debtors are authorized to pay CBRE any unpaid amounts in accordance with the terms of the Amended Administrative Order.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.