IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  September 22, 2021 at 4:00 p.m. (ET)**
**Hearing Date:  To be Scheduled**

**FIRST QUARTERLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK
ADVISORS LLC, PENSION FINANCIAL ADVISORS TO THE
TORT CLAIMANTS' COMMITTEE FOR THE
PERIOD FROM NOVEMBER 20, 2020 THROUGH DECEMBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | Rock Creek Advisors LLC |
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective as of November 20, 2020 by order signed on or about January 11, 2021 |
| Period for which Compensation and Reimbursement is Sought: | November 20, 2020 through December 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $66,230.00[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $        0.00 |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $52,984.00 |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $        0.00 |

This is a(n): ___ monthly    _X_ interim    ___ final application.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Rock Creek received informal comments from the United States Trustee with respect to the fees requested.  Rock Creek agreed to a reduction of fees ($69,305.00 less $3,075.00).

The total time expended for fee application preparation is 1.50 hours and the corresponding compensation requested is approximately $1,425.00, which represents 2.1% of total fees.

### PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/23/21 | 11/20/20 – 12/31/20 | $69,305.00 | $0.00 | $52,984.00 | $0.00 |
| 04/07/21 | 01/01/21 – 02/28/21 | $47,040.00 | $0.00 | $37,632.00 | $0.00 |
| 05/03/31 | 03/01/21 – 03/31/21 | $32,845.00 | $0.00 | $26,276.00 | $0.00 |
| 07/02/21 | 04/01/21 – 04/30/21 | $48,085.00 | $0.00 | $38,468.00 | $0.00 |
| 07/02/21 | 05/01/21 – 05/31/21 | $66,025.00 | $0.00 | $52,820.00 | $0.00 |
| 08/10/21 | 06/01/21 – 06/30/21 | $148,960.00 | $0.00 | $119,168.00 | $0.00 |
| 08/10/21 | 07/01/21 – 07/31/21 | $45,135.00 | $0.00 | $36,108.00 | $0.00 |

### ROCK CREEK ADVISORS PROFESSIONALS

| Name of Professional Individual | Position of the Applicant | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John L. Spencer III | Managing Director | $950.00 | 46.5 | $44,175.00 |
| Timothy P. Peach | Managing Director | $650.00 | 37.2 | $24,180.00 |
| James Gansman | Founding Partner | $650.00 | 1.0 | $650.00 |
| Heidi Lipton | Founding Partner | $300.00 | 1.0 | $300.00 |

**Grand Total:** $69,305.00
**Total Hours:** 85.70
**Blended Rate:** $ 808.69

## COMPENSATION BY CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Document Review | 36.4 | $29,990.00 |
| Regulatory Analysis | 21.9 | $17,115.00 |
| Meetings - with Counsel | 6.5 | $5,245.00 |
| Business Analysis | 5.4 | $4,830.00 |
| Meetings - Other | 0.8 | $640.00 |
| Internal Communications | 5.7 | $4,395.00 |
| Administrative Duties | 9.0 | $7.090.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---:|
| N/A | | $0.00 |

---

[3] Rock Creek may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  September 22, 2021 at 4:00 p.m. (ET)**
**Hearing Date:  To be Scheduled**

### FIRST QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS LLC, PENSION FINANCIAL ADVISORS TO THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM NOVEMBER 20, 2020 THROUGH DECEMBER 31, 2020

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively,

the "Bankruptcy Rules"), and the "Order (I) Approving Procedures for (A) Interim

Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense

Reimbursement for Official Committee Members and (II) Granting Related Relief," signed on or

about April 6, 2020 [Docket No. 341] (the "Administrative Order") and the "Order Amending

the Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of

Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee

Members and (II) Granting Related Relief," signed on or about August 6, 2021 [Docket No. 589]

(the "Amended Administrative Order"), Rock Creek Advisors, LLC ("Rock Creek" or

"Applicant"), Pension Financial Advisors to the Tort Claimants' Committee (the "Committee"),

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

hereby submits its First Quarterly Application for Compensation and for Reimbursement of

Expenses for the Period from November 20, 2020 through December 31, 2020 (the "First

Quarterly Application").

By this First Quarterly Application Rock Creek seeks an interim allowance of

compensation in the amount of $66,230.00 and actual and necessary expenses in the amount of

$0.00 for a total allowance of $66,230.00 and payment of the unpaid amount of such fees and

expenses for the period November 20, 2020 through December 31, 2020 (the "Interim Period")

in accordance with the terms of the Amended Administrative Order.  In support of this First

Quarterly Application, Rock Creek respectfully represents as follows:

### **Background**

1.      On February 18, 2020 (the "Petition Date"), the Debtors commenced their

Chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy

Code.  The Debtors have continued in possession of their property and continued to operate and

manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about April 6, 2020, the Court signed the Administrative Order,

authorizing certain professionals ("Professionals") to submit monthly applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications.  If no objections are made within fourteen (14) days after service of the monthly

fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the

requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the

period ending April 30, 2020 and at three-month intervals thereafter, each of the Professionals

shall file and serve an interim application for allowance of the amounts sought in its monthly fee

applications for that period.  All fees and expenses paid are on an interim basis until final

allowance by the Court.

4.      The retention of Rock Creek, pension financial advisor, was approved

effective as of January 11, 2021 by this Court's "Order Authorizing and Approving the Retention

of Rock Creek Advisors LLC, as Pension Financial Advisors to the Tort Claimants' Committee

request For Entry Of An Order Under 11 U.S.C. §§ 1103(A) And 328(A) and Fed. R. Bankr. P.

2014(A) Authorizing Retention of Rock Creek Advisors LLC as Pension Financial Advisor as of

November 20, 2020," signed on or about January 11, 2021 (the "<u>Retention Order</u>").  The

Retention Order authorized Rock Creek to be compensated on an hourly basis and to be

reimbursed for actual and necessary out-of-pocket expenses.

### ROCK CREEK'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### <u>Compensation Paid and Its Source</u>

5.      A combined monthly fee application for the period November 20, 2020

through December 31, 2020 of Rock Creek has been filed and served pursuant to the

Administrative Order.

6.      On February 23, 2021, Rock Creek filed its First Monthly Application for Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC, as Pension Financial Advisors to the Tort Claimants' Committee, for the Period from November 20, 2020 through December 31, 2020 (the "Combined Monthly Fee Application") requesting $69,305.00 in fees and $0.00 in expenses (Docket 2255).  Pursuant to the Administrative Order, Rock Creek has requested payment of $66,230.00 of the fees and $0.00 of the expenses requested in the Combined Monthly Fee Application.

7.      The Combined Monthly Fee Application covered by this First Quarterly Application contain detailed daily time logs describing the actual and necessary services provided by Rock Creek during the periods covered by such applications as well as other detailed information required to be included in fee applications.

**Requested Relief**

8.      By this First Quarterly Application, Rock Creek requests that the Court approve of one hundred percent (100%) of the fees and expenses incurred by Rock Creek during the Interim Period of November 20, 2020 through December 31, 2020 on an interim basis and payment of any unpaid amounts in accordance with the terms of the Amended Administrative Order.

9.      At all relevant times, Rock Creek has not represented any party having an interest adverse to these cases.

10.     All services for which Rock Creek requests compensation were performed for or on behalf of the Committee.

11.     Rock Creek has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this First Quarterly Application.  There is no agreement or understanding between Rock Creek and any other person other than the partners of Rock Creek for the sharing of compensation to be received for services rendered in these cases.  Rock Creek did not receive a retainer in this matter.

12.     The professional services and related expenses for which Rock Creek requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of Rock Creek's professional responsibilities as pension financial advisors for the Committee in these chapter 11 cases.  Rock Creek's services have been necessary and beneficial to the Committee, the Debtors and their estates, creditors and other parties in interest.

13.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Rock Creek is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, Rock Creek has reviewed the requirements of Del. Bankr. LR 2016-2, and the Administrative Order and believes that this First Quarterly Application complies with such Rule and Order.

**WHEREFORE,** Rock Creek respectfully requests that the Court enter an order, in the form attached hereto, providing that an interim allowance be made to Rock Creek in the total amount; and for such other and further relief as may be just and proper.

Dated: September8, 2021              ROCK CREEK ADVISORS LLC

                                 */s/ John L. Spencer III*
                              By: John L. Spencer III
                              Its: Managing Director
                              Pension Financial Advisors to the Tort Claimants
                              Committee

## <u>CERTIFICATION OF ROCK CREEK ADVISORS LLC</u>

I, John L. Spencer III, declare under penalty of perjury as follows:

1. I have been retained by the Tort Claimants' Committee as Pension Financial Advisors.

2. I have reviewed the *First Quarterly Application of Rock Creek Advisors LLC, Pension Financial Advisors to the Tort Claimants' Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 20, 2020 through December 31, 2020* (the "Application").

3. To the best of my knowledge, information, and belief formed upon the basis of my participation in these cases, as well as after reasonable inquiry, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United States Trustee.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated: September 8, 2021    */s/ John L. Spencer III*

           **ROCK CREEK ADVISORS LLC**