IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER GRANTING FIRST QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS LLC, PENSION FINANCIAL ADVISORS TO THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM NOVEMBER 20, 2020 THROUGH DECEMBER 31, 2020**

Rock Creek Advisors, LLC ("Rock Creek" or "Applicant"), as Pension Financial Advisors to the Tort Claimants' Committee (the "Committee") in the above captioned cases, filed its First Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from November 20, 2020 through December 31, 2020 (the "First Quarterly Application"). The Court has reviewed the First Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Application, and any hearing on the First Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Application. Accordingly, it is hereby

ORDERED that the First Quarterly Application is GRANTED, on an interim basis and the amount of $66,230.00 is approved as compensation for necessary professional services rendered, and the amount of $0.00 is approved as actual and necessary expenses, for a

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2

total of $66,230.00 for services rendered and disbursements incurred by Rock Creek, for the period November 20, 2020 through December 31, 2020 and the Debtors are authorized to pay Rock Creek any unpaid amounts in accordance with the terms of the Amended Administrative Order.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.