# EXHIBIT A

## Exhibit A

| Date | Task | Hours | Consultant | Description of Services |
|---|---|---|---|---|
| 8/2/21 | Internal Communications | 0.9 | Peach | Discussion with J Spencer regarding specific elements of the WTW experience study on the BSA Retirement Plan (2-year select assumptions for retirement and termination, and mortality table change) |
| 8/2/21 | Internal Communications | 0.9 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: specific elements of the WTW experience study on the BSA Retirement Plan (2-year select assumptions for retirement and termination, and mortality table change) |
| 8/3/21 | Administrative Duties | 1 | Lipton | Calculating July hours on the project |
| 8/3/21 | Administrative Duties | 0.27 | Lipton | Emailing July hours to the team |
| 8/3/21 | Administrative Duties | 1 | Lipton | Work on Fee application |
| 8/3/21 | Fee Application | 2 | Spencer | Prepare Rock Creek's July, 2021 Fee Application |
| 8/4/21 | Internal Communications | 0.9 | Peach | Discussion with J Spencer regarding specific elements of the WTW experience study on the BSA Retirement Plan (2-year select assumptions for retirement and termination, and mortality table change), likely impacts on liability calculations due to be provided by Alvarez & Marsal today (Aug 4, 2021) |
| 8/4/21 | Document Review | 1.1 | Peach | Reviewing results of revised valuation of the BSA Retirement Plan by WTW (post experience study and change in assumptions) sent by A&M, and comparing with preliminary expectations based on the experience study previously sent |
| 8/4/21 | Internal Communications | 0.9 | Spencer | Call with Tim Peach (of Rock Creek Advisors) regarding specific elements of the WTW experience study on the BSA Retirement Plan (2-year select assumptions for retirement and termination, and mortality table change), likely impacts on liability calculations due to be provided by Alvarez & Marsal today (Aug 4, 2021) |

| Date | Category | Hours | Professional | Description |
|---|---|---|---|---|
| 8/4/21 | Business Analysis | 1.3 | Spencer | Analysis of Liability Calculations provided by WTW via A&M for impact on RSA and DST note |
| 8/4/21 | Document Review | 0.8 | Spencer | Review "Certain Claimants" OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (Filed 7.22.21) |
| 8/5/21 | Meetings - with Counsel | 2.4 | Peach | Drafting of email to J Lucas of PSZ&J outlining the results of the revaluation of liabilities under the BSA Retirement Plan as of 2/1/2021 using the revised assumptions pursuant to WTW's experience study, and discussing implications under the RSA and DST Note in the Term Sheet; drafting of email to J Lucas of PSZ&J, and Matt Babcock and David Judd of BRG, reviewing the results of the sensitivity analysis modeled pre- and post-changes, across a range of asset return scenarios |
| 8/5/21 | Business Analysis | 1.6 | Peach | Updating model to determine impact of changes in assumptions for the BSA Retirement Plan to the DST Note under the Term Sheet and to perform sensitivity analysis on the results pre- and post-changes, across a range of assumed asset return scenarios |
| 8/5/21 | Internal Communications | 0.5 | Peach | Call with J Spencer re: comparison of pre- and post-experience study DST note cushions and NPV's |
| 8/5/21 | Business Analysis | 1.1 | Spencer | Comparison of pre- and post-experience study DST note cushions and NPV's |
| 8/5/21 | Internal Communications | 0.5 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: comparison of pre- and post-experience study DST note cushions and NPV's |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 8/6/21 | Business Analysis | 0.8 | Peach | Drafting of email to Brian Whittman and Carl Binggeli of A&M regarding impact of assumption changes on the DST Note in the Term Sheet |
| 8/6/21 | Internal Communications | 0.3 | Peach | Discussion with J Spencer re email to Brian Whittman and Carl Binggeli of A&M regarding impact of assumption changes on the DST Note in the Term Sheet |
| 8/6/21 | Meetings - with Counsel | 0.9 | Spencer | Review/edit email to J Lucas of PSZ&J outlining the results of the revaluation of liabilities under the BSA Retirement Plan as of 2/1/2021 using the revised assumptions pursuant to WTW's experience study, and discussing implications under the RSA and DST Note in the Term Sheet; drafting of email to J Lucas of PSZ&J, and Matt Babcock and David Judd of BRG, reviewing the results of the sensitivity analysis modeled pre- and post-changes, across a range of asset return scenarios |
| 8/6/21 | Internal Communications | 0.3 | Spencer | Discussion with Tim Peach (of Rock Creek Advisors) re email to Brian Whittman and Carl Binggeli of A&M regarding impact of assumption changes on the DST Note in the Term Sheet |
| 8/9/21 | Internal Communications | 0.8 | Peach | Discussion with J Spencer re outcome of discussions on the impact of assumption changes to the DST Note, and review of insurance company objections (filed July 22, 2021) and potential impacts on settlement and DST Note |
| 8/9/21 | Internal Communications | 0.8 | Spencer | Discussion with Tim Peach (of Rock Creek Advisors) re outcome of discussions on the impact of assumption changes to the DST Note, and review of insurance company objections (filed July 22, 2021) and potential impacts on settlement and DST Note |

| Date | Task | Hours | Attorney | Description |
|---|---|---|---|---|
| 8/9/21 | Document Review | 0.3 | Spencer | Review Limited Objection and Reservation of Rights of the Church of Jesus Christ Latter-Day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankuptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5674, filed 7/22/21) |
| 8/9/21 | Document Review | 0.3 | Spencer | Review Joint Objection of the Roman Catholic Ad Hoc Committee and the United Methodist Ad Hoc Committee to the Debtors' Motion for Authorization to Enter into and Perform Under Restructuring Support Agreement and For Related Relief and Joinder in Limited Objection and Reservation of Rights of the Church of Jesus Christ of Latter-Day Saints (D.I. 5676, filed 7/22/21) |
| 8/9/21 | Document Review | 2.2 | Spencer | Review Notice of Filing of Final Redacted Version of Joinder of the Coalition of Abused Scouts for Justice, The Official Committee of Tort Claimants, and The Future Claims Representative to, and Brief in Support of Debtors' Motion for an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (D.I. 5680, filed 7/22/21) |

| Date | Category | Hours | Attorney | Description |
|---|---|---|---|---|
| 8/11/21 | Internal Communications | 1.1 | Peach | Call with J Spencer re: recent filings, including various objections (and joiners thererto) and motions in support (and joinders thereto) the DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(B) AND 105(A) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (Filed 8.9.21) and Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (Filed 7.22.21) in preparation for hearing scheduled for 8.12.21 10 am EST |
| 8/11/21 | Document Review | 1.4 | Peach | Review of recent filings, including various objections (and joiners thererto) and motions in support (and joinders thereto) the DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(B) AND 105(A) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (Filed 8.9.21) and Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (Filed 7.22.21) in preparation for hearing scheduled for 8.12.21 10 am EST |

| Date | Task | Hours | Attorney | Description |
|---|---|---|---|---|
| 8/11/21 | Document Review | 0.5 | Spencer | Reviewed VERIFIED STATEMENT OF KOSNOFF LAW, PLLC PURSUANT TO RULE OF BANKRUPTCY PROCEDURE 2019 (Filed 8.9.21) |
| 8/11/21 | Document Review | 1.1 | Spencer | Reviewed CLAIMANTS' SUPPLEMENTAL OBJECTION TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(B) AND 105(A) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (Filed 8.9.21) and Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (Filed 7.22.21) |
| 8/11/21 | Document Review | 0.4 | Spencer | "Review HARTFORD'S SUPPLEMENT TO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (D.I. 5466) (Filed 8.9.21)" |
| 8/11/21 | Document Review | 1 | Spencer | Additional review of DECLARATION OF SAMUEL P. HERSHEY IN SUPPORT OF DEBTORS' OMNIBUS OBJECTION TO INSURERS' MOTION TO COMPEL AND MOTION TO SHORTEN NOTICE |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 8/11/21 | Internal Communications | 1.1 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: recent filings, including various objections (and joiners thererto) and motions in support (and joiners thereto) the DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(B) AND 105(A) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (Filed 8.9.21) and Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief (Filed 7.22.21) in preparation for hearing scheduled for 8.12.21 10 am EST |
| 8/11/21 | Document Review | 0.3 | Spencer | Review NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 12, 2021, AT 10:00 A.M. (ET) THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (D.I. 5466) (Filed 8.9.21) |
| 8/12/21 | Meetings - Other | 8.8 | Peach | Attendance at BSA Hearing on August 12, 2021 |
| 8/12/21 | Internal Communications | 0.4 | Peach | Discussion with J Spencer in preparation for attendance at the 8/12/21 BSA Hearing |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 8/12/21 | Document Review | 0.7 | Spencer | "Review OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (Filed 7.22.21)" |
| 8/12/21 | Document Review | 0.9 | Spencer | Review AMENDED DISCLOSURE STATEMENT FOR THE FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Filed 7.2.21) specifically for B&W value of estimated claims |
| 8/12/21 | Document Review | 1.3 | Spencer | Review DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (Filed 7.1.21) specifically to cross-reference objecting parties' (insureres, chartered organizations, objecting claimants) arguments and responses |
| 8/12/21 | Meetings - Other | 8.6 | Spencer | Attend Hearing on BSA's motion re: RSA and other matters |
| 8/13/21 | Internal Communications | 0.8 | Peach | Call with J Spencer during Hearing recess to update on proceedings so far and discuss upcoming activities |
| 8/13/21 | Meetings - Other | 5.7 | Peach | Attendance at BSA Hearing on August 13, 2021 |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 8/13/21 | Document Review | 0.9 | Spencer | Review DECLARATION OF DEVANG DESAI IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (Filed 7.26.21) |
| 8/13/21 | Meetings - Other | 5.8 | Spencer | Attend Hearing on BSA's motion re: RSA and other matters |
| 8/13/21 | Internal Communications | 0.8 | Spencer | Call with Tim Peach (of Rock Creek Advisors) during Hearing recess to update on proceedings so far and discuss upcoming activities |
| 8/16/21 | Meetings - Other | 6.6 | Peach | Attendance at BSA Hearing on August 16, 2021 |
| 8/16/21 | Meetings - Other | 5.3 | Spencer | Attend Hearing on BSA's motion re: RSA and other matters |
| 8/17/21 | Internal Communications | 1 | Peach | Call with J Spencer post-hearing to debrief on portions missed and/or pertaining to DST Note and other pension issues |
| 8/17/21 | Document Review | 0.2 | Spencer | Review LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE CHURCH OF JESUS CHRIST LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, TO DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE RESTRUCTURING SUPPORT AGREEMENT, AND (II) GRANTING RELATED RELIEF (Filed 7.22.21) |

| Date | Task | Hours | Person | Description |
|---|---|---|---|---|
| 8/17/21 | Document Review | 1.1 | Spencer | Review SUPPLEMENTAL OBJECTION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DISCLOSURE STATEMENT AND THE FORM AND MANNER OF NOTICE, (II) APPROVING PLAN SOLICITATION AND VOTING PROCEDURES, (III) APPROVING FORMS OF BALLOTS, (IV) APPROVING FORM, MANNER, AND SCOPE OF CONFIRMATION NOTICES, (V) ESTABLISHING CERTAIN DEADLINES IN CONNECTION WITH APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN, AND (VI) GRANTING RELATED RELIEF (Filed 8.16.21) |
| 8/17/21 | Internal Communications | 1 | Spencer | Call with Tim Peach (of Rock Creek Advisors) post-hearing to debrief on portions missed and/or pertaining to DST Note and other pension issues |
| 8/18/21 | Internal Communications | 1.1 | Peach | Call with J Spencer re: implications of Certain Insurers Supplemental Objection (File 8.17.21) and Motion to Grant Extension of Exclusivity (Filed 8.18.2) |
| 8/18/21 | Document Review | 0.4 | Spencer | Review CERTAIN INSURERS' SUPPLEMENTAL OBJECTION TO MOTION FOR APPROVAL OF DEBTORS' DISCLOSURE STATEMENT (Filed 8.17.21) |
| 8/18/21 | Document Review | 0.5 | Spencer | Review THE ROMAN CATHOLIC AND UNITED METHODIST AD HOC COMMITTEES' OBJECTION TO THE DEBTORS' AMENDED DISCLOSURE STATEMENT FOR THEIR FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION (Filed 8.17.21) |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 8/18/21 | Document Review | 0.7 | Spencer | Review HARTFORD'S OBJECTION TO AMENDED DISCLOSURE STATEMENT FOR THE FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC [D.I. 5485] (Filed 8.17.21) |
| 8/18/21 | Internal Communications | 1.1 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: implications of Certain Insurers Supplemental Objection (File 8.17.21) and Motion to Grant Extension of Exclusivity (Filed 8.18.2) |
| 8/19/21 | Document Review | 0.9 | Peach | Review of email from John Lucas (Draft Fifth Amended Plan) requesting review of Local Council contributions as they relate to the DST Note, and review of markups of the Draft Fifth Amendment Plan and the Trust Distribution Procedures attached to the email |
| 8/19/21 | Internal Communications | 1.2 | Peach | Discussion with J Spencer regarding email from John Lucas (Draft Fifth Amended Plan) requesting review of Local Council contributions as they relate to the DST Note, and discussion of markups of the Draft Fifth Amendment Plan and the Trust Distribution Procedures attached to the email |
| 8/19/21 | Meetings - Other | 1 | Peach | Attendance at BSA Hearing on August 19, 2021 |
| 8/19/21 | Document Review | 0.4 | Spencer | Complete review of CERTAIN INSURERS' SUPPLEMENTAL OBJECTION TO MOTION FOR APPROVAL OF DEBTORS' DISCLOSURE STATEMENT (Filed 8.17.21) |
| 8/19/21 | Document Review | 0.3 | Spencer | Review CERTAIN EXCESS INSURERS' OBJECTIONS TO THE DEBTORS' PROPOSED CONFIRMATION SCHEDULE (Filed 8.17.21 |

| Date | Category | Hours | Timekeeper | Description |
|---|---|---|---|---|
| 8/19/21 | Internal Communications | 1.2 | Spencer | Discussion with Tim Peach (of Rock Creek Advisors) regarding email from John Lucas (Draft Fifth Amended Plan) requesting review of Local Council contributions as they relate to the DST Note, and discussion of markups of the Draft Fifth Amendment Plan and the Trust Distribution Procedures attached to the email |
| 8/19/21 | Document Review | 1.5 | Spencer | Review markups of the Draft Fifth Amendment Plan and the Trust Distribution Procedures (provided by John Lucas) as they pertain to the DST Note |
| 8/19/21 | Meetings - Other | 1.9 | Spencer | Attend Hearing on BSA's motion re: RSA and other matters |
| 8/20/21 | Internal Communications | 0.9 | Peach | Call with J Spencer re: 8.19.21 hearing and implications for DST Note and other pension-related matters |
| 8/20/21 | Document Review | 0.6 | Peach | Further review of markups of the Draft Fifth Amendment Plan and the Trust Distribution Procedures attached to the email |
| 8/20/21 | Internal Communications | 0.9 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: 8.19.21 hearing and implications for DST Note and other pension-related matters |
| 8/24/21 | Fee Application | 1 | Lipton | run spreadsheets of time for quarterly fee applications |
| 8/24/21 | Fee Application | 1.5 | Spencer | Prepare Rock Creek's First Interim Fee Application |
| 8/30/21 | Meetings - Other | 1.3 | Peach | Attendance at BSA Hearing on August 30, 2021 |
| 8/30/21 | Meetings - Other | 1.4 | Spencer | Attend Hearing on discovery and other matters |
| 8/31/21 | Internal Communications | 0.3 | Peach | Call with Tim Peach (of Rock Creek Advisors) re: 8.30.21 hearing |
| 8/31/21 | Internal Communications | 0.3 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: 8.30.21 hearing |