# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                 Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SUBPOENA OF CATALUR CAPITAL MANAGEMENT, LP TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 34 AND 45

**TO:** Catalur Capital Management, LP a/k/a Catalur Capital Management GP, LLC, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

**TAKE NOTICE** that Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), pursuant to Federal Rules of Civil Procedure 34 and 45 made applicable to this proceeding pursuant to Federal Rules of Bankruptcy 7034 and 9016, served a subpoena on September 8, 2021 to produce documents upon Catalur Capital Management, LP a/k/a Catalur Capital Management GP, LLC ("Catalur Capital") in the form attached hereto. Catalur Capital was requested to produce electronically or at Stamoulis & Weinblatt LLC, 800 N. West Street, Third Floor Wilmington, DE 19801, by September 20, 2021 at 5:00 pm Eastern, all documents contained herein in Exhibit 1.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: September 9, 2021

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone:   302 999 1540
Facsimile:    302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Gary Svirsky (*pro hac vice*)
Andrew Kirschenbaum (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:   212 326 2000
Facsimile:    212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*