# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBER 3851

**PLEASE TAKE NOTICE** that James L. Patton, Jr., the duly-appointed legal representative for future claimants in the above-captioned matter (the "Future Claimants' Representative"), withdraws the *Joinder of the Future Claimants' Representative to the Objection of the Tort Claimants' Committee to Debtors' Motion for Entry of an Order (I) Approving Lehr Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance* [Docket No. 3851].

Dated: September 10, 2021          YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ashley E. Jacobs
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Ashley E. Jacobs (No. 5635)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
         eharron@ycst.com
         szieg@ycst.com
         ajacobs@ycst.com

*Counsel to the Future Claimants' Representative*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

28577066.1

-and-

GILBERT LLP
Kami E. Quinn
Emily P. Grim
Meredith C. Neely
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: quinnk@gilbertlegal.com
  grime@gilbertlegal.com
  neelym@gilbertlegal.com

*Special Insurance Counsel to the
Future Claimants' Representative*

28577066.1