## Exhibit B

## Expense Detail

| Work Date | Timekeeper Name | Description | Bill Amt |
|---|---|---|---:|
| 5/25/2021 | Andolina, Michael | Business Meals | 3,200.40 |
| 5/4/2021 | Rosenberg, Erin | Computer Services | 25.00 |
| 5/5/2021 | Rosenberg, Erin | Computer Services | 18.00 |
| 5/18/2021 | Burgess, Kelsey | Computer Services | 19.00 |
| 5/3/2021 | Andolina, Michael | Conference Expense | 4,318.14 |
| 5/28/2021 | Linder, Matthew | Conference Expense | 50.00 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 9.80 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 2,073.52 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 39.19 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 12.25 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 29.40 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 2,073.52 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 29.40 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 29.40 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 9.80 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 34.30 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 58.79 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 29.40 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 12.25 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 46.54 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 29.40 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 2,073.52 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 29.40 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 29.40 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 39.19 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 31.85 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 41.64 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 39.19 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 29.40 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 34.29 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 29.40 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 56.34 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 29.40 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 29.40 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 342.96 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 58.79 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 29.40 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 29.40 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 36.75 |
| 5/7/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 29.40 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 41.65 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 41.65 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 46.54 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 56.34 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 41.65 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 39.20 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 12.25 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 12.25 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 12.25 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 46.54 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 2,264.38 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 39.19 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 41.65 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 5/28/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 1,944.24 |
| 5/25/2021 | Hirshorn, Deanna | Document Research | 28.96 |
| 5/25/2021 | Thomas, Jennifer | Document Research | 21.66 |
| 5/25/2021 | Rosenberg, Erin | Document Research | 1.31 |
| 5/24/2021 | Andolina, Michael | External Document Production | 701.95 |
| 5/16/2021 | Hirshorn, Deanna | Outsourced WP Center | 20.30 |
| 5/24/2021 | Popa, Iva | Outsourced WP Center | 51.80 |
| 5/21/2021 | Burgess, Kelsey | Overtime Meals | 80.96 |
| 5/18/2021 | Valdez, Raul | Photocopying | 23.70 |
| 5/18/2021 | Valdez, Raul | Photocopying | 0.40 |
| 5/1/2021 | Draigh, David | Printing | 0.40 |
| 5/1/2021 | Draigh, David | Printing | 0.40 |

| Date | Name | Activity | Amount |
|---|---|---|---|
| 5/1/2021 | Draigh, David | Printing | 0.30 |
| 5/1/2021 | Draigh, David | Printing | 2.40 |
| 5/1/2021 | Draigh, David | Printing | 2.30 |
| 5/1/2021 | Draigh, David | Printing | 1.40 |
| 5/1/2021 | Draigh, David | Printing | 3.40 |
| 5/1/2021 | Draigh, David | Printing | 3.90 |
| 5/3/2021 | Donoghue, Andrew | Printing | 0.20 |
| 5/3/2021 | Donoghue, Andrew | Printing | 6.60 |
| 5/3/2021 | Kim, David | Printing | 2.00 |
| 5/3/2021 | Kim, David | Printing | 2.00 |
| 5/3/2021 | Kim, David | Printing | 0.30 |
| 5/3/2021 | Kim, David | Printing | 0.50 |
| 5/3/2021 | Kim, David | Printing | 0.10 |
| 5/3/2021 | Kim, David | Printing | 0.60 |
| 5/3/2021 | Kim, David | Printing | 0.50 |
| 5/3/2021 | Kim, David | Printing | 0.10 |
| 5/4/2021 | Boone, Robbie | Printing | 0.50 |
| 5/4/2021 | Boone, Robbie | Printing | 11.00 |
| 5/4/2021 | Donoghue, Andrew | Printing | 2.50 |
| 5/4/2021 | Donoghue, Andrew | Printing | 0.10 |
| 5/4/2021 | Donoghue, Andrew | Printing | 0.10 |
| 5/4/2021 | Donoghue, Andrew | Printing | 31.20 |
| 5/4/2021 | Donoghue, Andrew | Printing | 4.80 |
| 5/4/2021 | Donoghue, Andrew | Printing | 52.80 |
| 5/4/2021 | Donoghue, Andrew | Printing | 0.20 |
| 5/4/2021 | Donoghue, Andrew | Printing | 18.40 |
| 5/4/2021 | Donoghue, Andrew | Printing | 0.40 |
| 5/4/2021 | Donoghue, Andrew | Printing | 0.10 |
| 5/4/2021 | Donoghue, Andrew | Printing | 0.10 |
| 5/4/2021 | Donoghue, Andrew | Printing | 9.20 |
| 5/4/2021 | Donoghue, Andrew | Printing | 15.60 |
| 5/4/2021 | Donoghue, Andrew | Printing | 2.40 |
| 5/4/2021 | Donoghue, Andrew | Printing | 26.40 |
| 5/4/2021 | Kim, David | Printing | 0.10 |
| 5/4/2021 | Kim, David | Printing | 0.10 |
| 5/5/2021 | Kim, David | Printing | 0.10 |
| 5/5/2021 | Kim, David | Printing | 0.10 |
| 5/6/2021 | Draigh, David | Printing | 0.10 |
| 5/6/2021 | Draigh, David | Printing | 0.10 |
| 5/6/2021 | Draigh, David | Printing | 1.80 |
| 5/6/2021 | Draigh, David | Printing | 1.20 |
| 5/6/2021 | Draigh, David | Printing | 0.30 |
| 5/6/2021 | Draigh, David | Printing | 0.10 |
| 5/6/2021 | Draigh, David | Printing | 0.20 |

| Date | Name | Activity | Amount |
|---|---|---|---|
| 5/6/2021 | Draigh, David | Printing | 0.10 |
| 5/6/2021 | Draigh, David | Printing | 0.10 |
| 5/6/2021 | Draigh, David | Printing | 0.50 |
| 5/6/2021 | Draigh, David | Printing | 0.30 |
| 5/6/2021 | Draigh, David | Printing | 0.30 |
| 5/6/2021 | Draigh, David | Printing | 0.70 |
| 5/6/2021 | Draigh, David | Printing | 0.30 |
| 5/6/2021 | Thomas, Jennifer | Printing | 1.10 |
| 5/6/2021 | Thomas, Jennifer | Printing | 2.20 |
| 5/6/2021 | Kim, David | Printing | 0.10 |
| 5/6/2021 | Kim, David | Printing | 0.20 |
| 5/7/2021 | Draigh, David | Printing | 0.60 |
| 5/7/2021 | Draigh, David | Printing | 0.10 |
| 5/7/2021 | Draigh, David | Printing | 0.20 |
| 5/7/2021 | Thomas, Jennifer | Printing | 1.00 |
| 5/7/2021 | Thomas, Jennifer | Printing | 0.70 |
| 5/7/2021 | Thomas, Jennifer | Printing | 0.60 |
| 5/7/2021 | Thomas, Jennifer | Printing | 1.10 |
| 5/7/2021 | Thomas, Jennifer | Printing | 0.10 |
| 5/7/2021 | Thomas, Jennifer | Printing | 1.10 |
| 5/7/2021 | Thomas, Jennifer | Printing | 0.10 |
| 5/7/2021 | Thomas, Jennifer | Printing | 0.10 |
| 5/7/2021 | Thomas, Jennifer | Printing | 0.30 |
| 5/7/2021 | Thomas, Jennifer | Printing | 0.60 |
| 5/7/2021 | Kim, David | Printing | 1.40 |
| 5/7/2021 | Kim, David | Printing | 1.40 |
| 5/7/2021 | Kim, David | Printing | 0.20 |
| 5/7/2021 | Kim, David | Printing | 0.20 |
| 5/7/2021 | Kim, David | Printing | 1.60 |
| 5/7/2021 | Kim, David | Printing | 1.40 |
| 5/7/2021 | Kim, David | Printing | 0.10 |
| 5/7/2021 | Kim, David | Printing | 0.20 |
| 5/7/2021 | Kim, David | Printing | 1.40 |
| 5/7/2021 | Kim, David | Printing | 0.20 |
| 5/7/2021 | Kim, David | Printing | 0.10 |
| 5/7/2021 | Kim, David | Printing | 1.40 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 1.80 |
| 5/7/2021 | Kim, David | Printing | 0.80 |
| 5/7/2021 | Kim, David | Printing | 0.10 |
| 5/7/2021 | Kim, David | Printing | 0.10 |
| 5/7/2021 | Kim, David | Printing | 0.20 |
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 0.30 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 5/7/2021 | Kim, David | Printing | 2.50 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 2.70 |
| 5/7/2021 | Kim, David | Printing | 0.40 |
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 1.70 |
| 5/7/2021 | Kim, David | Printing | 0.60 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 1.80 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 1.60 |
| 5/7/2021 | Kim, David | Printing | 1.40 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 2.10 |
| 5/7/2021 | Kim, David | Printing | 0.10 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 1.60 |
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 0.90 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 1.40 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 1.30 |
| 5/7/2021 | Kim, David | Printing | 1.60 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 0.30 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 0.10 |
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 2.20 |
| 5/7/2021 | Kim, David | Printing | 1.30 |
| 5/7/2021 | Kim, David | Printing | 2.70 |
| 5/7/2021 | Kim, David | Printing | 0.70 |
| 5/7/2021 | Kim, David | Printing | 1.60 |
| 5/7/2021 | Kim, David | Printing | 5.60 |
| 5/7/2021 | Kim, David | Printing | 2.60 |
| 5/7/2021 | Kim, David | Printing | 2.20 |
| 5/7/2021 | Kim, David | Printing | 4.20 |
| 5/7/2021 | Kim, David | Printing | 7.90 |
| 5/7/2021 | Kim, David | Printing | 2.20 |
| 5/7/2021 | Kim, David | Printing | 2.90 |
| 5/7/2021 | Kim, David | Printing | 1.60 |
| 5/7/2021 | Kim, David | Printing | 1.90 |
| 5/7/2021 | Kim, David | Printing | 1.50 |
| 5/7/2021 | Kim, David | Printing | 3.20 |
| 5/7/2021 | Kim, David | Printing | 1.00 |
| 5/7/2021 | Kim, David | Printing | 1.70 |
| 5/7/2021 | Kim, David | Printing | 1.40 |
| 5/7/2021 | Kim, David | Printing | 1.80 |
| 5/7/2021 | Kim, David | Printing | 0.10 |
| 5/7/2021 | Kim, David | Printing | 0.20 |
| 5/7/2021 | Kim, David | Printing | 1.60 |
| 5/7/2021 | Kim, David | Printing | 1.80 |
| 5/7/2021 | Kim, David | Printing | 0.20 |
| 5/7/2021 | Kim, David | Printing | 0.50 |
| 5/7/2021 | Kim, David | Printing | 0.60 |
| 5/7/2021 | Kim, David | Printing | 0.70 |
| 5/7/2021 | Kim, David | Printing | 0.60 |
| 5/7/2021 | Kim, David | Printing | 1.20 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 0.80 |
| 5/7/2021 | Kim, David | Printing | 1.60 |
| 5/7/2021 | Kim, David | Printing | 2.80 |
| 5/7/2021 | Kim, David | Printing | 17.00 |
| 5/7/2021 | Kim, David | Printing | 1.10 |
| 5/7/2021 | Kim, David | Printing | 0.20 |
| 5/7/2021 | Kim, David | Printing | 1.10 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 5/7/2021 | Kim, David | Printing | 0.20 |
| 5/7/2021 | Kim, David | Printing | 0.10 |
| 5/7/2021 | Kim, David | Printing | 1.70 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 1.60 |
| 5/7/2021 | Kim, David | Printing | 0.10 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 0.20 |
| 5/7/2021 | Kim, David | Printing | 0.80 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 0.80 |
| 5/7/2021 | Kim, David | Printing | 0.30 |
| 5/7/2021 | Kim, David | Printing | 0.40 |
| 5/7/2021 | Kim, David | Printing | 0.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.40 |
| 5/7/2021 | Bryson, Melissa | Printing | 2.00 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.00 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.20 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.00 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.80 |
| 5/7/2021 | Bryson, Melissa | Printing | 2.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.60 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.20 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.90 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.70 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.40 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.50 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.60 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.50 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.50 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.60 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.60 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.20 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.00 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.20 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.10 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 5/7/2021 | Bryson, Melissa | Printing | 0.20 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.60 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.20 |
| 5/7/2021 | Bryson, Melissa | Printing | 3.00 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.20 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.50 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.20 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.20 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.50 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.40 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.20 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.70 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.10 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.20 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.20 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.40 |
| 5/7/2021 | Bryson, Melissa | Printing | 1.30 |
| 5/7/2021 | Bryson, Melissa | Printing | 0.70 |
| 5/10/2021 | Draigh, David | Printing | 1.80 |
| 5/10/2021 | Draigh, David | Printing | 0.20 |
| 5/10/2021 | Draigh, David | Printing | 0.20 |
| 5/10/2021 | Draigh, David | Printing | 2.40 |
| 5/10/2021 | Draigh, David | Printing | 1.80 |
| 5/10/2021 | Draigh, David | Printing | 2.60 |
| 5/10/2021 | Draigh, David | Printing | 0.20 |
| 5/10/2021 | Draigh, David | Printing | 2.60 |
| 5/10/2021 | Boone, Robbie | Printing | 11.00 |
| 5/10/2021 | Boone, Robbie | Printing | 3.20 |
| 5/10/2021 | Boone, Robbie | Printing | 1.80 |
| 5/10/2021 | Kim, David | Printing | 1.20 |
| 5/10/2021 | Kim, David | Printing | 1.20 |
| 5/10/2021 | Kim, David | Printing | 2.20 |
| 5/10/2021 | Kim, David | Printing | 0.50 |
| 5/10/2021 | Kim, David | Printing | 3.10 |
| 5/10/2021 | Kim, David | Printing | 1.50 |
| 5/10/2021 | Kim, David | Printing | 0.70 |
| 5/10/2021 | Kim, David | Printing | 4.40 |
| 5/10/2021 | Kim, David | Printing | 11.00 |
| 5/10/2021 | Kim, David | Printing | 1.70 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 5/10/2021 | Kim, David | Printing | 0.40 |
| 5/10/2021 | Kim, David | Printing | 3.20 |
| 5/10/2021 | Kim, David | Printing | 3.20 |
| 5/10/2021 | Kim, David | Printing | 0.80 |
| 5/10/2021 | Kim, David | Printing | 0.80 |
| 5/10/2021 | Kim, David | Printing | 1.60 |
| 5/10/2021 | Kim, David | Printing | 2.00 |
| 5/10/2021 | Kim, David | Printing | 0.40 |
| 5/10/2021 | Baccash, Laura | Printing | 0.20 |
| 5/10/2021 | Baccash, Laura | Printing | 0.10 |
| 5/12/2021 | Draigh, David | Printing | 0.70 |
| 5/12/2021 | Draigh, David | Printing | 1.40 |
| 5/12/2021 | Draigh, David | Printing | 0.70 |
| 5/12/2021 | Draigh, David | Printing | 1.60 |
| 5/12/2021 | Thomas, Jennifer | Printing | 0.30 |
| 5/12/2021 | Thomas, Jennifer | Printing | 0.10 |
| 5/15/2021 | Kava, Sam | Printing | 2.00 |
| 5/17/2021 | Boone, Robbie | Printing | 1.60 |
| 5/17/2021 | Boone, Robbie | Printing | 12.40 |
| 5/17/2021 | Abbattista, Nicolas | Printing | 7.40 |
| 5/17/2021 | Burgess, Kelsey | Printing | 43.80 |
| 5/17/2021 | Burgess, Kelsey | Printing | 4.00 |
| 5/17/2021 | Burgess, Kelsey | Printing | 5.50 |
| 5/18/2021 | Valdez, Raul | Printing | 0.10 |
| 5/18/2021 | Valdez, Raul | Printing | 0.60 |
| 5/18/2021 | Valdez, Raul | Printing | 0.70 |
| 5/18/2021 | Valdez, Raul | Printing | 0.10 |
| 5/18/2021 | Valdez, Raul | Printing | 3.80 |
| 5/18/2021 | Valdez, Raul | Printing | 3.80 |
| 5/18/2021 | Valdez, Raul | Printing | 2.20 |
| 5/18/2021 | Valdez, Raul | Printing | 1.00 |
| 5/18/2021 | Valdez, Raul | Printing | 1.40 |
| 5/18/2021 | Valdez, Raul | Printing | 0.80 |
| 5/18/2021 | Boone, Robbie | Printing | 0.20 |
| 5/18/2021 | Boone, Robbie | Printing | 1.50 |
| 5/18/2021 | Boone, Robbie | Printing | 0.90 |
| 5/18/2021 | Abbattista, Nicolas | Printing | 6.00 |
| 5/18/2021 | Abbattista, Nicolas | Printing | 1.60 |
| 5/18/2021 | Abbattista, Nicolas | Printing | 3.00 |
| 5/18/2021 | Abbattista, Nicolas | Printing | 0.70 |
| 5/18/2021 | Burgess, Kelsey | Printing | 4.40 |
| 5/18/2021 | Burgess, Kelsey | Printing | 1.40 |
| 5/18/2021 | Burgess, Kelsey | Printing | 33.60 |
| 5/18/2021 | Burgess, Kelsey | Printing | 35.40 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 5/18/2021 | Lauria (Boelter), Jessica | Printing | 5.90 |
| 5/18/2021 | Lauria (Boelter), Jessica | Printing | 0.40 |
| 5/18/2021 | Lauria (Boelter), Jessica | Printing | 0.60 |
| 5/18/2021 | Lauria (Boelter), Jessica | Printing | 0.40 |
| 5/18/2021 | Lauria (Boelter), Jessica | Printing | 0.20 |
| 5/18/2021 | Lauria (Boelter), Jessica | Printing | 1.30 |
| 5/18/2021 | Lauria (Boelter), Jessica | Printing | 1.40 |
| 5/18/2021 | Lauria (Boelter), Jessica | Printing | 0.20 |
| 5/18/2021 | Lauria (Boelter), Jessica | Printing | 8.80 |
| 5/19/2021 | Boone, Robbie | Printing | 18.00 |
| 5/20/2021 | Thomas, Jennifer | Printing | 0.60 |
| 5/20/2021 | Thomas, Jennifer | Printing | 3.50 |
| 5/20/2021 | Thomas, Jennifer | Printing | 0.60 |
| 5/20/2021 | Thomas, Jennifer | Printing | 3.60 |
| 5/20/2021 | Thomas, Jennifer | Printing | 0.40 |
| 5/20/2021 | Thomas, Jennifer | Printing | 1.80 |
| 5/20/2021 | Thomas, Jennifer | Printing | 0.30 |
| 5/20/2021 | Thomas, Jennifer | Printing | 1.10 |
| 5/20/2021 | Thomas, Jennifer | Printing | 2.40 |
| 5/21/2021 | Draigh, David | Printing | 1.40 |
| 5/21/2021 | Draigh, David | Printing | 1.40 |
| 5/21/2021 | Draigh, David | Printing | 2.40 |
| 5/21/2021 | Lauria (Boelter), Jessica | Printing | 8.80 |
| 5/24/2021 | Thomas, Jennifer | Printing | 0.10 |
| 5/25/2021 | Kim, David | Printing | 0.50 |
| 5/25/2021 | Kim, David | Printing | 0.10 |
| 5/25/2021 | Kim, David | Printing | 0.10 |
| 5/25/2021 | Kim, David | Printing | 0.50 |
| 5/25/2021 | Kim, David | Printing | 0.50 |
| 5/25/2021 | Kim, David | Printing | 0.10 |
| 5/25/2021 | Kim, David | Printing | 0.20 |
| 5/26/2021 | Draigh, David | Printing | 5.50 |
| 5/26/2021 | Draigh, David | Printing | 0.90 |
| 5/26/2021 | Draigh, David | Printing | 0.70 |
| 5/26/2021 | Draigh, David | Printing | 0.60 |
| 5/26/2021 | Draigh, David | Printing | 0.10 |
| 5/26/2021 | Draigh, David | Printing | 0.60 |
| 5/26/2021 | Draigh, David | Printing | 4.00 |
| 5/26/2021 | Draigh, David | Printing | 0.10 |
| 5/26/2021 | Draigh, David | Printing | 0.60 |
| 5/26/2021 | Thomas, Jennifer | Printing | 4.40 |
| 5/26/2021 | Thomas, Jennifer | Printing | 4.40 |
| 5/27/2021 | Draigh, David | Printing | 0.60 |
| 5/10/2021 | Kim, David | Taxi - Business | 72.50 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 5/10/2021 | Kim, David | Taxi - Business | 47.14 |
| 5/10/2021 | Kim, David | Taxi - Business | 48.29 |
| 5/10/2021 | Kim, David | Taxi - Business | 77.38 |
| 5/10/2021 | Kim, David | Taxi - Business | 76.44 |
| 5/10/2021 | Kim, David | Taxi - Business | 62.00 |
| 5/10/2021 | Kim, David | Taxi - Business | 54.83 |
| 5/10/2021 | Kim, David | Taxi - Business | 49.04 |
| 5/27/2021 | Lauria (Boelter), Jessica | Taxi - Business | 240.00 |
| 5/27/2021 | Lauria (Boelter), Jessica | Taxi - Business | 355.00 |
| | | | **23,051.59** |