# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1025 & 6111** |

## SECOND SUPPLEMENTAL DECLARATION OF RACHEL ROSENBLATT ON BEHALF OF ORDINARY COURSE PROFESSIONAL FTI CONSULTING, INC.

Pursuant to 28 U.S.C. § 1746, I, Rachel Rosenblatt, declare as follows:

1. I am a Senior Managing Director with FTI Consulting (SC), Inc. ("FTI SC"), located at 555 12th Street, NW, Suite 700, Washington, DC 20004. FTI SC is a wholly-owned subsidiary of FTI Consulting, Inc. ("FTI").

2. I submit this declaration (the "Second Supplemental Declaration") to supplement my prior declarations. My original declaration [Docket No. 1025] (the "Original Declaration") was filed on July 16, 2020 in accordance with the Court's *Order Authorizing the Debtors to Employ and Compensate Professionals Used in the Ordinary Course of Business,* Nunc Pro Tunc *to the Petition Date* [Docket No. 354] (the "OCP Order"). On August 24, 2021, FTI filed the *Supplemental Declaration of Rachel Rosenblatt on Behalf of Ordinary Course Professional FTI Consulting, Inc.* [Docket No. 6111] (the "First Supplemental Declaration"). This Second Supplemental Declaration does not replace anything in the Original Declaration or First Supplemental Declaration except as expressly set forth herein. Unless otherwise noted, I have personal knowledge of the facts set forth herein and, if called as a witness, would testify

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

competently hereto.[2]

3. Pursuant to the OCP Order, the Debtors have engaged FTI to provide certain services, including public relations, media relations, communications, and related support (the "FTI Debtor Engagement").

4. As noted in the Original Declaration, it is FTI's policy and intent to update its ongoing relationship search during these proceedings. To this end, I wanted to disclose that FTI Consulting Technology LLC ("FTI Technology"), a wholly-owned subsidiary of FTI that provides technology-related and other e-discovery services, has been engaged by American International Group, Inc. to provide e-discovery services, including data intake and processing and Relativity hosting in connection with the Debtors' chapter 11 cases (the "FTI Technology Engagement"). The services to be provided under the FTI Technology Engagement are non-advisory in nature and do not include making any assessment regarding (i) claims asserted in the Debtors' chapter 11 cases, including their validity or value or (ii) any filing made by, or position taken by, any party in the Debtors' chapter 11 cases.

5. Pursuant to FTI's standard policies, ethical walls will be implemented between the professionals on the FTI Debtor Engagement (the "FTI Debtor Professionals") and the professionals on the FTI Technology Engagement (the "FTI Technology Professionals") to ensure that all non-public information is kept confidential.[3]

6. As such, to the best of my knowledge, FTI continues to not represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which FTI is

---

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

[3] A complete description of FTI's ethical wall procedures is set forth in paragraph 5 of the First Supplemental Declaration and incorporated by reference as if fully set forth herein.

employed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2021  /s/ *Rachel Rosenblatt*
Washington, DC  Rachel Rosenblatt