In The U.S. Bankruptcy Court

RE ███████████████

Boyscot case

FILED
2021 SEP 13 AM 11: 44
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I'm ███████████ still have not heard a thing on ruling in the Boyscot case did I win and if so where my money I been out on a court writ It might got sent back do to that can you please let me know something thanks God bless

9-5-21

