IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## SIXTH MEDIATORS' REPORT

The Court appointed the Honorable Kevin J. Carey (Ret.), Paul A. Finn, and Timothy V.P. Gallagher to serve as Mediators in the above-captioned cases under the *Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief*, dated June 9, 2020 [D.I. 812] (the "Mediation Order").[2] As of the date of this report, at least thirty-four (34) Mediation Parties are participating in the mediation. The Mediators recently convened in-person mediation sessions on August 3–5, 18–20 and 23–24, and mediation sessions continue to be held by videoconference and telephone on a near-daily basis.

With the assistance of the Mediators, the Debtors, the Future Claimants' Representative (the "FCR"), the Coalition of Abused Scouts for Justice (the "Coalition"), and the Ad Hoc Committee of Local Councils (collectively, the "Parties") have agreed in principle on settlement terms that will result in an additional $1.037 billion of cash contributions to the Settlement Trust, in addition to the contributions of up to approximately $820 million that will be made by the Debtors and Local Councils. Specifically, the Parties have agreed on the terms of: (1) a settlement

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Mediation Order or the *Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 5484], as applicable.

with Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company (collectively "Hartford"), a copy of which is attached hereto as **Exhibit A** (the "Hartford Term Sheet"); and (2) a settlement with The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole ("TCJC"), a copy of which is attached hereto as **Exhibit B** (the "TCJC Term Sheet").

The Hartford Term Sheet, which will supersede the April 15, 2021 settlement between the Debtors and Hartford and will be incorporated in a definitive agreement and amended plan of reorganization for the Debtors, provides, as a result of negotiations led on behalf of survivors by the Coalition, the FCR and their respective professionals, for a cash contribution by Hartford to the Settlement Trust of $787,000,000 and is not subject to reduction of this amount based on the terms of settlements with other insurers.  Hartford will pay the settlement amount in exchange for: (1) the Debtors' sale to Hartford under the amended plan of all BSA Insurance Policies issued by Hartford, free and clear of all interests in such policies, with the rights, if any, of Chartered Organizations under the applicable policies to be treated under the amended plan in accordance with sections 363 and 1141 of the Bankruptcy Code and other applicable law; and (2) the other terms specified in the Hartford Term Sheet, including an administrative expense claim of $2 million to be granted to Hartford and to be paid upon the effective date of the Debtors' amended plan.  Hartford will be designated as a Settling Insurance Company and a Protected Party under the amended plan, and subject to Court approval will be entitled to all benefits thereunder as such.

The TCJC Term Sheet, which will be incorporated in a definitive agreement and amended plan of reorganization for the Debtors, provides, as a result of negotiations led on behalf of survivors by the Coalition, the FCR and their respective professionals, for a cash contribution by TCJC to the Settlement Trust of $250,000,000, the contribution to the Settlement Trust of TCJC's

rights under applicable insurance policies owned by the Debtors and Local Councils, and the subordination and/or waiver, release and expungement of TCJC's claims against the Debtors. As consideration for such contributions, TCJC will be designated as a Contributing Chartered Organization and a Protected Party under the amended plan, and subject to Court approval will be entitled to all benefits thereunder as such in accordance with the TCJC Term Sheet.

The Mediators appreciate the diligence of the Parties, Hartford, and TCJC in negotiating the settlement terms. The Mediators believe, based on their own participation in the negotiations of the Hartford Term Sheet and the TCJC Term Sheet, that the settlements memorialized in such agreements are the product of good-faith, arm's-length negotiations among the Parties, Hartford, and TCJC. The Mediators express no view on the merits of the settlement terms or the confirmability of any plan, matters properly reserved for the Court.

This report is submitted with the consent of the Parties, Hartford, and TCJC. The mediation remains ongoing, and the Mediators believe that it will likely lead to further settlements that maximize the value of the estates for the benefit of creditors. The Mediators therefore do not consider the Mediation to be closed.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 14, 2021

*/s/ Kevin J. Carey*
Hon. Kevin J. Carey (Ret.), Mediator

*/s/ Timothy V.P. Gallagher*
Timothy V.P. Gallagher, Mediator