# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors | |

## NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 34 AND 45

**TO:** Archer Systems, LLC, c/o Capitol Corporate Services, Inc., 206 E. 9th Street, Suite 1300, Austin, TX 78701

Consumer Attorney Marketing Group, LLC, c/o Michael Vizvary, 21051 Warner Center Lane, Suite 250, Woodland Hills, CA 91367

Corbin ERISA Opportunity Fund, Ltd. c/o the Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

Corbin Opportunity Fund, L.P. c/o the Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

EPIQ Systems, Inc., c/o Cogency Global Inc., 122 E. 42nd Street, 18th Floor, New York, NY 10168

Ferncroft Capital LLC c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808

Fortress Credit Corp. c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

Law Ruler, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Legal Conversion Center, a/k/a My Legal Help, c/o Monica Ingram 1001 W Euless Blvd, St. 360, Euless, TX 76040

Reciprocity Industries, LLC, c/o Tyler Cross, 2718 Montana Avenue, Suite 216, Billings, MT 59101

Rocan Capital LLC c/o the Corporation Trust Company Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

Siguler Guff Oct, LLC c/o Corporation Service Company, 251 Little Falls Drive, Wilmington DE 19808

Tillie Capital LLC c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808

Verus Claims Services, c/o Corporation Service Company, Princeton South Corporate Ctr., Suite 160, 100 Charles Ewing Blvd, Ewing, NJ 08628

**TAKE NOTICE** that Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), pursuant to Federal Rules of Civil Procedure 34 and 45 made applicable to this proceeding pursuant to Federal Rules of Bankruptcy 7034 and 9016, served subpoenas to produce documents upon Archer Systems, LLC ("Archer"), Consumer Attorney Marketing Group, LLC ("Consumer Attorney Marketing"), Corbin ERISA Opportunity Fund, Ltd. ("Corbin ERISA"), Corbin Opportunity Fund, L.P. ("Corbin"), EPIQ Systems, Inc. ("EPIQ"), Ferncroft Capital LLC ("Ferncroft"), Fortress Credit Corp. ("Fortress"), Law Ruler ("Law Ruler"), Legal Conversion Center ("Legal Conversion"), Reciprocity Industries, LLC ("Reciprocity"), Rocan Capital LLC ("Rocan Capital"), Siguler Gruff Oct, LLC ("Siguler"), Tillie Capital LLC ("Tillie"), Verus Claims Services ("Verus") in the forms attached hereto.

Archer, Consumer Attorney Marketing, Reciprocity, and Verus were served on September 10, 2021 and were requested to produce electronically or at Stamoulis & Weinblatt LLC, 800 N. West Street, Third Floor Wilmington, DE 19801, by September 24, 2021 at 5:00

pm Eastern, all documents contained therein in Exhibit 1. Fortress was served on September 13, 2021 and was requested to produce electronically or at Stamoulis & Weinblatt LLC, 800 N. West Street, Third Floor Wilmington, DE 19801, by September 27, 2021 at 5:00 pm Eastern, all documents contained therein in Exhibit 1. Corbin ERISA, Corbin, EPIQ, Ferncroft, Law Ruler, Legal Conversion, Rocan, Siguler, and Tillie were served on September 14, 2021 and were requested to produce electronically or at Stamoulis & Weinblatt LLC, 800 N. West Street, Third Floor Wilmington, DE 19801, by September 28, 2021 at 5:00 pm Eastern, all documents contained therein in Exhibit 1.

Dated: September 14, 2021

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone:   302 999 1540
Facsimile:    302 762 1688

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*