# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 2618, 5489, 6212, 6213** |

## NOTICE OF FILING OF REVISED PROPOSED CONFIRMATION SCHEDULING ORDER

**PLEASE TAKE NOTICE** that, on April 15, 2021, Boy Scouts of America and Delaware BSA, LLC, as debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors") filed the *Debtors' Motion for Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 2618] (the "Confirmation Scheduling Motion" or the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that attached to the Confirmation Scheduling Motion as Exhibit A was a proposed order granting the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that on July 2, 2021, the Debtors filed the *Notice of Filing of Revised Proposed Confirmation Scheduling Order* [D.I. 5489] (the "Proposed Confirmation Scheduling Order").

**PLEASE TAKE FURTHER NOTICE** that, following ongoing discussions with parties in interest, on September 15, 2021, the Debtors filed the *Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6212] (hereinafter the "Fifth Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously with the filing of the Fifth Amended Plan, the Debtors filed the *Amended Disclosure Statement for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6213].

**PLEASE TAKE FURTHER NOTICE** that, following such filings, the Debtors have revised the Proposed Confirmation Scheduling Order (the "Revised Proposed Confirmation

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Scheduling Order"). The Revised Proposed Confirmation Scheduling Order is attached hereto as **Exhibit A**.

      **PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a redline of the Revised Proposed Confirmation Scheduling Order marked against the Proposed Confirmation Scheduling Order is attached hereto as **Exhibit B**.

      **PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Revised Proposed Confirmation Scheduling Order at the hearing scheduled for **September 21, 2021, at 10:00 a.m. (ET)** before the Court.

[*Remainder of Page Intentionally Left Blank*]

| Dated: September 15, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>     aremming@morrisnichols.com<br>     ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>     mlinder@whitecase.com<br>     laura.baccash@whitecase.com<br>     blair.warner@whitecase.com<br><br>ATTORNEYS TO THE DEBTORS AND DEBTORS IN POSSESSION |
|---|---|