```
DATED :  AUGUST 29 th, 2021


TO    :  UNITED STATES DISRICT COURT
         BANKRUPTCY COURT FOR DELEWARE
         844 North King St/ LOCK BOX 18
         WILMINGTON, DE 19801


FROM  :  [REDACTED]
```



IN re,  BOY SCOUTS OF AMERICA AND DELEWARE BSA,LLC,[1]  # 20-10343(LSS)/
                                                        ( SA-[REDACTED] )

To the Honorable Courts,

greetings my name is [REDACTED] and I am a California prisoner who is inquiring about information as to the status for this case. The Attorney's whom are handling the settlement proceedings have not replied to my inquiries which concerns me. I am asking for a status up date PLEASE. Due to the nature of my position, my abilitiy to research is limited to very little, as I am not a resident in your state. But the courts have assigned a case number for me ( SA-[REDACTED] ). I have tried to communicate with counsel, over several months who are representatives for the class action, but have not yet received any as of date above.

Any information would be helpful for me if you would be kind to send it my way. In advance I do thank you for your time and effort. Best Wishes.


RESPECTFULLY SUBMITTED.

