(1)

Your Honor of the Courts

FILED
2021 SEP 14 AM 9:39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I am respectfully writing this at the request of my attorney's at THE AVA LAW Group.

AT THE Sametime I'm being ask to re-live the Horrific events of my past, to dig this sick stuff up from where it has been Locked away, for many years.

THis always seems to flabbergas me because everytime I've relived or have been asked to relive it, ("Please understand this") My families, my friends, my significant others or my wives have had to re-live them too. Not to mention, my employers, co-workers or employees.

Your honor this is getting pretty Old. IT would seem that a copy of one of the other (5) or (6) Times I've wrote a letter, "A COPY" could be forwarded to you and the Court.

IN any event Sir: "Your Honor"

FOR THE LAST TIME: there has been numerous occassions while attending Boyscout meeting at THE Lake land Rec Center, and at my

(2) (2)

Group leaders, Group supervisors houses that I was ordered, threatened, forced or raped to accommodate one of these sick bastards in their sick sex crap.

THis was also a Norm at any and all Campout outings, with the Boyscouts.

I was frequently threatened to participate in sex acts / activities or harm would come to me, my family and friends, AND I would not progress in rank in the Boyscouts.

I refuse to go into detail Only because I Believe what does that accomplish but more, Hate, anger, Bitterness, depression, Anxiety, fear, frustration and more.

I've served 25 years in state prison. Since 1997, for Burglary 3rd., to support a cocaine / crack habit. "Only to feel Superior using believing No one could Touch me. I've Lost (3 wife's), many relationships and many great jobs, and businesses.

I'm not sure how well

③   ③

amount, any amount of money could make such disgusting, violation innocents better. How much??

I really hope that every individual is rightly compensated, and that the Boy Scouts are Eliminated from Society.

I would Never send a child there.

All the Rules and Regulations Should be changed. too.

I was scared to be a Dad to my Kids. not sare, S I could be one.

If I Need to tell my Story I will. For Sure.

Sincerely,

TERESA DEMKO
Commissioner of Deeds
City of Syracuse
Commission Expires 12/31/2022

9/7/2021