# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No.** \_\_\_\_\_ |

**ORDER GRANTING TORT CLAIMANTS' COMMITTEE'S MOTION TO
ADJOURN THE HEARING TO CONSIDER APPROVAL OF DISCLOSURE
STATEMENT AND SOLICITATION PROCEDURES FOR THE
FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION
FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

Upon consideration of the motion to adjourn (the "**Motion to Adjourn**")[2] filed by counsel for TCC for entry of an order adjourning the hearing to consider approval of the Disclosure Statement (the "**Disclosure Statement Hearing**") now scheduled for September 21, 2021, as more fully set forth in the Motion to Adjourn; and due and sufficient notice of the Motion to Adjourn having been provided under the particular circumstances; and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion to Adjourn and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion to Adjourn and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and this Court's entry of a final order being consistent with Article III of the United

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware the BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to those terms in the Motion to Adjourn.

2

States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been scheduled and, to the extent necessary, held to consider the relief requested in the Motion to Adjourn (the "**Hearing**"); and upon the record of the Hearing (if any was held) and all of the proceedings before the Court; and the legal and factual bases set forth in the Motion to Adjourn and at the Hearing (if any was held) having established just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Adjourn is GRANTED as set forth herein.

2. The Disclosure Statement Hearing shall be adjourned from September 21, 2021, to _____ _____, 2021.  Parties in interest may file objections to approval of the Amended Disclosure Statement and the Motions on or before _____ _____, 2021.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court shall retain exclusive jurisdiction over matters pertaining to this Order.

DOCS_DE:236031.3 85353/002