IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Related to Dkt 6222** |

**MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE HEARING
ON THE TORT CLAIMANTS' COMMITTEE'S MOTION TO ADJOURN
THE HEARING TO CONSIDER APPROVAL OF DISCLOSURE
STATEMENT AND SOLICITATION PROCEDURES FOR THE
FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION
FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

The Official Committee of Tort Claimants (the "Tort Claimants' Committee" or "TCC") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby files this motion to shorten (the "Motion to Shorten") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), scheduling a hearing and shortening the notice period with respect to the *Tort Claimants' Committee's Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (the "Motion"), filed concurrently herewith. In support of this Motion to Shorten, the Tort Claimants' Committee respectfully states as follows.

**Jurisdiction**

1.　　　This Court has jurisdiction over this Motion to Shorten pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*District Court for the District of Delaware*, dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory basis for the relief requested herein is Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

**Relief Requested**

3. The Tort Claimants' Committee requests that the Court (a) schedule a hearing on the Motion on or prior to Friday, September 17, 2021 (but not on September 16, 2021, which is Yom Kippur); and (b) shorten the response deadline on the Motion, with objections, if any, to be made at the scheduled hearing on the Motion.

4. The Motion requests that the Court enter an order adjourning the hearing scheduled for September 21, 2021 (the "Disclosure Statement Hearing") to consider approval of the *Amended Disclosure Statement for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No.6213] (the "Amended Disclosure Statement"), the *Debtors' Motion for Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [Docket No. 2618] (the "Confirmation Scheduling Motion"), and *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the*

2

DOCS_DE:236080.1 85353/002

*Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 2295] (the "Solicitation Procedures Motion") for at least three weeks[2] in order to allow the Tort Claimants' Committee and other parties in interest a reasonable period of time to review the *Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 6212] (the "Fifth Amended Plan"), Amended Disclosure Statement, and other documents, and respond thereto.

5.   The Debtors filed the Fifth Amended Plan, the Amended Disclosure Statement, and other associated documents on September 15, 2021, just four (4) business days before the Disclosure Statement Hearing (one of which is Yom Kippur), which does not provide sufficient time for the Tort Claimants' Committee to respond thereto or prepare for the Disclosure Statement Hearing in any meaningful way.  Indeed, none of the Debtors' many filings indicates any deadline to object or respond to the Amended Disclosure Statement, Solicitation Procedures Motion, or Confirmation Scheduling Motion.  The Tort Claimants' Committee further requests that the supplemental deadline to object to the Debtors' Amended Disclosure Statement should be set seven (7) calendar days before the continued Disclosure Statement Hearing.

**Basis for Relief**

6.   Local Rule 9006-1(c)(i) provides that unless the Bankruptcy Rules or the Local Rules state otherwise, "all motion papers shall be filed and served in accordance with Local Rule 2002-1(b) at least fourteen (14) days prior to the hearing date."  Local Rule 9006-1(e) provides in pertinent part that "no motion will be scheduled on less notice than required by these

---

[2] The TCC understands that time is of the essence in this case and therefore is not requesting that the Amended Disclosure Statement be re-noticed on the full notice required under the local and federal bankruptcy rules. Nonetheless, the TCC should have a minimum of two weeks to review and comment on the Fifth Amended Plan and the Amended Disclosure Statement and given the complexity of the issues, the Court should be provided objections at least seven (7) days' prior to any continued hearing.

3

Local Rules or the Fed. R. Bankr. P. except by order of the Court, on written motion . . . specifying the exigencies justifying shortened notice."

7. In support of this Motion to Shorten, the Tort Claimants' Committee represents that the exigencies justify shortened notice of the Motion and scheduling a hearing on the Motion to Shorten because the Debtors filed their Fifth Amended Plan and Amended Disclosure Statement just four (4) business days prior to the Disclosure Statement hearing (and one of those business days includes Yom Kippur).

**AVERMENT PURSUANT TO LOCAL RULE 9006-1(E)**

8. In accordance with Local Rule 9006-1(e), the Tort Claimants' Committee certifies that they have notified the United States Trustee (the "UST"), counsel to the Debtors, counsel the Official Committee of Unsecured Creditors (the "Creditors Committee"), and counsel the Future Claimants' Representative (the "FCR") of this Motion to Shorten. The UST consents to the relief requested in both the Motion to Shorten as well as the underlying Motion. The Creditors Committee and the FCR have not taken a position with respect to the relief requested in the Motion to Shorten as of the time of filing. The Debtors oppose the Motion to Shorten.

**Notice**

9. This Motion to Shorten and the Motion will be served by e-mail, hand delivery, overnight mail, express mail, or facsimile on: (a) the Office of the UST for the District of Delaware; (b) counsel to the Debtors; (c) counsel to the Creditors Committee; (d) counsel to the FCR; and (e) all parties requesting notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties"). The Tort Claimants' Committee submits that, in light of the nature of the relief requested, no other or further notice need be given.

10. If the Court grants this Motion to Shorten, the Tort Claimants' Committee will immediately serve a copy of the order on the above-noted Notice Parties by e-mail, hand delivery, overnight mail, express mail, or facsimile.

**No Prior Request**

11. No prior motion for the relief requested herein has been made to this or any other court.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Tort Claimants' Committee respectfully requests the entry of an order, substantially in the form attached hereto as **Exhibit A**: (a) scheduling the Motion on or prior to September 17, 2021 (but not on September 16, 2021, which is Yom Kippur) in advance of the September 21, 2021, Disclosure Statement Hearing that the Motion seeks to adjourn; and (b) shortening the response deadline on the Motion, with objections, if any, to be made at the scheduled hearing on the Motion.

Dated:  September 15, 2021  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
Iain A.W. Nasatir (admitted pro hac vice)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: jstang@pszjlaw.com
            rorgel@pszjlaw.com
            inasatir@pszjlaw.com
            joneill@pszjlaw.com
            jlucas@pszjlaw.com

*Counsel to the Official Committee of Tort Claimants*