**Exhibit "A"**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. \_\_\_\_** |

**ORDER GRANTING MOTION OF OFFICIAL COMMITTEE OF
TORT CLAIMANTS FOR ENTRY OF AN ORDER (I) TERMINATING THE
DEBTORS' EXCLUSIVE PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES
THEREOF PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**

Upon consideration of the motion (the "Motion")[2] of the Official Committee of Tort (the "Committee") appointed in the jointly administered bankruptcy cases of the above-captioned debtors and debtors in possession (together, the "Debtors") filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") for entry of an order terminating the Debtors' exclusive periods to file a plan and solicit acceptances thereof pursuant to section 1121 of the Bankruptcy Code and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(b)(2) and 1334; and consideration of the Motion, the relief requested therein, and the responses thereto being a core proceeding in accordance with 28 U.S.C. § 157(b); and the appearance of all interested parties and all responses and objections, if any, to the Motion having been duly noted in the record of the hearing on the Motion; and upon the record of the hearing, and all other pleadings and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

proceedings in these cases, including the Motion; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates; and it further appearing that the relief requested in the Motion is based upon good and sufficient business reasons; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtors' Exclusive Periods to file and solicit votes on their plan, pursuant to section 1121 of the Bankruptcy Code are hereby terminated.

3. Any party in interest is authorized to file a plan and disclosure statement subject to the requirements under the Bankruptcy Code.

4. Notwithstanding any other Bankruptcy Rules or any other applicable rule or guideline, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement or interpretation of this Order.