**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>           Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Proposed Hearing Date: [_____], 2021**<br><br>**Re: Dkt. 6212, 6213, 6222, 6223** |

**JOINING INSURERS' JOINDER TO THE OFFICIAL COMMITTEE OF TORT**
**CLAIMANTS' COMMITTEE'S MOTION TO ADJOURN THE HEARING TO**
**CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND SOLICITATION**
**PROCEDURES FOR THE FIFTH AMENDED CHAPTER 11 PLAN OF**
**REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**
**[D.I. 6222] AND THE ACCOMPANYING MOTION TO SHORTEN NOTICE [D.I. 6223]**

The Joining Insurers[1] respectfully join[2] in the *Tort Claimants' Committee's Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (the "Motion to Adjourn") [D.I. 6222][3] and the related motion to shorten notice period and schedule a hearing [D.I. 6223], which lay out how the Plan, [D.I. 6212] TDPs, [D.I. 6212-1] and Disclosure Statement [D.I. 6213] have been substantively revised in significant ways—on the eve of Yom Kippur—that will require time to digest before proceeding on the hearing to approve the Disclosure Statement and the Debtors' related Motions.  Further, key documents critical to

---

[1]   The "Joining Insurers" are those identified in the signature block below.

[2]   The Joining Insurers do not join in the TCC's statements in paragraph 3 in the Motion to Adjourn, including the TCC's intent to file a motion to terminate exclusivity and reserve all rights with respect to any such motion.

[3]   Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion to Adjourn.

understanding the Plan and Disclosure Statement, such as the LDS and Hartford agreements that will be part of the Plan, have not yet been drafted or disclosed.

The new Plan, Disclosure Statement, and TDPs are the product of the closed-door meetings from which the Joining Insurers were excluded. Drafts were not provided to the Joining Insurers prior to their filing this morning. The LDS settlement appears to be predicated on the assignment of non-debtor insurance and the purported adjudication of claims against the insurers by a settlement trust. The revisions to the Plan also appear to include assignment of other non-debtor insurance policies and rights. Time is necessary to review and assess the impact of these changes.

The issues raised by the changes are novel and have not been analyzed or briefed in prior papers. Judicial economy counsels in favor of an adjournment, which will give the parties sufficient time to review, assess and brief the issues posed by the changes in an orderly manner. It is the Debtors' actions that have created a situation where there is an inability to meaningfully digest and respond on the current timeframe.[4]

## CONCLUSION

WHEREFORE, for the reasons set forth herein, the Joining Insurers respectfully request that the Court adjourn the Disclosure Statement hearing and grant such other and further relief as the Court deems just and proper.

*Remainder of Page Intentionally Left Blank*

---

[4] Further, the changes to the Solicitation Procedures highlight the importance of the discovery directed at the claims aggregators. The document requests of the claims aggregators ordered by this Court, including Archer Systems, Verus Claims Services, and Consumer Attorney Marketing Group (see D.I. 6184) were issued promptly but responses are not due until September 24, 2021, at the earliest.

OMM_US:80204364.1

Dated: September 15, 2021                    Respectfully Submitted,

                                             By: */s/ Stamatios Stamoulis*
                                                 Stamatios Stamoulis (#4606)

                                             STAMOULIS & WEINBLATT LLC
                                             800 N. West Street
                                             Third Floor
                                             Wilmington, Delaware 19801
                                             Telephone: 302 999 1540
                                             Facsimile:  302 762 1688

                                             O'MELVENY & MYERS LLP
                                             Tancred Schiavoni (*pro hac vice*)
                                             Daniel Shamah (*pro hac vice*)
                                             Times Square Tower
                                             7 Times Square
                                             New York, New York 10036-6537
                                             Telephone: 212 326 2000
                                             Facsimile:  212 326 2061

                                             *Counsel for Century Indemnity Company, as*
                                             *successor to CCI Insurance Company, as*
                                             *successor to Insurance Company of North America*

                                             Robert D. Cecil, Jr. (No. 5317)
                                             Tybout, Redfearn & Pell
                                             750 Shipyard Drive, Suite 400
                                             Wilmington, Delaware  19899-2092
                                             Phone: (302) 658-6901
                                             E-mail:  rcecil@trplaw.com

                                             Mark D. Plevin  (admitted *pro hac vice*)
                                             Crowell & Moring LLP
                                             Three Embarcadero Center, 26th Floor
                                             San Francisco, California  94111
                                             Phone:  (415) 986-2800
                                             E-mail:  mplevin@crowell.com

                                             Tacie H. Yoon  (admitted *pro hac vice*)
                                             Crowell & Moring LLP
                                             1001 Pennsylvania Ave., N.W.
                                             Washington, D.C.  20004
                                             Phone: (202) 624-2500
                                             Email:   tyoon@crowell.com

OMM_ΥΣ:80204364.1

*Attorneys for American Zurich Insurance*
*Company, American Guarantee and Liability*
*Insurance Company, and Steadfast Insurance*
*Company*

FINEMAN KREKSTEIN & HARRIS PC
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone:    (302) 538-8331
Facsimile:    (302) 394-9228
Email: drichards@finemanlawfirm.com

-and-

FORAN GLENNON PALANDECH PONZI &
RUDLOFF P.C.
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone:    (312) 863-5000
Facsimile:    (312) 863-5009
Email: sgummow@fgppr.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035
Email:        mrosenthal@gibsondunn.com
        jhallowell@gibsondunn.com
        kmartorana@gibsondunn.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Matthew G. Bouslog (admitted *pro hac vice*)
3161 Michelson Drive
Irvine, California 92612
Telephone:    (949) 451-3800

4

Facsimile:     (949) 451-4220
Email: mbouslog@gibsondunn.com

*Attorneys for the AIG Companies*

Goldstein & McClintock LLLP
Maria Aprile Sawczuk (DE #3320)
501 Silverside Road
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com

-and-

Laura McNally (admitted *pro hac vice*)
Emily Stone
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for The Continental Insurance Company
and Columbia Casualty Company*

BODELL BOVÉ, LLC
Bruce W. McCullough  (No.  3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: (302) 655-6749,
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

- and -

CLYDE & CO US LLP
Bruce D. Celebrezze (*pro hac vice*)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone:  (415) 365-9800
Facsimile:  (415) 365-9801
Email:    bruce.celebrezze@clydeco.us

5

Konrad R. Krebs (*pro hac vice*)
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone:  (973) 210-6700
Facsimile:  (973) 210-6701
Email:    konrad.krebs@clydeco.us

- and –

DAVID CHRISTIAN ATTORNEYS LLC
David Christian (*pro hac vice*)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone: (862) 362-8605
Email:  dchristian@dca.law

*Attorneys for Great American Assurance
Company, f/k/a Agricultural Insurance Company;
Great American E&S Insurance Company, f/k/a
Agricultural Excess and Surplus Insurance
Company; and Great American E&S Insurance
Company*

REGER RIZZO & DARNALL LLP
Louis J. Rizzo, Jr., Esquire (#3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email:  lrizzo@regerlaw.com

*Attorney for Defendants, Travelers Casualty and
Surety Company, Inc. (f/k/a Aetna Casualty &
Surety Company), St. Paul Surplus Lines
Insurance Company and Gulf Insurance Company*

Troutman Pepper Hamilton Sanders LLP
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:      302.777.6500
Facsimile:      302.421.8390

*-and-*
Harris B. Winsberg (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:      404.885.3000
Facsimile:      404.885.3900

*-and-*

Nicolaides Fink Thorpe Michaelides
Sullivan LLP
Matthew S. Sorem (admitted *pro hac vice*)
10 S. Wacker Dr.
21st Floor
Chicago, IL 60606
Telephone:      312.585.1433
Facsimile:      312.585.1401

*-and-*
McDermott Will & Emery LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:      202.756.8228
Facsimile:      202.756.8087

*Attorneys for Allianz Global Risks US Insurance
Company*

7

Troutman Pepper Hamilton Sanders LLP
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:    302.777.6500
Facsimile:    302.421.8390

*-and-*

Harris B. Winsberg (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:        404.885.3000
Facsimile:        404.885.3900

*-and-*

Bradley Riley Jacobs PC
Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone:    312.281.0295

*Attorneys for National Surety Corporation and
Interstate Fire & Casualty Company*

POST & SCHELL, P.C.
Paul Logan (No. 3339)
300 Delaware Avenue
Suite 1380
Wilmington, DE 19801
Phone: (302) 251-8856
Fax: (302) 251-8857
E-mail: plogan@postschell.com

IFRAH PLLC
George R. Calhoun
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC 20006
Phone: (202) 840-8758
E-mail: george@ifrahlaw.com

*Attorneys for Argonaut Insurance Company*

Michael J. Joyce, Esquire (No. 4563)
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

*-and-*

Kevin Coughlin, Esquire (Pro Hac Vice)
Lorraine Armenti, Esquire (Pro Hac Vice)
Michael Hrinewski, Esquire (Pro Hac Vice)
COUGHLIN MIDLIGE & GARLAND, LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law

*-and-*

Britton C. Lewis, Esquire (Pro Hac Vice)
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC  27401
(336) 478-1146 (Telephone)
(336) 478-1145 (Facsimile)
bcl@crlaw.com

*Counsel to Arrowood Indemnity Company*

9

Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
mcclambc@ballardpshar.com

*-and-*

Harry Lee*
John O'Connor*
Brett Grindrod*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Facsimile: (202) 429-3902
E-mail: hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com
(*Admitted pro hac vice)

*Attorneys for Clarendon America Insurance
Company, Maryland Casualty Company,
Maryland American General Group, and
American General Fire & Casualty Company*

DILWORTH PAXSON LLP
Thaddeus J. Weaver (Id. No. 2790)
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031
(302) 571-8867 (telephone)
(302) 655-1480 (facsimile)
tweaver@dilworthlaw.com

and

William E. McGrath, Jr. (Admitted PHV)

DILWORTH PAXSON LLP
2 Research Way, Suite 103
Princeton, NJ 08540
(609) 924-6000 (telephone)
(215) 893-8537 (facsimile)
wmcgrath@dilworthlaw.com

*Attorneys for Munich Reinsurance America, Inc.,
formerly known as American Re-Insurance
Company*

BROWNSTEIN HYATT FARBER SCHRECK,
LLP
Michael J. Pankow, #21212
410 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
mpankow@bhfs.com

*-and-*

GREENBERG TRAURIG, LLP
Dennis A. Meloro, #4435
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7395
Facsimile: (302) 661-7165
melorod@gtlaw.com

*Attorneys for Markel Service, Incorporated,
Claim Service Manager for Alterra Excess &
Surplus and Evanston Insurance Company*

OMM_ΥΣ:80204364.1