**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE HEARING
ON THE MOTION OF OFFICIAL COMMITTEE OF TORT CLAIMANTS
FOR ENTRY OF AN ORDER TERMINATING THE DEBTORS'
EXCLUSIVE PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES
THEREOF PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**

The Official Committee of Tort Claimants (the "Tort Claimants' Committee")

appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession

(collectively, the "Debtors") hereby files this motion to shorten (the "Motion to Shorten") for

entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"),

scheduling a hearing and shortening the notice period with respect to the *Motion of Official

Committee of Tort Claimants for Entry of an Order Terminating the Debtors' Exclusive Periods

to File a Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code*

(the "Motion"), filed concurrently herewith.  In support of this Motion to Shorten, the Tort

Claimants' Committee respectfully state as follows.

**Jurisdiction**

1.   This Court has jurisdiction over this Motion to Shorten pursuant to 28

U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States

District Court for the District of Delaware*, dated February 29, 2012.  This is a core proceeding

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

pursuant to 28 U.S.C. § 157.  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and

1409.

2.      The statutory basis for the relief requested herein is Rule 9006(c)(1) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the

Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules").

## Relief Requested

3.      The Tort Claimants' Committee requests that (a) the Court schedule a

hearing on the Motion for the next scheduled omnibus hearing date of September 23, 2021, at

10:00 a.m. Eastern Time; and (b) shorten the response deadline on the Motion, with objections, if

any, to be made at the scheduled hearing on the Motion.  The Motion requests that the Court

enter an order terminating the Debtors' exclusivity periods (the "Exclusive Periods") pursuant to

sections 1121(b) and 1121(c) of the Bankruptcy Code and granting the Tort Claimants'

Committee such other relief as may be appropriate under the circumstances.

## Basis for Relief

4.      Local Rule 9006-1(c)(i) provides that unless the Bankruptcy Rules or the

Local Rules state otherwise, "all motion papers shall be filed and served in accordance with

Local Rule 2002-1(b) at least fourteen (14) days prior to the hearing date."  Local Rule 9006-1(e)

provides in pertinent part that "no motion will be scheduled on less notice than required by these

Local Rules or the Fed. R. Bankr. P. except by order of the Court, on written motion . . .

specifying the exigencies justifying shortened notice."

5.      In support of this Motion to Shorten, the Tort Claimants' Committee represents that the exigencies justify shortened notice of the Motion and scheduling a hearing on the Motion.

6.      On August 18, 2021, the Court entered an order extending the Debtors' Exclusive Filing Periods[2] through August 18, 2021 (which coincided with the statutory limit) and also extended the Debtors' Exclusive Solicitation Period through October 18, 2021 (which coincides with the statutory limit).  Inasmuch as BSA's Fifth Plan was filed on September 15, 2021, the Debtors will be unable to obtain approval of a disclosure statement and obtain acceptances to BSA's Fifth Plan within the Exclusive Solicitation Period.  Accordingly, the Tort Claimants' Committee now seeks to file the TCC Plan (and Plan Summary) which will be confirmable and supported by survivors because it will realize the value that should be made available to 82,500 childhood sexual abuse victims.

7.      Accordingly, the Tort Claimants' Committee submits that the exigencies justify shortening notice on the Motion.

### AVERMENT PURSUANT TO LOCAL RULE 9006-1(E)

8.      In accordance with Local Rule 9006-1(e), the Tort Claimants' Committee certifies that it has notified the United States Trustee (the "UST"), counsel to the Debtors, counsel the Official Committee of Unsecured Creditors (the "Creditors Committee"), and counsel the Future Claimants' Representative (the "FCR") of this Motion to Shorten.  The UST does not oppose the relief requested in the Motion to Shorten.  The Debtors, Creditors Committee and FCR have not yet responded to the Tort Claimants' Committee's inquiries regarding their respective positions regarding the relief requested in the Motion to Shorten.

---

[2]  Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

DOCS_DE:236074.1 85353/002

## Notice

9.      This Motion to Shorten and the Motion will be served by e-mail, hand delivery, overnight mail, express mail, or facsimile on: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Debtors; (c) counsel to the Creditors Committee; (d) counsel to the FCR; and (e) all parties requesting notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").  The Tort Claimants' Committee submits that, in light of the nature of the relief requested, no other or further notice need be given.

10.      If the Court grants this Motion to Shorten, the Tort Claimants' Committee will immediately serve a copy of the order on the above-noted Notice Parties by e-mail, hand delivery, overnight mail, express mail, or facsimile.

## No Prior Request

11.      No prior motion for the relief requested herein has been made to this or any other court.

*[Remainder of Page Intentionally Left Blank]*

4

WHEREFORE, the Tort Claimants' Committee respectfully requests the entry of

an order, substantially in the form attached hereto as **Exhibit A**: (a) scheduling the Motion for

the next omnibus hearing date of September 23, 2021 at 10:00 a.m. Eastern Time; and

(b) shortening the response deadline on the Motion, with objections, if any, to be made at the

scheduled hearing on the Motion.


Dated:  September 15, 2021                      PACHULSKI STANG ZIEHL & JONES LLP

                                                */s/ James E. O'Neill*
                                                James I. Stang (CA Bar No. 94435)
                                                Robert B. Orgel (CA Bar No. 10187)
                                                Iain A.W. Nasatir (admitted pro hac vice)
                                                James E. O'Neill (DE Bar No. 4042)
                                                John W. Lucas (CA Bar No. 271038)
                                                919 N. Market Street, 17th Floor
                                                P.O. Box 8705
                                                Wilmington, DE  19899-8705 (Courier 19801)
                                                Telephone:  (302) 652-4100
                                                Facsimile:   (302) 652-4400
                                                Email: jstang@pszjlaw.com
                                                        rorgel@pszjlaw.com
                                                        inasatir@pszjlaw.com
                                                        joneill@pszjlaw.com
                                                        jlucas@pszjlaw.com

                                                *Counsel to the Tort Claimants' Committee*

DOCS_DE:236074.1 85353/002