# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: September 21, 2021**<br><br>**Re: Docket Nos. 6212, 6213, 6222, 6223, 6226** |

### JOINDER OF LIBERTY MUTUAL INSURANCE COMPANY TO THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' COMMITTEE'S MOTION TO ADJOURN THE HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES FOR THE FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC [D.I. 6222] AND THE ACCOMPANYING MOTION TO SHORTEN NOTICE [D.I. 6223]

Liberty Mutual Insurance Company, together with its affiliates and subsidiaries (collectively, "Liberty"), respectfully joins[1] in the *Tort Claimants' Committee's* (the "TCC") *Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6222] [2] (the "Motion to Adjourn") and the related motion to shorten notice period and schedule a hearing [D.I. 6223] for the reasons set forth in the *Joining Insurers' Joinder* to the Motion to Adjourn [D.I. 6226] (the "Joining Insurers' Joinder").

---

[1] Liberty does not join in the TCC's statements in paragraph 3 in the Motion to Adjourn, including the TCC's intent to file a motion to terminate exclusivity and reserves all rights with respect to any such motion.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion to Adjourn.

1

2

## CONCLUSION

WHEREFORE, for the reasons set forth in the Joining Insurers' Joinder, Liberty respectfully requests that the Court adjourn the Disclosure Statement hearing and grant such other and further relief as the Court deems just and proper.

*Remainder of Page Intentionally Left Blank*

Dated: September 15, 2021
Wilmington, Delaware

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ R. Karl Hill
R. Karl Hill (Del. Bar No. 2747)
222 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com

-and-

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com

-and-

Kim V. Marrkand (admitted *pro hac vice*)
Laura Bange Stephens (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC
One Financial Center
Boston, MA 0211
Telephone: (617) 542-6000
KVMarrkand@mintz.com
LBStephens@mintz.com

*Counsel to Liberty Mutual Insurance Company*