## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC

                Debtors.[1]

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)

**Re: Docket Nos. 3263, 3266 & 6009**

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on May 6, 2021, The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole (the "**TCJC**") filed the *Objection of The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan and (VI) Granting Related Relief* [Docket No. 3263] (the "**Objection**").

PLEASE TAKE FURTHER NOTICE that on May 6, 2021, TCJC also filed a sealed version of the Objection [Docket No. 3266] (the "**Sealed Objection**").

PLEASE TAKE FURTHER NOTICE that on August 16, 2021, TCJC filed the *Supplemental Objection of The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting*

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan and (VI) Granting Related Relief* [Docket No. 6009] (the "**Supplemental Objection**" and, together with the Objection and Sealed Objection, the "**Objections**")

PLEASE TAKE FURTHER NOTICE that TCJC hereby withdraws the Objections without prejudice.

Dated: September 15, 2021
     Wilmington, Delaware     */s/ Michael J. Merchant*

**RICHARDS, LAYTON & FINGER, P.A.**
Michael J. Merchant (No. 3854)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  merchant@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Deniz A. Irgi (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
        deniz.irgi@lw.com

- and -

Adam J. Goldberg (admitted *pro hac vice*)
Robert J. Malionek (admitted *pro hac vice*)
Madeleine C. Parish (admitted *pro hac vice*)
Benjamin A. Dozier (admitted *pro hac vice*)
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020-1401
Telephone: (212) 906-1200
E-mail: adam.goldberg@lw.com
      robert.malionek@lw.com
      madeleine.parish@lw.com
      benjamin.butzin-dozier@lw.com

*Counsel to The Church of Jesus Christ of Latter-day
Saints, a Utah corporation sole*