# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Ref. Docket No.  6212, 6213, 6214, 6215, 6216, and 6222 |

### JOINDER BY AWKO'S CLAIMANTS TO THE TORT CLAIMANTS' COMMITTEE'S MOTION TO ADJOURN THE HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES FOR THE FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

The Claimants represented by the undersigned counsel[1] join the Tort Claimants' Committee's Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC.

Dated: September 16, 2021

                                                       AYLSTOCK, WITKIN,
                                                       KREIS & OVERHOLTZ, PLLC

                                                       By: /s/ S. Mary Liu
                                                           S. Mary Liu (FL Bar No. 84438)
                                                           17 East Main Street
                                                           Suite 200
                                                           Pensacola, FL 32502
                                                           850-202-1010
                                                           mliu@awkolaw.com

                                                           *Counsel for AWKO Claimants*

---

[1] *See* attached Appendix A, which lists the Sexual Abuse Survivor Proof of Claim numbers for the AWKO Claimants.

1