# Appendix A

## AWKO CLAIMANTS

| Original Claim Number | 1st Amended Claim Number | 2nd Amended Claim Number |
|---|---|---|
| SA-14046 | SA-106668 | |
| SA-27931 | SA-106670 | |
| SA-8016 | SA-106672 | |
| SA-20105 | SA-106669 | |
| SA-8020 | SA-106676 | |
| SA-22810 | SA-106675 | |
| SA-20066 | SA-106673 | |
| SA-35283 | SA-106674 | |
| SA-40413 | SA-96951 | SA-106678 |
| SA-3346 | SA-106680 | |
| SA-45114 | SA-106677 | |
| SA-35279 | SA-106684 | |
| SA-24579 | SA-106679 | |
| SA-48062 | SA-106683 | SA-118580 |
| SA-32385 | SA-106681 | |
| SA-38300 | SA-106689 | |
| SA-48054 | SA-106688 | |
| SA-57655 | SA-106685 | |
| SA-57677 | SA-106692 | |
| SA-20074 | SA-106687 | |
| SA-14043 | SA-106691 | |
| SA-53560 | SA-96840 | SA-106690 |
| SA-14051 | SA - 106925 | |
| SA-26597 | SA-106926 | |
| SA-9809 | SA-106927 | |
| SA-42494 | SA-106931 | |
| SA-48066 | SA-106934 | |
| SA-6207 | SA-106929 | |
| SA-69326 | SA-97233 | SA-106937 |
| SA-26589 | SA-106932 | |
| SA-17229 | SA-48084 | SA-106930 |
| SA-9810 | SA-106939 | |
| SA-89249 | SA-99283 | SA-106938 |
| SA-35285 | SA-106940 | |
| SA-42496 | SA-106946 | |
| SA-35280 | SA-106944 | |
| SA-24589 | SA-106941 | |
| SA-22813 | SA-106947 | |
| SA-5502 | SA-101950 | SA-107251 |

# Appendix A

## AWKO CLAIMANTS

| | | |
|---|---|---|
| SA-32388 | SA-106942 | |
| SA-14056 | SA-106943 | |
| SA-61707 | SA-106951 | |
| SA-6214 | SA-106952 | |
| SA-36909 | SA-106948 | SA-117770 |
| SA-20069 | SA-106945 | |
| SA-20085 | SA-106949 | |
| SA-2164 | SA-106956 | |
| SA-10482 | SA-106955 | |
| SA-15095 | SA-107252 | |
| SA-29548 | SA-107258 | |
| SA-15100 | SA-107260 | |
| SA-42514 | SA-107257 | |
| SA-14054 | SA-107255 | |
| SA-17250 | SA-107250 | |
| SA-17259 | SA-107253 | |
| SA-54954 | SA-107256 | |
| SA-11340 | SA-107259 | |
| SA-61727 | SA-107264 | |
| SA-24585 | SA-107263 | |
| SA-38331 | SA-107262 | |
| SA-35277 | SA-107265 | |
| SA-38330 | SA-107267 | |
| SA-8015 | SA-107269 | |
| SA-3564 | SA-107268 | |
| SA-42517 | SA-107271 | |
| SA-14057 | SA-107270 | |
| SA-45120 | SA-107274 | |
| SA-11063 | SA-107276 | |
| SA-20095 | SA-107275 | SA-118577 |
| SA-45131 | SA-96683 | SA-107273 |
| SA-15096 | SA-107277 | |
| SA-8021 | SA-107272 | |
| SA-48076 | SA-107282 | |
| SA-32393 | SA-107279 | |
| SA-22815 | SA-107278 | |
| SA-1160 | SA-106686 | |
| SA-35278 | SA-107281 | |
| SA-3662 | SA-107280 | |
| SA-14053 | SA-107407 | |
| SA-35281 | SA-107408 | |
| SA-1163 | SA-107403 | |
| SA-15101 | SA-107412 | |

# Appendix A

## AWKO CLAIMANTS

| | | |
|---|---|---|
| SA-24587 | SA-107410 | |
| SA-20103 | SA-107402 | |
| SA-14049 | SA-107405 | |
| SA-57658 | SA-107409 | |
| SA-48065 | SA-107416 | |
| SA-65526 | SA-107414 | |
| SA-65500 | SA-107420 | |
| SA-14055 | SA-107415 | |
| SA-729 | SA-107424 | |
| SA-38333 | SA-107425 | |
| SA-35289 | SA-96684 | SA-107422 |
| SA-40388 | SA-107423 | |
| SA-1046 | SA-107421 | |
| SA-8014 | SA-107426 | |
| SA-8017 | SA-107431 | |
| SA-6210 | SA-107433 | |
| SA-2028 | SA-107435 | |
| SA-6178 | SA-107432 | |
| SA-61715 | SA-107428 | |
| SA-15098 | SA-107430 | |
| SA-69979 | SA-107434 | |
| SA-17230 | SA-107427 | |
| SA-48082 | SA-107436 | |
| SA-1218 | SA-107442 | |
| SA-35287 | SA-107440 | |
| SA-24584 | SA-107437 | |
| SA-53561 | SA-107438 | |
| SA-42539 | SA-107441 | |
| SA-27924 | SA-107439 | |
| SA-26576 | SA-107443 | |