# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>RE: D.I. 6108 |

## CERTIFICATION OF COUNSEL REGARDING MOTION OF "JOHN DOE" TO PERMIT FILING OF PROOF OF CLAIM AFTER BAR DATE

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On August 23, 2021, John Doe ("John Doe") filed the *Motion of "John Doe" to Permit Filing of Proof of Claim After Bar Date* [D.I. 6108] (the "Motion").

2. Pursuant to the Motion, the deadline to file objections or responses to the relief requested in the Motion was September 7, 2021, at 4:00 p.m. (ET) (the "Objection Deadline").[2] No objections were filed to the Motion.

3. Prior to the Objection Deadline, Debtors contacted counsel to John Doe and provided comments to the proposed order attached to the Motion (the "Proposed Order").

4. Following those discussions, the Debtors and John Doe agreed to revise the Proposed Order (the "Revised Proposed Order"), attached hereto as **Exhibit A**. For the

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] The Objection Deadline was extended for the Debtors until September 13, 2021 at 4 p.m. (ET).

convenience of the Court and all parties in interest, a redline of the Revised Proposed Order marked against the Proposed Order is attached hereto as **Exhibit B**.

5. The Debtors and John Doe have reviewed the Revised Proposed Order and do not object to its entry.

| | |
|---|---|
| Dated: September 16, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Andrew R. Remming*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4664<br>Email: dabbott@morrisnichols.com<br>       aremming@morrisnichols.com<br>       ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (*admitted pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice)*<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>       mlinder@whitecase.com<br>       laura.baccash@whitecase.com<br>       blair.warner@whitecase.com<br><br>ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION |