FILED
2021 SEP 16 AM 9: 48
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

9 September 2021

RE: Boy Scout Case

Chief Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801
302-252-2925

To the Honorable Judge Silverstein:

It has taken two months or more to write this letter to you. Mentally, I try to wipe out this period in my life. When I remember it and think about it I cry and partially shut done. I would just like to say thank you for getting this case one step closer to resolution. Undoing the damage is not possible. However, knowing the Courts back we were abused will go a long way toward closure; something that is badly needed. At 66, some 50 years after the incidents I am still bothered and know this troubling time put a shell around me. I was married for 38 years and I learned over the 18 months the divorce took the effects of the hazing/abuse was a major issue that was driven home. For me, religion and family is everything, so this has been devastating. Deep down I question and believe, a lot more of me was changed than I will never know.

I could tell you what happened to me; but you can look that up. One of the things my ex-wife kept saying was my sex drive was deranged, and we had no intimacy from 17 May 1984 through the divorce two years ago. I remember no comments from the girls I spent time with before the summer I was 15 and the incidents of hazing/abuse happened. She let me touch her around 10 times in 38 years of marriage. She said she loves sex and I now have reason to believe it was with others as a result of the hazing/abuse. To this day I still wonder what's wrong with me. I have lost track of the number of times I have cried. Yes, I have gone to counseling. If my ex was truthful, 51 years of joy and intimacy have been stripped from me to date.

Again, thank you for bringing things one step closer to closure.

Sincerely,



MACON GA 310
10 SEP 2021 PM 2 L

U.S.M.S.
X-RAY

Chief Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801
302-252-2925

19801-302499