## CERTIFICATE OF SERVICE

I, R. Craig Martin, hereby certify that on the 16th day of September 2021, a copy of the foregoing *Ad Hoc Committee of Local Councils' Statement in Support of Fifth Amended Disclosure Statement and Related Filings and Objection to TCC's Motion to Adjourn Hearing* was served via the Court's CM/ECF system to all parties registered to receive such notices.

| | |
|---|---|
| Dated:  September 16, 2021 | */s/ R. Craig Martin*<br>R. Craig Martin (No. 5032) |

EAST\185066379.1