# EXHIBIT A

| #   | Objector | Date Filed | D.I. |
|-----|----------|------------|------|
| **PLAINTIFF GROUPS** | | | |
| **OBJECTIONS** | | | |
| 1.  | *Pro se* Claimant No. 242 | 3/16/21 | 2386 |
| 2.  | James, Vernon, and Weeks, PA Claimants | 3/24/21 | 2449 |
| 3.  | *Pro se* Claimant | 3/29/21 | 2470 |
| 4.  | Ciardi, Ciardi & Astin Claimants | 3/31/21 | 2497 |
| 5.  | Claimant No. 39334 | 4/1/21 | 2500 |
| 6.  | *Pro se* Claimant | 4/5/21 | 2533 |
| 7.  | *Pro se* Claimant | 4/12/21 | 2576 |
| 8.  | Jacobs & Crumplar, P.A. and The Neuberger Firm, PA Claimants | 4/13/21 | 2580 |
| 9.  | Locks Law Firm Claimants | 4/13/21 | 2586 |
| 10. | Berman Law Firm Claimants | 4/20/21 | 2642 |
| 11. | *Pro se* Claimant | 4/22/21 | 2667 |
| 12. | Gordon & Partners, P.A. Claimants | 4/30/21 | 2739 |
| 13. | Jacobs & Crumplar, PA and The Neuberger Firm, PA Claimants | 4/30/21 | 2741 |
| 14. | Janet, Janet & Suggs, LLC Claimants | 5/4/21 | 2845 |
| 15. | Andrus Wagstaff, PC and Justice Law Collaborative, LLC Claimants | 5/4/21 | 2902 |
| 16. | DLG Claimants | 5/4/21 | 2959 |
| 17. | Edward Marcelino, George Burgos, William F. Tompkins III, and Richard G. Dunn | 5/4/21 | 2960 |
| 18. | Anderson & Cummings, LLP Claimants | 5/5/21 | 3150 |
| 19. | Andreozzi + Foote Claimants | 5/5/21 | 3151 |
| 20. | Colter Legal, PLLC Claimants | 5/5/21 | 3153 |
| 21. | Dumas & Vaughn, LLC Claimants | 5/5/21 | 3154 |

| #   | Objector | Date Filed | D.I. |
|-----|----------|------------|------|
| 22. | Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman & Mackauf Claimants | 5/5/21 | 3155 |
| 23. | Messa & Associates, PC Claimants | 5/5/21 | 3156 |
| 24. | Schneider Wallace Cottrell Konecky, LLP Claimants | 5/5/21 | 3157 |
| 25. | Oaks Law Firm Claimants | 5/5/21 | 3158 |
| 26. | Oshan & Associates, PC Claimants | 5/5/21 | 3159 |
| 27. | Claimant No. 45448 | 5/5/21 | 3160 |
| 28. | Claimant No. 39334 | 5/6/21 | 3162 |
| 29. | The Law Office of Stephanie Morris, LLC Claimants | 5/6/21 | 3163 |
| 30. | Sullivan Papain Block McGrath Coffinas & Cannavo, PC Claimant | 5/6/21 | 3164 |
| 31. | Kralovec, Jambois & Schwartz Claimant | 5/6/21 | 3165 |
| 32. | Claimant SA-105992, SA-71204 | 5/6/21 | 3167 |
| 33. | Manly, Stewart & Finaldi Claimants | 5/6/21 | 3175 |
| 34. | Beasley, Allen, Crow, Methvin, Portis & Miles, PC Claimants | 5/6/21 | 3176 |
| 35. | Claimant Nos. SA-179, SA-238, SA-728, SA-906, SA-3388, SA-13945, SA-18563, SA-41358, and SA-46628 | 5/6/21 | 3177 |
| 36. | Chiacchia & Fleming, LLP Claimants | 5/6/21 | 3178 |
| 37. | James Harris Law, PLLC Claimants | 5/6/21 | 3181 |
| 38. | Herman Law Claimants | 5/6/21 | 3182 |
| 39. | Hach Rose Schirripa & Cheverie, LLP Claimants | 5/6/21 | 3183 |
| 40. | Crew Janci, LLP Claimants | 5/6/21 | 3193 |
| 41. | Merson Law, PLLC Claimants | 5/6/21 | 3194 |
| 42. | Spagnoletti Law Firm Claimants | 5/6/21 | 3198 |
| 43. | James F. Humphreys & Associates, LC Claimants | 5/6/21 | 3205 |
| 44. | Laffey, Bucci, & Kent, LLP Claimants | 5/6/21 | 3207 |

| # | Objector | Date Filed | D.I. |
|---|---|---|---|
| 45. | Harnick and Harnick Claimant | 5/6/21 | 3211 |
| 46. | Cooper Elliott Claimants | 5/6/21 | 3214 |
| 47. | Law Offices Of Anthony M. Demarco Claimant | 5/6/21 | 3219 |
| 48. | The Law Office of Michael G. Dowd and Sweeney, Reich & Bolz, LLP Claimants | 5/6/21 | 3222 |
| 49. | Linder Sattler & Rogowsky, LLP Claimants | 5/6/21 | 3225 |
| 50. | Mallard Claimants | 5/6/21 | 3226 |
| 51. | Lujan & Wolff, LLP Claimants | 5/6/21 | 3231 |
| 52. | Darren Penn, of Penn Law LLC Claimants | 5/6/21 | 3236 |
| 53. | Joshua D. Gillispie, of Green & Gillispie Claimants | 5/6/21 | 3243 |
| 54. | Mones Claimants | 5/6/21 | 3247 |
| 55. | Berman & Simmons Claimants | 5/6/21 | 3249 |
| 56. | Claimant E.G.W. | 5/6/21 | 3251 |
| 57. | Perdue & Kidd Claimants | 5/6/21 | 3252 |
| 58. | Kenneth J. Ready & Associates Claimants | 5/6/21 | 3253 |
| 59. | Nesenoff & Miltenberg Claimant | 5/6/21 | 3254 |
| 60. | Affeld Grivakes LLP Claimant | 5/6/21 | 3255 |
| 61. | Law Office Of Joseph M. Kar, PC Claimant | 5/6/21 | 3256 |
| 62. | Claimant Paul Baumann | 5/6/21 | 3257 |
| 63. | Cutter Law Claimants | 5/6/21 | 3258 |
| 64. | Robins Kaplan, LLP Claimant | 5/6/21 | 3260 |
| 65. | Brent Coon & Associates Claimants | 5/6/21 | 3261 |
| 66. | Van Zanten & Onik, LLC Claimant | 5/6/21 | 3262 |
| 67. | Ronald Hernandez Hunter, Plaintiff in *Hunter v. Boy Scouts of America*, Case No. 20 Civ. 315 (E.D.N.Y.) | 5/6/21 | 3264 |

| # | Objector | Date Filed | D.I. |
|---|---|---|---|
| 68. | Pfau Cochran Vertetis Amala, PLLC Claimants | 5/6/21 | 3265 |
| 69. | Horowitz Law Claimants | 5/6/21 | 3267 |
| 70. | Claimant SA-35 | 5/6/21 | 3268 |
| 71. | Fasy Law, Blumel Law and Tamaki Law Claimants | 5/6/21 | 3269 |
| 72. | Esther Panitch of The Panitch Law Group, PC, Natalie Woodward and Brian Cathey of Shamp Jordan Woodward, LLC, and Michael Terry of Bondurant, Mixson & Elmore, LLC, Claimants | 5/6/21 | 3272 |
| 73. | Aylstock, Witkin, Kreis & Overholtz, PLLC Claimants | 5/6/21 | 3274 |
| 74. | Gibbs Law Group, LLP Claimants | 5/6/21 | 3275 |
| 75. | Zalkin Law Firm Claimants | 5/6/21 | 3276 |
| 76. | Zuckerman Claimants | 5/6/21 | 3277 |
| 77. | Alonso Krangle Claimants | 5/6/21 | 3279 |
| 78. | Betti & Associates Claimants | 5/6/21 | 3281 |
| 79. | Claimant Nos. 60051 and 63823 | 5/6/21 | 3282 |
| 80. | Hurley McKenna & Mertz, PC Claimants | 5/6/21 | 3284 |
| 81. | Claimant E.G.W. | 5/7/21 | 3309 |
| 82. | Massey Law Firm Claimants | 5/10/21 | 3424 |
| 83. | Tort Claimants' Committee | 5/10/21 | 3526 |
| 84. | Future Claimants' Representative | 5/10/21 | 3565 |
| 85. | Coalition of Abused Scouts for Justice | 5/10/21 | 3569 |
| **SUPPLEMENTAL OBJECTIONS** | | | |
| 86. | *Pro se* Claimant | 5/17/21 | 4154 |
| 87. | Dumas & Vaughn, LLC Claimant #29655 | 6/1/21 | 5171 |
| 88. | Saunders & Walker Claimants | 6/7/21 | 5366 |
| 89. | Bonina & Bonina, PC Claimants | 8/10/21 | 5955 |

| #    | Objector                                                                                         | Date Filed | D.I. |
|------|--------------------------------------------------------------------------------------------------|------------|------|
| 90.  | Manly, Stewart & Finaldi Claimants                                                               | 8/11/21    | 5963 |
| 91.  | Pfau Cochran Vertetis Amala, PLLC Claimants                                                      | 8/11/21    | 5964 |
| 92.  | Chiacchia & Fleming, LLP Claimants                                                               | 8/11/21    | 5965 |
| 93.  | James, Vernon & Weeks, PA Claimants                                                              | 8/11/21    | 5966 |
| 94.  | Alonso Krangle, LLP Claimants                                                                    | 8/11/21    | 5967 |
| 95.  | Winer, Burritt & Scott, LLP Claimants                                                            | 8/11/21    | 5968 |
| 96.  | The Massey Law Firm Claimants                                                                    | 8/11/21    | 5971 |
| 97.  | Law Offices of Anthony M. DeMarco Claimants                                                      | 8/11/21    | 5978 |
| 98.  | Oaks Law Firm Claimants                                                                          | 8/12/21    | 5982 |
| 99.  | Kralovec, Jambois & Schwartz Claimants                                                           | 8/13/21    | 5989 |
| 100. | Nettles | Morris Claimant                                                                         | 8/13/21    | 5990 |
| 101. | Spagnoletti Law Firm Claimants                                                                   | 8/13/21    | 5991 |
| 102. | Van Zanten & Onik, LLC Claimants                                                                 | 8/13/21    | 5992 |
| 103. | Jacobs & Crumplar, PA and The Neuberger Firm Claimants                                           | 8/13/21    | 6002 |
| 104. | Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman & Mackauf Claimants                | 8/13/21    | 6003 |
| 105. | Morgan & Morgan Claimants                                                                        | 8/13/21    | 6004 |
| 106. | Nesenoff & Miltenberg, LLP Claimants                                                             | 8/16/21    | 6005 |
| 107. | Kenneth J. Ready & Associates Claimants                                                          | 8/16/21    | 6006 |
| 108. | Joshua D. Gillispie, of Green & Gillispie, Attorneys at Law Claimants                            | 8/16/21    | 6007 |
| 109. | Aylstock Witkin, Kreis & Overholtz, PLLC Claimants                                               | 8/16/21    | 6008 |
| 110. | Linder, Sattler & Rogowsky, LLP Claimants                                                        | 8/16/21    | 6010 |
| 111. | Gellert Scali Busenkell & Brown, LLC and Lomurro, Munson, Comer, Brown & Schottland, LLC Claimants | 8/16/21  | 6015 |
| 112. | Sullivan Papain Block Mcgrath Coffinas & Cannavo, PC Claimant                                    | 8/16/21    | 6016 |

| #    | Objector                                                                                                                                                                                                                                 | Date Filed | D.I. |
|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|------|
| 113. | Perdue & Kidd Claimants                                                                                                                                                                                                                  | 8/16/21    | 6017 |
| 114. | Gordon & Partners, PA Claimants                                                                                                                                                                                                          | 8/16/21    | 6018 |
| 115. | Law Offices of Betti & Associates Claimants                                                                                                                                                                                              | 8/16/21    | 6024 |
| 116. | *Pro se* Claimant 242                                                                                                                                                                                                                    | 8/16/21    | 6027 |
| 117. | Anderson & Cummings, LLP Claimants                                                                                                                                                                                                       | 8/16/21    | 6028 |
| 118. | Gregory J. Cannata & Associates, LLP Claimants                                                                                                                                                                                           | 8/16/21    | 6029 |
| 119. | Dumas & Vaughn, LLC Claimants                                                                                                                                                                                                            | 8/16/21    | 6030 |
| 120. | Zalkin Law Firm, PC Claimants                                                                                                                                                                                                            | 8/16/21    | 6031 |
| 121. | Herman Law Claimants                                                                                                                                                                                                                     | 8/16/21    | 6032 |
| 122. | Ronald Hernandez Hunter, Plaintiff in *Hunter v. Boy Scouts of America*, No. 20 Civ. 315 (E.D.N.Y.)                                                                                                                                      | 8/16/21    | 6033 |
| 123. | Fairfield & Associates Claimants                                                                                                                                                                                                         | 8/16/21    | 6034 |
| 124. | Law Office of Stephanie Morris, LLC Claimant                                                                                                                                                                                             | 8/16/21    | 6036 |
| 125. | Oshan & Associates, PC Claimants                                                                                                                                                                                                         | 8/16/21    | 6037 |
| 126. | Lujan & Wolff, LLP Claimants                                                                                                                                                                                                             | 8/16/21    | 6039 |
| 127. | Searcy Denney Scarola Barnhart & Shipley, PA Claimants                                                                                                                                                                                   | 8/16/21    | 6040 |
| 128. | Claimant SA-35                                                                                                                                                                                                                           | 8/16/21    | 6042 |
| 129. | Zuckerman Spaeder, LLP Claimants                                                                                                                                                                                                         | 8/16/21    | 6043 |
| 130. | Beasley Allen Law Firm Claimants                                                                                                                                                                                                         | 8/16/21    | 6046 |
| 131. | Siegle & Sims, LLP Claimants                                                                                                                                                                                                             | 8/16/21    | 6047 |
| <th colspan="4"><u>**INSURERS**</u></th> ||||
| <th colspan="4">**OBJECTIONS**</th> ||||
| 132. | Great American Assurance Company, f/k/a Agricultural Insurance Company, Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company (collectively, "Great American") | 5/6/21     | 3271 |

| #    | Objector | Date Filed | D.I. |
|------|----------|------------|------|
| 133. | Travelers Casualty and Surety Company, Inc. (f/k/a AETNA Casualty & Surety Company), St. Paul Surplus Line Insurance Company and Gulf Insurance Company ("Travelers") | 5/6/21 | 3278 |
| 134. | Argonaut Insurance Company | 5/6/21 | 3285 |
| 135. | American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company (collectively, the "Zurich Insurers") | 5/10/21 | 3478 |
| 136. | National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, The Insurance Company of the State of Pennsylvania, and their affiliated entities (collectively, the "AIG Companies") | 5/10/21 | 3523 |
| 137. | Allianz Global Risks US Insurance Company, National Surety Corporation, and Interstate Fire & Casualty Company (collectively, the "Allianz Insurers") | 5/10/21 | 3549 |
| 138. | Clarendon National Insurance Company, as Successor by Merger to Clarendon American Insurance Company ("Clarendon") | 5/10/21 | 3558 |
| 139. | Liberty Mutual Insurance Company, together with its affiliates and subsidiaries (collectively, "Liberty") | 5/10/21 | 3578 |
| 140. | Columbia Casualty Company; The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company; The Continental Insurance Company successor by merger to Niagara Fire Insurance Company; and The Continental Insurance Company (collectively, "Continental Insurance Company") | 5/10/21 | 3582 |
| 141. | General Star Indemnity Company ("General Star") | 5/12/21 | 3740 |
| 142. | Century Indemnity Company ("Century"), as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America | 5/12/21 | 3856 |
| 143. | Arrowood Indemnity Company | 5/14/21 | 4065 |
| **SUPPLEMENTAL OBJECTIONS** | | | |
| 144. | Arrowood Indemnity Company | 6/2/21 | 5208 |
| 145. | Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America | 6/3/21 | 5214 |

| # | Objector | Date Filed | D.I. |
|---|---|---|---|
| 146. | Markel Service, Incorporated, Claim Service Manager for Evanston Insurance Company ("Evanston") | 8/16/21 | 6038 |
| 147. | Certain Insurers (specifically, AIG Companies, The Continental Insurance Company and Columbia Casualty Company, Old Republic Insurance Company, Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company, Clarendon American Insurance Company, Maryland Casualty Company, Maryland American General Group, American General Fire & Casualty Company, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company, Arrowood Indemnity Company, Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company) | 8/17/21 | 6052 |
| 148. | Arch Insurance Company | 8/17/21 | 6053 |
| 149. | Allianz Global Risks US Insurance Company, National Surety Corporation, and Interstate Fire & Casualty Company | 8/17/21 | 6055 |
| 150. | Certain Excess Insurers (specifically, Great American Assurance Company, f/k/a Agricultural Insurance Company, Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company and Great American E&S Insurance Company, along with American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company) | 8/17/21 | 6056 |
| 151. | Liberty Mutual Insurance Company | 8/17/21 | 6057 |
| 152. | Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company | 8/17/21 | 6058 |
| 153. | American Zurich Insurance Company, American Guarantee and Liability Insurance Company, Steadfast Insurance Company, The Continental Insurance Company, Columbia Casualty Company, Allianz Global Risks US Insurance Company, National Surety Corporation, Interstate Fire & Casualty Company, Clarendon America Insurance Company, General Star Indemnity Company, and Arrowood Indemnity Company | 8/17/21 | 6062 |
| 154. | Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America | 8/17/21 | 6065 |
| **CHARTERED ORGANIZATIONS** | | | |
| **OBJECTIONS** | | | |

| #    | Objector | Date Filed | D.I. |
|------|----------|------------|------|
| 155. | The Church Of Jesus Christ Of Latter-Day Saints, A Utah Corporation Sole | 5/6/21 | 3263 |
| 156. | The Knights of Columbus, 1 Columbus Plaza, New Haven, CT 06510; Knights of Columbus, Council #462 ("Council #462"); Knights of Columbus, Saratoga Council #246 a/k/a Saratoga Knights of Columbus ("Council #246"); and Knights of Columbus, Father Baker Council #2243 ("Father Baker Council"), as well as any and all other Knights of Columbus councils, and or entities (collectively, the "Knights of Columbus entities") | 5/6/21 | 3270 |
| 157. | United Methodist Ad Hoc Committee | 5/6/21 | 3273 |
| 158. | Roman Catholic Archbishop of San Francisco | 5/12/21 | 3853 |
| 159. | Roman Catholic Archbishop of Los Angeles, a corporation sole ("RCALA"), and its related BSA-chartered organizations (the "ADLA Chartered Organizations") | 5/14/21 | 4092 |
| **SUPPLEMENTAL OBJECTIONS** | | | |
| 160. | Official Committee of Unsecured Creditors in the Chapter 11 Case of the Archbishop of Agaña (Bankr. D. Guam 19-00010) | 5/17/21 | 4321 |
| 161. | Official Committee of Unsecured Creditors in the Chapter 11 Case of the Archbishop of Agaña (Bankr. D. Guam 19-00010) | 8/2/21 | 5842 |
| 162. | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole | 8/16/21 | 6009 |
| 163. | The Episcopal Church | 8/16/21 | 6014 |
| 164. | The Knights of Columbus, 1 Columbus Plaza, New Haven, CT 06510; Knights of Columbus, Council #462 ("Council #462"); Knights of Columbus, Saratoga Council #246 a/k/a Saratoga Knights of Columbus ("Council #246"); and Knights of Columbus, Father Baker Council #2243 ("Father Baker Council"), as well as any and all other Knights of Columbus councils, and/or entities | 8/16/21 | 6041 |
| 165. | The Roman Catholic Archbishop of Los Angeles, a corporation sole, and its related BSA-Chartered Organizations, and The Roman Catholic Diocese of Brooklyn, New York | 8/16/21 | 6044 |
| 166. | The Roman Catholic and United Methodist Ad Hoc Committees (the "Catholic and Methodist Committees") | 8/17/21 | 6067 |

| #    | Objector | Date Filed | D.I. |
|------|----------|------------|------|
| 167. | Archbishop of Agaña, a Corporation Sole, Chapter 11 Debtor-in-Possession, District Court of Guam, Territory of Guam, Bankruptcy Division, Case 19-00010 (the "Archbishop of Agaña") | 8/17/21 | 6070 |
| 168. | The Diocese of Buffalo, N.Y., Chapter 11 Debtor-in-Possession, Western District of New York Bankruptcy Court, Case No. 20-10322 (the "Buffalo Diocese") | 8/17/21 | 6071 |
| 169. | The Roman Catholic Diocese of Ogdensburg, New York (the "Ogdensburg Diocese") | 8/17/21 | 6072 |
| 170. | The Diocese of Rochester, Chapter 11 Debtor-in-Possession, Western District of New York Bankruptcy Court, Case No. 19-20905 (the "Rochester Diocese") | 8/17/21 | 6073 |
| 171. | The Roman Catholic Diocese of Syracuse, New York, Chapter 11 Debtor-in-Possession, Northern District of New York Bankruptcy Court, Case No. 20-30663 (the "Syracuse Diocese") | 8/17/21 | 6074 |
| 172. | The Norwich Roman Catholic Diocesan Corporation, a Chapter 11 Debtor-in-Possession in the United States Bankruptcy Court for the District of Connecticut, Case No. 21-20687 (JJT) (the "Norwich Diocese") | 8/17/21 | 6075 |
| **OTHER** | | | |
| **OBJECTIONS** | | | |
| 173. | Girl Scouts of the United States of America | 5/10/21 | 3579 |
| 174. | United States Trustee | 5/10/21 | 3581 |
| **SOLICITATION PROCEDURES** | | | |
| **OBJECTIONS** | | | |
| 177. | Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America | 5/12/21 | 3857 |