# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Objection Deadline:**<br>**At the September 21, 2021 Hearing**<br><br>Re: D.I. 6249 |

**MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT REGARDING DEBTORS' AMENDED OMNIBUS REPLY IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DISCLOSURE STATEMENT AND THE FORM AND MANNER OF NOTICE, (II) APPROVING PLAN SOLICITATION AND VOTING PROCEDURES, (III) APPROVING FORMS OF BALLOTS, (IV) APPROVING FORM, MANNER, AND SCOPE OF CONFIRMATION NOTICES, (V) ESTABLISHING CERTAIN DEADLINES IN CONNECTION WITH APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN, AND (VI) GRANTING RELATED RELIEF**

The Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), submit this motion (the "Motion") to exceed the page limit for the *Debtors' Amended Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* (the "Reply"),[2] filed contemporaneously herewith. In support of this Motion, the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein are defined in the Reply.

Debtors respectfully state as follows:

## JURISDICTION AND VENUE

1. These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

2. The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Debtors confirm their consent, pursuant to Local Rule 9013-1(f), to the entry of a final order or judgment by the Court in connection with this Motion if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief requested in this Motion is Local Rule 3017-3.

## BACKGROUND

4. On March 2, 2021, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* (D.I. 2295) (the "Solicitation Procedures Motion").

5. On March 1, 2021, the Debtors filed the *Disclosure Statement for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (D.I. 2294)

(as may be amended, supplemented or modified, the "Disclosure Statement"). The Debtors have filed later revisions and, most recently, filed the *Amended Disclosure Statement for the Fifth Amended Chapter 11 Plan or Reorganization for Boy Scouts of America and Delaware BSA, LLC* (D.I 6213).

6. The deadline to object to approval of the Disclosure Statement or the relief requested in the Solicitation Procedures Motion was May 6, 2021, at 4:00 p.m. (ET) (the "Objection Deadline"). In response to numerous objections received, the Debtors filed the *Debtors' Omnibus Reply in Support of Debtors' Motion for Entry of an Order (1) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* (D.I. 4105).

7. After a hearing and discussions with parties in interest, the Objection Deadline was subsequently extended to August 16, 2021, at 4:00 p.m. (ET) (the "Supplemental Objection Deadline"). Over 50 objections, responses, and joinders have been filed in connection with the Supplemental Objection Deadline. To respond to these objections, the Debtors have filed, contemporaneously herewith, the Reply.

## RELIEF REQUESTED

8. By this Motion, the Debtors respectfully request entry of an order (the "Proposed Order"), substantially in the form attached hereto as **Exhibit A**, granting the Debtors leave to exceed the page limit with respect to the Reply.

**BASIS FOR RELIEF**

9. Local Rule 3017-3 states "[i]n all chapter 11 cases, without leave of the Court…no brief in support of approval of a disclosure statement or confirmation of a plan (which brief shall include any written replies to any objections) shall exceed sixty (60) pages (exclusive of any tables, exhibits, addenda or other supporting materials)."

10. In light of the numerous objections, supplemental objections, joinders, and reservations of rights raised in response to the Disclosure Statement and Solicitation Procedures Motion, through the Reply the Debtors must address complex legal and factual issues surrounding the Debtors' Plan and Disclosure Statement.

11. While the Debtors have sought to be succinct in the Reply, under the circumstances the Debtors believe they cannot provide this Court with the information necessary for the full and fair adjudication of issues presented within the sixty-page limit. The Debtors therefore request that the Court permit the Debtors to exceed the page limit set by Local Rule 3017-3.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested in the Motion and such other and any further relief as the Court may deem just and proper.


Dated: September 16, 2021  
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*  
Derek C. Abbott (No. 3376)  
Andrew R. Remming (No. 5120)  
Paige N. Topper (No. 6470)  
1201 North Market Street, 16th Floor  
P.O. Box 1347  
Wilmington, Delaware 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 425-4664  
Email: dabbott@morrisnichols.com  
       aremming@morrisnichols.com  
       ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**

Jessica C. Lauria (*admitted pro hac vice*)  
1221 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 819-8200  
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**

Michael C. Andolina (admitted *pro hac vice*)  
Matthew E. Linder (admitted *pro hac vice*)  
Laura E. Baccash (admitted *pro hac vice*)  
Blair M. Warner (admitted *pro hac vice*)  
111 South Wacker Drive  
Chicago, Illinois 60606  
Telephone: (312) 881-5400  
Email: mandolina@whitecase.com  
       mlinder@whitecase.com  
       laura.baccash@whitecase.com  
       blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION