**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | Jointly Administered |
| | **Re: D.I. ___** |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO EXCEED THE PAGE
LIMIT REGARDING DEBTORS' AMENDED OMNIBUS REPLY IN SUPPORT OF
DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE
DISCLOSURE STATEMENT AND THE FORM AND MANNER OF NOTICE, (II)
APPROVING PLAN SOLICITATION AND VOTING PROCEDURES, (III)
APPROVING FORMS OF BALLOTS, (IV) APPROVING FORM, MANNER, AND
SCOPE OF CONFIRMATION NOTICES, (V) ESTABLISHING CERTAIN DEADLINES
IN CONNECTION WITH APPROVAL OF THE DISCLOSURE STATEMENT AND
CONFIRMATION OF THE PLAN, AND (VI) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of the Debtors for entry of an order (the "Order") to exceed the page limit for the *Debtors' Amended Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* (the "Reply"); and after due deliberation, the Court having determined that good and sufficient cause has been shown,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.      The Debtors are authorized to exceed the page limit prescribed by Local Rule 3017-3 with respect to the Reply.

3.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Date: _____, 2021
       Wilmington, Delaware

_____
THE HON. LAURIE SELBER SILVERSTEIN
CHIEF UNITED STATES BANKRUPTCY JUDGE