## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOYS SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | ) | Case No. 20-10343 (LSS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Michael J. Pankow of Brownstein Hyatt Farber Schreck, LLP, to represent Markel Service, Incorporated, Claim Service Manager for Alterra Excess & Surplus and Evanston Insurance Company in the above-captioned bankruptcy cases.

Dated: September 15, 2021

*/s/ Dennis A. Meloro*
Dennis A. Meloro (Bar No. 4435)
GREENBERG TRAURIG, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
Telephone: (302) 661-7000
Email:  melorod@gtlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Colorado and Nebraska (where my admission is inactive), and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/30/2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Michael J. Pankow*
Michael J. Pankow
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO  80202
Telephone:  (303) 223-1100
Email: mpankow@bhfs.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: September 17th, 2021**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**