# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: 6143** |

### CERTIFICATE OF NO OBJECTION REGARDING THE SECOND APPLICATION OF OMNI AGENT SOLUTIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2021 TO JULY 31, 2021

The undersigned hereby certifies that, as of the date hereof, Omni Agent Solutions ("Omni") has received no answer, objection or other responsive pleading to the *Second Application of Omni Agent Solutions for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2021 to July 31, 2021* (the "Application") (D.I. 6143), filed on August 31, 2021.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than September 14, 2021 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further Court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $278,709.00 | $0.00 | $222,967.20 | $222,967.20 |

WHEREFORE, Omni respectfully requests that the Application be approved.

Dated: September 15, 2021  
New York, NY

**OMNI AGENT SOLUTIONS**

*/s/ Paul H. Deutch*  
Paul H. Deutch  
Executive Vice President  
1120 Avenue of the Americas, 4th Fl.  
New York, NY 10036  
Telephone: 212-302-3580  
Email: pdeutch@omniagnt.com

ADMINISTRATIVE AGENT TO THE DEBTORS AND DEBTORS IN POSSESSION