## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Hearing Date: Sept. 21, 2021 @ 10:00 a.m. EST<br><br>Re: Dkt. 6212, 6213, 6222, 6223 |

### JOINDER OF HURLEY McKENNA & MERTZ TO THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' MOTION TO ADJOURN THE HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES FOR THE FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC [D.I. 6222]

Hurley McKenna & Mertz, P.C. respectfully joins in the *Tort Claimants' Committee's Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6222] (the "Motion to Adjourn"), which seeks to adjourn the Disclosure Statement Hearing, currently scheduled to commence on September 21, 2021, for at least three weeks.

Hurley McKenna & Mertz (HMM) represents approximately 4,000 victims that filed Proof of Claims in this bankruptcy. HMM also represents approximately 150 claimants with independent tort claims against The Church of Jesus Christ of Latter-day Saints ("TCJC"). Debtors filed a Fifth Amended Plan, Amended Disclosure Statement, and Proposed Solicitation Procedures early in the morning on September 15, 2021. Debtor seeks to move forward with a Disclosure Statement hearing just six days after filing more than 1,000 pages of significantly amended documents.

While the undersigned counsel continues to review both the Fifth Amended Plan, Disclosure Statement, and Proposed Solicitation Procedures, several major flaws must be fully

1

fleshed out with cogent objections. Six days does not provide sufficient time to formulate those objections, much less allow for the Court to review them. Some of the major flaws are:

1. The Plan and associated Disclosure Statement contains a proposed settlement with TCJC but does not contain any specifics: it does not contain an estimate of liability or mechanisms by which TCJC claims will be evaluated and valued.

2. The Plan and associated Disclosure Statement calls for Chartering Organizations to have all claims against them arising after January 1, 1976 to be channeled to the Trust for no contributions other than assignment of insurance rights. The Disclosure Statement contains no valuation of those rights. The Disclosure Statement contains no information about whether the Chartering Organizations have independent insurance for claims arising after January 1, 1976.

3. The Plan and Disclosure Statement contains a $787 million proposed settlement with Hartford. Many HMM clients fall within the policy-periods at issue and the plan does not adequately explain the multi-billion exposure Hartford faces for the claims implicating its policies.

Each of these changes is material. BSA's bankruptcy is driven almost exclusively by the thousands of claimants sexually abused in connection with Scouting. Many of those victims kept their abuse hidden for years, fearful of telling their family, friends, and the public. For that reason, the adequacy of the Disclosure Statement – essentially transparency around just how these individuals will be treated after having come forward – is critical. Six days is an insufficient amount of time to review the Fifth Amended Plan and accompanying Disclosure Statement.

WHEREFORE, for the reasons set forth herein and in the Motion to Adjourn, Hurley McKenna & Mertz respectfully request that the Court adjourn the Disclosure Statement Hearing, fix a deadline for the filing of supplemental objections to the Amended Disclosure Statement, and grant such other and further relief as the Court deems just and proper.

DATED:  September 17, 2021   Respectfully Submitted,

By: /s/ *Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
KLEHR HARRISON HARVEY BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Email: sveghte@klehr.com

- And -

HURLEY McKENNA & MERTZ, P.C.
Christopher T. Hurley (p*ro hac vice*)
Evan M. Smola (p*ro hac vice*)
20 S. Clark St. Suite 2250
Chicago, IL 60603
Telephone     (312) 553-4900
Facsimile     (312) 553-0964
Email: churley@hurley-law.com;
          esmola@hurley-law.com

*Counsel for the Hurley McKenna & Mertz Claimants*