**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and<br>Delaware BSA, LLC,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF CREDITORS'
<u>COMMITTEE PLAN SUPPORT LETTER</u>**[2]

**PLEASE TAKE NOTICE** that, on September 15, 2021, the Boy Scouts of America and Delaware BSA, LLC (collectively, the "**Debtors**") filed the *Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Dkt. No. 6212], (as amended, the "**Plan**") and the *Amended Disclosure Statement for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Dkt. No. 6213] (as amended, the "**Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE** that, to the extent that the Court approves the Disclosure Statement, the Debtors have agreed that the Solicitation Packages will include a letter (the "**UCC Plan Support Letter**") from the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") appointed in these chapter 11 cases to all non-abuse general unsecured creditors explaining, among other things, why the Creditors' Committee recommends that non-abuse general unsecured creditors vote in favor of the Plan.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Dkt. No. 2295].

**PLEASE TAKE FURTHER NOTICE** that a copy of the UCC Plan Support Letter is attached hereto as **Exhibit A.**

Dated: September 17, 2021
       Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Mark W. Eckard*
Kurt F. Gwynne (No. 3951)
Mark W. Eckard (No. 4542)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com
E-mail: meckard@reedsmith.com

-and-

**KRAMER LEVIN NAFTALIS
  & FRANKEL LLP**
Thomas Moers Mayer
Rachael Ringer
Natan M. Hamerman
Megan M. Wasson
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: nhamerman@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*