# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Dkt.** |

## DECLARATION OF SALVATORE COCCHIARO IN SUPPORT OF MOVING INSURERS' MOTION TO COMPEL DOCUMENTS WITHHELD BY ERIC GREEN AND RESOLUTIONS, LLC ON THE BASIS OF MEDIATION PRIVILEGE

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile:  302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile:  212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

I, **SALVATORE COCCHIARO**, declare as follows:

1. I am an associate at the firm O'Melveny & Myers LLP. I submit this declaration based on my knowledge of the proceedings in the Boy Scouts of America bankruptcy and review of the pleadings, in support of *Moving Insurers' Motion to Compel Documents Withheld by Eric Green and Resolutions, LLC on the Basis of Mediation Privilege.*

2. Attached hereto as **Exhibit 1** is a true and correct copy of Certain Insurers' Subpoena to Resolutions, LLC for Document Requests, dated August 3, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Certain Insurers' Subpoena to Eric Green for Document Requests, dated August 9, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of emails exchanged between Century's counsel and counsel for Eric Green and Resolutions, LLC, dated August 10, 2021 through August 16, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of emails exchanged between Century's counsel and counsel for Eric Green and Resolutions, LLC, dated August 11, 2021 through August 12, 2021.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Resolutions, LLC's Responses & Objections to Certain Insurers' Subpoena for document requests, dated August 11, 2021.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Eric Green's Responses & Objections to Certain Insurers' Subpoena for document requests, dated August 16, 2021.

8. Attached hereto as **Exhibit 7** is a true and correct copy of emails exchanged between Century's counsel and counsel for Eric Green and Resolutions, LLC, dated August 16, 2021 through August 17, 2021.

9. Attached hereto as **Exhibit 8** is a true and correct copy of emails exchanged between Century's counsel and counsel for Eric Green and Resolutions, LLC, dated August 18, 2021 through September 16, 2021.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a letter from Century's counsel to counsel for Eric Green and Resolutions, LLC, dated August 31, 2021.

11. Attached hereto as **Exhibit 10** is a true and correct copy of counsel for Eric Green and Resolutions, LLC's letter to Century's counsel regarding the privilege log, dated September 1, 2021.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Eric Green and Resolutions, LLC's privilege log, dated September 1, 2021.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the May 18, 2020 Hearing Transcript.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the June 8, 2020 Hearing Transcript.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the biography of David J. Molton, available at https://brownrudnick.com/people/david-j-molton/ (last accessed September 17, 2021).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of September 2021 in New York, New York.

/s/ Salvatore Cocchiaro
Salvatore Cocchiaro