**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: TBD**<br><br>**Hearing Date: TBD** |

**CENTURY'S MOTION FOR ENTRY OF AN ORDER SHORTENING THE NOTICE**
**AND OBJECTION PERIOD FOR (A) CENTURY'S MOTION TO COMPEL**
**DOCUMENTS CONCERNING EVE OF HEARING AMENDMENTS TO THE**
**DEBTORS' FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION;**
**AND (B) MOVING INSURERS' MOTION TO COMPEL DOCUMENTS**
**WITHHELD BY ERIC GREEN AND RESOLUTIONS, LLC ON**
<u>**THE BASIS OF MEDIATION PRIVILEGE**</u>

Century Indemnity Company, as successor to CCI Insurance Company, as successor to

Insurance Company of North America and Indemnity Insurance Company of North (collectively,

"<u>Century</u>")[2] requests that the Court enter an order, substantially in the form attached hereto as

**Exhibit A**, shortening notice for (a) *Century's Motion to Compel Documents Concerning Eve of*

*Hearing Amendments to the Debtors' Fifth Amended Chapter 11 Plan of Reorganization*

("<u>Century's Motion to Compel</u>"); and (b) *Moving Insurers' Motion to Compel Documents*

*Withheld by Eric Green and Resolutions, LLC on the Basis of Mediation Privilege* ("<u>Green</u>

<u>Motion to Compel</u>").  The discovery sought is essential to understanding the eve of hearing

changes made to the Fifth Amended Plan so that the parties can assess the disclosure issues

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax
      identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).
      The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]   Century is acting on behalf of the Moving Insurers listed in the signature block of the *Moving*
      *Insurers' Motion to Compel Documents Withheld by Eric Green and Resolutions, LLC on the Basis of*
      *Mediation Privilege* as to that motion.

raised by these changes and meaningfully be heard on the adequacy of the Disclosure Statement.

The Plan Proponents slipped into the Plan with its amendments the requirement that the Coalition be paid $10.5 million and $950,000 a month that the Court previously rejected.  The Debtors refused to produce any responsive documents concerning the renewed demand for these monies.  The Coalition's position remains unchanged.  It has produced nothing.  The situation with regard to the eve of hearing addition of the assignment of non-debtor insurer rights is much the same.  The Debtors have refused to produce anything.  The Debtors have likewise refused to produce anything with regard to the other changes to the Plan.

Mr. Green, for his part, has asserted mediation privilege to withhold hundreds of documents when he was never appointed mediator of anything.  The Moving Insurers attempted to resolve the issues covered in the Motion to Compel with Mr. Green prior to filing.  But Moving Insurers were communicating with counsel for Mr. Green until September 16, 2021 when Mr. Green's counsel only then confirmed that Mr. Green was not a party to an executed mediation agreement in these cases.[3]

The relief sought by the Green Motion to Compel is needed to assess the risks associated with the Fifth Amended Plan of Reorganization.  Among other things, the documents that Mr. Green is withholding mask his dealings with interested parties in this case prior to entry of the mediation order and ought to be the subject of disclosure prior to the approval of a Disclosure Statement.

Accordingly, the Court is faced with an actual judicable dispute on an issue on which Century has been prejudiced and is continuing to be prejudiced.

---

[3]    Cocchiaro Decl., Ex. 8.

**RELIEF REQUESTED**

Century respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, shortening notice of Century's Motion to Compel and the Green Motion to Compel so that (a) they may be presented at the hearing scheduled for September 21, 2021, at 10:00 a.m. Eastern Time; and (b) the response deadline on Century's Motion to Compel and the Green Motion to Compel, with objections, if any, be made at the scheduled hearing on Century's Motion to Compel and the Green Motion to Compel.

**AVERMENT PURSUANT TO LOCAL RULE 9006-1(e)**

Pursuant to Local Rule 9006-1(e), Century hereby states that it contacted the United States Trustee, counsel to the Debtors, counsel to the Official Committee of Unsecured Creditors, counsel to the Official Committee of Tort Claimants, and counsel to the Future Claimants' Representative prior to filing Century's Motion to Compel, the Green Motion to Compel, and this Motion to Shorten (the "Motions").  Given the 2:36AM filing of the Amended Plan for Reorganization on September 15, 2021, the day before a religious holiday, and the upcoming hearing scheduled for September 21, 2021, Century gave the above referenced parties a window to express any objection to the Motions and then submitted them to the Court.

WHEREFORE, Century requests entry of an order, substantially in the form annexed hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as is appropriate under the circumstances.

Dated:  September 17, 2021

Respectfully Submitted,

By:    _/s/ Stamatios Stamoulis_
      Stamatios Stamoulis (No. 4606)

**Stamoulis & Weinblatt LLC**
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688

**O'Melveny & Myers LLP**
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone: 212-326-2000

*Counsel for Century Indemnity Company, as
successor to CCI Insurance Company, as
successor to Insurance Company of North
America and Indemnity Insurance Company of
North America*

## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. __** |

**[PROPOSED] ORDER SHORTENING NOTICE OF (A) CENTURY'S MOTION TO
COMPEL DOCUMENTS CONCERNING EVE OF HEARING AMENDMENTS TO
THE DEBTORS' FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION;
AND (B) MOVING INSURERS' MOTION TO COMPEL DOCUMENTS WITHHELD
BY ERIC GREEN AND RESOLUTIONS, LLC ON
THE BASIS OF MEDIATION PRIVILEGE**

Upon the motion (the "Motion to Shorten") of Century, for entry of an order shortening notice of (a) *Century's Motion to Compel Documents Concerning Eve of Hearing Amendments to the Debtors' Fifth Amended Chapter 11 Plan of Reorganization* ("Century's Motion to Compel"); and (b) *Moving Insurers' Motion to Compel Documents Withheld by Eric Green and Resolutions, LLC on the Basis of Mediation Privilege* ("Green Motion to Compel"); the Court having reviewed the Motion to Shorten, Century's Motion to Compel, and the Green Motion to Compel, and found that the relief requested in the Motion to Shorten is justified under the circumstances, it is hereby ORDERED that:

1.     The Motion to Shorten is GRANTED.

2.     Century's Motion to Compel and the Green Motion to Compel will be scheduled for September 21, 2021, at 10:00 a.m. (Eastern Time) (the "Hearing").

3.     Any objections or responses to Century's Motion to Compel or the Green Motion to Compel must be made at the Hearing.

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4.      This Court retains jurisdiction to construe and enforce the terms of this Order.


Dated: September __, 2021
         Wilmington, Delaware
                                    _____
                                    THE HONORABLE LAURIE SELBER SILVERSTEIN
                                    UNITED STATES BANKRUPTCY JUDGE