**<u>Exhibit A</u>**

**(McNally Declaration)**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 20-10343 (LSS) |
| | ) |
| BOY SCOUTS OF AMERICA AND | ) Jointly Administered |
| DELAWARE BSA, LLC,[1] | ) |
| | ) |
| | ) |
| Debtors. | ) |

**DECLARATION OF KATIE MCNALLY IN SUPPORT OF THE TORT CLAIMANTS' COMMITTEE'S APPLICATION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 1103(a) AND 328(a) AND FED. R. BANKR. P. 2014(a) AUTHORIZING RETENTION OF THE CLARO GROUP LLC AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS EFFECTIVE AS OF SEPTEMBER 1, 2021**

I, Katie McNally, make this Declaration under 28 U.S.C. § 1746:

1.      I am a Managing Director with The Claro Group, LLC.  I submit this declaration ("Declaration") in support of the Application ("Application")[2] of the official committee of survivors of childhood sexual abuse appointed in these cases by the United States Trustee (the "Tort Claimants' Committee") of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order, pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Bankruptcy Rule 2014, authorizing my

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware the BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

1

employment to provide consulting and expert witness services to the Tort Claimants' Committee effective as of September 1, 2021.

2.     The statements set forth below are based upon my personal knowledge.

3.     On September 1, 2021, the Tort Claimants' Committee, subject to Court approval, retained me to provide expert consulting and testimony services as described below and in the Application.

4.     Claro is well-qualified to serve as the Committee's valuation expert in this Case. Claro has vast experience in valuation. Claro's valuation practice is built on academics and practitioners whose experience is broad and deep. They include individuals with advanced degrees (Ph.D.'s and MBA's), as well as those with professional designations, such as CPA's, CFA's, and ASA's. The valuation professionals at Claro are highly skilled at analyzing companies and industries in a variety of settings, and have extensive experience documenting and supporting those analyses in reports, presentations, and recommendations. Claro's experts have testified to their findings in depositions, trials, arbitrations, and regulatory proceedings.

5.     Claro's valuation experts are frequently retained by companies, individuals, and their representatives, including private and public corporations, transactional attorneys, litigators and investment bankers. Claro has extensive experience advising and working in concert with interested stakeholders with respect to valuation of sexual abuse claims and other mass tort claims and allocating claims across decades worth of historical insurance policies.

6.     Specifically, Claro has assisted several major universities, including Michigan State University in connection with the Dr. Larry Nassar molestation/abuse claims,

as the retained valuation consultants. In this role, Claro developed individual claim values for each claimant and assisted in the settlement of the Nassar claims and hundreds of sexual abuse claims against other defendants. Claro also worked closely with counsel and performed numerous allocations of such claims across decades worth of available coverages to support insurance recovery efforts. Claro has performed similar work for other universities, and is currently serving as a valuation expert on behalf of the The Official Committee of Unsecured Creditors in the Diocese of Rochester bankruptcy proceedings involving abuse and molestation issues.

7.      I am a Managing Director and member of the Board of Managers of Claro. I have an MBA from the University of Chicago Booth School of Business with concentrations in Finance, Economics, and Statistics & Econometrics (among others). I currently serve as an Adjunct Lecturer of Statistics and Economics at Northwestern University and previously served as the CFO of a litigation funder, Juridica Asset Management Limited, where I developed models to price litigation risk. I have provided claim valuation services for mass tort claims and related insurance recovery support for the duration of my career and have served as the valuation and insurance recovery consultant on several high-profile sexual abuse matters. I have a deep understanding of the factors that drive settlement outcomes for sexual abuse claims specifically, including the nature of allegations, verdicts and settlements in potentially comparable matters, and availability and strength of legal defenses to such claims.

8.      Claro will provide the following services to the Tort Claimants' Committee (the "Services"):

a.  expert consulting services and expert testimony regarding valuation of sexual abuse claims filed in the Chapter 11 Cases;

b.  expert consulting services and expert testimony in connection with any plan or settlement filed by the Debtors regarding childhood sexual abuse claims. In addition, expert consulting services and expert testimony in connection with plan or settlement filed by the Tort Claimants' Committee or any other party interest, and any contested matters and/or litigation arising in these Cases as reasonably requested by the Tort Claimants' Committee and TCC's plan, etc. ;

c.  expert consulting services and expert testimony in the review and evaluation of reports prepared by the Debtors, their professionals, the Debtors' insurers, and their professionals;

d.  as may be requested by the Tort Claimants' Committee, assisting with the preparation of affidavits/declarations, depositions, and briefing in these Cases concerning the issues for which Claro is providing expert consulting services and expert testimony;

e.  as may be requested by the Tort Claimants' Committee, assisting with the allocation of claims to potentially available insurance coverage;

f.  preparing for and providing both deposition and court testimony in these Cases regarding the issues for Claro is providing expert consulting services and expert testimony; and

g.  such other consulting and advisory services as may be reasonably requested by the Tort Claimants' Committee.

9.  I will coordinate and work with estate professionals in order to minimize any duplication of services on behalf of the Tort Claimants' Committee.

10. I understand that section 1103(b) of the Bankruptcy Code does not incorporate the general "disinterestedness" standard of section 327(a) on proposed professionals to an official committee of unsecured creditors.  However, I also understand that Bankruptcy Rule 2014 requires that an application for employment under section 1103 disclose all connections with the Debtors, their estates, professionals, and the U.S. Trustee.

11.     In connection with my proposed retention by the Tort Claimants'
Committee, I undertook to determine whether Claro had any conflicts that might cause me or
others at Claro to hold or represent an interest adverse to the Tort Claimants' Committee with
respect to the matters on which I am to be employed.  I obtained from the Tort Claimants'
Committee a conflicts checklist with the names of individuals and entities to be reviewed
("Potential Parties in Interest"), which are attached hereto as Exhibit A-2.  The categories of
the Potential Parties in Interest in these Cases include: the Debtors, their affiliates, their
directors and officers, secured lenders, equity holders, lien holders, letter of credit
counterparties, surety bond issuers, insurance carriers, certain survivors and their respective
counsel, the Debtors' 50 largest unsecured creditors, significant creditors, professionals,
ordinary course professionals, U.S. Trustee and key personnel.

12.     Based on the best of my information and belief, Claro is a "disinterested
person" as that term is defined in Section 101(14) of the Bankruptcy Code.  Claro is not a
creditor, an equity security holder, or a pre-petition insider of the Debtor.  Claro is not and was
not, within two years prior to the Petition Date, a director, officer or employee of the Debtor.
Lastly, Claro does not have any direct or indirect relationship to, connection with, or interest
in, the Debtor that would make its interests materially adverse to the interests of the estate or of
any class of creditors or equity holders.

13.     In preparing this Declaration, I also have reviewed my connections with
the Potential Parties in Interest.  Based on this review, to the best of my current knowledge and
except as otherwise set forth herein, I do not have an actual conflict of interest with any of the
Potential Parties in Interest.  I have no connection to the Debtors, their creditors, or any other

5

parties in interest herein, or their respective attorneys and accountants, the U.S. Trustee or any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Eastern District of Delaware, except as set forth in Exhibit A-3.

14.     Claro may represent, or may have represented, debtors, creditors' committees, or trustees in cases or proceedings against creditors of the Debtors that are unrelated to these cases.  Those matters do not present a conflict in these Cases.

15.     Claro has represented, represents, and in the future will likely represent debtors and creditors' committees in cases unrelated to the Debtors and these Cases wherein one or more of the firms representing the members of the Tort Claimants' Committee or other parties in interest serve as or will serve as professionals to committee members. I do not believe that the connections described in Exhibit A-3 create an actual conflict of interest. Further, I believe the Claro holds no adverse interest to the Tort Claimants' Committee or the estates in the matters for which it is being retained.

16.     If, at any time during the course of these Cases, Claro learns of any representation which may give rise to a conflict, Claro will promptly file with the Court an amended declaration identifying and specifying such involvement.

17.     Claro will apply to the Court for allowance of compensation for services rendered and reimbursement of expenses incurred in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any applicable Orders of the Court.

18.     Claro's current standard hourly rates are as follows, subject to change from time to time:

| Billing Category | Hourly Rate Range |
|---|---|
| Managing Director | $605 to $675 |
| Director | $495 |
| Managers/Senior Managers | $350 to $395 |
| Analysts/Consultants/Senior Consultants | $265 to $305 |

19.     The hourly rates for Claro professionals anticipated to be assigned this engagement are as follows:  Katie McNally ($625) and John Cadarette ($675).  Claro will use its best efforts to staff and supervise the engagement with appropriate personnel utilizing rates at the lower-end of the hourly rate ranges stated above; however, there may be requirements and circumstances of the Case that require specialized expertise or time sensitive assignments where certain personnel may be required at the higher-end of the stated range. In the ordinary course of business, Claro periodically revises its hourly rates to reflect promotions and other changes in personnel responsibilities, increases in experience and increases in the cost of doing business.

20.     Claro is not a prepetition creditor of the Debtors.  To the best of my knowledge, (a) Claro has received no promises as to compensation or payment in connection with this retention other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and Orders of this Court and (b) Claro has no agreement with any non-affiliated person or entity to share with such entity any compensation received in connection with this retention.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 17th day of September, 2021 in Chicago, IL.

Katie McNally
Managing Director

# Exhibit A-1

**(Claro Engagement Letter)**



Date: September 1, 2021

Boy Scouts of America Tort Claimants Committee
Attn: Committee Chairmen: John Humphrey & Doug Kennedy
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Fl
San Francisco, CA 94111

**Re:    Boy Scouts of America Tort Claimants Committee**

Dear Committee Chairmen:

This letter ("Engagement Letter") sets forth the basis of The Claro Group, LLC's ("Claro") engagment by the Official Tort Claimants Committee ("Client" or "Committee") in the chapter 11 cases of the Boy Scouts of America ("BSA"). This Engagement Letter is subject to Claro's Standard Business Terms (as modified), which are attached hereto as Exhibit 1 (collectively with the Engagement Letter, the "Agreement"). Except where expressly modified by this Engagement Letter, the Standard Business Terms shall control. The terms of the Agreement are subject to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Retention Order and further order of the Bankruptcy Court.[1]

A.    Scope of the Engagement ("Engagement")

Client is retaining Claro for the purpose of having Claro provide valuation services ("Services") to Client with respect to the sexual abuse claims filed in the chapter 11 cases of BSA accordance with the terms of this Agreement. Claro further understands that Client is interested in obtaining objective and independent analyses in connection with the Case. The results of Claro's analyses may be used as evidence to support or contest issues relating to or impacting the sexual abuse claims in BSA's chapter 11 case. Claro will report to Client, including through counsel to Client, verbally from time to time, and at Client's direction, on the progress of the work and preliminary findings.

---

[1] The term "Retention Order" refers to an Order Authorizing and Approving the Employment of The Claro Group, LLC as Claims Valuation Advisor to the Boy Scouts of America Tort Claimants Committee entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in the chapter 11 case of Boy Scouts of America and Delaware BSA, LLC, Case. 20-10343 (LSS) (the "Case").

The Claro Group, LLC | 123 North Wacker Drive, Suite 2100 | Chicago, IL 60606
P 312-546-3400 | F 312-554-8085 | theclarogroup.com

DOCS_SF:105985.2 85353/002



The individual members of the Claro team will be selected from Claro's resources to provide the range and level of expertise necessary to achieve the project objectives. Katie McNally and John Cadarette will be your principal contacts for the duration of the Engagement. If required, Ms. McNally will be the testifying expert.

Claro will perform those services or tasks Client requests which are within our scope or practice, including without limitation, the Services set forth above. To the extent Client asks Claro to reach conclusions or form opinions, Claro is obligated to do so without regard to the impact that such conclusions may have upon the Engagement. Client agrees to comply with all of Claro's reasonable requests and to provide Claro timely access to all information and locations reasonably necessary to our performance of the Engagement.

The Services are intended solely for Client's use in connection with the purposes specified in the Engagement and should not be used or relied upon for any other purpose. Any written work product Claro prepares for Client is to be used solely for purposes of this Engagement and may not be published or used, in whole or in part, for any other purpose without Claro's written permission.

Claro is not providing legal services, a legal opinion, actuarial services, or public adjusting services to Client or any other person or entity on any matters encompassed by this Agreement or otherwise. Claro is a management consulting firm and not a CPA firm, and does not provide attest services, audits or other engagements in accordance with the AICPA Statements on Auditing Standards. Any accounting related services that Claro or its professionals may provide Client will be in Claro's role as business advisor to Client. Claro will not be auditing any financial statements or performing attest procedures with respect to information reviewed in conjunction with this Engagement. Claro's Services are not designed, nor should they be relied upon, to identify weaknesses in internal controls, financial statement errors, irregularities, illegal acts or disclosure deficiencies.

B.    <u>Fee Agreement</u>

Compensation for this Engagement will be in accordance with the terms of this Agreement and subject to the Retention Order and any applicable rules or orders of the Bankruptcy Court.

DOCS_SF:105985.2 85353/002



To perform those services or tasks Client requests which are within our scope or practice, Claro's fees are based on the Claro's hourly rates. The proposed rates of compensation, subject to final Court approval, are the customary hourly rates in effect when services are performed by the professionals and paraprofessionals who provide services to the Committee. The hourly rates for Claro personnel that will work on this engagement are as follows:

| Billing Category | Hourly Rate Range |
|---|---|
| **Managing Director** | **$605 to $675** |
| **Director** | **$495** |
| **Managers/Senior Managers** | **$350 to $395** |
| **Analysts/Consultants/Senior Consultants** | **$265 to $305** |

These hourly rates are subject to periodic adjustment, which shall be noted on the invoices for the first time period in which the revised rates become effective. The hourly rates for Claro's professionals anticipated to be assigned this engagement are as follows: Katie McNally ($625) and John Cadarette ($675). Claro will use its best efforts to staff and supervise the engagement with appropriate personnel utilizing rates at the lower-end of the hourly rate ranges stated above; however, there may be requirements and circumstances of the case that require specialized expertise or time sensitive assignments where certain personnel may be required at the higher-end of the stated range.

Consistent with Claro's policy with respect to its other clients, Claro will charge for all services provided and for other charges and disbursements incurred in rendering services to the Committee. These customary items



include, among other things, travel and lodging expenses, business meals, costs of reproduction, research, communications, legal counsel costs, applicable sales or excise taxes and other direct expenses. Internal costs or overhead costs and document production services (including regular secretarial and word processing time) will not be charged for separately. Claro has acknowledged that the Committee, its constituents, its advisors or professionals shall not be liable for the fees, expenses or other amounts payable to Claro.

C.    Compensation for Related Matters

The scope of this Engagement is limited to the services approved by the Retention Order. In the event Client desires to utilize Claro in connection with any other matter, related or not, Client and Claro must agree separately as to the terms of any such engagement and seek approval of the Bankruptcy Court with respect thereto.

This Engagement is subject to Claro's Standard Business Terms (as modified), a copy of which is attached, which the Client accepts.

Please indicate Client's agreement to the terms of Claro's engagement by signing and returning to Claro the enclosed copy of this letter. We appreciate the opportunity to be of service to Committee and look forward to working together on this project.

Very truly yours,
The Claro Group, LLC

_Katie McNally_

Katie McNally
Managing Director

**UNDERSTOOD AND AGREED:**

Official Tort Claimants Committee of Boy Scouts of America

By: _John P Humphrey Jr_



Title: John Humprey, Chair



**EXHIBIT 1**
**THE CLARO GROUP, LLC**
**STANDARD BUSINESS TERMS**

**If any of the following terms do not comply with the Bankruptcy Code or applicable Bankruptcy Rules, as applied in the Case, then such terms shall be deemed not to apply to the Engagement.**

The following Standard Business Terms ("Terms") shall govern the Services provided by The Claro Group, LLC and its personnel ("Claro") as set forth in the engagement letter, statement of work or job arrangement letter ("Engagement Letter") executed by Client and Claro to which these Terms are attached. The Engagement Letter and these Terms (collectively the "Agreement") constitute the entire understanding and agreement between Client and Claro with respect to the Services described in the Engagement Letter and form the entire agreement between the parties relating to the Services and replace and supersede any previous proposals, letters of engagement, undertakings, agreements, understandings, correspondence and oilier communications, whether written or oral, regarding the Services. If there is a conflict between these Terms and the terms of any Engagement Letter, except as may be expressly noted in the Engagement Letter, these Terms shall control. In addition, to the extent there is a binding order of a Bankruptcy Court governing Claro's Services and/or the services of any Claro personnel ("Bankruptcy Order"), the terms and conditions of such Bankruptcy Order shall control.

**1.  Invoicing**

1.1  Claro shall earn the fees and incur expenses in accordance with the terms of the Retention Order.

1.2  Claro shall invoice Client for fees earned and expenses incurred on a monthly basis in accordance with the terms of the Bankruptcy Code, the Bankruptcy Rules and any applicable order of the Bankruptcy Court.

**2  Reports and Advice**

2.1  **Use and purpose of advice and reports** - Any advice given, report or other deliverable issued by Claro, including but not limited to that advice, report or deliverable described in the Engagement Letter (collectively "Deliverables") is provided solely for the use and benefit of Client and only in connection with the purpose in respect of which the Services are provided. Unless required by law, or as otherwise provided in Clause 5.3 of the Standard Business Terms, Client shall not provide any advice given or report issued by Claro to any third party or refer to the parties or the Services without Claro's prior written consent. In no event, regardless of whether consent has been provided, shall Claro assume any responsibility to any third party to which any advice or report is disclosed or otherwise made available.

2.2  Client shall not, without Claro's prior written consent or as expressly provided otherwise in the Engagement Letter, disclose to a third party, publicly quote or make reference to the Deliverables. Claro shall retain all right, title and interest in and to: (i) the Deliverables, including but not limited to all patent, copyright, trademark and other intellectual property rights therein; and (ii) all methodologies, processes, techniques, ideas, concepts, trade secrets and know-how embodied in the Deliverables or that Claro may develop or supply in connection with this Agreement (the "Claro Knowledge"). Subject to the confidentiality restrictions contained in the Agreement, Claro may use the Deliverables and the Claro Knowledge for any purpose.

**3  Information and Assistance**

3.1  **No assurance on financial data** – While Claro's work may include an analysis of financial and accounting data, the Services will not include an independent audit, independent compilation or independent review of any kind of any financial statements or components thereof. Client management will be responsible for any and all financial information they provide Claro during the course of the engagement hereunder, Claro will not independently examine, compile or verify any such financial information.

3.2  **Prospective financial information** - In the event the Services involve prospective financial information, Claro's work will not constitute an independent examination or compilation of such information. Claro takes no responsibility for the achievability of results or events projected or anticipated by the management of the Client.

3.3  Claro is not a public accounting firm; all services that we provide you will be solely in our role as business advisor to you. Claro will not audit any financial statements or perform any attest procedures with respect



to any Client information, systems or practices in conjunction with this Engagement. Claro's services are not designed, nor should they be relied upon by Client or third parties, to identify weaknesses in the Client's internal controls, financial statement errors, irregularities, illegal acts or disclosure deficiencies.

3.4 As a prerequisite to Claro's delivery of Services, Client shall (i) fulfill the Client responsibilities and ensure that all assumptions (if any) are accurate; (ii) provide Claro with reliable, accurate and complete information, as required; (iii) make timely decisions and obtain required management approvals; and (iv) furnish Claro personnel with a suitable office environment and adequate resources and supplies, as needed. In addition, Claro shall be entitled to rely on all Client decisions and approvals made independently of this Agreement and/or prior to its execution by the parties. Nothing in the Agreement shall require Claro to evaluate, advise on, modify, confirm, or reject such decisions and approvals, except as expressly agreed to in the Engagement Letter.

**4    Additional Services**

4.1 **Responsibility for other parties** - Client shall be solely responsible for the work and fees of any other party engaged by Client to provide services in connection with the engagement hereunder regardless of whether such party was introduced to Client by Claro.

**5    Confidentiality**

5.1 **Restrictions on confidential information** - All parties agree that any confidential information received from the other party under the Agreement shall only be used for the purposes of providing or receiving Services described in the Engagement Letter. Except as provided below, no party to this Agreement will disclose the other party's confidential information to any third party without the other party's consent. Confidential Information shall not include information that:

5.1.1 is or becomes generally available to the public other than as a result of a breach of an obligation under this Clause 5.1;

5.1.2 is acquired from a third party who, to the recipient party's knowledge, owes

no obligation of confidence in respect of the information; or

5.1.3 is or has been independently developed by the recipient.

Nothing herein shall be deemed to supersede any order of the Bankruptcy Court regarding confidentiality of information.

5.2 **Disclosing confidential information**- Notwithstanding Clause 5.1 above, any party to this Agreement will be entitled to disclose confidential information of the other to a third party to the extent that this is required by valid legal process, provided that (and without breaching any legal or regulatory requirement) where reasonably practicable not less than 2 business days' notice in writing is first given to the other party; provided, however, that nothing herein shall authorize Claro to disclose confidential Sexual Abuse Proofs of Claim[2] without authorization of the Bankruptcy Court.

5.3 **Internal quality reviews** – Notwithstanding the above, Claro may disclose any information referred to in this Clause 5 to any other Claro personnel or affiliate as necessary to provide the Services or use it for internal quality reviews; provided, however, that nothing herein shall authorize to disclose any Sexual Abuse Proof of Claim Form or the identity of a Sexual Abuse Claimant to any individual that is not an Authorized Party under the Bar Date Order.

5.4 **Return of Confidential Information -** Within 30 days after the conclusion of the engagement, Client may request that Claro (a) return all documents or copies of documents that Client provided to Claro or (b) destroy such materials; provided, that in either case, Claro may keep one archival set of Claro's working papers from the engagement, including working papers containing or reflecting confidential information, in accordance with Claro's professional standards and internal policies. Any Sexual Abuse Proof of Claim Forms and Sexual Abuse Claimants' personally identifiable information shall remain subject to the confidentiality terms of the Bar Date Order

**6    Term of Agreement and Termination**

---

[2] As defined in the *Order Establishing a Deadline for Filing Proofs of Claim and Approving the Form and* *Manner of Notice Thereof* (the "**Bar Date Order**") [Docket No. 695]



6.1 **Termination** - Any party to this Agreement may terminate the Agreement for whatever reason upon thirty (30) days prior written notice to the other party. In addition, either party may terminate the Agreement if the other party fails to cure a material breach of the Agreement within 30 days' prior written notice of material breach. Further, Claro may terminate the Agreement upon prior written notice to Client if conflicts of interest arise or become known to Claro that, in its sole judgment, would impair its ability to perform the services objectively. Upon any termination of this Agreement, Claro shall be entitled to all incurred and unpaid fees and expenses described in the Agreement, including but not limited to any Success Fees to which Claro may be entitled under the Engagement Letter.

## 7 Liability Limitation and Waiver of Jury Trial

7.1 **Limitation of liability** - Except to the extent finally determined by a court of competent jurisdiction to have resulted from its own willful misconduct, gross negligence or fraudulent behavior, the maximum liability of Claro relating to the Services rendered under the Engagement Letter and Retention Order, whether a claim be in tort, contract or otherwise, shall be limited to the total compensation received by Claro in connection with this Engagement.

## 8 Independent Contractor Status/Personnel

8.1 It is understood and agreed that Claro is an independent contractor under the Agreement and accordingly, the Agreement shall not be an employment agreement. No one on behalf of any Claro Party (as defined below), nor any employees, agents or independent contractors thereof, shall be considered to be a director, officer, member, manager, partner, control person, employee, representative, agent or insider of Client, unless expressly agreed to in writing signed by Client and Claro. As an independent contractor, Claro will have exclusive control over the management and operation of Claro, including hiring and paying the wages or other compensation or its personnel. Unless expressly provided otherwise in the Engagement Letter, the Claro personnel who provide services to Client under this Agreement may also provide services to other past, present or future Claro clients in connection with unrelated matters.

8.2 **Personnel Assignment**. While Claro shall attempt to comply with Client's request for specific individuals, Claro shall be responsible for assigning and re-assigning

its personnel, as appropriate, to perform the Services.

8.3 No Solicitation of Personnel. During *the* term of the Agreement, and for a period of six (6) months following the expiration or termination thereof, neither party will actively solicit the employment of the personnel of the other party involved directly with providing or receiving Services hereunder.

## 9 Conflicts

9 **Conflicts** – Subject to the requirements of the Bankruptcy Code and Bankruptcy Rules, Claro is engaged by many other companies and individuals on a variety of matters. Claro's determination of conflicts is based on the substance of the work to be performed on an engagement as opposed to the parties involved. It is possible that some of Claro's past, present or future clients will have disputes with and other matters relating to Client during the course of and subsequent to this Engagement. As a condition of this Engagement, Client agrees that Claro may be engaged by parties with interests that are adverse to and may not be consistent with the interests of Client. Claro reserves the right to accept engagements with other parties consistent with internal, prior practices, and will not be required to advise Client of such engagements in the future. If appropriate, Claro will institute procedures to protect the confidentiality of information provided by Client on this Engagement. Client's engagement of Claro is expressly conditioned on Client's agreement not to use the fact of Claro's current or previous engagement by any opposing client in other matters as a means of enhancing or diminishing Claro's credibility in conjunction with any appearance before a trier of fact.

## 10 Conclusion of Engagement

10 **Conclusion of Engagement** - Except as otherwise required by law or special circumstances, at the end of this engagement, Claro will send to Client, a notification outlining Claro's case closing procedures. In summary, Claro will return all case information provided by Client, and provide Client with Claro's final work product in appropriate media as agreed by Claro and Client. In the event that there are special circumstances (such as a subpoena, court order or other legal hold, or storing of case records and information for Client for a specified period of time after the scope of work is complete), Client will be responsible within thirty (30) days for providing Claro with written instructions for Claro to follow. Client shall be responsible for payment of associated expenses (such as storage, destruction and return shipment costs) incurred by Claro in preserving documents due to such special circumstances. These associated expenses may be submitted to Client after the



final bill for Claro professional services has been rendered. Any remaining case information in the possession of Claro, i.e. generated reference and research materials, as well as work product, etc., will follow Claro's case retention schedule.

**11 No Warranties** - Client, by signing this Agreement, expressly acknowledge and agree that Claro does not guarantee or warrant achievement of any projected financial results represented by the Client, or otherwise provide assurance that the Client will be able to restructure its obligations, obtain financing or repay its obligations in whole or in part.

**12** [Reserved]

**13 General Provisions**

13.1.1    Neither party shall use the other party's name, trademarks, service marks, logos, trade names and/or branding without such party's prior written consent.  Notwithstanding anything herein to the contrary, Claro may reference or list Client's name and/or a general description of the Services/project.  Client also agrees that upon reasonable prior notice from Claro, Client will be willing to provide a reference for Claro (e.g. in the form of analyst telephone calls, Client telephone calls, presentations, and the like).

13.1.2 Upon the consummation of any Services involving a transaction, Claro may, at its own expense, place announcements on its corporate website, social media platforms and in financial and other newspapers and periodicals (such as a customary "tombstone" advertisement, including the Client's logo or other identifying marks) describing its Services in connection therewith. The content of any such announcement shall be subject to the Client's prior approval, which approval shall not be unreasonably withheld. Furthermore, if requested by Claro, the Client agrees that in any press release announcing any such transaction, the Client will include in such press release a mutually acceptable reference to Claro's role with respect to such transaction.

13.1.3    Neither party shall be liable for any delays or failures in performance due to circumstances beyond its reasonable control.

13.1.4    This Agreement may not be assigned or otherwise transferred without the prior express written consent of the other party; provided, however, Claro may assign this Agreement to an affiliate of Claro or use one or more of its affiliates to provide certain of the Services.

13.1.5    Any notices given pursuant to this Agreement shall be in writing, delivered to the address set forth in the Engagement Letter, and shall be considered given when received.

13.1.6    No term of the Agreement shall be deemed waived, and no breach of this Agreement excused, unless the waiver or consent is in writing signed by the party granting such waiver or consent.

13.1.7    It is expressly understood and agreed that the parties' respective obligations under the Agreement that by their nature continue beyond the termination or expiration of this Agreement shall survive such termination or expiration of this Agreement.

13.1.8    If any term or provision of the Agreement is determined to be illegal or unenforceable, such term or provision shall be deemed stricken, and all other terms and provisions shall remain in full force and effect.

These Standard Business Terms are part of the Engagement Letter to which they are attached

Privileged and Confidential

**Exhibit A-2**

**Potential Parties in Interest**

**List of Schedules**

| Schedule | Category |
|----------|----------|
| 1(a) | Debtors |
| 1(b) | Current and Former Directors and Officers of the Debtors |
| 1(c) | Non-Debtor Affiliates |
| 1(d) | Selected Chartered Organizations |
| 1(e) | Local Councils |
| 1(f) | Secured Parties |
| 1(g) | Banks |
| 1(h) | Credit Card Processors |
| 1(i) | Insurers |
| 1(j) | Landlords |
| 1(k) | Litigation Parties |
| 1(l) | Professionals to be Retained by the Debtors |
| 1(m) | Professionals Representing Certain Parties in Interest |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Tort Claimants Committee |
| 1(p) | Unsecured Creditors Committee |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) |
| 1(s) | Deferred Compensation and Restoration Plan Participants |
| 1(t) | Significant Contract Counterparties |
| 1(u) | Significant Customers |
| 1(v) | Significant Donors |
| 1(w) | Significant Vendors |
| 1(x) | Significant Taxing Authorities |
| 1(y) | Significant Utility Providers |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware |

DOCS_SF:106055.3 85353/002

## **Schedule 1(a)**

### **Debtors**

Boy Scouts of America
Delaware BSA, LLC

<u>**Schedule 1(b)**</u>

**Current and Former Directors and Officers of the Debtors**

Al Lambert
Alison K. Schuler
Arthur F. "Skip" Oppenheimer
Aubrey Harwell
Brad Haddock
Bradley D. Tilden
Bray B. Barnes
C. David Moody
Charles H. Smith
Charles W. Dahlquist
Craig Fenneman
D. Kent Clayburn
Dan Ownby
Daniel  Cabela
David Biegler
David L. Steward
David M. Clark
David Rumbarger
David S. Alexander
Dennis H. Chookaszian
Devang Desai
Dominic Wolters
Doug   Mitchell
Douglas H. Dittrick
Doyle Parrish
Drayton McLane Jr.
E. Gordon Gee
Ellie Morrison
Eric Schultz
Erin Eisner
Forrest Gertin
Francis McAllister
Frank D. Tsuru
Frank Ramirez
Fred Markham
Gary Crum
Gary E. Wendlandt
Glenn Adams
Hannah Carter
Hector A. "Tico" Perez
Howard Bulloch
J. Brett Harvey
Jack Furst

Jack Otto
James D. Rogers
James S. Turley
James S. Wilson
Janice Bryant Howroyd
Jeanette Prenger
Jeanne Arnold
Jeffrey R. Holland
Jennifer Hancock
Jim Ryffel
Joe Crafton
John C. Cushman
John Gottschalk
John Mosby
John R. Donnell Jr.
Jose  Nino
Joseph P Landy
Joy Jones
Keith A. Clark
L.B. Eckelkamp Jr.
Lisa Argyros
Lyle Knight
Mark Logemann
Matthew K. Rose
Matthew Parsons
Michael Ashline
Michael E. Sears
Michael G. Hoffman
Michael Surbaugh
Nathan O. Rosenberg
Nevada "Al" Kent
Pamela Petterchak
Patrick Sterrett
Paul Raines
Philip M. Condit
Pratik Vaidya
Ralph de la Vega
Randall Stephenson
Ray Capp
Raymond Johns
Rex W. Tillerson
Rick Cronk
Robert H. Reynolds

Robert M. Gates
Roger C. Mosby
Ron  Kirk
Ronald O. Coleman
Roy S. Roberts
Scott Christensen
Scott Sorrels
Scott W. Beckett
Stephen Owen
Steven E. Weekes
Steven Rendle
Tanya Acker
Thear Suzuki
Thomas C. Edwards
Thomas S. Monson
Thomas Yarboro
Wayne Perry
Wesley Coleman
Wesley J. Smith
William Rosner
William W. Stark Jr.

## **Schedule 1(c)**

### **Non-Debtor Affiliates**

Arrow WV, Inc.
Atikaki Youth Ventures Inc.
Atikokan Youth Ventures Inc.
BSA Asset Management, LLC
BSA Commingled Endowment Fund, LP
BSA Endowment Master Trust
Learning for Life
National Boy Scouts of America Foundation
NewWorld19, LLC
Texas BSA, LLC

## Schedule 1(d)

### Selected Chartered Organizations[1]

All Saints R.C. Church
Archdiocese of New York
Audubon Baptist Church
Beech Haven Baptist Church
Big Cross Elementary School
Bishop Turner High School
Calasanctius School of Buffalo
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of The Sea
Capuchin Franciscans Province of St. Mary
Carmel of The Immaculate Concepcion
Cascade Charter Township
Church of The Holy Innocents
City of Bloomingdale
Corporation of the President of the Church of Jesus Christ of Latter-Day Saints
Country Farm Supply
Diocese of Brooklyn
Diocese of Buffalo
Discalced Carmelite Nuns (O.C.D.) A.K.A. Order of Discalced Carmelites
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy Scout Troop 354
First Baptist Church of Gainesville
Glens Falls City School District
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Holy Family Church
Holy Family R.C. Church
House of Hope Presbyterian Church
Immaculate Conception R.C. Church
Louisville Metro Police Department, City of Louisville, Jefferson County / Louisville Consolidated Government
Mohawk District of The Northern New York Annual Conference of The Methodist Episcopal Church of New York

Monastery of Christ In The Desert
Our Lady of Lourdes Catholic School
Our Savior Lutheran Church
Queen of Peace R.C. Church
Reformation Lutheran Church
Regis High School
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York, Archdiocese of New York
Roman Catholic Parish of St. Frances Xavier Cabrini, Rochester NY (Formerly "Church of The Annunciation Of Rochester, New York"), a Religious Corporation
Sacred Heart - Espanola
Saint John The Baptist Church
School Sisters of Notre Dame Central Pacific Province, Inc.
School Sisters of Notre Dame, Region of Guam
Silver Springs Shores Presbyterian Church, Inc.
Society of Jesus, USA-Northeast Province A/K/A The Jesuits
St. Ambrose Church
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid's R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church School
St. Demetrios Greek Orthodox Church St.
Francis of Assisi Roman Catholic Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Josephats R.C. Church
St. Nicholas of Tolentine

---

[1] There are approximately 41,000 chartered organizations. This list only includes those charted organizations known by the Debtors to be implicated in abuse claims with the BSA.

St. Paul's R.C. Church

St. Pius V

St. Pius X Catholic Church of Rochester, Minnesota

St. Teresa Parish A/K/A Church of St. Teresa of The Infant Jesus

St. Teresa R.C. Church

The Blessed Trinity R.C. Church

The Diocese of Rochester (A/K/A "Roman Catholic Diocese of Rochester"), A Religious Corporation

The Foundation of The Roman Catholic Diocese of Buffalo N.Y., Inc.

The Pingry School

The Roman Catholic Diocese of Syracuse

The Roman Catholic Diocese of Syracuse, NY

The School Sisters Of Notre Dame, Milwaukee Province, Inc.

Town of Deerfield

Town of Trumbull

University Heights Presbyterian Church

USA Northeast Province of The Society of Jesus

Weedsport Central School District

Weedsport Central School District Board of Education

## Schedule 1(e)

## Local Councils

Boy Scouts of America Abraham Lincoln Council

Boy Scouts of America Alabama-Florida Council

Boy Scouts of America Alameda Council

Boy Scouts of America Alamo Area Council

Boy Scouts of America Allegheny Highlands Council

Boy Scouts of America Aloha Council

Boy Scouts of America Andrew Jackson Council

Boy Scouts of America Anthony Wayne Area Council

Boy Scouts of America Arbuckle Area Council

Boy Scouts of America Atlanta Area Council

Boy Scouts of America Baden-Powell Council

Boy Scouts of America Baltimore Area Council

Boy Scouts of America Bay Area Council

Boy Scouts of America Bay-Lakes Council

Boy Scouts of America Black Hills Area Council

Boy Scouts of America Black Swamp Area Council

Boy Scouts of America Black Warrior Council

Boy Scouts of America Blackhawk Area Council

Boy Scouts of America Blue Grass Council

Boy Scouts of America Blue Mountain Council

Boy Scouts of America Blue Ridge Council

Boy Scouts of America Blue Ridge Mountains Council

Boy Scouts of America Buckeye Council

Boy Scouts of America Buckskin Council

Boy Scouts of America Bucktail Council

Boy Scouts of America Buffalo Trace Council

Boy Scouts of America Buffalo Trail Council

Boy Scouts of America Caddo Area Council

Boy Scouts of America Calcasieu Area Council

Boy Scouts of America California Inland Empire Council

Boy Scouts of America Cape Cod And Islands Council

Boy Scouts of America Cape Fear Council

Boy Scouts of America Capitol Area Council

Boy Scouts of America Cascade Pacific Council

Boy Scouts of America Catalina Council

Boy Scouts of America Central Florida Council

Boy Scouts of America Central Georgia Council

Boy Scouts of America Central Minnesota Council

Boy Scouts of America Central North Carolina Council

Boy Scouts of America Chattahoochee Council

Boy Scouts of America Cherokee Area Council

Boy Scouts of America Chester County Council

Boy Scouts of America Chickasaw Council

Boy Scouts Of America Chief Cornplanter Council

Boy Scouts of America Chief Seattle Council

Boy Scouts of America Chippewa Valley Council

Boy Scouts of America Choctaw Area Council

Boy Scouts of America Cimarron Council

Boy Scouts of America Circle Ten Council

Boy Scouts of America Coastal Carolina Council

Boy Scouts of America Coastal Georgia Council

Boy Scouts of America Colonial Virginia Council

Boy Scouts of America Columbia-Montour Council

Boy Scouts of America Connecticut Rivers Council

Boy Scouts of America Connecticut Yankee Council

Boy Scouts of America Conquistador Council

Boy Scouts of America Cornhusker Council

Boy Scouts of America Coronado Area Council

Boy Scouts of America Cradle Of Liberty Council

Boy Scouts of America Crater Lake Council

Boy Scouts of America Crossroads Of America Council

Boy Scouts of America Dan Beard Council

Boy Scouts of America Daniel Boone Council

Boy Scouts of America Daniel Webster Council

Boy Scouts of America De Soto Area Council

Boy Scouts of America Del-Mar-Va Council

Boy Scouts of America Denver Area Council

Boy Scouts of America East Carolina Council

Boy Scouts of America East Texas Area Council

Boy Scouts of America Erie Shores Council

Boy Scouts of America Evangeline Area Council

Boy Scouts of America Far East Council

Boy Scouts of America Five Rivers Council

Boy Scouts of America Flint River Council

Boy Scouts of America French Creek Council

Boy Scouts of America Gamehaven Council

Boy Scouts of America Garden State Council

Boy Scouts of America Gateway Area Council

Boy Scouts of America Georgia-Carolina Council

Boy Scouts of America Glacier's Edge Council

Boy Scouts of America Golden Empire Council

Boy Scouts of America Golden Spread Council

Boy Scouts of America Grand Canyon Council

Boy Scouts of America Grand Columbia Council

Boy Scouts of America Grand Teton Council

Boy Scouts of America Great Alaska Council

Boy Scouts of America Great Rivers Council

Boy Scouts of America Great Salt Lake Council

Boy Scouts of America Great Smoky Mountain Council

Boy Scouts of America Great Southwest Council

Boy Scouts of America Great Trail Council

Boy Scouts of America Greater Alabama Council

Boy Scouts of America Greater Los Angeles Area Council

Boy Scouts of America Greater New York Council

Boy Scouts of America Greater Niagara Frontier Council

Boy Scouts of America Greater St. Louis Area Council

Boy Scouts of America Greater Tampa Bay Area Council

Boy Scouts of America Greater Wyoming Council

Boy Scouts of America Greater Yosemite Council

Boy Scouts of America Green Mountain Council

Boy Scouts of America Greenwich Council

Boy Scouts of America Gulf Coast Council
Boy Scouts of America Gulf Stream Council
Boy Scouts of America Hawk Mountain Council
Boy Scouts of America Hawkeye Area Council
Boy Scouts of America Heart Of America Council
Boy Scouts of America Heart Of New England Council
Boy Scouts of America Heart Of Virginia Council
Boy Scouts of America Hoosier Trails Council
Boy Scouts of America Housatonic Council
Boy Scouts of America Hudson Valley Council
Boy Scouts of America Illowa Council
Boy Scouts of America Indian Nations Council
Boy Scouts of America Indian Waters Council
Boy Scouts of America Inland Northwest Council
Boy Scouts of America Iroquois Trail Council
Boy Scouts of America Istrouma Area Council
Boy Scouts of America Jayhawk Area Council
Boy Scouts of America Jersey Shore Council
Boy Scouts of America Juniata Valley Council
Boy Scouts of America Katahdin Area Council
Boy Scouts of America La Salle Council
Boy Scouts of America Lake Erie Council
Boy Scouts of America Las Vegas Area Council
Boy Scouts of America Last Frontier Council
Boy Scouts of America Laurel Highlands Council
Boy Scouts of America Leatherstocking Council

Boy Scouts of America Lincoln Heritage Council
Boy Scouts of America Long Beach Area Council
Boy Scouts of America Longhorn Council
Boy Scouts of America Longhouse Council
Boy Scouts of America Longs Peak Council
Boy Scouts of America Los Padres Council
Boy Scouts of America Louisiana Purchase Council
Boy Scouts of America Marin Council
Boy Scouts of America Mason-Dixon Council
Boy Scouts of America Mayflower Council
Boy Scouts of America Mecklenburg County Council
Boy Scouts of America Miami Valley Council
Boy Scouts of America Michigan Crossroads Council
Boy Scouts of America Mid-America Council
Boy Scouts of America Middle Tennessee Council
Boy Scouts of America Mid-Iowa Council
Boy Scouts of America Midnight Sun Council
Boy Scouts of America Minsi Trails Council
Boy Scouts of America Mississippi Valley Council
Boy Scouts of America Mobile Area Council
Boy Scouts of America Monmouth Council
Boy Scouts of America Montana Council
Boy Scouts of America Moraine Trails Council
Boy Scouts of America Mount Baker Council
Boy Scouts of America Mount Diablo Silverado Council
Boy Scouts of America Mountaineer Area Council
Boy Scouts of America Muskingum Valley Council
Boy Scouts of America Narragansett Council

Boy Scouts of America National Capital Area Council

Boy Scouts of America Nevada Area Council

Boy Scouts of America New Birth Of Freedom Council

Boy Scouts of America North Florida Council

Boy Scouts of America Northeast Georgia Council

Boy Scouts of America Northeast Illinois Council

Boy Scouts of America Northeast Iowa Council

Boy Scouts of America Northeastern Pennsylvania Council

Boy Scouts of America Northern Lights Council

Boy Scouts of America Northern New Jersey Council

Boy Scouts of America Northern Star Council

Boy Scouts of America Northwest Georgia Council

Boy Scouts of America Northwest Texas Council

Boy Scouts of America Norwela Council

Boy Scouts of America Occoneechee Council

Boy Scouts of America Ohio River Valley Council

Boy Scouts of America Old Hickory Council

Boy Scouts of America Old North State Council

Boy Scouts of America Orange County Council

Boy Scouts of America Oregon Trail Council

Boy Scouts of America Ore-Ida Council

Boy Scouts of America Overland Trails Council

Boy Scouts of America Ozark Trails Council

Boy Scouts of America Pacific Harbors Council

Boy Scouts of America Pacific Skyline Council

Boy Scouts of America Palmetto Council

Boy Scouts of America Pathway To Adventure Council

Boy Scouts of America Patriots' Path Council

Boy Scouts of America Pee Dee Area Council

Boy Scouts of America Pennsylvania Dutch Council

Boy Scouts of America Piedmont Council

Boy Scouts of America Pikes Peak Council

Boy Scouts of America Pine Burr Area Council

Boy Scouts of America Pine Tree Council

Boy Scouts of America Pony Express Council

Boy Scouts of America Potawatomi Area Council

Boy Scouts of America Prairielands Council

Boy Scouts of America Puerto Rico Council

Boy Scouts of America Pushmataha Area Council

Boy Scouts of America Quapaw Area Council

Boy Scouts of America Quivira Council

Boy Scouts of America Rainbow Council

Boy Scouts of America Redwood Empire Council

Boy Scouts of America Rio Grande Council

Boy Scouts of America Rip Van Winkle Council

Boy Scouts of America Rocky Mountain Council

Boy Scouts of America Sagamore Council

Boy Scouts of America Sam Houston Area Council

Boy Scouts of America Samoset Council

Boy Scouts of America San Diego-Imperial Council

Boy Scouts of America San Francisco Bay Area Council

Boy Scouts of America Santa Fe Trail Council

Boy Scouts of America Seneca Waterways Council
Boy Scouts of America Sequoia Council
Boy Scouts of America Sequoyah Council
Boy Scouts of America Shenandoah Area Council
Boy Scouts of America Silicon Valley Monterey Bay Council
Boy Scouts of America Simon Kenton Council
Boy Scouts of America Sioux Council
Boy Scouts of America Snake River Council
Boy Scouts of America South Florida Council
Boy Scouts of America South Georgia Council
Boy Scouts of America South Plains Council
Boy Scouts of America South Texas Council
Boy Scouts of America Southeast Louisiana Council
Boy Scouts of America Southern Sierra Council
Boy Scouts of America Southwest Florida Council
Boy Scouts of America Spirit Of Adventure Council
Boy Scouts of America Stonewall Jackson Area Council
Boy Scouts of America Suffolk County Council
Boy Scouts of America Susquehanna Council
Boy Scouts of America Suwannee River Area Council
Boy Scouts of America Tecumseh Council
Boy Scouts of America Texas Southwest Council
Boy Scouts of America Texas Trails Council
Boy Scouts of America Theodore Roosevelt Council
Boy Scouts of America Three Fires Council
Boy Scouts of America Three Harbors Council
Boy Scouts of America Three Rivers Council
Boy Scouts of America Tidewater Council
Boy Scouts of America Transatlantic Council
Boy Scouts of America Trapper Trails Council
Boy Scouts of America Tukabatchee Area Council
Boy Scouts of America Tuscarora Council
Boy Scouts of America Twin Rivers Council
Boy Scouts of America Twin Valley Council
Boy Scouts of America Utah National Parks Council
Boy Scouts of America Ventura County Council
Boy Scouts of America Verdugo Hills Council
Boy Scouts of America Voyageurs Area Council
Boy Scouts of America W.D. Boyce Council
Boy Scouts of America Washington Crossing Council
Boy Scouts of America West Tennessee Area Council
Boy Scouts of America Westark Area Council
Boy Scouts of America Westchester-Putnam Council
Boy Scouts of America Western Los Angeles County Council
Boy Scouts of America Western Massachusetts Council
Boy Scouts of America Westmoreland-Fayette Council
Boy Scouts of America Winnebago Council
Boy Scouts of America Yocona Area Council
Boy Scouts of America Yucca Council

## Schedule 1(f)

### Secured Parties

AT&T Capital Services, Inc.
AT&T Corporation
Automation Tools, LLC
CIT Bank, N.A.
Datamax, Inc.
EverBank Commercial Finance, Inc.
Firebird Structures, LLC
Giant Bicycle, Inc.
HYG Financial Services, Inc.
ImageNet Consulting, LLC
Insight Investments, LLC
JPMorgan Chase Bank, N.A.
Kaufman Fire Protection Systems, Inc.
Key Equipment Finance
Konica Minolta Premier Finance
MB Financial Bank, N.A.
Raymond Leasing Corp
TCF Equipment Finance, Inc.
The Chase Manhattan Bank
The "Green Bar Bill" Hillcourt Foundation
The "Green Bar Bill" Hillcourt Foundation, C/O Winstead PC
TIAA Commercial Finance, Inc.
UniFi Equipment Finance, Inc.
Veristor Capital, LLC
Wells Fargo Financial Leasing, Inc.

## **Schedule 1(g)**

### **Banks**

Banco Popular
Bank of America
BB&T
Blackrock
Charles Schwab
CIBC - First Caribbean Bank
Federated Bank
Fidelity Investments
Fifth Third Bank
First Bank - Virgin Islands
First State Bank
Goldman Sachs
InBank
JPMorgan Chase Bank, N.A.
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Northern Trust Corporation
PNC Bank
RBC Bank
Regions Bank
Scotiabank
State Street Bank
TD Bank
US Bank
Wells Fargo & Company

## <u>Schedule 1(h)</u>

## Credit Card Processors

American Express
Authorize.net
Bank of America Merchant Services
Card Connect
Discover
Dynamic Payments
Global Payments Inc.
JPMorgan Chase Bank, N.A.
Mastercard
Moneris
Opticard
Paymentech, LLC
PayPal, Inc.
Shift4
Stripe (Shopify)
TSYS/Cayan
Valutec
Visa
Wells Fargo & Company
Wild Apricot

**Insurers**

Ace Insurance Group
Aetna Casualty and Surety Company
Agricultural Excess & Surplus Insurance
    Company
Agricultural Insurance Company
AIG
Allianz Global Corporate & Specialty SE
Allianz Global Risks US Insurance
    Company
Allianz Insurance Company
Allianz Societas Europaea
Allied World Assurance Co.
Allied World Assurance Company (U.S.),
    Inc.
Allied World Assurance Company, Ltd
Alterra Excess & Surplus Insurance
    Company
American Guarantee and Liability Insurance
    Company
American International Group, Inc.
American Re-Insurance Company
American Zurich Insurance Company
Arch Capital Group (U.S.)
Arch Insurance Company
Arch Reinsurance Ltd.
Argo Group International Holdings, Ltd
Argonaut Insurance Company
Argonaut Insurance Group
Arrowood Indemnity Company
Arrowpoint Capital Corp.
Aspen Insurance Holdings Limited
Ategrity Specialty
Ategrity Specialty Insurance Company
AXA Insurance Company
AXA XL
Axis Capital Holdings Limited
Axis Insurance Company
Axis Specialty Insurance Company
Axis Surplus Insurance Company
Beazley Insurance Company, Inc.
Berkley Insurance Company
Berkshire Hathaway Insurance Group
California Union Insurance Company

Catlin Underwriting Agencies Limited
Century Indemnity Company
Chubb Atlantic Indemnity Ltd.
Chubb Custom Insurance Company
Chubb Executive Risk
Chubb Group of Insurance Companies
Cincinnati Specialty Underwriters Insurance
    Company
Clarendon America Insurance Company
Clarendon National Insurance Company
CNA Insurance Companies
Colony Insurance Company
Columbia Casualty Company
Continental Insurance Company
Endurance American Insurance Company
Endurance American Specialty Insurance
    Company
Enstar Group Limited
Euclid Insurance Services, Inc.
Evanston Insurance Company
Everest National Insurance Company
Everest Re Group
Fairfax (US) Inc.
Fairfax Financial (USA) Group
Federal Insurance Company
Fireman's Fund Insurance Companies
First Specialty Insurance Corporation
First State Insurance Company
Gemini Insurance Company
General Star Indemnity Company
Great American
Great American Assurance Company
Great American E & S Insurance Company
Great American Property and Casualty
    Insurance Group
Gulf Insurance Company
Hallmark Specialty Insurance Company
Harbor Insurance Company
Hartford Accident and Indemnity Company
Houston Casualty Company
Indemnity Insurance Company of North
    America
Indian Harbor Insurance Company

Industrial Indemnity
Industrial Insurance Company of Hawaii
Insurance Company of North America
Insurance Company of the State of
    Pennsylvania (The)
International Insurance Company
Interstate Fire & Casualty Company
Landmark Insurance Company
Lexington Insurance Company
Liberty Insurance Underwriters, Inc.
Liberty Mutual Insurance Company
Liberty Surplus Insurance Corporation
Lloyd's of London
London Market
Markel American Insurance Company
Markel Corporation Group
Marsh & McLennan Companies
MHBT, a Marsh & McLennan Agency
Munich Re Group
Munich Reinsurance America, Inc.
National Casualty Company
National Surety Corporation
National Union Fire Insurance Company Of
    Pittsburgh, PA
Navigators Group, Inc.
Navigators Insurance Company
Navigators Specialty Insurance Company
Niagara Fire Insurance Company
Normandy Reinsurance Company Limited
Ohio Casualty Insurance Company (The)
Old Republic General Group
Old Republic Insurance Company
Old Republic Insurance Group
Pacific Employers Ins. Company
Pacific Indemnity Company
Property/Casualty Insurance Co. Of
    Hartford
RLI Professional Risk
Royal Indemnity Company
RSUI Group
R-T Specialty
Sompo - Endurance American Insurance
    Company
Sompo Holdings, Inc.

St. Paul Surplus Lines Insurance Company
Starr Indemnity & Liability Company
Starr Specialty
Steadfast Insurance Company
Swiss Re Group
Texas Pacific Indemnity Company
The Hartford Financial Services Group, Inc.
The Hartford Fire
The Hartford Insurance Group
The Hartford Steam Boiler Inspection And
    Insurance Company
The Travelers Companies, Inc.
Traders and Pacific Insurance Company
Travelers (Bermuda) Limited
Travelers Casualty and Surety Company
Travelers Indemnity Company
Twin City Fire Insurance Company
U.S. Fire Insurance Company
Universal Re-Insurance Company Limited
Utica Mutual Insurance Company
W. R. Berkley Corporation
W.R. Berkley Group
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance
    Company
XL Catlin
XL Europe Limited
XL Insurance (Dublin) Ltd.
XL Insurance Company SE
Zurich Financial (USA) Group
Zurich Financial Services Group

## Schedule 1(j)

**Landlords**

1040 Avenue of the Americas LLC
IRC Retail Centers

## Schedule 1(k)

## Litigation Parties[2]

90 Merrick LLC
██████ C/O Law Office of Anthony C. Perez
Aaron Moore
Aaron Yates
ABC Insurance Corporation
Adam Herrington
██████ C/O Ryder Law Firm
Aderion Adkisson
Adrian Senentz
██████ C/O Paul Mones ██████
██████
██████ C/O Berman
O'Connor & Mann
██████ C/O Lujan & Wolff, LLP
██████
██████ C/O Nixon, Vogelman,
Slawsky & Simoneau PA
██████ C/O Lujan &
Wolff, LLP
Alicia Lifrak
██████ /O Tremont, Sheldon,
Robinson, Mahoney, P.C.
All Saints R.C. Church
Allegheny Highlands Council
Allen Hughes
Aloha Council Chamorro District
Alpine Scout Camp
██████ C/O Rubenstein & Rynecki
Andrea Watson

Andrew Aston
Andrew Bloom
Andrew Mannetta
Andrew McMorris
██████ C/O Berman
O'Connor & Mann
██████ C/O Pfau Cochran
Vertetis Amala PLLC
██████ C/O Marsh Law Firm
██████ C/O Andreozzi & Associates,
P.C.
██████ C/O David
Luna
██████ C/O Crew Janci LLP
Anita Gettleson
Anna Lee Ingram
██████ C/O Patrick Noaker
██████ C/O Roberts Fowler &
Visosky
██████ C/O Berman
O'Connor & Mann
██████ C/O Lujan & Wolff, LLP
██████ C/O Berman
O'Connor & Mann
██████ C/O Lujan & Wolff, LLP
Antonia Michelson
Aramark Campus, LLC
Archbishop Christopher Pierre, Apostolic
Nuncio of The Holy See For The United
States
Archbishop Timothy Dolan, Archbishop of
New York
Archdiocese of New York And Our Lady of
Lourdes Catholic School

---

[2] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, certain information has been redacted from this list.

█████████████ C/O Robins Kaplan LLP

█████████████ C/O Law Offices Of Anthony M. Demarco

Astral Energy, LLC

Atlanta Area Council, Inc.

Attorney(s) ABC and Accountant(S) XYZ

█████████████ C/O Lujan & Wolff, LLP

Austin Boley

█████████████ C/O James Dilbeck

█████████████ C/O Thomas Law Office, PLLC

Baden-Powell Council, Inc.

Baiting Hollow Scout Camp

Barbara Cowles

Beech Haven Baptist Church

█████████████ C/O Casey Devoti & Brockland

█████████████ C/O Berman O'Connor & Mann

Benjamin Cudeck

█████████████ C/O Berman O'Connor & Mann

█████████████ C/O Lujan & Wolff, LLP

█████████████ C/O Rebenack, Aronow, Mascolo, LLP

█████████████ C/O Lujan & Wolff, LLP

Betty Boland, as the Administrator of The Estate of Ernest Boland

Big Cross Elementary School

Billie Jo Mojoinner

Bishop Turner High School

Blackhawk Area Council of Boy Scouts

█████████████ C/O Leisawitz Heller

Blue Ridge Mountains Council

Board of Trustees of The First Baptist Church of Gainesville, Inc.

█████████████ C/O Crew Janci LLP

Bobby C. Jones

Bowmansville Fire Co., Inc.

Boy Scout Troop #50 of Hattiesburg, Mississippi

Boy Scout Troop 163

Boy Scout Troop 204 Memphis - Chickasaw Council - Thunderbird District

Boy Scout Troop 95

Boy Scout Trust Fund

Boy Scouts 11 of America

Boy Scouts of America - Hiawatha Council

Boy Scouts of America Atlantic Area Council Inc.

Boy Scouts of America Atlantic Area Council No. 331

Boy Scouts of America Big Apple District

Boy Scouts of America Greater Los Angeles Area Council

Boy Scouts of America Pack 494

Boy Scouts of America Phoenix District Troop 49

Boy Scouts of America San Diego-Imperial Council

Boy Scouts of America Troop 1000 Inc.

Boy Scouts Troop #64

Boy Scouts Troop 460

Brad Ewell

█████████████ C/O Thomas Law Office, PLLC

█████████████ C/O Rebenack, Aronow, Mascolo, LLP

Bradley Schumann

Brandon Wood

Brazen Matson

█████████████ C/O Paul Mones

Brennan Johnston

Brentley Wells

█████████████ C/O Gallik, Bremer & Molloy, P.C.

Bretty Bybee

█████████████ C/O Pfau Cochran Vertetis Amala PLLC

█████████████ C/O Bonina & Bonina, P.C.

Brian P. Wagner

██████████████ C/O David Yates, Thomas Juanso and Tad Thomas, Lindsay Cordes - Thomas Law Offices
Bronx Council
Brooklyn Chinese-American Association
Brooklyn Council
Bruce Desandre
████████████ C/O Lujan & Wolff, LLP
████████████████ C/O Goff Law Group
████████████████ C/O Robins Kaplan LLP
Buffalo Trail Council
Buffalo Trail Scout Ranch
Calasanctius School of Buffalo
Caleb Steinhoff
California Inland Empire Council
██████████████████
Camille Travis
Camp Aquehonga
Camp Big Timber
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of The Sea
Capuchin Franciscans, Province of St. Mary
Carol Chacon
Carolyn Hemphill
Carrie Stafford
Carroll Township Police Department
Cascade Charter Township
Cascade Pacific Council
Casey Scott
Catholic Cemeteries of Roman Catholic Diocese of Buffalo, Inc.
Catholic Health of WNY and its subsidiaries
Cathy Ostrenga
Celeste Rone-Moss
██████████ C/O Law Offices Of Tyler H. Fox
Charles Copeland
Charles Oglesby, Sr.
Charles Stauder
Charlie Bate
██████████████████ C/O Lujan & Wolff, LLP

Chase Dansereau
Cherokee Area Council, Inc.
Chicago Area Council
Chickasaw Council
Chief of Police Jon Belmar
Chief Seattle Council
Chris Alvelo
████████████ C/O Crew Janci LLP
Chris Larrabee
Chris McCullough
Christ The King Seminary Fund, Inc.
██████████████ C/O David Yates, Thomas Juanso and Tad Thomas, Lindsay Cordes - Thomas Law Offices
Christina Vovchuk
████████████ C/O Michael G. Dowd
Christopher Finks
Christopher Larrabee
█████████████ C/O Silver Golub & Teitell LLP
Christopher Payne
Christopher Pelletier
█████████████ C/O Rebenack, Aronow, Mascolo, LLP
Christopher Vogel
████████████ C/O Crew Janci LLP
Church of The Holy Innocents
Cincinnati Insurance Company
Circle Ten Council
Citizens' Hose Company No. 1 of Dillsburg Penna
City of Columbus
City of Louisville
City of Louisville-Jefferson County-Louisville Consolidated Government
████████████ C/O Javerbaum, Wurgaft, Hicks, Kahn, Wikstrom & Sinins
Clark Martin
Claudius Douglas Mair-Worley
Clayton Historical Society
████████████████ C/O Law Offices of Mitchell Garabedian
Clifton Neyrey
CLK/HP 90 Merrick LLC
Clyde Noland

CMR A/S/O Cox Communication ███████

Columbus School District

Complaint and Michigan Crossroads Council, Inc.

Connecticut Rivers Council

Connecticut Rivers Council Troops 258 & 302

Connecticut Yankee Council, Inc.

Connor Cudeck ██████████████████████ C/O Padberg, Corrigan & Appelbaum

Continental Tire The Americas, LLC

Cornelia Berrocal

Corporation of the President of the Church of Jesus Christ of Latter-Day Saints

Country Farm Supply

Cradle of Liberty Boy Scouts of America ██████ C/O Crew Janci LLP

Craig Bingham ██████████ C/O Marsh Law Firm ██████████████████████ C/O Berman O'Connor & Mann

Ct Yankee Council

Cub Scout Pack 601

Curtis Flaherty ██████████████ C/O Pfau Cochran Vertetis Amala PLLC ████████████████████████

Dan McGill

Daniel Boone Council Inc.

Daniel Camerano ████████████████████ C/O Hirshfield & Costanzo, P.C. ██████████ C/O Berman O'Connor & Mann ████████████████ C/O Michael G. Dowd ████████████████ C/O Michael G. Dowd ████████ C/O Berman O'Connor & Mann

Daniel P. Sturtzel

Daniel Richardson ████████████████ C/O Lujan & Wolff, LLP ██████████ C/O Marsh Law Firm

Daniel Wagner

Daniel Webster Council Inc.

Darla Duarte

David A. Declue ██████████ C/O Michael G. Dowd ████████████████ C/O Robins Kaplan LLP

David Dale

David G. Derrick

David Gomes

David H. Scharf

David K. Buterbaugh ████████████████ C/O Goff Law Group

David Lannes

David McDaniel ██████████ C/O Michael G. Dowd

David Michelson ████████████ C/O Berman O'Connor & Mann ████████ C/O Crew Janci LLP ████████████ C/O Berman O'Connor & Mann ████████

David Silva ██████ C/O Michael G. Dowd ██████ C/O Michael G. Dowd ██████ C/O Rebenack, Aronow, Mascolo, LLP ██████ C/O Riddle & Brantley ██████ C/O Michael G. Dowd ████████████ C/O Lujan & Wolff, LLP

Debra Schwamberger

Dechaison White

Denis Lane ████████████ C/O Paul Mones

Dillsburg Community Fair Association

Dillsburg Lions Club And Dillsburg Boy Scout Troop #38

Diocese of Brooklyn

Dolores Snyder

Donald C. Shriver

Donald Grande

Donald J. Hebert

[REDACTED] C/O Crew Janci LLP
[REDACTED] C/O Lujan & Wolff, LLP
Doug Stevenson
[REDACTED] C/O Rebenack, Aronow, Mascolo, LLP
[REDACTED] C/O Michael G. Dowd
Douglas Nail
[REDACTED] C/O Rebenack, Aronow, Mascolo, LLP
[REDACTED] C/O Crew Janci LLP
Dwight Cable
[REDACTED] C/O Van Zanten & Onik, LLC
[REDACTED] C/O Edmiston & Colton Law Firm
Eamonn Ferrante
East Meadow Youth Baseball & Softball Association
Ed Miller
Eddie Blue
Edgar Riecke
[REDACTED] C/O Michael G. Dowd
[REDACTED] C/O Simmons Hanly Conroy
[REDACTED] C/O John Tidwald Tidwald Law
Edward M. Bednarczyk
Edward Perriera
[REDACTED] C/O Lujan & Wolff, LLP
[REDACTED] C/O Rebenack, Aronow, Mascolo, LLP
[REDACTED] C/O Lujan & Wolff, LLP
Elijah Knight
Elliott Litz
Elwood Union Free School District
Emely Santos
[REDACTED] C/O Thomas C. Patton
Emma O'Connor
[REDACTED] C/O Rebenack, Aronow, Mascolo, LLP

Eric L. Young, Administrator of The Estate of Christopher Alvelo
Eric R. Park
Essex County Council of The Boy Scouts of America
Estate of Robert Whitelaw, Deceased
Ethan Fuller
Ethan Rapier
[REDACTED] C/O Lujan & Wolff, LLP
Evan Park Howell, Iii
[REDACTED] C/O Berman O'Connor & Mann
[REDACTED] C/O Berman O'Connor & Mann
Evergreen Area Council, Boy Scouts of America
Fabian Lopez
Fairfield County Council of Boy Scouts of America, Inc.
Fayetteville United Methodist Church
[REDACTED] C/O Berman O'Connor & Mann
[REDACTED] C/O Lujan & Wolff, LLP
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy Scout Troop 354
First Baptist Church of Gainesville
Five Rivers Council Inc.
Floodwood Mountain Scout Reservation Association, Inc.
Ford Motor Company
Francis (Skip) Toomey Ii
[REDACTED] C/O Lujan & Wolff, LLP
[REDACTED] C/O Roberts Fowler & Visosky
[REDACTED] C/O Lujan & Wolff, LLP
[REDACTED] C/O Rebenack, Aronow, Mascolo, LLP
[REDACTED] C/O Berman O'Connor & Mann
Frank Pedone
[REDACTED] C/O Lujan & Wolff, LLP

[REDACTED] C/O Michael G. Dowd
[REDACTED] C/O Berman O'Connor & Mann
[REDACTED] C/O Crew Janci LLP
[REDACTED] C/O Berman O'Connor & Mann
G.A.C.
[REDACTED] C/O Dreyer Boyajian
Gabriel Racine
Gage Wilson
Garden State Council
Gary Ackerman
Gary Carroll
[REDACTED] C/O Crew Janci LLP
[REDACTED] C/O Berman O'Connor & Mann
Gary L Strain
Gary Langsdale
[REDACTED] C/O Hall Law, P.A.
[REDACTED] C/O Lujan & Wolff, LLP
[REDACTED] C/O Berman O'Connor & Mann
George D. McClay
[REDACTED] C/O Berman O'Connor & Mann
[REDACTED] C/O Berman O'Connor & Mann
George J. Eberl
Geovanni McClain
[REDACTED] C/O Rubenstein & Rynecki
[REDACTED] C/O Lujan & Wolff, LLP
Glens Falls City School District
Gloria Garcia
Governor Clinton Council, Inc., Boy Scouts of America
Grace Gordon
Grand Canyon Council
Great Alaska Council
Great Salt Lake Council
Great Southwest Council
Greater Alabama Council
Greater New York City Councils

Greater Niagara Frontier Council
Greater Niagara Frontier Council #380 of The Boy Scouts of America
Greater St. Louis Area Council, Boy Scouts of America, Inc.
Greater Tampa Bay Area Council, Inc.
Greater Yosemite Council, Inc.
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Greenport Fire Department
Greg Day
[REDACTED] C/O Crew Janci LLP
Greg Ploski
[REDACTED] C/O Berman O'Connor & Mann
[REDACTED] C/O Lujan & Wolff, LLP
[REDACTED] C/O Michael G. Dowd
Guy Rollf
Guy Thomas Buker
Hacker Coverage Dispute
Harley Avenue Primary School
[REDACTED] C/O Robins Kaplan LLP
[REDACTED] C/O Javerbaum, Wurgaft, Hicks, Kahn, Wikstrom & Sinins
[REDACTED] C/O Riddle & Brantley
[REDACTED] C/O Gruel Mills Nims & Pylman PLLC
Hawk Mountain Council, Inc., Boy Scouts of America
Hawkeye Area Council, Boy Scouts of America, An Iowa Corporation
Heart of America Council
Heart of New England
Heart of Virginia Council, Inc., Boy Scouts of America
Heath Faucheux
Henry Reinsburrow
Holy Family Church
Holy See Instrumentalities

Holy See, State of Vatican City - The Vatican

House of Hope Presbyterian Church
[REDACTED] C/O Roberts Fowler & Visosky
[REDACTED] C/O Crew Janci LLP
[REDACTED] C/O Lujan & Wolff, LLP

Hudson Valley Council

Hunter Iverson
[REDACTED]

Ian Simpson
[REDACTED] C/O Berman O'Connor & Mann

Immaculate Conception R.C. Church

Indian Waters Council Boy Scouts of America Inc.

Iroquois Trail Council Inc.

Irwindale Police Department

Istrouma Area Council
[REDACTED] C/O Marsh Law Firm

J.E. Mathis
[REDACTED] C/O Brautigam & Brautigam, LLP
[REDACTED] C/O Bradley L. Rice

Jack Rose
[REDACTED]

Jacob Nelson
[REDACTED] C/O Lujan & Wolff, LLP
[REDACTED] C/O Green & Gillispie
[REDACTED] C/O Lujan & Wolff, LLP

James Gambrell King
[REDACTED] C/O Marsh Rickard & Bryan
[REDACTED] C/O Crew Janci LLP

James Kennedy
[REDACTED] C/O The Panitch Law Group, P.C.
[REDACTED] C/O Michael G. Dowd
[REDACTED] C/O Law Offices Of Mitchell Garabedian

James Potjunas
[REDACTED]

James Stillwell, Jr.

James T. Grace Jr.
[REDACTED] C/O Law Offices Of Mitchell Garabedian
[REDACTED] C/O Lujan & Wolff, LLP
[REDACTED] C/O Jeff Anderson & Associates, PA

Jane Sutterlin

Janessa Miller

Jarred Pai

Jasiah Marshall
[REDACTED]

Jason Hofmann
[REDACTED] C/O Berman O'Connor & Mann

Jason R. Brockman
[REDACTED] C/O Merson Law
[REDACTED] C/O Merson Law

Jayshawn Brown

Jefferson County

Jefferson County / Louisville Consolidated Government

Jeffery Leonard And Individual
[REDACTED] C/O Green & Gillispie
[REDACTED] C/O Robins Kaplan LLP
[REDACTED] C/O Rebenack, Aronow, Mascolo, LLP
[REDACTED] C/O Robins Kaplan LLP

Jersey Shore Council

Jesse Bessette
[REDACTED] C/O Berman O'Connor & Mann
[REDACTED] C/O Lujan & Wolff, LLP
[REDACTED] C/O Berman O'Connor & Mann
[REDACTED] C/O Berman O'Connor & Mann

Jessie Tomeo
[REDACTED] C/O Berman O'Connor & Mann
[REDACTED] C/O Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C.

█████████████████ C/O Marsh Law Firm
Joanne Nauheimer (Class Action)
Joanne Nauheimer (Individual)
████████████████ C/O Lujan &
Wolff, LLP
████████████████ C/O Lujan &
Wolff, LLP
████████
Joel Shumway
John B. Lowell
John Cimral
█████████ C/O Roberts Fowler & Visosky
█████████ C/O Dumas Law
Group, LLC (A/K/A Dumas & Vaughn
Attorneys at Law)
John Gruber
██████████ C/O Michael G. Dowd

John J. Beardsworth, Jr.
██████████ C/O Davis Miles McGuire
Gardner
John Jones
████████████
██████████████ C/O Lujan & Wolff,
LLP
John Lund
███████████ C/O Berman
O'Connor & Mann
███████████ C/O Berman
O'Connor & Mann
██████████ C/O Okun, Oddo & Babat,
P.C.
██████████ C/O Lujan & Wolff, LLP

██████████ C/O Lujan &
Wolff, LLP
████████████ C/O Goff Law
Group
John Richers
█████████ C/O Rebenack, Aronow,
Mascolo, LLP
██████████ C/O Paul Mones
████████ C/O Michael G. Dowd
██████████ C/O Lujan & Wolff, LLP

████████████ C/O Law Office of
Patrick Sorsby
Jonathan Dunn
████████████ C/O Andrew S. Janet
████████████ C/O Andreozzi &
Associates, P.C.

Joseph Alvarado
█████████████ C/O Berman
O'Connor & Mann
█████████████ C/O Law Offices of Mitchell
Garabedian
█████████████ C/O Berman
O'Connor & Mann
█████████████ C/O Lowey
Dannenberg, P.C.
█████████████ C/O Berman
O'Connor & Mann
Joseph F. Snyder
█████████████ C/O Berman O'Connor
& Mann
█████████████ C/O Lujan &
Wolff, LLP
Joseph L. Snyder
█████████████ C/O Law Offices of
Mitchell Garabedian
████████████ C/O Soloff & Zervanos, P.C.
Joseph Porter and Gail Porter
█████████████ C/O Lujan & Wolff,
LLP
█████████████ C/O Lujan &
Wolff, LLP
Joseph Tetlow
█████████████ C/O Berman O'Connor
& Mann
█████████████ C/O Berman
O'Connor & Mann
████████████ C/O Michael S. Steinger
Joshua Goodwin
Joshua P. Christ
Joshua Simpson
Joshua White
Judy Crawford
Julie Hedrick
Julie Schmidt

█████████ C/O Patrick Malone & Associates, P.C.
█████████████ C/O Hirshfield & Costanzo, P.C.
███████████ C/O Clark, Hunt, Ahern & Embry
Kaden Lynch
Kalin Bart Talbott River Road Trust
Kalvin Marshall
Karin Larrabee
Karina Miller
███████████ C/O David Yates, Thomas Juanso and Tad Thomas, Lindsay Cordes - Thomas Law Offices
Kathleen Hufford
Kathryn (Katie) Schulze
████████████████████████
Keegan Day
████████ C/O Andreozzi & Associates, P.C.
████████ C/O Panish Shea & Boyle LLP
████████ C/O James, Vernon & Weeks, P.A.
Kellie Bogardus
████████ C/O Rebenack, Aronow, Mascolo, LLP
Kenneth Betts
█████████████ C/O Berman O'Connor & Mann
████████ C/O Crew Janci LLP
Kent L. Wallace
Kerrie Galvin (Obo Trevor Galvin)
████████ C/O Rubenstein & Rynecki
████████
Keystone College
Kimberly Payne
Kincaid Tyas
Kireon D. Pleis
█████████ C/O Berman O'Connor & Mann
████████

███████ C/O Law Office of David Jaskowiak
█████████ C/O Crew Janci LLP
Kristopher Bartee
Kyle Boell
███████████ C/O John P. Connor
████████ C/O Law Office of Mark Gallagher
Landon Bassett
████████ C/O Rebenack, Aronow, Mascolo, LLP
███████████ C/O Berman O'Connor & Mann
Las Vegas Area Council, Inc.
Laurie Buckelew
█████████ C/O Green & Gillispie
Lawrence Svrcek
Leanna Stanley
Learning For Life Inc.
Leatherstocking Council
Lebanon Lions Club
Lee Shedroff
Leo Kelly
████████ C/O Lujan & Wolff, LLP
Lincoln Heritage Council
Linda Davis
Linda Fant
Linda Jensen
Lindsay Bishop
Lisa C. Crocus
Lloyd Bryant
████████ C/O Law Offices of Gregory J. Stacker, LLC
Logan Bogardus
Logan Larrabee
Logan Mackay
Longhouse Council
████████████ C/O Robins Kaplan LLP
Louisville Metro Police Department
█████████ C/O Berman O'Connor & Mann

Luke Bennett
████ C/O Bonina & Bonina, P.C.
Madison Osborne
██████████████████ C/O Lujan &
Wolff, LLP
Malcolm Boykin
Malmaison District
Manhattan Council, Boy Scouts of America
██████████████ C/O Lujan &
Wolff, LLP
██████████████ C/O Lujan & Wolff,
LLP
Marc Anderson
Marco Romero
Marcus Kang
Marcus Mack
████████████ /O Rebenack, Aronow,
Mascolo, LLP
Marjorie Bewley
Marjorie Morris
████████████ C/O Lujan & Wolff,
LLP
████████████ C/O Lujan & Wolff,
LLP
Mark Helser and Jane Doe Helser
Mark Kern
████████████ C/O Berman
O'Connor & Mann
████████████ C/O Berman
O'Connor & Mann
████████████ C/O Lujan & Wolff,
LLP
Mark Tibbetts
Mark Tumeo
Mark Vincett
████████████ C/O Lujan &
Wolff, LLP
███████
Mathew Zaiss
Matt Day
████████████ C/O Berman O'Connor &
Mann
████████████████ C/O Pashman
Stein Walder Hayden, P.C.

████████████ C/O Herman Law
Matthew Gelhausen
Matthew Inbody
Matthew McClay
Matthew S. Devore
Matthew Teixeira
Matthew Yakaboski
██████████████████ C/O Pfau Cochran
Vertetis Amala PLLC
Max Moon
Maya Cann
Mayflower Council
██████████████ C/O Berman
O'Connor & Mann
Megan Knoernschild
████████████ C/O Lujan & Wolff, LLP
████████████████ C/O Berman
O'Connor & Mann
Micah Hattaway
██████████████████████ C/O Clark,
Hunt, Ahern & Embry
██████████████ C/O Law Office of
Anthony C. Perez
████████████ C/O Michael G. Dowd
██████████████ C/O Pfau Cochran
Vertetis Amala PLLC
Michael Frys
██████████████ C/O Crew Janci
LLP
████████ C/O Michael G. Dowd
Michael Kelsey
████████████████████ C/O Hall &
Monagle, LLC
Michael Maffetone
████████████████████████ C/O Roberts Fowler & Visosky
██████████ C/O Berman O'Connor &
Mann
██████████████ C/O Gallik,
Bremer & Molloy, P.C.
██████████████ C/O Michael G. Dowd

███████████ C/O Lujan &
Wolff, LLP
Michael Rega
███████████ C/O Crew Janci LLP
███████████ C/O Lujan &
Wolff, LLP
███████████ C/O Janet, Janet & Suggs,
LLC
Michael Sandifer
███████████ C/O Marsh Law Firm
Michelle Delutri
Michigan Crossroads Council, Inc.
Mid-America Council
Middle Tennessee Council
███████████ C/O Dumas Law
Group, LLC (A/K/A Dumas & Vaughn
Attorneys at Law)
Miles Woolsey
Monastery of Christ In The Desert
Monmouth Council
Monsignor Michael Harrington
Monsignor William Stanton
Montana Council
███████████ C/O Michael G.
Dowd
Mossy Ford, Inc.
Most Reverend Edward U. Kmiec
Most Reverend Henry J. Mansell
Most Reverend Richard J. Malone
███████████ C/O Belluck & Fox, LLP
███████████ C/O Crew Janci
LLP
New York Greater Councils
Newport Sea Base - Orange County Council
Niagara Frontier Council, Boy Scouts of
America
███████████ C/O David Yates,
Thomas Juanso
Nina Baldinucci
Nipmuck District of the Connecticut Rivers
Council of The Boy Scouts of America
███████████ /O Giancarlo R. Cellini
Nolan Henderson

███████████ C/O Lujan & Wolff, LLP
███████████ C/O
Clark, Hunt, Ahern & Embry
███████████ C/O Michael G. Dowd
North Florida Council
Northeast Georgia Council, Inc.
Northeastern Pennsylvania Council
Northern New Jersey Council
Northern Star Council
███████████ C/O Rubenstein & Rynecki
Old Republic Insurance Company, Inc.
Omega Pacific, Inc.
Orange County Council
Orange County Rowing Club
Oregon Trail Council, Inc.
███████████ C/O Robins
Kaplan LLP Our Savior Lutheran Church
C/O Roberts Fowler & Visosky Parker
███████████
Pat Currie
Pathway To Adventure Council Patricia
Donehue
Patricia Gerber
Patrick A. Mancuso

███████████ C/O The Law Office of
Carmen L. Durso
███████████ C/O Berman
O'Connor & Mann
███████████ C/O Rebenack, Aronow,
Mascolo, LLP
███████████ C/O Gregory J. Cannata &
Associates, LLP
Patriots' Path Council
███████████ C/O Berman O'Connor
& Mann
Paul Antosh
Paul Brandon Paris
███████████ C/O Lujan & Wolff, LLP
Paul R. Thomson, Jr.
███████████ C/O Berman
O'Connor & Mann
Paul Scarola

[redacted] C/O Lujan & Wolff, LLP

[redacted] C/O Lujan & Wolff, LLP

[redacted] C/O Crew Janci LLP

Pauline Jenkins

[redacted] C/O Lujan & Wolff, LLP

Penn Mountains Council

Penny Nomura

[redacted] C/O Berman O'Connor & Mann

[redacted] C/O Law Office of Anthony C. Perez

[redacted] C/O Lujan & Wolff, LLP

Peter Rymut

[redacted] C/O Lujan & Wolff, LLP

[redacted] C/O Crew Janci LLP

[redacted] C/O Michael G. Dowd

[redacted] C/O Paul Mones

Pierce Hull

Pine Burr Area Council, Inc.

Police Officer Annette Hoyt

Polly Root

Pope Francis

Progressive Casualty Insurance Company

Quapaw Area Council

Queen of Peace R.C. Church

Queens Council

R. Fleming Weaver, Jr.

[redacted] C/O Berman O'Connor & Mann

[redacted] C/O Pfau Cochran Vertetis Amala PLLC

Randolph "Randy" Nowak

[redacted] C/O John P. Connor

Raul Cadena

[redacted] C/O Marsh Law Firm

[redacted] C/O Crew Janci LLP

[redacted] C/O Michael G. Dowd

[redacted] C/O Lujan & Wolff, LLP

[redacted] C/O Berman O'Connor & Mann

[redacted] C/O Lujan & Wolff, LLP

Reckson Operating Partnership, L.P

Red Mountain Asset Fund, LLC

Regina McCullough

[redacted] C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)

Regis High School

Reid Comita

Reilly Nahill

Rev. Basil Ormsby, S.J.

Rev. David Bialakowski

Rev. Donald W. Becker

Rev. Florian Jasinski

Rev. Frederick Fingerle

Rev. Gerald Jasinski

Rev. John P. Hajduk

Rev. Joseph Persich, S.J.

Rev. Nelson Kinmartin

Rev. Norbert Orsolits

Rev. Ronald Sajak

Rev. Ronald Silverio

Rev. Theodore Podson

Rev. William White

[redacted] C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)

[redacted] C/O Berman O'Connor & Mann

[redacted] C/O Lujan & Wolff, LLP

[redacted] C/O Crew Janci LLP

[redacted] C/O Michael G. Dowd

[redacted] C/O Berman O'Connor & Mann

[redacted]

Richard L. Lucero

[redacted]

Richard Lehr

█████████████████████ C/O Panish Shea & Boyle, LLP
Richard Mathews
███████████████████████ C/O Crew Janci LLP
C/O Berman O'Connor & Mann
████████████████ C/O Marsh Law Firm
Richard Robbins
Richard Rognsvoog
████████████████████████ C/O Paul Mones
████████████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
River Rivers Council, Boy Scouts of America
██████████████████████ C/O Crew Janci LLP
███████████ C/O Michael G. Dowd
Robert Bulens
██████████████ C/O The Law Office of Carmen L. Durso
█████████████████ C/O Berman O'Connor & Mann
Robert Hallum
Robert Jorgensen
████████████ C/O Peabody, Stirling, Hale & Miller LLP
███████████████ C/O Rebenack, Aronow, Mascolo, LLP
Robert Logan Talbott River Road Trust
█████████████████ C/O Parker Waichman LLP
█████████████ C/O Marsh Law Firm
████████████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
█████████████████ C/O Marsh Law Firm
█████████████ C/O Crew Janci LLP
Robert Sutterlin
Robert Talbott, Inc

██████████████████████████ C/O Lujan & Wolff, LLP
Roberts. Talbott Revocable Trust
██████████████████████ C/O Crew Janci LLP
████████████████ C/O Berman O'Connor & Mann
████████████████████████ C/O Lujan & Wolff, LLP
████████████████ C/O Crew Janci LLP
██████████████████ C/O Berman O'Connor & Mann
Roman Catholic Archbishop
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York, Archdiocese of New York
██████████████████ C/O The Panitch Law Group, P.C.
Ronald Hegwood
███████████ C/O Emery Celli Brinckerhoff & Abady LLP
██████████████████ C/O Lujan & Wolff, LLP
█████████████ C/O Michael G. Dowd
Ronnie Mason
███████████████████ C/O Berman O'Connor & Mann
███████████████ C/O Roberts Fowler & Visosky
██████████████ C/O Lujan & Wolff, LLP
███████████████ C/O Berman O'Connor & Mann
███████████████ C/O Berman O'Connor & Mann
Ruth Kvistad
█████ C/O Bonina & Bonina, P.C.
Sacred Heart - Espanola
Saint John The Baptist Church
██████████████████ C/O Goff Law Group
Salvador Rivera
Sam Houston Area Council
Sam Houston Area Council Phoenix District

Samuel Christian Carelton
Samuel Roche
San Gabriel Valley Council
Sandy Potjunas
Sarah Case Talbott River Road Trust
SC Boy Scouts Council Inc.
School Sisters of Notre Dame Central Pacific Province, Inc.
School Sisters of Notre Dame, Region of Guam
[REDACTED] C/O Lafave, Wein & Frament, PLLC
[REDACTED] C/O Clark, Hunt, Ahern & Embry
[REDACTED] C/O Michael G. Dowd
[REDACTED]
Scott Michelson
[REDACTED] C/O Crew Janci LLP
Scout Troop 4200
Second Baptist Church
Seneca Waterways Council, Boy Scouts of America
Sequoia Council
Sergeant Konrad Wojciehowski
[REDACTED] C/O Berman O'Connor & Mann
[REDACTED] C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Sharon Giovingo
Sharon Richardson
[REDACTED] C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Shawn Pelletier
[REDACTED] C/O Simmons Hanly Conroy
Sheree Dodge
Sherrilynn Wood
Sherrye Howell
Shirley Williams
Silicon Valley Monterey Bay Council
Skylar Prestano
Sleepy Hollow Vineyards, L.P.
Society of Jesus, USA-Northeast Province

Southeast Louisiana Council
Southern California Scullers Club
Southern Shores Field Service Council
Southwest Bartholomew Volunteer Fire Department, Inc.
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Joseph Investment Fund, Inc.
St. Josephats R.C. Church
St. Paul's R.C. Church
St. Teresa R.C. Church
Stanley Bassett
[REDACTED] C/O Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C.
State of Wisconsin
Stephanie K. Jones
Stephanie Regalia
[REDACTED] C/O Crew Janci LLP
[REDACTED] C/O Law Offices of Mitchell Garabedian
[REDACTED] C/O Hart McLaughlin & Eldridge
Stephen White
Stephen Zanetti
[REDACTED] C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
[REDACTED] C/O The Panitch Law Group, P.C.
[REDACTED] C/O Crew Janci LLP
Steve Stenger

Steven Harris
Steven N. Brown
Strawbridge United Methodist Church
[REDACTED] C/O Michael G. Dowd
[REDACTED] C/O Michael G. Dowd
Suffolk County Council
Suffolk County Policy Department
[REDACTED] C/O Berman O'Connor & Mann
Susan Burk
Susan Reisinger
Susanna Otto
Susquenango Council
Sussex District Boy Scouts of America
T.B.C.P.C
T.B.S.O.A.I.
[REDACTED] C/O Herman Law
[REDACTED] C/O Lujan & Wolff, LLP
Tanner Bailey
Ten Mile River Scout Camps A/K/A Ten Mile River Scout Camps, Boy Scouts of America
[REDACTED] C/O Pfau Cochran Vertetis Amala PLLC
Terry A. Wright
[REDACTED] C/O Clark, Hunt, Ahern & Embry
Terry Zellers
Thad Alton
The Blessed Trinity R.C. Church
The Church of Jesus Christ of Latter Day Saints
The City of Irwindale
The County of Nassau
The Diocese of Rochester
The Estate of F.E. (Gene) Bobo
The Fidelis Care as a Trademark for the Centene Corporation
The Foundation of The Roman Catholic Diocese of Buffalo, N.Y., Inc.
The Hamlet of East Meadow
The Hartford Insurance Group
The National Boy Scouts of America Foundation

The Roman Catholic Diocese of Syracuse, NY
The School Sisters of Notre Dame Milwaukee Providence, Inc.
The Temple Congregation Adath Israel-B'rith Sholom Inc.
The Town of Hempstead
Theodore Roosevelt Council
Theresa Kennedy
Thomas Bogardu
[REDACTED] C/O Lujan & Wolff, LLP
Thomas Doering
Thomas Kiely
[REDACTED]
Thomas Lane
Thomas Larry
Thomas M. Thackeray
[REDACTED] C/O Michael G. Dowd
[REDACTED] C/O Gibson, McAskill & Crosby, LLP
Thomas Scott
[REDACTED] C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
[REDACTED]
Three Fires Council
Tidwald Law
Tiffany Riggs
[REDACTED] C/O Rebenack, Aronow, Mascolo, LLP
[REDACTED] C/O Crew Janci LLP
[REDACTED] C/O Paul Mones
Timothy Black C/O Law & Moran, Attorneys at Law
Timothy Fedor
[REDACTED] C/O Berman O'Connor & Mann
Timothy Savage
[REDACTED] C/O Crew Janci LLP
Todd Puccio
Tom Hartmann
Tomas A. Camacho
Town of Deerfield
Town of Trumbull

Trapper Trails Council
██████████████ C/O Green & Gillispie
Travis Leppi
Trent Herlihy
Trevor B. Paulson
████████████████ C/O Crew Janci
LLP
Troop #7354
Troop 141 BSA
Twin Rivers Council
Union United Methodist Church
United Services Automobile Association
Unitedhealthcare Insurance Company
USA Northeast Province of The Society of
Jesus
██████████████████ C/O Law
Offices of Anthony M. Demarco
Valerie Mcgriff (Gawle)
Varteni Yerjanian
Vern Iverson
Vernon Wunnenberg
██████████████ C/O Lujan & Wolff,
LLP
████████████ C/O Lujan & Wolff, LLP
██████████████████ C/O Lujan &
Wolff, LLP
██████████████ C/O Lujan & Wolff,
LLP
Victor Caps
██████████████ C/O David Luna
Vincent Liberto
████████████ C/O Andrea E. Bonina
Virgil Sanders
Virginia Adkins
Walgreen Company
██████████████ C/O Rebenack, Aronow,
Mascolo, LLP
Washington Crossing Council
Wayne Farrar
██████████████ C/O Berman O'Connor
& Mann
Weedsport Central School District
Westchester Putnam Council
Westlake Hills Presbyterian Church
██████████████ C/O Crew Janci LLP

██████████████████████████ C/O
Dumas Law Group, LLC (A/K/A Dumas
& Vaughn Attorneys at Law)
William Bewley
William Brannon
William Edward Bewley
██████████████ C/O Crew Janci LLP
██████████████ C/O Green & Gillispie
William Greenwald
William Hoke
██████████████████ C/O Paul Mones
██████████████████ C/O Crew Janci LLP
██████████████████ C/O Robins Kaplan LLP
William Pugh
William Pugh Jr
William Rick Bailey
William Rish Jr
William Ruscoe
██████████████ C/O Crew Janci LLP
██████████████ C/O Rebenack, Aronow,
Mascolo, LLP
William Short
██████████████ C/O Green & Gillispie
██████████████ C/O Parker Waichman LLP
████████████████████████
██████████████ C/O Rubenstein & Rynecki
XYZ Corporation
XYZ Corporation 1-100
XYZ Entities 1-100
XYZ Insurance Corporation
Yucca Council
Zachary Babel
██████████████████████████ C/O
Clark, Hunt, Ahern & Embry
Zachary Schmidt
Zachary Spahr
Zorro Ragsdale

<u>**Schedule 1(l)**</u>

**Professionals to be Retained by the Debtors**

Alvarez & Marsal North America, LLC
Bates White LLC
Haynes & Boone, LLP
KCIC, LLC
Morris, Nichols, Arsht & Tunnell LLP
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Omni Agent Solutions
Sidley Austin LLP

## Schedule 1(m)

### Professionals Representing Certain Parties in Interest

AlixPartners LLP
Ankura Consulting Group, LLC
Berkeley Research Group, LLC
Kramer Levin Naftalis & Frankel LLP
Norton Rose Fulbright US, LLP
Pachulski Stang Ziehl & Jones
PJT Partners, Inc.
Wachtell, Lipton, Rosen & Katz
Young Conway Stargatt & Taylor, LLP

## Schedule 1(n)

### Ordinary Course Professionals

An, Tian, Zhang & Partners
Bassford Remele PA
BAX Advisors LLC
Bays Lung Rose Holma Attorneys at Law
Bond, Schoeneck & King PLLC
Boone Karlberg P.C.
Carolina Fridman Law Corporation
CCPIT Patent & Trademark Law Office
Christopher T Hurley & Associates P.C.
Civille & Tang PLLC
Clarke Silverglate P.A.
Connell Foley LLP
Cranfill Sumner & Hartzog LLP
Crotty & Schiltz LLC
Dentons US LLP
Foland, Wickens, Roper Hofer & Crawford, P.C.
Fox Rothschild LLP
Gerolamo Mcnulty Divis & Lewbart, P.C.
Grefe & Sidney, P.L.C.
Gruber Thomas & Co.
Harper & Pearson
Hawley Troxell Ennis & Hawley LLP
Hecht, Latham Spencer & Associates, Inc.
Heplerbroom LLC
Herman Law Firm P.A. Trust Account
Hinshaw & Culbertson LLP
Howard & Co., LLP
Hueston Hennigan
Keleher & McLeod PA, Attorneys at Law
Keller & Almassian, PLC
Kipp and Christian, P.C.
Kosnoff Fasy PLLC Trust Account
LCG Associates, Inc.
Lightfoot Franklin & White LLC
Locke Lord LLP
Mandell Menkes, LLC
Mark Gallagher Attorney
Markowitz Herbold PC
McAngus Goudelock & Courie
McGuire Woods LLP
McGuire, Craddock & Strother, P.C.
McLane Middleton, Prof. Assoc.

Mead & Hunt, Inc.
Melick Porter, LLP
Miller & Martin PLLC
Miller, Johnson, Snell & Cummiskey, P.L.C.
Milliman Inc.
Milliman USA Inc.
Mitchell Garabedian Attorney
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C
MNP LLP
Nicholas W Mulick PA
Nigro Karlin Segal & Feldstein
Park Dietz & Associates, Inc.
Perkins Coie
PricewaterhouseCoopers LLP
Quinn Emanuel Urquhart & Sullivan LLP
Ruhter & Reynolds, Inc.
Saul Ewing LLP
Scheper Kim & Harris, LLP
Sheehy Ware & Pappas PC
Sitlinger & Theiler
Steptoe & Johnson PLLC
Stich, Angell, Kreidler, Dodge & Unke, P.A.
Stillwell Midgley PLLC
Stites & Harbison PLLC
Taylor, Porter, Brooks & Phillips, L.L.P.
Texas Medical Legal Consultants
Thompson Coe & O'Meara LLP
Towers Watson Delaware, Inc.
Upshaw Williams Biggers
Vinson & Elkins LLP
White and Williams LLP
Whitney Smith Company Inc.
Wicker, Smith, O'Hara, McCoy, & Ford, PA
Wiggin & Dana LLP
Wilson Elser Moskowitz Edelman & Dicker LLP
Winston & Strawn LLP

## **Schedule 1(o)**

## **Tort Claimants Committee**

Christopher Desmond Haywood
Douglas A. Kennedy
John Humphrey
Jorge Tabon
Jorge Vega
Morgan Wade Paul
Richard Halvorson
Robb Lawson
Robert Grier

## <u>Schedule 1(p)</u>

## Unsecured Creditors Committee

Girl Scouts of the United States of America
Lion Brothers Company Inc.
Pearson Education, Inc.
Pension Benefit Guaranty Corporation
Roger A. Ohmstede

**<u>Schedule 1(q)</u>**

**Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims
Asserting Claims Against the Debtors**

Andreozzi & Associates, P.C.
Ava Law Group, Inc.
Bondurant, Mixson & Elmore, LLP
Crew Janci LLP
Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Green & Gillispie
Gregg, Hunt, Ahern & Embry Attorneys at Law
Hurley McKenna & Mertz, P.C.
Jeff Anderson & Associates, PA
Kosnoff Law
Law Offices of Mitchell Garabedian
Lindsay Hart, LLP
Lujan & Wolff, LLP
Marsh Law Firm
Merson Law
Michael G. Dowd
Paul Mones
Penn Law Group
Pfau Cochran Vertetis Amala PLLC
Rebenack, Aronow, Mascolo, LLP
Robins Kaplan LLP
Rubenstein & Rynecki
Sweeny Reich & Bolz, LLP
Thomas Law Office, PLLC

## Schedule 1(r)

## Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)[3]

American Engineers & Contractors
Anne Terry
Bradley Farmer
C. Michael Hoover Jr.
C. Wayne Brock
███████████████████████
David J. Ross II
Donald McChesney
Gary Butler
Hugh Travis
Jeffrey Hunt
John Green
Judith Ratcliffe
Kathy Sue Stone
Kenneth L. Connelly
Michael Surbaugh
NCS Pearson, Inc.
█████████████████████████
Quad/Graphics, Inc.
Raymond L. Blackwell
Richard Lehr
Robert J. Mazzuca
Robert Tuggle
Roy L. Williams
Thomas H. Fitzgibbon
Thomas Harrington
Thomas Varnell

---

[3] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, certain information has been redacted from this list.

## Schedule 1(s)

## Deferred Compensation and Restoration Plan Participants

Alan Lambert
Alfred D Morin
John Andrews
Anne Terry
Bonnie H Bishop
Bradford C Allen
Bradley Farmer
C. Wayne Brock
C Michael Hoover Jr
C Wayne Brock
Pamela E. Carroll
Danny R. Clifton
John A. Coyle
David J Ross Ii
Donald McChesney
Douglas S Smith Jr
Erik L Nystrom
Erin Eisner
Frances Lynne Park
Frederick Wallace
Gary Butler
Jeffrie A. Herrmann
Mark Holtz
J Carey Keane
Jeffrey Hunt
John Green
John Mosby
Joseph S Coco
Judith Ratcliffe
Justin McCarthy
Kathy Sue Stone
Kendrick Miller
Kenneth L Connelly
Randall Kopsa
Albert Kugler
Lawrence F Potts
Lawrence L Otto
Mark Logemann
Robert J. Mazzuca
Michael Ashline
Michael Kaufman
Michael Surbaugh

Alfred D Morin
Patrick Sterrett
Ponciano Duran
John Primrose
Raymond L Blackwell
Richard J Mathews
Robert J Mazzuca
Robert Tuggle
Roger A Ohmstede
Ron Oats
Ronald K Hegwood
Roy L Williams
Steven P. McGowan
Michael Surbaugh
Thomas H Fitzgibbon
Thomas Harrington
Hugh Travis
Thomas Varnell
Harold Watson
Willie Iles Jr.

**Significant Contract Counterparties**

3096-3227 Quebec Inc/Groupe Access
501c Services
Accelogix LLC
Ace Adventure Resort Inc.
Adobe Systems Inc.
AdvantageCS
Adven Capital Group LLC
Adventures WV
Alert Logic Inc.
Amazon Web Services Inc.
American Audio Visual Inc.
American Electric Equipment Inc.
American Food & Vending Corp
AMS America Inc.
Arnica Software Corp
Arrow Capital Solutions Inc.
AT&T (5019)
AT&T Capital Services, Inc.
AT&T Mobility
Automatic Data Processing Inc.
Avalara Inc.
Ayers Construction
Ayoka LLC
Blackbaud Inc.
Brown & Bigelow, Inc.
Butch Whitten Construction
Buxton Company
CEC Facilities Group LLC
Certain Inc.
CircuiTree, LLC
Constellation NewEnergy, Inc.
Corra Technology Inc.
Datamax
Dci / Shires Inc.
Dci Shires
Dupont Hotel Project Owner LLC
Durham School Services, L.P.
First Advantage Lns
First Maintenance Company
Freeman Decorating Co
Gaylord National Resort And Convention
    Center

Gaylord Texan Resort And Convention
    Center
Glas
Golin Harris International Inc.
Grant Thornton
Groupe Access
High Towers Wood, Welding & Fabrication,
    Inc.
Hyatt Regency Atlanta, Inc.
Hyatt Regency Dallas
Hyatt Regency New Orleans
IBM
Iidon Inc.
ImageNet Consulting LLC
Infosys
Infosys Limited
Insight Investments LLC
JDA Software Inc.
Ksquare Solutions Inc.
Lumos Networks
Maitreyi Consultants Inc.
Manchester Grand Hyatt
Mark Monitor Inc.
Meetings By Design Inc.
MetLife
Mi9 Retail Na Corp
Microsoft Services
Mimeo.com Inc.
Montclair State University
Morneau Shepell Limited (formerly known
    as Mercer Inc.)
MuleSoft Inc.
MXD Group Inc.
Naturally Slim
Nelson Westerberg/Atlas Van Lines
NTT Com Security (US) Inc.
Oracle America Inc.
Perimeter International
Philadelphia Marriott Downtown
Raymond Leasing Corporation
RCG Global Services Inc.
Riskonnect Inc.
River Expeditions

Robot And Pencils
Rpe Outsourcing, LLC
S & Me Inc.
Shawn H Jackson
Sheraton Birmingham
Skillsoft Corporation
Southern Air, Inc.
Sovos Compliance LLC
Sun Life Assurance Company of Canada
Tech Plan Inc.
The Vitality Group LLC (TVG)
Thomas Hjellming
Town Sports International Holdings, Inc.
United Healthcare
Unum
Upp Technology
Upper Keys Marine Construction, LLC
Verifone
VSP
Wage Works
Weston Solutions Inc.
Yeti Coolers, LLC

## **Schedule 1(u)**

## **Significant Customers**

A-B Emblem
Classb
Flemington Dept. Store
Ramsey Outdoor Store
The Moritz Embroidery Works, Inc.

## Schedule 1(v)

### Significant Donors

Abigail Maddi
America's Charities
Anadarko Petroleum Corporation
Blake Family Trust
Dean Wm. Carr, Jr. Trust
Estate of Allen C. Weiss
Estate of Ingeborg M. Borre
Estate of Steven C. Schoger
Estate of Thomas Parissidi
Fowler Family Fund
Gorini & Gorini LLP
Greater Kansas City Community Foundation
H P Farrington Trust C/O Bank of America
H. P. Farrington - HPF Foundation RSDY
Insurance Auto Auction
James S. Turley
John C. Jadel
John D. Harkey
John D. Tickle
John E. Link
Krevsky, Silber & Bergen
Lonnie C. Poole
Murray Energy Corporation
Mutual of Omaha Insurance Company
Publishing Concepts, L.P.
R. Doyle Parrish
Robert Cruickshank
Stephen D. Bechtel, Jr. Foundation
Steven A. Antoline
Steven E. Zachow
The James Annenberg La Vea Charitable Foundation
The Walter R. Wormell Trust
Tilden Family Philanthropy Fund
Todd L. Johnson
Tridave, LLC

**Significant Vendors**

| | |
|---|---|
| 1-800-Pack-Rat | Diamond Brand Canvas Products |
| Ace / Esis | Eagles Nest Outfitters, Inc. |
| Ace Adventure Resort Inc. | EAN Services LLC |
| Ace American Insurance Company | Eco Structures Australia Pty LTD |
| Adventure Medical/Tender Corp | Egroup Recognition |
| Allied Rentals Inc. | Eski Inc. |
| American Airlines | Facebook Inc. |
| American Outdoor Products | FedEx |
| AR & JO & MH LLP | Fenwick & West LLP |
| Aspen Corporation | Fidelity Retirement Services |
| Automotive Rentals Inc. | Fiji Elevator Company |
| AVIO Consulting LLC | Forest Fitness LLC |
| Barebones Systems | FTI Consulting Inc. |
| Barkley House Ii Inc. | G&G Outfitters Inc. |
| BC Sales And Sourcing | Gateway Press Inc. |
| Berman O'Connor & Mann | General Datatech LP |
| BHG Structured Settlements Inc. | Gerald Magar Jr |
| Bison Designs LLC | Gilbert LLP |
| Boxley Aggregates of West Virginia LLC | Gillmann Services Inc. |
| Boy Scouts GA Recon Acct | Gregory M Skinner |
| Boy Scouts of America Recon Clearance | GSI Outdoors Inc. |
| BSA Florida Sea Base BPC | GSR LLC |
| BSA Parents Inc. | Guinn Consulting LLC |
| Buzzshift Inc. | Health Special Risk Inc. |
| Cai Design Inc. | Hike America |
| Calypso Water Sports & Charters, Inc. | Hintz Targeted Marketing, LLC |
| Capital Printing Co | Insigniam Performance LP |
| Capitol Business Equipment | Jesse Scofield Productions LLC |
| CDW Direct, LLC | Jurisprudent Deferral Solutions LLC |
| Chasan & Walton LLC | Kahoot Products Inc. |
| Coleman Co Inc. | Klymit (Argon Technologies) |
| Compass Group USA Inc. | KT Brown Consulting LLC |
| Computer Digital Imaging Corporation | Kuehne and Nagel |
| Council Unemployment | Labatt Food Service |
| Covington & Burling LLP | Leatham Family LLC |
| Cramer Security & Investigations Inc. | Leatherman Tool Group Inc. |
| Crest Craft Company | Lewis A Whitten |
| Crown Awards | Liberty Mountain Sports LLC |
| Crystal Bay Corporation | Low Impact Excavators Inc. |
| David W McKeehan | Lowe's Companies, Inc. |
| Davis Polk & Wardwell LLP | Macro Integration Services Inc. |
| Deprez Travel Bureau Inc. | Magic Novelty Co Inc. |
| Derby Worx Inc. | Marriott Business Services |

Marriott International
Marsh & McLennan Agency LLC
McGovern & Company
Mercer
Mittera Group
Morris & Player PLLC
MTM Recognition Corp
Mutual of Omaha Structured
Myers Lawn Care Services
NCS Pearson Inc.
Nichols Kaster PLLP
Optum Health Bank
Oregon Freeze Dry Inc.
Orkin
Osprey Packs, Inc.
Out Island Sailing Adventures LLC
Pacific Life & Annuity Services Inc.
Paradies Gifts Inc.
Paramount Builders LLC
Paramount Headwear Inc.
Partnership Employment Dallas LLC
Peak Industries Inc.
Peiyork Intl Co Inc.
People 2.0 Global Inc.
Pray Publishing
Pro-Honor Design & Casting
Quad Graphics Inc.
Renegade Productions Inc.
Royle Printing Co
Ryder Last Mile Inc.
Saunders Staffing Inc.
Schwebel Goetz & Sieben PA
Shamrock Foods Company
Shutterstock Inc.
Silver Creek Leather Co
Silver Golub & Teitell LLP
Stamps.Com
Stange Company Inc.
State Board of Equalization
Strategic Orient Sourcing
Sunbelt Rentals
Supplyone Rockwell, Inc.
Symphonix Solutions Inc.
Syncb/Amazon
Sysco South Florida Inc.

Target Creative Group Inc.
Texas State Comptroller
The Duck Company
The McClellan Law Firm A/C Trust Fund
The Special Event Company
The Thrasher Group, Inc.
Thiel Law Office PLLC
Thorlo, Inc.
Tower Legal Staffing Inc.
Trainham Cattle Company
Transportation Management Services
True Digital Security Inc.
Ugly Mugz
Unblind Productions Inc.
US Foods, Inc.
USPS / Eps
Vandalia Bronze
Vigna Information System LLC
Vision Service Plan
Vista Outdoor Sales LLC
Wagner Equipment Company
Wealth-X LLC
White Wilderness Inc.
Wolverine World Wide Inc.
World Scout Bureau
World Scout Foundation
World Scout Shop LTD
Yadgarov & Associates PLLC
You Are Here LLC

## Schedule 1(x)

## Significant Taxing Authorities

Acadia Parish School Board
Alabama Attorney General's Office
Alabama Securities Commission
Arizona Corporation Commission
Arizona Dept. of Revenue
Arkansas Dept. of Finance
Ascension Parish Sales Tax Authority
Assumption Parish
Avoyelles Parish School Board
Beauregard Parish Sales Tax
Bossier City - Parish
Caddo Shreveport Sales
Calcasieu Parish School Board
California Department of Justice
Canada Revenue Agency
Capitol Corporate Services Inc.
Charleston County
City of Canon City
City of Chicago - Dept. Of Revenue
City of Colorado Springs
City of Craig Alaska
City of Davenport
City of Detroit
City of Grand Junction Finance
City of Greenwood Village
City of Gustavus
City of Johnson City
City of Knoxville
City of Kodiak
City of Lakewood
City of Loveland
City of Melbourne
City of Palmer
City of Pueblo
City of Seattle
City of Steamboat Springs
City of Tacoma
City of Thorne Bay
Collin County Tax Assessor Collector
Colorado Dept. of Revenue
Colorado Secretary of State
Commonwealth of Massachusetts
Commonwealth of Pennsylvania

Commonwealth of Puerto Rico
Commonwealth of Virginia
Concordia Parish School Board
Connecticut Public Charity Unit
DC Treasurer
Delaware Secretary of State
Denton County Tax Assessor Collector
Departamento De Finanaz, Municipio
    Autonomo De Guaynabo
City of New Orleans, Department of
    Finance Bureau
Department of The Treasury, IRS
Desoto Parish Sales
East Feliciana Parish
False Alarm Reduction Unit, County of
    Fairfax (VA)
Florida Department of Revenue
Florida Department of State
Florida Dept. of Agri & Consumer Svcs
Forsyth County Tax Collector
Fred Sisk Knox County Trustee, County of
    Knox
Georgia Secretary of State
Grant Parish School Board
Harris County Sheriff's Office Alarm Detail
Iberia Parish School Board
Illinois Charity Bureau Fund
Illinois Department of Revenue
Iowa Dept. of Revenue And Finance
Jackson Parish Sales Tax Collection
Jefferson Davis Parish School
Jefferson Parish Sheriff's Office
Jefferson Parish Tax Collector
Kansas Department of Revenue
Kansas Secretary of State
Kentucky State Treasurer
Lafayette Parish School Board
Lafourche Parish School Board
Lincoln Parish
Livingston Parish School Board
Louisiana Dept. of Justice
Louisiana Dept. of Revenue And Taxation
Maine Revenue Services

Maricopa County Treasurer
Mass DOR (Dept. of Revenue)
Massachusetts Dept. of Revenue
Maryland Secretary of State
Michigan Dept. of Treasury
Minister of Finance - Manitoba
Minnesota Dept. of Revenue
Montana Secretary of State
Monterey County Tax Collector
Montgomery County
Morehouse Sales & Use Tax Commission
Minnesota Pollution Control Agency (MPCA)
MS Secretary of State
NC Department of Revenue
Nebraska Dept. of Revenue
Nevada Secretary of State
New Mexico Secretary of State
New Mexico Taxation & Revenue Dept.
New York Sales Tax Bureau
New York State Corporation Tax
New York State Dept. of Law
NJ Division of Consumer Affairs
NM Taxation & Revenue Dept.
North Carolina Secretary Of State
NV Stmt of Business Publication
Office of State Tax Commissioner, North Dakota
Office of The Attorney General, California, Registry of Charitable Trusts
Ohio Attorney General
Ohio Treasurer of State
Oklahoma Secretary of State
Oklahoma Tax Commission
Orange County Tax Collector
Oregon Dept. of Justice
Pa Dept. of Labor & Industry
Parish of East Baton Rouge
Parish of Iberville
Parish of St Bernard
Parish of Terrebonne
Plaquemines Parish
Puerto Rico Department of The Treasury
Rapides Parish
Sabine Parish
Sacramento County

Sales And Use Tax Office, St. John The Baptist Parish
SBC Tax Collector, County of San Bernardino
SD Secretary of State
Secretary of State - ND
Secretary of State of Rhode Island
Shelby County Trustee- David Lenor
South Carolina Department of Revenue
South Carolina Secretary of State
South Dakota Dept. of Revenue
St Charles Parish School Board
St James Parish School Board
St Landry Parish School Board
St Martin Parish School Board
St Mary Parish
St Tammany Parish Sheriff's DPT
State Board of Equalization, California
State of Alaska
State of Connecticut
State of Delaware
State of Georgia
State of Maine
State of Maryland
State of Minnesota
State of New Hampshire
State of NJ-Sales & Use Tax
State of Rhode Island Division/ Taxation
State of Rhode Island General Treasurer
State of Tennessee
State of Washington Dept. Of Revenue
State of Wyoming
State Tax Commission, Mississippi
State of Idaho Tax Commission
Tangipahoa Parish School System
Tarrant County Tax Assessor-Collector
Tax Collector Monroe County FL
Taxation & Revenue Department, Monroe, Louisiana
Taxation & Revenue Dept., Santa Fe, New Mexico
Tennessee Dept. of Revenue
Texas State Comptroller
The City of Cortez
Treasurer of Virginia
Treasurer State of Connecticut

Treasurer State of Ohio
Treasurer, City of Memphis
U.S. Department of Homeland Security,
    Customs and Border Protection
Utah Department of Agriculture And Food
    (UDAF)
Union Parish
United States Department of The Treasury
Utah Dept. of Commerce
VDH - Bedding, Commonwealth of Virginia
Vermillion Parish School Board
Vermont Department of Taxes
Vernon Parish School Board
Virgin Islands Bureau of Internal Revenue
Washington County Trustee
Washington Office of Insurance
Washington Parish
Washington Secretary of State
Webster Parish School Board
West Baton Rouge Parish
West Feliciana Parish School BD
West Virginia Division of Labor
West Virginia Secretary of State
West Virginia State Tax Dept.
WI Dept. of Financial Institutions
Winn Parish
Wisconsin Department of Revenue
WV Secretary of State

## Schedule 1(y)

### Significant Utility Providers

AAF Hauling Inc.
Advanced Disposal
Allstream Business Us Inc.
Amerigas
Appalachian Power
Aspen Waste Systems, Inc.
AT&T
AT&T - Opus
AT&T Mobility
AT&T Wireless
Cablevision Systems Corporation
CenterPoint Energy
CenturyLink
City of Charlotte
City of Irving - Utility Billing
City of Irving - Municipal Services Bill
City of Mount Hope - Sewer
City of Mount Hope - Water
Claro Puerto Rico
Consolidated Communications
County of Colfax
Crosier's Sanitary Service Inc.
Dakota Electric Association
Direct Communications Rockland
Direct Energy Business, Inc.
Duke Energy
EarthLink (Windstream)
EarthLink Business
Eversource
Ferrellgas
Florida Keys Aqueduct Authority
Florida Keys Electric Cooperative
Frontier Communications
Getronics Pomeroy IT Solutions
Granite Telecommunications
Keys Energy Services
Kit Carson Electric Cooperative
Lake Country Power
Level 3 Communications LLC
Lumos Networks
Lumos Networks DBA Segra
Mountaineer Gas Company

National Grid
Northern New Mexico Gas
Oak Hill Garbage Disposal Inc.
Pacific Centrex (Datavo LLC)
Piedmont Natural Gas Company
Plyler Paper Stock Co Inc.
Raleigh County Solid Waste
Republic Services, Inc.
Shentel
Sierra Communications, Inc.
Springer Electric Cooperative, Inc.
Time Warner Cable
Tri-County Electric Cooperative Inc.
Trophy Club Muds
Verizon Wireless
Village of Cimarron
Waste Connections, Inc.
Waste Management
Waste Management - Blaine MN
Waste Management Florida
Waste Management- Ft Worth Hauling
Waste Management Lewisville Hauling
Waste Management of Denver
Waste Management of Michigan Inc.
West Virginia American Water
West Virginia American Water Co
White Oak Public Service District
Windstream Communications Inc.
Wow! Business
Xcel Energy
Zia Natural Gas Company

**Schedule 1(z)**

**U.S. Trustee, Judges, and Court Contacts for the District of Delaware**

Agarwal, Robert
Hon. Ashley M. Chan
Benjamin Hackman
Hon. Brendan L. Shannon
Brian Cavello
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Christine Green
Hon. Christopher S. Sontchi
Claire Brady
Danielle Gadson
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Donna Grottini
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Janet Moore
Jeffrey Heck
Jill Walker
Hon. John T Dorsey
Juliet Sarkessian
Hon. Karen B. Owens
Karen Starr
Karen Strupczewski
Hon. Kevin Gross
Laura Haney
Lauren Attix
Laurie Capp
Hon. Laurie Selber Silverstein
Linda Casey
Linda Richenderfer
Lora Johnson
Marquietta Lopez
Hon. Mary F. Walrath
Michael Panacio

Nancy Hunt
Rachel Bello
Rachel Werkheiser
Ramona Vinson
Richard Schepacarter
Shakima L. Dortch
Sherry Scaruzzí
T. Patrick Tinker
Timothy J. Fox Jr.
Una O'Boyle

**Exhibit A-3**

**Disclosures Regarding Relationship with Potential Parties in Interest**

In connection with the proposed retention of Claro to provide consulting and expert witness services to the Tort Claimants' Committee, Claro has been provided a list of the Debtors' creditors and other persons identified as parties-in-interest in the Debtors' bankruptcy cases. Claro's conflicts check is done by searching a computer database maintained by Claro for the specified names listed in Exhibit A-2. Claro has not been provided, nor has it searched the names of any parents, subsidiaries, or affiliates of the entities listed in Exhibit A-2, and it is possible that Claro has been engaged by some of these entities in matters unrelated to the Debtors or this bankruptcy. If the information provided to Claro for use in the search of Claro's database contains a misspelling, a connection could have been missed. However, no known misspellings are believed to exist. Additionally, due to the magnitude of the aforementioned Claro computer database, many common names (for example, those of common individual surnames, etc.) appear repetitively.

Claro has identified and included in the list below the persons/entities to whom/which Claro currently has a relationship or a connection in matters unrelated to this bankruptcy case.

**<u>Parties with whom Claro has a relationship or a connection</u>:**

ABC Insurance
ACE
ACE
Adobe Systems Incorporated
ADP, LLC
Advanced Disposal
Aetna Casualty & Surety Company
Agricultural Excess & Surplus Insurance Company
AIG
Alix Partners
Allianz Global
Allianz SE
Allied World Assurance Company
Alterra
Alvarez & Marsal North America
Amazon Web Services, Inc.
American Agricultural Insurance Company
American Express
American Guarantee And Liability Insurance Company
American Re-Insurance Company
Amerigas
Anadarko Petroleum Corporation
Ankura Consulting Group LLC

Arch
Arch Capital Group Ltd
Arch Reinsurance Ltd.
Argonaut Insurance Company
Arizona Department of Revenue
Arkansas Dept of Finance
Arrowood Indemnity Company
Arrowpoint Capital Corporation
Aspen
AT&T
AT&T Capital Services, Inc.
AT&T Mobility, LLC
Ategrity
Atlas Van Lines, Inc
AXA
AXA XL
Axis
AXIS Capital Holdings Limited
Axis Surplus Insurance Company
Bank of America Merchant Services
Bank of America, N.A.
BC Sales and Sourcing
Beazley Insurance Company, Inc.
Berkeley Research Group
Berkshire Hathaway Insurance Group

1

Blackrock, Inc.
Bond, Schoeneck & King PLLC
Bondurant, Mixson & Elmore, LLP
Boy Scouts of America[10]
California Department of Justice
California Union Insurance Company
Capitol Corporate Services, Inc.
CDW Direct LLC
CenterPoint Energy, Inc.
Century Indemnity Company
CenturyLink
Charles Schwab & Co. Inc.
Chase Mht Bank
Chase Paymentech
Chubb Atlantic Indemnity Ltd.
Chubb Custom Insurance Company
Chubb Group of Insurance Companies
Clarendon America Insurance Co.
Clarendon National Company, Insurance
CNA
Colony Insurance Co.
Colorado Dept of Revenue
Columbia Casualty Company
Commonwealth of Massachusetts
Commonwealth of Pennsylvania
Commonwealth of Virginia
Connell Foley LLP
Consolidated Communications
Constellation NewEnergy, Inc.
Continental Insurance Company
Covington & Burling LLP
Davis Polk & Wardwell LLP
Delaware Secretary Of State
Dentons US LLP
Discover Card
Duke Energy Corporation
Ean Services, LLC
Eisenberg, Rothweiler, Winkler
Endurance American Insurance

Endurance American Specialty Insurance
Company
Enstar
Evanston Insurance Company
Everbank Commercial Finance, Inc.
Everest National Insurance Company
Everest Re Group, Ltd
Facebook, Inc.
Fairfax Financial Group
Federal Insurance Company
FedEx Corporation
Ferrellgas, Inc.
Fifth Third Bank
Firemans Fund Insurance Company
First Bank
First Specialty Insurance Corporation
First State Bank
First State Insurance Company
Florida Department of Revenue
Florida Department of State
Ford Motor Company
Fox Rothschild LLP
Frontier Communications
FTI Consulting
Gemini Insurance Company
Gilbert LLP
Global Payments Inc.
Goldman Sachs
Granite Telecommunications, LLC
Grant Thornton LLP
Great American Assurance Co.
Great American E&S Insurance Company
Great American Insurance Company
Great American Property & Casualty
Gulf Insurance Company
Hacker Coverage Dispute
Hallmark Specialty Insurance Company
Harbor Insurance Company
Hartford Accident & Indemnity Co.
Hartford Financial Services Group Inc.

---

[10] Prior to the petition date, Claro engaged in informal discussions with certain counsel to Boy Scouts to provide more information about Claro's capabilities in the context of this matter. Claro was not asked to make a formal proposal and did not make a formal proposal. Claro never received any confidential information in connection with the discussions, and the discussions never progressed beyond what is described above. Claro makes this disclosure out of an abundance of caution to help ensure there is not any dispute that Claro is a disinterested party.

DOCS_SF:106055.3 85353/002

Hartford Fire Insurance Company
Hartford Insurance Company
Haynes and Boone, LLP
Hinshaw & Culbertson LLP
Houston Casualty Company
IBMS, LLC
Illinois Department of Revenue
Indemnity Insurance Company of N.A.
Indian Harbor Insurance Company
Infosys Limited
Insurance Company of North America
Insurance Company of the State of
Pennsylvania
International Business Machines, Corp.
International Insurance Company
Interstate Fire and Casualty Company
Iowa Department of Revenue
J.P. Morgan Chase Bank
James Kennedy
James Stillwell, Jr
Kansas Dept of Revenue
Kansas Secretary of State
Key Equipment Finance
Kuehne and Nagel, Inc.
Labatt Food Service
Landmark Insurance Company
Law Offices of Mitchell Garabedian
Level 3 Communications, LLC
Lexington Insurance Company
Liberty Insurance Underwriters, Inc.
Liberty Mutual Insurance Company
Liberty Surplus
Lloyds of London
Locke Lord LLP
London Market Insurers
Louisiana Department of Revenue
Lowes Companies Inc
Maricopa County Treasurer
Markel American Insurance Company
Markel Corporation
Marriott Business Services
Marriott International, Inc.
MasterCard
McGuire Woods LLP
McGuire, Craddock & Strother PC
Mercer, LLC

Merrill Lynch, Pierce, Fenner & Smith Inc.
Michigan Department of Treasury
Miller, Johnson, Snell & Cummiskey PLC
Minnesota Department of Revenue
Montgomery County
Morris, Nichols, Arsht & Tunnell LLP
Munich Re
National Casualty Company
National Grid
National Surety Corporation
National Union Fire Insurance Company of
Pittsburgh, PA
Navigators Group, Inc.
Navigators Insurance Co.
Nelson Westerberg, Inc.
New Mexico Taxation & Revenue
Normandy Reinsurance Company, Ltd.
North Carolina Department of Revenue
Norton Rose Fulbright LLP
Ogletree, Deakins, Nash, Smoak & Stewart,
P.C.
Ohio Attorney General
Ohio Treasurer of State
Oklahoma Secretary of State
Oklahoma Tax Commission
Old Republic General Insurance Group
Oracle America Inc
Orkin Incorporated
Pachulski Stang Ziehl & Jones LLP
Pacific Employers Insurance Company
Pacific Indemnity
Pension Benefit Guaranty Corporation
People 2.0 Global Inc
Perkins Coie
Pfau Cochran Vertetis Amala
Plaquemines Parish Assessor
PNC Financial Services
PriceWaterhouseCoopers
Quad/Graphics, Inc.
Quinn Emanuel Urquhart & Sullivan
Republic Services, Inc.
Robins Kaplan LLP
Roman Catholic Parish of St. Frances
Xavier Cabrini
Royal Indemnity Company
RSUI Group, Inc.

RT Specialty
Schwebel, Goetz & Sieben
Scotiabank & Trust, Ltd.
Sheehy Ware Pappas
Sidley Austin LLP
SOMPO Holdings, Inc.
South Carolina Department of Revenue
St. Benedict Joseph Labre Church
St. Catherine's Roman Catholic Church
School
St. Paul Surplus Lines Insurance Company
Starr Indemnity & Liability Co.
Starr Specialty Lines
State Board of Equalization
State of Connecticut
State of Delaware
State of Georgia
State of Maryland
State of Minnesota
State of New Hampshire
State of Tennessee
State of Wisconsin
Steadfast Insurance Company
Steptoe & Johnson
Stites & Harbison, PLLC
Swiss Re
Tennessee Department of Revenue
Texas Comptroller of Public Accounts
The Cincinnati Insurance Companies
The Commonwealth of Puerto Rico
The Hartford Steam Boiler Inspection
The Roman Catholic Diocese of Rochester,
New York
The Travelers Companies
The Travelers Indemnity Company
Thompson Coe, Cousins & Irons, LLP
Time Warner Cable, Inc.

Traders and Pacific Insurance Company
Travelers Casualty and Surety Company
Twin City Fire Insurance Company
U.S. Customs and Border Protection
United Healthcare
United Healthcare
United States Department of Treasury
United States Fire Insurance Company
Unum Life Insurance Company of America
US Bank National Association
US Foods, Inc.
Utica Mutual Ins. Co.
Verizon Wireless
Vinson & Elkins LLP
Visa, Inc.
Vista Outdoor Sales LLC
W.R. Berkley Corporation
Walgreen Co., Inc.
Waste Management, Inc.
Wells Fargo Bank, N. A.
Wells Fargo Financial Leasing, Inc.
West Virginia Secretary of State
West Virginia State Tax Department
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance
Company
White and Williams LLP
Wiggin & Dana
Wilson, Elser, Muskowitz & Edelman
Winston & Strawn LLP
Wisconsin Department of Revenue
Xcel Energy
XL Catlin
XL Dublin
Yeti Coolers, LLC
Young Conway Stargatt & Taylor
Zurich