## **Exhibit A**

September 16, 2021 Email from Century Demanding Mediation Materials

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Thursday, September 16, 2021 8:18 PM
**To:** Topper, Paige; John W. Lucas; Remington, Tori; mjoyce@mjlawoffices.com; larmenti@cmg.law; mhrinewski@cmg.law; bcl@crlaw.com; stamoulis@swdelaw.com; Svirsky, Gary; Kirschenbaum, Andrew; joe@saunderslawyers.com; robert.kugler@stinson.com; ed.caldie@stinson.com; ciardi@ciardilaw.com; wgouldsbury@ciardilaw.com; John Bonina; klauder@bk-legal.com; Michael Pfau; Jason Amala; Vincent Nappo; Thomas Patterson; dbussel@ktbslaw.com; Malhar S. Pagay; mhorton@michelhortonlaw.com; SGurvitz@KTBSLAW.com; sveghte@klehr.com; Morton R. Branzburg; dan@cf-legal.com; rbeckett@jvwlaw.net; Lee James; Craig Vernon; dklauder@bk-legal.com; dkrangle@alonsokrangle.com; aalonso@alonsokrangle.com; dklauder@bk-legal.com; kathleen@wmlawyers.com; stgeorge@stgeorgelaw.com; Morton R. Branzburg; anthony@demarcolawfirm.com; aschwartz@kjs-law.com; jli@kjs-law.com; Morton R. Branzburg; info@nettleslawfirm.com; mkutner@spaglaw.com; hvanzanten@vzolaw.com; Raeann Warner 2; Thomas S. Neuberger; Stephen J. Neuberger; Peter J. Saghir; psangi@forthepeople.com; jrutledge@forthepeople.com; Morton R. Branzburg; amiltenberg@nmllplaw.com; sbernstein@nmllplaw.com; kenneth.ready@readylawfirmny.com; Morton R. Branzburg; Josh Gillispie; Mary Luu; Jeff Bjork; deniz.irgi@lw.com; adam.goldberg@lw.com; robert.malionek@lw.com; madeleine.parish@lw.com; benjamin.butzin-dozier@lw.com; lsrlawny@gmail.com; jwisler@connollygallagher.com; kconlan@connollygallagher.com; Mark A. Salzberg; jihyun.park@squirepb.com; charvey@lomurrofirm.com; Ffloriani@triallaw1.com; Morton R. Branzburg; Don Kidd; mclinton@perdueandkidd.com; eservice@perdueandkidd.com; JML.Pleadings@fortheinjured.com; Aleonardis@fortheinjured.com; mbettilaw@gmail.com; john@anderson-cummings.com; Robert Cannata; Ashley Vaughn; Kristian Roggendorf; Devin Storey; Jeff Herman; gibson@teamrosner.com; dgreenberger@ecbawm.com; dlebowitz@kllf-law.com; amy@fairfieldandassociates.com; smorrislaw@outlook.com; oshanlegal@gmail.com; mpankow@bhfs.com; melorod@gtlaw.com; Loizides@loizides.com; receptionist@lawguan.com; jsx@searcylaw.com; Raeann Warner 2; dbaldwin@bergerharris.com; pmcgivney@bergerharris.com; soliveira@sdvlaw.com; myles.alderman@alderman.com; gibson@teamrosner.com; Carl S. Kravitz; Andrew Goldfarb; Nick DiCarlo; Adam J. Landis; mcguire@lrclaw.com; Patrick.Jackson@faegredrinker.com; Ian.Bambrick@faegredrinker.com; Michael.Pompeo@faegredrinker.com; Leon.hampton@beasleyallen.com; dklauder@bk-legal.com; e.siegle@siegleandsims.com; drichards@finemanlawfirm.com; sgummow@fgppr.com; mrosenthal@gibsondunn.com; jhallowell@gibsondunn.com; kmartorana@gibsondunn.com; mbouslog@gibsondunn.com; lmcnally@loeb.com; estone@loeb.com; ckunz@morrisjames.com; panderson@foxswibel.com; ahachikian@foxswibel.com; kmiller@skjlaw.com; lgura@moundcotton.com; pminetto@moundcotton.com; Matthew G. Summers; mcclambc@ballardpshar.com; hlee@steptoe.com; joconnor@steptoe.com; bgrindrod@steptoe.com; lrizzo@regerlaw.com; mjoyce@mjlawoffices.com; larmenti@cmg.law; mhrinewski@cmg.law; bcl@crlaw.com; tweaver@dilworthlaw.com; wmcgrath@dilworthlaw.com; kmiller@skjlaw.com; smckee@hangley.com; mwarner@mwe.com; rsmethurst@mwe.com; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; dchristian@dca.law; rcecil@trplaw.com; mplevin@crowell.com; kcacabelos@crowell.com; czatz@crowell.com; tyoon@crowell.com; rjankowski@crowell.com; khill@svglaw.com; dgooding@choate.com; jmarshall@choate.com; kvmarrkand@mintz.com; lbstephens@mintz.com; efay@bayardlaw.com; gflasser@bayardlaw.com; jruggeri@goodwin.com; jweinberg@goodwin.com; Philip.Anker@wilmerhale.com; danielle.spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; I Ryan; rslaugh@potteranderson.com; erice@bradley.com; ddecker@bradley.com; ebrusa@bradley.com; ecygal@schiffhardin.com; dspector@schiffhardin.com; mfisher@schiffhardin.com; nlloyd@schiffhardin.com; dschufreider@schiffhardin.com; jyan@schiffhardin.com; cbrown@gsbblaw.com; Louis.DeLucia@icemiller.com; Alyson.Fiedler@icemiller.com; gflasser@bayardlaw.com; jruggeri@goodwin.com;

**To:** jweinberg@goodwin.com; Philip.Anker@wilmerhale.com; danielle.spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; stamoulis@swdelaw.com; Svirsky, Gary; Kirschenbaum, Andrew; rbeckett@jvwlaw.net; Daniel K. Astin; aciardi@ciardilaw.com; wgouldsbury@ciardilaw.com; John Bonina; jkasen@kasenlaw.com; jlindheim@lockslaw.com; mjberman@pacificlawyers.law; drichards@finemanlawfirm.com; sgummow@fgppr.com; mrosenthal@gibsondunn.com; jhallowell@gibsondunn.com; kmartorana@gibsondunn.com; mbouslog@gibsondunn.com; JML.Pleadings@fortheinjured.com; Aleonardis@fortheinjured.com; Raeann Warner 2; Thomas S. Neuberger; Stephen J. Neuberger; Stephen J. Neuberger; Gerald Jowers; Thomas C. Crumplar; Kimberly A. Dougherty; aimee.wagstaff@andruswagstaff.com; madicello@dicellolevitt.com; jabbarno@dicellolevitt.com; rgrodeck@pirozinnalaw.com; Dbevere@pirozinnalaw.com; john@anderson-cummings.com; jmessa@messalaw.com; adiliberto@messalaw.com; Mahzad Hite; matt@oakslawfirm.com; oshanlegal@gmail.com; curtishehn@comcast.net; david@kiyolaw.com; Raeann Warner 2; ckreid@caklaw.net; smorrislaw@outlook.com; Ffloriani@triallaw1.com; Saul E. Wolf; leon.hampton@beasleyallen.com; Lauren.miles@beasleyallen.com; Robert Cannata; dan@cf-legal.com; chipman@chipmanbrown.com; olivere@chipmanbrown.com; jimharris@recallsuit.com; Jeff Herman; hnappi@hrsclaw.com; Peter Janci; aciardi@ciardilaw.com; wgouldsbury@ciardilaw.com; Jordan K. Merson; Matt Merson; mkutner@spaglaw.com; jmckowen@jfhumphreys.com; bkent@lbk-law.com; Stewart Ryan; Rharnick@harnicklaw.com; bartk@cooperelliott.com; Morton R. Branzburg; anthony@demarcolawfirm.com; Michael Dowd; lsrlawny@gmail.com; Morton R. Branzburg; damian@mallardlawfirm.com; Loizides@loizides.com; receptionist@lawguan.com; Darren Penn; Josh Gillispie; Paul Mones; mbigos@bermansimmons.com; info@nettleslawfirm.com; Don Kidd; mclinton@perdueandkidd.com; eservice@perdueandkidd.com; kenneth.ready@readylawfirmny.com; amiltenberg@nmllplaw.com; sbernstein@nmllplaw.com; curtishehn@comcast.net; jmb@agzlaw.com; jkar@civillegal.com; jeff@paradowskilaw.com; bgc@conaway-legal.com; mbreining@cutterlaw.com; Rayna Kessler; lmillican@RobinsKaplan.com; bob.schwartz@bcoonlaw.com; deniz.irgi@lw.com; adam.goldberg@lw.com; robert.malionek@lw.com; madeleine.parish@lw.com; benjamin.butzin-dozier@lw.com; gibson@teamrosner.com; dgreenberger@ecbawm.com; dlebowitz@kllf-law.com; klauder@bk-legal.com; Michael Pfau; Jason Amala; Vincent Nappo; Thomas Patterson; dbussel@ktbslaw.com; mhorton@michelhortonlaw.com; SGurvitz@KTBSLAW.com; merchant@rlf.com; Jeff Bjork; deniz.irgi@lw.com; adam.goldberg@lw.com; robert.malionek@lw.com; madeleine.parish@lw.com; benjamin.butzin-dozier@lw.com; Adam Horowitz; jessica@adamhorowitzlaw.com; gibson@teamrosner.com; Daniel K. Astin; aciardi@ciardilaw.com; wgouldsbury@ciardilaw.com; Dan Fasy; Joseph Blumel; Bryan Smith; Vito De La Cruz; dbaldwin@bergerharris.com; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; dchristian@dca.law; Morton R. Branzburg; woodward@sjwtriallaw.com; cathey@sjwtriallaw.com; Esther Panitch; terry@bmelaw.com; I Ryan; rslaugh@potteranderson.com; erice@bradley.com; ddecker@bradley.com; ebrusa@bradley.com; Mary Luu; kbm@classlawgroup.com; Kristian Roggendorf; Devin Storey; Carl S. Kravitz; Andrew Goldfarb; Nick DiCarlo; Adam J. Landis; mcguire@lrclaw.com; lrizzo@regerlaw.com; dkrangle@alonsokrangle.com; aalonso@alonsokrangle.com; jbotia@tobialaw.com; mbettilaw@gmail.com; jrweaverlaw@verizon.net; Joseph Stark; cthurley@hurley-law.com; Evan M. Smola; plogan@postschell.com; jsullivan@postschell.com; kkerns@postschell.com; Morton R. Branzburg; info@nettleslawfirm.com; dan@dmasseylaw.com; rcecil@trplaw.com; mplevin@crowell.com; tyoon@crowell.com; drichards@finemanlawfirm.com; sgummow@fgppr.com; mrosenthal@gibsondunn.com; jhallowell@gibsondunn.com; kmartorana@gibsondunn.com; mbouslog@gibsondunn.com; John A. Morris; Iain Nasatir; James O'Neill; david.fournier@troutman.com; marcy.smith@troutman.com; harris.winsberg@troutman.com; matthew.roberts@troutman.com; msorem@nicolaidesllp.com; tjacobs@bradleyriley.com; jbucheit@bradleyriley.com; mwarner@mwe.com; rsmethurst@mwe.com; Matthew G. Summers; mcclambc@ballardspahr.com; hlee@steptoe.com; joconnor@steptoe.com; bgrindrod@steptoe.com; rbrady@ycst.com; eharron@ycst.com; szieg@ycst.com; rmersky@monlaw.com; David Molton; egoodman@brownrudnick.com; sbeville@brownrudnick.com; taxelrod@brownrudnick.com; khill@svglaw.com; dgooding@choate.com; jmarshall@choate.com; kvmarrkand@mintz.com; lbstephens@mintz.com; Eric Schnabel; glorioso.alessandra@dorsey.com;

| | |
|---|---|
| **To:** | ewing.bruce@dorsey.com; david.l.buchbinder@usdoj.gov; hannah.mccollum@usdoj.gov; marias@goldmclaw.com; lmcnally@loeb.com; estone@loeb.com; rslaugh@potteranderson.com; erice@bradley.com; ecygal@schiffhardin.com; dspector@schiffhardin.com; mfisher@schiffhardin.com; dschufreider@schiffhardin.com; jyan@schiffhardin.com; jwisler@connollygallagher.com; kconlan@connollygallagher.com; Mark A. Salzberg; jihyun.park@squirepb.com; cbrown@gsbblaw.com; kmiller@skjlaw.com; smckee@hangley.com; rbarkasy@schnader.com; kdoughty@schnader.com; dklauder@bk-legal.com; kathleen@wmlawyers.com; mike@aswtlawyers.com; jamie@aswtlawyers.com; travis@aswtlawyers.com; craig.martin@dlapiper.com; RGMason@wlrk.com; DKMayer@wlrk.com; JCCelentino@wlrk.com; Stephen M. Miller; ckunz@morrisjames.com; panderson@foxswibel.com; kthomas@foxswibel.com; drichards@finemanlawfirm.com; sgummow@fgppr.com; mrosenthal@gibsondunn.com; jhallowell@gibsondunn.com; kmartorana@gibsondunn.com; mbouslog@gibsondunn.com; lrizzo@regerlaw.com; marias@goldmclaw.com; lmcnally@loeb.com; estone@loeb.com; rcecil@trplaw.com; mplevin@crowell.com; kcacabelos@crowell.com; czatz@crowell.com; tyoon@crowell.com; rjankowski@crowell.com; mjoyce@mjlawoffices.com; larmenti@cmg.law; mhrinewski@cmg.law; bcl@crlaw.com; Matthew G. Summers; mcclambc@ballardspahr.com; hlee@steptoe.com; jocnnor@steptoe.com; bgrindrod@steptoe.com; plogan@postschell.com; george@ifrahlaw.com; khill@svglaw.com; dgooding@choate.com; dklauder@bk-legal.com; irwin@zalikin.com; Devin Storey; Kristian Roggendorf; Michael Pfau; Jason Amala; Vincent Nappo; Ben Watson; Adam Horowitz; lucas@psblaw.com; Jay Mascolo; Mary Luu; tboren@manlystewart.com; Vince Finaldi; Gilion Dumas; mbettilaw@gmail.com; kirk@kirkdavislaw.com; mkutner@spaglaw.com; Andrew Chasan; Tim Walton; paul@demarcolawfirm.com; evan@oshanandassociates.com; Dan Fasy; Joseph Blumel; Bryan Smith; Vito De La Cruz; Paul Slager; Jennifer Goldstein; Nicole Coates; Steven W. Golden |
| **Cc:** | Remming, Andrew; Abbott, Derek; Andolina, Michael; Lauria (Boelter), Jessica; Azer, Adrian; Topper, Paige; Kurtz, Glenn; Hershey, Sam; Remming, Andrew |
| **Subject:** | RE: BSA, 20-10343 - September 21 Hearing |

Mike

    We served discovery on BSA with regard to whatever plan of reorganization it intended to advance and the communications about payments sought in connection with it so we could address a range of issues from solicaiton procedures to adequacy of disclosure.  We disagree with your assertion that you are immune from having to provide discovery because you waited to just before the hearing to file a new plan after midnight on the eve of a holiday. The discovery we served applies by its terms to any plan that BSA filed precisely in the event this kind of thing was done.  You have since taken the position that we need to identify witnesses hours after the filing of the new plan when many people are out and without providing any response to discovery whatsoever.  We obviously need the documents concerning the plan right away and in any event before the agenda is due tomorrow to review them.  Your assertions about mediation privilege does not make sense in this context. You elected to file a statement on the docket containing statements about what purportedly occurred as part of the generation of the new plan.  The mediation order is crystal clear what happens when a party puts good faith affirmatively at issue in this manner. This issue was discussed at the hearing on the mediation motion and a line was added to the order to address the situation.

    We need you to comply before the agenda is due tomorrow and witness disclosures are required. I do not see what there is to discuss but if you want to do so we need to speak at or before 9 am in the morning. Everyone who filed an objection should be invited given the shortness of time.

    We have copied the entire list as you asked.


**From:** Andolina, Michael <mandolina@whitecase.com>
**Sent:** Thursday, September 16, 2021 7:45 PM

**To:** Schiavoni, Tancred <tschiavoni@omm.com>; stamoulis@swdelaw.com; Shamah, Daniel S. <dshamah@omm.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; Svirsky, Gary <gsvirsky@omm.com>
**Cc:** Abbott, Derek <DAbbott@morrisnichols.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Azer, Adrian <Adrian.Azer@haynesboone.com>; Topper, Paige <ptopper@morrisnichols.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Hershey, Sam <sam.hershey@whitecase.com>; Remming, Andrew <ARemming@morrisnichols.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Linder, Matthew <mlinder@whitecase.com>; Martin, Ernest <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA, 20-10343 - September 21 Hearing


[EXTERNAL MESSAGE]

Tanc,

Thanks for your email. I also got your voicemail about a meet-and-confer that was addressed in Derek's last communication. As you know, the Debtors previously responded to the discovery you reference, which was served in connection with the prior Plan and RSA and is not relevant to the upcoming disclosure statement hearing.

We are happy to review these requests and discuss updating our production as appropriate. As you know, much if not all of any additional responsive material is protected under mediation confidentiality.

As mentioned above, the Debtors do not believe that any additional production is relevant to the upcoming disclosure statement hearing, and any effort by Century to attempt to delay that hearing is ill-founded. The purpose of that hearing is to consider the adequacy of the Debtor's disclosure, not to address confirmation issues.

Finally, as we have requested innumerable times in the past, please copy our entire team on your emails.

Mike

**Michael Andolina** | Partner
T  +1 312 881 5388     M  +1 773 531 0712     E  mandolina@whitecase.com
White & Case LLP  |  111 South Wacker Drive, Suite 5100  |  Chicago, IL 60606-4302

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Thursday, September 16, 2021 5:05 PM
**To:** Andolina, Michael <mandolina@whitecase.com>
**Cc:** Schiavoni, Tancred <tschiavoni@omm.com>
**Subject:** FW: BSA, 20-10343 - September 21 Hearing

**Mike**

**We are writing to request that you comply with our requests for production of documents which are triggered by the changes to the plan. It is evident that there have been further exchanges about the fees and a host of other issues that are covered by our requests.**

# 7-3-21 RFP No. 13:

All Documents that refer or relate to any request that You support a motion, application or inclusion of a provision in a Plan of Reorganization that calls for the payment of money to Brown Rudnick LLP for their fees and/or costs.

# 7-3-21 RFP No. 13:
All Documents and Communications that BSA exchanged with any Chartered Organizations concerning the RSA, the Term Sheet, the TDPs, and/or the Hartford Settlement.

4

**7-3-21 RFP No. 16:**

All indemnity and other agreements between or among You, Local Council(s) and any Chartering Organizations.

**7-3-21 RFP No. 17:**

All Documents and Communications between or among You and any Chartered Organizations Concerning the RSA, the Term Sheet, the TDPs, the Settlement Trust Documents, and/or the Hartford Settlement.

**5-14-21 RFP No. 20:**

All indemnity and other agreements between or among You, Local Council(s) and the sponsoring organizations.

**5-14-21 RFP No. 21:**

All Documents and Communications between or among You and the sponsoring organizations Concerning the POCs, the claims asserted therein, and the sponsoring organization's contribution towards the resolution of these claims.

================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available [here](here).

================================================================
l.