# Exhibit 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE, BSA, LLC, <br><br>                    Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered <br><br> **Ref. Docket Nos. 6282** |

**DECLARATION OF ERIC D. GREEN IN CONNECTION WITH
LETTER BRIEF OBJECTING AND RESPONDING TO MOVING INSURERS'
MOTION TO COMPEL DOCUMENTS WITHHELD BY ERIC GREEN AND
<u>RESOLUTIONS, LLC FOR THE DISCLOSURE STATEMENT HEARING</u>**

I, Professor Eric D. Green, under penalty of perjury, declare as follows:

1. All facts set forth in this Declaration are based upon my personal knowledge.

2. I submit this Declaration in connection with the letter brief filed on behalf of myself and my firm, Resolutions, LLC ("Resolutions"), on September 20, 2021, objecting and responding to the *Moving Insurers' Motion to Compel Documents Withheld by Eric Green and Resolutions, LLC for the Disclosure Statement Hearing* [Docket No. 6282].

3. I am a full time mediator with Resolutions, an ADR firm located in Boston, Massachusetts. I retired as a Professor at the Boston University School of Law in 2007 after thirty years teaching negotiation, mediation, complex ADR processes, resolution of mass torts, constitutional law and evidence. I subsequently taught Evidence at Harvard Law School as a Lecturer in Law. I was a co-founder of JAMS/EnDispute, the largest private ADR provider in the United States, and I am a co-founder and principal of Resolutions, a Boston-based provider of neutral ADR services.

4.  I was a member of the Center for Public Resources International Institute of Dispute Resolution virtually since its inception, over 40 years ago, and have served on many of its panels and committees and spoken at numerous of its conferences and programs on mediation and ADR. I am now an Emeritus member of its Board of Directors. I am also a member of the National Academy of Special Masters and a past-member of the Board of Directors of the AAA-IOCDR Foundation. I was a co-author with Professors Frank Sander and Stephen Goldberg of the first edition of Dispute Resolution, the first law school textbook on ADR, and have written numerous books and articles on dispute resolution and evidence.

5.  I maintain an active ADR/mediation/arbitration/Special Master practice for complex, legally-intensive disputes. I have successfully mediated many high stakes cases, including the *United States v. Microsoft* antitrust case, various Mastercard/Visa merchants' class action antitrust cases, portions of the Enron Securities class action cases, the LCD, CRT, LIB, vitamin, and polyurethane antitrust cases, the childhood and adult cancer cases in Toms River, New Jersey, numerous large construction cases, including most of the disputes arising out of the design and construction of major league baseball and football stadiums, environmental cases, insurance coverage, reinsurance treaties, intellectual property, international disputes, ERISA cases, and consumer cases. I have mediated many complex, multi-party class action cases involving horizontal and vertical price-fixing antitrust claims, mergers and acquisitions, contract disputes, securities fraud, shareholder derivative claims, accounting problems, mass torts, employment, gas line explosion, contamination, and consumer claims. I have mediated dozens if not hundreds of antitrust class actions. In the past few years, I have also mediated many large cases arising out of the 2007-2008 financial crisis, including class actions involving all aspects of

mortgage-based securities, CDO's, auction-rate securities, private equity, and various types of financial fraud. Many of the cases I have mediated have involved the federal government, state governments, or regulatory agencies.

6.      I have also served as court-appointed Special Master, the Legal Representative for Future Claimants, Mediator, Guardian Ad Litem, or Trustee in class or mass claimant matters in the Northern District of Ohio, Southern District of New York, District of Massachusetts, District of Connecticut, Eastern District of Texas, Eastern District of Michigan, and District of Delaware. Currently I am serving as the Special Master and Trustee for all Takata airbag personal injury and wrongful death claims under the auspices of the Delaware Bankruptcy Court (Judge Shannon) and the U.S. District Court for the Eastern District of Michigan (Judge Steeh).  I also served as Monitor of Consumer Relief for several large settlements between the Department of Justice, states Attorneys General, and banks arising out of mortgage-backed securities activities.

7.      I have delivered hundreds of lectures, panel discussions and training sessions on ADR and taught or supervised more than one thousand students in ADR while mediating more than one hundred cases a year for over 40 years. I continue to teach classes to federal and state judges and others about the innovative use of Special Masters, mediators and ADR in complex cases. In 2001, I was awarded a Lifetime Achievement Award from the American College of Civil Trial Mediators. I was voted Boston's Lawyer of the Year for Alternative Dispute Resolution for 2011 based on my "particularly high level of peer recognition." In 2011, I received the James F. Henry Award for Outstanding Contributions to the field of ADR from The International Institute for Conflict Prevention & Resolution.

8.      In the present case, on or around March 31, 2020, I was asked by some of the then-current Plan proponents to serve as a co-mediator with Paul Finn.

9. On or about April 7, 2020, Mr. Finn and I began organizing the mediation process, discussing amongst ourselves and with the parties (separately) facts, case impressions, impediments to resolution, impressions of counsel, etc.

10. In early May 2020, I, Mr. Finn, and the parties who asked us to serve as mediators began preparing papers related to the Court's formal appointment of mediators.

11. On June 9, 2020, the Court appointed Mr. Finn, Judge Carey, and Mr. Gallagher as official mediators in this case.

12. From March 31, 2020 to June 9, 2020, I was acting as a mediator in the case. The other mediators and parties that I communicated with during this time period understood that I was acting in my capacity as a mediator and that communications would be regarded as confidential and privileged and would not be disclosed.

13. It is quite common in mediation for the parties to discuss with the mediator matters relating to the dispute and the mediation of it prior to the formal execution of a mediation agreement, and for the parties to expect that such communications are strictly confidential and privileged. In my nearly 45 years as a professional mediator, it has been my usual and customary practice to regard all communications with mediation parties, counsel, and co-mediators as confidential, including those occurring prior to the execution of formal mediation documents. This is consistent with the ABA Model Standards for Mediation and, in my universal experience, consistent with the expectations of the parties and the practice of other mediators.

14. I am authorized to submit this Declaration, and if called upon to testify, I would testify competently to the facts set forth herein.

15. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2021 　　　　　　　　　　　　 */s/ Eric D. Green*
　　　　　Boston, Massachusetts 　　　　　　　　　　 Prof. Eric D. Green
　　　　　　　　　　　　　　　　　　　　　　　　　　 Principal
　　　　　　　　　　　　　　　　　　　　　　　　　　 Resolutions, LLC