EXHIBIT A



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

September 20, 2021

James Patton, Jr.                                    Invoice Number:    11324233
Future Claimants' Representative for                 Client Number:          1613
Boy Scouts of America
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

_____

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2021

**Re: James Patton, Jr.**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Insurance Analysis & Recovery | 231,507.50 | 144.69 | 231,652.19 |
| Retention / Fee Application | 475.00 | .00 | 475.00 |
| Non-Working Travel (Billed @ 50%) | 5,665.00 | 2,131.02 | 7,796.02 |
| Plan of Reorganization / Disclosure | 129,140.00 | 3,076.44 | 132,216.44 |
| **Total** | **366,787.50** | **5,352.15** | **372,139.65** |

|  |  |
|---|---|
| TOTAL FEES | $ 366,787.50 |
| TOTAL EXPENSES | $ 5,352.15 |
| **TOTAL FEES AND EXPENSES** | **$ 372,139.65** |



FOR PROFESSIONAL SERVICES RENDERED through August 31, 2021

**Insurance Analysis & Recovery**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/30/21 | Colcock, S. | Review allocation spreadsheet to determine certain local council coverage issues. | 3.90 | 1,287.00 |
| 8/02/21 | Quinn, K. | Confer with D. Molton, J. Stang, H. Winstead and E. Grim re mediation strategy. | 1.30 | 1,430.00 |
| 8/02/21 | Quinn, K. | Email team re preparation for mediation. | .50 | 550.00 |
| 8/02/21 | Winstead, H. | Confer with D. Molton, J. Stang, K. Quinn and E. Grim re mediation strategy. | 1.30 | 1,235.00 |
| 8/02/21 | Glaeberman, M. | Continue analysis and outstanding verification of coverage provisions for 2020-2021 policy period. | 7.40 | 2,220.00 |
| 8/02/21 | Grim, E. | Confer with D. Molton, J. Stang, K. Quinn and H. Winstead re mediation strategy. | 1.30 | 910.00 |
| 8/02/21 | Jones, T. | Review ten national program policies for certain policy provisions. | 8.10 | 2,430.00 |
| 8/02/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 39.00 |
| 8/02/21 | Jennings, R. | Draft bullet points for T. Gallagher re insurer demands. | 1.20 | 510.00 |
| 8/02/21 | Jennings, R. | Confer with G. Le Chevallier re insurer demands. | .30 | 127.50 |
| 8/02/21 | Jennings, R. | Draft summary of allocations re appropriate demand values. | 1.70 | 722.50 |
| 8/03/21 | Quinn, K. | Participate in mediation with chartered organizations and insurers. | 7.50 | 8,250.00 |
| 8/03/21 | Glaeberman, M. | Continue analysis and outstanding verification of coverage provisions for 2020-2021 policy period. | 7.80 | 2,340.00 |
| 8/03/21 | Jones, T. | Review ten national program policies for certain policy provisions. | 7.50 | 2,250.00 |
| 8/03/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 8/03/21 | McGlinchey, P. | Update case calendar with relevant deadlines and hearings. | .50 | 97.50 |
| 8/03/21 | McGlinchey, P. | Draft H. Winstead motion pro hac vice (0.6); communicate with local counsel re same (0.3). | .90 | 175.50 |
| 8/03/21 | McGlinchey, P. | Research master policy listing spreadsheet re certain underwriter. | 1.00 | 195.00 |
| 8/03/21 | Dechant, K. | Review master spreadsheet and documents re certain policies. | .70 | 297.50 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/03/21 | Jennings, R. | Email I. Nasatir, G. Le Chevallier, and K. Quinn re mediation and insurer demands. | .60 | 255.00 |
| 8/03/21 | Jennings, R. | Draft bullet points for insurers re demands. | 1.70 | 722.50 |
| 8/03/21 | Jennings, R. | Analyze coverage issues for insurers in preparation for mediation discussions. | 1.00 | 425.00 |
| 8/03/21 | Jennings, R. | Attend mediation (partial). | 3.00 | 1,275.00 |
| 8/04/21 | Quinn, K. | Participate in mediation with insurers and chartered organizations. | 10.50 | 11,550.00 |
| 8/04/21 | Glaeberman, M. | Continue analysis and outstanding verification of coverage provisions for 2020-2021 policy period. | 7.90 | 2,370.00 |
| 8/04/21 | Jones, T. | Review eleven national program policies for certain policy provisions. | 7.80 | 2,340.00 |
| 8/04/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re certain provisions for policies with start dates 1987, 1988 and 1989. | 1.80 | 594.00 |
| 8/04/21 | Colcock, S. | Review 1986 and 1990 policies and followed policies for certain insurer for annualization language. | 1.60 | 528.00 |
| 8/04/21 | Colcock, S. | Begin drafting follow-form exclusions/issues policy tracking sheet for years 1987 and 1988. | 1.90 | 627.00 |
| 8/04/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 39.00 |
| 8/04/21 | McGlinchey, P. | Draft H. Winstead notice of appearance. | .60 | 117.00 |
| 8/04/21 | Jennings, R. | Attend mediation (partial). | 6.60 | 2,805.00 |
| 8/05/21 | Quinn, K. | Participate in mediation with insurers and chartered organizations. | 4.30 | 4,730.00 |
| 8/05/21 | Glaeberman, M. | Complete analysis and outstanding verification of coverage provisions for 2020-2021 policy period. | 7.80 | 2,340.00 |
| 8/05/21 | Glaeberman, M. | Email R. Jennings, T. Jones, S. Colcock and P. McGlinchey re strategy for policy language analysis. | .20 | 60.00 |
| 8/05/21 | Jones, T. | Review ten national program policies for certain policy provisions. | 8.10 | 2,430.00 |
| 8/05/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 8/05/21 | Jennings, R. | Analyze allocations in response to insurer requests in preparation for settlement discussions | 1.50 | 637.50 |
| 8/06/21 | Quinn, K. | Confer with G. Le Chevallier and R. Jennings re mediation and next steps. | 1.00 | 1,100.00 |
| 8/06/21 | Quinn, K. | Confer with D. Molton and J. Ruggeri re follow up to mediation. | .50 | 550.00 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/06/21 | Glaeberman, M. | Email R. Jennings, T. Jones, S. Colcock and P. McGlinchey re strategy for policy language analysis. | .30 | 90.00 |
| 8/06/21 | Glaeberman, M. | Begin analysis and outstanding verification of CGL coverage provisions for 2019-2020 policy period. | 6.90 | 2,070.00 |
| 8/06/21 | Jones, T. | Review six national program policies for certain policy provisions. | 3.50 | 1,050.00 |
| 8/06/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re defense costs language and other provisions for policies with start dates 1990 and 2020. | 2.70 | 891.00 |
| 8/06/21 | Colcock, S. | Continue drafting follow-form exclusions/issues policy tracking sheet for years 1990 and 2020. | 3.10 | 1,023.00 |
| 8/06/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .40 | 78.00 |
| 8/06/21 | Jennings, R. | Draft demand letter to Insurer #13. | 1.00 | 425.00 |
| 8/06/21 | Jennings, R. | Confer with G. Le Chevallier and K. Quinn re mediation and next steps. | 1.00 | 425.00 |
| 8/09/21 | Quinn, K. | Confer with E. Grim, H. Winstead, R. Jennings and K. Dechant re status and strategy. | .80 | 880.00 |
| 8/09/21 | Quinn, K. | Participate in call with Coalition counsel re chartered organization proposal. | .30 | 330.00 |
| 8/09/21 | Quinn, K. | Confer with A. Azer re Stronghold submission. | .50 | 550.00 |
| 8/09/21 | Quinn, K. | Confer with D. Molton re insurance settlements. | .20 | 220.00 |
| 8/09/21 | Quinn, K. | Revise response to AIG allocation questions; email TCC counsel re same. | .40 | 440.00 |
| 8/09/21 | Quinn, K. | Communicate with A. Azer Stronghold allocation question. | .30 | 330.00 |
| 8/09/21 | Quinn, K. | Review draft bullet points for T. Gallagher. | .50 | 550.00 |
| 8/09/21 | Winstead, H. | Confer with K. Quinn, R. Jennings and K. Dechant re status and strategy. | .80 | 760.00 |
| 8/09/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2019-2020 policy period. | 7.80 | 2,340.00 |
| 8/09/21 | Grim, E. | Confer with K. Quinn, H. Winstead, R. Jennings, and K. Dechant re status and strategy. | .80 | 560.00 |
| 8/09/21 | Jones, T. | Review eight national program policies for certain policy provisions. | 7.60 | 2,280.00 |
| 8/09/21 | Colcock, S. | Continue drafting follow-form exclusions / issues policy tracking sheet for years 1989 and 1990. | 3.30 | 1,089.00 |
| 8/09/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re certain policy language for policies with start dates 1991. | 1.20 | 396.00 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/09/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 8/09/21 | Dechant, K. | Email K. Quinn, E. Grim, and R. Jennings re chartered organization proposal. | .20 | 85.00 |
| 8/09/21 | Dechant, K. | Confer with K. Quinn, E. Grim, H. Winstead, and R. Jennings re status and strategy. | .80 | 340.00 |
| 8/09/21 | Jennings, R. | Confer with K. Quinn, H. Winstead, E. Grim, and K. Dechant re status and strategy. | .80 | 340.00 |
| 8/09/21 | Jennings, R. | Analyze coverage issues in anticipation of settlement discussions with TCC, Coalition, and insurers. | 4.80 | 2,040.00 |
| 8/10/21 | Quinn, K. | Revise draft proposal to Insurer #13. | .70 | 770.00 |
| 8/10/21 | Quinn, K. | Confer with T. Gallagher, insurance counsel, R. Jennings and H. Winstead re mediation. | .40 | 440.00 |
| 8/10/21 | Winstead, H. | Confer with T. Gallagher, insurance counsel, R. Jennings and K. Quinn re mediation. | .40 | 380.00 |
| 8/10/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2019-2020 policy period. | 7.90 | 2,370.00 |
| 8/10/21 | Jones, T. | Review nine (9) BSA national program policies for certain policy provisions. | 7.50 | 2,250.00 |
| 8/10/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re punitive damages provisions for policies with start dates 1991. | 1.20 | 396.00 |
| 8/10/21 | Colcock, S. | Revise demand letters to Insurers #1, #4 and #9. | .80 | 264.00 |
| 8/10/21 | Colcock, S. | Review certain insurer policies between 2003 and 2007 for evidence of aggregate limits. | 1.70 | 561.00 |
| 8/10/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 8/10/21 | Dechant, K. | Email R. Jennings re insurer demand letters. | .30 | 127.50 |
| 8/10/21 | Jennings, R. | Revise demand letter to Insurer #13. | .60 | 255.00 |
| 8/10/21 | Jennings, R. | Confer with T. Gallagher, insurance counsel, H. Winstead and K. Quinn re mediation. | .40 | 170.00 |
| 8/10/21 | Jennings, R. | Analyze coverage for various insurers in preparation for settlement discussions. | 1.30 | 552.50 |
| 8/10/21 | Jennings, R. | Draft demand letter for Insurer #9. | 1.00 | 425.00 |
| 8/11/21 | Quinn, K. | Email J. Schulman re revisions to Insurer #13 letter. | .20 | 220.00 |
| 8/11/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2019-2020 policy period. | 7.80 | 2,340.00 |
| 8/11/21 | Jones, T. | Review ten national program policies for certain policy provisions. | 8.00 | 2,400.00 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/11/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re various language for policies with start dates 1992. | 1.20 | 396.00 |
| 8/11/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 8/11/21 | Dechant, K. | Confer with R. Jennings re Liberty coverage and allocation. | 1.20 | 510.00 |
| 8/11/21 | Dechant, K. | Review Liberty coverage allocation discrepancies. | .90 | 382.50 |
| 8/11/21 | Jennings, R. | Analyze Liberty coverage and allocations in preparation for settlement discussions. | 5.50 | 2,337.50 |
| 8/11/21 | Jennings, R. | Revise insurer demand letters for Insurers #1 and #4. | 2.00 | 850.00 |
| 8/11/21 | Jennings, R. | Confer with K. Dechant re Liberty coverage issues. | 1.20 | 510.00 |
| 8/11/21 | Jennings, R. | Confer with G. Le Chevallier re Liberty insurance coverage. | .50 | 212.50 |
| 8/12/21 | Glaeberman, M. | Confer with R. Jennings re strategy for policy language analysis. | .30 | 90.00 |
| 8/12/21 | Glaeberman, M. | Complete analysis and outstanding verification of CGL coverage provisions for 2019-2020 policy period. | 7.80 | 2,340.00 |
| 8/12/21 | Jones, T. | Review ten national program policies for certain policy provisions. | 7.90 | 2,370.00 |
| 8/12/21 | Colcock, S. | Revise demand letters for Insurers #14 and #15. | 4.00 | 1,320.00 |
| 8/12/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 8/12/21 | Jennings, R. | Draft demand letters for insurers. | 2.10 | 892.50 |
| 8/12/21 | Jennings, R. | Confer with M. Glaeberman re policy review issues. | .30 | 127.50 |
| 8/13/21 | Quinn, K. | Email team re revised settlement letters. | .30 | 330.00 |
| 8/13/21 | Glaeberman, M. | Email R. Jennings re policy review. | .20 | 60.00 |
| 8/13/21 | Glaeberman, M. | Begin analysis and outstanding verification of CGL coverage provisions for 2018-2019 policy period. | 7.60 | 2,280.00 |
| 8/13/21 | Jones, T. | Review six national program policies for certain policy provisions. | 4.00 | 1,200.00 |
| 8/13/21 | Colcock, S. | Confer with P. McGlinchey re insurer demand letters. | .30 | 99.00 |
| 8/13/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .30 | 58.50 |
| 8/13/21 | McGlinchey, P. | Confer with S. Colcock re insurer demand letters. | .30 | 58.50 |
| 8/13/21 | McGlinchey, P. | Provide various charts re insurer demand letters. | 3.50 | 682.50 |
| 8/13/21 | Dechant, K. | Revise insurer demand letters. | 2.60 | 1,105.00 |
| 8/13/21 | Jennings, R. | Draft memorandum re policy review. | .90 | 382.50 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/13/21 | Jennings, R. | Finalize Insurer #13 settlement proposal for T. Gallagher and insurer representatives. | .50 | 212.50 |
| 8/13/21 | Jennings, R. | Revise settlement proposals for several insurers. | 2.00 | 850.00 |
| 8/13/21 | Jennings, R. | Confer with G. Le Chevallier re coverage issues. | 1.00 | 425.00 |
| 8/13/21 | Jennings, R. | Analyze coverage issues re insurer allocations in preparation for settlement proposals. | 1.50 | 637.50 |
| 8/16/21 | Glaeberman, M. | Confer with R. Jennings, T. Jones, S. Colcock, and P. McGlinchy re policy review. | 1.00 | 300.00 |
| 8/16/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2018-2019 policy period. | 6.70 | 2,010.00 |
| 8/16/21 | Jones, T. | Confer with R. Jennings, M. Glaeberman, S. Colcock and P. McGlinchey re policy review. | 1.00 | 300.00 |
| 8/16/21 | Jones, T. | Review seven national program policies for certain policy provisions. | 5.00 | 1,500.00 |
| 8/16/21 | Colcock, S. | Confer with R. Jennings, T. Jones, M. Glaeberman, and P. McGlinchey re policy review. | 1.00 | 330.00 |
| 8/16/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re various provisions and language for policies with start dates 2019. | .80 | 264.00 |
| 8/16/21 | McGlinchey, P. | Confer with R. Jennings, T. Jones, M. Glaeberman, and S. Colcock re policy review. | 1.00 | 195.00 |
| 8/16/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 8/16/21 | Jennings, R. | Confer with S. Colcock, T. Jones, M. Glaeberman, and P. McGlinchey re policy review. | 1.00 | 425.00 |
| 8/17/21 | Winstead, H. | Confer with G. Le Chevallier re mediation issues. | .20 | 190.00 |
| 8/17/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2018-2019 policy period. | 7.00 | 2,100.00 |
| 8/17/21 | Jones, T. | Review ten national program policies for certain policy provisions. | 8.00 | 2,400.00 |
| 8/17/21 | Colcock, S. | Continue drafting follow-form exclusions/issues policy tracking sheet for year 2019. | 1.90 | 627.00 |
| 8/17/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re language for policies with start dates 2019. | .40 | 132.00 |
| 8/17/21 | Jennings, R. | Confer with I. Nasatir and J. Schulman re settlement proposals. | 1.40 | 595.00 |
| 8/18/21 | Winstead, H. | Confer with B. Green re Allianz coverage and settlement discussion history. | .60 | 570.00 |
| 8/18/21 | Winstead, H. | Review insurance settlement allocation analysis scenarios in preparation for mediation. | 2.50 | 2,375.00 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/18/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2018-2019 policy period. | 7.10 | 2,130.00 |
| 8/18/21 | Jones, T. | Review eight national program policies for certain policy provisions. | 7.60 | 2,280.00 |
| 8/18/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re specific language for policies with start dates 1993. | 1.10 | 363.00 |
| 8/18/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 8/18/21 | Jennings, R. | Draft demand letters for several insurers in preparation for mediation. | 1.20 | 510.00 |
| 8/18/21 | Jennings, R. | Email H. Winstead and K. Dechant re settlement negotiations. | .50 | 212.50 |
| 8/19/21 | Quinn, K. | Email client and team re settlement negotiations. | .50 | 550.00 |
| 8/19/21 | Winstead, H. | Attend mediation. | 8.00 | 7,600.00 |
| 8/19/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2018-2019 policy period. | 8.00 | 2,400.00 |
| 8/19/21 | Jones, T. | Review ten national program policies for certain policy provisions. | 7.80 | 2,340.00 |
| 8/19/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 8/19/21 | Jennings, R. | Attend mediation (partial). | 6.80 | 2,890.00 |
| 8/19/21 | Jennings, R. | Draft demand letters for insurers. | 1.00 | 425.00 |
| 8/20/21 | Quinn, K. | Confer with H. Winstead re mediation and settlement issues. | .30 | 330.00 |
| 8/20/21 | Quinn, K. | Email R. Jennings re Insurer #4 demand letter. | .20 | 220.00 |
| 8/20/21 | Winstead, H. | Attend mediation (2.9); confer with K. Quinn re same (0.3). | 3.20 | 3,040.00 |
| 8/20/21 | Glaeberman, M. | Email S. Colcock re strategy for policy language analysis. | .30 | 90.00 |
| 8/20/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2018-2019 policy period. | 7.50 | 2,250.00 |
| 8/20/21 | Jones, T. | Review nine national program policies for certain policy provisions. | 7.90 | 2,370.00 |
| 8/20/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re language for policies with start dates 1994. | 1.10 | 363.00 |
| 8/20/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .50 | 97.50 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|------:|-------:|
| 8/20/21 | Jennings, R. | Finalize Insurer #3 demand letter. | 1.00 | 425.00 |
| 8/20/21 | Jennings, R. | Attend mediation. | 2.90 | 1,232.50 |
| 8/22/21 | Quinn, K. | Email R. Brady and E. Harron re mediation and status of settlement proposals. | .30 | 330.00 |
| 8/23/21 | Quinn, K. | Email R. Brady and H. Winstead re status of negotiations and mediation. | .50 | 550.00 |
| 8/23/21 | Winstead, H. | Attend mediation. | 3.50 | 3,325.00 |
| 8/23/21 | Glaeberman, M. | Email S. Colcock re strategy for policy language analysis. | .30 | 90.00 |
| 8/23/21 | Glaeberman, M. | Begin analysis and outstanding verification of CGL coverage provisions for 2017-2018 policy period. | 7.50 | 2,250.00 |
| 8/23/21 | Jones, T. | Review eight national program policies for certain policy provisions. | 7.00 | 2,100.00 |
| 8/23/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re punitive damages language and mental anguish language for policies with start dates 1995. | .80 | 264.00 |
| 8/23/21 | McGlinchey, P. | Review tranche 6 claims data for comparison to previous claims data. | .50 | 97.50 |
| 8/23/21 | Jennings, R. | Confer with R. Brady, J. Patton and others from the FCR re discussion and approval of settlements. | 1.50 | 637.50 |
| 8/23/21 | Jennings, R. | Analyze tranche 5 and tranche 6 claims data. | 1.30 | 552.50 |
| 8/23/21 | Jennings, R. | Attend mediation. | 3.50 | 1,487.50 |
| 8/23/21 | Jennings, R. | Confer with G. Le Chevallier re insurer demands. | .30 | 127.50 |
| 8/24/21 | Quinn, K. | Participate in mediation. | 5.00 | 5,500.00 |
| 8/24/21 | Glaeberman, M. | Confer with K. Dechant re policy review. | .30 | 90.00 |
| 8/24/21 | Glaeberman, M. | Begin analysis and outstanding verification of CGL coverage provisions for 2017-2018 policy period. | 7.20 | 2,160.00 |
| 8/24/21 | Glaeberman, M. | Confer with S. Colcock re strategy for policy language analysis. | .20 | 60.00 |
| 8/24/21 | Jones, T. | Review seven national program policies for certain policy provisions. | 7.50 | 2,250.00 |
| 8/24/21 | Colcock, S. | Revise Insurer #2 demand letter. | .30 | 99.00 |
| 8/24/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re specific language for policies with start dates 1996. | 2.20 | 726.00 |
| 8/24/21 | Colcock, S. | Review 2019 policies for certain provisions (0.2); confer with M. Glaeberman re same (0.2). | .40 | 132.00 |
| 8/24/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 8/24/21 | McGlinchey, P. | Draft spreadsheet re tranche 6 claims data. | 3.40 | 663.00 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/24/21 | Dechant, K. | Draft memorandum re sponsoring/chartered organization policy coverage. | 3.80 | 1,615.00 |
| 8/24/21 | Dechant, K. | Confer with M. Glaeberman re policy review. | .30 | 127.50 |
| 8/24/21 | Dechant, K. | Review national policies re sponsoring/chartered organization coverage and materials re coverage positions. | 3.60 | 1,530.00 |
| 8/24/21 | Jennings, R. | Confer with G. Le Chevallier re insurer settlement negotiations. | 1.00 | 425.00 |
| 8/24/21 | Jennings, R. | Attend mediation (partial). | 2.30 | 977.50 |
| 8/24/21 | Jennings, R. | Draft insurer demand letters. | 4.00 | 1,700.00 |
| 8/25/21 | Quinn, K. | Participate in call with T. Schiavoni and R. Brady re insurance issues. | .80 | 880.00 |
| 8/25/21 | Quinn, K. | Email H. Winstead re mediation strategy. | .50 | 550.00 |
| 8/25/21 | Quinn, K. | Review G. Le Chevallier draft email to TCC. | .20 | 220.00 |
| 8/25/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2017-2018 policy period. | 7.80 | 2,340.00 |
| 8/25/21 | Jones, T. | Review eight national program policies for certain policy provisions. | 7.90 | 2,370.00 |
| 8/25/21 | Colcock, S. | Update case calendar per agenda notice for upcoming 8.30.2021 discovery conference. | .50 | 165.00 |
| 8/25/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re language for policies with start dates 2018. | 2.70 | 891.00 |
| 8/25/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 8/25/21 | Dechant, K. | Finalize memorandum re sponsoring/chartered organization policy coverage (3.7); email K. Quinn re same (0.5). | 4.20 | 1,785.00 |
| 8/25/21 | Dechant, K. | Research re named / additional insureds terminology under national policies re sponsoring/chartered organization coverage analysis. | 4.80 | 2,040.00 |
| 8/26/21 | Quinn, K. | Confer with G. Le Chevallier, J. Schulman, I. Nasatir, K. Dechant, H. Winstead and R. Jennings re status and strategy. | .90 | 990.00 |
| 8/26/21 | Winstead, H. | Confer with G. Le Chevallier, J. Schulman, I. Nasatir, K. Dechant, K. Quinn and R. Jennings re status and strategy. | .90 | 855.00 |
| 8/26/21 | Glaeberman, M. | Complete analysis and outstanding verification of CGL coverage provisions for 2017-2018 policy period. | 7.90 | 2,370.00 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/26/21 | Glaeberman, M. | Email S. Colcock re strategy for policy language analysis. | .10 | 30.00 |
| 8/26/21 | Jones, T. | Review nine national program policies for certain policy provisions. | 8.00 | 2,400.00 |
| 8/26/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re specific language for policies with start dates 1997. | 1.20 | 396.00 |
| 8/26/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 39.00 |
| 8/26/21 | Dechant, K. | Confer with G. Le Chevallier, J. Schulman, I. Nasatir, K. Quinn, H. Winstead, and R. Jennings re mediation strategy and insurer demands. | .90 | 382.50 |
| 8/26/21 | Jennings, R. | Confer with G. Le Chevallier re insurer demands. | .20 | 85.00 |
| 8/26/21 | Jennings, R. | Revise draft demand letters. | 2.30 | 977.50 |
| 8/26/21 | Jennings, R. | Confer with G. Le Chevallier, I. Nasatir, J. Schulman, K. Quinn, H. Winstead, and K. Dechant re mediation strategy and insurer demands. | .90 | 382.50 |
| 8/27/21 | Quinn, K. | Confer with D. Molton re settlement. | .20 | 220.00 |
| 8/27/21 | Quinn, K. | Email client re Coalition-revised proposed demand. | .30 | 330.00 |
| 8/27/21 | Glaeberman, M. | Begin analysis and outstanding verification of CGL coverage provisions for 2016-2017 policy period. | 7.50 | 2,250.00 |
| 8/27/21 | Glaeberman, M. | Email R. Jennings re policy language. | .20 | 60.00 |
| 8/27/21 | Jones, T. | Review seven national program policies for punitive damages provisions. | 5.50 | 1,650.00 |
| 8/27/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet re provisions and language for policies with start dates 2017. | 3.30 | 1,089.00 |
| 8/27/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .40 | 78.00 |
| 8/27/21 | Dechant, K. | Email R. Jennings and M. Glaeberman re chartered organization primary insurance endorsement. | .20 | 85.00 |
| 8/27/21 | Jennings, R. | Confer with G. Le Chevallier re insurer demands and coverage questions. | .30 | 127.50 |
| 8/27/21 | Jennings, R. | Continue revising insurer demand letters. | 4.00 | 1,700.00 |
| 8/28/21 | Quinn, K. | Participate in call with Coalition and FCR re settlement issues. | 1.00 | 1,100.00 |
| 8/28/21 | Quinn, K. | Revise draft release and judgment reduction language. | .40 | 440.00 |
| 8/29/21 | Quinn, K. | Confer with client re settlement status and positions. | .50 | 550.00 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/29/21 | Quinn, K. | Confer with J. Patton, R. Brady, K. Enos, R. Jennings, and others re status of insurer settlement discussions. | .90 | 990.00 |
| 8/29/21 | Jennings, R. | Confer with J. Patton, R. Brady, K. Enos, K. Quinn, and others re status of insurer settlement discussions. | .90 | 382.50 |
| 8/30/21 | Quinn, K. | Confer with Debtors and Coalition re Century proposal. | .50 | 550.00 |
| 8/30/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2016-2017 policy period. | 8.00 | 2,400.00 |
| 8/30/21 | Jones, T. | Review eight national program policies for certain policy provisions. | 7.50 | 2,250.00 |
| 8/30/21 | Jennings, R. | Draft insurer demand letter. | .80 | 340.00 |
| 8/30/21 | Jennings, R. | Confer with G. Le Chevallier re insurer demands. | .30 | 127.50 |
| 8/31/21 | Quinn, K. | Confer with TCJC and Debtors re settlement negotiations. | .80 | 880.00 |
| 8/31/21 | Jones, T. | Review seven national program policies for certain policy provisions. | 7.00 | 2,100.00 |
| 8/31/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet for policies with start dates 1998. | 1.10 | 363.00 |

**TOTAL CHARGEABLE HOURS**    **559.90**

**TOTAL FEES**    **$ 231,507.50**

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 44.00 | 1,100.00 | 48,400.00 |
| Winstead, H. | 21.40 | 950.00 | 20,330.00 |
| Glaeberman, M. | 162.30 | 300.00 | 48,690.00 |
| Grim, E. | 2.10 | 700.00 | 1,470.00 |
| Jones, T. | 157.70 | 300.00 | 47,310.00 |
| Colcock, S. | 47.50 | 330.00 | 15,675.00 |
| McGlinchey, P. | 15.00 | 195.00 | 2,925.00 |
| Dechant, K. | 24.50 | 425.00 | 10,412.50 |
| Jennings, R. | 85.40 | 425.00 | 36,295.00 |
| **TOTALS** | **559.90** | | **$ 231,507.50** |

Invoice Number: 11324233
September 20, 2021

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 7/31/21 | Contracted Professional Fees / Aldebaran Group / Case Support - 07.01.2021 - 07.31.2021 | E118 | 144.69 |
| | **TOTAL EXPENSES** | | **$ 144.69** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 231,652.19** |

Invoice Number: 11324233
September 20, 2021

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2021

**Retention / Fee Application**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/17/21 | Hudgins, M.C. | Draft fifteenth monthly fee statement, notice and exhibit. | .60 | 114.00 |
| 8/20/21 | Hudgins, M.C. | Revise fourth interim fee application. | .20 | 38.00 |
| 8/20/21 | Hudgins, M.C. | Draft fifth interim fee application. | 1.20 | 228.00 |
| 8/27/21 | Hudgins, M.C. | Revise fourth and fifth interim fee applications. | .50 | 95.00 |
| | | **TOTAL CHARGEABLE HOURS** | **2.50** | |
| | | **TOTAL FEES** | | **$ 475.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Hudgins, M.C. | 2.50 | 190.00 | 475.00 |
| **TOTALS** | **2.50** | | **$ 475.00** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 475.00** |

Invoice Number: 11324233
September 20, 2021

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2021

**Non-Working Travel (Billed @ 50%)**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/03/21 | Quinn, K. | Travel from Chicago, IL to New York, NY to attend client meeting. | 5.80 | 3,190.00 |
| 8/05/21 | Quinn, K. | Travel from New York, NY to Washington, DC. | 4.50 | 2,475.00 |
| | | **TOTAL CHARGEABLE HOURS** | **10.30** | |
| | | **TOTAL FEES** | | **$ 5,665.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 10.30 | 550.00 | 5,665.00 |
| **TOTALS** | **10.30** | | **$ 5,665.00** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 8/03/21 | Travel - Car Service / Sunny's Worldwide / K. Quinn / Beloit WI to ORD / August 3, 2021 | E110 | 285.60 |
| 8/05/21 | Travel - Airfare (Coach Fare) / Kami Quinn / Chicago, IL to New York, NY / Attend Client Meeting / August 3 - 5, 2021 | E110 | 185.00 |
| 8/05/21 | Travel - Train Fare (Coach Fare) / Kami Quinn / New York, NY to Washington, DC / Attend Client Meeting / August 3 - 5, 2021 | E110 | 180.00 |
| 8/05/21 | Travel - Lodging / Kami Quinn / New York NY / Attend Client Meeting / August 3 - 5, 2021 | E110 | 1,147.88 |
| 8/05/21 | Travel - Taxi Fare / Kami Quinn / New York NY / Attend Client Meeting / August 3 - 5, 2021 | E110 | 124.95 |
| 8/05/21 | Travel - Meals / Kami Quinn / New York NY / Attend Client Meeting / August 3 - 5, 2021 | E110 | 207.59 |
| | **TOTAL EXPENSES** | | **$ 2,131.02** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 7,796.02** |

Invoice Number: 11324233
September 20, 2021

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2021

**Plan of Reorganization / Disclosure Statement**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/28/21 | Ogrey, S. | Confer with R. Jennings re insurance "neutrality" research re non-profit organizations. | .40 | 92.00 |
| 7/28/21 | Ogrey, S. | Research non-profit chapter 11 (1.6); review language in plans/confirmation orders re transfer of property (3.7). | 5.30 | 1,219.00 |
| 8/02/21 | Bonesteel, A. | Review production volumes 003, 004, 007, 008, 009 and 010. | 4.50 | 1,417.50 |
| 8/02/21 | McGlinchey, P. | Revise production log re productions volumes 007-010. | 1.50 | 292.50 |
| 8/02/21 | McGlinchey, P. | Review production volumes 007-010 (2.1); draft summary re same (0.5). | 2.60 | 507.00 |
| 8/02/21 | Dechant, K. | Email K. Quinn and R. Jennings re Debtors' document production. | .20 | 85.00 |
| 8/02/21 | Jennings, R. | Research certain insurance "neutrality" issues. | 1.30 | 552.50 |
| 8/02/21 | Jennings, R. | Analyze document productions. | 2.00 | 850.00 |
| 8/03/21 | Grim, E. | Research issues re plan insurance injunction. | .30 | 210.00 |
| 8/03/21 | Grim, E. | Confer with K. Dechant re research issue relevant to plan insurance injunction. | .20 | 140.00 |
| 8/03/21 | Bonesteel, A. | Review production volumes 001, 002, 003, 006 and 007. | 3.30 | 1,039.50 |
| 8/03/21 | McGlinchey, P. | Analyze Debtors' productions to identify duplicate and clawed-back productions (0.6); revise production log re same (0.2). | .80 | 156.00 |
| 8/03/21 | Dechant, K. | Research issues re plan insurance injunction (6.0); confer with E. Grim re same (0.2). | 6.20 | 2,635.00 |
| 8/03/21 | Jennings, R. | Continue researching certain insurance "neutrality" issues. | .80 | 340.00 |
| 8/04/21 | Quinn, K. | Review draft restructuring support agreement reply draft. | .80 | 880.00 |
| 8/04/21 | McGlinchey, P. | Review Debtors' productions for chartered organization insurance policies. | .60 | 117.00 |
| 8/04/21 | Dechant, K. | Research objection issues. | 1.80 | 765.00 |
| 8/04/21 | Dechant, K. | Review objections to disclosure statement. | .60 | 255.00 |
| 8/04/21 | Dechant, K. | Confer with R. Jennings re objections to disclosure statement. | .10 | 42.50 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/04/21 | Jennings, R. | Research certain insurance "neutrality" issues re plan. | 1.00 | 425.00 |
| 8/04/21 | Jennings, R. | Confer with K. Dechant re plan confirmation issues (0.1); email S. Colcock re policy review issues (0.2). | .30 | 127.50 |
| 8/05/21 | Bonesteel, A. | Review production volumes 001, 002, 003, 006 and 007. | 2.00 | 630.00 |
| 8/05/21 | Dechant, K. | Continue researching issues re plan insurance injunction. | 4.60 | 1,955.00 |
| 8/05/21 | Jennings, R. | Continue researching insurance "neutrality" issues. | .70 | 297.50 |
| 8/06/21 | Quinn, K. | Continue reviewing objections and pleadings in advance of restructuring support agreement hearing. | 1.20 | 1,320.00 |
| 8/06/21 | Bonesteel, A. | Review production volumes 001, 002, 003, 006 and 007. | 2.50 | 787.50 |
| 8/06/21 | Bonesteel, A. | Email P. McGlinchey re BSA production volumes 001, 002, 003, 006 and 007. | .50 | 157.50 |
| 8/06/21 | McGlinchey, P. | Review documents produced by Debtors on July 12th and 25th re restructuring support agreement motion for relevant insurance materials (1.0); draft summary re same (0.4). | 1.40 | 273.00 |
| 8/06/21 | Dechant, K. | Continue researching issues re plan insurance injunction. | 2.60 | 1,105.00 |
| 8/09/21 | Quinn, K. | Begin review of "neutrality" cases in advance of restructuring support agreement hearing. | 1.20 | 1,320.00 |
| 8/09/21 | Quinn, K. | Review and revise draft update to plan in connection with chartered organization proposal. | .40 | 440.00 |
| 8/09/21 | Quinn, K. | Review certain claimants' supplemental objection. | .40 | 440.00 |
| 8/09/21 | Quinn, K. | Revise draft language re assignment savings for plan. | .30 | 330.00 |
| 8/09/21 | Grim, E. | Revise plan to reflect negotiations re chartered organizations. | 1.30 | 910.00 |
| 8/09/21 | Jennings, R. | Revise plan to provide protections re local council releases. | .70 | 297.50 |
| 8/10/21 | Quinn, K. | Prepare for restructuring support agreement hearing. | 4.50 | 4,950.00 |
| 8/10/21 | Quinn, K. | Review revised chartered organization term sheet. | .30 | 330.00 |
| 8/10/21 | Quinn, K. | Review insurers' motion to compel. | .50 | 550.00 |
| 8/10/21 | Grim, E. | Review insurers' supplemental objections to restructuring support agreement and evidentiary objections. | .50 | 350.00 |
| 8/10/21 | Colcock, S. | Revise materials for upcoming hearing on Debtors' restructuring plan. | 1.30 | 429.00 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/10/21 | Colcock, S. | Confer with local counsel re Century objection to Debtors' restructuring plan. | .10 | 33.00 |
| 8/10/21 | Dechant, K. | Email K. Quinn re research on Bankruptcy Code section 1129 and non-profits. | .10 | 42.50 |
| 8/10/21 | Dechant, K. | Research Bankruptcy Code section 1129 and non-profits (4.2); draft memorandum re same (1.0). | 5.20 | 2,210.00 |
| 8/11/21 | Quinn, K. | Continue preparation for hearing. | 1.20 | 1,320.00 |
| 8/11/21 | Quinn, K. | Confer with Debtors' counsel (J. Lauria), Coalition counsel (E. Goodman) and E. Grim re RSA hearing. | 1.20 | 1,320.00 |
| 8/11/21 | Grim, E. | Confer with Debtors' counsel (J. Lauria), Coalition counsel (E. Goodman) and K. Quinn re strategy for restructuring support agreement hearing. | 1.20 | 840.00 |
| 8/11/21 | McGlinchey, P. | Complete review of Debtors' productions. | .80 | 156.00 |
| 8/11/21 | Dechant, K. | Research re sponsoring organizations and pre-1976 coverage. | 2.90 | 1,232.50 |
| 8/11/21 | Dechant, K. | Continue research re Bankruptcy Code section 1129 and non-profits (3.4); draft memorandum re same (2.0). | 5.40 | 2,295.00 |
| 8/11/21 | Jennings, R. | Review document production summaries to identify important documents re insurance coverage. | .30 | 127.50 |
| 8/12/21 | Quinn, K. | Prepare for restructuring support agreement hearing. | 2.40 | 2,640.00 |
| 8/12/21 | Quinn, K. | Confer with E. Goodman re restructuring support agreement hearing. | .40 | 440.00 |
| 8/12/21 | Grim, E. | Attend restructuring support agreement hearing. | 6.20 | 4,340.00 |
| 8/12/21 | Colcock, S. | Revise materials for upcoming hearing on Debtors' restructuring plan. | 1.60 | 528.00 |
| 8/12/21 | McGlinchey, P. | Revise production log. | .40 | 78.00 |
| 8/12/21 | Dechant, K. | Email K. Quinn re research on sponsoring organizations and pre-1976 coverage. | .20 | 85.00 |
| 8/12/21 | Jennings, R. | Analyze supplemental objections to restructuring support agreement re impact on insurance recovery and insurer settlement negotiations. | 1.00 | 425.00 |
| 8/13/21 | Quinn, K. | Confer with RSA parties and E. Grim re preparation for hearing. | .80 | 880.00 |
| 8/13/21 | Quinn, K. | Participate in restructuring support agreement hearing. | 8.50 | 9,350.00 |
| 8/13/21 | Grim, E. | Attend restructuring support agreement hearing. | 1.40 | 980.00 |
| 8/13/21 | Grim, E. | Confer with RSA parties and K. Quinn re preparation for hearing. | .80 | 560.00 |
| 8/14/21 | Grim, E. | Draft "neutrality" oral argument outline for restructuring support agreement hearing. | .80 | 560.00 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/14/21 | Grim, E. | Review briefs and cases in preparation for restructuring support agreement hearing. | .80 | 560.00 |
| 8/16/21 | Quinn, K. | Participate in continued restructuring support agreement hearing (partial). | 2.50 | 2,750.00 |
| 8/16/21 | Grim, E. | Revise outline for restructuring support agreement hearing. | 1.80 | 1,260.00 |
| 8/16/21 | Grim, E. | Review cases for restructuring support agreement hearing. | 1.70 | 1,190.00 |
| 8/16/21 | Grim, E. | Attend restructuring support agreement hearing. | 9.70 | 6,790.00 |
| 8/16/21 | Colcock, S. | Analyze issues for upcoming hearing. | .80 | 264.00 |
| 8/16/21 | McGlinchey, P. | Review and organize objections to fourth amended disclosure statement. | 2.00 | 390.00 |
| 8/16/21 | McGlinchey, P. | Draft tracking chart of arguments raised in disclosure statement objections. | 1.20 | 234.00 |
| 8/16/21 | McGlinchey, P. | Review non-insurer objections to disclosure statement re insurance-related arguments. | 1.40 | 273.00 |
| 8/16/21 | Jennings, R. | Analyze insurance-related arguments in objections to the disclosure statement in preparation for reply brief. | 6.00 | 2,550.00 |
| 8/17/21 | Quinn, K. | Confer with D. Molton re restructuring support agreement hearing. | .20 | 220.00 |
| 8/17/21 | McGlinchey, P. | Continue reviewing and organizing objections to fourth amended disclosure statement. | 1.30 | 253.50 |
| 8/17/21 | McGlinchey, P. | Revise tracking chart of arguments raised in disclosure statement objections. | .90 | 175.50 |
| 8/17/21 | McGlinchey, P. | Research case docket for revised disclosure statement deadlines. | .40 | 78.00 |
| 8/17/21 | Dechant, K. | Draft memorandum re issues re plan insurance injunction. | 6.60 | 2,805.00 |
| 8/17/21 | Jennings, R. | Continue analyzing objections to disclosure statement for insurance-related arguments. | 8.40 | 3,570.00 |
| 8/18/21 | Quinn, K. | Email team re response to disclosure statement objections. | .30 | 330.00 |
| 8/18/21 | Grim, E. | Review objections to disclosure statement. | 3.90 | 2,730.00 |
| 8/18/21 | Grim, E. | Draft outline of reply to disclosure statement objections. | 1.20 | 840.00 |
| 8/18/21 | Grim, E. | Confer with K. Dechant re reply to disclosure statement objections. | .30 | 210.00 |
| 8/18/21 | Sraders, S. | Confer with R. Jennings and K. Dechant re "neutrality" research. | 1.20 | 690.00 |
| 8/18/21 | Colcock, S. | Research exemplars pertaining to TDP topics for 30(b)(6) depositions. | .90 | 297.00 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/18/21 | Dechant, K. | Continue drafting memorandum re issues re plan insurance injunction. | 6.30 | 2,677.50 |
| 8/18/21 | Dechant, K. | Confer with R. Jennings and S. Sraders re certain "neutrality" issues research. | 1.40 | 595.00 |
| 8/18/21 | Dechant, K. | Confer with E. Grim re reply to disclosure statement objections. | .30 | 127.50 |
| 8/18/21 | Jennings, R. | Analyze insurance-related issues for inclusion in reply to objections to disclosure statement. | 1.80 | 765.00 |
| 8/18/21 | Jennings, R. | Confer with S. Sraders and K. Dechant re certain "neutrality" issues research. | 1.20 | 510.00 |
| 8/19/21 | Quinn, K. | Participate in oral ruling on Debtors' restructuring support agreement motion. | .50 | 550.00 |
| 8/19/21 | Quinn, K. | Review draft reply outline. | .80 | 880.00 |
| 8/19/21 | Grim, E. | Draft insurance arguments for disclosure statement reply. | 3.80 | 2,660.00 |
| 8/19/21 | Grim, E. | Review disclosure statement objections. | .80 | 560.00 |
| 8/19/21 | Grim, E. | Attend hearing re restructuring support agreement ruling. | .50 | 350.00 |
| 8/19/21 | Sanchez, J. | Research debtor's duties re bankruptcy estate property. | 3.60 | 1,350.00 |
| 8/19/21 | Sraders, S. | Research preemption pursuant to 1123(a)(5) re disclosure statement. | 1.70 | 977.50 |
| 8/19/21 | McGlinchey, P. | Email A. Bonesteel re Debtors' production clawback. | .10 | 19.50 |
| 8/19/21 | Dechant, K. | Email K. Quinn, E. Grim, R. Jennings, S. Sraders and S. Colcock re reply to disclosure statement objections. | .50 | 212.50 |
| 8/19/21 | Dechant, K. | Research direct action rights issue (2.5); draft section of reply to disclosure statement objections re same (2.3). | 4.80 | 2,040.00 |
| 8/19/21 | Dechant, K. | Research non-profit debtor issue (3.1); draft section of reply to disclosure statement objections re same (2.5). | 5.60 | 2,380.00 |
| 8/20/21 | Sanchez, J. | Continue researching debtor's duties re bankruptcy property in preparation for disclosure statement objections. | 2.30 | 862.50 |
| 8/20/21 | Sraders, S. | Continue research re preemption pursuant to 1123(a)(5). | .30 | 172.50 |
| 8/20/21 | Dechant, K. | Continue drafting section re non-profit debtor issue for reply to disclosure statement objections. | 3.40 | 1,445.00 |
| 8/20/21 | Dechant, K. | Continue drafting section re direct action rights issue for reply to disclosure statement objections. | 1.30 | 552.50 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/20/21 | Dechant, K. | Email Young Conaway, K. Quinn, E. Grim, R. Jennings, and S. Sraders re reply to disclosure statement objections. | .20 | 85.00 |
| 8/20/21 | Jennings, R. | Research insurance issues for reply to objections to disclosure statement. | 1.70 | 722.50 |
| 8/23/21 | Grim, E. | Confer with E. Goodman re Debtors' mediation on restructuring support agreement issues. | .30 | 210.00 |
| 8/24/21 | Dechant, K. | Email R. Jennings re pre-1976 sponsoring / chartered organization coverage. | .30 | 127.50 |
| 8/24/21 | Jennings, R. | Confer with United Methodist Church representatives including J. Ryan and E. Rice, with A. Andrews, M. Atkinson, and others re settlement issues. | .80 | 340.00 |
| 8/25/21 | Quinn, K. | Revise draft term sheet. | .30 | 330.00 |
| 8/26/21 | Quinn, K. | Confer with client and Coalition re motion to compel issues. | 1.10 | 1,210.00 |
| 8/26/21 | Quinn, K. | Review revised draft restructuring support agreement; email E. Goodman re same. | .30 | 330.00 |
| 8/26/21 | Bonesteel, A. | Revise production database pursuant to clawback notice. | 1.10 | 346.50 |
| 8/26/21 | McGlinchey, P. | Revise production log re clawed-back documents. | .10 | 19.50 |
| 8/26/21 | Jennings, R. | Analyze recent court documents re potential impact on insurance issues in plan confirmation. | .80 | 340.00 |
| 8/27/21 | Quinn, K. | Confer with E. Goodman, J. Schulman, D. Molton, R. Brady and R. Jennings re motion to compel. | .60 | 660.00 |
| 8/27/21 | Quinn, K. | Confer with Debtors, Coalition, client and TCC re motion to compel argument strategy. | .60 | 660.00 |
| 8/27/21 | McGlinchey, P. | Review and organize documents re upcoming discovery hearing. | 2.10 | 409.50 |
| 8/27/21 | Jennings, R. | Confer with E. Goodman, J. Schulman, D. Molton, R. Brady and K. Quinn re motion to compel. | .60 | 255.00 |
| 8/29/21 | Quinn, K. | Revise draft insurer term sheet. | .60 | 660.00 |
| 8/29/21 | Jennings, R. | Review plan negotiation documents. | .30 | 127.50 |
| 8/30/21 | Quinn, K. | Email client re plan term sheets. | .20 | 220.00 |
| 8/30/21 | Quinn, K. | Confer with J. Patton, R. Brady, K. Enos, R. Jennings and E. Grim and others re plan negotiations. | .50 | 550.00 |
| 8/30/21 | Quinn, K. | Participate in hearing re discovery issues. | 2.00 | 2,200.00 |
| 8/30/21 | Quinn, K. | Revise draft proposed TCJC term sheet. | .50 | 550.00 |
| 8/30/21 | Grim, E. | Confer with J. Patton, R. Brady, K. Enos, R. Jennings and K. Quinn and others re plan negotiations. | .50 | 350.00 |

Invoice Number: 11324233
September 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 8/30/21 | Grim, E. | Review proposed term sheets for LDS and two insurers. | .60 | 420.00 |
| 8/30/21 | Grim, E. | Attend hearing on motion to compel discovery (partial). | 1.40 | 980.00 |
| 8/30/21 | Dechant, K. | Attend discovery hearing (partial). | 1.40 | 595.00 |
| 8/30/21 | Jennings, R. | Attend discovery hearing (partial). | 1.80 | 765.00 |
| 8/30/21 | Jennings, R. | Confer with J. Patton, R. Brady, K. Enos, K. Quinn, E. Grim and others re plan negotiations. | .50 | 212.50 |
| 8/30/21 | Jennings, R. | Review plan negotiation documents. | .50 | 212.50 |
| 8/31/21 | Quinn, K. | Confer with Coalition and R. Brady re TCJC negotiations. | .50 | 550.00 |
| 8/31/21 | Quinn, K. | Review and revise draft term sheet. | .30 | 330.00 |
| 8/31/21 | Quinn, K. | Confer with Coalition counsel and R. Brady re revisions to term sheet. | .50 | 550.00 |
| 8/31/21 | Quinn, K. | Review and revise draft terms sheets. | 1.50 | 1,650.00 |
| 8/31/21 | Grim, E. | Confer with Coalition counsel, R. Brady and K. Quinn re revisions to term sheet. | .50 | 350.00 |
| 8/31/21 | Grim, E. | Confer with LDS counsel (J. Bjork), Coalition counsel (D. Molton, E. Goodman), and co-counsel (R. Brady) re LDS term sheet. | .90 | 630.00 |
| 8/31/21 | Grim, E. | Review underlying claims data for proposed non-abuse claim settlements. | .50 | 350.00 |
| 8/31/21 | Grim, E. | Review updated LDS term sheet. | .30 | 210.00 |
| 8/31/21 | Grim, E. | Confer with  Debtors' counsel (M. Linder) re proposed non-abuse settlements. | .20 | 140.00 |
| 8/31/21 | Grim, E. | Review updated Hartford term sheet. | .30 | 210.00 |
| 8/31/21 | Grim, E. | Confer with Coalition counsel (D. Molton, E. Goodman) and co-counsel (R. Brady) re revisions to Hartford term sheet. | .60 | 420.00 |
| 8/31/21 | Dechant, K. | Research non-profit debtor issues. | 2.00 | 850.00 |
| 8/31/21 | Dechant, K. | Research preemption of direct-action rights. | 2.80 | 1,190.00 |
| 8/31/21 | Jennings, R. | Analyze recent filings and orders with similar fact patterns as BSA to consider potential impact on insurance issues for plan confirmation. | .50 | 212.50 |

**TOTAL CHARGEABLE HOURS**    **232.00**

**TOTAL FEES**    **$ 129,140.00**

Invoice Number: 11324233
September 20, 2021

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn, K. | 37.90 | 1,100.00 | 41,690.00 |
| Grim, E. | 43.30 | 700.00 | 30,310.00 |
| Sanchez, J. | 5.90 | 375.00 | 2,212.50 |
| Bonesteel, A. | 13.90 | 315.00 | 4,378.50 |
| Ogrey, S. | 5.70 | 230.00 | 1,311.00 |
| Sraders, S. | 3.20 | 575.00 | 1,840.00 |
| Colcock, S. | 4.70 | 330.00 | 1,551.00 |
| McGlinchey, P. | 17.60 | 195.00 | 3,432.00 |
| Dechant, K. | 66.80 | 425.00 | 28,390.00 |
| Jennings, R. | 33.00 | 425.00 | 14,025.00 |
| **TOTALS** | **232.00** | | **$ 129,140.00** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|---|---|---|---|
| 8/31/21 | Lexis | E106 | 2,937.33 |
| 8/31/21 | Westlaw | E106 | 116.51 |
| 8/31/21 | PACER | E106 | 22.60 |

| | | |
|---|---|---|
| **TOTAL EXPENSES** | | **$ 3,076.44** |
| **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 132,216.44** |
| **TOTAL FEES AND EXPENSES** | | **$ 372,139.65** |