# EXHIBIT B

**EXPENSES**
**August 1, 2021 - August 31, 2021**

| Date | Description | Amount |
|---|---|---|
| 7/31/2021 | Contracted Professional Fees / Aldebaran Group / Case Support - July 1, 2021 - July 31, 2021 | $144.69 |
| 8/3/2021 | Travel - Car Service / Sunny's Worldwide / K. Quinn / Beloit WI to ORD / August 3, 2021 | $285.60 |
| 8/5/2021 | Travel - Airfare (Coach Fare) / Kami Quinn / Chicago, IL to New York, NY / Attend Client Meeting / August 3 - 5, 2021 | $185.00 |
| 8/5/2021 | Travel - Train Fare (Coach Fare) / Kami Quinn / New York, NY to Washington, DC / Attend Client Meeting / August 3 - 5, 2021 | $180.00 |
| 8/5/2021 | Travel - Lodging / Kami Quinn / New York NY / Attend Client Meeting / August 3 - 5, 2021 | $1,147.88 |
| 8/5/2021 | Travel - Taxi Fare / Kami Quinn / New York NY / Attend Client Meeting / August 3 - 5, 2021 | $124.95 |
| 8/5/2021 | Travel - Meals / Kami Quinn / New York NY / Attend Client Meeting / August 3 - 5, 2021 | $207.59 |
| 8/31/2021 | Lexis | $2,937.33 |
| 8/31/2021 | Westlaw | $116.51 |
| 8/31/2021 | PACER | $22.60 |
| | | $5,352.15 |