IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOYS SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | ) ) | Case No. 20-10343 (LSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | ) | Docket Refs: 5485 |

**EVANSTON INSURANCE COMPANY'S WITHDRAWAL OF OBJECTION TO DISCLOSURE STATEMENT, AND RESERVATION OF RIGHTS**

Markel Service, Incorporated, Claim Service Manager for Evanston Insurance Company ("**Evanston**"), by its undersigned attorneys, withdraws its objection to the *Amended Disclosure Statement for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (the "**Objection**") [D.I. 6038], and states as follows.

1. In the Objection, Evanston raised a specific concern with the proposed Fourth Amended Chapter 11 Plan of Reorganization, noting that the issue, constituting an anticipated objection to plan confirmation, may not be considered ripe for consideration at the disclosure statement hearing.

2. In light of the multiplicity of issues before the Court in connection with the newly amended disclosure statement and related issues, and for the sake of efficiency and judicial economy, Evanston will not seek a ruling in connection with the Disclosure Statement, and hereby withdraws its Objection.   Evanston reserves rights with respect to plan confirmation.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

23148907

DATED:  September 20, 2021

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*s/ Michael J. Pankow*
Michael J. Pankow, #21212
410 17th Street, Suite 2200
Denver, Colorado  80202
Telephone:  (303) 223-1100
Facsimile:  (303) 223-1111
mpankow@bhfs.com

and

**GREENBERG TRAURIG, LLP**

*s/ Dennis A. Meloro*
Dennis A. Meloro, #4435
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 661-7395
Facsimile:  (302) 661-7165
melorod@gtlaw.com

*Attorneys for Markel Service, Incorporated, Claim Service Manager for Alterra Excess & Surplus and Evanston Insurance Company*