# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,1<br><br>       Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 3781** |

### NOTICE OF WITHDRAWAL OF OBJECTION OF THE TORT CLAIMANTS' COMMITTEE TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING LEHR SETTLEMENT AGREEMENT AND (II) MODIFYING THE AUTOMATIC STAY, TO THE EXTENT NECESSARY, TO PERMIT PAYMENT OF SETTLEMENT AMOUNT BY APPLICABLE INSURANCE

PLEASE TAKE NOTICE that the official committee of survivors of childhood sexual abuse (the "Tort Claimants' Committee"), appointed in the above-captioned cases, hereby withdraws the *Objection of the Tort Claimants' Committee to Debtors' Motion for Entry of an Order (I) Approving Lehr Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount By Applicable Insurance* [Docket No. 3781] filed on May 12, 2021

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2

| | |
|---|---|
| Dated: September 20, 2021 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>James I. Stang (CA Bar No. 94435)<br>Iain Nasatir (CA Bar No. 148977)<br>James E. O'Neill (DE Bar No. 4042)<br>John W. Lucas (CA Bar No.271038)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: jstang@pszjlaw.com<br>            inasatir@pszjlaw.com<br>            joneill@pszjlaw.com<br>            jlucas@pszjlaw.com<br><br>*Counsel for the Tort Claimants' Committee* |