## Exhibit A

**Summary of Services, July 1 – July 31, 2021**

# HAYNES BOONE

Invoice Number: 21494754
Invoice Date:  August 24, 2021
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  July 31, 2021*

| | |
|---|---|
| Total Fees | $296,307.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$296,307.50** |
| **Total Invoice Balance Due** | **USD  $296,307.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ⬤  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21494754**  ⬤  Client Number **0020234.00024**  ⬤  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 2 of 21

*For Professional Services Through July 31, 2021*

### Professional Fees

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/01/21 | Adrian Azer | Draft, review and revise responses ▮▮▮▮▮ (1.8); attend call with Mr. Martin regarding same (.2); review revised ▮▮▮▮ (1.2); email Ms. Baccash regarding same (.2); attend call with Ms. Baccash and White and Case team regarding revisions ▮▮▮ (.2); review research related to ▮▮▮▮, including certain cases cited therein, and emails with Mr. Schindler (1.3); email Ms. Baccash regarding ▮▮▮▮ (.2); email Ms. Rosenberg regarding ▮▮▮▮ (.2); draft, review and revise communication to the insurers (.7); attend call with Mr. Martin regarding ▮▮▮▮ (.5); review various additional communications from insurers (.9). | 7.40 | $5,735.00 |
| 07/01/21 | Carla Green | Review and analyze several responses ▮▮▮▮ (.4); review and analyze Mr. Schindler's research regarding ▮▮▮ (.4); review and comment on final revisions to ▮▮▮▮ (.8); review and comment on ▮▮▮▮ (.3); review and analyze supplemental research prepared by Mr. Schindler (.5). | 2.40 | $1,560.00 |
| 07/01/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding insurer e-mails and response to same (.2); review proposed e-mail to insurers (.1); review e-mails from various insurers (.1); review research ▮▮▮ (.1); review insurers' motion ▮▮▮ (.1); attend call with Mr. Azer regarding case status (.5). | 1.10 | $1,094.50 |
| 07/01/21 | Benjamin Schindler | Continue legal research ▮▮▮▮ (1.5); draft informal memorandum ▮▮▮▮ to Mr. Azer, Ms. Green, Mr. Martin and Mr. Stoner (.2); draft response ▮▮▮▮ (1.2); review, analyze and log ▮▮▮ responses (.5); review ▮ documents prior to ▮▮ call with Mr. Azer and Ms. Green (1.5); email Mr. Azer, Mr. Stoner and Ms. Green regarding same (.1); conduct follow-up legal research ▮▮▮▮ (1.1); review and revise ▮▮▮▮ letter (.4); email Mr. Azer, Mr. Martin, Ms. Green and Mr. Stoner regarding updated letter log and ▮▮▮▮ letter (.3). | 6.80 | $3,060.00 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 3 of 21

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/02/21 | Adrian Azer | Attend call with Mr. Stoner, Ms. Green, and Mr. Schindler regarding ██████████████████████ (.9); attend call with Mr. Martin regarding various issues (.3); attend call with Ms. Quinn and Mr. Linder (.3); draft email related to ██████████████ (.5); email Mr. Andolina regarding insurer weekly call (.2); review letter ████ and consider response to same (.2); email W&C team regarding email to the insurers (.2); finalize and send email to the insurers (.4); review response to motion ████████████████████ (.3); attend call with Mr. Celentino regarding emails related to ████ (.2); email W&C team regarding ████████████ (.2); review revisions by FCR ████████████ and comment on same and emails with W&C team regarding same (.6); review multiple sets of discovery requests from various insurers (.8). | 5.10 | $3,952.50 |
| 07/02/21 | Carla Green | Attend conference call with Mr. Azer, Mr. Stoner and Mr. Schindler to discuss ████████ (.9); review and analyze letter ████████ (.3). | 1.20 | $780.00 |
| 07/02/21 | Ernest Martin, Jr. | Email Mr. Azer regarding ████████████████ (.2); attend call with Mr. Azer regarding revision to ████ (.3). | 0.50 | $497.50 |
| 07/02/21 | Benjamin Schindler | Review, analyze and log letters ████████ (0.3); update to master distribution list for insurers (0.2); prepare for ████ call on ████ ████████████████ (0.8); attend call regarding same with Mr. Azer, Ms. Green and Mr. Stoner (.9). | 2.20 | $990.00 |
| 07/02/21 | Mike Stoner | Prepare for conference call regarding ████████████ (1.0); attend conference call with Mr. Azer, Ms. Green, and Mr. Schindler concerning ████████████ ██████████ (.9). | 1.90 | $1,282.50 |
| 07/03/21 | Ernest Martin, Jr. | Review e-mails from Ms. Schuler, Mr. Mason, and Mr. McGowan regarding ████ (.1). | 0.10 | $99.50 |
| 07/04/21 | Ernest Martin, Jr. | Review document requests ████ (.1); review insurers' deposition notice ████ (.1). | 0.20 | $199.00 |
| 07/05/21 | Adrian Azer | Attend call with Mr. Celentino regarding ████████ (.2); compile insurer communications and send to W&C team (.3); attend call with Mr. Martin regarding ████████ (.1). | 0.60 | $465.00 |
| 07/05/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding ████████ (.1); review e-mail from Mr. Anker and Mr. Jacobs regarding meet and confer call on discovery (.1). | 0.20 | $199.00 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 4 of 21

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/06/21 | Adrian Azer | Attend meet-and-confer with insurers (.3); consider ███████, including review and revise draft outline and memorandum (.5); attend conference call with Mr. O'Neill and Mr. Hammond regarding ███████ (.6); attend BTF meeting (.5); attend conference call with Mr. Stoner, Ms. Green, and Mr. Schindler regarding ███████ memorandum (.8); draft, review and revise summary email related to discovery served by insurers (.7); attend call with Mr. Martin regarding same (.4); review revised language related to ███████t (.3); conference with Mr. Stoner regarding same (.2); review revised language and provide comments to same (.2); emails with counsel ███████ (.2); review insurer emails related to ███████ (.3). | 5.00 | $3,875.00 |
| 07/06/21 | Carla Green | Attend conference call with Mr. Azer, Mr. Stoner and Mr. Schindler to discuss ███████ (.8). | 0.80 | $520.00 |
| 07/06/21 | Ernest Martin, Jr. | Participate in call with insurers regarding discovery and upcoming depositions (.3); participate in call with Bankruptcy Task Force (.6); attend call with Mr. Azer regarding ███████ (.4). | 1.30 | $1,293.50 |
| 07/06/21 | Benjamin Schindler | Email co-counsel regarding ███████ (0.3); draft outline of next steps and strategy ███████ (1.5); draft email regarding same to Mr. Azer, Mr. Stoner and Ms. Green (0.2); legal research related to ███████ (0.6); attend call with Mr. Azer, Mr. Stoner, and Ms. Green regarding ███████ as well as outline and formal memo on same for White and Case (0.8); review and revise notes from call (0.2); draft updated log of insurer responses and confirmation of notice to co-counsel of substantive responses (0.6). | 4.20 | $1,890.00 |
| 07/06/21 | Mike Stoner | Review emails relating to ███████ (.2); work on revisions to ███████ (.2); prepare for ███████ meeting (.3); attend ███████ meeting with Mr. Azer, Ms. Green, and Mr. Schindler (.8). | 1.50 | $1,012.50 |
| 07/07/21 | Adrian Azer | Attend conference call with Mr. McGowan, Mr. Linder, Mr. Whittman, and Mr. Martin (.2); review draft discovery responses by Debtors ███████ (.9); attend conference call with White and Case team regarding revisions to insurer discovery requests (1.2); review insurer reply ███████ (.4); attend status conferences (2.1); review emails from Ms. Kutz and Mr. Linder regarding t███████ (.4); attend conference call with Mr. Hershey regarding responses to insurer discovery (.3); attend conference call with Mr. Martin regarding status conference (.2); review prior memorandum ███████ (.4). | 6.10 | $4,727.50 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 5 of 21

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/07/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (.2); attend call with Mr. Azer regarding ███████████ (.2). | 0.40 | $398.00 |
| 07/07/21 | Benjamin Schindler | Review Court transcript █████████ and incorporation of same into Outline (2.7); revise ██████ outline, including related legal research (2.4); update log of insurer communications (0.3); email Mr. Azer, Mr. Martin, Ms. Green, and Mr. Stoner regarding ██████ ████████████ (0.2); email co-counsel regarding ████████ (0.2). | 5.80 | $2,610.00 |
| 07/07/21 | Mike Stoner | Email Mr. Krebs concerning ████████████ (.2); review emails from insurers relating to response to emails concerning ██████ (.1); email Mr. Schindler concerning ████████ memorandum (.1). | 0.40 | $270.00 |
| 07/08/21 | Adrian Azer | Attend conference call with Ms. Kutz, Mr. Zirkman, and Mr. Linder regarding ███████████ (.5); email Mr. Hammond regarding ██████████ (.3); review email from Ms. Kutz with attachment regarding ██████████ (.3); email Mr. Andolina and Mr. Hershey regarding ████████████ and discovery (.4). | 1.50 | $1,162.50 |
| 07/08/21 | Benjamin Schindler | Revise ████████ outline (0.5); email Mr. Azer, Ms. Green, Mr. Martin and Mr. Stoner regarding same (0.1). | 0.60 | $270.00 |
| 07/08/21 | Mike Stoner | Review Mr. Schindler's draft memorandum (.3); prepare comments and revisions to draft memorandum (2.3). | 2.60 | $1,755.00 |
| 07/09/21 | Adrian Azer | Attend conference call with ORIC, W&C team, and Mr. Gallagher regarding ██████████ (.8); email insurers regarding weekly call, including email ████████ and draft response (.4); review communications from insurers and circulate to team (.3); review updated language related to ████████████ (.2); attend call with Ms. Green regarding ██████ memo (.1). | 1.70 | $1,317.50 |
| 07/09/21 | Carla Green | Email Mr. Azer and Mr. Stoner regarding ██████ memo (.2); attend conference call with Mr. Azer regarding same (.1). | 0.30 | $195.00 |
| 07/09/21 | Benjamin Schindler | Review, analyze and log insurer correspondence (0.1); revise ██████ ████████ outline (1.1); email Mr. Stoner, Mr. Azer and Ms. Green regarding same (0.2). | 1.40 | $630.00 |
| 07/09/21 | Mike Stoner | Review updated memorandum █████████████ ████████. | 0.50 | $337.50 |
| 07/10/21 | Carla Green | Attend conference call with Mr. Azer to discuss insurer discovery and case status (.2); review and analyze discovery requests for response to same (.1). | 0.30 | $195.00 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 6 of 21

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/11/21 | Adrian Azer | Review and comment on revised ███ memorandum (1.3); attend call with Ms. Green regarding same (.1); attend conference call with Ms. Green, Mr. Stoner, Mr. Dutton and Mr. Schindler regarding updates to ████████ outline (1.2); review insurer communications (.3); review discovery requests to insurers (.5). | 3.40 | $2,635.00 |
| 07/11/21 | Wesley Dutton | Review notes in anticipation of call with Mr. Azer, Mr. Schindler, Ms. Green, and Mr. Stoner (.4); attend call with Mr. Azer, Mr. Schindler, Ms. Green, and Mr. Stoner to discuss ███████ (1.2); research and analyze case law concerning ██████ (1.1); draft email to Mr. Azer, Mr. Schindler, Ms. Green, and Mr. Stoner summarizing research findings (.2). | 2.90 | $1,580.50 |
| 07/11/21 | Carla Green | Review and analyze ██████ memo and provide comments and feedback (1.0); email Mr. Dutton regarding same (.2); attend conference call with Mr. Azer regarding same (.1); attend conference call with Mr. Azer, Mr. Stoner, Mr. Dutton and Mr. Schindler to discuss ████ memo (1.2); review updated cases circulated by Mr. Dutton (.3). | 2.80 | $1,820.00 |
| 07/11/21 | Benjamin Schindler | Email Mr. Azer, Mr. Stoner and Ms. Green regarding ██████ (0.1); review insurer communications (0.2); prepare for call on ████ outline and draft responses to insurer discovery requests in connection with RSA motion (0.3); attend call with Mr. Stoner, Mr. Azer, Ms. Green, and Mr. Dutton regarding ████████ outline (1.2); review, analyze and log insurer correspondence (0.3); revise ████████ outline stemming from call with team (1.1). | 3.20 | $1,440.00 |
| 07/11/21 | Mike Stoner | Review Mr. Azer's revisions and comments to memorandum (.3); attend call with Mr. Azer, Ms. Green, Mr. Dutton and Mr. Schindler regarding updates to ████████ outline (1.2). | 1.50 | $1,012.50 |
| 07/12/21 | Adrian Azer | Attend conference call with Mr. McGowan, Mr. Andolina, Mr. Martin, Mr. Whittman, and Mr. Linder (.2); attend post-conference call with Mr. Martin (.7); review research related to ████████ memorandum (.3); finalize discovery to insurers related to RSA (.5); attend conference call with Mr. Linder, Mr. Zirkman, and Ms. Kutz regarding ████ (.4); attend conference call with Local Council Committee, Mr. Andolina, Mr. Linder and White and Case team regarding ████ (.7); review communications from insurers and consider responses to same (.4); review discovery requests ████ (.3); review email from Mr. Manning ████████ (.3). | 3.80 | $2,945.00 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 7 of 21

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/12/21 | Carla Green | Review and analyze discovery responses to be served on insurers ███ ███ (.8); complete revisions to discovery responses (1.2); email Ms. Topper regarding ███ (.2); finalize and serve same (.4); review and analyze response ███ (.2); review and analyze ███ response to RSA and objections (.3); review documents requests and pending status (.5). | 3.60 | $2,340.00 |
| 07/12/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Mr. Andolina, Mr. Linder, and Mr. Azer (.2); discussion attend call with with Mr. Azer regarding case developments and issues related to ███ discovery (.7); various e-mails with Mr. Andolina regarding meetings to prepare for and take depositions (.2). | 1.10 | $1,094.50 |
| 07/12/21 | Benjamin Schindler | Revise ███ outline including legal research (1.1); review, analysis and log of new insurer correspondence (.2); email Ms. Green and Mr. Azer regarding insurer correspondence and log of same (.1). | 1.40 | $630.00 |
| 07/12/21 | Mike Stoner | Review status conference transcript (.9); conduct analysis regarding case law relating to ███ (.4); research and analyze case law concerning ███ (2.2). | 3.50 | $2,362.50 |
| 07/13/21 | Adrian Azer | Review additional discovery related to the RSA (.3); email Mr. Hershey (White and Case) regarding discovery (.2); email Ms. Green regarding response ███ (.2); review email to counsel ███, incorporating comments from White and Case (.2); email Mr. Martin regarding deposition ███ (.1); attend call with Mr. Martin regarding the deposition ███ (.2). | 1.20 | $930.00 |
| 07/13/21 | Carla Green | Review and analyze ███ ███ (.8); draft summary of same for response (.4); correspondence with insurers regarding same (.2); review and analyze discovery requests from insurers in preparation for responses (.7); email Ms. Kutz regarding ███ (.2); review and comment on ███ outline regarding ███ (1.0). | 3.30 | $2,145.00 |
| 07/13/21 | Ernest Martin, Jr. | Meet with Mr. Andolina, Mr. Hammond, Mr. Linder, Mr. Hershey, and Mr. Whittman for preparation of ███ deposition (5.0); attend call with Mr. Azer regarding same (.2). | 5.20 | $5,174.00 |
| 07/13/21 | Benjamin Schindler | Continue revising ███ outline including legal research (3.4); email Mr. Azer, Mr. Martin, Ms. Green, Mr. Stoner and Mr. Dutton regarding same (0.2). | 3.60 | $1,620.00 |
| 07/13/21 | Mike Stoner | Additional analysis regarding case law interpreting ███ (.7); review emails relating to BSA interrogatories (.1); review emails relating to ███ (.1); review first draft of ███ memorandum (1.2). | 2.10 | $1,417.50 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 8 of 21

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/14/21 | Adrian Azer | Review and respond to email from Ms. Kutz (.2); review and respond to emails from Ms. Lauria regarding ▓▓▓▓▓ (.3); review and revise ▓▓▓▓▓ memorandum (2.4); attend call with Mr. Stoner regarding same (.3); email Ms. Green regarding discovery on the insurers ▓▓▓▓▓ (.2); attend call with Ms. Green regarding same (.3); attend conference call with Mr. Hershey regarding ▓▓▓▓▓ (.2); review document for ▓▓▓▓▓ (.5); begin to review Coalition revisions ▓▓▓▓▓ (.4); review summary of ▓▓▓▓▓ (.9). | 5.70 | $4,417.50 |
| 07/14/21 | Carla Green | Review and analyze response from insurers regarding discovery requests (.2); email Mr. Schindler regarding same (.2); review and analyze ▓▓▓▓▓ (.6); attend conference call with Mr. Azer to discuss draft of discovery requests to insurers (.3); begin draft of discovery requests to multiple insurers (3.5). | 4.80 | $3,120.00 |
| 07/14/21 | Ernest Martin, Jr. | Meet with Mr. Andolina, Hammond, Mr. Linder and Mr. Whittman in final preparation for ▓▓▓▓▓ deposition (1.5); attend deposition ▓▓▓▓▓ (4.7); review e-mail from Mr. Goodman regarding change ▓▓▓▓▓ (.2). | 6.40 | $6,368.00 |
| 07/14/21 | Benjamin Schindler | Revise master distribution list and insurer correspondence log (.1); email Haynes and Boone team and bankruptcy counsel regarding ▓▓▓▓▓ outline and discovery responses (.3). | 0.40 | $180.00 |
| 07/14/21 | Mike Stoner | Attend call with Mr. Azer regarding ▓▓▓▓▓ memorandum (.3); work on revising structure to ▓▓▓▓▓ memorandum (1.5); work on revising analysis in ▓▓▓▓▓ memorandum concerning ▓▓▓▓▓ (3.0); work on revising ▓▓▓▓▓ memorandum concerning ▓▓▓▓▓ (2.5). | 7.30 | $4,927.50 |
| 07/15/21 | Adrian Azer | Email Mr. Linder and counsel ▓▓▓▓▓ (.2); email Ms. Rosenberg regarding ▓▓▓▓▓ (.2); begin to review Coalition revisions ▓▓▓▓▓ (.9); continue to review and revise ▓▓▓▓▓ memorandum ▓▓▓▓▓ (1.1); attend call with Mr. Stoner regarding same (.2); attend call with Ms. Green and Mr. Stoner regarding ▓▓▓▓▓ (.3); attend conference call with Mr. Martin regarding case status (.4). | 3.30 | $2,557.50 |
| 07/15/21 | Carla Green | Attend conference call with Mr. Azer and Mr. Stoner to discuss ▓▓▓▓▓ (.3); review and analyze ▓▓▓▓▓ research (.4); review and analyze revisions ▓▓▓▓▓ (2.3); draft summary and suggestions for same (.8); finalize discovery requests to multiple insurers (2.4); review and provide comment to ▓▓▓▓▓ memo (1.0). | 7.20 | $4,680.00 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 9 of 21

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/15/21 | Ernest Martin, Jr. | Meet with Mr. Andolina, Mr. Linder, Mr. Hershey and Mr. McGowan in preparation for ▮▮▮ deposition (.8); attend deposition ▮▮▮▮▮ (7.4); attend call with Mr. Azer regarding case developments (.4); review draft letter from Mr. Kurtz to ▮▮▮▮▮ counsel (.1); review draft letter to Mr. Hallowell (.1). | 8.80 | $8,756.00 |
| 07/15/21 | Mike Stoner | Edit and revise ▮▮▮▮▮ memorandum (3.4); prepare email to Mr. Azer concerning ▮▮▮▮▮ memorandum (.1); prepare email to Mr. Azer regarding ▮▮▮▮▮ (.1); attend call with Mr. Azer regarding revision to ▮▮▮▮▮ memorandum (.2); prepare additional revisions to ▮▮▮▮▮ memorandum (3.1); draft email to Ms. Baccash regarding ▮▮▮▮▮ (.1); attend conference call with Mr. Azer and Ms. Green regarding ▮▮▮▮▮ memorandum and ▮▮▮▮▮ (.3). | 7.30 | $4,927.50 |
| 07/16/21 | Adrian Azer | Review Coalition revisions ▮▮▮▮▮ and consider same (1.9); attend conference call with Ms. Green and Mr. Stoner regarding same (.5); attend conference call with Mr. Linder, Ms. Green, Mr. Stoner, and Ms. Warner regarding same and next steps (.6); attend conference call with Mr. Linder regarding ▮▮▮▮▮ (.2); review emails from Ms. Kutz related to same (.4); attend conference call with ORIC and Mr. Linder regarding same (.5); email insurers regarding weekly meeting (.1); attend call with Mr. Martin regarding ▮▮▮▮▮ memorandum and discovery (.3); review revised version of ▮▮▮▮▮ memorandum (1.3); attend call with Mr. Stoner regarding same (.2); review Mr. Martin revisions to same (.3); review depositions ▮▮▮▮▮ (.9); review emails related to ▮▮▮▮▮ (.2); review and provide comments to discovery on insurers (1.0); email team regarding ▮▮▮▮▮ related to same (.3). | 8.70 | $6,742.50 |
| 07/16/21 | Carla Green | Attend conference call with Mr. Azer and Mr. Stoner to discuss revisions ▮▮▮▮▮ (.5); attend conference call with Mr. Azer, Mr. Stoner, Ms. Warner and Mr. Linder to discuss ▮▮▮▮▮ (.6); continue reviewing ▮▮▮▮▮ (1.3); complete revisions to discovery requests to multiple insurers based on Mr. Azer's comments (1.2); email Ms. Warner regarding ▮▮▮▮▮ (.2); review ▮▮▮▮▮ for same (.4); conduct final review and comment on ▮▮▮▮▮ memo (.7); review and analyze ▮▮▮▮▮ deposition transcripts (.8). | 5.70 | $3,705.00 |
| 07/16/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding update call with client (.3); review and revise ▮▮▮▮▮ memorandum (.8); prepare e-mail to Ms. Lauria regarding ▮▮▮▮▮ memo and ▮▮▮▮▮ discovery (.2). | 1.30 | $1,293.50 |
| 07/16/21 | Benjamin Schindler | Email Mr. Azer regarding deposition review (0.1); email Mr. Stoner regarding ▮▮▮▮▮ (0.1). | 0.20 | $90.00 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 10 of 21

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/16/21 | Mike Stoner | Further review of ███████████ (1.0); attend conference call with Mr. Azer and Ms. Green to discuss █████████ (.5); revise █████████ memorandum to incorporate Mr. Azer's comments (.6); prepare email to Mr. Martin regarding █████████ memorandum (.1); review draft templates of interrogatories and requests for production (.4); review Mr. Azer's comments and revisions to interrogatories and requests for production (.2): prepare email regarding ██████████████████ (.1); analyze issues relating to █████████████ (.3); attend conference call with Mr. Azer, Mr. Linder, Ms. Baccash, Mr. Andolina, Ms. Warner, Mr. Martin and Ms. Green regarding ████████████ (.6); attend call with Mr. Azer regarding revisions to █████████ memorandum (.2); prepare revisions to █████████ memorandum based on Mr. Martin's comments. (.3). | 4.30 | $2,902.50 |
| 07/17/21 | Adrian Azer | Review and comment on █████████ (1.2); email White and Case regarding same (.2); review █████████ responses to discovery ████████████ (.2); begin to review documents related to █████████ (.3). | 1.90 | $1,472.50 |
| 07/17/21 | Benjamin Schindler | Review final █████████ outline (0.6); begin reviewing ████████ for relevant documents (0.2); review █████████ (0.8); email Mr. Martin, Mr. Azer, Mr. Stoner and Ms. Green regarding same (0.2). | 1.80 | $810.00 |
| 07/18/21 | Adrian Azer | Email Ms. Baccash regarding comments █████████ (.2); attend call with Mr. Hershey regarding email to insurers (.1); email insurers regarding discovery (.1); attend conference call with Mr. Stoner regarding review █████████ (.2); review emails related to █████████ and consider same (.3); review email related to meet and confer with █████████ (.1). | 1.00 | $775.00 |
| 07/18/21 | Ernest Martin, Jr. | Meet with Mr. McGowan, Mr. Andolina, Mr. Hershey, and Mr. Ownby to prepare █████████ for deposition. | 4.30 | $4,278.50 |
| 07/18/21 | Benjamin Schindler | Review of correspondence with opposing counsel regarding discovery exchange and review of discovery documents (0.2). | 0.20 | $90.00 |
| 07/19/21 | Adrian Azer | Attend conference call with Ms. Lauria, Mr. Linder, and Mr. Whittman (.4); prepare for conference call with KCIC regarding █████████ (.4); attend conference call with Mr. Terrell, Ms. Hanke, Mr. Sochurek, and Mr. Stoner regarding █████████ (1.0); prepare for conference with Ms. Quinn (counsel to the FCR) regarding ██████████████████ (.3); attend conference call with Ms. Quinn and Mr. Linder regarding same (.5); attend conference call with Mr. Martin regarding █████████ deposition (.4); review █████████ discovery responses (.5); review proposal ██████████████ (.4); follow-up regarding █████████ (.2). | 4.10 | $3,177.50 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 11 of 21

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/19/21 | Wesley Dutton | Attend call with Mr. Stoner and Mr. Schindler to discuss ███████████████, including review and summary of transcripts of recent depositions ████████. | 0.30 | $163.50 |
| 07/19/21 | Carla Green | Email Mr. Sochurek regarding document production ████████ (.2); review and analyze ██████ objections to document requests (.4). | 0.60 | $390.00 |
| 07/19/21 | Ernest Martin, Jr. | Meet with Mr. McGowan, Mr. Ownby, Mr. Andolina, and Mr. Hershey in preparation for █████ deposition (1.2); attend deposition ███████ (7.5). | 8.70 | $8,656.50 |
| 07/19/21 | Benjamin Schindler | Review, analyze and summarize █████████(0.3); attend call with Mr. Stoner and Mr. Dutton regarding █████████ (0.3). | 0.60 | $270.00 |
| 07/19/21 | Mike Stoner | Review ███████████████████████ (1.0); attend conference call with Mr. Azer, Ms. Hanke, Mr. Sochurek, and Mr. Terrell concerning █████████ (1.0); review deposition transcripts from █████████████ (.5); attend conference call with Mr. Schindler and Mr. Dutton concerning deposition transcripts and legal analysis █████████ (.3). | 2.80 | $1,890.00 |
| 07/20/21 | Adrian Azer | Continue to review revisions to proposal related to ██████████ (.3); review ███████████ letter (.2); continue to review insurer responses to discovery (.4); attend conference call with Mr. Martin regarding ██████████ (.4); attend conference call with Ms. Lauria regarding same (.3); attend conference call with Mr. Stoner and Ms. Green regarding review █████████████████ (.3); review Coalition revisions ██████████████████ (.6); attend conference call with counsel to the Coalition, counsel to the FCR, Ms. Lauria, Mr. Andolina, and Mr. Linder (1.2); attend conference call with Ms. Lauria and the White and Case team regarding ███████████████ (.5); continue to review proposals related to ████████████████ (.9); attend conference call with Mr. Martin regarding ██████████ (.4); review ████████████████ (.5); begin to review filing ████████████████ and emails related to same (.4); review email from Mr. Manning regarding ████████████████ (.3). | 6.70 | $5,192.50 |
| 07/20/21 | Wesley Dutton | Review transcript of the deposItion █████████ and draft summary of testimony. | 5.60 | $3,052.00 |
| 07/20/21 | Carla Green | Conference call with Mr. Azer and Mr. Stoner to discuss revisions █████████████ (.2); review and analyze revisions ██████████ (1.2); review correspondence regarding ██████████████ (.3); review updated insurer correspondence log received from Mr. Schindler (.3); review summary of discovery objection received from Mr. Stoner (.3). | 2.30 | $1,495.00 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 12 of 21

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/20/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding ███████████ ████████ (.4); attend call with Mr. Azer regarding calls with Coalition and FCR ██████ and regarding call with Ms. Lauria regarding ████████████ (.4); review Mr. Kurtz' letter to ████████ counsel (.1); review revised discovery response to insurers' interrogatory (.1). | 1.00 | $995.00 |
| 07/20/21 | Benjamin Schindler | Email Mr. Stoner, Mr. Azer, Ms. Green and Mr. Martin regarding ████ ████ (0.2); review of ████ documents (0.4); review, analysis and summary of notes ████████ (0.3) correspondence with Mr. Stoner regarding same (0.1); review, analyze and log insurer correspondence regarding discovery and correspondence to Mr. Azer regarding same (0.4); email Mr. Stoner and Mr. Dutton (separately) regarding deposition summaries and ████████████ (0.2); email Mr. Azer regarding same and initial review of ████████ deposition transcript (0.2). | 1.80 | $810.00 |
| 07/20/21 | Mike Stoner | Review Coalition comments ████████████ (1.0); attend conference call with Mr. Azer and Ms. Green regarding revisions ████████████████ (.3); further review of ████████████████ (.5); prepare email to Mr. Schindler concerning ████████████ (.1); prepare email to Mr. Dutton concerning status of deposition transcripts (.1); review insurer responses ████████ (.9); prepare response to Mr. Azer concerning insurer responses to discovery (2.1); analyze ████████████████████ (.4); prepare emails to Mr. Azer regarding ████████████████████ (.2). | 5.60 | $3,780.00 |
| 07/21/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Martin (.4); attend conference call with Mr. Stoner, Mr. Boone, Ms. Warner, Ms. Burgess, and Ms. Rivero concerning ████████████ (.2); attend conference call with Mr. Stoner, Ms. Hanke, Ms. Klauck regarding ████████████ (.2); begin to review Coalition reply to objections to RSA motion (.3); attend conference call with Ms. Green and Mr. Stoner regarding ████████████████ (.3); attend hearing before Bankruptcy Court (2.4); attend conference call with Ad Hoc Committee, Coalition and White and Case team regarding ████████ (1.5); review current version ████████████████████ (.4); review ████████████████ (.3); begin to review summary of ████ deposition (.2); attend conference call with Mr. Martin, Ms. Green and Mr. Stoner to discuss Coalition brief in support of RSA (.5); attend conference call with Mr. Martin, Mr. Stoner, Ms. Green, Ms. Boelter, Mr. Linder, Ms. Baccash, Mr. O'Neil and Mr. Ferrier regarding Coalition brief (.6); attend post-conference call with Mr. Martin (.3); attend conference call with Ms. Green regarding ████████ ████ (.2). | 7.80 | $6,045.00 |
| 07/21/21 | Wesley Dutton | Review transcript of the deposition ████████ and draft summary of testimony and forward summary to Mr. Stoner for review (1.6); review transcript of the deposition ████████ and draft summary of testimony (3). | 4.60 | $2,507.00 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 13 of 21

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/21/21 | Carla Green | Attend conference call with Mr. Martin, Mr. Azer and Mr. Stoner to discuss Coalition brief in support of RSA (.5); attend conference call with Mr. Martin, Mr. Azer, Mr. Stoner, Ms. Boelter, Mr. Linder, Ms. Baccash, Mr. O'Neil and Mr. Ferrier regarding Coalition brief (.6); attend conference call with Mr. Azer to discuss ███████████ for deposition (.2); attend conference call with Mr. Azer and Mr. Stoner to discuss ███████████ (.3); review and analyze Coalition's brief in support (1.4); review and analyze ████ deposition summary (.4); review and analyze ████████ (.4); review and analyze ████████ (.5); review and analyze ████████ (.4). | 4.70 | $3,055.00 |
| 07/21/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Azer (.4); attend Bankruptcy hearing (2.0); review Coalition brief (.4); attend call with with Mr. Azer, Ms. Green, and Mr. Stoner regarding Coalition brief (.5); attend call with Ms. Lauria, Mr. Andolina, Mr. O'Neill, Ms. Baccash, Ms. Green, and Mr. Stoner regarding same (.6); attend follow-up call with Mr. Azer regarding same (.3); review e-mail from Mr. Schiavoni regarding discovery (.1); review draft letter to Mr. Schiavoni (.1). | 4.40 | $4,378.00 |
| 07/21/21 | Benjamin Schindler | Draft memo analyzing ███████████████████████████. | 3.70 | $1,665.00 |
| 07/21/21 | Mike Stoner | Review notes on ███████████ (.1); attend conference call with Mr. Azer and Ms. Green concerning ████████████ (.3); analyze ████████████ (.2); prepare email to Mr. Azer regarding ████████████ (.2); review and analyze ████ motion supporting RSA (.6); review revisions, comments, and emails relating to ████████ (.2); prepare email to Mr. Azer and Ms. Green concerning ████ deposition (.1); analyze ████████████ (.6); analyze ████████ (.7); prepare email to Mr. Azer concerning ████████████ (.4); attend conference call with Mr. Azer, Mr. Boone, Ms. Warner, Ms. Burgess, and Ms. Rivero concerning ████████ (.2); attend conference call with Mr. Azer, Ms. Hanke, Ms. Klauck regarding ████████ (.2); review Coalition joinder brief (.5); review Mr. Azer revisions to Coalition joinder brief (.3); continue working on joinder reply brief (.7); attend conference call with Mr. Martin, Mr. Azer and Ms. Green to discuss Coalition brief in support of RSA (.5); attend conference call with Mr. Martin, Mr. Azer, Ms. Green, Ms. Boelter, Mr. Linder, Ms. Baccash, Mr. O'Neil and Mr. Ferrier regarding Coalition brief (.6). | 6.40 | $4,320.00 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 14 of 21

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/22/21 | Adrian Azer | Review various versions ███████████ (.4); prepare for conference with TCC, Coalition, FCR, and Ms. Lauria regarding ███████ (.6); review various emails related to ███████ (.3); attend post-conference call with Mr. Martin (.5); review ███████ document in preparation for call with counsel to the FCR (.1); attend conference call with Mr. LeChevallier, Ms. Grim, and Mr. Linder regarding ███████ (.6); attend conference call with Ms. Quinn, Ms. Grim, and Mr. Boone regarding ███████ (.1); review multiple emails related to ███████ (.7); attend call with Ms. Green regarding deposition (.2); review outline provided to Mr. Andolina ███████ (.3); review relevant cases related to ███████ (.4); email with team regarding same (.1); begin to review ███████ (1.8). | 6.10 | $4,727.50 |
| 07/22/21 | Wesley Dutton | Review transcript of the deposition ███████ and draft summary of testimony and forward summary to Mr. Stoner for review (4); review transcript of the deposition ███████ and draft summary of testimony (1.2). | 5.20 | $2,834.00 |
| 07/22/21 | Carla Green | Draft outline of deposition questions and ███████ (2.5); attend call with Mr. Azer regarding ███████ deposition (.2); review and analyze multiple pleadings, correspondence and documents for same (1.2); email Mr. Ayer regarding same (.4); gather briefing and pleadings for Mr. Antonina (.4); begin review and analysis of ███████ (1.3); review analysis prepared by Ms. Klauck (.4); review and analyze ███████ deposition summary (.5). | 6.90 | $4,485.00 |
| 07/22/21 | Ernest Martin, Jr. | Review revisions to letter to Mr. Schiavoni related to discovery (.2); review revisions ███████ (.1); attend call with Mr. Azer regarding call with TCC, Coalition, and FCR related to brief on RSA (.5); review ███████ (.1); review e-mail from Mr. Smethurst (.1); review ███████ objections to RSA (1.2); review summaries of objections ███████ (.3). | 2.50 | $2,487.50 |
| 07/22/21 | Benjamin Schindler | Review of ███████ for further relevant documents (2.4); correspondence with Mr. Stoner regarding same (0.1); email Mr. Azer regarding summary of ███████ (0.1); continued review of ███████ for relevant documents to pull (2.3). | 4.90 | $2,205.00 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 15 of 21

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/22/21 | Mike Stoner | Review ███ responses to interrogatories (.1); review ███ responses to requests for production (.2); prepare email to Mr. Azer concerning ███ responses (.3); prepare email to Mr. Schindler regarding ███ review (.1); prepare email to Mr. Dutton regarding deposition transcripts (.1); attend to emails regarding objections to RSA Motion (.3); read and analyze ███ (.2); read and analyze ███ (.2); read and analyze ███ (.5). | 2.00 | $1,350.00 |
| 07/23/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Linder, Mr. Martin, and Mr. Whittman (.5); attend post-conference call with Mr. Martin (.2); draft multiple emails to the insurers (.4); attend conference call with Mr. Kurtz, Mr. Hammond, Ms. Lauria, and White and Case team regarding RSA hearing (.7); attend conference call with Ms. Baccash, Mr. Stoner, and W&C team regarding reply to RSA objection (.3); attend conference call with Mr. Stoner, Mr. Martin, and Ms. Green regarding status of various tasks (.6); draft multiple emails to the insurers regarding the weekly call (.6); review emails related to documents ███ (.3); review emails with Ms. Green regarding ███ deposition (.2); email Mr. Linder regarding ███ (.2); review ███ and email to W&C team regarding same (.3); review letter ███ (.2); respond to emails from counsel ███ (.3); email Mr. Stoner regarding ███ (.3); email Ms. Hanke and Ms. Klauck regarding various issues (.2); continue to review numerous objections filed in connection with the RSA motion (1.1). | 6.40 | $4,960.00 |
| 07/23/21 | Wesley Dutton | Draft summary of the deposition ███. | 0.40 | $218.00 |
| 07/23/21 | Carla Green | Attend deposition of ███ (4.1); attend conference call with Mr. Martin, Mr. Azer and Mr. Stoner to discuss RSA objections and next steps (.6); continue review and analysis ███ (1.0); draft summary of ███ (.8); review summary of objections circulated by Ms. Warner (.7); email Mr. Schindler regarding documents requests (.2); review and analyze ███ circulated by Mr. Schindler (.4); review and analyze document requests circulated by Mr. Schindler and correspondence ███ regarding same (.4); review and analyze ███ letter (.4); review ███ motion to compel (.3); review and analyze ███ for production to Coalition (.5). | 9.40 | $6,110.00 |
| 07/23/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Linder, and Mr. Azer (.5); attend call with Mr. Azer regarding objections filed to RSA (.2); participate in call with Ms. Lauria, Mr. Kurtz, Mr. Hammond, Ms. Baccash, Mr. Linder and Mr. Azer to discuss ███ hearing (.7); review e-mails from Mr. Smethurst, Mr. Rosenthal, and Mr. Schiavoni regarding ███ (.2); review ███ (.4); attend telephone call with insurers on conferral over documents requested (.3); attend call with Mr. Azer, Ms. Green, and Mr. Stoner to discuss ███ (.6); review deposition transcript ███ (1.0). | 3.90 | $3,880.50 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 16 of 21

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/23/21 | Benjamin Schindler | Email Mr. Azer, Mr. Stoner, Ms. Green. Mr. Martin and Mr. Dutton regarding review ████████████ and relevant documents to pull and further review from same (0.2); review of all ████ correspondence for any document or information requests and summary of same for Ms. Green (1.1). | 1.30 | $585.00 |
| 07/23/21 | Mike Stoner | Analyze ████████████ and prepare summary (.7); analyze ████ and prepare summary (.8); analyze ████████ (1.3); analyze ████████ (1.1); review deposition transcripts and summaries ████████ (.8); attend conference call with Ms. Rivero, Ms. Baccash, and Mr. Azer concerning objections (.3); conference call with Mr. Martin, Mr. Azer, and Ms. Green concerning objections (.6); analyze ████████ (1.2); review emails from Mr. Azer relating to ████ (.2). | 7.00 | $4,725.00 |
| 07/24/21 | Adrian Azer | Review emails related to ████ (.3); review ████████ language provided by Mr. Linder (.3); attend call with Mr. Stoner concerning ████████ (.3). | 0.90 | $697.50 |
| 07/24/21 | Ernest Martin, Jr. | Review Mr. Cocchiaro's letter regarding discovery and Ms. Andolina's reply (.1); continue review of ████ deposition transcript (.3). | 0.40 | $398.00 |
| 07/24/21 | Mike Stoner | Attend call with Mr. Azer concerning ████████ (.3); review memorandum from Mr. Schindler concerning ████ (.3). | 0.60 | $405.00 |
| 07/25/21 | Adrian Azer | Review and comment on ████████ providing comments to the team (2.1); review comments from Mr. Stoner to same (.6); attend call with Mr. Martin regarding same (.4); attend conference call with Ms. Baccash, Mr. Stoner, Mr. Boone, Ms. Green and Mr. Martin regarding revisions to reply ████████ (.5); review email from Mr. Stoner related to ████ (.2); attend conference call with Mr. Stoner regarding ████ (.3); review declaration ████ (.7); review ████ and email to White and Case team (.6); email Ms. Green regarding information to be provided to Ms. Baccash (.2). | 5.60 | $4,340.00 |
| 07/25/21 | Carla Green | Attend conference call with Mr. Azer, Mr. Martin, Mr. Boone, and Ms. Baccash to discuss omnibus reply to RSA objections (.5); review and analyze omnibus reply to RSA objections (1.4); email Ms. Baccash regarding ████ research (.2); review hearing transcript for inclusion in reply (.5); correspondence with Ms. Baccash regarding same (.2). | 2.80 | $1,820.00 |
| 07/25/21 | Ernest Martin, Jr. | Review revised Omnibus Reply brief in support of RSA (1.4); attend call with Mr. Azer regarding same (.4). | 1.80 | $1,791.00 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 17 of 21

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/25/21 | Mike Stoner | Analysis regarding ███████████████████████ ████████████ (1.3); prepare email to Mr. Azer concerning ███████ (.3); attend conference call with Mr. Azer regarding ██████████ (.3); review omnibus reply to objections (.6); prepare email to Mr. Azer concerning omnibus reply (.1); review emails regarding ████████ (.2). | 2.80 | $1,890.00 |
| 07/26/21 | Adrian Azer | Review revised version of reply to RSA, including various emails with revisions from White and Case team (1.6); review reply from claimants, including comments from Mr. Stoner (1.2); attend conference call with Ms. Baccash, Ms. Warner, Ms. Green, and Mr. Boone regarding comments to reply (.4); attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman and Mr. Martin (.4); attend follow-up call with Mr. Martin regarding same (.2); attend call with Mr. Martin regarding call with Ms. Quinn (.1); attend conference call with counsel to Markel and Mr. Stoner regarding ████████████████ (.5); review letter ██████████████████████ (.4); review two-page summary of RSA objections, ████████████ (.3); review email from Mr. Schindler related to ████████ (.2); review emails from KCIC regarding ███████████ (.2); review multiple emails from White and Case related to discovery issues (.3); review ██████████████████ (.4). | 6.20 | $4,805.00 |
| 07/26/21 | Wesley Dutton | Draft summary of the deposition ██████████. | 3.40 | $1,853.00 |
| 07/26/21 | Carla Green | Attend conference call with Mr. Azer, Ms. Baccash, Ms. Warner and Mr. Boone to discuss reply to objections (.2); review and comment on ██████████ (1.7); review and comment on ████████ (.6); review Mr. Stoner's comments to same (.3); review and analyze ████████████ (.3); email Mr. Azer regarding same (.2); draft short summary ██████████ (.8); review and analyze ██████████ (.5); review and analyze further ████ research provided by Mr. Schindler (.3); review and analyze ██████████ (.3). | 5.20 | $3,380.00 |
| 07/26/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (.4); attend call with Mr. Azer regarding same (.2); attend call with Mr. Azer regarding call with Ms. Quinn (.1); review Mr. O'Neill's and Mr. Whittman's revisions to Omnibus Reply brief (.3); review comments to Coalition brief in support of RSA (.1); review analysis ████████████ (.1). | 1.20 | $1,194.00 |
| 07/26/21 | Benjamin Schindler | Review and analyze memorandum ██████████████ ██████████████ (2.3); email Mr. Azer regarding same (0.1). | 2.40 | $1,080.00 |

Invoice Number: 21494754                                                August 24, 2021
Matter Name: General Insurance Matters                                  Page 18 of 21
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|------|-----------|-------------|-------|--------|
| 07/26/21 | Mike Stoner | Review and comment on ███████████ (1.3); attend conference call with Mr. Azer and Mr. Pankow regarding ██████████ (.5); continue work on review of ██████████████ (.8); draft outline of letter ████████████████ (.3); review Mr. Azer's comments on ████████████ (.2); prepare email to Mr. Linder and Ms. Baccash regarding comments to ████████████ (.2); attend call with Ms. Quinn regarding brief (.2); analyze regarding ████████████████████ (.5); work on updating ████████ memorandum ██████████ (1.5); work on ████████ (1.0). | 6.50 | $4,387.50 |
| 07/27/21 | Adrian Azer | Review emails from Mr. Manning regarding ████████████ (.2); respond to emails from KCIC regarding ████████████ (.3); attend conference call with Mr. Mason (Local Councils) and White and Case team regarding RSA (.5); attend conference call with Ms. Lauria and W&C team, Mr. Mason, and parties to the RSA (.3); attend hearing with the Court (.7); attend post-conference call with Ms. Green and Mr. Stoner (.5); attend post-conference call with Mr. Linder regarding ████████████ (.3); attend conference call with Mr. Linder and Mr. Celentino regarding same (.2); attend post-hearing conference call with Mr. Mason and W&C team (.4); review letter ████████████ and consider response (.5); email Ms. Green related to ████████ (.1); attend conference call with Mr. Martin post-hearing (.5); email Mr. Martin regarding Coalition brief (.2); review RSA amendment provided by Coalition (.4); draft emails related to same (.3); review emails related to ████████████, including email from Mr. McGowan (.4). | 5.80 | $4,495.00 |
| 07/27/21 | Carla Green | Email Mr. Azer regarding ████████████ (.2); review and analyze same (1.0); review and analyze amendment to RSA (.5); attend conference call with Mr. Azer and Mr. Stoner to discuss same (.5); review and analyze letter ████████████ (.3). | 2.50 | $1,625.00 |
| 07/27/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding upcoming bankruptcy hearing (.2); review e-mails from Mr. Andolina and Mr. Hershey regarding witness preparation ████████ (.2); meet with Mr. Andolina ████████ for witness preparation (3.5); attend discovery hearing (.8); attend telephone call with Ms. Lauria, Mr. Andolina, Mr. Abbott, Mr. Kurtz, and Mr. Linder to discuss strategy ████████████████ (.7); attend telephone call with Ms. Lauria, Mr. Mason, Mr. Celentino, Mr. Sugden, Mr. O'Neill, and Mr. Azer to discuss strategy ████████████████ (.5); attend call with ████████ Mr. Andolina regarding case developments and strategy after court hearing (.5); review letter from Mr. Jacobs (.1). | 6.50 | $6,467.50 |
| 07/27/21 | Benjamin Schindler | Review of correspondence ████████ and discussion with Mr. Azer, Ms. Green and Mr. Stoner regarding response to same (0.3); email Mr. Dutton regarding ████████ deposition summary (0.1). | 0.40 | $180.00 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 19 of 21

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 07/27/21 | Mike Stoner | Review final brief filed by claimants in support of RSA (.5); work on updating ███████ memorandum (2.0); attend conference call with Ms. Green and Mr. Azer concerning status update on RSA hearing (.5); conduct analysis regarding case law ████████ (2.0). | 5.00 | $3,375.00 |
| 07/28/21 | Adrian Azer | Attend call with Mr. Martin regarding ██████████ (.2); attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Kurtz, Mr. Martin, and Mr. Whittman (.9); attend post-conference call with Mr. McGowan and Mr. Martin (.2); attend follow-up calls with Ms. Kutz and Mr. Manning regarding ███████ (.5); draft, review and revise response ██████████, including emails with Mr. Andolina and W&C team (.4); review emails from insurers related to weekly conference call (.2); review letter ██████ and consider response (.4); email KCIC regarding ████████ (.2). | 3.00 | $2,325.00 |
| 07/28/21 | Wesley Dutton | Draft summary of deposition ██████ and email to M. Stoner for review. | 1.90 | $1,035.50 |
| 07/28/21 | Carla Green | Review and analyze multiple insurer correspondence to determine whether responses are warranted (.7); email Mr. Schindler regarding same (.2); email Mr. Sochurek regarding ████████ (.2); review and analyze ████ deposition summary (.5); review and analyze ██████ correspondence (.4). | 2.00 | $1,300.00 |
| 07/28/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding issue related to ██████ (.2); participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Kurz, Mr. Whittman, and Mr. Azer (.9); attend post-conference call with Mr. McGowan and Mr. Azer (.2); review mediators' schedule for mediation (.1). | 1.40 | $1,393.00 |
| 07/28/21 | Benjamin Schindler | Review and analyze insurer correspondence ████ and corresponding updates to log (0.3); email Mr. Stoner and Mr. Azer regarding response to same (0.1); draft compilation of all insurer correspondence corresponding with log (1.5); email Mr. Stoner, Ms. Green and Mr. Azer regarding same (0.2). | 2.10 | $945.00 |
| 07/28/21 | Mike Stoner | Work on preparing ██████ ██████ (.9); work on preparing response to ████ letter (3.5); review ██████ deposition transcript and summary (.3); prepare email to Mr. Azer concerning ██████ (.1); review letter ████████ (.1); continue working on ██████████ (.8). | 5.70 | $3,847.50 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 20 of 21

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/29/21 | Adrian Azer | Attend conference call with Mr. Martin regarding status ███████ ██████ (.3); attend hearing with the Court (1.9); review emails related to mediation ████████ (.4); attend conference call with Mr. Linder regarding same (.2); review and respond to email from Ms. Murray at Bates White (.2); email client regarding ████████ (.2); email KCIC regarding ████████ (.2); review various emails from Mr. Evans (Bates White) regarding ████ and respond to same (.4); review various responses to counsel ████████ (.2); begin to review response to Surety letter and emails to team regarding same (.3). | 4.30 | $3,332.50 |
| 07/29/21 | Carla Green | Attend conference call with Mr. Stoner to discuss ████████ responses (.5); review and analyze insurer communication log for same (.4); email Mr. Sochurek to discuss document production (.2). | 1.10 | $715.00 |
| 07/29/21 | Ernest Martin, Jr. | Attend call with Mr. Azer regarding case developments (.3); attend bankruptcy hearing (1.8); review letter ████████ (.1). | 2.20 | $2,189.00 |
| 07/29/21 | Benjamin Schindler | Review and revise letter response ████████ (1.4); email Mr. Stoner regarding same (0.1); review final letters and Mr. Azer's edits (0.2). | 1.70 | $765.00 |
| 07/29/21 | Mike Stoner | Attend to matters regarding ████████ letter (.3); analyze correspondence log with insurers (.4); attend conference call with Ms. Green regarding correspondence log (.5): work on update to Mr. Azer regarding correspondence log (.4); further analyze arguments ████████ (1.1). | 2.70 | $1,822.50 |
| 07/30/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Martin and others (.3); email Ms. Kutz regarding ████████ (.2); attend conference call with Mr. Martin regarding mediation (.1); review emails ████████ related to discovery (.2); draft final comments to response to ████████ letter (.2); emails to team regarding same (.2); attend conference call with Mr. Evans, Ms. Murray, and Mr. Andolina regarding insurer weekly call (.3); attend conference call with Mr. Kurtz, Ms. Lauria, Mr. Andolina, and W&C team regarding discovery (.4); attend weekly conference with the insurers (1.3); attend conference call with Mr. Linder regarding ████████ (.2); attend conference call with Ms. Kutz, Mr. Manning, and Mr. Linder ████████ (.2); attend conference call with Mr. Andolina, Mr. Kurtz, Mr. Hershey, Mr. Abbott, Mr. Hammond, and Mr. Martin regarding discovery (.3); attend conference call with Mr. Evans and W&C team regarding ████████ (.4) (in part); attend call with Mr. Stoner regarding carrier correspondence log ████████ (.1). | 4.40 | $3,410.00 |
| 07/30/21 | Carla Green | Attend insurer weekly call (1.4); review and analyze documents produced ████████ (.5); email Mr. Azer regarding same (.2); email White & Case regarding ████████ letter (.2). | 2.30 | $1,495.00 |

Invoice Number: 21494754
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 24, 2021
Page 21 of 21

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/30/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Linder, Mr. Whittman, and Mr. Azer (.3); attend call with Mr. Azer regarding mediation (.1); participate in call with insurers and mediators (1.4); participate in call with Mr. Andolina, Mr. Kurtz, Mr. Hershey, Mr. Abbott, Mr. Hammond, and Mr. Azer regarding discovery (.3); review e-mail from Mr. Hershey regarding ███████████ (.1). | 2.20 | $2,189.00 |
| 07/30/21 | Benjamin Schindler | Email Mr. Stoner and Mr. Azer regarding response ██████ (0.1); email Mr. Stoner and Ms. Green regarding forwarding of same to White and Case (0.1). | 0.20 | $90.00 |
| 07/30/21 | Mike Stoner | Review revisions to ███████ letter (.1): prepare email to Mr. Martin regarding ████████ letter (.1); prepare email to Mr. Azer concerning ████████ (.2); analyze impact ████████ (.3); attend call with Mr. Azer regarding carrier correspondence log ████████ (.1); analyze ████████. (.8); attend to emails regarding ██████ letter (.1). | 1.70 | $1,147.50 |
| 07/31/21 | Ernest Martin, Jr. | Review draft letter ██████ regarding production of documents and scheduling of depositions (.1). | 0.10 | $99.50 |

| | | | | |
|---|---|---|---|---|
| **Total Fees** | | | | **$296,307.50** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 117.70 | $775.00 | $91,217.50 |
| Ernest Martin, Jr. | Partner | 67.20 | $995.00 | $66,864.00 |
| Benjamin Schindler | Associate | 50.90 | $450.00 | $22,905.00 |
| Carla Green | Associate | 72.20 | $650.00 | $46,930.00 |
| Mike Stoner | Associate | 81.70 | $675.00 | $55,147.50 |
| Wesley Dutton | Associate | 24.30 | $545.00 | $13,243.50 |

**Total Professional Summary**                                    **$296,307.50**

**Total Fees, Expenses and Charges**                                    **$296,307.50**

**Total Amount Due**                                    USD **$296,307.50**

# HAYNES BOONE

Invoice Number: 21494390
Invoice Date:  August 20, 2021
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  July 31, 2021*

| | |
|---|---:|
| Total Fees | $7,346.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$7,346.00** |
| **Total Invoice Balance Due** | **USD $7,346.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21494390** ● Client Number **0020234.00029** ● Attorney **Ernest Martin, Jr.**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21494390
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

August 20, 2021
Page 2 of 3

*For Professional Services Through  July 31, 2021*

**Professional Fees**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/02/21 | Adrian Azer | Emails with Mr. Zirkman regarding ████████ (.2); respond to ████████ (.1). | 0.30 | $232.50 |
| 07/22/21 | Adrian Azer | Confer with counsel to RSUI ████████ (.4); confer with Mr. Linder regarding same (.2). | 0.60 | $465.00 |
| 07/23/21 | Adrian Azer | Draft, review and revise email to White and Case regarding settlement ████████ (.4); review emails ████████ and email to client regarding same (.4); emails with Ms. Parks regarding same (.2); conference with Ms. Kassabian regarding ████ (.2); email with client regarding same (.1). | 1.30 | $1,007.50 |
| 07/23/21 | Brittany Parks | Conference call with A. Azer regarding preparation of ████████ ████ | 0.20 | $129.00 |
| 07/27/21 | Adrian Azer | Conference with Mr. Linder, Ms. Blair, and Mr. Lawand regarding ████ (.4); emails with counsel to RSUI (.2). | 0.60 | $465.00 |
| 07/28/21 | Adrian Azer | Draft, review and revise ████████ (.9); conference with counsel to RSUI and Beazley regarding revisions ████ (.6); multiple emails with client, Mr. Linder and A&M regarding review and approval ████████ (.4). | 1.90 | $1,472.50 |
| 07/28/21 | Brittany Parks | Prepare and write ████████ ████████; read and analyze underlying documents for use in same. | 3.20 | $2,064.00 |
| 07/29/21 | Adrian Azer | Review and revise draft ████████ (.6); conference with Ms. Parks regarding same (.2). | 0.80 | $620.00 |
| 07/29/21 | Brittany Parks | Prepare and write edits ████; conference call with M. Linder re same: conference call with A. Azer re same. | 0.90 | $580.50 |
| 07/30/21 | Adrian Azer | Review and finalize draft ████████ and circulate to client and Mr. Linder for review. | 0.40 | $310.00 |

**Total Fees**                                                                                      **$7,346.00**

Invoice Number: 21494390
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

August 20, 2021
Page 3 of 3

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 5.90 | $775.00 | $4,572.50 |
| Brittany Parks | Associate | 4.30 | $645.00 | $2,773.50 |
| **Total Professional Summary** | | | | **$7,346.00** |

**Total Fees, Expenses and Charges** $7,346.00

**Total Amount Due** USD **$7,346.00**

# HAYNES BOONE

Invoice Number: 21494392
Invoice Date:  August 20, 2021
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  July 31, 2021*

| | |
|---|---|
| Total Fees | $10,601.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$10,601.50** |
| **Total Invoice Balance Due** | **USD  $10,601.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21494392** ● Client Number **0020234.00035** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21494392
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

August 20, 2021
Page 2 of 3

*For Professional Services Through  July 31, 2021*

**Professional Fees**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/02/21 | Carla Green | Email Mr. Dutton regarding revisions to proformas (.2); correspondence with Mr. Azer regarding ██████████ ████ (.2). | 0.40 | $260.00 |
| 07/11/21 | Wesley Dutton | Review and revise the BSA's fee application for the month of June. | 1.40 | $763.00 |
| 07/12/21 | Wesley Dutton | Review and revise the BSA's fee application for the month of June. | 2.60 | $1,417.00 |
| 07/13/21 | Wesley Dutton | Review and revise the BSA's fee application for the month of June (3.4); draft email to Ms. Green attaching the revised fee application for her review (.1). | 3.50 | $1,907.50 |
| 07/13/21 | Carla Green | Review final report from fee examiner (.2); email with Mr. Azer regarding same (.2). | 0.40 | $260.00 |
| 07/21/21 | Carla Green | Email Mr. Azer regarding upcoming Fee Application (.2). | 0.20 | $130.00 |
| 07/22/21 | Adrian Azer | Attend call with Ms. Green regarding submission of 10th Fee Application. | 0.30 | $232.50 |
| 07/22/21 | Carla Green | Attend call with Mr. Azer to discuss ████████ and 10th Fee Application (.3). | 0.30 | $195.00 |
| 07/26/21 | Carla Green | Review and revise invoices for 10th Fee Application (1.6); draft multiple emailsn to Mr. McGovern regarding same (.4). | 2.00 | $1,300.00 |
| 07/27/21 | Carla Green | Draft multiple emails to Mr. McGovern regarding ██████████. | 0.30 | $195.00 |
| 07/28/21 | Casey B McGovern | Review and revise exhibits in support of tenth revised fee application. | 1.20 | $474.00 |
| 07/29/21 | Carla Green | Draft multiple emails to Mr. McGovern regarding ██████████ (.4). | 0.40 | $260.00 |
| 07/29/21 | Casey B McGovern | Draft revised tenth fee application; review and revise exhibits to same. | 2.50 | $987.50 |
| 07/30/21 | Carla Green | Review and analyze 10th Fee application (.8); complete revisions to same (.4); final review ██████████ (1.0). | 2.20 | $1,430.00 |
| 07/30/21 | Casey B McGovern | Draft revised tenth fee application. | 2.00 | $790.00 |

**Total Fees**                                                                                                    **$10,601.50**

Invoice Number: 21494392
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

August 20, 2021
Page 3 of 3

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 0.30 | $775.00 | $232.50 |
| Carla Green | Associate | 6.20 | $650.00 | $4,030.00 |
| Wesley Dutton | Associate | 7.50 | $545.00 | $4,087.50 |
| Casey B McGovern | Paralegal | 5.70 | $395.00 | $2,251.50 |

**Total Professional Summary** $10,601.50

**Total Fees, Expenses and Charges** $10,601.50

**Total Amount Due** USD $10,601.50