**Exhibit B**

**Expense Detail, July 1 – July 31, 2021**

# HAYNES BOONE

Invoice Number: 21494393
Invoice Date: August 20, 2021
Matter Name: Expenses
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

_____

**REMITTANCE PAGE**
*For Professional Services Through  July 31, 2021*

| | |
|---|---|
| Total Fees | $0.00 |
| Total Expenses | $1,096.09 |
| **Total Fees, Expenses and Charges** | **$1,096.09** |
| **Total Invoice Balance Due** | **USD  $1,096.09** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21494393** ● Client Number **0020234.00038** ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21494393  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin, Jr.

August 20, 2021  
Page 2 of 3

*For Professional Services Through July 31, 2021*

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 03/31/21 | OTH | Lighthouse Document Technologies, Inc. - Other Expense | $141.00 |
| 07/13/21 | M&E | American Express - Meals and Entertainment Lunch - Robert Nabors - BSA Client meeting - JASON'S DELI MCK 008 DALLAS TX | $78.97 |
| 07/13/21 | PHOL | 100 Photocopies - Straight | $10.00 |
| 07/13/21 | CCRG | 162 Color Copies 8 1/2 X 11 or 8 1/2 X 14 | $16.20 |
| 07/14/21 | M&E | American Express - Lunch - Robert Nabors - BSA Client meeting - PANERA BREAD #601225 214-443-0880 TX | $139.65 |
| 07/15/21 | M&E | American Express - Lunch - Robert Nabors - BSA Client meeting - JASON'S DELI MCK 008 DALLAS TX | $99.63 |
| 07/15/21 | M&E | Ernest Martin, Jr. - Meals and Entertainment Meals Other - Ernest Martin - Muffins for BSA Client Meeting | $23.14 |
| 07/18/21 | M&E | American Express - Lunch - Robert Nabors - BSA Client meeting - CENTRAL MARKET #552 DALLAS TX | $103.92 |
| 07/19/21 | M&E | American Express - Lunch - Robert Nabors - BSA Client meeting - APPLE SPIC* APPLE SP ADDISON TX | $97.20 |
| 07/27/21 | M&E | Ernest Martin, Jr. - Meals and Entertainment Lunch - Ernest Martin - Lunch - Hearing Preparation Session | $27.28 |
| 07/27/21 | PHO | 90 Photocopies | $9.00 |
| 07/27/21 | PHO | 3 Photocopies | $0.30 |
| 07/28/21 | PHOL | 2058 Photocopies - Straight | $205.80 |
| 07/30/21 | PSC | Pacer Service Center | $3.00 |
| 07/31/21 | OTH | Lighthouse Document Technologies, Inc. - Other Expense | $141.00 |

**Total Expenses** **$1,096.09**

Invoice Number: 21494393  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin, Jr.

August 20, 2021  
Page 3 of 3

**Expenses Summary**

| **Description** | **Amount** |
|---|---:|
| Meals and Entertainment | $569.79 |
| Other Expense | $282.00 |
| Photocopies Straight | $215.80 |
| Pacer Service Center | $3.00 |
| Photocopy | $9.30 |
| Color Copies 8 1/2 x 11 or 8 1/2 x 14 | $16.20 |
| **Total Expenses** | **$1,096.09** |

**Total Fees, Expenses and Charges**                                                                  $1,096.09

**Total Amount Due**                                                                                  USD  $1,096.09