## **CERTIFICATE OF SERVICE**

I, R. Craig Martin, hereby certify that on the 20th day of September 2021, a copy of the foregoing *JOINDER OF AD HOC COMMITTEE OF LOCAL COUNCILS TO BSA'S OBJECTION TO TCC'S MOTION TO TERMINATE EXCLUSIVITY* was served via the Court's CM/ECF system to all parties registered to receive such notices.

Dated: September 20, 2021  /s/ *R. Craig Martin*
R. Craig Martin (No. 5032)

EAST\185144306.1