**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed**<br>**Objections Due:  October 11, 2021 at 4:00 p.m. (ET)** |

**EIGHTEENTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED FOR THE PERIOD AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Date of retention: | May 23, 2020, *Nunc Pro Tunc* to<br>March 4, 2020  [Docket No. 689] |
| Period for which compensation<br>and reimbursement is sought: | August 1, 2021 through August 31, 2021 |
| Amount of compensation sought as actual,<br>reasonable and necessary: | $200,000.50 |
| Amount of payment sought: | $160,000.40 (80% of $200,000.50) |
| Amount of expense reimbursement sought as<br>actual, reasonable and necessary: | $0.00 |

This is a(n):   ☑ Monthly   ☐ Interim   ☐ Final application

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## ALIXPARTNERS, LLP

## SUMMARY OF MONTHLY FEE APPLICATIONS

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 06/09/2020 Docket #815 | 3/4/2020 - 3/31/2020 | $500,294.50 | $0.00 | $500,294.50 | $0.00 | 6/24/2020 Docket #894 | $0.00 |
| 06/24/2020 Docket #898 | 4/1/2020 - 4/30/2020 | $426,735.00 | $0.00 | $426,735.00 | $0.00 | 7/9/2020 Docket #1002 | $0.00 |
| 7/22/2020 Docket #727 | 5/1/2020 - 5/31/2020 | $252,516.50 | $0.00 | $217,987.80 | $0.00 | 8/11/2020 Docket #1099 | $34,528.70 |
| 8/21/2020 Docket #1136 | 6/1/2020 - 6/30/2020 | $343,685.00 | $0.00 | $343,685.00 | $0.00 | 9/14/2020 Docket #1319 | $0.00 |
| 9/1/2020 Docket #1214 | 7/1/2020 - 7/31/2020 | $236,881.00 | $0.00 | $236,881.00 | $0.00 | 9/16/2020 Docket #1334 | $0.00 |
| 10/15/2020 Docket #1527 | 8/1/2020 - 8/31/2020 | $352,776.00 | $0.00 | $282,220.80 | $0.00 | 10/30/2020 Docket #1608 | $70,555.20 |
| 10/30/2020 Docket #1609 | 9/1/2020 - 9/30/2020 | $148,583.50 | $0.00 | $118,866.80 | $0.00 | 11/16/2020 Docket #1691 | $29,716.70 |
| 11/25/2020 Docket #1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | 12/16/2020 Docket #1856 | $51,132.30 |
| 1/7/2021 Docket #1912 | 11/1/2020 - 11/30/2020 | $238,488.50 | $0.00 | $190,790.80 | $0.00 | 1/28/2021 Docket #1993 | $47,697.70 |
| 2/25/2021 Docket #2260 | 12/1/2020 - 12/31/2020 | $241,754.50 | $0.00 | $193,403.60 | $0.00 | 3/16/2021 Docket #2390 | $48,350.90 |
| 3/10/2021 Docket #2413 | 1/1/2021 - 1/31/2021 | $354,267.50 | $0.00 | $283,414.00 | $0.00 | 4/6/2021 Docket #2439 | $70,853.50 |
| 4/14/2021 Docket #2596 | 2/1/2021 - 2/28/2021 | $227,786.00 | $0.00 | $182,228.80 | $0.00 | 4/29/2021 Docket #2736 | $45,557.20 |
| 5/11/2021 Docket #3601 | 3/1/2021 - 3/31/2021 | $175,914.50 | $0.00 | $140,731.60 | $0.00 | 5/27/2021 Docket #5066 | $35,182.90 |
| 6/2/2021 Docket #5204 | 4/1/2021 - 4/30/2021 | $85,772.00 | $0.00 | $68,617.60 | $0.00 | 6/21/2021 Docket #5379 | $17,154.40 |
| 7/9/2021 Docket #5549 | 5/1/2021 - 5/31/2021 | $110,359.00 | $0.00 | $0.00 | $0.00 | | $110,359.00 |
| 8/2/2021 Docket #5851 | 6/1/2021 - 6/30/2021 | $136,116.50 | $0.00 | $0.00 | $0.00 | | $136,116.50 |
| 8/18/2021 Docket #6087 | 7/1/2021 - 7/31/2021 | $119,979.50 | $0.00 | $0.00 | $0.00 | | $119,979.50 |
| 9/20/2021 Docket #N/A | 8/1/2021 - 8/31/2021 | $200,000.50 | $0.00 | $0.00 | $0.00 | | $200,000.50 |
| **Subtotal** | | **$4,407,571.50** | **$0.00** | **$3,390,386.50** | **$0.00** | | **$1,017,185.00** |
| Second Interim Reduction[1] | | (\$34,528.70) | | | | | (\$34,528.70) |
| Third Interim Reduction[2] | | (\$11,061.75) | | | | | (\$11,061.75) |
| **Total** | | **$4,361,981.05** | **$0.00** | **$3,390,386.50** | **$0.00** | | **$971,594.55** |

---

[1]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $34,528.70 during the Second Interim Fee Period ("Second Interim Reduction").

[2]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $11,061.75 during the Third Interim Fee Period ("Third Interim Reduction").

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 27.3 | $ 32,350.50 |
| Richard Collura | Managing Director | $1,125 | 0.6 | 675.00 |
| Kathryn McGlynn | Managing Director | $1,055 | 30.0 | 31,650.00 |
| Robert B Winning | Director | $935 | 32.5 | 30,387.50 |
| Scott Weiner | Senior Vice President | $665 | 119.6 | 79,534.00 |
| Heather Saydah | Senior Vice President | $480 | 0.6 | 288.00 |
| Joy N Ibanga | Vice President | $530 | 38.0 | 20,140.00 |
| Lisa Marie Bonito | Associate | $465 | 10.7 | 4,975.50 |
| **Total Professional Hours and Fees** | | | **259.3** | **$ 200,000.50** |
| Less 20% Holdback | | | | (40,000.10) |
| **Total Professional Fees** | | | | **$ 160,000.40** |
| | | | | |
| **Average Billing Rate** | | | **$** | **771.31** |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| CODE | MATTER CATEGORY | HOURS | FEES |
|------|-----------------|-------|------|
| 101 | Planning, Coordination and Case Management | 8.4 | $ 6,688.50 |
| 102 | Meetings and Communications with UCC & Professionals | 11.1 | 10,429.00 |
| 103 | Meetings and Communications with Management & Debtors' Professionals | 5.6 | 4,459.00 |
| 104 | Meetings and Communications with Lenders & Professionals | - | - |
| 105 | Meetings and Communications with Tort Committee | - | - |
| 106 | Analysis of Cash Collateral | - | - |
| 107 | Analysis of Liquidity and Cash Management | 22.5 | 14,673.00 |
| 108 | Sale of Assets | - | - |
| 109 | Business and Strategic Plan Analysis | 18.8 | 13,048.00 |
| 110 | Valuation Analysis | - | - |
| 111 | Employee Compensation and Advisor Retention Matters | - | - |
| 112 | Financial and Other Diligence | 103.2 | 72,162.00 |
| 113 | Collateral Analysis | - | - |
| 114 | Forensic Analysis | - | - |
| 115 | Litigation Support | - | - |
| 116 | Claims Analysis | - | - |
| 117 | RSA, Disclosure Statement & Plan of Reorganization | 20.7 | 15,477.50 |
| 118 | Retention Applications & Relationship Disclosure Schedules | - | - |
| 119 | Attend Court Hearings | 54.4 | 54,188.50 |
| 120 | Fee Statements and Fee Applications | 14.6 | 8,875.00 |
| | **Total Hours and Professional Fees by Matter Category** | **259.3** | **$ 200,000.50** |

**Average Billing Rate** **$ 771.31**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: Only if objections are filed** **Objections Due:  October 11, 2021 at 4:00 p.m. (ET)** |

**EIGHTEENTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED FOR THE PERIOD AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC (the "Debtors"), hereby submits its eighteenth monthly application (the "Application") for allowance of compensation for professional services rendered for the period August 1, 2021 through August 31, 2021 (the "Compensation Period").   AlixPartners respectfully states as follows:

**Jurisdiction and Venue**

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The bases for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware (the "<u>Local Bankruptcy Rules</u>"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020  [Docket No. 341] (the "<u>Interim Compensation Order</u>").

## Background

4.    On February 18, 2020, (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "<u>Chapter 11 Cases</u>").

5.    On March 5, 2020, the Office of the United States Trustee for the District of Delaware ("<u>UST</u>") appointed the Committee [Docket No. 141].

6.    On September 18, 2020, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Applications of Retained Professionals* (the "<u>Fee Examiner Order</u>") [Docket No. 1342].   The Court appointed Rucki Fee Review as the Fee Examiner, *nunc pro tunc* to August 17, 2020  in these Chapter 11 Cases to audit and review all Fee Applications.

## AlixPartners Retention

7.    On April 23, 2020, the Committee filed its *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 483].

8.    On May 23, 2020, the Bankruptcy Court entered the *Order Authorizing the*

2

*Employment and Retention of AlixPartners LLP as its Financial Advisor Nunc Pro Tunc to March 4,* *2020* [Docket No. 689] (the "Retention Order").

9.      The Retention Order authorizes AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Order.

10.      The Interim Compensation Order provides that upon the expiration of the Objection Deadline, a Professional may file a certificate of no objection (a "CNO") with the Court with respect to any fees and expenses not subject to objection. After a Professional files a CNO, the Debtors are authorized and directed to pay the Professional 80% of the fees and 100% of the expenses requested in the applicable Application that are not subject to an objection.

## Relief Requested

11.      During the Compensation Period, AlixPartners has provided an aggregate of 259.3 hours for professional services in the amount of $200,000.50.  After applying a 20% holdback of fees in the amount of $40,000.10, AlixPartners is requesting an allowance of professional fees in the amount of $160,000.40.

12.      Detailed time descriptions of the services performed by each professional, organized by discrete project by day and the aggregate hours is attached hereto as **Exhibit A**.

## Professional Services By Category During the Compensation Period

13.      AlixPartners classified all services performed for which compensation is sought into separate categories.  Summarized below is a description of the services provided by AlixPartners to the Committee during the Compensation Period in each significant service area.

14.      The following summaries are intended only to highlight key services rendered by AlixPartners during the Compensation Period in certain project billing categories where AlixPartners

has expended a considerable number of hours on behalf of the Committee, and are not meant to be a

detailed description of all of the work performed by AlixPartners.  The primary focus of AlixPartners

was centered around the following areas:

### Matter Code 101:  Planning, Coordination and Case Management
**8.4 hours - $6,688.50**
Time spent includes engagement scoping, resource planning, workstream coordination, and engagement execution strategy.

### Matter Code 102: Meetings and Communications with Committee Members and Professionals
**11.1 hours - $10,429.00**
Time spent includes updating the Committee regarding the status of the Chapter 11 Cases, including the preparation of related presentation materials.  In addition, this also includes discussion with other professionals representing the Committee regarding case developments.

### Matter Code 103: Meetings and Communications with Management and Debtors' Professionals
**5.6 hours - $4,459.00**
Time spent includes meetings and discussions held with Management and Debtors' professionals.

### Matter Code 107: Analysis of Liquidity and Cash Management
**22.5 hours - $14,673.00**
Time spent includes analyzing and reviewing weekly cash flow reports and their respective variances from budgeted amounts.  Time spent also includes analyzing cash flow budgets published during the case.

### Matter Code 109:  Business and Strategic Plan Analysis
**18.8 hours - $13,048.00**
Time spent includes analyzing the Debtors' business plans, and their reasonableness as with respect to a successful emergence from Chapter 11.

### Matter Code 112: Financial and Other Diligence
**103.2 Hours - $72,162.00**
Time spent includes researching and documenting relevant information regarding the Debtors' state of affairs from public and non-public sources, including, but not limited to, SEC filings, filings on the electronic court docket, press releases, monthly operating reports provided by the Debtors, as well as documents and schedules provided in the virtual data room.

**Matter Code 117:  RSA, Disclosure Statement & Plan of Reorganization**
**20.7 hours - $15,477.50**
Time spent includes negotiating, analyzing, reviewing and providing commentary on the Debtors' proposed plan of reorganization, disclosure statement, and related restructuring support agreement.  Time spent also includes preparing for and attending mediation sessions.

**Matter Code 119:  Attend Court Hearings**
**54.4 hours - $54,188.50**
Time spent includes reasonable and necessary time spent attending Court hearings telephonically.

**Matter Code 120:  Fee Statements and Fee Applications**
**14.6 hours – $8,875.00**
Time spent includes managing the fee application process, including preparing and reviewing fee applications and all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court.

15.     AlixPartners believes that the professional fees and out-of-pocket expenses requested are reasonable, and all amounts requested are for actual and necessary services rendered on behalf of the Committee.

16.     AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## Certification

17.     A Certification of David MacGreevey is attached hereto as **Exhibit B** and made part of this Application.

## No Prior Request

18.     No prior request for the relief sought in this Application has been made to this or any other court.  This Application is made without prejudice to further or final applications based upon all

relevant criteria, including the results achieved in the case as a whole.

### Notice

19.    Notice of this Application has been or will be provided to those parties entitled to receive notice hereof in accordance with any applicable order of this Court.

*[Remainder of page intentionally left blank.]*

**Conclusion**

**WHEREFORE**, AlixPartners respectfully requests that: (i) an allowance of compensation for professional services rendered to the Committee during the Compensation Period in the amount of $160,000.40 (80% of $200,000.50); (ii) the Debtors are authorized and directed to pay AlixPartners the sum of $160,000.40; and (iii) this Court grant AlixPartners such other and further relief as is just and proper.

Dated:  September 20, 2021                    ALIXPARTNERS, LLP
                                              909 Third Avenue, 28th Floor
                                              New York, New York 10022


                                              /s/ David MacGreevey
                                              _____
                                              By:  David MacGreevey
                                                     Managing Director

**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2138879-1 |
|---|---|
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/04/21 | SW | Participate in internal call with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: June actuals and general case updates | 0.60 |
| 08/04/21 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: June actuals and general case updates | 0.60 |
| 08/04/21 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: June actuals and general case updates | 0.60 |
| 08/04/21 | RBW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: June actuals and general case updates | 0.60 |
| 08/11/21 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: 6/30 YTD analysis and general case updates | 0.60 |
| 08/11/21 | SW | Participate in internal call with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: 6/30 YTD analysis and general case updates | 0.60 |
| 08/11/21 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: 6/30 YTD analysis and general case updates | 0.60 |
| 08/11/21 | RBW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: 6/30 YTD analysis and general case updates | 0.60 |
| 08/18/21 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: RSA motion hearing | 0.70 |
| 08/18/21 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: RSA motion hearing | 0.70 |
| 08/18/21 | RBW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: RSA motion hearing | 0.70 |
| 08/18/21 | SW | Participate in internal call with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: RSA motion hearing | 0.70 |
| 08/25/21 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: general case updates | 0.20 |
| 08/25/21 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: general case updates | 0.20 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2138879-1 |
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 08/25/21 | RBW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: general case updates | 0.20 |
| 08/25/21 | SW | Participate in internal call with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: general case updates | 0.20 |
| | | **Total** | **8.40** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2138879-1 |
|---|---|
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 2.10 | 530.00 | 1,113.00 |
| Scott Weiner | 2.10 | 665.00 | 1,396.50 |
| Robert B Winning | 2.10 | 935.00 | 1,963.50 |
| Kathryn McGlynn | 2.10 | 1,055.00 | 2,215.50 |
| **Total Hours & Fees** | **8.40** | | **6,688.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2138879-1 | |
| Re: | Mtgs and Communications with UCC & Professionals | |
| Client/Matter # | 013446.00102 | |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/02/21 | DM | Review email with attachments from A. Nowicki regarding BSA updates | 0.30 |
| 08/06/21 | DM | Review email from A. Nowicki (Kramer Levin) regarding BSA updates | 0.20 |
| 08/06/21 | DM | Review email with attachment from A. Nowicki (Kramer Levin) regarding BSA updates | 0.20 |
| 08/06/21 | INI | Review the Debtor's weekly variance report for the week ended July 30 | 0.70 |
| 08/06/21 | KM | Review and revise weekly Committee update presentation | 1.10 |
| 08/13/21 | INI | Prepare weekly cash flow variance report for the Committee for the week ended August 6th | 1.50 |
| 08/19/21 | KM | Review and revise Committee update presentation | 1.90 |
| 08/20/21 | DM | Review email from A. Nowicki (Kramer Levin) regarding BSA updates | 0.20 |
| 08/23/21 | DM | Review email with attachments from A. Nowicki (Kramer Levin) regarding TCC discovery letter | 0.50 |
| 08/23/21 | KM | Participate in call with Committee advisors including D. MacGreevey, R. Winning and J. Ibanga (all AlixPartners), R. Ringer and A. Nowicki (both Kramer Levin) re: case updates | 0.20 |
| 08/23/21 | KM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, R. Winning and J. Ibanga, (all AlixPartners), R. Ringer, A. Nowicki (both Kramer Levin) re: the RSA and general case updates | 0.50 |
| 08/23/21 | DM | Attend discussion with Kramer Levin regarding BSA UCC professionals coordination | 0.20 |
| 08/23/21 | DM | Attend meeting with BSA UCC regarding weekly updates | 0.50 |
| 08/23/21 | KM | Review and finalize weekly Committee update presentation | 1.30 |
| 08/23/21 | RBW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn and J. Ibanga (all AlixPartners), R. Ringer and A. Nowicki (both Kramer Levin) re: case updates | 0.20 |
| 08/23/21 | RBW | Participate in conference call with the BSA Official | 0.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2138879-1 |
| --- | --- |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| | | Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn and J. Ibanga, (all AlixPartners), M. Wasson and A. Nowicki (both Kramer Levin) re: the RSA and general case updates | |
| 08/23/21 | INI | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn and R. Winning (all AlixPartners), R. Ringer and A. Nowicki (both Kramer Levin) re: case updates | 0.20 |
| 08/23/21 | INI | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn and R. Winning (all AlixPartners), R. Ringer, A. Nowicki (both Kramer Levin) re: the RSA and general case updates | 0.50 |
| 08/25/21 | DM | Review email with attachment from A. Nowicki (Kramer Levin) regarding BSA updates | 0.20 |
| 08/31/21 | DM | Review email from A. Nowicki (Kramer Levin) regarding BSA updates | 0.20 |
| | | **Total** | **11.10** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2138879-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 2.90 | 530.00 | 1,537.00 |
| Robert B Winning | 0.70 | 935.00 | 654.50 |
| Kathryn McGlynn | 5.00 | 1,055.00 | 5,275.00 |
| David MacGreevey | 2.50 | 1,185.00 | 2,962.50 |
| **Total Hours & Fees** | **11.10** | | **10,429.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2138879-1 |
|---|---|
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/16/21 | SW | Review and process edits of YTD Plan vs actual analysis and Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn R. Winning and J. Ibanga (all AlixPartners) re: YTD performance and general case updates | 0.80 |
| 08/16/21 | KM | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: YTD performance and general case updates | 0.80 |
| 08/16/21 | RBW | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn S. Weiner and J. Ibanga (all AlixPartners) re: YTD performance and general case updates | 0.80 |
| 08/16/21 | INI | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn R. Winning, and S. Weiner (all AlixPartners) re: YTD performance and general case updates | 0.80 |
| 08/27/21 | INI | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn R. Winning, and S. Weiner (all AlixPartners) re: weekly variance report for the WE 8/20 and general case updates | 0.60 |
| 08/27/21 | KM | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: weekly variance report for the WE 8/20 and general case updates | 0.60 |
| 08/27/21 | RBW | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn S. Weiner and J. Ibanga (all AlixPartners) re: weekly variance report for the WE 8/20 and general case updates | 0.60 |
| 08/27/21 | SW | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn R. Winning and J. Ibanga (all AlixPartners) re: weekly variance report for the WE 8/20 and general case updates | 0.60 |
| | | **Total** | **5.60** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2138879-1 |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Joy N Ibanga | 1.40 | 530.00 | 742.00 |
| Scott Weiner | 1.40 | 665.00 | 931.00 |
| Robert B Winning | 1.40 | 935.00 | 1,309.00 |
| Kathryn McGlynn | 1.40 | 1,055.00 | 1,477.00 |
| **Total Hours & Fees** | **5.60** | | **4,459.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice #        | 2138879-1                                  |
|------------------|--------------------------------------------|
| Re:              | Analysis of Liquidity and Cash Management  |
| Client/Matter #  | 013446.00107                               |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 08/01/21 | INI | Revise BSA variance report for the week ended July 23 | 0.40 |
| 08/02/21 | INI | Review correspondence from R. Walsh (A&M) re: responses to weekly liquidity diligence questions | 0.40 |
| 08/02/21 | INI | Review August 2nd Committee update from Kramer Levin | 0.60 |
| 08/02/21 | INI | Review the Debtor's June Monthly Operating report | 2.80 |
| 08/06/21 | INI | Prepare weekly liquidity update for the Committee as of the week ended July 30 | 1.60 |
| 08/06/21 | SW | Review weekly variance report and draft questions for inclusion in follow-up to A&M | 0.60 |
| 08/06/21 | DM | Review BSA liquidity variance report week ended 7.30 | 0.30 |
| 08/12/21 | INI | Prepare slides for the Committee re: new 13-week cash flow budget dated August 6th | 1.10 |
| 08/12/21 | INI | Develop list of diligence questions for the Debtor's advisors re: the Debtor's revised 13-week cash flow budget dated August 6th | 0.40 |
| 08/12/21 | SW | Detailed review of updated 13 week cash flow budget | 1.30 |
| 08/12/21 | DM | Review BSA budget roll forward beginning week ended 8.06 | 0.60 |
| 08/13/21 | DM | Review BSA budget variance week ended 8.06 | 0.30 |
| 08/16/21 | INI | Prepare summary of the new 13-week cash flow budget dated August 6th for the Committee | 1.40 |
| 08/16/21 | INI | Weekly variance report for the week ended August 6th | 0.90 |
| 08/19/21 | INI | Revise 13-week cash flow bridge between August 6th and July 9th budgets | 0.90 |
| 08/19/21 | INI | Revise August 19th Committee update presentation | 1.80 |
| 08/19/21 | KM | Analyze and review Debtors' revised 13 week cash flow forecast | 1.10 |
| 08/19/21 | KM | Review and analyze Debtors' liquidity updates for week ended 8/6 | 0.70 |
| 08/20/21 | INI | Review cash flow variance report for the week ended August 13th | 0.70 |
| 08/20/21 | DM | Review BSA budget variance week ended 8.14 | 0.30 |
| 08/23/21 | KM | Review and analyze Debtors' weekly liquidity updates | 0.70 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2138879-1 |
|---|---|
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/23/21 | INI | Revise weekly liquidity update materials for the Committee | 1.30 |
| 08/26/21 | INI | Review August 24th weekly Committee update presentation | 0.50 |
| 08/26/21 | INI | Prepare Excel file for August 20th weekly cash flow variance report | 0.20 |
| 08/27/21 | INI | Prepare weekly cash flow variance report as of WE 8/20 for the Committee | 1.30 |
| 08/30/21 | DM | Review BSA budget variance week ended 8.20 | 0.30 |
| | | **Total** | **22.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2138879-1 | |
| Re: | Analysis of Liquidity and Cash Management | |
| Client/Matter # | 013446.00107 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 16.30 | 530.00 | 8,639.00 |
| Scott Weiner | 1.90 | 665.00 | 1,263.50 |
| Kathryn McGlynn | 2.50 | 1,055.00 | 2,637.50 |
| David MacGreevey | 1.80 | 1,185.00 | 2,133.00 |
| **Total Hours & Fees** | **22.50** | | **14,673.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2138879-1 | |
| Re: | Business and Strategic Plan Analysis | |
| Client/Matter # | 013446.00109 | |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/19/21 | KM | Analyze actuals for first half of 2021 compared to forecast as well as risks to forecast for second half of 2021 | 1.40 |
| 08/24/21 | SW | Update 3/2 DS forecast projections with actual financial performance through 6/30/21 | 2.50 |
| 08/24/21 | SW | Update 3/2 DS forecast projections with actual membership by program/month through 6/30/21 and adjust Debtor forecast to reflect plan to date variances | 2.30 |
| 08/25/21 | SW | Utilizing 3/2 DS forecast updated for YTD financial performance and adjusted membership projections, begin to incorporate impact of changes to membership forecast on other financial line items | 2.70 |
| 08/26/21 | SW | Utilizing 3/2 DS forecast updated for YTD financial performance and adjusted membership projections, complete incorporating impact of changes to membership forecast on other financial line items | 2.90 |
| 08/26/21 | SW | Begin to build in sensitivities to 3/2 DS forecast updated for YTD financial performance and adjusted membership projections | 2.10 |
| 08/27/21 | SW | Complete building in sensitivities to 3/2 DS forecast updated for YTD financial performance and adjusted membership projections | 2.60 |
| 08/27/21 | SW | Build cases utilizing sensitivities 3/2 DS forecast updated for YTD financial performance and adjusted membership projections | 2.30 |
| | | **Total** | **18.80** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2138879-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Scott Weiner | 17.40 | 665.00 | 11,571.00 |
| Kathryn McGlynn | 1.40 | 1,055.00 | 1,477.00 |
| **Total Hours & Fees** | **18.80** | | **13,048.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2138879-1 |
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/02/21 | SW | Detailed review of June 2021 MOR | 1.80 |
| 08/02/21 | SW | Read and annotate June 2021 Grey Book | 2.80 |
| 08/02/21 | SW | Create exhibit detailing June 2021 operating surplus per Grey Book versus Budget | 1.70 |
| 08/02/21 | SW | Create exhibit detailing June 2021 operating surplus per Grey Book versus prior year | 1.10 |
| 08/02/21 | SW | Begin drafting commentary for slide detailing June 2021 operating surplus per Grey Book versus Budget | 0.60 |
| 08/03/21 | SW | Complete drafting commentary for slide detailing June 2021 operating surplus per Grey Book versus Budget | 0.70 |
| 08/03/21 | SW | Draft commentary for slide detailing June 2021 operating surplus per Grey Book versus prior year | 0.90 |
| 08/03/21 | SW | Create exhibit detailing balance sheet per MOR as of June 30th, May 31st and CYE 2020 | 1.30 |
| 08/03/21 | SW | Draft commentary for slide detailing balance sheet per MOR as of June 30th, May 31st and CYE 2020 | 1.20 |
| 08/03/21 | SW | Create exhibits detailing unpaid post petition debts per June 2021 MOR | 1.80 |
| 08/03/21 | SW | Draft commentary for slide detailing unpaid post petition debts per June 2021 MOR | 0.90 |
| 08/03/21 | SW | Begin to create exhibits detailing unpaid post petition accounts receivable aging per June 2021 MOR | 1.20 |
| 08/04/21 | SW | Complete creating exhibits detailing unpaid post petition accounts receivable aging per June 2021 MOR | 0.70 |
| 08/04/21 | SW | Draft commentary for slides detailing unpaid post petition accounts receivable aging per June 2021 MOR | 0.90 |
| 08/04/21 | SW | Create bridge capturing differences in operating surplus between June Grey Book and MOR | 2.80 |
| 08/04/21 | SW | Create exhibit detailing actual June cash flow per MOR versus 7/2 disclosure statement plan | 2.10 |
| 08/05/21 | SW | Detailed review and editing of June MOR presentation before sending for internal comment | 2.40 |
| 08/05/21 | SW | Process internal edits related to June MOR presentation and recirculate for internal review | 1.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2138879-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/05/21 | RBW | Review recent financial and operational reporting and revision of slides re: same | 2.30 |
| 08/05/21 | INI | Review list of documents newly posted to the dataroom | 0.10 |
| 08/05/21 | INI | Review Kramer Levin's August 5th Committee update | 0.20 |
| 08/06/21 | KM | Review and analyze Debtors' June MOR | 0.90 |
| 08/06/21 | KM | Review case updates and information on next steps from Committee Counsel | 1.10 |
| 08/09/21 | SW | Create diligence question list related to creation of revision of National Service Territories and distribute internally for comment | 2.10 |
| 08/09/21 | SW | Audit YTD Plan vs Actual income statement exhibit and true up to source documents | 1.30 |
| 08/09/21 | SW | Provide additional breakdown of specific line items is YTD Plan vs Actual income statement exhibit to provide additional granularity on performance versus projections | 2.30 |
| 08/09/21 | SW | Begin to draft commentary on slides containing YTD Plan vs Actual income statement exhibits for Committee presentation | 2.30 |
| 08/10/21 | SW | Complete drafting commentary on slides containing YTD Plan vs Actual income statement exhibits for Committee presentation | 0.50 |
| 08/10/21 | SW | Update assumptions related to line item breakdown of 2021 Supply forecast and send to I. Ibanga for creation of exhibits for YTD update presentation | 0.80 |
| 08/10/21 | SW | Create bridge exhibit summarizing variances to the Plan and classifying these differences as to whether they relate to timing or actual performance | 2.90 |
| 08/10/21 | SW | Draft commentary for slides containing bridge exhibit summarizing variances to Plan through the 6/30 YTD period | 2.10 |
| 08/10/21 | SW | Amend YTD actual vs Plan income statement and bridge exhibits and slide commentary to account for additional commentary on accounting clean up entries made throughout 1H21 | 1.80 |
| 08/11/21 | SW | Detailed review of June 2021 membership report, including summary data analysis of details related to | 2.80 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2138879-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | youth/ adult membership and units | |
| 08/11/21 | SW | Aggregate data on all tabs of June 2021 membership report and conduct summary data analysis to provide overview of y/y membership changes across all tracked categories | 1.90 |
| 08/11/21 | SW | Create exhibit detailing 2020 ending membership, renewals, and 2Q21 additions versus 6/30/21 actual membership by program | 1.60 |
| 08/11/21 | SW | Complete analysis to assess maximum and minimum 2021 renewal percentages by program based on Plan forecast and 6/30 membership data | 1.20 |
| 08/11/21 | SW | Draft and send email correspondence to R. Walsh (A&M) related to factors leading to variance in YTD registration revenue | 0.50 |
| 08/11/21 | RBW | Review updated budget report | 0.40 |
| 08/11/21 | RBW | Analysis of mid-year membership report | 0.60 |
| 08/12/21 | RBW | Review and revise followups on reporting re: Debtors' financials/operations | 0.40 |
| 08/12/21 | SW | Create question list in advance of 8/16 call with A&M related to updated cash flow budget and YTD actual vs Plan analysis | 1.60 |
| 08/12/21 | SW | Incorporate internal comments provided on question list for 8/16 call with A&M related to updated cash flow budget and YTD actual vs Plan analysis and send to Debtors' advisor | 0.80 |
| 08/12/21 | SW | Create exhibit detailing maximum and minimum 2021 renewal percentages by program based on Plan forecast and 6/30 membership data | 0.80 |
| 08/12/21 | SW | Draft commentary for slides detailing membership performance to plan and range of 2021 renewal percentages by program based on Plan forecast and 6/30 membership data | 1.30 |
| 08/13/21 | SW | Create exhibits and slide summarizing revised National Service Territories and detailing y/y change in membership and units by Territory | 1.90 |
| 08/13/21 | SW | Create exhibit detailing data characteristics of program | 1.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2138879-1 |
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|------:|
| | | attrition across the 251 reporting Local Councils | |
| 08/13/21 | SW | Create exhibits detailing y/y change in composition of membership by program | 1.30 |
| 08/13/21 | SW | Draft summary for slides containing exhibits detailing y/y change in composition of membership by program and data characteristics of program attrition across the 251 reporting Local Councils | 0.90 |
| 08/13/21 | SW | Begin review and editing of slides provided by I. Ibanga (AlixPartners) summarizing YTD performance of Supply and HAB segments | 1.40 |
| 08/14/21 | SW | Complete review and editing of slides provided by I. Ibanga (AlixPartners) summarizing YTD performance of Supply and HAB segments | 1.20 |
| 08/14/21 | SW | Create slide providing an updated view on previously identified risks to Plan to incorporate views on YTD 6/30 performance | 2.40 |
| 08/16/21 | SW | Create exhibits and draft commentary for slide providing an executive summary for YTD actual vs plan analysis | 2.60 |
| 08/16/21 | SW | Review and process edits of YTD Plan vs actual analysis and distribute for internal review | 2.00 |
| 08/16/21 | RBW | Review mid-year financial reporting | 0.80 |
| 08/16/21 | SW | Prepare for conference call with the Debtor's advisors | 0.50 |
| 08/17/21 | SW | Proofread and process edits to YTD actual vs plan analysis presentation | 1.60 |
| 08/18/21 | SW | Participate in internal call with R. Winning (AlixPartners) re: revisions to 6/30 YTD analysis presentation | 0.40 |
| 08/18/21 | RBW | Participate in internal call with S. Weiner (AlixPartners) re: revisions to 6/30 YTD presentation | 0.40 |
| 08/18/21 | RBW | Analysis of Debtors 6/30 YTD performance | 1.70 |
| 08/18/21 | SW | Summarize edits provided in internal call with R. Winning and send to I. Ibanga (AlixPartners) for review and incorporation | 0.60 |
| 08/18/21 | SW | Revise operating surplus bridge in 6/30 YTD presentation to incorporate comments from R. Winning (AlixPartners) | 1.40 |
| 08/18/21 | SW | Create new membership summary graphs for 6/30 YTD | 2.10 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice #        | 2138879-1                      |
| :--------------- | :----------------------------- |
| Re:              | Financial and Other Diligence  |
| Client/Matter #  | 013446.00112                   |

| Date | Consultant | Description of Services | Hours |
| :--- | :--- | :--- | ---: |
| | | presentation to incorporate comments from R. Winning (AlixPartners) | |
| 08/18/21 | SW | Begin to process non-exhibit related comments received from R. Winning (AlixPartners) into the 6/30 YTD analysis presentation | 1.80 |
| 08/19/21 | SW | Complete incorporating non-exhibit related comments received from R. Winning (AlixPartners) into the 6/30 YTD analysis presentation | 2.20 |
| 08/19/21 | SW | Process additional comments received from R. Winning (AlixPartners) relating the membership summary page into the 6/30 YTD analysis presentation | 1.10 |
| 08/19/21 | SW | Process comments received from K. McGlynn (AlixPartners) relating to the 6/30 YTD analysis presentation | 1.60 |
| 08/19/21 | RBW | Revise presentation on Debtors' YTD performance through June | 2.70 |
| 08/23/21 | RBW | Prepare for presentation on mid-year financial performance | 0.80 |
| 08/25/21 | INI | Review documents newly posted to dataroom | 0.30 |
| 08/27/21 | RBW | Analysis of recent cash flow reporting | 0.40 |
| 08/31/21 | SW | Derive outline of sensitized five year forecast presentation deck | 1.70 |
| 08/31/21 | SW | Detailed review of July 2021 MOR | 1.80 |
| 08/31/21 | SW | Detailed review of July 2021 Grey Book | 2.70 |
| | | **Total** | **103.20** |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2138879-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 0.60 | 530.00 | 318.00 |
| Scott Weiner | 90.10 | 665.00 | 59,916.50 |
| Robert B Winning | 10.50 | 935.00 | 9,817.50 |
| Kathryn McGlynn | 2.00 | 1,055.00 | 2,110.00 |
| **Total Hours & Fees** | **103.20** | | **72,162.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2138879-1 |
|---|---|
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/03/21 | RBW | Review pleadings re: outstanding disputes with insurers | 0.40 |
| 08/03/21 | RBW | Review pleadings re: outstanding discovery disputes in connection with RSA and disclosure statement | 0.40 |
| 08/03/21 | INI | Input June 2021 actuals in plan of reorganization analysis | 1.10 |
| 08/03/21 | INI | Review June 2021 monthly unaudited financial report | 1.30 |
| 08/09/21 | RBW | Review additional pleadings file in connection with RSA motion and related discovery and motion practice | 0.60 |
| 08/10/21 | INI | Prepare slide for Committee update re: analysis of the Debtor's year-to-date Supply performance versus Plan | 2.40 |
| 08/10/21 | INI | Review S. Weiner's updated Debtor's Plan projections file to ensure projections match 1H2021 analysis for the Committee | 0.30 |
| 08/10/21 | INI | Prepare slide for Committee update re: analysis of the Debtor's year-to-date net operating surplus at high adventure bases versus Plan. | 1.50 |
| 08/10/21 | INI | Prepare slide for Committee update re: analysis of the Debtor's year-to-date revenue at high adventure bases versus Plan. | 0.90 |
| 08/11/21 | INI | Review Kramer Levin's daily Committee update re: summary of objections to the RSA and Disclosure Statement | 1.00 |
| 08/11/21 | RBW | Review supplemental objections to the RSA | 0.70 |
| 08/11/21 | DM | Review email with attachments from A. Nowicki (Kramer Levin) regarding mediation update and supplemental objections in advance of RSA hearing | 1.60 |
| 08/12/21 | INI | Analyze the Debtor's new 13-week cash flow budget dated August 6th | 1.60 |
| 08/17/21 | RC | Review information re: the RSA motion hearing. | 0.20 |
| 08/17/21 | RC | Review information provided by counsel related to the Disclosure Statement. | 0.20 |
| 08/18/21 | RBW | Review supplemental disclosure statement objections filed by various insurers and chartered organizations | 1.30 |
| 08/18/21 | DM | Review email with attachments from A. Nowicki (Kramer Levin) regarding BSA disclosure statement objections | 1.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice #        | 2138879-1                                       |
|------------------|-------------------------------------------------|
| Re:              | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter #  | 013446.00117                                    |

| Date     | Consultant | Description of Services                                                                                         | Hours |
|----------|------------|----------------------------------------------------------------------------------------------------------------|-------|
| 08/18/21 | INI        | Revise August 23rd Committee update presentation                                                               | 1.60  |
| 08/19/21 | DM         | Review email with attachments from A. Nowicki (Kramer Levin) regarding Century objection to BSA disclosure statement | 0.60  |
| 08/19/21 | RBW        | Listen to oral ruling on Debtors' entry into RSA                                                               | 0.70  |
| 08/27/21 | RC         | Review case status update materials provided by Kramer Levin.                                                  | 0.20  |
| 08/30/21 | DM         | Review email with attachments from A. Nowicki (Kramer Levin) regarding Century letter to Judge Silverstein in response to TCC | 0.30  |
| 08/30/21 | INI        | Review Kramer Levin Committee update re: discovery hearing/conference                                          | 0.50  |
|          |            | **Total**                                                                                                      | **20.70** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2138879-1 |
|---|---|
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 12.20 | 530.00 | 6,466.00 |
| Robert B Winning | 4.10 | 935.00 | 3,833.50 |
| Richard Collura | 0.60 | 1,125.00 | 675.00 |
| David MacGreevey | 3.80 | 1,185.00 | 4,503.00 |
| **Total Hours & Fees** | **20.70** | | **15,477.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2138879-1 |
|---|---|
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/12/21 | DM | Attend BSA hearing regarding RSA motion | 5.80 |
| 08/12/21 | RBW | Dial-in to RSA hearing (partial) | 3.80 |
| 08/12/21 | SW | Virtually attend hearing on Debtors' RSA motion | 2.50 |
| 08/13/21 | SW | Virtually attend hearing on Debtors' RSA motion | 2.00 |
| 08/13/21 | INI | Listened to second day of the contested hearing on the Debtors' motion for approval of the restructuring support agreement | 2.00 |
| 08/13/21 | RBW | Dial-in to RSA hearing (partial) | 4.10 |
| 08/13/21 | KM | Attend RSA Hearing | 3.00 |
| 08/13/21 | DM | Attend BSA hearing regarding RSA motion | 5.30 |
| 08/16/21 | DM | Attend BSA hearing regarding RSA motion | 6.30 |
| 08/16/21 | SW | Dial in to portion of hearing on Debtors' RSA motion | 2.20 |
| 08/16/21 | RBW | Dial-in to RSA hearing (partial) | 5.80 |
| 08/16/21 | KM | Attend final day of hearing to approve RSA | 8.10 |
| 08/19/21 | KM | Attend hearing re: Judge Silverstein's ruling on RSA approval | 0.80 |
| 08/19/21 | INI | Attend BSA hearing re: RSA Ruling | 0.50 |
| 08/19/21 | DM | Attend ruling on BSA RSA motion | 0.80 |
| 08/30/21 | KM | Attend hearing re: discovery issues | 1.40 |
| | | **Total** | **54.40** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2138879-1 |
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 2.50 | 530.00 | 1,325.00 |
| Scott Weiner | 6.70 | 665.00 | 4,455.50 |
| Robert B Winning | 13.70 | 935.00 | 12,809.50 |
| Kathryn McGlynn | 13.30 | 1,055.00 | 14,031.50 |
| David MacGreevey | 18.20 | 1,185.00 | 21,567.00 |
| **Total Hours & Fees** | **54.40** | | **54,188.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2138879-1 |
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/03/21 | LMB | Prepare July 2021 professional fees | 1.30 |
| 08/04/21 | LMB | Prepare July 2021 professional fees | 1.50 |
| 08/05/21 | LMB | Prepare excel data workbook for professional fees for the period March 1, 2021 through June 30, 2021 | 0.40 |
| 08/05/21 | LMB | Email to Adam (Kramer Levin) re: professional fees for fifth interim period | 0.20 |
| 08/05/21 | KM | Review and revise July fee application | 1.70 |
| 08/10/21 | LMB | Prepare 17th monthly fee statement, supporting exhibits and schedules (July 2021) | 1.80 |
| 08/13/21 | DM | Review BSA July fee statement | 0.50 |
| 08/15/21 | LMB | Review court docket | 0.20 |
| 08/15/21 | LMB | Prepare fifth interim fee application and supporting exhibits | 2.80 |
| 08/16/21 | LMB | Finalize 17th monthly fee statement, supporting exhibits and schedules (July 2021) | 0.40 |
| 08/16/21 | LMB | Prepare fifth interim fee application and supporting exhibits | 0.80 |
| 08/16/21 | LMB | Email to M. Wasson (Kramer Levin) attaching the 17th monthly fee application for July 2021 | 0.20 |
| 08/16/21 | HS | Review July monthly fee statement for filing | 0.20 |
| 08/17/21 | HS | Review interim fee application for filing | 0.40 |
| 08/17/21 | KM | Review and revise fifth interim fee application | 0.60 |
| 08/17/21 | LMB | Finalize fifth interim fee application | 0.60 |
| 08/17/21 | LMB | Email to M. Wasson (AlixPartners) attaching fifth interim fee application for filing on the Court docket | 0.20 |
| 08/17/21 | DM | Review 5th interim BSA fee application | 0.50 |
| 08/18/21 | LMB | Prepare excel of professional fees for fifth interim fee period | 0.30 |
| | | **Total** | **14.60** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2138879-1 |
|---|---|
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lisa Marie Bonito | 10.70 | 465.00 | 4,975.50 |
| Heather Saydah | 0.60 | 480.00 | 288.00 |
| Kathryn McGlynn | 2.30 | 1,055.00 | 2,426.50 |
| David MacGreevey | 1.00 | 1,185.00 | 1,185.00 |
| **Total Hours & Fees** | **14.60** | | **8,875.00** |

**ALIXPARTNERS, LLP**

**Exhibit B**

**<u>Certification of David MacGreevey</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF DAVID MACGREEVEY

I, **David MacGreevey**, declare under the penalty of perjury as follows:

1.      I am a Managing Director at AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC and its affiliates (the "Debtors") in the above-captioned Chapter 11 Cases.

2.      I have reviewed the *Eighteenth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services Rendered for the Period August 1, 2021 through August 31, 2021* (the "Eighteenth Monthly Application").

3.      I have reviewed Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware ("Local Rule") and submit that the Eighteenth Monthly Application substantially complies with such Local Rule.

4.      To the best of my knowledge, information and belief formed after reasonable inquiry, the Eighteenth Monthly Application complies with the *United States Trustee Guidelines for*

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted September 17, 2013 (the "UST Guidelines").

5.      The fees and out-of-pocket expenses are billed in accordance  with the billing practices described below, and except as  otherwise indicated therein fall within the UST Guidelines. Except to the extent prohibited by the UST Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by the AlixPartners' clients.

6.      With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

  1.  Does not make a profit;

  2.  Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and

  3.  Seeks reimbursement of services purchased from or contracted for with  a third-party vendor only in the amount billed to AlixPartners by and paid or to be paid by the Applicant to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated:   September 20, 2021

*/s/ David MacGreevey*
_____
By:  David MacGreevey
      Managing Director