IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 6212, 6213** |

## NOTICE OF SUBMISSION OF PROPOSED PLAIN
## ENGLISH PLAN SUMMARY FOR ABUSIVE SURVIVORS

The Coalition of Abused Scouts for Justice ("**Coalition**") and the Future Claims Representative ("**FCR**") hereby submit the proposed Plan Summary in connection with Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No 6212.] (the "**Plan**"). Use of a "plain English" summary document has been beneficial to victims in recent mass tort and financial fraud cases. *See In re Prof'l Fin. Investors, Inc. et al.*, No. 20-20304 (HM) (Bankr. N.D. Cal. 2021) [Dkt. No. 583]; *In re PG&E Corp.*, No. 19-30088 (DM) (Bankr. N.D. Cal. 2020) [Dkt. No. 5978]. The Coalition and the FCR prepared the Plan Summary attached hereto to assist survivors in reviewing the Plan and the accompanying Disclosure Statement.

Dated: September 20, 2021　　　　　MONZACK MERSKY AND BROWDER, P.A.
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　*/s/ Rachel B. Mersky*
　　　　　　　　　　　　　　　　　　　(DE No. 2049)
　　　　　　　　　　　　　　　　　　　1201 North Orange Street
　　　　　　　　　　　　　　　　　　　Suite 400

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Wilmington, Delaware 19801
Telephone:    (302) 656-8162
Facsimile:    (302) 656-2769
E-mail:    RMersky@Monlaw.com

-and-

BROWN RUDNICK LLP
David J. Molton, Esq. (admitted *pro hac vice*)
Eric R. Goodman, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@BrownRudnick.com
E-mail:  EGoodman@BrownRudnick.com

and

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com

*Counsel to the Coalition of Abused Scouts for Justice*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Edwin J. Harron*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:    rbrady@ycst.com
    eharron@ycst.com
    szieg@ycst.com

*Counsel to the Future Claimants' Representative*