IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re Dkt. Nos. 6284, 6285, 6294 |

**JOINDER OF THE COALITION OF ABUSED SCOUTS
FOR JUSTICE TO THE DEBTORS' OMNIBUS OBJECTION TO
(I) CENTURY'S MOTION TO COMPEL DOCUMENTS CONCERNING
EVE OF HEARING AMENDMENTS TO THE DEBTORS' FIFTH AMENDED
CHAPTER 11 PLAN OF REORGANIZATION AND (II) CENTURY'S MOTION FOR
ENTRY OF AN ORDER SHORTENING THE NOTICE AND OBJECTION PERIOD**

The Coalition of Abused Scouts for Justice (the "**Coalition**"), by and through its undersigned counsel, joins the *Debtors' Omnibus Objection to (I) Century's Motion to Compel Documents Concerning Eve of Hearing Amendments to the Debtors' Fifth Amended Chapter 11 Plan of Reorganization and (II) Century's Motion for Entry of an Order Shortening the Notice and Objection Period* [D.I. 6294] (the "**Omnibus Objection**") in response to the Motion to Compel [D.I. 6284] and related Motion to Shorten Notice [D.I. 6285] filed by Century.[2]

1.  The Coalition joins in the Debtors' Omnibus Objection. Specifically, as to the Coalition, the Motion to Compel seeks the production of documents that are plainly protected from production by the mediation and other privileges in response to a subpoena Century served on the Coalition's counsel.

---

[1] The Reorganized Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Omnibus Objection.

{00226575-1}

2.     The subpoena Century seeks to compel responses to was directed to Brown Rudnick, a law firm, which serves as the Coalition's counsel, and is not a party in the bankruptcy case. As is plain from the discovery requests directed to the Coalition's counsel quoted in the Motion to Compel (*see* Motion to Compel ¶ 8), Century seeks discovery of documents protected by privilege, including the mediation privilege pursuant to Local Rule 9019-5(d).

3.     On June 9, 2021, the Coalition's counsel served *Brown Rudnick LLP's Responses and Objections to Century Indemnity Company's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)*, attached hereto as **Exhibit A**. Therein the Coalition objected to the discovery Century sought on the grounds, among others, that Century sought information protected from disclosure pursuant to Rule 9019-5(d) of the Local Rules, which provides, in part, "except as set forth in the previous sentence, no person shall seek discovery from any participant in the mediation with respect to any information disclosed during mediation."

4.     On June 11, 2021, in correspondence with Century's counsel, the Coalition's counsel requested a meet and confer to discuss the propriety of the discovery Century sought. *See* **Exhibit B**. Century has not engaged with the Coalition's counsel on this issue; the requested meet and confer did not happen. Now, more than three months after the Coalition's counsel responded to Century's subpoena, Century has moved to compel on the eve of the hearing on the Debtors' Disclosure Statement. The Coalition joins in the Debtors' Omnibus Objection. The Motion to Compel and Motion to Shorten Notice plainly are designed to disrupt the Disclosure Statement hearing and to delay this case and should be denied.

Dated: September 20, 2021  MONZACK MERSKY AND BROWDER, P.A.
Wilmington, Delaware

*/s/ Rachel B. Mersky*
(DE No. 2049)
1201 North Orange Street
Suite 400
Wilmington, Delaware 19801
Telephone:    (302) 656-8162
Facsimile:    (302) 656-2769
E-mail:    RMersky@Monlaw.com


-and-

BROWN RUDNICK LLP
David J. Molton, Esq. (admitted *pro hac vice*)
Eric R. Goodman, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@BrownRudnick.com
E-mail:  EGoodman@BrownRudnick.com

and

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com

*Counsel to the Coalition of Abused Scouts for Justice*