# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 6210** |

## NOTICE OF FILING OF REVISED SCHEDULES TO
## HARTFORD TERM SHEET AND TCJC TERM SHEET

**PLEASE TAKE NOTICE** that, on September 14, 2021, the Mediators filed the *Sixth Mediators' Report* [D.I. 6210] (the "Report").[2]

**PLEASE TAKE FURTHER NOTICE** that attached to the Report as Exhibit A was the Hartford Term Sheet. Attached to the Hartford Term Sheet as Schedule 1 was a list of State Court Counsel that have each agreed to support the terms of and be bound by the agreement contemplated by the Hartford Term Sheet.

**PLEASE TAKE FURTHER NOTICE** that attached to the Report as Exhibit B was the TCJC Term Sheet. Attached to the TCJC Term Sheet as Schedule 1 was a list of State Court Counsel that have each agreed to support the terms of and be bound by the agreement contemplated by the TCJC Term Sheet.

**PLEASE TAKE FURTHER NOTICE** that certain additional State Court Counsel have agreed to support the terms of and be bound by the agreements contemplated by the Hartford Term Sheet and TCJC Term Sheet, respectively.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a revised Schedule 1 to the Hartford Term Sheet and attached hereto as **Exhibit 2** is a revised Schedule 1 to the TCJC Term Sheet.

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, attached hereto as **Exhibit 3** is a redline comparison of the revised Schedule 1 to the Hartford Term Sheet marked against the version attached to Exhibit A of the Report and attached hereto as **Exhibit 4** is a redline comparison of the revised Schedule 1 to the TCJC Term Sheet marked against the version attached to Exhibit B of the Report.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Capitalized terms not defined herein are defined in the Report and its accompanying Exhibits.

Dated:  September 20, 2021  
         Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email: dabbott@morrisnichols.com
          aremming@morrisnichols.com
          ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email:  mandolina@whitecase.com
          mlinder@whitecase.com
          laura.baccash@whitecase.com
          blair.warner@whitecase.com

ATTORNEYS TO THE DEBTORS AND DEBTORS IN POSSESSION