# **EXHIBIT 1**

**Revised Schedule 1 to the Hartford Term Sheet**

## Schedule 1

### State Court Counsel

| FIRM | NOTICE ADDRESS | CLAIMS |
|---|---|---|
| Slater Slater Schulman LLP | Attn: Adam P. Slater (aslater@sssfirm.com)<br>488 Madison Avenue<br>20th Floor<br>New York, NY 10022 | 14170 |
| ASK LLP | Attn: Joseph Steinfeld (jsteinfeld@askllp.com)<br>2600 Eagan Woods Drive, Ste 400<br>Saint Paul, MN 55121 | 3277 |
| Andrews & Thornton, AAL, ALC | Andrews & Thornton<br>Attn: Anne Andrews (aa@andrewsthornton.com)<br>4701 Von Karman Ave., Suite 300<br>Newport Beach, CA 92660 | 3009 |
| Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. | Attn: Stewart J. Eisenberg (stewart@erlegal.com)<br>1634 Spruce Street<br>Philadelphia, PA 19103 | 16869 |
| Junell & Associates PLLC | Attn: Deborah Levy (dlevy@junell-law.com)<br>3737 Buffalo Speedway Ste. 1850<br>Houston, TX 77098 | 2918 |
| Reich & Binstock LLP | Attn: Dennis Reich (dreich@reichandbinstock.com)<br>4265 San Felipe St. #1000<br>Houston, TX 77027 | 336 |
| Krause & Kinsman Law Firm | Attn: Adam W. Krause (adam@krauseandkinsman.com)<br>4717 Grand Avenue #300<br>Kansas City, MO 64112 | 5981 |
| Bailey Cowan Heckaman PLLC | Attn: Aaron Heckaman (aheckaman@bchlaw.com)<br>5555 San Felipe St. Ste. 900<br>Houston, TX 77056 | 1026 |

| FIRM | NOTICE ADDRESS | CLAIMS |
|---|---|---|
| Motley Rice LLC | Attn: Daniel Lapinski (dlapinski@motleyrice.com) 210 Lake Drive East Suite 101 Cherry Hill, NJ 08002 | 343 |
| Weller Green Toups & Terrell LLP | Attn: Mitchell Toups (matoups@wgttlaw.com) 2615 Calder Ave. #400 Beaumont, TX 77702 | 974 |
| Colter Legal PLLC | Attn: John Harnishfeger (john.harnishfeger@colterlegal.com) 1717 K St. NW Suite 900 Washington D.C. 20006 | 162 |
| Christina Pendleton & Associates, PLLC | Attn: Staesha Rath (sr@cpenlaw.com) 1506 Staples Mill Rd. Suite 101 Richmond, VA 23230 | 309 |
| Forman Law Offices, P.A. | Attn: Theodore Forman (ted@formanlawoffices.com) 238 NE 1st Ave. Delray Beach, FL 33444 | 125 |
| Danziger & De Llano LLP | Attn: Rod de Llano (rod@dandell.com) 440 Louisiana St. Suite 1212 Houston, TX 77002 | 1707 |
| Swenson & Shelley | Attn: Kevin Swenson (kevin@swensonshelley.com) 107 South 1470 East, Ste. 201 St. George, UT 84790 | 175 |
| Cohen Hirsch LP (formerly Brooke F. Cohen Law, Hirsch Law Firm) | Attn: Brooke F. Cohen (brookefcohenlaw@gmail.com) Attn: Andrea Hirsch (andrea@thehirschlawfirm.com) 4318 Glenwick Lane Dallas, TX 75205 | 64 |
| Damon J. Baldone PLC | Attn: Damon J. Baldone (damon@baldonelaw.com) 162 New Orleans Blvd. Houma LA 70364 | 471 |

| FIRM | NOTICE ADDRESS | CLAIMS |
|---|---|---|
| Cutter Law, P.C. | Attn: Brooks Cutter (bcutter@cutterlaw.com) 4179 Piedmont Ave. 3rd Fl. Oakland, CA 94611 | 358 |
| Linville Johnson & Pahlke Law Group | Attn: Robert Pahlke (rgp@pahlkelawgroup.com) 2425 Circle Dr., Ste. 200 Scottsbluff NE 69361 | 71 |
| Porter & Malouf P.A. | Attn: Timothy Porter (tporter@portermalouf.com) (ssmith@portermalouf.com) (susan@portermalouf.com) 825 Ridgewood Rd. Ridgeland, MS 39157 | 86 |
| The Moody Law Firm | Attn: Will Moody Jr. (will@moodyrrlaw.com) 500 Crawford St., Ste. 200 Portsmouth, VA 23704 | 677 |
| Levin Papantonio Thomas Mitchell Rafferty & Procter P.A. | Attn: Cameron Stephenson (cstephenson@levinlaw.com) 316 South Baylen St. Pensacola, FL 32502 | 44 |
| Marc J Bern & Partners LLP | Attn: Joseph Cappelli (jcappelli@bernllp.com) 60 East 42nd St. Ste. 950 New York, NY 10165 | 5893 |
| D. Miller and Associates, PLLC | Attn: Rochelle Guiton (bsa@dmillerlaw.com) 2610 W. Sam Houston Pkwy Ste. 200 Houston, TX 77042 | 3008 |
| Hilliard Martinez Gonzales LLP | Attn: Robert C. Hilliard and Rudy Gonzales, Jr. (hmgservice@hmglawfirm.com) 719 South Shoreline Blvd. Corpus Christi, TX 78411 | 289 |

| FIRM | NOTICE ADDRESS | CLAIMS |
|---|---|---|
| McDonald Worley, P.C. | Attn: Don Worley<br>1770 St. James Place, Ste. 100<br>Houston, TX 77056 | 140 |
| TorHoerman Law, LLC | Attn: Eric Terry<br>(eric@thlawyer.com)<br>210 S. Main St.<br>Edwardsville, IL 62025 | 125 |
| Gibbs Law Group | Attn: Karen Barth Menzies<br>(kbm@classlawgroup.com)<br>505 14th St. Suite 1110<br>Oakland, CA 94612 | 179 |
| Paluch Law, LLC | Attn: Jessica Paluch Hoerman<br>(Jess@simplyconvert.com)<br>210 S. Main St.<br>Edwardsville, IL 62025 | 139 |
| Philadelphia Lawyers Group | Attn: Alan Zibelman<br>1500 JFK Blvd. Ste. 1020<br>Philadelphia, PA 15102 | 135 |
| Carlson Law Firm | Attn: Craig Carlson<br>100 E Central Texas Expy<br>Killeen, TX 76541 | 191 |
| IPG Law Group | Attn: Chip Winneker<br>133 W Main St.<br>Norristown, PA 19401 | 122 |
| Douglas & London, P.C. | Attn: Kristin Padden<br>(kpadden@douglasandlondon.com)<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038 | 60 |
| The Webster Law Firm | Attn: Jason C. Webster<br>(jwebster@thewebsterlawfirm.com)<br>6200 Savoy Suite 150<br>Houston, TX 77036 | 20 |
| Freese & Goss, PLLC | Attn: Peter de la Cerda<br>(peter@freeseandgoss.com)<br>3500 Maple Ave., Ste. 1100<br>Dallas, TX 75219 | 458 |

4

| FIRM | NOTICE ADDRESS | CLAIMS |
|---|---|---|
| Brent Coon & Associates | Attn: Brent Coon (Brent@bcoonlaw.com) 300 Fannin, Suite 200 Houston, TX 77002 | 69 |
| DiCello Levitt Gutzler | Attn : Adam J. Levitt (alevitt@dicellolevitt.com) Ten North Dearborn Street Sixth Floor Chicago, IL 60602 | 112 |
| Davis Bethune Jones | Attn: Grant Davis and Ted Ruzicka (gdavis@dbjlaw.net) (truzicka@dbjlaw.net) 1100 Main Street # 2930 Kansas City, MO 64105 | 1054 |
| Mary Alexander and Associates, P.C. | Attn: Mary Alexander, Esq. (malexander@maryalexanderlaw.com) 44 Montgomery Street, Ste. 1303 San Francisco, CA 94104 | 74 |

64153897 v4-WorkSiteUS-036293/0001