## **EXHIBIT 4**

**Redline Comparison of Revised Schedule 1 to the TCJC Term Sheet**

**Schedule 1**

**State Court Counsel**

| FIRM | NOTICE ADDRESS | CLAIMS |
|---|---|---|
| Slater Slater Schulman LLP | Attn: Adam P. Slater (aslater@sssfirm.com)<br>488 Madison Avenue<br>20th Floor<br>New York, NY 10022 | 14170 |
| ASK LLP | Attn: Joseph Steinfeld (jsteinfeld@askllp.com)<br>~~151 West 46th Street, 4th Floor~~<br>~~New York, NY 10036~~<br>2600 Eagan Woods Drive, Ste 400<br>Saint Paul, MN 55121 | 3277 |
| Andrews & Thornton, AAL, ALC | Andrews & Thornton<br>Attn: Anne Andrews (aa@andrewsthornton.com)<br>4701 Von Karman Ave., Suite 300<br>Newport Beach, CA 92660 | 3009 |
| Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. | Attn: Stewart J. Eisenberg (stewart@erlegal.com)<br>1634 Spruce Street<br>Philadelphia, PA 19103 | 16869 |
| Junell & Associates PLLC | Attn: Deborah Levy (dlevy@junell-law.com)<br>3737 Buffalo Speedway Ste. 1850<br>Houston, TX 77098 | 2918 |
| Reich & Binstock LLP | Attn: Dennis Reich (dreich@reichandbinstock.com)<br>4265 San Felipe St. #1000<br>Houston, TX 77027 | 336 |
| Krause & Kinsman Law Firm | Attn: Adam W. Krause (adam@krauseandkinsman.com)<br>4717 Grand Avenue #300<br>Kansas City, MO 64112 | 5981 |
| Bailey Cowan Heckaman PLLC | Attn: Aaron Heckaman (aheckaman@bchlaw.com)<br>5555 San Felipe St. Ste. 900<br>Houston, TX 77056 | 1026 |

| FIRM | NOTICE ADDRESS | CLAIMS |
|---|---|---|
| Jason J. Joy & Associates, PLLC | Attn: Jason Joy (jason@jasonjoylaw.com) 909 Texas St, Ste 1801 Houston, TX 770022 | 690 |
| Motley Rice LLC | Attn: Daniel Lapinski (dlapinski@motleyrice.com) 210 Lake Drive East Suite 101 Cherry Hill, NJ 08002 | 343 |
| Weller Green Toups & Terrell LLP | Attn: Mitchell Toups (matoups@wgttlaw.com) 2615 Calder Ave. #400 Beaumont, TX 77702 | 974 |
| Colter Legal PLLC | Attn: John Harnishfeger (john.harnishfeger@colterlegal.com) 1717 K St. NW Suite 900 Washington D.C. 20006 | 162 |
| Christina Pendleton & Associates, PLLC | Attn: Staesha Rath (sr@cpenlaw.com) 1506 Staples Mill Rd. Suite 101 Richmond, VA 23230 | 309 |
| Forman Law Offices, P.A. | Attn: Theodore Forman (ted@formanlawoffices.com) 238 NE 1st Ave. Delray Beach, FL 33444 | 125 |
| Danziger & De Llano LLP | Attn: Rod de Llano (rod@dandell.com) 440 Louisiana St. Suite 1212 Houston, TX 77002 | 1707 |
| Swenson & Shelley | Attn: Kevin Swenson (kevin@swensonshelley.com) 107 South 1470 East, Ste. 201 St. George, UT 84790 | 175 |
| Cohen Hirsch LP (formerly Brooke F. Cohen Law, Hirsch Law Firm) | Attn: Brooke F. Cohen (brookefcohenlaw@gmail.com) Attn: Andrea Hirsch (andrea@thehirschlawfirm.com) 4318 Glenwick Lane Dallas, TX 75205 | 64 |
| Damon J. Baldone | Attn: Damon J. Baldone | 471 |

| FIRM | NOTICE ADDRESS | CLAIMS |
|---|---|---|
| PLC | (damon@baldonelaw.com)<br>162 New Orleans Blvd.<br>Houma LA 70364 | |
| Cutter Law, P.C. | Attn: Brooks Cutter<br>(bcutter@cutterlaw.com)<br>4179 Piedmont Ave. 3rd Fl.<br>Oakland, CA 94611 | 358 |
| Linville Johnson & Pahlke Law Group | Attn: Robert Pahlke<br>(rgp@pahlkelawgroup.com)<br>2425 Circle Dr., Ste. 200<br>Scottsbluff NE 69361 | 71 |
| Porter & Malouf P.A. | Attn: Timothy Porter<br>(tporter@portermalouf.com)<br>(ssmith@portermalouf.com)<br>(susan@portermalouf.com)<br>825 Ridgewood Rd.<br>Ridgeland, MS 39157 | 86 |
| The Moody Law Firm | Attn: Will Moody Jr.<br>(will@moodyrrlaw.com)<br>500 Crawford St., Ste. 200<br>Portsmouth, VA 23704 | 677 |
| Levin Papantonio Thomas Mitchell Rafferty & Procter P.A. | Attn: Cameron Stephenson<br>(cstephenson@levinlaw.com)<br>316 South Baylen St.<br>Pensacola, FL 32502 | 44 |
| Marc J Bern & Partners LLP | Attn: Joseph Cappelli<br>(jcappelli@bernllp.com)<br>60 East 42nd St. Ste. 950<br>New York, NY 10165 | 5893 |
| D. Miller and Associates, PLLC | Attn: Rochelle Guiton<br>(bsa@dmillerlaw.com)<br>2610 W. Sam Houston Pkwy<br>Ste. 200<br>Houston, TX 77042 | 3008 |
| Hilliard Martinez Gonzales LLP | Attn: Robert C. Hilliard and Rudy Gonzales, Jr.<br>(hmgservice@hmglawfirm.com) | 289 |

| FIRM | NOTICE ADDRESS | CLAIMS |
|---|---|---|
| | 719 South Shoreline Blvd.<br>Corpus Christi, TX 78411 | |
| McDonald Worley, P.C. | Attn: Don Worley<br>1770 St. James Place, Ste. 100<br>Houston, TX 77056 | 140 |
| TorHoerman Law, LLC | Attn: Eric Terry<br>(eric@thlawyer.com)<br>210 S. Main St.<br>Edwardsville, IL 62025 | 125 |
| Gibbs Law Group | Attn: Karen Barth Menzies<br>(kbm@classlawgroup.com)<br>505 14th St. Suite 1110<br>Oakland, CA 94612 | 179 |
| Paluch Law, LLC | Attn: Jessica Paluch Hoerman<br>(Jess@simplyconvert.com)<br>210 S. Main St.<br>Edwardsville, IL 62025 | 139 |
| Philadelphia Lawyers Group | Attn: Alan Zibelman<br>1500 JFK Blvd. Ste. 1020<br>Philadelphia, PA 15102 | 135 |
| Babin Law, LLC | Attn: Steven Babin<br>(steven.babin@babinlaws.com)<br>(gayle.vojtush@babinlaws.com)<br>22 E. Gay St., Ste. 200<br>Columbus, OH 43215 | 1012 |
| Carlson Law Firm | Attn: Craig Carlson<br>100 E Central Texas Expy<br>Killeen, TX 76541 | 191 |
| IPG Law Group | Attn: Chip Winneker<br>133 W Main St.<br>Norristown, PA 19401 | 122 |
| Douglas & London, P.C. | Attn: Kristin Padden<br>(kpadden@douglasandlondon.com) | 60 |

| FIRM | NOTICE ADDRESS | CLAIMS |
|---|---|---|
| | 59 Maiden Lane, 6th Floor<br>New York, NY 10038 | |
| The Webster Law Firm | Attn: Jason C. Webster<br>(jwebster@thewebsterlawfirm.com)<br>6200 Savoy Suite 150<br>Houston, TX 77036 | 20 |
| Freese & Goss, PLLC | Attn: Peter de la Cerda<br>(peter@freeseandgoss.com)<br>3500 Maple Ave., Ste. 1100<br>Dallas, TX 75219 | 458 |
| Brent Coon & Associates | Attn: Brent Coon<br>(Brent@bcoonlaw.com)<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 69 |
| DiCello Levitt Gutzler | Attn : Adam J. Levitt<br>(alevitt@dicellolevitt.com)<br>Ten North Dearborn Street<br>Sixth Floor<br>Chicago, IL 60602 | 112 |
| Davis Bethune Jones | Attn: Grant Davis and Ted Ruzicka<br>(gdavis@dbjlaw.net)<br>(truzicka@dbjlaw.net)<br>1100 Main Street # 2930<br>Kansas City, MO 64105 | 1054 |
| Mary Alexander and Associates, P.C. | Attn: Mary Alexander, Esq.<br>(malexander@maryalexanderlaw.com)<br>44 Montgomery Street, Ste. 1303<br>San Francisco, CA 94104 | 74 |