## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 21, 2021, AT 10:00 A.M. (ET)[3]

---

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by September 21, 2021, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsf-urrTMvGot0i88ZrK77C3SVu-1s8oo**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Boy Scouts of America

**Time: September 21, 2021, at 10:00 a.m. Eastern Time (US and Canada)**

---

<u>MATTERS GOING FORWARD</u>

1.    Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief (D.I. 2295, filed 3/2/21).

---

[1]    The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]    **Amended items appear in bold.**

[3]    Please note if the hearing requires additional time, it will be continued to September 22, 2021, at 10:00 a.m. Eastern Time.

Objection Deadline:    May 6, 2021, at 4:00 p.m. (ET); extended to May 10, 2021, at 4:00 p.m. (ET) for the Tort Claimants' Committee (the "TCC"), Coalition of Abused Scouts for Justice (the "Coalition") the Future Claimants' Representative ("FCR"), the Unsecured Creditors' Committee (the "UCC"), the Girl Scouts of America, USA, Liberty Mutual Insurance Company, Allianz Insurers, Clarendon, Zurich, and AIG; extended to May 10, 2021, at 5:15 p.m. (ET) for the U.S. Trustee; extended to May 12, 2021, for Century Indemnity Company.

Supplemental Objection Deadline: August 16, 2021 at 4:00 p.m. (ET); extended to August 17, 2021, at 12:00 p.m. (ET) for all Insurers; extended to August 17, 2021, at 4:00 p.m. (ET) for the United Methodist Ad Hoc Committee and the Roman Catholic Ad Hoc Committee.

Responses Received:

a)    Century and Hartford's Statement Regarding the Recently-Filed Plan of Organization and Pending Rule 2004 Motions [DKT. Nos. 1972, 1974] (D.I. 2316, filed 3/4/21);

b)    Objection of Abuse Claimant 242 to the Disclosure Statement and Plan (D.I. 2386, filed 3/16/21);

c)    Letter Regarding Sexual Abuse Claim Research (D.I. 2398, filed 3/17/21);

d)    Objection of Various Claimants as to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization (D.I. 2449, filed 3/24/21);

e)    Letter Regarding Objections to Joinder/Notice of Related Cases (D.I. 2470, filed 3/29/21);

f)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Joinder (D.I. 2497, filed 3/31/21);

g)    Letter Regarding Pro Se Complainant's Motion in Support of the Tort Claimants' Committee's Case Status Report (D.I. 2533, filed 4/5/21);

h)    Request for the BSA to Add Money Amounts in the Disclosure Statement Before Its Approved (D.I. 2576, filed 4/12/21);

i)    Objection to the Adequacy of Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization (D.I. 2585, filed 4/13/21);

j)    Objection to the Adequacy of Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization (D.I. 2586, filed 4/13/21);

k)    Letter Regarding Disclosure Statement Hearing (D.I. 2625, filed 4/16/21);

l)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization (D.I. 2642, filed 4/20/21);

m)    [SEALED] Objection to Disclosure Statement (D.I. 2666, filed 4/22/21);

n)    [REDACTED] Objection to Disclosure Statement (D.I. 2667, filed 4/22/21);

o)    [SEALED] Letter Regarding Abuse (D.I. 2669, filed 4/22/21);

p)    [REDACTED] Letter Regarding Abuse (D.I. 2670, filed 4/22/21);

q)    [SEALED] Objection to Disclosure Statement (D.I. 2692, filed 4/26/21);

r)    [REDACTED] Objection to Disclosure Statement (D.I. 2693, filed 4/26/21);

s)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization an Joinder of the Objection of the Tort Claimants' Committee (D.I. 2739, filed 4/30/21);

t)    Objection to the Adequacy of Debtors' Second Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 2741, filed 4/30/21);

u)    Objection to the Adequacy of Debtors' Second Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants'' Committee (D.I. 2845, filed 5/4/21);

v)    Objection to the Adequacy of Debtors' Second Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 2902, filed 5/4/21);

w)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimant's Committee (D.I. 2959, filed 5/4/21);

x)    Objection of Edward Marcelino, George Burgos, William F. Tompkins III, and Richard G. Dunn to the Debtors' Amended Disclosure Statement and Joinder in the Objection of the Committee of Unsecured Creditors, the Objection of the Committee of Tort Claimants, and Other Objections (D.I. 2960, filed 5/4/21);

y)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of The Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3150, filed 5/5/21);

z)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of The Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3151, filed 5/5/21);

aa)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of The Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3153, filed 5/5/21);

bb)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3154, filed 5/5/21);

cc)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3155, filed 5/5/21);

dd)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3156, filed 5/5/21);

ee)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3157, filed 5/5/21);

ff)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3158, filed 5/5/21);

gg)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3159, filed 5/5/21);

hh)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3160, filed 5/5/21);

ii)     Objection of Certain Claimant to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of Objection of Tort Claimants' Committee (D.I. 3162, filed 5/6/21);

jj)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3163, filed 5/6/21);

kk)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3164, filed 5/6/21);

ll)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3165, filed 5/6/21);

mm)   Objection of Claimant SA-105992, SA-71204 to the Adequacy of Debtors'
       Disclosure Statement in Support of Second Amended Chapter 11 plan of
       Reorganization and Joinder to the Objection of the Tort Claimants' Committee (D.I.
       3167, filed 5/6/21);

nn)   Objection of Abuse Claimants to the Adequacy of Debtors' Disclosure Statement
       in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of
       the Objection of the Tort Claimants' Committee (D.I. 3175, filed 5/6/21);

oo)   Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second
       Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the
       Tort Claimants' Committee (D.I. 3176, filed 5/6/21);

pp)   Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second
       Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the
       Tort Claimants' Committee (D.I. 3177, filed 5/6/21);

qq)   Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second
       Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the
       Tort Claimants' Committee (D.I. 3178, filed 5/6/21);

rr)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second
       Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the
       Tort Claimants' Committee (D.I. 3181, filed 5/6/21);

ss)    Herman Law Claimants' Joinder in the Objection of the Tort Claimants' Committee
       and Objection to the Adequacy of Debtors' Disclosure Statement in Support of
       Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America
       (D.I. 3182, filed 5/6/21);

tt)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second
       Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the
       Tort Claimants' Committee (D.I. 3183, filed 5/6/21);

uu)   Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second
       Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the
       Tort Claimants' Committee (D.I. 3193, filed 5/6/21);

vv)   Merson Law, PLLC Claimants' Objection to the Adequacy of Debtors' Disclosure
       Statement in Support of Second Amended Chapter 11 Plan of Reorganization and
       Joinder of the Objection of the Tort Claimants' Committee (D.I. 3194, filed 5/6/21);

ww)   Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second
       Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the
       Tort Claimants' Committee (D.I. 3198, filed 5/6/21);

xx)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3205, filed 5/6/21);

yy)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3207, filed 5/6/21);

zz)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3211, filed 5/6/21);

aaa)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3214, filed 5/6/21);

bbb)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3219, filed 5/6/21);

ccc)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3222, filed 5/6/21);

ddd)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3225, filed 5/6/21);

eee)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3226, filed 5/6/21);

fff)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3231, filed 5/6/21);

ggg)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3236, filed 5/6/21);

hhh)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3243, filed 5/6/21);

iii)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3247, filed 5/6/21);

jjj)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3249, filed 5/6/21);

kkk)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3251, filed 5/6/21);

lll)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3252, filed 5/6/21);

mmm) Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3253, filed 5/6/21);

nnn)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3254, filed 5/6//21);

ooo)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3255, filed 5/6/21);

ppp)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3256, filed 5/6/21);

qqq)    Claimant Paul Baumann's Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3257, filed 5/6/21);

rrr)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3258, filed 5/6/21);

sss)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3260, filed 5/6/21);

ttt)     Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3261, filed 5/6/21);

uuu)    Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3262, filed 5/6/21);

vvv)  (WITHDRAWN) [REDACTED] Objection of the Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief (D.I. 3263, filed 5/6/21);

www)  Ronald Hernandez Hunter's Objection to the Adequacy of Debtors Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3264, filed 5/6/21);

xxx)  PCVA Claimants' Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization (D.I. 3265, filed 5/6/21);

yyy)  (WITHDRAWN) [SEALED] Objection of the Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief (D.I. 3266, filed 5/6/21);

zzz)  Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3267, filed 5/6/21);

aaaa)  Objection to the Debtors' Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and Joinder in the Objection of the Tort Claimants' Committee (D.I. 3268, filed 5/6/21);

bbbb)  Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder (D.I. 3269, filed 5/6/21);

cccc)  Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization (D.I. 3270, filed 5/6/21);

dddd)  Great American's Objection to Debtors' Disclosure Statement for Second Amended Chapter 11 Plan of Reorganization and Joinder (D.I. 3271, filed 5/6/21);

eeee)  Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization (D.I. 3272, filed 5/6/21);

ffff)  Objection of the United Methodist Ad Hoc Committee to the Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 3273, filed 5/6/21);

gggg) Joinder by AWKO's Claimants to the Objection to the Adequacy of the Debtors' Disclosure Statement by the Tort Claimants' Committee (D.I. 3274, filed 5/6/21);

hhhh) Objection of Gibbs Law Group LLP on Behalf of Claimants L.S. (Claim No. SA-71855), K.P. (Claim No. SA-66172), and E.K. (Claim No. SA-78274) to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3275, filed 5/6/21);

iiii) Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3276, filed 5/6/21);

jjjj) Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3277, filed 5/6/21);

kkkk) Joinder by Travelers Casualty and Surety Company, Inc. (FKA AETNA Casualty & Surety Company), St. Paul Surplus Line Insurance Company and Gulf Insurance Company to Great American's Objection to Debtors' Disclosure Statement for Second Amended Chapter 11 Plan of Reorganization and Joinder (D.I. 3278, filed 5/6/21);

llll) Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3279, filed 5/6/21);

mmmm) Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3281, filed 5/6/21);

nnnn) Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee and of Claimant 45448 (D.I. 3282, filed 5/6/21);

oooo) Objection to Debtors' Disclosure Statement: Eight Questions (D.I. 3284, filed 5/6/21);

pppp) Argonaut Insurance Company's Objection to Debtors' Disclosure Statement for Second Amended Chapter 11 Plan or Reorganization and Joinder (D.I. 3285, filed 5/6/21);

qqqq) Amended Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3309, filed 5/7/21);

rrrr) Objection to the to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3424, filed 5/10/21);

ssss) Zurich Insurers' Objections to the Disclosure Statement for Debtors' Second Amended Plan (D.I. 3478, filed 5/10/21);

tttt) The AIG Companies' Objection to Motion for Approval of Debtors' Disclosure Statement (D.I. 3523, filed 5/10/21);

uuuu) Objection of the Tort Claimants' Committee to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief (D.I. 3526, filed 5/10/21);

vvvv) The Allianz Insurers' (I) Objection to the Debtors' Disclosure Statement for Their Second Amended Chapter 11 Plan of Reorganization and (II) Limited Joinder ot Certain Objections (D.I. 3549, filed 5/10/21);

wwww) Joinder of Clarendon National Insurance Company, as Successor by Merger to Clarendon American Insurance Company, in Certain Insurers' Objection to the Proposed Disclosure Statement for Debtors' Second Amended Plan and Debtors' Proposed Confirmation Schedule (D.I. 3558, filed 5/10/21);

xxxx) (WITHDRAWN) Objection of the Future Claimants' Representative to (A) Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and (B) Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief (D.I. 3565, filed 5/10/21);

yyyy) (WITHDRAWN) Objection of the Coalition of Abused Scouts for Justice to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, (VI) Granting Related Relief [D.I. 2295] (D.I. 3569, filed 5/10/21);

zzzz) Objection of Liberty Mutual Insurance Company to the Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 3578, filed 5/10/21);

aaaaa) Girl Scouts of the United States of America's Objection to Debtors' Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 3579, filed 5/10/21);

bbbbb) United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief (D.E. 2295) (D.I. 3581, filed 5/10/21);

ccccc) Objection of Certain Claimant as to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization (D.I. 2500, filed 4/1/21);

ddddd) Objection to the Adequacy of Debtors' Disclosure statement in Support of Amended Chapter 11 Plan of Reorganization (D.I. 2580, filed 4/13/21);

eeeee) Joinder of Continental Insurance Company to Certain Insurers' Objections to the Adequacy of the Disclosure Statement (D.I. 3582, filed 5/10/21);

fffff) Joinder of General Star Indemnity Company to the Allianz Insurers' (I) Objection to the Debtors' Disclosure Statement for Their Second Amended Chapter 11 Plan of Reorganization and (II) Limited Joinder to Certain Objections (D.I. 3740, filed 5/12/21);

ggggg) Joinder to Objection of the Church of Jesus Christ of Latter-Day Saints, A Utah Corporation Sole, to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief (D.I. 3853, filed 5/12/21);

hhhhh) Century Indemnity Company's Objections to the Debtors' Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization (D.I. 3856, filed 5/12/21);

iiiii) Century Indemnity Company's Objections to the Debtors' Solicitation Procedures and Form of Ballots (D.I. 3857, filed 5/12/21);

jjjjj) Notice of Filing of Exhibit A to Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee (D.I. 3949, filed 5/14/21);

kkkkk)  Joinder of Arrowood Indemnity Company to Century Indemnity Company's Objections to the Debtors' Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization (D.I. 4065, filed 5/14/21);

lllll)  Joinder of the Roman Catholic Archbishop of Los Angeles, a Corporation Sole, and Its Related BSA-Chartered Organizations to the Disclosure Statement Objection of the Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole ([D.I. 3263] (D.I. 4092, filed 5/14/21);

mmmmm)  [SEALED] Objection to the Debtors' Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization (D.I. 4152, filed 5/17/21);

nnnnn)  Objection to the Adequacy of Debtors' Disclosure Statement in Debtors' Second Amended Chapter 11 Plan of Reorganization (D.I. 4154, filed 5/17/21);

ooooo)  Joinder of the Official Committee of Unsecured Creditors for the Archbishop of Agaña (Bankr. D. Guam 19-00010) to the Objection Tort Claimants' Committee (D.I. 4321, filed 5/17/21);

ppppp)  Joinder of Arrowood Indemnity Company to Zurich Insurers' Objections to the Disclosure Statement for Debtors' Second Amended Plan (D.I. 5208, filed 6/2/21);

qqqqq)  Century's Supplemental Objection to the Disclosure Statement and Solicitation Procedures (D.I. 5214, filed 6/3/21);

rrrrr)  Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization (D.I. 5366, filed 6/17/21);

sssss)  Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agaña (Bankr. D. Guam 19-00010) to Amended Disclosure Statement for the Fourth Amended Chapter 11 Plan of Reorganization for Boys Scouts of America and Delaware, LLC (D.I. 5842, filed 8/2/21);

ttttt)  Sullivan Papain Block McGrath Coffinas & Cannavo, P.C. Claimant's Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6016, filed 8/16/21);

uuuuu)  **[WITHDRAWN]** Evanston Insurance Company's Objection to Amended Disclosure Statement for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6038, filed 8/16/21);

vvvvv)  Searcy Denney Scarola Barnhart & Shipley, P.A. Claimants' Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6040, filed 8/16/21);

wwwww)  The Roman Catholic and United Methodist Ad Hoc Committees' Objection to the Debtors' Amended Disclosure Statement for Their Fourth Amended Chapter 11 Plan of Reorganization (D.I. 6067, filed 8/17/21);

xxxxx)  Joinder of Archbishop of Agaña, a Corporation Sole to the Roma Catholic and United Methodist Ad Hoc Committees' Objection to the Debtors' Amended Disclosure Statement for Their Fourth Amended Chapter 11 Plan of Reorganization (D.I. 6070, filed 8/17/21);

yyyyy)  Joinder of the Diocese of Buffalo, N.Y., to the Roman Catholic and United Methodist Ad Hoc Committees' Objection to the Debtors' Amended Disclosure Statement for Their Fourth Amended Chapter 11 Plan of Reorganization (D.I. 6071, filed 8/17/21);

zzzzz)  Joinder of the Roman Catholic Diocese of Ogdensburg, New York to the Roman Catholic and United Methodist Ad Hoc Committees' Objection to the Debtors' Amended Disclosure Statement for Their Fourth Amended Chapter 11 Plan of Reorganization (D.I. 6072, filed 8/17/21);

aaaaaa)  Joinder of the Diocese of Rochester to the Roman Catholic and United Methodist Ad Hoc Committees' Objection to the Debtors' Amended Disclosure Statement for Their Fourth Amended Chapter 11 Plan of Reorganization (D.I. 6073, filed 8/17/21);

bbbbbb)  Joinder of the Roman Catholic Diocese of Syracuse, New York to the Roman Catholic and United Methodist Ad Hoc Committees' Objection to the Debtors' Amended Disclosure Statement for Their Fourth Amended Chapter 11 Plan of Reorganization (D.I. 6074, filed 8/17/21); and

cccccc)  Joinder of the Norwich Roman Catholic Diocesan Corporation to the Roman Catholic and United Methodist Ad Hoc Committees' Objection to the Debtors' Amended Disclosure Statement for Their Fourth Amended Chapter 11 Plan of Reorganization (D.I. 6075, filed 8/17/21).

Supplemental Responses Received:

a)  Supplement to Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization: Letter to the Court from Survivor Claimant #29655 (D.I. 5171, filed 6/1/21);

b)  Bonina & Bonina P.C. Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 5955, filed 8/10/21);

c)  PCVA Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection

to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 5964, filed 8/11/21);

d)      Chiacchia & Fleming, LLP Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 5965, filed 8/11/21);

e)      James, Vernon & Weeks, P.A. Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 5966, filed 8/11/21);

f)      Alonso Krangle's Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 5967, filed 8/11/21);

g)      Winer Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 5968, filed 8/11/21);

h)      Massey Law Firm Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 5971, filed 8/11/21);

i)      Law Office AMD Claimants' Supplemental Objection to the Adequacy of Debtor's Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 5978, filed 8/11/21);

j)      Oaks Law Firm Claimants' Supplemental Objection to the Adequacy of Debtor's Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 5982, filed 8/12/21);

k)      KJS Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 5989, filed 8/13/21);

l)      Nettles | Morris' Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 5990, filed 8/13/21);

m)   Spagnoletti Law Firm Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 5991, filed 8/13/21);

n)   VZO Claimant's Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 5992, filed 8/13/21);

o)   Jacobs & Crumplar and the Neuberger Firm Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6002, filed 8/13/21);

p)   Gair, Gair, Conason et al Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6003, filed 8/13/21);

q)   Joinder to Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedure Order (D.I. 6004, filed 8/16/21);

r)   N&M Claimant's Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6005, filed 8/16/21);

s)   Ready Law Firm Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6006, filed 8/16/21);

t)   Green & Gillispie Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6007, filed 8/16/21);

u)   Joinder by AWKO's Claimants to PCVA'S Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6008, filed 8/16/21);

v)   (WITHDRAWN) Supplemental Objection of the Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, to Debtors Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of

Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief (D.I. 6009, filed 8/16/21);

w)      LSR Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6010, filed 8/16/21);

x)      Joinder and Reservation of Rights of The Episcopal Church to Supplemental Objection of The Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, to Debtors Motion for Entry of an Order (I) Approving Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief (D.I. 6014, filed 8/16/21);

y)      Supplemental Objection of Claimant SA-105992, SA-71204 to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6015, filed 8/16/21);

z)      Perdue & Kidd Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6017, filed 8/16/21);

aa)     Gordon & Partners' Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6018, filed 8/16/21);

bb)     Betti & Associates Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6024, filed 8/16/21);

cc)     [SEALED] Supplemental Objection of Abuse Claimant 242 to the Disclosure Statement and Plan (D.I. 6026, filed 8/16/21);

dd)     [REDACTED] Supplemental Objection of Abuse Claimant 242 to the Disclosure Statement and Plan (D.I. 6027, filed 8/16/21);

ee)     Anderson & Cummings, L.L.P. Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11

Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6028, filed 8/16/21);

ff)     Cannata & Associates Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6029, filed 8/16/21);

gg)     Dumas & Vaughn Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6030, filed 8/16/21);

hh)     The Zalkin Law Firm Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6031, filed 8/16/21);

ii)     Herman Law Claimants' Supplemental Objection to the Adequacy of Debtors' Amended Disclosure Statement for the Fourth Amended Chapter 11 Plan of Reorganization (D.I. 6032, filed 8/16/21);

jj)     Ronald Hernandez Hunter's Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6033, filed 8/16/21);

kk)     Joinder to Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6034, filed 8/16/21);

ll)     Claimant 23060's Supplemental Objection to Debtor's Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6036, filed 8/16/21);

mm)     Oshan & Associates PC's Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6037, filed 8/16/21);

nn)     Lujan Claimants' Supplemental Objection to the Adequacy of Debtors Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization; Joinder in PCVA Claimants' Supplemental Objection to the Adequacy of Debtors Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors Revised Proposed Solicitation Procedures Order (D.I. 6039, filed 8/16/21);

oo)    Searcy Denney Scarola Barnhart & Shipley, P.A. Claimants' Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6040, filed 8/16/21);

pp)    Knights of Columbus' Supplemental Objection to the Adequacy of Debtor's Amended Disclosure Statement for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6041, filed 8/16/21);

qq)    Supplemental Objection of Claimant SA-35 to the Debtors' Amended Disclosure Statement for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and Joinder in Objections to the Notice of Filing of Revised Proposed Solicitation Procedures Order (D.I 6042, filed 8/16/21);

rr)    Objection to the Adequacy of Amended Disclosure Statement for Debtors' Fourth Amended Chapter 11 Plan of Reorganization (D.I. 6043, filed 8/16/21);

ss)    Joinder of (I) The Roman Catholic Archbishop of Los Angeles, a Corporation Sole, and its Related BSA-Chartered Organizations and (II) The Roman Catholic Diocese of Brooklyn, New York to the Supplemental Disclosure Statement Objection of the Church of Jesus Christ of Latter-Day Saints [D.I. 6009] (D.I. 6044, filed 8/16/21);

tt)    Beasley Allen Law Firm Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6046, filed 8/16/21);

uu)    Siegle & Sims L.L.P. Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order (D.I. 6047, filed 8/16/21);

vv)    Certain Insurers' Supplemental Objection to Motion for Approval of Debtors' Disclosure Statement (D.I. 6052, filed 8/17/21);

ww)    Joinder of Arch Insurance Company to Certain Insurers' Objections to Debtors' Disclosure Statement (D.I. 6053, filed 8/17/21);

xx)    The Allianz Insurers' Joinder to the Certain Insurers' Supplemental Objection to Motion for Approval of Debtors' Disclosure Statement (D.I. 6055, filed 8/17/21);

yy)    Certain Excess Insurers' Supplemental Objection to Debtors' Disclosure Statement for Fourth Amended Chapter 11 Plan of Reorganization and Joinder (D.I. 6056, filed 8/17/21);

zz)     Joinder and Supplemental Objection of Liberty Mutual Insurance Company to the Disclosure Statement for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6057, filed 8/17/21);

aaa)    (WITHDRAWN) Hartford's Objection to Amended Disclosure Statement for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 5485] (D.I. 6058, filed 8/17/21);

bbb)    Certain Insurers' Superseding Objections to the Disclosure Statement for the Debtors' Fourth Amended Plan (D.I. 6062, filed 8/17/21);

ccc)    [SEALED] Century's Objections to the Debtors' Disclosure Statement for the Fourth Amended Plan, Solicitation Procedures and Form of Ballots (D.I. 6065, filed 8/17/21);

ddd)    [SEALED] Declaration of Daniel Shamah in Support of Century's Objections to the Debtors' Disclosure Statement, Solicitation Procedures and Form of Ballots (D.I. 6066, filed 8/17/21);

eee)    [REDACTED] Century's Objections to the Debtors' Disclosure Statement for the Fourth Amended Plan, Solicitation Procedures and Form of Ballots (D.I. 6083, filed 8/18/21); and

fff)    [REDACTED] Declaration of Daniel Shamah in Support of Century's Objections to the Debtors' Disclosure Statement, Solicitation Procedures and Form of Ballots (D.I. 6097, filed 8/19/21);

ggg)    Ad Hoc Committee of Local Council's Statement in Support of Fifth Amended Disclosure Statement and Related Filings and Objection to TCC's Motion to Adjourn (D.I. 6245, filed 9/16/21); and

hhh)    Joint Reply of the Future Claimants' Representative and the Coalition of Abused Scouts for Justice in Support of Debtors' Disclosure Statement for the Fifth Amended Plan, Solicitation Procedures and Form of Ballots (D.I. 6246, filed 9/16/21).

Related Pleadings:

a)      Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 2293, Filed 3/1/21);

b)      Disclosure Statement for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 2294, Filed 3/1/21);

c)      Notice of Status Conference (D.I. 2448, filed 3/24/21);

d)      Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Second Amended Chapter 11 Plan of

Reorganization for Boys Scouts of America and Delaware BSA, LLC (D.I. 2591, filed 4/13/21);

e)      Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 2592, filed 4/13/21);

f)      Amended Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC(D.I. 2594, filed 4/14/21);

g)      Notice of Filing of Redlines of Plan and Disclosure Statement, Trust Distribution Procedures, and Settlement Trust Agreement (D.I. 2595, filed 4/14/21);

h)      Notice of Revised Solicitation Procedures Order (D.I. 2726, filed 4/29/21);

i)      Notice of Witness Information in Connection with Matters Going Forward for May 19, 2021 Hearing (D.I. 4093, filed 5/14/21);

j)      Statement of the Ad Hoc Committee of Local Councils in Support of Amended Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 4103, filed 5/16/21);

k)      Debtors' Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving the Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief (D.I. 4105, filed 5/16/21);

l)      Proposed Amendments to Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 4107, filed 5/16/21);

m)      Proposed Amendments to Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 4108, filed 5/16/21);

n)      Notice of Filing of Redlines of Proposed Amendments to Plan and Disclosure Statement (D.I. 4109, filed 5/16/21);

o)      Notice of Filing of Revised Proposed Solicitation Procedures Order (D.I. 4112, filed 5/16/21);

p)      Third Mediators' Report (D.I. 5219, filed 6/3/21);

q)      Fourth Mediators' Report (D.I. 5284, filed 6/9/21);

r)      Fifth Mediator's Report (D.I. 5287, filed 6/10/21);

s)    Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 5368, filed 6/18/21);

t)    Proposed Amendments to Disclosure Statement for the Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 5371, filed 6/18/21);

u)    Notice of Filing of Redlines of Third Amended Plan and Proposed Amendments to Disclosure Statement (D.I. 5372, filed 6/18/21);

v)    Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for The Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 5373, filed 6/18/21);

w)    Second Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for The Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 5463, filed 7/1/21);

x)    Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 5484, filed 7/2/21);

y)    Amended Disclosure Statement for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 5485, filed 7/2/21);

z)    Notice of Filing of Redlines of Fourth Amended Plan and Amended Disclosure Statement to the Fourth Amended Plan (D.I. 5486, filed 7/2/21);

aa)   Notice of Filing of Revised Proposed Solicitation Procedures Order (D.I. 5488, filed 7/2/21);

bb)   Third Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for The Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 5527, filed 7/7/21);

cc)   Notice of Submission of Proposed Plain English Plan Summary for Abusive Survivors (D.I. 5706, filed 7/22/21);

dd)   Notice of Filing of Exhibit to the Fourth Amended Plan (D.I. 5770, filed 7/26/21);

ee)   Fourth Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for The Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 5833, filed 7/30/21);

ff) Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for The Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (As May Be Further Amended) (D.I. 6101, filed 8/20/21);

gg) Sixth Mediators' Report (D.I. 6210, filed 9/14/21);

hh) Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6212, filed 9/15/21);

ii) Amended Disclosure Statement for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6213, filed 9/15/21);

jj) Notice of Filing of Redlines of Fifth Amended Plan and Amended Disclosure Statement to the Fifth Amended Plan (D.I. 6214, filed 9/15/21);

kk) Notice of Filing of Revised Proposed Solicitation Procedures Order (D.I. 6215, filed 9/15/21);

ll) Notice of Filing of Redlines of Exhibit F to the Amended Disclosure Statement to the Fifth Amended Disclosure Statement to the Fifth Amended Plan (D.I. 6224, filed 9/15/21);

mm) Debtors' Amended Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief (D.I. 6249, filed 9/16/21)**;**

nn) **Notice of Submission of Proposed Plain English Plan Summary for Abusive Survivors (D.I. 6312, filed 9/20/21); and**

oo) **Notice of Filing of Revised Schedules to Hartford Term Sheet and TCJC Term Sheet (D.I. 6315, filed 9/20/21).**

Status:  This matter is going forward. The Debtors do not intend to call any witnesses; however, the Debtors reserve all rights with respect to any witnesses that any party may call, including the right to call rebuttal witnesses and object to the introduction of such witnesses' testimony. Century has indicated that it intends to call the following witnesses: Roger Mosby, President and CEO- Boy Scouts of America; Erich Speckin, President of Speckin Forensic Laboratories; Charles Fox, Vice President of Operations and Special Investigations Unit at CoventBridge Group; Larry F. Stewart, Chief Forensic Scientist and President/Owner of Global Forensic Services, LLC; Veronica Stenulson, Former employee of Reciprocity Industries LLC (August 2020 through November 2020); Paul Hinton, Principal of The Brattle Group in New York City; David McKnight, Senior Associate in

the Litigation and Finance Practice of The Brattle Group; and Tim Kosnoff, Licensed attorney that established Kosnoff Law PLLC.

2.      Debtors' Motion For Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief (D.I. 2618, filed 4/15/21).

Objection Deadline:   May 12, 2021, at 4:00 p.m. (ET).

Responses Received:

a)      Limited Objection of the AIG Companies to Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Procedures and, (III) Granting Related Relief (D.I. 3708, filed 5/12/21);

b)      Zurich Insurers' Objections to Debtors' Proposed Confirmation Schedule (D.I. 3747, filed 5/12/21);

c)      The Allianz Insurers' Joinder to the Limited Objection of the AIG Companies to Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Procedures and, (III) Granting Related Relief (D.I. 3771, filed 5/12/21);

d)      Joinder of Clarendon National Insurance Company, as Successor by Merger to Clarendon America Insurance Company, In the Limited Objection of the AIG Companies to Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief (D.I. 3739, filed 5/12/21);

e)      Response of Liberty Mutual Insurance Company to the Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief and Limited Joinder (D.I. 3794, filed 5/12/21);

f)      Great American's Objection and Joinder in Objections to Debtors' Motion for Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief (D.I. 3799, filed 5/12/21);

g)      Joinder by Travelers Casualty and Surety Company, Inc. (FKA Aetna Casualty & Surety Company), St. Paul Surplus Line Insurance Company to Limited Objection of the AIG Companies to Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors Plan

of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief (D.I. 3806, filed 5/12/21);

h)    Objection of the Official Committee of Tort Claimants, the Coalition of Abused Scouts for Justice, and the Future Claimants' Representative to the Debtors' Motion for Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief (D.I. 3816, filed 5/12/21);

i)    Joinder of Continental Insurance Company to Certain Insurers' Objections to Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief (D.I. 3855, filed 5/12/21);

j)    Certain Insurers' Opposition to Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief (D.I. 3859, filed 5/12/21);

k)    Joinder of General Star Indemnity Company to Limited Objection of the AIG Companies to Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Procedures and, (III) Granting Related Relief (D.I. 3928, filed 5/13/21); and

l)    Certain Excess Insurers' Objections to the Debtors' Proposed Confirmation Schedule (D.I. 6060, filed 8/17/21).

Related Pleadings:

a)    Amended Notice of Hearing of the Debtors' Motion For Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief (D.I. 2655, filed 4/21/21); and

b)    Debtors' Omnibus Reply to Objection to Motion For Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief (D.I. 4104, filed 5/16/21);

c)    Notice of Filing of Revised Proposed Confirmation Scheduling Order (D.I. 5489, filed 7/2/21); and

d)    Notice of Filing of Revised Proposed Confirmation Scheduling Order (D.I. 6216, filed 9/15/21).

Status:  This matter is going forward.

3.     Motion for Leave to Exceed Page Limit Requirement for Objection of the Tort Claimants' Committee to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection With Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief (D.I. 3529, filed 5/10/21).

     Objection Deadline:   At the hearing.

     Responses Received:  None.

     Related Pleadings:    None.

     Status: This matter is going forward.

4.     Motion for Leave to Exceed Page Limit Requirement for (i) Objection of Century Indemnity Company to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief and (ii) Century Indemnity Company's Objections to the Debtors' Solicitation Procedures and Form of Ballots (D.I. 3858, filed 5/12/21).

     Objection Deadline:   At the hearing.

     Responses Received:  None.

     Related Pleadings:    None.

     Status: This matter is going forward.

5.     Motion for Leave to Exceed Page Limitations Regarding Debtors' Reply in Further Support of Debtors' Third Motion for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 4102, filed 5/16/21).

     Objection Deadline:   At the hearing.

     Responses Received:  None.

     Related Pleadings:    None.

     Status: This matter is going forward.

6.     Motion for Leave to Exceed Page Limitations Regarding Debtors' Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement

and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving the Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief (D.I. 4111, filed 5/16/21).

Objection Deadline:    At the hearing.

Responses Received:

a)      Century's Response to Debtor's Motion for Leave [DKT. NO. 4111] (D.I. 4114, filed 5/17/21).

Related Pleadings:    None.

Status: This matter is going forward.

7.      Motion to Exceed Page Limitations with Respect to Certain Insurers' Supplemental Objection to Motion for Approval of Debtors' Disclosure Statement (D.I. 6054, filed 8/17/21).

Objection Deadline:    At the hearing.

Responses Received:  None.

Related Pleadings:      None.

Status: This matter is going forward.

8.      Tort Claimants' Committees' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I 6222, filed 9/15/21).

Objection Deadline:    At the hearing.

Responses Received:

a)      Joining Insurers' Joinder to the Official Committee of Tort Claimants' Committee's Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6226, filed 9/15/21);

b)      Joinder of Liberty Mutual Insurance Company to the Official Committee of Tort Claimants' Committee's Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6231, filed 9/15/21);

c)  Joinder by Awko's Claimants to the Tort Claimants' Committee's Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6239, filed 9/16/21);

d)  Joinder of The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6241, filed 9/16/21);

e)  Joinder of Dumas & Vaughn, LLC to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6247, filed 9/16/21);

f)  Joinder of the Massey Law Firm to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6251, filed 9/16/21);

g)  Joinder of the Law Offices of Betti & Associates to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6252, filed 9/16/21);

h)  Joinder of Chiacchia & Fleming, LLP to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6253, filed 9/17/21);

i)  Joinder of the Spagnoletti Law Firm to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6254, filed 9/17/21);

j)  Joinder of the James, Vernon & Weeks Claimants to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6255, filed 9/17/21);

k)  Joinder of the Horowitz Law to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and

Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6256, filed 9/17/21);

l)    Joinder of Siegle & Sims L.L.P. to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6261, filed 9/17/21);

m)    Joinder of Crew Janci LLP to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6262, filed 9/17/21);

n)    Joinder of Hach Rose Schirripa & Cheverie LLP to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6263, filed 9/17/21);

o)    Joinder of Janet, Janet & Suggs, LLC to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6265, filed 9/17/21);

p)    Joinder of Searcy Denney Scarola Barnhart & Shipley, P.A. to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6267, filed 9/17/21);

q)    Joinder of Tamaki Law Offices, Fasy Law, and Law Office of Joseph A. Blumel, III to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6269, filed 9/17/21);

r)    Joinder of Hurley McKenna & Mertz to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6278, filed 9/17/21);

s)    Joinder of Zuckerman Spaeder LLP Claimants to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of

Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6279, filed 9/17/21);

t)      Joinder of Paul Mones, P.C. to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6286, filed 9/17/21);

u)      Joinder of Linder, Sattler & Rogowsky, LLP to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6289, filed 9/20/21);

v)      Joinder of Mallard Law Firm to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6290, filed 9/20/21);

w)      Joinder of Oshan & Associates PC to the Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6222] (D.I. 6291, filed 9/20/21);

x)      Joinder of the Herman Law Claimants to Official Committee of Tort Claimants' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization (D.I. 6292, filed 9/20/21);

y)      Debtors' Omnibus Objection to the TCC's Motions to (I) Adjourn the Disclosure Statement Hearing; (II) Enter an Order Terminating the Debtors' Exclusive Periods to File a Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Code; and (III) Shorten Notice Period and Scheduling Hearing on Motion for Entry of Order Terminating the Debtors' Exclusive Periods to File a Plan and Solicit Acceptances Thereof (D.I. 6293, filed 9/20/21);

z)      **Joint Objection of the Future Claimants' Representative and the Coalition of Abused Scouts for Justice to the TCC's (I) Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and (II) Motion for Entry of an Order Terminating the Debtors' Exclusive Periods to File a Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code (D.I. 6304, filed 9/20/21);**

aa)     **Joinder of Ad Hoc Committee of Local Councils to BSA's Objection to TCC's Motion to Terminate Exclusivity (D.I. 6307, filed 9/20/21); and**

bb)     **Joinder of the Lujan Claimants' to Tort Claimants' Committee's Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I> 6222] (D.I. 6314, filed 9/20/21).**

Related Pleadings:

a)      Order Granting Motion to Shorten Notice Period and Schedule Hearing on the Motion of the Tort Claimants' Committees' Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6229, filed 9/15/21); and

b)      Notice of Hearing Regarding Tort Claimants' Committee's Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6238, filed 9/16/21)**.**

Status: This matter is going forward.

9.      Motion for Leave to Exceed the Page Limits Regarding Debtors' Amended Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving the Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief (D.I. 6250, filed 5/16/21).

Objection Deadline:    At the hearing.

Responses Received:  None

Related Pleadings:    None.

Status: This matter is going forward.

Dated: September 21, 2021
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 425-4664
Email:  dabbott@morrisnichols.com
         aremming@morrisnichols.com
         ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
         mlinder@whitecase.com
         laura.baccash@whitecase.com
         blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION