# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on September 20, 2021, I did cause to be served true and correct copies of the *Joinder of Lujan Claimants to Tort Claimants' Committee's Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement And Solicitation Procedures For the Fifth Amended Chapter 11 Plan Of Reorganization For Boy Scouts of America and Delaware BSA, LLC* [D.I. 6314] via CM/ECF on all parties requesting electronic notification in this case and via electronic mail to the parties listed on the attached service list as indicated thereon.

Dated: September 21, 2021
Wilmington, DE

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 North King Street, Suite 800
Wilmington, DE 19801
Phone: 302.654.0248
Email: Loizides@loizides.com

**SERVICE LIST**

White & Case LLP
Jessica C. Lauria, Esq.
1221 Avenue of the Americas
New York, NY 10020
jessica.lauria@whitecase.com

White & Case LLP
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Blair Warner, Esq.
111 South Wacker Drive
Chicago, IL 60606
mandolina@whitecase.com
mlinder@whitecase.com
blair.warner@whitecase.com

Morris, Nichols, Arsht & Tunnell LLP
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Eric W. Moats, Esq.
Paige N. Topper, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@morrisnichols.com
aremming@morrisnichols.com
emoats@morrisnichols.com
ptopper@morrisnichols.com

U.S. Trustee
David L. Buchbinder, Esq.
Hannah M. McCollum, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
David.l.buchbinder@usdoj.gov
Hannah.mccollum@usdoj.gov

Norton Rose Fulbright US LLP
Louis R. Strubeck, Esq.
Kristian W. Gluck, Esq.
2200 Ross Avenue
Dallas, TX 75201-7932
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com

Pachulski Stang Ziehl & Jones LLP
James I. Stang, Esq.
John A. Morris, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
919 North Marker Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
jstang@pszjlaw.com
jmorris@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com

Kramer Levin Naftalis & Frankel LLP
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
dblabey@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

Young Conaway Stargatt & Taylor, LLP
Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Sharon M. Zieg, Esq.
1000 North King Street
Wilmington, DE 19801
rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com