Judge: Hon. Laurie Selber Silverstein
Case No.: 20-10343





9/15/2021

Dear Honorable Judge Laurie Selber Silverstein, I am contacting you to express my frustration regarding the inability of the plaintiffs and all defendants to reach a reasonable settlement to resolve this case which therefore prolongs the suffering of the abused claimants.

I do understand that litigation of a case of this magnitude takes time, however it seems that the longer this case drags out, the more accumulation of attorney's fees and additional costs on both sides, thereby leaving the claimants at a disadvantage for a fair settlement recovery.

We as abused claimants do appreciate the legal efforts that have taken place to try and resolve it, but realistically unless a different path is resolved between the parties, further accumulation of attorney's fees takes away from settlement fees that in my opinion should be awarded to the claimants as we are the ones who were victimized and who have suffered all the years even to this day.

I as a claimant have suffered for over 55 years as a result of what happened to me numerous times over several years from various Boy Scout leaders in my home town of Tyler Texas.

I suffer from many forms of clinically diagnosed mental depression, fear, anxiety, post-traumatic stress syndrome, confusion of gender and gender roles as I was repeatedly sodomized and forced into having sexual relations as a child with a particular Boy Scout leader. I recently discovered that he had passed away several years ago. I pray that God forgave him, however, today I am still suffering from the pain and humiliation of what happened in that situation, and to this day I sometimes am unsure of whether I am a man or woman or what I am.

I over the years have spoken to numerous psychologists, psychiatrists, psychotherapists and social workers regarding my continued mental issues from what happened to me. I am deeply appreciative for the help they have provided me over the years to help me cope with this crisis.

However, I continue to have mental and psychological relapses of the experience from time to time and I believe it was one of the contributing factors in my marriage which led to divorce. I also believe it has been a contributing factor in me not being able to sustain a successful relationship with a woman over the years.

The difficulties of what happened to me from those events is too difficult to fully express and I still suffer the pain from them daily.

In consideration for myself and all the other claimants who were abused, we pray for a fair and reasonable settlement of this case in a timely manner, as many of us suffer and deserve some form of justice. To have this extend and extend to some degree extends our pain and suffering. We as claimants deserve closure.

Please in your most honorable wise judgement, wisdom and mighty hand, continue fighting on our behalf as abused claimants and not let entities whose interests may be to drag this case out be brought to a grinding halt from continuing filing numerous

frivolous motions. We continue waiting and pray for your most honorable judgement.

We honor you in the utmost respectful way.

Respectfully Submitted,





LAS VEGAS NV 890
15 SEP 2021 PM 4 L

United States Bankruptcy Court
District of Delaware
C/o Clerk of The Court 3rd Floor (BSA)
Wilmington, Delaware 19801

U.S.M.S.
X-RAY