

September 4, 2021

Re. Boy Scouts of America

Honorable Judge Silverstein,

I am writing to relate my experiences in the Boy Scouts. I grew up in a very tough neighborhood on the southwest side of San Antonio, Texas. I saw my first dead body at the age of 6. However I had loving, involved parents that wanted to protect us from gangs and hanging around with the wrong people. They kept us busy, baseball, basketball, flag football and more. I had a very busy but great childhood. We were active at St. Leo the Great Catholic Church on South Flores Street, CCD, youth choir and youth group among other things. On the church property there was a log cabin which I didn't know what was used for.

My brother and I were approached by███████████████████████his sons ███and ███ went to school with my brother and were recruiting us to join scouts. Eventually we joined the Boy Scouts, Troop 12 Alamo Area. I loved the scout activities and friends I was making. It was so fun, a place I could finally be myself and not have to act tough around the kids in our barrio. ███████ the Scout Master was one of the best men I knew besides my father. ███████ even gave us rides when my parents couldn't take us. I quickly rose through the ranks to second class and was elected by my troop to Patrol Leader.

Eventually, a man named ███████ started attending more and more of our meetings and events. ███ wore a scout uniform but was from another troop. ███ walked with a limp, told us stories about the Navy, took us to movies and all kinds of things we enjoyed. He started to become a bigger part of our troop.

It was the late Spring or early Summer of 1982. We were preparing for a camping trip and ███ was going to help us practice pitching tents on the Saturday before our trip. He picked up about six of us and said we would practice in his backyard. I remember he lived on ███████ Street. It was a very hot day and ███ asked me to help him get drinks for everyone. Once inside he asked me if I had ever seen a naked girl. I responded no and he pulled out a Penthouse Magazine. I still remember the cover. It was red-orange and a shadow of a woman with the sun going down. He sat me down at the table and stood behind the chair, looking over my back with his arms on the table pretty much trapping me in the chair. He opened up the magazine to pictures of women

1

participating in sex on the beach.

███ then reached down and ███████████████████ I had the natural



I never went back. That was the end of my Boy Scout participation. I knew it was wrong and did not want to go through anything like that ever again. I could not tell anyone; my father would have killed him if he found out. I could not tell my friends; I would have been bullied mercilessly. It was and has been the biggest secret of my life. My biggest fear then and now is that my abuse would be invalidated and marginalized. I could talk my parents out of going to the Boy Scouts, choir, or youth group but I could not talk them out of going to church. I had to see ███ at mass every Sunday. My brother and I went to a meeting to become Alter Boys at St. Leo. I went to the first meeting and there was ███ I did not become an Alter Boy.

Shortly after that my behaviors began to change, I was angry and got into so many fights eventually getting suspended from school. I constantly fought with my parents and siblings. I snuck out of the house to drink beer, smoke weed and huff spray paint with other boys in the barrio. My parents withdrew me from public school and enrolled me in Catholic School. I was expelled from that school for possession of pornography. My parents only got me reinstated because I was 3 months from graduating. I was an exceptional baseball player and just quit one day. I lost interest in everything except drugs and alcohol. Once while drunk, I took and totaled my sister's car while she was in the hospital. I had 2 DWIs before my 22nd birthday. While still in high school sought out sex from prostitutes on South Cherry Street. I treated many girls as sexual objects, often convincing them to do things that they were probably uncomfortable with a source of extreme regret today. I could go on and on.

I don't have any meaningful relationships in my life. I trust no one. I keep everyone at a distance including my family. I have not told my parents that I love them since I was a little boy. I've been unfaithful in every one of my romantic relationships. I have been diagnosed with moderate to severe depression, anxiety, violent tendencies, and problems with authority. I have gone from job to job. I have addressed these feelings and this episode in therapy. I am learning to control my anger by thought stopping and journal writing. I am addressing the debilitating guilt I have because I was silent, realizing now, allowing other boys to be abused by ███████ (Cara Kelly from USA Today informed me ███████ committed other offenses) I have been recently unable to

fall to sleep at night.  I am addressing my lack of desire to develop personal relationships with others.  I am prescribed medication for depression, anxiety, ADHD and sleep.

I am angry with everything ▇ took from me.  I lost my participation in scouting, friends I had made, altar boys, my personality, my happiness and my trust in other people. As a young man, many of my friends talked about their experience with a girl, remembering it fondly, that is what young boys do. ▇ robbed me of that. My first sexual experience was with a man ejaculating himself on me.  The shame and embarrassment I felt back then is the same as I feel today.  It has never changed, if I think about it, I become so angry that I must isolate myself.

It had been tucked away in my subconscious for many years.  Rearing its ugly head only when driving down South Flores Street, passing Harlen Avenue, eventually passing St. Leo The Great Catholic Church, the sponsor of Troop 12.  The log cabin has been demolished, thank goodness.  I saw the commercials on TV repeatedly and the horrific memory of that event again started dominating my thoughts. Since I began revisiting this incident, my anxiety medications have had to be increased.   I am lost and I cannot seem to get control of my feelings. Many events of my childhood are very vague but what ▇ did to me; I remember as if it was yesterday.