SEPT 14, 2021
FILED
2021 SEP 21 AM 9:36
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE. Claim Against the boy Scouts of America

SA ▮▮▮▮

Dear Justice Lauri Selber Silverstein
I'm writing this letter Leting this court know that I'm a Federal Prisoner in the BOP.
My last up from AVA Law Group, Inc was in April 26, 2021, where thay ask me to write you Letting You know how I Felt About the Settlement offer, which I did.
I was transfar from one Federal Prison to Another in July 2021. I was in transit until Aug 6, 2021 Unable to recived Mail.
On Aug 17, 2021 I Sent AVA Law Group, Inc Letting them know my new address And a up date on the Settlement, Also I had my Sister Leave messages to Let them I have been transfar to Another Federal Prison I have not recived any Response From AVA Law Group

I would like a up date on what is going on with Claim Against the boy Scouts of America And I'm Letting this court my new Address

Sincerely




PHOENIX AZ 852
15 SEP 2021 PM 4 L

U.S.M.S.
X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street 6Th Floor
Wilmington DE 19801