FILED
2021 SEP 21  AM 9: 35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Laurie Selber Silverstein
Boy Scouts of America Bankruptcy Case
824 Market Street
6th Floor
Wilmington, Delaware 19801

September 16, 2021

Case: SA-█████
████████████

Dear Justice Laurie Selber Silverstein:

I am sorry to bother you again, but a read a recent article dated September 14, 2021 (Associated Press) that said one of the final steps in this trial/bankruptcy would include allowing the Boy Scouts of America and their co-defendants to send out a "final" questionnaire that would have to be filled out by us, the men that filed molestation suits, before any money was paid out." I hate to say it but as a man with degrees in Business Administration with an emphasis in Corporate Finance and Accounting; Social Psychology with an emphasis in Deviant Behavior (breaking the law), Communications with an emphasis in Journalism, Radio, and Television; and an MA in English Composition, this statement from a reputable national media company in America makes me cringe to think that these men are going to be forced to endure more humiliation by being forced to again repeat, and live, the nightmare they have already been asked to first describe what happened, and then were again asked to complete a document where they again wrote a description of their terrible and degrading ordeal. What more can we add?

When is enough going to be enough? As a man with a Social Psychology degree, I hate to say it but to me, I feel this constant repetitive requests for more and more alleged details of events that for many of us happened over 20, 30, 40, and 50 years ago are nothing more than harassment tricks to try and find an excuse to deny payment for what can easily be called rape cases. I feel in away, these requests are tricks to, in a way, prove that "they asked for it." Note that this trial trick was often used in cases when women were raped in the past. Finally, in a way, I think I can say that these defendants' lawyers are getting away with trying these men over and over, under the guise of "He should have known better." This trial is over, and it's time for the Boy Scouts of America and their fellow defendants to "DO THE RIGHT THING."

Sincerely, a man that lost his innocence to a BSA leader █████████

PS I pray that God will help you find the right answer to these proceedings. You are in my prayers. RC

PSS The Mormon Church is getting off too easy! It's a business.




PRIORITY MAIL 2-DAY®

$7.95

Origin: 93277
09/17/21
0581960577-09

EXPECTED DELIVERY DAY: 09/21/21

SHIP TO:
824 N MARKET ST
Wilmington DE 19801-3024

USPS TRACKING®#

9505 5145 4427 1260 7134 65

0 Lb 1.60 Oz
1006
C012

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

FROM:

TO:
Justice Laurie Selber Silverstein
Boy Scouts of America Bankruptcy case
824 Market St.
6th Floor
Wilmington, Delaware 19801

FLAT RATE
POSTAGE REQUIRED

FIRMLY TO SEAL

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.