#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Benjamin G. Stewart of the law firm Keating Muething & Klekamp PLL, One East Fourth Street, Suite 1400, Cincinnati, Ohio 45202 to represent Eric D. Green and Resolutions, LLC in the above-captioned bankruptcy case and any related adversary proceedings.

Dated: September 20, 2021

**K&L GATES LLP**
*/s/ Steven L. Caponi*
Steven L. Caponi, Esq. (No. 3484)
Matthew B. Goeller, Esq. (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Tel: (302) 416-7000
Email: steven.caponi@klgates.com
         matthew.goeller@klgates.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Ohio and Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court fund effective 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 20, 2021

*/s/ Benjamin G. Stewart*
Benjamin G. Stewart
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Email: bgstewart@kmklaw.com

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: September 21st, 2021**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**