**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Objection Deadline: October 6, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: October 19, 2021 at 10:00 a.m. (ET)** |

**NOTICE OF MOTION OF ZURICH INSURERS FOR AUTHORITY**
**TO JOIN IN RULE 2004 SUBPOENAS OR, IN THE ALTERNATIVE,**
**ISSUE IDENTICAL SUBPOENAS AS PREVIOUSLY SERVED BY**
**OTHER INSURERS RELATING TO CLAIMS AGGREGATORS**

**PLEASE TAKE NOTICE** that on September 22, 2021 American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company (collectively, the "Zurich Insurers") filed the *Motion of Zurich Insurers to Join In Rule 2004 Subpoenas or, in the Alternative, Issue Identical Subpoenas As Previously Served by Other Insurers Relating to Claims Aggregators* with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware, 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be field with the Bankruptcy Court on or before **October 6, 2021 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

serve a copy of the response or objection by email upon: (i) the Office of the United States Trustee for the District of Delaware: United States Trustee (Attn: David L. Buchbinder, Esq. (david.l.buchbinder@usdoj.gov) and Hannah Mufson McCollum, Esq. (hannah.mccollum@usdoj.gov); and (ii) counsel to the Zurich Insurers: (a) Tybout, Redfearn & Pell (Attn: Robert D. Cecil, Jr., Esq. (rcecil@trplaw.com) and (b) Crowell & Moring LLP (Attn: Mark D. Plevin, Esq. (mplevin@crowell.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION WILL BE HELD ON OCTOBER 19, 2021 AT 10:00 A.M. EASTERN TIME BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, CHIEF UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

DATED: September 22, 2021          Respectfully submitted,

*/s/ Robert D. Cecil, Jr.*
Robert D. Cecil, Jr. (No. 5317)
TYBOUT, REDFEARN & PELL
501 Carr Road, Suite 300
Wilmington, Delaware 19809
Phone: (302) 658-6901
E-mail: rcecil@trplaw.com

- 3 -

Mark D. Plevin (admitted *pro hac vice*)
Kevin D. Cacabelos (admitted *pro hac vice*)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
E-mail: mplevin@crowell.com, kcacabelos@crowell.com

Clifford J. Zatz (admitted *pro hac vice*)
Tacie H. Yoon (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
E-mail: czatz@crowell.com, tyoon@crowell.com, rjankowski@crowell.com

Attorneys for American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company