**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **Re: Docket No. _____** |

**ORDER GRANTING MOTION OF ZURICH INSURERS FOR AUTHORITY TO JOIN IN RULE 2004 SUBPOENAS OR, IN THE ALTERNATIVE, ISSUE IDENTICAL SUBPOENAS AS PREVIOUSLY SERVED BY OTHER INSURERS RELATING TO CLAIMS AGGREGATORS**

Upon consideration of the *Motion of Zurich Insurers for Authority to Join In Rule 2004 Subpoenas or, in the Alternative, Issue Identical Subpoenas As Previously Served by Other Insurers Relating to Claims Aggregators* (the "Motion")[2] of American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company (collectively, the "Zurich Insurers") for entry of an order; and consideration of the Motion, the relief requested therein, and any responses thereto being a core proceeding in accordance with 28 U.S.C. § 157(b); and the appearance of all interested parties and all responses and objections, if any, to the Motion having been duly noted in the record of the hearing on the Motion; and upon the record of the hearing, and all other pleadings and proceedings in these cases, including the Motion; and after due deliberation and sufficient cause appearing therefor;

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

- 1 -

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Zurich Insurers are deemed to have joined in the subpoenas duces tecum (or separate subpoenas for production of documents and subpoenas for deposition) served by Century on Verus Claims Services LLC, Consumer Attorney Marketing Group, Archer Systems, and Stratos Legal (collectively, the "Claims Aggregators") (*see* Dkt. Nos. 6211 and 6230).

3. The Zurich Insurers may serve their own subpoenas on Claims Aggregators for the production of documents and information and for depositions in the same manner and extent as permitted to the Certain Insurers[3] under this Court's September 9, 2021, *Order Granting in Part Insurers' Motion for an Order Authorizing Certain Rule 2004 Discovery [D.I. 1974, 1975]* (Dkt. No. 6184).

4. To the extent the Certain Insurers, or any of them, serve subpoenas for depositions on Claims Aggregators, the Zurich Insurers' depositions shall be set for the same dates and times as the Insurers' subpoenas.

5. Notwithstanding any other Bankruptcy Rules or any other applicable rule or guideline, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

---

[3] "Certain Insurers" shall have the meaning ascribed to "Insurers" in the Discovery Order, attached hereto at Exhibit 1, and which includes the following: Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company and Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company, the Allianz Insurers (as defined at D.I. 2026), Liberty Mutual Insurance Company (as defined at D.I. 2168), and AIG (as defined at D.I. 2114).

- 3 -

6. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement or interpretation of this Order.

Dated:

_____
Hon. Laurie Selber Silverstein
United States Bankruptcy Judge