**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br>Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br>Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Robert D. Cecil, Jr., Esquire, hereby certify that on September 22, 2021, I caused a copy of Zurich Insurers' Motion for Authority to Join in Rule 2004 Subpoenas, or in the Alternative, Issue Identical Subpoenas as Previously Served by Other Insurers Relating to Claims Aggregators to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System.

I further certify that I have served the foregoing document upon the following parties via email:

| | |
|---|---|
| White & Case LLP<br>Jessica C. Lauria, Esquire<br>1221 Avenue of the Americas<br>New York, NY 10020<br>jessica.lauria@whitecase.com | White & Case LLP<br>Michael C. Andolina, Esquire<br>Matthew E. Linder, Esquire<br>Blair Warner, Esquire<br>111 South Wacker Drive<br>Chicago, IL 60606<br>mandolina@whitecase.com<br>mlinder@whitecase.com<br>blair.warner@whitecase.com |

Morris, Nicholas, Arsht & Tunnell LLP
Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Eric W. Moats, Esquire
Paige N. Topper, Esquire
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899
dabbott@morrisnichols.com
aremming@morrisnichols.com
emoats@morrisnichols.com
ptopper@morrisnichols.com

Kramer Levin Naftalis & Frankel, LLP
Thomas Moers Mayer, Esquire
Rachel Ringer, Esquire
David E. Blabey, Jr., Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
1177 Avenue of the Americas
New York, NY  10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
dblabey@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

**First Class Mail:**
Archer Systems, LLC
c/o Capitol Corporate Services, Inc.
206 E. 9th Street, Suite 1300
Austin, TX  78701

**First Class Mail:**
Consumer Attorney Marketing Group, LLC
c/o Michael Vizvary
21051 Warner Center Lane, Suite 250
Woodland Hills, CA  91367

**First Class Mail:**
Verus Claims Services
c/o Corporation Service Company
Princeton South Corporate Center, Suite 160
100 Charles Ewing Boulevard
Ewing, NJ  08628

U.S. Trustee
David L. Buchbinder, Esquire
Hannah M. McCollum, Esquire
844 King Street, Ste. 2207
Lockbox 35
Wilmington, DE  19801
david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov


Pachulski Stang Ziehl & Jones, LLP
James I. Stang, Esquire
John A. Morris, Esquire
James E. O'Neill, Esquire
John W. Lucas, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
jstang@pszjlaw.com
jmorris@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com

Young Conaway, Stargatt & Taylor
Robert S. Brady, Esquire
Edwin J. Harron, Esquire
Sharon M. Zieg, Esquire
1000 North King Street
Wilmington, DE  19801
rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com

**First Class Mail:**
Stratos Legal Services, L.P.,
(a/k/a SCR Oldco, L.P., now
 a Veritext Company)
c/o Corporation Service Co.
251 Little Falls Drive
Wilmington, DE  19808

{00080202-}                                                    - 2 -

- 3 -

/s/ *Robert D. Cecil, Jr.*
Robert D. Cecil, Jr., Esquire, #5317
Tybout, Redfearn & Pell
501 Carr Road, Suite 300
P.O. Box 2092
Wilmington, Delaware  19899-2092
Phone:  (302) 658-6901
Fax:     (302) 658-4018
E-mail:  rcecil@trplaw.com

Attorney for American Zurich Insurance Company

{00080202-}                                - 3 -