## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: October 8, 2021 at 4:00 p.m. (ET)** |

### COMBINED[2] SEVENTEENTH MONTHLY APPLICATION OF JAMES L. PATTON, JR. AS THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS AND YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021

| | |
|---|---|
| Name of Applicants: | James L. Patton, Jr., and Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services as: | The FCR and Counsel to the FCR |
| Date of Retention: | *Nunc Pro Tunc* to February 18, 2020 |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2021 to August 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $452,242.50 (FCR's Share: $97,792.50) (YCST's Share: $354,450.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $9,127.04 (FCR's Share: $0.00) (YCST's Share: $9,127.04) |

This Application includes 6.90 hours and $2,711.00 in fees incurred in connection with the preparation of fee applications.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] In light of the fact that James L. Patton, Jr., the legal representative for future personal injury claimants (the "Future Claimants' Representative" or "FCR"), is a member of the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST"), which serves as counsel to the FCR, the FCR and YCST will be submitting combined fee applications in an effort to conserve costs. The FCR's time and expense entries are distinguished from all other members of YCST.

## SUMMARY OF THE FCR'S APPLICATIONS

|  | Date Filed | Period Covered | Requested | | Approved and/or Paid | |
|---|---|---|---|---|---|---|
|  |  |  | Fees | Expenses | Fees | Expenses |
| 1 | 05/15/20 | 02/18/20 – 04/30/20 | $19,880.00 | $0.00 | $19,880.00 | $0.00 |
| 2 | 06/23/20 | 05/01/20 – 05/31/20 | $5,600.00 | $0.00 | $26,320.00 | $0.00 |
| 3 | 07/23/20 | 06/01/20 – 06/30/20 | $10,220.00 | $0.00 | | |
| 4 | 08/18/20 | 07/01/20 – 07/31/20 | $7,980.00 | $0.00 | | |
| 5 | 09/17/20 | 08/01/20 – 08/31/20 | $30,380.00 | $0.00 | $24,304.00 | $0.00 |
| 6 | 10/22/20 | 09/01/20 – 09/30/20 | $17,640.00 | $0.00 | $14,112.00 | $0.00 |
| 7 | 11/20/20 | 10/01/20 – 10/31/20 | $7,980.00 | $0.00 | $6,384.00 | $0.00 |
| 8 | 12/16/20 | 11/01/20 – 11/30/20 | $19,880.00 | $0.00 | $15,904.00 | $0.00 |
| 9 | 01/21/21 | 12/01/20 – 12/31/20 | $37,660.00 | $0.00 | $30,128.00 | $0.00 |
| 10 | 02/24/21 | 01/01/21 – 01/31/21 | $70,210.00 | $0.00 | $56,168.00 | $0.00 |
| 11 | 03/24/21 | 02/01/21 – 02/28/21 | $62,835.00 | $0.00 | $50,268.00 | $0.00 |
| 12 | 04/22/01 | 03/01/21 – 03/31/21 | $91,155.00 | $760.00 | $72,924.00 | $760.00 |
| 13 | 05/17/21 | 04/01/21 – 04/30/21 | $118,442.50 | $2,024.99 | $94,754.00 | $2,024.99 |
| 14 | 06/17/21 | 05/01/21 – 05/31/21 | $40,415.00 | $0.00 | $32,332.00 | $0.00 |
| 15 | 07/15/21 | 06/01/21 – 06/30/21 | $121,392.50 | $1,300.91 | $97,114.00 | $1,300.91 |
| 16 | 08/20/21 | 07/01/21 – 07/31/21 | $69,325.00 | $1,309.97 | $55,460.00 | $1,309.97 |
| 17 | 09/24/21 | 08/01/21 – 08/31/21 | $97,792.50 | $0.00 | Pending | Pending |

## SUMMARY OF YCST'S APPLICATIONS

|  | Date Filed | Period Covered | Requested | | Approved and/or Paid | |
|---|---|---|---|---|---|---|
|  |  |  | Fees | Expenses | Fees | Expenses |
| 1 | 05/15/20 | 02/18/20 – 04/30/20 | $183,254.00 | $4,750.17 | $175,254.00[3] | $4,750.17 |
| 2 | 06/23/20 | 05/01/20 – 05/31/20 | $141,169.00 | $2,663.35 | $239,435.00[4] | $2,855.47[4] |
| 3 | 07/23/20 | 06/01/20 – 06/30/20 | $49,986.50 | $1,336.42 | | |
| 4 | 08/18/20 | 07/01/20 – 07/31/20 | $55,602.50 | $997.45 | | |

---

[3] Amount reflects a reduction of $8,000.00 pursuant to the *First Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals* [Docket No. 1354].
[4] Amount reflects a reduction of $7,323.00 in fees and $2,141.75 in expenses pursuant to the *Third Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals* [Docket No. 2330].

| 5 | 09/17/20 | 08/01/20 – 08/31/20 | $127,457.00 | $445.21 | $101,965.60 | $445.21 |
| 6 | 10/22/20 | 09/01/20 – 09/30/20 | $27,470.00 | $541.32 | $21,976.00 | $541.32 |
| 7 | 11/20/20 | 10/01/20 – 10/31/20 | $40,840.50 | $782.00 | $32,672.40 | $782.00 |
| 8 | 12/16/20 | 11/01/20 – 11/30/20 | $60,455.50 | $495.32 | $48,364.40 | $495.32 |
| 9 | 01/21/21 | 12/01/20 – 12/31/20 | $69,367.50 | $221.28 | $55,494.00 | $221.28 |
| 10 | 02/24/21 | 01/01/21 – 01/31/21 | $197,320.00 | $164.16 | $157,856.00 | $164.16 |
| 11 | 03/24/21 | 02/01/21 – 02/28/21 | $201,520.00 | $675.70 | $161,216.00 | $675.70 |
| 12 | 04/22/21 | 03/01/21 – 03/31/21 | $225,842.00 | $2,152.98 | $180,673.60 | $2,152.98 |
| 13 | 05/17/21 | 04/1/21 – 04/30/21 | $256,940.00 | $2,880.33 | $205,552.00 | $2,880.33 |
| 14 | 06/17/21 | 05/01/21 – 05/31/21 | $375,715.50 | $4,616.24 | $300,572.40 | $4,616.24 |
| 15 | 07/15/21 | 06/01/21 – 06/30/21 | $356,979.50 | $9,597.14 | $285,583.60 | $9,597.14 |
| 16 | 08/20/21 | 07/01/21 – 07/31/21 | $290,688.50 | $7,145.44 | $232,550.80 | $7,145.44 |
| 17 | 09/24/21 | 08/01/21 – 08/31/21 | $354,450.00 | $9,127.04 | Pending | Pending |

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position | Current Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| James L. Patton, Jr. | Partner | $1,475.00 | 66.30 | $97,792.50 |
| Robert S. Brady | Partner | $1,075.00 | 128.30 | $137,922.50 |
| James P. Hughes | Partner | $1,075.00 | 1.20 | $1,290.00 |
| Edwin J. Harron | Partner | $1,025.00 | 35.50 | $36,387.50 |
| Kevin A. Guerke | Partner | $825.00 | 0.60 | $495.00 |
| Erin D. Edwards | Partner | $765.00 | 1.40 | $1,071.00 |
| Kenneth J. Enos | Partner | $750.00 | 119.30 | $89,475.00 |
| Ashley E. Jacobs | Associate | $645.00 | 65.10 | $41,989.50 |
| Allison S. Miellke | Associate | $550.00 | 8.30 | $4,565.00 |
| S. Alexander Faris | Associate | $485.00 | 8.00 | $3,880.00 |
| Betsy L. Feldman | Associate | $465.00 | 4.90 | $2,278.50 |
| Jared W. Kochenash | Associate | $450.00 | 27.10 | $12,195.00 |
| Joshua Brooks | Associate | $400.00 | 3.80 | $1,520.00 |
| Kendeil A. Dorvilier | Associate | $400.00 | 30.90 | $12,360.00 |
| Casey Cathcart | Paralegal | $310.00 | 16.60 | $5,146.00 |
| Lisa Eden | Paralegal | $310.00 | 12.50 | $3,875.00 |

| Name of Professional Person | Position | Current Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| TOTAL HOURS AND FEES: | | | 529.80 | $452,242.50 |

**FCR's Blended Rate: $1,475.00**
**YCST's Blended Rate: $764.72**

## FCR'S COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Fees |
|---|---|---|
| Court Hearings (B002) | 4.60 | $6,785.00 |
| Meetings (B008) | 1.20 | $1,770.00 |
| Plan and Disclosure Statement (B012) | 60.50 | $89,237.50 |
| TOTAL HOURS AND FEES: | 66.30 | $97,792.50 |

## YCST'S COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Fees |
|---|---|---|
| Case Administration (B001) | 12.90 | $5,207.00 |
| Court Hearings (B002) | 60.90 | $54,915.00 |
| Claims Analysis, Objections and Resolutions (B007) | 6.90 | $5,137.50 |
| Meetings (B008) | 8.50 | $5,231.50 |
| Stay Relief Matters (B009) | 0.40 | $430.00 |
| Other Adversary Proceedings (B011) | 2.10 | $1,575.00 |
| Plan and Disclosure Statement (B012) | 345.80 | $266,113.00 |
| Retention of Professionals / Fee Issues (B017) | 7.80 | $2,740.00 |
| Fee Application Preparation (B018) | 6.90 | $2,711.00 |
| Travel (B019) | 11.30 | $10,390.00 |
| TOTAL HOURS AND FEES: | 463.50 | $354,450.00 |

26437925.16

## FCR'S EXPENSE SUMMARY

The FCR did not incur any expenses during the Fee Period.

## YCST'S EXPENSE SUMMARY

| Category | Amount |
|---|---|
| Air/Rail Travel | $2,282.58 |
| Car/Bus/Subway Travel | $1,559.87 |
| Computerized Legal Research | $0.00 |
| Docket Retrieval/Search | $34.40 |
| Hotel/Lodging | $3,500.00 |
| Internet Access | $54.00 |
| Postage | $8.00 |
| Reproduction Charges | $1,201.70 |
| Teleconference/Video Conference | $9.04 |
| Travel Meals | $466.50 |
| Working Meals | $10.95 |
| **TOTAL DISBURSEMENTS:** | **$9,127.04** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: October 8, 2021 at 4:00 p.m. (ET)** |

**COMBINED[2] SEVENTEENTH MONTHLY APPLICATION OF JAMES L. PATTON, JR. AS THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS AND YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

Pursuant to sections 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and this Court's April 6, 2020, *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Administrative Fee Order"), James L. Patton, Jr., the legal representative for future claimants (the "Future Claimants' Representative" or "FCR"), hereby submits his seventeenth

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] In light of the fact that James L. Patton, Jr., the legal representative for future personal injury claimants (the "Future Claimants' Representative" or "FCR"), is a member of the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST"), which serves as counsel to the FCR, the FCR and YCST will be submitting combined fee applications in an effort to conserve costs. The FCR's time and expense entries are distinguished from all other members of YCST.

monthly application for allowance of compensation for services rendered during the period from

August 1, 2021 through and including August 31, 2021 (the "Fee Period") in the amount of

$97,792.50 together with reimbursement for actual and necessary expenses incurred in the

amount of $0.00, and the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST",

together with the Future Claimants' Representative, the "Applicants"), counsel to the Future

Claimants' Representative, hereby submits its seventeenth monthly application for allowance of

compensation for legal services rendered during the Fee Period in the amount of $354,450.00

together with reimbursement for actual and necessary expenses incurred in the amount of

$9,127.04.  In support of this Application, Applicants respectfully represents as follows:

1.      James L. Patton, Jr. was appointed to serve as the Future Claimants'

Representative *nunc pro tunc* to February 18, 2020 pursuant to an order entered by this Court on

April 24, 2020 [Docket No. 486].  YCST was employed *nunc pro tunc* to February 18, 2020 to

represent the Future Claimants' Representative pursuant to an order entered by this Court on

May 11, 2020 [Docket No. 604].  The orders authorized the Applicants to be compensated on an

hourly basis and to be reimbursed for actual and necessary expenses.

2.      All services for which compensation is requested by the Future Claimants'

Representative were performed for or on behalf of future claimants.  All services for which

compensation is requested by YCST were performed for or on behalf of the Future Claimants'

Representative.

## SUMMARY OF SERVICES RENDERED

3.      Attached hereto as Exhibit A is a detailed statement of fees incurred during

the Fee Period, showing the amount of $452,242.50 due for fees.  Attached hereto as Exhibit B is

a detailed statement of expenses incurred during the Fee Period, showing the amount of $9,127.04 due for expenses.

4.      The services rendered by the Applicants during the Fee Period are grouped into the categories set forth in <u>Exhibit A</u> attached hereto.  The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in <u>Exhibit A</u> attached hereto.

## **<u>DISBURSEMENTS</u>**

5.      The Future Claimants' Representative incurred out-of-pocket disbursements during the Fee Period in the amount of $0.00.  YCST incurred out-of-pocket disbursements during the Fee Period in the amount of $9,127.04.  This disbursement sum is broken down into categories of charges, including, among other things, telephone and facsimile and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  A complete review by category of the expenses incurred during the Fee Period may be found in <u>Exhibit B</u> attached hereto.

6.      Costs incurred for overtime and computer assisted research are not included in the Applicants' normal hourly billing rates and, therefore, are itemized and included in the Applicants' disbursements.  Pursuant to Del. Bankr. LR 2016-2, Applicants represent that their rate for duplication is $0.10 per page for black and white copies and $0.80 per page for color copies, their rate for outgoing telecopier transmissions is $0.25 per page (excluding related long

distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research.

## VALUATION OF SERVICES

7.      The Future Claimants' Representative expended a total of 66.30 hours in connection with this matter during the Fee Period.  YCST expended a total of 463.50 hours in connection with this matter during the Fee Period.

8.      The amount of time spent by the Applicants during the Fee Period is fully set forth in Exhibit A attached hereto.  The hourly rates set forth therein are the Applicants' normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by the Future Claimants' Representative during the Fee Period is $97,792.50. The reasonable value of the services rendered by YCST during the Fee Period is $354,450.00.

9.      Applicants believe that the time and expense entries included in Exhibits A and B attached hereto are in compliance with the requirements of Del. Bankr. LR 2016-2.

10.     In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11.     This Application covers the period from August 1, 2021 through and including August 31, 2021.

WHEREFORE, the Future Claimants' Representative respectfully requests that allowance be made in the sum of $97,792.50 as compensation for necessary professional services rendered during the Fee Period and the sum of $0.00 for reimbursement of actual and necessary costs and expenses incurred during the Fee Period, and YCST respectfully requests that

26437925.16

4

allowance be made in the sum of $354,450.00 as compensation for necessary professional legal services rendered during the Fee Period and the sum of $9,127.04 for reimbursement of actual and necessary costs and expenses incurred during the Fee Period, and the Applicants further request such other and further relief as this Court may deem just and proper.

Dated: September 24, 2021                         YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                  */s/ Jared W. Kochenash*
                                                  Robert S. Brady (No. 2847)
                                                  Edwin J. Harron (No. 3396)
                                                  Sharon M. Zieg (No. 4196)
                                                  Sara Beth A.R. Kohut (No. 4137)
                                                  Jared W. Kochenash (No. 6557)
                                                  Rodney Square
                                                  1000 North King Street
                                                  Wilmington, Delaware 19801
                                                  Telephone: (302) 571-6600
                                                  Facsimile: (302) 571-1253
                                                  Email: rbrady@ycst.com
                                                         eharron@ycst.com
                                                         szieg@ycst.com
                                                         skohut@ycst.com
                                                         jkochenash@ycst.com

                                                  *Counsel to the Future Claimants' Representative*

## DECLARATION OF JAMES L. PATTON, JR.

I, James L. Patton, Jr., declare under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1.      I am the court-appointed Legal Representative for Future Claimants.

2.      I have personally performed all of the services identified with my name in the foregoing Application.  All of the services were necessary to faithfully meet my responsibilities as the Future Claimants' Representative.  My hourly rate, as set forth in the Application, is the customary rate I charge for services of this nature.  In my experience, this rate is consistent with the rates charged by other professionals who provide similar services.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Executed on September 24, 2021

                                                    */s/ James L. Patton, Jr.*
                                                    JAMES L. PATTON, JR.

26437925.16

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF EDWIN J. HARRON

I, Edwin J. Harron, certify as follows:

1.      I am a partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP, and have been admitted to the bar of the Supreme Court of Delaware since 1995.

2.      I have personally performed many of the legal services rendered by Young Conaway Stargatt & Taylor, LLP as counsel to the Future Claimants' Representative and am thoroughly familiar with all other work performed on behalf of the Future Claimants' Representative by the lawyers and paraprofessionals in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Dated: September 24, 2021                    */s/ Edwin J. Harron*
                                            Edwin J. Harron

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.