# **EXHIBIT B**

26437925.16

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: September 22, 2021  
Invoice Number: 50027255  
Matter Number: 077494.1001

## Cost Detail

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/01/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/01/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/01/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/02/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/06/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/06/21 | Airfare (round trip, coach flexible) for E. Harron from Philadelphia, PA to Los Angeles, CA re: 6/29/21 mediation | 1.00 | 978.79 |
| 07/06/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/06/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 07/06/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/07/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/08/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/08/21 | Docket Retrieval / Search | 14.00 | 1.40 |
| 07/09/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/12/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 07/12/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 07/12/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/12/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/12/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/12/21 | Docket Retrieval / Search | 53.00 | 5.30 |
| 07/13/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/13/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/13/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/14/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/16/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/19/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/19/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/19/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/19/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/19/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/21/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/21/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/21/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/21/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/22/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/22/21 | Docket Retrieval / Search | 9.00 | 0.90 |
| 07/22/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/22/21 | Docket Retrieval / Search | 5.00 | 0.50 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: September 22, 2021
Invoice Number: 50027255
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/23/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/23/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/23/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/23/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/26/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/26/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/26/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 07/26/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/26/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/26/21 | Docket Retrieval / Search | 29.00 | 2.90 |
| 07/26/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/26/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/26/21 | Docket Retrieval / Search | 11.00 | 1.10 |
| 07/26/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/27/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 07/28/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/28/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/29/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/29/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/30/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/02/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/03/21 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 08/03/21 | Photocopy Charges Duplication | 59.00 | 5.90 |
| 08/03/21 | Photocopy Charges Duplication | 33.00 | 3.30 |
| 08/03/21 | Photocopy Charges Duplication | 44.00 | 4.40 |
| 08/03/21 | Photocopy Charges Duplication | 150.00 | 15.00 |
| 08/03/21 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 08/08/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/09/21 | Reimbursement to Kenneth Enos for Acela business class Amtrak train travel Wilmington, DE to New York, NY on 8/3/21 re: BSA mediation | 1.00 | 0.00 |
| 08/09/21 | Transportation for K. Enos in New York, NY re: 8/3 - 8/4/21 mediation | 1.00 | 76.74 |
| 08/09/21 | Train fare (round trip, Acela business class) from Wilmington, DE to New York, NY for K. Enos re: 8/3 - 8/4/21 mediation | 1.00 | 191.00 |
| 08/10/21 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 08/10/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 9.04 |
| 08/10/21 | Computerized Legal Research | 1.00 | 0.00 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: September 22, 2021
Invoice Number: 50027255
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 08/11/21 | Color Photocopy Charges Duplication Color | 10.00 | 8.00 |
| 08/11/21 | Photocopy Charges Duplication | 150.00 | 15.00 |
| 08/11/21 | Photocopy Charges Duplication | 124.00 | 12.40 |
| 08/11/21 | Photocopy Charges Duplication | 735.00 | 73.50 |
| 08/11/21 | Photocopy Charges Duplication | 1.00 | 0.10 |
| 08/11/21 | Photocopy Charges Duplication | 1.00 | 0.10 |
| 08/11/21 | Color Photocopy Charges Duplication Color | 10.00 | 8.00 |
| 08/11/21 | Photocopy Charges Duplication | 846.00 | 84.60 |
| 08/12/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/12/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/12/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/12/21 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 08/12/21 | Photocopy Charges Duplication | 25.00 | 2.50 |
| 08/12/21 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 08/13/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/13/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/13/21 | Transportation for E. Harron from Philadelphia airport to Ocean City, NJ re: 6/29/29 mediation in Los Angeles, CA | 1.00 | 280.00 |
| 08/13/21 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 08/14/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/15/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/16/21 | Photocopy Charges Duplication | 62.00 | 6.20 |
| 08/16/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 08/16/21 | Photocopy Charges Duplication | 2,502.00 | 250.20 |
| 08/17/21 | Photocopy Charges Duplication | 42.00 | 4.20 |
| 08/17/21 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 08/17/21 | Photocopy Charges Duplication | 47.00 | 4.70 |
| 08/18/21 | Photocopy Charges Duplication | 151.00 | 15.10 |
| 08/18/21 | Photocopy Charges Duplication | 1,614.00 | 161.40 |
| 08/18/21 | Photocopy Charges Duplication | 1,690.00 | 169.00 |
| 08/18/21 | Photocopy Charges Duplication | 4.00 | 0.40 |
| 08/19/21 | Photocopy Charges Duplication | 33.00 | 3.30 |
| 08/19/21 | Photocopy Charges Duplication | 103.00 | 10.30 |
| 08/19/21 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 08/19/21 | Photocopy Charges Duplication | 47.00 | 4.70 |
| 08/19/21 | (2 nights, Waldorf Astoria Beverly Hills) for E. Harron re: 6/29/21 mediation in Los Angeles, CA | 1.00 | 1,000.00 |
| 08/19/21 | Wifi aboard flight for E. Harron re: 6/29/21 mediation in Los Angeles, CA | 1.00 | 18.00 |
| 08/19/21 | Photocopy Charges Duplication | 84.00 | 8.40 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | September 22, 2021 |
| | Invoice Number: | | 50027255 |
| | Matter Number: | | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 08/19/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/19/21 | Photocopy Charges Duplication | 2,771.00 | 277.10 |
| 08/19/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/19/21 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 08/19/21 | Photocopy Charges Duplication | 22.00 | 2.20 |
| 08/19/21 | Photocopy Charges Duplication | 61.00 | 6.10 |
| 08/19/21 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 08/20/21 | Postage | 8.00 | 8.00 |
| 08/20/21 | Photocopy Charges Duplication | 85.00 | 8.50 |
| 08/20/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/20/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/20/21 | Photocopy Charges Duplication | 117.00 | 11.70 |
| 08/20/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/23/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/23/21 | Train fare (round trip, coach) from Wilmington, DE to New York, NY for K. Enos re: 8/19/21 mediation | 1.00 | 134.00 |
| 08/24/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/25/21 | Computerized Legal Research | 1.00 | 0.00 |
| 08/25/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 08/25/21 | Lunch (Craft & Carry), New York, NY on 8/4/21 for K. Enos re: 8/3 - 8/4/21 mediation | 1.00 | 40.80 |
| 08/25/21 | Dinner (1 Hotel Park, New York, NY) on 8/4/21 for K. Enos re: 8/3 - 8/4/21 mediation | 1.00 | 73.14 |
| 08/25/21 | (2 nights, 1 Hotel Park) for K. Enos re: 8/3 - 8/4/21 mediation in New York, NY | 1.00 | 1,000.00 |
| 08/25/21 | Dinner (Clinton Gourmet Corp., New York, NY) on 8/3/21 for K. Enos re: 8/3 - 8/4/21 mediation | 1.00 | 52.56 |
| 08/27/21 | Transportation for R. Brady from Philadelphia airport to Ocean City, NJ re: 6/29/21 mediation in Los Angeles, CA | 1.00 | 280.00 |
| 08/27/21 | Airfare (round trip, coach flexible) for R. Brady from Philadelphia, PA to Los Angeles, CA re: 6/29/21 mediation | 1.00 | 978.79 |
| 08/27/21 | Dinner (Craft, Los Angeles, CA) on 6/29/21 for R. Brady, E. Harron, K. Quinn and D. Molton at Craft, Los Angeles, CA re: mediation | 1.00 | 300.00 |
| 08/27/21 | Robert S. Brady - Car/Bus/Subway Travel BSA mediation - Campbell Fleet car service - one way from White and Case, New York, NY office to Wilmington, DE for R. Brady on 8/19/2021 | 1.00 | 430.00 |
| 08/27/21 | (2 nights, Waldorf Astoria Beverly Hills) for R. Brady re: 6/29/21 mediation in Los Angeles, CA | 1.00 | 1,000.00 |
| 08/27/21 | Wifi aboard flights for R. Brady re: 6/29/21 mediation in Los Angeles, CA | 1.00 | 36.00 |
| 08/27/21 | Lunch for R. Brady re: 8/13/214 hearing | 1.00 | 10.95 |

Patton, James L., Jr., Future Claimants' Representative        Invoice Date:        September 22, 2021
                                                                Invoice Number:              50027255
                                                                Matter Number:             077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 08/29/21 | (1 night, The Times Square Edition) for K. Enos re: 8/19/21 mediation in New York, NY | 1.00 | 500.00 |
| 08/29/21 | Transportation for K. Enos in New York, NY re: 8/19/21 mediation | 1.00 | 63.13 |
| 08/30/21 | Transportation for E. Harron and R. Brady from Wilmington, DE to New York, NY for 8/23 and 8/24/21 mediation | 1.00 | 430.00 |
| 08/31/21 | Color Photocopy Charges Duplication Color | 5.00 | 4.00 |
| 08/31/21 | Color Photocopy Charges Duplication Color | 9.00 | 7.20 |
|  | **Total** |  | **$9,127.04** |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: September 22, 2021
Invoice Number: 50027255
Matter Number: 077494.1001

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Air/Rail Travel | 2,282.58 |
| Car/Bus/Subway Travel | 1,559.87 |
| Computerized Legal Research | 0.00 |
| Docket Retrieval / Search | 34.40 |
| Hotel/Lodging | 3,500.00 |
| Internet Access | 54.00 |
| Postage | 8.00 |
| Reproduction Charges | 1,201.70 |
| Teleconference / Video Conference | 9.04 |
| Travel Meals | 466.50 |
| Working Meals | 10.95 |
| **Total** | **$9,127.04** |