# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 6186** |

### CERTIFICATION OF NO OBJECTION REGARDING EIGHTH MONTHLY APPLICATION OF ROCK CREEK ADVISORS LLC, PENSION FINANCIAL ADVISORS TO THE TORT CLAIMANTS' COMMITTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1 THROUGH AUGUST 31, 2021
### (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Eighth Monthly Application of Rock Creek Advisors LLC, Pension Financial Advisors to the Tort Claimants' Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1 through August 31, 2021* (the "Application") filed on September 9, 2021 [Docket No. 6186]. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than September 23, 2021 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Official Committee Members and (II) Granting Related Relief* [Docket No. 341] entered on April 6, 2020, the Debtors are authorized to pay Rock Creek Advisors LLC $64,936.80 which represents 80% of the fees ($81,171.00) and $0.00 which represents 100% of the expenses requested in the Application, for the period from August 1, 2021 through August 31, 2021, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated:  September 24, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ James E. O'Neill*  <br>James I. Stang (CA Bar No. 94435)  <br>Robert B. Orgel (CA Bar No. 10187)  <br>James E. O'Neill (DE Bar No. 4042)  <br>John W. Lucas (CA Bar No. 271038)  <br>919 North Market Street, 17th Floor  <br>P.O. Box 8705  <br>Wilmington, DE  19899-8705 (Courier 19801)  <br>Telephone:  (302) 652-4100  <br>Facsimile:   (302) 652-4400  <br>Email:  jstang@pszjlaw.com  <br>            rorgel@pszjlaw.com  <br>            joneill@pszjlaw.com  <br>            jlucas@pszjlaw.com  <br><br>*Counsel for the Tort Claimants' Committee* |