# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants  August 11, 2021
c/o John W. Lucas  Invoice #  15317
Pachulski Stang Ziehl & Jones LLP

In Reference To: Tort Claims--Insurance
Our File No.:    B029.001

**Professional Services**

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **Compensation of Professionals** | | | | |
| 7/7/2021 | JLS | Draft/Revise fee application (2 months). | 1.30 | 806.00 |
| 7/8/2021 | JLS | Draft/Revise quarterly fee application. | 2.80 | 1,736.00 |
| 7/26/2021 | JLS | Review/Analyze fee examiner's report. | 0.30 | 186.00 |
| **SUBTOTAL:** | | | [ 4.40 | 2,728.00] |
| **General Committee** | | | | |
| 7/2/2021 | KAP | Review and gather information re trust issues, and e-mails with Mr. Stang re same (0.7) | 0.70 | 682.50 |
| 7/6/2021 | JLS | Appear for/Attend state court counsel meeting. | 1.50 | 930.00 |
|  | KAP | Conference with state court counsel (1.5) | 1.50 | 1,462.50 |
| 7/7/2021 | JLS | Appear for/Attend court hearing. | 2.10 | 1,302.00 |
| 7/8/2021 | JLS | Appear for/Attend TCC meeting (1.7) and prepare for same (.9). | 2.60 | 1,612.00 |
|  | KAP | E-mails and research re insurance (2.8); conference with state court counsel re same (1.7) | 3.50 | 3,412.50 |
| 7/9/2021 | KAP | Conference with counsel re insurance issues (1.1) | 1.10 | 1,072.50 |

BSA Tort Claimants                                                                                                          Page    2

|            |     |                                                                                                                                                                                                                            | Hours | Amount |
|------------|-----|----|---|---|
| 7/13/2021  | JLS | Appear for/Attend state court counsel meeting. | 1.80 | 1,116.00 |
| 7/15/2021  | JLS | Appear for/Attend TCC meeting (2.1) and prepare for same (2.7). | 4.80 | 2,976.00 |
| 7/19/2021  | KAP | Conference with Mr. Schulman and Ms. Nasatir re TDPs and insurance issues (0.3); conference with state court counsel re same (1.4); review insurance (0.9); conference with state court counsel and coalition re insurance issues (1.1) | 3.70 | 3,607.50 |
| 7/20/2021  | JLS | Appear for/Attend state court counsel meeting. | 1.00 | 620.00 |
|            | KAP | Conference with state court counsel re TDP and insurer issues (0.4) (partial) | 0.40 | 390.00 |
| 7/22/2021  | JLS | Appear for/Attend state court counsel meeting (1.8) and prepare for same (.6); appear for/attend TCC meeting (1.7). | 4.10 | 2,542.00 |
|            | KAP | Draft e-mail re Hartford (0.2); conference with state court counsel (partial) (0.5); conference with tort claimants committee (1.7) | 2.40 | 2,340.00 |
| 7/27/2021  | JLS | Appear for/Attend state court counsel meeting (1.6) and prepare for same (.7). | 2.30 | 1,426.00 |
|            | KAP | Conference with state court counsel re insurer demands and outstanding issues (0.7) (partial) | 0.70 | 682.50 |
| 7/29/2021  | JLS | Appear for/Attend court hearing. | 1.80 | 1,116.00 |
|            | JLS | Appear for/Attend TCC meeting (1.8) and prepare for same (1.1). | 2.90 | 1,798.00 |
|            |     | **SUBTOTAL:**                                                                                                                                                                                                                                      | [ 38.90 | 29,088.00] |

**Insurance Coverage**

|            |     |                                                                                                                                                                                                       | Hours | Amount |
|------------|-----|---|---|---|
| 7/5/2021   | KAP | Review Mones e-mail draft answers to questions posed (0.2) | 0.20 | 195.00 |
| 7/9/2021   | JLS | Confer with counsel regarding insurance issues (1.1), (.4) (.3) | 1.80 | 1,116.00 |
| 7/12/2021  | JLS | Appear for/Attend working group meeting. | 0.40 | 248.00 |
|            | JLS | Review/Analyze claims and coverage data. | 2.30 | 1,426.00 |
|            | KAP | Conference with Mr. Nasatir and Mr. Schulman re insurance and TDP issues (0.3); review insurance issues and legal research re same (1.9) | 2.20 | 2,145.00 |
|            | MCW | Participate in telephone conference with Mr. Schulman regarding analysis (.4); review claims data from BRG and policy information (1.1); draft chart based on BRG claims data information and coverage (5.7). | 7.20 | 3,600.00 |

BSA Tort Claimants                                                                                                      Page    3

|  |  |  | | Hours | Amount |
|---|---|---|---|---:|---:|
| 7/13/2021 | JLS | | Review/Analyze claims data and coverage. | 3.40 | 2,108.00 |
| | MCW | | Participate in telephone conference with Mr. Schulman regarding analysis (.4); review updated claims data from BRG and policy information (.8); draft chart based on updated BRG claims data (7.6). | 9.80 | 4,900.00 |
| 7/14/2021 | JLS | | Appear for/Attend coverage counsel meeting (partial). | 0.50 | 310.00 |
| | JLS | | Review/Analyze coverage and claim analysis (2.8) and confer with TCC counsel regarding same (.6). | 3.40 | 2,108.00 |
| | MCW | | Participate in telephone conference with Mr. Schulman regarding analysis (.5); review updated claims data from BRG (1.2); draft and edit chart based on updated BRG claims data (7.9). | 8.60 | 4,300.00 |
| | MCW | | Review updated claims data from BRG and policy information (1.0); draft and edit chart based on updated BRG claims data information and coverage (3.3). | 4.30 | 2,150.00 |
| 7/15/2021 | JLS | | Draft/Revise claim and coverage analysis for TCC. | 2.70 | 1,674.00 |
| | KAP | | Review Hartford calculations and review case law in preparation for TCC meeting (2.1); attend TCC meeting and meeting with state court counsel (2.1) | 4.20 | 4,095.00 |
| | MCW | | Participate in telephone conference with Mr. Schulman regarding analysis (.1); review updated claims data from BRG (1.3); draft and edit chart based on updated BRG claims data (7.7). | 9.10 | 4,550.00 |
| 7/16/2021 | JLS | | Appear for/Attend coverage professionals meeting (1.2) and prepare for same (.8). | 2.00 | 1,240.00 |
| | JLS | | Draft/Revise claim and coverage analysis. | 2.70 | 1,674.00 |
| | MCW | | Review updated claims data from BRG and policy information (2.2); draft and edit chart based on updated BRG claims data (8.1). | 10.30 | 5,150.00 |
| 7/17/2021 | JLS | | Review/Analyze coverage and claims data. | 3.80 | 2,356.00 |
| | JLS | | Review/Analyze deposition testimony of Messrs. Mosby and Whittman | 2.90 | 1,798.00 |

BSA Tort Claimants                                                                                                           Page     4

|            |     |                                                                                                                                                                                                      | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 7/17/2021  | MCW | Review updated claims data from BRG and policy information (2.3); draft and edit coverage chart (8.9).                                                                                                                 | 11.20 | 5,600.00 |
| 7/18/2021  | MCW | Edit coverage chart based on BRG claims data (5.3); edit all charts (3.4).                                                                                                                                             | 8.70  | 4,350.00 |
| 7/19/2021  | JLS | Appear for/Attend insurance working group meeting (.4); appear for/attend TCC meeting (1.4) and prepare for same (.3); appear for/attend insurance meeting (1.7); confer with TCC regarding insurance (.6).            | 4.00  | 2,480.00 |
| 7/20/2021  | JLS | Review/Analyze coverage and claims analysis (3.3) and confer with professionals regarding same (.6).                                                                                                                   | 3.90  | 2,418.00 |
| 7/21/2021  | JLS | Review/Analyze coverage and claims analysis.                                                                                                                                                                           | 3.60  | 2,232.00 |
|            | KAP | Review calculations (0.9); telephone conference with Mr. Ruggeri (0.2)                                                                                                                                                 | 1.10  | 1,072.50 |
| 7/22/2021  | JLS | Review/Analyze claims and coverage data.                                                                                                                                                                               | 2.20  | 1,364.00 |
|            | JLS | Review/Analyze objections to the Restructuring Support Agreement.                                                                                                                                                      | 2.30  | 1,426.00 |
| 7/23/2021  | JLS | Confer with insurance professionals (1) and review coverage and claims data in preparation for same (2); update TCC regarding same (.5).                                                                               | 3.50  | 2,170.00 |
|            | JLS | Draft/Revise demand correspondence.                                                                                                                                                                                    | 0.80  | 496.00   |
|            | KAP | Telephone conference with Mr. Schulman re insurance discussions (0.2)                                                                                                                                                  | 0.20  | 195.00   |
|            | JLS | Telephone conference with Mr. Pasich re insurance discussions (0.2)                                                                                                                                                    | 0.20  | 124.00   |
| 7/24/2021  | KAP | Review calculations (0.4)                                                                                                                                                                                              | 0.40  | 390.00   |
| 7/25/2021  | JLS | Review/Analyze insurer motions to compel.                                                                                                                                                                              | 0.90  | 558.00   |
|            | KAP | Research and revise demand to Hartford (2.4)                                                                                                                                                                           | 2.40  | 2,340.00 |
| 7/26/2021  | JLS | Appear for/Attend insurance working group meeting (1.8) and prepare for same (.9); confer with insurance professionals regarding mediation (1.2)                                                                       | 3.90  | 2,418.00 |
|            | JLS | Review/Analyze claims and coverage data in preparation for mediation.                                                                                                                                                  | 2.60  | 1,612.00 |
|            | JLS | Draft/Revise Hartford letter (.8) and confer with TCC regarding same (.8).                                                                                                                                             | 1.60  | 992.00   |

BSA Tort Claimants                                                                                                                    Page    5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/26/2021 | KAP | Conference with Insurance Working Group (1.8); e-mails re settlement demands (0.2); review and revise demand to Hartford (0.2) | 2.20 | 2,145.00 |
| 7/27/2021 | JLS | Confer with insurance professionals regarding coverage issues and mediation (.8) and update coverage analysis following same (1.4). | 2.20 | 1,364.00 |
| 7/28/2021 | JLS | Review/Analyze insurer correspondence (.3) and confer with bankruptcy professionals regarding same (.2). | 0.50 | 310.00 |
| | JLS | Confer with mediator and coverage professionals regarding mediation (.7) and prepare for same (.3). | 1.00 | 620.00 |
| | KAP | Review Hartford letter re settlement demand and draft and respond to e-mails re same (0.4); conference with state court counsel re Hartford and local councils (0.7) (partial) | 1.10 | 1,072.50 |
| 7/29/2021 | JLS | Review/analyze coverage and claims analyses in preparation for mediation (2.2) and review data room documents regarding same (.9); confer with insurance professionals and state court counsel regarding same (1.5). | 4.60 | 2,852.00 |
| | JLS | Draft/Revise insurer correspondence (.3) and confer with counsel regarding same (.4). | 0.70 | 434.00 |
| 7/30/2021 | KAP | Review letter re Century discovery and e-mails with Mr. Nasatir re same (0.3). | 0.30 | 292.50 |
| | | **SUBTOTAL:** | 147.90 | 88,470.50] |

|  |  |  |
|---|---|---|
| **Subtotal of charges** | | $120,286.50 |
| Courtesy Deduction of Time | | ($7,500.00) |
| **For professional services rendered** | 191.20 | $112,786.50 |
| **Previous balance** | | $559,082.10 |
| **Balance due** | | 671,868.60 |

| | |
|---|---|
| Total Courtesy Deduction of Time: | $7,500.00 |
| Total Discount on Rates: | $34,493.50 |
| **Total Deductions/Discounts:** | **$41,993.50** |

Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Jeffrey L. Schulman | 93.7 | 775 | 620 | 72,617.50 | 58,094.00 | 14,523.50 |
| Kirk A. Pasich | 28.3 | 1,375.00 | 975 | 38,912.50 | 27,592.50 | 11,320.00 |
| Mikaela C. Whitman | 69.2 | 625 | 500 | 43,250.00 | 34,600.00 | 8,650.00 |
| TOTAL | 191.20 | | | $154,780.00 | $120,286.50 | $34,493.50 |