# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

August 31, 2021
Invoice #  15505

In Reference To: Tort Claims--Insurance
Our File No.:    B029.001

### Professional Services

|  |  |  | | Hours | Amount |
|---|---|---|---|---:|---:|
| | | **General Committee** | | | |
| 8/5/2021 | KAP | | Telephone conference with Mr. Stang, Mr. Lucas, and Mr. Schulman re mediation issues (0.2); mediation session with Mr. Finn, Mr. Stang, Mr. Schulman, Mr. Nasatir, and Chubb (1.1) (partial); e-mails re mediation issues (0.3) | 1.60 | 1,560.00 |
| 8/6/2021 | JLS | | Confer with TCC regarding ongoing mediation strategy. | 0.90 | 558.00 |
| | KAP | | Final review of motion in limine re Hartford and e-mails re same (0.4); telephone conference with Mr. Stang re mediation issues (0.1); review Century information (0.4) | 0.90 | 877.50 |
| 8/9/2021 | JLS | | Review/Analyze Hartford's opposition to in limine motion and draft reply (.6); review/analyze draft term sheet and fifth amended plan (.9). | 1.50 | 930.00 |
| 8/10/2021 | KAP | | Review and respond to e-mails re Century, issues, and approach (0.6); conference with state court counsel re Century and related issues (0.7) | 1.30 | 1,267.50 |
| 8/11/2021 | JLS | | Appear for/Attend preparation for upcoming hearing. | 1.20 | 744.00 |
| | JLS | | Confer with TCC in preparation for hearing. | 0.50 | 310.00 |
| 8/12/2021 | JLS | | Appear for/Attend court hearing (5.5) (partial); appear for/attend TCC meeting (1.8). | 7.30 | 4,526.00 |
| | KAP | | Conference with TCC state court counsel re mediation and hearing and conference with Mr Kennedy, Mr. Humphrey, and professionals re insurance issues  (1.8). | 1.80 | 1,755.00 |

BSA Tort Claimants                                                                                               Page      2

|            |     |                                                                                                                                                                                                                                  | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/13/2021  | JLS | Appear for/Attend court hearing (partial).                                                                                                                                                                                         | 4.20  | 2,604.00 |
| 8/16/2021  | JLS | Appear for/Attend court hearing (partial).                                                                                                                                                                                         | 5.30  | 3,286.00 |
| 8/17/2021  | JLS | Appear for/Attend SCC meeting.                                                                                                                                                                                                      | 1.50  | 930.00 |
|            | KAP | Conference with state court counsel re mediation and Century (1.5); e-mails re same (0.2)                                                                                                                                           | 1.70  | 1,657.50 |
| 8/19/2021  | KAP | Attend mediation sessions and conferences with state court counsel and professionals (7.9); attend meeting with TCC and state court counsel re mediation and insurance issues (1.5)                                                 | 7.40  | 7,215.00 |
| 8/20/2021  | JLS | Appear for/Attend mediation (partial).                                                                                                                                                                                             | 5.80  | 3,596.00 |
|            | KAP | Attend mediation sessions (1.6) (0.7) (partial); e-mails re TDP and potential plan changes (0.4)                                                                                                                                    | 2.70  | 2,632.50 |
| 8/21/2021  | KAP | Conference with Mr. Stang and state court counsel (1.1)                                                                                                                                                                             | 1.10  | 1,072.50 |
| 8/23/2021  | JLS | Appear for/Attend mediation (5)(partial); appear for/attend TCC meeting regarding claims (1.3).                                                                                                                                     | 6.30  | 3,906.00 |
|            | KAP | E-mails re insurance issues (0.2); conference with Mr. Stang and state court counsel during mediation (0.3); conference with potential consultant, Mr. Stang, Mr. Lucas, Mr. Schulman (1.3)                                          | 1.80  | 1,755.00 |
| 8/24/2021  | JLS | Appear for/Attend SCC meeting (1.3) (partial); appear for attend RSA meeting (.5) (partial)                                                                                                                                         | 1.80  | 1,116.00 |
|            | KAP | Conference with state court counsel (partial) (0.8);                                                                                                                                                                                | 0.80  | 780.00 |
| 8/25/2021  | KAP | Review emails among professionals and state court counsel (0.4)                                                                                                                                                                    | 0.40  | 390.00 |
| 8/26/2021  | KAP | Review and respond to e-mails re Century (0.9); conference with TCC and state court counsel re plan, settlement approach, and consultant (2.7)                                                                                      | 3.60  | 3,510.00 |
| 8/27/2021  | KAP | Review e-mails re settlement discussions and Century hearing (0.2)                                                                                                                                                                 | 0.20  | 195.00 |
| 8/28/2021  | KAP | Review and respond to e-mails re setttlement developments and approaches (0.6)                                                                                                                                                     | 0.60  | 585.00 |
| 8/29/2021  | KAP | Review e-mails re settlement demands and approach (0.6); conference with Mr. Stang, Mr. Thompson, Mr. Kennedy, and certain state court counsel re mediation and settlement demands and hearing re Century (1..0); e-mails with Mr. Schulman re hearing and review materials re hearing (0.9) | 2.50  | 2,437.50 |
|            | JLS | Review/Analyze term sheet and TCC communications regarding same.                                                                                                                                                                    | 0.60  | 372.00 |
| 8/30/2021  | KAP | Telephone conference with Mr. Stang re hearing (0.1); review submissions to court re Century, review decisions, review discovery to Century and Century responses, and outline issues for hearing (2.9);                              | 4.90  | 4,777.50 |

BSA Tort Claimants                                                                                    Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| | | attend hearing on Century discovery (1.4); e-mails with TCC and statement court counsel re hearing (0.3); e-mails with Mr. Kennedy re approach and issues (0.2) | | |
| 8/31/2021 | KAP | Review documents and draft Century financial assessment, and e-mails re same (4.9); conference with state court counsel re settlement approaches and plan (1.5) | 6.40 | 6,240.00 |
| | | **SUBTOTAL:** | [   76.60 | 61,585.50] |
| | | **Insurance Coverage** | | |
| 8/2/2021 | JLS | Plan and prepare for mediation (2.3) and confer with survivor counsel regarding same (1.2) | 3.50 | 2,170.00 |
| | KAP | Review and respond to e-mails re Century and mediation sessions (0.4) | 0.40 | 390.00 |
| 8/3/2021 | JLS | Appear for/Attend mediation. | 10.60 | 6,572.00 |
| | JLS | Research of insurance issues. | 3.10 | 1,922.00 |
| 8/4/2021 | JLS | Appear for/Attend mediation. | 10.90 | 6,758.00 |
| | JLS | Plan and prepare for Century meeting. | 2.10 | 1,302.00 |
| | KAP | Telephone conference with Mr. Schulman re developments (0.2); review and revise motion in limine re Hartford (0.9) | 1.10 | 1,072.50 |
| 8/5/2021 | JLS | Appear for/Attend mediation. | 5.50 | 3,410.00 |
| | JLS | Draft/Revise proposed motion. | 1.10 | 682.00 |
| 8/7/2021 | JLS | Review/Analyze Century document production. | 4.40 | 2,728.00 |
| 8/8/2021 | JLS | Review/Analyze Century document production (2.5) and confer with TCC regarding same (.4). | 4.60 | 2,852.00 |
| 8/9/2021 | JLS | Appear for/Attend professionals meeting regarding insurance (2.5) (partial) and prepare for same (.7); appear for/attend SCC meeting regarding mediation issues (.7) (partial). | 3.90 | 2,418.00 |
| | JLS | Review/Analyze proposed response to AIG (.5) and review coverage and claims data in connection with same (1.3). | 1.80 | 1,116.00 |
| | KAP | Conference with Insurance Working Group (0.7); conference with certain state court counsel, Mr. Horton, Mr. Stang, Mr. Nasatir, Mr. Lucas, and Mr. Schulman (partial) (1.5); telephone conference with Mr. Schiavoni (Chubb counsel) and e-mails re same (0.2) | 2.40 | 2,340.00 |

BSA Tort Claimants                                                                                    Page      4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/10/2021 | JLS | Appear for/Attend meeting with mediator and coverage professionals (.3) and prepare for same (.6); appear for/attend SCC meeting (1) and prepare for same (.8); confer with bankruptcy professionals following same (.7) | 3.40 | 2,108.00 |
| 8/11/2021 | JLS | Draft/Revise coverage analysis. | 1.70 | 1,054.00 |
| 8/18/2021 | MCW | Research re: Century (2.4); draft e-mail to Mr. Schulman regarding same (.3). | 2.70 | 1,350.00 |
| 8/19/2021 | JLS | Appear for/Attend mediation (8.3)(partial); appear for/attend TCC meeting (1.5). | 9.80 | 6,076.00 |
| | MCW | Research re Century (.7); draft chart regarding same (.3); research number of claims in 1930's and related coverage information (.4). | 1.40 | 700.00 |
| 8/22/2021 | JLS | Review/Analyze charter organization coverage and issues (2.3) and confer with TCC regarding same (.3). | 2.60 | 1,612.00 |
| 8/25/2021 | JLS | Review/Analyze insurer discovery responses (.8); revise insurer claim and coverage analysis (2.6); review/analyze chartered organization coverage issues and claims data (3.1). | 6.30 | 3,906.00 |
| 8/26/2021 | JLS | Appear for/Attend insurance coverage meeting (.7); confer with Mr. Nasatir following same (.4); appear for/attend TCC meeting (2.7). | 3.80 | 2,356.00 |
| 8/27/2021 | JLS | Confer with creditor groups regarding Century hearing (.5) and review court-filed response in preparation for same (.4). | 0.90 | 558.00 |
| 8/29/2021 | JLS | Plan and prepare for hearing (1.4) | 1.40 | NO CHARGE |
| 8/30/2021 | JLS | Appear for/Attend hearing (1.4) (partial) and prepare for same (.8). | 2.20 | NO CHARGE |
| 8/31/2021 | JLS | Plan and prepare for SCC meeting. | 1.40 | 868.00 |

| | | |
|---|---|---|
| **SUBTOTAL:** | **[** | **93.00** | **56,320.50]** |
| **For professional services rendered** | | **169.60** | **$117,906.00** |
| **Previous balance** | | | **$671,868.60** |
| **Accounts receivable transactions** | | | |
| 8/27/2021  Payment - Thank You. Check No. EFT | | | ($189,213.13) |
| **Total payments and adjustments** | | | **($189,213.13)** |

|  | Amount |
|---|---|
| **Balance due** | **$600,561.47** |

| | |
|---|---|
| Total No Charges: | $2,232.00 |
| Discount on Rates: | $36,289.00 |
| **Total Discount:** | **$38,521.00** |

Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Jeffrey L. Schulman | 118.3 | 775 | 620 | 91,682.50 | 73,346.00 | 18,336.50 |
| Kirk A. Pasich | 43.6 | 1,375 | 975 | 59,950.00 | 42,510.00 | 17,440.00 |
| Mikaela C. Whitman | 4.1 | 625 | 500 | 2,562.50 | 2,050.00 | 512.50 |
| TOTAL | 166.00 | | | $154,195.00 | $117,906.00 | $36,289.00 |