# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 34 AND 45

**TO:** Stratos Medical Review, LLC, 1177 West Loop South Suite 1700, Houston TX, 77027

Stratos Medical Review (SMR), LP, 1177 West Loop South Suite 1700, Houston TX, 77027

SCR Oldco GP, LLC, formerly known as Stratos Legal GP, LLC, 1177 West Loop South Suite 1700, Houston TX, 77027

**TAKE NOTICE** that Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), pursuant to Federal Rules of Civil Procedure 34 and 45 made applicable to this proceeding pursuant to Federal Rules of Bankruptcy 7034 and 9016, served a subpoena on September 24, 2021 to produce documents upon Stratos Medical Review, LLC, Stratos Medical Review (SMR), LP, and SCR Oldco GP, LLC, in the forms attached hereto.

Stratos Medical Review, LLC, Stratos Medical Review (SMR), LP, and SCR Oldco GP, LLC were requested to produce electronically or at Stamoulis & Weinblatt LLC, 800 N. West

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Street, Third Floor Wilmington, DE 19801, by October 7, 2021 at 5:00 pm Eastern, all documents contained herein in Exhibit 1.

Dated: September 25, 2021

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone:   302 999 1540
Facsimile:   302 762 1688

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*