## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,**<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Joint Administered)<br><br>Hearing Date: October 19, 2021<br>Objection Deadline: October 12, 2021 |

### NOTICE OF MOTION OF "JOHN DOE" TO PERMIT FILING OF PROOF OF CLAIM AFTER BAR DATE

"John Doe" ("Movant") has filed the attached Motion to Permit Filing of Proof of Claim after Bar Date (the "Motion"), which seeks the following relief: authority to file a proof of claim for childhood sexual abuse after the bar date, with such claim to be deemed timely filed.

A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN ON October 19, 2021 AT 10:00 A.M. AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #2, WILMINGTON, DE 19801.

You are required to file a response to the Motion on or before October 12, 2021. At the same time, you must also serve a copy of the response upon Movant's attorney at the address listed below. **FAILURE TO TIMELY FILE AND SERVE A RESPONSE MAY RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

DATED: 9/27/21

/s/ Tiffany Poole
Tiffany Poole (No. 3860)
Poole, Mensinger, Cutrona & Ellsworth-Aults
2710 Centerville Road, Suite 101
Wilmington, DE 19808
Phone: 302-428-0100
Email: tpoole@pmcelaw.com
*Counsel for "John Doe"*