### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Joint Administered) |
| | Hearing Date:<br>Objection Deadline: |

### CERTIFICATE OF SERVICE AND TRANSMISSION OF MOTION OF "JOHN DOE" TO PERMIT FILING OF PROOF OF CLAIM AFTER BAR DATE

I, Tiffany Poole, hereby certify that on September 27, 2021, I did cause to be transmitted true and correct copies of the Motion of "John Doe" to Permit Filing of Proof of Claims after Bar Date (the "Motion") as follows:

(i) Service via CM/ECF on those parties who have registered and become a CM/ECF user in these cases in accordance with Del. Bankr. L.R. 5005-1(c)(ii);

(ii) Transmission in accordance with Del. Bankr. L.R. 9036-1(b) upon counsel to the Debtors, counsel to the Office of the United State Trustee, counsel to the Official Committee of Unsecured Creditors, and Counsel to the Official Committee of Tort Claimants as indicated on the attached service list; and

(iii) Service via First Class Mail in accordance with Fed. R. Bankr. R. 9014 and 7004 and Del. Bankr. L.R. 9006-1(c) upon the parties indicated on the attached service list.

DATED: 9/27/21

/s/ Tiffany Poole
Tiffany Poole (No. 3860)
Poole, Mensinger, Cutrona & Ellsworth-Aults
2710 Centerville Road, Suite 101
Wilmington, DE 19808
Phone: 302-428-0100
Fax: 302-428-0265
Email: tpoole@pmcelaw.com
*Counsel for "John Doe"*

## SERVICE LIST

## VIA FIRST CLASS MAIL

**Boy Scouts of America**
1325 West Walnut Hill Lane
Irving, TX 75038
DALLAS-TX
*Debtors*

## VIA CM/ECF AND MAIL

**White & Case LLP**
Jessica C. Lauria, Esq.
1221 Avenue of the Americas
New York, NY 10020
jessica.lauria@whitecase.com

**White & Case LLP**
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Blair Warner, Esq.
111 South Wacker Drive
Chicago, IL 60606
mandolina@whitecase.com
mlinder@whitecase.com
blair.warner@whitecase.com

**Morris, Nichols, Arsht & Tunnell LLP**
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Eric W. Moats, Esq.
Paige N. Topper, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@morrisnichols.com
aremming@morrisnichols.com
emoats@morrisnichols.com
ptopper@morrisnichols.com

*Counsel to the Debtors*

**Kramer Levin Naftalis & Frankel LLP**
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.

Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
dblabey@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*

**Pachulski Stang Ziehl & Jones LLP**
James I. Stang, Esq.
John A. Morris, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
Robert B. Orgel
Ilan D. Scharf
919 North Marker Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
jstang@pszjlaw.com
jmorris@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com
rorgel@pszjlaw.com
ischarf@pszjlaw.com

*Counsel for the Official Committee of Tort Claimants*

**Office of the United States Trustee**
David L. Buchbinder, Esq.
Hannah M. McCollum, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
David.l.buchbinder@usdoj.gov
Hannah.mccollum@usdoj.gov

*Counsel to the Office of the United States Trustee*