# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Hearing Date: September 28, 2021 at 10:00 a.m. (ET)** |

# CERTAIN EXCESS INSURERS'
# REVISED PROPOSED CONFIRMATION SCHEDULE

Certain Excess Insurers listed in the signature blocks below (collectively, the "Insurers") hereby submit a revised proposed confirmation schedule (the "Insurers' Revised Proposed Schedule") for the Court's consideration.

During the September 23 session of the disclosure statement hearing, the Court encouraged the parties to reconsider scheduling issues over the break between last week's hearings and the resumption of the hearing tomorrow, September 28. The Court commented that the confirmation hearing would not be starting on December 9 as proposed by Debtors, nor would it be starting 217 days after approval of the disclosure statement either.[2]

The Insurers have done as the Court requested, and hereby propose a revised, shortened schedule for the Court's consideration. The Insurers shared this revised schedule with Debtors before filing this document; Debtors advised that they do not agree to this revised schedule. The Insurers' Revised Proposed Schedule is as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Transcript of September 23, 2021 Hearing at 215:9-18.

| Event | Insurers' previous proposal | Insurers' revised proposal[3] |
|---|---|---|
| Deadline to serve initial written discovery | 10 days after approval of Disclosure Statement | 7 days after approval of Disclosure Statement |
| Deadline to serve responses and objections to initial written discovery | 30 days after approval of Disclosure Statement | 21 days after approval of Disclosure Statement |
| Document production in response to initial discovery substantially complete | 45 days after approval of Disclosure Statement | 42 days after approval of Disclosure Statement |
| Final voting report deadline | 60 days after approval of Disclosure Statement | 65 days after approval of Disclosure Statement |
| Deadline to depose fact witnesses; fact discovery cutoff (absent agreement of the parties or an order by the Court based on good cause shown) | 105 days after approval of Disclosure Statement | 75 days after approval of Disclosure Statement |
| Initial expert reports due | 120 days after approval of Disclosure Statement | 90 days after approval of Disclosure Statement |
| Rebuttal expert reports due | 145 days after approval of Disclosure Statement | 115 days after approval of Disclosure Statement |
| Deadline to depose expert witnesses | 165 days after approval of Disclosure Statement | 135 days after approval of Disclosure Statement |
| Deadline to exchange deposition designations | 175 days after approval of Disclosure Statement | 140 days after approval of Disclosure Statement |
| Deadline to exchange counter-designations and objections to deposition designations | 185 days after approval of Disclosure Statement | 145 days after approval of Disclosure Statement |
| Deadline for motions in limine | 195 days after approval of Disclosure Statement | 160 days after approval of Disclosure Statement |
| Plan objection deadline | 200 days after approval of Disclosure Statement | 165 days after approval of Disclosure Statement |
| Deadline to submit pretrial order, witness and exhibit lists, oppositions to motions in limine, and objections to deposition counter-designations | 205 days after approval of Disclosure Statement | 170 days after approval of Disclosure Statement |
| Confirmation brief/Plan | 207 days after approval of | 172 days after approval of |

---

[3] Some adjustments to these dates may be required to avoid weekends, holidays, etc.

| Event | Insurers' previous proposal | Insurers' revised proposal[3] |
|---|---|---|
| reply deadline | Disclosure Statement | Disclosure Statement |
| Final pretrial conference | 210 days after approval of Disclosure Statement | 175 days after approval of Disclosure Statement |
| Confirmation hearing | No sooner than 7 days after the final pretrial conference | No sooner than 7 days after the final pretrial conference |

During the September 23 hearing, this Court noted the complexities of this case, stating that "every party has acknowledged that this is one of, if not the, most complex cases that they've probably dealt with in their bankruptcy careers, as it brings together many issues, many challenging issues, each one of which on their own would make any case complex."[4] Notwithstanding these complexities, Debtors' proposed schedule (Dkt. No. 6320) is unrealistic and unworkable because it compresses all discovery into too short a period, does not allow sufficient time for expert work and other necessary tasks, and sets a confirmation hearing in just over two months after approval of the Disclosure Statement, before votes on the Plan would even be tabulated.

In the Plan, Debtors seek unnecessary findings from this Court (essentially the equivalent of a litigated judgment) that, among other things, the Settlement Trustee's future determinations of over 82,000 abuse claims based on the criteria in the Trust Distribution Procedures are fair, reasonable, and in good faith.[5] Debtors' apparent goal is to preclude insurers from arguing that any future determination or action by the Settlement Trust or Settlement Trustee is a basis to limit or deny insurance coverage. In essence, Debtors want to

---

[4] Transcript of September 23, 2021 Hearing at 216:14-19.

[5] *See* Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (Dkt. No. 6212) at Art. IX(A)(3)(j), (q), (r), (s), and (t) (pp. 102-104 of 495).

use the confirmation hearing as a tool to pre-litigate the coverage implications of future decisions by a Settlement Trustee, who has not yet been appointed, regarding claims that have not yet been developed. Debtors, having elected to pursue such extraordinary findings, which improperly seek to impair the insurers' rights under their policies, cannot seek to deny the Insurers adequate time to fully develop the record to present to the Court at confirmation – particularly since key requested findings are, under the Plan, expressly dependent "on the evidentiary record offered to the Bankruptcy Court."[6] The broad scope of the requested findings drives the need for broad discovery.

The Insurers intend to argue in favor of the above schedule at the September 28 hearing. At that time, the Insurers' counsel will explain, in much greater detail, why Debtors' schedule is unreasonable and why Insurers' Revised Proposed Schedule is the absolute minimum amount of time that could possibly be sufficient given the complexities of this case, the announced intention of Debtors and others to seek entry of the extraordinary findings noted above, and the Court's statement that "we're going to balance, clearly the due process rights of all parties against what's necessary in this case."[7] For now, the Insurers just wanted to provide the Court and other parties with a copy of this proposed revised schedule in advance.

DATED: September 27, 2021    Respectfully submitted,

*/s/ Robert D. Cecil, Jr.*
Robert D. Cecil, Jr. (No. 5317)
TYBOUT, REDFEARN & PELL
501 Carr Road, Suite 300

---

[6] *Id.* at Art. IX(A)(3)(r). *See In re Garlock Sealing Technologies, LLC*, 504 B.R. 71, 74-85 (Bankr. W.D.N.C. 2014) (allowing for almost two years of discovery in a mesothelioma estimation proceeding).

[7] Transcript of September 23, 2021 Hearing at 229:16-17.

Wilmington, Delaware 19899-2092
Phone: (302) 658-6901
E-mail: rcecil@trplaw.com

Mark D. Plevin (admitted *pro hac vice*)
Kevin D. Cacabelos (admitted *pro hac vice*)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
E-mail: mplevin@crowell.com,
kcacabelos@crowell.com

Clifford J. Zatz (admitted *pro hac vice*)
Tacie H. Yoon (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
E-mail: czatz@crowell.com, tyoon@crowell.com,
rjankowski@crowell.com

Attorneys for American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company


David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, Delaware 19899-1709
Phone: (302) 777-6500

Harris B. Winsberg (admitted pro hac vice)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308-2216
Phone: (404) 885-3000

- and -

Margaret H. Warner (admitted pro hac vice)
Ryan S. Smethurst (admitted pro hac vice)
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Phone: (202) 756-8228

Attorneys for Allianz Global Risks US Insurance Company

David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, Delaware 19899-1709
Phone: (302) 777-6500

Harris B. Winsberg (admitted pro hac vice)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308-2216
Phone: (404) 885-3000

Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
BRADLEY RILEY JACOBS PC
500 West Madison Street, Suite 1000
Chicago, Illinois 60661
Telephone: (312) 281-0295

Attorneys for National Surety Corporation and Interstate Fire & Casualty Company


Deirdre M. Richards (DE Bar No. 4191)
FINEMAN KREKSTEIN & HARRIS PC
1300 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 538-8331
Email: drichards@finemanlawfirm.com

- and -

Susan N.K. Gummow (admitted *pro hac vice*)
FORAN GLENNON PALANDECH PONZI
   & RUDLOFF P.C.
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Email: sgummow@fgppr.com

Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

Matthew G. Bouslog (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-3800
Email: mbouslog@gibsondunn.com

Attorneys for the AIG Companies

Maria Aprile Sawczuk (DE #3320)
GOLDSTEIN & MCCLINTOCK LLLP
501 Silverside Road
Wilmington, Delaware 19809
Phone: (302) 444-6710
E-mail: marias@goldmclaw.com

Laura McNally
Emily Stone
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, Ilinois 60654
Phone: (312) 464-3155
E-mail: lmcnally@loeb.com,
estone@loeb.com

Attorneys for The Continental Insurance
Company and Columbia Casualty Company

Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
E-mail: summersm@ballardspahr.com,
mcclambc@ballardpshar.com

Harry Lee*
John O'Connor*
Brett Grindrod*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 429-8078
Facsimile: (202) 429-3902
E-mail: hlee@steptoe.com,
joconnor@steptoe.com,
bgrindrod@steptoe.com
(*Admitted *pro hac vice*)

Attorneys for Clarendon America Insurance Company, Maryland Casualty Company, Maryland American General Group, American General Fire & Casualty Company

Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 501
P.O. Box 410
Wilmington, Delaware 19899
Phone: (302) 652-8400
E-mail: kmiller@skjlaw.com

Gary P. Seligman (admitted *pro hac vice*)
Ashley L. Criss (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
Phone: (202) 719-7000
E-mail: gseligman@wiley.law,
acriss@wiley.law

Attorneys for General Star Indemnity Company

Michael J. Joyce (No. 4563)
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, Delaware  19801
Phone:  (302) 388-1944
E-mail:  mjoyce@mjlawoffices.com

Kevin Coughlin (admitted *pro hac vice*)
Lorraine Armenti (admitted *pro hac vice*)
Michael Hrinewski (admitted *pro hac vice*)
COUGHLIN MIDLIDGE & GARLAND LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, New Jersey  07962
Phone:  (973) 267-0058
E-mail:  larmenti@cmg.law, mhrinewski@cmg.law

Britton C. Lewis, Esquire (*Pro Hac Vice*)
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth St.
P.O. Box 540
Greensboro, North Carolina  27401
Phone:  (336) 478-1146
E-mail:  bcl@crlaw.com

Attorneys for Arrowood Indemnity Company


Louis J. Rizzo, Jr. (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware  19803
Phone:  (302) 477-7100
Email:  lrizzo@regerlaw.com

Attorneys for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company

906214425.03