# EXHIBIT A

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | Ref. Docket No. _____ |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF TORT
CLAIMANTS PURSUANT TO BANKRUPTCY RULE 3013 TO CLASSIFY
CLAIMS UNDER THE FIFTH AMENDED JOINT CHAPTER 11
PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC, UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion") of the Official Committee of Tort Claimants (the "TCC")

to Boy Scouts of America ("BSA") and Delaware BSA, LLC, the non-profit corporations that are

debtors and debtors in possession in the above-captioned chapter 11 cases (together, the

"Debtors"), for entry of an order, pursuant to Federal Rule of Bankruptcy Procedure 3013,

directing the separate classification of certain Direct Abuse Claims as more fully set forth in the

Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein

pursuant to 28 § 1334(b), and the *Amended Standing Order of Reference* from the United States

District Court for the District of Delaware, dated February 29, 2012; and consideration of the

Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and

venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper

notice of the Motion having been provided, and it appearing that no other or further notice need be

provided; and this Court having held a hearing to consider the relief requested in the Motion and

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

other related issues; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is granted as set forth herein.

2.      The Plan's classification of Direct Abuse Claims held by Electing Abuse Claimants ("Electing Abuse Claims") and Direct Abuse Claims held by Non-Electing Abuse Claimants ("Non-Electing Abuse Claims") in Class 8 is impermissible.

3.      The Debtors are directed, pursuant to Bankruptcy Rule 3013, to separately classify Electing Abuse Claims and Non-Electing Abuse Claims in the Plan.

4.      The Debtors are directed to include on any Ballot sent to Direct Abuse Claimants an election concerning whether such Direct Abuse Claimant voluntarily agrees to receive an Expedited Distribution.

5.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

DOCS_DE:236235.4 85353/002