# **EXHIBIT B**

```
 1                    UNITED STATES BANKRUPTCY COURT
                          DISTRICT OF DELAWARE
 2
                                       .  Chapter 11
 3   IN RE:                            .
                                       .  Case No. 20-10343 (LSS)
 4   BOY SCOUTS OF AMERICA AND         .
     DELAWARE BSA, LLC,                .
 5                                     .
                                       .  Courtroom No. 2
 6                                     .  824 North Market Street
                                       .  Wilmington, Delaware 19801
 7                                     .
                      Debtors.         .  September 23, 2021
 8   . . . . . . . . . . . . . . . . . .  1:00 P.M.

 9        TRANSCRIPT OF TELEPHONIC DISCLOSURE STATEMENT HEARING
            BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN
10                   UNITED STATES BANKRUPTCY JUDGE

11   TELEPHONIC APPEARANCES:

12   For the Debtor:        Derek Abbott, Esquire
                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP
13                          1201 North Market Street, 16th Floor
                            Wilmington, Delaware 19899
14
15                          - and -

16                          Jessica C. Lauria, Esquire
                            WHITE & CASE LLP
17                          1221 Avenue of the Americas
                            New York, New York 10020
18

19
     Audio Operator:        Brandon J. McCarthy, ECRO
20
     Transcription Company: Reliable
21                          1007 N. Orange Street
                            Wilmington, Delaware 19801
22                          (302)654-8080
                            Email:  gmatthews@reliable-co.com
23

24   Proceedings recorded by electronic sound recording; transcript
     produced by transcription service.
25
```

```
                                                   Page 56
 1   be the personal guarantor that every client has chosen
 2   the right lawyer and that every lawyer is respecting
 3   their professional obligations is something that I
 4   said probably at other points in this case and
 5   certainly in other cases that there are state law
 6   rules, there are disciplinary council, there's all
 7   kind of structures surrounding that.
 8             So I have to give this some thought.  I
 9   think we've talked about this as much as we can.
10   Let's move on, see what other issues we have, and I
11   will be giving all of this some thought, but I, of
12   course, appreciate what I'm hearing on this call,
13   which is that each individual survivor's vote needs to
14   be appropriately reflected in a ballot, counted
15   appropriately.
16             And what I'm going to be giving thought to,
17   and I'm sure it's going to come up in other aspects of
18   this, is can we take a vote so that at confirmation,
19   challenges of whatever nature people want to raise,
20   there's an ability to do so and have a vote that we
21   can look at to apply those challenges to.  So that's
22   what I'm trying to think about, as well, as we go
23   through this process.
24             For example, there is challenge to the
25   $3,500 expedited distribution and questions about
```

```
                                                        Page 57
 1   whether that is going to sway the vote and whether it
 2   should.  Well, we're going to know the answer to that
 3   question when we get the vote and whether the votes of
 4   the survivors who choose the $3,500 distribution swing
 5   the class.  We'll know that.  There are things we can
 6   know once we see the vote and who's voted.
 7            There may be -- and that's what I'm thinking
 8   about.  Is there a way that at confirmation, if people
 9   are going to challenge the vote, that we have the
10   information necessary to answer the questions that
11   will arise?  So I'm thinking about that, as well, in
12   connection with how the vote goes out and the
13   information that we ask for in the ballot.
14            I'm going to go back to Mr. O'Neill.
15            MR. O'NEILL:  Thank you, Your Honor.  And we
16   agree with much of what you said, and you'll hear me
17   actually iterate that, I think, throughout this
18   discussion.  You know, there are a lot of things that
19   people have raised that we just don't believe are a
20   today issue or are a front-end solicitation issue.  It
21   might well be a back-end issue with the voting report
22   or, you know, a matter of slicing and dicing the
23   information in connection with confirmation
24   objections.
25            We think we are position to do that at that
```