## **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND <br> DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered <br><br> **RE:  DOCKET NO.** |

**ORDER FIXING HEARING DATE AND SHORTENING TIME**
**REGARDING MOTION OF THE OFFICIAL COMMITTEE OF TORT**
**CLAIMANTS PURSUANT TO BANKRUPTCY RULE 3013 TO CLASSIFY**
**CLAIMS UNDER THE FIFTH AMENDED JOINT CHAPTER 11**
**PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND**
**DELAWARE BSA, LLC, UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Upon consideration of the motion (the "Motion to Shorten")[2] filed by the Official Committee of Tort Claimant Creditors (the "TCC"), for entry of an order (this "Order") scheduling an expedited hearing on, and shortening the notice period of, the *Motion of the Official Committee of Tort Claimants Pursuant to Bankruptcy Rule 3013 to Classify Claims Under the Fifth Amended Joint Chapter 11 Plan of Reorganization for Boy Scouts of America And Delaware BSA, LLC, Under Chapter 11 of the Bankruptcy Code* (the "Motion"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

Court having found that notice of the Motion to Shorten was appropriate and no other notice need be provided; and this Court having reviewed the Motion to Shorten and having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The hearing on the Motion will be scheduled for September 28, 2021, at 10:00 a.m. (Eastern Time) (the "Hearing").

3. Any objections or responses to the Motion must be made at the Hearing.

4. Immediately after the entry of this Order, the TCC shall serve a copy of this Order and a notice for the Hearing on the Motion on the Notice Parties in the manner described in the Motion to Shorten.