**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **RE: D.I. 6194** |

**CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTH MONTHLY APPLICATION OF WHITE & CASE LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2021 TO AND INCLUDING MAY 31, 2021**

The undersigned hereby certifies that, pursuant to the notice of the **Eighth Monthly Application of White & Case LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2021 to and Including May 31, 2021** [D.I. 6194] (the "Application"), filed on September 10, 2021, objections to the Application were to be filed and served no later than September 24, 2021 at 4:00 p.m. (Eastern Time) (the "Objection Deadline").

Prior to the Objection Deadline, White & Case received informal comments to the Application from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"). White & Case has resolved the U.S. Trustee's informal comments by providing the U.S. Trustee with the requested information. Besides the informal comments from the U.S. Trustee, White & Case has received no other objection, response, or comments, and no objection or other responsive pleading to the Application appears on the Court's docket.

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further Court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $2,973,925.50 | $23,051.59 | $2,379,140.40 | $2,402,191.99 |

WHEREFORE, White & Case respectfully requests that the Application be approved.

Dated: September 27, 2021
New York, New York

**WHITE & CASE LLP**

*/s/ Jessica C. Lauria*
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
 mlinder@whitecase.com
 laura.baccash@whitecase.com
 blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION