**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ---------------------------------------------------- X | : | |
| In re: | : | Chapter 11 |
| | : | |
| Boy Scouts of America and | : | Case No. 20-10343 (LSS) |
| Delaware BSA, LLC,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | **Objection Deadline: October 11, 2021 at 4:00 pm (ET)** |
| | : | **Hearing Date: Only if Objections are Filed** |
| ---------------------------------------------------- X | | |

**SUMMARY COVER SHEET TO THE EIGHTEENTH MONTHLY FEE APPLICATION
OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| | |
|---|---|
| Name of Applicant: | Kramer Levin Naftalis & Frankel LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to March 4, 2020 |
| Period for which compensation and reimbursement is sought: | August 1, 2021 through August 31, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $139,297.50 (80% of which is $111,438.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $111.56 |

This is a: **X** monthly      ___ interim      ___ final application.

**Prior Applications: Yes.**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

**Prior Statements:**

| Date Filed/ Docket No. | Filing Period | Requested | | Approved | | Court Order/ CNO Filed |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 6/9/2020 D.I. 813 | 3/4/2020 - 3/31/2020 | $581,149.50 | $13,885.41 | $464,919.60 | $13,885.41 | D.I. 892 |
| 6/24/2020 D.I. 899 | 4/1/2020 - 4/30/2020 | $501,179.00 | $13,507.13 | $400,943.20 | $13,507.13 | D.I. 1000 |
| 7/27/2020 D.I. 1048 | 5/1/2020 - 5/31/2020 | $447,050.00 | $7,289.52 | $357,640.00 | $7,289.52 | D.I. 1097 |
| 8/21/2020 D.I. 1134 | 6/1/2020 - 6/30/2020 | $508,293.50 | $12,667.35 | $406,634.80 | $12,667.35 | D.I. 1317 |
| 9/1/2020 D.I. 1212 | 7/1/2020 - 7/31/2020 | $371,567.00 | $4,527.33 | $297,253.60 | $4,527.33 | D.I. 1332 |
| 10/15/2020 D.I. 1526 | 8/1/2020 - 8/31/2020 | $429,082.00 | $5,920.52 | $343,265.60 | $5,920.52 | D.I. 1607 |
| 10/30/2020 D.I. 1610 | 9/1/2020 - 9/30/2020 | $253,297.00 | $1,372.19 | $202,637.60 | $1,372.19 | D.I. 1690 |
| 11/25/2020 D.I. 1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | D.I. 1856 |
| 2/9/2021 D.I. 2123 | 11/1/2020 - 11/30/2020 | $215,956.00 | $1,218.41 | $172,764.80 | $1,218.41 | D.I. 2263 |
| 3/30/2021 D.I. 2486 | 12/1/2020 - 12/31/2020 | $130,991.00 | $442.89 | $104,792.80 | $442.89 | D.I. 2602 |
| 4/2/2021 D.I. 2528 | 1/1/2021 - 1/31/2021 | $265,561.00 | $2,091.59 | $212,448.80 | $2,091.59 | D.I. 2634 |
| 5/5/2021 D.I. 3145 | 2/1/2021 - 2/28/2021 | $213,649.50 | $1,648.44 | $170,919.60 | $1,648.44 | D.I. 4710 |
| 5/20/2021 D.I. 3152 | 3/1/2021 - 3/31/2021 | $125,688.50 | $162.39 | $100,550.80 | $162.39 | D.I. 4711 |
| 06/03/2021 D.I. 5220 | 4/1/2021- 4/30/2021 | $101,480.00 | $325.59 | $81,184.00 | $325.59 | D.I. 5380 |
| 8/12/2021 D.I. 5981 | 5/1/2021- 5/31/2021 | $108,763.50 | $133.83 | $87,010.80 | $133.83 | D.I. 6132 |
| 08/12/2021 D.I. 5985 | 6/1/2021- 6/30/2021 | $83,623.00 | $221.73 | $66,898.40 | $221.73 | D.I. 6134 |
| 08/31/2021 D.I. 6142 | 7/1/2021- 7/31/2021 | $121,352.50 | $6,610.50 | $97,082.80 | $6,610.50 | D.I. 6270 |
| **SUBTOTAL** | | **$4,714,344.50** | **$72,024.82** | **$3,771,476.40** | **$72,024.82** | |
| First and Second Interim Reduction[2] | | ($39,270.50) | ($807.49) | ($39,270.50) | ($807.49) | |
| Third Interim Reduction[3] | | ($13,229.75) | $0.00 | ($13,229.75) | $0.00 | |
| Fourth Interim Reduction[4] | | ($12,209.00) | $0.00 | ($12,209.00) | $0.00 | |
| **TOTAL** | | **$4,649,635.25** | **$71,217.33** | **$3,706,767.15** | **$71,217.33** | |

---

[2] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $39,270.50 in fees and $807.49 in expenses during the First and Second Interim Application Periods.

[3] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $13,229.75 in fees during the Third Interim Application Period.

[4] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $12,209.00 in fees during the Fourth Interim Application Period.

KL2 3250566.2

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**SUMMARY OF BILLING BY PROFESSIONAL**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation[6] |
|---|---|---|---|---|---|
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,130.00 | 29.80 | $33,674.00 |
| Sharret, Jennifer | 2008 (NY; NJ) | **Special Counsel** Creditors' Rights (Since 2018) | $1,105.00 | 1.90 | $2,099.50 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $950.00 | 39.90 | $37,905.00 |
| Nowicki, Adam | 2021 | **Associate** Creditors' Rights (Since 2021) | $615.00 | 81.80 | $50,307.00 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $440.00 | 34.80 | $15,312.00 |
| **TOTAL** | | | | **188.20** | **$139,297.50** |

**Blended Rate:  $740.16**

---

[5] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2021).

[6] Kramer Levin voluntarily reduced its fees by $8,415.50 and expenses by $182.50 during the Application Period.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY
AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Project Category | Total Hours | Total Fees[7] |
|---|---|---|
| Case Administration (00001) | 2.00 | $880.00 |
| Committee Meetings and Communications (00002) | 43.10 | $30,049.00 |
| Plan/Disclosure Statement Issues (00007) | 3.10 | $2,627.00 |
| Creditor Communications (00011) | 0.20 | $123.00 |
| Fee Statements and Applications (00017) | 52.90 | $29,053.00 |
| Committee Investigation (00020) | 2.30 | $1,012.00 |
| Hearings and Court Matters (00021) | 79.80 | $71,746.00 |
| Professional Retention (00025) | 4.08 | $3,805.50 |
| **TOTAL** | **188.20** | **$139,297.50** |

---

[7] Total compensation requested reflects a voluntary reduction of $8,415.50 in fees.

KL2 3250566.2

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses [8] |
|---|---|---|
| Telecommunication Charges | LoopUp | $111.56 |
| **TOTAL** | | **$111.56** |

---

[8] Kramer Levin reduced its expenses by $182.50 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

KL2 3250566.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X

                           :

In re:                         :    Chapter 11

                         :

Boy Scouts of America and    :    Case No. 20-10343 (LSS)

Delaware BSA, LLC,[9]         :

                         :    (Jointly Administered)

                Debtors.    :    **Objection Deadline: October 11, 2021 at 4:00 pm**

                         :    **(ET)**

                         :    **Hearing Date: Only if Objections are Filed**

---------------------------------------------------------- X

**EIGHTEENTH MONTHLY FEE APPLICATION OF
KRAMER LEVIN NAFTALIS & FRANKEL LLP,
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
<u>AUGUST 1, 2021 THROUGH AUGUST 31, 2021</u>**

      Kramer Levin Naftalis & Frankel (the "**<u>Applicant</u>**" or "**<u>Kramer Levin</u>**"), counsel to the

Official Committee of Unsecured Creditors (the "**<u>Creditors' Committee</u>**") of Boy Scouts of America

and Delaware BSA, LLC and its affiliated debtors and debtors-in-possession (collectively, the

"**<u>Debtors</u>**") in the above-captioned chapter 11 cases, hereby applies, pursuant to (i) sections 330 and

331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**<u>Bankruptcy Code</u>**"), (ii) Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "**<u>Bankruptcy Rules</u>**"), (iii) Rule 2016-2 of

the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "**<u>Local Rules</u>**"), (iv) the *Order Establishing Procedures for Interim

Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 341] (the

"**<u>Interim Compensation Order</u>**"), (v) the *Order Amending the Order Approving Procedures For*

---

[9] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

KL2 3250566.2

*Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense Reimbursement for Official Committee Members* [Docket No. 5899] (the "**Amended Interim Compensation Order**," and together with the Interim Compensation Order, the "**Interim Compensation Orders**"),[10] and (vi) the *Order Appointing Fee Examiner and Establishing Related Procedures of the Review of Applications of Retained Professionals* [Docket No. 1342] (the "**Fee Examiner Order**"),for allowance of compensation for services rendered and reimbursement of expenses for the period from August 1, 2021 through August 31, 2021 (the "**Application Period**"), and respectfully represents as follows:

## JURISDICTION AND VENUE

1.       The Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.       The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.  Such relief also is warranted under Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

**A.    The Chapter 11 Cases**

3.       On February 18, 2020 (the "**Petition Date**"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

4.       On March 5, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") filed the Notice of Appointment of Committee of Unsecured Trade Creditors [Docket No. 141].  The Creditors' Committee consists of: (i) Pension Benefit Guaranty Corporation (the

---

[10] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Order or the Amended Interim Compensation Order, as applicable.

"**PBGC**"), (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson

Education, Inc. and (v) Lion Brothers Company, Inc.

5.      On September 18, 2020, the Court entered the Fee Examiner Order appointing

Rucki Fee Review, LLC as the Fee Examiner (the "**Fee Examiner**") to provide assistance to the

Court related to professional fee and expense analysis and review.

**B.      The Retention of Kramer Levin**

6.      On April 23, 2020, the Creditors' Committee applied to the Court for an order

authorizing it to retain and employ Kramer Levin as its counsel, *nunc pro tunc* to March 4, 2020

[Docket No. 481].  On May 11, 2020, the Court entered an order authorizing such retention [Docket

No. 607].

**C.      The Interim Compensation Orders and the Fee Examiner Order**

7.      The Interim Compensation Orders and the Fee Examiner Order (together, the "**Fee**

**Orders**") set forth the procedures for interim compensation and reimbursement of expenses in

these Chapter 11 Cases.  Specifically, the Fee Orders provide that a Professional may file no earlier

than the fifteenth (15th) day of each month following the month for which compensation is sought,

provide to the Fee Examiner, and serve a monthly application for interim allowance of

compensation for services rendered and reimbursement of expenses incurred, together with the

applicable time entries and itemized expenses (the "**Monthly Fee Application**") on the Notice

Parties.  Provided that there are no objections to the Monthly Fee Application filed within fourteen

(14) days after the service of a Monthly Fee Application, the Professional may file a certificate of

no objection with the Court, after which the Debtors are authorized and directed to pay such

Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses

requested in such Monthly Fee Application.  If an objection to the Monthly Fee Application is

filed, then the Debtors are authorized to pay 80% of the fees and 100% of the expenses not subject

3

to an objection.  Pursuant to the Fee Orders, payment of the 20% holdback amount will be payable

upon the Court's authorization of a final fee application (the "**Final Fee Application**").

**RELIEF REQUESTED**

8.      Pursuant to the Fee Orders and section 331 of the Bankruptcy Code, Kramer Levin

is seeking compensation in the amount of $111,438.00 which is equal to eighty percent (80%) of

the $139,297.50 in fees for professional services rendered by Kramer Levin during the Application

Period.  This amount is derived solely from the applicable hourly billing rates of Kramer Levin's

personnel who rendered such services to the Creditors' Committee.  In addition, Kramer Levin is

seeking reimbursement of expenses incurred during the Application Period in the amount of

$111.56.

**A.      Compensation Requested**

9.      Attached hereto as Exhibit A is a detailed itemization, by project category, of all

services performed by Kramer Levin with respect to the Chapter 11 Cases during the Application

Period.  This detailed itemization complies with Del. Bankr. L.R. 2016-2(d) in that each time entry

contains a separate time allotment, a description of the type of activity and the subject matter of

the activity, all time is billed in increments of one-tenth of an hour, time entries are presented

chronologically in categories, and all meetings or hearings are individually identified.

10.      The attorneys and paraprofessionals who rendered services related to each category

are identified in Exhibit A, along with the number of hours for each individual and the total

compensation sought for each category.

**B.      Expense Reimbursement**

11.      Kramer Levin incurred out-of-pocket expenses during the Application Period in the

amount of $111.56. Attached hereto as Exhibit B is a description of the expenses actually incurred

by Kramer Levin in the performance of services rendered as counsel to the Creditors' Committee.

4

The expenses are broken down into categories of charges, including among other things, the following charges: photocopying, scanning and printing, telecopy, filing fees, messenger service, outside printing, computerized legal research, and other non-ordinary expenses.[11]

### ANALYSIS AND NARRATIVE DESCRIPTION OF SERVICES RENDERED AND TIME EXPENDED

12.      Kramer Levin sets forth a brief narrative description of the services rendered, for or on behalf of the Creditors' Committee, and the time expended, organized by billing task categories, as follows:

**A.      Case Administration**
**Kramer Levin Billing Code: 1**
**(Fees: $880.00 / Hours Billed: 2.00)**

13.      During the Application Period, Kramer Levin conducted various administrative tasks, including, *inter alia*: (i) preparing materials for internal distribution; (ii) obtaining filed pleadings and maintaining case folders of the same; and (iii) routine communications and correspondences.

**B.      Committee Meetings and Communications**
**Kramer Levin Billing Code: 2**
**(Fees: $30,049.50 / Hours Billed: 43.10)**

14.      During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) preparing for and leading weekly conference calls with the Creditors' Committee and its professionals to discuss all pending case matters; (ii) maintaining meeting minutes; (iii) communicating with individual Creditors' Committee members and their advisors; and (iv) providing the Creditors' Committee with near-daily update emails regarding

---

[11] In accordance with Del. Bankr. L.R. 2016-2(e)(iii), Kramer Levin does not charge more than $0.10 per page for photocopies.

recently filed pleadings, case issues and negotiations, and other items relevant to the Chapter 11 Cases.

**C.    Plan/Disclosure Statement Issues**
**Kramer Levin Billing Code: 7**
**(Fees: $2,627.50 / Hours Billed:  3.10)**

15.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) reviewing and analyzing various provisions of the Debtors' proposed plan of reorganization and disclosure statement, and the RSA motion; (ii) revising a draft "Frequently Asked Questions" document for certain general unsecured creditors regarding the Debtors' proposed plan of reorganization; (iii) revising a draft UCC letter in support of the Debtors' disclosure statement; and (iv) communicating internally and with case professionals regarding plan and disclosure statement issues.

**D.    Creditor Communications**
**Kramer Levin Billing Code: 11**
**(Fees: $123.00 / Hours Billed:  0.20)**

16.    During the Application Period, Kramer Levin communication with non-Committee member general unsecured creditors regarding certain case issues.

**E.    Fee Statements and Applications**
**Kramer Levin Billing Code: 17**
**(Fees: $29,053.50 / Hours Billed: 52.90)**

17.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) ensuring that its applications for compensation submitted in these Chapter 11 Cases complied in all respects with local rules and the U.S. Trustee Guidelines; (ii) ensuring that confidentiality and privilege remained intact in the descriptions of work conducted; (iii) reviewing the fee examiner report and preparing Kramer Levin's response to the same; and (iv) coordinating the filing of Committee professionals' fee statements.

**F.**     **Committee Investigation**
         **Kramer Levin Billing Code: 20**
         **(Fees: $1,012.00 / Hours Billed: 2.30)**

18.     During the Application Period, Kramer Levin services performed in connection

with this category relate to organizing and reviewing data room documents.

**G.**     **Hearing and Court Matters**
         **Kramer Levin Billing Code: 21**
         **(Fees: $71,746.50 / Hours Billed: 79.80)**

19.     During the Application Period, Kramer Levin services performed in connection

with this category relate to, *inter alia*: (i) preparing for and attending the RSA motion hearings;

(ii) preparing for and attending the August 18 bench ruling on the RSA motion; and (iii) preparing

for and attending the August 30 discovery status conference.

**H.**     **Professional Retention**
         **Kramer Levin Billing Code: 25**
         **(Fees: $3,805.50 / Hours Billed: 4.80)**

20.     During the Application Period, Kramer Levin services performed in connection

with this category relate to, *inter alia*, (i) revising a draft second supplemental declaration

disclosing additional connections to certain parties-in-interest; and (ii) communicating internally

and with case professionals concerning the draft supplemental declaration and parties-in-interest

list.

## VALUATION OF SERVICES

21.     Attorneys and paraprofessionals of Kramer Levin have expended a total of 188.20

hours in connection with this matter during the Application Period.

22.     The amount of time spent by each of the professionals providing services to the

Creditors' Committee for the Application Period is set forth in Exhibit A.  The rates are Kramer

Levin's normal hourly rates of compensation for work of this character.  The reasonable value of

7

the services rendered by Kramer Levin for the Application Period as counsel for the Creditors' Committee in these Chapter 11 Cases is $139,297.50.

23.     Kramer Levin believes that the time entries included in <u>Exhibit A</u> attached hereto and the expense breakdown set forth in <u>Exhibit B</u> attached hereto are in compliance with the requirements of Local Rule 2016-2.

24.     In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

<u>NOTICE</u>

25.     Applicant will provide notice of this Application to: (i) the Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii) counsel to the Debtors, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Jessica C. Lauria, and White & Case, LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Matthew E. Linder and Michael C. Andolina; (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott; (iv) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David L. Buchbinder and Hannah M. McCollum; (v) counsel to the TCC, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James F. O'Neill; (vi) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron; (vii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason and

Joseph C. Celentino; (viii) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and Kristian W. Gluck; (ix) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump; and (x) the Fee Examiner, Justin H. Rucki, Rucki Fee Review, LLC, 1111 Windon Drive, Wilmington, DE 19803.  In light of the nature of the relief requested, Kramer Levin submits that no other or further notice is required.

## NO PRIOR REQUEST

26.    No prior request for the relief sought in the Application has been made to this or any other court.

## CERTIFICATE OF COMPLIANCE AND WAIVER

27.    The undersigned representative of Kramer Levin certifies that she has reviewed the requirements of Local Rule 2016-2, and that the Application substantially complies with that Local Rule.  To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, Kramer Levin believes that such deviations are not material and respectfully requests that any such requirements be waived.  A true and correct copy of the Verification of Rachael L. Ringer is attached hereto as Exhibit C.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

9

## <u>CONCLUSION</u>

**WHEREFORE**, Kramer Levin respectfully requests that the Court enter an Order: (i) granting the Application and authorizing (a) allowance of compensation in the amount of $111,438.00 (80% of $139,297.50) for professional services rendered and (b) reimbursement for actual and necessary costs in the amount of $111.56 (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated:  September 27, 2021

*/s/ Rachael Ringer*
**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
KRAMER LEVIN NAFTALIS
   & FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of
Unsecured Creditors*

10

EXHIBIT A

Compensation Summary

## EXHIBIT A

## BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 1, 2021 THROUGH AUGUST 31, 2021

| Project Category | Total Hours | Total Fees[12] |
|---|---|---|
| Case Administration (00001) | 2.00 | $880.00 |
| Committee Meetings and Communications (00002) | 43.10 | $30,049.00 |
| Plan/Disclosure Statement Issues (00007) | 3.10 | $2,627.00 |
| Creditor Communications (00011) | 0.20 | $123.00 |
| Fee Statements and Applications (00017) | 52.90 | $29,053.00 |
| Committee Investigation (00020) | 2.30 | $1,012.00 |
| Hearings and Court Matters (00021) | 79.80 | $71,746.00 |
| Professional Retention (00025) | 4.80 | $3,805.50 |
| **TOTAL** | **188.20** | **$139,297.50** |

---

[12] Total compensation requested reflects a voluntary reduction of $8,415.50 in fees.

2

# Kramer Levin



September 27, 2021

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 833003
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through August 31, 2021.**

| | |
|---|---:|
| Fees | $139,297.50 |
| Disbursements and Other Charges | 111.56 |
| **TOTAL BALANCE DUE** | **$139,409.06** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



September 27, 2021
Invoice #: 833003
073427
Page 2

**MATTER SUMMARY**

**For professional services rendered through August 31, 2021 in connection with the following matters:**

| Matter | Matter Name | Total |
|--------|-------------|-------|
| 073427-00001 | Case Administration | $880.00 |
| 073427-00002 | Committee Meetings and Communications | $30,049.50 |
| 073427-00007 | Plan/Disclosure Statement Issues | $2,627.50 |
| 073427-00011 | Creditor Communications | $123.00 |
| 073427-00017 | Fee Statements and Applications | $29,053.50 |
| 073427-00020 | Committee Investigation | $1,012.00 |
| 073427-00021 | Hearings and Court Matters | $71,746.50 |
| 073427-00025 | Professional Retention | $3,805.50 |
| **Total Fees** | | **$139,297.50** |
| **Disbursements and Other Charges** | | **$111.56** |
| **TOTAL CURRENT INVOICES** | | **$139,409.06** |

**Professional Services Summary**

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|------------|-------|------------|--------------------------|------|-------|------|
| Hamerman Natan | Counsel | Litigation | 2002 | $1,130.00 | 29.80 | $33,674.00 |
| Sharret Jennifer | Spec Counsel | Creditors' Rights | 2008 | $1,105.00 | 1.90 | $2,099.50 |
| Wasson Megan | Associate | Creditors' Rights | 2017 | $950.00 | 39.90 | $37,905.00 |
| Nowicki Adam | Associate | Creditors' Rights | 2021 | $615.00 | 81.80 | $50,307.00 |



September 27, 2021
Invoice #: 833003
073427
Page 3

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| McNamara James | Paralegal | Creditors' Rights | N/A | $440.00 | 34.80 | $15,312.00 |
| TOTAL FEES | | | | | 188.20 | $139,297.50 |

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Telecommunication Charges | $111.56 |
| TOTAL DISBURSEMENTS AND OTHER CHARGES | $111.56 |



September 27, 2021
Invoice #: 833003
073427-00001
Page 4

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| McNamara, James | Paralegal | 2.00 | $880.00 |
| TOTAL FEES | | 2.00 | $880.00 |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/11/2021 | McNamara, James | Pull recent case filings from docket (0.5); correspondence w/ A. Nowicki re: same (0.2). | 0.70 | $308.00 |
| 8/13/2021 | McNamara, James | Pull court filings from docket (0.3); correspondence w/ A. Nowicki re: same (0.1). | 0.40 | 176.00 |
| 8/16/2021 | McNamara, James | Download case filings to shared drive re supplemental declaration (0.4); correspondence w/ A. Nowicki re: same (0.2). | 0.60 | 264.00 |
| 8/23/2021 | McNamara, James | Pull recent court filings from docket (0.2); correspondence w/ A. Nowicki re: same (0.1). | 0.30 | 132.00 |
| TOTAL | | | 2.00 | $880.00 |



September 27, 2021
Invoice #: 833003
073427-00002
Page 5

**Committee Meetings and Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 0.70 | $791.00 |
| Nowicki, Adam | Associate | 32.90 | 20,233.50 |
| Wasson, Megan | Associate | 9.50 | 9,025.00 |
| **TOTAL FEES** | | **43.10** | **$30,049.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/2/2021 | Wasson, Megan | Review and comment on UCC update email (0.2). | 0.20 | $190.00 |
| 8/2/2021 | Nowicki, Adam | Draft UCC update email re: letter to Judge Silverstein, Guam UCC DS objection (0.7). | 0.70 | 430.50 |
| 8/3/2021 | Nowicki, Adam | Emails w/ UCC member re: case questions (0.2); email w/ M. Wasson re: same (0.1). | 0.30 | 184.50 |
| 8/5/2021 | Nowicki, Adam | Draft UCC update email re: KL invoice, insurers' motion to compel (0.9); emails w/ M. Wasson re: same (0.2); finalize and circulate same (0.2). | 1.30 | 799.50 |
| 8/5/2021 | Wasson, Megan | Review and comment on UCC update email (0.2). | 0.20 | 190.00 |
| 8/6/2021 | Nowicki, Adam | Draft UCC update email re: motion to strike (0.7); emails w/ M. Wasson re: same (0.2). | 0.90 | 553.50 |



September 27, 2021
Invoice #: 833003
073427-00002
Page 6

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 8/6/2021 | Wasson, Megan | Review and comment on UCC update email (0.3). | 0.30 | 285.00 |
| 8/8/2021 | Nowicki, Adam | Draft UCC update email (0.5); emails w/ R. Ringer, M. Wasson re: same (0.3). | 0.80 | 492.00 |
| 8/9/2021 | Nowicki, Adam | Revise first UCC update email re: comments from M. Wasson (0.3); finalize and send to Committee (0.1); draft email response to UCC member question (0.5); emails w/ M. Wasson re: same (0.2); begin drafting second UCC update email (1.0); emails w/ M. Wasson re: same (0.2). | 2.30 | 1,414.50 |
| 8/9/2021 | Wasson, Megan | Review and comment on client email (0.2); review docket filings re: UCC update email (0.5). | 0.70 | 665.00 |
| 8/10/2021 | Nowicki, Adam | Continue drafting previous day's UCC update email (1.9); review supplemental objections to Debtors' RSA motion, verified Rule 2019 statements, and other filings for same (2.0); emails w/ M. Wasson re: same (0.4). | 4.30 | 2,644.50 |
| 8/10/2021 | Wasson, Megan | Review docket filings re: UCC update email (0.4); correspondence with A. Nowicki re: same (0.3). | 0.70 | 665.00 |
| 8/11/2021 | Wasson, Megan | Review and comment on UCC update email (0.6); review pleadings for same (0.8). | 1.40 | 1,330.00 |



September 27, 2021
Invoice #: 833003
073427-00002
Page 7

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/11/2021 | Nowicki, Adam | Finalize first UCC update email and send to Committee (0.3); draft second UCC update email (1.5); emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.3). | 2.30 | 1,414.50 |
| 8/12/2021 | Nowicki, Adam | Draft UCC update email re: 8/12 hearing (0.8); emails w/ M. Wasson re: same (0.2). | 1.00 | 615.00 |
| 8/12/2021 | Wasson, Megan | Comment on UCC update email (0.4). | 0.40 | 380.00 |
| 8/13/2021 | Nowicki, Adam | Draft UCC update re: 8/13 hearing (0.6); emails w/ M. Wasson re: same (0.2); emails with Committee member re: 8/13 hearing (0.1). | 0.90 | 553.50 |
| 8/13/2021 | Wasson, Megan | Review and comment on UCC update email (0.3). | 0.30 | 285.00 |
| 8/16/2021 | Nowicki, Adam | Draft UCC update email re: 8/16 hearing and supplemental objections (2.4); emails w/ M. Wasson re: same (0.1); finalize UCC update email and send to Committee (0.3). | 2.80 | 1,722.00 |
| 8/17/2021 | Nowicki, Adam | Review numerous Disclosure Statement objections (2.4) and draft UCC update email re: same (3.1); emails w/ M. Wasson re: same (0.1); finalize same and send to Committee (0.5). | 6.10 | 3,751.50 |
| 8/17/2021 | Wasson, Megan | Review and comment on UCC update email (0.6). | 0.60 | 570.00 |



September 27, 2021
Invoice #: 833003
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/18/2021 | Nowicki, Adam | Draft UCC update email re: Century DS objection, order extending exclusive period (1.4); emails w/ M. Wasson re: same (0.1). | 1.50 | 922.50 |
| 8/18/2021 | Wasson, Megan | Review and comment on UCC update email (0.4). | 0.40 | 380.00 |
| 8/19/2021 | Nowicki, Adam | Draft first UCC update notifying Committee of Judge Silverstein's ruling on the RSA motion (0.2); draft second detailed UCC update email on RSA ruling (0.9); finalize same and circulate to Committee (0.2). | 1.30 | 799.50 |
| 8/19/2021 | Wasson, Megan | Review and comment on UCC update email (0.5). | 0.50 | 475.00 |
| 8/20/2021 | Wasson, Megan | Draft UCC update email (0.2). | 0.20 | 190.00 |
| 8/21/2021 | Nowicki, Adam | Draft UCC update email re: Plaintiffs' counsel letter to Judge Silverstein, upcoming UCC call (0.4). | 0.40 | 246.00 |
| 8/22/2021 | Nowicki, Adam | Review fourth amended plan (0.5) and draft email to UCC member re: treatment of pensions under Plan (0.5); revise UCC update email and send to M. Wasson (0.2); finalize and send same to UCC member (0.2); emails w/ Committee member re: upcoming UCC call attendance (0.1). | 1.50 | 922.50 |
| 8/22/2021 | Wasson, Megan | Review and comment on UCC update email (0.3); review and comment on A. Nowicki email to UCC member (0.4). | 0.70 | 665.00 |



September 27, 2021
Invoice #: 833003
073427-00002
Page 9

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/23/2021 | Hamerman, Natan | Attend UCC professionals' call (0.2); attend weekly UCC call (0.5). | 0.70 | 791.00 |
| 8/23/2021 | Nowicki, Adam | Attend UCC professionals' call (0.2); prep for (0.2) and attend weekly UCC call (0.5). | 0.90 | 553.50 |
| 8/23/2021 | Wasson, Megan | Call with White & Case to prep for UCC call (0.4); attend UCC professionals' call (0.2); prep for UCC call (1.0); attend weekly UCC call (0.5). | 2.10 | 1,995.00 |
| 8/24/2021 | Nowicki, Adam | Draft UCC update email re: discovery conference and rescheduling Committee call (0.4). | 0.40 | 246.00 |
| 8/24/2021 | Wasson, Megan | Comment on UCC update email and review docket filings re: same (0.3). | 0.30 | 285.00 |
| 8/25/2021 | Nowicki, Adam | Draft UCC meeting minutes for 8/23 UCC call (0.3). | 0.30 | 184.50 |
| 8/26/2021 | Nowicki, Adam | Draft UCC update email re: insurers' letter to court re: discovery conference (0.7); emails w/ M. Wasson re: same (0.2). | 0.90 | 553.50 |
| 8/27/2021 | Nowicki, Adam | Revise UCC update email (0.2); finalize and send same to Committee (0.3). | 0.50 | 307.50 |
| 8/29/2021 | Nowicki, Adam | Emails w/ M. Wasson re: UCC update email: 8/30 discovery conference (0.1). | 0.10 | 61.50 |



September 27, 2021
Invoice #: 833003
073427-00002
Page 10

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 8/30/2021 | Nowicki, Adam | Draft UCC update email re: 8/30 discovery conference (0.9); emails w/ M. Wasson re: same (0.2); finalize and send update email to the Committee (0.3). | 1.40 | 861.00 |
| 8/30/2021 | Wasson, Megan | Review and comment on UCC update email (0.5). | 0.50 | 475.00 |
| **TOTAL** | | | **43.10** | **$30,049.50** |



September 27, 2021
Invoice #: 833003
073427-00007
Page 11

**Plan/Disclosure Statement Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 1.40 | $1,582.00 |
| Nowicki, Adam | Associate | 1.70 | 1,045.50 |
| **TOTAL FEES** | | **3.10** | **$2,627.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/1/2021 | Hamerman, Natan | Emails with White & Case re: RSA depositions and discovery (0.1). | 0.10 | $113.00 |
| 8/2/2021 | Hamerman, Natan | Emails w/ White & Case, other parties re: RSA document production (0.3). | 0.30 | 339.00 |
| 8/3/2021 | Hamerman, Natan | Corr. w/ White & Case re: RSA depositions, scheduling (0.1). | 0.10 | 113.00 |
| 8/4/2021 | Hamerman, Natan | Emails with White & Case re: RSA depositions and schedule (0.1). | 0.10 | 113.00 |
| 8/4/2021 | Nowicki, Adam | Revise Plan FAQ for Restoration Plan creditors (0.6); revise Plan FAQ for Trade Creditors (0.9); revise UCC support letter (0.1). | 1.60 | 984.00 |
| 8/5/2021 | Hamerman, Natan | Review pleadings re: discovery disputes (0.4); confer w/ M. Wasson re: same (0.1); email to White & Case re: same (0.2). | 0.70 | 791.00 |
| 8/6/2021 | Hamerman, Natan | Corr. w/ White & Case re: RSA discovery (0.1). | 0.10 | 113.00 |



September 27, 2021
Invoice #: 833003
073427-00007
Page 12

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 8/18/2021 | Nowicki, Adam | Email w/ S. Stamatios re: sealed DS objection (0.1). | 0.10 | 61.50 |
| TOTAL | | | 3.10 | $2,627.50 |



September 27, 2021
Invoice #: 833003
073427-00011
Page 13

**Creditor Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 0.20 | $123.00 |
| TOTAL FEES | | 0.20 | $123.00 |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/2/2021 | Nowicki, Adam | Call with creditor re: case issue (0.2). | 0.20 | $123.00 |
| TOTAL | | | 0.20 | $123.00 |



September 27, 2021
Invoice #: 833003
073427-00017
Page 14

**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Sharret, Jennifer | Spec Counsel | 0.50 | $552.50 |
| Nowicki, Adam | Associate | 18.00 | 11,070.00 |
| Wasson, Megan | Associate | 4.50 | 4,275.00 |
| McNamara, James | Paralegal | 29.90 | 13,156.00 |
| TOTAL FEES | | 52.90 | $29,053.50 |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/2/2021 | Wasson, Megan | Review June fee statement for compliance with UST guidelines and privilege (1.0). | 1.00 | $950.00 |
| 8/2/2021 | Nowicki, Adam | Correspondence w/ J. McNamara re: prepping and filing AlixPartners' June fee application (0.2). | 0.20 | 123.00 |
| 8/2/2021 | McNamara, James | Review AlixPartners' June fee application (0.1), correspondence w/ A, Nowicki re: same (0.2); correspondence w/ Reed Smith re: filing of AlixPartners' fee application (0.2); review M. Wasson comments to June fee statement (0.3); correspondence w/ A. Nowicki re: same (0.1). | 0.90 | 396.00 |



September 27, 2021
Invoice #: 833003
073427-00017
Page 15


**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/3/2021 | Sharret, Jennifer | Review fee examiner report (0.3); correspondence with A. Nowicki and M. Wasson re: fee examiner report (0.2). | 0.50 | 552.50 |
| 8/3/2021 | Nowicki, Adam | Revise June fee statement per M. Wasson comments and for compliance with UST guidelines and privilege (1.0); correspondence w/ J. McNamara re: same (0.4). | 1.40 | 861.00 |
| 8/3/2021 | Wasson, Megan | Review and comment on revised June fee statement for compliance with UST guidelines and privilege (1.1). | 1.10 | 1,045.00 |
| 8/3/2021 | McNamara, James | Review M. Wasson comments to June invoice (1.1); correspondence w/ A. Nowicki re: same (0.3). | 1.40 | 616.00 |
| 8/4/2021 | Nowicki, Adam | Review M. Wasson comments to June fee statement (1.2); correspondence w/ J. McNamara re: same (0.6); email to J. Rucki re: Rucki fourth quarter report and Alix fee/expense detail (0.1); emails with AlixPartners re: fee/expense detail (0.2). | 2.10 | 1,291.50 |
| 8/4/2021 | Wasson, Megan | Review further revised June fee statement for compliance with UST guidelines and privilege (0.5). | 0.50 | 475.00 |
| 8/4/2021 | McNamara, James | Revise June invoice for compliance with UST guidelines and privilege (1.2); correspondence w/ A. Nowicki re: same (0.4). | 1.60 | 704.00 |



September 27, 2021
Invoice #: 833003
073427-00017
Page 16

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/5/2021 | Nowicki, Adam | Emails w/ J. McNamara re: preparing June fee statement cover sheet (0.2); review June fee statement for compliance with UST guidelines and privilege (0.4); draft CNO for fifteenth monthly fee application (0.2); correspondence w/ J. McNamara re: same (0.4). | 1.20 | 738.00 |
| 8/5/2021 | McNamara, James | Revise June cover sheet (1.5); correspondence w/ A. Nowicki re: same (0.2); revise 15th monthly CNO (0.4), correspondence w/ Reed Smith & KL team re: filing same (0.2). | 2.30 | 1,012.00 |
| 8/8/2021 | Nowicki, Adam | Review July fee statement for compliance with local rules and UST guidelines (1.0); emails w/ J. McNamara re: same (0.2). | 1.20 | 738.00 |
| 8/9/2021 | Nowicki, Adam | Revise June fee statement cover sheet (0.9); emails w/ J. McNamara re: same (0.2). | 1.10 | 676.50 |
| 8/9/2021 | McNamara, James | Revise BSA June fee application cover sheet (1.2); correspondence w/ A. Nowicki re: same (0.5); correspondence w/ accounting re: July invoice (0.3). | 2.00 | 880.00 |
| 8/10/2021 | Nowicki, Adam | Correspondence w/ J. McNamara re: June cover sheet (0.3); review revised draft of June cover sheet (0.5). | 0.80 | 492.00 |
| 8/10/2021 | McNamara, James | Update June cover sheet per comments from A. Nowicki (1.7); correspondence w/ A. Nowicki re: same (0.3). | 2.00 | 880.00 |



September 27, 2021
Invoice #: 833003
073427-00017
Page 17

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/12/2021 | Nowicki, Adam | Finalize June fee statement for filing (0.4); correspondence w/ M. Wasson, J. McNamara re: same (0.3). | 0.70 | 430.50 |
| 8/16/2021 | Nowicki, Adam | Review July fee statement for compliance with local rules and UST guidelines (0.9). | 0.90 | 553.50 |
| 8/16/2021 | McNamara, James | Review July invoice for compliance with UST guidelines and privilege (0.6); correspondence w/ A. Nowicki re: same (0.1). | 0.70 | 308.00 |
| 8/17/2021 | McNamara, James | Review July invoice for compliance with UST guidelines and privilege (0.5); correspondence w/ A. Nowicki and M. Wasson re: same (0.3). | 0.80 | 352.00 |
| 8/18/2021 | Nowicki, Adam | Review July fee statement for compliance with UST guidelines and privilege (0.4); correspondence w/ J. McNamara re: same (0.3); prepare AlixPartners' July fee statement for filing (0.2). | 0.90 | 553.50 |
| 8/18/2021 | McNamara, James | Review A. Nowicki comments on July fee statement (0.4); correspondence w/ A. Nowicki re: same (0.2); review AlixPartners' fee application (0.2); correspondence w/ Reed Smith re: same (0.3), correspondence w/ AlixPartners re: same (0.2); correspondence w/ A. Nowicki re: same (0.2); review and revise July cover sheet (0.5). | 2.00 | 880.00 |



September 27, 2021
Invoice #: 833003
073427-00017
Page 18

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/19/2021 | Nowicki, Adam | Review July invoice for compliance with UST guidelines and privilege (0.6); correspondence w/ M. Wasson re: same (0.1); correspondence w/ J. McNamara re: filing AlixPartners' fifth interim fee application (0.2); correspondence w/ J. McNamara re: KL July fee statement (0.4). | 1.30 | 799.50 |
| 8/19/2021 | McNamara, James | Correspondence w/ A. Nowicki re: review of July fee statement (0.4), review same (0.9); correspondence w/ Reed Smith re: AlixPartners 5th interim fee app (0.2), correspondence w/ AlixPartners re: same (0.1); update July cover sheet (0.3). | 1.90 | 836.00 |
| 8/20/2021 | Nowicki, Adam | Review July invoice for compliance with UST guidelines and privilege (0.3); revise July cover sheet (0.7); correspondence w/ J. McNamara re: same (0.3). | 1.30 | 799.50 |
| 8/20/2021 | Wasson, Megan | Review and comment on July fee statement for compliance with UST guidelines and privilege (1.1). | 1.10 | 1,045.00 |
| 8/20/2021 | McNamara, James | Review M. Wasson comments to July fee statement (0.8), correspondence w/ A. Nowicki re: same (0.3); correspondence w/ A. Nowicki and M. Wasson re: same (0.2); update July cover sheet (0.4); correspondence w/ A. Nowicki re: same (0.2). | 1.90 | 836.00 |



September 27, 2021
Invoice #: 833003
073427-00017
Page 19

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/23/2021 | Nowicki, Adam | Review July fee statement per comments from M. Wasson (0.3); correspondence w/ J. McNamara re: same (0.2). | 0.50 | 307.50 |
| 8/23/2021 | McNamara, James | Review July invoice for compliance with UST guidelines and privilege (0.9); correspondence w/ KL team re: same (0.4). | 1.30 | 572.00 |
| 8/24/2021 | Nowicki, Adam | Review revised July fee statement for compliance with UST guidelines and privilege (0.3) and cover sheet (0.8); correspondence w/ J. McNamara re: same (0.2). | 1.30 | 799.50 |
| 8/24/2021 | McNamara, James | Review July invoice for compliance with UST guidelines and privilege (0.5); correspondence w/ A. Nowicki re: same (0.1); further revise July cover sheet (0.3); correspondence w/ A. Nowicki re: same (0.1)/ | 1.00 | 440.00 |
| 8/26/2021 | Nowicki, Adam | Review fourth omnibus interim fee order (0.4); emails w/ KL team re: same (0.1); revise July fee statement cover sheet per M. Wasson comments (0.2); correspondence w/ J. McNamara re: July fee statement cover sheet (0.2). | 0.90 | 553.50 |



September 27, 2021
Invoice #: 833003
073427-00017
Page 20

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/26/2021 | McNamara, James | Draft June and July CNOs (0.5); correspondence w/ A. Nowicki re: same (0.2); review revised July fee statement for compliance with UST guidelines and privilege (0.6); correspondence w/ A. Nowicki re: same (0.2). | 1.50 | 660.00 |
| 8/27/2021 | Nowicki, Adam | Revise July cover sheet (0.2); review fee statement for compliance with UST guidelines and privilege (0.3); emails w/ R. Ringer re: July fee statement (0.1); correspondence w/ J. McNamara re: same (0.3); emails w/ J. McNamara re: drafting sixth interim fee application (0.1). | 1.00 | 615.00 |
| 8/27/2021 | Wasson, Megan | Review revised July fee statement for compliance with UST guidelines and privilege (0.3). | 0.30 | 285.00 |
| 8/27/2021 | McNamara, James | Review July invoice for compliance with UST guidelines and privilege (0.4), review July cover sheet (0.3); correspondence w/ A. Nowicki re: same (0.2); begin review to sixth interim fee application (1.8); correspondence w/ A Nowicki re: same (0.2). | 2.90 | 1,276.00 |
| 8/30/2021 | Nowicki, Adam | Revise June CNO (0.2); emails w/ M. Wasson, J. McNamara re: CNOs and filing same (0.3). | 0.50 | 307.50 |



September 27, 2021
Invoice #: 833003
073427-00017
Page 21

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/30/2021 | McNamara, James | Review May CNO (0.3); correspondence w/ A. Nowicki and Reed Smith re: same (0.2); review June CNO (0.3); correspondence w/ A. Nowicki and Reed Smith re: same (0.3); continue review of sixth interim fee application (3.2); correspondence w/ A. Nowicki re: same (0.4) | 4.70 | 2,068.00 |
| 8/31/2021 | Nowicki, Adam | Emails w/ R. Ringer re: July fee statement (0.1); review and finalize July fee statement (0.3); correspondence w/ J. McNamara re: July fee statement and filing same (0.3). | 0.70 | 430.50 |
| 8/31/2021 | Wasson, Megan | Final review of July fee statement and correspondence with KL team re: same (0.5). | 0.50 | 475.00 |
| 8/31/2021 | McNamara, James | Finalize July cover sheet (0.4); compile July fee application for filing (0.3); correspondence and emails w/ M. Wasson, A. Nowicki, and Reed Smith re: filing same (0.3). | 1.00 | 440.00 |
| TOTAL | | | 52.90 | $29,053.50 |



September 27, 2021
Invoice #: 833003
073427-00020
Page 22

**Committee Investigation**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| McNamara, James | Paralegal | 2.30 | $1,012.00 |
| TOTAL FEES | | 2.30 | $1,012.00 |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/2/2021 | McNamara, James | Download data room documents (0.4); and organize same in shared drive (0.3); correspondence w/ KL team re: same (0.2). | 0.90 | $396.00 |
| 8/3/2021 | McNamara, James | Update data room filings (0.7); correspondence w/ KL team re: same (0.2). | 0.90 | 396.00 |
| 8/5/2021 | McNamara, James | Update data room filings (0.4); correspondence w/ KL team re: same (0.1). | 0.50 | 220.00 |
| TOTAL | | | 2.30 | $1,012.00 |



September 27, 2021
Invoice #: 833003
073427-00021
Page 23

**Hearings and Court Matters**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 27.70 | $31,301.00 |
| Nowicki, Adam | Associate | 26.10 | 16,051.50 |
| Wasson, Megan | Associate | 25.40 | 24,130.00 |
| McNamara, James | Paralegal | 0.60 | 264.00 |
| TOTAL FEES | | 79.80 | $71,746.50 |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/10/2021 | Hamerman, Natan | Confer w/ M. Wasson re: upcoming RSA hearing (0.1). | 0.10 | $113.00 |
| 8/11/2021 | Hamerman, Natan | Review RSA motion pleadings in preparation for RSA hearing (0.8). | 0.80 | 904.00 |
| 8/11/2021 | McNamara, James | Email to N. Hamerman re: hearing line (0.1); register N. Hamerman for RSA hearing (0.2); circulate calendar invites, and follow up emails re: same (0.3). | 0.60 | 264.00 |
| 8/12/2021 | Hamerman, Natan | Prep for (0.7) and attend RSA Hearing (7.8); emails with KL team re: same (0.5); follow-up call A. Nowicki re: same (0.3). | 9.30 | 10,509.00 |
| 8/12/2021 | Nowicki, Adam | Prep for (0.2) and attend RSA hearing (7.8); follow-up call w/ N. Hamerman re: same (0.3). | 8.30 | 5,104.50 |



September 27, 2021
Invoice #: 833003
073427-00021
Page 24

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/12/2021 | Wasson, Megan | Call with M. Linder re: RSA hearing (0.1); attend majority of RSA hearing (7.0). | 7.10 | 6,745.00 |
| 8/13/2021 | Hamerman, Natan | Attend continued RSA hearing (6.6); emails w/ KL team re: same (0.2). | 6.80 | 7,684.00 |
| 8/13/2021 | Nowicki, Adam | Prep for (0.2); and attend continued RSA hearing (6.6). | 6.80 | 4,182.00 |
| 8/13/2021 | Wasson, Megan | Prep for (0.4) and attend continued RSA hearing (6.6). | 7.00 | 6,650.00 |
| 8/16/2021 | Hamerman, Natan | Attend majority of continued RSA motion hearing (7.1); emails w/ KL team re: same (0.2). | 7.30 | 8,249.00 |
| 8/16/2021 | Nowicki, Adam | Prep for (0.5) and attend continued RSA motion hearing (8.0). | 8.50 | 5,227.50 |
| 8/16/2021 | Wasson, Megan | Attend continued RSA motion hearing (8.0). | 8.00 | 7,600.00 |
| 8/18/2021 | Hamerman, Natan | Emails w/ KL team re: RSA ruling (0.2). | 0.20 | 226.00 |
| 8/19/2021 | Hamerman, Natan | Attend hearing on RSA ruling (0.8); emails w/KL team re: same (0.1). | 0.90 | 1,017.00 |
| 8/19/2021 | Nowicki, Adam | Prep for (0.2) and attend hearing on RSA ruling (0.8). | 1.00 | 615.00 |
| 8/19/2021 | Wasson, Megan | Prepare for (0.2) and attend hearing on RSA ruling (0.8); correspondence with KL team, White & Case re: same (0.3). | 1.30 | 1,235.00 |



September 27, 2021
Invoice #: 833003
073427-00021
Page 25

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/23/2021 | Hamerman, Natan | Emails w/M. Wasson and R. Ringer re draft of talking points for discovery status conference (0.4). | 0.40 | 452.00 |
| 8/24/2021 | Hamerman, Natan | Emails with KL team re: upcoming discovery status conference (0.2). | 0.20 | 226.00 |
| 8/30/2021 | Hamerman, Natan | Review pleadings in advance of discovery conference (0.3); attend discovery status conference (1.4). | 1.70 | 1,921.00 |
| 8/30/2021 | Nowicki, Adam | Prep for (0.1) and attend discovery status conference (1.4). | 1.50 | 922.50 |
| 8/30/2021 | Wasson, Megan | Prep for (0.6) and attend discovery status conference (1.4). | 2.00 | 1,900.00 |
| **TOTAL** | | | **79.80** | **$71,746.50** |



September 27, 2021
Invoice #: 833003
073427-00025
Page 26

**Professional Retention**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Sharret, Jennifer | Spec Counsel | 1.40 | $1,547.00 |
| Nowicki, Adam | Associate | 2.90 | 1,783.50 |
| Wasson, Megan | Associate | 0.50 | 475.00 |
| **TOTAL FEES** | | **4.80** | **$3,805.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/3/2021 | Wasson, Megan | Review revised second supplemental declaration (0.3); correspondence with KL team re: same (0.2). | 0.50 | $475.00 |
| 8/3/2021 | Nowicki, Adam | Revise second supplemental declaration (0.7); emails w/ M. Wasson re: same (0.2). | 0.90 | 553.50 |
| 8/4/2021 | Sharret, Jennifer | Correspondence with M. Wasson re: supplemental declaration (0.3); multiple correspondence with A. Nowicki and M. Wasson and KL partners re: supplemental declaration (0.5); review revised supplemental declaration (0.3). | 1.10 | 1,215.50 |
| 8/4/2021 | Nowicki, Adam | Emails w/ KL team re: second supplemental declaration (0.6); revise second supplemental declaration (0.2). | 0.80 | 492.00 |



**Professional Retention**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 8/5/2021 | Sharret, Jennifer | Review further revised second supplemental declaration (0.2); correspondence with M. Wasson and A. Nowicki re: same (0.1). | 0.30 | 331.50 |
| 8/5/2021 | Nowicki, Adam | Further revise second supplemental declaration (0.4); emails w/ M. Wasson, J. Sharrett re: same (0.3); email to R. Ringer re: same (0.1). | 0.80 | 492.00 |
| 8/8/2021 | Nowicki, Adam | Draft email to R. Ringer re: second supplemental declaration (0.1). | 0.10 | 61.50 |
| 8/16/2021 | Nowicki, Adam | Finalize second supplemental declaration for filing (0.3). | 0.30 | 184.50 |
| TOTAL | | | 4.80 | $3,805.50 |

EXHIBIT B

Expense Summary

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses [13] |
|---|---|---|
| Telecommunication Charges | LoopUp | $111.56 |
| **TOTAL** | | **$111.56** |

---

[13] Kramer Levin reduced its expenses by $182.50 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

2

EXHIBIT C

Verification

## VERIFICATION PURSUANT TO DEL. BANKR.L.R. 2016-2(f) AND 28 U.S.C. §1746(2)

I, Rachael L. Ringer, Esquire, verify as follows:

1.       I am a partner with the applicant firm, Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), and have been admitted to the bar of the State of New York and have been admitted *pro hac vice* in these Chapter 11 Cases.  Kramer Levin has rendered professional services in these chapter 11 cases as counsel to the Official Committee of Unsecured Creditors.

2.       I have read the foregoing application of Kramer Levin for compensation and reimbursement of expenses (the "**Application**").  To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.L.R. 2016-2, and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: September 27, 2021

By:  */s/ Rachael Ringer*
     Rachael L. Ringer
     KRAMER LEVIN NAFTALIS
     & FRANKEL LLP
     177 Avenue of the Americas
     New York, NY 10036
     Telephone: (212) 715-9100
     Facsimile: (212) 715-8000
     E-mail: rringer@kramerlevin.com

KL2 3250566.2