**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 2618, 6320, 6367** |

**NOTICE OF FILING OF TORT CLAIMANTS' COMMITTEE'S PROPOSED
CONFIRMATION SCHEDULE**

    **PLEASE TAKE NOTICE** that, on April 15, 2021, Boy Scouts of America and

Delaware BSA, LLC, as debtors and debtors in possession in the above-captioned chapter 11

cases (together, the "Debtors") filed the *Debtors' Motion for Entry of Order (I) Scheduling*

*Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of*

*Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I.

2618] (the "Confirmation Scheduling Motion") with the Court.

    **PLEASE TAKE FURTHER NOTICE** that, in connection with the

Confirmation Scheduling Motion, (i) on September 15, 2021, the Debtors filed the *Notice of*

*Filing of Revised Proposed Confirmation Scheduling Order* [D.I. 6216]; (ii) on September 21,

2021, the Debtors filed their revised Proposed Confirmation Scheduling Order [D.I. 6320]; and,

(iii) on September 27, 2021, Certain Insurers filed their revised proposed confirmation schedule

set forth in *Certain Excess Insurers' Revised Proposed Confirmation Schedule* [Docket No.

6367].

    **PLEASE TAKE FURTHER NOTICE** that, based on matters discussed in

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

hearings before the Court during the week of September 20, 2021, the Tort Claimants'

Committee (the "TCC") has filed its proposed Confirmation Schedule (the "TCC's Proposed

Confirmation Schedule") attached hereto as **Exhibit A**.

        **PLEASE TAKE FURTHER NOTICE** that the TCC will present the TCC's

Proposed Confirmation Schedule for consideration at the hearing scheduled for September 28,

2021, at 10:00 a.m. (ET), before the Court.

Dated: September 27, 2021
Wilmington, Delaware

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ James E. O'Neill*
        James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
        Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
        Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vice*)
        James E. O'Neill (DE Bar No. 4042)
        John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
        Steven W. Golden (DE No. LP 0127)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Tele/Fax: (302) 652-4100 / (302) 652-4400
        Email:     jstang@pszjlaw.com
                  inasatir@pszjlaw.com
                  kbrown@pszjlaw.com
                  joneill@pszjlaw.com
                  jlucas@pszjlaw.com
                  sgolden@pszjlaw.com

        *Counsel for the Tort Claimants' Committee*