# EXHIBIT A

# TCC PROPOSED PLAN CONFIRMATION SCHEDULE

| Event | Debtors' Proposed Date[1] | TCC Proposed Date | Timing Note |
|---|---|---|---|
| Voting Record Date | *September 21, 2021* | **October 1, 2021** | ***TCC Proposed Dates Assume Entry of DS Order on October 1, 2021*** |
| Deadline to Serve Written Discovery | *September 27, 2021* | **October 8, 2021 – 7 days after entry of DS Order** | Debtors: <[2]6 days after entry of DS Order; Insurers (Revised):[3] 7 days after entry of DS Order; **Imerys: 19 days after entry of DS Order; Purdue: 22 days after entry of DS Order** |
| Solicitation Date | *October 4, 2021* | **October 8, 2021 – 7 days after entry of DS Order** | Debtors: <13 days after entry of DS Order |
| (Columbus Day) | | **(October 11, 2021)** | Federal Holiday |
| Deadline to File and Serve Responses & Objections to Written Discovery Including Legal and Factual Bases | *October 1, 2021* | **October 18, 2021 – 17 days after entry of DS Order** | Debtors: 4 days after Deadline to Serve Written Discovery, <10 days after entry of DS Order / Insurers (Revised): 21 days after entry of DS Order |
| Hearing re: *Debtors' Motion for Protective Order and Related Relief* [Docket No. 6288] | | **October 19, 2021, at 10:00 a.m. (Eastern Time)** | Debtors seek an order that (a) maintains confidentiality of and allows Debtors to withhold or redact (i) minutes to BSA boards and communications among mediation parties re: Hartford Settlement Agreement, TCJC Settlement Agreement, RSA, Plan and related documents, TDPs and all other mediated matters; and (ii) drafts of settlement proposals exchanged among mediation parties including re: relating to any of the foregoing; (b) allows Debtors to admit redacted documents into evidence notwithstanding such redaction; and (c) prevents parties from objecting to the Plan under 1129(a)(3) on the grounds the Debtors withheld or redacted such documents. |
| Parties to Meet and Confer re: Any Discovery Disputes | | **October 20, 2021 – October 25, 2021** | |
| Deadline for Requesting Parties to File Responsive Letter Briefs re: Any Discovery Disputes[4] | | **November 1, 2021** | |

---

[1] Italics indicate dates proposed by the Debtors as of September 21, 2021, as set forth in the *Notice of Filing of Revised Proposed Confirmation Scheduling Order* [Docket No. 6320] or, if not included in the Debtors' proposed order filed on that date, the dates proposed by extrapolation from the *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 2295] (the "Solicitation Procedures Motion").

[2] Debtors' proposed dates do not include an assumption of when the DS Order will be entered on or after the Voting Record Date. Accordingly, the Debtors' estimated time frames are expressed using "<" (less than), based on the assumption that the Debtors' proposed dates are keyed from a DS Order entry date some time after their proposed Voting Record Date of September 21, 2021.

[3] The Insurers' revised proposed confirmation schedule is set forth in *Certain Excess Insurers' Revised Proposed Confirmation Schedule* [Docket No. 6367].

[4] Responding parties' bases for objecting to or withholding discovery are set forth in Responses/Objections – no separate deadline is provided for additional letter briefs by responding parties.

| | | | |
|---|---|---|---|
| Discovery Dispute Hearings | ■■■■ | **November 8 - 12, 2021** | |
| Plan Supplement Deadline | *November 2, 2021* | **November 9, 2021 –** 28 days before Voting Deadline | Debtors: 14 days before Voting Deadline |
| (Veterans Day) | | **(November 11, 2021)** | Federal Holiday |
| Publication Deadline | | **November 12, 2021 –** 43 days after entry of DS Order | Debtors: <43 days after entry of DS Order, per Solicitation Procedures Motion |
| Document Production Complete and Deadline to Update Written Responses re: Status of Production | *October 20, 2021* | **November 19, 2021 –** 18 days after Deadline to File and Serve Responses & Objections to Written Discovery, 50 days after entry of DS Order | Debtors: 19 days after Deadline to File and Serve Responses & Objections to Written Discovery, <29 days after entry of DS Order; Insurers (Revised): 42 days after entry of DS Order; **Imerys: 56 days after entry of DS Order; Purdue: 43 days after entry of DS Order** |
| (Thanksgiving) | | **(November 25, 2021)** | Federal Holiday |
| (Day After Thanksgiving) | | **(November 26, 2021)** | Delaware Legal Holiday |
| (Hanukkah) | | **(November 29, 2021)** | Religious Holiday |
| Voting Deadline | *November 16, 2021* | **December 7, 2021 –** 60 days after Solicitation Deadline | Debtors' deadline: 43 days after Solicitation Deadline |
| Preliminary Voting Report Deadline | *November 19, 2021* | **December 10, 2021 –** 3 days after Voting Deadline | Debtors: 3 days after Voting Deadline |
| Deadline to Complete Depositions of Fact Witnesses by Zoom, Including Relating to Preliminary Voting Results | *November 4, 2021* | **December 14, 2021 – December 23, 2021 –** 34 days after Document Production Complete, 84 days after entry of DS Order | Debtors: 15 days after Document Production Complete, <44 days after entry of DS Order; Insurers (Revised): 75 days after entry of DS Order. (Debtors' schedule did not incorporate discovery relating to voting issues). |
| Rule 3018(a) Motion Deadline | *October 19, 2021* | **December 17, 2021 –** 78 days after entry of DS Order | Debtors: <28 days after entry of DS Order |
| Expert Reports Due | *November 8, 2021* | **December 17, 2021 –** 28 days after Document Production Complete, 78 days after | Debtors: 19 days after Document Production Complete, <48 days after entry of DS Order; Insurers (Revised): 90 days after entry of DS Order |
| Deadline to File Oppositions to Rule 3018(a) Motions | | **December 23, 2021** | |

| | | | |
|---|---|---|---|
| (Christmas – observed) | | **(December 24, 2021)** | Federal Holiday |
| (New Year's Day – observed) | | **(December 31, 2021)** | Federal Holiday |
| Deadline to File Motions Relating to Voting Issues | ▮ | **December 31, 2021** | |
| Final Voting Report Deadline | *November 30, 2021* | **January 7, 2022** – 28 days after Preliminary Voting Report Deadline, 92 days after entry of DS Order | Debtors: 11 days after Preliminary Voting Report Deadline, <70 days after entry of DS Order; Insurers (Revised): 65 days after entry of DS Order |
| Rebuttal Expert Reports Due | *November 17, 2021* | **January 14, 2022** - 28 days after Expert Reports Due, 99 days after entry of DS Order | Debtors: 9 days after Expert Reports Due, <57 days after entry of DS Order; Insurers (Revised): 115 days after entry of DS Order; **Imerys: 21 days after Expert Reports Due; Purdue: 21 days after Expert Reports Due** |
| Deadline to File Oppositions to Voting-Related Motions | | **January 14, 2022** | |
| (Martin Luther King, Jr.'s Birthday) | | **(January 17, 2022)** | Federal Holiday |
| "Voting Resolution Event" Deadline (i.e., Court Rulings on 3018(a) Motions Temporarily Allowing Claims for Voting Purposes and on Any Other Voting-Related Motions) | *November 16, 2021* | **January 21, 2022** – 5 weeks after Rule 3018(a) Motion Deadline, 113 days after entry of DS Order | Debtors: 4 weeks after Rule 3018(a) Motion Deadline, <56 days after entry of DS Order |
| Deadline to Complete Depositions of Expert Witnesses by Zoom | *November 24, 2021* | **January 21, 2022** – 7 days after Rebuttal Expert Reports Due, 113 days after entry of DS Order | Debtors: 7 days after Rebuttal Expert Reports Due, <64 days after entry of DS Order, Insurers (Revised): 135 days after entry of DS Order |
| Deadline to Exchange Deposition Designations and File Motions *in Limine* | *December 1, 2021* | **January 28, 2022** – 7 days after conclusion of Depositions of Expert Witnesses, 120 Days after entry of DS Order | Debtors: 7 days after conclusion of Depositions of Expert Witnesses, <71 days after entry of DS Order; Insurers (Revised): 140 days after entry of DS Order for designations, 160 days for motions |
| Deadline to Exchange Deposition Counter-Designations | *December 3, 2021* | **February 4, 2022** – 7 days after Deadline to Exchange Deposition Designations and File Motions *in Limine*, 127 days after entry of DS Order | Debtors: 2 days after Deadline to Exchange Deposition Designations and File Motions *in Limine*, <73 days after entry of DS Order; Insurers (Revised): 145 days after entry of DS Order |
| Plan Objection Deadline | *November 23, 2021* | **February 4, 2022** – 24 days before Confirmation Hearing, 134 days after entry of DS Order | Debtors: 16 days before Confirmation Hearing, <63 days after entry of DS Order; Insurers (Revised): 165 days after entry of DS Order |
| Deadline to Submit Joint Pretrial Order, Witness and Exhibit Lists, Oppositions to Motions *in Limine*, and for Objections to Deposition Counter- | *December 6, 2021* | **February 11, 2022** – 14 days after days after Deadline to Exchange Deposition Designations and File | Debtors: 3 days after Deadline to Exchange Deposition Designations and File Motions *in Limine*, <76 days after entry of DS Order; Insurers (Revised): 170 days after entry of DS Order |

| | | | |
|---|---|---|---|
| Designations | | Motions *in Limine*, 141 days after entry of DS Order | |
| Confirmation Brief/Plan Reply Deadline | *December 2, 2021* | **February 18, 2022** – 10 days before Confirmation Hearing, 148 days after entry of DS Order | Debtors:  7 days before Confirmation Hearing, <72 days after entry of DS Order; Insurers (Revised):  172 days after entry of DS Order |
| (Washington's Birthday) | | **(February 21, 2022)** | Federal Holiday |
| Final Pretrial Conference | *December 7, 2021* | **February 23, 2022** – 12 days after Deadline to Submit Joint Pretrial Order, Witness and Exhibit Lists, Oppositions to Motions *in Limine*, and for Objections to Deposition Counter-Designations and 5 days before Confirmation Hearing, 153 days after entry of DS Order | Debtors:  1 day after Deadline to Submit Joint Pretrial Order, Witness and Exhibit Lists, Oppositions to Motions *in Limine*, and for Objections to Deposition Counter-Designations and 2 days before Confirmation Hearing, <77 days after entry of DS Order; Insurers (Revised):  175 days after entry of DS Order |
| Confirmation Hearing | *December 9, 2021 at 10:00 a.m. (Eastern Time)*[2] | **February 28, 2022, at __:__ _.m. (Eastern Time)** – 5 days after Final Pretrial Conference | Debtors:  <79 days after DS Order; Insurers (Revised):  No sooner than 7 days after Final Pretrial Conference |

---

[2] The Confirmation Hearing is being proposed to be held on December 9, 2021, at 10:00 a.m. (Eastern Time) and to be continued to the extent necessary on December 10, December 13, December 14, and December 15, 2021 at 10:00 a.m. (Eastern Time).