IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I.  6212, 6213, 6312** |

NOTICE OF SUBMISSION OF REVISED PROPOSED PLAIN

ENGLISH PLAN SUMMARY FOR ABUSIVE SURVIVORS

The Coalition of Abused Scouts for Justice ("Coalition") and the Future Claims Representative ("FCR") submitted a proposed Plan Summary in connection with Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No 6312.] Use of a "plain English" summary document has been beneficial to victims in recent mass tort and financial fraud cases. See In re Prof'l Fin. Investors, Inc. et al., No. 20-20304 (HM) (Bankr. N.D. Cal. 2021) [Dkt. No. 583]; In re PG&E Corp., No. 19-30088 (DM) (Bankr. N.D. Cal. 2020) [Dkt. No. 5978]. The Coalition and the FCR  Submit this revised Plan Summary (attached hereto as Exhibit A) and a redline of the Revised Plan Summary (attached hereto as Exhibit B) to assist survivors in reviewing the Plan and the accompanying Disclosure State and authorize its submission in connection with the solicitation of votes in connection with the Plan.[2]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The Coalition and the FCR believe that the Plan would be beneficial to Abuse Survivors Accordingly, the Coalition and the FCR respectfully request that the Court approve the Plan Summary and authorize its submission in connection with the solicitation of votes in connection with the Plan.

{00226817-2}

| | |
|---|---|
| Dated: September 27, 2021<br>Wilmington, Delaware | MONZACK MERSKY AND BROWDER, P.A.<br><br>*/s/ Rachel B. Mersky*<br>(DE No. 2049)<br>1201 North Orange Street<br>Suite 400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 656-8162<br>Facsimile:    (302) 656-2769<br>E-mail:         RMersky@Monlaw.com<br><br>-and-<br><br>BROWN RUDNICK LLP<br>David J. Molton, Esq.<br>Eric R. Goodman, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>E-mail: DMolton@BrownRudnick.com<br>E-mail: EGoodman@BrownRudnick.com<br><br>-and-<br><br>Sunni P. Beville, Esq. (admitted *pro hac vice*)<br>Tristan G. Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>E-mail: SBeville@BrownRudnick.com<br>E-mail: TAxelrod@BrownRudnick.com<br><br>Co-Counsel to the Coalition of Abused Scouts for Justice<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>/s/ Edwin J. Harron<br>Robert S. Brady (No. 2847)<br>Edwin J. Harron (No. 3396)<br>Sharon M. Zieg (No. 4196)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: rbrady@ycst.com<br>  eharron@ycst.com<br>  szieg@ycst.com<br>Counsel to the Future Claimants' Representative |

{00226817-2}