IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BOY SCOUTS OF AMERICA AND | ) Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) **Related Docket Nos.** |

## DECLARATION OF JOSEPH CAPPELLI

STATE OF PENNSYLVANIA    )
                         )  ss:
COUNTY OF PHILADELPHIA   )

I, Joseph J. Cappelli, declare as follows:

1. I am a partner of the law firm of Marc J. Bern & Partners LLP ("Bern & Partners"), which has its principal office in New York, New York. I am the managing partner of the firm's Pennsylvania Office, located at 101 West Elm Street, Suite 215, Conshohocken, PA 19428.

2. Bern & Partners currently represents approximately 5,420 individuals who have asserted claims against the Boy Scouts in their bankruptcy cases. I directly supervised the preparation and submission of claims in the Boy Scouts bankruptcy cases on behalf of the firm's clients. As such, I have personal knowledge of the facts set forth in the Motion to Quash the subpoena issued to KLS Legal Solutions by Century Indemnity Company, and they are true and correct to the best of my knowledge and belief.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Executed on this 27th day of September, 2021, at Conshohocken, Pennsylvania.

_____
Joseph J. Cappelli, Esq.
Member
Marc J. Bern & Partners LLP