# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 2295, 6212** |

### NOTICE OF FILING OF TORT CLAIMANTS' COMMITTEE'S ALTERNATE REVISED PROPOSED SOLICITATION PROCEDURES ORDER

**PLEASE TAKE NOTICE THAT** on March 2, 2021, above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 2295] (the "Disclosure Statement Approval Motion") which contained therein a proposed *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* (the "Proposed Solicitation Procedures Order").

**PLEASE TAKE FURTHER NOTICE THAT** on September 15, 2021, the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Debtors filed the *Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 6212] (as may be amended, supplemented or otherwise modified), the *Amended Disclosure Statement for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 6213] and the *Notice of Filing Revised Proposed Solicitation Procedures Order* [Docket No. 6215] (the "Debtors' Revised Proposed Solicitation Procedures Order").

**PLEASE TAKE FURTHER NOTICE THAT** the Official Tort Claimants' Committee (the "TCC") hereby submits the following documents redlined against the versions filed by the Debtors with the Debtors' Revised Proposed Solicitation Procedures Order: (1) **Exhibit A**, - a revised Proposed Solicitation Procedures Order; (2) **Exhibit B** - a revised Solicitation Procedures; (3) **Exhibit C** –a revised Direct Abuse Master Ballot; and (4) **Exhibit D** - A revised Direct Abuse Individual Ballot.

**PLEASE TAKE FURTHER NOTICE THAT** the TCC intends to present these documents for consideration at the hearing scheduled for September 28, 2021 at 10:00 a.m. before The Honorable Laurie Selber Silverstein.

Dated: September 27, 2021
Wilmington, Delaware

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ James E. O'Neill*
        James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
        Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
        Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vice*)
        James E. O'Neill (DE Bar No. 4042)
        John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
        Steven W. Golden (DE No. LP 0127)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Tele/Fax: (302) 652-4100 / (302) 652-4400
        Email:      jstang@pszjlaw.com

inasatir@pszjlaw.com
kbrown@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com
sgolden@pszjlaw.com

*Counsel for the Tort Claimants' Committee*