# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 2295, 6215, 6377, 6383 |

## NOTICE OF FILING OF REVISED
## PROPOSED SOLICITATION PROCEDURES ORDER

**PLEASE TAKE NOTICE** that, on March 2, 2021, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 2295] (the "Solicitation Procedures Motion").

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit A to the Solicitation Procedures Motion was a proposed order granting the relief requested in the motion.

**PLEASE TAKE FURTHER NOTICE** that, on September 15, 2021, the Debtors filed the *Notice of Filing of Revised Solicitation Procedures Order* [D.I. 6215] and attached thereto a revised proposed order (the "Proposed Solicitation Procedures Order") granting the relief requested in the Solicitation Procedures Motion.

**PLEASE TAKE FURTHER NOTICE** that the Court held a hearing to consider, among other things, approval of the Solicitation Procedures Motion on September 21–23, 2021 (the "Hearing"). At the Hearing, the Debtors agreed to include certain additional disclosures and other changes to the Solicitation Procedures Order and related documents, and the Court directed that certain additional changes be made. The Debtors also agreed to prepare certain additional documents at the request of certain parties in interest. The Hearing is scheduled to continue on September 28, 2021.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Solicitation Procedures Order and its exhibits to include the revisions to which the Debtors agreed, or that the Court directed be made, at the Hearing.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that, on September 26, 2021, the Debtors provided to all of the parties that raised objections to approval of the Solicitation Procedures Motion that were not resolved prior to the Hearing (the "Objectors") a revised version of the Solicitation Procedures Order and its exhibits.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, the Debtors have filed the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6377] (together with its exhibits and supplements, each as may be modified, amended, or supplemented from time to time, the "Modified Fifth Amended Plan") and the *Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6383] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Modified Fifth Amended Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have further revised the Proposed Solicitation Procedures Order (the "Modified Proposed Solicitation Procedures Order") to reflect the changes in the Modified Fifth Amended Plan and the Modified Fifth Amended Disclosure Statement, as well as changes discussed on the record at the hearing to approve the disclosure statement on September 21–23, 2021, including the addition of Exhibit 12 (Summary Regarding Chartered Organizations' Options). Under the BSA's Chapter 11 Plan. The Debtors have made extensive, good-faith efforts to solicit and review comments from the Objectors and to incorporate such comments into the Modified Proposed Solicitation Procedures Order. The Debtors believe that the revisions reflected in the Modified Proposed Solicitation Procedures Order are appropriate in connection with resolving the objections. However, the Debtors were unable to accept all comments provided and understand that some parties may continue to have objections that might be raised at the Hearing. The late hour of the filing of the Modified Proposed Solicitation Procedures Order and this notice was due to continuing discussions between the Debtors and the Tort Claimants' Committee to narrow the scope of disputed issues for the Hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Modified Proposed Solicitation Procedures Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a redline of the Modified Proposed Solicitation Procedures Order marked against the Proposed Solicitation Procedures Order is attached hereto as **Exhibit B**.

| | |
|---|---|
| Dated:  September 28, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 425-4664<br>Email:  dabbott@morrisnichols.com<br>         aremming@morrisnichols.com<br>         ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (*admitted pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice)*<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>         mlinder@whitecase.com<br>         laura.baccash@whitecase.com<br>         blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |