IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

Chapter 11

Case No. 20-10343 (LSS) (Jointly Administered)



## NOTICE

Refusal of Paul Mones, Esq., and Paul Mones, P.C., to Obey Order of the Court

August 30, 2021, the Court Issued Order to Paul Mones, Esq., and Paul Mones, P.C., to Continue their Contracted Representation of Claimant. Paul Mones, Esq., and Paul Mones P.C., Have Chosen to Disobey the Court's Order as follows:

1.

Following Order of the Court, Mones and Mones P.C., did not notify Claimant of the September 9th Live Internet Conference at any time prior to or when the conference began.

2.

Notice is Delivered by Mones and Mones P.C., to all their Boy Scout and Sea Explorer Claimants, in advance of the monthly, live on-line meetings enabling interaction with other Claimants, the TCC, their Attorneys, and others.

3.

Claimant Delivered two (2) electronic communications to Mones and Mones P.C., September 16 and 17, 2021, unanswered; attached.

4.

No Counsel at Mones and Mones P.C., contacts Claimant since the Court's Order or Claimant's communications.

5.

Claimant refers the Court to his August Filings describing acts of Mones and Mones P.C.

6.

Participation in live monthly meetings is critical to Claimant and all Claimants in attendance, enabling questions to the TCC and their Attorneys, all, exchanging and providing informations.

7.

Mones and Mones P.C. disobeying the Order of the Court Denied My Guaranteed Right to Participate in discussions and understandings of processes occurring including the right to engage in Scout Fellowship a Core Value of Scouting.

8.

A taped, delayed, replay of the meeting is not the same as live participation.

9.

Claimant refers to his August Filings describing his Contracted dependency on Mones and Mones P.C., to provide informations, describing his work with the Centers for Diseases Control as a Covid Vaccines Agent (Claimant's and colleagues' employments ended, forcing Claimant to seek new full-time employment, starting September 21St in his August Filing, Claimant Invokes the Americans with Disabilities Act.

10.

August 30th, the Court stated Mones and Mones P.C., did not describe basis for Abandoning Claimant and did not follow procedure to seek withdrawal as Counsel, the Court Ruling Mones and Mones P.C. Must Continue Representation of Claimant.

This, the Eighteenth day of September, Two-Thousand and Twenty-One,



2



Claimant Pro Se by Force





FILED 2021 SEP 27 AM 10:51
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

CERTIFICATE OF DELIVERY

I, ▮▮▮▮ Certify, I Delivered to:

United States Bankruptcy Court
Delaware District
824 Market Street N, 3rd Floor
Wilmington, DE 19801

The attached Notice, depositing same into a United States Approved Postal Receptacle, handing to a Postal Service Counter Clerk or Letter Carrier with sufficient first-class postage affixed.



Certificant

Subject: Fwd: To Paul Mones
From: [redacted]
Date: 9/16/2021, 10:34 AM
To: Paul Mones <paul@paulmones.com>, Louanne Masry <louanne@paulmones.com>, Courtney Kiehl <courtney@paulmones.com>, valeriesalazar@paulmones.com, Colleen del Rosario <colleen@paulmones.com>
CC: "colleen@paulmones.comlouanne"@paulmones.com, Jennifer Kiehl <jennifer@paulmones.com>, marta@paulmones.com
BCC [redacted]

To: Paul Mones paul@paulmones.com

Louanne Masry louanne@paulmones.com

Courtney Kiehl courtney@paulmones.com

Valerie Salazar valeriesalazar@paulmones.com

Colleen del Rosario colleen@paulmones.comlouanne@paulmones.com

Jennifer Kiehl jennifer@paulmones.com

Dear Mr. Mones and Attorneys:

As you are aware, Judge Silverstein Ordered you to Continue to Represent Me.

You did not notify by any means of notification of the September 9, live, on line, Tort Claimants Meeting, your denying me my live participation.

I have not received any Communication from you since Judge Silverstein's Public Order to You to Continue to Represent Me as Your Client.

[redacted]

Please place canines, felines and all animals, in the pets section with a $10 to $50 rehoming fee, to prevent adoption by dog fighters, feeding by snake owners, animal sacrifice (ritiual or not) and all animal abuse!

Thank You Very Much!

Subject: Second Delivery From [redacted]
From: [redacted]
Date: 9/17/2021, 12:51 PM
To: Paul Mones <paul@paulmones.com>, Louanne Masry <louanne@paulmones.com>, Courtney Kiehl <courtney@paulmones.com>
CC: valeriesalazar@paulmones.com, "colleen@paulmones.comlouanne"@paulmones.com, Jennifer Kiehl <jennifer@paulmones.com>, marta@paulmones.com, Louanne Masry <louanne@paulmones.com>
BCC: [redacted]

To: Paul Mones paul@paulmones.com

Louanne Masry louanne@paulmones.com

Courtney Kiehl courtney@paulmones.com

Valerie Salazar valeriesalazar@paulmones.com

Colleen del Rosario colleen@paulmones.com

louanne@paulmones.com

Jennifer Kiehl jennifer@paulmones.com

marta@paulmones.com

Friday, September 17, 2021

Dear Mr. Mones and Attorneys:

Please find enclosed in the body of this e-mail my initial completed Delivery to you, regarding Judge Silverstein's Order.

Contact me upon Delivery, no later than 11:00 a.m., Los Angeles time, today; it is 9:50 a.m., your time now.

Sincerely,

[redacted]

Certificate of Delivery

I, [redacted], Certify, that I Delivered, to the above names by Electronic Delivery

[redacted]

-------- Forwarded Message --------
Subject: Fwd: To Paul Mones
Date: Thu, 16 Sep 2021 10:34:20 -0400
From:
Reply-To:
Organization: Health Sciences Degreed: Covid Vaccines Agent, Covid Screener, Infectiouses Diseases Hospital E.M.T.
To: Paul Mones <paul@paulmones.com>, Louanne Masry <louanne@paulmones.com>, Courtney Kiehl <courtney@paulmones.com>, valeriesalazar@paulmones.com, Colleen del Rosario <colleen@paulmones.com>
CC: "colleen@paulmones.comlouanne"@paulmones.com, Jennifer Kiehl <jennifer@paulmones.com>, marta@paulmones.com

To: Paul Mones paul@paulmones.com

Louanne Masry louanne@paulmones.com

Courtney Kiehl courtney@paulmones.com

Valerie Salazar valeriesalazar@paulmones.com

Colleen del Rosario colleen@paulmones.comlouanne@paulmones.com

Jennifer Kiehl jennifer@paulmones.com

Dear Mr. Mones and Attorneys:

As you are aware, Judge Silverstein Ordered you to Continue to Represent Me.

You did not notify by any means of notification of the September 9, live, on line, Tort Claimants Meeting, your denying me my live participation.

I have not received any Communication from you since Judge Silverstein's Public Order to You to Continue to Represent Me as Your Client.



Please place canines, felines and all animals, in the pets section with a $10 to $50 rehoming fee, to prevent adoption by dog fighters, feeding by snake owners, animal sacrifice (ritual or not) and all animal abuse!

Thank You Very Much!