**FILED**

Chief Judge Laurie Selber Silverstein

2021 SEP 28  AM 9:52

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Sept.22,2021

824 North Market Street, 6th Floor

Wilmington, DE 19801

Your Honor;

Sixty three years ago at age eleven I was an 80 pound under weight, fatherless, repressed Boy Scout. My mother was a waitress in the Greyhound Bus Depot, working 60 hours a week, providing for three children. Her desire for me to have male role models led her to trust my sixth grade science teacher and Boy Scout leader. Of the dark stories I have been able to share with my therapist, the worst was of the attempted rape... only aborted because I was "Still too small." I had the foresight to know something was terribly wrong and walked home in the middle of the night to sit on our porch until my mother's protective sense knew something was amiss and came to the door to find me.

Mine is only one of literally thousands and thousands of stories to be unearthed as a result of the BSA Bankruptcy law suit, and is not the worst. None the less it took over 60 years to tell.

The negotiations by the Tort Committee have been diligent, exhausting and serving the interests of us who have filed because of the BSA Bankruptcy suit. And to be frank, I have received four months of therapy provided by the BSA that has taken me from a very dark experience because of the child sexual abuse I endured and led me to understand the residual effects that have encumbered my life. Thank you BSA for doing the responsible thing. However, in the last Tort meeting we were told that depending the LAWS of the state where the abuse occurred there were statutes of limitations that defined the amount of recompense each survivor would receive. For instance a person in New York State with a high level of abuse could receive 1.2 million dollars, while another survivor from a state with a short statute of limitations with similar abuse could receive nothing. I am from one of those states, Nevada, that the statute of limitations for child sexual abuse was/is two years. For me that would have been 1958-59 when even the mention of such abuse was incredulous. We were told that even though it was abhorrent, and turns the Tort members stomachs, nothing can be done. Because of this law I will possibly be one of the victims who has the potential to receive nothing in compensation, $1.2 million – nothing. That 11 year old child wants to scream, "that's not fair!" Violated twice!

I am asking you to make this settlement more fair for all of us. Surely there is a way.

With great respect,

