Chief Judge Laurie Silverstein
824 North Market Street
6th Floor
Wilmington, Delaware 19801

FILED
2021 SEP 28 AM 9:49
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Boy Scouts of America – class action lawsuit



Hello Your Honor,

  My name is ▮▮▮▮ and I am a member of the class action lawsuit regarding my sexual abuse in the Boy Scouts of America. I have seen the emails from the attorney's representing us suggesting that we write individual letters to you regarding the abuse I suffered while I was in Scouting. Until now I have just completed questionnaires, signed paperwork as requested, not really wanting to get too involved. Well as you can tell by this letter I have changed my mind, not sure why, I guess something inside of me just has had enough hurt and this is one way of helping along the lifelong healing process in dealing with the abuse I suffered at the hands of people who were entrusted with our health, wellbeing and safety.

  Looking back on my years in Scouting there were many amazing memories, lessons learned that I still to this day remember and try to instill in my adopted children. But there were also dark deep secrets that haunt and hurt me to this day. Not sure what all I should include in this letter to you, but I will include the good with the bad. I started out in Cub Scouts pack 515 in West Falls New York when I was 8 or 9 not too sure those years are a little blurry, I worked my way up the ranks from Bobcat to Webelo. I would attend weekly den meetings at our den leaders house my recollection of that time is I had 2 different leaders ▮▮▮▮ Our weekly meetings were held in the basement at the ▮▮▮▮ house usually. This is where I met one of my abusers, ▮▮▮▮ He was the 2nd youngest child of her children and about 3 or 4 years older than I was at the time. Remembering back to that time there was nothing that would have indicated to me that I would have become a victim of his a few years later. It was once I graduated from Cub Scouts to Boy Scouts when I started to notice he took a special interest in me. He would help me with projects that I would need to get completed to obtain a certain merit badge or offering to tent with me when attending campouts. My parents were divorced when I was 11, I would go back and forth per the custody agreement between them, it was not a pretty scene. While other fathers would attend camping trips with their sons my father rarely if ever would attend. This led to ▮▮▮▮ showing greater interest in me I felt at the time since I did not have a father figure with me. To the best of my knowledge nothing ever happened to me while I was in Cub Scouts sexually or physically it was once, I entered Boy Scouts when the abuse started.

  Once I entered Boy Scouts Troop 505 in Griffins Mills New York we had a new group of leaders. Mr. ▮▮▮▮ was now a Senior Patrol Leader along with his older brother ▮▮▮▮ our Scout Master, along with ▮▮▮▮ as Assistant Scout Masters. ▮▮▮▮ wife ▮▮▮▮ was a friend of my mothers in the next town near us Colden, New York. He had two of his

own children who were also involved in Scouting, ▮▮▮▮▮ also took me in as a son in a way always paying special attention to me more than the other kids.

As I grew older and attended more weekend camping trips as well as summer camp and day camp events, I was in my Freshman year of high school when the physical abuse started from both parties Mr. ▮▮▮▮▮ The first occasion I can recall regarding my abuse was at Camp Scouthaven in Freedom, New York, this was a 2-week summer camp. ▮▮▮▮▮ made several advances toward me both verbally and physically, by the end of the second week he had started to have me perform oral sex on him he tried to reciprocate but I did not let him at that time. Once the summer was over and we got back to our regular monthly camping trips the abuse continued still from ▮▮▮▮▮ I was told by him that it was all ok and that lots of kids did this. I guess in a strange way I took that as if I was not doing ▮▮▮▮▮ question if this was right or not. As for ▮▮▮▮▮ the abuse was strictly oral performed by me on him, I never spoke to one about the other because I was told that if I did, I would get in trouble for saying something.

This abuse started to show in my schoolwork as well as my behavior. My grades and attendance were slipping I was missing days like crazy at school. My parents sent me to see ▮▮▮▮▮ a Psychologist in East Aurora the town I lived in. I knew ▮▮▮▮▮ from my school as he was my biology teacher in the 10th grade. I had weekly sessions with him over a period of at least eight months. At first I was very reluctant to open up about my abuse as I thought I would get in trouble and be kicked out of Scouting, I really did enjoy the time in Scouts learning, earning Merit Badges, hanging out with my friends at meetings and campouts, but than there was the other side of it that I did not speak of to anyone, the abuse. I have enclosed a copy of my high school transcript so you can see that during the time of the abuse my grades and attendance slipped finally to the point where I withdrew from school the bullying I received at school was intense. The transcript also clearly states that I was in Boy Scouts and the years as well. There was one incident that is forever burned into my mind, back then all of the kids had to have physicals at the school they checked the boys for hernias and scoliosis and the girls for scoliosis. This involved all of the boys undressing down to their underwear and standing in line to see ▮▮▮▮▮ All of these factors the abuse, the school bullying, my parents divorce finally led me to ask my sister if I could live with her in Maryland although the main reason was never told to her until years later by myself. I was running from my problems!

Once in Maryland things did improve since nobody knew me I had to kind of reinvent myself. I attended Towson High School in Towson, MD, my grades were okay, not the best but good enough that I graduated with a Maryland high school diploma in 1988, two years later than I was supposed to have graduated from East Aurora High 1986. I attended Baltimore Culinary College after high school where I received my Associates in Restaurant Skills and Management. I worked in the restaurant industry for several years before moving back to Buffalo to take care of my parents who were both ill. My mother had MS and my father had dementia, strokes and congestive heart conditions.

I feel the abuse I went through in my younger years has been the main factor in the struggles I have gone through as an adult. I came out as gay in 1992 to this day I do not know if this would have been different if I had not suffered the abuse in Scouting. I struggled with addiction for several years and can now say that I have been clean for 15 years. In relationships it has always been a struggle, I have had many over the years fraught with abuse, neglect and addiction, some short and some longer term. The one and most positive thing in my life is my adopted children who are all grown now. My oldest is 29 and my twins are 21. I adopted them in New York State in 2006 and 2008 respectively.

My goal in writing this letter is to let my voice be heard to you as well as Scouting which let me down, the abuse I suffered should have never happened to me and should never happen to another child as long as the program exists. Although I do have many great memories from Scouting the dark bad memories live on in my mind to this day. Thank you for taking the time to read this letter, I know I am one of many stories that are out there but together in numbers hopefully we can hold the Boy Scouts accountable for the abuse and force change.

Sincerely,

**EAST AURORA**, East Aurora, New York

Name: _[redacted]_
Parent or Guardian: _[redacted]_
Address: Same
Date Entered: 9/82
School Dist.: EA
Place of Birth: Buffalo, N.Y.

**NAME** NEWTON DANIEL C   000060511

| COURSE 82-83 | SUBJECTS | Units | Weeks | Periods | Class Ave. | Local Exam | Reg. Exam | Final Mark | Units |
|---|---|---|---|---|---|---|---|---|---|
| | ENGLISH 9 | 1 | | | 74 | | 70 | 70 | 1.00 |
| | SOC STUDIES 9 | 1 | | | 82 | | 73 | 73 | 1.00 |
| | FRENCH I | 1 | | | 55 | | 60 | 60 | 1.00 |
| | PRE-ALGEBRA I | 1 | | | 73 | | 67 | 67 | 1.00 |
| | SCIENCE 9 | 1 | | | 65 | | 76 | 76 | 1.00 |
| | BUS DYNAMICS | 1 | | | 80 | | | INC | |
| | PHYSICAL ED 9 | 1 | | | | | | | |

TOTALS: ABS 43   ILL 03   TDY 13   68.83   5.00

| COURSE 83-84 | SUBJECTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ENGLISH 10 | 1 | | | 79 | | 75 | 75 | 1.00 |
| | SOC STUDIES 10 | 1 | | | 73 | | 74 | 74 | 1.00 |
| | FRENCH II | 1 | | | | 51 | | 83 | 1.00 |
| | PRE-ALGEBRA II | 1 | | | 76 | | | 71 | 1.00 |
| | BIOLOGY NR | 1 | | | 66 | | | 66 | 1.00 |
| | KEY-BUS COMM | 1 | | | | | | S | |
| | PHYSICAL ED 10 | 1 | | | | | | F | |
| | NYS PCT MATH | | | | | | | | |

TOTALS: ABS 45   ILL 01   TDY 04   75.00   6.00

| COURSE 84-85 | SUBJECTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | AMER STUDIES R | 1 | | | | | | D/F | 00 |
| | AMER LIT R | 1 | | | | | | D/F | 00 |
| | FRENCH III | 1 | | | | | | D/F | 00 |
| | INT ALGEBRA | 1 | | | | | | D/P | 00 |
| | CHEMISTRY NR | 1 | | | | | | D/F | 00 |
| | BOOKKEEPING | 1 | | | | | | LFT | |
| | PHYSICAL ED 11 | 1 | | | | | | S | |
| | NYS PCT MATH | | | | | | | | INC F |

TOTALS: ABS 74   ILL   TDY 02

CODE:
IS — Independent Study
CP — Continuous Progress

Name _[redacted]_    Address _[redacted]_    Entered From EAMS

