Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, Delaware 19801



FILED
2021 SEP 28 AM 9:56
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

From: Case Number: █

Date: September 22, 2021

Dear: Judge Silverstein:

I am writing you this letter because of the information you are going to find in the letter that I have attached below. I recently sent this letter to the New York Times after I had the time to read the majority of the BSA Chapter 11 plan, and especially Article VII, pages 143-157. After reading this section, I found myself getting very angry and disgusted with this section because to me, this part of the plan is nothing more than plan to push away/scare away all my fellow molested scouts, because they would be at the mercy of tribunal of court appointed so called justice board. I can't let this happen to my boys/now men that as a Senior Patrol Leader, I promised to protect with my life.

Anyway, because I feel Article VII (pages 143-157) is not fair, I am going to be calling my class action lawyers that I am part of and asking them to find me 11 other past, molested men, that feel they have strong cases against the Boy Scouts of America organization, and asking them to join me in asking for Jury Trials, asking for $10 Million dollar settlements for each of us, and asking for the trial to be an open trial in front the public. I feel my case is strong enough to stand on its own merits. Yes, I know that this action will throw the BSA Organization's Bankruptcy plan into the trash, but I really don't think Article VII is fair, or just justice for my boys/men. I am going to put up $40,000 of my own money as a retainer, because I feel that strong about protecting my fellow molested scouts, and that the majority of them are telling the truth. I can't let you and the BSA Organization's lawyers make fools of my fellow molested scouts by putting them in front of a tribunal. I will be contacting my lawyers to see what they think of plan after I see what happens next, or I hear in the news about "Article VII of this plan. This section must change, or be taken out if this trial is to be fair and just for my boys.

Okay, I will be waiting to hear from you and the news to see what is the next move of the BSA's lawyers and their pathetic plan that has Article VII. Believe me, I have over $200,000.00 of cash at my disposal to use to defend myself and the other 11 scouts that I hope will join me in filing my suit for trial by jury. I feel that I have nothing to lose. I am not going to let some tribunal dictate my future request for real justice. I know what happened to me on that fateful day, and I am not going to forget it, or go away with a pathetic offer of $3,500. That can take that money and put it where the sun does not shine.

Sincerely: a man that has not forgotten the filthy man that molested me, and still has the pain in his heart and mind. You can find my name in Case: █



From: Anonymous Interested Party

September 21, 2021

Dear ▇

(Note: I sent this message to my lawyers because I felt betrayed in what I read.)

I finally sat down and read most of the Chapter 11 BSA plan that has been offered to Judge Silverstein and I must say it's quite a mouth full, that in the end, basically saves the Boy Scouts of America, all of its creditors, and affiliates, but in the end screws all of the past men, and recent young people that were molested, again.  In my book, it only allows recent young people that were molested to collect any real money, but in the end screws (meant to have a double meaning) all of the men that were molested years ago that have "no physical proof to back up their claims, just some names and highly descriptive memories of places and their ordeals."  For example, you can't do a swab to find any kind of physical genetic codes on a man that was molested 20, 30, 40, or even 50 years ago; so the Boy Scout lawyers, the Boy Scouts of America, the so called appointed trust people, and this judge have made it almost impossible for any of the older men that were molested to prove their case. In the end, this molestation case for the older men becomes a "he said, she said," prove it non-trial, and then this appointed board is putting these molested men on trial via some questionnaire they've created, but without any jury to hear their cases.  Where is the media coverage and Congress on this, like the women of USC?  I mean, these women weren't ever raped, just touched. What a double standard!

What are these so called appointed trustees going to do, swab our mouths to see if the molested men have any left over semen genetic codes left in their mouth from the rapist, over 50 years ago?  What a joke. After reading Article VII, or pages 143-157, I found myself thinking that this so called settlement is nothing more than an attack vehicle to discredit, attack, and smear the men (and yes, some females) that have filed cases, or charges, of molestation against the BSA.  So in the end, for me and my fellow molested past scouts to get a fair trial, we have to endure a trial by fire by these so called court appointed, guardians of justice and satisfy their every little whim, to their satisfaction? How is this justice?

You (our lawyers), Judge Silverstein, the Boy Scout's lawyers, The Boy Scouts of America organization, and these so called appointed court guardians of justice need to understand that we are not a bunch of poor hicks trying to get a fast buck. I have an MA in English Composition so, although I do not have a JD, I have mastered the two English languages, which are the written language and the spoken language. I can't vote for the other scouts, but in my book, all of the molested scouts should start a smear campaign and point out exactly what I just proved and said about this court settlement to show the public this case was not about caring and paying for the molested men and women the Boy Scouts of America allowed to be molested under their watch, but it was instead about "saving the Boy Scouts of America, under the protection of Judge Silverstein.

Sincerely, A victim of a Boy Scout Leader Molester