FILED
2021 SEP 28 AM 9:58
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE



RE: Letter to Judge Laura Selber Silverstein

9/14/2021

Claim#

Judge Silverstein,

First of all I want to thank you on the increditable amount of work you have done to protect the victims of this travistee. I just want to tell you how much this man ▇▇▇▇▇ we called him ▇▇ has done to my life, family and to my self asteam. I am so screwed up mentally I don't leave my house execpt for doctors and therapy apointments. I suffer from sever depression, PTSD, and anxiety disorder that I have had since I was fourteen years old. I have spent thousands and thousands of dollars on Psychololgst and therapy secessions and have never been a happy person. I am embarresed, humiliated, and I feel guilty about this hole ordeal. I can't but think I some how caused this. Judge Laura I'm writing this to you because this is the last time I will talk to anybody about this I will not survive until the end of this so this is the last I will be heard. I can't take it no more. There are parts of that night that were so tramatic to me I cant even talk about what else happened to me and what he forced me to do to him. Judge Laura as I mentioned in my first letter I was recruited by the LDS church to go into the Boy Scouts and I love the church. The reason I waited so long to file this claim was fear of the church and losing my standings in the church. Somehow they have found out about my filing because since I filled my claim they have striped my wife and I of all our callings, won't allow my Grandaughter who has been a member all her life to be involved in any church activites and none of the Bishop ▇▇▇ will even talk to us. My wife and I have both had callings all our lifes this is how I know that they know about me filing my claim. I don't even receive any emails from my church any more. The church in Utah is very, very powerful. So now they are robbing me spirtually also. Its by design. Judge Laura Thank You so much. Pray for us and I know you will continue to do the write things.

