NOTICE OF
ADDRESS CHANGE

PLEASE BE ADVISED THAT CLAIMANT ▮▮▮▮▮ HAS CHANGE ADDRESS.
ALL FUTURE CORRESPONDENCE WILL BE SENT TO:

▮▮▮▮▮

ALL PARTIES TAKE NOTICE THEREOF

RESPECTFULLY,

▮▮▮▮▮

LEGAL MAIL

TO: HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE
824 N. MARKET ST.
6TH FLOOR, COURTROOM NO 2
WILMINGTON, DEL-
19801

PENSACOLA FL 325
21 SEP 2021 PM 1 L

19801-493702

