Letter # 2

9-22-2012

FILED
2021 SEP 28  AM 10: 09

Chapter 11 BSA Case # 20-10343 (LSS)
Claim # SA████████

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Judge Laurie Selber Silverstein
United States Bankruptcy Court
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Judge Selber Silverstein,

I hope and pray that you are well and hopefully starting to see the light at the end of this nightmare tunnel for so many of us.

I have been trying my best not to lose my mind and start self-harming myself again as this reliving of my nightmares and terrors that have been filed away but not forgotten is really starting to put me at risk from myself going back into self-harm and addiction, so I thought that I would reach out to you to share some observations. I am going to be 63 in November. These multiple abuses that happened to me when I was a tween-teenager 40-50 years ago and yet they seem to be just like yesterday.

The toughest times are when I am half asleep in the very early morning when I am not really asleep, nor really awake. The nightmares are really, really tough Laurie… All these memories keep coming like a tidal wave of fire and agony and the flashbacks of hurt and pain are brutal. New memories keep coming and coming back and long forgotten abuses keep multiplying. Just the other night, I thought… "Who should I ask to see if I could get all those Child porn pictures that were taken of me back when I was a kid?" I wonder if I should reach out to Judge Silverstein, maybe the BSA, maybe the FBI in Atlanta? I wonder if I can get some help on that…

Every time I read or see a story about some Child being abused, neglected, or hurt, my mind cringes and my own hurt is exponentially magnified. When Simone Biles was testifying last week to Congress about Nassar and what he did to all those young Gymnasts, it was nothing but hurt- hurt-hurt your Honor. When she asked…. "How much is a child worth?" and then someone said, "silver platter", I realized that I had to go change my shirt because my tears had soaked it solid. I am shedding tears right now for all of us BSA kids that are no longer Children but damaged and destroyed Men and for all of our destroyed lives families, incarcerations, addictions, lost lives and stolen memories that should have never - never ever happened because of these Criminals.

These Attorneys need to shape up and quit posturing and running up the bill. These Insurance Companies need to fire up their claim department checkbooks and this whole matter needs to be closed and finished immediately. OUR collective sobriety and mental health are at stake, as if it hasn't already been compromised enough.

Having to relive this nightmare is incredibly hard for ALL OF us your Honor and we pray for you and for an end to this matter as fast as humanly possible.

Kindest Regards as best can be….

Letter # 1

4-23-2021                      Chapter 11 BSA Case # 20-10343 (LSS)

Judge Laurie Selber Silverstein
United States Bankruptcy Court
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Judge Selber Silverstein,

My name is Kg and I was sexually abused by 2 separate grown Men that were Boy Scouts Mentor Volunteers for 2 years when I was a kid in the 7th & 8th grade in Atlanta, GA.

In retrospect after all these years, I realized that I did not report my abuse when I was a kid because of threats and my parents that were so proud of me and my 2 brothers in the scouting program that we belonged to. Our troop was led by Doctors at the CDC and Professors from Emory University. We really had an awesome troop that was foundational to turning me into the person that I am today, including all of substantial contributions to my Lifelong ongoing Depression, Bi-Polar, Drug, Alcohol, divorced self- destructive behaviors compliments of the 2 Men that abused me as a kid.

I was threatened to never report my abuse and kept this secret with me all the way up to last November 16, 2020 when I finally decided that I would join the lawsuit as a birthday present to myself on my 62nd birthday.

I considered the decision of making a report and felt that it would be best to stay away from an Attorney because of the ensuing embarrassment and giving 50% of any settlement to some Law Firm that would not do much other than add me to a list and take half of any monies paid to me as some kind of compensation for the hurt and shame brought upon me compliments of the Boy Scouts of America.

I have been watching and keeping up with the status of communications and I think the last one said something about a settlement figure of $6,000 per Victim! I immediately thought "WTF" is this about?

So, I started thinking and did a couple of Google searches about Children sex crime settlements and thought that I would share some of these following details with you your Honor...

As you can see by the following.... Thoughts about paying each Abuse Victim $6,000 each is beyond nightmarish belief. Especially when the Attorney gets 50% and then we still must pay Taxes on the monies we receive...

I beg and plead to you that you the right thing and make sure the BSA, Creditors and the Insurance Companies compensate the Victims in a way that is truly fair and reasonable...

Kind Regards...

Kg... Houston Texas   **Case # 20-10343   Cc: Omni Agent Solutions   (Citations deleted here)**