Justice Lauri Selber Silverstein

Bsa Bankruptcy Court Case

824 Market Street 6th Floor

Wilmington DE 19801

FILED
2021 SEP 28 AM 10: 05
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Whom it May Concern

My name is ▮▮▮▮▮▮ my claim # is SA-▮▮▮▮

It has been 40 some years since the incident I am 54 years old now. I was a cub scout at the time I think 9 or 10 maybe. I remember their was a lady who led our meetings I don't know if that was cause their were not enough male scout leaders or what. I remember we were building race cars out of balsa wood that you would power with a co2 cartridge. After everyone had finished their cars all the different scouts groups got together at the local elementary gym to race them. I did pretty well building mine because it was the fastest one for my age group. After the racing was over an adult scout leader approached me. He told me he was from another troop in a town close to ours to judge the races I don't remember what town he said. He said that him and another scout leader was offering to take me and the winner from the older group on a camping trip.

It sounded like fun, so about a week later he came to pick me up he was alone. I assumed we were meeting up with the others but while driving he told me that something had come up a1nd it was just me and him. We drove for quite awhile im not sure where if was he took me. I remember we had to go through a gate to get to the area where we set up camp. There was a nice

stream next to where we camped. When we got everything set up we went fish ing. That lasted about a half hour we were not getting any bites. Im not sure there were even any fish in that stream. So then he decides we could go swimming but I tell him I didn't bring any trunks and he says that's alright we could just skinny dip and just as quick he took off all his clothes. At this point I'm pretty embarrassed but after awhile of him talking to me I said ok. So were in the water swimming and splashing each other when he goes over to a tree that's fallen across the stream. He tells me to come over there and he's pointing down at something on the back of the tree. So I go over there and I'm looking for what he's wanting me to see and he grabs me and pins me against the tree. Then he starts raping me I screemed and begged him to stop! He just tells me to shutup that theres no one for miles that could hear me. It seems like it lasted forever it was very painful I remember him telling me to stop crying. When it was over he wentback to the tent, I wanted to run but I had no idea where he had taken me to. He made me get in the tent and told me that he would take me home in the morning. That night he told me that if I told anyone about what he did that he would sneak into my house at night and he would kill my mom and dad while they slept. I was terrified, when he finally took me home I kept my mouth shut when my parents asked me how the rip was I said ok. I'm not sure how soon after I asked my mom to quit the cub scouts and she let me. Looking back I think my parents may have suspected something had happened because of how I was kind of withdrawn after. But my dad was pretty well known and he wouldn't have wanted anyone to know what had happened to his son. He wouldn't want the attention he had a thriving business and he just wouldn't want people to know. But this all could have been in my head I don't know if they really suspected anything or not. I just know I wanted to keep them safe. I did continue to play sports, it was the only thing that gave me some enjoyment but when I got to high school I quit sports. I started hanging with a different group of kids and we mostly just hung out and drank.

It was my senior year before I ever dated anyone and it wasn't because I went after her, she asked me out. 6 months later we were married I think for her it was just an escape from the home she grew up in for me I knew there would not be any one else because of how backwards I was. The marriage did bring me some luck I had two beautiful daughters and three wonderful grand daughters I wouldn't trade for anything. I also count myself lucky that I didn't have any boys so I didn't have to worry about them asking to join the bsa. I would not recommend any parent letting their sons to join the bsa.

I have suffered sever depression and anxiety my whole life after the incident. The incident comes fresh to mind everytime I have to sit on the toilet and have a bowel movement, because of the huge hemroids and fissure that shortly developed after the incident. Every 3 or 4 months when I get up fr

om the toilet I leave a bowl fu of blood from it. I have also suffered from ED which the doctors says they see no physical cause. I truly believe that my marriage failed because of my depression the incident caused. There has been many times that I have thought about suicide but I cant put my kids and grandkids through that. Please hold the BSA accountable, the plan their putting forward does not begin to compensate the survivors it's not even a slap on the hand to them, but it is a slap in the face of every survivor. As far as Im concerned I think the BSA should be abolished!

Sincerely



survivor



Justice Lauri Selber Silverstein
BSA Bankruptcy Court Case
824 Market Street 6th Floor
Wilmington DE 19801