8/21/21

TO WHOM IT MAY CONCERN

I WAS GOING TO RIGHT A LONG LETTER STATEING HOW MY LIFE BEEN MESS UP. I DONT NO IF IT BECAUSE OF WHAT HAPPEN TO ME.

I WISH SOMEONE COULD GO TO JAIL FOR THE THING THEY DID TO THE KIDS. SO NOW THEY DONT WANT PAY FOR THING THEY KNOW WHAT HAPPEN TO THE KIDS IN THERE CARE.

BECAUE, I WOULD HAVE TOID MY FATHER AND MOTHER, I DONT WANT TO THINK WHAT WOOD HAVE HAPPEN.

THE THING I WISH TO ASK YOU, WHAT WOULD YOU DO, IF IT WAS YOUR KIDS JUDGE!

I'M A SAMIPE MAN OF 69 YEARS OLD, AND MONEY, DONT MEAN THAT MUCH TO ME. I WOULD LIKE TO LEAVE MY GRANDBABYS SOMETHING. I HOPE YOU ARE FAIR.

THANK YOU FOR READING MY SMALL LETTER.

[redacted]

FILED 2021 SEP 28 AM 9:48 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE



Justice
Laurel Sollers
Silverstein BSA Bankruptcy Case
824 Market St 6th Floor
Wilmington, DE 19801

CHARLOTTE 23 SEP 2021
USPS X-RAY