**FILED**
2021 SEP 28 AM 10: 05

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE Delaware DISTRICT

[redacted]

pro se/co-counsel/interested party/claimant

CASE:
Boyscouts/BSA +
Delaware BSA, LLC

CASE # 20-10343 (LSS)

MOTION FOR:
- Change of Address,
- Change of Attorney, and
- Permission to File Late Claim

9/15/21

PG 1

2

#1 TAKE NOTICE thAt I AM UPDATING MY persoNAl MAiling ADDress to my MOM's house (boyfriend): where she is temporarily until December!

████████████████████

conservator & power of attorney

REASON: she has Full power of attorney over me & my AFFairs including litigAtion. she hAs been coordinating with OMNi & my A.V.A. lawyers.

so Any new Notices From the court or its AGENts send or NOTIFY there. — I will Still be IN JAil (450 BAucher) & continue to write From here to You & its AGENts

but DUe to COVID & OTher issues here, I cAnnot <u>recieve</u> any

3

Legal Mail, which Includes You
+Courts +Courts Agents.

Again, Any Forms (IE: proof of Claim,
etc.) I Am Missing or you are missing
From Me please help me, Find
out what I'm missing + mail them
Forthwith so I CAN FWD. Them
to You Forthwith + be timely.

- My ███████████ Address I wrote
you last week about is my
permanent/residential Address as it
is my Mom's + her Mom's (my Nana's)
house + is + Always will be a good
Mailing Address For Me. Whatever
you may have sent there I'll
get Forwarded to me by My
Nana, but Again For Now, My
Mom is at the Queen Address +
FWD it all there including
My checks/$ as previously
Described, by me + my wishes.

4

#2 ISSUE #2 -

I AM upset, ANGry & hAs cAused me tremendous confusion this PASt year is the "Abused IN SCOUTING" 1888 93 SCOUTS #/ LAWGroup. IT has cAused me great confusion in my court filings also.

I cAll them & they do tell me thAt they see "2" cIAIMS which I assume to be the OMNi AGENt but am unsure ▮▮▮▮▮▮ ▮▮▮▮▮▮, ~~whoArea~~

The 1888 93 scouts secretary will NOT Allow me to speak to any supervisor or Attorney becAuse he is hostile & combAtive & tells me thAt my (2) cIAIMS are

"LAte" (JAN & MArch 2021)

thus he & his/the lawgroup will <u>NOT</u> TAlk to me

5

IN FACT, even cited legal advice
& legal facts that YOU
The Honorable Lauri Selber Silverstein
is personally going to address
the fact that I filed "Late" (past Nov.
16 2020 Television Ad Deadline) & will rule
that I AM NOT entitled to money.

I always believed that he & that # (erroneously)
was my lawyer: The AVA law Group
1800 7774141, 1800 834 4018
Also known as Reich Binstock
2718 Montana Ave. # 218 Billings MT
59101

I had my Mom Google & call
& it turns out that

AVALawGroup/R&B
2718 Montana Ave #218
Billings, MT 59101

ARE my Attorneys
& they are seperate from
The AIS 88893scouts
#

6

I signed a retainer with them & the $ fee agreement. Months ago (a copy I sent to your court to put on file)

So I want to put it on file, they told my mom that they are my attorneys, have a retainer & are coordinating with her & her power of attorney & forms we need to fill out. So please log this. I do accept their service. But I still want notices to be sent to them and to me at my mom's.

I just never gotten much notice from them so I didn't know. When the time comes for my $/settlement, make sure a seperate check gets sent to my mom as I previously explained.

$ please help verify they're my attorneys & my name is on their court filings & with Trustee

7

# 3 permission to File late claim -

A) IN CAlifornia it was extended
B) I Qualify, for statutes of limitation
~met them
C) The proceedings are still ongoing
~werent that late ~ The Bankruptsy
plans changed 3 times allowing me
to be added on ~ Amended in to
d) HUSTON V. LACK 487 US 266, 108 S CT
2379 (1988) ~ Lyons-Bey v. pennel 93
F Appx 732 (6th cir. 2004)

All Federal Courts Accept the
prison mailbox rule where my
Documents were "Filed" when
I put them in my prison box
signed by the Deputy ~ Dated -
                       or even both
1 of the 2 claims were Filed
before 11-16-2020

   as they were signed ~ mailed
before 11-16-20

8

I also Filed 21-147 RGA in Delaware with a copy of the claim & consolidated it into this 20-10343 (LSS) AND in California where I reside & injuries occured USDC # CV 20-11382 DOC SP with the claim~ also done before 11-16-20.

The Doctrines of collateral estopel & res judicata may also apply

* I made a good faith attempt to litigate those issues & get them filed on a recognized docket /platform. Im in jail w/ zero law /law machine/forms access.

* & it is not my fault my jail or the courts forwarded the claims late.

* My claims dont burden the court or parties

9

E) This issue has never been litigated, raised, brought up or in the plan $ is a NON issue -

F) IN the event your Honor does Rule "late claims are barred"

They only apply to people on the streets who intentionally mailed them post $ postmarked past NOV 2020
$ is too vauge -

I AM except because IM an inmate, I filed them to omni and went above & beyond to file my own claims in court & thus giving fair notice as required by law, on time $ is NOT MY FAULT you got them "late"

Again Ive addressed this repeatedly in my filings in this court -

— Post Note —   pg 10

I understand that the jail has now remedied the outgoing legal mail problem by easing COVID & security/COVID restrictions & hired more legal staff

Thus you guys are now getting my mail better now -

but at the time late 2020 - early 2021 it had these problems & restrictions -

see also exhibits A-D attached

**Exhibit A**

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM

Only one request per form.
Solamente una solicitud por forma.

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.
Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

| REFERENCE NUMBER | NAME | BOOKING NUMBER | FACILITY | HOUSING LOCATION | DATE |
|---|---|---|---|---|---|
| | [redacted] | | TTCF | 232B pod | 8-15-21 |

### I AM REQUESTING (only one request per form):

**TO SPEAK WITH**
- [ ] VA Representative
- [ ] Chaplain Religion: ____
- [ ] Americans with Disabilities Act (ADA) Coordinator
- [ ] Other (explain below)

**LOGISTICAL**
- [ ] Personal care items
- [ ] Legal forms
- [ ] Voting information
- [x] Information about my mail
- [ ] Commissary/vending
- [ ] A haircut
- [ ] To be rehoused or reclassified
- [ ] Other (explain below)

**INMATE OPPORTUNITIES**
- [ ] Educational classes
- [ ] Special Education - IEP
- [ ] Drug/alcohol treatment
- [ ] To be an Inmate Worker
- [ ] Fire Camp information
- [ ] Supervised release (i.e. ankle monitor, house arrest)
- [ ] Community Transition Unit (Re-entry services)
- [ ] Other (explain below)

**OTHER**
- [ ] A credit calculation
- [ ] To make a positive comment about an employee
- [ ] Food information
- [ ] Other (explain below)

**LEGAL INFORMATION**
- [ ] Next court date
- [ ] Release date
- [ ] SP status
- [ ] Charge(s)
- [ ] Hold(s)/Warrant(s)
- [ ] Addresses for: Court/Parole/Probation

**OTHER**
- [ ] Account balance
- [ ] Telephone PIN
- [ ] Library time
- [ ] Shoes/Mattress/Linen
- [ ] A "hygiene kit"
- [ ] Other: ____

*These requests may be handled by the housing officer.*

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

To Whom this may concern- Mail unit. As of 7/30/21 the Sheriffs/CT. put a stop to all of my incoming legal mail. citing COVID, lack of staff, and me writing complaints that my legal mail was delivered to me 3-4 weeks late & pending that outcome of investigation, it is on hold. However... In Nov. 2016 I filed several claims/lawsuits to/on the boyscouts. Not only does you legal logs confirm this but I need you to confirm that the claims made by Abuse in Scouting #1888BSScouts of me sending them Jan/March 2021 are incorrect but at that time I had filed with you a similiar inmate request form to confirm that you mailed them "Late" at no fault of my own * the process

--- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ---

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

FRONT PART 2 (PINK COPY)

SH-J-437 Rev. 05/16    Green – Facility    Pink – Inmate copy at time of submission

## Emergency Request

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately.

## Inmate Requests

As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a request for any available service or information while in confinement.

- Your request may be conveyed verbally to custody staff, or by completing and submitting an Inmate Request Form.
- You may obtain an Inmate Request Form from your housing location or notify a staff member to obtain one for you.
- The Inmate Request Form is not meant to discuss issues at length, nor is it to be utilized by inmates for resolution of grievances against staff. These types of concerns are to be submitted on an Inmate Grievance Form.
- Please allow 15 days for a resolution of your request. Depending on the volume of requests received by units such as the Community Transition Unit (CTU), Community-Based Alternatives to Custody (CBAC), Prisoner Personnel Office (PPO), and Education Based Incarceration (EBI), a response may not always be provided. A non-response does not indicate a denial of your request.
- If you are dissatisfied with a response to an Inmate Request, you may submit an Inmate Grievance Form to seek a resolution.
- Inmate requests cannot be appealed.

## Americans with Disabilities Act (ADA) – Request/Grievance Procedure

- The request must contain your name, booking number, housing location.
- Include a brief description of what you are requesting.
- Indicate the actions you are requesting for the Department to take to correct the alleged violation(s).
- Requests should be addressed to the Custody Division ADA Coordinator:

    Los Angeles County Sheriff's Department - Custody Division ADA Coordinator
    Custody Compliance and Sustainability Bureau
    450 Bauchet St., Room E-883
    Los Angeles, CA 90012
    Phone: (213) 893-5500    TTY: (323) 267-6669    Email: adacompcus@lasd.org

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the request.
- Using this informal request procedure is not a requirement under federal regulations, nor does it prevent you from filing a request with the appropriate federal enforcement agency.
- Alternatively, ADA grievances may be submitted on the Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420).

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420) into a white envelope available in your housing area.

*(handwritten: Exhibit B)*

**BACK PART 2 (PINK COPY)**

SH-J-437 Rev. 05/16                    Green – Facility                    Pink –Inmate copy at time of submission

| BRIEF SUMMARY OF ACTIONS TAKEN (REGARDING ADA REQUESTS): |
|---|
| According to records (both the log and grievances) your claims were filed November 6th or so 2020 which also includes the two US District court filings, the mailbox rule does apply to you. as it is recognized in the courts we do show logs from October 2020 where you sent your claims, Questionare & retainer to an 3667 Voltaire San Diego AVA/AIS law group. it was returned due to accident on our part for not sealing it and it falling out at the post office. We already submitted an Affadavit to that firm. Due to covid & other issues the mail outgoing process is significantly delayed. |

| APPROVED BY WATCH COMMANDER | DATE |
|---|---|
| [redacted] | 8-19-21 |

Exhibit C

**exhibit C**

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM
Only one request per form.
Solamente una solicitud por forma.

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

| REFERENCE NUMBER: | NAME | BOOKING NUMBER | FACILITY / FACILIDAD | HOUSING LOCATION / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|---|
| | [redacted] | | TTCF | 232 B pod | 8·15·21 |

### I AM REQUESTING (only one request per form):

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain Religion: _____ | ☐ Legal forms | ☒ Special Education - IEP | ☐ To make a positive comment about an employee |
| ☐ Americans with Disabilities Act (ADA) Coordinator | ☐ Voting information | ☐ Drug/alcohol treatment | |
| | ☒ Information about my mail | ☐ To be an inmate worker | ☐ Food information |
| | ☐ Commissary/vending | ☐ Fire Camp information | ☐ Other (explain below) |
| | ☐ A haircut | ☐ Supervised release (i.e. ankle monitor, house arrest) | |
| ☐ Other (explain below) | ☐ To be rehoused or reclassified | ☐ Community Transition Unit (Re-entry services) | |
| | ☐ Other (explain below) | ☐ Other (explain below) | |

| LEGAL INFORMATION | (response) | OTHER | (response) |
|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | |
| ☐ Release date | | ☐ Telephone PIN | |
| ☐ SP status | | ☐ Library time | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | |
| ☐ Addresses for: Court/Parole/Probation | | ☐ Other: _____ | |

*These requests may be handled by the housing officer.*

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

To whom this may concern- Mail Unit. As of 7/30/21 the sheriffs/CT. put a stop to all of my incoming legal mail. citing Covid, lack of staff, and me writing complaints that my legal mail was delivered to me 3-4 weeks late pending that outcome of investigation, it is on hold. However... In Nov. 2016 I filed several claims + lawsuits to/on the boyscouts. Not only does your legal logs confirm this but I need you to confirm that the claims made by abuseinscouting #1888035couts of me sending them Jan/March 2021 are incorrect but at that time I had filed with you a similar inmate request form to confirm that you mailed them "late," at no fault of my own + the process-

--- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ---

| [redacted] ceiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | 549740 | 2026-2021-0816-293 |

FRONT PART 1 (GREEN COPY)

SH-J-437 Rev. 05/16        Green – Facility        Pink –Inmate copy at time of submission

exhibit E - grievance says:

According to Records (both the log And grievances) your claims were filed November 6th or so 2020. which Also includes the two US District Court Filings. The mailbox Rule does Apply to you. As it is recognized in the courts. We do show logs from October 2020 where you sent your claims, questionare & retainer to AN 3667 Voltaire San Diego AVA/AIS/AW group. IT WAS returned due to accident on our part for not sealing it And it falling out at the post office. We Already submitted AN AFFADAvit to that firm. Due to COVID & other issues, the mail outgoing process is significantly delayed.