# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### CENTURY'S NOTICE OF SUBMISSION OF REDLINE EDITS TO THE SOLICITATION PROCEDURES ORDER, THE MASTER BALLOT, AND THE DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES ORDER

Please take notice that on September 27, 2021, Century Indemnity Company on behalf of itself and certain other insurers submitted its redline edits to the Solicitation procedures, the Direct Abuse Claim Master Ballot, and the Disclosure Statement and Solicitation Procedures Order to Debtors in the above captioned matter. Century's redline edits to these documents are attached as exhibits hereto.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Dated: September 29, 2021                Respectfully Submitted,

By: */s/ Stamatios Stamoulis*
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile:  302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile:  212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*