# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: October 6, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: October 19, 2021 at 10:00 a.m. (ET)**<br><br>**Re: D.I. 6342** |

### JOINDER OF CLARENDON NATIONAL INSURANCE COMPANY, AS SUCCESSOR BY MERGER TO CLARENDON AMERICA INSURANCE COMPANY, AMERICAN GENERAL FIRE & CASUALTY COMPANY, MARYLAND AMERICAN GENERAL GROUP, AND MARYLAND CASUALTY COMPANY TO THE ZURICH INSURERS' MOTION FOR AUTHORITY TO JOIN IN RULE 2004 SUBPOENAS OR, IN THE ALTERNATIVE, ISSUE IDENTICAL SUBPOENAS AS PREVIOUSLY SERVED BY OTHER INSURERS RELATING TO CLAIMS AGGREGATORS

Clarendon National Insurance Company, as successor in interest by merger to Clarendon America Insurance Company, American General Fire & Casualty Company, Maryland American General Group, and Maryland Casualty Company by its undersigned attorneys, hereby joins in the *Zurich Insurers' Motion For Authority to Join in Rule 2004 Subpoenas or, in The Alternative, Issue Identical Subpoenas as Previously Served by Other Insurers Relating to Claims Aggregators* [D.I. 6342].

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: September 29, 2021
Wilmington, Delaware

/s/ Matthew G. Summers
Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
mcclambc@ballardpshar.com

-and-

Harry Lee*
John O'Connor*
Brett Grindrod*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Facsimile: (202) 429-3902
E-mail: hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com
(*Admitted *pro hac vice*)

*Attorneys for Clarendon America Insurance Company, American General Fire & Casualty Company, Maryland American General Group, and Maryland Casualty Company*