## **CERTIFICATE OF SERVICE**

I, Matthew G. Summers, hereby certify that, on this 29th day of September, 2021, I caused a true and correct copy of the foregoing *Joinder* to be served *via* CM/ECF on all parties who have registered for electronic service in these cases.

Dated: September 29, 2021
Wilmington, Delaware

                                        */s/ Matthew G. Summers*
                                        Matthew G. Summers (DE No. 5533)
                                        BALLARD SPAHR LLP