## Exhibit B

## Expense Detail

| Work Date | Timekeeper Name | Description | Bill Amt |
|---|---|---|---:|
| 6/17/2021 | Andolina, Michael | After Hours HVAC | 660.00 |
| 6/28/2021 | Lauria (Boelter), Jessica | Airfare | 215.71 |
| 6/28/2021 | Lauria (Boelter), Jessica | Airfare | 897.70 |
| 6/30/2021 | Lauria (Boelter), Jessica | Airfare | 1,723.31 |
| 6/30/2021 | Andolina, Michael | Airfare | 1,055.04 |
| 6/30/2021 | Andolina, Michael | Airfare | 692.05 |
| 6/30/2021 | Andolina, Michael | Airfare | 50.00 |
| 6/9/2021 | Linder, Matthew | Business Meals | 17.61 |
| 6/15/2021 | Sheehan, Cindy | Business Meals | 16.32 |
| 6/15/2021 | Sheehan, Cindy | Business Meals | 7.82 |
| 6/16/2021 | Rivero, Devin | Computer Services | 8.99 |
| 6/17/2021 | Linder, Matthew | Computer Services | 19.99 |
| 6/17/2021 | Linder, Matthew | Computer Services | 17.99 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 41.64 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 12.25 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 46.54 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 12.25 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 46.55 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.10 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 3,132.39 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 41.65 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 3,165.87 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 3,132.39 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 12.25 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 46.54 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 46.54 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 46.54 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 46.54 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 1,194.90 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 1,552.83 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 49.00 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 12.25 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 41.65 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 46.54 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 44.09 |
| 6/11/2021 | Lauria (Boelter), Jessica | Conference Room Dining | 14.70 |
| 6/21/2021 | Hirshorn, Deanna | Document Research | 31.57 |
| 6/21/2021 | Thomas, Jennifer | Document Research | 29.39 |
| 6/21/2021 | Rosenberg, Erin | Document Research | 2.18 |
| 6/21/2021 | Rubashkin, Hannah | Document Research | 0.43 |
| 5/1/2021 | Sullivan, Janet | E-Discovery Data Hosting / Storage | 8.00 |
| 6/1/2021 | Sullivan, Janet | E-Discovery Data Hosting / Storage | 3,184.90 |
| 6/2/2021 | Chemborisov, Gleb | E-Discovery Data Processing | 40.00 |
| 6/7/2021 | Chen, Tony | E-Discovery Data Processing | 187.20 |
| 6/8/2021 | Chemborisov, Gleb | E-Discovery Data Processing | 1,972.40 |
| 6/8/2021 | Leung, Kenneth | E-Discovery Data Processing | 874.80 |
| 6/9/2021 | Chemborisov, Gleb | E-Discovery Data Processing | 40.00 |
| 6/9/2021 | Chen, Tony | E-Discovery Data Processing | 151.60 |
| 6/21/2021 | Leung, Kenneth | E-Discovery Data Processing | 502.00 |
| 6/22/2021 | Leung, Kenneth | E-Discovery Data Processing | 40.00 |
| 6/23/2021 | Chen, Tony | E-Discovery Data Processing | 40.00 |
| 6/27/2021 | Chen, Tony | E-Discovery Data Processing | 40.00 |
| 6/29/2021 | Chen, Tony | E-Discovery Data Processing | 40.00 |
| 6/3/2021 | Chemborisov, Gleb | E-Discovery Production | 3,985.80 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 6/10/2021 | Chen, Tony | E-Discovery Production | 323.70 |
| 6/28/2021 | Leung, Kenneth | E-Discovery Production | 130.00 |
| 6/1/2021 | Sullivan, Janet | E-Discovery User Fees | 1,125.00 |
| 6/30/2021 | Andolina, Michael | Hotel Expense | 877.12 |
| 6/30/2021 | Andolina, Michael | Hotel Expense | 825.00 |
| 6/29/2021 | Linder, Matthew | Miscellaneous Other | 199.00 |
| 6/15/2021 | Thomas, Jennifer | Overtime Meals | 20.00 |
| 6/15/2021 | Pelter, Samuel | Overtime Meals | 264.93 |
| 6/1/2021 | Kim, David | Printing | 0.80 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 2.50 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 2.70 |
| 6/1/2021 | Kim, David | Printing | 0.40 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 1.70 |
| 6/1/2021 | Kim, David | Printing | 0.60 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 1.80 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 1.60 |
| 6/1/2021 | Kim, David | Printing | 1.40 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 2.10 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 1.60 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 0.30 |

| Date | Name | Activity | Amount |
|---|---|---|---|
| 6/1/2021 | Kim, David | Printing | 0.90 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 1.40 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 1.00 |
| 6/1/2021 | Kim, David | Printing | 0.60 |
| 6/1/2021 | Kim, David | Printing | 0.60 |
| 6/1/2021 | Kim, David | Printing | 5.60 |
| 6/1/2021 | Kim, David | Printing | 4.20 |
| 6/1/2021 | Kim, David | Printing | 7.90 |
| 6/1/2021 | Kim, David | Printing | 0.60 |
| 6/1/2021 | Kim, David | Printing | 0.70 |
| 6/1/2021 | Kim, David | Printing | 1.60 |
| 6/1/2021 | Kim, David | Printing | 5.60 |
| 6/1/2021 | Kim, David | Printing | 2.60 |
| 6/1/2021 | Kim, David | Printing | 2.20 |
| 6/1/2021 | Kim, David | Printing | 4.20 |
| 6/1/2021 | Kim, David | Printing | 7.90 |
| 6/1/2021 | Kim, David | Printing | 2.20 |
| 6/1/2021 | Kim, David | Printing | 2.90 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 11.70 |
| 6/1/2021 | Kim, David | Printing | 6.30 |
| 6/1/2021 | Kim, David | Printing | 1.40 |
| 6/1/2021 | Kim, David | Printing | 2.00 |
| 6/1/2021 | Kim, David | Printing | 1.00 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 1.00 |
| 6/1/2021 | Kim, David | Printing | 1.10 |
| 6/1/2021 | Kim, David | Printing | 1.80 |
| 6/1/2021 | Kim, David | Printing | 2.10 |
| 6/1/2021 | Kim, David | Printing | 1.60 |
| 6/1/2021 | Kim, David | Printing | 1.10 |
| 6/1/2021 | Kim, David | Printing | 1.20 |
| 6/1/2021 | Kim, David | Printing | 0.90 |
| 6/1/2021 | Kim, David | Printing | 0.60 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 1.70 |
| 6/1/2021 | Kim, David | Printing | 1.40 |

| | | | |
|---|---|---|---|
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 1.60 |
| 6/1/2021 | Kim, David | Printing | 0.50 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.50 |
| 6/1/2021 | Kim, David | Printing | 1.60 |
| 6/1/2021 | Kim, David | Printing | 1.60 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 1.00 |
| 6/1/2021 | Kim, David | Printing | 1.20 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 1.60 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 3.00 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 1.40 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 1.70 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 1.40 |
| 6/1/2021 | Kim, David | Printing | 1.30 |
| 6/1/2021 | Kim, David | Printing | 0.70 |
| 6/1/2021 | Kim, David | Printing | 1.40 |
| 6/1/2021 | Kim, David | Printing | 1.40 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 1.60 |
| 6/1/2021 | Kim, David | Printing | 1.40 |

| Date | Name | Activity | Amount |
|---|---|---|---|
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 1.40 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 1.40 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 1.80 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 2.20 |
| 6/1/2021 | Kim, David | Printing | 1.30 |
| 6/1/2021 | Kim, David | Printing | 2.70 |
| 6/1/2021 | Kim, David | Printing | 1.60 |
| 6/1/2021 | Kim, David | Printing | 1.90 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 3.20 |
| 6/1/2021 | Kim, David | Printing | 1.00 |
| 6/1/2021 | Kim, David | Printing | 1.70 |
| 6/1/2021 | Kim, David | Printing | 1.40 |
| 6/1/2021 | Kim, David | Printing | 1.80 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 2.20 |
| 6/1/2021 | Kim, David | Printing | 1.60 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 1.80 |
| 6/1/2021 | Kim, David | Printing | 0.60 |
| 6/1/2021 | Kim, David | Printing | 0.50 |
| 6/1/2021 | Kim, David | Printing | 0.70 |
| 6/1/2021 | Kim, David | Printing | 1.20 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 0.60 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 0.80 |
| 6/1/2021 | Kim, David | Printing | 1.60 |
| 6/1/2021 | Kim, David | Printing | 2.80 |
| 6/1/2021 | Kim, David | Printing | 17.00 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 1.10 |
| 6/1/2021 | Kim, David | Printing | 1.10 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 1.70 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 1.60 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 0.20 |
| 6/1/2021 | Kim, David | Printing | 0.80 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 0.80 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 0.50 |
| 6/1/2021 | Kim, David | Printing | 3.10 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 0.70 |
| 6/1/2021 | Kim, David | Printing | 4.40 |
| 6/1/2021 | Kim, David | Printing | 11.00 |
| 6/1/2021 | Kim, David | Printing | 1.70 |
| 6/1/2021 | Kim, David | Printing | 0.40 |
| 6/1/2021 | Kim, David | Printing | 3.20 |
| 6/1/2021 | Kim, David | Printing | 3.20 |
| 6/1/2021 | Kim, David | Printing | 0.80 |
| 6/1/2021 | Kim, David | Printing | 1.60 |
| 6/1/2021 | Kim, David | Printing | 2.00 |
| 6/1/2021 | Kim, David | Printing | 5.80 |
| 6/1/2021 | Kim, David | Printing | 4.40 |
| 6/1/2021 | Kim, David | Printing | 0.80 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 0.40 |
| 6/1/2021 | Kim, David | Printing | 1.30 |
| 6/1/2021 | Kim, David | Printing | 2.70 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 1.30 |
| 6/1/2021 | Kim, David | Printing | 1.60 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 0.30 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Kim, David | Printing | 0.10 |
| 6/1/2021 | Kim, David | Printing | 1.50 |
| 6/1/2021 | Lauria (Boelter), Jessica | Printing | 2.70 |
| 6/1/2021 | Lauria (Boelter), Jessica | Printing | 0.30 |
| 6/1/2021 | Lauria (Boelter), Jessica | Printing | 0.40 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 6/1/2021 | Lauria (Boelter), Jessica | Printing | 0.40 |
| 6/1/2021 | Lauria (Boelter), Jessica | Printing | 0.10 |
| 6/1/2021 | Lauria (Boelter), Jessica | Printing | 4.70 |
| 6/1/2021 | Lauria (Boelter), Jessica | Printing | 13.60 |
| 6/1/2021 | Lauria (Boelter), Jessica | Printing | 0.10 |
| 6/1/2021 | Lauria (Boelter), Jessica | Printing | 0.20 |
| 6/1/2021 | Lauria (Boelter), Jessica | Printing | 2.40 |
| 6/1/2021 | Lauria (Boelter), Jessica | Printing | 0.90 |
| 6/1/2021 | Lauria (Boelter), Jessica | Printing | 0.20 |
| 6/2/2021 | Thomas, Jennifer | Printing | 6.90 |
| 6/2/2021 | Thomas, Jennifer | Printing | 1.30 |
| 6/2/2021 | Thomas, Jennifer | Printing | 4.80 |
| 6/2/2021 | Thomas, Jennifer | Printing | 4.40 |
| 6/2/2021 | Kim, David | Printing | 0.30 |
| 6/2/2021 | Kim, David | Printing | 2.30 |
| 6/3/2021 | Kim, David | Printing | 0.10 |
| 6/7/2021 | Draigh, David | Printing | 0.40 |
| 6/7/2021 | Draigh, David | Printing | 0.30 |
| 6/7/2021 | Draigh, David | Printing | 3.00 |
| 6/7/2021 | Draigh, David | Printing | 0.10 |
| 6/7/2021 | Draigh, David | Printing | 2.20 |
| 6/7/2021 | Draigh, David | Printing | 0.10 |
| 6/7/2021 | Draigh, David | Printing | 0.10 |
| 6/7/2021 | Draigh, David | Printing | 0.20 |
| 6/7/2021 | Kim, David | Printing | 2.90 |
| 6/7/2021 | Kim, David | Printing | 3.00 |
| 6/7/2021 | Kim, David | Printing | 6.00 |
| 6/7/2021 | Kim, David | Printing | 3.50 |
| 6/7/2021 | Kim, David | Printing | 0.50 |
| 6/7/2021 | Kim, David | Printing | 11.50 |
| 6/7/2021 | Kim, David | Printing | 1.20 |
| 6/7/2021 | Kim, David | Printing | 0.70 |
| 6/7/2021 | Kim, David | Printing | 0.10 |
| 6/7/2021 | Kim, David | Printing | 2.30 |
| 6/7/2021 | Kim, David | Printing | 0.30 |
| 6/7/2021 | Kim, David | Printing | 0.40 |
| 6/7/2021 | Kim, David | Printing | 10.50 |
| 6/7/2021 | Kim, David | Printing | 0.20 |
| 6/7/2021 | Kim, David | Printing | 0.30 |
| 6/7/2021 | Kim, David | Printing | 29.00 |
| 6/7/2021 | Kim, David | Printing | 30.00 |
| 6/7/2021 | Kim, David | Printing | 20.00 |
| 6/7/2021 | Kim, David | Printing | 11.10 |
| 6/7/2021 | Kim, David | Printing | 15.80 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 6/7/2021 | Kim, David | Printing | 25.00 |
| 6/7/2021 | Kim, David | Printing | 2.60 |
| 6/8/2021 | Thomas, Jennifer | Printing | 1.10 |
| 6/8/2021 | Thomas, Jennifer | Printing | 1.90 |
| 6/8/2021 | Thomas, Jennifer | Printing | 0.10 |
| 6/8/2021 | Kim, David | Printing | 3.70 |
| 6/8/2021 | Kim, David | Printing | 0.10 |
| 6/8/2021 | Kim, David | Printing | 1.80 |
| 6/8/2021 | Kim, David | Printing | 10.00 |
| 6/8/2021 | Kim, David | Printing | 3.00 |
| 6/8/2021 | Kim, David | Printing | 18.00 |
| 6/8/2021 | Kim, David | Printing | 3.00 |
| 6/8/2021 | Kim, David | Printing | 22.20 |
| 6/8/2021 | Kim, David | Printing | 0.60 |
| 6/8/2021 | Kim, David | Printing | 10.80 |
| 6/8/2021 | Kim, David | Printing | 7.80 |
| 6/8/2021 | Kim, David | Printing | 0.60 |
| 6/8/2021 | Kim, David | Printing | 1.30 |
| 6/8/2021 | Kim, David | Printing | 0.10 |
| 6/8/2021 | Kim, David | Printing | 0.50 |
| 6/8/2021 | Kim, David | Printing | 3.00 |
| 6/8/2021 | Kim, David | Printing | 0.50 |
| 6/8/2021 | Kim, David | Printing | 3.00 |
| 6/8/2021 | Kim, David | Printing | 0.50 |
| 6/9/2021 | Kim, David | Printing | 0.90 |
| 6/9/2021 | Kim, David | Printing | 7.00 |
| 6/9/2021 | Kim, David | Printing | 4.20 |
| 6/9/2021 | Kim, David | Printing | 5.00 |
| 6/9/2021 | Kim, David | Printing | 0.50 |
| 6/9/2021 | Kim, David | Printing | 9.00 |
| 6/9/2021 | Kim, David | Printing | 0.50 |
| 6/9/2021 | Kim, David | Printing | 9.50 |
| 6/9/2021 | Kim, David | Printing | 0.50 |
| 6/9/2021 | Kim, David | Printing | 8.50 |
| 6/9/2021 | Kim, David | Printing | 2.20 |
| 6/9/2021 | Kim, David | Printing | 0.20 |
| 6/9/2021 | Kim, David | Printing | 1.90 |
| 6/9/2021 | Kim, David | Printing | 0.80 |
| 6/9/2021 | Kim, David | Printing | 0.10 |
| 6/10/2021 | Nasser, Adam | Printing | 1.50 |
| 6/10/2021 | Kim, David | Printing | 0.60 |
| 6/10/2021 | Kim, David | Printing | 0.30 |
| 6/10/2021 | Kim, David | Printing | 1.50 |
| 6/10/2021 | Kim, David | Printing | 3.80 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 6/13/2021 | Lauria (Boelter), Jessica | Printing | 2.20 |
| 6/13/2021 | Lauria (Boelter), Jessica | Printing | 0.10 |
| 6/13/2021 | Lauria (Boelter), Jessica | Printing | 1.60 |
| 6/13/2021 | Lauria (Boelter), Jessica | Printing | 1.80 |
| 6/13/2021 | Lauria (Boelter), Jessica | Printing | 1.70 |
| 6/14/2021 | Draigh, David | Printing | 0.10 |
| 6/14/2021 | Draigh, David | Printing | 0.10 |
| 6/14/2021 | Lauria (Boelter), Jessica | Printing | 2.40 |
| 6/14/2021 | Lauria (Boelter), Jessica | Printing | 0.30 |
| 6/14/2021 | Lauria (Boelter), Jessica | Printing | 1.70 |
| 6/22/2021 | Valdez, Raul | Printing | 1.20 |
| 6/22/2021 | Valdez, Raul | Printing | 1.60 |
| 6/22/2021 | Valdez, Raul | Printing | 0.70 |
| 6/22/2021 | Valdez, Raul | Printing | 0.30 |
| 6/22/2021 | Valdez, Raul | Printing | 1.50 |
| 6/22/2021 | Valdez, Raul | Printing | 0.50 |
| 6/22/2021 | Valdez, Raul | Printing | 2.20 |
| 6/22/2021 | Valdez, Raul | Printing | 1.20 |
| 6/22/2021 | Valdez, Raul | Printing | 1.60 |
| 6/22/2021 | Valdez, Raul | Printing | 0.70 |
| 6/22/2021 | Valdez, Raul | Printing | 0.60 |
| 6/22/2021 | Valdez, Raul | Printing | 4.30 |
| 6/22/2021 | Valdez, Raul | Printing | 0.40 |
| 6/22/2021 | Valdez, Raul | Printing | 1.70 |
| 6/22/2021 | Valdez, Raul | Printing | 4.20 |
| 6/22/2021 | Valdez, Raul | Printing | 0.40 |
| 6/22/2021 | Valdez, Raul | Printing | 1.20 |
| 6/22/2021 | Valdez, Raul | Printing | 0.30 |
| 6/22/2021 | Valdez, Raul | Printing | 1.00 |
| 6/22/2021 | Valdez, Raul | Printing | 0.70 |
| 6/22/2021 | Valdez, Raul | Printing | 0.30 |
| 6/22/2021 | Valdez, Raul | Printing | 0.80 |
| 6/22/2021 | Valdez, Raul | Printing | 2.40 |
| 6/22/2021 | Valdez, Raul | Printing | 1.00 |
| 6/22/2021 | Valdez, Raul | Printing | 0.40 |
| 6/22/2021 | Valdez, Raul | Printing | 0.80 |
| 6/22/2021 | Valdez, Raul | Printing | 0.70 |
| 6/22/2021 | Valdez, Raul | Printing | 0.70 |
| 6/22/2021 | Valdez, Raul | Printing | 2.10 |
| 6/22/2021 | Valdez, Raul | Printing | 5.40 |
| 6/22/2021 | Valdez, Raul | Printing | 1.50 |
| 6/22/2021 | Valdez, Raul | Printing | 0.70 |
| 6/22/2021 | Valdez, Raul | Printing | 1.00 |
| 6/22/2021 | Valdez, Raul | Printing | 1.90 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 6/22/2021 | Valdez, Raul | Printing | 1.00 |
| 6/22/2021 | Valdez, Raul | Printing | 0.20 |
| 6/22/2021 | Valdez, Raul | Printing | 0.10 |
| 6/22/2021 | Valdez, Raul | Printing | 1.40 |
| 6/22/2021 | Valdez, Raul | Printing | 1.50 |
| 6/22/2021 | Valdez, Raul | Printing | 1.10 |
| 6/22/2021 | Valdez, Raul | Printing | 0.10 |
| 6/22/2021 | Valdez, Raul | Printing | 0.30 |
| 6/22/2021 | Valdez, Raul | Printing | 0.70 |
| 6/22/2021 | Valdez, Raul | Printing | 0.80 |
| 6/22/2021 | Valdez, Raul | Printing | 1.10 |
| 6/22/2021 | Valdez, Raul | Printing | 0.60 |
| 6/22/2021 | Valdez, Raul | Printing | 0.30 |
| 6/22/2021 | Valdez, Raul | Printing | 1.60 |
| 6/22/2021 | Valdez, Raul | Printing | 0.70 |
| 6/22/2021 | Valdez, Raul | Printing | 1.10 |
| 6/22/2021 | Valdez, Raul | Printing | 1.20 |
| 6/22/2021 | Valdez, Raul | Printing | 0.60 |
| 6/22/2021 | Valdez, Raul | Printing | 1.00 |
| 6/22/2021 | Valdez, Raul | Printing | 1.20 |
| 6/22/2021 | Valdez, Raul | Printing | 0.20 |
| 6/22/2021 | Valdez, Raul | Printing | 0.40 |
| 6/22/2021 | Valdez, Raul | Printing | 0.60 |
| 6/22/2021 | Valdez, Raul | Printing | 0.10 |
| 6/22/2021 | Valdez, Raul | Printing | 1.10 |
| 6/22/2021 | Valdez, Raul | Printing | 0.80 |
| 6/22/2021 | Valdez, Raul | Printing | 0.60 |
| 6/22/2021 | Valdez, Raul | Printing | 1.20 |
| 6/22/2021 | Valdez, Raul | Printing | 1.20 |
| 6/22/2021 | Valdez, Raul | Printing | 0.50 |
| 6/22/2021 | Valdez, Raul | Printing | 0.10 |
| 6/22/2021 | Valdez, Raul | Printing | 0.20 |
| 6/22/2021 | Valdez, Raul | Printing | 0.10 |
| 6/22/2021 | Valdez, Raul | Printing | 0.10 |
| 6/22/2021 | Valdez, Raul | Printing | 0.10 |
| 6/22/2021 | Valdez, Raul | Printing | 0.10 |
| 6/22/2021 | Valdez, Raul | Printing | 0.10 |
| 6/22/2021 | Valdez, Raul | Printing | 1.30 |
| 6/22/2021 | Valdez, Raul | Printing | 0.10 |
| 6/22/2021 | Valdez, Raul | Printing | 0.40 |
| 6/23/2021 | Valdez, Raul | Printing | 0.10 |
| 6/23/2021 | Valdez, Raul | Printing | 0.10 |
| 6/23/2021 | Valdez, Raul | Printing | 0.10 |
| 6/24/2021 | Boone, Robbie | Printing | 2.50 |

| Date | Name | Category | Amount |
|---|---|---|---:|
| 6/4/2021 | Lauria (Boelter), Jessica | Taxi - Business | 296.38 |
| 6/7/2021 | Lauria (Boelter), Jessica | Taxi - Business | 195.00 |
| 6/8/2021 | Andolina, Michael | Taxi - Business | 198.79 |
| 6/15/2021 | Andolina, Michael | Taxi - Business | 43.03 |
| 6/15/2021 | Andolina, Michael | Taxi - Business | 96.68 |
| 6/16/2021 | Lauria (Boelter), Jessica | Taxi - Business | 66.20 |
| 6/30/2021 | Lauria (Boelter), Jessica | Taxi - Business | 151.00 |
| 6/30/2021 | Andolina, Michael | Taxi - Business | 33.56 |
| 6/30/2021 | Andolina, Michael | Taxi - Business | 26.13 |
| 6/30/2021 | Andolina, Michael | Taxi - Business | 49.94 |
| 6/30/2021 | Andolina, Michael | Taxi - Business | 35.92 |
| 6/30/2021 | Andolina, Michael | Taxi - Business | 34.44 |
| 6/30/2021 | Andolina, Michael | Taxi - Business | 62.18 |
| 6/30/2021 | Andolina, Michael | Taxi - Business | 92.77 |
| 6/25/2021 | Chen, Tony | Taxi - Overtime | 77.77 |
| 6/30/2021 | Andolina, Michael | Travel Meals | 12.00 |
| | | | **36,219.30** |