Dear Judge Laurie Selber Silverstein,

Thank you for taking the time to read my letter. I am writting you to tell you why I can not vote for the Boyscouts Sebtember plan as a survivor of years of abuse. The plan has nothing in it for people like me! It takes nothing that happed to boys like me into consideration! Acording to the plan I am a teir one survivor but only because I was penitrated? So someone that was in scouts for a week and penitrated once is considered the same as someone that was raped hundredts of times over almost an entire decaid? How is that right? Far worse things happened then penitration and there not even given catagorys! I was in scouts for eight years from the ages of ten to seventeen and left just after

[redacted]

thousands of memories I have to live with everyday because of what happened to me. due to the torture I survived I wound up on dissability right after I left scouts for nurolocical issues cause by my time in scouts and behavioral problems caused from not knowing right from wrong after leaving scouts. I was on disaability for twentythree years untill 2019 because I was taken off of disability because I joined the case and they said that was avidince of improvement in my condidtion! I never had a family, never had kids, never got married or dated and never could preform sextiealy after my time in scouts. I don't have anone in my life because I stay away from all people and have been reclusive for the majority of my life. My life was stolen from me as a child. I never went to prom or had any of the normal social develamental mile stones because I was in medical treatment centers. Now I sit hear reading the plan and feel like im not part of it! I see the Speirit of adventure council in Massaceuttess is not even on the list of contributers. Not one of the propertys are listed! Every camping trip that scout leader took me on I was abused and that happened in Massachuttess, New Hampshire, all over New England, Texas, California and maymore but I didnt see any of the places or councilies responcible for this listed! How can I vote for a plan that dosent hold them accountable? How can I vote for plan that dosent property take my claim into consideration? What there calling the max matrix for teir one is criminal! I can bearly cover medical bills

with that! Untill they properly catorgize the abuse they will never have real fair compinsation and all the coundles respopncable for abuse must partisipait fairly, so right now I cant vote to suport anyt plan! This "new" plan is the RSA with no changes! The fact that they have taken this long and have made no progress puts people like me in real danger of being homeless because of this case. my dissability appeal is not going to be herd untill late 2022! Now because of how the BSA and the lawyers are all dragging there feet there is still no progress. Why cant you take this out of there hands and make a fair ruling? 2.7 mil is a slap in the face for what was done to me for as long as they did it! If it that was by year it would be closer but as a maxmum thats just a misscarrage of justice and a slap in the face! there is no way there going to come to any agreement in mediation! I can't be the only one that sees that! BSA dosent want to give anyththing and the lawyers want the mood and its the survivors that suffer every day with this and reliving it over and over is truely hell on earth! Help us end this and get the clouse we need. The boy scouts must be stopped before they hurt more innocent children! I would close them down and order all there assettess be forfit to the survivor trust and further order the trust to have adiquit compinsation for those of us that clearly where more then just "penitraited" because the hell we survived needs to be addressed and needs to labled what it was Rape and torture because calling it "penitraited" is like calling the grand cannion a pot hole!

Sorry about my spelling I am not good with computers. I am typing this because my wrighting is chicken scratches and I wanted you to aleast beable to read it.

Thank you for taking the time to read this, I hope I didnt brake any rules but this just seemed to important to just not point out. again thank you.

DISTRICT OF DELAWARE
US BANKRUPTCY COURT

2021 SEP 28 PM 2:44

FILED

09/16/2021

1