# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 6376 and 6429** |

**NOTICE OF FILING OF <u>REVISED</u> PROPOSED JOINT LETTER OF THE FUTURE CLAIMANTS' REPRESENTATIVE AND THE COALITION OF ABUSED SCOUTS FOR JUSTICE REGARDING THE DEBTORS' MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR <u>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC</u>**

PLEASE TAKE NOTICE THAT on September 15, 2021, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 6212] (the "Plan") (as may be amended, supplemented or otherwise modified) and the *Amended Disclosure Statement for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 6213]

PLEASE TAKE FURTHER NOTICE THAT on September 27, 2021, James L. Patton, Jr., the Future Claimants' Representative (the "FCR") and the Coalition of Abused Scouts for Justice (the "Coalition") filed a joint letter recommending that survivors vote to accept the Plan [Docket No. 6376] (the "FCR/Coalition Letter").

PLEASE TAKE FURTHER NOTICE THAT on September 29, 2021, the Debtors filed the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

28647283.1

*Delaware BSA, LLC* [Docket No. 6429] (as may be amended, supplemented or otherwise modified) and the *Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 6431].

PLEASE TAKE FURTHER NOTICE THAT subsequent to filing the FCR/Coalition Letter, at the request of certain parties in interest, the FCR and Coalition agreed to make certain revisions to the FCR/Coalition Letter. A copy of the revised FCR/Coalition Letter is attached hereto as Exhibit A (the "Revised FCR/Coalition Letter"). For the convenience of the Court and parties in interest, a blackline that shows the revisions to the Revised FCR/Coalition Letter is attached hereto as Exhibit B.

| | |
|---|---|
| Dated: September 30, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Kenneth J. Enos* |
| | Robert S. Brady (No. 2847) |
| | Edwin J. Harron (No. 3396) |
| | Kenneth J. Enos (No. 4544) |
| | Rodney Square, 1000 North King Street |
| | Wilmington, DE 19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| | E-mail:  RBrady@ycst.com |
| | E-mail:  EHarron@ycst.com |
| | E-mail:  Kenos@ycst.com |
| | |
| | *Counsel to the Future Claimants' Representative* |

28647283.1