# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,1<br><br>                        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 6368, 6369** |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF (I) MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO BANKRUPTCY RULE 3013 TO CLASSIFY CLAIMS UNDER THE FIFTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, UNDER CHAPTER 11 OF THE BANKRUPTCY CODE; AND (II) MOTION FOR ORDER FIXING HEARING DATE AND SHORTENING TIME REGARDING MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO BANKRUPTCY RULE 3013 TO CLASSIFY CLAIMS UNDER THE FIFTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

      PLEASE TAKE NOTICE that the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC (the "TCC"), appointed in the above-captioned cases, hereby withdraws without prejudice the *Motion of the Official Committee of Tort Claimants Pursuant to Bankruptcy Rule 3013 to Classify Claims Under the Fifth Amended Joint Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, Under Chapter 11 of the Bankruptcy Code* [Docket No. 6368] and *Motion for Order Fixing Hearing Date and Shortening Time Regarding Motion of the Official Committee of Tort Claimants Pursuant to Bankruptcy Rule 3013 to Classify Claims Under the Fifth Amended Joint Chapter 11 Plan of*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Reorganization for Boy Scouts of America and Delaware BSA, LLC, Under Chapter 11 of the Bankruptcy Code* [Docket No. 6369] filed on September 27, 2021.

Dated: September 30, 2021    PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (*admitted pro hac vice*)
Steven W. Golden (DE No. LP 0127)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:   (302) 652-4400
Email: jstang@pszjlaw.com
           inasatir@pszjlaw.com
           kbrown@pszjlaw.com
           joneill@pszjlaw.com
           jlucas@pszjlaw.com
           sgolden@pszjlaw.com

*Counsel for the Tort Claimants' Committee*