# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>　　　　　　　　　Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF PROPOUNDING INSURERS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF REQUESTS FOR ADMISSIONS DIRECTED TO DEBTORS

I hereby certify that on September 30, 2021, a true and accurate copy of (1) Propounding Insurers' First Request for Production of Documents Directed to Debtors and (2) Propounding Insurers' First Set of Requests for Admissions to Debtors were served in the manner indicated on the parties identified below.

<u>Via Email</u>

Michael C. Andolina
Jessica C. Lauria (formerly Boelter)
White & Case LLP
111 South Wacker Drive
Chicago, IL 60606
mandolina@whitecase.com
jboelter@whitecase.com

Derek Abbott
Paige N. Topper
Morris Nichols Arsht & Tunnell
1201 North Market Street, 16th Floor
PO Box 1347
Wilmington, DE 19899-1347
dabbott@morrisnichols.com
ptopper@morrisnichols.com

Dated: September 30, 2021                Respectfully Submitted,


                                         By: *Stamatios Stamoulis*
                                             Stamatios Stamoulis (#4606)

                                         STAMOULIS & WEINBLATT LLC
                                         800 N. West Street
                                         Third Floor
                                         Wilmington, Delaware  19801
                                         Telephone:   302 999 1540
                                         Facsimile:   302 762 1688

                                         *Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*