**EXHIBIT A**

**Privilege Log**

**BSA: Chart of Correspondence Regarding Hartford and TCJC Settlement Proposals[1]**

|  | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| 1. | 08/26/2020 | Matthew Linder | James Ruggeri, Kevin Carey, Timothy Gallagher, Steve McGowan, Jessica Lauria, Glenn Kurtz, Michael Andolina, Laura Baccash, Ernest Martin, Adrian Azer, Phil Anker, Joshua Weinberg | In re Boy Scouts of America, Case No. 20-10343 (LSS) | N |
| 2. | 08/27/2020 | James Ruggeri | Jessica Lauria, Kevin Carey, Timothy Gallagher, Steve McGowan, Jessica Lauria, Glenn Kurtz, Michael Andolina, Laura Baccash, Ernest Martin, Adrian Azer, Phil Anker, Joshua Weinberg, Matthew Linder | Re: In re Boy Scouts of America, Case No. 20-10343 (LSS) | N |
| 3. | 08/27/2020 | Michael Andolina | Richard Mason, Joseph Celentino, William Sugden, Matthew Linder, Jessica Lauria, Brian Whittman | Fw: Fwd BSA--Draft Term Sheet 8-27-21 | Y |
| 4. | 08/27/2021 | Joseph Celentino | Michael Andolina, Richard Mason, William Sugden, Matthew Linder, Jessica Lauria, Brian Whittman, Carl Binggeli, Laura Baccash | Re: Fwd: BSA--Draft Term Sheet 8-27-21 | Y |
| 5. | 08/27/2021 | Matthew Linder | Joseph Celentino, Michael Andolina, Richard Mason, William Sugden, Matthew Linder, Jessica Lauria, Brian Whittman, Carl Binggeli, Laura Baccash, Ernest Martin, Adrian Azer | Re: Fwd: BSA--Draft Term Sheet 8-27-21 | Y |
| 6. | 08/28/2021 | James Stang | Jessica Lauria, Michael Andolina, Matthew Linder | Fwd: BSA--Draft Term Sheet 8-27-21 | N |
| 7. | 08/31/2021 | Joseph Celentino | Michael Andolina, Matthew Linder, Jessica Lauria, Brian Whittman, Adrian Azer, Ernest Martin, Laura | Re: BSA - Settlement Term Sheet (Hartford Draft 8-31-21) | Y |

---

[1] The Debtors reserve the right to amend or supplement this chart.

| | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| | | | Baccash, Andrew O'Neill, Blair Warner, Richard Mason, William Sugden | | |
| 8. | 08/31/2021 | Madeleine Parish | Adam Goldberg, Matthew Linder, Jeff Bjork, Jessica Lauria, Michael Andolina, Deniz Irgi | Re: BSA | N |
| 9. | 08/31/2021 | Madeleine Parish | Adam Goldberg, Matthew Linder, Jeff Bjork, Jessica Lauria, Michael Andolina, Deniz Irgi | Re: BSA | N |
| 10. | 09/01/2021 | Eric Goodman | Matthew Linder, James Ruggeri, Joshua Weinberg, Phil Anker, David Molton, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim, Kevin Carey, Timothy Gallagher, Jessica Lauria, Michael Andolina, Andrew O'Neill, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli, Richard Mason, William Sugden, Joseph Celentino | Re: BSA - Discuss Hartford Term Sheet | Y |
| 11. | 09/01/2021 | Matthew Linder | Jeff Bjork, Adam Goldberg, Kevin Carey, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli, Richard Mason, William Sugden, Joseph Celentino, David Molton, Eric Goodman, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim | BSA - TCJC Term Sheet (Mediation Privilege) | Y |
| 12. | 09/01/2021 | Kevin Carey | Jessica Lauria, Michael Andolina, Matthew Linder, David Molton, Richard Mason, Robert Brady, Timothy Gallagher, James Ruggeri | Term sheet term from Hartford | Y |

| | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| 13. | 09/02/2021 | Madeleine Parish | David Molton, Eric Goodman, Robert Brady, Jessica Lauria, Michael Andolina, Matthew Linder, Timothy Gallagher, Kevin Carey, Paul Finn, Jeff Bjork, Adam Goldberg | BSA - TCJC Settlement Term Sheet | Y |
| 14. | 09/02/2021 | Matthew Linder | Richard Mason, William Sugden, Joseph Celentino, Andrew O'Neill, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli, Jessica Lauria, Michael Andolina | Fw: BSA - TCJC Settlement Term Sheet | Y |
| 15. | 09/02/2021 | Michael Andolina | Matthew Linder, Jessica Lauria, Adrian Azer, Ernest Martin, Laura Baccash, Joseph Celentino, Richard Mason, William Sugden | Fw: Fwd: Hartford Term Sheet - Mediation Privilege | Y |
| 16. | 09/06/2021 | Jessica Lauria | Michael Andolina, Matthew Linder, Laura Baccash, Brian Whittman, Ernest Martin, Adrian Azer | Fw: BSA – TCC Changes Term sheet term from Hartford | Y |
| 17. | 09/09/2021 | Kevin Carey | Jessica Lauria, Michael Andolina, Matthew Linder, Richard Mason, James Ruggeri, Phil Anker, David Molton, Robert Brady, Timothy Gallagher | Subject To Strict Mediation Confidentiality: Mediators Recommendation | N |
| 18. | 09/09/2021 | Jessica Lauria | Steve McGowan, Michael Andolina, Matthew Linder, Brian Whittman | Fw: Subject To Strict Mediation Confidentiality: Mediators Recommendation | N |
| 19. | 09/09/2021 | Jessica Lauria | Brian Whittman, Laura Baccash, Blair Warner, Michael Andolina, Matthew Linder | Fw: Subject To Strict Mediation Confidentiality: Mediators Recommendation | N |

| | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| 20. | 09/09/2021 | Steven McGowan | Jessica Lauria, Michael Andolina, Matthew Linder, Brian Whittman | Re: Subject To Strict Mediation Confidentiality: Mediators Recommendation | N |
| 21. | 09/09/2021 | Matthew Linder | Joseph Celentino | Fw: Subject To Strict Mediation Confidentiality: Mediators Recommendation | N |
| 22. | 09/09/2021 | Joseph Celentino | Matthew Linder | Re: Subject To Strict Mediation Confidentiality: Mediators Recommendation | N |
| 23. | 09/09/2021 | Kevin Carey | Michael Andolina, Jessica Lauria, Matthew Linder, Richard Mason, James Ruggeri, Phil Anker, David Molton, Robert Brady, Timothy Gallagher, Kami Quinn, Gabriel LeChevallier | Re: Subject To Strict Mediation Confidentiality: Mediators Recommendation | N |
| 24. | 09/09/2021 | Michael Andolina | Kevin Carey, Jessica Lauria, Matthew Linder, Richard Mason, James Ruggeri, Phil Anker, David Molton, Robert Brady, Timothy Gallagher, Kami Quinn, Gabriel LeChevallier | Re: Subject To Strict Mediation Confidentiality: Mediators Recommendation | N |
| 25. | 09/09/2021 | Phil Anker | Timothy Gallagher, Brian Whittman, David Molton, Jessica Lauria, Kevin Carey, Robert Brady, Michael Andolina, Matthew Linder, Laura Baccash, Kami Quinn, Eric Goodman, Richard Mason, James Ruggeri, Danielle Spinelli | BSA | Y |
| 26. | 09/09/2021 | James Ruggeri | David Molton, Phil Anker, Timothy Gallagher, Brian Whittman, Jessica Lauria, Kevin Carey, Robert Brady, Michael Andolina, Matthew Linder, Laura Baccash, | Re: BSA | Y |

| | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| | | | Kami Quinn, Eric Goodman, Richard Mason, Danielle Spinelli | | |
| 27. | 09/09/2021 | Joseph Celentino | Jessica Lauria, Michael Andolina, Matthew Linder, Laura Baccash, Adrian Azer, Richard Mason, William Sugden | AHC markup | Y |
| 28. | 09/09/2021 | David Molton | Gabriel LeChevallier, Kevin Carey, Matthew Linder, Jessica Lauria, Michael Andolina, Robert Brady, James Ruggeri, Phil Anker, Timothy Gallagher, Brian Whittman, Laura Baccash, Kami Quinn, Richard Mason, Danielle Spinelli, Eric Goodman, Edwin Harron, Tristan Axelrod, Michael Atkinson, Kenneth Enos, Emily Grim | Hartford TS | Y |
| 29. | 09/09/2021 | Timothy Gallagher | David Molton, Gabriel LeChevallier, Kevin Carey, Matthew Linder, Jessica Lauria, Michael Andolina, Robert Brady, James Ruggeri, Phil Anker, Brian Whittman, Laura Baccash, Kami Quinn, Richard Mason, Danielle Spinelli, Eric Goodman, Edwin Harron, Tristan Axelrod, Michael Atkinson, Kenneth Enos, Emily Grim | Re: Hartford TS | N |
| 30. | 09/09/2021 | Brian Whittman | Jessica Lauria, Michael Andolina, Matthew Linder, Laura Baccash | Fw: Hartford TS | Y |
| 31. | 09/09/2021 | Richard Mason | Kevin Carey, Michael Andolina, Jessica Lauria, Matthew Linder, James Ruggeri, Philip Anker, David Molton, Robert Brady, Timothy Gallagher, Kami Quinn, Gabriel LeChevallier | Re: Subject To Strict Mediation Confidentiality: Mediators Recommendation | N |

| | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| 32. | 09/09/2021 | Matthew Linder | Richard Mason, Michael Andolina, Jessica Lauria, Laura Baccash | Re: Subject To Strict Mediation Confidentiality: Mediators Recommendation | N |
| 33. | 09/10/2021 | Phil Anker | David Molton, Gabriel LeChevallier, Kevin Carey, Matthew Linder, Jessica Lauria, Michael Andolina, Robert Brady, James Ruggeri, Phil Anker, Timothy Gallagher, Brian Whittman, Laura Baccash, Kami Quinn, Richard Mason, Eric Goodman, Danielle Spinelli, Eric Goodman, Edwin Harron, Tristan Axelrod, Michael Atkinson, Kenneth Enos, Emily Grim | Re: Hartford TS | N |
| 34. | 09/10/2021 | David Molton | Phil Anker, Gabriel LeChevallier, Kevin Carey, Matthew Linder, Jessica Lauria, Michael Andolina, Robert Brady, James Ruggeri, Phil Anker, Timothy Gallagher, Brian Whittman, Laura Baccash, Kami Quinn, Richard Mason, Danielle Spinelli, Eric Goodman, Edwin Harron, Tristan Axelrod, Michael Atkinson, Kenneth Enos, Emily Grim | Re: Hartford TS | N |
| 35. | 09/10/2021 | Phil Anker | David Molton, Gabriel LeChevallier, Kevin Carey, Matthew Linder, Jessica Lauria, Michael Andolina, Robert Brady, James Ruggeri, Timothy Gallagher, Brian Whittman, Laura Baccash, Kami Quinn, Richard Mason, Danielle Spinelli, Eric Goodman, Edwin Harron, Tristan Axelrod, Michael Atkinson, Kenneth Enos, Emily Grim | Re: Hartford TS | N |
| 36. | 09/10/2021 | Tristan Axelrod | Phil Anker, David Molton, Gabriel LeChevallier, Kevin Carey, Matthew Linder, Jessica Lauria, Michael Andolina, Robert Brady, James Ruggeri, Phil Anker, Timothy Gallagher, Brian Whittman, Laura Baccash, | Re: Hartford TS | Y |

| | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| | | | Kami Quinn, Richard Mason, Danielle Spinelli, Eric Goodman, Edwin Harron, Tristan Axelrod, Michael Atkinson, Kenneth Enos, Emily Grim | | |
| 37. | 09/10/2021 | Matthew Linder | Phil Anker, James Ruggeri, Danielle Spinelli, David Molton, Eric Goodman, Tristan Axelrod, Gabriel LeChevallier, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim, Richard Mason, William Sugden, Joseph Celentino, Kevin Carey, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli | Re: BSA | Y |
| 38. | 09/10/2021 | Joseph Celentino | Matthew Linder, Phil Anker, James Ruggeri, Danielle Spinelli, David Molton, Eric Goodman, Tristan Axelrod, Gabriel LeChevallier, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim, Richard Mason, William Sugden, Kevin Carey, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli | Re: BSA | Y |
| 39. | 09/10/2021 | David Molton | Matthew Linder, Phil Anker, James Ruggeri, Danielle Spinelli, David Molton, Eric Goodman, Tristan Axelrod, Gabriel LeChevallier, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim, Richard Mason, William Sugden, Joseph Celentino, Michael Atkinson, Kevin Carey, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, | Re: BSA | Y |

| | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| | | | Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli | | |
| 40. | 09/12/2021 | Eric Goodman | Michael Andolina, Matthew Linder, Jessica Lauria, Laura Baccash, Brian Whittman, David Molton, Kami Quinn, Edwin Harron, Robert Brady, Emily Grim, Michael Atkinson, Gabriel LeChevallier | Re: TCJC - Mediation Privilege | Y |
| 41. | 09/12/2021 | Timothy Gallagher | Michael Andolina, Jessica Lauria, Matthew Linder | Fw: Hartford Revised 091221 | Y |
| 42. | 09/12/2021 | Timothy Gallagher | Michael Andolina, Jessica Lauria, Matthew Linder | Fw: Hartford Corrected 091221 722 EDT | Y |
| 43. | 09/13/2021 | Matthew Linder | Timothy Gallagher, Michael Andolina, Jessica Lauria | Re: Hartford Corrected 091221 722 EDT | Y |
| 44. | 09/13/2021 | Eric Goodman | Matthew Linder, Jessica Lauria, Michael Andolina, Laura Baccash, David Molton | Re: Hartford – Mediation Privilege | Y |
| 45. | 09/13/2021 | Joshua Weinberg | Matthew Linder, Jessica Lauria, Michael Andolina, Laura Baccash, Ernest Martin, Adrian Azer, Annette Rolain, James Ruggeri, Phil Anker | Re: BSA – Term Sheet Exhibits | Y |
| 46. | 09/13/2021 | Matthew Linder | Phil Anker, James Ruggeri, Danielle Spinelli, David Molton, Eric Goodman, Tristan Axelrod, Gabriel LeChevallier, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim, Richard Mason, William Sugden, Joseph Celentino, Kevin Carey, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli | BSA – Hartford Term Sheet and Mediators' Report | Y |

| | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| 47. | 09/13/2021 | Phil Anker | Matthew Linder, James Ruggeri, Danielle Spinelli, David Molton, Eric Goodman, Tristan Axelrod, Gabriel LeChevallier, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim, Richard Mason, William Sugden, Joseph Celentino, Kevin Carey, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli | Re: BSA – Hartford Term Sheet and Mediators' Report | Y |
| 48. | 09/13/2021 | Eric Goodman | Phil Anker, Matthew Linder, Danielle Spinelli, David Molton, Tristan Axelrod, Gabriel LeChevallier, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim, Richard Mason, William Sugden, Joseph Celentino, Kevin Carey, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli | Re: BSA – Hartford Term Sheet and Mediators' Report | Y |
| 49. | 09/13/2021 | Matthew Linder | Phil Anker, James Ruggeri, Danielle Spinelli, David Molton, Eric Goodman, Tristan Axelrod, Gabriel LeChevallier, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim, Richard Mason, William Sugden, Joseph Celentino, Kevin Carey, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli | Re: BSA – Hartford Term Sheet and Mediators' Report | Y |
| 50. | 09/13/2021 | Kevin Carey | Eric Goodman, Matthew Linder, Phil Anker, James Ruggeri, Danielle Spinelli, David Molton, Eric Goodman, Tristan Axelrod, Gabriel LeChevallier, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim, Richard Mason, William Sugden, | Re: BSA – Hartford Term Sheet and Mediators' Report | N |

| | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| | | | Joseph Celentino, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli | | |
| 51. | 09/13/2021 | James Ruggeri | Kevin Carey, Eric Goodman, Matthew Linder, Phil Anker, Danielle Spinelli, David Molton, Eric Goodman, Tristan Axelrod, Gabriel LeChevallier, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim, Richard Mason, William Sugden, Joseph Celentino, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli | Re: BSA – Hartford Term Sheet and Mediators' Report | N |
| 52. | 09/13/2021 | Eric Goodman | Matthew Linder, Phil Anker, James Ruggeri, Danielle Spinelli, David Molton, Eric Goodman, Tristan Axelrod, Gabriel LeChevallier, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim, Richard Mason, William Sugden, Joseph Celentino, Kevin Carey, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli | Re: BSA – Hartford Term Sheet and Mediators' Report | Y |
| 53. | 09/13/2021 | Joseph Celentino | James Ruggeri, Kevin Carey, Eric Goodman, Matthew Linder, Phil Anker, Danielle Spinelli, David Molton, Tristan Axelrod, Gabriel LeChevallier, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim, Richard Mason, William Sugden, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura | Re: BSA - Hartford Term Sheet and Mediators' Report | N |

| | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| | | | Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli | | |
| 54. | 09/13/2021 | James Ruggeri | Matthew Linder | Re: BSA - Hartford Term Sheet and Mediators' Report | N |
| 55. | 09/13/2021 | Matthew Linder | Phil Anker, James Ruggeri, Danielle Spinelli, David Molton, Eric Goodman, Tristan Axelrod, Gabriel LeChevallier, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim, Richard Mason, William Sugden, Joseph Celentino, Kevin Carey, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli | Re: BSA - Hartford Term Sheet and Mediators' Report | Y |
| 56. | 09/13/2021 | Madeleine Parish | Eric Goodman, David Molton, Anne Andrews, Jessica Lauria, Michael Andolina, Matthew Linder, Robert Brady, Timothy Gallagher, Kevin Carey, Paul Finn, Jeff Bjork, Adam Goldberg, Deniz Irgi | BSA - TCJC Settlement Term Sheet | Y |
| 57. | 09/13/2021 | Axelrod Tristan | Matthew Linder, Phil Anker, James Ruggeri, Danielle Spinelli, David Molton, Eric Goodman, Gabriel LeChevallier, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim, Richard Mason, William Sugden, Joseph Celentino, Kevin Carey, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli | Re: BSA - Hartford Term Sheet and Mediators' Report | Y |
| 58. | 09/13/2021 | Timothy Gallagher | Michael Andolina, Jessica Lauria, Matthew Linder, David Molton, Anne Andrews, Robert Brady, Edwin | BSA – Public Statements Re Hartford 091321 | N |

| | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| | | | Harron, Steve McGowan, Richard Mason, Kevin Carey, Timothy Gallagher | | |
| 59. | 09/13/2021 | Matthew Linder | Phil Anker, James Ruggeri, Danielle Spinelli, David Molton, Eric Goodman, Tristan Axelrod, Gabriel LeChevallier, Robert Brady, Edwin Harron, Kenneth Enos, Kami Quinn, Emily Grim, Richard Mason, William Sugden, Joseph Celentino, Kevin Carey, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli | Re: BSA - Hartford Term Sheet and Mediators' Report | Y |
| 60. | 09/13/2021 | Steve McGowan | Timothy Gallagher, Michael Andolina, Jessica Lauria, Matthew Linder, David Molton, Anne Andrews, Robert Brady, Edwin Harron, Richard Mason, Kevin Carey | Re: Public Statements Re Hartford 091321 | N |
| 61. | 09/13/2021 | Richard Mason | Timothy Gallagher, Michael Andolina, Jessica Lauria, Matthew Linder, David Molton, Anne Andrews, Robert Brady, Edwin Harron, Steve McGowan, Kevin Carey, James Ruggeri | Re: Public Statements Re Hartford 091321 | N |
| 62. | 09/13/2021 | Edwin Harron | Timothy Gallagher, Michael Andolina, Jessica Lauria, Matthew Linder, David Molton, Anne Andrews, Robert Brady, Steve McGowan, Richard Mason, Kevin Carey | Re: BSA: Public Statements Re Hartford 091321 | N |
| 63. | 09/13/2021 | David Molton | Timothy Gallagher, Richard Mason, Michael Andolina, Jessica Lauria, Matthew Linder, Anne Andrews, Robert Brady, Edwin Harron, Steven McGowan, Kevin Carey, James Ruggeri | Re: Public Statements Re Hartford 091321 | N |

| | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| 64. | 09/13/2021 | Anne Andrews | Timothy Gallagher, David Molton, Richard Mason, Michael Andolina, Jessica Lauria, Matthew Linder, Robert Brady, Edwin Harron, Steven McGowan, Kevin Carey, James Ruggeri | Re: Public Statements Re Hartford 091321 | N |
| 65. | 09/14/2021 | Blair Warner | Jeff Bjork, Adam Goldberg, Madeleine Parish, David Molton, Jessica Lauria, Michael Andolina, Matthew Linder, Laura Baccash | Re: BSA | Y |
| 66. | 09/14/2021 | Madeleine Parish | Eric Goodman, David Molton, Anne Andrews, Jessica Lauria, Michael Andolina, Matthew Linder, Robert Brady, Timothy Gallagher, Kevin Carey, Paul Finn, Jeff Bjork, Adam Goldberg, Deniz Irgi | Re: BSA - TCJC Settlement Term Sheet | Y |
| 67. | 09/14/2021 | Joseph Celentino | Jessica Lauria, Michael Andolina, Matthew Linder, Laura Baccash, Richard Mason, Douglas Mayer, William Sugden | Fw: BSA - TCJC Settlement Term Sheet | Y |
| 68. | 09/14/2021 | Eric Goodman | Matthew Linder, Jessica Lauria | Fw: BSA Gameplan (Mediation Privilege) | Y |
| 69. | 09/14/2021 | Matthew Linder | Eric Goodman, Jessica Lauria | Re: BSA Gameplan (Mediation Privilege) | N |
| 70. | 09/14/2021 | Eric Goodman | Jessica Lauria, Phil Anker, Matthew Linder, Tristan Axelrod, Kevin Carey, Timothy Gallagher, David Molton, Gerard Cicero, Kami Quinn, Emily Grim, Edwin Harron, Robert Brady, Kenneth Enos, Gabriel LeChevallier, Michael Atkinson, Michael Andolina, Andrew O'Neill, Laura Baccash, Blair Warner, Joseph Celentino, Richard Mason, William Sugden, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli, Steven McGowan, James Ruggeri, Danielle Spinelli, | Re: BSA Gameplan (Mediation Privilege) | N |

| | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| | | | Jeff Bjork, Adam Goldberg, Madeleine Parish, Derek Abbott, Andrew Remming, Paige Topper | | |
| 71. | 09/14/2021 | Richard Mason | Eric Goodman, Jessica Lauria, Phil Anker, Matthew Linder, Tristan Axelrod, Kevin Carey, Timothy Gallagher, David Molton, Gerard Cicero, Kami Quinn, Emily Grim, Edwin Harron, Robert Brady, Kenneth Enos, Gabriel LeChevallier, Michael Atkinson, Michael Andolina, Andrew O'Neill, Laura Baccash, Blair Warner, Joseph Celentino, Richard Mason, William Sugden, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli, Steven McGowan, James Ruggeri, Danielle Spinelli, Jeff Bjork, Adam Goldberg, Madeleine Parish, Derek Abbott, Andrew Remming, Paige Topper | Re: BSA Gameplan (Mediation Privilege) | N |
| 72. | 09/14/2021 | Matthew Linder | Jessica Lauria, Phil Anker, Tristan Axelrod, Kevin Carey, Timothy Gallagher, David Molton, Gerard Cicero, Kami Quinn, Emily Grim, Edwin Harron, Robert Brady, Kenneth Enos, Gabriel LeChevallier, Michael Atkinson, Eric Goodman, Michael Andolina, Andrew O'Neill, Laura Baccash, Blair Warner, Joseph Celentino, Richard Mason, William Sugden, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli, Steven McGowan, James Ruggeri, Danielle Spinelli, Jeff Bjork, Adam Goldberg, Madeleine Parish, Derek Abbott, Andrew Remming, Paige Topper | Re: BSA Gameplan (Mediation Privilege) | N |
| 73. | 09/14/2021 | Robert Brady | Matthew Linder, Jessica Lauria, Phil Anker, Tristan Axelrod, Kevin Carey, Timothy Gallagher, David Molton, Gerard Cicero, Kami Quinn, Emily Grim, Edwin Harron, Kenneth Enos, Gabriel LeChevallier, | Re: BSA Gameplan (Mediation Privilege) | N |

| | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| | | | Michael Atkinson, Eric Goodman, Michael Andolina, Andrew O'Neill, Laura Baccash, Blair Warner, Joseph Celentino, Richard Mason, William Sugden, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli, Steven McGowan, James Ruggeri, Danielle Spinelli, Jeff Bjork, Adam Goldberg, Madeleine Parish, Derek Abbott, Andrew Remming, Paige Topper | | |
| 74. | 09/14/2021 | Madeleine Parish | Matthew Linder | Re: BSA Gameplan (Mediation Privilege) | N |
| 75. | 09/14/2021 | Jeff Bjork | Matthew Linder, Adam Goldberg, Jessica Lauria, Madeleine Parish, Michael Andolina | Re: BSA Gameplan (Mediation Privilege) | N |
| 76. | 09/14/2021 | Jeff Bjork | Phil Anker, Jessica Lauria, Matthew Linder, Tristan Axelrod, Kevin Carey, Timothy Gallagher, David Molton, Gerard Cicero, Kami Quinn, Emily Grim, Edwin Harron, Robert Brady, Kenneth Enos, Gabriel LeChevallier, Michael Atkinson, Eric Goodman, Michael Andolina, Andrew O'Neill, Laura Baccash, Blair Warner, Joseph Celentino, Richard Mason, William Sugden, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli, Steven McGowan, James Ruggeri, Danielle Spinelli, Adam Goldberg, Madeleine Parish, Derek Abbott, Andrew Remming, Paige Topper | Re: BSA Gameplan (Mediation Privilege) | N |
| 77. | 09/14/2021 | Robert Brady | Matthew Linder, Jessica Lauria, Phil Anker, Tristan Axelrod, Kevin Carey, Timothy Gallagher, David Molton, Gerard Cicero, Kami Quinn, Emily Grim, Edwin Harron, Kenneth Enos, Gabriel LeChevallier, Michael Atkinson, Eric Goodman, Michael Andolina, Andrew O'Neill, Laura Baccash, Blair Warner, Joseph | Re: BSA Gameplan (Mediation Privilege) | N |

| | Date | Sent By | Received By | Subject | Settlement Proposal Attachment (Y/N) |
|---|---|---|---|---|---|
| | | | Celentino, Richard Mason, William Sugden, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli, Steven McGowan, James Ruggeri, Danielle Spinelli, Jeff Bjork, Adam Goldberg, Madeleine Parish, Derek Abbott, Andrew Remming, Paige Topper | | |