# Exhibit 1

**Local Rule 7026-1(d) Certification of Counsel**

**Local Rule 7026-1(d) Certification of Counsel**

The Debtors and the Insurers met and conferred regarding the issues raised in the Motion on July 18, July 23, July 30 and August 3.  Indeed, the Insurers filed several motions to compel production of the documents at issue in the Motion, in which they provided certifications that the parties met and conferred on those dates.  *See* D.I. 5729 and 5881.  The Debtors have no reason to believe that any further conversations with the Insurers would result in any agreement on these core issues.

September 30, 2021                                                    */s/ Derek C. Abbott*
                                                                                     Derek C. Abbott