# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

**PLEASE TAKE NOTICE** that Matthew S. Sorem of NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP hereby withdraws as attorney of record for Allianz Global Risks US Insurance Company ("**Allianz**") and requests that he be removed from the electronic and paper noticing matrix for the above-referenced case.

**PLEASE TAKE FURTHER NOTICE** that the following attorneys remain as counsel of record for Allianz:[2]

| *Attorneys for Allianz* | |
|---|---|
| David M. Fournier | Margaret H. Warner |
| Marcy J. McLaughlin Smith | Ryan S. Smethurst |
| Harris B. Winsberg | |
| | MCDERMOTT WILL & EMERY LLP |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | |

*[Signature page follows]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] For the avoidance of doubt, David M. Fournier and Marcy J. McLaughlin Smith of TROUTMAN PEPPER HAMILTON SANDERS LLP remain as Delaware counsel for Allianz. *See* Del. Bankr. L.R. 9010-2(b)(i).

#119838857 v1

| | | |
|---|---|---|
| Dated: | October 1, 2021<br>Wilmington, Delaware | TROUTMAN PEPPER HAMILTON SANDERS LLP |

By: */s/ Marcy J. McLaughlin Smith*
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:  302.777.6500
Facsimile:   302.421.8390

*-and-*

Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:  404.885.3000
Facsimile:   404.885.3900

*-and-*

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:  202.756.8228
Facsimile:   202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*