## **CERTIFICATE OF SERVICE**

        I, Marcy J. McLaughlin Smith, hereby certify that on the 1st day of October, 2021, I caused foregoing *Notice of Withdrawal of Appearance as Counsel and Request for Removal From Electronic and Paper Noticing Matrix* to be served upon the parties set forth on the attached list, in the manner indicated, and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court.

                                              */s/ Marcy J. McLaughlin Smith*
                                              Marcy J. McLaughlin Smith (DE No. 6184)

| Address1 | Address2 | Address3 | Address4 | Address5 | Address6 | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Florida State Prison | Attn: William Russel Hill | PO Box 800 | Raiford, FL 32083-0800 | | | | 1st class mail |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | | 1st class mail |
| JPMorgan Chase Bank, NA | Attn: Phil Martin | 10 S Dearborn St | Mail Code Il1-1415 | Chicago, Il 60603 | | | 1st class mail |
| O'Melveny & Myers LLP | Attn: Tancred Schiavoni | Times Square Tower | 7 Times Square | New York, NY 10036-6537 | | | 1st class mail |
| The County Commission Of Fayette County | Attn: President | P.O. Box 307 | Fayetteville, WV 25840 | | | | 1st class mail |
| The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc | Attn: John Stump, Esq | Chase Tower - 8th Fl | 707 Virginia St E. | Charleston, WV 25301 | | 1st class mail |
| United States Dept Of Justice | 950 Pennsylvania Ave, Nw | Room 2242 | Washington, DC 20530-0001 | | | | 1st class mail |
| Latham & Watkins LLP | Attn: Adam J Goldberg/Robert J Malionek | Attn: Madeleine C Parish/Benjamin A Dozier | 1271 Ave of the Americas | New York, NY 10020-1401 | | adam.goldberg@lw.com | Email |
| TN Dept of Labor - Bureau of Unemployment Insurance | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | PO Box 20207 | Nashville, TN 37202-0207 | | AGBankDelaware@ag.tn.gov | Email |
| Maurice Wutscher LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd. Ste 207 | Beachwood, OH 44122 | | | ahochheiser@mauricewutscher.com | Email |
| Andrus Wagstaff, PC | Attn: Aimee H. Wagstaff | 7171 W Alaska Dr | Lakewood, CO 80226 | | | aimee.wagstaff@andruswagstaff.com | Email |
| Phillips Lytle LLP | Attn: Angela Z Miller | One Canalside | 125 Main St | Buffalo, NY 14203 | | amiller@phillipslytle.com | Email |
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi | 1979 Marcus Ave, Ste 210E | Lake Success, NY 11042 | | | amish@doshilegal.com | Email |
| Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson | 277 S Rose St, Ste 5000 | Kalamazoo, MI 49007 | | | andersond@millercanfield.com | Email |
| Shipman & Goodwin LLP | Attn: Abigail Williams/ James Ruggeri | Attn: Joshua Weinberg | 1875 K St NW, Ste 600 | Washington, DC 20006-1251 | | awilliams@goodwin.com | Email |
| Carruthers & Roth, PA | Attn: Britton C Lewis | 235 N Edgeworth St | P.O. Box 540 | Greensboro, NC 27401 | | bcl@crlaw.com | Email |
| Morris James LLP | Attn: Brett D. Fallon | Attn: Brya M. Keilson | 500 Delaware Ave, Ste 1500 | P.O. Box 2306 | Wilmington, DE 19899-2306 | bfallon@morrisjames.com | Email |
| Straffi & Straffi, LLC | Attn: Daniel Straffi, Jr | 670 Commons Way | Toms River, NJ 08755 | | | bkclient@straffilaw.com | Email |
| Fournaris & Mammarella, PA | Attn: Bill Kelleher | 1925 Lovering Ave | Wilmington, DE 19806 | | | BKelleher@gfmlaw.com | Email |
| Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton | 701 5th Ave, Ste 3300 | Seattle, WA 98104 | | | bleaverton@karrtuttle.com | Email |
| Bodell Bove, LLC | Attn: Bruce W. McCullough | 1225 N King St, Ste 1000 | Wilmington, DE 19801 | | | bmccullough@bodellbove.com | Email |
| Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin | Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | bmclaughlin@monlaw.com | Email |
| Nagel Rice LLP | Attn: Bradley L Rice | 103 Eisenhower Pkwy | Roseland, NJ 07068 | | | brice@nagelrice.com | Email |
| Clyde & Co US LLP | Attn: Bruce D. Celebrezze | Four Embarcadero Center, Ste 1350 | San Francisco, CA 94111 | | | bruce.celebrezze@clydeco.us | Email |
| Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | 919 N Market St, Ste 420 | Wilmington, DE 19801 | | | bsullivan@sha-llc.com | Email |
| The Bifferato Firm, PA | Attn: Ian Connor Bifferato | 1007 N Orange ST, 4TH FL | Wilmington, DE 19801 | | | cbifferato@tbf.legal | Email |
| Ichor Consulting, LLC | Attn: J. Chad Edwards | 3626 N Hall St (Two Oak Lawn) Ste 610 | Dallas, TX 75219 | | | Chad@IchorConsulting.com | Email |
| Office of the Attorney General | Attn: Christopher S Murphy | Attn: Sherri K Simpson | Bankruptcy & Collections Division | P.O. Box 12548 | Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov | Email |
| Synchrony Bank | c/o PRA Receivables Management, LLC | Attn: Valerie Smith | P.O. Box 41021 | Norfolk, VA 23541 | | claims@recoverycorp.com | Email |
| Robinson Mahoney PLLC | Attn: Cindy L. Robinson | Attn: Doug Mahoney | 1210 Post Rd | Fairfield, CT 06824 | | crobinson@robinsonmahoney.com | Email |
| Cross & Simon, LLC | Attn: Christopher Simon | Attn: Kevin Mann | 1105 N Market St, Ste 901 | Wilmington, DE 19801 | | csimon@crosslaw.com; kmann@crosslaw.com | Email |
| Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons | Attn: Larry R. Boyd | Attn: Emily M. Hahn | 1700 Redbud Blvd, Ste 300 | McKinney, TX 75069 | ctimmons@abernathy-law.com lboyd@abernathy-law.com ehahn@abernathy-law.com | Email |
| Walker Wilcox Maousek LLP | Attn: Christopher A. Wadley | 1 N Franklin, Ste 3200 | Chicago, IL 60606 | | | cwadley@walkerwilcox.com | Email |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | | | dallas.bankruptcy@publicans.com | Email |
| Ice Miller | Attn: Daniel R. Swetnam | Arena District | 250 West St | Columbus, OH 43215 | | daniel.swetnam@icemiller.com | Email |
| Butler Snow LP | Attn: Daniel W. Van Horn | P.O. Box 171443 | Memphis, TN 38187-1443 | | | Danny.VanHorn@butlersnow.com | Email |
| Nelson Mullins Riley & Scarborough LLP | Attn: David Barnes, Jr | 101 Constitution Ave NW, Ste 900 | Washington, DC 20001 | | | david.barnes@nelsonmullins.com | Email |
| Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | 1313 Market St, Ste 5100 | P.O. Box 1709 | Wilmington, DE 19899-1709 | | david.fournier@troutman.com | Email |
| Office of the United States Trustee | Attn: David L. Buchbinder | Attn: Hannah M. McCollum | 844 King St, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 | david.l.buchbinder@usdoj.gov | Email |
| David Christian Attorneys LLC | Attn: David Christian | 105 W. Madison St., Ste 1400 | Chicago, IL 60602 | | | dchristian@dca.law | Email |
| Gilbert LLP | | | | | | dechantk@gilbertlegal.com | Email |
| Missouri Dept of Revenue | Bankruptcy Unit | Attn: Steven A Ginther | P.O. Box 475 | Jefferson City, MO 65105-0475 | | deecf@dor.mo.gov | Email |
| Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | Hercules Plaza | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | desgross@chipmanbrown.com | Email |
| Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | | desgross@chipmanbrown.com | Email |
| Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Attn: Jonathan D. Marshall | Attn: Michael J. Foley, Jr | Two International Place | Boston, MA 02110 | dgooding@choate.com | Email |
| Hogan, McDaniel | Attn: Daniel K. Hogan | Attn: Garvan F. McDaniel | 1311 Delaware Ave | Wilmington, DE 19806 | | dkhogan@dkhogan.com | Email |
| Bielli & Klauder, LLC | Attn: David M Klauder | 1204 N King St | Wilmington, DE 19801 | | | dklauder@bk-legal.com | Email |
| Motley Rice LLC | Attn: Daniel R. Lapinksi | 210 Lake Dr E, Ste 101 | Cherry Hill, NJ 08002 | | | dlapinski@motleyrice.com | Email |
| The Law Office of David L Lynch, PC | Attn: David L Lynch | 72877 Dinah Shore Dr, Ste 103-126 | Rancho Mirage, CA 92270 | | | dlynch@desertelderlaw.com | Email |
| Walden Macht & Haran LLP | Attn: Daniel Miller | 2532 Justin Lane | Wilmington, DE 19810 | | | dmiller@wmhlaw.com | Email |
| Brown Rudnick LLP | Attn: David J. Molton | 7 Times Square | New York, NY 10036 | | | DMolton@brownrudnick.com | Email |
| Moore & Rutt, PA | Attn: David N. Rutt | Attn: Scott G. Wilcox | 122 N Market St | P.O. Box 554 | Georgetown, DE 19947 | dnrutt@mooreandrutt.com | Email |
| Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 Market St, Ste 1000 | Wilmington, DE 19801 | | | dpacitti@klehr.com | Email |
| Fineman Krekstein & Harris, PC | Attn: Dierdre M Richards | 1300 N King St | Wilmington, DE 19801 | | | drichards@finemanlawfirm.com | Email |
| Schiff Hardin LLP | Attn: Everett Cygal | Attn: Joseph Mark Fisher | Attn: Daniel Schufreider/Jin Yan | 233 S Wacker Dr, Ste 7100 | Chicago, IL 60606 | ecygal@schiffhardin.com | Email |
| Bayard, PA | Attn: Erin Fay/ Gregory Flasser | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | efay@bayardlaw.com | Email |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | 1 Constitution Plz | Hartford, CT 06103-1919 | | | egoldstein@goodwin.com | Email |
| Morris James LLP | | | | | | emonzo@morrisjames.com | Email |
| Bradley Arant Boult Cummings | Attn: Edwin Rice | Attn: Elizabeth Brusa | 100 N Tampa St, Ste 2200 | Tampa, FL 33602 | | eRice@bradley.com | Email |
| Godfrey & Kahn, SC | Attn: Erin A. West | 1 E Main St, Ste 500 | P.O. Box 2719 | Madison, WI 53701-2719 | | ewest@gklaw.com | Email |
| Dorsey & Whitney LLP | Attn: Bruce R. Ewing/E. Schnabel | 51 W 52nd St | New York, NY 10019 | | | ewing.bruce@dorsey.com | Email |
| Flordia M. Henderson | P.O. Box 30604 | Memphis, TN 38130-0604 | | | | flordia@fhendersonlaw.net | Email |
| Hogan, McDaniel | | | | | | gfmcdaniel@dkhogan.com | Email |

119847224v1

Boy Scouts of America  20-10343-LSS
Rule 2002 List
10.1.21

| Firm | Attn | Attn 2 | Address 1 | Address 2 | City/State | Extra | Email | Method |
|---|---|---|---|---|---|---|---|---|
| Janet, Janet & Scuggs, LLC | Attn: Gerald D Jowers, Jr | | 500 Taylor St, Ste 301 | Columbia, SC 29201 | | | GJowers@JJSJustice.com | Email |
| Troutman Pepper Hamilton Sanders LLP | Attn: Harris B. Winsberg | Attn: Matthew G. Roberts | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | | harris.winsberg@troutman.com | Email |
| Adams and Reese LLP | Attn: Henry C. Shelton, III | | 6075 Poplar Ave, Ste 700 | Memphis, TN 38119 | | | Henry.Shelton@arlaw.com | Email |
| Sullivan Hill Lewin Rez & Engel, PLC | Attn: James Hill/ Christopher Hawkins | Attn: Kathleen Cashman-Kramer | 600 B St, Ste 1700 | San Diego, CA 92101 | | | Hill@SullivanHill.com | Email |
| Steptoe & Johnson LLP | Attn: Harry Lee | Attn: John O'Connor | Attn: Brett Grindrod | 1330 Connecticut Ave, N.W | Washington, DC 20036 | | hlee@steptoe.com; joconnor@steptoe.com; bgrindrod@steptoe.com | Email |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | | P.O. Box 3064 | Houston, TX 77253-3064 | | | houston_bankruptcy@publicans.com | Email |
| Macdonald | Fernandez LLP | Attn: Iain A Macdonald | | 221 Sansome St, 3rd FL | San Francisco, CA 94104-2323 | | | imac@macfern.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Iain Nasatir | | 10100 Santa Monica Blvd, 13th Fl | Los Angeles, CA 90067-4003 | | | inasatir@pszjlaw.com | Email |
| The Zalkin Law Firm, PC | Attn: Irwin Zalkin | Attn: Devin Storey | Attn: Kristian Roggendorf | 10590 W Ocean Air Dr. #125 | San Diego, CA 92130 | | irwin@zalkin.com | Email |
| Davies Hood PLLC | Attn: Jason P. Hood | | 22 N Front St, Ste 620 | Memphis, TN 38103-2100 | | | Jason.Hood@davieshood.com | Email |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: John T. Banks | | 3301 Northland Dr, Ste 505 | Austin, TX 78731 | | | jbanks@pbfcm.com | Email |
| Latham & Watkins LLP | Attn: Jeffrey E Bjork | Attn: Kimberly A Posin | Attn: Deniz A. Irgi | 355 S Grand Ave, Ste 100 | Los Angeles, CA 90071-1560 | | jeff.bjork@lw.com | Email |
| Gilbert LLP | | | | | | | jenningsr@gilbertlegal.com | Email |
| White & Case LLP | Attn: Jessica C.K. Boelter | | 1221 Ave of the Americas | New York, NY 10020-1095 | | | jessica.boelter@whitecase.com | Email |
| O'Connor Playdon Guben & Inouye LLP | Attn: Jerrold K. Guben | | Makai Tower, Ste 2400 | 733 Bishop St | Honolulu, HI 96813 | | JKG@opglaw.com | Email |
| Stark & Stark, PC | Attn: Joseph H Lemkin | | P.O. Box 5315 | Princeton, NJ 08543 | | | jlemkin@stark-stark.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: James Stang/Robert Orgel | Attn: James O'Neill/John Lucas/Ilan Scharf | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | | jlucas@pszjlaw.com | Email |
| Ferry Joseph, PA | Attn: John D. McLaughlin, Jr. | | 824 N Market St, Ste 1000 | Wilmington, DE 19801 | | | jmclaughlin@ferryjoseph.com | Email |
| Nye, Stirling, Hale & Miller LLP | Joel M. Walker | | 1145 Bower Hill Rd, Ste 104 | Pittsburgh, PA 15243 | | | jmwalker@nshmlaw.com | Email |
| Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr | Attn: Robert Brady/Edwin Harron | Rodney Square | 1000 N King St | Wilmington, DE 19801 | | jpatton@ycst.com | Email |
| Baker Manock & Jensen, PC | Attn: Jan T. Perkins | | 5260 N Palm Ave, Ste 421 | Fresno, CA 93704 | | | jperkins@bakermanock.com | Email |
| The Powell Firm, LLC | Attn: Jason C. Powell | Attn: Thomas Reichert | 1201 N Orange St, Ste 500 | P.O. Box 289 | Wilmington, DE 19899 | | jpowell@delawarefirm.com | Email |
| Motley Rice LLC | Attn: Joseph F. Rice | | 28 Bridgeside Blvd | Mt Pleasant, SC 29464 | | | jrice@motleyrice.com | Email |
| Tune, Entrekin & White, PC | Attn: Joseph P. Rusnak | | 315 Deaderick St, Ste 1700 | Nashville, TN 37238 | | | Jrusnak@tewlawfirm.com | Email |
| Potter Anderson & Corroon LLP | Attn: Jeremy Ryan | Attn: D. Ryan Slaugh | 1313 N Market St, 6th Fl | P.O. Box 951 | Wilmington, DE 19899 | | jryan@potteranderson.com | Email |
| Davidoff Hutcher & Citron LLP | | | | | | | jsp@dhclegal.com | Email |
| Pachulski Stang Ziehl & Jones | Attn: James I. Stang | | 10100 Santa Monica Blvd, 13th Fl | Los Angeles, CA 90067-4003 | | | jstang@pszjlaw.com | Email |
| Hicks Thomas LLP | Attn: John B.. Thomas | Attn: Allison Fisher | 700 Louisiana St., Ste 2300 | Houston, TX 77002 | | | jthomas@hicks-thomas.com | Email |
| The Law Office of James Tobia, LLC | Attn: James Tobia | | 1716 Wawaset St | Wilmington, DE 19806 | | | jtobia@tobialaw.com | Email |
| Connolly Gallagher, LLP | Attn: Karen C. Bifferato | Attn: Kelly M. Conlan | 1201 N Market St, 20th Fl | Wilmington, DE 19801 | | | kbifferato@connollygallagher.com | Email |
| Coughlin Duffy, LLP | Attn: Kevin Coughlin/Lorraine Armenti | Attn: Michael Hrinewski | 350 Mt Kemble Ave | P.O. Box 1917 | Morristown, NJ 07960 | | kcoughlin@coughlinduffy.com | Email |
| Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO | Attn: Cassandra Burton, Attorney | Attn: Craig Fessenden | 1200 K St NW | Washington, DC 20005 | | kelly.patricia@pbgc.Gov | Email |
| Swenson & Shelley, PLLC | Attn: Kevin D. Swenson | | 107 S 1470 E, Ste 201 | St George, UT 84790 | | | Kevin@swensonshelley.com | Email |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley | | 1800 W Park Dr, Ste 400 | Westborough, MA 01581 | | | kfoley@mirickoconnell.com | Email |
| Reed Smith LLP | Attn: Kurt F. Gwynne and M. Eckerd | | | 120 N Market St, Ste 1500 | Wilmington, DE 19801 | | kgwynne@reedsmith.com; meckard@reedsmith.com | Email |
| Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill | | 222 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | | | khill@svglaw.com | Email |
| Justice Law Collaborative, LLC | Attn: Kimberly A. Dougherty | | 19 Belmont St | South Easton, MA 02375 | | | kim@justicelc.com | Email |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | Attn: Kim V. Marrkand | Attn: Nancy D. Adams | Attn: Laura Bange Stephens | One Financial Center | Boston, MA 02111 | | kmarrkand@mintz.com | Email |
| Smith, Katzenstein & Jenkins LLP | Attn: Kathleen M Miller | | 1000 W St, Ste 1501 | PO Box 410 | Wilmington, DE 19899 | | kmiller@skjlaw.com | Email |
| Clyde & Co US LLP | Attn: Konrad R. Krebs | | 200 Campus Dr, Ste 300 | Florham Park, NJ 07932 | | | konrad.krebs@clydeco.us | Email |
| Hoover & Slovacek, LLP | Attn: Steven A. Leyh | Galleria Tower II | 5051 Westheimer Rd, Ste 1200 | Houston, TX 77056 | | | leyh@hooverslovacek.com | Email |
| Mound Cotton Wollan & Greengrass LLP | Attn: Lloyd A Gura | | One New York Plaza 44th FL | New York, NY 10004 | | | lgura@moundcotton.com | Email |
| James, Vernon & Weeks, P.A. | Attn: Leander L. James | Attn: Craig K. Vernon | Attn: R. Charlie Beckett | 1626 Lincoln Wy | Coeur d'Alene, ID 83815 | | ljames@jvwlaw.net | Email |
| Norton Rose Fulbright Us LLP | Attn:  Howard Seife, Andrew Rosenblatt | | | 1301 Avenue of the Americas | New York, NY 10019-6022 | | howard.seife@nortonrosefulbright.com; andrew.rosenblatt@nortonrosefulbright.com | Email |
| Norton Rose Fulbright Us LLP | Attn:  Kristian Gluck | Attn: Ryan Manns | 2200 Ross Ave, Suite 3600 | Dallas, TX 75201-7932 | | | kristian.gluck@nortonrosefulbright.com ; ryan.manns@nortonrosefulbright.com | Email |
| Reger Rizzo & Darnall LLP | Attn: Louis J. Rizzo, Jr | | 1521 Concord Pike, Ste 305 | Brandywine Plaza West | Wilmington, DE 19803 | | lrizzo@regerlaw.com | Email |
| Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | | 2550 M St, NW | Washington, DC 20037 | Boston, MA 02111 | | mark.salzberg@squirepb.com | Email |
| Womble Bond Dickinson (US) LLP | Attn: Matthew Ward/Morgan Patterson | | 1313 N Market St, Ste 1200 | Wilmington, DE 19801 | | | matthew.ward@wbd-us.com | Email |
| Law Offices of Betti & Associates | Attn: Michele M Betti | | 30 Wall St, 8th FL | New York, NY 10005 | | | mbettilaw@gmail.com | Email |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | | 1835 Market St, Ste 1400 | Philadelphia, PA 19103 | | | mbranzburg@klehr.com | Email |
| Richards, Layton & Finger, PA | Attn: Michael Merchant/Brett Haywood | One Rodney Square | 920 N King St | Wilmington, DE 19801 | | | merchant@rlf.com | Email |
| Sequoia Counsel of Boy Scouts, Inc. | Attn: Michael Marchese | | 6005 N Tamera Ave | Fresno, CA 93711 | | | michael.marchese@scouting.org | Email |
| Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo | | 1177 Ave of the Americas, 41st Fl | New York, NY 10036-2714 | | | michael.pompeo@faegredrinker.com | Email |
| Faegre Drinker Biddle & Reath LLP | Attn:  Patrick A. Jackson; Ian J. Bambrick; Jaclyn C. Marasco | | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | | Patrick.Jackson@faegredrinker.com; ian.bambrick@faegredrinker.com; jaclyn.marasco@faegredrinker.com | Email |
| Pfau Cochran Vertetis Amala PLLC | Attn: Michael Pfau/Jason Amala | Attn: Vincent Nappo | 403 Columbia St, Ste 500 | Seattle, WA 98104 | | | michael@pcvalaw.com | Email |
| The Law Offices of Joyce, LLC | Attn: Michael J. Joyce | | 1225 King St, Ste 800 | Wilmington, DE 19801 | | | mjoyce@mjlawoffices.com | Email |
| Kelly, Morgan, Dennis, Corzine & Hansen, P.C. | Attn: Michael G. Kelly | | P.O. Box 1311 | Odessa, TX 79760-1311 | | | mkelly@kmdfirm.com | Email |
| Crowell & Moring LLP | Attn: Mark D. Plevin | Attn: Austin J. Sutta | 3 Embarcadero Center, 26th Fl | San Francisco, CA 94111 | | | mplevin@crowell.com | Email |
| Ward and Smith, P.A. | Attn: Paul A Fanning | | P.O. Box 8088 | Greenville, NC 27835-8088 | | | paf@wardandsmith.com | Email |
| Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson | | 200 W Madison St, Ste 3000 | Chicago, IL 60606 | | | panderson@foxswibel.com | Email |
| Faegre Drinker Biddle & Reath LLP | Attn: Patrick A Jackson | Attn: Kaitlin W MacKenzie | Attn: Ian J Bambrick | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | Patrick.Jackson@faegredrinker.com | Email |
| Paul Mones PC | Attn: Paul Mones | | 13101 Washington Blvd | Los Angeles, CA 90066 | | | paul@paulmones.com | Email |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey | | 100 Front St | Worcester, MA 01608 | | | pcarey@mirickoconnell.com | Email |

119847224v1

Boy Scouts of America  20-10343-LSS
Rule 2002 List
10.1.21

| Firm | Attn | Address 2 | Address 3 | City/State | Extra | Email | Method |
|---|---|---|---|---|---|---|---|
| Post & Schell, PC | Attn: Paul Logan | 300 Delaware Ave, Ste 1380 | Wilmington, DE 19801 | | | plogan@postschell.com | Email |
| Mound Cotton Wollan & Greengrass LLP | Attn: Pamela J Minetto | 30A Vreeland Rd, Ste 210 | Florham Park, NJ 07932 | | | pminetto@moundcotton.com | Email |
| Gilbert LLP | Attn: Kami Quinn / Attn: Meredith Neely/Rachel Jennings | Attn: Emily Grim / Attn: Jasmine Chalashtori/Kyle Dechant | 700 Pennsylvania Ave, SE Ste 400 | Washington, DC 20003 | | quinnk@gilbertlegal.com | Email |
| Jacobs & Crumplar, PA | Attn: Raeann Warner/Thomas Crumplar | 750 Shipyard Dr, Ste 200 | Wilmington, DE 19801 | | | Raeann@jcdelaw.com | Email |
| Commonwealth of Pennsylvania | Dept of Labor & Industry | Attn: Deb Secrest/Collections Support Unit | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | ra-li-ucts-bankrupt@state.pa.us | Email |
| Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy | Attn: Kristi J. Doughty | 824 N Market St, Ste 800 | Wilmington, DE 19801-4939 | | rbarkasy@schnader.com | Email |
| Foley & Lardner LLP | Attn: Richard J Bernard | 90 Park Ave | New York, NY 10016 | | | rbernard@foley.com | Email |
| Tybout, Redfearn & Pell | Attn: Robert D. Cecil, Jr. | P.O. Box 2092 | Wilmington, DE 19899-2092 | | | rcecil@trplaw.com | Email |
| Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason/Douglas Mayer | Attn:Joseph C. Celentino | 51 W 52nd St | New York, NY 10019 | | rgmason@wlrk.com | Email |
| Napoli Shkolnnik PLLC | Attn: R. Joseph Hrubiec | 919 N Market St, Ste 1801 | Wilmington, DE 19801 | | | RHrubiec@NapoliLaw.com | Email |
| Davidoff Hutcher & Citron LLP | Attn: Jonathan S. Pasternak | Attn: James B. Glucksman | Attn: Robert L. Rattet | 605 3rd Ave | New York, NY 10158 | rlr@dhclegal.com | Email |
| Monzack Mersky Browder & Hochman, P.A. | Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | | rmersky@monlaw.com | Email |
| Whiteford, Taylor & Preston LLC | Attn: Richard W Riley | The Renaissance Centre | 405 N King St, Ste 500 | Wilmington, DE 19801 | | rriley@wtplaw.com | Email |
| Wanger Jones Helsley, PC. | Attn: Riley C. Walter | 265 E River Park Circle, Ste 310 | Fresno, CA 93720 | | | rwalter@wjhattorneys.com | Email |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | | | sanantonio.bankruptcy@publicans.com | Email |
| Brown Rudnick LLP | Attn: Sunni P. Beville | Attn: Tristan G. Axelrod | 1 Financial Ctr | Boston, MA 02111 | | sbeville@brownrudnick.com | Email |
| Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel | Attn: Alessandra Glorioso | 300 Delaware Ave, Ste 1010 | Wilmington, DE 19801 | | schnabel.eric@dorsey.com | Email |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second St, 17th Fl | San Francisco, CA 94105-3493 | | | schristianson@buchalter.com | Email |
| Cousins Law LLC | Attn: Scott D. Cousins | Brandywine Plaza W | 1521 W Concord Pike, Ste 301 | Wilmington, DE 19803 | | scott.cousins@cousins-law.com | Email |
| Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow | Attn: Igor Shleypak | 222 N LaSalle St, Ste 1400 | Chicago, IL 60614 | | sgummow@fgppr.com | Email |
| Andrus Wagstaff | Attn: Sommer D. Luther | 7171 W Alaska Dr. | Lakewood, CO 80226 | | | sluther@wagstafflawfirm.com | Email |
| Morris James LLP | Attn: Stephen M. Miller | Attn: Carl N. Kunz, III | 500 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | | smiller@morrisjames.com | Email |
| Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg | 750 Shipyard Dr, Ste 400 | P.O. Box 2092 | Wilmington, DE 19899-2092 | | sreidenberg@trplaw.com | Email |
| Stamoulis & Weinblatt LLC | Attn: Stamatios Stamoulis | Attn: Richard Weinblatt | 800 N West St, Ste 800 | Wilmington, DE 19801 | | stamoulis@swdelaw.com; filings@swdelaw.com | Email |
| Crew Janci LLP | Attn: Stephen Crew | Attn: Peter Janci | 1200 NW Naito Pkwy, Ste 500 | Portland, OR 97209 | | steve@crewjanci.com | Email |
| Ballard Spahr LLP | Attn: Matthew G. Summers | Attn: Chantelle D. McClamb | 919 N. Market St, 11th Fl | Wilmington, DE 19801-3034 | | summersm@ballardspahr.com | Email |
| Baird Mandalas Brockstedt, LLC | Attn: Stephen W. Spence | 1413 Savannah Rd, Ste 1 | Lewes, DE 19958 | | | sws@bmbde.com | Email |
| Thomas Law Office, PLLC | Attn: Tad Thomas/Louis Schneider | 9418 Norton Commons Blvd, Ste 200 | Louisville, KY 40059 | | | tad@thomaslawoffices.com | Email |
| Whiteford, Taylor & Preston LLP | Attn: Todd M Brooks | 7 St Paul St, 15th Fl | Baltimore, MD 21202-1626 | | | tbrooks@wtplaw.com | Email |
| Bradley Riley Jacobs PC | Attn: Todd C. Jacobs | 500 W Madison St, Ste 1000 | Chicago, IL 60661 | | | tjacobs@bradleyriley.com | Email |
| McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | P.O. Box 1269 | Round Rock, TX 78680 | | | tleday@mvbalaw.com | Email |
| Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer/Rachel Ringer | Attn: David E. Blabey Jr./Jennifer R. Sharret | Attn: Megan M. Wasson | 177 Ave of the Americas | New York, NY 10036 | tmayer@kramerlevin.com | Email |
| Godfrey & Kahn, SC | Attn: Timothy F. Nixon | 200 S Washington St, Ste 100 | Green Bay, WI 54301-4298 | | | tnixon@gklaw.com | Email |
| Squire Patton Boggs (US) LLP | Attn: Travis A. McRoberts | 2000 McKinney Ave, Ste 1700 | Dallas, TX 75201 | | | travis.mcroberts@squirepb.com | Email |
| The Neuberger Firm | Attn: Thomas S. Neuberger | Attn: Stephen J. Neuberger | 17 Harlech Dr | Wilmington, DE 19807 | | tsn@neubergerlaw.com | Email |
| Crowell & Moring LLP | Attn: Tacie H. Yoon | 1001 Pennsylvania Ave, NW | Washington, D.C. 20004 | | | tyoon@crowell.com | Email |
| US Attorney For Delaware | Attn: David C Weiss | 1007 Orange St, Ste 700 | P.O. Box 2046 | Wilmington, DE 19899-2046 | | usade.ecfbankruptcy@usdoj.gov | Email |
| Foley & Lardner LLP | Attn: Victor Vilaplana | 3579 Valley Centre Dr, Ste 300 | San Diego, CA 92130 | | | vavilaplana@foley.com | Email |
| Ashby & Geddes, PA | Attn: Bill Bowden | 500 Delaware Ave, 8th Fl | P.O. Box 1150 | Wilmington, DE 19899-1150 | | wbowden@ashbygeddes.com | Email |
| Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield | 300 E Esplande Dr, Ste 1170 | Oxnard, CA 93036 | | | wwinfield@calattys.com | Email |
| Ice Miller LLP | Attn:  Louis T. DeLucia, Alyson M. Fiedler | 1500 Broadway, Suite 2900 | New York, NY 10036 | | | louis.delucia@icemiller.com; alyson.fiedler@icemiller.com | Email |
| Keating Muething & Klekamp PLL | Attn:  Rachael A. Rowe, Benjamin G. Stewart | One East Fourth Street, Suite 1410 | Cincinnati, OH 45202 | | | rrowe@kmklaw.com; gbstewart@kmklaw.com | Email |
| K&L Gates LLP | Attn:  Steven L. Caponi, Matthew B. Goeller | 600 N. King Street, Suite 901 | Wilmington, DE 19801 | | | steven.caponi@klgates.com; mathew.goeller@klgates.com | Email |
| Dilworth Paxson LLP | Attn:   William E. McGrath, Jr. | 2 Research Way | Princeton, NJ 08540 | | | wmcgrath@dilworthlaw.com | Email |
| Hangley Aronchick Segal Pudlin & Schiller | Attn: Matthhew A. Hamermesh | One Loagn Square, 27th Floor | Philadelphia, PA 19103 | | | mhamermesh@hangley.com | Email |

119847224v1