IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Re: Dkt. 6288, 6457 |

**JOINDER OF THE ZALKIN LAW FIRM, P.C., AND PFAU COCHRAN VERTETIS AMALA PLLC TO THE OBJECTION OF THE TORT CLAIMANTS' COMMITTEE TO DEBTORS' MOTION FOR PROTECTIVE ORDER AND RELATED RELIEF**

The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC ("Zalkin and Pfau") each respectfully join in the *Objection of the Tort Claimants' Committee to Debtors' Motion for Protective Order and Related Relief* [D.I. 6457] (the "TCC Objection"), which opposes the *Debtors' Motion for Protective Order and Related Relief* [D.I. 6288] (the "Motion").[1]

Before parties in interest have even made requests for discovery in connection with confirmation of the Plan, the Debtors filed the Motion asking that the Court predetermine that the Debtors are authorized to withhold or redact categories of documents and not to testify about certain matters, on the basis that those documents and matters are privileged. Mot. at ¶ 9. The Debtors ask the Court to make this determination in the abstract, and not in the context of adjudicating actual discovery disputes that have been properly put before the Court for decision. However, evaluation of whether a protective order should be issued with respect to privileged information "is best decided on a case by case basis, and depends primarily on the specific context in which the privilege is asserted." *In re Grand Jury Proceedings John Doe Co. v. United States*, 350 F.3d 299, 302 (2d Cir. 2003) (internal quotation omitted).

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

1

In essence the Debtors ask this Court for an advisory opinion in anticipation of future discovery and evidentiary disputes, in the absence of any currently pending applicable case or controversy. Such relief is unwarranted and improper. Accordingly, and for the reasons set forth in the TCC Objection, Zalkin and Pfau respectfully submit that the Motion should be denied.

DATED: October 1, 2021    Respectfully Submitted,

**BIELLI & KLAUDER, LLC**

By: */s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

KTBS LAW LLP
Thomas E. Patterson (p*ro hac vice*)
Daniel J. Bussel (p*ro hac vice*)
Robert J. Pfister (*pro hac vice*)
Sasha M Gurvitz (p*ro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone    310-407-4000
Email: tpatterson@ktbslaw.com;
dbussel@ktbslaw.com
rpfister@ktbslaw.com
sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*