**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 796, 1562 & 5422** |

**THIRD SUPPLEMENTAL DECLARATION OF FRANCIS DESOUZA, JR.
IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
PRICEWATERHOUSECOOPERS LLP AS INDEPENDENT AUDITOR
AND TAX COMPLIANCE SERVICES PROVIDER FOR THE DEBTORS
AND DEBTORS IN POSSESSION, EFFECTIVE AS OF FEBRUARY 18, 2020**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I, Francis DeSouza, Jr., under penalty of perjury, declare as follows, to the best of my knowledge, information, and belief:

1.     I am a partner of PricewaterhouseCoopers ("PwC"). I am authorized to make this third supplemental declaration ("Third Supplemental Declaration") on behalf of PwC in further support of the application of the above-captioned debtors and debtors in possession (the "Debtors") to retain PwC as their independent auditor and tax compliance services provider, filed with the Court on June 5, 2020 [Docket No. 796] (the "Application").[2]

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America ("BSA") (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Capitalized terms used in this Third Supplemental Declaration but not otherwise defined herein shall have the meanings ascribed to such terms in the Application, the Initial Declaration (submitted with the Application) [Docket No. 796], the First Supplemental Declaration [Docket No. 1562], the Second Supplemental Declaration [Docket No. 5422] or the Order.

2. Unless otherwise stated, all facts set forth in this Third Supplemental Declaration are based upon my personal knowledge, upon documents or information maintained by PwC in the ordinary course of its business which have been reviewed by me and/or by other employees of PwC under my supervision and direction. To the extent any information disclosed herein requires amendment, modification or supplementation, a further supplemental declaration will be submitted to this Court reflecting such amended, modified supplemental information.

3. My prior declarations, including the Initial Declaration, submitted as Exhibit F in support of the Application, the First Supplemental Declaration [Docket No. 1562] (the "First Supplemental Declaration"), and the Second Supplemental Declaration [Docket No. 5422] (the "Second Supplemental Declaration") are incorporated herein by reference.

**Expanded Scope of Services and Professional Compensation Relating Thereto**

**A.   Background**

4. On June 24, 2020, the Court entered an Order approving the Application [Docket No. 889] (the "PwC Retention Order").

5. Pursuant to the terms of the PwC Retention Order, if the Debtors and PwC enter into any agreements for the provision of additional services by PwC, the Debtors shall file such agreements with the Court and serve the applicable notice parties. If any party objects within fourteen (14) days of such new agreements being served, the Debtors shall promptly schedule a hearing before the Court. To the extent no objections are timely filed, the new agreements shall be deemed approved and all additional services shall be subject to the provisions of the PwC Retention Order.

6. The Debtors have requested that PwC provide additional services beyond those services detailed in the Application, the First Supplemental Declaration and the Second

Supplemental Declaration and as approved by the PwC Retention Order. Such additional services are set forth in those certain statements of work and additional engagement letters (collectively, the "Additional Engagement Letters"):

    a) a statement of work dated August 12, 2021, relating to the Master Tax Engagement dated February 28, 2019, for the 2020 Forms 990 Review, attached hereto as **Exhibit A** (the "2020 Forms 990 Review");

    b) the PeopleSoft Engagement Letter, dated September 24, 2021, relating to an extension of the previously approved services, now for the period of January 1, 2021 to December 31, 2021, attached hereto as **Exhibit B** (the "PeopleSoft Engagement Letter");

    c) the PAS Engagement Letter, dated September 24, 2021, relating to an extension of the previously approved services now for the period of January 1, 2021 to December 31, 2021, attached hereto as **Exhibit C** (the "PAS Engagement Letter"); and

    d) the Blackbaud CRM Engagement Letter, dated September 24, 2021, relating to an extension of the previously approved services, now for the period January 1, 2021 to December 31, 2021, attached hereto as **Exhibit D** (the "Blackbaud Engagement Letter" and, together with the PeopleSoft Engagement Letter and the PAS Engagement Letter, the "Extended Engagements").[3]

### B. Additional Scope of Services

7. As requested by the Debtors, and consistent with the terms of the Additional Engagement Letters, PwC will perform the following additional services:

    a) **2020 Forms 990 Review:** PwC will review, (and sign as preparer), the U.S. federal informational and income tax returns for Debtor for the taxable year ended December 31, 2021. See Exhibit I, Particular Services to be Provided -Listing of Returns to be Reviewed. As part of PwC's review of the above returns, PwC will perform the following steps:

        i. A review of Forms 990-T, and related tax return working papers supplied by Debtor for specified entities, including a review of

---

[3] The Extended Engagements relate to services that were previously approved by the First Supplemental Declaration and which were deemed approved under the PwC Retention Order after the expiration of the objection period. To avoid duplication of materials already presented to the Court, the detailed descriptions set forth in that declaration are incorporated herein.

       taxpayer elections filed with the Forms 990 and Forms 990-T and information filings attached to the Forms 990 and Forms 990-T, checking the return for mathematical accuracy and agreeing to supporting schedules to the tax return presentation; and

    b) The Extended Engagements relate to services previously approved by the Court and more fully detailed in the First Supplemental Declaration filed on October 22, 2020. The descriptions of those services are incorporated herein and reflect the continuation of the prior approved services for the period of January 1, 2021 through December 31, 2021.

8. Additionally, if the Debtors request PwC to perform additional services not contemplated by the Additional Engagement Letters, the Debtors and PwC shall mutually agree upon such services and fees for those services in writing, in advance. In the event the additional services require an amendment to the Engagement Letters, or entry into a new agreement, PwC understands that the Debtors will file such agreements with the Court and serve the applicable notice parties.[4] If any parties object within fourteen (14) days of such new agreements being served, the Debtors will promptly schedule a hearing before the Court. To the extent no objections are timely filed, the new agreements will be deemed approved and all additional services shall be subject to the provisions of the PwC Retention Order or such other order entered by the Court.

## Professional Compensation

9. Pursuant to the terms and conditions of the Additional Engagement Letters and subject to the Court's approval, in consideration for the services to be rendered by PwC under the Additional Engagement Letters, the contracted for services are being provided on a fixed fee basis.

10. In consideration of the additional services to be provided by PwC, and as more fully set forth in the Additional Engagement Letters, subject to this Court's approval, the Debtors and

---

[4] The term "Engagement Letters" as used herein includes the Additional Engagement Letters and the prior approved Engagement Letters. All summaries herein are provided for convenience only and, to the extent such summaries and the terms of the Additional Engagement Letters are inconsistent, the terms of the respective Additional Engagement Letters shall control.

PwC have agreed to amend and supplement the prior approved Fee and Expense Structures to include:

    a) **2020 Forms 990 Review**: The 2020 Forms 990 Review is a fixed fee arrangement whereby PwC has agreed to be paid $43,000, exclusive of expenses;

    b) **PAS Engagement Letter:** The PAS Engagement Letter is a fixed fee arrangement whereby PwC has agreed to be paid $70,000, exclusive of expenses;

    c) **PeopleSoft Engagement Letter**: The PeopleSoft Engagement Letter is a fixed fee arrangement whereby PwC has agreed to be paid $60,000, exclusive of expenses; and

    d) **Blackbaud Engagement Letter**: The Blackbaud Engagement Letter is a fixed fee arrangement whereby PwC has agreed to be paid $57,500, exclusive of expenses.

11. PwC will continue to seek reimbursement from the Debtors for all reasonable out-of-pocket expenses charged during these chapter 11 cases in accordance with the PwC Retention Order, which include, among other things, any applicable sales, use, excise or value-added tax, and PwC's internal per-ticket charges for booking travels.

12. Similar to the Engagement Letters previously approved under the PwC Retention Order, the Additional Engagement Letters contain indemnification provisions that were negotiated by the Debtors and PwC at arm's length and in good faith. The indemnification provisions contained in the Additional Engagement Letters are typical of PwC's engagements with its clients. PwC understands that the indemnification provisions in the Additional Engagement Letters shall remain subject to the limitations set forth in the PwC Retention Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: October 1, 2021
Dallas, Texas

*/s/ Francis DeSouza, Jr.*
Francis DeSouza, Jr., Partner
PricewaterhouseCoopers LLP