**EXHIBIT A**

**2020 Forms 990 Review**



# STATEMENT OF WORK

This Statement of Work ("SOW") dated August 12, 2021 is governed by and subject to the provisions of the engagement letter dated February 28, 2019 (the "Engagement Letter"), the terms of which are incorporated herein, between Boy Scouts of America ("you" or "Client") and PricewaterhouseCoopers LLP ("we" or "us" or "PwC"). The term "Client" in the Engagement Letter shall include the entity(ies) signing this SOW. Any terms used in this SOW and not otherwise defined will have the same meaning as in the Engagement Letter. If there is a conflict between the Engagement Letter and the SOW, this SOW shall prevail. This SOW is not effective, and the parties understand and agree that PwC is not engaged pursuant to this SOW, unless and until Client's audit committee (if required) and the responsible PwC audit partner have approved the Services described in this SOW.

I. PURPOSE AND SCOPE

This SOW sets forth the objectives, deliverables, timing, staffing and fees for this project/effort.

II. PARTIES' RESPONSIBILITIES

**2.1 Services to be provided by PwC:**

This SOW covers the following services (the "Services"):

You have requested that PwC review, (and sign as preparer), the U.S. federal informational and income tax returns for Client for the taxable year ended December 31, 2020. See Exhibit I, Particular Services to be Provided - Listing of Returns to be Reviewed.

We understand that Client personnel will prepare the returns and will conduct a complete review and attach appropriate tax forms, schedules, elections, and disclosures prior to submitting the tax return(s) to PwC for review. Client will remain responsible for the presentation of the return and all issues therein.

Our work will consist primarily of a review of working papers and other documents provided to us, as well as interviews and discussions, as considered necessary, with the appropriate personnel regarding the treatment and/or presentation of certain items in the return. In addition, we will assist Client in resolving federal unrelated business income tax issues that are identified with respect to matters specifically reviewed under the terms of this SOW.

As part of our review of the above returns, we will perform the following steps:

- A review of Forms 990, Forms 990-T, and related tax return working papers supplied by Client for specified entities, including a review of taxpayer elections filed with the Forms 990 and Forms 990-T and information filings attached to the Forms 990 and Forms 990-T, checking the return for mathematical accuracy and agreeing supporting schedules to the tax return presentation.

..................................................................................................................................................................................
*PricewaterhouseCoopers LLP,www.pwc.com/us*
600 13th St NW, Washington, DC 20005, (T): 202-414-1000, (F): 202-346-5183



Boy Scouts of America
August 12, 2021

This list is not all inclusive and there may be other issues that come to our attention in the course of our review which may require further analysis. We will advise you of such items which we may identify and which we mutually agree should be added to the scope of this engagement, and we will supplement the SOW as necessary.

**Matters Outside the Scope of this SOW**

As part of our review we will not perform the following procedures:

- We will not trace the amounts reported on the income tax returns back to the original books and records.

- We will not specifically investigate the potential for specific unidentified tax adjustment items.

- We will not review the tax return of any other flow-through entities and will rely on any Schedule K-1 information provided to us as part of our review.

- We will not electronically file and we will not act as an electronic return originator with respect to any return covered by this SOW. Electronic filing and compliance with federal, state, and local obligations with respect to electronic filing are the sole responsibility of Client.

The Internal Revenue Service ("IRS") guidance addressing the taxation of virtual currency transactions provides that virtual currency (such as Bitcoin, Ether, etc.) is treated as property for federal tax purposes. Therefore, general tax principles that apply to property transactions must be applied to exchanges of virtual currencies, which include cryptocurrencies and non-crypto virtual currencies. Generally, U.S. taxpayers must report all sales, exchanges, and other dispositions of any virtual currency. An exchange of a virtual currency includes the use of the virtual currency to pay for or purchase goods, services, or other property, including another virtual currency such as exchanging Bitcoin for Ether. This obligation applies regardless of whether the account is held in the U.S. or abroad. You must report virtual currency transactions on your return, regardless of whether you received a payee statement for the transaction (such as a Form W-2, Form 1099, etc.) or not. To the extent that you engaged in any virtual currency transactions during the year, please provide the details to us for consideration in connection with the preparation of your tax return. If you received a reporting virtual currency transactions letter from the IRS or another tax authority, please provide us with a copy of that letter. We will contact you if we believe additional work needs to be conducted related to your virtual currency transactions and the related fees, if any, for such additional work.

**2.2 Additional provisions applicable to the Services:**

The provisions of the Data Protection Exhibit hereto shall apply to the extent that PwC processes Client Personal Information (as that term is defined in the Data Protection Exhibit) in connection with its performance of Services hereunder. The Data Protection Exhibit attached to this SOW, supersedes and replaces any previous Data Protection Exhibit included in the Engagement Letter, if any, solely for purposes of this SOW.

**Use of the PricewaterhouseCoopers LLP WebDMS system ("WebDMS")**



Boy Scouts of America
August 12, 2021

Access to WebDMS system may be provided as a convenience to Boy Scouts personnel to facilitate performance of the Services. In the event that WebDMS is used to facilitate performance of the Services, you agree to notify us of the names of your personnel who are authorized to have access to the WebDMS system and to notify us timely of any changes thereto. You will notify us of any documents that should not be accessible to all your authorized users. In addition, it is understood that your access to WebDMS shall be subject to the standard terms and conditions required upon registration for use of the WebDMS system.

**2.3 Deliverables:**

Forms 990 and 990-T as outlined in Exhibit I.

**2.4 Client's Responsibilities:**

To facilitate our work, you will need to provide the following assistance:

- Drafts of the Forms 990 and Forms 990-T.
- Supporting workpapers or schedules to support the reporting on the returns.

It is our understanding that you will file returns we review pursuant to the advice provided by PwC unless you inform us otherwise.

You are responsible for all management functions and decisions relating to this engagement, including evaluating and accepting the adequacy of the scope of the Services in addressing your needs. You are also responsible for the results achieved from using any Services or deliverables, and it is your responsibility to establish and maintain your internal controls. You will designate a competent member of your management to oversee the Services.

We expect that you will provide timely, accurate and complete information and reasonable assistance, and we will perform the engagement on that basis.

**2.5 Timing:**

The timing of the Services is as follows:

| Project Start Date: | September 15, 2021 |
|---|---|
| Project Completion Date: | November 15, 2021 (extended due date of the Forms 990 and Forms 990-T) |

III. RESOURCES ASSIGNED

The PwC personnel assigned to provide Services and deliverables under this SOW are as follows:

Travis Patton, Partner
Steve Schoonmaker, Partner
Eric McNeil, Director
Martina Luna, Partner

Page 3 of 15

DocuSign Envelope ID: 5C69DFB9-A6FB-405C-A775-39973BCABCD7



Boy Scouts of America
August 12, 2021

IV. FEES, EXPENSES AND PAYMENT

**4.1 Professional Fees and Expenses:**

The fee for Services relative to this project, as described in this SOW, will be $43,000. All PwC Subcontractor fees are included in the agreed fee.

We also will bill Client for our reasonable out-of-pocket expenses, any applicable sales, use, excise, or value added tax, and PwC's internal per ticket charges for booking travel.

The amount of our fee is based on the assumption that we will receive the information and assistance as detailed throughout this SOW. In the event we believe an additional fee is required as the result of the failure of Client to meet any of these requests or for any other reason, we will inform you promptly.

In the event of a termination, the total fees due from Client to PwC shall be based on the time spent by PwC professionals on the Services through the date of termination, billed at our normal hourly rates, except as otherwise provided herein.

**4.2 Payment Terms:**

Our standard practice is to render our invoices on a monthly basis. Payment of our invoices is due on presentation and expected to be received within 30 days of the invoice date.

<p align="center">* * * * *</p>



Boy Scouts of America
August 12, 2021

Each of the parties has caused this SOW to be executed on its behalf by its duly authorized representative as of the date first above written.

**PricewaterhouseCoopers LLP**

By: *Travis Patton* (DocuSigned)
_____

Travis Patton, Partner
(703) 517-9744

Date:    8/12/2021
_____

**Attachments:**

Data Protection Exhibit

Exhibit I - Listing of Returns to be Prepared

**Boy Scouts of America, on behalf of itself and its Subsidiaries**

By: *Stephanie Phillips* (DocuSigned)
_____

Name:    Stephanie Phillips
_____

Title:    Controller
_____

Date:    8/26/2021
_____



Boy Scouts of America  
August 12, 2021

### DATA PROTECTION EXHIBIT

This Data Protection Exhibit (this "***Exhibit***") is made a part of the engagement letter (the "***Engagement Letter***") or the Statement of Work, as applicable, to which it is attached, by and between PricewaterhouseCoopers LLP ("***PwC***") and Boy Scouts of America ("***Client***") dated August 11, 2021, as amended, supplemented or otherwise modified by PwC and Client from time to time (the Engagement Letter, together with the Statement of Work, if applicable, the "***Agreement***"). Capitalized terms used in this Exhibit but not defined herein will have the meanings assigned to such terms in the Agreement. If there is a conflict or inconsistency between the terms contained in the Engagement Letter, this Exhibit, and/or the Statement of Work (if any), the following order of precedence shall apply: (i) the Statement of Work (if any); (ii) this Exhibit; and then (iii) the Engagement Letter. This Exhibit sets forth the confidentiality and security requirements for Client Personal Information (as defined below).

1. For purposes of this Exhibit, (i) the term "***process***" shall mean any operation or set of operations which is performed upon Client Personal Information, whether or not by automatic means, such as collection, recording, organization, structuring, storage, adaptation or alteration, retrieval, consultation, use, disclosure by transmission, dissemination or otherwise making available, alignment or combination, blocking, erasure, or destruction; and (ii) the term "***Services***" shall have the meaning set forth in the Agreement or, if the Agreement does not define "Services", shall mean the services to be performed by PwC as set forth in and pursuant to the Agreement.

2. "***Client Personal Information***" shall mean information that relates to an identified or identifiable household or living individual that is provided by or on behalf of Client to PwC in connection with PwC's performance of Services pursuant to the Agreement. The categories of data subjects and types of Client Personal Information anticipated to be provided to PwC in connection with the performance of Services are set forth on the attached Schedule A, provided that, in the event the parties execute a Statement of Work pursuant to the Engagement Letter, such Statement of Work shall set forth the categories of data subjects and types of Client Personal Information to be provided to PwC in connection with its performance of Services thereunder. Client shall not provide PwC with Client Personal Information except as agreed by the parties and set forth in Schedule A or the applicable Statement of Work (if any). PwC shall process Client Personal Information solely: (i) for the purpose of providing the Services; (ii) for any other purposes identified in this Exhibit and/or the Agreement; and (iii) as required by applicable law, regulation, or professional standards, in each case for the duration of the Engagement Letter or Statement of Work, as applicable (or longer to the extent permitted by applicable law). For the avoidance of doubt, Client Personal Information shall not include any information that has been anonymized such that the data no longer relates to an identified or identifiable household or living individual.

3. PwC shall process Client Personal Information in accordance with applicable data protection laws, rules, and regulations, including without limitation and to the extent applicable, the General Data Protection Regulation (EU) 2016/679 (the "***GDPR***") and the California Consumer Privacy Act of 2018 (the "***CCPA***") (collectively, "***Applicable Data Protection Laws***") and only in accordance with Client's instructions as established in this Exhibit and/or the Agreement.



Boy Scouts of America
August 12, 2021

4. When Client is established in the European Economic Area (the "***EEA***"), Switzerland, or the United Kingdom (the "***UK***"), or when Client Personal Information relates to individuals in the EEA, Switzerland, or the UK, then the additional provisions set out in Schedule B to this Exhibit shall apply to PwC's processing of such Client Personal Information. When PwC processes such Client Personal Information as a controller (as such term is defined by the GDPR), PwC shall do so in accordance with the body of this Exhibit and Section 1 of Schedule B. When PwC processes such Client Personal Information as a processor (as such term is defined by the GDPR), PwC shall do so in accordance with the body of this Exhibit and PwC's obligations under Article 28 of the GDPR as set forth in Section 2 of Schedule B.

5. In the event that the Privacy Shield Framework is replaced during the term of the Engagement Letter, such replacement framework is deemed to be an adequate basis for the transfer of personal information from the EEA to the U.S., and PwC elects to self-certify to such replacement framework, transfers of Client Personal Information relating to EEA, Swiss, and/or UK data subjects (collectively, "***Client EEA Personal Information***") (as applicable based on the replacement framework and PwC's self-certification) from Client to PwC shall be governed by and subject to such replacement framework, and PwC agrees to provide at least the same level of protection for such Client EEA Personal Information as is required by such framework. Notwithstanding the foregoing, in the event of a conflict between this Section 5 and the Standard Contractual Clauses (as defined below), the Standard Contractual Clauses shall prevail.

6. Unless agreed by the parties and set forth in Schedule A or the applicable Statement of Work (if any), Client shall not provide PwC with access to Client EEA Personal Information. As used herein, "***Standard Contractual Clauses***" means, as the context requires: (i) the Standard Contractual Clauses (processors) set out in Decision 2010/87/EC ("***Processor SCCs***"); and/or (ii) the Standard Contractual Clauses (controllers) set out in Decision 2004/915/EC ("***Controller SCCs***") with option (iii) of section II(h) being selected and the initials of the data importer deemed inserted, in each case including their appendices and as amended or replaced from time to time by a competent authority. At all times during the term of the Engagement Letter, Client (as data exporter) and PwC (as data importer) shall comply with the Standard Contractual Clauses with respect to such Client EEA Personal Information, which Standard Contractual Clauses are hereby incorporated into and subject to the terms of the Agreement. Appendix 1 to the Processor SCCs is deemed to be prepopulated with the names of Client and PwC and the relevant sections of Schedule A and/or the applicable Statement of Work (if any) and the processing operations are deemed to be those described in the Agreement and/or the applicable Statement of Work (if any). Appendix 2 to the Processor SCCs is deemed to be prepopulated with the technical and organizational measures described in this Exhibit and at https://www.pwc.com/us/en/site/assets/pwc-isp-security-statement.pdf. Annex B of the Controller SCCs is deemed to be prepopulated as follows: (i) the sections requiring details of "Data subjects," "Categories of data," and "Sensitive data (if appropriate)" are deemed to be prepopulated with the relevant sections of Schedule A and/or the applicable Statement of Work (if any); and (ii) the sections on "Purposes of the transfer(s)," "Recipients," "Data protection registration information of data exporter (where applicable)," "Additional useful information (storage limits and other relevant information)," and "Contact points for data protection enquiries" shall be pre-populated with: "The personal data transferred may be processed for the purposes permitted under the Agreement"; "The personal data transferred may be disclosed only to the recipients or categories of recipients permitted under the Agreement, including the data importer and the Beneficiaries"; "As available on the relevant supervisory authority website"; "As set out in the Agreement"; and



Boy Scouts of America
August 12, 2021

"As set out in the Agreement," respectively. Notwithstanding anything in the Standard Contractual Clauses or the Agreement to the contrary, the parties acknowledge and agree that: (i) to the extent permitted by applicable law, any claims or proceedings against PwC arising from or in any way related to the Standard Contractual Clauses shall be brought solely by Client in accordance with and subject to the Agreement; and (ii) any claims arising from or in any way related to the Standard Contractual Clauses shall be subject to any limitation of liability, dispute resolution requirements, and other limitations set forth in the Agreement.

7. The parties acknowledge and agree that PwC is acting as a service provider (as such term is defined by the CCPA) to Client in connection with PwC's performance of Services pursuant to the Agreement. PwC acknowledges and confirms that it does not provide Client with any monetary or other valuable consideration in exchange for Client Personal Information and certifies that it understands and will comply with the restrictions set forth in this Section 7. Except as required by applicable law, regulation, or professional standard, PwC will not collect, access, use, disclose, process, or retain Client Personal Information for any purpose other than the purpose of performing the Services or another business purpose permitted by 11 CCR § 999.314(c), this Exhibit, or the Agreement. In particular, PwC shall not sell (as defined by Applicable Data Protection Laws, including without limitation and to the extent applicable, the CCPA) any Client Personal Information. PwC will, to the extent legally permissible, notify Client if PwC receives a request from a data subject of Client Personal Information seeking to exercise such data subject's rights under Applicable Data Protection Laws ("**Data Subject Access Request**"), and will, on Client's reasonable request, provide reasonable assistance in connection with Client's response to such Data Subject Access Request.

8. Client shall provide PwC with prior written notice if it intends to provide PwC with access to "**Protected Health Information**" as defined in the Health Insurance Portability and Accountability Act of 1996 and its implementing regulations. If PwC agrees to process such Protected Health Information, then Client shall not provide Protected Health Information and PwC shall not commence such processing unless and until a Business Associate Agreement, in a form acceptable to both parties, has been executed and is effective between the parties.

9. The parties acknowledge that PwC does not maintain compliance with the Payment Card Industry Data Security Standard ("**PCI DSS**"), and Client therefore agrees that it will not provide PwC, directly or indirectly, with access to any payment card information, including without limitation any information relating to a payment card transaction except to the extent such access: (i) is expressly agreed upon in the Agreement; and (ii) occurs solely at a Client facility utilizing Client computing devices.

10. Except as otherwise permitted under this Exhibit or the Agreement, PwC shall limit access to Client Personal Information to the Beneficiaries who require such access in order to perform the Services or to comply with applicable law or professional standards. PwC shall require the Beneficiaries who are provided access to, or otherwise come into contact with, Client Personal Information to protect all such Client Personal Information according to terms substantively similar to the terms of this Exhibit. PwC shall be solely responsible for all Client Personal Information provided to the Beneficiaries. For purposes of this Exhibit, the term "**Beneficiaries**" shall have the meaning set forth in the Agreement or, if the Agreement does not define "Beneficiaries", shall mean the PwC Subcontractors and the partners, principals, members, and employees of PwC and the PwC Subcontractors.



Boy Scouts of America
August 12, 2021

11. Client agrees that PwC may provide information PwC receives in connection with the Agreement, including without limitation Client Personal Information, to: its subsidiaries and affiliates; the Other PwC Firms, including those listed at https://www.pwc.com/gx/en/about/office-locations.html#/; and other PwC Subcontractors, in each case in connection with the provision of Services and/or for internal, administrative, and/or regulatory compliance purposes. For a list of the primary PwC Subcontractors who provide back-office and administrative support to PwC, please visit https://www.pwc.com/us/en/site/privacy.html. PwC will be solely responsible for the protection of any Client Personal Information provided to the PwC Subcontractors and for compliance with this Exhibit.

12. PwC will implement and maintain the security controls set forth at https://www.pwc.com/us/en/site/assets/pwc-isp-security-statement.pdf, which are designed to comply with Applicable Data Protection Laws and protect against the unauthorized or unlawful processing, accidental loss, destruction, or damage of information such as Client Personal Information. Client acknowledges that PwC may change the security controls through the adoption of new or enhanced security technologies, provided that such changes do not diminish the level of security of Client Personal Information in PwC's possession, custody, or control, and Client authorizes PwC to make such changes.

13. On Client's written request, not more than once annually during the term of the Agreement, PwC will: (i) accurately complete a written security and privacy assessment questionnaire related to the Services, provided that doing so does not violate applicable law or PwC's confidentiality obligations, meet with Client to discuss the results of the assessment and answer questions regarding PwC's information security program, and reasonably treat any noted assessment deficiencies based upon risk severity; and/or (ii) provide PwC's then-current SOC3 audit report for its U.S. data center around AICPA trust principles of security and availability.

14. Client represents that it shall comply with Applicable Data Protection Laws and acknowledges and agrees that, as between the parties, Client is responsible for providing any required notices to, and/or obtaining any required consents or authorizations from, data subjects of the Client Personal Information and/or regulatory authorities, as applicable, in connection with Client Personal Information.

15. PwC will notify Client without undue delay upon learning of any accidental or unlawful destruction, loss, alteration, unauthorized disclosure of or access to Client Personal Information in its possession that is in breach of this Exhibit (a "***Security Incident***"). PwC shall take reasonable steps to mitigate the effects of, and to minimize any damage resulting from, such Security Incident. At Client's reasonable request and subject to applicable law and PwC's confidentiality obligations, PwC agrees to meet with Client to discuss, as applicable and available at the time, the procedures that were followed during the investigation of any Security Incident, the chain of custody information, the forensic analysis of event logs used to determine the root cause, any restoration of data that may be required, and the remedial/corrective actions to be taken to prevent the Security Incident from occurring again.

16. On Client's written request at termination or expiration of the Agreement, PwC shall, where feasible, promptly and securely destroy and confirm such destruction of all Client Personal Information in its possession or control (including, without limitation, all electronic copies such as on hard drives, backup tapes, portable devices, optical, magnetic, or other storage



Boy Scouts of America
August 12, 2021

media, as well as all hard copies) or, at the request and cost of Client, return such Client Personal Information in its possession or control. Notwithstanding the foregoing, PwC shall be permitted to retain copies of Client Personal Information consistent with its document retention policies or as required by applicable law, regulation, or professional standards. Any Client Personal Information so kept shall be maintained in accordance with PwC's obligations under this Exhibit.



Boy Scouts of America
August 12, 2021

## Schedule A - Data Protection Exhibit

### Client Personal Information

<u>Data subjects:</u>

The Client Personal Information provided to PwC in connection with its performance of the Services concern the following categories of data subjects (e.g., current and/or former employees of Client):

- Employees of this client

<u>Categories of data:</u>

The Client Personal Information provided to PwC in connection with its performance of the Services concern the following categories of data (e.g., Social Security Numbers, dates of birth, or home addresses):

- Payroll records that do not include SSNs or bank account information for an individual or a small sample of individuals. This does not contemplate HR/Payroll master file data of entire departments.

- Business contact information commonly referred to as "business card data" such as name, title, email, office address and office phone number (excluding data collected for the purpose of corresponding with clients, suppliers or JBR partners during the course of a project)


Boy Scouts of America
August 12, 2021

### Schedule B – Data Protection Exhibit

### GDPR Specific Provisions

In addition to the terms in the body of this Exhibit, the following terms apply to the processing of Client Personal Information where Client is established in the EEA, Switzerland, or the UK or where Client Personal Information relates to individuals in the EEA, Switzerland, or the UK.

1. Where PwC acts as a controller, PwC may process such Client Personal Information for the purposes of: (i) providing the Services; (ii) administering, managing, and developing PwC's business and services; (iii) security, quality, and risk management activities; (iv) providing Client with information about PwC and its range of services; and/or (v) complying with any applicable requirement of law, regulation, or professional standards.

2. Where PwC acts as a processor when providing Services, the terms of this Section 2 shall apply.

    a. The subject-matter and duration of the processing, nature and purpose of the processing, and types of Client Personal Information and categories of data subjects are set out in Section 2 of the body of this Exhibit, <u>Schedule A</u>, and the applicable Statement of Work (if any).

    b. Client hereby grants PwC general written authorization to engage those processors permitted under the Agreement and this Exhibit, including without limitation Section 11 of this Exhibit. PwC shall inform Client of any changes concerning the addition or replacement of Other PwC Firms and/or primary back-office PwC Subcontractors by updating the respective hyperlink(s) set forth in Section 11 of this Exhibit. If Client notifies PwC in writing of any objections to such changes, PwC shall work with Client in good faith to find a commercially reasonable, mutually agreeable resolution to such objection.

    c. Furthermore, PwC shall:

        i. process Client Personal Information only on documented instructions from Client, including with regard to transfers to a third country or an international organization, unless required to do so by applicable law, in which case PwC shall inform Client of that legal requirement before processing such Client Personal Information unless that law prohibits such disclosure;

        ii. immediately inform Client if, in PwC's opinion, an instruction from Client infringes Applicable Data Protection Laws;

        iii. ensure that persons authorized by PwC to process Client Personal Information have committed themselves to confidentiality or are under an appropriate statutory obligation of confidentiality;

        iv. take the technical and organizational measures set forth in Section 12 of this Exhibit;

        v. at Client's request, taking into account the nature of the processing, assist Client by implementing appropriate technical and organizational measures, insofar as this is



Boy Scouts of America
August 12, 2021

    possible, to assist Client with Client's obligation to respond to Data Subject Access Requests (to the extent that the relevant Client Personal Information is not accessible to Client through the Services or otherwise);

vi. at Client's request, assist Client with Client's obligations under Articles 32-36 of the GDPR taking into account the nature of processing and the information available to PwC;

vii. at Client's request, delete or return to Client all Client Personal Information in accordance with Section 16 of this Exhibit; and

viii. make available to Client all information necessary to demonstrate PwC's compliance with the obligations laid down in this Exhibit and allow for and contribute to audits, including inspections, conducted by Client or another auditor mandated by Client that is not a PwC competitor. For the avoidance of doubt, the audits and inspections described in the preceding sentence shall be conducted solely as described in Section 13 of this Exhibit.



Boy Scouts of America
August 12, 2021

**Exhibit I - Boy Scouts of America**

**Particular Services to be Provided**

**Listing of Returns to be Reviewed**

| Entity Name | Jurisdiction | Return Form | Paper or Electronic Filing | Foreign Entity Forms | Filing Method | Return Type |
|---|---|---|---|---|---|---|
| Boy Scouts of America - National Council | Federal | 990 | E-file | N/A | Separate | US Tax-Exempt |
| Boy Scouts of America - National Council | Federal | 990-T | E-file | To be determined based upon Schedules K-1 | Separate | US Tax-Exempt - Business |
| Learning for Life | Federal | 990 | E-file | N/A | Separate | US Tax-Exempt |
| Learning for Life | Federal | 990-T | E-file | N/A | Separate | US Tax-Exempt - Business |
| National Boy Scouts of America Foundation | Federal | 990 | E-file | N/A | Separate | US Tax-Exempt |

DocuSign Envelope ID: 5C69DFB9-A6FB-405C-A775-39973BCAB6D7



Boy Scouts of America
August 12, 2021

| Entity Name | Jurisdiction | Return Form | Paper or Electronic Filing | Foreign Entity Forms | Filing Method | Return Type |
|---|---|---|---|---|---|---|
| National Boy Scouts of America Foundation | Federal | 990-T | E-file | N/A | Separate | US Tax-Exempt - Business |
| Arrow WV, Inc. | Federal | 990 | E-file | N/A | Separate | US Tax-Exempt |
| NewWorld19 LLC | Federal | 990 | E-file | N/A | Separate | US Tax-Exempt |

**Legend:**
**Entity Name** - *Legal name of each filing entity*
**Jurisdiction** - *Name of federal, state, city, or other taxing jurisdiction*
**Return Form** - *The form that the return will be filed on.*
**Paper or Electronic Filing -** *Indicate if PwC will be the Electronic Return Originator (ERO) with respect to the particular form.*
**Foreign Entity Forms** - *For each filing entity list the number (or name) of foreign entity forms covered by the scope of the engagement and the number of each that will be attached. You may also list separately the name of the entity and the form associated with the entity. Engagement teams may also wish to break out this listing by affiliates in the case of consolidated returns. This column title may be modified and used to identify other attachments, schedules, or elections as agreed upon with the client.* For the Foreign Entity Forms column, the team can put "N/A" if it is not applicable.
**Return Type -** *Type or return and/or report (Income, franchise, net worth, annual report, business)*
**Filing Method -** *Type of filing (separate, combined, consolidated, unitary). Details should be provided when the group filing the return differs from the federal return. (i.e. federal structure less subsidiary C).*
If the filing period for the return differs from the federal return, a "Filing Period" column should be added.

Page 15 of 15