## Exhibit A

## Summary of Services

| Task Category | Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|---|
| LC Notice | 07/01/2021 | Luke Butterworth | Call with S. Klauck to discuss email drafts regarding Local Council carriers (.1); draft letter response to specific carrier (.4); draft email communication to many specific Local Councils regarding specific carrier requests (.4); review and code carrier correspondence (.3); call with S. Klauck and L. Butterworth to discuss responses to specific carrier's requests (1.1). | 2.3 | $690.00 |
| Fee Applications | 07/01/2021 | Luke Butterworth | Review May time entries for fee application purposes. | 0.5 | $150.00 |
| LC Notice | 07/01/2021 | Elizabeth Hanke | Call with S. Klauck and L. Butterworth to discuss responses to specific carrier's requests. | 1.1 | $660.00 |
| LC Notice | 07/01/2021 | Sheila Klauck | Call with E. Hanke and L. Butterworth to discuss responses to specific carrier's requests (1.1); call with L. Butterworth to discuss email drafts regarding Local Council carriers (.1). | 1.2 | $516.00 |
| Coverage Analysis | 07/01/2021 | Daniel Snyder | Update email search criteria and perform search. | 0.5 | $187.50 |
| Local Council | 07/02/2021 | Luke Butterworth | Prepare email to J. Celentino and A. Azer highlighting updates to specific local council coverage. | 0.2 | $60.00 |
| LC Notice | 07/02/2021 | Luke Butterworth | Review and revise general email correspondence to all local councils affected by specific carrier insolvency. | 0.4 | $120.00 |
| LC Notice | 07/02/2021 | Sheila Klauck | Review correspondence records. | 0.5 | $215.00 |
| LC Notice | 07/02/2021 | Matthew Minter | Local council notice correspondence coding. | 1.2 | $300.00 |
| LC Notice | 07/07/2021 | Luke Butterworth | Review and research documents regarding trust distribution procedures and release settlement agreements to better understand specific question from noticed carriers (.4); call and leave voicemail for J. Celentino (.1); review and code carrier correspondence in database (.6). | 1.1 | $330.00 |
| LC Notice | 07/07/2021 | Elizabeth Hanke | Review specific responses to carriers and LC with N. Sochurek (.2); call with N. Sochurek, S. Klauck, and L. Butterworth to discuss response letter to specific insurer and process plan for proof of claim filing for insolvent insurer (1.0). | 1.2 | $720.00 |
| Exhaustion Analysis | 07/07/2021 | Matthew Minter | Call with N. Sochurek re exhaustion report input data (.1); look into what Riskonnect reports were used to develop exhaustion analysis (.4); update subpoena folders with transaction reports (.2). | 0.7 | $175.00 |
| Exhaustion Analysis | 07/07/2021 | Nicholas Sochurek | Call with M. Minter re exhaustion report input data (.1); review source documents re same (.1); Teams chats with M. Minter re same (.1). | 0.3 | $180.00 |
| LC Notice | 07/07/2021 | Nicholas Sochurek | Review specific responses to carriers and LC with E. Hanke. | 0.2 | $120.00 |
| LC Notice | 07/08/2021 | Luke Butterworth | Review and code carrier correspondence in database (.3); email correspondence with N. Sochurek regarding specific Local Council notice authorization (.1); review letter from specific insurer regarding settlement agreement and trust procedures and forward to J. Celentino (.3). | 0.7 | $210.00 |
| LC Notice | 07/08/2021 | Nicholas Sochurek | Emails with L. Butterworth re additional notice letters and local council responses (.2); emails with local council re notice program (.1). | 0.3 | $180.00 |
| Fee Applications | 07/09/2021 | Luke Butterworth | Review June time for fee application purposes. | 0.8 | $240.00 |
| LC Notice | 07/09/2021 | Luke Butterworth | Review and revise email draft to Local Councils regarding specific insurer insolvency (.6); review and revise email draft to all Local Councils regarding response to specific insurer requests (.4); create MS form to collect responses regarding relies to specific insurer (.2); draft correspondence to A. Azer and J. Celentino discussing the aforementioned letters to Local Councils (.4). | 1.6 | $480.00 |
| LC Notice | 07/09/2021 | Elizabeth Hanke | Emails with L. Butterworth | 0.2 | $120.00 |

| | | | | | |
|---|---|---|---|---|---|
| LC Notice | 07/12/2021 | Luke Butterworth | Call with E. Hanke, S. Klauck, N. Sochurek to discuss response letter to specific insurer and process plan for proof of claim filing for insolvent insurer (1.0); draft and send email to Haynes and Boone team to schedule meeting (.4); Teams communications with S. Klauck, N. Sochurek, and E. Hanke regarding preferred attendees to check in meeting with the Haynes and Boone meeting (.3); prepare draft emails regarding specific insurer requests in preparation for internal status meeting (.5). | 2.2 | $660.00 |
| Fee Applications | 07/12/2021 | Luke Butterworth | Review May time entries for fee application purposes. | 0.8 | $240.00 |
| Local Council | 07/12/2021 | Luke Butterworth | Review Proof of Claim form for specific insurer insolvency and process plan for Local Councils. | 0.6 | $180.00 |
| LC Notice | 07/12/2021 | Elizabeth Hanke | Call with N. Sochurek, S. Klauck, and L. Butterworth to discuss response letter to specific insurer and process plan for proof of claim filing for insolvent insurer (1); teams chats with L. Butterworth re notice responses (.1). | 1.1 | $660.00 |
| LC Notice | 07/12/2021 | Sheila Klauck | Call with E. Hanke, L. Butterworth, N. Sochurek to discuss response letter to specific insurer and process plan for proof of claim filing for insolvent insurer. | 1.0 | $430.00 |
| LC Notice | 07/12/2021 | Nicholas Sochurek | Call with E. Hanke, S. Klauck, and L. Butterworth to discuss response letter to specific insurer and process plan for proof of claim filing for insolvent insurer (1.0); review insurer information requests (.2); | 1.2 | $720.00 |
| LC Notice | 07/13/2021 | Luke Butterworth | Email communications with N. Sochurek and E. Hanke re email response from A. Azer. | 0.2 | $60.00 |
| Fee Applications | 07/13/2021 | Luke Butterworth | Review May time for fee application purposes (.4); review June time for fee application purposes (.8). | 1.2 | $360.00 |
| Local Council | 07/13/2021 | Luke Butterworth | Review new policy evidence for specific local council and summarize changes to coverage block. | 1.3 | $390.00 |
| Fee Applications | 07/14/2021 | Luke Butterworth | Prepare BSA May fee application. | 0.4 | $120.00 |
| LC Notice | 07/19/2021 | Luke Butterworth | Teams chats with E. Hanke regarding outstanding items and communications with J. Celentino (.2); review new emails from specific insurers and organize inbox (.3); draft and send email to J. Celentino regarding status call for outstanding items (.2). | 0.7 | $210.00 |
| Coverage Analysis | 07/19/2021 | Elizabeth Hanke | Review amended proposed plan in preparation for call (.2); call with A. Azer, E. Hanke, and J. Terrell re status of case and proposed plan (1). | 1.2 | $720.00 |
| Coverage Analysis | 07/19/2021 | Nicholas Sochurek | Call with A. Azer, E. Hanke, and J. Terrell re status of case and proposed plan (1.0); review amend plan and restructuring support agreement (1.1). | 2.1 | $1,260.00 |
| Coverage Analysis | 07/19/2021 | Jonathan Terrell | Prepare for call with counsel by review of Plans of Reorganization (.8); call with A. Azer, E. Hanke, and N. Sochurek re status of case and proposed plan (1.0); review earlier testimony (.8); review Fourth Amended Plan (.5). | 3.1 | $2,170.00 |
| LC Notice | 07/20/2021 | Luke Butterworth | Summarize outstanding items for status call with KCIC team and J. Celentino (.5); review specific insolvent carrier Proof of Claim form and Local Council filing process (.7); revise cover letter to Local Councils regarding specific insolvent carrier Proof of Claim filing process (.6). | 1.8 | $540.00 |
| LC Notice | 07/21/2021 | Luke Butterworth | Review numerous outstanding emails and letters from specific carriers and update correspondence summary sheet to organize responses (2.0); code new correspondence into database (.2); create listing of carriers related to and Local Councils affected by specific carrier insolvency (.4); review and fill out proof of claim form related to specific carrier insolvency (.3); call with J. Celentino, E. Hanke, S. Klauck, and N. Sochurek re notice follow up tasks (.7). | 3.6 | $1,080.00 |
| Coverage Analysis | 07/21/2021 | Elizabeth Hanke | Call with A. Azer, M. Stoner, and S. Klauck re fronting policy analysis (.4); call with S. Klauck re same (.2); review analysis done by S. Klauck re fronting policies (.2). | 0.8 | $480.00 |
| LC Notice | 07/21/2021 | Elizabeth Hanke | Call with J. Celentino, N. Sochurek, S. Klauck, and L. Butterworth re notice follow up tasks. | 0.7 | $420.00 |
| LC Notice | 07/21/2021 | Sheila Klauck | Call with J. Celentino, E. Hanke, N. Sochurek, and L. Butterworth re notice follow up tasks. | 0.7 | $301.00 |
| Coverage Analysis | 07/21/2021 | Sheila Klauck | Prepare fronting policy analysis (.8); call with A. Azer, M. Stoner, and E. Hanke re fronting policy analysis (.4); call with E. Hanke re same (.2); draft email re matrix value estimation (.5). | 1.9 | $817.00 |
| LC Notice | 07/21/2021 | Nicholas Sochurek | Call with J. Celentino, E. Hanke, S. Klauck, and L. Butterworth re notice follow up tasks. | 0.7 | $420.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 07/22/2021 | Elizabeth Hanke | Revise email summarizing allocation analysis (.1); discuss same with S. Klauck (.4). | 0.5 | $300.00 |
| Coverage Analysis | 07/22/2021 | Sheila Klauck | Revise email summarizing allocation analysis (.1); discuss same with E. Hanke (.4). | 0.5 | $215.00 |
| Exhaustion Analysis | 07/23/2021 | Nicholas Sochurek | Email with A. Kutz re prior exhaustion analysis status. | 0.2 | $120.00 |
| Coverage Analysis | 07/26/2021 | Elizabeth Hanke | Email exchange with A. Azer re review of additional insured provisions (.5); chats with N. Sochurek and S. Klauck re additional insured provisions and allocations (.5). | 1.0 | $600.00 |
| Local Council | 07/26/2021 | Sheila Klauck | Discuss review of local council policies with N. Sochurek (.3); prepare listing of local council policies (.4). | 0.7 | $301.00 |
| Local Council | 07/26/2021 | Nicholas Sochurek | Discuss review of local council policies with S. Klauck (.3); review spreadsheet re same (.2); emails with A. Azer re same (.1). | 0.6 | $360.00 |
| LC Notice | 07/27/2021 | Luke Butterworth | Review new carrier correspondence and organize requests (.4); prepare listing to accompany letter to specific insurer involving multiple local councils (.3). | 0.7 | $210.00 |
| Local Council | 07/27/2021 | Nicholas Sochurek | Emails with A. Azer and E. Hanke re local council policies. | 0.3 | $180.00 |
| LC Notice | 07/28/2021 | Luke Butterworth | Finalize letter to specific insurer and associated Local Council listing and send to specific insurer (.5); reconcile letter responses received by specific insurer with notice letters sent to same insurer (.4); prepare emails to specific Local Council insurers seeking mediation-related information (.3). | 1.2 | $360.00 |
| Coverage Analysis | 07/28/2021 | Nicholas Sochurek | Emails with A. Azer and S. Klauck re Stronghold final claims bar date. | 0.3 | $180.00 |
| Coverage Analysis | 07/28/2021 | Jonathan Terrell | Discuss potential testimony with A. Azer and E. Hanke. | 0.3 | $210.00 |
| Coverage Analysis | 07/29/2021 | Sheila Klauck | Call with N. Sochurek re Stronghold scheme submission (.6); review London allocation for Stronghold scheme submission (.4). | 1.0 | $430.00 |
| Allocations | 07/29/2021 | Sheila Klauck | Call with V. Taylor re allocation. | 0.4 | $172.00 |
| Coverage Analysis | 07/29/2021 | Nicholas Sochurek | Call with S. Klauck re Stronghold scheme submission. | 0.6 | $360.00 |
| Allocations | 07/29/2021 | Nicholas Sochurek | Teams chats with S. Klauck re allocation methodology. | 0.3 | $180.00 |
| Coverage Analysis | 07/29/2021 | Jonathan Terrell | Begin discussing testimony with N. Sochurek. | 0.3 | $210.00 |
| Coverage Analysis | 07/30/2021 | Sheila Klauck | Call with N. Sochurek re Stronghold scheme submission and next steps. | 0.3 | $129.00 |
| Allocations | 07/30/2021 | Sheila Klauck | Electronic communications with N. Sochurek re Stronghold and First State allocation. | 0.2 | $86.00 |
| Coverage Analysis | 07/30/2021 | Nicholas Sochurek | Call with S. Klauck re Stronghold scheme submission and next steps (.3); begin preparing materials for J. Terrell briefing (.4). | 0.7 | $420.00 |
| Allocations | 07/30/2021 | Nicholas Sochurek | Chat with S. Klauck re Stronghold and First State allocation. | 0.2 | $120.00 |
| Local Council | 07/30/2021 | Nicholas Sochurek | Review local council policies. | 0.9 | $540.00 |
| | | | **Total:** | **53.5** | **$23,574.50** |