# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**Objection Deadline: Oct. 15, 2021 at 4:00 p.m. (ET)**
**Hearing Date: To be scheduled**

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Berkeley Research Group, LLC ("BRG"), financial advisor to the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), in the above-captioned cases, has filed its *Twelfth Monthly and Fifth Interim Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from February 1, 2021 through April 30, 2021* (the "Application") seeking fees in the amount of $1,371,709.50 and reimbursement of actual and necessary expenses in the amount of $0.00 for the period from February 1, 2021 through April 30, 2021.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 15, 2021 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:228930.12 85353/002

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) the Debtors: Boy Scouts of America, 1325 W. Walnut Hill Lane, Irving, TX 75038 (Attn: Steven P. McGowan); (ii) counsel to the Debtors: (a) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020 (Attn: Jessica C. Lauria (jessica.lauria@whitecase.com)), (b) White & Case LLP, 111 S. Wacker Drive, Chicago, IL 60606 (Attn: Michael C. Andolina (mandolina@whitecase.com) and Matthew E. Linder (mlinder@whitecase.com)); and (c) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899-1347 (Attn: Derek C. Abbott (dabbott@mnat.com)); (iii) the United States Trustee: 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: David Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov)); (iv) counsel to the Official Committee of Unsecured Creditors: (a) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Rachael Ringer (rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com)) and (b) Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801 (Attn: Kurt F. Gwynne (kgwynne@reedsmith.com) and Katelin A Morales (kmorales@reedsmith.com)); (v) counsel to the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19801 (Attn: James I. Stang (jstang@pszjlaw.com) and James E. O'Neill (joneill@pszjlaw.com)); (vi) counsel to the Future Claimants' Representative: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE 19801 (Attn: Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com)); (vii) counsel to the Ad Hoc Committee of Local Councils: Wachtell, Lipton, Rosen & Katz, 51 W. 52nd Street, New York, NY 10019 (Attn: Richard G. Mason (rgmason@wlrk.com) and Joseph C. Celentino

(jccelentino@wlrk.com)); (viii) counsel to JPMorgan Chase Bank, National Association: (a) Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, TX 75201-7932 (Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck (kristian.gluck@nortonrosefulbright.com) and (b) Womble Bond Dickinson (US) LLP, 1313 N. Market Street, Suite 1200, Wilmington, DE 19801 (Attn: Matthew Ward (matthew.ward@wbd-us.com) and Morgan Patterson (morgan.patterson@wbd-us.com)); and (ix) counsel to the County Commission of Fayette County (West Virginia): Steptoe & Johnson PLLC, Chase Tower, 8th Floor, 707 Virginia Street East, Charleston, WV 25301 (Attn: John C. Stump (john.stump@steptoe-johnson.com)).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON **A DATE AND TIME TO BE DETERMINED** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

DOCS_DE:228930.12 85353/002

| | |
|---|---|
| Dated: October 1, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ James E. O'Neill* |
| | James I. Stang (CA Bar No. 94435) |
| | Robert B. Orgel (CA Bar No. 10187) |
| | James E. O'Neill (DE Bar No. 4042) |
| | John W. Lucas (CA Bar No. 271038) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email: jstang@pszjlaw.com |
| |         rorgel@pszjlaw.com |
| |         joneill@pszjlaw.com |
| |         jlucas@pszjlaw.com |
| | *Counsel for the Tort Claimants' Committee* |