# EXHIBIT D



# Berkeley Research Group, LLC
## Schedule of 2021
## Billing Rates

| Position | Hourly Rate | | |
|---|---|---|---|
| Managing Director / Director | $705 | - | $1,095 |
| Associate Director / Senior Professional Staff | $500 | - | $680 |
| Junior Professional Staff | $240 | - | $500 |
| Support Staff | $115 | - | $240 |