# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 6287** |

**CERTIFICATION OF NO OBJECTION REGARDING THE TORT CLAIMANTS' COMMITTEE'S APPLICATION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 1103(A) AND 328(A) AND FED. R. BANKR. P. 2014(A) AUTHORIZING RETENTION OF THE CLARO GROUP LLC AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS EFFECTIVE AS OF SEPTEMBER 1, 2021**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to *The Tort Claimants' Committee's Application for Entry of an Order Under 11 U.S.C. §§ 1103(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing Retention of the Claro Group LLC as Expert Consultant on Sexual Abuse and Expert Witness Effective as of September 1, 2021* (the "Application") filed on September 17, 2021.  The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the notice, objections to the Application were to be filed and served no later than October 1, 2021 at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's convenience.

| | |
|---|---|
| Dated:  October 4, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ James E. O'Neill* |
| | James I. Stang (CA Bar No. 94435) |
| | Robert B. Orgel (CA Bar No. 10187) |
| | John A. Morris (NY Bar No. 2405397) |
| | James E. O'Neill (DE Bar No. 4042) |
| | John W. Lucas (CA Bar No.271038) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email:  jstang@pszjlaw.com |
| | rorgel@pszjlaw.com |
| | jmorris@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jlucas@pszjlaw.com |
| | |
| | *Counsel for the Tort Claimants' Committee* |