**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE** FILED

2021 OCT -4 PM 3: 02

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | ~~Hearing Requested~~09/30/2021 |
| | ~~Objections due by~~ 10/06/2021 |

## WASHBURN'S MOTION FOR RULE 2004-1 EXAMINATION AND PRODUCTION OF DISCOVERY RECORDS HELD BY NATIONAL BSA AND LOCAL CROSSROADS OF THE WEST COUNCIL

Lonnie J. Washburn
ATTORNEY PROSE
3098 South Highland Drive STE 101
Salt Lake City, UT 84106
Tel.: (801) 548-6884
collinlongshanks@gmail.com

Movant, Lonnie J. Washburn, a claim holder in the above captioned matter,

respectfully files this MORION FOR RULE 2004-1 EXAMINATION AND

PRODUCTION OF DISCOVERY RECORDS HELD BY NATIONAL BSA AND

LOCAL CROSSROADS OF THE WEST COUNCIL.

Moveant, Lonnie J. Washburn, states the following:

1). I have made the required attempts to set a Rule 2004 Examination as required by Local Rule 2004-1.

2). The request for the Examination have been ignored.

3). The requests for the production of records were answered, but claiming there are too many boxes to look through. Nothing was produced (Exhibits 1,2,3)

Pursuant to Rule 2004-1 Moveant requests relief in the form of the attached order, or substantially similar, as well as any additional remedies the Court sees fit.

Dated this 30th day of September, 2021.

I swear that the above information is true and correct to the best of my knowledge.

Lonnie J. Washburn
ATTORNEY PRO SE
3098 South Highland Drive STE 101
Salt Lake City, UT 84106
Tel.: (801) 548-6884
collinlongshanks@gmail.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,[1]

Debtors.

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)

**PROPOSED ORDER**

Pursuant to Local Rule 2004-1 t he Court ORDERS the BSA of America and local Council

Crossroads of the West council to PRODUCE any and all records pertaining to Lonnie J.

Washburn by 10/20/2021.

The Court further ORDERS Crossroads of the West Council and BSA of America to allow Lonnie

J. Washburn to inspect the records of the premesis held by local council by 10//20/2021

The court further ORDERS BSA of America to produce/make available Mike Ashline, CFO of

BSA of America for a Rule 2004 Examination by 10/20/2021 for at least six consecutive hours

with two twenty minute breaks.

It is so ORDERED.

_____

Judge Laurie Selber Silverstein

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Jude: Silverstein<br>Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br>**NOTICE OF HEARING**<br><br>**HEARING DATE**<br>**OBJECTIONS DUE BY:** |

A hearing in the above entitled matter for WASHBURN's MOTION FOR RULE 2004-1

EXAMINATION AND PRODUCTION OF DISCOVERY RECORDS HELD BY

NATIONAL BSA AND LOCAL CROSSROADS OF THE WEST COUNSIL is scheduled

for a hearing on:

Dated this 30th day of September 2021

Konnie J. Washburn
ATTORNEY PRO SE
3098 South Highland Drive STE 101
Salt Lake City, UT 84106
Tel.: (801) 548-6884
collinlongshanks@gmail.com











Screenshots of Lonnie Washburn's Email request and telephone call requesting Scout Records held by Crossroads of the West local council and Request by National Council for the records as a prerequisite to obtaining counseling. And Local councils Response.





**LONNIE WASHBURN**

Lonnie Washburn's email delivery of Request for Rule 2004-1 Examination

# LONNIE WASHBURN



September 22, 2021

To white and Case., LLC.:

Pursuant to Delaware Bankruptcy Court Local Rule 2004-1 I am attempting to schedule a telephone conference to schedule a Rule 2004 Examination with Mike Ashline, CFO of Boy Scouts of America. Please let me know when you're available. and what number I may reach you to schedule that examination of your client. I look forward to hearing from you.

Regards,

Lonnie Washburn

