# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

On September 30, 2021, the undersigned counsel caused a copy of the following discovery requests listed below (each a "Discovery Request") to be served in the manner indicated upon the parties listed on **Exhibit A**. The party identified in the title of the Discovery Request received the Discovery Requests that named that particular party.

1. *Debtors' Second Set of Interrogatories to Century;*

2. *Debtors' Second Set of Requests for the Production of Documents to Century;*

3. *Debtors' First Set of Requests for the Production of Documents to Allianz Global Risks US Insurance Company;*

4. *Debtors' First Set of Interrogatories to Allianz Global Risks US Insurance Company;*

5. *Debtors' First Set of Requests for the Production of Documents to the AIG Companies;*

6. *Debtors' First Set of Interrogatories to AIG;*

7. *Debtors' First Set of Requests for the Production of Documents to ARCH;*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

8. *Debtors' First Set of Interrogatories to ARCH;*

9. *Debtors' First Set of Requests for the Production of Documents to Argonaut;*

10. *Debtors' First Set of Interrogatories to Argonaut;*

11. *Debtors' First Set of Requests for the Production of Documents to Arrowood;*

12. *Debtors' First Set of Interrogatories to Arrowood;*

13. *Debtors' First Set of Requests for the Production of Documents to Aspen;*

14. *Debtors' First Set of Interrogatories to Aspen;*

15. *Debtors' First Set of Requests for the Production of Documents to Ategrity;*

16. *Debtors' First Set of Interrogatories to Ategrity;*

17. *Debtors' First Set of Requests for the Production of Documents to AXA XL;*

18. *Debtors' First Set of Interrogatories to AXA XL;*

19. *Debtors' First Set of Requests for the Production of Documents to Axis;*

20. *Debtors' First Set of Interrogatories to Axis;*

21. *Debtors' First Set of Requests for the Production of Documents to General Star;*

22. *Debtors' First Set of Interrogatories to General Star;*

23. *Debtors' First Set of Requests for the Production of Documents to CNA;*

24. *Debtors' First Set of Interrogatories to CNA;*

25. *Debtors' First Set of Requests for the Production of Documents to Enstar;*

26. *Debtors' First Set of Interrogatories to Enstar;*

27. *Debtors' First Set of Requests for the Production of Documents to Allied World;*

28. *Debtors' First Set of Interrogatories to Allied World;*

29. *Debtors' First Set of Requests for the Production of Documents to Fireman's Fund;*

30. *Debtors' First Set of Interrogatories to Fireman's Fund;*

31. *Debtors' First Set of Requests for the Production of Documents to Munich*;

32. *Debtors' First Set of Interrogatories to Munich*;

33. *Debtors' First Set of Requests for the Production of Documents to SOMPO*;

34. *Debtors' First Set of Interrogatories to SOMPO*;

35. *Debtors' First Set of Requests for the Production of Documents to Travelers*;

36. *Debtors' First Set of Interrogatories to Travelers*;

37. *Debtors' First Set of Requests for the Production of Documents to Gemini*;

38. *Debtors' First Set of Interrogatories to Gemini*;

39. *Debtors' First Set of Requests for the Production of Documents to Zurich*;

40. *Debtors' First Set of Interrogatories to Zurich*;

41. *Debtors' First Set of Requests for the Production of Documents to Liberty Mutual*;

42. *Debtors' First Set of Interrogatories to Liberty Mutual*;

43. *Debtors' First Set of Requests for the Production of Documents to Everest*;

44. *Debtors' First Set of Interrogatories to Everest*;

45. *Debtors' First Set of Requests for the Production of Documents to Great American*; and

46. *Debtors' First Set of Interrogatories to Great American.*

| | |
|---|---|
| Dated: October 4, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>           aremming@morrisnichols.com<br>           ptopper@morrisnichols.com<br><br>– and –<br><br>**HAYNES AND BOONE, L.L.P.**<br>Ernest Martin, Jr.<br>Adrian Azer<br>Carla Green<br>2323 victory Ave., Suite 700<br>Dallas, Texas 75219<br>Telephone: (214) 651-5000<br>Email:  ernest.martin@haynesboone.com<br>           adrian.azer@haynesboone.com<br>           carla.green@haynesboone.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |