**Exhibit A**

**Service List**

**BY ELECTRONIC MAIL**

Stamatios Stamoulis
Richard C. Weinblatt
Elisha A. Calhoon, ACP
**Stamoulis & Weinblatt LLC**
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Email: stamoulis@swdelaw.com
      weinblatt@swdelaw.com
      calhoon@swdelaw.com

Tancred Schiavoni
Daniel S. Shamah
Janine Panchok-Berry
Salvatore J. Cocchiaro
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
tschiavoni@omm.com
dshamah@omm.com
jpanchok-berry@omm.com
scocchiaro@omm.com

Christopher A. Wadley
**Walker Wilcox Matousek LLP**
One North Franklin Street
Chicago, Illinois 60606
cwadley@walkerwilcox.com

John E Bucheit
Todd C. Jacobs
David M. Caves
Ashley Wessels
**BRADLEY RILEY JACOBS PC**
500 West Madison Street
Suite 1000
Chicago, IL 60661
jbucheit@bradleyriley.com
tjacobs@bradleyriley.com
dcaves@bradleyriley.com
awessels@bradleyriley.com

Harris B. Winsberg
**Troutman Sanders LLP**
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308
harris.winsberg@troutman.com

David M. Fournier
Marcy J. McLaughlin Smith
**Troutman Pepper Hamilton Sanders LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Marcy.Smith@troutman.com
David.Fournier@troutman.com

Matthew W. Sorem
**Nicolaides Fink Thorpe Michaelides Sullivan LLP**
10 S. Wacker Dr.
21st Floor
Chicago, IL 60606
msorem@nicolaidesllp.com

Deirdre M. Richards
**Fineman Krekstein & Harris P.C.**
1300 N. King Street
Wilmington, DE 19801
drichards@finemanlawfirm.com

Susan N.K. Gummow
Tracey Jordan
**Foran Glennon Palandech Ponzi & Rudloff**
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
sgummow@fgppr.com
tjordan@fgppr.com

Michael A. Rosenthal
Jason Hallowell
Keith R. Martorana
**Gibson Dunn & Crutcher LLP**
200 Park Avenue, 47th Floor
New York, NY 10166
mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

Matthew G. Bouslog
**Gibson Dunn & Crutcher LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
mbouslog@gibsondunn.com

David Christian
**David Christian Attorneys LLC**
105 W. Madison St.,Suite 1400
Chicago, IL 60602
dchristian@dca.law
Konrad Krebs
**Clyde & Co US LLP**
200 Campus Drive
Suite 300
Florham Park, NJ 07932
konrad.kebs@clydeco.us

Bruce D Celebrezze
**Clyde & Co US LLP**
101 Second Street, 25th Floor
San Francisco, CA 94105
bruce.celebrezze@clydeco.us

Bruce W. McCullough
**Bodell Bove, LLC**
1225 N. King Street, Suite 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

Robert D. Cecil, Jr.
**Tybout, Redfearn & Pell**
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899
rcecil@trplaw.com

George R. Calhoun
**Ifrah Law**
1717 Pennsylvania Ave, N.W.
Suite 650
Washington, DC 20006

Kathleen M. Miller
**Smith Katzenstein Jenkins LLP**
Brandywine Building
1000 N. West Street, Suite 1501
Wilmington, DE 19801
kmiller@skjlaw.com

Kathleen K. Kerns
Paul A. Logan
John C. Sullivan
**Post & Schell, P.C.**
Four Penn Center - 13th Floor
Philadelphia, PA 19103
kkerns@postschell.com
plogan@postschell.com
jsullivan@postschell.com

Kevin T. Coughlan
Michael Hrinewski
Lorraine M. Armenti
**Coughlin Duffy, LLP**
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
kcoughlin@cmg.law
mhrinewski@cmg.com
LArmenti@cmg.com

Michael J. Joyce
**The Law Offices of Joyce, LLC**
1225 King Street,
Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

Britton C. Lewis
**Carruthers & Roth, P.A**.
235 N Edgeworth St,
Greensboro, NC 27401
bcl@crlaw.com

Clay Wilkerson
**Brown Sims**
1177 West Loop South, Tenth Floor
Houston, Texas 77021
cwilkerson@brownsims.com

David J. Molton
Barbara J. Kelly
**Brown Rudnick LLP**
7 Times Square
New York, NY 10036
dmolton@brownrudnick.com
bkelly@brownrudnick.com

Eric R. Goodman
**Brown Rudnick LLP**
601 Thirteenth Street NW, Suite 600
Washington, DC 20005
egoodman@brownrudnick.com

Matthew A. Hammermesh
Ronald P. Schiller
Sharon F. McKee
**Hangley Aronchick Segal Pudlin & Schiller**
One Logan Square
18th & Cherry Streets
27th Floor
Philadelphia, PA  19103-6933
mhammermesh@hangley.com
rschiller@hangley.com
smckee@hangley.com

Ryan S. Smethurst
Margaret H. Warner
**McDermott Will & Emergy LLP**
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
rsmethurst@mwe.com
mwarner@mwe.com

Michael Atkinson
**Province**
36 S. Charles Street, Suite 2310
Baltimore, MD 21201
matkinson@provincefirm.com

James I. Stang
Robert B. Orgel
**Pachulski Stang Ziehl & Jones**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA
jstang@pszjlaw.com
rorgel@pszjlaw.com

John W. Lucas
Debra Grassgreen
**Pachulski Stang Ziel & Jones**
150 California Street
15th Floor
San Francisco, CA 94111
jlucas@pszjlaw.com
dgrassgreen@pszjlaw.com

Robert S. Brady
Edwin J. Harron
**Young Conaway Stargatt & Taylor, LLP**
Rodney Square
1000 North King Street
Wilmington, DE 19801
rbrady@ycst.com
eharron@ycst.com

Kami E. Quinn
Emily P. Grim
**Gilbert LLP**
700 Pennsylvania Ave, SE
Suite 400
Washington, DC 20003
quinnk@gilbertlegal.com
egrim@gilbertlegal.com

Matthew K. Babcock
**Berkeley Research Group**
201 S. Main, Suite 450
Salt Lake City, UT 84111
mbabcock@thinkbrg.com

John Tollefson
**Tollefson Bradley Mitchell & Melendi, LLP**
2811 McKinney Avenue, Suite 250
Dallas, TX  75204
johnt@tbmmlaw.com

Lloyd A. Gura
**Mound Cotton Wollan & Greengrass LLP**
30A Vreeland Road, Suite 210
Florham Park, NJ 07932
lgura@moundcotton.com

Kristin V. Gallagher
**Kennedys**
120 Mountain View Boulevard
Basking Ridge, NJ  07920
kristin.gallagher@kennedyslaw.com

Jedidiah Vander Klok
**Kennedys**
1395 Brickell Avenue, Suite 610
Miami, FL  33131
jedidiah.vanderklok@kennedyslaw.com

Gary P. Seligman
Ashley L. Criss
**Wiley Rein LLP**
1776 K Street NW
Washington, DC 20006
gseligman@wileyrein.com
ACriss@wiley.law

Laura Kathleen McNally
Emily H. Stone
**Loeb & Loeb LLP**
321 North Clark Street
Suite 2300
Chicago, IL 60654
lmcnally@loeb.com
estone@loeb.com

Harry Lee
Brett Grindrod
John Frederick O'Connor, Jr.
**Steptoe & Johnson LLP**
1330 Connecticut Avenue, N.W.
Washington, DC 20036
hlee@steptoe.com
bgrindrod@steptoe.com
joconnor@steptoe.com

Joseph A. Ziemianski
**Cozen O'Connor**
LyondellBasell Tower
1221 McKinney Street, Suite 2900
Houston, TX  77010
jziemianski@cozen.com

Ian A. Cooper
Matthew W. Sorem
**Nicolaides Fink Thorpe Michaelides
Sullivan LLP**
10 S. Wacker Dr., 21st Floor
Chicago, IL 60606
msorem@nicolaidesllp.com
icooper@nicolaidesllp.com
Erin M. Gallagher
**Nicolaides Fink Thorpe Michaelides
Sullivan LLP**
101 Montgomery Street
Suite 2300
San Francisco, CA 94104
egallagher@nicolaidesllp.com

William E. McGrath, Jr.
**Dilworth Paxson LLP**
2 Research Way
Princeton, NJ 08540
wmcgrath@dilworthlaw.com

Thaddeus J. Weaver
**Dilworth Paxson LLP**
One Customs House
704 N. King St., Suite 500
Wilmington, DE 19801
tweaver@dilworthlaw.com

Louis J. Rizzo, Jr.
**Reger & Rizzo, LLP**
1523 Concord Pike, Suite 200
Brandywine Plaza East
Wilmington, DE 19803
lrizzo@regerlaw.com

John E. W. Baay II
Robert I. Siegel
**Geiger, Laborde & Laperouse, LLC**
701 Poydras Street, Suite 4800
New Orleans, LA 70139
jbaay@glllaw.com
rsiegel@glllaw.com

Tacie H. Yoon
Rachel A. Jankowski
**Crowell & Moring, LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
tyoon@crowell.com
rjankowski@crowell.com

Mark D. Plevin
Kevin D. Cacabelos
**Crowell & Moring LLP**
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
mplevin@crowell.com
kcacabelos@crowell.com

Douglas R. Gooding
Jonathan D. Marshall
Margaret Marshall
**Choate, Hall & Stewart LLP**
Two International Place
Boston, MA  02110
dgooding@choate.com
jmarshall@choate.com
mmarshall@choate.com

Kim V. Marrkand
Nancy D. Adams
**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo**
One Financial Center
Boston, MA  02111
kmarrkand@mintz.com
ndadams@mintz.com

Joseph C. Celentino
**Wachtell, Lipton, Rosen & Katz**
51 West 52d Street
New York, NY 10010
Jccelentino@wlrk.com

R. Karl Hill
**Seitz, Van Ogtrop & Green, P.A.**
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
khill@svglaw.com

Gregory A. Gidus
**Carlton Fields, P.A.**
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, FL 33607
ggidus@carltonfields.com

Robert W. DiUbaldo
Nora A. Valenza-Frost
**Carlton Fields, P.A.**
Chrysler Building
405 Lexington Avenue, 36th Floor
New York, NY 10174
rdiubaldo@carltonfields.com
Nvalenza-frost@carltonfields.com

Bruce W. McCullough
**Bodell Bove, LLC**
1225 N. King Street, Suite 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

Konrad Krebs
**Clyde & Co US LLP**
200 Campus Drive, Suite 300
Florham Park, NJ 07932
konrad.kebs@clydeco.us

Bruce D Celebrezze
**Clyde & Co US LLP**
101 Second Street, 25th Floor
San Francisco, CA 94105
bruce.celebrezze@clydeco.us