**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Hearing Date: October 5, 2021 at 2:30 p.m. (ET)** |

**CERTAIN INSURERS' STATEMENT CONCERNING THE REVISED PROPOSED CONFIRMATION SCHEDULE**

Certain Insurers listed in the signature blocks below (collectively, the "Insurers") participated in meet-and-confer sessions on October 2 and 3, along with counsel for Debtors, the TCC, the Coalition, and others, to discuss a schedule that would lead to a confirmation hearing starting on January 24, 2022, which is the date selected by the Court. Those discussions, which continued today, culminated in the revised proposed confirmation schedule that we understand will be filed later today by Debtors.

The Insurers are prepared to work as hard as possible to complete the work necessary to start the confirmation hearing on January 24. Needless to say, given a schedule as tight and demanding as the one submitted by Debtors, the January 24 date can hold only with the utmost cooperation of all parties. Any foot-dragging by Debtors or any other party in interest would make it impossible to start the confirmation hearing on schedule – a point the Court recognized when it stated that it thought a January 24 trial date is "a doable schedule with

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

cooperation." Tr. of Sept. 28, 2021 Hrg. at 206:13-14.[2]

To be clear, the Insurers continue to believe that it is simply not realistic to think that there is a reasonable litigation schedule that can ultimately succeed in getting the parties and the Court to a confirmation hearing beginning on January 24, even with the utmost cooperation and good faith of all participants in the process. Just by way of example:

- The schedule builds in no time for the briefing and resolution of discovery disputes, or for any supplemental productions or discovery responses required by rulings of the Court as the result of motions to compel.

- The schedule does not allow for follow-up written discovery after October 8, even though discovery is unquestionably an iterative process that builds based on information that has been disclosed in response to previous discovery requests. The Insurers believe that the schedule should expressly permit time for reasonable follow-up discovery.[3] While Debtors agreed to add language to paragraphs 6 and 7 addressing the right to seek discovery on voting issues and to seek to serve follow-up discovery, the schedule itself makes no allowance, timing-wise, for even the most

[2] But parties are already resisting and/or objecting to discovery. For example: Debtors have moved to bar the production of essentially all documents concerning the formulation of the Plan and the TDPs claiming mediation privilege (Dkt. No. 6288); the proposed Settlement Trustee has invoked the non-existent "in anticipation of mediation privilege" to hold back hundreds of documents (Dkt. No. 6299); the claims aggregators have objected across the board to complying with subpoenas and have declined to produce a single document (*see* Dkt. No. 6380; Tr. of Sept. Hrg. at 207:14-16); and Debtors objected to Century's motion to compel documents concerning eve of hearing amendments to the Plan (Dkt. No. 6294).

[3] Rather than wait for a scheduling order to be entered, the Insurers served comprehensive initial document requests and RFAs on Debtors on September 30. The Insurers will likewise serve comprehensive initial document requests on other parties, such as the FCR and the Coalition, this week. And, as Century's counsel advised the Court during the disclosure statement hearing, subpoenas were previously served on certain claims aggregators.

diligent follow-up discovery.

- The proposed fact deposition cut-off is December 1 – which is the day after Debtors' deadline for filing their Plan Supplement. The result is to eliminate, as a practical matter, any ability to take discovery relating to documents in the Plan Supplement. This is critical because the Plan Supplement will include such important items as the names of the initial Settlement Trust Advisory Committee members, the final Hartford and TCJC settlement agreements, the Document Agreement, and the form of release to be executed by holders of Abuse Claims in favor of Settling Insurance Companies. *See* Plan (Dkt. No. 6443), § I.A.190.
- The schedule allows only 16 days for fact depositions, following the substantial completion of document production on November 15. Most, if not all, of the depositions will proceed as Rule 30(b)(6) depositions. Deposing parties need some time after the document productions are complete to finalize Rule 30(b)(6) topics and serve 30(b)(6) notices, following which receiving parties have the right to meet-and-confer regarding the topics, and the parties to be deposed will have to identify, designate, and prepare their corporate representative witnesses.
- Expert reports are due only four days after the completion of fact discovery. And the expert reports are due on a Sunday, meaning that two of the four days for completing expert reports fall on a weekend.
- Rebuttal expert reports are due only 19 days after affirmative expert reports, which may not be realistic for a rebuttal expert asked to respond to a data-heavy report by an affirmative expert. And the due date for rebuttal reports is December 24, Christmas Eve.

- The deadline to complete expert depositions is January 9 – another Sunday. It is highly unlikely that any party will depose any affirmative expert before the rebuttal expert reports are filed. That means that the expert depositions – affirmative and expert – will not begin until January 4 because, as a practical matter, no expert depositions will take place between Christmas Eve and January 3, the day on which New Year's Day is observed as a holiday in 2022. Therefore, all the expert depositions will take place during the period January 4-9, which will necessitate multiple tracking of expert depositions, including on Saturday, January 8 and Sunday, January 9.
- Finishing expert depositions on January 9 means that plan objectors will have only a single day to revise their plan objections to incorporate expert witness testimony – and, in all likelihood, plan objectors will have to do so without having transcripts for most of the depositions.

The Insurers continue to believe that the Revised Proposed Schedule set forth in their September 27 filing (Dkt. No. 6367) is the absolute minimum amount of time that could possibly be sufficient given the complexities of this case, the announced intention of Debtors and others to seek entry of the extraordinary confirmation findings discussed during the disclosure statement hearing, and the Court's statement that "we're going to balance, clearly the due process rights of all parties against what's necessary in this case."[4] Now that the Court will have the chance to review the schedule bargained over by the parties within the constraint of a January 24 trial date, the Court may conclude that, despite the best efforts of all concerned,

---

[4] Tr. of September 23, 2021 Hrg. at 229:16-17.

starting the confirmation hearing on January 24 is simply not realistic and does not protect due process rights. In that event, the Insurers would welcome whatever additional time the Court believes is appropriate.[5]

At a minimum, if the Court does decide to adopt the proposed schedule submitted today by Debtors, the Insurers respectfully request that the Court be open to later revising the schedule to the extent necessary given the impact of (i) any future lack of cooperation by Debtors or other plan supporters, (ii) any Court orders granting motions to compel and requiring that Debtors, other plan supporters, or third parties serve supplemental discovery responses and/or make supplemental document productions, or (iii) other significant developments.

DATED: October 4, 2021

Respectfully submitted,

*/s/ Robert D. Cecil, Jr.*

Robert D. Cecil, Jr. (No. 5317)
TYBOUT, REDFEARN & PELL
501 Carr Road, Suite 300
Wilmington, Delaware 19899-2092
Phone: (302) 658-6901
E-mail: rcecil@trplaw.com

- and -

---

[5] The Court set the January 24 trial date following colloquy during which Debtors' counsel said that revisions would be made to two of the required confirmation findings in Plan § IX.A.3 to "tighten the language," potentially reducing the amount of discovery that might be required related to those findings. (Tr. of September 28, 2021 Hrg. at 203:6.) However, after the Court announced the January 24 trial date, Debtors filed a "solicitation version" of the Plan that made no changes to the required findings. Debtors presumably concluded that there was no need to follow through by modifying or narrowing the required findings once they received a preferred trial date.

Mark D. Plevin (admitted *pro hac vice*)
Kevin D. Cacabelos (admitted *pro hac vice*)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
E-mail: mplevin@crowell.com,
kcacabelos@crowell.com

Clifford J. Zatz (admitted *pro hac vice*)
Tacie H. Yoon (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
E-mail: czatz@crowell.com, tyoon@crowell.com,
rjankowski@crowell.com

Attorneys for American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company

David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, Delaware 19899-1709
Phone: (302) 777-6500

Harris B. Winsberg (admitted pro hac vice)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308-2216
Phone: (404) 885-3000

- and -

Margaret H. Warner (admitted pro hac vice)
Ryan S. Smethurst (admitted pro hac vice)
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Phone: (202) 756-8228

Attorneys for Allianz Global Risks US Insurance Company

David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, Delaware 19899-1709
Phone: (302) 777-6500

Harris B. Winsberg (admitted pro hac vice)
Troutman Pepper Hamilton Sanders LLP
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308-2216
Phone: (404) 885-3000

Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
Bradley Riley Jacobs PC
500 West Madison Street, Suite 1000
Chicago, Illinois 60661
Telephone: (312) 281-0295

Attorneys for National Surety Corporation and Interstate Fire & Casualty Company

Deirdre M. Richards (DE Bar No. 4191)
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 538-8331
Email: drichards@finemanlawfirm.com

- and -

Susan N.K. Gummow (admitted *pro hac vice*)
FORAN GLENNON PALANDECH PONZI
& RUDLOFF P.C.
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Email: sgummow@fgppr.com

Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

Matthew G. Bouslog (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-3800
Email: mbouslog@gibsondunn.com

Attorneys for the AIG Companies

Maria Aprile Sawczuk (DE #3320)
GOLDSTEIN & MCCLINTOCK LLLP
501 Silverside Road
Wilmington, Delaware 19809
Phone: (302) 444-6710
E-mail: marias@goldmclaw.com

Laura McNally
Emily Stone
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, Ilinois 60654
Phone: (312) 464-3155
E-mail: lmcnally@loeb.com,
estone@loeb.com

Attorneys for The Continental Insurance
Company and Columbia Casualty Company

Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
E-mail: summersm@ballardspahr.com,
mcclambc@ballardpshar.com

Harry Lee*
John O'Connor*
Brett Grindrod*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 429-8078
Facsimile: (202) 429-3902
E-mail: hlee@steptoe.com,
joconnor@steptoe.com,
bgrindrod@steptoe.com
(*Admitted *pro hac vice*)

Attorneys for Clarendon America Insurance Company, Maryland Casualty Company, Maryland American General Group, American General Fire & Casualty Company

BODELL BOVÉ, LLC
Bruce W. McCullough (No. 3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, Delaware 19899-0397
Telephone: (302) 655-6749
Email: bmccullough@bodellbove.com

Bruce D. Celebrezze (*pro hac vice*)
CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Email: bruce.celebrezze@clydeco.us

- and -

Konrad R. Krebs (*pro hac vice*)
CLYDE & CO US LLP
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone: (973) 210-6700
Email: konrad.krebs@clydeco.us

DAVID CHRISTIAN ATTORNEYS LLC
David Christian (*pro hac vice*)
105 W. Madison St., Suite 1400
Chicago, Illinois 60602
Telephone: (862) 362-8605
Email: dchristian@dca.law

Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company

Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 501
P.O. Box 410
Wilmington, Delaware 19899
Phone: (302) 652-8400
E-mail: kmiller@skjlaw.com

Gary P. Seligman (admitted *pro hac vice*)
Ashley L. Criss (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
Phone: (202) 719-7000
E-mail: gseligman@wiley.law, acriss@wiley.law

Attorneys for General Star Indemnity Company

Michael J. Joyce (No. 4563)
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, Delaware 19801
Phone: (302) 388-1944
E-mail: mjoyce@mjlawoffices.com

Kevin Coughlin (admitted *pro hac vice*)
Lorraine Armenti (admitted *pro hac vice*)
Michael Hrinewski (admitted *pro hac vice*)
COUGHLIN MIDLIDGE & GARLAND LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, New Jersey 07962
Phone: (973) 267-0058
E-mail: larmenti@cmg.law, mhrinewski@cmg.law

Britton C. Lewis, Esquire (*Pro Hac Vice*)
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth St.
P.O. Box 540
Greensboro, North Carolina 27401
Phone: (336) 478-1146
E-mail: bcl@crlaw.com

Attorneys for Arrowood Indemnity Company

Louis J. Rizzo, Jr. (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware 19803
Phone: (302) 477-7100
Email: lrizzo@regerlaw.com

Attorneys for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company

COZEN O'CONNOR
Marla S. Benedek (DE Bar No. 6638)
1201 North Market Street, Suite 1001
Wilmington, Delaware 19801
Telephone: (302) 295-2024
E-mail: mbenedek@cozen.com

Attorneys for Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
CHOATE, HALL & STEWART, LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
E-mail: dgooding@choate.com, jmarshall@choate.com

Kim V. Marrkand (admitted *pro hac vice*)
Laura Bange Stephens (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC
One Financial Center
Boston, Massachusetts 0211
Telephone: (617) 542-6000
E-mail: kmarrkand@mintz.com, lbstephens@mintz.com

Attorneys for Liberty Mutual Insurance Company

906283461