# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Robert D. Cecil, Jr., Esquire, hereby certify that on October 4, 2021, I caused a copy of Certain Insurers' Statement Concerning the Revised Proposed Confirmation Schedule to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System.

I further certify that I have served the foregoing document upon the following parties via email:

| | |
|---|---|
| White & Case LLP<br>Jessica C. Lauria, Esquire<br>1221 Avenue of the Americas<br>New York, NY 10020<br>jessica.lauria@whitecase.com | White & Case LLP<br>Michael C. Andolina, Esquire<br>Matthew E. Linder, Esquire<br>Blair Warner, Esquire<br>111 South Wacker Drive<br>Chicago, IL 60606<br>mandolina@whitecase.com<br>mlinder@whitecase.com<br>blair.warner@whitecase.com |

{00083157-}                                     - 1 -

| | |
|---|---|
| Morris, Nicholas, Arsht & Tunnell LLP<br>Derek C. Abbott, Esquire<br>Andrew R. Remming, Esquire<br>Eric W. Moats, Esquire<br>Paige N. Topper, Esquire<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE  19899<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>emoats@morrisnichols.com<br>ptopper@morrisnichols.com<br><br>Kramer Levin Naftalis & Frankel, LLP<br>Thomas Moers Mayer, Esquire<br>Rachel Ringer, Esquire<br>David E. Blabey, Jr., Esquire<br>Jennifer R. Sharret, Esquire<br>Megan M. Wasson, Esquire<br>1177 Avenue of the Americas<br>New York, NY  10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com | U.S. Trustee<br>David L. Buchbinder, Esquire<br>Hannah M. McCollum, Esquire<br>844 King Street, Ste. 2207<br>Lockbox 35<br>Wilmington, DE  19801<br>david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov<br><br>Pachulski Stang Ziehl & Jones, LLP<br>James I. Stang, Esquire<br>John A. Morris, Esquire<br>James E. O'Neill, Esquire<br>John W. Lucas, Esquire<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899<br>jstang@pszjlaw.com<br>jmorris@pszjlaw.com<br>joneill@pszjlaw.com<br>jlucas@pszjlaw.com<br><br>Young Conaway, Stargatt & Taylor<br>Robert S. Brady, Esquire<br>Edwin J. Harron, Esquire<br>Sharon M. Zieg, Esquire<br>1000 North King Street<br>Wilmington, DE  19801<br>rbrady@ycst.com<br>eharron@ycst.com<br>szieg@ycst.com<br><br>*/s/ Robert D. Cecil, Jr.*<br>Robert D. Cecil, Jr., Esquire, #5317<br>Tybout, Redfearn & Pell<br>501 Carr Road, Suite 300<br>P.O. Box 2092<br>Wilmington, Delaware  19899-2092<br>Phone:  (302) 658-6901<br>Fax:      (302) 658-4018<br>E-mail:  rcecil@trplaw.com<br><br>Attorney for American Zurich Insurance Company |