# **EXHIBIT C**

**Email**

| | |
|---|---|
| **From:** | Plevin, Mark <MPlevin@crowell.com> |
| **Sent:** | Monday, October 4, 2021 12:11 PM |
| **To:** | Hershey, Sam; Malhar S. Pagay; Tancred Schiavoni; Ruggeri, James P.; Cocchiaro, Salvatore J.; Stamatios Stamoulis; rcecil@trplaw.com; Yoon, Tacie; 'bmccullough@bodellbove.com'; 'bruce.celebrezze@clydeco.us'; 'konrad.krebs@clydeco.us'; dchristian@dca.law; mbouslog@gibsondunn.com; jhallowell@gibsondunn.com; 'MRosenthal@gibsondunn.com'; 'sgummow@fgppr.com'; drichards@finemanlawfirm.com; 'TJacobs@bradleyriley.com'; 'jbucheit@bradleyriley.com'; 'harris.winsberg@troutman.com'; david.fournier@troutman.com; marcy.smith@troutman.com; 'msorem@nicolaidesllp.com'; mwarner@mwe.com; rsmethurst@mwe.com; Weinberg, Joshua D.; Hunkler, Sara K.; Philip Anker; Danielle.Spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; EFay@bayardlaw.com; GFlasser@bayardlaw.com; Rolain, Annette P.; Michael Hrinewski; Lorraine Armenti; Seligman, Gary; Criss, Ashley; mbenedek@cozen.com |
| **Cc:** | O'Neill, Andrew; Linder, Matthew; David Molton; Goodman, Eric R.; James Stang; John W. Lucas; Debra Grassgreen; Rob Orgel; Brady, Robert; eharron@ycst.com; Kami Quinn; Emily Grim; Michael Atkinson2; Matthew K. Babcock; Kelly, Barbara J.; Lauria (Boelter), Jessica; Andolina, Michael; Baccash, Laura; Warner, Blair; Hammond, Andrew; Martin, Ernest; Azer, Adrian; Brian Whittman; Binggeli, Carl; Mason, Richard G.; Sugden, Will; Mayer, Douglas K.; Celentino, Joseph C.; Levy, Mitchell S.; Kurtz, Glenn; Abbott, Derek; Thomas, Jennifer; Klebaner, Mara; Tiedemann, Robert; I Ryan; Lifland, Lauren; lmcnally@loeb.com; estone@loeb.com; Loveland, Benjamin; lgura@moundcotton.com; pminetto@moundcotton.com; Sasha M. Gurvitz; Robert J. Pfister; Benjamin.Butzin-Dozier@lw.com; Grindrod, Brett; Lee, Harry; O'Connor, John; Ogle, Nailah; Gluck, Kristian W.; Heath, John; Cornelia, Sarah; Robert.Malionek@lw.com; Adam.Goldberg@lw.com; Jesse.Sherman@lw.com; Benjamin.Butzin-Dozier@lw.com; Amy.Quartarolo@lw.com; Deniz.Irgi@lw.com; Hamerman, Natan; Ringer, Rachael; Wasson, Megan; Douglas R. Gooding (dgooding@choate.com); Marrkand, Kim; Madeleine.Parish@lw.com; Martorana, Keith R.; Eisinger, Vince |
| **Subject:** | RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020) |
| **Attachments:** | Revised Proposed Scheduling Order (Draft 10-3-21).DOCX |

Sam: I have some questions and requests for clarification on behalf of certain insurers.

1. I previously requested that the deadline to serve written discovery be described as the "deadline to serve *initial* written discovery." That change would reflect both that discovery is an iterative process that sometimes requires follow-up requests, and that, in addition to the late-breaking voting discovery noted by Malhar, the Plan Supplement is not due to be filed until November 30, the day before the end of fact discovery, and plan objectors might reasonably have discovery requests (including depositions) related to the Plan Supplement. In the attached version of the order, I have inserted proposed language for your consideration in paragraph 6. I have tried to keep it focused and narrow in scope.

2. We would like to clarify that the November 15 deadline does not apply to rebuttal expert reports, which I think is everyone's shared understanding. I added some language on this as well.

Please let us know your reaction to these points. Thanks.

**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Sunday, October 3, 2021 8:45 PM
**To:** Plevin, Mark <MPlevin@crowell.com>; Malhar S. Pagay <mpagay@pszjlaw.com>; Tancred Schiavoni <TSchiavoni@OMM.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Cocchiaro, Salvatore J.

<scocchiaro@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; rcecil@trplaw.com; Yoon, Tacie <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; dchristian@dca.law; mbouslog@gibsondunn.com; jhallowell@gibsondunn.com; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; drichards@finemanlawfirm.com; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>; 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; david.fournier@troutman.com; marcy.smith@troutman.com; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; mwarner@mwe.com; rsmethurst@mwe.com; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Hunkler, Sara K. <SHunkler@goodwin.com>; Philip Anker <philip.anker@wilmerhale.com>; Danielle.Spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; EFay@bayardlaw.com; GFlasser@bayardlaw.com; Rolain, Annette P. <ARolain@goodwin.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; David Molton <dmolton@brownrudnick.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; Brady, Robert <RBRADY@ycst.com>; eharron@ycst.com; Kami Quinn <quinnk@gilbertlegal.com>; Emily Grim <grime@gilbertlegal.com>; Michael Atkinson2 <matkinson@provincefirm.com>; Matthew K. Babcock <MBabcock@thinkbrg.com>; Kelly, Barbara J. <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Martin, Ernest <ernest.martin@haynesboone.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Brian Whittman <bwhittman@alvarezandmarsal.com>; Binggeli, Carl <cbinggeli@alvarezandmarsal.com>; Mason, Richard G. <RGMason@WLRK.com>; Sugden, Will <Will.Sugden@alston.com>; Mayer, Douglas K. <DKMayer@WLRK.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Levy, Mitchell S. <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Klebaner, Mara <mara.klebaner@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; I Ryan <jryan@potteranderson.com>; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; lmcnally@loeb.com; estone@loeb.com; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; lgura@moundcotton.com; pminetto@moundcotton.com; Sasha M. Gurvitz <SGurvitz@KTBSLAW.com>; Robert J. Pfister <RPfister@KTBSLAW.com>; Benjamin.Butzin-Dozier@lw.com; Grindrod, Brett <bgrindrod@steptoe.com>; Lee, Harry <HLee@steptoe.com>; O'Connor, John <joconnor@steptoe.com>; Ogle, Nailah <nogle@Steptoe.com>; Gluck, Kristian W. <kristian.gluck@nortonrosefulbright.com>; Heath, John <john.heath@nortonrosefulbright.com>; Cornelia, Sarah <sarah.cornelia@nortonrosefulbright.com>; Robert.Malionek@lw.com; Adam.Goldberg@lw.com; Jesse.Sherman@lw.com; Benjamin.Butzin-Dozier@lw.com; Amy.Quartarolo@lw.com; Deniz.Irgi@lw.com; Hamerman, Natan <NHamerman@KRAMERLEVIN.com>; Ringer, Rachael <RRinger@KRAMERLEVIN.com>; Wasson, Megan <MWasson@KRAMERLEVIN.com>; Douglas R. Gooding (dgooding@choate.com) <dgooding@choate.com>; Marrkand, Kim <KVMarrkand@mintz.com>; Madeleine.Parish@lw.com; Martorana, Keith R. <KMartorana@gibsondunn.com>; Eisinger, Vince <VEisinger@gibsondunn.com>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

External Email

All:

Attached please find a further revised proposed form of order, which reflects the Debtors' continuing efforts to incorporate parties' comments and reach a compromise regarding schedule. In particular, the Debtors will agree to extend the deadline for Participating Parties to file objections until January 10, and have agreed to move the deadline for expert depositions to January 9. As discussed on the meet-and-confer, the Debtors believe it should be all parties' goal to avoid burdening the Court with unnecessary disputes, and hope that this form of order resolves all outstanding issues. We ask that parties confirm their position regarding this proposed form of order as soon as possible.

Best,
Sam

**Samuel P. Hershey** | Associate
T +1 (212) 819-2699     M +1 (914) 582-1628     E sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Hershey, Sam
**Sent:** Sunday, October 3, 2021 11:11 AM
**To:** 'Plevin, Mark' <MPlevin@crowell.com>; 'Malhar S. Pagay' <mpagay@pszjlaw.com>; 'Tancred Schiavoni' <TSchiavoni@OMM.com>; 'Ruggeri, James P.' <JRuggeri@goodwin.com>; 'Cocchiaro, Salvatore J.' <scocchiaro@omm.com>; 'Stamatios Stamoulis' <stamoulis@swdelaw.com>; 'rcecil@trplaw.com' <rcecil@trplaw.com>; 'Yoon, Tacie' <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; 'dchristian@dca.law' <dchristian@dca.law>; 'mbouslog@gibsondunn.com' <mbouslog@gibsondunn.com>; 'jhallowell@gibsondunn.com' <jhallowell@gibsondunn.com>; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; 'drichards@finemanlawfirm.com' <drichards@finemanlawfirm.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>; 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; 'david.fournier@troutman.com' <david.fournier@troutman.com>; 'marcy.smith@troutman.com' <marcy.smith@troutman.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'Weinberg, Joshua D.' <JWeinberg@goodwin.com>; 'Hunkler, Sara K.' <SHunkler@goodwin.com>; 'Philip Anker' <philip.anker@wilmerhale.com>; 'Danielle.Spinelli@wilmerhale.com' <Danielle.Spinelli@wilmerhale.com>; 'Joel.Millar@wilmerhale.com' <Joel.Millar@wilmerhale.com>; 'EFay@bayardlaw.com' <EFay@bayardlaw.com>; 'GFlasser@bayardlaw.com' <GFlasser@bayardlaw.com>; 'Rolain, Annette P.' <ARolain@goodwin.com>; 'Michael Hrinewski' <mhrinewski@cmg.law>; 'Lorraine Armenti' <LArmenti@cmg.law>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; 'David Molton' <dmolton@brownrudnick.com>; 'Goodman, Eric R.' <EGoodman@brownrudnick.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Debra Grassgreen' <dgrassgreen@pszjlaw.com>; 'Rob Orgel' <rorgel@pszjlaw.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'eharron@ycst.com' <eharron@ycst.com>; 'Kami Quinn' <quinnk@gilbertlegal.com>; 'Emily Grim' <grime@gilbertlegal.com>; 'Michael Atkinson2' <matkinson@provincefirm.com>; 'Matthew K. Babcock' <MBabcock@thinkbrg.com>; 'Kelly, Barbara J.' <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; 'Martin, Ernest' <ernest.martin@haynesboone.com>; 'Azer, Adrian' <adrian.azer@haynesboone.com>; 'Brian Whittman' <bwhittman@alvarezandmarsal.com>; 'Binggeli, Carl' <cbinggeli@alvarezandmarsal.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Sugden, Will' <Will.Sugden@alston.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Levy, Mitchell S.' <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; 'Abbott, Derek' <DAbbott@morrisnichols.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Klebaner, Mara <mara.klebaner@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; 'I Ryan' <jryan@potteranderson.com>; 'Lifland, Lauren' <Lauren.Lifland@wilmerhale.com>; 'lmcnally@loeb.com' <lmcnally@loeb.com>; 'estone@loeb.com' <estone@loeb.com>; 'Loveland, Benjamin' <Benjamin.Loveland@wilmerhale.com>; 'lgura@moundcotton.com' <lgura@moundcotton.com>; 'pminetto@moundcotton.com' <pminetto@moundcotton.com>; 'Sasha M. Gurvitz' <SGurvitz@KTBSLAW.com>; 'Robert J. Pfister' <RPfister@KTBSLAW.com>; 'Benjamin.Butzin-Dozier@lw.com' <Benjamin.Butzin-Dozier@lw.com>; 'Grindrod, Brett' <bgrindrod@steptoe.com>; 'Lee, Harry' <HLee@steptoe.com>; 'O'Connor, John' <joconnor@steptoe.com>; 'Ogle, Nailah' <nogle@Steptoe.com>; 'Gluck, Kristian W.' <kristian.gluck@nortonrosefulbright.com>; 'Heath, John' <john.heath@nortonrosefulbright.com>; 'Cornelia, Sarah' <sarah.cornelia@nortonrosefulbright.com>; 'Robert.Malionek@lw.com' <Robert.Malionek@lw.com>; 'Adam.Goldberg@lw.com' <Adam.Goldberg@lw.com>; 'Jesse.Sherman@lw.com' <Jesse.Sherman@lw.com>; 'Benjamin.Butzin-Dozier@lw.com' <Benjamin.Butzin-Dozier@lw.com>; 'Amy.Quartarolo@lw.com' <Amy.Quartarolo@lw.com>; 'Deniz.Irgi@lw.com' <Deniz.Irgi@lw.com>; 'Hamerman, Natan' <NHamerman@KRAMERLEVIN.com>; 'Ringer, Rachael' <RRinger@KRAMERLEVIN.com>; 'Wasson, Megan'

<MWasson@KRAMERLEVIN.com>; 'Douglas R. Gooding (dgooding@choate.com)' <dgooding@choate.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Madeleine.Parish@lw.com' <Madeleine.Parish@lw.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Eisinger, Vince <VEisinger@gibsondunn.com>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

All,

Attached please find a revised proposed form of order, with blacklines to the Debtors' last draft and the TCC's draft. We look forward to discussing at 5pm ET.

Best,
Sam

**Samuel P. Hershey** | Associate
T +1 (212) 819-2699    M +1 (914) 582-1628    E sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Hershey, Sam
**Sent:** Saturday, October 2, 2021 4:48 PM
**To:** 'Plevin, Mark' <MPlevin@crowell.com>; Malhar S. Pagay <mpagay@pszjlaw.com>; Tancred Schiavoni <TSchiavoni@OMM.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; rcecil@trplaw.com; Yoon, Tacie <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; dchristian@dca.law; mbouslog@gibsondunn.com; jhallowell@gibsondunn.com; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; drichards@finemanlawfirm.com; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>; 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; david.fournier@troutman.com; marcy.smith@troutman.com; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; mwarner@mwe.com; rsmethurst@mwe.com; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Hunkler, Sara K. <SHunkler@goodwin.com>; Philip Anker <philip.anker@wilmerhale.com>; Danielle.Spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; EFay@bayardlaw.com; GFlasser@bayardlaw.com; Rolain, Annette P. <ARolain@goodwin.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; David Molton <dmolton@brownrudnick.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; Brady, Robert <RBRADY@ycst.com>; eharron@ycst.com; Kami Quinn <quinnk@gilbertlegal.com>; Emily Grim <grime@gilbertlegal.com>; Michael Atkinson2 <matkinson@provincefirm.com>; Matthew K. Babcock <MBabcock@thinkbrg.com>; Kelly, Barbara J. <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Martin, Ernest <ernest.martin@haynesboone.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Brian Whittman <bwhittman@alvarezandmarsal.com>; Binggeli, Carl <cbinggeli@alvarezandmarsal.com>; Mason, Richard G. <RGMason@WLRK.com>; Sugden, Will <Will.Sugden@alston.com>; Mayer, Douglas K. <DKMayer@WLRK.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Levy, Mitchell S. <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Klebaner, Mara <mara.klebaner@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; I Ryan <jryan@potteranderson.com>; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; lmcnally@loeb.com; estone@loeb.com; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; lgura@moundcotton.com; pminetto@moundcotton.com; Sasha M. Gurvitz <SGurvitz@KTBSLAW.com>; Robert J. Pfister <RPfister@KTBSLAW.com>; Benjamin.Butzin-Dozier@lw.com; Grindrod, Brett <bgrindrod@steptoe.com>; Lee, Harry <HLee@steptoe.com>; O'Connor, John <joconnor@steptoe.com>; Ogle, Nailah <nogle@Steptoe.com>; Gluck, Kristian W. <kristian.gluck@nortonrosefulbright.com>; Heath, John <john.heath@nortonrosefulbright.com>; Cornelia, Sarah <sarah.cornelia@nortonrosefulbright.com>; Robert.Malionek@lw.com; Adam.Goldberg@lw.com;

4

Jesse.Sherman@lw.com; Benjamin.Butzin-Dozier@lw.com; Amy.Quartarolo@lw.com; Deniz.Irgi@lw.com; Hamerman, Natan <NHamerman@KRAMERLEVIN.com>; Ringer, Rachael <RRinger@KRAMERLEVIN.com>; Wasson, Megan <MWasson@KRAMERLEVIN.com>; Douglas R. Gooding (dgooding@choate.com) <dgooding@choate.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

Thanks, Mark.  We will review.

**Samuel P. Hershey** | Associate
T  +1 (212) 819-2699     M  +1 (914) 582-1628     E  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Plevin, Mark <MPlevin@crowell.com>
**Sent:** Saturday, October 2, 2021 4:20 PM
**To:** Hershey, Sam <sam.hershey@whitecase.com>; Malhar S. Pagay <mpagay@pszjlaw.com>; Tancred Schiavoni <TSchiavoni@OMM.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; rcecil@trplaw.com; Yoon, Tacie <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; dchristian@dca.law; mbouslog@gibsondunn.com; jhallowell@gibsondunn.com; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; drichards@finemanlawfirm.com; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>; 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; david.fournier@troutman.com; marcy.smith@troutman.com; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; mwarner@mwe.com; rsmethurst@mwe.com; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Hunkler, Sara K. <SHunkler@goodwin.com>; Philip Anker <philip.anker@wilmerhale.com>; Danielle.Spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; EFay@bayardlaw.com; GFlasser@bayardlaw.com; Rolain, Annette P. <ARolain@goodwin.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; David Molton <dmolton@brownrudnick.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; Brady, Robert <RBRADY@ycst.com>; eharron@ycst.com; Kami Quinn <quinnk@gilbertlegal.com>; Emily Grim <grime@gilbertlegal.com>; Michael Atkinson2 <matkinson@provincefirm.com>; Matthew K. Babcock <MBabcock@thinkbrg.com>; Kelly, Barbara J. <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Martin, Ernest <ernest.martin@haynesboone.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Brian Whittman <bwhittman@alvarezandmarsal.com>; Binggeli, Carl <cbinggeli@alvarezandmarsal.com>; Mason, Richard G. <RGMason@WLRK.com>; Sugden, Will <Will.Sugden@alston.com>; Mayer, Douglas K. <DKMayer@WLRK.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Levy, Mitchell S. <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Klebaner, Mara <mara.klebaner@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; I Ryan <jryan@potteranderson.com>; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; lmcnally@loeb.com; estone@loeb.com; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; lgura@moundcotton.com; pminetto@moundcotton.com; Sasha M. Gurvitz <SGurvitz@KTBSLAW.com>; Robert J. Pfister <RPfister@KTBSLAW.com>; Benjamin.Butzin-Dozier@lw.com; Grindrod, Brett <bgrindrod@steptoe.com>; Lee, Harry <HLee@steptoe.com>; O'Connor, John <joconnor@steptoe.com>; Ogle, Nailah <nogle@Steptoe.com>; Gluck, Kristian W. <kristian.gluck@nortonrosefulbright.com>; Heath, John <john.heath@nortonrosefulbright.com>; Cornelia, Sarah <sarah.cornelia@nortonrosefulbright.com>; Robert.Malionek@lw.com; Adam.Goldberg@lw.com; Jesse.Sherman@lw.com; Benjamin.Butzin-Dozier@lw.com; Amy.Quartarolo@lw.com; Deniz.Irgi@lw.com; Hamerman, Natan <NHamerman@KRAMERLEVIN.com>; Ringer, Rachael <RRinger@KRAMERLEVIN.com>; Wasson, Megan <MWasson@KRAMERLEVIN.com>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

Sam: As we discussed during this morning's meeting, attached are dates proposed by Certain Insurers. I have discussed these with many of the insurers' counsel, and I think there is general agreement on most of this. I don't speak for everyone, though, particularly on such a short turn-around, and there may be other insurer views. Indeed, the attached document identifies one proposed date as to which I know there is a difference of opinion.

Please let me know if you have any questions.

Mark D. Plevin
mplevin@crowell.com
1.415.365.7446

**Crowell & Moring LLP** | www.crowell.com
Three Embarcadero Center, 26th Floor
San Francisco, California  94111


**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Saturday, October 2, 2021 10:45 AM
**To:** Malhar S. Pagay <mpagay@pszjlaw.com>; Tancred Schiavoni <TSchiavoni@OMM.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; rcecil@trplaw.com; Plevin, Mark <MPlevin@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; dchristian@dca.law; mbouslog@gibsondunn.com; jhallowell@gibsondunn.com; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; drichards@finemanlawfirm.com; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>; 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; david.fournier@troutman.com; marcy.smith@troutman.com; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; mwarner@mwe.com; rsmethurst@mwe.com; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Hunkler, Sara K. <SHunkler@goodwin.com>; Philip Anker <philip.anker@wilmerhale.com>; Danielle.Spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; EFay@bayardlaw.com; GFlasser@bayardlaw.com; Rolain, Annette P. <ARolain@goodwin.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; David Molton <dmolton@brownrudnick.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; Brady, Robert <RBRADY@ycst.com>; eharron@ycst.com; Kami Quinn <quinnk@gilbertlegal.com>; Emily Grim <grime@gilbertlegal.com>; Michael Atkinson2 <matkinson@provincefirm.com>; Matthew K. Babcock <MBabcock@thinkbrg.com>; Kelly, Barbara J. <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Martin, Ernest <ernest.martin@haynesboone.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Brian Whittman <bwhittman@alvarezandmarsal.com>; Binggeli, Carl <cbinggeli@alvarezandmarsal.com>; Mason, Richard G. <RGMason@WLRK.com>; Sugden, Will <Will.Sugden@alston.com>; Mayer, Douglas K. <DKMayer@WLRK.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Levy, Mitchell S. <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Klebaner, Mara <mara.klebaner@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; I Ryan <jryan@potteranderson.com>; Lifland, Lauren <Lauren.Lifland@wilmerhale.com>; lmcnally@loeb.com; estone@loeb.com; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; lgura@moundcotton.com; pminetto@moundcotton.com; Sasha M. Gurvitz <SGurvitz@KTBSLAW.com>; Robert J. Pfister

<[RPfister@KTBSLAW.com](mailto:RPfister@KTBSLAW.com)>; [Benjamin.Butzin-Dozier@lw.com](mailto:Benjamin.Butzin-Dozier@lw.com); Grindrod, Brett <[bgrindrod@steptoe.com](mailto:bgrindrod@steptoe.com)>; Lee, Harry <[HLee@steptoe.com](mailto:HLee@steptoe.com)>; O'Connor, John <[joconnor@steptoe.com](mailto:joconnor@steptoe.com)>; Ogle, Nailah <[nogle@Steptoe.com](mailto:nogle@Steptoe.com)>; Gluck, Kristian W. <[kristian.gluck@nortonrosefulbright.com](mailto:kristian.gluck@nortonrosefulbright.com)>; Heath, John <[john.heath@nortonrosefulbright.com](mailto:john.heath@nortonrosefulbright.com)>; Cornelia, Sarah <[sarah.cornelia@nortonrosefulbright.com](mailto:sarah.cornelia@nortonrosefulbright.com)>; [Robert.Malionek@lw.com](mailto:Robert.Malionek@lw.com); [Adam.Goldberg@lw.com](mailto:Adam.Goldberg@lw.com); [Jesse.Sherman@lw.com](mailto:Jesse.Sherman@lw.com); [Benjamin.Butzin-Dozier@lw.com](mailto:Benjamin.Butzin-Dozier@lw.com); [Amy.Quartarolo@lw.com](mailto:Amy.Quartarolo@lw.com); [Deniz.Irgi@lw.com](mailto:Deniz.Irgi@lw.com); Hamerman, Natan <[NHamerman@KRAMERLEVIN.com](mailto:NHamerman@KRAMERLEVIN.com)>; Ringer, Rachael <[RRinger@KRAMERLEVIN.com](mailto:RRinger@KRAMERLEVIN.com)>; Wasson, Megan <[MWasson@KRAMERLEVIN.com](mailto:MWasson@KRAMERLEVIN.com)>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

[External Email]

Hi all,

Thank you for the productive meet-and-confer. As discussed, this email includes everyone who asked to be added. Please reply to this list going forward. I will send an invite for a follow-up meet-and-confer for tomorrow at 5:00 p.m. ET.

Best,
Sam

**Samuel P. Hershey** | Associate
T +1 (212) 819-2699    M +1 (914) 582-1628    E [sam.hershey@whitecase.com](mailto:sam.hershey@whitecase.com)
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Hershey, Sam
**Sent:** Thursday, September 30, 2021 8:29 PM
**To:** 'Malhar S. Pagay' <[mpagay@pszjlaw.com](mailto:mpagay@pszjlaw.com)>; Tancred Schiavoni <[TSchiavoni@OMM.com](mailto:TSchiavoni@OMM.com)>; Ruggeri, James P. <[JRuggeri@goodwin.com](mailto:JRuggeri@goodwin.com)>; Cocchiaro, Salvatore J. <[scocchiaro@omm.com](mailto:scocchiaro@omm.com)>; Stamatios Stamoulis <[stamoulis@swdelaw.com](mailto:stamoulis@swdelaw.com)>; [rcecil@trplaw.com](mailto:rcecil@trplaw.com); Mark Plevin <[mplevin@crowell.com](mailto:mplevin@crowell.com)>; Yoon, Tacie <[TYoon@crowell.com](mailto:TYoon@crowell.com)>; 'bmccullough@bodellbove.com' <[bmccullough@bodellbove.com](mailto:bmccullough@bodellbove.com)>; 'bruce.celebrezze@clydeco.us' <[bruce.celebrezze@clydeco.us](mailto:bruce.celebrezze@clydeco.us)>; 'konrad.krebs@clydeco.us' <[konrad.krebs@clydeco.us](mailto:konrad.krebs@clydeco.us)>; [dchristian@dca.law](mailto:dchristian@dca.law); [mbouslog@gibsondunn.com](mailto:mbouslog@gibsondunn.com); [jhallowell@gibsondunn.com](mailto:jhallowell@gibsondunn.com); 'MRosenthal@gibsondunn.com' <[MRosenthal@gibsondunn.com](mailto:MRosenthal@gibsondunn.com)>; 'sgummow@fgppr.com' <[sgummow@fgppr.com](mailto:sgummow@fgppr.com)>; [drichards@finemanlawfirm.com](mailto:drichards@finemanlawfirm.com); 'TJacobs@bradleyriley.com' <[TJacobs@bradleyriley.com](mailto:TJacobs@bradleyriley.com)>; 'jbucheit@bradleyriley.com' <[jbucheit@bradleyriley.com](mailto:jbucheit@bradleyriley.com)>; 'harris.winsberg@troutman.com' <[harris.winsberg@troutman.com](mailto:harris.winsberg@troutman.com)>; [david.fournier@troutman.com](mailto:david.fournier@troutman.com); [marcy.smith@troutman.com](mailto:marcy.smith@troutman.com); 'msorem@nicolaidesllp.com' <[msorem@nicolaidesllp.com](mailto:msorem@nicolaidesllp.com)>; [mwarner@mwe.com](mailto:mwarner@mwe.com); [rsmethurst@mwe.com](mailto:rsmethurst@mwe.com); Weinberg, Joshua D. <[JWeinberg@goodwin.com](mailto:JWeinberg@goodwin.com)>; Hunkler, Sara K. <[SHunkler@goodwin.com](mailto:SHunkler@goodwin.com)>; Philip Anker <[philip.anker@wilmerhale.com](mailto:philip.anker@wilmerhale.com)>; [Danielle.Spinelli@wilmerhale.com](mailto:Danielle.Spinelli@wilmerhale.com); [Joel.Millar@wilmerhale.com](mailto:Joel.Millar@wilmerhale.com); [EFay@bayardlaw.com](mailto:EFay@bayardlaw.com); [GFlasser@bayardlaw.com](mailto:GFlasser@bayardlaw.com); Rolain, Annette P. <[ARolain@goodwin.com](mailto:ARolain@goodwin.com)>; Michael Hrinewski <[mhrinewski@cmg.law](mailto:mhrinewski@cmg.law)>; Lorraine Armenti <[LArmenti@cmg.law](mailto:LArmenti@cmg.law)>
**Cc:** O'Neill, Andrew <[aoneill@whitecase.com](mailto:aoneill@whitecase.com)>; Linder, Matthew <[mlinder@whitecase.com](mailto:mlinder@whitecase.com)>; David Molton <[dmolton@brownrudnick.com](mailto:dmolton@brownrudnick.com)>; Goodman, Eric R. <[EGoodman@brownrudnick.com](mailto:EGoodman@brownrudnick.com)>; James Stang <[jstang@pszjlaw.com](mailto:jstang@pszjlaw.com)>; John W. Lucas <[jlucas@pszjlaw.com](mailto:jlucas@pszjlaw.com)>; Debra Grassgreen <[dgrassgreen@pszjlaw.com](mailto:dgrassgreen@pszjlaw.com)>; Rob Orgel <[rorgel@pszjlaw.com](mailto:rorgel@pszjlaw.com)>; Brady, Robert <[RBRADY@ycst.com](mailto:RBRADY@ycst.com)>; [eharron@ycst.com](mailto:eharron@ycst.com); Kami Quinn <[quinnk@gilbertlegal.com](mailto:quinnk@gilbertlegal.com)>; Emily Grim <[grime@gilbertlegal.com](mailto:grime@gilbertlegal.com)>; Michael Atkinson2 <[matkinson@provincefirm.com](mailto:matkinson@provincefirm.com)>; Matthew K. Babcock <[MBabcock@thinkbrg.com](mailto:MBabcock@thinkbrg.com)>; Kelly, Barbara J. <[BKelly@brownrudnick.com](mailto:BKelly@brownrudnick.com)>; Lauria (Boelter), Jessica <[jessica.lauria@whitecase.com](mailto:jessica.lauria@whitecase.com)>; Andolina, Michael <[mandolina@whitecase.com](mailto:mandolina@whitecase.com)>; Baccash, Laura <[laura.baccash@whitecase.com](mailto:laura.baccash@whitecase.com)>; Warner, Blair <[blair.warner@whitecase.com](mailto:blair.warner@whitecase.com)>; Hammond, Andrew <[ahammond@whitecase.com](mailto:ahammond@whitecase.com)>; Martin, Ernest <[ernest.martin@haynesboone.com](mailto:ernest.martin@haynesboone.com)>; Azer, Adrian <[adrian.azer@haynesboone.com](mailto:adrian.azer@haynesboone.com)>; Brian Whittman <[bwhittman@alvarezandmarsal.com](mailto:bwhittman@alvarezandmarsal.com)>; Binggeli, Carl <[cbinggeli@alvarezandmarsal.com](mailto:cbinggeli@alvarezandmarsal.com)>; Mason, Richard G. <[RGMason@WLRK.com](mailto:RGMason@WLRK.com)>; Sugden, Will <[Will.Sugden@alston.com](mailto:Will.Sugden@alston.com)>; Mayer, Douglas K. <[DKMayer@WLRK.com](mailto:DKMayer@WLRK.com)>; Celentino, Joseph C. <[JCCelentino@wlrk.com](mailto:JCCelentino@wlrk.com)>; Levy, Mitchell S. <[MSLevy@wlrk.com](mailto:MSLevy@wlrk.com)>; Kurtz, Glenn <[gkurtz@whitecase.com](mailto:gkurtz@whitecase.com)>; Abbott, Derek <[DAbbott@morrisnichols.com](mailto:DAbbott@morrisnichols.com)>; Thomas, Jennifer <[jennifer.thomas@whitecase.com](mailto:jennifer.thomas@whitecase.com)>; Klebaner, Mara <[mara.klebaner@whitecase.com](mailto:mara.klebaner@whitecase.com)>; Tiedemann, Robert <[rtiedemann@whitecase.com](mailto:rtiedemann@whitecase.com)>; I Ryan

<jryan@potteranderson.com>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

Thanks, Malhar.  We would like to schedule a meet and confer for this Saturday at 12pm ET to discuss these and any other comments to the schedule that parties may have.  We will send an invite and would request that parties send further comments, if any, as soon as possible.

Best,
Sam

**Samuel P. Hershey**  |  Associate
**T**  +1 (212) 819-2699    **M**  +1 (914) 582-1628    **E**  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Malhar S. Pagay <mpagay@pszjlaw.com>
**Sent:** Thursday, September 30, 2021 6:43 PM
**To:** Hershey, Sam <sam.hershey@whitecase.com>; Tancred Schiavoni <TSchiavoni@OMM.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; rcecil@trplaw.com; Mark Plevin <mplevin@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; dchristian@dca.law; mbouslog@gibsondunn.com; jhallowell@gibsondunn.com; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; drichards@finemanlawfirm.com; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>; 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; david.fournier@troutman.com; marcy.smith@troutman.com; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; mwarner@mwe.com; rsmethurst@mwe.com; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Hunkler, Sara K. <SHunkler@goodwin.com>; Philip Anker <philip.anker@wilmerhale.com>; Danielle.Spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; EFay@bayardlaw.com; GFlasser@bayardlaw.com; Rolain, Annette P. <ARolain@goodwin.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; David Molton <dmolton@brownrudnick.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; Brady, Robert <RBRADY@ycst.com>; eharron@ycst.com; Kami Quinn <quinnk@gilbertlegal.com>; Emily Grim <grime@gilbertlegal.com>; Michael Atkinson2 <matkinson@provincefirm.com>; Matthew K. Babcock <MBabcock@thinkbrg.com>; Kelly, Barbara J. <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Martin, Ernest <ernest.martin@haynesboone.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Brian Whittman <bwhittman@alvarezandmarsal.com>; Binggeli, Carl <cbinggeli@alvarezandmarsal.com>; Mason, Richard G. <RGMason@WLRK.com>; Sugden, Will <Will.Sugden@alston.com>; Mayer, Douglas K. <DKMayer@WLRK.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Levy, Mitchell S. <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Klebaner, Mara <mara.klebaner@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; I Ryan <jryan@potteranderson.com>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

Please find attached the TCC's revisions to the proposed scheduling order.  Please note that certain changes to the timeline are made to accommodate potential discovery relating to voting issues, as discussed during the disclosure statement approval hearings but not addressed in the original version of the order.

The document remains subject to further review and comment by the TCC.

Please let us know if you would like to discuss.

Thank you.

**Malhar S. Pagay**
Pachulski Stang Ziehl & Jones LLP
Tel: 310.277.6910 | Fax: 310.201.0760
mpagay@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Hershey, Sam [mailto:sam.hershey@whitecase.com]
**Sent:** Wednesday, September 29, 2021 2:18 PM
**To:** Tancred Schiavoni <TSchiavoni@OMM.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; rcecil@trplaw.com; Mark Plevin <mplevin@crowell.com>; Yoon, Tacie <TYoon@crowell.com>; 'bmccullough@bodellbove.com' <bmccullough@bodellbove.com>; 'bruce.celebrezze@clydeco.us' <bruce.celebrezze@clydeco.us>; 'konrad.krebs@clydeco.us' <konrad.krebs@clydeco.us>; dchristian@dca.law; mbouslog@gibsondunn.com; jhallowell@gibsondunn.com; 'MRosenthal@gibsondunn.com' <MRosenthal@gibsondunn.com>; 'sgummow@fgppr.com' <sgummow@fgppr.com>; drichards@finemanlawfirm.com; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'jbucheit@bradleyriley.com' <jbucheit@bradleyriley.com>; 'harris.winsberg@troutman.com' <harris.winsberg@troutman.com>; david.fournier@troutman.com; marcy.smith@troutman.com; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; mwarner@mwe.com; rsmethurst@mwe.com; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Hunkler, Sara K. <SHunkler@goodwin.com>; Philip Anker <philip.anker@wilmerhale.com>; Danielle.Spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com; EFay@bayardlaw.com; GFlasser@bayardlaw.com; Rolain, Annette P. <ARolain@goodwin.com>; Michael Hrinewski <mhrinewski@cmg.law>; Lorraine Armenti <LArmenti@cmg.law>
**Cc:** O'Neill, Andrew <aoneill@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; David Molton <dmolton@brownrudnick.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; Brady, Robert <RBRADY@ycst.com>; eharron@ycst.com; Kami Quinn <quinnk@gilbertlegal.com>; Emily Grim <grime@gilbertlegal.com>; Michael Atkinson2 <matkinson@provincefirm.com>; Matthew K. Babcock <MBabcock@thinkbrg.com>; Kelly, Barbara J. <BKelly@brownrudnick.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Martin, Ernest <ernest.martin@haynesboone.com>; Azer, Adrian <adrian.azer@haynesboone.com>; Brian Whittman <bwhittman@alvarezandmarsal.com>; Binggeli, Carl <cbinggeli@alvarezandmarsal.com>; Mason, Richard G. <RGMason@WLRK.com>; Sugden, Will <Will.Sugden@alston.com>; Mayer, Douglas K. <DKMayer@WLRK.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Levy, Mitchell S. <MSLevy@wlrk.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Malhar S. Pagay <mpagay@pszjlaw.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Klebaner, Mara <mara.klebaner@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; I Ryan <jryan@potteranderson.com>
**Subject:** In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

9

All:

As discussed at today's hearing, attached please find the Debtors' proposed confirmation discovery schedule. We are available to discuss.

Best,
Sam

**Samuel P. Hershey**  |  Associate
**T**  +1 (212) 819-2699     **M**  +1 (914) 582-1628     **E**  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

================================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


================================================================================

==========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==========================================================================

==========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==========================================================================