September 22, 2021

BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE
19801

FILED
2021 OCT -1  AM 10: 56

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: Claim Number SA-▮

Attn: Justice Lauri Selber Silverstein

It seems like a lifetime ago since what happened to me as a boy while I attended the Boy Scouts.
I forced myself to try and forget. I pushed it deep down, because I couldn't deal with it. I attempted to live life normally. I didn't know it at the time but I was broken. Irrevocably broken.

I'm now 80 and when I think about the effect of that trauma on my life I can see consequences that have extended to every aspect including every relationship every choice every second of everyday.

As a young man my ability to trust and make responsible sound choices for my future was obliterated. The development of my emotions were completely warped. I ended up doing the best I could with what I had. Literally just going through the motions. Instead of a strong foundation and support system I was floundering and had been alienated.

My life became a series of destructive actions and even worse choices. I actually had every opportunity to develop into a highly functional member of society. Instead I ended spending the majority my life incarcerated. Which I now realize is a direct result of the abuse I suffered while in the care of Boy Scouts of America. I won't even go into all the things I've miss out on because of the years I spent in prison. What I do know is the only person I have to thank for my accomplishments is me despite being abused.

At this point in my life I wish I could say that a settlement would make me OK. It won't. The future of the BSA concerns me. Not to mention our need for closure.
I know there are safeguards in place now so this will never happen to another child.
It seems that even keeping the name Boy Scouts of America is an insult to those who were betrayed by this organization.
My thoughts and prayers go out to all my fellow survivors.

Truly,

▮

SAN FRANCISCO CA 940
27 SEP 2021 PM 2 L

U.S.M.S.
X-RAY

BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE
19801

Re: Claim Number SA-51911

Attn: Justice Lauri Selber Silverstein

19801-302499