**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re: _____    Chapter _____

                                          Case No. ____-_____ (____)

Debtor: _____

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of _____ to represent _____ in this action.

                                          _____

Firm Name:

Address:

Phone:

Email:

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _____ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                          _____

Firm Name:

Address:

Phone:

Email:

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

*[Signature]*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: October 5th, 2021**
**Wilmington, Delaware**

Local Form 105