



FILED

2021 OСT 1 AM 10: 57
September 29, 2021

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Subject: Health Condition Has Changed  (Boys Scouts of America Bankruptcy)**

**Slater, Slater, and Schulman LLP**

**445 Broad Hollow Road, Suite 419**

**Melville, New York 11747**

**CC: Honorable Judge Laurie Selber Silverstein**

**U.S. Bankruptcy Court Judge**

**824 North Market Street ( 6th Floor)**

**Wilmington, Delaware 19801**

Dear Attorney & Judge

　　I write to you to give you the updated health information on myself that I would like to have included in my case file against the Boy Scouts of America Bankruptcy lawsuit. At 71 years of age, I can state that I've been blessed with great health for most of my life. It was only about three years ago that I started to be concerned about my health, and with so my doctor. The PSA level results from a blood test had revealed that my PSA levels were rising. A sign to the doctors that something is going on inside. It turned out that I had an enlarged prostate. My doctor sent me to a urologist to get screening as to what was going on. That doctor hurt me with his rectal exam and so I would not go back to him. The second urologist ▇▇▇▇ wanted to do a biopsy of my prostate to see if I had prostate cancer. I refused the biopsy since being fair complexion I am susceptible to skin cancer. So, out of fear I declined the biopsy (my fear was that if it was prostate cancer once cut would spread to the rest of my body). Several month later I went to Dr. Houser with kidney & abdominal pain. Dr. Houser ordered a CT scan at Novant Health. That scan came back to state that I did have prostate cancer, and that it had spread to my organs. Back to Dr.Linn who referred me to Dr. Watson of Novant Urology Specialists of Charlotte, NC.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

checked for prostate issues until later in life (say 50 years of age). I further became concerned when

OVER ⇒

doing the online check-in for my appointment when the one question with dropdown box asked of sexual status of gay, lesbian, bisexual, LBGQT, or straight. I never in my life had that type of question addressed. So, it hints of a suspected correlation between the two. My PSA level jumped from 505.0 ng/ml to 2,896.0 ng/ml documents enclosed.

    The program        from Novant Health Urology Specialist Research Center in Charlotte, NC has put me on is a shot once every three months and a pill of Erleada (Apalutamide) per month the cost of this pill is $10,000.00 per month. I don't have that kind of money available, but there are grant funds available that will cover most of that cost. So, my out-of-pocket cost should be under $100.00 per month. I hereby grant Slater Slater Schulman LLP & Judge Laurie Selber Silverstein permission to view My Chart Novant Health portal at any time. Use my login of        and password of       to view my health file. In closing, Dr. Watson stated that with this treatment above I have 18 months to 4 ½ years to live. I prepared my last will & testament and mailed it to the county seat deed room in Wyoming County, West Virginia to be recorded. My question is this. Should I pass prior to any award settlement being made what measures do I have to take to see that my daughter Kelly Becker, my son Karl Becker, and my partner Donna Lichtenwalter are to receive my award if any?

Case 20-10343-LSS    Doc 6483    Filed 10/01/21    Page 4 of 14

remarkable care. We believe that you should be able to see your test results as soon as they are available.

We know that many will look at their test results right away while others may wait until their provider's office contacts them. Test results can be confusing and your provider can help you to understand what they mean.

If you do not have a scheduled appointment or have not heard from your provider within a few days, contact your provider's office to schedule an appointment.

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

remarkable care. We believe that you should be able to see your test results as soon as they are available.

We know that many will look at their test results right away while others may wait until their provider's office contacts them. Test results can be confusing and your provider can help you to understand what they mean.

If you do not have a scheduled appointment or have not heard from your provider within a few days, contact your provider's office to schedule an appointment.

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

esicles
res

iques

ney.



Honorable Judge LAURIE Selber Silver STONE
U.S. BankrupTcy CourT Judge
824 NorTh MARkET STREET (6th Floor)
WilmingTon, DelAWARE 19801

19801-302455