September 27, 2021

Hon. Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street
6th Floor
Wilmington, DE 19801



FILED

2021 OCT -4 AM 8:53

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: Case No. 20-10343

Your Honor,

You may or may not be reading our letters, but I presume that many others do and will continue. **The world needs to finally understand that all sexual-abuse survivors need to be believed.** When the doubters try to discount the assault on our bodies, I sometimes wonder how they would feel if it happened to them or to one of their loved ones. Or maybe it has, and they are in denial. In my first letter to your Honor, I asked, *"What have we become as a modern and civil society? Where child-sexual abuse becomes nearly ubiquitous within the very institutions we entrust to protect our youth as well as to instill in them the values and mores of becoming good and decent world citizens? Yet, incredibly, the abuse continues to this day."*

Recently, a television program aired about the USA Woman's Gymnastics team and the sexual abuse they endured at the hands of their abuser. One take away was most disturbing. When one of the survivors explained the extent of their abuse to the FBI, an agent obnoxiously commented, "Is that all?" 'Is that all' is an attempt to deny horrific events. This is where all the doubting starts. Take it from one BSA survivor once you have been sexually assaulted—no matter the extent—the first time a person questions its legitimacy, the psychological effect is profound. Enough is Enough. Our world's male dominated, rape culture mentality, must end now, e.g., "asked for it," "had it coming," "it can't happen to men," "it can't happen to children," ad nauseum. It is in your power to let the world know, we will no longer tolerate abusive behavior by any American or International Institutions that interact with minors.

On to business. The BSA has presented their Fifth Amended Disclosure Statement to the court. It is a complete about face from the previous versions as it pertains to the Sexual Abuse Claims. It is nothing more than a shameful and a woeful attempt to exit bankruptcy. The current plan does not provide nearly enough compensation for the 82,500 survivors. In fact, it gives the BSA, insurance companies, charter organizations and local councils a way out from future liability. It is an outrageous and blatant attempt to withhold billions of dollars from the estate's presumably largest 'stakeholder'—the child-sexual abuse claimants.

From the very beginning, the debtor has been wasting the courts valuable time by submitting horribly flawed plans. The estate continues, and will continue, to burn through tens of millions of dollars in professional fees. In an even more egregious act, why weren't court appointed committee members invited to attend the final negotiations? They were there in previous negotiations. Right? That alone should be reason enough to deny this plan. It is conspiratorial!

I urge and implore your Honor to reject this plan outright; to end the BSA's exclusivity; and to allow the Official Torts' Claimant Committee to submit its own plan that benefits the survivors. This is the only viable alternative to hold the BSA, the insurance companies, the charter organizations, and the local councils accountable to the estate's largest stakeholder and to finally allow it to exit bankruptcy.

Your Honor, I will not be voting in favor of this current plan if approved by the Court. Thank you for your time.

Respectfully,



Honorable Laurie Selber Silverstein
US Bankruptcy Court
824 North Market St.
6th Floor
Wilmington, DE 19801

