SA - ▇

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

FILED
2021 OCT -5 AM 9:27
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

9-27-2021

Your Honor,

As I was preparing my supper this evening I burned my hand, which brought back a memory from my time in the Boy Scouts that I had buried.

I was at a Jamboree that was held at Purgatory Park in Sutton, MA when one of my abusers approached me and told me that I was never to talk about what they were doing to me. As he said this he placed his lighted cigarette or cigar onto the palm of my hand, burning it. The pain was excruciating. I had lied to my Mother and told her I touched a hot coal in the fire.

Coming forward as part of this lawsuit has opened old wounds for me that I had worked so hard to bury. The pain is unbearable and is in my dreams nightly. My partner does her best to soothe me as she hears me cry out in guttural screams and grunts as I relive that painful and humiliating penetration they inflicted upon me.

In some ways I wish I had never come forward so I would not have to face these painful memories. However, it is extremely important to me that no other child has to experience what I did. This has to make a difference.

Sincerely,

▇

1

SA - ▮

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Your Honor,

I am writing to you to express my disappointment in way the Boy Scouts of America are handling this bankrupcy proceedure. I am now almost 75 years old. Are they hoping that me and others like me die before the proceedings are done so they do not have to attone for their actions?

Yes, I am angry. I am angry that I have to go through this process to help prevent future young boys from the agony I faced in life due to the sexual abuse I received at the hands of my trusted Boy Scout leaders.

I was only about 11 years old when I was repeatedly sodomized and forced to commit other sexual acts by a Boy Scout Troop leader and the Priest who was also one of the leaders. Many times they both abused me at the same time. The violence they perpetuated upon me was so horrific that as a young boy I was forced to wear a diaper due to anal leakage. Eventually I needed surgery to repair the severe damage they did to me. Picture yourself as a boy of that age and you can image the pain and humiliation I suffered wearing a diaper.

This cannot happen to any more children. It has to stop and YOU have the power to make the Boy Scouts accountable for their actions.

This abuse set me up for a life of mistrust and anxiety, alway afraid someone would know what they did to me. I learned to trust no one and to always be on guard. Even today my anxiety levels are off the roof and I have nightmares that put me through the torture over and over again. I have been though several failed marriages because I cannot trust and love. Those Boy Scout leaders not only took my innocence, they took the life I could have had away from me. I have been consistently on the move, never really knowing why, never trusting, never loving, always feeling pain and embarassement because of their actions.

Your Honor, you have the power to make sure this never happens again. How would you

1

feel if this were your son, grandson, brother or even you who was forced to wear diapers at that age? Please, I beg of you, think of that little boy in diapers at age 11 and make the Boy Scouts accountable NOW. Every day that passes could mean another little boy whos life will be changed forever.

SA ███████

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

9-27-2021

Your Honor,

As I was preparing my supper this evening I burned my hand, which brought back a memory from my time in the Boy Scouts that I had buried.

I was at a Jamboree that was held at Purgatory Park in Sutton, MA when one of my abusers approached me and told me that I was never to talk about what they were doing to me. As he said this he placed his lighted cigarette or cigar onto the palm of my hand, burning it. The pain was excruciating. I had lied to my Mother and told her I touched a hot coal in the fire.

Coming forward as part of this lawsuit has opened old wounds for me that I had worked so hard to bury. The pain is unbearable and is in my dreams nightly. My partner does her best to soothe me as she hears me cry out in guttural screams and grunts as I relive that painful and humiliating penetration they inflicted upon me.

In some ways I wish I had never come forward so I would not have to face these painful memories. However, it is extremely important to me that no other child has to experience what I did. This has to make a difference.

Sincerely,

███████



Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE. 19801