COURT
COPY
9-28-21

IN THE UNITES STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**FILED**
**READ THIS FIRST**

In re:
BOY SCOUTS OF AMERICA
AND DELAWARE BSA, LLC,

Debtors, i.e. ■■■■■
Pro Se Debtor, ■■■■■
(OAS) claim Number SA■■■

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)

2021 OCT -5 AM 9:25

I am Dyslexic. I SPELL WORDS as they sound to me. I some times leave out words but can't see that I have dune so. Thank you.

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>MOTION TO TAKE JUDICIAL NOTICE</u>, That the Court-Approved agent; ("claims Agent") Omni Agent Solutions has effectively abandoned it's Client's with debtor claims that are housed in prisons

Comes now a Debtor with standing in Pro Se formant asking the court to not only take judicial notice but to intervene as follows on behalf of the claimants that are in prison as follows;

## I. STATEMENT OF THE B.S.A. BANKRUPTCY CASE

1. The B.S.A. now seek chapter 11 protection after over 100 years worth of the B.S.A. raping, bobbing and pillaging the dignity, bodies, minds and the souls of venerable unsuspecting young Boys / young men in there care.

2. The B.S.A. now seek to graciously give "US" there victims the courtesy of getting in line to be "Debtors" for the raping, robbing and pillaging "WE" suffered at there hands.

## II. STANDING

1. The Court gave "US" the victims of the B.S.A. i.e. Sexual Abuse Survivors to November 16, 2020 to file a; "<u>SEXUAL ABUSE SURVIVOR PROOF OF CLAIM</u>" (SASPC).

2. By letter on 8-3-2020 I informed the Clerk of the Court that I was a federal Prisoner. I asked the Clerk for forms in which to file a claim. I sent the Clerk a S.A.S.E to return the forms to me. The court provide me with the forms. I was told by way of the form to file a claim with the Courts <u>Claim Agent</u>; "Omni Agent Solutions (OAS). [See Exhibit-1]

3. I filed the Court's approved claimant (SASPC) forms with (OAS) on 8-17-2020. I sent them a extra copy of page 1 of the form. I sent a S.A.S.E. so that they could date stamp "MY COPY" and return it to me. On 8-21-2020 (OAS) did dated stamped "MY COPY" of the claim form as being filed on 8-21-2020. (OSA) did send me a copy dated stamped using my S.A.S.E. I had sent to them. [See Exhibit-2]

4.
   Some time in Oct. of 2020 (OAS) did in fact issues me a claim number ("SA-▇▇▇▇") I received the notice on 11-3-2020. [See Exhibit-3]

## CONCLUSION

Pursuant to title 28 U.S.C. sec. 1746 (2) I hereby state, I have in fact timely filed my (SASPC) claim form as directed by the Court. I am a B.S.A. sexual abuse survivor.
<u>Therefore I have standing before the court.</u>

### III. ABANDONMENT OF THE COURTS; "CLAIMS AGENT" AND SPECIAL NEEDS FOR DEBTORS/CLAIMANT'S FILED BY PRISONERS.

(a.)
Lets start with "GIVENS".

1.
   It is a "GIVEN"; that there is NO Psychological dispute nor is it even debatable that the victim's of the BSA sexual abuse have had or currently suffer from the effects of the sexual abuse inflicted by the BSA.

2.
   It is a "GIVEN"; that some of the BSA Victims have not been able to function in there interpersonal relations such as but not limited to relationships with Women, due to the Sexual abuse at the hands of the BSA.

3.
   It is a "GIVEN"; that some of the BSA victims have wound-up up in prison, that can be indirectly or directly traced to the sexual abuse at the hands of the BSA.

4.
   It is a "GIVEN"; that there are men in prison now that have a claim before this court. <u>I am one.</u>

END OF "GIVENS"

(b)
Abandonment of the courts; CLAIMS AGENT"

1. The agent for the court (OAS) and my Counsel / Representative has not responded to me at all from 11-3-2021 to date. I have in fact written them 3 times all to no avail. I am not the only inmate that has had this problem.
[See Two Supporting Affidavit's of Facts attached as Exhibits A & B]

2. I have no person to contact what so ever. Exhibit-3 is clear all it says is " Best Regards" no signature. I have asked for a E-mail address that is not a ".Com" as I can't e-mail to a ".com" all to no avail. [see Exhibit- A & B]

3. I have sent Letters to the BSA at: " BAS / Att.. Legal or PR Dept.. Or Victims Advocate. 135 West Walnut Hill Lane Irving, Texas. 75038 . No response at all. [See Exhibit- A & B]

4. I only have a slight notion as to what is transpiring in this case "IF" ABC , CBS, NBC or Fox News runs a report on it or If I can get some one to look thins up for me and that is not much information at all. I have tried.
[See Exhibit-4 a E-mail I sent out to a friend of mine.]

## CONCLUSION
================================

There is no question that I have tried to contact the courts Agent and the BAS to find out where I stand. TO NO AVAIL. There is no question that as A prisoner I have special challenges in terms of out side contact.

I believe I as a Prisoner I am not just a small part of this claim I believe there are HUNDERS if not THOUSANDS of "US" that have wound up in prison and still are in prison.

I say this as it is widely know that the victims of the Roman Catholic Church that were also RAPED ROBBED & PILLAGED of there dignity have wound-up disproportionally in prison.

Not only am I shout out of the process i. e. no contact information, I have no say so in this case if I don't know what is going on. I can't get any psychical help even if the BSA is willing to help me through there counselor as I cant get in any information. PLEASE don't be stupide and tell me to see the Prison Psy.
I was personally Brutally Raped By BAS STAFF. In 1975 / 76. Now I file a claim and I don't matter. PUT A STOP TO IT NOW !!!!

WHEREFORE, Primes considered I ask this court to recognize Prisoner Claimants as a "Special Class" of claimant and appoint Attorneys for "US". IT IS SO PRAYED.



9-28-21

### Certificate of service
-------------------------------------------------

I hereby state that on this 28 day Of November 2021 I have by first class U.S. Mail sent copies to the following;

1. Clerk of the Court
   U.S. Bankruptcy court
   824 Market St.
   Wilmington, Delaware.
   19801-1377

2. Omni Agent Solution
   5955 DeSoto Ave., Suite 100
   Woodland Hills, CA.
   91367

3. BSA / Legal Dept RE: case No. 20-10343 (LSS)
   1325 West Walnut Hill Lane
   Irving, Texas.
   75038



9-28-21

3 OF 3



Ex-ONE
Ex-1
Ex-1 page 2 of 2

129

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET STREET
WILMINGTON DELAWARE 19801-3577
OFFICIAL BUSINESS

PITTSBURGH PA 150
04 AUG 2020 PM 5 L

Legat mail
out: 8-3-2020

Clerk of The Court
U.S. Bankruptcy Court
844 N. King St. Lockbox 18
Wilmington, DE.
19801

19801-351918

---

RE: In re: Boy Scouts of America and Delaware BSA, LLC. Debtors

Case No: 20-10343 (LSS)

Dear Clerk

I am a Sexual Abuse Survivor of The B.S.A.

I Am Requesting (2) Things From you

(1) a Current Copy of The Docket Sheet Filed in This case.

(2) Can I get (IF) you have them a Form to File a Claim Against The "Debtors" the B.S.A. in This case? OR How do I get a form to File a claim?

Ex-1 page 1 of 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:  Chapter 11

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,[1]  Case No. 20-10343 (LSS)

Debtors.  (Jointly Administered)

FILED AUG 2 1 2020
By Omni Management Group, Claims Agent
For U.S. Bankruptcy Court
District of Delaware

M-Y 10A-

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time) on November 16, 2020**. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection. If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i) Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is received on or before November 16, 2020 at 5:00 p.m. (Eastern Time);[2] or

(ii) Electronically using the interface available at: www.OfficialBSAClaims.com on or before November 16, 2020 at 5:00 p.m. (Eastern Time).

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission will **not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse. For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney. Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

8-17-2020

READ THIS FIRST
===============================
I am DYSLEXIC I spell words as they sound to me.
I have had a stroke and some leave words out
I can't see that I have done so. This in no way
effects my intellect. Thank You.
===============================

[blacked out]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

Page 1 of 12

EX-2

[blacked out area]

(EX-2)

WE HAVE RECEIVED YOUR CLAIM FORM AND YOUR CLAIM NUMBER IS SA-

Rec. 11-3-2020

Best Regards

Response Letter
Out 11-3-2020

129

Exhibit-3

Omni Agent Solutions
5955 DeSoto Ave., Suite 100
Woodland Hills CA 91367

Rec.
11-3-2020
M

U.S. POSTAGE >> PITNEY BOWES
ZIP 91367 $ 000.50⁰
02 4W
0000358861 OCT 30 2020

Ex-3

Legal Documents Enclosed

```
Legal Property Of  [REDACTED]
              RACE: [✓] White
PAGE 1 OF 1   A.K.A. ,"NICKNAME"
```

## AFFIDAVIT OF FACTS:

§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

[REDACTED] BOP Reg. No [REDACTED]

Print Full Legal Name:

Am an Inmate housed at FCI Hazelton, P.O. Box 5000 Burceton Mills, WV. 26525, DO HEREBY STATE THE FOLLOWING ;

IN SUPPORT OF THE 9/  /2021 "MOTION TO TAKE JUDICIAL NOTICE......"

========================================================================================

I have not had any response from the Bankruptcy Courts agent (OAS) in the BSA BANKRUPTCY CASE No. 20-10343 (LSS), other than receiving a Case Claim Number from (OAS). My Claim #NO. IS: _____

I have contacted them (OAS) by mail 3 times and I know a another inmate that has a claim in my cell black. He has also contacted them as well. Nether of us have receive a response from the Courts Case Agent. (OAS) to the date of this Affidavit.

I have also sent two letters to the BSA asking for information and for a contact person that can keep me informed in this matter. All to no avail.

PRUSUANT TO TITLE 28 U.S.C. §1746 (2)

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED ON: 9/21/2021

X. [REDACTED]    9-27-21

Ex-A

PAGE 1 OF 1

Legal Property Of: ▮

PAGE 1 OF 1

RACE: [✓] White  [ ] Black  [ ] Hispanic  [ ] Other

A.K.A. ,'NICKNAME' ▮

# AFFIDAVIT OF FACTS:

§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

I, ▮ _____ BOP Reg. No. ▮

Am an Inmate housed at FCI Hazelton, P.O. Box 5000 Burceton Mills, WV. 26525, DO HEREBY STATE THE FOLLOWING ;

IN SUPPORT OF THE 9/ /2021 "MOTION TO TAKE JUDICIAL NOTICE......"

========================================================================

I have not had any response from the Bankruptcy Courts agent (OAS) in the BSA BANKRUPTCY CASE No. 20-10343 (LSS), other than receiving a Case Claim Number from (OAS).

I have contacted them (OAS) by mail 3 times and I know a another inmate that has a claim in my cell black. He has also contacted them as well. Nether of us have receive a response from the Courts Case Agent. (OAS) to the date of this Affidavit.

I have also sent two letters to the BSA asking for information and for a contact person that can keep me informed in this matter. All to no avail.

EX-B

PRUSUANT TO TITLE 28 U.S.C. §1746 (2)

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED ON: 9/27/2021

X ▮ _____ PAGE 1 OF 1

TRULINCS [redacted]    Unit: [redacted]

FROM: [redacted]
TO: [redacted]
SUBJECT: RE: BSA claim    *Response*
DATE: 09/14/2021 02:36:07 PM

Omni is just a company that does administrative work for law offices. The lawsuit is something like 850 million between 84,000 people. But I imagine the lawyers will take a big chunk. About all I could find out. Nothing new lately has been in the news

[redacted] 12/2021 2:36:37 PM wrote

Can you please look up a comp. named
" Omni Agent Solutions"m        = (OAS)
5955 DeSoto Ave., Suite 100
Woodland Hills, CA. 91367.
  No I do not have a Web cite for them. Who are they ? They are the court appointed Agents for the U.S. Bankruptcy Court for the District of Delaware in case No. 20-10343 (LSS) in the Boy Scouts Of America, case.
I have filed a claim with (OAS) they have assigned me claim No SA-[redacted]

  I have not heard from them scents 11-3-2020. I have no E-Mail address or I would try to do so my self. Of course you can find out the information I Want to know from any scorce.

Information I am looking for.
1. What is the status of the case ?
2. What are the payouts going to be for each claimant ?
3. Last what is the estimated time the case will be settled ?
Or any thing else you can find out.

Of course you could send (OAS) a E-Mail on my behalf. What ever you can find out. I hope you had a Happy birthday. One more thing, You had a cosmetology lic.. cant some of that transfer as collage creates ?

Love & Respect [redacted]    9-12-21  2:09 Pm

Ex- 4