## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION
## OF RICHARD S. KRUMHOLZ

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Richard S. Krumholz of the law firm Norton Rose Fulbright US LLP, 2200 Ross Avenue, Suite 3600, Dallas, Texas 75201-7932, to represent JPMorgan Chase Bank, National Association, in the above-captioned bankruptcy cases and any related adversary proceedings.

Dated: October 5, 2021
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (Del. Bar No. 4471)
Morgan L. Patterson (Del. Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:      (302) 252-4320
Facsimile:      (302) 252-4330
Email:          matthew.ward@wbd-us.com
                morgan.patterson@wbd-us.com

*Counsel to JPMorgan Chase Bank, National Association*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## CERTIFICATION BY COUNSEL TO BE ADMITTED <u>PRO</u> <u>HAC</u> <u>VICE</u>

Pursuant to Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the States of Texas and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  October 5, 2021

*/s/ Richard S. Krumholz*
Richard S. Krumholz
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

*Counsel to JPMorgan Chase Bank, National Association*

## ORDER GRANTING MOTION TO BE ADMITTED <u>PRO</u> <u>HAC</u> <u>VICE</u>

IT IS HEREBY ORDERED that counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.