# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### DECLARATION OF DANIEL SHAMAH IN SUPPORT OF CERTAIN INSURERS' OBJECTION TO DEBTORS' MOTION FOR PROTECTIVE ORDER AND RELATED RELIEF

I, **DANIEL SHAMAH**, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1. I am a partner at the firm O'Melveny & Myers LLP, Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America. I submit this declaration based on my knowledge of the proceedings in *In re Boy Scouts of America and Delaware BSA, LLC*, and review of the pleadings and documents described below.

2. Attached hereto as **Exhibit A** is a true and correct copy of the September 28, 2021 Hearing Transcript.

3. Attached hereto as **Exhibit B** is a true and correct copy of the July 27, 2021 Hearing Transcript.

4. Attached hereto as **Exhibit C** is a true and correct copy of the August 12, 2021

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America ("BSA") (6300) and Delaware Boy Scouts, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

Hearing Transcript.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated:  October 5, 2021 | Respectfully Submitted, |
| | */s/ Daniel Shamah*<br>Daniel Shamah |