# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Deirdre Richards, hereby certify that on October 5, 2021, I caused to be served **OBJECTION OF THE AIG COMPANIES TO DEBTORS' MOTION FOR PROTECTIVE ORDER AND RELATED RELIEF** on the attached list in the manner indicated.

*/s/ Deirdre M. Richards*
Deirdre M. Richards (DE Bar No. 4191)
FINEMAN KREKSTEIN & HARRIS PC
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228
Email: drichards@finemanlawfirm.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01788770;v1}

1

**Service List**

**VIA E-MAIL**

**Counsel to the Debtors**
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
(Attn: Jessica C. Lauria (jessica.lauria@whitecase.com))

111 South Wacker Drive
Chicago, Illinois 60606
Attn: Michael C. Andolina mandolina@whitecase.com
Matthew E. Linder mlinder@whitecase.com
Blair Warner blair.warner@whitecase.com


Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347`
Wilmington, Delaware 19899-1347
Attn: Derek C. Abbott dabbott@morrisnichols.com
Andrew R. Remming aremming@morrisnichols.com
Eric W. Moats emoats@morrisnichols.com
Paige N. Topper ptopper@morrisnichols.com

**U.S. Trustee**
The U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn: David L. Buchbinder david.l.buchbinder@usdoj.gov
Hannah M. McColllum hannah.mccollum@usdoj.gov


**Counsel to the Future Claimants' Representative**
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, Delaware 19801
Attn: Robert S. Brady rbrady@ycst.com
Edwin J. Harron eharron@ycst.com
Sharon M. Zieg szieg@ycst.com

**Counsel to the Coalition**
**EMAIL**
(Counsel to Waste Management; and
Coalition of Abused Scouts for Justice)
Rachel B. Mersky, Esq.
Monzack Mersky Browder and Hochman, P.A
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**Email:** rmersky@monlaw.com

**EMAIL**
(Counsel to Coalition of Abused Scouts for Justice)
David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
**Email:** dmolton@brownrudnick.com

**EMAIL**
(Counsel to Coalition of Abused Scouts for Justice)
Sunni P. Beville, Esq.
Tristan G. Axelrod, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
**Email:** sbeville@brownrudnick.com;
taxelrod@brownrudnick.com

{01788770;v1}
3