# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Re: Dkt. Nos. 6288 and 6495, 6496 |

## ARGONAUT INSURANCE COMPANY'S JOINDER TO CERTAIN INSURERS' OBJECTION TO DEBTORS' MOTION FOR PROTECTIVE ORDER AND RELATED RELIEF

Argonaut Insurance Company ("Argonaut"), by and through its attorneys, Post & Schell, P.C. and Ifrah PLLC, joins the Objection of Certain Insurers to Debtors' Motion for Protective Order and Related Relief (Dkt. 6495, 6496).

POST & SCHELL, P.C.

Date: 10/05/2021

BY:  s/Paul Logan
Paul Logan (No. 3339)
300 Delaware Avenue
Suite 1380
Wilmington, DE  19801
Phone:  (302) 251-8856
Fax:  (302) 251-8857
E-mail:  plogan@postschell.com

IFRAH PLLC
George R. Calhoun
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC  20006
Phone:  (202) 840-8758
E-mail:  george@ifrahlaw.com

Attorneys for Argonaut Insurance Company

## **CERTIFICATE OF SERVICE**

Paul Logan, attorney for Argonaut Insurance Company, certifies that on this 5th day of October 2021, he caused the attached Joinder to Certain Insurers' Objection to Debtors' Motion for Protective Order and Related Relief to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

                                                                             s/Paul Logan  
                                                                             Paul Logan