# **EXHIBIT A**

Quarterly Statement of Compensation
of Ordinary Course Professionals

**Boy Scouts of America**
**Ordinary Course Professional Payments (6/1/2021 - 8/31/2021)**

| Professional Firm Name | Notes | Jun-21 | Jul-21 | Aug-21 | Total Compensation | Average Monthly Compensation | OCP Tier |
|---|---|---|---|---|---|---|---|
| WILLIS TOWERS WATSON INC | | $ 52,942 | $ 25,373 | $ 52,043 | $ 130,358 | $ 43,453 | Tier 1 |
| FTI CONSULTING INC | | 69,006 | 46,722 | - | 115,729 | 38,576 | Tier 1 |
| HARPER AND PEARSON | | - | 78,262 | - | 78,262 | 26,087 | Tier 1 |
| STEPTOE & JOHNSON PLLC | | 20,328 | 10,373 | 14,743 | 45,443 | 15,148 | Tier 1 |
| FOX ROTHSCHILD LLP | | 38,079 | 27,605 | 14,853 | 80,537 | 26,846 | Tier 2 |
| JONES SKELTON & HOCHULI PLC | | - | 49,117 | 14,821 | 63,938 | 21,313 | Tier 2 |
| WIGGIN & DANA LLP | | 8,169 | 9,771 | 7,549 | 25,489 | 8,496 | Tier 2 |
| LCG ASSOCIATES INC | | - | 25,000 | - | 25,000 | 8,333 | Tier 2 |
| NORTON ROSE FULBRIGHT LLP | | - | 23,716 | - | 23,716 | 7,905 | Tier 2 |
| WILSON ELSER MOSKOWITZ | | 6,187 | 4,824 | 8,923 | 19,934 | 6,645 | Tier 2 |
| SAUL EWING LLP | | 4,696 | 3,968 | 4,485 | 13,149 | 4,383 | Tier 2 |
| BAX ADVISORS LLC | | - | 7,665 | 3,570 | 11,235 | 3,745 | Tier 2 |
| JASON AMSEL | | - | - | 9,135 | 9,135 | 3,045 | Tier 2 |
| DENTONS US LLP | | 5,910 | - | 626 | 6,535 | 2,178 | Tier 2 |
| MARKOWITZ HERBOLD GLADE AND MEHLHAF PC | | 342 | 4,182 | 787 | 5,311 | 1,770 | Tier 2 |
| MCGUIRE WOODS LLP | (1) | - | 3,995 | 1,155 | 5,150 | 1,717 | Tier 2 |
| VERNIS & BOWLING OF THE FL KEYS | | - | 1,274 | 1,648 | 2,921 | 974 | Tier 2 |
| MELICK PORTER LLP | | - | 410 | 2,281 | 2,690 | 897 | Tier 2 |
| HAWLEY TROXELL ENNIS & HAWLEY LLP | | - | 2,273 | - | 2,273 | 758 | Tier 2 |
| BOONE KARLBERG PC | | 1,340 | 185 | 531 | 2,056 | 685 | Tier 2 |
| MITCHELL, WILLIAMS, SELIG, GATES | | 51 | 1,559 | 128 | 1,737 | 579 | Tier 2 |
| LEWIS BRISBOIS BISGAARD & SMITH | | 877 | 575 | 81 | 1,532 | 511 | Tier 2 |
| FLOYD PFLUEGER & RINGER | | - | 796 | 685 | 1,480 | 493 | Tier 2 |
| CLARKE SLIVERGLATE PA | | - | - | 640 | 640 | 213 | Tier 2 |
| HEPLERBROOM LLC | | 272 | 102 | 196 | 570 | 190 | Tier 2 |
| FREDRIKSON & BYRON PA | | 500 | - | - | 500 | 167 | Tier 2 |
| HINSHAW & CULBERTSON LLP | | 296 | - | - | 296 | 99 | Tier 2 |
| WHITE AND WILLIAMS LLP | | - | 248 | - | 248 | 83 | Tier 2 |
| WICKER,SMITH,O'HARA,MCCOY,&FORD PA | | 231 | - | - | 231 | 77 | Tier 2 |
| BAYS LUNG ROSE HOLMA ATTORNEYS AT LAW | | 178 | - | - | 178 | 59 | Tier 2 |
| KELEHER & MCLEOD PA, ATTORNEYS AT LAW | | 50 | - | 60 | 110 | 37 | Tier 2 |
| GREFE & SIDNEY PLC | | - | - | 60 | 60 | 20 | Tier 2 |
| STITES & HARBISON PLLC | | 28 | - | - | 28 | 9 | Tier 2 |
| **Total** | | $ 209,481 | $ 327,993 | $ 138,996 | $ 676,470 | $ 225,490 | |

<u>Footnotes</u>:
(1) Includes retainer application of $952