# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF PROPOUNDING INSURERS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO THE <u>FUTURE CLAIMANTS' REPRESENTATIVE</u>

I hereby certify that on October 4, 2021, a true and accurate copy of (1) Propounding Insurers' First Requests for Production of Documents Directed to Future Claimants' Representative was served in the manner indicated on the parties identified below.

<u>Via Email</u>

Edwin J. Harron
Kenneth J. Enos
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
eharron@ycst.com
kenos@ycst.com

OMM_US:77572191.2

Dated: October 5. 2021

Respectfully Submitted,

By: *Stamatios Stamoulis*
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:   302 999 1540
Facsimile:    302 762 1688

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*

OMM_US:77572191.2