# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: 6306** |

## CERTIFICATE OF NO OBJECTION REGARDING THE ELEVENTH APPLICATION OF HAYNES AND BOONE, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2021 TO JULY 31, 2021

The undersigned hereby certifies that, as of the date hereof, Haynes and Boone, LLP ("H&B") has received no answer, objection or other responsive pleading to the *Eleventh Application of Haynes and Boone, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2021 to July 31, 2021* (the "Application") (D.I. 6306), filed on September 20, 2021.

The undersigned further certifies that H&B has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than October 4, 2021 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane., Irving, Texas 75038.

on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $314,255.00 | $1,096.09 | $251,404.00 | $252,500.09 |

WHEREFORE, H&B respectfully requests that the Application be approved.

Dated: October 6, 2021  
Dallas, Texas

**HAYNES AND BOONE, LLP**

*/s/ Ernest Martin, Jr.*_____  
Ernest Martin, Jr.  
Partner  
2323 Victory Avenue, Suite 700  
Dallas, Texas 75219  
Telephone: 214.651.5000  
Email: Ernest.Martin@haynesboone.com

SPECIAL INSURANCE COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION