## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (jointly administered) |

### NOTICE OF WITHDRAWAL OFAPPEARANCE OF LOIZIDES, P.A. AND CHRISTOPHER D. LOIZIDES AS COUNSEL TO "JOHN DOE" AND REQUEST TO BE REMOVED FROM THE COURT'S CM/ECF LIST AS COUNSEL TO "JOHN REPRESENTED BY LPA DOE"

**PLEASE TAKE NOTICE** that Christopher D. Loizides and Loizides, P.A. ("Counsel") hereby respectfully withdraw their appearance as counsel for "JOHN DOE", the movant at D.I. 6108 (the "Party") in the above-captioned jointly administered cases for all purposes including, without limitation, notice and service.  Pursuant to Del. Bankr. L.R. 9010-2(b), Counsel certifies that (a) the Party has no controversy pending before the Court and (b) the Party consents to withdrawal of Counsel.  Counsel also requests removal from the Court's CM/ECF list as counsel to "John Represented by LPA Doe." Counsel remains counsel of record to certain other interested parties in this case and, hence, does not request removal from CM/ECF or any other service list as to anyone other than the Party.

Dated: October 6, 2021
Wilmington, DE

Respectfully Submitted,

By */s/ Christopher D. Loizides*
Christopher D. Loizides, Esq. (No. 3968)
LOIZIDES, P.A.
Legal Arts Building
1225 King Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com