Fwd: letter to Hon. Laurie Selber Silverstein case 20-10343

From: █████████████████████████
To: █████████████████
Date: Thursday, September 30, 2021, 09:10 AM EDT

FILED
2021 OCT -6 AM 8: 35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Could you print this?

Sent from my iPhone

Begin forwarded message:

> From: ███████████████████████████
> Date: September 30, 2021 at 5:09:01 AM EDT
> To: ██████████████████████████████
> Cc: ██████████████████████████
> Subject: letter to Hon. Laurie Selber Silverstein case 20-10343

your honor

   it just was not supposed to go like this . i sit up every night now unable to sleep and read all the letters from the other victims and all the things the lawyers file on the dockets on the internet and i get physically sick sometimes pain in my stomach sometimes one half of my body just starts hurting or my stomach starts rumbling or just plain hurts like hell. . when it makes me start crying i tend to not feel the physical pain as much . my dad used to tell me that god would never put anything on your shoulder that you could not handle with love for your fellow man and god in your heart, i never told him i was raped , i always wondered what god put in a mans heart to make him capable of the pain and violence that goes along with raping a child or boy or a man . my wife of 35 yeaRS THIS WEEK was molested by her brother for years and her parents did nothing to stop it. was it the shame or  pain of having to admit to themselves that their only son was capable of such terrible things against their youngest daughter that they just chose to deny that it was happening . i wonder if that is what i am seeing happening again with this circus of a trial , when my cousin told my dad that he wAS RETIRING FROM BEING A SUPERIOR COURT JUDGE he said it was because he could not spend another day associating with the scum of the earth he was not talking about the criminals he said he was talking about the lawyers. they did not want him to hear their cases because he was honest , above reproach like the oath he swore with his hand on the bible. that is what justice is supposed to be . not about deals and legal wrangling or using loopholes to get out bad things you have done. its 2:55 in the morning looks like i got 3 hours  sleep.it has become my life again to wake up in sweats the sheets wet and yet not running a fever just having bad dreams and flash backs .they seem so real when you have them .it gets worse the more i see the writing on the wall and know that for what ever reason that this trial is going down in history books as the worst attempt in the history of our country to deal with a very influential and powerfull group of sexual molesters .It is just not going to go the way you want it to your honor, I feel sorry for you because it is going so bad you will never recover from it professionaly or personally.   a good man and an attorney told me after my wife got hurt that bad things happen to good people every day , i thoiught to myself i wished i had the strength or the courage to tell him what had happened to me when i was a young man . who was then already confused and trying to juggle my parents almost shooting each other when they would fight and wanting to hurry up and grow up so maybe other kids would stop bullying me because they could tell that i was damaged goods and just not right anymore. as i grew up i met other people that i sensed something really bad had happened to them and that changes a person you just don't feel normal any more . you get better at hiding it as you grow older if you are one of the lucky ones. you may get good enough at hiding the shame and guilt that you feel maybe because you feel so stupid for letting yourself be in a situation where another man can do somethings so sick and violent without any remorse. my wife was a registered nurse for 25 years and worked in adolescent physcarity for 25 years and she would tell me that pedifiles could not be cured of their need or desire to commit terrible violent crimes . As for me i have spent my life giving away things to people trying to get them to like me because i just  feel like if i don't

they will like me for just being myself ,that they can see through the smiles and jokes i always make and they will see the sadness and fear in me that i have of other men . and that will always be the real me . it does not matter what happens at all with the trial it will not change me or any of the other victims . what happened fifty some years ago will be with us all for the rest of our lives , my doctor gave me some anti depressants last week without telling me . i had asked him for something to help me sleep. i took them for two days without knowing what he gave me. when i looked it up it brought back the horror of me trying to kill myself the last time i was given anti depressants.  after i was raped my parents had taken me to the mental health center at the hospital . ,i never told them what had happened but when i tried using marijana and alcohol to mask the pain . they knew something had happened to me , so i told the lady at mental health what had happened she gave me anti depressants , i went home and slept for two days . then the depression worsened real fast and got so bad i wanted to kill my self , i put the barrel of the gun in my mouth and just cried, i would scream at myself out loud because i was so mad i did not even have the courage to stop all the pain and kill myself, i just wanted the pain to stop , when you cry so long and keep something so terrible a secret so long it does something to you. i stopped taking them and did not want to kill myself any more ,so that is why i fired my family doctor of 20 some years last week.he told me that the anti depressant he prescribed was used more as a sedative and would help me to sleep and help with my anxiety . i told him what had happened to me as a young boy and how the mental health dr gave me anti depressants and i almost committed suicide, he said that he knew what was better for me than i did. i went and got me another dr. I apologize for the rambling  and jumping from one subject or situation in my life your honor but i recently had a stroke and now i stutter .my brain just does not work right on this medication i can barely type;. I tore some ligaments in my right ankle last february  while working for the dept of labor on the census.i really gave people a reason to not like me huh ! the surgeon did great but the anathesiologist severed my siatic nerve in my leg doing the nerve block . i have severe pain and and the feeling like my toes are swollen all the time . i have to take lyrica 3 times a day and tramadol 3 times a day for the rest of my life .it has ruined my already screwed up life.since 12/5/2005 i have been the care taker of my wife. she was attacked at the hospital the day after my birthday . i had to quit my job as a power transmission specialist in order to keep them from putting her in a home . the hardest part has been watching her deteriorate for the last 16 years come this december. my adjuster is refusing to expand my claim to include the neuropathy pain in my foot. this week congress woman virgina fox is doing a congressional inquisition to see  if my adjuster is even sending the letters from ,my surgeon and the nerve conduction test that proved i really do suffer every day from permanent nerve damage into the dept of labor or if she is just trying to keep the cost of the claim down,  so please forgive the spelling errors and the rambling of a man that is just about done in this world and just wanted someone to know what happened to him a long time ago. after my parents died and my attacker died i realized that if i died before telling someone one then as far as the world would ever know , he would have won and i would have done just as he told me to . never tell anybody or i will make you regret it and nobody will believe you anyway is what he told me.

God bless you your honor and thanks for at least trying to bring some justice and closure to all of us, please do not feel guilty when it goes all to hell and you feel like you failed. I think honestly it was doomed from the start.BSA just had  better lawyers that"s  all. In all trials somebody has to lose and somebody has to win.Sadly this time it will be 80 some thousand victims



Judge Laurie Selber Silverstein
United States Bankruptcy Court
824 North Market Street
6th Floor
Wilmington, DE 19801