# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **BOY SCOUTS OF AMERICA** : | |
| **AND DELAWARE BSA, LLC** : | |
| : | **Case No. 20-10343 (LSS)** |
| Debtors.[1] : | **(Jointly Administered)** |
| : | |
| : | **Re: Docket No. 6450** |
| : | |

## JOINDER OF MUNICH REINSURANCE AMERICA, INC. TO PROPOUNDING INSURERS' INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO THE DEBTORS

Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company ("Munich Re"), hereby joins in the following discovery directed to the debtors, as if separately served by Munich Re:

1. "Propounding Insurers' First Requests for Production of Documents Directed to Debtors," dated September 30, 2021; and

2. **"**Propounding Insurers' First Set of Requests for Admissions Directed to Debtors," dated September 30, 2021.

**DILWORTH PAXSON LLP**

By: */s/ Thaddeus J. Weaver*
Thaddeus J. Weaver (Id. No. 2790)
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 571-8867 (telephone)
(302) 655-1480 (facsimile)
tweaver@dilworthlaw.com

and

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's Federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

1

122499349v1

2

|  |  |
|---|---|
| Dated: October 6, 2021 | William E. McGrath, Jr. (Admitted PHV)<br>**DILWORTH PAXSON LLP**<br>2 Research Way, Suite 103<br>Princeton, NJ  08540<br>(609) 924-6000 (telephone)<br>(215) 893-8537 (facsimile)<br>wmcgrath@dilworthlaw.com<br><br>*Attorneys for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company* |

2

122499349v1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 6, 2021, he caused a true, correct and complete copy of the foregoing to be served via the Court's CM/ECF system on all parties of record who have appeared in the above-captioned matter, and via electronic mail on the following counsel:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Paige N. Topper, Esquire
Michelle M. Fu, Esquire
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnicholas.com
mfu@morrisnichols.com

*Counsel for Debtors and Debtors in Possession*

HAYNES AND BOONE, L.L.P.
Ernest Martin, Jr., Esquire
Adrian Azer, Esquire
Carla Green, Esquire
2323 Victory Ave., Suite 700
Dallas, TX  75219
ernest.martin@haynesboone.com
adrian.azer@haynesboone.com
carla.green@haynesboone.com

*Counsel for Debtors and Debtors in Possession*

WHITE & CASE LLP
Michael C. Andolina, Esquire
Matthew E. Linder, Esquire
Laura E. Baccash, Esquire
Blair M. Warner, Esquire
111 South Wacker Drive
Chicago, IL  60606
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

*Counsel for Debtors and Debtors in Possession*

WHITE & CASE LLP
Jessica C. Lauria, Esquire
1221 Avenue of the Americas
New York, NY  10020
Jessica.lauria@whitecase.com

*Counsel for Debtors and Debtors in Possession*

**DILWORTH PAXSON LLP**

By: */s/ Thaddeus J. Weaver*
Thaddeus J. Weaver (Id. No. 2790)
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031
(302) 571-8867 (telephone)
(302) 655-1480 (facsimile)
tweaver@dilworthlaw.com
*Attorneys for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company*

122499349v1