IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Joint Administered) |
| Debtors. | Docket No: 6366 |

### NOTICE OF WITHDRAW OF MOTION OF "JOHN DOE" TO PERMIT FILING OF PROOF OF CLAIM AFTER BAR DATE

PLEASE TAKE NOTICE that "John Doe's" Motion to Permit Filing of Proof of Claim After Bar Date, Docket No.: 6366, is withdrawn.

DATED: 10/7/21

/s/ Tiffany Poole
Tiffany Poole (No. 3860)
Poole, Mensinger, Cutrona & Ellsworth-Aults
2710 Centerville Road, Suite 101
Wilmington, DE  19808
Phone:  302-428-0100
Email:  tpoole@pmcelaw.com
*Counsel for "John Doe"*