# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Joint Administered) |

## CERTIFICATE OF SERVICE OF NOTICE TO WITHDRAWL MOTION OF "JOHN DOE" TO PERMIT FILING OF PROOF OF CLAIM AFTER BAR DATE

I, Tiffany Poole, hereby certify that on October 7, 2021, I did cause to be transmitted true and correct copies of the Notice of Withdraw of Motion of "John Doe" to Permit Filing of Proof of Claims after Bar Date (the "Motion") as follows:

(i)     Service via CM/ECF on those parties who have registered and become a CM/ECF user in these cases in accordance with Del. Bankr. L.R. 5005-1(c)(ii);

(ii)    Transmission in accordance with Del. Bankr. L.R. 9036-1(b) upon counsel to the Debtors, counsel to the Office of the United State Trustee, counsel to the Official Committee of Unsecured Creditors, and Counsel to the Official Committee of Tort Claimants as indicated on the attached service list; and

(iii)   Service via First Class Mail in accordance with Fed. R. Bankr. R. 9014 and 7004 and Del. Bankr. L.R. 9006-1(c) upon the parties indicated on the attached service list.

DATED: 10/7/21

/s/ Tiffany Poole
Tiffany Poole (No. 3860)
Poole, Mensinger, Cutrona & Ellsworth-Aults
2710 Centerville Road, Suite 101
Wilmington, DE  19808
Phone:  302-428-0100
Fax:  302-428-0265
Email:  tpoole@pmcelaw.com
*Counsel for "John Doe"*