IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 5, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Debtors' Statement of Amounts Paid to Ordinary Course Professionals for the Period From June 1, 2021, to and Including August 31, 2021 [Docket No. 6499]**

Dated: October 7, 2021

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 7th day of October, 20 21, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public   California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **EXHIBIT A**

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Name | Address | Attention | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Counsel to Future Claimants' Representative | Gilbert LLP | | Jasmine Chalashtori | chalashtorij@gilbertlegal.com | Email |
| *NOA - Counsel to Future Claimants' Representative | Gilbert LLP | | Kyle Dechant | dechantk@gilbertlegal.com | Email |
| *NOA - Counsel to Future Claimants' Representative | Gilbert LLP | | Emily Grim | grime@gilbertlegal.com | Email |
| *NOA - Counsel to Future Claimants' Representative | Gilbert LLP | | Rachel Jennings | jenningsr@gilbertlegal.com | Email |
| *NOA - Counsel to Future Claimants' Representative | Gilbert LLP | | Meredith Neely | neelym@gilbertlegal.com | Email |
| *NOA - Counsel to Future Claimants' Representative | Gilbert LLP | | Kami Quinn | quinnk@gilbertlegal.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | | David E. Blabey Jr. | dblabey@kramerlevin.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | | Jennifer R. Sharret | jsharret@kramerlevin.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | | Megan M. Wasson | mwasson@kramerlevin.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | | Rachael Ringer | rringer@kramerlevin.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | | Thomas Moers Mayer | tmayer@kramerlevin.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright US LLP | | Kristian W. Gluck | kristian.gluck@nortonrosefulbright.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | | Louis R. Strubeck | louis.strubeck@nortonrosefulbright.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright US LLP | | Ryan E. Manns | ryan.manns@nortonrosefulbright.com | Email |
| Core Parties | Office of the United States Trustee | 844 King St, Suite 2207 Lockbox 35 Wilmington, DE 19801 | David L. Buchbinder Hannah Mufson McCollum | david.l.buchbinder@usdoj.gov hannah.mccollum@usdoj.gov | Email First Class Mail |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones | | James E. O'Neill | joneill@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones | | James Stang | jstang@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones | | Robert B. Orgel | rorgel@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | | Ilan D. Scharf | ischarf@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | | John W. Lucas | jlucas@pszjlaw.com | Email |
| Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | | Iain Nasatir | inasatir@pszjlaw.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Creditors | Reed Smith LLP | | Mark W. Eckard | meckard@reedsmith.com | Email |
| *NOA - Counsel to the Committee of Unsecured Creditors | Reed Smith LLP | | Kurt F. Gwynne | kgwynne@reedsmith.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, National Association | Womble Bond Dickinson (US) LLP | | Matthew P. Ward | matthew.ward@wbd-us.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, National Association | Womble Bond Dickinson (US) LLP | | Morgan L. Patterson | morgan.patterson@wbd-us.com | Email |
| Core Parties - Counsel to the Prepetition Future Claimants' | Young Conaway Stargatt & Taylor | | Edwin J. Harron | eharron@ycst.com | Email |
| Core Parties - Counsel to the Prepetition Future Claimants' | Young Conaway Stargatt & Taylor | | James L. Patton, Jr | jpatton@ycst.com | Email |
| Core Parties - Counsel to the Prepetition Future Claimants' | Young Conaway Stargatt & Taylor | | Robert S. Brady | rbrady@ycst.com | Email |