**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**RE: D.I. 2618 & 6494** |

**CERTIFICATION OF COUNSEL REGARDING ORDER (I) SCHEDULING CERTAIN DATES AND DEADLINES IN CONNECTION WITH CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION, (II) ESTABLISHING CERTAIN PROTOCOLS, AND (III) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On April 14, 2021, the Debtors filed the *Debtors' Motion for Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* (D.I. 2618) (the "Motion"). The proposed order filed with the Motion contained a proposed schedule in connection with confirmation of the Debtors' plan of reorganization.

2. On September 28, 2021, the Court set January 24, 2022 as the start date for the confirmation hearing in these cases.

3. On October 5, 2021, the Debtors filed a revised form of order based on the January 24, 2022 confirmation hearing date (D.I. 6474-1). Certain insurers, including Century, requested that certain language be added to the order. The requested language provided, among

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

other things, that Century's objections to the dates in the order had been overruled. The Debtors filed a new form of order containing this language (D.I. 6494-1).

    4.  Later on October 5, 2021, the Court conducted a hearing (the "Hearing") on the proposed order for the Motion. The Court approved the order but requested that the Debtors add certain language. The Debtors have revised the proposed form of order for the Motion (the "Proposed Order"), which is attached hereto as **Exhibit A**. For the convenience of the Court and all parties in interest, a redline of the Proposed Order marked against the form of order filed under certification of counsel on October 5, 2021, at D.I. 6494, is attached hereto as **Exhibit B**.

    5.  On October 7, 2021, the Debtors circulated the Proposed Order to, among other parties, the Certain Insurers, Century, the TCC, the UCC, the FCR, the Coalition and the U.S. Trustee. Despite having previously agreed to the form of order, Century asserted a new objection to the deadline for serving written discovery and requested that the Proposed Order be modified to move the deadline for service of written discovery from October 8, 2021, to October 19, 2021. No other party has objected to entry of the Proposed Order.

    WHEREFORE, the Debtors respectfully request that the Court overrule Century's objection and enter the Proposed Order attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: October 7, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4664<br>Email: dabbott@morrisnichols.com<br>          aremming@morrisnichols.com<br>          ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (*admitted pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice)*<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>          mlinder@whitecase.com<br>          laura.baccash@whitecase.com<br>          blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |