# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> **Re: D.I. 6450** |

## JOINDER OF TRADERS AND PACIFIC INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, AND ENDURANCE AMERICAN INSURANCE COMPANY TO PROPOUNDING INSURERS' REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS DIRECTED TO THE DEBTORS

Trader and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company, by and through undersigned counsel, hereby join in the following discovery requests directed to the above-captioned Debtors, as if they separately served such requests:

1. "Propounding Insurers' First Requests for Production of Documents Directed to Debtors," dated September 30, 2021;

2. "Propounding Insurers' First Set of Requests for Admissions Directed to Debtors," dated September 30, 2021.

[*Remainder of page intentionally left blank.*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2

| | |
|---|---|
| Dated: October 8, 2021 | COZEN O'CONNOR |

*/s/ Marla S. Benedek*
Marla S. Benedek (No. 6638)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2024
Facsimile: (302) 250-4498
Email: mbenedek@cozen.com

*Counsel to Trader and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company*

LEGAL\54566025\2 09859.0004.000/514289.000