# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | Related to Docket No. 6450 |

## JOINDER OF ARCH INSURANCE COMPANY TO PROPOUNDING INSURERS' INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO THE DEBTORS

Arch Insurance Company hereby joins in the following discovery directed to the Debtors, as if separately served by Arch Insurance Company:

1. "Propounding Insurers' First Requests for Production of Documents Directed to Debtors," dated September 30, 2021; and

2. "Propounding Insurers' First Set of Requests for Admissions Directed to Debtors," dated September 30, 2021.

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, DE  19899 (courier 19801)
302-652-8400

and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

        Ronald P. Schiller
Matthew A. Hamermesh
Sharon F. McKee
Elizabeth C. Dolce
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568 6200
(215) 568 0300 facsimile
rschiller@hangley.com
mhamermesh@hangley.com
smckee@hangley.com
edolce@hangley.com

*Attorneys for Arch Insurance Company*

October 8, 2021