# CERTIFICATE OF SERVICE

I certify that on this 8th day of October 2021, I have served the foregoing ***JOINDER OF ARCH INSURANCE COMPANY TO PROPOUNDING INSURERS' INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO THE DEBTORS*** by email on the parties listed below. All other parties who have signed up for electronic filing in this case will be served via CM/ECF.

Stamatios Stamoulis, Esquire
STAMOULIS & WEINBLATT LLC
800 N. West Street Third Floor
Wilmington, Delaware 19801
stamoulis@swdelaw.com

O'MELVENY & MYERS LLP
Tancred Schiavoni, Esquire
Daniel Shamah, Esquire
Times Square Tower
7 Times Square
New York, New York 10036
tschiavoni@omm.com
dshamah@omm.com

Bruce W. McCullough, Esquire
BODELL BOVÉ, LLC
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Email: bmccullough@bodellbove.com

Bruce D. Celebrezze, Esquire
CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Email:  bruce.celebrezze@clydeco.us

Konrad R. Krebs, Esquire
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Email:  Konrad.krebs@clydeco.com

David Christian, Esquire
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 1400
Chicago, IL 60602
Email: dchristian@dca.law

Robert D. Cecil, Jr., Esquire
Tybout, Redfearn & Pell
750 Shipyard Drive, Suite 400
Wilmington, Delaware 19899-2092
E-mail: rcecil@trplaw.com

Mark D. Plevin, Esquire
Kevin D. Cacabelos, Esquire
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
E-mail: mplevin@crowell.com
kcacabelos@crowell.com

Clifford J. Zatz, Esquire
Tacie H. Yoon, Esquire
Rachel A. Jankowski, Esquire
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Email: tyoon@crowell.com
czatz@crowell.com
rjankowski@crowell.com

Carl Kunz, III, Esquire
MORRIS JAMES LLP

500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Email:ckunz@morrisjames.com

Margaret M. Anderson, Esquire
Adam A. Hachikian, Esquire
FOX SWIBEL LEVIN & CARROLL LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Email: panderson@foxswibel.com
ahachikian@foxswibel.com

Michael J. Joyce, Esquire
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

Kevin Coughlin, Esquire
Lorraine Armenti, Esquire
Michael Hrinewski, Esquire
COUGHLIN MIDLIGE & GARLAND, LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
larmenti@cmg.law
mhrinewski@cmg.law

Britton C. Lewis, Esquire
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC 27401
bcl@crlaw.com

Douglas R. Gooding, Esquire
Jonathan D. Marshall, Esquire
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA 02110
dgooding@choate.com
jmarshall@choate.com

Kim V. Marrkand, Esquire
Laura Bange Stephens, Esquire
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC
One Financial Center Boston, MA 0211
KVMarrkand@mintz.com
LBStephens@mintz.com

David M. Fournier, Esquire
Marcy J. McLaughlin Smith, Esquire
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
david.fournier@troutman.com
marcy.smith@troutman.com

and

Harris B. Winsberg, Esquire
Bank of America Plaza
600 Peachtree Street NE
Suite 3000 Atlanta, GA 30308
harris.winsberg@troutman.com
Margaret H. Warner, Esquire
Ryan S. Smethurst, Esquire
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
mwarner@mwe.com
rsmethurst@mwe.com

Louis J. Rizzo, Jr., Esquire
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
Email: lrizzo@regerlaw.com

Matthew G. Summers, Esquire
Chantelle D. McClamb, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
E-mail: summersm@ballardspahr.com
mcclambc@ballardpshar.com

Harry Lee, Esquire
John O'Connor, Esquire
Brett Grindrod, Esqiure
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
E-mail: hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com

Gary P. Seligman, Esquire
Ashley L. Criss, Esquire
Wiley Rein llp
1776 K Street, N.W.
Washington, DC 20006
E-mail: gseligman@wiley.law,
acriss@wiley.law

Maria Aprile Sawczuk, Esquire
Goldstein & McClintock LLLP
501 Silverside Road
Wilmington, DE 19809
marias@goldmclaw.com

Laura McNally, Esquire
Emily Stone, Esquire
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
lmcnally@loeb.com
estone@loeb.com

Derek C. Abbott, Esquire
Michelle Fu, Esquire
Joseph Charles Barsalona II, Esquire
Matthew O Talmo, Esquire
Paige Noelle Topper, Esquire
Andrew R. Remming, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: dabbott@mnat.com
mfu@mnat.com
jbarsalona@mnat.com
mtalmo@mnat.com
ptopper@mnat.com
aremming@mnat.com

Adrian C. Azer, Esquire
HAYNES & BOONE, LLP
800 17th Street NW
Suite 500
Washington, DC 20006
Email: adrian.azer@haynesboone.com

Laura E. Baccash, Esquire
Erin Rosenberg, Esquire
Blair M. Warner, Esquire
WHITE & CASE LLP
111 South Wacker Drive
Chicago, IL 60606-4302
Email: laurabaccash@whitecase.com
erin.rosenberg@whitecase.com
blair.warner@whitecase.com

Samuel Paul Hershey, Esquire
Glenn M. Kurtz, Esquire
Robert E. Tiedemann, III
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Email: sam.hershey@whitecase.com

gkurtz@whitecase.com
rtiedemann@whitecase.com

Karim Basaria, Esquire
James W Ducayet, Esquire
Bojan Guzina, Esquire
Thomas A. Labuda, Jr.
Andrew Fotre O'Neill, Esquire
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Email: kbasaria@sidley.com
  jducayet@sidley.com
  bguzina@sidley.com
  tlabuda@sidley.com
  aoneill@sidley.com

William E. Curtin, Esquire
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Email: wcurtin@sidley.com

David L. Buchbinder
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov

Hannah Mufson McCollum
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: hannah.mccollum@usdoj.gov


*/s/ Kathleen M. Miller*
Kathleen M. Miller (DE ID 2898)