**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**JOINDER OF LIBERTY MUTUAL INSURANCE COMPANY
TO CENTURY'S SUBPOENA TO BATES WHITE, LLC TO PRODUCE
<u>DOCUMENTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 34 AND 45</u>**

Liberty Mutual Insurance Company, together with its affiliates and subsidiaries (collectively, "Liberty"), hereby joins in the *Subpoena to Produce Documents Pursuant to Federal Rules of Civil Procedure 34 and 45*, dated as of October 8, 2021, propounded by Century Indemnity Company, and directed to Bates White, LLC, as if separately served by Liberty.

[*Remainder of Page Intentionally Left Blank*]

10514549

| | |
|---|---|
| Dated:  October 8, 2021<br>Wilmington, Delaware | SEITZ, VAN OGTROP & GREEN, P.A.<br><br>/s/ R. Karl Hill<br>R. Karl Hill (Del. Bar No. 2747)<br>222 Delaware Avenue<br>Suite 1500<br>Wilmington, Delaware 19801<br>Telephone: (302) 888-0600<br>Email: khill@svglaw.com<br><br>-and-<br><br>Douglas R. Gooding (admitted *pro hac vice*)<br>Jonathan D. Marshall (admitted *pro hac vice*)<br>CHOATE HALL & STEWART, LLP<br>Two International Place<br>Boston, MA 02110<br>Telephone: (617) 248-5000<br>dgooding@choate.com<br>jmarshall@choate.com<br><br>-and-<br><br>Kim V. Marrkand (admitted *pro hac vice*)<br>Laura Bange Stephens (admitted *pro hac vice*)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC<br>One Financial Center<br>Boston, MA 0211<br>Telephone: (617) 542-6000<br>KVMarrkand@mintz.com<br>LBStephens@mintz.com<br><br>*Counsel to Liberty Mutual Insurance Company* |