# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

I, BRUCE W. McCULLOUGH, hereby certify that on this date I served a copy of (1) Propounding Insurers' First Set of Interrogatories Directed to The Coalition of Abused Scouts for Justice, (2) Propounding Insurers' First Requests for Production of Documents Directed to The Coalition of Abused Scouts for Justice, and (3) this Notice of Service on the following by email:

MONZACK MERSKY & BROWDER, P.A.
Rachel Mersky, Esq.
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
E-mail: rmersky@monlaw.com

BROWN RUDNICK LLP
David J. Molton, Esq.
Eric R. Goodman, Esq.
Seven Times Square
New York, New York 10036
E-mail: dmolton@brownrudnick.com
E-mail: egoodman@brownrudick.com

Sunni P. Beville, Esq.
Tristan G. Axelrod, Esq.
One Financial Center
Boston, MA 02111
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

Dated: October 8, 2021

**BODELL BOVÉ, LLC**

/s/ Bruce W. McCullough
Bruce W. McCullough (Del. ID 3112)
1225 N. King Street, Suite 1000
Wilmington, DE 19801-3250
Telephone: (302) 655-6749
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*