**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. No. 2618, 6520, 6528 |

**NOTICE OF INTENT OF LUJAN CLAIMANTS
TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS**

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528] (the "Confirmation Scheduling Order"), the Tort Claimants represented by Lujan & Wolff LLP ("Lujan Claimants")[2] hereby provide notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, Lujan Claimants agree to comply with the deadlines set forth therein and the terms of the Order Approving Confidentiality and Protective Order [D.I. 799].

1. The address of Lujan Claimants[3] is:

   Lujan Claimants
   c/o Lujan & Wolff LLP
   238 Archbishop Flores St.
   Suite 300, DNA Bldg.
   Hagatna, Guam 96910

2. Lujan Claimants' claims against the Debtors are set forth in the proof of claim numbers in attached Appendix A and are as follows: claims for child sexual abuse.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.
[2] See attached Appendix A, which lists the Sexual Abuse Survivor Proof of Claim numbers for Lujan Claimants.
[3] Parties who represent abuse survivors may use "John Doe" or another identifier to protect the identity of the survivor.

1

3. The names and addresses of counsel to Lujan Claimants are:

Lujan & Wolff LLP
Delia Lujan Wolff
David J. Lujan
238 Archbishop Flores St.
Suite 300, DNA Bldg.
Hagatna, Guam 96910

Loizides, P.A.
Christopher D. Loizides
1225 North King Street, Suite 800
Wilmington, DE 19801

Dated: October 8, 2021                    Respectfully Submitted,

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 North King Street, Suite 800
Wilmington, DE 19801
Phone: 302.654.0248
Email: loizides@loizides.com

and

LUJAN & WOLFF LLP

/s/ Delia Lujan Wolff
Delia Lujan Wolff
Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910
Phone: (671) 477-8064/5
Facsimile: (671) 477-5297
Email:  dslwolff@lawguam.com

*Attorneys for Lujan Claimants*

# APPENDIX A

The foregoing Notice of Intent of Lujan Claimants to Participate in Plan Confirmation Proceedings was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by Lujan & Wolff LLP. The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim, including amendments thereto.

| | | | | |
|---|---|---|---|---|
| **248** | **2991** | **6824** | **25063** | **79403** |
| **1551** | **3051** | **7976** | **25069** | **79769** |
| **1670** | **3120** | **7977** | **33028** | **80328** |
| **1677** | **3385** | **8037** | **35352** | **80655** |
| **1746** | **3610** | **8038** | **35354** | **80982** |
| **1757** | **3612** | **10548** | **38591** | **87715** |
| **1765** | **3614** | **11250** | **40889** | **87757** |
| **1913** | **3616** | **11251** | **40890** | **96418** |
| **1953** | **4855** | **14187** | **45700** | **96419** |
| **2003** | **4857** | **15104** | **45702** | **103377** |
| **2010** | **4859** | **15139** | **48168** | **103378** |
| **2011** | **5646** | **17480** | **58317** | **4858** |
| **2394** | **5646** | **18860** | **58370** | **4860** |
| **2403** | **5648** | **18873** | **67267** | |
| **2433** | **5655** | **22872** | **67286** | |
| **2597** | **6432** | **22873** | **67293** | |
| **2840** | **6434** | **22874** | **73585** | |
| **2885** | **6823** | **23388** | **73607** | |