IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10342 (LSS)<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF INTENT OF KENTUCKY CREDITORS TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS

In accordance with the Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief ("The Confirmation Scheduling Order"), the Kentucky Creditors who are creditors in this case based on their unliquidated claims for abuse, hereby provide notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, the Kentucky Creditors agree to comply with the deadlines set forth therein and the terms of the Order Approving Confidentiality and Protective Order [D.I. 799].

1. The address of the Kentucky Creditors, who are identified by their initials N.C., K.W., C.F., B.L., A.F. and A.S. is:

   N.C., K.W., C.F., B.L., A.F. and A.S.
   c/o Thomas Law Offices, PLLC
   9418 Norton Commons Blvd, Suite 200
   Louisville, Kentucky 40059

2. The Kentucky Creditors' claims are set forth in proof of claims numbers 69218, 70563, 70583, 70584, 70609, and 70584. They are also defendants in adversary proceeding in this court in case no. 20-50527.

3. The names and addresses of counsel for the Kentucky Creditors are:

Raeann Warner
Jacobs & Crumplar, P.A.
750 Shipyard Dr., Suite 200
Wilmington, Delaware 19801

Louis C. Schneider, Esq.
Thomas Law Offices, PLLC
250 East Fifth Street, Suite 440
Cincinnati, Ohio 45202

Tad Thomas, Esq.
Thomas Law Offices, PLLC
9418 Norton Commons Blvd, Suite 200
Louisville, Kentucky 40059


Dated: October 8, 2021

/s/ Louis C. Schneider, Esq.
Louis C. Schneider, Esq. (admitted *pro hac vice*)

/s/ Raeann Warner, Esq.
Raeann Warner, Esq. (# 4931)


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served this 8th day of October, 2021 upon counsel for Boy Scouts of America and Delaware BSA, LLC via electronic mail.

*/s/ Louis C. Schneider, Esq.*
Louis C. Schneider, Esq. (admitted *pro hac vice*)

*/s/ Raeann Warner, Esq.*
Raeann Warner, Esq. (# 4931)