# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10342 (LSS) |
| Debtors. | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| BOY SCOUTS OF AMERICA, | |
| Plaintiff, | Adv. Pro. No. 20-50527 (LSS) |
| v. | |
| A.A., *et al.,* | |
| Defendants. | |

## NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM

Counsel for the Kentucky Creditors in the above-referenced proceeding hereby provides notice of issuance of the attached subpoena duces tecum directed to Alvarez and Marshal North America, LLC.

Respectfully submitted,

*/s/ Louis C. Schneider, Esq.*
Louis C. Schneider, Esq.
THOMAS LAW OFFICES, PLLC
250 East Fifth Street, Suite 440
Cincinnati, OH 45202
Ph: (513) 360-6480
Fax: (502) 495-3943
Lou.schneider@thomaslawoffices.com
*Attorney for the Kentucky Creditors*
*Admitted Pro Hac Vice*

/s/Raeann Warner, Esq.
Raeann Warner, Esq. (#4931)
Jacobs & Crumplar, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
Telephone: (302) 656-5445
Facsimile: (302) 656-5875
E-mail: Raeann@jcdelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 8th day of October, 2021 upon Alvarez and Marshal North America, LLC via electronic mail.

/s/ Louis C. Schneider, Esq.
Louis C. Schneider, Esq.


/s/Raeann Warner, Esq.
Raeann C. Warner, Esq. (# 4931)