IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10342 (LSS) <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |
| BOY SCOUTS OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> A.A., *et al.,* <br><br> Defendants. | Adv. Pro. No. 20-50527 (LSS) |

**NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM**

Counsel for the Kentucky Creditors in the above-referenced proceeding hereby provides notice of issuance of the attached subpoena duces tecum directed to J.P. Morgan Chase Bank, N.A.

    Respectfully submitted,
    */s/ Louis C. Schneider, Esq.*
    Louis C. Schneider, Esq.
    THOMAS LAW OFFICES, PLLC
    250 East Fifth Street, Suite 440
    Cincinnati, OH 45202
    Ph: (513) 360-6480
    Fax: (502) 495-3943
    Lou.schneider@thomaslawoffices.com
    *Attorney for the Kentucky Creditors*
    *Admitted Pro Hac Vice*

/s/Raeann Warner, Esq.

Raeann Warner, Esq. (#4931)
Jacobs & Crumplar, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
Telephone: (302) 656-5445
Facsimile: (302) 656-5875
E-mail: Raeann@jcdelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 8th day of October, 2021 upon counsel for J.P. Morgan Chase.

/s/ Louis C. Schneider, Esq.
Louis C. Schneider, Esq.


/s/Raeann Warner, Esq.
Raeann C. Warner, Esq. (# 4931)