# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered)<br>Re: Docket No. 6528 |

## NOTICE OF INTENT OF HURLEY MCKENNA & MERTZ (HMM) SURVIVORS TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [Docket No. 6528] (the "Confirmation Scheduling Order") HMM Survivors, hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). The HMM Survivors are approximately 4,000 men that suffered sexual abuse in connection with Scouting. Pursuant to the Confirmation Scheduling Order, HMM Survivors agree to comply with the deadlines set forth therein and the terms of the *Order Approving Confidentiality and Protective Order* [Docket No. 799].

The address of the HMM Survivors is:

Hurley McKenna & Mertz, P.C.
20 S. Clark St. Suite 2250
Chicago, IL 60603

1. The HMM Survivors' claims against the Debtors are set forth in proof of claim numbers attached hereto as Exhibit A.

2. The names and addresses of counsel to HMM Survivors are undersigned counsel and include the following:

HURLEY McKENNA & MERTZ, P.C.
Christopher T. Hurley (admitted p*ro hac vice*)
Evan M. Smola (admitted p*ro hac vice*)
20 S. Clark St. Suite 2250
Chicago, IL 60603
Telephone      (312) 553-4900
Facsimile       (312) 553-0964
Email: churley@hurley-law.com;
         esmola@hurley-law.com

DATED: October 8, 2021                Respectfully Submitted,

By: */s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Email: sveghte@klehr.com

-And-

*/s/ Evan M. Smola*
**HURLEY McKENNA & MERTZ, P.C.**
Christopher T. Hurley (admitted p*ro hac vice*)
Evan M. Smola (admitted p*ro hac vice*)
20 S. Clark St. Suite 2250
Chicago, IL 60603
Telephone      (312) 553-4900
Facsimile       (312) 553-0964
Email: churley@hurley-law.com;
         esmola@hurley-law.com

*Counsel to the Hurley McKenna & Mertz Surviviors*