Exhibit A

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SA-19635 | SA-3164 | SA-3387 | SA-1906 | SA-3264 | SA-1128 | SA-28744 | SA-23623 | SA-49600 | SA-28107 |
| SA-1285 | SA-2481 | SA-1925 | SA-1654 | SA-26761 | SA-558 | SA-15311 | SA-502 | SA-24653 | SA-31040 |
| SA-23841 | SA-3479 | SA-5813 | SA-17171 | SA-138 | SA-22207 | SA-23801 | SA-16501 | SA-5997 | SA-83603 |
| SA-14087 | SA-85648 | SA-16451 | SA-9805 | SA-2430 | SA-33520 | SA-1281 | SA-5820 | SA-63740 | SA-7528 |
| SA-1900 | SA-28460 | SA-34810 | SA-83508 | SA-17177 | SA-28640 | SA-1304 | SA-36336 | SA-14103 | SA-1911 |
| SA-14083 | SA-19041 | SA-2455 | SA-570 | SA-86117 | SA-2094 | SA-1000 | SA-3417 | SA-2308 | SA-31037 |
| SA-15136 | SA-14411 | SA-65569 | SA-1508 | SA-27550 | SA-19082 | SA-1323 | SA-7050 | SA-47536 | SA-1086 |
| SA-14092 | SA-16154 | SA-5539 | SA-1576 | SA-2149 | SA-22004 | SA-7529 | SA-22756 | SA-5857 | SA-3140 |
| SA-14414 | SA-84187 | SA-28118 | SA-16660 | SA-31047 | SA-22757 | SA-26715 | SA-16736 | SA-14126 | SA-62724 |
| SA-23799 | SA-91102 | SA-23655 | SA-28437 | SA-23835 | SA-3986 | SA-2629 | SA-1133 | SA-63675 | SA-64432 |
| SA-11755 | SA-1476 | SA-18153 | SA-2071 | SA-15895 | SA-41098 | SA-1367 | SA-83463 | SA-31824 | SA-2826 |
| SA-26723 | SA-19240 | SA-7088 | SA-87393 | SA-7079 | SA-2965 | SA-23825 | SA-1048 | SA-19170 | SA-41054 |
| SA-16383 | SA-11981 | SA-54056 | SA-45822 | SA-2324 | SA-26760 | SA-1781 | SA-557 | SA-24512 | SA-61123 |
| SA-50512 | SA-10661 | SA-2180 | SA-60396 | SA-59007 | SA-3064 | SA-18288 | SA-19486 | SA-36352 | SA-4070 |
| SA-2895 | SA-6009 | SA-7505 | SA-5954 | SA-63606 | SA-3415 | SA-16147 | SA-4075 | SA-22012 | SA-2044 |
| SA-87401 | SA-16435 | SA-24349 | SA-16396 | SA-31017 | SA-45829 | SA-1948 | SA-19220 | SA-32022 | SA-3170 |
| SA-5712 | SA-1403 | SA-9796 | SA-11524 | SA-87283 | SA-5636 | SA-1691 | SA-43341 | SA-21267 | SA-17188 |
| SA-26770 | SA-19131 | SA-5738 | SA-3983 | SA-28465 | SA-15284 | SA-3265 | SA-1554 | SA-24544 | SA-2174 |
| SA-1886 | SA-5707 | SA-28736 | SA-24518 | SA-484 | SA-1726 | SA-6008 | SA-1330 | SA-16077 | SA-7521 |
| SA-37862 | SA-1729 | SA-1435 | SA-19062 | SA-584 | SA-27553 | SA-1451 | SA-14111 | SA-18995 | SA-5987 |
| SA-40016 | SA-5715 | SA-5979 | SA-27512 | SA-19449 | SA-5805 | SA-27711 | SA-1915 | SA-30703 | SA-27441 |
| SA-7511 | SA-22019 | SA-31458 | SA-36353 | SA-30959 | SA-16562 | SA-3232 | SA-5629 | SA-2441 | SA-1316 |
| SA-4077 | SA-48695 | SA-31465 | SA-2532 | SA-1432 | SA-3173 | SA-91491 | SA-16549 | SA-34209 | SA-16437 |
| SA-16318 | SA-9807 | SA-2423 | SA-36747 | SA-3075 | SA-4025 | SA-16324 | SA-16560 | SA-30715 | SA-15897 |
| SA-72 | SA-2890 | SA-31411 | SA-7531 | SA-59138 | SA-3056 | SA-1509 | SA-76751 | SA-30951 | SA-2767 |
| SA-3175 | SA-49477 | SA-1727 | SA-4056 | SA-27809 | SA-3253 | SA-1683 | SA-84037 | SA-27852 | SA-1328 |
| SA-85968 | SA-90 | SA-3037 | SA-2480 | SA-49479 | SA-18056 | SA-5865 | SA-91151 | SA-1802 | SA-31341 |
| SA-43377 | SA-16491 | SA-16162 | SA-7532 | SA-22900 | SA-22009 | SA-1521 | SA-21155 | SA-91252 | SA-59795 |
| SA-27842 | SA-1721 | SA-18146 | SA-1917 | SA-16836 | SA-19293 | SA-3967 | SA-84173 | SA-58341 | SA-1883 |
| SA-85539 | SA-26732 | SA-85811 | SA-14098 | SA-63648 | SA-16320 | SA-22001 | SA-7530 | SA-85881 | SA-28115 |
| SA-1870 | SA-58776 | SA-26755 | SA-36696 | SA-63548 | SA-28719 | SA-1457 | SA-3176 | SA-87329 | SA-7141 |
| SA-3810 | SA-2208 | SA-3255 | SA-3240 | SA-2495 | SA-27753 | SA-1401 | SA-1428 | SA-1740 | SA-76761 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SA-24652 | SA-58343 | SA-2651 | SA-23541 | SA-41064 | SA-33580 | SA-26726 | SA-49598 | SA-15985 | SA-28197 |
| SA-87214 | SA-47471 | SA-1347 | SA-30965 | SA-2005 | SA-1688 | SA-16693 | SA-26730 | SA-16824 | SA-3495 |
| SA-564 | SA-1924 | SA-5870 | SA-8 | SA-48696 | SA-27305 | SA-1342 | SA-27818 | SA-15125 | SA-19039 |
| SA-5855 | SA-3158 | SA-19028 | SA-2781 | SA-5936 | SA-16314 | SA-1390 | SA-2330 | SA-92812 | SA-36345 |
| SA-24354 | SA-19038 | SA-19030 | SA-28740 | SA-22807 | SA-25493 | SA-91277 | SA-16639 | SA-28515 | SA-5744 |
| SA-26772 | SA-19717 | SA-31344 | SA-24548 | SA-148 | SA-21216 | SA-16651 | SA-36776 | SA-3425 | SA-83516 |
| SA-63669 | SA-23543 | SA-83675 | SA-18326 | SA-15314 | SA-31304 | SA-25438 | SA-24508 | SA-3800 | SA-36793 |
| SA-84102 | SA-1821 | SA-10637 | SA-39945 | SA-3774 | SA-18073 | SA-54084 | SA-1891 | SA-91244 | SA-28472 |
| SA-86 | SA-18206 | SA-1273 | SA-11744 | SA-28476 | SA-18482 | SA-5739 | SA-5749 | SA-83941 | SA-24423 |
| SA-147 | SA-1664 | SA-1299 | SA-5909 | SA-23545 | SA-18219 | SA-28452 | SA-76770 | SA-19483 | SA-24029 |
| SA-2420 | SA-1356 | SA-16445 | SA-962 | SA-5740 | SA-10639 | SA-16395 | SA-4053 | SA-14395 | SA-16313 |
| SA-18259 | SA-1479 | SA-16654 | SA-31347 | SA-2446 | SA-3065 | SA-58355 | SA-24527 | SA-3485 | SA-16653 |
| SA-31042 | SA-25463 | SA-9800 | SA-19657 | SA-3455 | SA-2015 | SA-76764 | SA-1315 | SA-22887 | SA-28456 |
| SA-15277 | SA-18585 | SA-26752 | SA-5696 | SA-7135 | SA-4052 | SA-22220 | SA-7509 | SA-15991 | SA-2002 |
| SA-18537 | SA-211 | SA-1320 | SA-3459 | SA-12015 | SA-86171 | SA-49599 | SA-2822 | SA-16322 | SA-4811 |
| SA-2656 | SA-19663 | SA-7541 | SA-28477 | SA-25528 | SA-24380 | SA-22911 | SA-14410 | SA-540 | SA-18276 |
| SA-33525 | SA-63770 | SA-15999 | SA-2187 | SA-24540 | SA-1456 | SA-3263 | SA-3034 | SA-59855 | SA-21271 |
| SA-21111 | SA-27840 | SA-3465 | SA-34025 | SA-47432 | SA-31789 | SA-41040 | SA-27260 | SA-22014 | SA-76923 |
| SA-27292 | SA-14405 | SA-19157 | SA-5702 | SA-28440 | SA-83522 | SA-2979 | SA-24390 | SA-54085 | SA-22914 |
| SA-28454 | SA-16310 | SA-1518 | SA-14374 | SA-493 | SA-3405 | SA-7078 | SA-2790 | SA-30925 | SA-1966 |
| SA-15178 | SA-31472 | SA-1732 | SA-83886 | SA-85493 | SA-31747 | SA-155 | SA-26739 | SA-16645 | SA-2372 |
| SA-7120 | SA-54076 | SA-8137 | SA-84113 | SA-1275 | SA-3760 | SA-24538 | SA-23569 | SA-16647 | SA-27291 |
| SA-25435 | SA-83 | SA-24547 | SA-93556 | SA-27719 | SA-2626 | SA-43375 | SA-5695 | SA-37833 | SA-49573 |
| SA-24401 | SA-1955 | SA-1137 | SA-3291 | SA-14385 | SA-5866 | SA-85636 | SA-3507 | SA-16657 | SA-2625 |
| SA-19057 | SA-1396 | SA-12083 | SA-14387 | SA-14386 | SA-26734 | SA-19216 | SA-3041 | SA-23568 | SA-3351 |
| SA-2510 | SA-5624 | SA-1825 | SA-16071 | SA-36695 | SA-1628 | SA-3300 | SA-1268 | SA-11985 | SA-21079 |
| SA-543 | SA-1121 | SA-19672 | SA-12042 | SA-16450 | SA-36721 | SA-16862 | SA-1294 | SA-1462 | SA-11753 |
| SA-7539 | SA-1743 | SA-41077 | SA-84121 | SA-31374 | SA-3391 | SA-491 | SA-37438 | SA-1499 | SA-22252 |
| SA-36706 | SA-2710 | SA-2665 | SA-28122 | SA-22013 | SA-1069 | SA-513 | SA-1005 | SA-18203 | SA-5854 |
| SA-536 | SA-47563 | SA-6004 | SA-2078 | SA-2415 | SA-28427 | SA-574 | SA-49525 | SA-31010 | SA-7098 |
| SA-501 | SA-1648 | SA-1335 | SA-91499 | SA-23779 | SA-18481 | SA-18493 | SA-1813 | SA-31368 | SA-19227 |
| SA-3441 | SA-16081 | SA-33513 | SA-1534 | SA-20569 | SA-22801 | SA-17178 | SA-47484 | SA-2460 | SA-3477 |
| SA-534 | SA-22183 | SA-87163 | SA-16876 | SA-36347 | SA-24663 | SA-3011 | SA-24400 | SA-1002 | SA-16428 |
| SA-17197 | SA-2898 | SA-11526 | SA-2283 | SA-27751 | SA-3722 | SA-12038 | SA-16446 | SA-83444 | SA-58356 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SA-10631 | SA-7138 | SA-937 | SA-1061 | SA-23821 | SA-1583 | SA-5736 | SA-15312 | SA-5703 | SA-24522 |
| SA-40025 | SA-15891 | SA-24662 | SA-23782 | SA-83464 | SA-6817 | SA-76921 | SA-4069 | SA-14115 | SA-59914 |
| SA-84101 | SA-47521 | SA-1064 | SA-28662 | SA-2869 | SA-1280 | SA-3734 | SA-24520 | SA-23562 | SA-63508 |
| SA-63731 | SA-10652 | SA-27794 | SA-1579 | SA-7137 | SA-1303 | SA-63542 | SA-16649 | SA-28470 | SA-37931 |
| SA-22804 | SA-19560 | SA-5905 | SA-49495 | SA-1349 | SA-83921 | SA-8145 | SA-3181 | SA-19237 | SA-83881 |
| SA-12099 | SA-3768 | SA-76662 | SA-7119 | SA-1386 | SA-47293 | SA-1991 | SA-9795 | SA-3982 | SA-3288 |
| SA-10628 | SA-3966 | SA-553 | SA-37781 | SA-83745 | SA-24502 | SA-2374 | SA-87251 | SA-30966 | SA-19132 |
| SA-16384 | SA-3762 | SA-58349 | SA-1817 | SA-65670 | SA-1379 | SA-83719 | SA-87349 | SA-6813 | SA-18092 |
| SA-5760 | SA-36477 | SA-20564 | SA-28135 | SA-1903 | SA-1313 | SA-36346 | SA-1811 | SA-7543 | SA-26776 |
| SA-65737 | SA-16128 | SA-2525 | SA-18487 | SA-18486 | SA-16155 | SA-10543 | SA-91194 | SA-2039 | SA-26980 |
| SA-24524 | SA-30876 | SA-509 | SA-7540 | SA-19115 | SA-7518 | SA-27259 | SA-1946 | SA-1420 | SA-19228 |
| SA-2408 | SA-24343 | SA-563 | SA-16663 | SA-526 | SA-24418 | SA-3045 | SA-36532 | SA-22227 | SA-60599 |
| SA-2802 | SA-7533 | SA-5912 | SA-1676 | SA-556 | SA-3298 | SA-1858 | SA-5817 | SA-18075 | SA-27708 |
| SA-16073 | SA-87 | SA-63665 | SA-2107 | SA-3183 | SA-2072 | SA-1475 | SA-2702 | SA-43363 | SA-37844 |
| SA-84192 | SA-21194 | SA-91269 | SA-552 | SA-11989 | SA-54071 | SA-12086 | SA-16696 | SA-85516 | SA-4824 |
| SA-507 | SA-16636 | SA-27539 | SA-76901 | SA-23771 | SA-7068 | SA-522 | SA-63705 | SA-36354 | SA-1359 |
| SA-215 | SA-43370 | SA-19652 | SA-43347 | SA-18167 | SA-11826 | SA-16329 | SA-23838 | SA-85504 | SA-18039 |
| SA-28693 | SA-5717 | SA-3142 | SA-11982 | SA-3017 | SA-4060 | SA-27310 | SA-3239 | SA-16742 | SA-2463 |
| SA-1875 | SA-3297 | SA-3979 | SA-28142 | SA-3803 | SA-76842 | SA-24534 | SA-22232 | SA-23553 | SA-4126 |
| SA-23653 | SA-83565 | SA-39104 | SA-28713 | SA-1376 | SA-31629 | SA-19674 | SA-3103 | SA-1078 | SA-24430 |
| SA-3471 | SA-31340 | SA-58335 | SA-8142 | SA-5856 | SA-31688 | SA-31733 | SA-2133 | SA-1849 | SA-18322 |
| SA-1068 | SA-23538 | SA-3220 | SA-28510 | SA-1860 | SA-23820 | SA-2951 | SA-28459 | SA-3984 | SA-7086 |
| SA-18143 | SA-28650 | SA-28647 | SA-3163 | SA-496 | SA-39972 | SA-16674 | SA-3742 | SA-43386 | SA-12021 |
| SA-18251 | SA-36759 | SA-1326 | SA-1327 | SA-511 | SA-84190 | SA-91332 | SA-1430 | SA-1358 | SA-4030 |
| SA-27701 | SA-28473 | SA-34008 | SA-24660 | SA-527 | SA-16077 | SA-16072 | SA-26758 | SA-24533 | SA-83872 |
| SA-3999 | SA-63544 | SA-1894 | SA-11991 | SA-576 | SA-1426 | SA-12012 | SA-2719 | SA-2635 | SA-8141 |
| SA-4125 | SA-16690 | SA-36534 | SA-33488 | SA-31027 | SA-3147 | SA-36723 | SA-44068 | SA-27805 | SA-2655 |
| SA-2478 | SA-19626 | SA-3055 | SA-1934 | SA-5721 | SA-7536 | SA-38994 | SA-19010 | SA-18264 | SA-7517 |
| SA-1935 | SA-2654 | SA-5998 | SA-24656 | SA-16088 | SA-15282 | SA-2008 | SA-1847 | SA-22015 | SA-83882 |
| SA-6818 | SA-27861 | SA-524 | SA-24364 | SA-16151 | SA-2828 | SA-1806 | SA-27838 | SA-28165 | SA-34018 |
| SA-30847 | SA-2073 | SA-83692 | SA-12079 | SA-569 | SA-1483 | SA-5635 | SA-28712 | SA-32029 | SA-16658 |
| SA-36348 | SA-22753 | SA-573 | SA-18049 | SA-3050 | SA-76854 | SA-37788 | SA-22215 | SA-47438 | SA-83576 |
| SA-5788 | SA-18076 | SA-3728 | SA-27834 | SA-24383 | SA-22754 | SA-30943 | SA-43358 | SA-50516 | SA-41082 |
| SA-15285 | SA-486 | SA-65642 | SA-1535 | SA-2061 | SA-26708 | SA-2804 | SA-2427 | SA-43344 | SA-2141 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SA-1715 | SA-544 | SA-22016 | SA-3077 | SA-36787 | SA-10620 | SA-1269 | SA-47576 | SA-10630 | SA-4192 |
| SA-3227 | SA-4032 | SA-3138 | SA-1899 | SA-49478 | SA-1922 | SA-1295 | SA-3096 | SA-2773 | SA-18025 |
| SA-3088 | SA-15958 | SA-23693 | SA-1723 | SA-3461 | SA-1507 | SA-20575 | SA-1372 | SA-16434 | SA-17192 |
| SA-36323 | SA-16159 | SA-83672 | SA-18218 | SA-83693 | SA-2901 | SA-2212 | SA-16853 | SA-18231 | SA-54078 |
| SA-1936 | SA-14091 | SA-30919 | SA-555 | SA-11756 | SA-65550 | SA-1658 | SA-12084 | SA-2987 | SA-22800 |
| SA-3035 | SA-49509 | SA-10635 | SA-16749 | SA-27214 | SA-19452 | SA-2961 | SA-36761 | SA-36509 | SA-26712 |
| SA-30883 | SA-92 | SA-28117 | SA-36707 | SA-1668 | SA-16669 | SA-21182 | SA-31731 | SA-21200 | SA-2746 |
| SA-3451 | SA-143 | SA-47503 | SA-19183 | SA-41090 | SA-18159 | SA-7393 | SA-3407 | SA-36339 | SA-8705 |
| SA-31050 | SA-1908 | SA-47531 | SA-27230 | SA-1717 | SA-7519 | SA-1399 | SA-1222 | SA-16715 | SA-5989 |
| SA-941 | SA-36322 | SA-84141 | SA-1788 | SA-17175 | SA-28657 | SA-43412 | SA-19453 | SA-6014 | SA-1907 |
| SA-28110 | SA-24521 | SA-62723 | SA-76672 | SA-5732 | SA-21184 | SA-47570 | SA-16513 | SA-28464 | SA-23695 |
| SA-2027 | SA-16832 | SA-11994 | SA-76800 | SA-1877 | SA-28429 | SA-65584 | SA-135 | SA-23638 | SA-39950 |
| SA-3130 | SA-1800 | SA-5808 | SA-36538 | SA-2439 | SA-27236 | SA-19476 | SA-23881 | SA-7510 | SA-19176 |
| SA-27493 | SA-1501 | SA-4088 | SA-3746 | SA-2740 | SA-18058 | SA-22205 | SA-3527 | SA-32027 | SA-3401 |
| SA-1762 | SA-23641 | SA-4129 | SA-91 | SA-84078 | SA-15733 | SA-3165 | SA-34244 | SA-36814 | SA-28184 |
| SA-19659 | SA-18053 | SA-2778 | SA-1938 | SA-86174 | SA-2572 | SA-2434 | SA-27321 | SA-27533 | SA-3188 |
| SA-36753 | SA-3392 | SA-76895 | SA-5873 | SA-2677 | SA-26779 | SA-16441 | SA-27508 | SA-2380 | SA-2568 |
| SA-14121 | SA-63556 | SA-43445 | SA-6804 | SA-31021 | SA-3290 | SA-8139 | SA-3475 | SA-1490 | SA-8711 |
| SA-19671 | SA-24407 | SA-1958 | SA-19076 | SA-1482 | SA-14108 | SA-23843 | SA-1569 | SA-4071 | SA-22906 |
| SA-1744 | SA-10547 | SA-22913 | SA-18050 | SA-18485 | SA-19694 | SA-34013 | SA-11731 | SA-10546 | SA-22915 |
| SA-3156 | SA-49515 | SA-43389 | SA-1621 | SA-2121 | SA-22006 | SA-14102 | SA-86045 | SA-44049 | SA-58344 |
| SA-16835 | SA-23751 | SA-3177 | SA-1408 | SA-18494 | SA-14384 | SA-22221 | SA-28517 | SA-25471 | SA-2502 |
| SA-91256 | SA-14093 | SA-208 | SA-18483 | SA-18156 | SA-28097 | SA-39014 | SA-24509 | SA-6805 | SA-25476 |
| SA-7094 | SA-3149 | SA-144 | SA-18141 | SA-49534 | SA-24392 | SA-5631 | SA-5850 | SA-22236 | SA-12034 |
| SA-18304 | SA-1550 | SA-1873 | SA-18145 | SA-87193 | SA-2486 | SA-1930 | SA-2688 | SA-36750 | SA-31365 |
| SA-2095 | SA-1614 | SA-2080 | SA-19448 | SA-2197 | SA-18082 | SA-16757 | SA-2985 | SA-47472 | SA-3118 |
| SA-15987 | SA-43430 | SA-15134 | SA-19649 | SA-11996 | SA-19127 | SA-18225 | SA-16114 | SA-61459 | SA-16323 |
| SA-1904 | SA-153 | SA-36681 | SA-18459 | SA-5939 | SA-1731 | SA-19120 | SA-2989 | SA-11736 | SA-36801 |
| SA-2971 | SA-1485 | SA-9804 | SA-18488 | SA-1697 | SA-1422 | SA-44082 | SA-1495 | SA-18983 | SA-3102 |
| SA-5726 | SA-54075 | SA-1363 | SA-3036 | SA-14125 | SA-2813 | SA-19678 | SA-83434 | SA-1416 | SA-18577 |
| SA-27451 | SA-3098 | SA-7515 | SA-549 | SA-34808 | SA-85910 | SA-1885 | SA-47482 | SA-1748 | SA-7180 |
| SA-531 | SA-559 | SA-12093 | SA-3970 | SA-23658 | SA-3009 | SA-28502 | SA-47527 | SA-4828 | SA-28095 |
| SA-11979 | SA-1076 | SA-3095 | SA-2022 | SA-16683 | SA-18191 | SA-1497 | SA-39966 | SA-36688 | SA-76869 |
| SA-60868 | SA-7179 | SA-2135 | SA-23535 | SA-1896 | SA-2451 | SA-18126 | SA-84258 | SA-3796 | SA-85972 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SA-41050 | SA-7508 | SA-1325 | SA-1606 | SA-6005 | SA-23551 | SA-28433 | SA-1267 | SA-1437 | SA-36372 |
| SA-547 | SA-1923 | SA-43335 | SA-7144 | SA-49493 | SA-1779 | SA-28709 | SA-1293 | SA-40028 | SA-1881 |
| SA-36337 | SA-47323 | SA-11527 | SA-11980 | SA-2642 | SA-25455 | SA-7224 | SA-27295 | SA-16141 | SA-36333 |
| SA-12098 | SA-14097 | SA-31797 | SA-63522 | SA-12020 | SA-8442 | SA-84061 | SA-7547 | SA-36540 | SA-27465 |
| SA-8719 | SA-14090 | SA-36703 | SA-3801 | SA-2630 | SA-65555 | SA-19048 | SA-83807 | SA-15046 | SA-36771 |
| SA-16692 | SA-19023 | SA-24557 | SA-506 | SA-28519 | SA-65740 | SA-1880 | SA-36780 | SA-47420 | SA-1612 |
| SA-16784 | SA-23534 | SA-1124 | SA-7548 | SA-33483 | SA-86153 | SA-49545 | SA-3754 | SA-7151 | SA-23808 |
| SA-5743 | SA-27245 | SA-10624 | SA-28664 | SA-3245 | SA-15290 | SA-3185 | SA-84207 | SA-44066 | SA-4830 |
| SA-3123 | SA-1318 | SA-40029 | SA-14081 | SA-34212 | SA-23629 | SA-16158 | SA-26745 | SA-2365 | SA-47419 |
| SA-84151 | SA-25558 | SA-18252 | SA-3179 | SA-30850 | SA-36350 | SA-27548 | SA-27528 | SA-63702 | SA-65606 |
| SA-19031 | SA-27812 | SA-15900 | SA-87398 | SA-39936 | SA-3113 | SA-2426 | SA-5893 | SA-2179 | SA-76821 |
| SA-6809 | SA-1261 | SA-63765 | SA-93553 | SA-2401 | SA-3100 | SA-1481 | SA-1026 | SA-3296 | SA-5966 |
| SA-16167 | SA-30976 | SA-38989 | SA-19687 | SA-61688 | SA-11986 | SA-2422 | SA-27216 | SA-19158 | SA-28743 |
| SA-94 | SA-25485 | SA-1871 | SA-16641 | SA-63533 | SA-16564 | SA-6810 | SA-27253 | SA-47561 | SA-3976 |
| SA-63510 | SA-41074 | SA-36535 | SA-43388 | SA-7131 | SA-2676 | SA-1838 | SA-24659 | SA-76841 | SA-17159 |
| SA-19052 | SA-16148 | SA-5628 | SA-16894 | SA-16722 | SA-12008 | SA-27755 | SA-54120 | SA-18558 | SA-10960 |
| SA-1411 | SA-7520 | SA-27811 | SA-3736 | SA-1876 | SA-28524 | SA-24523 | SA-3770 | SA-23807 | SA-7537 |
| SA-36804 | SA-8714 | SA-63690 | SA-28154 | SA-37804 | SA-27735 | SA-16102 | SA-1336 | SA-5957 | SA-36794 |
| SA-36491 | SA-2492 | SA-5942 | SA-16619 | SA-1622 | SA-966 | SA-5885 | SA-5871 | SA-12031 | SA-36803 |
| SA-24360 | SA-28683 | SA-16127 | SA-18083 | SA-83868 | SA-5694 | SA-47574 | SA-24648 | SA-3105 | SA-8715 |
| SA-87279 | SA-23746 | SA-1678 | SA-48688 | SA-91075 | SA-47444 | SA-16150 | SA-7067 | SA-2771 | SA-87280 |
| SA-5894 | SA-23776 | SA-4038 | SA-567 | SA-36338 | SA-18169 | SA-1006 | SA-7083 | SA-33522 | SA-91064 |
| SA-36349 | SA-91396 | SA-1144 | SA-6820 | SA-4042 | SA-520 | SA-2459 | SA-3283 | SA-31408 | SA-47429 |
| SA-3062 | SA-27317 | SA-16442 | SA-1418 | SA-2128 | SA-76875 | SA-2627 | SA-54119 | SA-1388 | SA-16132 |
| SA-58334 | SA-31989 | SA-5731 | SA-5799 | SA-23565 | SA-27892 | SA-83497 | SA-485 | SA-5940 | SA-3146 |
| SA-3980 | SA-18107 | SA-5862 | SA-8135 | SA-5892 | SA-19222 | SA-33533 | SA-23864 | SA-19647 | SA-26781 |
| SA-19174 | SA-1098 | SA-1942 | SA-27756 | SA-5814 | SA-16763 | SA-54122 | SA-15286 | SA-23789 | SA-2491 |
| SA-47414 | SA-16397 | SA-36327 | SA-30972 | SA-3233 | SA-495 | SA-19020 | SA-65619 | SA-44125 | SA-21205 |
| SA-36330 | SA-136 | SA-36700 | SA-47475 | SA-16326 | SA-3988 | SA-19027 | SA-6011 | SA-21154 | SA-43401 |
| SA-28478 | SA-16110 | SA-5791 | SA-17166 | SA-1792 | SA-22797 | SA-1469 | SA-3282 | SA-37748 | SA-23670 |
| SA-18553 | SA-93 | SA-65566 | SA-2139 | SA-2887 | SA-2726 |  | SA-1898 | SA-579 | SA-23672 |
| SA-59203 | SA-1718 | SA-23631 | SA-3730 | SA-1951 | SA-3356 |  | SA-27785 | SA-1366 | SA-16161 |
| SA-83994 | SA-34839 | SA-16723 | SA-3086 | SA-16325 | SA-39951 | SA-25530 | SA-1541 | SA-2350 | SA-5630 |
| SA-87399 | SA-207 | SA-16791 | SA-91347 | SA-530 | SA-1971 | SA-2624 | SA-92601 | SA-3266 | SA-1954 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SA-18332 | SA-2863 | SA-87238 | SA-3806 | SA-5638 | SA-517 | SA-2657 | SA-3439 | SA-24555 | SA-23723 |
| SA-30960 | SA-27705 | SA-18336 | SA-31329 | SA-83958 | SA-2260 | SA-27525 | SA-3449 | SA-63733 | SA-5910 |
| SA-41023 | SA-1547 | SA-23780 | SA-1375 | SA-1764 | SA-1314 | SA-18084 | SA-1405 | SA-2118 | SA-3109 |
| SA-47284 | SA-27741 | SA-36770 | SA-3744 | SA-3112 | SA-3111 | SA-7104 | SA-2007 | SA-23766 | SA-5943 |
| SA-16633 | SA-14419 | SA-18165 | SA-18506 | SA-1602 | SA-26753 | SA-23760 | SA-24550 | SA-3251 | SA-27732 |
| SA-58338 | SA-2195 | SA-24546 | SA-7105 | SA-2983 | SA-1392 | SA-3067 | SA-59176 | SA-30818 | SA-36789 |
| SA-27251 | SA-5902 | SA-83613 | SA-3053 | SA-21099 | SA-37783 | SA-23790 | SA-49482 | SA-514 | SA-85950 |
| SA-17199 | SA-16662 | SA-2475 | SA-91599 | SA-1905 | SA-23870 | SA-24506 | SA-33545 | SA-18529 | SA-2638 |
| SA-27826 | SA-14101 | SA-2405 | SA-2567 | SA-16783 | SA-3116 | SA-8713 | SA-25459 | SA-2152 | SA-43349 |
| SA-2006 | SA-19459 | SA-30704 | SA-1343 | SA-16786 | SA-8710 | SA-2068 | SA-14418 | SA-961 | SA-3226 |
| SA-22216 | SA-1724 | SA-2356 | SA-3094 | SA-1334 | SA-11749 | SA-512 | SA-532 | SA-28480 | SA-2001 |
| SA-28703 | SA-1882 | SA-87222 | SA-18573 | SA-15068 | SA-2752 | SA-1597 | SA-4815 | SA-16726 | SA-2390 |
| SA-22752 | SA-26737 | SA-22755 | SA-27275 | SA-83940 | SA-1641 | SA-83834 | SA-15304 | SA-6822 | SA-2766 |
| SA-1506 | SA-3001 | SA-22802 | SA-2514 | SA-84287 | SA-45830 | SA-23531 | SA-16758 | SA-21160 | SA-2124 |
| SA-28645 | SA-16644 | SA-27686 | SA-5904 | SA-1945 | SA-19676 | SA-5737 | SA-37418 | SA-14094 | SA-18062 |
| SA-12102 | SA-24370 | SA-65574 | SA-27733 | SA-3433 | SA-1537 | SA-27505 | SA-43348 | SA-31818 | SA-36691 |
| SA-26744 | SA-3491 | SA-2188 | SA-58357 | SA-21168 | SA-76649 | SA-3257 | SA-49538 | SA-30934 | SA-23800 |
| SA-26740 | SA-54116 | SA-2575 | SA-16156 | SA-30909 | SA-2636 | SA-16101 | SA-3968 | SA-16439 | SA-28672 |
| SA-2816 | SA-16137 | SA-209 | SA-65709 | SA-18499 | SA-3293 | SA-12017 | SA-40018 | SA-1100 | SA-24537 |
| SA-30846 | SA-2981 | SA-5725 | SA-36541 | SA-18500 | SA-10545 | SA-15287 | SA-18346 | SA-19035 | SA-2503 |
| SA-15957 | SA-36819 | SA-4826 | SA-1498 | SA-5829 | SA-1921 | SA-76671 | SA-16153 | SA-19035 | SA-22763 |
| SA-31690 | SA-16308 | SA-1442 | SA-1854 | SA-2641 | SA-154 | SA-1735 | SA-48693 | SA-22748 | SA-19177 |
| SA-521 | SA-15271 | SA-11747 | SA-2178 | SA-24344 | SA-3977 | SA-22884 | SA-944 | SA-7546 | SA-12028 |
| SA-1895 | SA-3354 | SA-2798 | SA-83893 | SA-27749 | SA-22226 | SA-19619 | SA-945 | SA-83528 | SA-2689 |
| SA-3987 | SA-21234 | SA-25456 | SA-3221 | SA-21252 | SA-18566 | SA-16403 | SA-39932 | SA-61062 | SA-33553 |
| SA-2811 | SA-84 | SA-10617 | SA-24650 | SA-3148 | SA-7175 | SA-30866 | SA-5709 | SA-3089 | SA-2466 |
| SA-63739 | SA-92566 | SA-37827 | SA-515 | SA-54086 | SA-1690 | SA-27740 | SA-31355 | SA-76927 | SA-14114 |
| SA-65671 | SA-30708 | SA-8579 | SA-1973 | SA-28468 | SA-5704 | SA-23855 | SA-27287 | SA-41028 | SA-49533 |
| SA-10616 | SA-61526 | SA-31991 | SA-33531 | SA-33531 | SA-3998 | SA-17151 | SA-21203 | SA-1284 | SA-2017 |
| SA-3279 | SA-65599 | SA-1097 | SA-28723 | SA-2774 | SA-2774 | SA-28733 | SA-16713 | SA-47351 | SA-1271 |
| SA-3241 | SA-1940 | SA-36790 | SA-27720 | SA-4079 | SA-86225 | SA-24342 | SA-1932 | SA-5626 | SA-1297 |
| SA-93187 | SA-5863 | SA-5705 | SA-137 | SA-19462 | SA-24542 | SA-24323 | SA-49611 | SA-3473 | SA-3082 |
| SA-27697 | SA-14404 | SA-36542 | SA-19034 | SA-23863 | SA-1099 | SA-19633 | SA-22217 | SA-23837 | SA-9797 |
| SA-80 | SA-3748 | SA-19692 | SA-1667 | SA-26717 | SA-3151 | SA-2538 | SA-6819 | SA-27801 | SA-16903 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SA-2366 | SA-36710 | SA-47371 | SA-2529 | SA-157 | SA-5901 | SA-5948 | SA-31052 | SA-24315 | SA-33504 |
| SA-18127 | SA-16399 | SA-1387 | SA-3230 | SA-47289 | SA-2967 | | | | SA-15316 |
| SA-1381 | SA-22023 | SA-3286 | SA-3023 | SA-47304 | SA-16100 | SA-3119 | SA-2277 | SA-2488 | SA-91413 |
| SA-58350 | SA-60222 | SA-3171 | SA-500 | SA-16097 | SA-27492 | SA-7514 | SA-19490 | SA-24558 | SA-23691 |
| SA-15903 | SA-37801 | SA-21214 | SA-28144 | SA-28431 | SA-47522 | SA-47364 | SA-34848 | SA-2566 | SA-7549 |
| SA-2423 | SA-7226 | SA-21239 | SA-36329 | SA-43345 | SA-2521 | SA-3144 | SA-5853 | SA-25413 | SA-7703 |
| SA-7545 | SA-36687 | SA-18023 | SA-1317 | SA-1427 | SA-18531 | SA-3794 | SA-64442 | SA-537 | SA-2831 |
| SA-83952 | SA-4040 | SA-54080 | SA-83808 | SA-36334 | SA-24543 | SA-6013 | SA-2573 | SA-31693 | SA-58351 |
| SA-3254 | SA-15132 | SA-36730 | SA-1073 | SA-36335 | SA-21172 | SA-22218 | SA-2569 | SA-7070 | SA-12037 |
| SA-83606 | SA-23787 | SA-15992 | SA-91289 | SA-33973 | SA-1450 | SA-1540 | SA-2196 | SA-43413 | SA-5822 |
| SA-1532 | SA-1263 | SA-27730 | SA-27879 | SA-36683 | SA-1739 | SA-14104 | SA-31420 | SA-16728 | SA-28511 |
| SA-88 | SA-1289 | SA-16113 | SA-27829 | SA-1468 | SA-2671 | SA-19077 | SA-3128 | SA-9798 | SA-1892 |
| SA-1797 | SA-27445 | SA-16121 | SA-11995 | SA-30817 | SA-23778 | SA-5633 | SA-2438 | SA-18314 | SA-87377 |
| SA-63698 | SA-1283 | SA-31680 | SA-83469 | SA-27463 | SA-1421 | SA-23767 | SA-25447 | SA-84033 | SA-18509 |
| SA-3798 | SA-1306 | SA-27322 | SA-36331 | SA-16648 | SA-30844 | SA-2999 | SA-4078 | SA-5884 | SA-10619 |
| SA-3021 | SA-84104 | SA-3052 | SA-22798 | SA-23699 | SA-83570 | SA-30713 | SA-5706 | SA-26747 | SA-31438 |
| SA-25450 | SA-23797 | SA-37451 | SA-36526 | SA-16136 | SA-41084 | SA-49532 | SA-24655 | SA-27554 | SA-22020 |
| SA-28649 | SA-28676 | SA-4821 | SA-24324 | SA-83965 | SA-36739 | SA-5730 | SA-59219 | SA-49530 | SA-1221 |
| SA-1115 | SA-3217 | SA-30931 | SA-1611 | SA-5849 | SA-27856 | SA-86156 | SA-16766 | SA-84178 | SA-1116 |
| SA-58332 | SA-22907 | SA-23846 | SA-16888 | SA-18284 | SA-5755 | SA-23768 | SA-16849 | SA-76871 | SA-83662 |
| SA-37761 | SA-503 | SA-48689 | SA-24312 | SA-1070 | SA-2053 | SA-92159 | SA-27888 | SA-38877 | SA-83674 |
| SA-7140 | SA-1890 | SA-3981 | SA-27724 | SA-49511 | SA-2321 | SA-92464 | SA-1526 | SA-2957 | SA-7524 |
| SA-1461 | SA-25470 | SA-18550 | SA-43422 | SA-3287 | SA-28680 | SA-23815 | SA-23785 | SA-3804 | SA-3393 |
| SA-1803 | SA-45832 | SA-9801 | SA-2483 | SA-1679 | SA-18280 | SA-529 | SA-35070 | SA-23685 | SA-93489 |
| SA-33559 | SA-23781 | SA-16144 | SA-2013 | SA-15308 | SA-83476 | SA-39943 | SA-41044 | SA-2511 | SA-7060 |
| SA-15888 | SA-36388 | SA-16138 | SA-4034 | SA-4123 | SA-47301 | SA-23763 | SA-19123 | SA-83761 | SA-2499 |
| SA-25423 | SA-18348 | SA-3114 | SA-1593 | SA-4124 | SA-39007 | SA-27816 | SA-85531 | SA-30945 | SA-3294 |
| SA-2424 | SA-4082 | SA-1431 | SA-30942 | SA-48694 | SA-1763 | SA-31755 | SA-7527 | SA-28443 | SA-19500 |
| SA-39970 | SA-3159 | SA-23536 | SA-8725 | SA-1460 | SA-15313 | SA-84147 | SA-63684 | SA-14105 | SA-2069 |
| SA-5858 | SA-18309 | SA-36528 | SA-3048 | SA-83507 | SA-931 | SA-939 | SA-7177 | SA-59753 | SA-2768 |
| SA-61553 | SA-1047 | SA-1493 | SA-3248 | SA-2058 | SA-30885 | SA-14106 | SA-3044 | SA-1239 | SA-4130 |
| SA-63658 | SA-516 | SA-3750 | SA-1869 | SA-36734 | SA-16650 | SA-2025 | SA-1565 | SA-1689 | SA-2186 |
| SA-27746 | SA-28653 | SA-16129 | SA-6010 | SA-5708 | SA-28096 | SA-27332 | SA-19574 | SA-3437 | SA-86028 |
| SA-19162 | SA-1928 | SA-16131 | SA-24378 | SA-27538 | SA-3784 | SA-33549 | SA-28125 | SA-145 | SA-19637 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SA-83493 | SA-18308 | SA-83545 | SA-30973 | SA-83892 | SA-5956 | SA-2144 | SA-27248 | SA-24525 | SA-2313 |
| SA-3397 | SA-17189 | SA-3411 | SA-27517 | SA-91093 | SA-16173 | SA-3409 | SA-3069 | SA-63769 | SA-26729 |
| SA-47342 | SA-36806 | SA-5723 | SA-23772 | SA-2969 | SA-19036 | SA-3792 | SA-36763 | SA-1114 | SA-3093 |
| SA-2457 | SA-49518 | SA-4064 | SA-2137 | SA-36711 | SA-5918 | SA-20540 | SA-2716 | SA-16091 | SA-19630 |
| SA-3431 | SA-16544 | SA-16126 | SA-18587 | SA-1311 | SA-27263 | SA-11754 | SA-26718 | SA-37430 | SA-28466 |
| SA-1141 | SA-216 | SA-49507 | SA-23656 | SA-3252 | SA-84203 | SA-30981 | SA-45834 | SA-27478 | SA-1872 |
| SA-1623 | SA-19135 | SA-2311 | SA-3256 | SA-2570 | SA-26719 | SA-21107 | SA-23657 | SA-18504 | SA-33947 |
| SA-3090 | SA-3085 | SA-3758 | SA-23803 | SA-83932 | SA-5911 | SA-19116 | SA-1391 | SA-3133 | SA-2449 |
| SA-27718 | SA-15269 | SA-22912 | SA-84080 | SA-84145 | SA-546 | SA-47427 | SA-16086 | SA-84120 | SA-3125 |
| SA-16659 | SA-27859 | SA-58918 | SA-11733 | SA-87475 | SA-28448 | SA-1783 | SA-2853 | SA-1818 | SA-12087 |
| SA-3453 | SA-24337 | SA-22905 | SA-3975 | SA-27872 | SA-54054 | SA-16123 | SA-21209 | SA-4083 | SA-5806 |
| SA-19467 | SA-58327 | SA-19488 | SA-16729 | SA-65689 | SA-4066 | SA-19603 | SA-33582 | SA-5883 | SA-1798 |
| SA-28722 | SA-22200 | SA-12007 | SA-30707 | SA-23865 | SA-14096 | SA-6031 | SA-1354 | SA-19178 | SA-83524 |
| SA-58331 | SA-8717 | SA-30852 | SA-15996 | SA-2489 | SA-27290 | SA-33537 | SA-4809 | SA-16719 | SA-4035 |
| SA-16160 | SA-16400 | SA-2841 | SA-76859 | SA-41039 | SA-1126 | SA-1738 | SA-5718 | SA-16433 | SA-319 |
| SA-27314 | SA-20846 | SA-24667 | SA-31016 | SA-1866 | SA-84044 | SA-49569 | SA-76752 | SA-30875 | SA-16327 |
| SA-1610 | SA-1350 | SA-4057 | SA-3971 | SA-34027 | SA-23750 | SA-1575 | SA-19644 | SA-1663 | SA-92366 |
| SA-7089 | SA-1266 | SA-26775 | SA-24646 | SA-25491 | SA-18541 | SA-11999 | SA-18121 | SA-19172 | SA-7542 |
| SA-1632 | SA-1292 | SA-577 | SA-1598 | SA-5810 | SA-2385 | SA-28190 | SA-3218 | SA-36340 | SA-7221 |
| SA-36506 | SA-8149 | SA-18250 | SA-492 | SA-1369 | SA-22196 | SA-24530 | SA-45824 | SA-5632 | SA-26713 |
| SA-3187 | SA-28636 | SA-1804 | SA-47406 | SA-26749 | SA-151 | SA-2290 | SA-3389 | SA-26721 | SA-16080 |
| SA-16688 | SA-60280 | SA-3802 | SA-36371 | SA-539 | SA-2262 | SA-31447 | SA-63520 | SA-2035 | SA-10623 |
| SA-16104 | SA-7122 | SA-91219 | SA-535 | SA-14118 | SA-2973 | SA-83936 | SA-1081 | SA-36702 | SA-16085 |
| SA-25426 | SA-2323 | SA-3182 | SA-1967 | SA-63737 | SA-3427 | SA-19258 | SA-36351 | SA-3038 | SA-1998 |
| SA-85921 | SA-49486 | SA-26763 | SA-4135 | SA-1933 | SA-1741 | SA-26746 | SA-4063 | SA-5792 | SA-59927 |
| SA-23564 | SA-2574 | SA-15956 | SA-2666 | SA-28702 | SA-22908 | SA-24351 | SA-1969 | SA-31045 | SA-14389 |
| SA-24531 | SA-36544 | SA-22000 | SA-4822 | SA-12011 | SA-11990 | SA-40000 | SA-16099 | SA-84063 | SA-39935 |
| SA-83435 | SA-16095 | SA-3042 | SA-39985 | SA-5701 | SA-2993 | SA-4089 | SA-3190 | SA-19642 | SA-18068 |
| SA-47377 | SA-16745 | SA-27874 | SA-47306 | SA-1843 | SA-16490 | SA-3117 | SA-83408 | SA-36792 | SA-6816 |
| SA-2051 | SA-3421 | SA-1910 | SA-21197 | SA-1339 | SA-6807 | SA-31335 | SA-27269 | SA-4121 | SA-1952 |
| SA-60981 | SA-16140 | SA-83812 | SA-3267 | SA-36328 | SA-1084 | SA-2637 | SA-83429 | SA-19480 | SA-23532 |
| SA-3529 | SA-18301 | SA-5953 | SA-3295 | SA-37444 | SA-28451 | SA-25544 | SA-22803 | SA-16078 | SA-65556 |
| SA-1136 | SA-2123 | SA-15905 | SA-3467 | SA-16109 | SA-3292 | SA-43418 | SA-18128 | SA-15056 | SA-18184 |
| SA-18319 | SA-5859 | SA-49484 | SA-7101 | SA-33510 | SA-18536 | SA-28457 | SA-26706 | SA-3030 | SA-15041 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SA-83564 | SA-2633 | SA-139 | SA-3107 | SA-58342 | SA-40033 | SA-43404 | SA-23683 | SA-63749 | SA-15043 |
| SA-2632 | SA-49560 | SA-1429 | SA-33485 | SA-16382 | SA-1646 | SA-2838 | SA-3788 | SA-28503 | SA-1795 |
| SA-83802 | SA-3025 | SA-15054 | SA-7535 | SA-7139 | SA-16780 | SA-18520 | SA-1127 | SA-14095 | SA-542 |
| SA-22764 | SA-19246 | SA-31675 | SA-16112 | SA-146 | SA-3153 | SA-25445 | SA-5891 | SA-18065 | SA-16838 |
| SA-23873 | SA-91513 | SA-1645 | SA-22213 | SA-3178 | SA-24331 | SA-58353 | SA-3007 | SA-3224 | SA-47403 |
| SA-7074 | SA-27717 | SA-3969 | SA-14412 | SA-1149 | SA-43396 | SA-24649 | SA-28516 | SA-150 | SA-8721 |
| SA-31038 | SA-1096 | SA-16171 | SA-30860 | SA-28637 | SA-19664 | SA-41078 | SA-5985 | SA-2715 | SA-58978 |
| SA-85522 | SA-5877 | SA-533 | SA-14099 | SA-16747 | SA-21198 | SA-505 | SA-47537 | SA-4806 | SA-47381 |
| SA-91063 | SA-7073 | SA-44087 | SA-2129 | SA-91211 | SA-31350 | SA-528 | SA-36324 | SA-9799 | SA-18557 |
| SA-28522 | SA-26751 | SA-3395 | SA-84088 | SA-40011 | SA-39961 | SA-560 | SA-15306 | SA-3047 | SA-3501 |
| SA-1649 | SA-30849 | SA-83482 | SA-1075 | SA-87511 | SA-37752 | SA-22750 | SA-30870 | SA-8716 | SA-16164 |
| SA-5719 | SA-1919 | SA-16108 | SA-2777 | SA-93815 | SA-16321 | SA-24372 | SA-1640 | SA-24334 | SA-2640 |
| SA-30701 | SA-43359 | SA-16094 | SA-24661 | SA-1829 | SA-83796 | SA-2443 | SA-16083 | SA-1964 | SA-19583 |
| SA-1929 | SA-10658 | SA-11992 | SA-2750 | SA-49552 | SA-25527 | SA-92218 | SA-16125 | SA-43382 | SA-27804 |
| SA-27247 | SA-16685 | SA-2024 | SA-19256 | SA-2335 | SA-65607 | SA-93195 | SA-24647 | SA-16572 | SA-278 |
| SA-22018 | SA-91602 | SA-16638 | SA-2687 | SA-23552 | SA-3169 | SA-91546 | SA-17180 | SA-1382 | SA-16867 |
| SA-3752 | SA-1291 | SA-545 | SA-2496 | SA-18330 | SA-19599 | SA-3174 | SA-2504 | SA-2755 | SA-37432 |
| SA-1562 | SA-24526 | SA-63636 | SA-7121 | SA-65725 | SA-16122 | SA-65672 | SA-87402 | SA-1402 | SA-3778 |
| SA-11847 | SA-31691 | SA-19113 | SA-5916 | SA-16117 | SA-15130 | SA-31372 | SA-19257 | SA-5582 | SA-16566 |
| SA-16118 | SA-30926 | SA-19073 | SA-16489 | SA-36746 | SA-498 | SA-7167 | SA-3040 | SA-23868 | SA-58323 |
| SA-23833 | SA-30974 | SA-1585 | SA-16392 | SA-31694 | SA-510 | SA-2414 | SA-2894 | SA-36546 | SA-47350 |
| SA-3063 | SA-3145 | SA-14110 | SA-12044 | SA-36690 | SA-554 | SA-518 | SA-30842 | SA-15288 | SA-28642 |
| SA-15898 | SA-27205 | SA-27747 | SA-4085 | SA-3811 | SA-561 | SA-37443 | SA-18157 | SA-54079 | SA-37427 |
| SA-1477 | SA-30922 | SA-23866 | SA-16082 | SA-30975 | SA-572 | SA-27258 | SA-18187 | SA-16124 | SA-16143 |
| SA-210 | SA-63747 | SA-3235 | SA-16093 | SA-17209 | SA-575 | SA-28469 | SA-3289 | SA-7176 | SA-16152 |
| SA-1454 | SA-21998 | SA-16759 | SA-24501 | SA-7538 | SA-44136 | SA-14100 | SA-18542 | SA-19125 | SA-16166 |
| SA-43438 | SA-28514 | SA-5984 | SA-24666 | SA-83539 | SA-23712 | SA-19068 | SA-3231 | SA-18257 | SA-14117 |
| SA-23769 | SA-18198 | SA-1595 | SA-27851 | SA-1879 | SA-23845 | SA-83505 | SA-2977 | SA-1559 | SA-1941 |
| SA-74 | SA-16139 | SA-19201 | SA-50521 | SA-11987 | SA-1608 | SA-1909 | SA-26720 | SA-30920 | SA-3499 |
| SA-82 | SA-3772 | SA-25420 | SA-28694 | SA-85862 | SA-24398 | SA-37832 | SA-19143 | SA-24326 | SA-24341 |
| SA-47559 | SA-58325 | SA-39934 | SA-47337 | SA-24545 | SA-33492 | SA-36367 | SA-2379 | SA-7097 | SA-5802 |
| SA-132 | SA-3487 | SA-4086 | SA-83679 | SA-19667 | SA-3738 | SA-16157 | SA-49526 | SA-3059 | SA-3262 |
| SA-32013 | SA-24500 | SA-2995 | SA-16119 | SA-1596 | SA-22214 | SA-19161 | SA-12100 | SA-2859 | SA-27285 |
| SA-27729 | SA-5623 | SA-5864 | SA-16119 | SA-3222 | SA-22212 | SA-5949 | SA-49536 | SA-23786 | SA-14088 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SA-23861 | SA-1916 | SA-27742 | SA-16135 | SA-16629 | SA-36694 | SA-19008 | SA-15883 | SA-1822 | SA-26742 |
| SA-2050 | SA-18270 | SA-1644 | SA-1135 | SA-1113 | SA-7526 | SA-550 | SA-22194 | SA-18047 | SA-1258 |
| SA-23753 | SA-91424 | SA-41015 | SA-31433 | SA-16842 | SA-63689 | SA-30706 | SA-3121 | SA-34834 | SA-1459 |
| SA-1524 | SA-47335 | SA-28463 | SA-24381 | SA-19451 | SA-83588 | SA-37859 | SA-14109 | SA-1353 | SA-2436 |
| SA-87304 | SA-4817 | SA-24352 | SA-23529 | SA-31026 | SA-7512 | SA-22761 | SA-1805 | SA-15889 | SA-59215 |
| SA-5793 | SA-23669 | SA-18183 | SA-10632 | SA-1730 | SA-41016 | SA-4127 | SA-23798 | SA-488 | SA-48682 |
| SA-28422 | SA-33544 | SA-25458 | SA-16319 | SA-1968 | SA-86306 | SA-133 | SA-18303 | SA-519 | SA-19682 |
| SA-1839 | SA-11523 | SA-83839 | SA-2045 | SA-87187 | SA-2018 | SA-39979 | SA-5710 | SA-580 | SA-3809 |
| SA-37888 | SA-9808 | SA-568 | SA-76858 | SA-1539 | SA-4076 | SA-1616 | SA-87250 | SA-3236 | SA-30911 |
| SA-54117 | SA-83760 | SA-3078 | SA-58330 | SA-3991 | SA-3229 | SA-2683 | SA-19239 | SA-87241 | SA-27764 |
| SA-11525 | SA-7010 | SA-30867 | SA-37421 | SA-19479 | SA-2505 | SA-31046 | SA-1385 | SA-1345 | SA-1831 |
| SA-47454 | SA-36698 | SA-1564 | SA-3776 | SA-1927 | SA-19665 | SA-2855 | SA-18214 | SA-25439 | SA-2114 |
| SA-18328 | SA-47415 | SA-2571 | SA-22002 | SA-43368 | SA-1893 | SA-1557 | SA-22025 | SA-7066 | SA-41108 |
| SA-3122 | SA-1669 | SA-28141 | SA-2479 | SA-1504 | SA-10638 | SA-28167 | SA-61699 | SA-49568 | SA-7162 |
| SA-3046 | SA-22209 | SA-2202 | SA-3015 | SA-36816 | SA-15307 | SA-16163 | SA-28426 | SA-2274 | SA-44036 |
| SA-2796 | SA-27822 | SA-16555 | SA-1815 | SA-26710 | SA-21260 | SA-3278 | SA-4829 | SA-7525 | SA-1059 |
| SA-1491 | SA-43384 | SA-1857 | SA-2639 | SA-1584 | SA-19152 | SA-7102 | SA-3435 | SA-3457 | SA-1943 |
| SA-22909 | SA-37766 | SA-36487 | SA-2171 | SA-1470 | SA-23828 | SA-9803 | SA-36796 | SA-1926 | SA-25488 |
| SA-2445 | SA-1950 | SA-16170 | SA-21283 | SA-31337 | SA-36343 | SA-1713 | SA-3186 | SA-33996 | SA-16111 |
| SA-1563 | SA-36547 | SA-3299 | SA-1809 | SA-83790 | SA-83521 | SA-7133 | SA-18528 | SA-1761 | SA-5908 |
| SA-1424 | SA-3990 | SA-1571 | SA-83417 | SA-3032 | SA-2494 | SA-19121 | SA-19710 | SA-16655 | SA-26731 |
| SA-1389 | SA-7523 | SA-3061 | SA-17187 | SA-16675 | SA-27255 | SA-9802 | SA-2661 | SA-21243 | SA-4065 |
| SA-4073 | SA-27527 | SA-2089 | SA-10622 | SA-59148 | SA-21196 | SA-2077 | SA-5751 | SA-19182 | SA-16074 |
| SA-84090 | SA-23692 | SA-3423 | SA-37724 | SA-3019 | SA-3973 | SA-1542 | SA-3978 | SA-36708 | SA-26733 |
| SA-3081 | SA-91375 | SA-3463 | SA-2526 | SA-65557 | SA-33536 | SA-4825 | SA-19683 | SA-5625 | SA-16387 |
| SA-30693 | SA-28521 | SA-19650 | SA-16317 | SA-2105 | SA-1264 | SA-538 | SA-2440 | SA-58336 | SA-2857 |
| SA-16574 | SA-2865 | SA-3166 | SA-1918 | SA-1722 | SA-1290 | SA-578 | SA-951 | SA-37419 | SA-24664 |
| SA-16676 | SA-24375 | SA-39930 | SA-21157 | SA-1931 | SA-83979 | SA-27266 | SA-47425 | SA-24657 | SA-3445 |
| SA-3419 | SA-4031 | SA-36779 | SA-27249 | SA-2464 | SA-1455 | SA-28717 | SA-63759 | SA-16558 | SA-43397 |
| SA-16833 | SA-47528 | SA-4807 | SA-4134 | SA-28164 | SA-10544 | SA-1912 | SA-31358 | SA-2799 | SA-27246 |
| SA-16116 | SA-49562 | SA-28446 | SA-27494 | SA-3503 | SA-47495 | SA-16499 | SA-27737 | SA-16089 | SA-2490 |
| SA-15964 | SA-2182 | SA-18305 | SA-4022 | SA-22760 | SA-48690 | SA-1134 | SA-24503 | SA-28145 | SA-3003 |
| SA-19018 | SA-28116 | SA-7225 | SA-1970 | SA-1102 | SA-6808 | SA-16106 | SA-1505 | SA-26743 | SA-19445 |
| SA-1591 | SA-489 | SA-30900 | SA-1016 | SA-5807 | SA-16498 | SA-39942 | SA-19576 | SA-16548 | SA-19249 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SA-18560 | SA-27698 | SA-45823 | SA-85496 | SA-37721 | SA-6811 | SA-1920 | SA-3070 | SA-23710 | SA-47490 |
| SA-83712 | SA-5747 | SA-16087 | SA-91066 | SA-33474 | SA-3243 | SA-26748 | SA-33476 | SA-19026 | SA-47515 |
| SA-43340 | SA-19049 | SA-3106 | SA-85941 | SA-3481 | SA-28651 | SA-47424 | SA-23680 | SA-5907 | SA-40012 |
| SA-31359 | SA-24541 | SA-44054 | SA-16145 | SA-12107 | SA-19167 | SA-22008 | SA-3076 | SA-58347 | SA-22762 |
| SA-1487 | SA-2482 | SA-25513 | SA-16174 | SA-21156 | SA-19654 | SA-36537 | SA-8707 | SA-24552 | SA-36527 |
| SA-85918 | SA-508 | SA-16120 | SA-15275 | SA-1132 | SA-6806 | SA-22812 | SA-134 | SA-5804 | SA-21027 |
| SA-39108 | SA-3141 | SA-5983 | SA-76759 | SA-1448 | SA-3180 | SA-1581 | SA-19151 | SA-1842 | SA-3399 |
| SA-39956 | SA-1467 | SA-31407 | SA-83966 | SA-3732 | SA-85694 | SA-28656 | SA-22248 | SA-34824 | SA-31772 |
| SA-17163 | SA-28094 | SA-30968 | SA-16103 | SA-5915 | SA-23761 | SA-7054 | SA-27457 | SA-27516 | SA-1939 |
| SA-59228 | SA-494 | SA-14084 | SA-4812 | SA-76864 | SA-7108 | SA-2955 | SA-18232 | SA-41019 | SA-24355 |
| SA-28707 | SA-7157 | SA-3216 | SA-504 | SA-4087 | SA-3277 | SA-2193 | SA-1626 | SA-16098 | SA-40022 |
| SA-1845 | SA-28462 | SA-3413 | SA-10646 | SA-27319 | SA-957 | SA-2842 | SA-3161 | SA-3162 | SA-3091 |
| SA-33490 | SA-27828 | SA-33462 | SA-23546 | SA-1472 | SA-44053 | SA-16720 | SA-10634 | SA-28643 | SA-84199 |
| SA-16168 | SA-48684 | SA-30938 | SA-7181 | SA-3469 | SA-26707 | SA-3790 | SA-76868 | SA-28655 | SA-3184 |
| SA-7223 | SA-6803 | SA-3273 | SA-7506 | SA-36686 | SA-24514 | SA-3353 | SA-19621 | SA-19617 | SA-2421 |
| SA-36699 | SA-1865 | SA-3786 | SA-36812 | SA-16627 | SA-83903 | SA-1466 | SA-548 | SA-23682 | SA-83957 |
| SA-3160 | SA-2213 | SA-27707 | SA-18022 | SA-18228 | SA-16438 | SA-16165 | SA-14085 | SA-3403 | SA-47298 |
| SA-3497 | SA-541 | SA-5968 | SA-54073 | SA-1776 | SA-1516 | SA-3033 | SA-3084 | SA-2398 | SA-2448 |
| SA-2399 | SA-15955 | SA-19198 | SA-23701 | SA-4041 | SA-4050 | SA-14112 | SA-83887 | SA-22179 | SA-3766 |
| SA-19214 | SA-22011 | SA-4027 | SA-5763 | SA-1341 | SA-36326 | SA-33468 | SA-12025 | SA-22190 | SA-87229 |
| SA-3756 | SA-19058 | SA-36731 | SA-47294 | SA-3143 | SA-16096 | SA-1750 | SA-28160 | SA-21085 | SA-16559 |
| SA-26765 | SA-28419 | SA-942 | SA-5757 | SA-45827 | SA-16105 | SA-2681 | SA-87249 | SA-4074 | SA-16075 |
| SA-2181 | SA-1017 | SA-6028 | SA-8724 | SA-3270 | SA-31360 | SA-18519 | SA-76852 | SA-2461 | SA-54072 |
| SA-27498 | SA-24535 | SA-25474 | SA-7507 | SA-1972 | SA-1130 | SA-34214 | SA-21997 | SA-16709 | SA-39989 |
| SA-4818 | SA-83490 | SA-10662 | SA-1262 | SA-28525 | SA-3443 | SA-83826 | SA-4024 | SA-28505 | SA-6815 |
| SA-2388 | SA-54074 | SA-89 | SA-1288 | SA-10627 | SA-5888 | SA-33584 | SA-1020 | SA-76733 | SA-2199 |
| SA-4039 | SA-14420 | SA-7011 | SA-1425 | SA-47430 | SA-1278 | SA-28428 | SA-54082 | SA-3989 | SA-2565 |
| SA-28432 | SA-33514 | SA-1651 | SA-19668 | SA-5816 | SA-1301 | SA-2293 | SA-18242 | SA-58354 | SA-19629 |
| SA-16816 | SA-39980 | SA-3057 | SA-34017 | SA-16643 | SA-19072 | SA-83502 | SA-2749 | SA-9806 | SA-2708 |
| SA-16854 | SA-214 | SA-18233 | SA-2664 | SA-36341 | SA-19137 | SA-2718 | SA-2091 | SA-28108 | SA-2576 |
| SA-76676 | SA-18546 | SA-2794 | SA-1650 | SA-1600 | SA-37851 | SA-87224 | SA-7544 | SA-49606 | SA-16309 |
| SA-3724 | SA-19622 | SA-2368 | SA-16092 | SA-16316 | SA-24376 | SA-91058 | SA-6000 | SA-23554 | SA-15044 |
| SA-76768 | SA-3250 | SA-581 | SA-3493 | SA-2465 | SA-18586 | SA-30944 | SA-28189 | SA-27468 | SA-571 |
| SA-36531 | SA-16312 | SA-31351 | SA-10665 | SA-22005 | SA-3115 | SA-20583 | SA-3429 | | SA-2067 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SA-7178 | SA-23759 | SA-31353 | SA-960 | SA-28461 | SA-49505 | SA-36737 | SA-7513 | SA-31366 | SA-83787 |
| SA-41057 | SA-93563 | SA-28696 | SA-3039 | SA-1961 | SA-30692 | SA-61168 | SA-7516 | SA-27863 | SA-11745 |
| SA-1751 | SA-6814 | SA-3740 | SA-16142 | SA-3808 | SA-23791 | SA-27502 | SA-2622 | SA-1754 | SA-142 |
| SA-16328 | SA-16497 | SA-5944 | SA-93422 | SA-1021 | SA-24516 | SA-61165 | SA-1959 | SA-2484 | SA-28659 |
| SA-212 | SA-1527 | SA-1841 | SA-36539 | SA-20553 | SA-6003 | SA-37753 | SA-19473 | SA-43387 | SA-18532 |
| SA-1863 | SA-43436 | SA-18199 | SA-27306 | SA-54083 | SA-3134 | SA-23542 | SA-4833 | SA-5838 | SA-84068 |
| SA-3974 | SA-1393 | SA-963 | SA-7095 | SA-63677 | SA-36536 | SA-497 | SA-16622 | SA-18989 | SA-14120 |
| SA-5627 | SA-86130 | SA-16130 | SA-76698 | SA-44114 | SA-23831 | SA-499 | SA-43378 | SA-19001 | SA-16635 |
| SA-16133 | SA-27745 | SA-44131 | SA-3780 | SA-28673 | SA-63654 | SA-31373 | SA-26754 | SA-1560 | SA-58322 |
| SA-22017 | SA-12023 | SA-83552 | SA-562 | SA-6812 | SA-2265 | SA-2206 | SA-4067 | SA-16391 | SA-3013 |
| SA-213 | SA-4084 | SA-11751 | SA-27501 | SA-27727 | SA-18501 | SA-28416 | SA-7145 | SA-18193 | SA-3390 |
| SA-16567 | SA-3225 | SA-23834 | SA-3049 | SA-19124 | SA-76898 | SA-83898 | SA-36755 | SA-2628 | SA-24532 |
| SA-4072 | SA-36342 | SA-36728 | SA-28711 | SA-28109 | SA-16664 | SA-83895 | SA-5990 | SA-1214 | SA-2314 |
| SA-24517 | SA-2327 | SA-16774 | SA-1215 | SA-8144 | SA-1471 | SA-525 | SA-2456 | SA-3068 | SA-1937 |
| SA-16134 | SA-12106 | SA-7522 | SA-23822 | SA-47308 | SA-22910 | SA-31014 | SA-34827 | SA-24346 | SA-86023 |
| SA-3237 | SA-3355 | SA-19213 | SA-24511 | SA-28720 | SA-2402 | SA-551 | SA-28161 | SA-28518 | SA-487 |
| SA-156 | SA-23572 | SA-59177 | SA-36344 | SA-490 | SA-32005 | SA-61534 | SA-16076 | SA-4054 | SA-140 |
| SA-28520 | SA-43408 | SA-1777 | SA-39090 | SA-582 | SA-28424 | SA-24519 | SA-14113 | SA-6821 | SA-3247 |
| SA-16495 | SA-34012 | SA-5959 | SA-3228 | SA-16172 | SA-2172 | SA-4062 | SA-16493 | SA-18300 | SA-27728 |
| SA-1368 | SA-19235 | SA-11757 | SA-18594 | SA-16656 | SA-4827 | SA-16578 | SA-15885 | SA-84128 | SA-2042 |
| SA-3996 | SA-14089 | SA-3726 | SA-7222 | SA-28467 | SA-27325 | SA-3238 | SA-28158 | SA-16390 | SA-5698 |
| SA-141 | SA-23697 | SA-1902 | SA-16626 | SA-2631 | SA-16146 | SA-26735 | SA-39084 | SA-4068 | SA-2183 |
| SA-18334 | SA-3234 | SA-2634 | SA-65573 | SA-16115 | SA-5713 | SA-33946 | SA-39939 | SA-84110 | SA-47488 |
| SA-5872 | SA-3972 | SA-36543 | SA-83583 | SA-1655 | SA-19173 | SA-583 | SA-14402 | SA-83523 | SA-1728 |
| SA-2487 | SA-26741 | SA-2442 | SA-60388 | SA-585 | SA-4055 | SA-24310 | SA-1589 | SA-25440 | SA-3805 |
| SA-152 | SA-43374 | SA-16149 | SA-22808 | SA-6012 | SA-40004 | SA-1638 | SA-935 | SA-3782 | SA-3246 |
| SA-1826 | SA-21142 | SA-6021 | SA-2310 | SA-24359 | SA-7106 | SA-91230 | SA-24528 | SA-10648 | SA-3132 |
| SA-8036 | SA-47373 | SA-1145 | SA-1458 | SA-5868 | SA-25437 | SA-3483 | SA-3249 | SA-4133 | SA-23842 |
| SA-17200 | SA-1835 | SA-12039 | SA-41030 | SA-4026 | SA-19153 | SA-3155 | SA-15993 | SA-1963 | SA-7534 |
| SA-1307 | SA-50499 | SA-48687 | SA-43367 | SA-28698 | SA-2823 | SA-36715 | SA-33517 | SA-33961 | SA-1888 |
| SA-1607 | SA-5824 | SA-8718 | SA-1244 | SA-2742 | SA-30910 | SA-1874 | SA-25560 | SA-18024 | SA-49523 |