# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

On October 8, 2021, the undersigned counsel caused a copy of the following discovery requested, listed below, (each a "Discovery Request") to be served in the manner indicated upon the parties listed in Exhibit A. The party identified in the title of the Discovery Request received the Discovery Requests that named that particular party.

1. HMM Survivors Requests to Produce to Boy Scouts of America
2. HMM Survivors Requests to Produce to the Catholic Ad Hoc Committee
3. HMM Survivors Requests to Produce to Catholic Mutual Relief Society of America
4. HMM Survivors Requests to Produce to The Chubb Group of Insurance Companies and Century.
5. HMM Survivors Requests to Produce to The Episcopal Church
6. HMM Survivors Requests to Produce to the Future Claims Representative
7. HMM Survivors Requests to Produce to the Hartford Companies
8. HMM Survivors Requests to Produce to The United Methodist Ad Hoc Committee
9. HMM Survivors Requests to Produce to The Corporation of the President of the Church of Jesus Christ of Latter-Day Saints.

PHIL1 9714508v.1

DATED: October 8, 2021        Respectfully Submitted,

      By: */s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Email: sveghte@klehr.com

-And-

*/s/ Evan M. Smola*
HURLEY McKENNA & MERTZ, P.C.
Christopher T. Hurley (p*ro hac vice*)
Evan M. Smola (p*ro hac vice*)
20 S. Clark St. Suite 2250
Chicago, IL 60603
Telephone     (312) 553-4900
Facsimile     (312) 553-0964
Email: churley@hurley-law.com;
      esmola@hurley-law.com

*Counsel to the Hurley McKenna & Mertz Surviviors*