IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Re: Docket No. 6528 |

**NOTICE OF INTENT OF CREW JANCI CLAIMANTS TO
PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS**

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [Docket No. 6528] (the "Confirmation Scheduling Order"), Crew Janci LLP on behalf of each of its clients, hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, Crew Janci LLP agrees to comply with the deadlines set forth therein and the terms of the *Order Approving Confidentiality and Protective Order* [Docket No. 799].

1. Crew Janci LLP represents over 400 victims of sexual abuse in BSA programs who have filed claims in this bankruptcy. The Claimants represented by Crew Janci LLP (the "Crew Janci Claimants")[1] are survivors of childhood sexual abuse who each filed a Sexual Abuse Survivor Proof of Claim.

2. The names and addresses of counsel to the Crew Janci Claimants are as follows:

> Stephen Crew, Esquire
> Peter B. Janci, Esquire
> Crew Janci LLP
> 1200 NW Naito Parkway, Suite 500
> Portland, Oregon 97209

---

[1] *See* attached Appendix A, which lists the Sexual Abuse Survivor Proof of Claim numbers for the Crew Janci Claimants.

PHIL1 9713057v.1

Morton Branzburg, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103

Sally E. Veghte, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801

Dated: October 8, 2021               Respectfully submitted,

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5503
Email: sveghte@klehr.com

-And-

Morton Branzburg, Esquire
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-2700
Email: mbranzburg@klehr.com

-And-

Peter B. Janci, Esquire
*Admitted Pro Hac Vice*
**CREW JANCI LLP**
1200 NW Naito Parkway, Suite 500
Portland, Oregon 97209
Telephone: (503) 306-0224
Email: peter@crewjanci.com

*Attorneys for the Crew Janci Claimants*

# APPENDIX A

The numbers below are the claim numbers for each creditor's
Sexual Abuse Survivor Proof of Claim.

| | | | | |
|---|---|---|---|---|
| 14012 | 44261 | 40278 | 40633 | 15959 |
| 40719 | 40375 | 71131 71189 amended claim: 96094 | 63807 | 67109 |
| 20068 | 7909 | 28445 amended claim: 96734 | 32636 | 32670 |
| 39529 | 40581 | 28436 | 32622 | 32688 |
| 32471 | 40586 | 42167 | 42515 | 65358 amended claims: 103205 105676 |
| 22842 | 54352 | 20080 | 54377 | 40791 |
| 45768 | 39962 | 32605 | 17459 | 65301 |
| 20073 | 66146 | 54375 | 32621 | 40795 |
| 62069 amended claim: 103535 | 17372 | 17370 | 17379 | 13964 |
| 40744 | 40015 | 20081 | 20138 | 40797 |
| 32491 | 63711 | 40305 | 63957 | 66730 |
| 73478 | 62684 | 17449 | 65655 | 48115 |
| 23335 | 17428 | 40322 | 40655 | 41882 |
| 48092 | 39992 | 17458 | 40654 | 33949 |
| 40727 | 23339 | 63831 | 32627 | 42157 |
| 45777 | 43613 | 32614 | 42307 | 7924 |
| 39559 | 22156 | 7906 | 40683 | 8805 |
| 14775 | 45784 | 7915 | 40670 | 17405 |
| 39575 | 40009 | 71315 | 40687 | 13115 |
| 54344 | 69075 | 69200 | 64716 | 17460 |
| 42575 | 17387 | 40587 | 29197 | 7923 |
| 55610 | 40065 | 40327 | 63810 | 8784 |
| 23337 | 40045 | 40382 | 17367 | 41428 |
| 62036 | 32536 | 52103 | 40706 | 48068 |
| 22154 | 15680 | 40432 | 28862 | 41466 |
| 14044 | 40067 | 7914 | 45749 | 41887 |
| 54338 | 28453 amended claim: 96072 | 17403 | 45750 | 41495 |
| 42591 | 40578 | 53746 | 45753 | 54063 |
| 39619 | 40092 | 45787 | 40714 | 63850 |
| 38232 | 40135 | 52369 | 40724 | 29240 |
| 32496 | 40110 | 50973 | 55366 | 65331 |
| 54356 | 17394 | 45197 | 40726 | 41483 |
| 7898 | 54348 | 40582 | 17456 | 41564 |

PHIL1 9713057v.1

| | | | | |
|---|---|---|---|---|
| 42023 | 42595 | 42119 | 14060 | 66784 |
| 7899 | 64598 | 40446 | 20127 | 55402 |
| 71173 | 17432 | 62173 | 63858 | 28857 |
| 39630 | 29083 amended claim: 96073 | 64668 | 73475 | 14033 |
| 39664 | 36392 | 40469 | 45780 | 48110 |
| 45778 | 40128 | 40485 | 40728 | 23341 |
| 14052 | 65451 | 40489 | 45783 | 65390 |
| 32505 | 44281 | 69064 | 7921 | 32702 |
| 12828 | 42601 | 14785 | 45786 | 28870 |
| 23334 | 40162 | 52970 | 45785 | 40603 |
| 62063 | 48167 | 52693 | 40745 | 55460 |
| 39828 | 17427 | 44746 | 45782 | 45767 |
| 7911 | 28430 | 33968 40515 | 63841 | 17471 |
| 62075 | 20083 | 13934 | 41406 | 17465 |
| 28417 | 17443 | 48101 | 32673 | 41654 |
| 38233 | 49388 | 20102 | 19427 amended claim: 66235 | 41682 |
| 64336 | 17407 | 71262 | 66112 | 20145 |
| 42279 | 5400 | 40530 | 7919 | 32725 |
| 62035 | 45762 | 40543 | 20137 | 14026 |
| 45779 | 54358 | 47445 | 65239 | 65421 |
| 69040 | 63794 | 14050 | 20148 | 20151 |
| 39835 | 40165 | 40534 | 7920 | 45788 |
| 71221 | 54370 | 45183 | 55333 | 69200 |
| 62084 amended claim: 103544 | 63787 | 40533 | 40583 | 32711 |
| 55614 | 32576 | 40554 | 40755 | 41684 |
| 17419 | 54365 | 14023 | 49441 | 44337 |
| 39824 | 17433 | 17404 | 67128 | 32705 |
| 32499 | 40192 | 48166 | 20147 | 85035 |
| 64425 | 63956 | 40548 | 52060 | 63902 |
| 64472 | 40193 | 53046 | 17462 | 55410 |
| 39888 | 69068 | 40584 | 40775 | 17468 |
| 39852 | 45781 | 43633 | 45230 | 12826 |
| 64461 | 40211 | 40600 | 14016 | 7925 |
| 56138 | 54374 | 28841 | 23340 | 32738 |
| 17423 | 15458 | 20120 | 11349 | 49376 |
| 52110 52102 | 40267 | 40602 | 65251 | 32727 |
| 48070 | 17436 | 59063 | 65255 | 28875 |
| 39861 | 64532 | 32599 | 40764 | 40594 |
| 14058 | 7904 | 40579 | 4484 | 32759 |
| 63766 | 17450 | 40612 | 40758 | 15375 |
| 32521 | 57689 | 64882 | 65309 | 20152 |
| 45773 | 64686 | 40644 | 95549 | 66170 |
| 39895 | 54366 | 32593 | 17464 | 55497 |

PHIL1 9713057v.1

| 29204 | 42597 | 7913  | 40783 | 41711 |
|       |       |       |       | 41716 |
| 45772 | 32585 | 7922  | 32658 | 41758 |
| 45775 | 17452 | 17455 | 44323 | 41766 |
| 39899 | 32587 | 64645 | 40777 | 41816 |
| 39973 |       |       | 45191 | 65460 |

5