# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Chapter 11 |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF SERVICE OF THE ROMAN CATHOLIC AND UNITED METHODIST AD HOC COMMITTEES' (I) FIRST SET OF REQUESTS FOR PRODUCTION TO DEBTORS AND (II) FIRST SET OF INTERROGATORIES TO DEBTORS

**PLEASE TAKE NOTICE** that on October 8, 2021, the United Methodist Ad Hoc Committee (the "Methodist Committee") and the Roman Catholic Ad Hoc Committee (the "Catholic Committee," and together with the Methodist Committee, the "Ad Hoc Committees"), by and through their counsel, served the *Roman Catholic and United Methodist Ad Hoc Committees' (I) First Set of Requests for Production to Debtors and (II) First Set of Interrogatories to Debtors* to be served on the parties listed on the attached service list in the manners indicated.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: October 8, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>**POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>D. Ryan Slaugh (Bar No. 6325)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>           rslaugh@potteranderson.com<br><br>*Counsel for the Roman Catholic and United Methodist Ad Hoc Committees* |
| -- and – | |
| **BRADLEY ARANT BOULT CUMMINGS LLP**<br><br>Edwin G. Rice, Esq.<br>100 N. Tampa Street<br>Suite 2200<br>Tampa, FL 33602<br>Telephone: (813) 559-5500<br>Facsimile:  (813) 229-5946<br>Primary email: erice@bradley.com<br>Secondary emails:<br>ddecker@bradley.com<br> ebrusa@bradley.com<br><br><br><br>*Counsel for the United Methodist Ad Hoc Committee* | **SCHIFF HARDIN LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Neil Lloyd, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:  (312) 258-5600<br>Email: ecygal@schiffhardin.com<br>          dspector@schiffhardin.com<br>          mfisher@schiffhardin.com<br>          nlloyd@schiffhardin.com<br>          dschufreider@schiffhardin.com<br>          jyan@schiffhardin.com<br><br>*Counsel for the Roman Catholic Ad Hoc Committee* |

IMPAC 7426180v.1

**SERVICE LIST**

| | |
|---|---|
| Jessica C. Lauria, Esq.<br>**WHITE AND CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Email: jessica.lauria@whitecase.com<br><br>**Via Email** | Michael C. Andolina, Esq.<br>Matthew E. Linder, Esq.<br>Laura E. Baccash, Esq.<br>Blair M. Warner, Esq.<br>**WHITE AND CASE LLP**<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Email: mandolina@whitecase.com<br>          mlinder@whitecase.com<br>          laura.baccash@whitecase.com<br>          blair.warner@whitecase.com<br><br>**Via Email** |
| Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Eric W. Moats, Esq.<br>Paige N. Topper, Esq.<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Email: dabbott@morrisnichols.com<br>          aremming@morrisnichols.com<br>          emoats@morrisnichols.com<br>          ptopper@morrisnichols.com<br><br>**Via Email** | |

IMPAC 7426180v.1