# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 5850, 5867, 6450, 6533, 6534** |

## JOINDER OF (I) THE UNITED METHODIST AD HOC COMMITTEE AND (II) THE ROMAN CATHOLIC AD HOC COMMITTEE TO DISCOVERY REQUESTS DIRECTED TO THE DEBTORS

Together, the United Methodist Ad Hoc Committee (the "Methodist Committee") and the Roman Catholic Ad Hoc Committee (the "Catholic Committee," and together with the Methodist Committee, the "Ad Hoc Committees"), by and through their counsel, hereby join (this "Joinder") in the following discovery requests directed to the above-captioned debtors, as if separately served by the Ad Hoc Committees:

1. *The Church of Jesus Christ of Latter-Day Saints' Second Set of Request for the Production of Documents to BSA*, dated July 29, 2021. *See* Docket No. 5850.

2. *Argonaut Insurance Company's First Set of Requests for Admission to Debtors*, dated August 3, 2021. *See* Docket No. 5867.

3. *Propounding Insurers' First Request for Production of Documents Directed to Debtors*, dated September 30, 2021. *See* Docket No. 6450.

4. *Propounding Insurers' First Set of Requests for Admissions to Debtors*, dated September 30, 2021. *See* Docket No. 6450.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

5. *Kentucky Creditors' Notice of Service of Discovery Requests to Boy Scouts of America*, dated October 8, 2021.  *See* Docket No. 6533.

6. *Kentucky Creditors' Notice of Service of Discovery Requests to Delaware BSA, LLC*, dated October 8, 2021.  *See* Docket No. 6534.

The Ad Hoc Committees additionally hereby joins in any additional discovery requests that are propounded on the Debtors in connection with confirmation of the Debtor's proposed plan.

| | |
|---|---|
| Dated: October 8, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>**POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>D. Ryan Slaugh (Bar No. 6325)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>            rslaugh@potteranderson.com<br><br>*Counsel for the Roman Catholic and United Methodist Ad Hoc Committees* |
| -- and – | |

| | |
|---|---|
| **BRADLEY ARANT BOULT CUMMINGS LLP** | **SCHIFF HARDIN LLP** |
| | Everett Cygal, *admitted pro hac vice* |
| Edwin G. Rice, Esq. | David Spector, *admitted pro hac vice* |
| 100 N. Tampa Street | J. Mark Fisher, *admitted pro hac vice* |
| Suite 2200 | Neil Lloyd, *admitted pro hac vice* |
| Tampa, FL 33602 | Daniel Schufreider, *admitted pro hac vice* |
| Telephone: (813) 559-5500 | Jin Yan, *admitted pro hac vice* |
| Facsimile: (813) 229-5946 | 233 South Wacker Drive, Suite 7100 |
| Primary email: erice@bradley.com | Chicago, IL 60606 |
| Secondary emails: ddecker@bradley.com | Telephone: (312) 258-5500 |
| ebrusa@bradley.com | Facsimile: (312) 258-5600 |
| | Email: ecygal@schiffhardin.com |
| | dspector@schiffhardin.com |
| | mfisher@schiffhardin.com |
| | nlloyd@schiffhardin.com |
| | dschufreider@schiffhardin.com |
| *Counsel for the United Methodist Ad Hoc Committee* | jyan@schiffhardin.com |
| | *Counsel for the Roman Catholic Ad Hoc Committee* |