## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan do hereby certify that on October 8, 2021, a copy of the foregoing **Joinder of (I) the United Methodist Ad Hoc Committee and (II) the Roman Catholic Ad Hoc Committee to Discovery Requests Directed to the Debtors** was served on the parties listed via email.

    */s/ Jeremy W. Ryan*
    Jeremy Ryan (No. 4057)

## SERVICE LIST

| | |
|---|---|
| **VIA EMAIL**<br>Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Eric W. Moats, Esq.<br>Paige N. Topper, Esq.<br>Michelle M. Fu, Esq.<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Email: dabbott@morrisnichols.com<br>      aremming@morrisnichols.com<br>      emoats@morrisnichols.com<br>      ptopper@morrisnichols.com<br>      mfu@morrisnichols.com | **VIA EMAIL**<br>Jessica C. Lauria, Esq.<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Email: jessica.lauria@whitecase.com |
| **VIA EMAIL**<br>Michael C. Andolina, Esq.<br>Matthew E. Linder, Esq.<br>Laura E. Baccash, Esq.<br>Blair M. Warner, Esq.<br>**WHITE & CASE LLP**<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Email: mandolina@whitecase.com<br>      mlinder@whitecase.com<br>      laura.baccash@whitecase.com<br>      blair.warner@whitecase.com | **VIA EMAIL**<br>Ernest Martin, Jr., Esq.<br>Adrian Azer, Esq.<br>Carla Green, Esq.<br>**HAYNES AND BOONE, L.L.P.**<br>2323 Victory Ave., Suite 700<br>Dallas, TX 75219<br>Email: ernest.martin@haynesboone.com<br>      adrian.azer@haynesboone.com<br>      carla.green@haynesboone.com |