IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

# JOINDER OF CREW JANCI LLP TO PROPOUNDED DISCOVERY REQUESTS

Crew Janci LLP represents over 400 victims and survivors who each have filed a proof of claim in this bankruptcy (the "Crew Janci Claimants"). Crew Janci LLP and the Crew Janci Claimants hereby join in the following propounded discovery requests, as if separately served by the Crew Janci Claimants:

1. The Zalkin law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC's First Set of Consolidated Discovery Requests to James L. Patton, Jr., in his Capacity as the Future Claimants' Representative;

2. The Zalkin law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC's First Set of Consolidated Discovery Requests to Boy Scouts of America and Delaware BSA, LLC;

3. The Zalkin law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC's Notice of Intent to Serve Subpoena to Produce Documents Directed to The Coalition of Abused Scouts for Justice;

4. The Zalkin law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC's Notice of Intent to Serve Subpoena to Produce Documents Directed to The Church of Jesus Christ of Latter-Day Saints;

1

5.      The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Requests for the Production of Documents to the Church of Jesus Christ of Latter-Day Saints Related to Plan Confirmation; and

6.      The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Notice of Deposition Pursuant to Rule 30(b)(6) of the federal Rules of Civil Procedure of the Church of Jesus Christ of Latter-Day Saints.

Dated: October 8, 2021

Respectfully submitted,

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5503
Email: sveghte@klehr.com

-And-

Morton Branzburg, Esquire
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-2700
Email: mbranzburg@klehr.com

-And-

Peter B. Janci, Esquire
*Admitted Pro Hac Vice*
**CREW JANCI LLP**
1200 NW Naito Parkway, Suite 500
Portland, Oregon 97209
Telephone: (503) 306-0224
Email: peter@crewjanci.com

*Attorneys for the Crew Janci Claimants*