**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, [1] | Chapter 11 |
| | Jointly Administered |
| Debtors. | |

**NOTICE OF SERVICE OF JOINDER OF (I) THE UNITED METHODIST AD HOC COMMITTEE AND (II) THE ROMAN CATHOLIC AD HOC COMMITTEE TO DISCOVERY REQUESTS DIRECTED TO THE DEBTORS**

**PLEASE TAKE NOTICE** that on October 8, 2021, the United Methodist Ad Hoc Committee (the "Methodist Committee") and the Roman Catholic Ad Hoc Committee (the "Catholic Committee," and together with the Methodist Committee, the "Ad Hoc Committees"), by and through their counsel, caused a copy of *Joinder of (I) the United Methodist Ad Hoc Committee and (II) the Roman Catholic Ad Hoc Committee to Discovery Requests Directed to the Debtors* served on the parties listed on the attached service list in the manner indicated.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

IMPAC 7426853v.1

Dated: October 8, 2021
Wilmington, Delaware

Respectfully submitted,

**POTTER ANDERSON & CORROON LLP**

/s/ *Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
D. Ryan Slaugh (Bar No. 6325)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
            rslaugh@potteranderson.com

*Counsel for the Roman Catholic and United
Methodist Ad Hoc Committees*

-- and –

**BRADLEY ARANT BOULT
CUMMINGS LLP**

Edwin G. Rice, Esq.
100 N. Tampa Street
Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Facsimile:  (813) 229-5946
Primary email: erice@bradley.com
Secondary emails:
ddecker@bradley.com
 ebrusa@bradley.com

*Counsel for the United Methodist Ad
Hoc Committee*

**SCHIFF HARDIN LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Neil Lloyd, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
Email: ecygal@schiffhardin.com
        dspector@schiffhardin.com
        mfisher@schiffhardin.com
        nlloyd@schiffhardin.com
        dschufreider@schiffhardin.com
        jyan@schiffhardin.com

*Counsel for the Roman Catholic Ad Hoc
Committee*

2

## SERVICE LIST

| | |
|---|---|
| **VIA EMAIL**<br>Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Eric W. Moats, Esq.<br>Paige N. Topper, Esq.<br>Michelle M. Fu, Esq.<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Email: dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>emoats@morrisnichols.com<br>ptopper@morrisnichols.com<br>mfu@morrisnichols.com | **VIA EMAIL**<br>Jessica C. Lauria, Esq.<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Email: jessica.lauria@whitecase.com |
| **VIA EMAIL**<br>Michael C. Andolina, Esq.<br>Matthew E. Linder, Esq.<br>Laura E. Baccash, Esq.<br>Blair M. Warner, Esq.<br>**WHITE & CASE LLP**<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Email: mandolina@whitecase.com<br>mlinder@whitecase.com<br>laura.baccash@whitecase.com<br>blair.warner@whitecase.com | **VIA EMAIL**<br>Ernest Martin, Jr., Esq.<br>Adrian Azer, Esq.<br>Carla Green, Esq.<br>**HAYNES AND BOONE, L.L.P.**<br>2323 Victory Ave., Suite 700<br>Dallas, TX 75219<br>Email: ernest.martin@haynesboone.com<br>adrian.azer@haynesboone.com<br>carla.green@haynesboone.com |

IMPAC 7426853v.1