# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket Nos. 5945** |

## JOINDER OF (I) THE UNITED METHODIST AD HOC COMMITTEE AND (II) THE ROMAN CATHOLIC AD HOC COMMITTEE TO DISCOVERY REQUESTS DIRECTED TO THE AD HOC COMMITTEE OF LOCAL COUNCILS

Together, the United Methodist Ad Hoc Committee (the "Methodist Committee") and the Roman Catholic Ad Hoc Committee (the "Catholic Committee," and together with the Methodist Committee, the "Ad Hoc Committees"), by and through their counsel, hereby join (this "Joinder") in the following discovery requests directed to the Ad Hoc Committee of Local Councils of the Boy Scouts of America (the "Ad Hoc Committee of Local Councils"), as if separately served by the Ad Hoc Committees:

1. *The Church of Jesus Christ of Latter-Day Saints' Second Set of Requests for the Production of Documents to Ad Hoc Committee of Local Councils*, dated August 9, 2021. *See* Docket No. 5945.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

The Ad Hoc Committees additionally hereby joins in any additional discovery requests that are propounded on the Ad Hoc Committee of Local Councils in connection with confirmation of the Debtor's proposed plan.

| | |
|---|---|
| Dated: October 8, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>**POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>D. Ryan Slaugh (Bar No. 6325)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jryan@potteranderson.com<br>         rslaugh@potteranderson.com<br><br>*Counsel for the Roman Catholic and United Methodist Ad Hoc Committees* |

-- and –

| | |
|---|---|
| **BRADLEY ARANT BOULT CUMMINGS LLP**<br><br>Edwin G. Rice, Esq.<br>100 N. Tampa Street<br>Suite 2200<br>Tampa, FL 33602<br>Telephone: (813) 559-5500<br>Facsimile: (813) 229-5946<br>Primary email:      erice@bradley.com<br>Secondary emails:  ddecker@bradley.com<br>                   ebrusa@bradley.com<br><br><br><br><br><br>*Counsel for the United Methodist Ad Hoc Committee* | **SCHIFF HARDIN LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Neil Lloyd, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone: (312) 258-5500<br>Facsimile: (312) 258-5600<br>Email: ecygal@schiffhardin.com<br>       dspector@schiffhardin.com<br>       mfisher@schiffhardin.com<br>       nlloyd@schiffhardin.com<br>       dschufreider@schiffhardin.com<br>       jyan@schiffhardin.com<br><br>*Counsel for the Roman Catholic Ad Hoc Committee* |