**CERTIFICATE OF SERVICE**

I, Jeremy W. Ryan do hereby certify that on October 8, 2021, a copy of the foregoing **Joinder of (I) the United Methodist Ad Hoc Committee and (II) the Roman Catholic Ad Hoc Committee to Discovery Requests Directed to the Ad Hoc Committee of Local Councils** was served on the parties listed via email.

*/s/ Jeremy W. Ryan*
Jeremy Ryan (No. 4057)

## SERVICE LIST

| | |
|---|---|
| **VIA EMAIL**<br>R. Craig Martin, Esq.<br>**DLA PIPER, LLP (US)**<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801-1147<br>Email: craig.martin@dlapiper.com | **VIA EMAIL**<br>Richard G. Mason, Esq.<br>Douglas K. Mayer, Esq.<br>Joseph C. Celentino, Esq.<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, New York 10019<br>Email: RGMason@wlrk.com<br>         DKMayer@wlrk.com<br>         JCCelentino@wlrk.com |