# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE OF SERVICE OF JOINDER OF (I) THE UNITED METHODIST AD HOC COMMITTEE AND (II) THE ROMAN CATHOLIC AD HOC COMMITTEE TO DISCOVERY REQUESTS DIRECTED TO THE AD HOC COMMITTEE OF LOCAL COUNCILS

**PLEASE TAKE NOTICE** that on October 8, 2021, the United Methodist Ad Hoc Committee (the "Methodist Committee") and the Roman Catholic Ad Hoc Committee (the "Catholic Committee," and together with the Methodist Committee, the "Ad Hoc Committees"), by and through their counsel, caused a copy of *Joinder of (I) the United Methodist Ad Hoc Committee and (II) the Roman Catholic Ad Hoc Committee to Discovery Requests Directed to the Ad Hoc Committee of Local Councils* served on the parties listed on the attached service list in the manner indicated.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

IMPAC 7428387v.1

Dated: October 8, 2021
Wilmington, Delaware

Respectfully submitted,

**POTTER ANDERSON & CORROON LLP**

/s/ *Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
D. Ryan Slaugh (Bar No. 6325)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
           rslaugh@potteranderson.com

*Counsel for the Roman Catholic and United Methodist Ad Hoc Committees*

-- and –

| | |
|---|---|
| **BRADLEY ARANT BOULT CUMMINGS LLP** | **SCHIFF HARDIN LLP** |
| | |
| Edwin G. Rice, Esq. | Everett Cygal, *admitted pro hac vice* |
| 100 N. Tampa Street | David Spector, *admitted pro hac vice* |
| Suite 2200 | J. Mark Fisher, *admitted pro hac vice* |
| Tampa, FL 33602 | Neil Lloyd, *admitted pro hac vice* |
| Telephone: (813) 559-5500 | Daniel Schufreider, *admitted pro hac vice* |
| Facsimile:  (813) 229-5946 | Jin Yan, *admitted pro hac vice* |
| Primary email: erice@bradley.com | 233 South Wacker Drive, Suite 7100 |
| Secondary emails: | Chicago, IL 60606 |
| ddecker@bradley.com | Telephone:  (312) 258-5500 |
| ebrusa@bradley.com | Facsimile:  (312) 258-5600 |
| | Email: ecygal@schiffhardin.com |
| | dspector@schiffhardin.com |
| | mfisher@schiffhardin.com |
| | nlloyd@schiffhardin.com |
| | dschufreider@schiffhardin.com |
| | jyan@schiffhardin.com |
| *Counsel for the United Methodist Ad Hoc Committee* | *Counsel for the Roman Catholic Ad Hoc Committee* |

IMPAC 7428387v.1

## SERVICE LIST

| | |
|---|---|
| **VIA EMAIL**<br>R. Craig Martin, Esq.<br>**DLA PIPER, LLP (US)**<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801-1147<br>Email: craig.martin@dlapiper.com | **VIA EMAIL**<br>Richard G. Mason, Esq.<br>Douglas K. Mayer, Esq.<br>Joseph C. Celentino, Esq.<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, New York 10019<br>Email: RGMason@wlrk.com DKMayer@wlrk.com<br>           JCCelentino@wlrk.com |