**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on October 8, 2021, the undersigned counsel caused a copy of the following discovery requests (each a "Discovery Request") to be served in the manner indicated on Exhibit 1.  The party identified in the title of each Discovery Request received service of such Discovery Request.

1. The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC's First Set of Consolidated Discovery Requests to Boy Scouts Of America And Delaware BSA, LLC

2. The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC's First Set of Consolidated Discovery Requests to James L. Patton, Jr., In His Capacity as the Future Claimants' Representative

DATED:  October 8, 2021

**BIELLI & KLAUDER, LLC**

By:  */s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

**KTBS LAW LLP**

Thomas E. Patterson (p*ro hac vice*)
Daniel J. Bussel (p*ro hac vice*)
Robert J. Pfister (p*ro hac vice*)
Sasha M Gurvitz (p*ro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone      310-407-4000
Email: tpatterson@ktbslaw.com;
        dbussel@ktbslaw.com;
        rpfister@ktbslaw.com;
        sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C.,*
*and Pfau Cochran Vertetis Amala PLLC*

# Exhibit 1

**BY ELECTRONIC MAIL:**

Young Conaway Stargatt & Taylor, LLP
Attn: Edwin J. Harron, Kenneth J. Enos
Rodney Square
1000 North King Street
Wilmington, DE 19801
eharron@ycst.com
kenos@ycst.com

*Counsel to the Future Claimants' Representative*

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

White & Case LLP
Attn: Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
jessica.lauria@whitecase.com

White & Case LLP
Attn: Michael C. Andolina
111 South Wacker Drive
Chicago, Illinois 60606
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

*Counsel to the Debtors*