**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS**
**PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 34 AND 45**

**PLEASE TAKE NOTICE** that The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC ("Zalkin and PCVA"), pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure ("FRCP"), made applicable to this proceeding pursuant to Rules 7034 and 9016 of the Federal Rules of Bankruptcy Procedure, are serving subpoenas on October 8, 2021 to produce documents upon the parties set forth below, in the forms attached hereto as Exhibits A-G.

> American Legion
> American Legion of the United States
> Archdiocese of San Francisco
> Baden Powell Council
> Buckskin Council
> Church of Jesus Christ of Latter-day Saints
> Church of Jesus Christ of Latter-day Saints
> Colchester Federated Church
> Connecticut Rivers Council
> Connecticut Rivers Council
> Edwards-Knox Central School District
> First Christian Church of Huntington Beach
> First United Methodist Church
> Franklin Elementary School
> Golden Gate Area Council
> Granada Hills Ward of the LDS Church
> Grand Canyon Council
> Grand Canyon Council
> Greater New York Councils
> Jersey Shore Council
> Johnson Memorial United Methodist Church
> Kenilworth Baptist Church

Kiwanis Club of the US
Lake Forest Ward of the LDS Church
LDS Church
Longhouse Council
Mountain West Council
Orange County Council
Orange County Council
Our Lady of the Queen Catholic Church
Piedmont Council
Prairielands Council
Red Mountain United Methodist Church
Red Mountain United Methodist Church
Santa-Monica School District
St. James Methodist Church
St. James Methodist Church
The Church of Jesus Christ of Latter-day Saints
The Coalition for Abused Scouts for Justice
The Coalition for Abused Scouts for Justice
The Coalition for Abused Scouts for Justice
Town of Russell
West Virginia Conference of the United Methodist Church
Western Los Angeles County Council
Somerset Presbyterian Church
Quapaw Area Council
Circle Ten Council, Inc., Boy Scouts of America
Three Rivers Council, Boy Scouts of America, Inc.
First Methodist Church of Orange, Texas
Sam Houston Area Council
Rio Grande Council, Inc., Boy Scouts of America
First Baptist Church of Hyannis
Cape Cod and Islands Council Inc., Boy Scouts of America
The Lutheran Church-Missouri Synod
Evangelical Lutheran Church in America
Old Hickory Council of Boy Scouts of America, Inc.
St. Stephen's Lutheran Church
Big Brothers Big Sisters of America Corporation
The Texas Annual Conference of the United Methodist
General Conference of the UMC
Boys & Girls Clubs of America
Boys & Girls Clubs In Texas
Boys And Girls Clubs Of Greater Houston, Inc.
Boys And Girls Clubs Of Greater Houston, Inc.
Townley Elementary School
Irving Independent School District

DATED:  October 8, 2021                **BIELLI & KLAUDER, LLC**

By:    */s/ David M. Klauder*
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

**KTBS LAW LLP**

Thomas E. Patterson (p*ro hac vice*)
Daniel J. Bussel (p*ro hac vice*)
Robert J. Pfister (*pro hac vice*)
Sasha M Gurvitz (p*ro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone     310-407-4000
Email: tpatterson@ktbslaw.com;
        dbussel@ktbslaw.com;
        rpfister@ktbslaw.com;
        sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C.,*
*and Pfau Cochran Vertetis Amala PLLC*