# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S DISCOVERY REQUESTS TO ANKURA CONSULTING GROUP, LLC

**PLEASE TAKE NOTICE** that on the 8th day of October, 2021, true and correct copies of the following discovery requests listed below (each a "Discovery Request") were served on the parties on the attached **Exhibit A** in the manner indicated therein.

**PLEASE TAKE FURTHER NOTICE** that the Discovery Requests were also served on the Participating Parties listed on the attached **Exhibit B** in the manner indicated therein.

1. The Official Committee of Tort Claimants' Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of Ankura Consulting Group, LLC; and

2. The Official Committee of Tort Claimants' Requests for Production to Ankura Consulting Group, LLC Relating to Plan Confirmation (Set One).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:236434.1 85353/002

2

| | |
|---|---|
| Dated: October 8, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ James E. O'Neill* |
| | James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*) |
| | Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*) |
| | Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vic*e) |
| | James E. O'Neill (DE Bar No. 4042) |
| | John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*) |
| | Steven W. Golden (DE No. LP 0127) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email: jstang@pszjlaw.com |
| |           inasatir@pszjlaw.com |
| |           kbrown@pszjlaw.com |
| |           joneill@pszjlaw.com |
| |           jlucas@pszjlaw.com |
| |           sgolden@pszjlaw.com |
| | |
| | *Counsel for the Tort Claimants' Committee* |