**Exhibit A**

**EMAIL**
**Ankura Consulting Group, LLC**
Robert Brady (rbrady@ycst.com)
Edwin Harron (eharron@ycst.com)