# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S DISCOVERY REQUESTS TO BATES WHITE LLC

**PLEASE TAKE NOTICE** that on the 8th day of October, 2021, true and correct copies of the following discovery requests listed below (each a "Discovery Request") were served on the parties on the attached **Exhibit A** in the manner indicated therein.

**PLEASE TAKE FURTHER NOTICE** that the Discovery Requests were also served on the Participating Parties listed on the attached **Exhibit B** in the manner indicated therein.

1. The Official Committee of Tort Claimants' Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of Bates White LLC; and
2. The Official Committee of Tort Claimants' Requests for Production to Bates White LLC Relating to Plan Confirmation (Set One).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: October 8, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ James E. O'Neill* |

James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
Steven W. Golden (DE No. LP 0127)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: jstang@pszjlaw.com
　　　　inasatir@pszjlaw.com
　　　　kbrown@pszjlaw.com
　　　　joneill@pszjlaw.com
　　　　jlucas@pszjlaw.com
　　　　sgolden@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

DOCS_DE:236426.1 85353/002