## Exhibit A

**EMAIL**
**Bates White**
Jessica C. Lauria (jessica.lauria@whitecase.com)
Michael C. Andolina (mandolina@whitecase.com)  Matthew Linder (mlinder@whitecase.com)  Derek Abbott (dabbott@mnat.com)
Paige Tooper (ptopper@mnat.com)

DOCS_DE:236426.1 85353/002