# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br>                     Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

### NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S DISCOVERY REQUESTS TO FUTURE CLAIMANTS' REPRESENTATIVE

**PLEASE TAKE NOTICE** that on the 8th day of October, 2021, true and correct copies of the following discovery requests listed below (each a "Discovery Request") were served on the parties on the attached **Exhibit A** in the manner indicated therein. The party identified in the title of the Discovery Request received the Discovery Request that named that particular party.

**PLEASE TAKE FURTHER NOTICE** that the Discovery Requests were also served on the Participating Parties listed on the attached **Exhibit B** in the manner indicated therein.

1. The Official Committee of Tort Claimants' Notice of Deposition Pursuant to Rule 30 of the Federal Rules of Civil Procedure of James L. Patton, the Future Claimants' Representative; and
2. The Official Committee of Tort Claimants' Requests for Production to James L. Patton, the Future Claimants' Representative, Relating to Plan Confirmation (Set One).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:236393.1 85353/002

Dated: October 8, 2021    PACHULSKI STANG ZIEHL & JONES LLP

    */s/ James E. O'Neill*
    James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
    Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
    Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vic*e)
    James E. O'Neill (DE Bar No. 4042)
    John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
    Steven W. Golden (DE No. LP 0127)
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, DE  19899-8705 (Courier 19801)
    Telephone:  (302) 652-4100
    Facsimile:   (302) 652-4400
    Email: jstang@pszjlaw.com
          inasatir@pszjlaw.com
          kbrown@pszjlaw.com
          joneill@pszjlaw.com
          jlucas@pszjlaw.com
          sgolden@pszjlaw.com

*Counsel for the Tort Claimants' Committee*