**Exhibit A**

DOCS_DE:236393.1 85353/002

**EMAIL**
**Future Claimants' Representative**
Robert Brady (rbrady@ycst.com)
Edwin Harron (eharron@ycst.com)