# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S DISCOVERY REQUESTS TO INSURERS

**PLEASE TAKE NOTICE** that on the 8th day of October, 2021, true and correct copies of the following discovery requests listed below (each a "Discovery Request") were served on the applicable party on the attached **Exhibit A** by email. The party identified in the title of the Discovery Request received the Discovery Request that named that particular party.

**PLEASE TAKE FURTHER NOTICE** that the Discovery Requests were also served on the Participating Parties listed on the attached **Exhibit B** in the manner indicated therein.

1. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to National Surety Corporation and Interstate Fire & Casualty Company Related to Plan Confirmation (First Set)

2. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Alterra Excess & Surplus Insurance Company and Evanston Insurance Company Related to Plan Confirmation (First Set)

3. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Traders and Pacific Insurance Company; Endurance American Specialty Insurance Company; and Endurance American Insurance Company Related to Plan Confirmation (First Set)

4. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Everest National Insurance

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Company Related to Plan Confirmation (First Set)

5. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Columbia Casualty Company; Continental Insurance Company as Successor in Interest to Certain Policies Issued By Harbor Insurance Company; Continental Insurance Company Successor By Merger to Niagara Fire Insurance Company; and Continental Insurance Company Related to Plan Confirmation (First Set)

6. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Axis Capital Holdings Limited; Axis Specialty Insurance Company; Axis Insurance Company; and Axis Surplus Insurance Company Related to Plan Confirmation (First Set)

7. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to General Star Indemnity Company Related to Plan Confirmation (First Set)

8. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Arrowood Indemnity Company and Royal Indemnity Related to Plan Confirmation (First Set)

9. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Old Republic Insurance Company Related to Plan Confirmation (First Set)

10. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to American International Group, Inc.; National Union Fire Insurance Company of Pittsburgh, Pa; Lexington Insurance Company; Landmark Insurance Company; and the Insurance Company of the State of Pennsylvania Related to Plan Confirmation (First Set)

11. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Chubb Limited, Chubb Group Holdings Inc., and the Chubb Subsidiary Insurers Related to Plan Confirmation (First Set)

12. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to the Catholic Mutual Relief Society of America Related to Plan Confirmation (First Set)

13. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Munich Reinsurance America, Inc., f/k/a American Re-Insurance Company Related to Plan Confirmation (First Set)

14. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Argonaut Insurance Company and Colony Insurance Company Related to Plan Confirmation (First Set)

15. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Aspen Insurance Holdings, Ltd. Related to Plan Confirmation (First Set)

16. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Great American Assurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; Agricultural Insurance Company; Great American E&S Insurance Company f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company Related to Plan Confirmation (First Set)

17. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Clarendon America Insurance Company; Maryland Casualty Company; Maryland American General Group; and American General Fire & Casualty Company Related to Plan Confirmation (First Set)

18. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Allianz Global Risks US Insurance Company f/k/a Allianz Insurance Company Related to Plan Confirmation (First Set)

19. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Catlin Underwriting Agencies Limited; Indian Harbor Insurance Company, on Behalf of Itself and as Successor in Interest to Catlin Specialty Insurance Company; XL Catlin; XL Insurance (Bermuda) Limited; XL Insurance (Dublin) Ltd.; and XL Europe Limited Related to Plan Confirmation (First Set)

20. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to First Specialty Insurance Corporation Related to Plan Confirmation (First Set)

21. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company); St. Paul Surplus Lines Insurance Company; and Gulf Insurance Company Related to Plan Confirmation (First Set)

22. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Gemini Insurance Company Related to Plan Confirmation (First Set)

23. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Allied World Assurance Company (U.S.), Inc. and Allied World Assurance Company, Ltd. Related to Plan Confirmation (First Set)

24. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to American Zurich Insurance Company; American Guarantee and Liability Insurance Company; and Steadfast Insurance Company Related to Plan Confirmation (First Set)

25. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Interrogatories to Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Insurance Company

26. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Request for the Production of Documents to Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Insurance Company Relating to Plan Confirmation (Set One)

27. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Requests for Admission to Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Insurance Company

28. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Century Indemnity Company, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company Related to Plan Confirmation (First Set)

29. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC'S Requests for the Production of Documents to Liberty Mutual Insurance Company Related to Plan Confirmation (First Set)

Dated: October 8, 2021          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
Steven W. Golden (DE No. LP 0127)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  jstang@pszjlaw.com
          inasatir@pszjlaw.com
          kbrown@pszjlaw.com
          joneill@pszjlaw.com
          jlucas@pszjlaw.com
          sgolden@pszjlaw.com

-and-

PASICH LLP
Kirk Pasich
10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA  90024
Telephone: (424) 313-7850
Email: kpasich@pasichllp.com

-and-

4

Jeffrey L. Schulman
757 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 686-5000
Email: jschulman@pasichllp.com

*Counsel for the Tort Claimants' Committee*