**<u>Exhibit A</u>**

**Allianz Global Risks US Insurance
Company f/k/a Allianz Insurance
Company (Allianz)**
David M. Fournier
Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE  19899-1709
Email: david.fournier@troutman.com;
marcy.smith@troutman.com

Harris B. Winsberg
Troutman Sanders LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, GA  30308
Email: harris.winsberg@troutman.com

Ryan S. Smethurst
Margaret H. Warner
McDermott Will & Emery LLP
The McDermott Building
500 N. Capitol Street, NW
Washington, DC  20001-1531
Email: rsmethurst@mwe.com;
mwarner@mwe.com

**Allied World Assurance Company (U.S.),
Inc. and Allied World Assurance
Company, Ltd. (Fairfax)**
Ian A. Cooper
Erin M. Gallagher
Nicolaides Fink Thorpe Michaelides
Sullivan LLP
10 S. Wacker Drive, 21st Floor
Chicago, IL  60606
Email:  icooper@nicolaidesllp.com;
egallagher@nicolaidesllp.com

**American Zurich Insurance Company;
American Guarantee and Liability
Insurance Company; and Steadfast
Insurance Company (Zurich)**
Robert D. Cecil, Jr.
Seth J. Reidenberg
Tybout, Redfearn & Pell
750 Shipyard Drive, Suite 400
Wilmington, DE  19899-2092
Email: sreidenberg@trplaw.com;
rcecil@trplaw.com

Mark D. Plevin
Austin J. Sutta
Kevin D. Cacabelos
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, CA  94111
Email: mplevin@crowell.com;
asutta@crowell.com;
kcacabelos@crowell.com

Tacie H. Yoon
Rachel A. Jankowski
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Email: tyoon@crowell.com;
rjankowski@crowell.com

Beth Titus
Zurich N.A.
Email: beth.titus@zurichna.com

**Argonaut Insurance Company and
Colony Insurance Company**
Kathleen K. Kerns
Paul Logan
John C. Sullivan
Post Schell, P.C.
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA  19103-2808
Email:  kkerns@postschell.com;
plogan@postschell.com;
jsullivan@postschell.com

George R. Calhoun
Ifrah Law
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC  20006
Email: george@ifrahlaw.com

**Arrowood Indemnity Company and**
**Royal Indemnity Company (Arrowpoint)**
Michael J. Joyce
The Law Offices of Joyce, LLC
1225 King Street, Suite 800
Wilmington, DE  19801
Email: mjoyce@mjlawoffices.com

Britton C. Lewis
Carruthers & Roth, P.A.
235 N. Edgeworth Street
PO Box 540
Greensboro, NC  27401
Email: bcl@crlaw.com

Kevin Coughlin
Lorraine Armenti
Michael Hrinewski
Coughlin Duffy, LLP
350 Mount Kemble Avenue
PO Box 1917
Morristown, NJ  07962
Email: kcoughlin@coughlinduffy.com;
larmenti@coughlinduffy.com;
mhrinewski@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilkerson
Brown Sims
1177 W. Loop South, 10th Floor
Houston, TX  77027
Email:  cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill
(jonathan.mulvihill@axaxl.com)

Lloyd A. Gura
Mound Cotton Wollan & Greengrass LLP
One New York Plaza, 44th Floor
New York, NY 10004
Email:  lgura@moundcotton.com

Pamela Minetto
Mound Cotton Wollan & Greengrass LLP
30A Vreeland Road
Florham Park, NJ  07932
Email:  pminetto@moundcotton.com

Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 501
Wilmington, DE 19899-0410
Email: kmiller@skjlaw.com

**Axis Capital Holdings Limited; Axis**
**Specialty Insurance Company; Axis**
**Insurance Company; and Axis Surplus**
**Insurance Company (Axis)**
Kristin V. Gallagher
Jedidiah Vander Klok
Kennedys Law LLP
120 Mountain View Boulevard
PO Box 650
Basking Ridge, NJ  07920
Email: kristin.gallagher@kennedyslaw.com;
jedidiah.vanderklok@kennedyslaw.com

**Berkley Custom**

A. Blum
Email: ablum@berkleycustom.com

John E. W. Baay, II
Robert I. Siegel
Gieger, Laborde & Laperouse, LLC
701 Poydras Street, Suite 4800
New Orleans, LA  70139
Email:  jbaay@glllaw.com;
rsiegel@glllaw.com

S. White
Kiernan Trebback
Email:  swhite@kiernantrebach.com

**Catholic Mutual Relief Society of America**
Jeremy W. Ryan
D. Ryan Slaugh
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE  19899-0951
Email: jryan@potteranderson.com;
rslaugh@potteranderson.com

Everett Cygal
David Spector
Joseph Mark Fisher
Neil Lloyd
Daniel Schufreider
Jin Yan
Schiff Hardin LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL  60606
Email: ecygal@schiffhardin.com;
dspector@schiffhardin.com;
mfisher@schiffhardin.com;
nlloyd@schiffhardin.com;
dschufreider@schiffhardin.com;
jyan@schiffhardin.com

**Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America; Westchester Fire Insurance Company; and Westchester Surplus Lines Insurance Company (Century)**
Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, DE  19801
Email: stamoulis@swdelaw.com;
weinblatt@swdelaw.com

Tancred Schiavoni
Daniel S. Shamah
Gary Svirsky
Janine Panchok-Berry
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036-6537
Email: tschiavoni@omm.com;
dshamah@omm.com; gsvirsky@omm.com;
jpanchok-berry@omm.com

Christopher A. Wadley
Walker Wilcox
One N. Franklin Street, Suite 3200
Chicago, IL  60606
Email:  cwadley@walkerwilcox.com

**Chubb**
Mary Beth Forshaw
Jonathan K. Youngwood
Simpson Thatcher
425 Lexington Avenue
New York, NY  10017
Email: mforshaw@stblaw.com;
jyoungwood@stblaw.com

**Clarendon America Insurance Company; Maryland Casualty Company; Maryland American General Group; and American General Fire & Casualty Company (Enstar)**
Brett Grindrod
Harry Lee
John Frederick O'Connor, Jr.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036
Email: bgrindrod@steptoe.com;
hlee@steptoe.com; joconnor@steptoe.com

Kenya Spivey
Enstar Group
Email:  kenya.spivey@enstargroup.com

Matthew G. Summers
Chantelle McClamb
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Email:  summersm@ballardspahr.com;
mcclambc@ballardspahr.com

**Columbia Casualty Company;
Continental Insurance Company as
successor in interest to certain policies
issued by Harbor Insurance Company;
Continental Insurance Company
successor by merger to Niagara Fire
Insurance Company; and Continental
Insurance Company (CNA)**
Laura McNally
Emily Stone
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
Email: lmcnally@loeb.com;
estone@loeb.com

Maria Aprile Sawczuk
Goldstein & Mcclintock LLLP
501 Silverside Road
Wilmington, DE 19809
Email: marias@goldmclaw.com

**Everest**
Michelle Castle
Email:  michelle.castle@everestre.com

Robert W. DiUbaldo
Nora A. Valenza-Frost
Chrysler Building
405 Lexington Avenue, 35th Floor
New York, NY 10174
Email:  rdiubaldo@carltonfields.com;
nvalenza-frost@carltonfields.com

Gregory A. Gidus
Corporate Center Three at International
Plaza
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, FL 33607-5780
Email:  ggidus@carltonfields.com

**General Star Indemnity Company
(GenStar)**
Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 501
Wilmington, DE 19899-0410
Email: kmiller@skjlaw.com

Ashley L. Criss
Gary P. Seligman
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
Email: acriss@wiley.law;
gseligman@wiley.law

**Great American Assurance Company,
f/k/a Agricultural Excess and Surplus
Insurance Company; Agricultural
Insurance Company; Great American
E&S Insurance Company f/k/a
Agricultural Excess and Surplus
Insurance Company; and Great
American E&S Insurance Company
(Great American)**
Bruce D. Celebrezze
Taylor Meehan
Clyde & Co US LLP
Four Embarcadero Center, Suite 1350
San Francisco, CA 94111
Email: bruce.celebrezze@clydeco.us;
taylor.meehan@clydeco.us

David Christian
David Christian Attorneys LLC
105 W. Madison Street, Suite 1400
Chicago, IL 60602
Email: dchristian@dca.law

Konrad Krebs
Clyde & Co US LLP
200 Campus Drive, Suite 300
Florham Park, NJ  07932
Email: konrad.kebs@clydeco.us

Bruce W. McCullough
Bodell Bove, LLC
1225 N. King Street, Suite 1000
Wilmington, DE  19801
Email: bmccullough@bodellbove.com

**Hartford Accident and Indemnity
Company; First State Insurance
Company; and Twin City Fire Insurance
Company (Hartford)**
Joshua D. Weinberg
James P. Ruggeri
Shipman & Goodwin LLP
1875 K Street NW, Suite 600
Washington, DC  20006-1251
Email:  jweinberg@goodwin.com;
jruggeri@goodwin.com

Erin R. Fay
Gregory J. Flasser
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE  19801
Email: efay@bayardlaw.com;
gflasser@bayardlaw.com

Joel W. Millar
Danielle Spinelli
Wilmer Cutler Pickering Hale And Dorr
LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Email: joel.millar@wilmerhale.com;
danielle.spinelli@wilmerhale.com

Philip D. Anker
Wilmer Cutler Pickering Hale And Dorr
LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Email:  philip.anker@wilmerhale.com

**Liberty Mutual Insurance Company
(Liberty)**
Nancy Adams
Kim V. Marrkand
Laura Bange Stephens
Mintz, Levin, Cohn, Ferris, Glovsky
One Financial Center
Boston, MA  02111
Email: ndadams@mintz.com;
kmarrkand@mintz.com;
lbstephens@mintz.com

Douglas R Gooding
Jonathan Marshall
Choate Hall & Stewart
Two International Place
Boston, MA  02110
Email: dgooding@choate.com;
jmarshall@choate.com

R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899-0068
Email: khill@svglaw.com

**Markel**
Cody Moorse
Markel Corporation
4521 Highwoods Parkway
Glen Allen, VA  23060
Email:  cody.moorse@markel.com

Michael Pankow
Joshua M. Hantman
Brownstein Hyatt Farber Schreck
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Email:  mpankow@bhfs.com;
jhantman@bhfs.com

Dennis Meloro
Greenberg Traurig
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE  19801
Email:  melorod@gtlaw.com

**Munich Re**
Thaddeus Weaver
Dilworth Paxson LLP
One Customs House
704 N. King Street, Suite 500
Wilmington, DE  19899-1031
Email: tweaver@dilworthlaw.com

William McGrath
Dilworth Paxson LLP
2 Research Way
Princeton, NJ  08540
Email: wmcgrath@dilworthlaw.com

**National Union Fire Insurance Company
of Pittsburgh, PA; Lexington Insurance
Company; Landmark Insurance
Company; and The Insurance Company
of the State of Pennsylvania (AIG)**
Deirdre M. Richards
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE 19801
Email: drichards@finemanlawfirm.com

Susan N.K. Gummow
Igor Shleypak
Foran Glennon Palandech Ponzi & Rudloff,
P.C.
222 N. LaSalle Street, Suite 1400
Chicago, IL 60614
Email: sgummow@fgppr.com;
ishleypak@fgppr.com

Matthew G. Bouslog
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Email: mbouslog@gibsondunn.com

Michael A. Rosenthal
James Hallowell
Keith R. Martorana
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166-0193
Email: mrosenthal@gibsondunn.com;
jhallowell@gibsondunn.com;
kmartorana@gibsondunn.com

Tracey Jordan
Foran Glennon Palandech Ponzi & Rudloff
PC
222 N.  LaSalle Street, Suite 1400
Chicago, IL  60601
Email: tjordan@fgppr.com

**National Surety Corporation and
Interstate Fire & Casualty Company
(FFIC)**
David M. Fournier
Marcy J. McLaughlin
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19899-1709
Email: david.fournier@troutman.com;
marcy.smith@troutman.com

Harris B. Winsberg
Troutman Sanders LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, GA  30308
Email: harris.winsberg@troutman.com

Todd C. Jacobs
John E. Bucheit
David M. Caves
Bradley Riley Jacobs PC
500 W. Madison Street, Suite 1000
Chicago, IL  60654
Email: tjacobs@bradleyriley.com;
jbucheit@bradleyriley.com;
dcaves@bradleyriley.com

**Old Republic Insurance Company (ORIC)**
Margaret M. Anderson
Adam A. Hachikian
Kenneth M. Thomas
Fox Swibel Levin & Carroll, LLP
200 West Madison Street, Suite 3000
Chicago, IL  60606
Email: panderson@foxswibel.com;
ahachikian@foxswibel.com;
kthomas@foxswibel.com

Carl N. Kunz, III
Stephen M. Miller
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-2306
Email: ckunz@morrisjames.com;
smiller@morrisjames.com

Thomas Dare
Email:  tdare@oldrepublic.com

**Swiss Re**
Allison Confer
Swiss Re Corporate Solutions
1200 Main Street
Kansas City, MO  6405
Email: allison_confer@swissre.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski
Cozen O'Connor
Lyondell Basell Tower
1221 McKinney Street, Suite 2900
Houston, TX  77010
Email: jziemianski@cozen.com

**Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company); St. Paul Surplus Lines Insurance Company; and Gulf Insurance Company (Travelers)**

Scott Myers
Email:  spmyers@travelers.com

Louis J. Rizzo, Jr.
Reger Rizzo & Darnall LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE  19803
Email: lrizzo@regerlaw.com