IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 34 AND 45**

**PLEASE TAKE NOTICE** that The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC ("Zalkin and PCVA"), pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure ("FRCP"), made applicable to this proceeding pursuant to Rules 7034 and 9016 of the Federal Rules of Bankruptcy Procedure, are serving a subpoena on October 8, 2021 to produce documents upon the Juniata Valley Council, in the form attached hereto.

[*Remainder of Page Intentionally Left Blank*]

1

DATED: October 8, 2021                              **BIELLI & KLAUDER, LLC**

By: */s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

**KTBS LAW LLP**

Thomas E. Patterson (p*ro hac vice*)
Daniel J. Bussel (p*ro hac vice*)
Robert J. Pfister (*pro hac vice*)
Sasha M Gurvitz (p*ro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone      310-407-4000
Email:  tpatterson@ktbslaw.com;
           dbussel@ktbslaw.com;
           rpfister@ktbslaw.com;
           sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*