IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>                         Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I Rachel B. Mersky, hereby certify that on October 8, 2021, I served or caused to be served a true copy of the Coalition Abused Scouts for Justice's *(1) First Set of Interrogatories Directed to the Allianz Insurers (2) Second Set of Requests for Production of Documents Directed to the Allianz Insurers (3) Second Set of Requests for Admission Directed to the Allianz Insurers and (4) Notice of Deposition of the Allianz Insurers* via email on the parties identified below.

TROUTMAN PEPPER HAMILTON SANDERS LLP
David M. Fournier, Esq.
Marcy J. McLaughlin Smith, Esq.
Hercules Plaza
1313 Market Street, Suite 5100, P.O. Box 1709
Wilmington, DE 19899-1709
david.fournier@troutman.com
marcy.smith@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
Harris B. Winsberg (admitted pro hac vice)
Matthew G. Roberts (admitted pro hac vice)
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308-2216
harris.winsberg@troutman.com
matthew.roberts@troutman.com

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted pro hac vice)
Ryan S. Smethurst (admitted pro hac vice)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
mwarner@mwe.com
rsmethurst@mwe.com

{00227250-2}

Dated: October 8, 2021  
Wilmington, Delaware

**MONZACK MERSKY & BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel Mersky (DE No. 2049)
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone:    (302) 656-8162
Facsimile:    (302) 656-2769
E-mail:       rmersky@monlaw.com

-and-

**BROWN RUDNICK LLP**
David J. Molton, Esquire
Eric R. Goodman
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
E-mail: egoodman@brownrudick.com

-and-

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

{00227250-2}