# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S DISCOVERY REQUESTS TO THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS

**PLEASE TAKE NOTICE** that on the 8th day of October, 2021, true and correct copies of the following discovery requests listed below (each a "Discovery Request") were served on the parties on the attached **Exhibit A** in the manner indicated therein. The party identified in the title of the Discovery Request received the Discovery Request that named that particular party.

**PLEASE TAKE FURTHER NOTICE** that the Discovery Requests were also served on the Participating Parties listed on the attached **Exhibit B** in the manner indicated therein.

1. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of The Church of Jesus Christ of Latter-Day Saints; and

2. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to The Church of Jesus Christ of Latter-Day Saints Related to Plan Confirmation (First Set).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: October 8, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ James E. O'Neill*  |
| | James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*) |
| | Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*) |
| | Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vic*e) |
| | James E. O'Neill (DE Bar No. 4042) |
| | John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*) |
| | Steven W. Golden (DE No. LP 0127) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email: jstang@pszjlaw.com |
| | inasatir@pszjlaw.com |
| | kbrown@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jlucas@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Counsel for the Tort Claimants' Committee* |