**<u>Exhibit A</u>**

**EMAIL**
**The Church of Jesus Christ of Latter-Day Saints**
Jeff Bjork ([jeff.bjork@lw.com](mailto:jeff.bjork@lw.com))
Adam Goldberg ([adam.goldberg@lw.com](mailto:adam.goldberg@lw.com))