# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

I Rachel B. Mersky, hereby certify that on October 8, 2021, I served or caused to be served a true copy of the Coalition Abused Scouts for Justice's *(1) First Set of Interrogatories Directed to Chubb Group Holdings Inc. (2) Second Set of Requests for Production of Documents Directed to Chubb Group Holdings Inc. (3) Second Set of Requests for Admission Directed to Chubb Group Holdings Inc. and (4) Notice of Deposition of Chubb Group Holdings Inc.* via email on the parties identified below.

Stamatios Stamoulis, Esq.
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, Delaware 19801
stamoulis@swdelaw.com
*Counsel for Chubb Group Holdings Inc.*

O'MELVENY & MYERS LLP
Tancred Schiavoni (pro hac vice)
Janine Panchok-Berry (pro hac vice)
Times Square Tower
7 Times Square
New York, New York 10036-6537
tschiavoni@omm.com
jpanchok-berry@omm.com

{00227248-2}

| | |
|---|---|
| Dated: October 8, 2021<br>Wilmington, Delaware | **MONZACK MERSKY & BROWDER, P.A.**<br><br>*/s/ Rachel B. Mersky*<br>Rachel Mersky (DE No. 2049)<br>1201 N. Orange Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone:     (302) 656-8162<br>Facsimile:      (302) 656-2769<br>E-mail:           rmersky@monlaw.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esquire<br>Eric R. Goodman<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>E-mail: dmolton@brownrudnick.com<br>E-mail: egoodman@brownrudick.com<br><br>-and-<br><br>Sunni P. Beville, Esquire<br>Tristan G. Axelrod, Esquire<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>E-mail: sbeville@brownrudnick.com<br>E-mail: taxelrod@brownrudnick.com<br><br>*Co-Counsel to the Coalition of Abused Scouts for Justice* |