### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------

### <u>NOTICE OF SERVICE</u>

I Rachel B. Mersky, hereby certify that on October 8, 2021, I served or caused to be served a true copy of the Coalition Abused Scouts for Justice's *(1) First Set of Interrogatories Directed to the Great American Companies (2) Second Set of Requests for Production of Documents Directed to the Great American Companies (3) Second Set of Requests for Admission Directed to the Great American Companies and (4) Notice of Deposition of the Great American Companies* via email on the parties identified below.

Bruce W. McCullough, Esq.
BODELL BOVÉ, LLC
1225 N. King Street, Suite 1000
Wilmington, DE 19801-3250
bmccullough@bodellbove.com
*Counsel for the Great American Companies*

CLYDE & CO US LLP
Bruce D. Celebrezze (pro hac vice)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
E-mail: bruce.celebrezze@clydeco.us

Konrad R. Krebs (pro hac vice)
200 Campus Drive | Suite 300
Florham Park, NJ 07932
E-mail: konrad.krebs@clydeco.us

DAVID CHRISTIAN ATTORNEYS LLC
David Christian (pro hac vice)
105 W. Madison St., Suite 1400
Chicago, IL 60602
E-mail: dchristian@dca.law

{00227249-2}

Dated: October 8, 2021
Wilmington, Delaware

**MONZACK MERSKY & BROWDER, P.A.**


*/s/ Rachel B. Mersky*
Rachel Mersky (DE No. 2049)
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone:     (302) 656-8162
Facsimile:     (302) 656-2769
E-mail:          rmersky@monlaw.com

-and-

**BROWN RUDNICK LLP**
David J. Molton, Esquire
Eric R. Goodman
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
E-mail: egoodman@brownrudick.com

-and-

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

{00227249-2}