# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>                      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I Rachel B. Mersky, hereby certify that on October 8, 2021, I served or caused to be served a true copy of the Coalition Abused Scouts for Justice's *(1) First Set of Interrogatories Directed to Travelers Casualty and Surety Company, Inc. (2) Second Set of Requests for Production of Documents Directed to Travelers Casualty and Surety Company, Inc. (3) Second Set of Requests for Admission Directed to Travelers Casualty and Surety Company, Inc. and (4) Notice of Deposition of Travelers Casualty and Surety Company, Inc.* via email on the parties identified below.

Louis J. Rizzo, Jr., Esq.
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware 19803
lrizzo@regerlaw.com

| | |
|---|---|
| Dated: October 8, 2021<br>Wilmington, Delaware | **MONZACK MERSKY & BROWDER, P.A.**<br><br>*/s/ Rachel B. Mersky*<br>Rachel Mersky (DE No. 2049)<br>1201 N. Orange Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 656-8162<br>Facsimile:   (302) 656-2769<br>E-mail:   rmersky@monlaw.com |

{00227253-2}

-and-

**BROWN RUDNICK LLP**
David J. Molton, Esquire
Eric R. Goodman
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudick.com
E-mail: egoodman@brownrudick.com

-and-

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

{00227253-2}