# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 34 AND 45

**TO:**   SALVATION ARMY USA
　　　　615 Slaters Lane, Alexandria, Virginia 22314

　　　　NORTHERN NEW JERSEY COUNCIL, BSA
　　　　25 Ramapo Valley Rd., Oakland, NJ 07436

　　　　Timothy Kosnoff
　　　　1520 N Kaweah Road, Palm Springs, California 92262

　　　　Andrew Van Arsdale
　　　　2044 San Diego Avenue, San Diego, California 92110
　　　　3667 Voltaire Street, San Diego, California 9216

　　　**TAKE NOTICE** that on October 4, 2021, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), pursuant to Federal Rules of Civil Procedure 34 and 45 made applicable to this proceeding pursuant to Federal Rules of Bankruptcy 7034 and 9016, served subpoenas upon Timothy Kosnoff and Andrew Van Arsdale to produce documents in the forms attached hereto, requesting

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

each to produce electronically, by October 18, 2021 at 5:00 pm Eastern, all documents contained herein in Exhibit 1.

**TAKE FURTHER NOTICE** that on October 8, 2021, Century served subpoenas to produce documents upon Salvation Army USA and Northern New Jersey Council in the forms attached hereto, requesting each to produce electronically, by October 18, 2021 at 5:00 pm Eastern, all documents contained herein in Exhibit 1.

Dated: October 8, 2021

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone:   302 999 1540
Facsimile:   302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Gary Svirsky (*pro hac vice*)
Andrew Kirschenbaum (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:   212 326 2000
Facsimile:   212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*