# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## JOINDER OF HARTFORD ACCIDENT AND INDEMNITY COMPANY, FIRST STATE INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, AND NAVIGATORS SPECIALTY INSURANCE COMPANY TO DEBTORS' DISCOVERY REQUESTS DIRECTED TO CENTURY INDEMNITY COMPANY

Hartford Accident and Indemnity Company ("Hartford A&I"), First State Insurance Company ("First State"), Twin City Fire Insurance Company ("Twin City") and Navigators Specialty Insurance Company ("Navigators") (collectively, "Hartford"), by and through its counsel, hereby join (this "Joinder") in the following discovery directed to Century Indemnity Company ("Century"), as if separately served by Hartford:

1. *Debtors' First Set of Requests for Admission to Century*; and

2. *Debtors' Second Set of Requests for the Production of Documents to Century*; and

3. *Debtors' Third Set of Interrogatories to Century*.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Date: October 8, 2021<br>Wilmington, Delaware | BAYARD, P.A.<br><br> */s/ Gregory J. Flasser*  <br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone:  (302) 655-5000<br>Facsimile:  (302) 658-6395<br>Email:  efay@bayardlaw.com<br>            gflasser@bayardlaw.com<br>- and -<br><br>James P. Ruggeri (admitted *pro hac vice*)<br>Joshua D. Weinberg (admitted *pro hac vice*)<br>Annette P. Rolain (admitted *pro hac vice*)<br>Sara K. Hunkler (admitted *pro hac vice*)<br>SHIPMAN & GOODWIN LLP<br>1875 K Street, NW, Suite 600<br>Washington, DC 20006<br>Tel:  (202) 469-7750<br>Fax:  (202) 469-7751<br>- and -<br><br>Philip D. Anker (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel:  (212) 230-8890<br>Fax:  (212) 230-8888<br>-and-<br><br>Danielle Spinelli (admitted *pro hac vice*)<br>Joel Millar (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue N.W.<br>Washington, DC 20006<br>Tel:  (202) 663-6000<br>Fax:  (202) 663-6363<br><br>*Attorneys for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company* |