IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>                      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I Rachel B. Mersky, hereby certify that on October 8, 2021, I served or caused to be served a true copy of the Coalition Abused Scouts for Justice's *First Requests for Production of Documents Directed to the Official Tort Claimants Committee* via email on the parties identified below.

PACHULSKI STANG ZIEHL & JONES
James E. O'Neill, Esq
Robert B. Orgel, Esq.
Steven W. Golden
Ilan D. Scharf, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19801
joneill@pszjlaw.com
rorgel@pszjlaw.com
sgolden@pszjlaw.com
ischarf@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES
James I. Stang, Esq.
Iain A.W. Nasatir, Esq.
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003
jstang@pszjlaw.com
inasatir@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES
Kenneth H. Brown, Esq.
John W. Lucas, Esq.
150 California Street, 15th Floor
San Francisco, CA  94111-4500
kbrown@pszjlaw.com
jlucas@pszjlaw.com

{00227374-1}

Dated: October 8, 2021  
Wilmington, Delaware

**MONZACK MERSKY & BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel Mersky (DE No. 2049)
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone:    (302) 656-8162
Facsimile:    (302) 656-2769
E-mail:    rmersky@monlaw.com

    -and-

**BROWN RUDNICK LLP**
David J. Molton, Esquire
Eric R. Goodman
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
E-mail: egoodman@brownrudick.com

    -and-

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

{00227374-1}