# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

I hereby certify that on October 8, 2021, a true and accurate copy of Century's Request to Alvarez & Marsal for Production of Documents was served in the manner indicated on the parties identified below.

<u>Via Email</u>
Derek C. Abbott
Paige N. Topper
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@morrisnichols.com
ptopper@morrisnichols.com

Michael C. Andolina
White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
mandolina@whitecase.com

Jessica C. Lauria (formerly Boelter)
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020-1095
jboelter@whitecase.com

I hereby certify that on October 8, 2021, a true and accurate copy of (1) Century's Second Requests for the Production of Documents Directed to Debtors, (2) Century's First Set of Interrogatories Directed to the Debtors, and (3) Cenury's Requests for Admission to Debtors

OMM_US:77572191.2

were served in the manner indicated on the parties identified below.

Via Email
Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@morrisnichols.com

Michael C. Andolina
Matthew E. Linder
White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
mandolina@whitecase.com
mlinder@whitecase.com

Jessica C. Lauria (formerly Boelter)
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020-1095
jboelter@whitecase.com

I hereby certify that on October 8, 2021, a true and accurate copy of Century's First Set of Interrogatories Directed to the Official Committee of Tort Claimants was served in the manner indicated on the parties identified below.

Via Email
James I. Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd
Los Angeles, CA 90067-4003
jstang@pszjlaw.com

John W. Lucas
Pachulski Stang Ziehl & Jones
150 California Street
San Francisco, CA 94111-4500
jlucas@pszjlaw.com


James E. O'Neill
Pachulski Stang Ziehl & Jones

1019 N Market St.
Wilmington, DE 19801
joneill@pszjlaw.com

      I hereby certify that on October 8, 2021, a true and accurate copy of Century's First Set of Interrogatories Directed to the Coalition of Abused Scouts for Justice was served in the manner indicated on the parties identified below.

<u>Via Email</u>
Eric R. Goodman
Brown Rudnick LLP
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
egoodman@brownrudnick.com

Rachel B. Mersky
Monzack Mersky and Browder, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

      I hereby certify that on October 8, 2021, a true and accurate copy of Century's Requests for Production of Documents Directed to Hartford was served in the manner indicated on the parties identified below.

<u>Via Email</u>
James P. Ruggeri
Shipman & Goodwin LLP
1875 K Street NW, Suite 600
Washington, D.C. 20006
jruggeri@goodman.com

Philip D. Anker
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Philip.anker@wilmerhale.com

Erin R. Fay
Bayard, P.A.
600 N. King Street, Suite 400

Wilmington, DE 19801
efay@bayardlaw.com

  I hereby certify that on October 8, 2021, a true and accurate copy of Propounding Insurer's Request to the Official Committee of Unsecured Creditors for Production of Documents was served in the manner indicated on the parties identified below.

<u>Via Email</u>
Thomas Moers Mayer
Rachael Ringer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com

Dated: October 9. 2021        Respectfully Submitted,

              By:  <u>*Stamatios Stamoulis*</u>
                Stamatios Stamoulis (#4606)

              STAMOULIS & WEINBLATT LLC
              800 N. West Street
              Third Floor
              Wilmington, Delaware  19801
              Telephone: 302 999 1540
              Facsimile: 302 762 1688

              *Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*