# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                 Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE OF ZURICH'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO LAW FIRM PARTIES

I hereby certify that on October 8, 2021, a true and accurate copy of (1) Zurich Insurer's First Request for Production of Documents to the Ava Law Group, Kosnoff Law, and Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. Individually and as doing Business as Abused in Scouting; (2) Zurich Insurer's First Request for Production of Documents to Andrews & Thornton, Attorneys at Law; (3) Zurich Insurer's First Request for Production of Documents to Ask, LLP; (4) Zurich Insurer's First Request for Production of Documents to Babin Law, LLC; (5) Zurich Insurer's First Request for Production of Documents to Bailey Cowan Heckaman, PLLC; (6) Zurich Insurer's First Request for Production of Documents to D. Miller & Associates, PLLC; (7) Zurich Insurer's First Request for Production of Documents to Junell & Associates, PLLC; (8) Zurich Insurer's First Request for Production of Documents to Krause & Kinsman Law Firm (9) Zurich Insurer's First Request for Production of Documents to Napoli Shkolnik, PLLC;  (10) Zurich Insurer's First Request for Production of Documents to Slater, Slater & Schulman LLP; (11) I hereby certify that on October 8, 2021, a true and accurate copy of Zurich Insurer's Set of Interrogatories to the Ava Law Group, Kosnoff Law, and Eisenberg,

SFACTIVE-906290265.1

Rothweiler, Winkler, Eisenberg & Jeck, P.C. Individually and as doing Business as Abused in Scouting were served in the manner indicated on the parties identified below; (12) Zurich Insurer's Set of Interrogatories to Andrews & Thornton, Attorneys at Law; (13) Zurich Insurer's Set of Interrogatories to Ask, LLP; (14) Zurich Insurer's Set of Interrogatories to Babin Law, LLC; (15) Zurich Insurer's Set of Interrogatories to Bailey Cowan Heckaman, PLLC; (16) Zurich Insurer's Set of Interrogatories to D. Miller & Associates, PLLC; (17) Zurich Insurer's Set of Interrogatories to Junell & Associates, PLLC; (18) Zurich Insurer's Set of Interrogatories to Krause & Kinsman Law Firm (19) Zurich Insurer's Set of Interrogatories to Napoli Shkolnik, PLLC; and (20) Zurich Insurer's Set of Interrogatories to Slater, Slater & Schulman LLP were served in the manner indicated on the parties identified below.

Via Email and First Class Mail

Christopher P. Simon
Cross and Simon LLC
1105 North Market Street
Suite 901
Wilmington, DE 19801
csimon@crosslaw.com

Daniel K. Hogan
Garvan F. McDaniel
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com

Bernard G. Conaway
Conaway-Legal, LLC
1007 North Orange Suite
Suite 400
Wilmington, DE 19801
bgc@conawaylegal.com

Joseph C. Pickens
Taft Stettinius & Hollister LLP

David E. Wilks
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805
dwilks@wilks.law

Mary E. Augustine
A. M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, Delaware 19701
meg@saccullolegal.com

Lawrence S. Robbins
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
lrobbins@robbinsrussell.com

Ian Connor Bifferato
The Bifferato Firm, P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
cibfferato@tbf.legal

65 East State Street, Suite 1000
jpickens@taftlaw.com

Scott D. Cousins
Cousins Law LLC
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Scott.cousins@cousins-law.com

John B. Thomas
Allison Fisher
Hicks Thomas LLP
700 Louisiana St., Suite 2300
Houston, TX 77002
jthomas@hicks-thomas.com
afisher@hicks-thomas.com

Joel M. Taylor
Kagen, Caspersen & Bogart PLLC
757 Third Avenue, 20th Floor
New York, New York 10017
jtaylor@kagencaspersen.com

Daniel Miller
Walden Macht & Haran LLP
2532 Justin Lane
Wilmington, Delaware 19810
DMiller@wmhlaw.com

Stephanie T. Levick
Walden Macht & Haran LLP
250 Vesey St., 27th Floor
New York, New York 10281
SLevick@wmhlaw.com

R. Joseph Hrubiec
Napoli Shkolnik PLLC
919 N. Market St., Suite 1801
Wilmington, DE 19801
RHrubiec@NapoliLaw.com

DATED:  October 8, 2021

/s/ *Robert D. Cecil*
Robert D. Cecil, Jr. (No. 5317)
TYBOUT, REDFEARN & PELL
500 Carr Road, Suite 300
Wilmington, Delaware  19809
Phone:  (302) 658-6901
E-mail:  rcecil@trplaw.com

Mark D. Plevin   (admitted *pro hac vice*)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California  94111
Phone:  (415) 986-2800
E-mail:  mplevin@crowell.com

Kelly T. Currie (admitted *pro hac vice)*
CROWELL & MORING LLP
590 Madison Ave., 20th Floor
New York, NY 10022.  20004
Phone:  (202) 624-2500
Email:  kcurrie@crowell.com

Tacie H. Yoon   (admitted *pro hac vice)*
Rachel Jankowski (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Phone: (202) 624-2500
Email:  tyoon@crowell.com

Attorneys for American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company