**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF PROPOUNDING INSURERS' DISCOVERY REQUESTS

      I hereby certify that, on October 8, 2021, true and accurate copies of (1) Propounding

Insurers' First Set of Interrogatories Directed to the Official Committee of Tort Claimants  and (2)

Propounding Insurers' First Requests for Production of Documents Directed to the Official

Committee of Tort Claimants were served in the manner indicated on the parties identified below.

<u>Via Email</u>

James I. Stang
Iain A.W. Nasatir
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd
Los Angeles, CA 90067-4003
jstang@pszjlaw.com
inasatir@pszjlaw.com

Kenneth H. Brown
John W. Lucas
Pachulski Stang Ziehl & Jones
150 California Street
San Francisco, CA 94111-4500
kbrown@pszjlaw.com
jlucas@pszjlaw.com

James E. O'Neill
Steven W. Golden

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
joneill@pszjlaw.com
sgolden@pszjlaw.com

I hereby certify that, on October 8, 2021, a true and accurate copy of Propounding Insurers'

First Set of Interrogatories Directed to the Debtors was served in the manner indicated on the

parties identified below.

<u>Via Email</u>

Derek C. Abbott
Andrew R. Remming
Paige N. Topper
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@mnat.com
aremming@mnat.com
ptopper@mnat.com

Michael C. Andolina
Matthew E. Linder
White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
mandolina@whitecase.com
mlinder@whitecase.com

Jessica C. Lauria (formerly Boelter)
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020-1095
jboelter@whitecase.com

I hereby certify that, on October 8, 2021, a true and accurate copy of Propounding Insurers'

First Set of Interrogatories Directed to the Future Claimants' Representative was served in the

manner indicated on the parties identified below.

<u>Via Email</u>

James L. Patton, Jr.
Robert Brady
Edwin Harron
Young Conaway Stargatt & Taylor
Rodney Square
1000 N King Street
Wilmington, DE 19801
jpatton@ycst.com
rbrady@ycst.com
eharron@ycst.com

Kami Quinn
Emily Grim
Meredith Neely
Rachel Jennings
Kyle Dechant
Gilbert LLP
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
quinnk@gilbertlegal.com
grime@gilbertlegal.com
neelym@gilbertlegal.com
jenningsr@gilbertlegal.com
dechantk@gilbertlegal.com

I hereby certify that, on October 8, 2021, true and accurate copies of (1) Propounding

Insurers' First Set of Interrogatories Directed to the Ad Hoc Committee of Local Councils and (2)

Propounding Insurers' First Requests for Production of Documents Directed to the Ad Hoc

Committee of Local Councils were served in the manner indicated on the parties identified below.

<u>Via Email</u>

Richard Mason
Douglas Mayer
Joseph C. Celentino
Wachtell, Lipton, Rosen & Katz
51 W 52nd Street
New York, NY 10019
rgmason@wlrk.com
dkmayer@wlrk.com
jccelentino@wlrk.com

I hereby certify that, on October 8, 2021, true and accurate copies of (1) Propounding Insurers' First Set of Interrogatories Directed to the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC  and (2) Propounding Insurers' First Requests for Production of Documents Directed to the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC  were served in the manner indicated on the parties identified below.

<u>Via Email</u>

Irwin Zalkin
Devin Storey
Kristian Roggendorf
The Zalkin Law Firm, P.C.
10590 W. Ocean Air Drive, #125
San Diego, CA 92130
irwin@zalkin.com
dms@zalkin.com
kristian@zalkin.com

Michael T. Pfau
Jason P. Amala
Vincent T. Nappo
Pfau Cochran Vertetis Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104
michael@pcvalaw.com
jason@pcvalaw.com
vnappo@pcvalaw.com

David M. Klauder
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
dklauder@bk-legal.com

KTBS LAW LLP
Thomas E. Patterson
Daniel J. Bussel
Robert J. Pfister
Sasha M Gurvitz
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067

Telephone 310-407-4000
tpatterson@ktbslaw.com
dbussel@ktbslaw.com
rpfister@ktbslaw.com
sgurvitz@ktbslaw.com

Dated:  October 11, 2021

Respectfully Summitted,

By:  */s/ Deirdre M. Richards*
**FINEMAN KREKSTEIN & HARRIS PC**
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228
Email: drichards@finemanlawfirm.com

 -and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email:mrosenthal@gibsondunn.com
       jhallowell@gibsondunn.com
       kmartorana@gibsondunn.com

 -and-

GIBSON, DUNN & CRUTCHER LLP
Matthew G. Bouslog (admitted *pro hac vice*)
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
Email: mbouslog@gibsondunn.com

 -and-

FORAN GLENNON PALANDECH PONZI &
RUDLOFF P.C.
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5009
Email: sgummow@fgppr.com

*Attorneys for the AIG Companies*