# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on October 8, 2021, true and correct copies of the *Lujan Claimants' First Set of Interrogatories to Century Indemnity Company* were served on the parties listed on the attached service list in the manner indicated thereon.

DATED: October 11, 2021  
Wilmington, DE

/s/ Christopher D. Loizides  
Christopher D. Loizides (No. 3968)  
LOIZIDES, P.A.  
1225 King Street, Suite 800  
Wilmington, DE 19801  
Telephone:　(302) 654-0248  
Facsimile:　(302) 654-0728  
Email:　　　loizides@loizides.com

**SERVICE LIST**

**VIA EMAIL**

Stamatios Stamoulis
Richard C. Weinblatt
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, Delaware 19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*