## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 8, 2021, true and correct copies of (1) *Lujan Claimants' First Request for Production of Documents to Boy Scouts of America,* (2) *Lujan Claimants' First Request for Admissions to Boy Scouts of America,* and (3) *Lujan Claimants' First Set of Interrogatories to Boy Scouts of America* were served on the parties listed on the attached service list in the manner indicated thereon.

DATED:  October 11, 2021
Wilmington, DE

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:     (302) 654-0248
Facsimile:      (302) 654-0728
Email:           loizides@loizides.com

**SERVICE LIST**

**VIA EMAIL**

White & Case LLP
Jessica C. Lauria, Esq.
1221 Avenue of the Americas
New York, NY 10020
jessica.lauria@whitecase.com
jboelter@whitecase.com

White & Case LLP
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Blair Warner, Esq.
111 South Wacker Drive
Chicago, IL 60606
mandolina@whitecase.com
mlinder@whitecase.com
blair.warner@whitecase.com

Morris, Nichols, Arsht & Tunnell LLP
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Eric W. Moats, Esq.
Paige N. Topper, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@morrisnichols.com
aremming@morrisnichols.com
emoats@morrisnichols.com
ptopper@morrisnichols.com
*Counsel to Debtors*

HAYNES AND BOONE, LLP
Ernest Martin, Jr.
Carla Verena Green
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Ernest.Martin@haynesboone.com
carla.green@haynesboone.com

HAYNES AND BOONE, LLP
Adrian C. Azer
800 17th Street NW, Suite 500
Washington, D.C. 20006
adrian.azer@haynesboone.com
*Special Insurance Counsel to the Debtors and Debtors in Possession*