# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 8, 2021, The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole, caused a true and correct copy of the following documents to be served upon the individuals listed on Exhibit A in the manner indicated:

- *The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents to AIG Companies*

- *The Church of Jesus Christ of Latter-day Saints' First Set of Interrogatories to AIG Companies*

/s/ Brett M. Haywood
Brett M. Haywood (No. 6166)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 26140537v.1

# EXHIBIT A

**Via Email**
Deirdre M. Richards
FINEMAN KREKSTEIN & HARRIS
drichards@finemanlawfirm.com

**Via Email**
Susan N.K. Gummow
FORAN GLENNON PALANDECH PONZI
& RUDLOFF P.C.
sgummow@fgppr.com

**Via Email**
Michael A. Rosenthal
James Hallowell
Keith R. Martorana
GIBSON DUNN & CRUTCHER LLP
mrosenthal@gibsondunn.com
hallowell@gibsondunn.com
kmartorana@gibsondun.com