# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 8, 2021, The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole, caused a true and correct copy of the following documents to be served upon the individual listed on Exhibit A in the manner indicated:

- *The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents to Lujan & Wolff LLP*

- *The Church of Jesus Christ of Latter-day Saints' First Set of Interrogatories to Lujan & Wolff LLP*

/s/ Brett M. Haywood
Brett M. Haywood  (No. 6166)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 26140659v.1

# EXHIBIT A

**Via Email**
Delia Lujan Wolff
LUJAN & WOLFF LLP
dslwolff@lawguam.com