# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 8, 2021, The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole, caused a true and correct copy of the following documents to be served upon the individuals listed on Exhibit A in the manner indicated:

- *The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents to The Zalkin Law Firm, P.C.*

- *The Church of Jesus Christ of Latter-day Saints' First Set of Interrogatories to The Zalkin Law Firm, P.C.*

*/s/ Brett M. Haywood*
Brett M. Haywood  (No. 6166)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 26141006v.1

# **EXHIBIT A**

**Via Email**
Irwin M. Zalkin
Devin Storey
Kristian Roggendorf
THE ZALKIN LAW FIRM, P.C.
irwin@zalkin.com
devin@zalkin.com
kristian@zalkin.com