# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 6271** |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF
## MOTION OF OFFICIAL COMMITTEE OF TORT CLAIMANTS
## FOR AUTHORITY TO ISSUE IDENTICAL SUBPOENAS AS INSURERS IN
## CERTAIN RULE 2004 DISCOVERY RELATING TO CLAIMS AGGREGATORS

PLEASE TAKE NOTICE that the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC (the "TCC"), appointed in the above-captioned cases, hereby withdraws without prejudice the *Motion of Official Committee of Tort Claimants for Authority to Issue Identical Subpoenas as Insurers in Certain Rule 2004 Discovery Relating to Claims Aggregators* [Docket No. 6271] filed on September 17, 2021.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: October 12, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
Iain A.W. Nasatir (CA Bar No. 148977)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:   (302) 652-4400
Email: jstang@pszjlaw.com
           rorgel@pszjlaw.com
           inasatir@pszjlaw.com
           joneill@pszjlaw.com
           jlucas@pszjlaw.com

-and-

PASICH LLP
Kirk Pasich
10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA  90024
Telephone: (424) 313-7850
Email: kpasich@pasichllp.com

-and-

Jeffrey L. Schulman
757 Third Avenue, 20th Floor
New York, NY  10017
Telephone: (212) 686-5000
Email: jschulman@pasichllp.com

*Counsel for the Tort Claimants' Committee*