## **Exhibit A**

## **Summary of Time Detail by Task**

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| Allocations | 34.3 | $16,478.00 |
| Coverage Analysis | 49.6 | $26,305.50 |
| Exhaustion Analysis | 16.8 | $5,790.00 |
| Fee Applications | 18.6 | $4,835.00 |
| LC Notice | 203.9 | $70,269.00 |
| Local Council | 15.3 | $5,857.00 |
| **TOTAL:** | **338.5** | **$129,534.50** |