**Exhibit B**

**Summary of Time Detail by Professional**

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate[1] | Total Hours[2] | Total Compensation |
|---|---|---|---|---|---|
| Kelly Monroe | Consultant | 1 year | $200.00 | 7.2 | $1,440.00 |
| Matthew Minter | Consultant | 1 year | $204.38 | 21.7 | $4,435.00 |
| Julia Grehan | Consultant | 2 years | $250.00 | 4.8 | $1,200.00 |
| Luke Butterworth | Consultant | 2 years | $259.23 | 120.8 | $31,315.00 |
| Daniel Snyder | IT Manager | 13 years | $375.00 | 1.5 | $562.50 |
| Sheila Klauck | Manager | 6 years | $402.74 | 91.9 | $37,012.00 |
| Victor Taylor | Manager | 7 years | $430.00 | 8 | $3,440.00 |
| Nicholas Sochurek | Vice President | 17 years | $600.00 | 27.3 | $16,380.00 |
| Carrie Scott | Vice President | 20+ years | $600.00 | 0.3 | $180.00 |
| Elizabeth Hanke | Vice President | 20+ years | $600.00 | 49.3 | $29,580.00 |
| Jonathan Terrell | President | 25+ years | $700.00 | 5.7 | $3,990.00 |
| | | | **Total** | **338.5** | **$129,534.50** |

---

[1] As of July 1, 2021, KCIC implemented a scheduled adjustment to hourly rates for some of its employees. Such adjustments are reflected in the average hourly rate figures in this column.

[2] KCIC, LLC charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii). Such reductions are reflected in the figures in this column.