## Exhibit C

### Summary of Expense Detail by Category

| Category | Amount |
|---|---:|
| None | $0.00 |
| **TOTAL:** | **$0.00** |