# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on October 8, 2021, the undersigned counsel caused a copy of the following discovery requests listed below (each a "Discovery Request") to be served via email upon the parties listed on **Exhibit A**. Counsel for the party identified in the title of the Discovery Request received the Discovery Requests that named that particular party.

1. *Debtors' First Set of Requests for the Production of Documents to Christopher Haywood*;

2. *Debtors' First Set of Requests for the Production of Documents to Hurley McKenna & Mertz, P.C.*;

3. *Debtors' First Set of Requests for the Production of Documents to Lujan & Wolff LLP*;

4. *Debtors' First Set of Requests for the Production of Documents to Morgan Wade Paul*;

5. *Debtors' First Set of Interrogatories to the Official Committee of Tort Claimants*;

6. *Debtors' First Set of Requests for the Production of Documents to the Official Committee of Tort Claimants*;

7. *Debtors' First Set of Requests for the Production of Documents to the Zalkin Law Firm, P.C.*; and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

8. *Debtors' First Set of Requests for the Production of Documents to Pfau Cochran Vertetis Amala PLLC.*

Dated: October 12, 2021  
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
       aremming@morrisnichols.com
       ptopper@morrisnichols.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION