# EXHIBIT A

**Service List**

Stamatios Stamoulis
Richard C. Weinblatt
**Stamoulis & Weinblatt LLC**
800 N. West Street, Third Floor
Wilmington, Delaware 19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Tancred Schiavoni
Daniel S. Shamah
Janine Panchok-Berry
Gary Svirsky
Salvatore J. Cocchiaro
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
tschiavoni@omm.com
dshamah@omm.com
jpanchok-berry@omm.com
gsvirsky@omm.com
scocchiaro@omm.com

Christopher A. Wadley
**Walker Wilcox Matousek LLP**
One North Franklin Street
Chicago, Illinois 60606
cwadley@walkerwilcox.com

Sally E. Veghte
**Klehr Harrison Harvey Branzburg LLP**
919 N. Market Street, Suite 1000
Wilmington, DE 19801
sveghte@klehr.com

Christopher T. Hurley
Evan M. Smola
**Hurley McKenna & Mertz**
20 S. Clark Street, Suite 2250
Chicago, IL 60603
churley@hurley-law.com;
emola@hurley-law.com

Delia Lujan Wolff
David J. Lujan
**Lujan & Wolff, LLP**
238 Archbishop FC Flores St., Suite 300
DNA Bldg.
Hagatña GU US 96910
djl@lawguam.com
dslwolff@lawguam.com

James I. Stang
Malhar S. Pagay
Robert B. Orgel
Gillian N. Brown
**Pachulski Stang Ziehl & Jones**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA
jstang@pszjlaw.com
mpagay@pszjlaw.com
rorgel@pszjlaw.com
gbrown@pszjlaw.com

James E. O'Neill
Steven W. Golden
**Pachulski Stang Ziehl & Jones**
919 North Market Street, 17th Floor
Wilmington, DE 19801
joneill@pszjlaw.com
sgolden@pszjlaw.com

John Morris
**Pachulski Stang Ziel & Jones**
780 Third Avenue, 34th Floor
New York, NY 10017
jmorris@pszjlaw.com

Daniel Bussel
Sasha M. Gurvitz
Thomas E. Patterson
Robert J. Pfister
**KTBS Law LLP**
1801 Century Park East
Los Angeles, CA 90067
dbussel@ktbslaw.com;
sgurvitz@ktbslaw.com;
tpatterson@ktbslaw.com;
rpfister@ktbslaw.com

Christopher Loizides
**Loizides & Associates**
1225 N King Street
Wilmington, DE 19801
loizides@loizides.com

John W. Lucas
Debra Grassgreen
Kenneth H. Brown
**Pachulski Stang Ziel & Jones**
150 California Street, 15th Floor
San Francisco, CA 94111
jlucas@pszjlaw.com
dgrassgreen@pszjlaw.com
kbrown@pszjlaw.com

David Klauder
**Bielli & Klauder LLC**
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

Mark D. Plevin
Kevin D. Cacabelos
**Crowell & Moring LLP**
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
mplevin@crowell.com
kcacabelos@crowell.com

Tancred Schiavoni
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
tschiavoni@omm.com

John E Bucheit
Todd C. Jacobs
**BRADLEY RILEY JACOBS PC**
500 West Madison Street
Suite 1000
Chicago, IL 60661
jbucheit@bradleyriley.com
tjacobs@bradleyriley.com

John W. Lucas
**Pachulski Stang Ziel & Jones**
150 California Street, 15th Floor
San Francisco, CA 94111
jlucas@pszjlaw.com

Robert D. Cecil, Jr.
**Tybout, Redfearn & Pell**
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899
rcecil@trplaw.com

Bruce W. McCullough
**Bodell Bove, LLC**
1225 N. King Street, Suite 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

Bruce D Celebrezze
**Clyde & Co US LLP**
101 Second Street, 25th Floor
San Francisco, CA 94105
bruce.celebrezze@clydeco.us

Konrad Krebs
**Clyde & Co US LLP**
200 Campus Drive, Suite 300
Florham Park, NJ 07932
konrad.kebs@clydeco.us

David Christian
**David Christian Attorneys LLC**
105 W. Madison St., Suite 1400
Chicago, IL 60602
dchristian@dca.law

Matthew G. Bouslog
**Gibson Dunn & Crutcher LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
mbouslog@gibsondunn.com

Jessica C. Lauria
Susan N.K. Gummow
**Foran Glennon Palandech Ponzi & Rudloff**
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
sgummow@fgppr.com

John E Bucheit
Todd C. Jacobs
**Bradley Riley Jacobs PC**
500 West Madison Street, Suite 1000
Chicago, IL 60661
jbucheit@bradleyriley.com
tjacobs@bradleyriley.com

Matthew W. Sorem
**Nicolaides Fink Thorpe Michaelides Sullivan LLP**
10 S. Wacker Dr., 21st Floor
Chicago, IL 60606
msorem@nicolaidesllp.com

Ryan S. Smethurst
Margaret H. Warner
**McDermott Will & Emergy LLP**
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
rsmethurst@mwe.com
mwarner@mwe.com

Erin R. Fay
Gregory J. Flasser
**Bayard P.A.**
600 N. King Street, Suite 400
Wilmington, DE 19801
efay@bayardlaw.com
glasser@bayardlaw.com

Michael Hrinewski
Lorraine M. Armenti
**Coughlin Duffy, LLP**
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ  07962
mhrinewski@cmg.com
LArmenti@cmg.com

Michael A. Rosenthal
Jason Hallowell
Keith R. Martorana
**Gibson Dunn & Crutcher LLP**
200 Park Avenue, 47th Floor
New York, NY 10166
mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

Deirdre M. Richards
**Fineman Krekstein & Harris P.C.**
1300 N. King Street
Wilmington, DE 19801
drichards@finemanlawfirm.com

Harris B. Winsberg
**Troutman Sanders LLP**
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
harris.winsberg@troutman

David M. Fournier
Marcy J. McLaughlin Smith
**Troutman Pepper Hamilton Sanders LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Marcy.Smith@troutman.com
David.Fournier@troutman

Danielle Spinelli
Joel W. Millar
**Wilmer Hale**
1875 Pennsylvania Avenue, NW
Washington, DC 2006
danielle.spinelli@wilmerhale.com
joel.millar@wilmerhale.com

Benjamin W. Loveland
**Wilmer Hale**
60 State Street
Boston, MA 02109
Benjamin.Loveland@wilmerhale.com

Marla Benedek
**Cozen O'Connor**
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
mbenedek@cozen.com

Robert S. Brady
Edwin J. Harron
**Young Conaway Stargatt & Taylor, LLP**
Rodney Square
1000 North King Street
Wilmington, DE 19801
rbrady@ycst.com
eharron@ycst.com

Michael Atkinson
**Province**
36 S. Charles Street, Suite 2310
Baltimore, MD 21201
matkinson@provincefirm.com

Ernest Martin, Jr.
Adrian Azer
Carla Green
**HAYNES AND BOONE, L.L.P**
2323 victory Ave., Suite 700
Dallas, Texas 75219
ernest.martin@haynesboone.com
adrian.azer@haynesboone.com
carla.green@haynesboone.com

Pamela J. Minetto
**Mound Cotton Wollan & Greengrass LLP**
30A Vreeland Road
Florham Park, NJ 07932
pminetto@moundcotton.com

Kristian W. Gluck
**Norton Rose Fulbright US LLP**
2200 Ross Avenue
Suite 3600
Dallas, TX 75201
Kristian.gluck@nortonrosefulbright.com

Philip D. Anker
Lauren R. Lifland
**Wilmer Hale**
7 World Trade Center
250 Greenwich Street
New York, NY 1007
Philip.anker@wilmerhale.com
Lauren.Lifland@wilmerhale.com

Gary P. Seligman
Ashley L. Criss
**Wiley Rein LLP**
1776 K Street NW
Washington, DC 20006
gseligman@wileyrein.com
ACriss@wiley.law

Cameron Moxley
David J. Molton
Barbara J. Kelly
**Brown Rudnick LLP**
7 Times Square
New York, NY 10036
cmoxley@brownrudnick.com
dmolton@brownrudnick.com
bkelly@brownrudnick.com

Eric R. Goodman
**Brown Rudnick LLP**
601 Thirteenth Street NW, Suite 600
Washington, DC 20005
egoodman@brownrudnick.com

Kami E. Quinn
Emily P. Grim
**Gilbert LLP**
700 Pennsylvania Ave, SE
Suite 400
Washington, DC 20003
quinnk@gilbertlegal.com
egrim@gilbertlegal.com

Matthew K. Babcock
**Berkeley Research Group**
201 S. Main, Suite 450
Salt Lake City, UT 84111
mbabcock@thinkbrg.com

Natan Hammerman
Rachel Ringer
Meghan M. Wasson
**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY 10036
nhamerman@kramerlevin.com
rringer@kramerlevin.com
mwasson@kramerleving.com

Joshua D. Weinberg
Sara K. Hunkler
Annette P. Rolain
**Shipman & Goodwin LLP**
1875 K Street NW, Suite 600
Washington, DC 20006
jweinberg@goodwin.com
shunkler@goodwin.com
arolain@goodwin.com

William S. Sugden
**Alston & Bird**
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Will.sugden@alston.com

Brian Whittman
**Alvarez and Marsal**
540 West Madison Street,
Suite 1800
Chicago, IL 60661
bwhittman@alvarezandmarsal.com

Vince Einsinger
**Gibson Dunn & Crutcher LLP**
200 Park Avenue
New York, NY 10166
veisinger@gibsondunn.com

Jeremy W. Ryan
**Potter Anderson & Corroon LLP**
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801
jryan@potteranderson.com

Laura Kathleen McNally
Emily H. Stone
**Loeb & Loeb LLP**
321 North Clark Street, Suite 2300
Chicago, IL 60654
lmcnally@loeb.com
estone@loeb.com

Harry Lee
Brett Grindrod
John Frederick O'Connor, Jr.
**Steptoe & Johnson LLP**
1330 Connecticut Avenue, N.W.
Washington, DC 20036
hlee@steptoe.com
bgrindrod@steptoe.com
joconnor@steptoe.com

Nailah Z. Ogle
**Steptoe & Johnson LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA
nogle@steptoe.com

Robert J. Malionek
Adam J. Goldberg
**Latham & Watkins, LLP**
1271 Avenue of the Americas
New York, NY 10020
Robert.malionek@lw.com
adam.goldberg@lw.com

Deniz A. Irgi
**Latham & Watkins, LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
deniz.irgi@lw.com

Kim V. Marrkand
Nancy D. Adams
**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo**
One Financial Center
Boston, MA 02111
kmarrkand@mintz.com

Richard G. Mason
Joseph C. Celentino
Douglas K. Mayer
Mitchell S. Levy
**Wachtell, Lipton, Rosen & Katz**
51 West 52d Street
New York, NY 10010
Jccelentino@wlrk.com
RGMason@wlrk.com
DKMayer@wlrk.com
MSLevy@wlrk.com

Doug Gooding
**Chaote Hall & Stewart LLP**
Two International Place
Boston, MA 02110
dgooding@choate.com