**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | Re: Dkt. No. 6569 |

**ARGONAUT INSURANCE COMPANY'S JOINDER TO ZURICH'S FIRST SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO
LAW FIRM PARTIES**

Argonaut Insurance Company ("Argonaut"), by and through its attorneys, Post & Schell, P.C. and Ifrah PLLC, joins the following: (1) Zurich Insurer's First Request for Production of Documents to the Ava Law Group, Kosnoff Law, and Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. Individually and as doing Business as Abused in Scouting; (2) Zurich Insurer's First Request for Production of Documents to Andrews & Thornton, Attorneys at Law; (3) Zurich Insurer's First Request for Production of Documents to Ask, LLP; (4) Zurich Insurer's First Request for Production of Documents to Babin Law, LLC; (5) Zurich Insurer's First Request for Production of Documents to Bailey Cowan Heckaman, PLLC; (6) Zurich Insurer's First Request for Production of Documents to D. Miller & Associates, PLLC; (7) Zurich Insurer's First Request for Production of Documents to Junell & Associates, PLLC; (8) Zurich Insurer's First Request for Production of Documents to Krause & Kinsman Law Firm (9) Zurich Insurer's First Request for Production of Documents to Napoli Shkolnik, PLLC; (10) Zurich Insurer's First Request for Production of Documents to Slater, Slater & Schulman LLP; (11) Zurich Insurer's Set of Interrogatories to the Ava Law Group, Kosnoff Law, and Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. Individually and as doing Business as Abused in Scouting; (12) Zurich

Insurer's Set of Interrogatories to Andrews & Thornton, Attorneys at Law; (13) Zurich Insurer's Set of Interrogatories to Ask, LLP; (14) Zurich Insurer's Set of Interrogatories to Babin Law, LLC; (15) Zurich Insurer's Set of Interrogatories to Bailey Cowan Heckaman, PLLC; (16) Zurich Insurer's Set of Interrogatories to D. Miller & Associates, PLLC; (17) Zurich Insurer's Set of Interrogatories to Junell & Associates, PLLC; (18) Zurich Insurer's Set of Interrogatories to Krause & Kinsman Law Firm (19) Zurich Insurer's Set of Interrogatories to Napoli Shkolnik, PLLC; and (20) Zurich Insurer's Set of Interrogatories to Slater, Slater & Schulman LLP. *See* Docket No. 6569.

<div style="margin-left:auto">

POST & SCHELL, P.C.

</div>

Date:   10/12/2021                     BY:   s/Paul Logan
                                             Paul Logan (No. 3339)
                                             300 Delaware Avenue
                                             Suite 1380
                                             Wilmington, DE  19801
                                             Phone:  (302) 251-8856
                                             Fax:  (302) 251-8857
                                             E-mail:  plogan@postschell.com

                                             IFRAH PLLC
                                             George R. Calhoun
                                             1717 Pennsylvania Ave., N.W.
                                             Suite 650
                                             Washington, DC  20006
                                             Phone:  (202) 840-8758
                                             E-mail:  george@ifrahlaw.com

                                             Attorneys for Argonaut Insurance Company

22873078v1