# **CERTIFICATE OF SERVICE**

     Paul Logan, attorney for Argonaut Insurance Company, certifies that on this 12th day of October 2021, he caused the attached Joinder to Joinder to Zurich's First Set of Requests For Production of Documents Directed To Law Firm Parties to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

s/Paul Logan  
Paul Logan
