# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

On October 8, 2021, the undersigned counsel caused a copy of the following discovery requests listed below (each a "Discovery Request") to be served in the manner indicated upon the parties listed on **Exhibit A**. The party identified in the title of the Discovery Request received the Discovery Requests that named that particular party.

1. *The Future Claimants' Representative's ("FCR's") First Set of Interrogatories to AIG;*

2. *FCR's First Set of Requests for Admission to AIG;*

3. *FCR's First Set of Requests for the Production of Documents to AIG;*

4. *FCR's Notice of Deposition of AIG;*

5. *FCR's First Set of Interrogatories to Allianz;*

6. *FCR's First Set of Requests for Admission to Allianz;*

7. *FCR's First Set of Requests for the Production of Documents to Allianz;*

8. *FCR's Notice of Deposition of Allianz;*

9. *FCR's First Set of Interrogatories to Arch;*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

10. *FCR's First Set of Requests for Admission to Arch*;

11. *FCR's First Set of Requests for the Production of Documents to Arch*;

12. *FCR's Notice of Deposition of Arch*;

13. *FCR's First Set of Interrogatories to Argonaut;*

14. *FCR's First Set of Requests for Admission to Argonaut*;

15. *FCR's First Set of Requests for the Production of Documents to Argonaut*;

16. *FCR's Notice of Deposition of Argonaut*;

17. *FCR's First Set of Interrogatories to Arrowood;*

18. *FCR's First Set of Requests for Admission to Arrowood*;

19. *FCR's First Set of Requests for the Production of Documents to Arrowood*;

20. *FCR's Notice of Deposition of Arrowood*;

21. *FCR's First Set of Interrogatories to Aspen;*

22. *FCR's First Set of Requests for Admission to Aspen*;

23. *FCR's First Set of Requests for the Production of Documents to Aspen*;

24. *FCR's Notice of Deposition of Aspen*;

25. *FCR's First Set of Interrogatories to Ategrity;*

26. *FCR's First Set of Requests for Admission to Ategrity*;

27. *FCR's First Set of Requests for the Production of Documents to Ategrity*;

28. *FCR's Notice of Deposition of Ategrity*;

29. *FCR's First Set of Interrogatories to AXIS;*

30. *FCR's First Set of Requests for Admission to AXIS*;

31. *FCR's First Set of Requests for the Production of Documents to AXIS*;

32. *FCR's Notice of Deposition of AXIS*;

33. *FCR's First Set of Interrogatories to Berkshire Hathaway;*

34. *FCR's First Set of Requests for Admission to Berkshire Hathaway*;

35. *FCR's First Set of Requests for the Production of Documents to Berkshire Hathaway*;

36. *FCR's Notice of Deposition of Berkshire Hathaway*;

37. *FCR's First Set of Interrogatories to Century;*

38. *FCR's First Set of Requests for Admission to Century*;

39. *FCR's First Set of Requests for the Production of Documents to Century*;

40. *FCR's Notice of Deposition of Century*;

41. *FCR's First Set of Interrogatories to Chubb;*

42. *FCR's First Set of Requests for Admission to Chubb*;

43. *FCR's First Set of Requests for the Production of Documents to Chubb*;

44. *FCR's Notice of Deposition of Chubb*;

45. *FCR's First Set of Interrogatories to CNA;*

46. *FCR's First Set of Requests for Admission to CNA*;

47. *FCR's First Set of Requests for the Production of Documents to CNA*;

48. *FCR's Notice of Deposition of CNA*;

49. *FCR's First Set of Interrogatories to Enstar;*

50. *FCR's First Set of Requests for Admission to Enstar*;

51. *FCR's First Set of Requests for the Production of Documents to Enstar*;

52. *FCR's Notice of Deposition of Enstar*;

53. *FCR's First Set of Interrogatories to Markel;*

54. *FCR's First Set of Requests for Admission to Markel*;

55. *FCR's First Set of Requests for the Production of Documents to Markel*;

56. *FCR's Notice of Deposition of Markel*;

57. *FCR's First Set of Interrogatories to Everest Re;*

58. *FCR's First Set of Requests for Admission to Everest Re*;

59. *FCR's First Set of Requests for the Production of Documents to Everest Re*;

60. *FCR's Notice of Deposition of Everest Re*;

61. *FCR's First Set of Interrogatories to Fairfax;*

62. *FCR's First Set of Requests for Admission to Fairfax*;

63. *FCR's First Set of Requests for the Production of Documents to Fairfax*;

64. *FCR's Notice of Deposition of Fairfax*;

65. *FCR's First Set of Interrogatories to Fireman's Fund;*

66. *FCR's First Set of Requests for Admission to Fireman's Fund*;

67. *FCR's First Set of Requests for the Production of Documents to Fireman's Fund*;

68. *FCR's Notice of Deposition of Fireman's Fund*;

69. *FCR's First Set of Interrogatories to Great American;*

70. *FCR's First Set of Requests for Admission to Great American*;

71. *FCR's First Set of Requests for the Production of Documents to Great American*;

72. *FCR's Notice of Deposition of Great American*;

73. *FCR's First Set of Interrogatories to Liberty;*

74. *FCR's First Set of Requests for Admission to Liberty*;

75. *FCR's First Set of Requests for the Production of Documents to Liberty*;

76. *FCR's Notice of Deposition of Liberty*;

77. *FCR's First Set of Interrogatories to Munich Re;*

78. *FCR's First Set of Requests for Admission to Munich Re;*

79. *FCR's First Set of Requests for the Production of Documents to Munich Re;*

80. *FCR's Notice of Deposition of Munich Re;*

81. *FCR's First Set of Interrogatories to Old Republic;*

82. *FCR's First Set of Requests for Admission to Old Republic;*

83. *FCR's First Set of Requests for the Production of Documents to Old Republic;*

84. *FCR's Notice of Deposition of Old Republic;*

85. *FCR's First Set of Interrogatories to Sompo;*

86. *FCR's First Set of Requests for Admission to Sompo;*

87. *FCR's First Set of Requests for the Production of Documents to Sompo;*

88. *FCR's Notice of Deposition of Sompo;*

89. *FCR's First Set of Interrogatories to Swiss Re;*

90. *FCR's First Set of Requests for Admission to Swiss Re;*

91. *FCR's First Set of Requests for the Production of Documents to Swiss Re;*

92. *FCR's Notice of Deposition of Swiss Re;*

93. *FCR's First Set of Interrogatories to Travelers;*

94. *FCR's First Set of Requests for Admission to Travelers;*

95. *FCR's First Set of Requests for the Production of Documents to Travelers;*

96. *FCR's Notice of Deposition of Travelers;*

97. *FCR's First Set of Interrogatories to Gemini;*

98. *FCR's First Set of Requests for Admission to Gemini;*

99. *FCR's First Set of Requests for the Production of Documents to Gemini;*

100. *FCR's Notice of Deposition of Gemini;*

101. *FCR's First Set of Interrogatories to XL;*

102. *FCR's First Set of Requests for Admission to XL*;

103. *FCR's First Set of Requests for the Production of Documents to XL*;

104. *FCR's Notice of Deposition of XL*;

105. *FCR's First Set of Interrogatories to Zurich (Regarding Local Council Coverage);*

106. *FCR's First Set of Requests for Admission to Zurich (Regarding Local Council Coverage)*;

107. *FCR's First Set of Requests for the Production of Documents to Zurich (Regarding Local Council Coverage)*;

108. *FCR's Notice of Deposition of Zurich (Regarding Local Council Coverage)*;

109. *FCR's First Set of Interrogatories to Zurich (Regarding BSA National Coverage);*

110. *FCR's First Set of Requests for Admission to Zurich (Regarding BSA National Coverage)*;

111. *FCR's First Set of Requests for the Production of Documents to Zurich (Regarding BSA National Coverage)*;

112. *FCR's Notice of Deposition of Zurich (Regarding BSA National Coverage)*.

| | |
|---|---|
| Dated: October 12, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Wilmington, Delaware | /s/ Robert S. Brady |

Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Emails: rbrady@ycst.com
eharron@ycst.com

-and-

GILBERT LLP
Kami E. Quinn (admitted *pro hac vice*)
Hunter Winstead (admitted *pro hac vice*)
Emily Grim (admitted *pro hac vice*)
Meredith Neely (admitted *pro hac vice*)
Rachel Jennings (admitted *pro hac vice*)
Kyle Dechant (admitted *pro hac vice*)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2336
Facsimile: (202)772-2337
Emails: quinnk@gilbertlegal.com
winsteadh@gilbertlegal.com
grime@gilbertlegal.com
neelym@gilbetlegal.com
jenningsr@gilbertlegal.com
dechantk@gilbertlegal.com

*Counsel to the Future Claimants' Representative*

### Exhibit A

### Service List

<u>BY ELECTRONIC MAIL</u>

Stamatios Stamoulis
Richard C. Weinblatt
**Stamoulis & Weinblatt LLC** 800 N.
West Street, Third Floor
Wilmington, Delaware 19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Tancred Schiavoni
Daniel S. Shamah
Janine Panchok-Berry
Gary Svirsky
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
tschiavoni@omm.com
dshamah@omm.com
jpanchok-berry@omm.com
gsvirsky@omm.com

Christopher A. Wadley
**Walker Wilcox Matousek LLP**
One North Franklin Street
Chicago, Illinois 60606
cwadley@walkerwilcox.com

John E Bucheit
Todd C. Jacobs
David M. Caves
**BRADLEY RILEY JACOBS PC**
500 West Madison Street
Suite 1000
Chicago, IL 60661
jbucheit@bradleyriley.com
tjacobs@bradleyriley.com
dcaves@bradleyriley.com

Harris B. Winsberg
**Troutman Sanders LLP**
600 Peachtree Street, N.E.
Suite 3000
Atlanta, GA 30308
harris.winsberg@troutman.com

David M. Fournier
Marcy J. McLaughlin Smith
**Troutman Pepper Hamilton Sanders LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Marcy.Smith@troutman.com
David.Fournier@troutman.com

Deirdre M. Richards
**Fineman Krekstein & Harris P.C.**
1300 N. King Street
Wilmington, DE 19801
drichards@finemanlawfirm.com

Susan N.K. Gummow
Tracey Jordan
Igor Shleypak
**Foran Glennon Palandech Ponzi & Rudloff**
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
sgummow@fgppr.com
tjordan@fgppr.com
ishleypak@fgppr.com

Michael A. Rosenthal
Jason Hallowell
Keith R. Martorana
**Gibson Dunn & Crutcher LLP**
200 Park Avenue, 47th Floor
New York, NY 10166
mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

Matthew G. Bouslog
**Gibson Dunn & Crutcher LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
mbouslog@gibsondunn.com

David Christian
**David Christian Attorneys LLC**
105 W. Madison Street
Suite 1400
Chicago, IL 60602
dchristian@dca.law

Konrad Krebs
**Clyde & Co US LLP**
200 Campus Drive
Suite 300
Florham Park, NJ 07932
konrad.krebs@clydeco.us

Bruce D Celebrezze
James Taylor Meehan
**Clyde & Co US LLP**
101 Second Street, 25th Floor
San Francisco, CA 94105
bruce.celebrezze@clydeco.us
taylor.meehan@clydeco.us

Bruce W. McCullough
**Bodell Bove, LLC**
1225 N. King Street, Suite 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

Robert D. Cecil, Jr.
Seth J. Reidenberg
**Tybout, Redfearn & Pell**
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899
rcecil@trplaw.com
sreidenberg@trplaw.com

George R. Calhoun
**Ifrah Law**
1717 Pennsylvania Ave, N.W.
Suite 650
Washington, DC 20006
george@ifrahlaw.com

Kathleen M. Miller
**Smith Katzenstein Jenkins LLP**
Brandywine Building
1000 N. West Street, Suite 1501
Wilmington, DE 19801
kmiller@skjlaw.com

Kathleen K. Kerns
Paul A. Logan
John C. Sullivan
**Post & Schell, P.C.**
Four Penn Center - 13th Floor
Philadelphia, PA 19103
kkerns@postschell.com
plogan@postschell.com
jsullivan@postschell.com

Kevin T. Coughlan
Michael Hrinewski
Lorraine M. Armenti
**Coughlin Duffy, LLP**
350 Mount Kemble Avenue
PO Box 1917
Morristown, NJ 07962
kcoughlin@cmg.law
mhrinewski@cmg.com
LArmenti@cmg.com

9

Michael J. Joyce
**The Law Offices of Joyce, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

Britton C. Lewis
**Carruthers & Roth, P.A**.
235 N Edgeworth Street
Greensboro, NC 27401
bcl@crlaw.com

Clay Wilkerson
**Brown Sims**
1177 West Loop South
Tenth Floor
Houston, Texas 77021
cwilkerson@brownsims.com

Matthew A. Hamermesh
Ronald P. Schiller
Sharon F. McKee
Elizabeth C. Dolce
**Hangley Aronchick Segal Pudlin & Schiller**
One Logan Square
18th & Cherry Streets
27th Floor
Philadelphia, PA 19103-6933
mhamermesh@hangley.com
rschiller@hangley.com
smckee@hangley.com
edolce@hangley.com

Ryan S. Smethurst
Margaret H. Warner
**McDermott Will & Emergy LLP**
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
rsmethurst@mwe.com
mwarner@mwe.com

John Tollefson
**Tollefson Bradley Mitchell & Melendi, LLP**
2811 McKinney Avenue, Suite 250
Dallas, TX 75204
johnt@tbmmlaw.com

Lloyd A. Gura
**Mound Cotton Wollan & Greengrass LLP**
30A Vreeland Road, Suite 210
Florham Park, NJ 07932
lgura@moundcotton.com

Pamela Minetto
**Mound Cotton Wollan & Greengrass LLP**
One New York Plaza, 44th Floor
New York, NY 10004
pminetto@moundcotton.com

Kristin V. Gallagher
**Kennedys**
120 Mountain View Boulevard
Basking Ridge, NJ 07920
kristin.gallagher@kennedyslaw.com

Jedidiah Vander Klok
**Kennedys**
1395 Brickell Avenue, Suite 610
Miami, FL 33131
jedidiah.vanderklok@kennedyslaw.com

Gary P. Seligman
Ashley L. Criss
**Wiley Rein LLP**
1776 K Street, N.W.
Washington, DC 20006
gseligman@wiley.law
ACriss@wiley.law

Laura Kathleen McNally
Emily H. Stone
**Loeb & Loeb LLP**
321 North Clark Street, Suite 2300
Chicago, IL 60654
lmcnally@loeb.com
estone@loeb.com

Harry Lee
Brett Grindrod
John Frederick O'Connor, Jr.
**Steptoe & Johnson LLP**
1330 Connecticut Avenue, N.W.
Washington, DC 20036
hlee@steptoe.com
bgrindrod@steptoe.com
joconnor@steptoe.com

Joseph A. Ziemianski
**Cozen O'Connor**
Lyondell Basell Tower
1221 McKinney Street, Suite 2900
Houston, TX 77010
jziemianski@cozen.com

Ian A. Cooper
**Nicolaides Fink Thorpe Michaelides Sullivan LLP**
10 S. Wacker Dr., 21st Floor
Chicago, IL 60606
icooper@nicolaidesllp.com

Erin M. Gallagher
**Nicolaides Fink Thorpe Michaelides Sullivan LLP**
101 Montgomery Street
Suite 2300
San Francisco, CA 94104
egallagher@nicolaidesllp.com

William E. McGrath, Jr.
**Dilworth Paxson LLP**
2 Research Way
Princeton, NJ 08540
wmcgrath@dilworthlaw.com

Thaddeus J. Weaver
**Dilworth Paxson LLP**
One Customs House
704 N. King St., Suite 500
Wilmington, DE 19801
tweaver@dilworthlaw.com

Louis J. Rizzo, Jr.
**Reger & Rizzo, LLP**
1523 Concord Pike, Suite 200
Brandywine Plaza East
Wilmington, DE 19803
lrizzo@regerlaw.com

John E. W. Baay II
Robert I. Siegel
**Geiger, Laborde & Laperouse, LLC**
701 Poydras Street, Suite 4800
New Orleans, LA 70139
jbaay@glllaw.com
rsiegel@glllaw.com

Tacie H. Yoon
Rachel A. Jankowski
Austin J. Sutta
**Crowell & Moring, LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
tyoon@crowell.com
rjankowski@crowell.com
asutta@crowell.com

Mark D. Plevin
Kevin D. Cacabelos
**Crowell & Moring LLP**
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
mplevin@crowell.com
kcacabelos@crowell.com

11

Douglas R. Gooding
Jonathan D. Marshall
**Choate, Hall & Stewart LLP**
Two International Place
Boston, MA 02110
dgooding@choate.com
jmarshall@choate.com

Kim V. Marrkand
Nancy D. Adams
Laura Bange Stephens
**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo**
One Financial Center
Boston, MA 02111
kmarrkand@mintz.com
ndadams@mintz.com
LBStephens@mintz.com

R. Karl Hill
**Seitz, Van Ogtrop & Green, P.A.**
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
khill@svglaw.com

Gregory A. Gidus
**Carlton Fields, P.A**.
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, FL 33607
ggidus@carltonfields.com

Robert W. DiUbaldo
Nora A. Valenza-Frost
**Carlton Fields, P.A.**
Chrysler Building
405 Lexington Avenue, 36th Floor
New York, NY 10174
rdiubaldo@carltonfields.com
nvalenza-frost@carltonfields.com

Jonathan Mulvihill
**AXA XL**
200 Liberty Street
21st Floor
New York, NY 10281
Jonathan.mulvihill@axaxl.com

Maria Aprile Sawczuk
**Goldstein & McClintock LLP**
501 Silverside Road
Wilmington, DE 19809
marias@goldmclaw.com

Chantelle D. McClamb
Matthew G. Summers
**Ballard Spahr LLP**
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801
mcclambc@ballardpshar.com
summersm@ballardspahr.com

Kenya Spivey
**Enstar Group Limited**
HM 227 Windsor Place
3rd Floor
22 Queen Street
Hamilton, Hamilton City
Bermuda
Kenya.Spivey@enstargroup.com

Joshua M. Hantman
Michael J. Pankow
**Brownstein Hyatt Farber Schreck LLP**
410 17th Street, Suite 2200
Denver, CO 80202
jhantman@bhfs.com
mpankow@bhfs.com

Dennis A. Meloro
**Greenberg Traurig LLP**
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
melorod@gtlaw.com

Russell Dennis
Jessica O'Neill
Cody Moorse
**Markel Corporation**
5601 Granite Pkwy, Ste. 600
Plano, TX 75024
Russell.dennis@markel.com
Jessica.oneill@markel.com
Cody.moorse@markel.com

Michelle Castle
**Everest Re Group Ltd.**
Seon Place, 4th Floor
141 Front Street
Hamilton, Hamilton City
Bermuda
Michelle.Castle@everestre.com

Allen Blum
**Berkeley Custom Insurance Managers LLC**
3 Stamford Plaza
301 Tresser Blvd., 6th Floor
Stamford, CT 06901
ablum@berkleycustom.com

Skip White
**Kiernan Trebach LLP**
1233 20th Street, NW, 8th Floor
Washington, DC 20036
swhite@kiernantrebach.com

Margaret M. Anderson
Adam Hachikian
Kenneth M. Thomas
**Fox Swibel Levin & Carroll LLP**
200 W. Madison Street
Suite 3000
Chicago, Illinois 60606
panderson@foxswibel.com
ahachikian@foxswibel.com
kthomas@foxswibel.com

Thomas Dare
**Old Republic**
Attn: Investor Relations
307 North Michigan Avenue
Chicago, IL 60601
tdare@oldrepublic.com

Carl N. Kunz, III
Stephen M. Miller
**Morris James LLP**
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
ckunz@morrisjames.com
smiller@morrisjames.com

Allison Confer
**Swiss Re Corporate Solutions**
1200 Main Street
Kansas City, MO 64105
Allison_confer@swissre.com

Scott Myers
**The Travelers Companies, Inc.**
One Tower Square 4MS
Hartford, CT 06183
SPMyers@travelers.com

Beth Titus
**Zurich North America**
2500 Westfield Dr.
Elgin, IL 60123
Beth.Titus@zurichna.com