# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 6583, 6584, 6585, 6586, 6587, 6588** |

## CERTIFICATE OF SERVICE

I, Brett M. Haywood, hereby certify that I caused a copy of the following documents to be served upon the parties on the attached service lists on the dates and in the manner indicated:

- *Notice of Service* related to AIG Companies discovery [Docket No. 6583];

- *Notice of Service* related to Hurley McKenna & Mertz, P.C. discovery [Docket No. 6584]

- *Notice of Service* related to Pfau Cochran Vertetis Amala PLLC discovery [Docket No. 6585];

- *Notice of Service* related to The Official Tort Claimants Committee discovery [Docket No. 6586];

- *Notice of Service* related to Lujan & Wolff LLP discovery [Docket No. 6587]; and

- *Notice of Service* related to The Zalkin Law Firm, P.C. discovery [Docket No. 6588].

       */s/ Brett M. Haywood*
       Brett M. Haywood (No. 6166)

---

[1] The Debtors ("**Debtors**" or "**BSA**") in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 26149882v.1

# SERVICE LIST
## VIA CM/ECF AND COURTESY EMAIL ON OCTOBER 11, 2021

Abernathy, Roeder, Boyd & Hullett, P.C.
Attn: Larry R. Boyd
Attn: Emily M. Hahn
1700 Redbud Blvd, Ste 300
McKinney, TX 75069
ctimmons@ABERNATHY-LAW.com
bankruptcy@abernathy-law.com
ehahn@abernathy-law.com

Ashby & Geddes, PA
500 Delaware Ave, 8th Fl
P.O. Box 1150
Wilmington, DE 19899-1150
wbowden@ashbygeddes.com

Baird Mandalas Brockstedt, LLC
1413 Savannah Rd, Ste 1
Lewes, DE 19958
sws@bmbde.com

Bayard, PA
600 N King St, Ste 400
Wilmington, DE 19801
efay@bayardlaw.com
gflasser@bayardlaw.com

Bielli & Klauder, LLC
1204 N King St
Wilmington, DE 19801
dklauder@bk-legal.com

Bielli & Klauder, LLC
1204 N King St
Wilmington, DE 19801
tbielli@bk-legal.com

Bodell Bove, LLC
1225 N King St, Ste 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

Bradley Riley Jacobs PC
320 W Ohio St, Ste 3W
Chicago, IL 60654
tjacobs@bradleyriley.com

Brown Rudnick LLP
7 Times Square
New York, NY 10036
DMolton@brownrudnick.com

Brown Rudnick LLP
Attn: Tristan G. Axelrod
1 Financial Ctr
Boston, MA 02111
sbeville@brownrudnick.com
taxelrod@brownrudnick.com
EGoodman@brownrudnick.com

Buchalter, A Professional Corporation
55 Second St, 17th Fl
San Francisco, CA 94105-3493
schristianson@buchalter.com

Chipman, Brown, Cicero & Cole, LLP
1313 N Market St, Ste 5400
Wilmington, DE 19801
desgross@chipmanbrown.com

Choate, Hall & Stewart LLP
Attn: Jonathan D. Marshall
Attn: Michael J. Foley, Jr
Two International Place
Boston, MA 02110
dgooding@choate.com
jmarshall@choate.com
mjfoley@choate.com

Connolly Gallagher, LLP
Attn: Kelly M. Conlan
1201 N Market St, 20th Fl
Wilmington, DE 19801
kbifferato@connollygallagher.com
kconlan@connollygallagher.com

Cross & Simon, LLC
Attn: Kevin Mann
1105 N Market St, Ste 901
Wilmington, DE 19801
csimon@crosslaw.com
kmann@crosslaw.com

Crowell & Moring LLP
Attn: Austin J. Sutta
3 Embarcadero Center, 26th Fl
San Francisco, CA 94111
mplevin@crowell.com
asutta@crowell.com

Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, D.C. 20004
tyoon@crowell.com

Davies Hood PLLC
22 N Front St, Ste 620
Memphis, TN 38103-2100
Jason.Hood@davieshood.com

Dorsey & Whitney LLP
Attn: Alessandra Glorioso
300 Delaware Ave, Ste 1010
Wilmington, DE 19801
schnabel.eric@dorsey.com
glorioso.alessandra@dorsey.com

Dorsey & Whitney LLP
51 W 52nd St
New York, NY 10019
ewing.bruce@dorsey.com

Doshi Legal Group, P.C.
1979 Marcus Ave, Ste 210E
Lake Success, NY 11042
amish@doshilegal.com

Faegre Drinker Biddle & Reath LLP
600 E. 96th St, Ste 600
Indianapolis, IN 46240
jay.jaffe@faegredrinker.com

Faegre Drinker Biddle & Reath LLP
1177 Ave of the Americas, 41st Fl
New York, NY 10036-2714
michael.pompeo@faegredrinker.com

Faegre Drinker Biddle & Reath LLP
Attn: Kaitlin W. MacKenzie
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Patrick.Jackson@faegredrinker.com
kaitlin.mackenzie@faegredrinker.com

Fineman Krekstein & Harris, PC
1300 N King St
Wilmington, DE 19801
drichards@finemanlawfirm.com

Flordia M. Henderson
Memphis, TN 38130-0604
flordia@fhendersonlaw.net

| | |
|---|---|
| Foley & Lardner LLP<br>90 Park Ave<br>New York, NY 10016<br>rbernard@foley.com | Foley & Lardner LLP<br>3579 Valley Centre Dr, Ste 300<br>San Diego, CA 92130<br>vavilaplana@foley.com |
| Foran Glennon Planadech Ponzi & Rudloff, P.C.<br>Attn: Igor Shleypak<br>222 N LaSalle St, Ste 1400<br>Chicago, IL 60614<br>sgummow@fgppr.com<br>ishleypak@fgppr.com | Gilbert LLP<br>Attn: Emily Grim / Attn: Jasmine Chalashtori<br>700 Pennsylvania Ave, SE Ste 400<br>Washington, DC 20003<br>quinnk@gilbertlegal.com<br>neelym@gilbertlegal.com<br>grime@gilbertlegal.com<br>chalashtorij@gilbertlegal.com |
| Jacobs & Crumplar, PA<br>750 Shipyard Dr, Ste 200<br>Wilmington, DE 19801<br>Raeann@jcdelaw.com<br>tom@jcdelaw.com | Jpmorgan Chase Bank, NA<br>Attn: Louis R. Strubeck, Jr<br>1301 Ave of the Americas<br>New York, NY 10019-6022<br>louis.strubeck@nortonrosefulbright.com |
| Karr Tuttle Campbell, PS<br>701 5th Ave, Ste 3300<br>Seattle, WA 98104<br>bleaverton@karrtuttle.com | Kelly, Morgan, Dennis, Corzine & Hansen, P.C.<br>P.O. Box 1311<br>Odessa, TX 79760-1311<br>mkelly@kmdfirm.com |
| Klehr Harrison Harvey Branzburg LLP<br>919 Market St, Ste 1000<br>Wilmington, DE 19801<br>dpacitti@klehr.com | Klehr Harrison Harvey Branzburg LLP<br>1835 Market St, Ste 1400<br>Philadelphia, PA 19103<br>mbranzburg@klehr.com |
| Kramer Levin Naftalis & Frankel LLP<br>Attn: David E. Blabey Jr./Jennifer R. Sharret<br>Attn: Megan M. Wasson<br>177 Ave of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com | Latham & Watkins LLP<br>Attn: Kimberly A Posin<br>Attn: Nicholas J Messana<br>355 S Grand Ave, Ste 100<br>Los Angeles, CA 90071-1560<br>jeff.bjork@lw.com<br>kim.posin@lw.com<br>nicholas.messana@lw.com |

3

Latham & Watkins LLP
885 3rd Ave
New York, NY 10022-4834
adam.goldberg@lw.com

Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Fwy, Ste 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

Miller, Canfield, Paddock and Stone, P.L.C.
277 S Rose St, Ste 5000
Kalamazoo, MI 49007
andersond@millercanfield.com

Mirick, O'Connell, DeMallie & Lougee, LLP
1800 W Park Dr, Ste 400
Westborough, MA 01581
kfoley@mirickoconnell.com

Monzack Mersky McLaughlin & Browder, PA
Attn: Rachel B. Mersky
1201 N Orange St, Ste 400
Wilmington, DE 19801
bmclaughlin@monlaw.com
rmersky@monlaw.com

Morris James LLP
Attn: Eric J. Monzo
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
jwaxman@morrisjames.com
emonzo@morrisjames.com

Nagel Rice LLP
103 Eisenhower Pkwy
Roseland, NJ 07068
brice@nagelrice.com

Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

McCreary, Veselka, Bragg & Allen, PC
P.O. Box 1269
Round Rock, TX 78680
tleday@mvbalaw.com

Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front St
Worcester, MA 01608
pcarey@mirickoconnell.com

Monzack Mersky Browder & Hochman, P.A.
1201 N Orange St, Ste 400
Wilmington, DE 19801
rmersky@monlaw.com

Morris James LLP
Attn: Brya M. Keilson
500 Delaware Ave, Ste 1500
P.O. Box 2306
Wilmington, DE 19899-2306
bfallon@morrisjames.com
bkeilson@morrisjames.com

Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE, 19899
dabbott@morrisnichols.com
barsalona@morrisnichols.com
emoats@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com
mfu@morrisnichols.com

Napoli Shkolnnik PLLC
919 N Market St, Ste 1801
Wilmington, DE 19801
RHrubiec@NapoliLaw.com

Norton Rose Fulbright Us LLP
Attn: Ryan Manns
2200 Ross Ave, Suite 3600
Dallas, TX 75201-7932
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
ryan.manns@nortonrosefulbright.com

Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd, 13th Fl
Los Angeles, CA 90067-4003
jstang@pszjlaw.com

Pachulski Stang Ziehl & Jones LLP
Attn: James O'Neill/John Lucas/Ilan Scharf
919 N Market St, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705
jlucas@pszjlaw.com
joneill@pszjlaw.com
ischarf@pszjlaw.com
rorgel@pszjlaw.com
lcantor@pszjlaw.com

Perdue, Brandon, Fielder, Collins & Mott, LLP
3301 Northland Dr, Ste 505
Austin, TX 78731
jbanks@pbfcm.com

Reed Smith LLP
Attn: Katelin A. Morales
120 N Market St, Ste 1500
Wilmington, DE 19801
kgwynne@reedsmith.com
kmorales@reedsmith.com

Richards, Layton & Finger, PA
One Rodney Square
920 N King St
Wilmington, DE 19801
merchant@rlf.com
haywood@rlf.com

Schnader Harrison Segal & Lewis LLP
Attn: Kristi J. Doughty
824 N Market St, Ste 800
Wilmington, DE 19801-4939
rbarkasy@schnader.com
kdoughty@schnader.com

Seitz, Van Ogtrop & Green, P.A.
222 Delaware Ave, Ste 1500
Wilmington, DE 19801
khill@svglaw.com

Shipman & Goodwin LLP
1 Constitution Plz
Hartford, CT 06103-1919
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com

Shipman & Goodwin LLP
Attn: Joshua Weinberg/ Michele B Konigsberg
1875 K St NW, Ste 600
Washington, DC 20006-1251
awilliams@goodwin.com
jweinberg@goodwin.com
mkonigsberg@goodwin.com
jruggeri@goodwin.com

5

Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
blair.warner@sidley.com
mlinder@sidley.com
tlabuda@sidley.com
kbasaria@sidley.com

Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
jboelter@sidley.com

Stamoulis & Weinblatt LLC
Attn: Richard Weinblatt
800 N West St, Ste 800
Wilmington, DE 19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Stark & Stark, PC
P.O. Box 5315
Princeton, NJ 08543
jlemkin@stark-stark.com

Sullivan Hazeltine Allinson LLC
919 N Market St, Ste 420
Wilmington, DE 19801
bsullivan@sha-llc.com

The Law Office of James Tobia, LLC
1716 Wawaset St
Wilmington, DE 19806
jtobia@tobialaw.com

The Law Offices of Joyce, LLC
1225 King St, Ste 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

The Neuberger Firm
Attn: Stephen J. Neuberger
17 Harlech Dr
Wilmington, DE 19807
tsn@neubergerlaw.com
sjn@neubergerlaw.com

The Powell Firm, LLC
Attn: Thomas Reichert
1201 N Orange St, Ste 500
P.O. Box 289
Wilmington, DE 19899
jpowell@delawarefirm.com
treichert@delawarefirm.com

Troutman Pepper Hamilton Sanders LLP
Attn: Marcy J. McLaughlin Smith
1313 Market St, Ste 5100
P.O. Box 1709
Wilmington, DE 19899-1709
david.fournier@troutman.com
marcy.smith@troutman.com

Troutman Pepper Hamilton Sanders LLP
Attn: Matthew G. Roberts
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308
harris.winsberg@troutman.com
matthew.roberts2@troutman.com

Tybout, Redfearn & Pell
750 Shipyard Dr, Ste 400
P.O. Box 2092
Wilmington, DE 19899-2092
sreidenberg@trplaw.com

Wachtell, Lipton, Rosen & Katz
Attn:Joseph C. Celentino
51 W 52nd St
New York, NY 10019
rgmason@wlrk.com
dkmayer@wlrk.com
jccelentino@wlrk.com

Ward and Smith, P.A.
P.O. Box 8088
Greenville, NC 27835-8088
paf@wardandsmith.com

Whiteford, Taylor & Preston LLP
7 St Paul St, 15th Fl
Baltimore, MD 21202-1626
tbrooks@wtplaw.com

White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

Womble Bond Dickinson (US) LLP
1313 N Market St, Ste 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com

Walker Wilcox Maousek LLP
1 N Franklin, Ste 3200
Chicago, IL 60606
cwadley@walkerwilcox.com

Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 N King St, Ste 500
Wilmington, DE 19801
rriley@wtplaw.com

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
jessica.lauria@whitecase.com

Wilks Law, LLC
4250 Lancaster Pike, Ste 200
Wilmington, DE 19805
dwilks@wilks.law

Young Conaway Stargatt & Taylor
Attn: Robert Brady/Edwin Harron
Rodney Square
1000 N King St
Wilmington, DE 19801
jpatton@ycst.com
rbrady@ycst.com
eharron@ycst.com

**SERVICE LIST**
**VIA CM/ECF AND COURTESY EMAIL ON OCTOBER 11, 2021**
**AND FIRST CLASS MAIL ON OCTOBER 12, 2021**

Commonwealth of Pennsylvania
Attn: Deb Secrest/Collections Support Unit
651 Boas St, Rm 925
Harrisburg, PA 17121
ra-li-ucts-bankrupt@state.pa.us

Missouri Dept of Revenue
Attn: Steven A Ginther
P.O. Box 475
Jefferson City, MO 65105-0475
deecf@dor.mo.gov

Office of the Attorney General
Attn: Sherri K Simpson
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
christopher.murphy@oag.texas.gov
sherri.simpson@oag.texas.gov

Office of the United States Trustee
Attn: Hannah Mufson McCollum
844 King St, Suite 2207
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov

Pension Benefit Guaranty Corporation
Attn: C. Burton/ C. Fessenden
1200 K St NW
Washington, DC 20005
Kelly.Patricia@Pbgc.Gov
burton.cassandra@pbgc.gov
fessenden.craig@pbgc.gov

TN Dept of Labor - Bureau of Unemployment Insurance
Attn: Laura L. McCloud
PO Box 20207
Nashville, TN 37202-0207
AGBankDelaware@ag.tn.gov

# SERVICE LIST
## VIA COURTESY EMAIL ON OCTOBER 11, 2021 AND FIRST CLASS MAIL ON OCTOBER 12, 2021

Adams and Reese LLP
6075 Poplar Ave, Ste 700
Memphis, TN 38119
Henry.Shelton@arlaw.com

Baker Manock & Jensen, PC
5260 N Palm Ave, Ste 421
Fresno, CA 93704
jperkins@bakermanock.com

Butler Snow LP
P.O. Box 171443
Memphis, TN 38187-1443
Danny.VanHorn@butlersnow.com

Carruthers & Roth, PA
235 N Edgeworth St
P.O. Box 540
Greensboro, NC 27401
bcl@crlaw.com

Coughlin Duffy, LLP
Attn: Michael Hrinewski
350 Mt Kemble Ave
P.O. Box 1917
Morristown, NJ 07960
kcoughlin@coughlinduffy.com
larmenti@coughlinduffy.com
mhrinewski@coughlinduffy.com

Crew Janci LLP
Attn: Peter Janci
1200 NW Naito Pkwy, Ste 500
Portland, OR 97209
steve@crewjanci.com
peter@crewjanci.com

Fox Swibel Levin & Carroll LLP
200 W Madison St, Ste 3000
Chicago, IL 60606
panderson@foxswibel.com

James, Vernon & Weeks, P.A.
Attn: Craig K. Vernon
Attn: R. Charlie Beckett
1626 Lincoln Wy
Coeur d'Alene, ID 83815
ljames@jvwlaw.net
cvernon@jvwlaw.net
rbeckett@jvwlaw.net

Janet, Janet & Scuggs, LLC
500 Taylor St, Ste 301
Columbia, SC 29201
GJowers@JJSJustice.com

Linebarger Goggan Blair & Sampson, LLP
112 E Pecan St, Ste 2200
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Maurice Wutscher LLP
23611 Chagrin Blvd. Ste 207
Beachwood, OH 44122
ahochheiser@mauricewutscher.com

McDermott Will & Emery LLP
Attn: Margaret Warner
500 N Capitol St NW
Washington, DC 20001-1531
rsmethurst@mwe.com
mwarner@mwe.com

| | |
|---|---|
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.<br>Attn: Nancy D. Adams<br>Attn: Laura Bange Stephens<br>One Financial Center<br>Boston, MA 02111<br>kmarrkand@mintz.com<br>ndadams@mintz.com<br>lbstephens@mintz.com | Nelson Comis Kettle & Kinney, LLP<br>300 E Esplande Dr, Ste 1170<br>Oxnard, CA 93036<br>wwinfield@calattys.com |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>10 S Wacker Dr, 21st Fl<br>Chicago, IL 60606<br>msorem@nicolaidesllp.com | Paul Mones PC<br>13101 Washington Blvd<br>Los Angeles, CA 90066<br>paul@paulmones.com |
| Pfau Cochran Vertetis Amala PLLC<br>Attn: Vincent Nappo<br>403 Columbia St, Ste 500<br>Seattle, WA 98104<br>michael@pcvalaw.com<br>jason@pcvalaw.com<br>vnappo@pcvalaw.com | Phillips Lytle LLP<br>One Canalside<br>125 Main St<br>Buffalo, NY 14203<br>amiller@phillipslytle.com |
| Raul Diaz<br>rauldiaz2503@gmail.com | Sequoia Counsel of Boy Scouts, Inc.<br>6005 N Tamera Ave<br>Fresno, CA 93711<br>michael.marchese@scouting.org |
| Synchrony Bank<br>Attn: Valerie Smith<br>P.O. Box 41021<br>Norfolk, VA 23541<br>claims@recoverycorp.com | Thomas Law Office, PLLC<br>9418 Norton Commons Blvd, Ste 200<br>Louisville, KY 40059<br>tad@thomaslawoffices.com<br>lou.schneider@thomaslawoffices.com |
| Tremont Sheldon Robinson Mahoney PC<br>Attn: Doug Mahoney<br>64 Lyon Ter<br>Bridgeport, CT 06604<br>crobinson@tremontsheldon.com<br>dmahoney@tremontsheldon.com | US Attorney For Delaware<br>1007 Orange St, Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br>usade.ecfbankruptcy@usdoj.gov |

3

Wanger Jones Helsley, PC.
265 E River Park Circle, Ste 310
Fresno, CA 93720
rwalter@wjhattorneys.com

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave NW
Washington, DC 20006

# SERVICE LIST
## VIA FIRST CLASS MAIL ON OCTOBER 12, 2021

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, NA
10 S Dearborn St
Mail Code Il1-1415
Chicago, Il 60603

The County Commission Of Fayette County
P.O. Box 307
Fayetteville, WV 25840

The County Commission Of Fayette County
Attn: John Stump, Esq
Chase Tower - 8th Fl
707 Virginia St E.
Charleston, WV 25301

RLF1 25714350v.1