IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC** | |
| Debtors.[1] | **Case No. 20-10343 (LSS)** <br> **(Jointly Administered)** |

## NOTICE OF SERVICE OF
## <u>DISCOVERY REQUESTS TO THE DEBTORS</u>

The undersigned hereby certifies that on October 8, 2021 he caused a true, correct and complete copy of the "First Set of Interrogatories of Munich Reinsurance America, Inc., Formerly Known as American Re-Insurance Company, Directed to the Debtors," and "First Set of Requests for Production of Documents of Munich Reinsurance America, Inc., Formerly Known as American Re-Insurance Company, Directed to the Debtors," to be served via electronic mail on the following counsel:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Paige N. Topper, Esquire
Michelle M. Fu, Esquire
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnicholas.com
mfu@morrisnichols.com

*Counsel for Debtors and Debtors in Possession*

WHITE & CASE LLP

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's Federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

1

Michael C. Andolina, Esquire
Matthew E. Linder, Esquire
Laura E. Baccash, Esquire
Blair M. Warner, Esquire
111 South Wacker Drive
Chicago, IL  60606
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

*Counsel for Debtors and Debtors in Possession*

WHITE & CASE LLP
Jessica C. Lauria, Esquire
1221 Avenue of the Americas
New York, NY  10020
Jessica.lauria@whitecase.com

*Counsel for Debtors and Debtors in Possession*

HAYNES AND BOONE, L.L.P.
Ernest Martin, Jr., Esquire
Adrian Azer, Esquire
Carla Green, Esquire
2323 Victory Ave., Suite 700
Dallas, TX  75219
ernest.martin@haynesboone.com
adrian.azer@haynesboone.com
carla.green@haynesboone.com

*Counsel for Debtors and Debtors in Possession*

David L. Buchbinder, Esquire
Hannah M. McCollum
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
david.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov

*Counsel for the U.S. Trustee*

BROWN RUDNICK LLP
Tristan G. Axelrod, Esquire

2

Sunni P. Beville, Esquire
One Financial Center
Boston, MA  02111
taxelrod@brownrudnick.com
sbeville@brownrudnick.com

*Counsel for the Coalition of Abused Scouts for Justice*

BROWN RUDNICK LLP
Gerard T. Cicero, Esquire
David J. Molton, Esquire
D. Cameron Moxley, Esquire
Seven Times Square
New York, NY  10036
gcicero@brownrudnick.com
dmolton@brownrudnick.com
dmoxley@brownrudnick.com

*Counsel for the Coalition of Abused Scouts for Justice*

BROWN RUDNICK LLP
Eric R. Goodman, Esquire
601 Thirteenth Street NW
Suite 600
Washington, DC  20005
egoodman@brownrudnick.com

*Counsel for the Coalition of Abused Scouts for Justice*

MONZACK, MERSKY & BROWDER, P.A.
Rachel Mersky, Esquire
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
rmersky@monlaw.com

*Counsel for the Coalition of Abused Scouts for Justice*

BLANK ROME LLP
Stanley B. Tarr, Esquire
1201 North Market Street, Suite 800
Wilmington, DE  19801
tarr@blankrome.com

*Counsel for the Coalition of Abused Scouts for Justice*

CROSS & SIMON, LLC
Kevin Scott Mann, Esquire

3

122509293v1

1105 N. Market, Suite 901
P.O. Box 1380
Wilmington, DE  19899-1380
kmann@crosslaw.com

*Counsel for AVA Law Group, Inc.*

HOGAN♦McDANIEL
Daniel K. Hogan, Esquire
1311 Delaware Avenue
Wilmington, DE  19806
dkhogan@dkhogan.com

*Counsel for Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.*

DLA PIPER LLP (US)
R. Craig Martin, Esquire
1201 Market Street, Suite 2100
Wilmington, DE  19801
Craig.martin@dlapiper.com

*Counsel for the Ad Hoc Committee of Local Councils of the Boy Scouts of America*

FERRY JOSEPH, P.A.
John Daniel McLaughlin, Esquire
824 Market Street, Suite 1000
Wilmington, DE  19801
jmclaughlin@ferryjoseph.com

*Counsel for the Ad Hoc Committee of Local Councils of the Boy Scouts of America*

WACHTELL, LIPTON, ROSEN & KATZ
Richard G. Mason, Esquire
Douglas K. Mayer, Esquire
51 West 52nd Street
New York, NY  10019-6119
rgmason@wlrk.com
dkmayer@wlrk.com

*Counsel for the Ad Hoc Committee of Local Councils of the Boy Scouts of America*

                                **DILWORTH PAXSON LLP**

                                By: <u>*/s/ Thaddeus J. Weaver*</u>
                                    Thaddeus J. Weaver (Id. No. 2790)
                                    704 King Street, Suite 500
                                    P.O. Box 1031
                                    Wilmington, DE  19899-1031
                                    (302) 571-8867 (telephone)
                                    (302) 655-1480 (facsimile)
                                    tweaver@dilworthlaw.com

                                    and

Dated:  October 12, 2021                William E. McGrath, Jr. (Admitted PHV)
                                    **DILWORTH PAXSON LLP**
                                    2 Research Way, Suite 103
                                    Princeton, NJ  08540
                                    (609) 924-6000 (telephone)
                                    (215) 893-8537 (facsimile)
                                    wmcgrath@dilworthlaw.com

                                    *Attorneys for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company*

122509293v1