# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on October 8, 2021, the undersigned counsel caused a copy of the following discovery requests listed below (each a "Discovery Request") to be served via email on the parties listed on **Exhibit A**. Courtesy copies of the Discovery Requests were also served on October 11, 2021, via email on the parties listed on **Exhibit B**.

1. *Debtors' Second Set of Request for the Production of Documents to Century*;

2. *Debtors' Third Set of Interrogatories to Century*; and

3. *Debtors' First Set of Requests for Admissions to Century.*

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: October 12, 2021  **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
       Wilmington, Delaware

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
      aremming@morrisnichols.com
      ptopper@morrisnichols.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION