**EXHIBIT A**

**Service List**

Stamatios Stamoulis
Richard C. Weinblatt
**Stamoulis & Weinblatt LLC**
800 N. West Street, Third Floor
Wilmington, Delaware 19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Tancred Schiavoni
Daniel S. Shamah
Janine Panchok-Berry
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
tschiavoni@omm.com
dshamah@omm.com
jpanchok-berry@omm.com

Christopher A. Wadley
**Walker Wilcox Matousek LLP**
One North Franklin Street
Chicago, Illinois 60606
cwadley@walkerwilcox.com

John W. Lucas
Debra Grassgreen
**Pachulski Stang Ziel & Jones**
150 California Street, 15th Floor
San Francisco, CA 94111
jlucas@pszjlaw.com
dgrassgreen@pszjlaw.com

Kami E. Quinn
Emily P. Grim
**Gilbert LLP**
700 Pennsylvania Ave, SE
Suite 400
Washington, DC 20003
quinnk@gilbertlegal.com
egrim@gilbertlegal.com

James I. Stang
Robert B. Orgel
**Pachulski Stang Ziehl & Jones**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA
jstang@pszjlaw.com
rorgel@pszjlaw.com

David J. Molton
Barbara J. Kelly
**Brown Rudnick LLP**
7 Times Square
New York, NY 10036
dmolton@brownrudnick.com
bkelly@brownrudnick.com

Eric R. Goodman
**Brown Rudnick LLP**
601 Thirteenth Street NW, Suite 600
Washington, DC 20005
egoodman@brownrudnick.com

Michael Atkinson
**Province**
36 S. Charles Street, Suite 2310
Baltimore, MD 21201
matkinson@provincefirm.com

Robert S. Brady
Edwin J. Harron
**Young Conaway Stargatt & Taylor, LLP**
Rodney Square
1000 North King Street
Wilmington, DE 19801
rbrady@ycst.com
eharron@ycst.com

William S. Sugden
**Alston & Bird**
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Will.sugden@alston.com

Richard G. Mason
Joseph C. Celentino
Douglas K. Mayer
Mitchell S. Levy
**Wachtell, Lipton, Rosen & Katz**
51 West 52d Street
New York, NY 10010
Jccelentino@wlrk.com
RGMason@wlrk.com
DKMayer@wlrk.com
MSLevy@wlrk.com

Matthew K. Babcock
**Berkeley Research Group**
201 S. Main, Suite 450
Salt Lake City, UT 84111
mbabcock@thinkbrg.com