IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Joint Administered) |

## NOTICE OF WITHDRAW OF APPEARANCE OF TIFFANY A. POOLE AS COUNSEL TO "JOHN DOE" AND REQUEST TO BE REMOVED FROM THE COURT'S CM/ECF LIST AS COUNSEL TO "JOHN DOE #11"

PLEASE TAKE NOTICE that Tiffany A. Poole ("Counsel") hereby respectfully withdraw their appearance as counsel for "JOHN DOE #11" ("Party") in the above-captioned jointly administered cases for all purposes including, without limitation, notice of service. Pursuant to Del. Bankr. L.R. 9010-2(b), Counsel certifies that (a) the Party has no controversy pending before the Court and (b) the Party consents to withdrawal of Counsel. Counsel requests removal from the Court's CM/ECF list as counsel to "John Doe #11."

DATED: 10/13/21

/s/ Tiffany Poole
Tiffany Poole (No. 3860)
Poole, Mensinger, Cutrona & Ellsworth-Aults
2710 Centerville Road, Suite 101
Wilmington, DE 19808
Phone: 302-428-0100
Email: tpoole@pmcelaw.com
*Counsel for "John Doe"*