**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,** | **Case No. 20-10343 (LSS)** |
| | **(Joint Administered)** |
| **Debtors.** | |

## CERTIFICATE OF SERVICE AND TRANSMISSION

I, Tiffany Poole, hereby certify that on October 13, 2021, I did cause to be transmitted true and correct copies of the Notice to Withdraw of Appearance of Tiffany A. Poole AS Counsel to "John Doe" and Request to be Removed from the Court's CM/ECF List as Counsel to "John Does #11" to be served and transmitted as follows:

(i)     Service via CM/ECF on those parties who have registered and become a CM/ECF user in these cases in accordance with Del. Bankr. L.R. 5005-1(c)(ii);

(ii)     Transmission in accordance with Del. Bankr. L.R. 9036-1(b) upon counsel to the Debtors, counsel to the Office of the United State Trustee, counsel to the Official Committee of Unsecured Creditors, and Counsel to the Official Committee of Tort Claimants, and out-of-state counsel to "John Doe" as indicated on the attached service list.

DATED: 10/13/21

/s/ Tiffany Poole
Tiffany Poole (No. 3860)
Poole, Mensinger, Cutrona & Ellsworth-Aults
2710 Centerville Road, Suite 101
Wilmington, DE 19808
Phone: 302-428-0100
Fax: 302-428-0265
Email: tpoole@pmcelaw.com
*Counsel for "John Doe"*

## SERVICE LIST

## VIA EMAIL

**White & Case LLP**
Jessica C. Lauria, Esq.
1221 Avenue of the Americas
New York, NY 10020
jessica.lauria@whitecase.com

**White & Case LLP**
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Blair Warner, Esq.
111 South Wacker Drive
Chicago, IL 60606
mandolina@whitecase.com
mlinder@whitecase.com
blair.warner@whitecase.com

**Morris, Nichols, Arsht & Tunnell LLP**
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Eric W. Moats, Esq.
Paige N. Topper, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@morrisnichols.com
aremming@morrisnichols.com
emoats@morrisnichols.com
ptopper@morrisnichols.com
*Counsel to the Debtors*

**Kramer Levin Naftalis & Frankel LLP**
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
dblabey@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*

**Pachulski Stang Ziehl & Jones LLP**
James I. Stang, Esq.
John A. Morris, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
Robert B. Orgel
Ilan D. Scharf
919 North Marker Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
jstang@pszjlaw.com
jmorris@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com
rorgel@pszjlaw.com
ischarf@pszjlaw.com

*Counsel for the Official Committee of Tort Claimants*

**Office of the United States Trustee**
David L. Buchbinder, Esq.
Hannah M. McCollum, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
David.l.buchbinder@usdoj.gov
Hannah.mccollum@usdoj.gov

*Counsel to the Office of the United States Trustee*

**Law Offices of Richard A. Greifinger**
Richard Greifinger
80 Main St.
West Orange, NJ 07052
richard@greifinger.com

**Nagel Rice LLP**
Bradley L. Rice
103 Eisenhower Parkway
Roseland, NJ 07068
brice@nagelrice.com