# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10342 (LSS) |
| | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| BOY SCOUTS OF AMERICA, | |
| Plaintiff, | Adv. Pro. No. 20-50527 (LSS) |
| v. | |
| A.A., *et al.*, | |
| Defendants. | |

## NOTICE OF SERVICE OF SUBPOENA DUCES TECUM

Counsel for The Kentucky Creditors in the above-referenced adversarial proceeding hereby provides notice that service of the subpoena duces tecum (Docket No. 6537-1) directed to JPMorgan Chase Bank, N.A. was completed on October 12, 2021.

Respectfully submitted,

*/s/ Raeann Warner, Esq.*
Raeann Warner, Esq. (#4931)
Thomas C. Crumplar, Esq
Jacobs & Crumplar, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE  19801
Telephone: (302) 656-5445
Facsimile: (302) 656-5875
raeann@jcdelaw.com
tom@jcdelaw.com

Tad Thomas, Esq.
Louis C. Schneider, Esq.
Thomas Law Offices, PLLC
9418 Norton Commons Blvd., Suite 200
Louisville, Kentucky 40059
Telephone: (502) 473-6540
Facsimile: (877) 955-7002
tad@thomaslawoffices.com
lou.schneider@thomaslawoffices.com
*Attorneys for The Kentucky Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 13th day of October, 2021 upon counsel for the parties via electronic mail.

/s/ Raeann Warner, Esq.
Raeann Warner, Esq.