9-24-2020

FROM BSA SEXUAL ABUSE SURVIVOR:

█████████████ CHAPTER II CASE # 20-10343 (LSS)

Pg. 1    AVA CASE # █████ Victim Impact Statement

To whom it CONCERNS. PLEASE TELL me DOES the LittLE boy IN the ATTACHED photo LookLike he is cAPABLE oF Fighting oFF 3 GROWN mEN? My PARENTS hAD to WORK LONg hARD hOURS At their jobs, which is whAT LED me to the Boy Scout TROOP SPONSORED by ROSE FANNING ELEMENTARY School, (my school) IN the First plAce. LOCATED At GRACE AVENUE AND MACDONALD STREET iN South St. LOUIS, MISSOURI IN 1965. ALSO WHERE the boy scouts held their MEETINGs. I WAS ONLY 5 yrs. OLD when the Abuse beGAN AND it LASTED 7 yEARS. CAN SOMEONE PLEASE tELL me how you put A DOLLAR AMOUNT ON whAt this boy's FUTURE WAS worth? How much MONEY WAS OR is it WORTH FOR A FUTURE SO FULL oF PROMISE AND ADVENTURE? A FUTURE thAt WAS STOLLEN FROM ME, Just RIPPED AWAY IN the most heiNOUS bRUTAL WAYS imAgINEABLE AND goNE FOREVER? I SIR WAS RAISED OLD school to Respect my ELDERS AND to DO AS I WAS TOLD ESPECIALLY by my PARENTS, TEACHERS SCOUTMASTERS AND gROWN UPS IN gENERAL. So I DID AS I WAS TOLD EVEN WHEN it beCAME bRUTALLy PAIN FUL. I DID NOT KNOW the WAYS oF MEN AND the WORLD UNTIL it WAS FAR FAR TOO LATE!

Pg. 2

The fact that I was ostracized mentally and physically and forced to live a life of solitude and shame because of the violent and degrading sexual assaults perpetuated to me, through no fault of my own, still beats me down 50 years later. Is there really any amount of money that can replace the shattered dream of a first girlfriend, a school prom and homecoming. Going on to college and becoming engaged and maybe having a family of my own someday? I never knew a first love or any love subsequently, or a first date and or the many wonderful things that can happen between a man and a woman. How do you repair or replace a life that never was? All because of some perverted deviant behavior which I can only hope that God Almighty will punish someday. Because obviously these men who brutally did ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ will never pay for it here on earth. So please ladies and gentlemen allow me the dignity of recouping some measure of justice for my broken heart and shattered dreams. Only you can rekindle my faith in humankind! Is that too much to ask? I think not.

Pg.3    LADIES AND gentLEMEN, PLEASE READ my
STORY AS my ATTORNIES have WRITTEN it
IN my PROOF OF CLAIM form bECAUSE they
got it CORRECT MINUS A few SPELLING ERRORS.
But I WANTED you to see the FACE
OF who might have been the NEXT NOLAN
RYAN OR TED WILLIAMS, bECAUSE that
FUTURE I SPOKE OF IS GONE AND GONE
FOREVER! I guess I AM ASKING you LADIES
AND GENTLEMEN that when you CONSIDER
the outcome of my CLAIM, that you please
please LOOK At my photograph AND
REALIZE that this Little boy NEVER got
to FuLFILL ANY OF his hopes AND DREAMS
AND by GOD he DESERVED the chance to.
BECAUSE he WAS A LIVING, breathing
INNOCENt human being. ALSO please
REMEMBER I WAS RAPED for 7 LONG
YEARS AND have SUFFERED PAIN AND
SuFFERING For the LASt 50 YEARS. I will
be 60 ON 1-27-2021. GOD has SEEN me
through SOME tough times, AND I PRAY
he will give you LADIES AND gENTLEMEN
STRENGTH AND WISDOM TO SEE YOU, EACH
ONE OF you through what you ARE FACING

SINCERELY

Thursday Sept. 24-2020

