# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on October 8, 2021, true and correct copies of *Lujan Claimants' First Set of Interrogatories to Hartford* were served on the parties listed below on the attached service list in the manner indicated thereon.

DATED:  October 13, 2021  
Wilmington, DE

/s/ Christopher D. Loizides  
Christopher D. Loizides (No. 3968)  
LOIZIDES, P.A.  
1225 North King Street, Suite 800  
Wilmington, DE 19801  
Telephone:    (302) 654-0248  
Facsimile:    (302) 654-0728  
Email:         loizides@loizides.com

1

**SERVICE LIST**

**VIA EMAIL**

Bayard, P.A.
Erin R. Fay
Gregory J. Flasser
600 North King Street, Suite 400
Wilmington, DE 19801
efay@bayardlaw.com
gflasser@bayardlaw.com

*Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company*