# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 13, 2021, Ankura Consulting Group, LLC, by and through the undersigned counsel, caused *Ankura Consulting Group, LLC's Responses and Objections to Century Indemnity Company's Subpoena to Ankura Consulting Group, LLC* to be served via electronic mail upon the following parties:

| | |
|---|---|
| Stamatios Stamoulis<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street, Third Floor<br>Wilmington, Delaware 19801<br>stamoulis@swdelaw.com | Tancred Schiavoni<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036-6537<br>tschiavoni@omm.com |

Dated: October 13, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kevin A. Guerke*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kevin A. Guerke (No. 4096)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
        eharron@ycst.com
        kguerke@ycst.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

28705898.1

and

GILBERT LLP
Kami E. Quinn (admitted *pro hac vice*)
Emily Grim (admitted *pro hac vice*)
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
Telephone: (202) 772-2336
Facsimile: (202)772-2337
Email: quinnk@gilbertlegal.com
          grime@gilbertlegal.com

*Counsel to the Legal Representative for Future Claimants*

28705898.1