# **Exhibit A**

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**July 1, 2021 through July 31, 2021**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 15.2 | $9,167.50 |
| Cash | 86.0 | $51,267.50 |
| Claims | 69.4 | $40,200.00 |
| Contracts | 0.5 | $375.00 |
| Court | 17.7 | $14,840.00 |
| Employee | 12.3 | $6,970.00 |
| Fee Applications | 19.1 | $8,720.00 |
| Financial Analysis | 354.9 | $223,860.00 |
| Info Req | 22.8 | $15,552.50 |
| Litigation | 89.5 | $75,642.50 |
| MOR | 31.1 | $18,547.50 |
| Motions/Orders | 3.3 | $2,090.00 |
| Plan DS | 78.3 | $55,977.50 |
| Status Meeting | 42.8 | $31,270.00 |
| Travel | 3.0 | $3,225.00 |
| Vendor Management | 0.8 | $645.00 |
| **Subtotal** | 846.7 | $558,350.00 |
| **Voluntary Reduction - General** | -14.1 | -$7,050.00 |
| **Total** | 832.6 | $551,300.00 |