## Exhibit B

**Summary of Time Detail by Professional**

*Exhibit B*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### July 1, 2021 through July 31, 2021

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,075.00 | 90.1 | $96,857.50 |
| Erin McKeighan | Managing Director | $900.00 | 11.6 | $10,440.00 |
| David Griffith | Senior Director | $675.00 | 3.3 | $2,227.50 |
| Carl Binggeli | Director | $750.00 | 168.0 | $126,000.00 |
| Ana San Luis | Director | $575.00 | 20.0 | $11,500.00 |
| Robert Edgecombe | Director | $525.00 | 2.3 | $1,207.50 |
| Ryan Walsh | Senior Associate | $675.00 | 144.4 | $97,470.00 |
| Tim Deters | Senior Associate | $650.00 | 99.5 | $64,675.00 |
| Emily Raab | Consultant | $525.00 | 45.9 | $24,097.50 |
| Gerard Gigante | Consultant | $525.00 | 13.3 | $6,982.50 |
| Davis Jochim | Analyst | $475.00 | 126.1 | $59,897.50 |
| Lewis Kordupel | Analyst | $475.00 | 115.2 | $54,720.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 7.0 | $2,275.00 |
| ***Subtotal*** | | | 846.7 | $558,350.00 |
| ***Voluntary Reduction - General*** | | | -14.1 | -$7,050.00 |
| ***Total*** | | | 832.6 | $551,300.00 |