**<u>Exhibit E</u>**

**Summary of Expense Detail by Category**

*Exhibit E*

## Boy Scouts of America and Delaware BSA, LLC
### Summary of Expense Detail by Category
### July 1, 2021 through July 31, 2021

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $1,878.79 |
| Lodging | $437.34 |
| Miscellaneous | $1,299.71 |
| Transportation | $114.35 |
| **Total** | **$3,730.19** |