## Exhibit F

**Expense Detail by Category Professional**

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### July 1, 2021 through July 31, 2021

### *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 7/12/2021 | $689.04 | Airfare roundtrip coach Chicago/Dallas/Chicago (7/12 & 7/14/2021). |
| Brian Whittman | 7/29/2021 | $595.80 | Airfare one-way coach New York/Chicago (8/5). |
| Brian Whittman | 7/29/2021 | $593.95 | Airfare one-way coach Chicago/New York (8/2). |
| **Expense Category Total** | | **$1,878.79** | |

### *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 7/14/2021 | $437.34 | Hotel in Dallas - 2 nights. |
| **Expense Category Total** | | **$437.34** | |

### *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| David Griffith | 7/31/2021 | $340.00 | Relativity User Fee – July 2021. |
| Erin McKeighan | 7/31/2021 | $959.71 | CMS Monthly Data Storage Fee. |
| **Expense Category Total** | | **$1,299.71** | |

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 7/12/2021 | $49.98 | Taxi from home to Chicago Airport. |
| Brian Whittman | 7/12/2021 | $23.23 | Taxi from BSA office to hotel. |
| Brian Whittman | 7/15/2021 | $41.14 | Taxi from downtown Dallas to Dallas Airport. |
| **Expense Category Total** | | **$114.35** | |
| ***Grand Total*** | | **$3,730.19** | |