# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>      Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 34 AND 45

**TO:** Bates White LLP, c/o CT Corporation Systems, 1015 15th St. NW, Suite 100, Washington, DC 20005

Benevolent and Protective Order of Elks, 2750 North Lakeview Avenue, Chicago, IL 60614-1889

Episcopal Church, 815 Second Avenue, New York, NY 10017

Knights of Columbus, 1 Columbus Plaza, New Haven, CT 06510

Boys & Girls Club of America, 1275 Peachtree Street NE, Atlanta, GA 30309-3506

Christian Church (Disciples of Christ), 1099 N. Meridian St., Indianapolis, IN 46204

Evangelical Lutheran Church in America, c/o CT Corporation System, 208 So. Lasalle St., Suite 814, Chicago, IL 60604

Lions Club International, 300 West 22nd street, Oak Brook, IL 60523-8842

National Baptist Convention, USA, Inc., 1700 Baptist World Center Drive, Nashville, TN 37207

Presbyterian Church (U.S.A.), 100 Witherspoon Street, Louisville, KY 40202-1396

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

YMCA of the USA, c/o Registered Agent Solutions Inc., 3000 Professional Dr. Ste. A, Springfield, IL 62703

Atlanta Area Council, BSA, 1800 Circle 75 Pkwy SE, Atlanta, Georgia 30339

Baltimore Area Council, BSA, 701 Wyman Park Drive, Baltimore, MD 21211

California Inland Empire Council, BSA, Jack Dembo Scout Center, 1230 Indiana Court, Redlands, CA 92374

Cascade Pacific Council, BSA, 2145 SW Naito Parkway, Portland, Oregon 97201

Circle Ten Council, BSA, John D. Murchison Scouting Center, 8605 Harry Hines Blvd., Dallas, TX 75235

Cradle of Liberty Council, BSA, 1485 Valley Forge Road, Wayne, PA 19087

Crossroads of America Council, BSA, 7125 Falls Creek Road North, Indianapolis, IN 46256

Crossroads of the West Council, BSA, 1200 E. 5400 St., Ogden, Utah 84403

Golden Empire Council, BSA, 251 Commerce Circle, Sacramento, CA 95815

Golden Gate Council, BSA, GGAC Service Center, 800 Ellinwood Way, Pleasant Hill, CA 94523

Grand Canyon Council, BSA, 8840 E Chaparral Rd. Suite 200, Scottsdale, AZ 85250

Greater Los Angeles Area Council, BSA, 2333 Scout Way, Los Angeles, California 90026

Greater New York Council, BSA, 475 Riverside Drive, Room 600, New York, NY 10115

Greater St. Louis Area Council, BSA, MacArthur Service Center (St. Louis), 4568 West Pine Blvd., St. Louis, MO 63108

Greater Tampa Bay Area Council, BSA, 13228 N. Central Ave., Tampa, FL 33612

Heart of America Council, BSA, 10210 Holmes Road, Kansas City, MO 64131-4212

Lake Erie Council, BSA, 2241 Woodland Ave., Cleveland, OH 44115

Longhorn Council, BSA, 850 Cannon Drive, Hurst, TX 76054

Michigan Crossroads Council, BSA, 14258 Michigan Street, PO Box 129, Eagle, MI 48822

National Capital Area Council, BSA, 9190 Rockville Pike, Bethesda, MD 20814-3897

Pathway to Adventure Council, BSA, 811 W. Hillgrove Avenue, LaGrange, IL 60525-5822

Sam Houston Area Council, BSA, 2225 N. Loop West, Houston, Texas 77008-1311

South Florida Council, BSA, Tatham Scout Center, Miami Lakes, 15255 NW 82nd Avenue (Boy Scot Road), Miami Lakes, FL 33016

Spirit of Adventure Council, BSA, Tower Office Park 2, Woburn, MA 01801

Sidley Austin, LLP, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801

Northern New Jersey Council, BSA, 25 Ramapo Valley Rd., Oakland, NJ 07436

Salvation Army USA, 615 Slaters Lane, Alexandria, VA 22314

**TAKE NOTICE** that Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), pursuant to Federal Rules of Civil Procedure 34 and 45 made applicable to this proceeding pursuant to Federal Rules of Bankruptcy 7034 and 9016, served a subpoena on October 8, 2021 to produce documents upon Bates White LLP ("Bates White"), Benevolent and Protective Order of Elks ("Benevolent"), Episcopal Church ("Episcopal"), Knights of Columbus ("Knights"), Boys & Girls Club of America ("Boys & Girls Club"), Christian Church (Disciples of Christ) ("Christian Church"), Evangelical Lutheran Church in American ("Evangelical Lutheran"), Lions Club International ("Lions Club"), National Baptist Convention, USA, Inc. ("National Baptist"), Presbyterian Church (U.S.A.) ("Presbyterian"), YMCA of the USA ("YMCA"), Atlanta Area Council, BSA ("Atlanta Area"), Baltimore Area Council, BSA ("Baltimore Area"), California Inland Empire Council, BSA ("California Inland"), Cascade Pacific Council, BSA ("Cascade

3

Pacific"), Circle Ten Council, BSA ("Circle Ten"), Cradle of Liberty Council, BSA ("Cradle of Liberty"), Crossroads of America Council, BSA ("Crossroads of America"), Crossroads of the West Council, BSA ("Crossroads of the West"), Golden Empire Council, BSA ("Golden Empire"), Golden Gate Area Council, BSA ("Golden Gate Area"), Grand Canyon Council, BSA ("Grand Canyon"), Greater Los Angeles Area Council, BSA ("Greater Los Angeles Area"), Greater New York Council, BSA ("Greater New York"), Greater St. Louis Area Council, BSA ("Greater St. Louis Area"), Greater Tampa Bay Area Council, BSA ("Greater Tampa Bay"), Heart of America Council, BSA ("Heart of America"), Lake Erie Council, BSA ("Lake Erie"), Longhorn Council, BSA ("Longhorn"), Michigan Crossroads Council, BSA ("Michigan Crossroads"), National Capital Area Council, BSA ("National Capital Area"), Pathway to Adventure Council, BSA ("Pathway Adventure"), Sam Houston Area Council, BSA ("Sam Houston Area"), South Florida Council, BSA ("South Florida"), Spirit of Adventure Council, BSA ("Spirit of Adventure"), Sidley Austin LLC ("Sidley Austin"), Northern New Jersey Council, BSA ("Northern New Jersey"), and Salvation Army USA ("Salvation Army") in the forms attached hereto.

Bates White, Benevolent, Episcopal, Knights, Boys & Girls Club, Christian Church, Evangelical Lutheran, Lions Club, National Baptist, Presbyterian, YMCA, Atlanta Area, Baltimore Area, California Inland, Cascade Pacific, Circle Ten, Cradle of Liberty, Crossroads of America, Crossroads of the West, Golden Empire, Golden Gate Area, Grand Canyon, Greater Los Angeles Area, Greater New York, Greater St. Louis Area, Greater Tampa Bay, Heart of America, Lake Erie, Longhorn, Michigan Crossroads, National Capital Area, Pathway Adventure, Sam Houston Area, South Florida, Spirit of Adventure, Sidley Austin, Northern New Jersey, and Salvation Army were requested to produce electronically or at Stamoulis &

4

Weinblatt LLC, 800 N. West Street, Third Floor Wilmington, DE 19801, by October 18, 2021 at 5:00 pm Eastern, all documents contained herein in Exhibit 1.

Dated: October 13, 2021

/s/ *Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile: 302 762 1688

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*