# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, [1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> **Re: D.I. 6288, 6495, and 6496** |

## JOINDER OF TRADER AND PACIFIC INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, AND ENDURANCE AMERICAN INSURANCE COMPANY TO CERTAIN INSURERS' OBJECTION TO DEBTORS' MOTION FOR PROTECTIVE ORDER AND RELATED RELIEF

Trader and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company, by and through undersigned counsel, hereby join the Certain Insurers' Objection to Debtors' Motion for Protective Order and Related Relief [D.I. 6495].

Dated: October 14, 2021

COZEN O'CONNOR

*/s/ Marla S. Benedek*
Marla S. Benedek (No. 6638)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2024
Facsimile: (302) 250-4498
Email: mbenedek@cozen.com

*Counsel to Trader and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

LEGAL\54625464\1 09859.0004.000/514289.000