**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, [1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING
JOINDER OF TRADER AND PACIFIC INSURANCE COMPANY, ENDURANCE
AMERICAN SPECIALTY INSURANCE COMPANY, AND ENDURANCE AMERICAN
INSURANCE COMPANY TO CERTAIN INSURERS' OBJECTION TO DEBTORS'
MOTION FOR PROTECTIVE ORDER AND RELATED RELIEF**

I, Marla S. Benedek, counsel to Trader and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company hereby certify that on October 14, 2021 I caused a true and correct copy of the *Joinder of Trader and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company to Certain Insurers' Objection to Debtors' Motion for Protective Order and Related Relief* to be served via the Court's CM/ECF system on all parties of record who have appeared in the above-captioned matter, and via electronic mail on the following counsel:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

LEGAL\54625464\1 09859.0004.000/514289.000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Paige N. Topper, Esquire
Michelle M. Fu, Esquire
1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com
mfu@morrisnichols.com
***Counsel for Debtors and Debtors in Possession***

WHITE & CASE LLP
Michael C. Andolina, Esquire
Matthew E. Linder, Esquire
Laura E. Baccash, Esquire
Blair M. Warner, Esquire
111 South Wacker Drive
Chicago, IL 60606
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com
***Counsel for Debtors and Debtors in Possession***

WHITE & CASE LLP
Jessica C. Lauria, Esquire
1221 Avenue of the Americas
New York, NY 10020
Jessica.lauria@whitecase.com
***Counsel for Debtors and Debtors in Possession***

HAYNES AND BOONE, L.L.P.
Ernest Martin, Jr., Esquire
Adrian Azer, Esquire
Carla Green, Esquire
2323 Victory Ave., Suite 700
Dallas, TX 75219
ernest.martin@haynesboone.com
adrian.azer@haynesboone.com
carla.green@haynesboone.com
***Counsel for Debtors and Debtors in Possession***

Dated:  October 14, 2021                    COZEN O'CONNOR

                                            */s/ Marla S. Benedek*
                                            Marla S. Benedek (No. 6638)
                                            1201 N. Market Street, Suite 1001
                                            Wilmington, DE 19801
                                            Telephone:  (302) 295-2024
                                            Facsimile:  (302) 250-4498
                                            Email:  mbenedek@cozen.com

                                            *Counsel to Trader and Pacific Insurance Company,*
                                            *Endurance American Specialty Insurance*
                                            *Company, and Endurance American Insurance*
                                            *Company*

LEGAL\54625464\1 09859.0004.000/514289.000