**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT AROF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC, | Case No. 20-10343 (LSS)<br>(Jointly Administered) |
| Debtors. | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

        Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Beth E. Levine of Pachulski Stang Ziehl & Jones LLP, to represent the Tort Claimants' Committee, in the above-captioned cases and any related proceedings.

Dated:  October 14, 2021

/s/ James E. O'Neill
James E. O'Neill (DE Bar No. 4042)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

        Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  October 14, 2021

/s/ Beth E. Levine
Beth E. Levine (NY Bar No. 2572246)
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY  10017-2024
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  blevine@pszjlaw.com

**ORDER GRANTING MOTION**

        IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.