**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT AROF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Gillian N. Brown of Pachulski Stang Ziehl & Jones LLP, to represent the Tort Claimants' Committee, in the above-captioned cases and any related proceedings.

Dated: October 14, 2021                */s/ James E. O'Neill*
                                                   James E. O'Neill (DE Bar No. 4042)
                                                   Pachulski Stang Ziehl & Jones LLP
                                                   919 North Market Street, 17th Floor
                                                   Wilmington, DE 19899-8705 (Courier 19801)

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: October 14, 2021                */s/ Gillian N. Brown*
                                                   Gillian N. Brown (NY Bar No. 4813275)
                                                   Pachulski Stang Ziehl & Jones LLP
                                                   780 Third Avenue, 34th Floor
                                                   New York, NY 10017-2024
                                                   Telephone: (212) 561-7700
                                                   Facsimile: (212) 561-7777
                                                   Email: gbrown@pszjlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DOCS_DE:236536.1 85353/002