B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of __Delaware__

In re __Boy Scouts of America and Delaware BSA, LLC__
　　　　Debtor

Case No. __20-10343 (LSS)__

Chapter __11__

*(Complete if issued in an adversary proceeding)*

_____
　　　　Plaintiff
　　　　v.
_____
　　　　Defendant

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __Consumer Attorney Marketing Group__
*(Name of person to whom the subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit 1.

| PLACE | DATE AND TIME |
|---|---|
| All PLACES listed in the signature blocks included in Exhibit 1. | 10/22/21　　5:00 pm |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

　　The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __10/08/21__

　　　　CLERK OF COURT

　　　　　　　　　　OR

_____　　　　_____
*Signature of Clerk or Deputy Clerk*　　　　*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* __the Zurich Insurers__ , who issues or requests this subpoena, are:
Kelly Currie, Crowell & Moring LLP, 590 Madison Avenue, 20th Fl. New York, NY 10022, kcurrie@crowell.com, 212.223.4000

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: CONSUMER ATTORNEY MARKETING GROUP
on *(date)* 10/11/21 .

[■] I served the subpoena by delivering a copy to the named person as follows: GABRIEL S. (RECEPTIONIST)

10:10 AM                         on *(date)* 10/12/2021      ; or

[ ] I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date:   10/12/21

_____
*Server's signature*

BABAK GHORBANIAN (Process Server)
*Printed name and title*

c/o Classic Legal Support
475 Park Ave S. 18th Fl. New York, N.Y. 10016
*Server's address*

Additional information concerning attempted service, etc.:

Served at: 21051 Warner Center Lane, Suite 250, Woodland Hills, CA 91367
Gabriel S. is a 40 year old white male, bald, 5'8", 135 lbs