Case 20-10343-LSS    Doc 6618    Filed 10/14/21    Page 1 of 2

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of __Delaware__

In re __Boy Scouts of America and Delaware BSA, LLC__
Debtor

*(Complete if issued in an adversary proceeding)*

Case No. __20-10343 (LSS)__

Chapter __11__

_____
Plaintiff

v.

_____
Defendant

Adv. Proc. No. _____

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

To:  __Marc Bern & Partners__
*(Name of person to whom the subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit 1.

| PLACE | DATE AND TIME |
|---|---|
| All PLACES listed in the signature blocks included in Exhibit 1. | 10/22/21    5:00 pm |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  __10/08/21__

CLERK OF COURT

OR

_____            _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
__the Zurich Insurers__ , who issues or requests this subpoena, are:
Kelly Currie, Crowell & Moring LLP, 590 Madison Avenue, 20th Fl. New York, NY 10022, kcurrie@crowell.com, 212.223.4000

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

## AFFIDAVIT OF SERVICE

| Case:<br>20-10343 (LSS) | Court:<br>UNITED STATES BANKRUPTCY COURT District of Delaware | County: | Job:<br>6225963 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Boy Scouts of American and Delaware BSA, LLc | | Defendant / Respondent: | |
| Received by:<br>PSC-WAKEFIELD / GSIP PROCESS SERVING | | For:<br>CLASSIC LEGAL SUPPORT INC. | |
| To be served upon:<br>Marc Bern & Partners | | | |

I, BRENDA WAKEFIELD PA. STATE CONSTABLE, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:  Hailey Tutton, 101 W ELM ST Suite 520, CONSHOHOCKEN, PA 19428

Manner of Service:  Corporation, Oct 11, 2021, 2:47 pm EDT

Documents:  SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING) , 6225963-2021-10-08 Subpoena to Marc Bern & Partners (2).pdf

**Additional Comments:**
1) Successful Attempt: Oct 11, 2021, 2:47 pm EDT at 101 W ELM ST Suite 520, CONSHOHOCKEN, PA 19428 received by Hailey Tutton. Age: 28; Ethnicity: Caucasian; Gender: Female; Weight: 135; Height: 5'4"; Hair: Blond; Eyes: Blue; Title: Associate; SERVED AT FRONT COUNTER

*Brenda Wakefield*  10-12-21

BRENDA WAKEFIELD        Date
PROCESS SERVER

*CLASSIC LEGAL*
*SUPPORT, INC.*
*475 PARK AVENUE SOUTH*
*18TH FLOOR*
*NEW YORK, NEW YORK 10016*