# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br>               Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

## NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S DISCOVERY REQUEST TO DEBTORS

**PLEASE TAKE NOTICE** that on the 8th day of October, 2021, true and correct copies of the following discovery request listed below ("Discovery Request") was served on the parties on the attached **Exhibit A** in the manner indicated therein.

**PLEASE TAKE FURTHER NOTICE** that the Discovery Request was also served on the Participating Parties listed on the attached **Exhibit B** in the manner indicated therein.

1. The Official Committee of Tort Claimants' Requests for Production to Debtors Boy Scouts of America and Delaware BSA, LLC Regarding Objection to Plan Confirmation and Solicitation Procedures (Set One)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: October 14, 2021  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vic*e)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
Steven W. Golden (DE No. LP 0127)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: jstang@pszjlaw.com
         inasatir@pszjlaw.com
         kbrown@pszjlaw.com
         joneill@pszjlaw.com
         jlucas@pszjlaw.com
         sgolden@pszjlaw.com

*Counsel for the Tort Claimants' Committee*