**<u>Exhibit A</u>**

**EMAIL**
**Debtors**
Jessica C. Lauria (jessica.lauria@whitecase.com)
Michael C. Andolina (mandolina@whitecase.com)
Matthew Linder (mlinder@whitecase.com)