**Exhibit B**

DOCS_DE:236384.1 85353/002

Boy Scouts – Service List re Participating Parties
Case No. 20-10343 (LSS)
Doc. No. 236399
113 – Email

**ALL VIA EMAIL**

**Debtors**
Jessica C. Lauria (jessica.lauria@whitecase.com)
Michael C. Andolina (mandolina@whitecase.com)
Matthew Linder (mlinder@whitecase.com)
Derek Abbott (dabbott@mnat.com)
Ernest Martin (ernest.martin@haynesboone.com)
Adrian Azer (adrian.azer@haynesboone.com)

**Tort Claimants' Committee**
James Stang (jstang@pszjlaw.com)
Rob Orgel (rorgel@pszjlaw.com)
John A. Morris (jmorris@pszjlaw.com)
John W. Lucas (jlucas@pszjlaw.com)
Linda Cantor (lcantor@pszjlaw.com)
James O'Neill (joneill@pszjlaw.com)

**Ad Hoc Committee of Local Councils**
Richard G. Mason (rgmason@wlrk.com)
Douglas K. Mayer (dkmayer@wlrk.com)
Joseph C. Celentino (jccelentino@wlrk.com)

**Creditors' Committee**
Thomas Moers Mayer (tmayer@kramerlevin.com)
Rachael Ringer (rringer@kramerlevin.com)
Jennifer Sharret (jsharret@kramerlevin.com)
Megan Wasson (mwasson@kramerlevin.com)

**Future Claimants' Representative**
Robert Brady (rbrady@ycst.com)
Edwin Harron (eharron@ycst.com)
Sharon Zieg (szieg@ycst.com)

**Coalition of Abused Scouts for Justice**
David Molton (dmolton@brownrudnick.com)
Sunni Beville (sbeville@brownrudnick.com)
Tristan Axelrod (taxelrod@brownrudnick.com)

**JPMorgan Chase Bank, N.A.**
Kristian Gluck (kristian.gluck@nortonrosefulbright.com)
Steven Zelin (zelin@pjtpartners.com)
John Singh (singhj@pjtpartners.com)
Scott Meyerson (meyerson@pjtpartners.com)
Lukas Schwarzmann (lukas.schwarzmann@pjtpartners.com)

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
Jeff Bjork (jeff.bjork@lw.com)
Adam Goldberg (adam.goldberg@lw.com)

**United Methodist Ad Hoc Committee**
Ed Rice (erice@bradley.com)
Elizabeth Brusa (ebrusa@bradley.com)
Jeremy Ryan (jryan@potteranderson.com)

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal (ecygal@schiffhardin.com)
Mark Fisher (mfisher@schiffhardin.com)
Daniel Schufreider (dschufreider@schiffhardin.com)
Jin Yan (jyan@schiffhardin.com)
Jeremy Ryan (jryan@potteranderson.com)

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg (mark.salzberg@squirepb.com)

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas non-profit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson (patrick.jackson@faegredrinker.com)
Ian J. Bambrick (ian.bambrick@faegredrinker.com)

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel (dbussel@ktbslaw.com)
Thomas Patterson (tpatterson@ktbslaw.com)

**Agricultural Insurance Company**
Bruce W. McCullough (bmccullough@bodellbove.com)
Bruce D. Celebrezze (bruce.celebrezze@clydeco.us)
Conrad Krebs (konrad.krebs@clydeco.us)

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow (sgummow@fgppr.com)
Tracey Jordan (tjordan@fgppr.com)
Michael Rosenthal (mrosenthal@gibsondunn.com)

**Allianz Global Risks US Insurance Company**
Ryan Smethurst (rsmethurst@mwe.com)
Margaret Warner (mwarner@mwe.com)
Matthew S. Sorem (msorem@nicolaidesllp.com)

**American Zurich Insurance Company**
Beth Titus (elizabeth.titus@zurichna.com)
Mark Plevin (mplevin@crowell.com)
Tacie Yoon (tyoon@crowell.com)
Rachel Jankowski (rjankowski@crowell.com)

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie (laura.archie@argogroupus.com)
Kathleen K. Kerns (kkerns@postschell.com)

**Arrowood Indemnity Company**
Michael Hrinewski (mhrinewski@coughlinduffy.com)
Lorraine Armenti (larmenti@coughlinduffy.com)

**Aspen Insurance Holdings Limited**
Clay Wilkerson (cwilkerson@brownsims.com)

**AXA XL**
Jonathan Mulvihill (jonathan.mulvihill@axaxl.com)
Lloyd A. Gura (lgura@moundcotton.com)
Pamela Minetto (pminetto@moundcotton.com)

**Berkley Custom**
John Baay (jbaay@glllaw.com)

**Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America**
Stamatios Stamoulis (stamoulis@swdelaw.com)
Richard Charles Weinblatt (weinblatt@swdelaw.com)
Tancred Schiavoni (tschiavoni@omm.com)
Daniel S. Shamah (dshamah@omm.com)
Gary Svirsky (gsvirsky@omm.com)
Janine Panchok-Berry (jpanchok-berry@omm.com)

**Clarendon America Insurance Company**
Kenya Spivey (kenya.spivey@enstargroup.com)
Harry Lee (hlee@steptoe.com)
Brett Grindrod (bgrindrod@steptoe.com)
John O'Connor (joconnor@steptoe.com)
Nailah Ogle (nogle@steptoe.com)
Matthew Summers (summersm@ballardspahr.com)

**CNA**
Laura McNally (lmcnally@loeb.com)
Emily Stone (estone@loeb.com)

**General Star Indemnity**
Gary P. Seligman (gseligman@wiley.law)
Ashley L. Criss (acriss@wiley.law)

**Hartford**
James P. Ruggeri (jruggeri@goodwin.com)
Abigail W. Williams (awilliams@goodwin.com)
Joshua D. Weinberg (jweinberg@goodwin.com)
Annette Rolain (arolain@goodwin.com)
Sara Hunkler (shunkler@goodwin.com)
Phil Anker (philip.anker@wilmerhale.com)
Danielle Spinelli (danielle.spinelli@wilmerhale.com)
Joel Millar (joel.millar@wilmerhale.com)

**Liberty Mutual**
Douglas R. Gooding (dgooding@choate.com)
Jonathan Marshall (jmarshall@choate.com)
Kim V. Marrkand (kmarrkand@mintz.com)

**Markel**
Dennis Russell (russell.dennis@markel.com)
Jessica O'Neill (jessica.oneill@markel.com)
Cody Moorse (cody.moorse@markel.com)
Michael Pankow (mpankow@bhfs.com)

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee (hlee@steptoe.com)
Brett Grindod (bgrindod@steptoe.com)
Nailah Ogle (nogle@steptoe.com)

**Munich Re**
Thaddeus Weaver (tweaver@dilworthlaw.com)
William McGrath (wmcgrath@dilworthlaw.com)

**National Surety**
Todd C. Jacobs (tjacobs@bradleyriley.com)
John E. Bucheit (jbucheit@bradleyriley.com)
David M. Caves (dcaves@bradleyriley.com)
Harris B. Winsberg (harris.winsberg@troutman.com)

**Old Republic Insurance Company**
Thomas Dare (tdare@oldrepublic.com)
Peg Anderson (panderson@foxswibel.com)
Adam Hachikian (ahachikian@foxswibel.com)

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski (jziemianski@cozen.com)

**Travelers**
Scott Myers (spmyers@travelers.com)
Louis Rizzo (lrizzo@regerlaw.com)