# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

## NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S DISCOVERY REQUESTS TO ERIC GREEN AND RESOLUTIONS, LLC

**PLEASE TAKE NOTICE** that on the 8th day of October, 2021, true and correct copies of the following discovery requests listed below (each a "Discovery Request") were served on the parties on the attached **Exhibit A** in the manner indicated therein. The party identified in the title of the Discovery Request received the Discovery Request that named that particular party.

**PLEASE TAKE FURTHER NOTICE** that the Discovery Requests were also served on the Participating Parties listed on the attached **Exhibit B** in the manner indicated therein.

1. The Official Committee of Tort Claimants' Requests for Production to Eric Green Relating to Plan Confirmation (Set One); and

2. The Official Committee of Tort Claimants' Requests for Production to Resolutions, LLC Relating to Plan Confirmation (Set One).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:236551.1 85353/002

| | |
|---|---|
| Dated: October 14, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ James E. O'Neill*<br>James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)<br>Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)<br>Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vic*e)<br>James E. O'Neill (DE Bar No. 4042)<br>John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)<br>Steven W. Golden (DE No. LP 0127)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: jstang@pszjlaw.com<br>            inasatir@pszjlaw.com<br>            kbrown@pszjlaw.com<br>            joneill@pszjlaw.com<br>            jlucas@pszjlaw.com<br>            sgolden@pszjlaw.com<br><br>*Counsel for the Tort Claimants' Committee* |

DOCS_DE:236551.1 85353/002