## **Exhibit A**

DOCS_DE:236551.1 85353/002

**EMAIL**
**Eric Green and Resolutions, LLC**
Bonnie R. Brown (bbrown@kmklaw.com)
Rachael A. Rowe (rrowe@kmklaw.com); (rrowe500@gmail.com)
Kevin E. Irwin (kirwin@kmklaw.com)
Benjamin G. Stewart (bgstewart@kmklaw.com)