# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |

## DECLARATION OF TODD C. JACOBS IN SUPPORT OF
## THE ALLIANZ INSURERS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Todd C. Jacobs, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1. I am a partner at the firm, Bradley Riley Jacobs PC, counsel for National Surety Corporation and Interstate Fire & Casualty Company. I submit this declaration based on my knowledge of the proceedings in (i) *National Surety Corporation v. BSA,* et al. (Case No. 2017-CH-14975) (the "Illinois Coverage Action") in the Circuit Court of Cook County, Illinois; (ii) *Boy Scouts of America*, et al. *v. Insurance Company of North America*, et al. (Cause No. DC-18-11896) (the "Texas Coverage Action") in the District Court of Dallas County, Texas; and (iii) *In re National Surety Corporation* (Cause No. 05-19-01119-CV) (the "Writ Proceeding") in the Court of Appeals for the Fifth Judicial District of Texas; and a review of the pleadings and documents described below.

2. Attached hereto as **Exhibit A**[2] is a true and correct copy of *Allianz's Answer to National Surety Corporation's Complaint for Declaratory Relief and Counterclaim* filed in the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] Unless otherwise indicated, the exhibits attached hereto do not include the attachments or exhibits originally appended thereto.

Illinois Coverage Action.

3. Attached hereto as **Exhibit B** is a true and correct copy of *National Surety Corporation's Complaint for Declaratory Relief* filed in the Illinois Coverage Action.

4. Attached hereto as **Exhibit C** is a true and correct copy of the *Petition for Writ of Mandamus* filed in the Writ Proceeding.

5. Attached hereto as **Exhibit D** is a true and correct copy of the *Plaintiffs' Original Petition* filed in the Texas Coverage Action.

6. Attached hereto as **Exhibit E** is a true and correct copy of the *Plaintiffs' First Amended Petition & Request for Disclosure* filed in the Texas Coverage Action.

7. Attached hereto as **Exhibit F** is a true and correct copy of the *Order* entered in the Illinois Coverage Action.

8. Attached hereto as **Exhibit G** is a true and correct copy of the *Emergency Motion to Stay Underlying Litigation* (the "Emergency Motion") filed in the Writ Proceeding.

9. Attached hereto as **Exhibit H** is a true and correct copy of the order granting the Emergency Motion entered in the Writ Proceeding.

10. Attached hereto as **Exhibit I** is a true and correct copy of the *Suggestion of Bankruptcy* filed in the Illinois Coverage Action.

11. Attached hereto as **Exhibit J** is a true and correct copy of the *Notice of Bankruptcy of the Real Party in Interest* filed in the Writ Proceeding.

12. Attached hereto as **Exhibit K** is a true and correct copy of the *Real Parties in Interest's Response to National Surety Corporation's Notice of Bankruptcy of the Real Party in Interest, or in the Alternative, Motion to Reinstate Pursuant to TRAP 8.3(a)* filed in the Writ Proceeding.

13. Attached hereto as **<u>Exhibit L</u>** is a true and correct copy of *National Surety's Reply* filed in the Writ Proceeding.

14. Attached hereto as **<u>Exhibit M</u>** is a true and correct copy of the March 19, 2020, *Order* entered by the Court of Appeals for the Fifth Judicial District in the Writ Proceeding, abating the mandamus proceeding due to the Debtor's bankruptcy.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 14, 2021                    Respectfully submitted,

*/s/ Todd C. Jacobs*
Todd C. Jacobs