**EXHIBIT F**

Order (Rev. 02/24/05) CCG N002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

National Surety Corp.
v.
Boy Scouts of America et al.

No. 2017-CH-014925

ORDER

The parties shall appear on March 19, 2020 at 10:30 am for a hearing on Plaintiff's Motion for entry of protective order.

Attorney No.: _____
Name: Andrew Chamberlain
Atty. for: _____
Address: 320 W Ohio #3W
City/State/Zip: Chicago IL 60654
Telephone: _____

ENTERED:
Dated: 12/19/19  Judge Alison C. Conlon
DEC 19 2019
Circuit Court - 2140

Judge / Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS