**EXHIBIT M**

**Order entered March 19, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01119-CV**

**IN RE: NATIONAL SURETY CORPORATION**

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-11896**

**ORDER**

Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Relator National Surety Corporation has filed a Notice of Bankruptcy of the Real Party in Interest (the Notice), informing this Court that the Boy Scouts of America (BSA) filed a petition in bankruptcy in the United States Bankruptcy Court for the District in Delaware on or about February 18, 2020. Following that filing, BSA filed its Real Parties in Interest's Response to National Surety Corporation's Notice of Bankruptcy of the Real Party in Interest, or in the Alternative, Motion to Reinstate Pursuant to TRAP 8.3(A) (the Response). National Surety then filed its Reply Regarding Notice of Bankruptcy and Response to Motion to Reinstate (the Reply).

We have reviewed and considered the Notice, Response, and Reply, and we have concluded that the BSA bankruptcy must suspend further action in this mandamus proceeding. TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this mandamus proceeding. We **DENY** BSA's alternative motion to reinstate pursuant to rule 8.3(a).

The proceeding may be reinstated on motion by any party (i) complying with rule 8.3(a), (ii) specifying the action of the bankruptcy court that permits reinstatement, and (iii) specifying what further action, if any, is required from this Court.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE