## CERTIFICATE OF SERVICE

        I, Marcy J. McLaughlin Smith, hereby certify that on the 14th day of October, 2021, I caused foregoing **Declaration of Todd C. Jacobs in Support of the Allianz Insurers' Motion for Relief from the Automatic Stay** to be served upon the parties set forth on the attached list(s), in the manner indicated, and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court.

                                            */s/ Marcy J. McLaughlin Smith*
                                            Marcy J. McLaughlin Smith (DE No. 6184)

#120203348 v1

Boy Scouts of America 20-10343-LSS
SERVICE LIST
*(State Court Notice Parties only)*

**FIRST CLASS MAIL**
Clausen Miller PC
Attn: Margaret Hupp Fahey
10 S. LaSalle St, Ste. 1600
Chicago, IL 60603

**FIRST CLASS MAIL**
CNA Coverage Litigation Group
Attn: Scott E. Turner
333 S. Wabash, 25th Floor
Chicago, IL 60604

**FIRST CLASS MAIL**
Coughlin Duffy LLP
Attn: Michael E. Hrinewski, Lorraine M. Armenti, and Kevin T. Coughlin
350 Mount Kemble Avenue
 P.O. Box 1917
Morristown, NJ 7962

**FIRST CLASS MAIL**
Crotty & Schiltz, LLC
Attn: Eugene J. Schiltz, Francis C. Wilkie
120 N. LaSalle Street, 20th Floor
Chicago, IL  60602

**FIRST CLASS MAIL**
Haynes & Boone LLP
Attn: Ernest Martin, Jr., Adrian Azer, Carla Green
2323 Victory Ave., Suite 700
Dallas, TX 75219

**FIRST CLASS MAIL**
Haynes & Boone LLP
Attn: Ernest Martin, Jr., Adrian Azer
2323 Victory Avenue, Suite 700
Dallas, TX 75219

**FIRST CLASS MAIL**
Hinkhouse Williams Walsh LLP
Attn: Joseph A. Hinkhouse, Stephanie A. Sauve
180 N. Stetson Avenue, Suite 3400
Chicago, IL 60601

**FIRST CLASS MAIL**
Hurley Mckenna & Mertz, P.C.
Attn: Christopher T. Hurley, Evan M. Smola
33 N. Dearborn Street, Suite 1430
Chicago, IL 60602

**FIRST CLASS MAIL**
Karbal, Cohen, Economou, Silk, Dunne LLC
Attn: Dena Economou, Jocelyn F. Cornbleet
150 S. Wacker Dr., Ste. 1700
Chicago, IL 60606

**FIRST CLASS MAIL**
Lindsay, Pickett, Rappaport & Postel, LLC
Attn: David S. Osborne, Lauren E. Rafferty
10 S. LaSalle Street, Suite 1301
Chicago, IL 60603

**FIRST CLASS MAIL**
Litchfield Cavo LLP
Attn: Daniel G. Litchfield, Laurence J.W. Tooth
303 W. Madison Street, Suite 300
Chicago, IL 60606

**FIRST CLASS MAIL**
Shipman & Goodwin
Attn:Joshua D. Weinberg, Abigail W. Williams
1875 K Street NW, Suite 600
Washington, DC 20006-1251

**FIRST CLASS MAIL**
Walker Wilcox Matousek LLP
Attn: Stephen Venable, Charles Walther
1001 McKinney Street, Suite 2000
Houston, TX 77002

**FIRST CLASS MAIL**
Walker Wilcox Matousek LLP
Attn: Christopher A. Wadley
1 N. Franklin Street, Suite 3200
Chicago, IL 60606

**FIRST CLASS MAIL**
McDermott Will & Emery LLP
Attn: Nicole Figueroa,  Calli Turner
2501 N. Harwood, Suite 1900
Dallas, TX 75201

Boy Scouts of America  20-10343-LSS
Rule 2002 List
10.13.21

| Address1 | Address2 | Address3 | Address4 | Address5 | Address6 | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Florida State Prison | Attn: William Russel Hill | PO Box 800 | Raiford, FL 32083-0800 | | | | 1st class mail |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | | 1st class mail |
| JPMorgan Chase Bank, NA | Attn: Phil Martin | 10 S Dearborn St | Mail Code Il1-1415 | Chicago, Il 60603 | | | 1st class mail |
| O'Melveny & Myers LLP | Attn: Tancred Schiavoni | Times Square Tower | 7 Times Square | New York, NY 10036-6537 | | | 1st class mail |
| The County Commission Of Fayette County | Attn: President | P.O. Box 307 | Fayetteville, WV 25840 | | | | 1st class mail |
| The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc | Attn: John Stump, Esq | Chase Tower - 8th Fl | 707 Virginia St E. | Charleston, WV 25301 | | 1st class mail |
| United States Dept Of Justice | 950 Pennsylvania Ave, Nw | Room 2242 | Washington, DC 20530-0001 | | | | 1st class mail |
| White & Case LLP | Attn:  Michael C. Andolina/Matthew E. Linder/Laura E. Baccash/Blair Warner | 111 South Wacker Drive | | Chicago, IL  60606 | | mandolina@whitecase.com; mlinder@whitecase.com; laura.baccash@whitecase.com; blair.warner@whitecase.com | Email & 1st class mail |
| White & Case LLP | Attn: Jessica C.K. Lauria | 1221 Ave of the Americas | New York, NY 10020-1095 | | | jessica.lauria@whitecase.com | Email & 1st class mail |
| Morris Nichols Arsht & Tunnell LLP | Attn: Derek C. Abbott, Andrew R. Remming, and Paige N. Topper | 1201 North Market Street, 16th Floor | PO Box 1347 | Wilmington, DE  19899-1347 | | dabbott@morrisnichols.com; aremming@morrisnichols.com; ptopper@morrisnichols.com; | Email & 1st class mail |
| United States Attorney's Office | Attn: Ellen Slights | 1313 N. Market Street | Suite 400 | | Wilmington, DE 19801 | usade.ecfbankruptcy@usdoj.gov; Ellen.slights@usdoj.gov | Email & 1st class mail |
| Latham & Watkins LLP | Attn: Adam J Goldberg/Robert J Malionek | Attn: Madeleine C Parish/Benjamin A Dozier | 1271 Ave of the Americas | New York, NY 10020-1401 | | adam.goldberg@lw.com | Email & 1st class mail |
| TN Dept of Labor - Bureau of Unemployment Insurance | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | PO Box 20207 | Nashville, TN 37202-0207 | | AGBankDelaware@ag.tn.gov | Email & 1st class mail |
| Maurice Wutscher LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd. Ste 207 | Beachwood, OH 44122 | | | ahochheiser@mauricewutscher.com | Email & 1st class mail |
| Andrus Wagstaff, PC | Attn: Aimee H. Wagstaff | 7171 W Alaska Dr | Lakewood, CO 80226 | | | aimee.wagstaff@andruswagstaff.com | Email & 1st class mail |
| Phillips Lytle LLP | Attn: Angela Z Miller | One Canalside | 125 Main St | Buffalo, NY 14203 | | amiller@phillipslytle.com | Email & 1st class mail |
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi | 1979 Marcus Ave, Ste 210E | Lake Success, NY 11042 | | | amish@doshilegal.com | Email & 1st class mail |
| Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson | 277 S Rose St, Ste 5000 | Kalamazoo, MI 49007 | | | andersond@millercanfield.com | Email & 1st class mail |
| Shipman & Goodwin LLP | Attn: Abigail Williams/ James Ruggeri | Attn: Joshua Weinberg | 1875 K St NW, Ste 600 | Washington, DC 20006-1251 | | awilliams@goodwin.com | Email & 1st class mail |
| Carruthers & Roth, PA | Attn: Britton C Lewis | 235 N Edgeworth St | P.O. Box 540 | Greensboro, NC 27401 | | bcl@crlaw.com | Email & 1st class mail |
| Morris James LLP | Attn: Brett D. Fallon | Attn: Brya M. Keilson | 500 Delaware Ave, Ste 1500 | P.O. Box 2306 | Wilmington, DE 19899-2306 | bfallon@morrisjames.com | Email & 1st class mail |
| Straffi & Straffi, LLC | Attn: Daniel Straffi, Jr | 670 Commons Way | Toms River, NJ 08755 | | | bkclient@straffilaw.com | Email & 1st class mail |
| Fournaris & Mammarella, PA | Attn: Bill Kelleher | 1925 Lovering Ave | Wilmington, DE 19806 | | | BKelleher@gfmlaw.com | Email & 1st class mail |
| Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton | 701 5th Ave, Ste 3300 | Seattle, WA 98104 | | | bleaverton@karrtuttle.com | Email & 1st class mail |
| Bodell Bove, LLC | Attn: Bruce W. McCullough | 1225 N King St, Ste 1000 | Wilmington, DE 19801 | | | bmccullough@bodellbove.com | Email & 1st class mail |
| Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin | Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | bmclaughlin@monlaw.com | Email & 1st class mail |
| Nagel Rice LLP | Attn: Bradley L Rice | 103 Eisenhower Pkwy | Roseland, NJ 07068 | | | brice@nagelrice.com | Email & 1st class mail |
| Clyde & Co US LLP | Attn: Bruce D. Celebrezze | Four Embarcadero Center, Ste 1350 | San Francisco, CA 94111 | | | bruce.celebrezze@clydeco.us | Email & 1st class mail |
| Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | 919 N Market St, Ste 420 | Wilmington, DE 19801 | | | bsullivan@sha-llc.com | Email & 1st class mail |
| The Bifferato Firm, PA | Attn: Ian Connor Bifferato | 1007 N Orange ST, 4TH FL | Wilmington, DE 19801 | | | cbifferato@tbf.legal | Email & 1st class mail |
| Ichor Consulting, LLC | Attn: J. Chad Edwards | 3626 N Hall St (Two Oak Lawn) Ste 610 | Dallas, TX 75219 | | | Chad@IchorConsulting.com | Email & 1st class mail |
| Office of the Attorney General | Attn: Christopher S Murphy | Attn: Sherri K Simpson | Bankruptcy & Collections Division | P.O. Box 12548 | Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov | Email & 1st class mail |
| Synchrony Bank | c/o PRA Receivables Management, LLC | Attn: Valerie Smith | P.O. Box 41021 | Norfolk, VA 23541 | | claims@recoverycorp.com | Email & 1st class mail |
| Robinson Mahoney PLLC | Attn: Cindy L. Robinson | Attn: Doug Mahoney | 1210 Post Rd | Fairfield, CT 06824 | | crobinson@robinsonmahoney.com | Email & 1st class mail |
| Cross & Simon, LLC | Attn: Christopher Simon | Attn: Kevin Mann | 1105 N Market St, Ste 901 | Wilmington, DE 19801 | | csimon@crosslaw.com; kmann@crosslaw.com | Email & 1st class mail |
| Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons | Attn: Larry R. Boyd | Attn: Emily M. Hahn | 1700 Redbud Blvd, Ste 300 | McKinney, TX 75069 | ctimmons@abernathy-law.com lboyd@abernathy-law.com ehahn@abernathy-law.com | Email & 1st class mail |

119847224v1

Boy Scouts of America 20-10343-LSS
Rule 2002 List
10.13.21

| Name | Attn | Address 1 | Address 2 | Address 3 | Address 4 | Email | Method |
|---|---|---|---|---|---|---|---|
| Walker Wilcox Maousek LLP | Attn: Christopher A. Wadley | 1 N Franklin, Ste 3200 | Chicago, IL 60606 | | | cwadley@walkerwilcox.com | Email & 1st class mail |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | | | dallas.bankruptcy@publicans.com | Email & 1st class mail |
| Ice Miller | Attn: Daniel R. Swetnam | Arena District | 250 West St | Columbus, OH 43215 | | daniel.swetnam@icemiller.com | Email & 1st class mail |
| Butler Snow LP | Attn: Daniel W. Van Horn | P.O. Box 171443 | Memphis, TN 38187-1443 | | | Danny.VanHorn@butlersnow.com | Email & 1st class mail |
| Nelson Mullins Riley & Scarborough LLP | Attn: David Barnes, Jr | 101 Constitution Ave NW, Ste 900 | Washington, DC 20001 | | | david.barnes@nelsonmullins.com | Email & 1st class mail |
| Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier | Attn: Marcy J. McLaughlin Smith | 1313 Market St, Ste 5100 | P.O. Box 1709 | Wilmington, DE 19899-1709 | david.fournier@troutman.com | Email & 1st class mail |
| Office of the United States Trustee | Attn: David L. Buchbinder | Attn: Hannah M. McCollum | 844 King St, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 | david.l.buchbinder@usdoj.gov | Email & 1st class mail |
| David Christian Attorneys LLC | Attn: David Christian | 105 W. Madison St., Ste 1400 | Chicago, IL 60602 | | | dchristian@dca.law | Email & 1st class mail |
| Gilbert LLP | | | | | | dechantk@gilbertlegal.com | Email & 1st class mail |
| Missouri Dept of Revenue | Bankruptcy Unit | Attn: Steven A Ginther | P.O. Box 475 | Jefferson City, MO 65105-0475 | | deecf@dor.mo.gov | Email & 1st class mail |
| Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | Hercules Plaza | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | desgross@chipmanbrown.com | Email & 1st class mail |
| Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | | desgross@chipmanbrown.com | Email & 1st class mail |
| Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Attn: Jonathan D. Marshall | Attn: Michael J. Foley, Jr | Two International Place | Boston, MA 02110 | dgooding@choate.com | Email & 1st class mail |
| Hogan, McDaniel | Attn: Daniel K. Hogan | Attn: Garvan F. McDaniel | 1311 Delaware Ave | Wilmington, DE 19806 | | dkhogan@dkhogan.com | Email & 1st class mail |
| Bielli & Klauder, LLC | Attn: David M Klauder | 1204 N King St | Wilmington, DE 19801 | | | dklauder@bk-legal.com | Email & 1st class mail |
| Motley Rice LLC | Attn: Daniel R. Lapinksi | 210 Lake Dr E, Ste 101 | Cherry Hill, NJ 08002 | | | dlapinski@motleyrice.com | Email & 1st class mail |
| The Law Office of David L Lynch, PC | Attn: David L Lynch | 72877 Dinah Shore Dr, Ste 103-126 | Rancho Mirage, CA 92270 | | | dlynch@desertelderlaw.com | Email & 1st class mail |
| Walden Macht & Haran LLP | Attn: Daniel Miller | 2532 Justin Lane | Wilmington, DE 19810 | | | dmiller@wmhlaw.com | Email & 1st class mail |
| Brown Rudnick LLP | Attn: David J. Molton | 7 Times Square | New York, NY 10036 | | | DMolton@brownrudnick.com | Email & 1st class mail |
| Moore & Rutt, PA | Attn: David N. Rutt | Attn: Scott G. Wilcox | 122 N Market St | P.O. Box 554 | Georgetown, DE 19947 | dnrutt@mooreandrutt.com | Email & 1st class mail |
| Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 Market St, Ste 1000 | Wilmington, DE 19801 | | | dpacitti@klehr.com | Email & 1st class mail |
| Fineman Krekstein & Harris, PC | Attn: Dierdre M Richards | 1300 N King St | Wilmington, DE 19801 | | | drichards@finemanlawfirm.com | Email & 1st class mail |
| Schiff Hardin LLP | Attn: Everett Cygal | Attn: Joseph Mark Fisher | Attn: Daniel Schufreider/Jin Yan | 233 S Wacker Dr, Ste 7100 | Chicago, IL 60606 | ecygal@schiffhardin.com | Email & 1st class mail |
| Bayard, PA | Attn: Erin Fay/ Gregory Flasser | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | efay@bayardlaw.com | Email & 1st class mail |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | 1 Constitution Plz | Hartford, CT 06103-1919 | | | egoldstein@goodwin.com | Email & 1st class mail |
| Morris James LLP | | | | | | emonzo@morrisjames.com | Email & 1st class mail |
| Bradley Arant Boult Cummings | Attn: Edwin Rice | Attn: Elizabeth Brusa | 100 N Tampa St, Ste 2200 | Tampa, FL 33602 | | eRice@bradley.com | Email & 1st class mail |
| Godfrey & Kahn, SC | Attn: Erin A. West | 1 E Main St, Ste 500 | P.O. Box 2719 | Madison, WI 53701-2719 | | ewest@gklaw.com | Email & 1st class mail |
| Dorsey & Whitney LLP | Attn: Bruce R. Ewing/E. Schnabel | 51 W 52nd St | New York, NY 10019 | | | ewing.bruce@dorsey.com | Email & 1st class mail |
| Flordia M. Henderson | P.O. Box 30604 | Memphis, TN 38130-0604 | | | | flordia@fhendersonlaw.net | Email & 1st class mail |
| Hogan, McDaniel | | | | | | gfmcdaniel@dkhogan.com | Email & 1st class mail |
| Janet, Janet & Scuggs, LLC | Attn: Gerald D Jowers, Jr | 500 Taylor St, Ste 301 | Columbia, SC 29201 | | | GJowers@JJSJustice.com | Email & 1st class mail |
| Troutman Pepper Hamilton Sanders LLP | Attn: Harris B. Winsberg | Attn: Matthew G. Roberts | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | harris.winsberg@troutman.com | Email & 1st class mail |
| Adams and Reese LLP | Attn: Henry C. Shelton, III | 6075 Poplar Ave, Ste 700 | Memphis, TN 38119 | | | Henry.Shelton@arlaw.com | Email & 1st class mail |
| Sullivan Hill Lewin Rez & Engel, PLC | Attn: James Hill/ Christopher Hawkins | Attn: Kathleen Cashman-Kramer | 600 B St, Ste 1700 | San Diego, CA 92101 | | Hill@SullivanHill.com | Email & 1st class mail |

119847224v1

Boy Scouts of America  20-10343-LSS
Rule 2002 List
10.13.21

| Firm | Attn 1 | Attn 2 | Attn 3 | Address 1 | Address 2 | Email | Method |
|---|---|---|---|---|---|---|---|
| Steptoe & Johnson LLP | Attn: Harry Lee | Attn: John O'Connor | Attn: Brett Grindrod | 1330 Connecticut Ave, N.W | Washington, DC 20036 | hlee@steptoe.com; joconnor@steptoe.com; bgrindrod@steptoe.com | Email & 1st class mail |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | P.O. Box 3064 | | Houston, TX 77253-3064 | | houston_bankruptcy@publicans.com | Email & 1st class mail |
| Macdonald | Fernandez LLP | Attn: Iain A Macdonald | 221 Sansome St, 3rd FL | | San Francisco, CA 94104-2323 | | imac@macfern.com | Email & 1st class mail |
| Pachulski Stang Ziehl & Jones LLP | Attn: Iain Nasatir | 10100 Santa Monica Blvd, 13th Fl | | Los Angeles, CA 90067-4003 | | inasatir@pszjlaw.com | Email & 1st class mail |
| The Zalkin Law Firm, PC | Attn: Irwin Zalkin | Attn: Devin Storey | Attn: Kristian Roggendorf | 10590 W Ocean Air Dr. #125 | San Diego, CA 92130 | irwin@zalkin.com | Email & 1st class mail |
| Davies Hood PLLC | Attn: Jason P. Hood | 22 N Front St, Ste 620 | | Memphis, TN 38103-2100 | | Jason.Hood@davieshood.com | Email & 1st class mail |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: John T. Banks | 3301 Northland Dr, Ste 505 | | Austin, TX 78731 | | jbanks@pbfcm.com | Email & 1st class mail |
| Latham & Watkins LLP | Attn: Jeffrey E Bjork | Attn: Kimberly A Posin | Attn: Deniz A. Irgi | 355 S Grand Ave, Ste 100 | Los Angeles, CA 90071-1560 | jeff.bjork@lw.com | Email & 1st class mail |
| Gilbert LLP | | | | | | jenningsr@gilbertlegal.com | Email & 1st class mail |
| O'Connor Playdon Guben & Inouye LLP | Attn: Jerrold K. Guben | Makai Tower, Ste 2400 | | 733 Bishop St | Honolulu, HI 96813 | JKG@opglaw.com | Email & 1st class mail |
| Stark & Stark, PC | Attn: Joseph H Lemkin | P.O. Box 5315 | | Princeton, NJ 08543 | | jlemkin@stark-stark.com | Email & 1st class mail |
| Pachulski Stang Ziehl & Jones LLP | Attn: James Stang/Robert Orgel | Attn: James O'Neill/John Lucas/Ilan Scharf | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | jlucas@pszjlaw.com | Email & 1st class mail |
| Ferry Joseph, PA | Attn: John D. McLaughlin, Jr. | 824 N Market St, Ste 1000 | | Wilmington, DE 19801 | | jmclaughlin@ferryjoseph.com | Email & 1st class mail |
| Nye, Stirling, Hale & Miller LLP | Joel M. Walker | 1145 Bower Hill Rd, Ste 104 | | Pittsburgh, PA 15243 | | jmwalker@nshmlaw.com | Email & 1st class mail |
| Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr | Attn: Robert Brady/Edwin Harron | Rodney Square | 1000 N King St | Wilmington, DE 19801 | jpatton@ycst.com | Email & 1st class mail |
| Baker Manock & Jensen, PC | Attn: Jan T. Perkins | 5260 N Palm Ave, Ste 421 | | Fresno, CA 93704 | | jperkins@bakermanock.com | Email & 1st class mail |
| The Powell Firm, LLC | Attn: Jason C. Powell | Attn: Thomas Reichert | 1201 N Orange St, Ste 500 | P.O. Box 289 | Wilmington, DE 19899 | jpowell@delawarefirm.com | Email & 1st class mail |
| Motley Rice LLC | Attn: Joseph F. Rice | 28 Bridgeside Blvd | | Mt Pleasant, SC 29464 | | jrice@motleyrice.com | Email & 1st class mail |
| Tune, Entrekin & White, PC | Attn: Joseph P. Rusnak | 315 Deaderick St, Ste 1700 | | Nashville, TN 37238 | | Jrusnak@tewlawfirm.com | Email & 1st class mail |
| Potter Anderson & Corroon LLP | Attn: Jeremy Ryan | Attn: D. Ryan Slaugh | 1313 N Market St, 6th Fl | P.O. Box 951 | Wilmington, DE 19899 | jryan@potteranderson.com | Email & 1st class mail |
| Davidoff Hutcher & Citron LLP | | | | | | jsp@dhclegal.com | Email & 1st class mail |
| Pachulski Stang Ziehl & Jones | Attn: James I. Stang | 10100 Santa Monica Blvd, 13th Fl | | Los Angeles, CA 90067-4003 | | jstang@pszjlaw.com | Email & 1st class mail |
| Hicks Thomas LLP | Attn: John B.. Thomas | Attn: Allison Fisher | 700 Louisiana St., Ste 2300 | Houston, TX 77002 | | jthomas@hicks-thomas.com | Email & 1st class mail |
| The Law Office of James Tobia, LLC | Attn: James Tobia | 1716 Wawaset St | | Wilmington, DE 19806 | | jtobia@tobialaw.com | Email & 1st class mail |
| Connolly Gallagher, LLP | Attn: Karen C. Bifferato | Attn: Kelly M. Conlan | 1201 N Market St, 20th Fl | Wilmington, DE 19801 | | kbifferato@connollygallagher.com | Email & 1st class mail |
| Coughlin Duffy, LLP | Attn: Kevin Coughlin/Lorraine Armenti | Attn: Michael Hrinewski | 350 Mt Kemble Ave | P.O. Box 1917 | Morristown, NJ 07960 | kcoughlin@coughlinduffy.com | Email & 1st class mail |
| Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO | Attn: Cassandra Burton, Attorney | Attn: Craig Fessenden | 1200 K St NW | Washington, DC 20005 | kelly.patricia@pbgc.Gov | Email & 1st class mail |
| Swenson & Shelley, PLLC | Attn: Kevin D. Swenson | 107 S 1470 E, Ste 201 | | St George, UT 84790 | | Kevin@swensonshelley.com | Email & 1st class mail |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley | 1800 W Park Dr, Ste 400 | | Westborough, MA 01581 | | kfoley@mirickoconnell.com | Email & 1st class mail |
| Reed Smith LLP | Attn: Kurt F. Gwynne and Mark W. Eckerd | | 120 N Market St, Ste 1500 | Wilmington, DE 19801 | | kgwynne@reedsmith.com; meckard@reedsmith.com | Email & 1st class mail |
| Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill | 222 Delaware Ave, Ste 1500 | | Wilmington, DE 19801 | | khill@svglaw.com | Email & 1st class mail |
| Justice Law Collaborative, LLC | Attn: Kimberly A. Dougherty | 19 Belmont St | | South Easton, MA 02375 | | kim@justiceIc.com | Email & 1st class mail |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | Attn: Kim V. Marrkand | Attn: Nancy D. Adams | Attn: Laura Bange Stephens | One Financial Center | Boston, MA 02111 | kmarrkand@mintz.com | Email & 1st class mail |
| Smith, Katzenstein & Jenkins LLP | Attn: Kathleen M Miller | 1000 W St, Ste 1501 | | PO Box 410 | Wilmington, DE 19899 | kmiller@skjlaw.com | Email & 1st class mail |
| Clyde & Co US LLP | Attn: Konrad R. Krebs | 200 Campus Dr, Ste 300 | | Florham Park, NJ 07932 | | konrad.krebs@clydeco.us | Email & 1st class mail |

119847224v1

Boy Scouts of America  20-10343-LSS
Rule 2002 List
10.13.21

| Firm | Attn | Address 1 | Address 2 | Address 3 | Address 4 | Email | Method |
|---|---|---|---|---|---|---|---|
| Hoover & Slovacek, LLP | Attn: Steven A. Leyh | Galleria Tower II | 5051 Westheimer Rd, Ste 1200 | Houston, TX 77056 | | leyh@hooverslovacek.com | Email & 1st class mail |
| Mound Cotton Wollan & Greengrass LLP | Attn: Lloyd A Gura | One New York Plaza 44th FL | New York, NY 10004 | | | lgura@moundcotton.com | Email & 1st class mail |
| James, Vernon & Weeks, P.A. | Attn: Leander L. James | Attn: Craig K. Vernon | Attn: R. Charlie Beckett | 1626 Lincoln Wy | Coeur d'Alene, ID 83815 | ljames@jvwlaw.net | Email & 1st class mail |
| Norton Rose Fulbright Us LLP | Attn:  Howard Seife, Andrew Rosenblatt | | | 1301 Avenue of the Americas | New York, NY 10019-6022 | howard.seife@nortonrosefulbright.com; andrew.rosenblatt@nortonrosefulbright.com | Email & 1st class mail |
| Norton Rose Fulbright Us LLP | Attn: Kristian Gluck | Attn: Ryan Manns | 2200 Ross Ave, Suite 3600 | Dallas, TX 75201-7932 | | kristian.gluck@nortonrosefulbright.com ; ryan.manns@nortonrosefulbright.com | Email & 1st class mail |
| Reger Rizzo & Darnall LLP | Attn: Louis J. Rizzo, Jr | 1521 Concord Pike, Ste 305 | Brandywine Plaza West | Wilmington, DE 19803 | | lrizzo@regerlaw.com | Email & 1st class mail |
| Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | 2550 M St, NW | Washington, DC 20037 | Boston, MA 02111 | | mark.salzberg@squirepb.com | Email & 1st class mail |
| Womble Bond Dickinson (US) LLP | Attn: Matthew Ward/Morgan Patterson | 1313 N Market St, Ste 1200 | Wilmington, DE 19801 | | | matthew.ward@wbd-us.com | Email & 1st class mail |
| Law Offices of Betti & Associates | Attn: Michele M Betti | 30 Wall St, 8th FL | New York, NY 10005 | | | mbettilaw@gmail.com | Email & 1st class mail |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market St, Ste 1400 | Philadelphia, PA 19103 | | | mbranzburg@klehr.com | Email & 1st class mail |
| Richards, Layton & Finger, PA | Attn: Michael Merchant/Brett Haywood | One Rodney Square | 920 N King St | Wilmington, DE 19801 | | merchant@rlf.com | Email & 1st class mail |
| Sequoia Counsel of Boy Scouts, Inc. | Attn: Michael Marchese | 6005 N Tamera Ave | Fresno, CA 93711 | | | michael.marchese@scouting.org | Email & 1st class mail |
| Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo | 1177 Ave of the Americas, 41st Fl | New York, NY 10036-2714 | | | michael.pompeo@faegredrinker.com | Email & 1st class mail |
| Faegre Drinker Biddle & Reath LLP | Attn:  Patrick A. Jackson; Ian J. Bambrick; Jaclyn C. Marasco | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | | Patrick.Jackson@faegredrinker.com; ian.bambrick@faegredrinker.com; jaclyn.marasco@faegredrinker.com | Email & 1st class mail |
| Pfau Cochran Vertetis Amala PLLC | Attn: Michael Pfau/Jason Amala | Attn: Vincent Nappo | 403 Columbia St, Ste 500 | Seattle, WA 98104 | | michael@pcvalaw.com | Email & 1st class mail |
| The Law Offices of Joyce, LLC | Attn: Michael J. Joyce | 1225 King St, Ste 800 | Wilmington, DE 19801 | | | mjoyce@mjlawoffices.com | Email & 1st class mail |
| Kelly, Morgan, Dennis, Corzine & Hansen, P.C. | Attn: Michael G. Kelly | P.O. Box 1311 | Odessa, TX 79760-1311 | | | mkelly@kmdfirm.com | Email & 1st class mail |
| Crowell & Moring LLP | Attn: Mark D. Plevin | Attn: Austin J. Sutta | 3 Embarcadero Center, 26th Fl | San Francisco, CA 94111 | | mplevin@crowell.com | Email & 1st class mail |
| Ward and Smith, P.A. | Attn: Paul A Fanning | P.O. Box 8088 | Greenville, NC 27835-8088 | | | paf@wardandsmith.com | Email & 1st class mail |
| Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson | 200 W Madison St, Ste 3000 | Chicago, IL 60606 | | | panderson@foxswibel.com | Email & 1st class mail |
| Faegre Drinker Biddle & Reath LLP | Attn: Patrick A Jackson | Attn: Kaitlin W MacKenzie | Attn: Ian J Bambrick | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | Patrick.Jackson@faegredrinker.com | Email & 1st class mail |
| Paul Mones PC | Attn: Paul Mones | 13101 Washington Blvd | Los Angeles, CA 90066 | | | paul@paulmones.com | Email & 1st class mail |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey | 100 Front St | Worcester, MA 01608 | | | pcarey@mirickoconnell.com | Email & 1st class mail |
| Post & Schell, PC | Attn: Paul Logan | 300 Delaware Ave, Ste 1380 | Wilmington, DE 19801 | | | plogan@postschell.com | Email & 1st class mail |
| Mound Cotton Wollan & Greengrass LLP | Attn: Pamela J Minetto | 30A Vreeland Rd, Ste 210 | Florham Park, NJ 07932 | | | pminetto@moundcotton.com | Email & 1st class mail |
| Gilbert LLP | Attn: Kami Quinn / Attn: Meredith Neely/Rachel Jennings | Attn: Emily Grim / Attn: Jasmine Chalashtori/Kyle Dechant | 700 Pennsylvania Ave, SE Ste 400 | Washington, DC 20003 | | quinnk@gilbertlegal.com | Email & 1st class mail |
| Jacobs & Crumplar, PA | Attn: Raeann Warner/Thomas Crumplar | 750 Shipyard Dr, Ste 200 | Wilmington, DE 19801 | | | Raeann@jcdelaw.com | Email & 1st class mail |
| Commonwealth of Pennsylvania | Dept of Labor & Industry | Attn: Deb Secrest/Collections Support Unit | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | ra-li-ucts-bankrupt@state.pa.us | Email & 1st class mail |
| Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy | Attn: Kristi J. Doughty | 824 N Market St, Ste 800 | Wilmington, DE 19801-4939 | | rbarkasy@schnader.com | Email & 1st class mail |
| Foley & Lardner LLP | Attn: Richard J Bernard | 90 Park Ave | New York, NY 10016 | | | rbernard@foley.com | Email & 1st class mail |
| Tybout, Redfearn & Pell | Attn: Robert D. Cecil, Jr. | P.O. Box 2092 | Wilmington, DE 19899-2092 | | | rcecil@trplaw.com | Email & 1st class mail |
| Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason/Douglas Mayer | Attn:Joseph C. Celentino | 51 W 52nd St | New York, NY 10019 | | rgmason@wlrk.com | Email & 1st class mail |
| Napoli Shkolnnik PLLC | Attn: R. Joseph Hrubiec | 919 N Market St, Ste 1801 | Wilmington, DE 19801 | | | RHrubiec@NapoliLaw.com | Email & 1st class mail |
| Davidoff Hutcher & Citron LLP | Attn: Jonathan S. Pasternak | Attn: James B. Glucksman | Attn: Robert L. Rattet | 605 3rd Ave | New York, NY 10158 | rlr@dhclegal.com | Email & 1st class mail |
| Monzack Mersky Browder & Hochman, P.A. | Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | | rmersky@monlaw.com | Email & 1st class mail |

119847224v1

Boy Scouts of America  20-10343-LSS
Rule 2002 List
10.13.21

| Firm | Attn | Address 1 | Address 2 | City/State/Zip | Extra | Email | Method |
|---|---|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC | Attn: Richard W Riley | The Renaissance Centre | 405 N King St, Ste 500 | Wilmington, DE 19801 | | rriley@wtplaw.com | Email & 1st class mail |
| Wanger Jones Helsley, PC. | Attn: Riley C. Walter | 265 E River Park Circle, Ste 310 | Fresno, CA 93720 | | | rwalter@wjhattorneys.com | Email & 1st class mail |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | | | sanantonio.bankruptcy@publicans.com | Email & 1st class mail |
| Brown Rudnick LLP | Attn: Sunni P. Beville | Attn: Tristan G. Axelrod | 1 Financial Ctr | Boston, MA 02111 | | sbeville@brownrudnick.com | Email & 1st class mail |
| Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel | Attn: Alessandra Glorioso | 300 Delaware Ave, Ste 1010 | Wilmington, DE 19801 | | schnabel.eric@dorsey.com | Email & 1st class mail |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second St, 17th Fl | San Francisco, CA 94105-3493 | | | schristianson@buchalter.com | Email & 1st class mail |
| Cousins Law LLC | Attn: Scott D. Cousins | Brandywine Plaza W | 1521 W Concord Pike, Ste 301 | Wilmington, DE 19803 | | scott.cousins@cousins-law.com | Email & 1st class mail |
| Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow | Attn: Igor Shleypak | 222 N LaSalle St, Ste 1400 | Chicago, IL 60614 | | sgummow@fgppr.com | Email & 1st class mail |
| Andrus Wagstaff | Attn: Sommer D. Luther | 7171 W Alaska Dr. | Lakewood, CO 80226 | | | sluther@wagstafflawfirm.com | Email & 1st class mail |
| Morris James LLP | Attn: Stephen M. Miller | Attn: Carl N. Kunz, III | 500 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | | smiller@morrisjames.com | Email & 1st class mail |
| Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg | 750 Shipyard Dr, Ste 400 | P.O. Box 2092 | Wilmington, DE 19899-2092 | | sreidenberg@trplaw.com | Email & 1st class mail |
| Stamoulis & Weinblatt LLC | Attn: Stamatios Stamoulis | Attn: Richard Weinblatt | 800 N West St, Ste 800 | Wilmington, DE 19801 | | stamoulis@swdelaw.com; filings@swdelaw.com | Email & 1st class mail |
| Crew Janci LLP | Attn: Stephen Crew | Attn: Peter Janci | 1200 NW Naito Pkwy, Ste 500 | Portland, OR 97209 | | steve@crewjanci.com | Email & 1st class mail |
| Ballard Spahr LLP | Attn: Matthew G. Summers | Attn: Chantelle D. McClamb | 919 N. Market St, 11th Fl | Wilmington, DE 19801-3034 | | summersm@ballardspahr.com | Email & 1st class mail |
| Baird Mandalas Brockstedt, LLC | Attn: Stephen W. Spence | 1413 Savannah Rd, Ste 1 | Lewes, DE 19958 | | | sws@bmbde.com | Email & 1st class mail |
| Thomas Law Office, PLLC | Attn: Tad Thomas/Louis Schneider | 9418 Norton Commons Blvd, Ste 200 | Louisville, KY 40059 | | | tad@thomaslawoffices.com | Email & 1st class mail |
| Whiteford, Taylor & Preston LLP | Attn: Todd M Brooks | 7 St Paul St, 15th Fl | Baltimore, MD 21202-1626 | | | tbrooks@wtplaw.com | Email & 1st class mail |
| Bradley Riley Jacobs PC | Attn: Todd C. Jacobs | 500 W Madison St, Ste 1000 | Chicago, IL 60661 | | | tjacobs@bradleyriley.com | Email & 1st class mail |
| McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | P.O. Box 1269 | Round Rock, TX 78680 | | | tleday@mvbalaw.com | Email & 1st class mail |
| Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer/Rachel Ringer | Attn: David E. Blabey Jr./Jennifer R. Sharret | Attn: Megan M. Wasson | 177 Ave of the Americas | New York, NY 10036 | tmayer@kramerlevin.com | Email & 1st class mail |
| Godfrey & Kahn, SC | Attn: Timothy F. Nixon | 200 S Washington St, Ste 100 | Green Bay, WI 54301-4298 | | | tnixon@gklaw.com | Email & 1st class mail |
| Squire Patton Boggs (US) LLP | Attn: Travis A. McRoberts | 2000 McKinney Ave, Ste 1700 | Dallas, TX 75201 | | | travis.mcroberts@squirepb.com | Email & 1st class mail |
| The Neuberger Firm | Attn: Thomas S. Neuberger | Attn: Stephen J. Neuberger | 17 Harlech Dr | Wilmington, DE 19807 | | tsn@neubergerlaw.com | Email & 1st class mail |
| Crowell & Moring LLP | Attn: Tacie H. Yoon | 1001 Pennsylvania Ave, NW | Washington, D.C. 20004 | | | tyoon@crowell.com | Email & 1st class mail |
| US Attorney For Delaware | Attn: David C Weiss | 1007 Orange St, Ste 700 | P.O. Box 2046 | Wilmington, DE 19899-2046 | | usade.ecfbankruptcy@usdoj.gov | Email & 1st class mail |
| Foley & Lardner LLP | Attn: Victor Vilaplana | 3579 Valley Centre Dr, Ste 300 | San Diego, CA 92130 | | | vavilaplana@foley.com | Email & 1st class mail |
| Ashby & Geddes, PA | Attn: Bill Bowden | 500 Delaware Ave, 8th Fl | P.O. Box 1150 | Wilmington, DE 19899-1150 | | wbowden@ashbygeddes.com | Email & 1st class mail |
| Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield | 300 E Esplande Dr, Ste 1170 | Oxnard, CA 93036 | | | wwinfield@calattys.com | Email & 1st class mail |
| Ice Miller LLP | Attn:  Louis T. DeLucia, Alyson M. Fiedler | 1500 Broadway, Suite 2900 | New York, NY 10036 | | | louis.delucia@icemiller.com; alyson.fiedler@icemiller.com | Email & 1st class mail |
| Keating Muething & Klekamp PLL | Attn:  Rachael A. Rowe, Benjamin G. Stewart | One East Fourth Street, Suite 1410 | Cincinnati, OH 45202 | | | rrowe@kmklaw.com; bgstewart@kmklaw.com | Email & 1st class mail |
| K&L Gates LLP | Attn:  Steven L. Caponi, Matthew B. Goeller | 600 N. King Street, Suite 901 | Wilmington, DE 19801 | | | steven.caponi@klgates.com; matthew.goeller@klgates.com | Email & 1st class mail |
| Dilworth Paxson LLP | Attn:  William E. McGrath, Jr. | 2 Research Way | Princeton, NJ 08540 | | | wmcgrath@dilworthlaw.com | Email & 1st class mail |
| Hangley Aronchick Segal Pudlin & Schiller | Attn: Matthhew A. Hamermesh | One Loagn Square, 27th Floor | Philadelphia, PA 19103 | | | mhamermesh@hangley.com | Email & 1st class mail |

119847224v1