**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | **Re: Docket No. 6374** |

**CERTIFICATE OF NO OBJECTION TO EIGHTEENTH MONTHLY FEE
APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Eighteenth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2021 through August 31, 2021* ("Application"; D.I. 6374) filed on September 27, 2021. The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections or responses to the Application were to be filed and served no later than October 11, 2021, at 4:00 p.m.

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* ("Interim Compensation Order";

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

D.I. 341, as amended by D.I. 5899), the Debtors are authorized to pay the applicant $111,438.00,

which represents eighty percent (80%) of the total fees ($139,297.50), and $111.56, which

represents one hundred percent (100%) of the expenses requested in the Application on an interim

basis without further order of the Court.

Dated: October 14, 2021                                Respectfully submitted,
Wilmington, Delaware
                                                       REED SMITH LLP

                                                  By: */s/ Mark W. Eckard*
                                                       Kurt F. Gwynne (No. 3951)
                                                       Mark W. Eckard (No. 4542)
                                                       1201 Market Street, Suite 1500
                                                       Wilmington, DE 19801
                                                       Telephone: (302) 778-7500
                                                       Facsimile: (302) 778-7575
                                                       E-mail: kgwynne@reedsmith.com
                                                       E-mail: meckard@reedsmith.com

                                                            -and-

                                                       KRAMER LEVIN NAFTALIS
                                                         & FRANKEL LLP
                                                       Thomas Moers Mayer, Esquire
                                                       Rachael Ringer, Esquire
                                                       Jennifer R. Sharret, Esquire
                                                       Megan M. Wasson, Esquire
                                                       177 Avenue of the Americas
                                                       New York, NY 10036
                                                       Telephone: (212) 715-9100
                                                       Facsimile: (212) 715-8000
                                                       E-mail: tmayer@kramerlevin.com
                                                       E-mail: rringer@kramerlevin.com
                                                       E-mail: jsharret@kramerlevin.com
                                                       E-mail: mwasson@kramerlevin.com

                                                       *Counsel to the Official Committee of*
                                                       *Unsecured Creditors*