# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Re: D.I. 6528 |

## NOTICE OF INTENT OF GILLISPIE CLAIMANTS TO PARTICIPATE
## IN PLAN CONFIRMATION PROCEEDINGS

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528] (the "Confirmation Scheduling Order"), the Gillispie Claimants (those sexual abuse survivors represented by Joshua D. Gillispie), hereby provide notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, Gillispie Claimants agree to comply with the deadlines set forth therein and the terms of the *Order Approving Confidentiality and Protective Order* [D.I. 799].

1. The address for the Gillispie Claimants is:

   Green & Gillispie
   1 Riverfront Pl., Ste. 605
   North Little Rock, AR 72114

PHIL1 9723113v.1

2. The Gillispie Claimants' claims against the Debtors are set forth in the following proof of claim numbers:

**052205  52324  63850  57425  62069  87491  62084  91441  62035  65157  63794  47857  62036  11482  63766  117865  62075  77629  63787  117820  62063  44270  44295  39351  39438  39428  42128  42553**

These are all claims for sexual abuse.

3. The name and address of counsel to Gillispie Claimants is:

Joshua Gillispie
Green & Gillispie
1 Riverfront Pl., Ste. 605
North Little Rock, AR 72114
josh@greenandgillispie.com

Dated: October 14, 2021
Wilmington, Delaware

Respectfully submitted,

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:  (302) 552-5503
Email:  sveghte@klehr.com

-And-

Morton Branzburg, Esquire
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:     (215) 569-2700
Email:  mbranzburg@klehr.com

-And-

Joshua D. Gillispie, Esquire
Ark. Bar No. 2010131
**GREEN & GILLISPIE**
1 Riverfront Pl., Ste. 605
North Little Rock, AR 72114
Telephone: (501) 244-0700
Email:  josh@greenandgillispie.com

*Counsel to the Gillispie Claimants*