# **Exhibit A**

**Email from T.Schiavoni to M.Andolina**

| | |
|---|---|
| **From:** | Schiavoni, Tancred <tschiavoni@omm.com> |
| **Sent:** | Thursday, September 16, 2021 6:05 PM |
| **To:** | Andolina, Michael |
| **Cc:** | Schiavoni, Tancred |
| **Subject:** | FW: BSA, 20-10343 - September 21 Hearing |

**Mike**

     We are writing to request that you comply with our requests for production of documents which are triggered by the changes to the plan. It is evident that there have been further exchanges about the fees and a host of other issues that are covered by our requests.

### 7-3-21 RFP No. 13:

     All Documents that refer or relate to any request that You support a motion, application or inclusion of a provision in a Plan of Reorganization that calls for the payment of money to Brown Rudnick LLP for their fees and/or costs.

### 7-3-21 RFP No. 13:

All Documents and Communications that BSA exchanged with any Chartered Organizations concerning the RSA, the Term Sheet, the TDPs, and/or the Hartford Settlement.

### 7-3-21 RFP No. 16:

All indemnity and other agreements between or among You, Local Council(s) and any Chartering Organizations.

### 7-3-21 RFP No. 17:

All Documents and Communications between or among You and any Chartered Organizations Concerning the RSA, the Term Sheet, the TDPs, the Settlement Trust Documents, and/or the Hartford Settlement.

### 5-14-21 RFP No. 20:

All indemnity and other agreements between or among You, Local Council(s) and the sponsoring organizations.

### 5-14-21 RFP No. 21:

All Documents and Communications between or among You and the sponsoring organizations Concerning the POCs, the claims asserted therein, and the sponsoring organization's contribution towards the resolution of these claims.