# **Exhibit E**

**Kentucky Creditors' Requests for Production**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-10342 (LSS)<br><br>Case No. 20-10343 (LSS)<br><br>Case No. 20-50527 (LSS)<br><br>(Jointly Administered) |

**THE KENTUCKY CREDITORS' FIRST SET OF CONSOLIDATED DISCOVERY REQUESTS TO BOY SCOUTS OF AMERICA**

Pursuant to Rules 33, 34, and 36 of the Federal Rules of Civil Procedure, applicable to the above-captioned cases by Rules 7033, 7034, 7036, and 9014(c) of the Federal Rules of Bankruptcy Procedure, creditors N.C., K.W., C.F., B.L., A.F. and A.S. (the "Kentucky Creditors")[1] by and through their counsel Louis C. Schneider, Esq. of Thomas Law Offices, PLLC, hereby request that the Boy Scouts of America (the "Debtor"): (i) answer the following interrogatories, FRCP 33(b)(3); and (ii) produce the following documents, electronically stored information, and tangible things, FRCP 34(a)(1); (collectively, these "Discovery Requests"), by November 5, 2021.

**Definitions**

In addition to the terms defined above, for purposes of these Discovery Requests:

1. "You" and "Your" means the Debtor Boy Scouts of America and its officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with the foregoing, including all legal, financial, or industry advisors.

2. "Communication" means the transmittal of information whether written,

electronic, or oral and, with respect to oral communications, includes any Document evidencing the date, participants, subject matter, and content of any such oral communication.

3.  "<u>Document(s)</u>" is meant as broadly as possible and includes, without limitation, any writings, recordings, correspondence, messages, memoranda, electronic files and emails, information, all "documents or electronically stored information" referenced in FRCP 34(a)(1)(A), and all other data, whether recorded by electronic or other means, and all drafts.

4.  Capitalized terms used but not otherwise defined in these Discovery Requests shall have the meaning ascribed to such terms in the Plan or Disclosure Statement, as applicable.

## Instructions

1.  You are to answer each Discovery Request separately and under oath, and not by reference to or incorporation of Your answer to any other Discovery Request.

2.  If You object to any Discovery Request, state the objection in the manner prescribed by the Federal Rules of Civil Procedure but nevertheless answer subject to the objection that You have stated.

3.  If You contend that any Discovery Request calls for any information that is subject to the attorney-client privilege, work-product protection, or any other legal privilege or protection, provide the specific grounds on which You are asserting such privilege or protection, on whose behalf the privilege or protection exists, and each Person whom You know or believe has knowledge of such information. If You withhold production of any Document on the basis of a privilege or protection, You must describe the Document and the basis for Your claim of privilege.

4.  If You are unable to answer fully any Discovery Request, answer to the extent

---

[1] The creditors' claim numbers are 69218, 70563, 70583, 70584, 70609, and 70584.

possible, and provide whatever information is in Your possession, custody or control concerning any unanswered portion.

5. Whenever appropriate, the singular form of a word shall be interpreted in the plural, or vice versa; verb tenses shall be interpreted to include past, present and future tenses.

6. In the event You become aware of or acquire additional information responsive to these Discovery Requests, You must promptly supplement Your responses.

## INTERROGATORIES

**Interrogatory No. 1**: Identify the person or persons providing answers to these Interrogatories by name and job title.

**Answer:**

**Interrogatory No. 2:** Identify all current and former financial accounts owned and/or controlled by Delaware BSA, LLC. Include the location of the account, the date the account was opened, whether the account remains open, and the account number.

**Answer:**

**Interrogatory No. 3:** Identify any and all current and former members, officers, directors, and employees working for Delaware BSA, LLC. Include their name and job title, dates held in the position, as well as whether any members, officers, directors, and/or employees are also employed by Boy Scouts of America.

**Answer:**

**Interrogatory No. 4:** Identify each and every monetary transaction between Delaware BSA, LLC and Boy Scouts of America and the purpose of the transaction.

**Answer:**

**Interrogatory No. 5:** Explain in detail the purpose for which Delaware BSA, LLC was created and identify any and all persons with any knowledge of information surrounding the creation of Delaware BSA, LLC.

    **Answer:**

**Interrogatory No. 6:** Explain in detail Delaware BSA, LLC's current business purpose if Your position different than that stated in Interrogatory No. 5. Explain in detail the reason for any changes.

    **Answer:**

**Interrogatory No. 7:** Explain in detail Delaware BSA, LLC's future business plans and operations.

    **Answer:**

**Interrogatory No. 8:** Identify any and all current and former financial accounts shared by Delaware BSA, LLC and Boy Scouts of America including the signatories on the account. For any and all shared accounts, explain the purpose for which these entities share said account.

    **Answer:**

**Interrogatory No. 9:** Identify any and all current and former assets not included in Interrogatory No. 8 shared by Delaware BSA, LLC and Boy Scouts of America. For any and all shared assets, explain the purpose for which these entities share said asset.

    **Answer:**

**Interrogatory No. 10:** Identify any and all persons and/or entities that provided any capital to Delaware BSA, LLC including the amount of capital and date on which it was provided.

**Interrogatory No. 11:** Identify any and all debts of Delaware BSA, LLC including the amount of debt and entity to which it is owed.

    **Answer:**

**Interrogatory No. 12:** State the location(s) of the Boy Scouts of America's headquarters from July 1, 2019 to the present.

    **Answer:**

**Interrogatory No. 13:** State the location(s) of the Boy Scouts of America's principal place of business from July 1, 2019 to the present.

    **Answer:**

**Interrogatory No. 14:** Identify all assets of the Boy Scouts of America located in Delaware between July 1, 2019 and the present.

    **Answer:**

**Interrogatory No. 15:** Identify all assets of Delaware BSA, LLC located in Delaware between July 1, 2019 and the present.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**Request for Production No. 1:** Produce all documents that relate to the corporate structure and governance of Delaware BSA, LLC, including, but not limited to, articles of organization, operating agreement, and any and all documents that show the members, officers, and/or directors of this entity.

    **Response:**

**Request for Production No. 2:** Produce any and all documents, minutes and/or notes from Your board meetings and/or planning sessions related to Delaware BSA, LLC.

    **Response:**

**Request for Production No. 3:** Produce any and all current and former employment agreements between Delaware BSA, LLC and its officers, directors, members, and/or employees.

**Response:**

**Request for Production No. 4**: Produce any and all letters of credit related to Delaware BSA, LLC.

**Response:**

**Request for Production No. 5:** Produce any and all agreements, including but not limited to indemnity agreements, between Delaware BSA, LLC and Boy Scouts of America.

**Response:**

**Request for Production No. 6:** Produce any and all documents that discuss or describe any relationship between Delaware BSA, LLC and Boy Scouts of America.

**Response:**

**Request for Production No. 7:** Produce copies of any all insurance agreements to which Delaware BSA, LLC is a party.

**Response:**

**Request for Production No. 8:** Produce any and all documents that show or discuss the initial funding of Delaware BSA, LLC, including but not limited to the amount of capital and who provided capital.

**Response:**

**Request for Production No. 9:** Produce any and all documents on which You relied in in answering all Interrogatories.

**Response:**

DATED: October 8, 2021

        Respectfully submitted,

        */s/ Raeann Warner*
        Raeann Warner
        Jacobs & Crumplar, P.A.
        750 Shipyard Dr., Suite 200
        Wilington, DE 19801
        Phone: (302) 656-5445
        Fax:    (302) 656-5875
        raeann@jcdelaw.com

        and

        */s/ Louis C. Schneider*
        Louis C. Schneider
        Thomas Law Offices, PLLC
        250 East Fifth Street, Suite 440
        Cincinnati, Ohio 45202
        Phone: (513) 360-6480
        Fax:    (502)495-3943
        lou.schneider@thomaslawoffices.com

        *Counsel for the Kentucky Claimants*