IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> Re: D.I. 6631 |

**DEBTORS' MOTION FOR LEAVE TO FILE DEBTORS' OMNIBUS REPLY TO THE OBJECTIONS BY THE TORT CLAIMANTS' COMMITTEE, CENTURY, AND AIG, TO DEBTORS' MOTION FOR PROTECTIVE ORDER AND RELATED RELIEF**

The Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), hereby move this Court (the "Motion for Leave") for leave to file the *Debtors' Omnibus Reply to the Objections by the Tort Claimants' Committee, Century, and AIG, to Debtors' Motion for Protective Order and Related Relief* [D.I. 6631] (the "Reply").[2] In further support of this Motion for Leave, the Debtors respectfully state as follows:

**JURISDICTION**

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The basis for the relief requested herein is section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Local Rule 9006-1(d) of the *Local Rules of Bankruptcy*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Terms not otherwise defined herein are defined in the Motion.

*Practice and Procedure of the United States Bankruptcy Court for the District of Delaware* (the "Local Rules").

3.  The Debtors consent to the entry of a final order by the Court in connection with this Motion for Leave to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments.

## BACKGROUND

4.  On September 17, 2021, the Debtors filed the *Debtors' Motion for Protective Order and Related Relief* [D.I. 6288] (the "Motion"). The initial deadline to file any objections to the Motion was October 1, 2021, at 4:00 p.m. (ET). The Debtors extended the objection deadline to October 5, 2021, at 4:00 p.m. (ET) for Century on behalf of certain insurers. The hearing for the Court to consider the Motion is currently scheduled for October 19, 2021, at 10:00 a.m. (ET) (the "Hearing").

5.  In connection with the Motion, the Debtors filed the *Notice of Filing of Privilege Log* on September 30, 2021 [D.I. 6453].

6.  Responses to the Motion were filed by the Tort Claimants' Committee [D.I. 6457], the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC [D.I. 6459], Century Indemnity Company on behalf of certain insurers [D.I. 6495], AIG Companies [D.I. 6497], Argonaut Insurance Company [D.I. 6498], Arch Insurance Company [D.I. 6524], and Trader and Pacific Insurance Company [D.I. 6610] (collectively, the "Objection Parties").

## RELIEF REQUESTED

7.  The Debtors respectfully request entry of an order, substantially in the form attached hereto as **Exhibit A**, granting leave to file the Reply.

**BASIS FOR RELIEF REQUESTED**

8. Local Rule 9006-1(d) states, "Reply papers . . . may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." Local Rule 9029-3(a) requires that agendas be filed by 12:00 p.m. (ET) two business days prior to the hearing.

9. The Debtors respectfully submit that cause exists to grant the relief requested by this Motion for Leave. As noted above, the Hearing is scheduled for October 19, 2021, at 10:00 a.m. (ET). Pursuant to Local Rule 9006-1(d), the Debtors had until October 14, 2021 at 4:00 p.m. (ET) to file any replies.

10. The Debtors submit that the Reply will aid the Court in its consideration of the issues that remain with regard to the Motion and will allow the Hearing to proceed more efficiently. The Reply will provide the Court with important information regarding the relief requested in the Motion, including discovery requests served in connection with confirmation that are directly subject to the Motion. Accordingly, the Debtors believe that, under the circumstances, there is cause to grant leave to file the Reply.

11. Additionally, no party will be prejudiced by the filing of the Reply as the Reply provides the parties with three days to review the Debtors' arguments addressing the arguments raised by the Objection Parties.

**NOTICE**

12. A copy of this Motion for Leave has been served upon the parties who were served with the Motion and any objectors thereto. In light of the nature of the relief requested in this Motion for Leave, the Debtors respectfully submit that no further notice is necessary.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request the entry of an order, substantially in the form attached hereto as **Exhibit B**, granting the Debtors leave to file the Reply, and such other and further relief as the Court deems just and proper.

Dated: October 15, 2021
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
   aremming@morrisnichols.com
   ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
   mlinder@whitecase.com
   laura.baccash@whitecase.com
   blair.warner@whitecase.com
ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION