# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 6359

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the *Combined Seventeenth Monthly Application of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From August 1, 2021 Through August 31, 2021* [Docket No. 6359] (the "Application"), filed on September 24, 2021, has been received.[2] The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than October 8, 2021 at 4:00 p.m. (ET).

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341], the Debtors are

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Young Conaway Stargatt & Taylor, LLP ("YCST") received informal comments from the United States Trustee and has agreed to a voluntary reduction of $307.92 in expenses. The amount of requested expenses ($8,819.12) reflects the reduced/withheld amount ($9,127.04 - $307.92 = $8,819.12).

26613663.16

now authorized to pay 80% ($361,794.00) of requested fees ($452,242.50) and 100% of requested expenses ($8,819.12) on an interim basis without further order of the Court.

Dated: October 15, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jared W. Kochenash*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com
jkochenash@ycst.com

*Counsel to the Future Claimants' Representative*

26613663.16

2