**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No.** |

**ORDER SUSTAINING THE DEBTORS' THIRD OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN (I) NO LIABILITY DELAWARE BSA CLAIMS
AND (II) SUBSTANTIVE DUPLICATE CLAIMS (NON-ABUSE CLAIMS)**

Upon the *Debtors' Third Omnibus (Substantive) Objection to Certain (I) No Liability Delaware BSA Claims and (II) Substantive Duplicate Claims (Non-Abuse Claims)* (the "Objection"),[2] of the debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, pursuant to Bankruptcy Code sections 105 and 502, Bankruptcy Rule 3007, and Local Rule 3007-1; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Objection and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection being adequate and appropriate under the particular circumstances; and the Court having considered the Phillips Declaration and found and determined that the relief sought in the Objection is in the best interests

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

of the Debtors, the Debtors' estates and creditors, and other parties in interest and that the legal

and factual bases set forth in the Objection establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Objection is sustained as provided herein.

2.      Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is

overruled on the merits.

3.      Each No Liability Delaware BSA Claim identified on **Schedule 1** hereto is

disallowed and expunged in its entirety.  The Remaining Claims listed in the column titled

"Remaining Claim" identified on **Schedule 1** hereto shall remain on the claims register, subject to

the Debtors' further objections on any substantive or non-substantive grounds and further order of

the Court.

4.      Each Substantive Duplicate Claim identified on **Schedule 2** hereto is disallowed

and expunged in its entirety.  The Remaining Claims listed in the column titled "Remaining Claim"

identified on **Schedule 2** hereto shall remain on the claims register, subject to the Debtors' further

objections on any substantive or non-substantive grounds and further order of the Court.

5.      The objection by the Debtors to the Disputed Claims, as addressed in the Objection

and the schedules hereto, constitutes a separate contested matter with respect to each such claim,

as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1.  This Order shall be deemed a

separate Order with respect to each Disputed Claim.

6.      Any stay of this Order pending appeal by any holder of a Disputed Claim or any

other party with an interest in such claims that are subject to this Order shall only apply to the

contested matter which involves such party and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters arising from the Objection or this Order.

7.        The Debtors and Omni are authorized to modify the official claims register for these chapter 11 cases in compliance with the terms of this Order and to take all steps necessary or appropriate to carry out the relief granted in this Order.

8.        Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Debtors may have to enforce rights of setoff against the claimants.

32.       Nothing in this Order, the Objection or the Phillips Declaration shall be deemed or construed: (a) as a waiver of the Debtors' rights to dispute or otherwise object to any claim on any grounds or basis; (b) to waive or release any right, claim, defense, or counterclaim of the Debtors, or to estop the Debtors from asserting any right, claim, defense, or counterclaim; (c) as an approval or assumption of any agreement, contract, or lease, pursuant to section 365 of the Bankruptcy Code; or (d) as an admission that any obligation is entitled to administrative priority or any such contract or agreement is executory or unexpired for purposes of section 365 of the Bankruptcy Code or otherwise.

9.        This Order is immediately effective and enforceable.

10.       The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**<u>Schedule 1</u>**

**No Liability Delaware BSA Claims**

## Third Omnibus Objection (Substantive)
### Schedule 1 - No Liability Delaware BSA Claims

| | NO LIABILITY DELAWARE BSA CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1  DESIGNSENSORY<br>ATTN: JOSEPH NOTHER<br>1740 COMMONS POINT DR<br>KNOXVILLE, TN 37932 | 06/01/20 | Delaware BSA, LLC<br>20-10342 (LSS) | C342-2 | $ 3,996.61 | DESIGNSENSORY<br>ATTN: RONNIE ROCHELLE<br>CENTERPOINT<br>COMMONS BLDG 1<br>1740 COMMONS PT DR<br>KNOXVILLE, TN 37932 | 07/13/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-416 | $ 10,814.36 |

Reason: Claimant asserts liability against Delaware BSA, LLC that is also asserted against Boy Scouts of America as indicated in the column entitled "Remaining Claim." The claim is asserted with respect to an agency service fee and the Debtors have determined that Delaware BSA, LLC is not jointly liable with Boy Scouts of America for such obligation and is not a guarantor of such obligation. The Debtors have determined that Claim No. 2 should be disallowed against Delaware BSA, LLC and Claim No. 416, which accounts for the liabilities asserted by the claimant in both Claim No. 2 and Claim No. 3 and is properly asserted against Boy Scouts of America, should remain.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2  DESIGNSENSORY<br>ATTN: JOSEPH NOTHER<br>1740 COMMONS POINT DR<br>KNOXVILLE, TN 37932 | 06/01/20 | Delaware BSA, LLC<br>20-10342 (LSS) | C342-3 | $ 6,817.75 | DESIGNSENSORY<br>ATTN: RONNIE ROCHELLE<br>CENTERPOINT<br>COMMONS BLDG 1<br>1740 COMMONS PT DR<br>KNOXVILLE, TN 37932 | 07/13/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-416 | $ 10,814.36 |

Reason: Claimant asserts liability against Delaware BSA, LLC that is also asserted against Boy Scouts of America as indicated in the column entitled "Remaining Claim." The claim is asserted with respect to an agency service fee and the Debtors have determined that Delaware BSA, LLC is not jointly liable with Boy Scouts of America for such obligation and is not a guarantor of such obligation. The Debtors have determined that Claim No. 3 should be disallowed against Delaware BSA, LLC and Claim No. 416, which accounts for the liabilities asserted by the claimant in both Claim No. 2 and Claim No. 3 and is properly asserted against Boy Scouts of America, should remain.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3  JOSEPH S COCO<br>ADDRESS REDACTED | 10/13/20 | Delaware BSA, LLC<br>20-10342 (LSS) | C342-17 | $ 16,005.97 | JOSEPH S COCO<br>ADDRESS REDACTED | 07/13/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-403 | $ 16,005.97* |

Reason: Claimant asserts liabilities against Delaware BSA, LLC that are also asserted against Boy Scouts of America as indicated in the column entitled "Remaining Claim." The claim is asserted with respect to the same Retirement Beneft Restoration Plan obligation, and the Debtors have determined that Delaware BSA, LLC is not jointly liable with Boy Scouts of America for such obligation and is not a guarantor of such obligation. The Debtors have determined that Claim No. 17 should be disallowed against Delaware BSA, LLC and Claim No. 403, which is properly asserted against Boy Scouts of America, should remain.

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

* Indicates claim contains unliquidated and/or undetermined amounts

** The Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.

## Third Omnibus Objection (Substantive)
## Schedule 1 - No Liability Delaware BSA Claims

| | | NO LIABILITY DELAWARE BSA CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM** | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 4 MINOR [458]<br><br>ATTN: KEVIN GENNUSA<br>4405 N I-10 SERVICE RD<br>STE 200<br>METAIRIE, LA 70006 | 11/10/20 | Delaware BSA, LLC<br>20-10342 (LSS) | C342-458 | $ 2,943,252.01 | CREDITOR 3450<br><br>ATTN: KEVIN GENNUSA<br>4405 N I-10 SERVICE RD<br>STE 200<br>METAIRIE, LA 70006 | 11/10/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-3450 | $ 2,943,252.01* |
| Reason: Claimant asserts liabilities against Delaware BSA, LLC that are also asserted against Boy Scouts of America as indicated in the column entitled "Remaining Claim." The claim is asserted with respect to the same personal injury liability, and the Debtors have determined that Delaware BSA, LLC is not jointly liable with Boy Scouts of America for such obligation and is not a guarantor of such obligation. The Debtors have determined that Claim No. C342-458 should be disallowed against Delaware BSA, LLC and Claim No. C343-3450, which is properly asserted against Boy Scouts of America, should remain. | | | | | | | | | |
| 5 PEGGY CHESTNUTT<br>ADDRESS REDACTED | 06/26/20 | Delaware BSA, LLC<br>20-10342 (LSS) | C342-4 | $ 1,240,000.00 | PEGGY CHESTNUTT<br>ADDRESS REDACTED | 06/26/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-104 | $ 1,240,000.00 |
| Reason: Claimant asserts liabilities against Delaware BSA, LLC that are also asserted against Boy Scouts of America as indicated in the column entitled "Remaining Claim." The claim is asserted with respect to the same employee pension obligation, and the Debtors have determined that Delaware BSA, LLC is not jointly liable with Boy Scouts of America for such obligation and is not a guarantor of such obligation. The Debtors have determined that Claim No. 4 should be disallowed against Delaware BSA, LLC and Claim No. 104, which is properly asserted against Boy Scouts of America, should remain. | | | | | | | | | |
| 6 SHERILYN APPLEWHITE<br>C/O STARK & STARK PC<br>ATTN: DAVID SCHMID<br>993 LENOX DR, BLDG 2<br>LAWRENCEVILLE, NJ<br>08648 | 11/09/20 | Delaware BSA, LLC<br>20-10342 (LSS) | C342-411 | $ 15,000,000.00 | SHERILYN APPLEWHITE<br>C/O STARK & STARK PC<br>ATTN: DAVID SCHMID<br>993 LENOX DR, BLDG 2<br>LAWRENCEVILLE, NJ<br>08648 | 11/09/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-3127 | $ 15,000,000.00 |
| Reason: Claimant asserts liabilities against Delaware BSA, LLC that are also asserted against Boy Scouts of America as indicated in the column entitled "Remaining Claim." The claim is asserted with respect to the same personal injury liability, and the Debtors have determined that Delaware BSA, LLC is not jointly liable with Boy Scouts of America for such obligation and is not a guarantor of such obligation. The Debtors have determined that Claim No. 411 should be disallowed against Delaware BSA, LLC and Claim No. 3127, which is properly asserted against Boy Scouts of America, should remain. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

\*\* The Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.

## Third Omnibus Objection (Substantive)
## Schedule 1 - No Liability Delaware BSA Claims

| | NO LIABILITY DELAWARE BSA CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | TREASURER OF VIRGINIA C/O VIRGINIA DEPT OF THE TREASURY ATTN: VICKI D BRIDGEMAN UNCLAIMED PROPERTY DIV P.O. BOX 2478 RICHMOND, VA 23218-2478 | 07/14/20 | Delaware BSA, LLC 20-10342 (LSS) | C342-5 | Undetermined* | TREASURER OF VIRGINIA C/O VIRGINIA DEPT OF THE TREASURY ATTN: VICKI D BRIDGEMAN UNCLAIMED PROPERTY DIV P.O. BOX 2478 RICHMOND, VA 23218-2478 | 07/14/20 | Boy Scouts of America 20-10343 (LSS) | C343-128 | Undetermined* |

Reason: Claimant asserts liabilities against Delaware BSA, LLC that are also asserted against Boy Scouts of America as indicated in the column entitled "Remaining Claim." The claim is asserted with respect to the same unclaimed property liability, and the Debtors have determined that Delaware BSA, LLC is not jointly liable with Boy Scouts of America for such obligation and is not a guarantor of such obligation. The Debtors have determined that Claim No. 5 should be disallowed against Delaware BSA, LLC and Claim No. 128, which is properly asserted against Boy Scouts of America, should remain.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | W.W. GRAINGER INC ATTN: MARCIA HECK 401 S WRIGHT RD, W4W R47 JANESVILLE, WI 53546 | 07/13/20 | Delaware BSA, LLC 20-10342 (LSS) | C342-19 | $ 1,707.85 | W.W. GRAINGER INC ATTN: MARCIA HECK 401 S WRIGHT RD, W4W R47 JANESVILLE, WI 53546 | 07/13/20 | Boy Scouts of America 20-10343 (LSS) | C343-196 | $ 1,707.85 |

Reason: Claimant asserts liabilities against Delaware BSA, LLC that are also asserted against Boy Scouts of America as indicated in the column entitled "Remaining Claim." The claim is asserted with respect to the same invoices due on goods sold, and the Debtors have determined that Delaware BSA, LLC is not jointly liable with Boy Scouts of America for such obligation and is not a guarantor of such obligation. The Debtors have determined that Claim No. 19 should be disallowed against Delaware BSA, LLC and Claim No. 196, which is properly asserted against Boy Scouts of America, should remain.

* Indicates claim contains unliquidated and/or undetermined amounts

** The Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.

## Schedule 2

**Substantive Duplicate Claims**

## Third Omnibus Objection (Substantive)
## Schedule 2 - Substantive Duplicate Claims

| | SUBSTANTIVE DUPLICATE CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | AAF HAULING, INC ATTN: FLOYD GRIEGO P.O. BOX 415 GUADALUPITA, NM 87722 | 07/20/20 | Boy Scouts of America 20-10343 (LSS) | C343-210 | $ 7,737.47 | AAF HAULING C/O FAIR HARBOR CAPITAL LLC ATTN: VICTOR KNOX P.O. BOX 237037 NEW YORK, NY 10023 | 10/19/20 | Boy Scouts of America 20-10343 (LSS) | C343-427 | $ 7,737.47 |

Reason: Claimant asserts liability with respect to the same invoice due on services rendered that is also asserted in the Remaining Claim. The Debtors have conferred with Fair Harbor Capital LLC and understand that Claim No. C343-427, which was subsequently filed pursuant to an agency agreement, is the correct Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | AAF HAULING, LLC ATTN: FLOYD GRIEGO P.O. BOX 415 GUADALUPITA, NM 87701 | 07/02/20 | Boy Scouts of America 20-10343 (LSS) | C343-121 | $ 7,737.47 | AAF HAULING C/O FAIR HARBOR CAPITAL LLC ATTN: VICTOR KNOX P.O. BOX 237037 NEW YORK, NY 10023 | 10/19/20 | Boy Scouts of America 20-10343 (LSS) | C343-427 | $ 7,737.47 |

Reason: Claimant asserts liability with respect to the same invoice due on services rendered that is also asserted in the Remaining Claim. The Debtors have conferred with Fair Harbor Capital LLC and understand that Claim No. C343-427, which was subsequently filed pursuant to an agency agreement, is the correct Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | CHARLES KEATHLEY ADDRESS REDACTED | 09/11/20 | Boy Scouts of America 20-10343 (LSS) | C343-335 | $ 69,464.00 | CHARLES KEATHLEY ADDRESS REDACTED | 09/14/20 | Boy Scouts of America 20-10343 (LSS) | C343-361 | $ 69,464.33 |

Reason: Claim No. C343-335 asserts the same liability with respect to the BSA's National Council Restoration Plan as Claim No. C343-361. As such, Claim No. C343-335 is a duplicative claim on account of the same obligation as Claim No. C343-361, and the Debtors should not be required to pay a claimant twice on account of the same obligation or debt. Claim No. C343-335 should be disallowed and Claim No. C343-361 should remain on the claims register.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | JOSEPH S COCO ADDRESS REDACTED | 07/13/20 | Boy Scouts of America 20-10343 (LSS) | C343-403 | $ 16,005.97* | JOSEPH S COCO ADDRESS REDACTED | 10/13/20 | Boy Scouts of America 20-10343 (LSS) | C343-400 | $ 16,005.97 |

Reason: Claim No. C343-403 asserts the same liability with respect to the BSA's National Council Restoration Plan as Claim No. C343-400. As such, Claim No. C343-403 is a duplicative claim on account of the same obligation as Claim No. C343-400, and the Debtors should not be required to pay a claimant twice on account of the same obligation or debt. Claim No. C343-403 should be disallowed and Claim No. C343-400 should remain on the claims register.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | ROSS II, DAVID J ADDRESS REDACTED | 08/19/20 | Boy Scouts of America 20-10343 (LSS) | C343-281 | $ 904,795.26 | ROSS II, DAVID J ADDRESS REDACTED | 09/11/20 | Boy Scouts of America 20-10343 (LSS) | C343-334 | $ 904,795.00 |

Reason: Claim No. C343-281 asserts the same liability with respect to the BSA's National Council Restoration Plan as Claim No. C343-334. As such, Claim No. C343-281 is a duplicative claim on account of the same obligation as Claim No. C343-334, and the Debtors should not be required to pay a claimant twice on account of the same obligation or debt. Claim No. C343-281 should be disallowed, and the subsequently-filed Claim No. C343-334 should remain on the claims register.

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

\* Indicates claim contains unliquidated and/or undetermined amounts

\*\* The Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.

## Third Omnibus Objection (Substantive)
## Schedule 2 - Substantive Duplicate Claims

| | SUBSTANTIVE DUPLICATE CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 THE PROBAR LLC ATTN: JULIE OCKLER 190 N APOLLO RD SALT LAKE CITY, UT 84116 | 04/24/20 | Boy Scouts of America 20-10343 (LSS) | C343-47 | $ 143,132.84 | THE PROBAR LLC ATTN: JULIE OCKLER 190 N APOLLO RD SALT LAKE CITY, UT 84116 | 06/09/20 | Boy Scouts of America 20-10343 (LSS) | C343-75 | $ 143,132.84 |

Reason: Claim No. C343-47 asserts the same liability with respect to goods sold as subsequently-filed Claim No. C343-75, which asserts the same amount as a section 503(b)(9) administrative expense claim As such, Claim No. C343-47 is a duplicative claim on account of the same obligation as Claim No. C343-75, and the Debtors should not be required to pay a claimant twice on account of the same obligation or debt. Claim No. C343-47 should be disallowed, and Claim No. C343-75 should remain on the claims register.

\* Indicates claim contains unliquidated and/or undetermined amounts

\*\* The Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.