# Exhibit A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. ___ |

**ORDER SUSTAINING DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) AMENDED AND SUPERSEDED CLAIMS AND (II) INCORRECT DEBTOR CLAIMS (NON-ABUSE CLAIMS)**

Upon the *Debtors' Fourth Omnibus (Non-Substantive) Objection to Certain (I) Amended and Superseded Claims and (II) Incorrect Debtor Claims* (the "Objection")[2] of the debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, pursuant to Bankruptcy Code sections 105 and 502, Bankruptcy Rule 3007, and Local Rule 3007-1; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Objection and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection being adequate and appropriate under the particular circumstances; and the Court having considered the Phillips Declaration and found and determined that the relief sought in the Objection is in the best interests of the Debtors, the Debtors' estates and creditors, and other parties in interest and that the legal and factual bases set forth in the

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

1

Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Objection is sustained as provided herein.

2. Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is overruled on the merits.

3. Each Amended and Superseded Claim listed in the column titled "Amended Claim to be Disallowed" identified on **Schedule 1** hereto is disallowed and expunged in its entirety. The Amended and Superseded Claims listed in the column titled "Remaining Claim" identified on **Schedule 1** hereto shall remain on the Claim Register, subject to the Debtors' further objections on any substantive or non-substantive grounds.

4. Each Incorrect Debtor Claims identified on **Schedule 2** hereto are reassigned as claim against the correct Debtor, as noted in the column marked "Correct Debtor" on **Schedule 2** hereto, provided, however, that each such Incorrect Debtor Claims may be subject to further modification or disallowance by an order of the Court upon further objection by the Debtors on any substantive or non-substantive grounds.

5. The objection by the Debtors to the Disputed Claims, as addressed in the Objection and the schedules hereto, constitutes a separate contested matter with respect to each such claim, as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Disputed Claim.

6. Any stay of this Order pending appeal by any holder of a Disputed Claim or any other party with an interest in such claims that are subject to this Order shall only apply to the

contested matter which involves such party and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters arising from the Objection or this Order.

7. The Debtors and Omni are authorized to modify the official claims register for these chapter 11 cases in compliance with the terms of this Order and to take all steps necessary or appropriate to carry out the relief granted in this Order.

8. Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Debtors may have to enforce rights of setoff against the claimants.

9. Nothing in this Order, the Objection or the Phillips Declaration shall be deemed or construed: (a) as a waiver of the Debtors' rights to dispute or otherwise object to any claim on any grounds or basis; (b) to waive or release any right, claim, defense, or counterclaim of the Debtors, or to estop the Debtors from asserting any right, claim, defense, or counterclaim; (c) as an approval or assumption of any agreement, contract, or lease, pursuant to section 365 of the Bankruptcy Code; or (d) as an admission that any obligation is entitled to administrative priority or any such contract or agreement is executory or unexpired for purposes of section 365 of the Bankruptcy Code or otherwise.

10. This Order is immediately effective and enforceable.

11. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

## Schedule 1

**Amended and Superseded Claims**

## Fourth Omnibus Objection (Non-Substantive)
### Schedule 1 - Amended And Superseded Claims

| | AMENDED CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM ** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CDW DIRECT, LLC<br>ATTN: VIDA KRUG<br>200 N MILWAUKEE AVE<br>VERNON HILLS, IL 60061 | 02/24/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-1 | $ 9,208.97 | CDW, LLC<br>ATTN: VIDA KRUG<br>200 N MILWAUKEE AVE<br>VERNON HILLS, IL 60061 | 01/12/21 | Boy Scouts of America<br>20-10343 (LSS) | C343-14100 | $ 9,024.76 |
| | Reason: Claim No. 14100 amends and supersedes Claim No. 1. | | | | | | | | | |
| 2 | GEROLAMO MCNUTTY, DIVIS & LEWBART, PC<br>121 S BROAD ST, STE 1400<br>PHILADELPHIA, PA 19107 | 08/15/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-318 | $ 2,560.00 | GEROLAMO, MCNULTY, DIVIS & LEWBART<br>ATTN: KELLY FOX<br>121 S BROAD ST, STE 1400<br>PHILADELPHIA, PA 19107 | 02/16/21 | Boy Scouts of America<br>20-10343 (LSS) | C343-14471 | $ 2,360.00 |
| | Reason: Claim No. 14471 amends and supersedes Claim No. 318. | | | | | | | | | |
| 3 | JEREMIAH VANCE<br>6437 SOUTHPOINT DR<br>DALLAS, TX 75248 | 11/12/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-5211 | Undetermined* | JEREMIAH VANCE<br>6437 SOUTHPOINT DR<br>DALLAS, TX 75248 | 11/12/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-5213 | Undetermined* |
| | Reason: Claim No. 5213 amends and supersedes Claim No. 5211. | | | | | | | | | |
| 4 | TEXAS WORKFORCE COMMISSION<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY & COLLECTIONS DIV<br>P.O. BOX 12548 MC-008<br>AUSTIN, TX 78711-2548 | 03/16/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-28 | $ 38,815.07 | TEXAS WORKFORCE COMMISSION<br>C/O OFFICE OF ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIV<br>P.O. BOX 12548, MC-008<br>AUSTIN, TX 78711-2548 | 05/18/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-61 | $ 96,663.20 |
| | Reason: Claim No. 61 amends and supersedes Claim No. 28. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

\*\* The Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.

Page 1 of 2

Fourth Omnibus Objection (Non-Substantive)
Schedule 1 - Amended And Superseded Claims

| | AMENDED CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | TEXAS WORKFORCE COMMISSION<br>C/O ATTORNEY GENERAL, STATE OF TEXAS<br>ATTN: COLLECTION DIV, BANKRUPTCY SEC<br>P.O. BOX 12548<br>AUSTIN, TX 78711 | 05/18/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-60 | $ 102,334.09 | TEXAS WORKFORCE COMMISSION<br>REGULATORY INTEGRITY DIVISION - SAU<br>OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY COLLECTION DIV MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | 07/20/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-354 | $ 427,711.59 |
| | Reason: Claim No. 354 amends and supersedes Claim No. 60. | | | | | | | | | |
| 6 | TEXAS WORKFORCE COMMISSION<br>C/O OFFICE OF ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIV<br>P.O. BOX 12548, MC-008<br>AUSTIN, TX 78711-2548 | 05/18/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-61 | $ 96,663.20 | TEXAS WORKFORCE COMMISSION<br>C/O OFFICE OF ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS<br>P.O. BOX 12548, MC-0008<br>AUSTIN, TX 78711-2548 | 07/15/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-129 | $ 160,237.47 |
| | Reason: Claim No. 129 amends and supersedes Claim No. 61. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

\*\* The Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.

## Schedule 2

**Incorrect Debtor Claims**

## Fourth Omnibus Objection (Non-Substantive)
### Schedule 2 - Incorrect Debtor Claims

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECT DEBTOR** | CORRECT PRIORITY STATUS | CORRECT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BC SALES AND SOURCING ATTN: JOHN SCANLON 13712 W 80TH ST LENEXA, KS 66215 | C342-1073 | Delaware BSA, LLC | Priority | $12,292.00 | Boy Scouts of America | Priority | $12,292.00 |
| | | | Delaware BSA, LLC | Unsecured | $3,082.01 | Boy Scouts of America | Unsecured | $3,082.01 |
| | | | | Subtotal | $15,374.01 | | Subtotal | $15,374.01 |

Reason: This claim should properly be asserted against the BSA. Delaware BSA is a non-operating entity that has no liability on this claim. The liability, if any, would fall under the BSA. Delaware BSA is not jointly or severally liable with the BSA for such obligation, and is not a guarantor of such obligation.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECT DEBTOR | CORRECT PRIORITY STATUS | CORRECT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | DONALD MCCHESNEY ADDRESS REDACTED | C342-12 | Delaware BSA, LLC | Unsecured | $328,739.51 | Boy Scouts of America | Unsecured | $328,739.51 |

Reason: This claim should properly be asserted against the BSA. Delaware BSA is a non-operating entity that has no liability on this claim. The liability, if any, would fall under the BSA. Delaware BSA is not jointly or severally liable with the BSA for such obligation, and is not a guarantor of such obligation.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECT DEBTOR | CORRECT PRIORITY STATUS | CORRECT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | JOSHUA JAMES SQUIRRELL ADDRESS REDACTED | C342-8 | Delaware BSA, LLC | Unsecured | $257.30 | Boy Scouts of America | Unsecured | $257.30 |

Reason: This claim should properly be asserted against the BSA. Delaware BSA is a non-operating entity that has no liability on this claim. The liability, if any, would fall under the BSA. Delaware BSA is not jointly or severally liable with the BSA for such obligation, and is not a guarantor of such obligation.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECT DEBTOR | CORRECT PRIORITY STATUS | CORRECT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | REDACTED MINOR CLAIM 1 BRETT SENENTZ, AMANDA SENETZ ON BEHALF OF THEIR MINOR SON AS C/O CHAMBLISS, BAHNER & STOPHERL ATTN: JEFFREY GRANILLO 605 CHESTNUT ST, STE 1700 CHATTANOOGA, TN 37450 | C342-1 | Delaware BSA, LLC | Unsecured | $10,000,000.00* | Boy Scouts of America | Unsecured | $10,000,000.00* |

Reason: This claim should properly be asserted against the BSA. Delaware BSA is a non-operating entity that has no liability on this claim. The liability, if any, would fall under the BSA. Delaware BSA is not jointly or severally liable with the BSA for such obligation, and is not a guarantor of such obligation.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECT DEBTOR | CORRECT PRIORITY STATUS | CORRECT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | WILLIE ILES, JR ADDRESS REDACTED | C342-9 | Delaware BSA, LLC | Unsecured | $229,000.00 | Boy Scouts of America | Unsecured | $229,000.00 |

Reason: This claim should properly be asserted against the BSA. Delaware BSA is a non-operating entity that has no liability on this claim. The liability, if any, would fall under the BSA. Delaware BSA is not jointly or severally liable with the BSA for such obligation, and is not a guarantor of such obligation.

| | TOTAL | | | | $ 10,573,370.82* | TOTAL | | $ 10,573,370.82* |
|---|---|---|---|---|---|---|---|---|

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

\* Indicates claim contains unliquidated and/or undetermined amounts

\*\* The Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.