## Exhibit B

**Phillips Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF STEPHANIE PHILLIPS IN SUPPORT OF
DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CERTAIN (I) AMENDED AND SUPERSEDED CLAIMS AND
(II) INCORRECT DEBTOR CLAIMS (NON-ABUSE CLAIMS)**

I, Stephanie Phillips, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Controller at the Boy Scouts of America (the "BSA") and have served in this capacity for 11 years. I submit this declaration (this "Declaration") in support of the *Debtors' Fourth Omnibus (Non-Substantive) Objection to Certain (I) Amended and Superseded Claims and (II) Incorrect Debtor Claims (Non-Abuse Claims)* (the "Objection"),[2] dated as of the date hereof and filed contemporaneously herewith.

2. I am over the age of eighteen and am authorized by the BSA and Delaware BSA, LLC ("Delaware BSA") to submit this Declaration. All statements in this Declaration are based upon my personal knowledge, my review (or the review of others under my supervision) of (a) books and records kept by the Debtors in the ordinary course of business, (b) the relevant proofs

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

of claim, (c) the Schedules, and/or (d) the official register of claims filed in the chapter 11 cases. If called as a witness, I could and would competently testify to the facts set forth in this Declaration.

3. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, considerable time and resources have been expended to review and reconcile the proofs of claim filed against the Debtors in these chapter 11 cases. The proofs of claim subject to the Objection were carefully reviewed and analyzed in good faith using due diligence by myself, appropriate personnel of the Debtors, Alvarez & Marsal North America LLC, Omni, White & Case LLP, and Morris, Nichols, Arsht & Tunnell LLP.

## AMENDED AND SUPERSEDED CLAIMS

4. Based upon the review and analysis of the Amended and Superseded Claims listed on **Schedule 1** to the Proposed Order by myself and my team, each Amended and Superseded Claim listed under the column "Amended Claim to be Disallowed" has been amended and superseded by a proof of claim subsequently filed by the same claimant and on account of the same liability as those listed in the column titled "Remaining Claim."[3]

5. The relief requested in this Objection is necessary to prevent the allowance of the Amended and Superseded Claims, which by their nature have been superseded and remain on the claims Register only as a technicality. Disallowance of these claims that have been amended and superseded will enable the claims register to reflect more accurately the claims asserted against the Debtors. The claimants holding Amended and Superseded Claims will not be prejudiced by having their respective Amended and Superseded Claims disallowed and expunged because each Remaining Claim will remain on the claims register, subject to the Debtors' ongoing rights to

---

[3] For the avoidance of doubt, the Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.

object to the Remaining Claims on these or any other applicable grounds, including other grounds set forth in the Debtors' subsequent omnibus objections.

## INCORRECT DEBTOR CLAIMS

9.  Based upon a review and analysis of the Incorrect Debtor Claims listed on **Schedule 2**, the Debtors have found no evidence indicating that such claimants hold a claim against the asserted Debtor, Delaware BSA, LLC.  As such, the Incorrect Debtor Claims fail to establish a valid legal or factual basis for asserting a claim against the named Debtor.  The Debtors have determined that the Incorrect Debtor Claims are appropriately asserted against Debtor BSA.  Delaware BSA is a non-operating entity and is not jointly and severally liable with BSA with respect to any liabilities, except as a guarantor of certain prepetition secured obligations of the BSA owed to JPMorgan Chase Bank, National Association.

10.  Reassigning the Incorrect Debtor Claims against the correct Debtor BSA will enable the Debtors to maintain a more accurate claims register.  As such, the Incorrect Debtor Claims should be reassigned as claims against the Debtor appearing in the "Correct Debtor" column of **Schedule 2** to the Proposed Order.  The claimants holding the Incorrect Debtor Claims will not be prejudiced by this relief as the Incorrect Debtor Claims will remain on the claims register, albeit against the correct Debtor, subject to the Debtors' ongoing rights to object to the Incorrect Debtor Claims on any other applicable grounds, including other grounds set forth in the Debtors' subsequent omnibus objections.[4]

11.  The information contained in the Objection and in the schedules attached to the Proposed Order is true and correct to the best of my knowledge, information and belief.

---

[4] For the avoidance of doubt, the Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: October 15, 2021

/s/ *Stephanie Phillips*

Stephanie Phillips
Controller
BOY SCOUTS OF AMERICA