# Exhibit A

**Satisfied Proofs of Claims**

Second Notice of Satisfaction
Exhibit A: Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | CITY OF MEMPHIS<br>P.O. BOX 185<br>MEMPHIS, TN 38101 | 8/18/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-248 | $ 150.53* | Claim satisfied pursuant to Final Taxes Order. Claim paid in full via Wire No. 54081920 on 8/19/2020. |
| 2 | ESIS, INC<br>C/O DUANE MORRIS LLP<br>ATTN: WENDY M SIMKULAK<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103 | 11/13/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-6185 | $ 27,065.00* | Postpetition claim satisfied in full in the ordinary course as a postpetition liability. Claim paid in full via ACH no. 00001157 on 3/17/21, ACH no. 00001158 on 3/17/21, ACH no. 00001159 on 3/17/21, ACH no. 00001160 on 3/17/21, and ACH no. 00001000 on 11/18/20. |
| 3 | LOS COLINAS COMFORT SUITES<br>ATTN: CHERI FLYNN<br>1223 GREENWAY CIR<br>IRVING, TX 75038 | 7/9/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-413 | $ 102.35 | Claim satisfied pursuant to Final Critical Vendors Order. Claim paid in full via CHK No. 1221842 dated 01/10/2019. |
| 4 | NELSON WESTERBERG, INC<br>ATTN: FRAN NELSON<br>1500 ARTHUR AVE<br>ELK GROVE, IL 60007 | 5/1/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-52 | $ 17,754.92 | Claim satisfied pursuant to Final Employee Wage Order. The Debtors paid the claimant via check no. 00080132 on 10/28/2020. |
| 5 | TARRANT COUNTY<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N STEMMONS FWY, STE 1000<br>DALLAS, TX 75207 | 2/28/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-8 | $ 4,682.98 | Claim satisfied pursuant Final Taxes Order. Claim paid in full via Wire No. 15012821 dated 1/28/2021 and Wire No. 17012821 on 1/28/2021. |
| 6 | TEXAS WORKFORCE COMMISSION<br>C/O OFFICE OF ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>P.O. BOX 12548, MC-0008<br>AUSTIN, TX 78711-2548 | 7/15/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-129 | $ 160,237.47 | Claim satisfied pursuant to Final Employee Wage Order. Claim paid in full via Check Nos. 01349923, 01351770, and 01351953 dated on 9/16/2020, 1/13/2021 and 1/27/2021, respectively. |
| 7 | TEXAS WORKFORCE COMMISSION REGULATORY INTEGRITY DIVISION - SAU<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY COLLECTION DIV MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | 7/20/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-354 | $ 427,711.59 | Claim satisfied pursuant to Final Employee Wage Order. Claim paid in full via Check No. 01349923 dated 9/16/2020 and Check No. 01351770 dated 1/13/2021. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Second Notice of Satisfaction
Exhibit A: Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 8 | WAUKESHA WATER UTILITY ATTN: TINA LYNNE KADRICH P.O. BOX 1648 WAUKESHA, WI 53187 | 3/24/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-39 | $ 568.00 | Claim satisfied pursuant to Final Shared Services Order. Claim paid in full via Check No. 9381 dated 02/19/2021. |
| | | | | | TOTAL | $ 638,272.84* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts