# Exhibit B

**Partially Satisfied Proofs of Claim**

## Second Notice of Satisfaction
## Exhibit B: Partially Satisfied Claims

| | NAME | CLAIM# | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | EAN SERVICES LLC<br>ATTN: MARY BUSHYHEAD<br>14002 E 21ST ST, STE 1500<br>TULSA, OK 74134 | C343-67 | Boy Scouts of America | Unsecured | $15,780.25 | Boy Scouts of America | Unsecured | $9,094.01 |

Reason: According to the Debtors' books and records, the valid claim amount is $9,094.01. A total of 97 invoices were claimed in the amount of $15,780.25. Of the 97 claimed invoices, 47 invoices contain claimed amounts determined by the Debtors to be partially or wholly related to postpetition liabilities. These postpetition liabilities were paid in the amount of $6,686.25. Therefore, the claim should be reduced by that paid amount. Invoice-level payment detail is voluminous and available upon request.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | FLOYD, PFLUEGER & RINGER, P.S.<br>ATTN: THOMAS B NEDDERMAN<br>200 W THOMAS ST, STE 500<br>SEATTLE, WA 98119 | C343-420 | Boy Scouts of America | Unsecured | $1,654.00 | Boy Scouts of America | Unsecured | $558.00 |

Reason: According to the Debtors' books and records, the valid claim amount is $558. Invoices 60934 and 60935 were claimed in the amounts $1,032 and $622, and a portion of each invoice contains postpetition liabilities: $548 for invoice 60934 and an additional $548 for invoice 60935. These invoices were paid via ACH no. 00001148 on 3/3/21. Therefore, the claim should be reduced by $1,096.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | FRANKLIN COVEY CLIENT SALES INC<br>ATTN: FRANKLIN COVEY<br>P.O. BOX 25127<br>SALT LAKE CITY, UT 84125 | C343-98 | Boy Scouts of America | 503(b)(9) | $19,350.00 | Boy Scouts of America | 503(b)(9) | $898.77 |
| | | | Boy Scouts of America | Unsecured | $2,447.63 | Boy Scouts of America | Unsecured | $2,447.63 |
| | | | | Subtotal | $21,797.63 | | Subtotal | $3,346.40 |

Reason: Given that the service dates for this invoice span from 2/1/2020 - 1/31/2021, the majority of the invoice, $18,451.23, is a postpetition liability. The $18,451.23 postpetition liability was paid in full via Check No. 01352345 dated 3/3/2021.

| | | | | TOTAL | $ 39,231.88 | | TOTAL | $ 12,998.41 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |