## Exhibit A

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**August 1, 2021 through August 31, 2021**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 9.7 | $5,527.50 |
| Cash | 120.3 | $69,895.00 |
| Claims | 9.9 | $6,060.00 |
| Contracts | 3.0 | $1,585.00 |
| Court | 65.0 | $53,160.00 |
| Employee | 6.6 | $3,987.50 |
| Fee Applications | 4.2 | $1,805.00 |
| Financial Analysis | 299.7 | $189,665.00 |
| Info Req | 17.8 | $12,650.00 |
| Litigation | 103.7 | $100,550.00 |
| MOR | 11.4 | $7,055.00 |
| Motions/Orders | 1.1 | $702.50 |
| Plan DS | 116.1 | $79,445.00 |
| Statement & Schedules | 0.4 | $260.00 |
| Status Meeting | 33.4 | $26,475.00 |
| Travel | 6.0 | $6,450.00 |
| Vendor Management | 0.4 | $300.00 |
| *Subtotal* | 808.7 | $565,572.50 |
| *Voluntary Reduction - General* | -8.7 | -$4,425.00 |
| *Total* | 800.0 | $561,147.50 |