## Exhibit B

**Summary of Time Detail by Professional**

*Exhibit B*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### August 1, 2021 through August 31, 2021

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,075.00 | 135.5 | $145,662.50 |
| Erin McKeighan | Managing Director | $900.00 | 2.4 | $2,160.00 |
| Trevor Phillips | Managing Director | $725.00 | 0.3 | $217.50 |
| Carl Binggeli | Director | $750.00 | 155.5 | $116,625.00 |
| Robert Edgecombe | Director | $525.00 | 3.3 | $1,732.50 |
| Ryan Walsh | Senior Associate | $675.00 | 173.9 | $117,382.50 |
| Tim Deters | Senior Associate | $650.00 | 121.5 | $78,975.00 |
| Christian Schoerner | Associate | $375.00 | 0.4 | $150.00 |
| Gerard Gigante | Consultant | $525.00 | 8.3 | $4,357.50 |
| Davis Jochim | Analyst | $475.00 | 125.3 | $59,517.50 |
| Lewis Kordupel | Analyst | $475.00 | 80.3 | $38,142.50 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 2.0 | $650.00 |
| | | *Subtotal* | 808.7 | $565,572.50 |
| | | *Voluntary Reduction - General* | -8.7 | -$4,425.00 |
| | | *Total* | 800.0 | $561,147.50 |