## **Exhibit E**

**Summary of Expense Detail by Category**

*Exhibit E*

## Boy Scouts of America and Delaware BSA, LLC
## Summary of Expense Detail by Category August 1, 2021 through August 31, 2021

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $624.60 |
| Lodging | $1,395.70 |
| Meals | $142.14 |
| Miscellaneous | $993.63 |
| Transportation | $410.82 |
| **Total** | **$3,566.89** |