## Exhibit F

**Expense Detail by Category Professional**

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### August 1, 2021 through August 31, 2021

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 8/15/2021 | $337.76 | Airfare one-way coach Chicago/New York (8/18/2021). |
| Brian Whittman | 8/16/2021 | $286.84 | Airfare one-way coach New York/Chicago (8/20/2021). |
| **Expense Category Total** | | **$624.60** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 8/4/2021 | $944.10 | Hotel in New York - 3 nights. |
| Brian Whittman | 8/19/2021 | $451.60 | Hotel in New York - 2 nights. |
| **Expense Category Total** | | **$1,395.70** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 8/2/2021 | $68.52 | Out of town dinner - B. Whittman. |
| Brian Whittman | 8/5/2021 | $58.00 | Out of town breakfast - B. Whittman, R. Walsh - 2. |
| Brian Whittman | 8/18/2021 | $15.62 | Out of town dinner - B. Whittman. |
| **Expense Category Total** | | **$142.14** | |

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Erin McKeighan | 8/31/2021 | $993.63 | CMS Monthly Data Storage Fee. |
| **Expense Category Total** | | **$993.63** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 8/5/2021 | $168.00 | Parking at Chicago Airport. |

*Exhibit F*

***Boy Scouts of America and Delaware BSA, LLC***
***Expense Detail by Category***
***August 1, 2021 through August 31, 2021***

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 8/5/2021 | $70.87 | Taxi from Manhattan to New York Airport. |
| Brian Whittman | 8/11/2021 | $45.95 | Taxi from downtown to home (late night, following prep session at White & Case). |
| Brian Whittman | 8/12/2021 | $126.00 | Parking at Chicago Airport. |
| **Expense Category Total** | | **$410.82** | |
| *Grand Total* | | **$3,566.89** | |