# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF <u>PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)</u>
### (Reciprocity Industries, LLC)

**PLEASE TAKE NOTICE** that on the 12th day of October, 2021, true and correct copies of the *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* (the "<u>Subpoena</u>") was served on the party indicated therein. A copy of the Subpoena served is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that on the 12th day of October, 2021, copies of the Subpoena were also served on the Participating Parties listed on the attached **Exhibit B** in the manner indicated therein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:236569.1 85353/002

Dated: October 18, 2021     PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vic*e)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
Steven W. Golden (DE No. LP 0127)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: jstang@pszjlaw.com
      inasatir@pszjlaw.com
      kbrown@pszjlaw.com
      joneill@pszjlaw.com
      jlucas@pszjlaw.com
      sgolden@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

DOCS_DE:236569.1 85353/002