# Bill Sullivan

**From:** Bill Sullivan
**Sent:** Monday, September 27, 2021 11:09 AM
**To:** stamoulis@swdelaw.com
**Subject:** BSA - Subpoena to KLS Legal Solutions

Mr. Stamoulis:

I am counsel to Marc J. Bern & Partners LLP ("Bern & Partners") in the Boy Scouts bankruptcy case. I am writing with respect to the subpoena served on KLS Legal Solutions('KLS") on September 16, 2021.

KLS Legal Solutions has provided paralegal and legal assistant personnel to the Bern & Partners office In Philadelphia since July of 2017. You will note that the address on which Century served the KLS subpoena is the address of Bern & Partners Philadelphia office. Also, the KLS employees assisting Bern & Partners in the Boy Scouts case provided assistance solely with respect to clients of Bern & Partners, and did not provide assistance to any other entity or persons filing claims in this case.

Bern & Partners objects to the subpoena issued to KLS on the following grounds:
- KLS is not an aggregator, which is the only type of entity on whom the Court has permitted discovery to be taken pursuant to Century's 2004 motions,
- KLS was not included in the *Order Granting in Part Insurers' Motion for an Order Authorizing Certain Rule 2004 Discovery* [D.I. 1974, 1975] as a party Century is authorized to seek discovery from,
- The documents which are sought through the subpoena to KLS are protected by the attorney client privilege and work product doctrine, and
- The discovery is overly broad and unduly burdensome

The return date on the subpoena is tomorrow, September 28, 2021. Bern & Partner plans to file a motion to quash the subpoena later today. If you would like to confer on this matter further, please contact me.

Regards, Bill

William D. Sullivan, Esq.
**Sullivan Hazeltine Allinson LLC**
919 N. Market St., Suite 420, Wilmington, DE 19801
Office: (302) 428-8191    Cell: (302) 229-0111

1