# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC[1],<br><br>　　　　　Debtors. | :<br>:　Chapter 11<br>:<br>:　Case No. 20-10343 (LSS)<br>:<br>:　(Jointly Administered)<br>: |

## NOTICE OF INTENT OF ARCH INSURANCE COMPANY TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS

In accordance with the Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief [ECF 6528] (the "Confirmation Scheduling Order"), Arch Insurance Company, hereby provides notice of its intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, Arch Insurance Company agrees to comply with the deadlines set forth therein and the terms of the *Order Approving Confidentiality and Protective Order* [ECF 799].

1. The address of Arch Insurance Company is:

Arch Insurance Company
PO Box 542033
Omaha NE 68154

2. Arch Insurance Company is a party in interest in above-captioned bankruptcy case, as it issued several insurance policies to the Debtor.

3. The names and addresses of counsel to Arch Insurance Company are as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Ronald P. Schiller, Esquire<br>Sharon F. McKee, Esquire<br>Matthew A. Hamermesh, Esquire<br>Elizabeth C. Dolce, Esquire<br>Hangley Aronchick Segal Pudlin & Schiller<br>One Logan Square, 27th Floor<br>Philadelphia, Pa 19103 | Kathleen M. Miller (I.D. No. 2898)<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>P.O. Box 410<br>Wilmington, DE 19899 (courier 19801)<br>(302) 652-8400 |

 

SMITH, KATZENSTEIN & JENKINS LLP

Dated: October 18, 2021      */s/ Kathleen M. Miller*
Kathleen M. Miller (I.D. No. 2898)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899 (courier 19801)
Phone: (302) 652-8400
Fax: (302) 652-8405
kmiller@skjlaw.com

**HANGLEY ARONCHICK**
**SEGAL PUDLIN & SCHILLER**
Ronald P. Schiller
Sharon F. Mckee
Matthew A. Hamermesh
Elizabeth C. Dolce
One Logan Square, 27th Floor
Philadelphia, PA 19103
T: (215) 568-6200
F: (215) 568-0300
E: rschiller@hangley.com
smckee@hangley.com
mhamermesh@hangley.com
edolce@hangley.com

*Counsel for Arch Insurance Company*