**CERTIFICATE OF SERVICE**

      I, Kathleen M. Miller, hereby certify that on October 18, 2021, I caused to be served a true and correct copy of the Notice of Intent of Arch Insurance Company to Participate in Plan Confirmation Proceedings via CM/ECF on all parties requesting electronic notification in this case and via electronic mail to the parties set forth on the attached service list, unless otherwise noted.

                                            */s/ Kathleen M. Miller*
                                            Kathleen M. Miller (I.D. No. 2898)