# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 6466** |

## CERTIFICATE OF NO OBJECTION REGARDING THE FIFTEENTH MONTHLY FEE APPLICATION OF KCIC, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2021 TO AND INCLUDING JULY 31, 2021

The undersigned hereby certifies that, as of the date hereof, KCIC, LLC ("KCIC") has received no answer, objection or other responsive pleading to the **Fifteenth Monthly Fee Application of KCIC, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2021 to and Including July 31, 2021** (the "Application") (D.I. 6466), filed on October 1, 2021.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than October 15, 2021 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $23,574.50 | $0.00 | $18,859.60 | $18,859.60 |

WHEREFORE, KCIC respectfully requests that the Application be approved.

Dated:  October 18, 2021  
        Washington, DC

KCIC, LLC

*/s/ Elizabeth Hanke*  
Elizabeth Hanke  
1401 I Street, NW, Suite 1200  
Washington, DC 20005  
Telephone: (202) 650-0503  
Facsimile: (202) 650-0651  
E-mail: hankee@kcic.com

INSURANCE AND VALUATION CONSULTANT TO THE DEBTORS AND DEBTORS IN POSSESSION