UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **BOY SCOUTS OF AMERICA** | : | |
| **AND DELAWARE BSA, LLC[1],** | : | **Case No. 20-10343 (LSS)** |
| | : | |
| **Debtor.** | : | |
| | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE
OF RONALD P. SCHILLER**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Ronald P. Schiller of the law firm Hangley Aronchick Segal Pudlin & Schiller, One Logan Square, 27th Floor Philadelphia, Pennsylvania 19103, to represent Arch Insurance Company in the above-captioned bankruptcy cases and any related adversary proceedings.

SMITH, KATZENSTEIN & JENKINS LLP

Dated: October 18, 2021        By:   /s/ Kathleen M. Miller
                 Kathleen M. Miller (I.D. No. 2898)
                 1000 West Street, Suite 1501
                 P.O. Box 410
                 Wilmington, DE  19899 (courier 19801)
                 Phone: (302) 652-8400
                 Fax: (302) 652-8405
                 kmiller@skjlaw.com

                 *Counsel for Arch Insurance Company*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                        HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

Dated: October 18, 2021        By:   */s/ Ronald P. Schiller*
                                        Ronald P. Schiller
                                        One Logan Square, 27th Floor
                                        Philadelphia, PA 19103
                                        T: (215) 568-6200
                                        E: rschiller@hangley.com
                                        *Counsel for Arch Insurance Company*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.