# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE OF
## BALTIMORE AREA COUNCIL BOY SCOUTS OF AMERICA, INC.'S
## RESPONSES AND OBJECTIONS TO
## CENTURY INDEMNITY COMPANY'S SUBPOENA DUCES TECUM

PLEASE TAKE NOTICE that on October 18, 2021, Baltimore Area Council Boy Scouts of America, Inc., by and through the undersigned counsel, caused *Baltimore Area Council Boy Scouts of America, Inc.'s Responses And Objections To Century Indemnity Company's Subpoena Duces Tecum* to be served via electronic mail on the parties on the attached service list.

Dated: October 18, 2021
       Wilmington, DE

WHITEFORD, TAYLOR & PRESTON LLC

/s/ *Richard W. Riley*
Richard W. Riley. (DE ID 4052)
The Renaissance Centre
405 N. King Street, Suite 500
Wilmington, Delaware 19801
Telephone:    (302) 357-3265
Email:    rriley@wtplaw.com

- and -

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

WHITEFORD TAYLOR & PRESTON LLP
Todd M. Brooks (admitted *pro hac vice*)
Seven Saint Paul Street
Baltimore, MD, 21202-1636
Telephone:   (410) 347-8700
Email:         tbrooks@wtplaw.com

*Attorneys for the Baltimore Area Council*
*Boy Scouts of America, Inc.*

## SERVICE LIST

Stamatios Stamoulis
Stamoulis & Weinblatt LLC
800 N. West Street Third Floor
Wilmington, Delaware 19801
Email: stamoulis@swdelaw.com

Tancred Schiavoni
Gary Svirsky
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036-6537
Email: tschiavoni@omm.com;
gsvirsky@omm.com