**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al.*, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that on the 18th day of October, 2021, a copy of the **Responses and Objections of the Episcopal Church to Century Indemnity Company's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)** was served as indicated upon the following counsel.

**BY EMAIL**
Stamatios Stamoulis, Esq.
Stamoulis & Weinblatt LLC
Email: stamoulis@swdelaw.com

Dated: October 18, 2021

                                                  CONNOLLY GALLAGHER LLP

*/s/ Kelly M. Conlan*
Jeffrey C. Wisler (No. 2795)
Kelly M. Conlan  (No. 4786)
1201 North Market Street, 20th Floor
Wilmington, DE  19801
Telephone:  (302) 757-7300
Email:  jwisler@connollygallagher.com
           kconlan@connollygallagher.com

*Counsel for The Episcopal Church*

#05634514