**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al*., | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that on the 18th day of October, 2021, a copy of the

**Responses and Objections of the Episcopal Church to Hurley McKenna and Mertz**

**Survivors' Requests to Produce to the Episcopal Church** was served as indicated upon the

following counsel.

**BY EMAIL**

Sally Veghte, Esq.
Klehr Harrison Harvey Branzburg LLP
Email:  sveghte@klehr.com

Christopher T. Hurley, Esq.
Evan M. Smola, Esq.
Hurley McKenna & Mertz, P.C.
Email: churley@hurley-law.com
            esmola@hurley-law.com

Dated: October 18, 2021

SQUIRE PATTON BOGGS
Mark A. Salzberg
Jihyun Park
2550 M Street, NW
Washington, DC  20037
Telephone:  (202) 457-6000
Email: mark.salzberg@squirepb.com
            jihyun.park@squirepb.com

CONNOLLY GALLAGHER LLP

*/s/ Kelly M. Conlan*
Jeffrey C. Wisler (No. 2795)
Kelly M. Conlan   (No. 4786)
1201 North Market Street, 20th Floor
Wilmington, DE  19801
Telephone:  (302) 757-7300
Email:  jwisler@connollygallagher.com
            kconlan@connollygallagher.com

*Counsel for The Episcopal Church*