# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343(LSS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the **Responses and Objections of the Northern New Jersey Council of the Boy Scouts of America to Century Indemnity Company's Subpoena Duces Tecum** was served on October 18, 2021 on the following counsel in the manner indicated:

## VIA EMAIL:

Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
800 N. West Street, 3rd Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

*Counsel for Century Indemnity Company*

ME1 37836758v.1

Dated: October 18, 2021                                        **MCCARTER & ENGLISH, LLP**

/s/ *Shannon D. Humiston*
Kate Roggio Buck (No. 5140)
Shannon D. Humiston (No. 5740)
405 N. King St., 8th Floor
Wilmington, DE 19801
Tel.: (302) 984-6300
Email: kbuck@mccarter.com
         shumiston@mccarter.com

*-and*

Clement J. Farley
100 Mulberry St.
Four Gateway Center
Newark, NJ 07102
Tel.: (973) 622-4444
Email: cfarley@mccarter.com

*Counsel for the Northern New Jersey Council of the Boy Scouts of America*

2