## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan do hereby certify that on October 18, 2021, a copy of the foregoing **United Methodist Ad Hoc Committee's Objections and Reponses to the Hurley McKenna and Mertz Survivors' Requests to Produce** was served on the parties listed via email.

*/s/ Jeremy W. Ryan*
Jeremy Ryan (No. 4057)

IMPAC 7436277v.1

## SERVICE LIST

**In re Boy Scouts of America and Delaware BSA, LLC
Participating Parties Distribution List**

**Mediators**
- Judge Kevin Carey (Ret.) — kevin.carey@hoganlovells.com
- Paul Finn — pfinn@commonwealthmediation.com
- Timothy Gallagher — timg@thegallaghergroup.com

**BSA**
- Jessica C. Lauria — jessica.lauria@whitecase.com
- Michael C Andolina — mandolina@whitecase.com
- Matthew Linder — mlinder@whitecase.com
- Laura E. Baccash — laura.baccash@whitecase.com
- Blair M. Warner — blair.warner@whitecase.com
- Samuel Hershey — sam.hershey@whitecase.com
- Glenn Kurtz — gkurtz@whitecase.com
- Robert Tiedemann — rtiedemann@whitecase.com
- Andrew Hammond — ahammond@whitecase.com
- Jennifer Thomas — Jennifer.thomas@whitecase.com
- Derek Abbott — DAbbott@morrisnichols.com
- Andrew Remming — aremming@morrisnichols.com
- Paige Topper — ptopper@morrisnichols.com
- Tori Remington — tremington@morrisnichols.com
- Ernest Martin — Ernest.Martin@haynesboone.com
- Adrian Azer — Adrian.Azer@haynesboone.com

**U.S. TRUSTEE**
- David L. Buchbinder — david.l.buchbinder@usdoj.gov
- Hanna Mufson McCollum — hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**
- James Stang — jstang@pszjlaw.com
- Rob Orgel — rorgel@pszjlaw.com
- John A. Morris — jmorris@pszjlaw.com
- John W. Lucas — jlucas@pszjlaw.com
- Linda Cantor — lcantor@pszjlaw.com
- James O'Neill — joneill@pszjlaw.com
- Debra Grassgreen — dgrassgreen@pszjlaw.com

**Ad Hoc Committee of Local Councils**
- Richard G. Mason — RGMason@WLRK.com
- Douglas K. Mayer — DKMayer@WLRK.com
- Joseph C. Celentino — JCCelentino@WLRK.com

**Creditors' Committee**
  Thomas Moers Mayer                                TMayer@kramerlevin.com
  Rachael Ringer                                        rringer@kramerlevin.com
  Jennifer Sharret                                     jsharret@kramerlevin.com
  Megan Wasson                                      mwasson@kramerlevin.com
  Natan Hammerman                           nhammerman@kramerlevin.com
  Mark Eckard                                         meckard@reedsmith.com
  Kurt Gwynne                                         kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                         rbrady@ycst.com
  Edwin Harron                                        eharron@ycst.com
  Sharon Zieg                                          szieg@ycst.com
  Erin Edwards                                        eedwards@ycst.com
  Kenneth Enos                                        kenos@ycst.com
  Kevin Guerke                                        kguerke@ycst.com
  Ashley Jacobs                                      ajacobs@ycst.com
  Jared Kochenash                                jkochenash@ycst.com
  Sara Beth Kohut                                  skohut@ycst.com
  Jasmine Chalashtori                      chalashtorij@gilbertlegal.com
  Rachel Jennings                              jenningsr@gilbertlegal.com
  Meredith Neely                                  neelym@gilbertlegal.com
  Kami Quinn                                          quinnk@gilbertlegal.com
  W. Hunter Winstead                    winsteadh@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                            cmoxley@brownrudnick.com
  David Molton                                 dmolton@brownrudnick.com
  Sunni Beville                                sbeville@brownrudnick.com
  Tristan Axelrod                              taxelrod@brownrudnick.com
  Barbara J. Kelly                             bkelly@brownrudnick.com
  Gerard Cicero                                gcicero@brownrudnick.com
  Eric Goodman                                 egoodman@brownrudnick.com
  Stanley Tarr                                 tarr@blankrome.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                               kristian.gluck@nortonrosefulbright.com
  Steven Zelin                                 zelin@pjtpartners.com
  John Singh                                   singhj@pjtpartners.com
  Scott Meyerson                               meyerson@pjtpartners.com
  Lukas Schwarzmann                            lukas.schwarzmann@pjtpartners.com

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
  Jeff Bjork                                   jeff.bjork@lw.com
  Adam Goldberg                                adam.goldberg@law.com

**United Methodist Ad Hoc Committee**
  Ed Rice                                      erice@bradley.com
  Elizabeth Brusa                              ebrusa@bradley.com
  Jeremy Ryan                                  jryan@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
  Everett Cygal                                ecygal@schiffhardin.com
  Mark Fisher                                  mfisher@schiffhardin.com
  Daniel Schufreider                           dschufreider@schiffhardin.com
  Jin Yan                                      jyan@schiffhardin.com
  Jeremy Ryan                                  jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
  Mark Salzberg                                mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
  Patrick A. Jackson                           patrick.jackson@faegredrinker.com
  Ian J. Bambrick                              ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
  Daniel Bussel                                dbussel@ktbslaw.com
  Thomas Patterson                             tpatterson@ktbslaw.com

**Agricultural Insurance Company**
  Bruce W. McCullough      bmccullough@bodellbove.com
  Bruce D. Celebrezze      bruce.celebrezze@clydeco.us
  Conrad Krebs      konrad.krebs@clydeco.us

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow      sgummow@fgppr.com
  Tracey Jordan      tjordan@fgppr.com
  Michael Rosenthal      mrosenthal@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst      rsmethurst@mwe.com
  Margaret Warner      mwarner@mwe.com
  Matthew S. Sorem      msorem@nicolaidesllp.com

**American Zurich Insurance Company**
  Beth Titus      elizabeth.titus@zurichna.com
  Mark Plevin      MPlevin@crowell.com
  Tacie Yoon      TYoon@crowell.com
  Rachel Jankowski      RJankowski@crowell.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie      laura.archie@argogroupus.com
  Kathleen K. Kerns      kkerns@postschell.com

**Arrowood Indemnity Company**
  Michael Hrinewski      mhrinewski@coughlinduffy.com
  Lorraine Armenti      LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson      cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill      Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura      lgura@moundcotton.com
  Pamela Minetto      pminetto@moundcotton.com

**Berkley Custom**
  John Baay      jbaay@glllaw.com

**Clarendon America Insurance Company**
  Kenya Spivey      Kenya.Spivey@enstargroup.com
  Harry Lee      hlee@steptoe.com
  Brett Grindrod      bgrindrod@steptoe.com
  John O'Connor      joconnor@steptoe.com
  Nailah Ogle      nogle@steptoe.com
  Matthew Summers      SummersM@ballardspahr.com

**CNA**
Laura McNally lmcnally@loeb.com
Emily Stone estone@loeb.com

**General Star Indemnity**
Gary P. Seligman gseligman@wiley.law
Ashley L. Criss acriss@wiley.law

**Hartford**
James P. Ruggeri JRuggeri@goodwin.com
Abigail W. Williams AWilliams@goodwin.com
Joshua D. Weinberg JWeinberg@goodwin.com
Annette Rolain arolain@goodwin.com
Sara Hunkler shunkler@goodwin.com
Phil Anker Philip.Anker@wilmerhale.com
Danielle Spinelli Danielle.Spinelli@wilmerhale.com
Joel Millar Joel.Millar@wilmerhale.com
Erin Fay efay@bayardlaw.com
Gregory Flasser gflasser@bayardlaw.com
Eric Goldstein egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding dgooding@choate.com
Jonathan Marshall jmarshall@choate.com
Kim V. Marrkand KMarrkand@mintz.com

**Markel**
Dennis Russell russell.dennis@markel.com
Jessica O'Neill Jessica.oneill@markel.com
Cody Moorse Cody.moorse@markel.com
Michael Pankow MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee HLee@steptoe.com
Brett Grindod bgrindod@steptoe.com
Nailah Ogle nogle@steptoe.com

**Munich Re**
Thaddeus Weaver tweaver@dilworthlaw.com
William McGrath wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs. TJacobs@bradleyriley.com
John E. Bucheit jbucheit@bradleyriley.com
David M. Caves dcaves@bradleyriley.com

| | |
|---|---|
| Harris B. Winsberg | harris.winsberg@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

**NOTICE OF INTENT TO PARTICIPATE PARTIES**

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@lozides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (Pro Se)**       collinlongshanks@gmail.com

**Frank Schwindler (Pro Se)**       nundawao@gmail.com

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

13

IMPAC 7436277v.1