**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, [1] | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF SERVICE OF CATHOLIC MUTUAL'S OBJECTIONS AND RESPONSES**
**TO THE HMM CLAIMANTS' REQUESTS FOR PRODUCTION**

     **PLEASE TAKE NOTICE** that on October 18, 2021, Catholic Mutual Relief Society of America ("Catholic Mutual") by and through their counsel, served the *Catholic Mutual's Objections and Responses to the HMM Claimants' Requests for Production* to be served on the parties listed on the attached service list in the manners indicated.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: October 18, 2021
Wilmington, Delaware

Respectfully submitted,

**POTTER ANDERSON & CORROON LLP**

/s/ *Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
D. Ryan Slaugh (Bar No. 6325)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
      rslaugh@potteranderson.com

- and -

**SCHIFF HARDIN LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Neil Lloyd, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
Email: ecygal@schiffhardin.com
      dspector@schiffhardin.com
      mfisher@schiffhardin.com
      nlloyd@schiffhardin.com
      dschufreider@schiffhardin.com
      jyan@schiffhardin.com

*Counsel for Catholic Mutual Relief Society of America*

IMPAC 7436234v.1

<u>**SERVICE LIST**</u>

**In re Boy Scouts of America and Delaware BSA, LLC**
**Participating Parties Distribution List**

**Mediators**
Judge Kevin Carey (Ret.)                    kevin.carey@hoganlovells.com
Paul Finn                                   pfinn@commonwealthmediation.com
Timothy Gallagher                           timg@thegallaghergroup.com

**BSA**
Jessica C. Lauria                           jessica.lauria@whitecase.com
Michael C Andolina                          mandolina@whitecase.com
Matthew Linder                              mlinder@whitecase.com
Laura E. Baccash                            laura.baccash@whitecase.com
Blair M. Warner                             blair.warner@whitecase.com
Samuel Hershey                              sam.hershey@whitecase.com
Glenn Kurtz                                 gkurtz@whitecase.com
Robert Tiedemann                            rtiedemann@whitecase.com
Andrew Hammond                              ahammond@whitecase.com
Jennifer Thomas                             Jennifer.thomas@whitecase.com
Derek Abbott                                DAbbott@morrisnichols.com
Andrew Remming                              aremming@morrisnichols.com
Paige Topper                                ptopper@morrisnichols.com
Tori Remington                              tremington@morrisnichols.com
Ernest Martin                               Ernest.Martin@haynesboone.com
Adrian Azer                                 Adrian.Azer@haynesboone.com

**U.S. TRUSTEE**
David L. Buchbinder                         david.l.buchbinder@usdoj.gov
Hanna Mufson McCollum                       hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**
James Stang                                 jstang@pszjlaw.com
Rob Orgel                                   rorgel@pszjlaw.com
John A. Morris                              jmorris@pszjlaw.com
John W. Lucas                               jlucas@pszjlaw.com
Linda Cantor                                lcantor@pszjlaw.com
James O'Neill                               joneill@pszjlaw.com
Debra Grassgreen                            dgrassgreen@pszjlaw.com

**Ad Hoc Committee of Local Councils**
Richard G. Mason                            RGMason@WLRK.com
Douglas K. Mayer                            DKMayer@WLRK.com
Joseph C. Celentino                         JCCelentino@WLRK.com

**Creditors' Committee**
Thomas Moers Mayer                    TMayer@kramerlevin.com
Rachael Ringer                        rringer@kramerlevin.com
Jennifer Sharret                      jsharret@kramerlevin.com
Megan Wasson                          mwasson@kramerlevin.com
Natan Hammerman                       nhammerman@kramerlevin.com
Mark Eckard                           meckard@reedsmith.com
Kurt Gwynne                           kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady                          rbrady@ycst.com
Edwin Harron                          eharron@ycst.com
Sharon Zieg                           szieg@ycst.com
Erin Edwards                          eedwards@ycst.com
Kenneth Enos                          kenos@ycst.com
Kevin Guerke                          kguerke@ycst.com
Ashley Jacobs                         ajacobs@ycst.com
Jared Kochenash                       jkochenash@ycst.com
Sara Beth Kohut                       skohut@ycst.com
Jasmine Chalashtori                   chalashtorij@gilbertlegal.com
Rachel Jennings                       jenningsr@gilbertlegal.com
Meredith Neely                        neelym@gilbertlegal.com
Kami Quinn                            quinnk@gilbertlegal.com
W. Hunter Winstead                    winsteadh@gilbertlegal.com

2

**Coalition of Abused Scouts for Justice**
| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Stanley Tarr | tarr@blankrome.com |

**JPMorgan Chase Bank, N.A.**
| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Adam Goldberg | adam.goldberg@law.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |

3

**Agricultural Insurance Company**
Bruce W. McCullough                 bmccullough@bodellbove.com
Bruce D. Celebrezze                 bruce.celebrezze@clydeco.us
Conrad Krebs                        konrad.krebs@clydeco.us

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                        sgummow@fgppr.com
Tracey Jordan                       tjordan@fgppr.com
Michael Rosenthal                   mrosenthal@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                      rsmethurst@mwe.com
Margaret Warner                     mwarner@mwe.com
Matthew S. Sorem                    msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Beth Titus                          elizabeth.titus@zurichna.com
Mark Plevin                         MPlevin@crowell.com
Tacie Yoon                          TYoon@crowell.com
Rachel Jankowski                    RJankowski@crowell.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                        laura.archie@argogroupus.com
Kathleen K. Kerns                   kkerns@postschell.com

**Arrowood Indemnity Company**
Michael Hrinewski                   mhrinewski@coughlinduffy.com
Lorraine Armenti                    LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                         cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                  Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                       lgura@moundcotton.com
Pamela Minetto                      pminetto@moundcotton.com

**Berkley Custom**
John Baay                           jbaay@glllaw.com

**Clarendon America Insurance Company**
Kenya Spivey                        Kenya.Spivey@enstargroup.com
Harry Lee                           hlee@steptoe.com
Brett Grindrod                      bgrindrod@steptoe.com
John O'Connor                       joconnor@steptoe.com
Nailah Ogle                         nogle@steptoe.com
Matthew Summers                     SummersM@ballardspahr.com

4

**CNA**
  Laura McNally                                       lmcnally@loeb.com
  Emily Stone                                         estone@loeb.com

**General Star Indemnity**
  Gary P. Seligman                                    gseligman@wiley.law
  Ashley L. Criss                                     acriss@wiley.law

**Hartford**
  James P. Ruggeri                                    JRuggeri@goodwin.com
  Abigail W. Williams                                 AWilliams@goodwin.com
  Joshua D. Weinberg                                  JWeinberg@goodwin.com
  Annette Rolain                                      arolain@goodwin.com
  Sara Hunkler                                        shunkler@goodwin.com
  Phil Anker                                          Philip.Anker@wilmerhale.com
  Danielle Spinelli                                   Danielle.Spinelli@wilmerhale.com
  Joel Millar                                         Joel.Millar@wilmerhale.com
  Erin Fay                                            efay@bayardlaw.com
  Gregory Flasser                                     gflasser@bayardlaw.com
  Eric Goldstein                                      egoldstein@goodwin.com


**Liberty Mutual**
  Douglas R. Gooding                                  dgooding@choate.com
  Jonathan Marshall                                   jmarshall@choate.com
  Kim V. Marrkand                                     KMarrkand@mintz.com

**Markel**
  Dennis Russell                                      russell.dennis@markel.com
  Jessica O'Neill                                     Jessica.oneill@markel.com
  Cody Moorse                                         Cody.moorse@markel.com
  Michael Pankow                                      MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
  Harry Lee                                           HLee@steptoe.com
  Brett Grindod                                       bgrindod@steptoe.com
  Nailah Ogle                                         nogle@steptoe.com

**Munich Re**
  Thaddeus Weaver                                     tweaver@dilworthlaw.com
  William McGrath                                     wmcgrath@dilworthlaw.com

**National Surety**
  Todd C Jacobs.                                      TJacobs@bradleyriley.com
  John E. Bucheit                                     jbucheit@bradleyriley.com
  David M. Caves                                      dcaves@bradleyriley.com

5

Harris B. Winsberg                          harris.winsberg@troutman.com

**Old Republic Insurance Company**
Thomas Dare                              tdare@oldrepublic.com
Peg Anderson                             panderson@foxswibel.com
Adam Hachikian                           ahachikian@foxswibel.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                        jziemianski@cozen.com

**Travelers**
Scott Myers                              SPMyers@travelers.com
Louis Rizzo                              lrizzo@regerlaw.com

**NOTICE OF INTENT TO PARTICIPATE PARTIES**

**Lujan Claimants**
Delia Lujan Wolff                        dslwolff@lawguam.com
Christopher Loizides                     loizides@lozides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                           raeann@jcdelaw.com
Louis Schneider                         lou.schneider@thomaslawoffices.com
Tad Thomas                              tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                            sveghte@klehr.com
Morton Branzburg                        mbranzburg@klehr.com
Peter Janci                             peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                            sveghte@klehr.com
Christopher Hurley                      churley@hurley-law.com
Evan Smola                              esmola@hurley-law.com

**Lonnie Washburn (Pro Se)**                collinlongshanks@gmail.com

**Frank Schwindler (Pro Se)**               nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                            sveghte@klehr.com
Joshua Gillispie                        josh@greenandgillispie.com
Morton Branzburg                        mbranzburg@klehr.com

6