## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan do hereby certify that on October 18, 2021, a copy of the foregoing **Catholic Mutual's Objections and Responses to the HMM Claimants' Requests for Production** was served on the parties listed via email.

*/s/ Jeremy W. Ryan*
Jeremy Ryan (No. 4057)

IMPAC 7436234v.1

## SERVICE LIST

### In re Boy Scouts of America and Delaware BSA, LLC
### Participating Parties Distribution List

**Mediators**
- Judge Kevin Carey (Ret.) — kevin.carey@hoganlovells.com
- Paul Finn — pfinn@commonwealthmediation.com
- Timothy Gallagher — timg@thegallaghergroup.com

**BSA**
- Jessica C. Lauria — jessica.lauria@whitecase.com
- Michael C Andolina — mandolina@whitecase.com
- Matthew Linder — mlinder@whitecase.com
- Laura E. Baccash — laura.baccash@whitecase.com
- Blair M. Warner — blair.warner@whitecase.com
- Samuel Hershey — sam.hershey@whitecase.com
- Glenn Kurtz — gkurtz@whitecase.com
- Robert Tiedemann — rtiedemann@whitecase.com
- Andrew Hammond — ahammond@whitecase.com
- Jennifer Thomas — Jennifer.thomas@whitecase.com
- Derek Abbott — DAbbott@morrisnichols.com
- Andrew Remming — aremming@morrisnichols.com
- Paige Topper — ptopper@morrisnichols.com
- Tori Remington — tremington@morrisnichols.com
- Ernest Martin — Ernest.Martin@haynesboone.com
- Adrian Azer — Adrian.Azer@haynesboone.com

**U.S. TRUSTEE**
- David L. Buchbinder — david.l.buchbinder@usdoj.gov
- Hanna Mufson McCollum — hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**
- James Stang — jstang@pszjlaw.com
- Rob Orgel — rorgel@pszjlaw.com
- John A. Morris — jmorris@pszjlaw.com
- John W. Lucas — jlucas@pszjlaw.com
- Linda Cantor — lcantor@pszjlaw.com
- James O'Neill — joneill@pszjlaw.com
- Debra Grassgreen — dgrassgreen@pszjlaw.com

**Ad Hoc Committee of Local Councils**
- Richard G. Mason — RGMason@WLRK.com
- Douglas K. Mayer — DKMayer@WLRK.com
- Joseph C. Celentino — JCCelentino@WLRK.com

**Creditors' Committee**
  Thomas Moers Mayer                              TMayer@kramerlevin.com
  Rachael Ringer                                       rringer@kramerlevin.com
  Jennifer Sharret                                     jsharret@kramerlevin.com
  Megan Wasson                                      mwasson@kramerlevin.com
  Natan Hammerman                          nhammerman@kramerlevin.com
  Mark Eckard                                         meckard@reedsmith.com
  Kurt Gwynne                                        kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                         rbrady@ycst.com
  Edwin Harron                                       eharron@ycst.com
  Sharon Zieg                                          szieg@ycst.com
  Erin Edwards                                       eedwards@ycst.com
  Kenneth Enos                                      kenos@ycst.com
  Kevin Guerke                                       kguerke@ycst.com
  Ashley Jacobs                                      ajacobs@ycst.com
  Jared Kochenash                                jkochenash@ycst.com
  Sara Beth Kohut                                   skohut@ycst.com
  Jasmine Chalashtori                       chalashtorij@gilbertlegal.com
  Rachel Jennings                                jenningsr@gilbertlegal.com
  Meredith Neely                                   neelym@gilbertlegal.com
  Kami Quinn                                        quinnk@gilbertlegal.com
  W. Hunter Winstead                      winsteadh@gilbertlegal.com

IMPAC 7436234v.1

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                                        cmoxley@brownrudnick.com
  David Molton                                               dmolton@brownrudnick.com
  Sunni Beville                                               sbeville@brownrudnick.com
  Tristan Axelrod                                          taxelrod@brownrudnick.com
  Barbara J. Kelly                                         bkelly@brownrudnick.com
  Gerard Cicero                                            gcicero@brownrudnick.com
  Eric Goodman                                            egoodman@brownrudnick.com
  Stanley Tarr                                                 tarr@blankrome.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                                            kristian.gluck@nortonrosefulbright.com
  Steven Zelin                                               zelin@pjtpartners.com
  John Singh                                                 singhj@pjtpartners.com
  Scott Meyerson                                           meyerson@pjtpartners.com
  Lukas Schwarzmann                             lukas.schwarzmann@pjtpartners.com

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
  Jeff Bjork                                                   jeff.bjork@lw.com
  Adam Goldberg                                           adam.goldberg@law.com

**United Methodist Ad Hoc Committee**
  Ed Rice                                                     erice@bradley.com
  Elizabeth Brusa                                           ebrusa@bradley.com
  Jeremy Ryan                                             jryan@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
  Everett Cygal                                             ecygal@schiffhardin.com
  Mark Fisher                                               mfisher@schiffhardin.com
  Daniel Schufreider                                  dschufreider@schiffhardin.com
  Jin Yan                                                    jyan@schiffhardin.com
  Jeremy Ryan                                             jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
  Mark Salzberg                                        mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
  Patrick A. Jackson                               patrick.jackson@faegredrinker.com
  Ian J. Bambrick                                      ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
  Daniel Bussel                                           dbussel@ktbslaw.com
  Thomas Patterson                                   tpatterson@ktbslaw.com

**Agricultural Insurance Company**
  Bruce W. McCullough bmccullough@bodellbove.com
  Bruce D. Celebrezze bruce.celebrezze@clydeco.us
  Conrad Krebs konrad.krebs@clydeco.us

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow sgummow@fgppr.com
  Tracey Jordan tjordan@fgppr.com
  Michael Rosenthal mrosenthal@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst rsmethurst@mwe.com
  Margaret Warner mwarner@mwe.com
  Matthew S. Sorem msorem@nicolaidesllp.com

**American Zurich Insurance Company**
  Beth Titus elizabeth.titus@zurichna.com
  Mark Plevin MPlevin@crowell.com
  Tacie Yoon TYoon@crowell.com
  Rachel Jankowski RJankowski@crowell.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie laura.archie@argogroupus.com
  Kathleen K. Kerns kkerns@postschell.com

**Arrowood Indemnity Company**
  Michael Hrinewski mhrinewski@coughlinduffy.com
  Lorraine Armenti LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura lgura@moundcotton.com
  Pamela Minetto pminetto@moundcotton.com

**Berkley Custom**
  John Baay jbaay@glllaw.com

**Clarendon America Insurance Company**
  Kenya Spivey Kenya.Spivey@enstargroup.com
  Harry Lee hlee@steptoe.com
  Brett Grindrod bgrindrod@steptoe.com
  John O'Connor joconnor@steptoe.com
  Nailah Ogle nogle@steptoe.com
  Matthew Summers SummersM@ballardspahr.com

11

**CNA**
Laura McNally                               lmcnally@loeb.com
Emily Stone                                 estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                            gseligman@wiley.law
Ashley L. Criss                             acriss@wiley.law

**Hartford**
James P. Ruggeri                            JRuggeri@goodwin.com
Abigail W. Williams                         AWilliams@goodwin.com
Joshua D. Weinberg                          JWeinberg@goodwin.com
Annette Rolain                              arolain@goodwin.com
Sara Hunkler                                shunkler@goodwin.com
Phil Anker                                  Philip.Anker@wilmerhale.com
Danielle Spinelli                           Danielle.Spinelli@wilmerhale.com
Joel Millar                                 Joel.Millar@wilmerhale.com
Erin Fay                                    efay@bayardlaw.com
Gregory Flasser                             gflasser@bayardlaw.com
Eric Goldstein                              egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                          dgooding@choate.com
Jonathan Marshall                           jmarshall@choate.com
Kim V. Marrkand                             KMarrkand@mintz.com

**Markel**
Dennis Russell                              russell.dennis@markel.com
Jessica O'Neill                             Jessica.oneill@markel.com
Cody Moorse                                 Cody.moorse@markel.com
Michael Pankow                              MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                   HLee@steptoe.com
Brett Grindod                               bgrindod@steptoe.com
Nailah Ogle                                 nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                             tweaver@dilworthlaw.com
William McGrath                             wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs.                              TJacobs@bradleyriley.com
John E. Bucheit                             jbucheit@bradleyriley.com
David M. Caves                              dcaves@bradleyriley.com

    Harris B. Winsberg                                        harris.winsberg@troutman.com

**Old Republic Insurance Company**
  Thomas Dare                                           tdare@oldrepublic.com
  Peg Anderson                                        panderson@foxswibel.com
  Adam Hachikian                                   ahachikian@foxswibel.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
  Joseph Ziemianski                             jziemianski@cozen.com

**Travelers**
  Scott Myers                                          SPMyers@travelers.com
  Louis Rizzo                                            lrizzo@regerlaw.com

**NOTICE OF INTENT TO PARTICIPATE PARTIES**

**Lujan Claimants**
  Delia Lujan Wolff                                dslwolff@lawguam.com
  Christopher Loizides                       loizides@lozides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
  Raeann Warner                                 raeann@jcdelaw.com
  Louis Schneider                              lou.schneider@thomaslawoffices.com
  Tad Thomas                                      tad@thomaslawoffices.com

**Crew Janci Claimants**
  Salle Veghte                                      sveghte@klehr.com
  Morton Branzburg                         mbranzburg@klehr.com
  Peter Janci                                       peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
  Sally Veghte                                     sveghte@klehr.com
  Christopher Hurley                        churley@hurley-law.com
  Evan Smola                                       esmola@hurley-law.com

**Lonnie Washburn (Pro Se)**                collinlongshanks@gmail.com

**Frank Schwindler (Pro Se)**                 nundawao@gmail.com

**Gillispie Claimants**
  Sally Veghte                                     sveghte@klehr.com
  Joshua Gillispie                                 josh@greenandgillispie.com
  Morton Branzburg                         mbranzburg@klehr.com