**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, [1] | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF SERVICE OF CATHOLIC MUTUAL'S OBJECTIONS AND RESPONSES
TO THE TCC'S REQUESTS FOR PRODUCTION**

      **PLEASE TAKE NOTICE** that on October 18, 2021, Catholic Mutual Relief Society of America ("Catholic Mutual") by and through their counsel, served the *Catholic Mutual's Objections and Responses to the TCC's Requests for Production* to be served on the parties listed on the attached service list in the manners indicated.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: October 18, 2021
Wilmington, Delaware

Respectfully submitted,

**POTTER ANDERSON & CORROON LLP**

/s/ *Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
D. Ryan Slaugh (Bar No. 6325)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
           rslaugh@potteranderson.com

- and -

**SCHIFF HARDIN LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Neil Lloyd, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
Email: ecygal@schiffhardin.com
           dspector@schiffhardin.com
           mfisher@schiffhardin.com
           nlloyd@schiffhardin.com
           dschufreider@schiffhardin.com
           jyan@schiffhardin.com

*Counsel for Catholic Mutual Relief Society of America*

2

## SERVICE LIST

**In re Boy Scouts of America and Delaware BSA, LLC**
**Participating Parties Distribution List**

**Mediators**
| | |
|---|---|
| Judge Kevin Carey (Ret.) | kevin.carey@hoganlovells.com |
| Paul Finn | pfinn@commonwealthmediation.com |
| Timothy Gallagher | timg@thegallaghergroup.com |

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. TRUSTEE**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |

**Creditors' Committee**
| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhammerman@kramerlevin.com |
| Mark Eckard | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**
| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Jasmine Chalashtori | chalashtorij@gilbertlegal.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |

2

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Stanley Tarr | tarr@blankrome.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Adam Goldberg | adam.goldberg@law.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |

3

**Agricultural Insurance Company**
Bruce W. McCullough                bmccullough@bodellbove.com
Bruce D. Celebrezze               bruce.celebrezze@clydeco.us
Conrad Krebs                      konrad.krebs@clydeco.us

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                 sgummow@fgppr.com
Tracey Jordan                    tjordan@fgppr.com
Michael Rosenthal               mrosenthal@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                 rsmethurst@mwe.com
Margaret Warner               mwarner@mwe.com
Matthew S. Sorem              msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Beth Titus                       elizabeth.titus@zurichna.com
Mark Plevin                     MPlevin@crowell.com
Tacie Yoon                      TYoon@crowell.com
Rachel Jankowski               RJankowski@crowell.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                   laura.archie@argogroupus.com
Kathleen K. Kerns              kkerns@postschell.com

**Arrowood Indemnity Company**
Michael Hrinewski              mhrinewski@coughlinduffy.com
Lorraine Armenti              LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                   cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill              Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                   lgura@moundcotton.com
Pamela Minetto                 pminetto@moundcotton.com

**Berkley Custom**
John Baay                       jbaay@glllaw.com

**Clarendon America Insurance Company**
Kenya Spivey                 Kenya.Spivey@enstargroup.com
Harry Lee                      hlee@steptoe.com
Brett Grindrod                 bgrindrod@steptoe.com
John O'Connor               joconnor@steptoe.com
Nailah Ogle                   nogle@steptoe.com
Matthew Summers              SummersM@ballardspahr.com

4

**CNA**
  Laura McNally                                    lmcnally@loeb.com
  Emily Stone                                        estone@loeb.com

**General Star Indemnity**
  Gary P. Seligman                            gseligman@wiley.law
  Ashley L. Criss                              acriss@wiley.law

**Hartford**
  James P. Ruggeri                         JRuggeri@goodwin.com
  Abigail W. Williams                    AWilliams@goodwin.com
  Joshua D. Weinberg                    JWeinberg@goodwin.com
  Annette Rolain                          arolain@goodwin.com
  Sara Hunkler                           shunkler@goodwin.com
  Phil Anker                             Philip.Anker@wilmerhale.com
  Danielle Spinelli                      Danielle.Spinelli@wilmerhale.com
  Joel Millar                           Joel.Millar@wilmerhale.com
  Erin Fay                              efay@bayardlaw.com
  Gregory Flasser                       gflasser@bayardlaw.com
  Eric Goldstein                        egoldstein@goodwin.com

**Liberty Mutual**
  Douglas R. Gooding                    dgooding@choate.com
  Jonathan Marshall                     jmarshall@choate.com
  Kim V. Marrkand                     KMarrkand@mintz.com

**Markel**
  Dennis Russell                        russell.dennis@markel.com
  Jessica O'Neill                        Jessica.oneill@markel.com
  Cody Moorse                         Cody.moorse@markel.com
  Michael Pankow                     MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
  Harry Lee                            HLee@steptoe.com
  Brett Grindod                        bgrindod@steptoe.com
  Nailah Ogle                          nogle@steptoe.com

**Munich Re**
  Thaddeus Weaver                     tweaver@dilworthlaw.com
  William McGrath                    wmcgrath@dilworthlaw.com

**National Surety**
  Todd C Jacobs.                      TJacobs@bradleyriley.com
  John E. Bucheit                     jbucheit@bradleyriley.com
  David M. Caves                     dcaves@bradleyriley.com

IMPAC 7436241v.1

Harris B. Winsberg                              harris.winsberg@troutman.com

**Old Republic Insurance Company**
Thomas Dare                                     tdare@oldrepublic.com
Peg Anderson                                    panderson@foxswibel.com
Adam Hachikian                                  ahachikian@foxswibel.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                               jziemianski@cozen.com

**Travelers**
Scott Myers                                     SPMyers@travelers.com
Louis Rizzo                                     lrizzo@regerlaw.com

**NOTICE OF INTENT TO PARTICIPATE PARTIES**

**Lujan Claimants**
Delia Lujan Wolff                               dslwolff@lawguam.com
Christopher Loizides                            loizides@lozides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                                   raeann@jcdelaw.com
Louis Schneider                                 lou.schneider@thomaslawoffices.com
Tad Thomas                                      tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                                    sveghte@klehr.com
Morton Branzburg                                mbranzburg@klehr.com
Peter Janci                                     peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                    sveghte@klehr.com
Christopher Hurley                              churley@hurley-law.com
Evan Smola                                      esmola@hurley-law.com

**Lonnie Washburn (Pro Se)**                    collinlongshanks@gmail.com

**Frank Schwindler (Pro Se)**                   nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                    sveghte@klehr.com
Joshua Gillispie                                josh@greenandgillispie.com
Morton Branzburg                                mbranzburg@klehr.com

6