# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Chapter 11 |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF SERVICE OF THE ROMAN CATHOLIC AD HOC COMMITTEE'S OBJECTIONS AND RESPONSES TO THE HMM CLAIMANTS' REQUESTS FOR PRODUCTION

**PLEASE TAKE NOTICE** that on October 18, 2021, the Roman Catholic Ad Hoc Committee (the "RCAHC") by and through their counsel, served the *Roman Catholic Ad Hoc Committee's Objections and Responses to the HMM Claimants' Requests for Production* to be served on the parties listed on the attached service list in the manners indicated.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

IMPAC 7436201v.1

Dated: October 18, 2021
Wilmington, Delaware

Respectfully submitted,

**POTTER ANDERSON & CORROON LLP**

/s/ *Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
D. Ryan Slaugh (Bar No. 6325)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
       rslaugh@potteranderson.com

- and -

**SCHIFF HARDIN LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Neil Lloyd, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
Email: ecygal@schiffhardin.com
       dspector@schiffhardin.com
       mfisher@schiffhardin.com
       nlloyd@schiffhardin.com
       dschufreider@schiffhardin.com
       jyan@schiffhardin.com

*Counsel for the Roman Catholic Ad Hoc Committee*

## SERVICE LIST

**In re Boy Scouts of America and Delaware BSA, LLC**
**Participating Parties Distribution List**

**Mediators**
- Judge Kevin Carey (Ret.) — kevin.carey@hoganlovells.com
- Paul Finn — pfinn@commonwealthmediation.com
- Timothy Gallagher — timg@thegallaghergroup.com

**BSA**
- Jessica C. Lauria — jessica.lauria@whitecase.com
- Michael C Andolina — mandolina@whitecase.com
- Matthew Linder — mlinder@whitecase.com
- Laura E. Baccash — laura.baccash@whitecase.com
- Blair M. Warner — blair.warner@whitecase.com
- Samuel Hershey — sam.hershey@whitecase.com
- Glenn Kurtz — gkurtz@whitecase.com
- Robert Tiedemann — rtiedemann@whitecase.com
- Andrew Hammond — ahammond@whitecase.com
- Jennifer Thomas — Jennifer.thomas@whitecase.com
- Derek Abbott — DAbbott@morrisnichols.com
- Andrew Remming — aremming@morrisnichols.com
- Paige Topper — ptopper@morrisnichols.com
- Tori Remington — tremington@morrisnichols.com
- Ernest Martin — Ernest.Martin@haynesboone.com
- Adrian Azer — Adrian.Azer@haynesboone.com

**U.S. TRUSTEE**
- David L. Buchbinder — david.l.buchbinder@usdoj.gov
- Hanna Mufson McCollum — hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**
- James Stang — jstang@pszjlaw.com
- Rob Orgel — rorgel@pszjlaw.com
- John A. Morris — jmorris@pszjlaw.com
- John W. Lucas — jlucas@pszjlaw.com
- Linda Cantor — lcantor@pszjlaw.com
- James O'Neill — joneill@pszjlaw.com
- Debra Grassgreen — dgrassgreen@pszjlaw.com

**Ad Hoc Committee of Local Councils**
- Richard G. Mason — RGMason@WLRK.com
- Douglas K. Mayer — DKMayer@WLRK.com
- Joseph C. Celentino — JCCelentino@WLRK.com

**Creditors' Committee**
  Thomas Moers Mayer                             TMayer@kramerlevin.com
  Rachael Ringer                                      rringer@kramerlevin.com
  Jennifer Sharret                                   jsharret@kramerlevin.com
  Megan Wasson                                      mwasson@kramerlevin.com
  Natan Hammerman                          nhammerman@kramerlevin.com
  Mark Eckard                                         meckard@reedsmith.com
  Kurt Gwynne                                         kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                         rbrady@ycst.com
  Edwin Harron                                        eharron@ycst.com
  Sharon Zieg                                           szieg@ycst.com
  Erin Edwards                                        eedwards@ycst.com
  Kenneth Enos                                        kenos@ycst.com
  Kevin Guerke                                        kguerke@ycst.com
  Ashley Jacobs                                       ajacobs@ycst.com
  Jared Kochenash                                jkochenash@ycst.com
  Sara Beth Kohut                                 skohut@ycst.com
  Jasmine Chalashtori                       chalashtorij@gilbertlegal.com
  Rachel Jennings                               jenningsr@gilbertlegal.com
  Meredith Neely                                   neelym@gilbertlegal.com
  Kami Quinn                                         quinnk@gilbertlegal.com
  W. Hunter Winstead                    winsteadh@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                cmoxley@brownrudnick.com
  David Molton                     dmolton@brownrudnick.com
  Sunni Beville                    sbeville@brownrudnick.com
  Tristan Axelrod                  taxelrod@brownrudnick.com
  Barbara J. Kelly                 bkelly@brownrudnick.com
  Gerard Cicero                    gcicero@brownrudnick.com
  Eric Goodman                     egoodman@brownrudnick.com
  Stanley Tarr                     tarr@blankrome.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                   kristian.gluck@nortonrosefulbright.com
  Steven Zelin                     zelin@pjtpartners.com
  John Singh                       singhj@pjtpartners.com
  Scott Meyerson                   meyerson@pjtpartners.com
  Lukas Schwarzmann                lukas.schwarzmann@pjtpartners.com

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
  Jeff Bjork                       jeff.bjork@lw.com
  Adam Goldberg                    adam.goldberg@law.com

**United Methodist Ad Hoc Committee**
  Ed Rice                          erice@bradley.com
  Elizabeth Brusa                  ebrusa@bradley.com
  Jeremy Ryan                      jryan@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
  Everett Cygal                    ecygal@schiffhardin.com
  Mark Fisher                      mfisher@schiffhardin.com
  Daniel Schufreider               dschufreider@schiffhardin.com
  Jin Yan                          jyan@schiffhardin.com
  Jeremy Ryan                      jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
  Mark Salzberg                    mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
  Patrick A. Jackson               patrick.jackson@faegredrinker.com
  Ian J. Bambrick                  ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
  Daniel Bussel                    dbussel@ktbslaw.com
  Thomas Patterson                 tpatterson@ktbslaw.com

IMPAC 7436201v.1

**Agricultural Insurance Company**
  Bruce W. McCullough                                   bmccullough@bodellbove.com
  Bruce D. Celebrezze                                      bruce.celebrezze@clydeco.us
  Conrad Krebs                                                konrad.krebs@clydeco.us

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow                                         sgummow@fgppr.com
  Tracey Jordan                                          tjordan@fgppr.com
  Michael Rosenthal                                    mrosenthal@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst                                       rsmethurst@mwe.com
  Margaret Warner                                      mwarner@mwe.com
  Matthew S. Sorem                                    msorem@nicolaidesllp.com

**American Zurich Insurance Company**
  Beth Titus                                                  elizabeth.titus@zurichna.com
  Mark Plevin                                              MPlevin@crowell.com
  Tacie Yoon                                              TYoon@crowell.com
  Rachel Jankowski                                    RJankowski@crowell.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie                                              laura.archie@argogroupus.com
  Kathleen K. Kerns                                    kkerns@postschell.com

**Arrowood Indemnity Company**
  Michael Hrinewski                                   mhrinewski@coughlinduffy.com
  Lorraine Armenti                                      LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson                                             cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                                   Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                                          lgura@moundcotton.com
  Pamela Minetto                                         pminetto@moundcotton.com

**Berkley Custom**
  John Baay                                                 jbaay@glllaw.com

**Clarendon America Insurance Company**
  Kenya Spivey                                          Kenya.Spivey@enstargroup.com
  Harry Lee                                                 hlee@steptoe.com
  Brett Grindrod                                          bgrindrod@steptoe.com
  John O'Connor                                         joconnor@steptoe.com
  Nailah Ogle                                              nogle@steptoe.com
  Matthew Summers                                   SummersM@ballardspahr.com

4

**CNA**
  Laura McNally      lmcnally@loeb.com
  Emily Stone      estone@loeb.com

**General Star Indemnity**
  Gary P. Seligman      gseligman@wiley.law
  Ashley L. Criss      acriss@wiley.law

**Hartford**
  James P. Ruggeri      JRuggeri@goodwin.com
  Abigail W. Williams      AWilliams@goodwin.com
  Joshua D. Weinberg      JWeinberg@goodwin.com
  Annette Rolain      arolain@goodwin.com
  Sara Hunkler      shunkler@goodwin.com
  Phil Anker      Philip.Anker@wilmerhale.com
  Danielle Spinelli      Danielle.Spinelli@wilmerhale.com
  Joel Millar      Joel.Millar@wilmerhale.com
  Erin Fay      efay@bayardlaw.com
  Gregory Flasser      gflasser@bayardlaw.com
  Eric Goldstein      egoldstein@goodwin.com

**Liberty Mutual**
  Douglas R. Gooding      dgooding@choate.com
  Jonathan Marshall      jmarshall@choate.com
  Kim V. Marrkand      KMarrkand@mintz.com

**Markel**
  Dennis Russell      russell.dennis@markel.com
  Jessica O'Neill      Jessica.oneill@markel.com
  Cody Moorse      Cody.moorse@markel.com
  Michael Pankow      MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
  Harry Lee      HLee@steptoe.com
  Brett Grindod      bgrindod@steptoe.com
  Nailah Ogle      nogle@steptoe.com

**Munich Re**
  Thaddeus Weaver      tweaver@dilworthlaw.com
  William McGrath      wmcgrath@dilworthlaw.com

**National Surety**
  Todd C Jacobs.      TJacobs@bradleyriley.com
  John E. Bucheit      jbucheit@bradleyriley.com
  David M. Caves      dcaves@bradleyriley.com

| | |
|---|---|
| Harris B. Winsberg | harris.winsberg@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

**NOTICE OF INTENT TO PARTICIPATE PARTIES**

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@lozides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

| | |
|---|---|
| **Lonnie Washburn (Pro Se)** | collinlongshanks@gmail.com |
| **Frank Schwindler (Pro Se)** | nundawao@gmail.com |

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |